ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| PACIFIC GAS & ELECTRIC COMPANY<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No.: 04-0074C<br><br>FILED<br>JAN 22 2004<br>U.S. COURT OF FEDERAL CLAIMS |

**NOTICE OF DIRECTLY-RELATED CASE**

Pursuant to Rule 40.2(a), Pacific Gas & Electric Company ("PG&E") provides the following notice.

In this action, PG&E seeks damages related to the government's breach of the parties' spent nuclear fuel removal contract entered into between PG&E and DOE, which is attached as Exhibit 1 to PG&E's complaint. PG&E's contract with the government requires the removal of spent nuclear fuel and high-level radioactive waste ("SNF") from two nuclear power plants, the Humboldt Bay Power Plant Unit 3 ("Humboldt Bay") and the Diablo Canyon Power Plant ("Diablo Canyon"). This complaint relates to damages arising from DOE's failure to remove SNF from Humboldt Bay. Contemporaneous with the filing of this action, PG&E's is filing a separate complaint that seeks damages arising from DOE's failure to remove SNF from Diablo Canyon.

Although the two power plants are separate, are differently situated, and have taken different measures in response to DOE's breach, there likely will be some overlapping discovery from PG&E in these two actions. Thus, PG&E believes that assignment of the two PG&E cases to a single judge is appropriate because such

assignment may conserve judicial resources or promote an efficient determination of these two different actions.

Respectfully submitted,

JERRY STOUCK
Spriggs & Hollingsworth
1350 I Street, N.W., Ninth Floor
Washington, D.C. 20005
(202) 898-5800
(202) 682-1639 (Fax)
Counsel for Plaintiff
PACIFIC GAS & ELECTRIC COMPANY

January 22, 2004

Of Counsel:
Robert L. Shapiro
Peter J. Skalaban, Jr.
SPRIGGS & HOLLINGSWORTH