# In the United States Court of Federal Claims

No. 04-74C

(E-Filed: April 23, 2004)

| | |
|---|---|
| PACIFIC GAS AND ELECTRIC COMPANY, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

The court has before it Defendant's Motion to Stay All Proceedings or, in the Alternative, for Coordinated Discovery Regarding Rate and Schedule Issues (defendant's motion or Def.'s Mot.) and PG&E's Response to Government's Motion to Stay all Proceedings or, in the Alternative, for Coordinated Discovery Regarding the Rate and Schedule Issues (Pl.'s Resp.). Defendant asks the court to stay this case until completion of three spent nuclear fuel cases currently before the court. Def.'s Mot. at 1. Plaintiff requests a stay through the end of 2004. Pl.'s Resp. at 1. The court is inclined to stay the case until the earlier of the dates suggested by the parties, December 31, 2004, or until further order of the court. The court would, of course, entertain motions to lift or continue the stay or to take any other action, on its own motion or upon the motion of the parties, as justice may require.

If the parties or either of them object to or wish to discuss the foregoing in a status conference, they shall advise the court by motion filed on or before Friday, April 30, 2004. If no motions are filed on or before Friday, April 30, 2004, the court expects to issue an order staying the case until Friday, December 31, 2004.

The parties are also requested to adopt as a convention on each filing a notation, beneath the name of the case, which states (E-Filed: [Month Day, Year]).

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge