# In the United States Court of Federal Claims

No. 04-74C

(E-Filed: January 4, 2005)

PACIFIC GAS AND ELECTRIC COMPANY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

The court has before it Plaintiff PG&E's Status Report, Motion to Enter Pretrial Schedule and Request for Status Conference to Set Trial Date and Defendant's Status Report Requesting Continuance of Stay, both filed January 3, 2005. Pursuant to these motions, the court shall hold a status conference on Thursday, January 13, 2005 at 2:00 p.m. EST in the National Courts Building, Washington, DC. The status conference shall be held concurrently with a status conference in case No. 04-75C.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge