# In the United States Court of Federal Claims

No. 04-74C

(E-Filed: January 19, 2005)

| | |
|---|---|
| PACIFIC GAS AND ELECTRIC COMPANY, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

The court has before it Plaintiff's Status Report, Motion to Enter Pretrial Schedule and Request for Status Conference to Set Trial Date and Defendant's Status Report Requesting Continuance of Stay, both filed January 3, 2005. Further to these motions and reports and to discussion at a January 13, 2005 status/scheduling conference on the record held concurrently with a status/scheduling conference in case No. 04-75C, the court DENIES defendant's motion to continue the stay in this case and GRANTS plaintiff's motion to schedule trial proceedings.

Pursuant to United States Court of Federal Claims Rule (RCFC) 16(b) and further to discussion with the parties, the court schedules the following:

1. Initial Disclosures. Initial disclosures, pursuant to Rule 26(a)(1) of the RCFC, shall be completed on or before Friday, April 1, 2005.

2. Fact Discovery. All fact discovery, including all depositions, shall conclude on or before Friday, September 23, 2005. In order to achieve this deadline, the parties shall make witnesses available at reasonably convenient locations and times. The parties are reminded that the rules of the court contemplate the use of depositions at trial for

testimonial purposes in certain circumstances "as though the witness were then present and testifying . . . ." See RCFC 32(a).

3. Expert Discovery. All expert discovery, including the exchange of expert reports and the completion of expert depositions, shall be completed on or before Friday, February 17, 2006. Plaintiff's expert report(s) shall be submitted on or before Friday, October 21, 2005 and defendant's responsive expert report(s) shall be submitted on or before Friday, December 30, 2005. Plaintiff's rebuttal expert report(s) shall be submitted on or before Friday, February 3, 2006.

4. Meeting of Counsel. The parties shall meet to satisfy the requirements of RCFC Appendix A ¶ 13, including the exchange of exhibit and witness lists, on or before Friday, March 3, 2006.

5. Memorandum of Contentions of Fact and Law. In accordance with RCFC Appendix A ¶ 14, plaintiff shall file its Memorandum of Contentions of Fact and Law (Memorandum) on or before Friday, March 24, 2006. Defendant shall file its responsive Memorandum on or before Friday, April 14, 2006. Each Memorandum shall be accompanied by witness lists and exhibit lists and any motions contemplated by Appendix A ¶¶ 14, 15 and 16. Any objection to a witness or exhibit not made in the Memorandum or a separate motion filed on the same date shall, if the objection is of a type that could reasonably have been identified at the time of such filing, be deemed waived absent a showing of a compelling reason for the failure. Defendant shall file its responses to any motions filed by plaintiff on or before Monday, April 3, 2006. Plaintiff shall file its responses to any motions filed by defendant on or before Monday, April 24, 2006.

6. Pretrial Conference. The pretrial conference will be held on Friday, April 28, 2006 at the National Courts Building, 717 Madison Place, N.W., Washington, DC 20005. The parties shall bring to the pretrial conference at least three copies of any exhibit as to which an objection remains outstanding. The parties shall prepare and deliver at the pretrial conference a joint preliminary trial schedule or, if they cannot agree, separate trial schedules, using the template attached.

7. Trial. Trial will be held on Monday, May 8, 2006 through Friday, May 12, 2006 and on Monday, May 15, 2006 through Friday, May 19, 2006. Trial will begin at 9:00 a.m. on each day. Trial will be held at the National Courts Building, 717 Madison Place N.W., Washington, DC 20005.

Concurrent Proceedings

All of the foregoing proceedings will be conducted concurrently with proceedings in case No. 04-75C.

The parties are urged to contact the court at any time when they believe the involvement of the court will help to secure the just, speedy and inexpensive determination of this action. See RCFC 1.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge

Pacific Gas and Electric Co. v. The United States (04-74C)
Trial Dates: May 8, 2006 - May 12, 2006, May 15, 2006 - May 19, 2006
United States Court of Federal Claims

| Time | Sun. 5/7 | Monday 5/8 | Tuesday 5/9 | Wednesday 5/10 | Thursday 5/11 | Friday 5/12 | Sat. 5/13 |
|---|---|---|---|---|---|---|---|
| 9:00 | | | | | | | |
| 9:30 | | | | | | | |
| 10:00 | | | | | | | |
| 10:30 | | | | | | | |
| 11:00 | | | | | | | |
| 11:30 | | | | | | | |
| 12:00 | | | | | | | |
| 12:30 | | Break | Break | Break | Break | Break | |
| 1:00 | | | | | | | |
| 1:30 | | | | | | | |
| 2:00 | | | | | | | |
| 2:30 | | | | | | | |
| 3:00 | | | | | | | |
| 3:30 | | | | | | | |
| 4:00 | | | | | | | |
| 4:30 | | | | | | | |
| 5:00 | | | | | | | |
| 5:30 | | | | | | | |
| 6:00 | | | | | | | |

Pacific Gas and Electric Co. v. The United States (04-74C)
Trial Dates: May 8, 2006 - May 12, 2006, May 15, 2006 - May 19, 2006
United States Court of Federal Claims

| Time | Sun. 5/14 | Monday 5/15 | Tuesday 5/16 | Wednesday 5/17 | Thursday 5/18 | Friday 5/19 | Sat. 5/20 |
|---|---|---|---|---|---|---|---|
| 9:00 | | | | | | | |
| 9:30 | | | | | | | |
| 10:00 | | | | | | | |
| 10:30 | | | | | | | |
| 11:00 | | | | | | | |
| 11:30 | | | | | | | |
| 12:00 | | | | | | | |
| 12:30 | | Break | Break | Break | Break | Break | |
| 1:00 | | | | | | | |
| 1:30 | | | | | | | |
| 2:00 | | | | | | | |
| 2:30 | | | | | | | |
| 3:00 | | | | | | | |
| 3:30 | | | | | | | |
| 4:00 | | | | | | | |
| 4:30 | | | | | | | |
| 5:00 | | | | | | | |
| 5:30 | | | | | | | |
| 6:00 | | | | | | | |