**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| PACIFIC GAS AND ELECTRIC COMPANY,<br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No. 04-74C<br>(Judge Hewitt)<br><br>Filed electronically: March 31, 2005 |

PG&E'S CONSENT MOTION TO CONSOLIDATE THIS CASE WITH NO. 04-75C

Pursuant to RCFC 42(a) and 42.1, PG&E moves that this action be consolidated with Case No. 04-75C.[1] Both this action and No. 04-75C represent PG&E's claims relating to DOE's failure to remove spent fuel from PG&E's nuclear facilities. Although the two actions pertain to the harm suffered by PG&E related to its two different nuclear facilities – this action relating to the Humboldt Bay Power Plant Unit 3 and No. 04-75C relating to the Diablo Canyon Power Plant – both actions involve the same parties, and the breach of contract claims arise from the same contract.[2] Accordingly, consolidation of these actions should simplify the handling of filings for the parties and the Court. Absent consolidation, the parties have been either filing largely duplicate papers with the Court (and the Court sometimes issues largely duplicate Orders) or the parties have resorted to the use of footnote references to the other action such as footnote 1 above. PG&E's counsel has consulted with the government's counsel regarding this motion, and the government has stated that it is in favor of consolidation.

[1] This motion should also been deemed applicable to *Pacific Gas & Electric v. United States*, No. 04-75C.

[2] This action also includes a taking claim, while No. 04-75C does not.

For the foregoing reasons, this case and No. 04-75C should be consolidated.

Respectfully submitted,

s/ Jerry Stouck

Dated: March 31, 2005

JERRY STOUCK
Spriggs & Hollingsworth
1350 I Street, N.W., Ninth Floor
Washington, D.C. 20005
(202) 898-5800 (Telephone)
(202) 682-1639 (Facsimile)
Counsel for Plaintiff
*PACIFIC GAS AND ELECTRIC COMPANY*

Of Counsel:
Robert L. Shapiro
SPRIGGS & HOLLINGSWORTH