# In the United States Court of Federal Claims

No. 04-74C

(E-Filed: April 7, 2005)

PACIFIC GAS AND ELECTRIC COMPANY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Before the court is PG&E'S Consent Motion to Consolidate this Case with No. 04-75C (Motion), filed electronically on March 31, 2005. Because there is no parallel motion pending in Pacific Gas and Electric Co. v. United States, No. 04-75C, the case with which plaintiff seeks to consolidate this action, the court may not properly consider plaintiff's Motion. To enable the court to give the Motion full consideration, plaintiff shall move in Pacific Gas and Electric, No. 04-75 C, for consolidation with this case, No. 04-74C.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge