U.S. Department of Justice

Civil Division

PDK:DMC:HDL:JEkman
154-98-614

Telephone: (202) 353-0897
Facsimile: (202) 307-2503

*Washington, D.C. 20530*

March 30, 2005

VIA FACSIMILE AND UNITED STATES MAIL

Monica A. Freas
Spriggs & Hollingsworth
1350 I Street, N.W.
Ninth Floor
Washington, D.C. 20005-3305

Re: Pacific Gas & Electric Co. v. United States, Nos. 04-074C, 04-075C (Fed. Cl.)

Dear Ms. Freas:

We are writing in response to your draft protective order which Robert Shapiro sent to us on March 22, 2005. As you know, with the exception of the spent nuclear fuel ("SNF") cases in which Spriggs & Hollingsworth is involved, a uniform protective order has been entered by the Court in the majority of the recently filed SNF cases. Your draft protective order contains a variety of provisions that are not present in the original coordinated discovery proceedings protective order or the subsequent protective order entered in the newer SNF cases, and it modifies certain other provisions of those orders. We cannot agree to be bound by a protective order that is different from the orders entered in other SNF cases. Such an order would significantly complicate and, possibly, prejudice our defense of the SNF cases and our ability to comply with all of the various orders. Moreover, we can identify no reason for the entry of a unique protective order here.

If you submit to us a draft protective order that is identical to the orders recently entered by the Court in other SNF cases, we will agree to a joint motion. Otherwise, you need to file a motion with the Court seeking entry of your modified protective order, and we will file an appropriate response.

If you have any questions, please do not hesitate to call.

Sincerely,

JOHN C. EKMAN
Trial Attorney
Commercial Litigation Branch

**Exhibit 2**

TOTAL P.02