# In the United States Court of Federal Claims

No. 04-74C
(into which has been consolidated No. 04-75C)

(E-Filed: April 13, 2005)

PACIFIC GAS AND ELECTRIC COMPANY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Before the court is PG&E'S Motion for Entry of an Order Governing Confidential and Privileged or Protected Materials and Request for Expedited Consideration (plaintiff's motion), filed electronically on April 7, 2005. In order to avoid delay in discovery, defendant shall file any response to plaintiff's motion on or before Friday, April 15, 2005, and plaintiff shall reply to any such response on or before Monday, April 18, 2005.

The parties are urged to contact the court at any time when they believe the involvement of the court will help to secure the just, speedy and inexpensive determination of this action. See RCFC 1.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge