# In the United States Court of Federal Claims

No. 04-74C
(into which has been consolidated No. 04-75C)

(E-Filed: April 18, 2005)

| | |
|---|---|
| PACIFIC GAS AND ELECTRIC COMPANY, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Before the court is PG&E's Motion for Entry of an Order Governing Confidential and Privileged or Protected Materials and Request for Expedited Consideration (plaintiff's motion), electronically filed April 7, 2005, and Defendant's Response to PG&E's Motion for Entry of an Order Governing Confidential and Privileged or Protected Materials (defendant's response), electronically filed April 15, 2005. As soon as practicable, the parties shall cause documents containing proposed protective order language from plaintiff's motion, defendant's response, and from any reply filed by plaintiff on or before April 18, 2005 to be delivered in a format amenable to editing (i.e., non-PDF format) to the following email address: Christy_Noel@ao.uscourts.gov.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge