IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PACIFIC GAS & ELECTRIC COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | ) | No. 04-0074C, into which has been consolidated No. 04-0075C (Judge Hewitt) |

UNOPPOSED MOTION TO WITHDRAW INADVERTENT FILING

Plaintiff Pacific Gas & Electric Company ("PG&E") respectfully moves this Court to withdraw its Rule 30(b)(6) Notice of Deposition ("Notice"), Document No. 33, from the case docket. The Notice was inadvertently filed, and should be withdrawn because the Court's rules do not require deposition notices to be filed with the Court. RCFC 5(d). PG&E does not wish to burden the Court's docket with unnecessary filings.

The Court has requested that PG&E withdraw the Notice, and PG&E is informed that defendant United States does not oppose PG&E's motion.

WHEREFORE, plaintiff PG&E respectfully requests that the Court grant its motion to withdraw its Rule 30(b)(6) Notice of Deposition, Document No. 33 from the case docket.

Dated: July 29, 2005

Respectfully submitted,

J. Stouck /JBA

Jerry Stouck
Greenberg Traurig, LLP
800 Connecticut Avenue, NW
Suite 500
Washington, DC 20006
(202) 331-3173
(202) 261-4751
Counsel for Plaintiff
Pacific Gas & Electric Company

Of Counsel:

Robert L. Shapiro
Greenberg Traurig, LLP