# In the United States Court of Federal Claims

No. 04-74C
(into which has been consolidated No. 04-75C)

(E-Filed: August 11, 2005)

PACIFIC GAS AND ELECTRIC COMPANY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Before the court is plaintiff's Rule 30(b)(6) Notice of Deposition, filed July 25, 2005, and plaintiff's Unopposed Motion to Withdraw Inadvertent Filing (plaintiff's Motion), filed July 29, 2005. Based on the representations contained therein, the Clerk of the Court is hereby directed to STRIKE plaintiff's Rule 30(b)(6) Notice of Deposition, now appearing as document No. 33, from the record in this case.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge