# In the United States Court of Federal Claims

No. 04-74C
(into which has been consolidated No. 04-75C)

(E-Filed: August 25, 2005)

| | |
|---|---|
| PACIFIC GAS AND ELECTRIC COMPANY, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

It has come to the court's attention that the following docket item has been incorrectly filed in case No. 04-75C, the consolidated docket in this case: Docket Item no. 25, Motion to Compel Discovery, electronically filed by plaintiff on August 19, 2005. The Clerk of the Court is hereby directed to STRIKE this filing from the docket in case No. 04-75C.

On or before August 29, 2005, plaintiff shall REFILE the foregoing docket item in the lead case, No. 04-74C.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge