# EXHIBIT 7

# SNF PRODUCTION WEBSITE

# PRODUCTION DOCUMENTS ACCESS AREA

**Welcome rshapiro**

PRODUCTION CD LIST AS OF 20050623.pdf
December, 2003 Privilege Log
May, 2004, Supplemental Privilege Log
November, 2004, Supplemental Privilege Log
December, 2004, Supplemental Privilege Log
March, 2005, Supplemental Privilege Log

To view the CD containers, click on the CD Name in the left column.

To download the entire CD, click on the CD Zip file in the right column. Choose "Save", then choose a location on your network or PC.

**NOTE:** Some CDs may be large and may require time to download - especially if your PC is connected to the Internet through a dial-up modem.

| **CD/File Names** *(Click on name to view containers)* | **Compressed CD/ File Names** *(Click on .zip file to download entire CD)* | **DATE AVAILABLE** |
|---|---|---|
| YA001NPR | YA001NPR.zip | 06-MAY-05 |
| YA002NPR_REV1 | YA002NPR_REV1.zip | 06-MAY-05 |
| YA003NPR_REV1 | YA003NPR_REV1.zip | 06-MAY-05 |
| YA004NPR_REV1 | YA004NPR_REV1.zip | 06-MAY-05 |
| YA005NPR | YA005NPR.zip | 06-MAY-05 |
| YA006NPR | YA006NPR.zip | 06-MAY-05 |
| YA007NPR | YA007NPR.zip | 06-MAY-05 |
| YA008NPR_REV2 | YA008NPR_REV2.zip | 06-MAY-05 |
| YA010NPR_REV1 | YA010NPR_REV1.zip | 06-MAY-05 |
| | YA011NPR.zip | 06-MAY-05 |

| | | |
|---|---|---|
| YA011NPR | | |
| YA012NPR | YA012NPR.zip | 06-MAY-05 |
| YA013NPR | YA013NPR.zip | 06-MAY-05 |
| YA014NPR_REV1 | YA014NPR_REV1.zip | 06-MAY-05 |
| YA015NPR | YA015NPR.zip | 06-MAY-05 |
| YA016NPR_REV2 | YA016NPR_REV2.zip | 06-MAY-05 |
| YA017NPR_REV1 | YA017NPR_REV1.zip | 06-MAY-05 |
| YA018NPR_REV1 | YA018NPR_REV1.zip | 06-MAY-05 |
| YA019NPR_REV1 | YA019NPR_REV1.zip | 06-MAY-05 |
| YA020NPR_REV1 | YA020NPR_REV1.zip | 06-MAY-05 |
| YA021NPR | YA021NPR.zip | 06-MAY-05 |
| YA022NPR_REV1 | YA022NPR_REV1.zip | 06-MAY-05 |
| YA023NPR | YA023NPR.zip | 06-MAY-05 |
| YA024NPR | YA024NPR.zip | 06-MAY-05 |
| YA025NPR_REV1 | YA025NPR_REV1.zip | 06-MAY-05 |
| YA026NPR_REV1 | YA026NPR_REV1.zip | 06-MAY-05 |
| YA027NPR | YA027NPR.zip | 06-MAY-05 |
| YA028NPR_REV1 | YA028NPR_REV1.zip | 06-MAY-05 |
| YA029NPR_REV1 | YA029NPR_REV1.zip | 06-MAY-05 |
| | YA030NPR.zip | 06-MAY-05 |

| | | |
|---|---|---|
| YA030NPR | | |
| YA031NPR | YA031NPR.zip | 06-MAY-05 |
| YA032NPR | YA032NPR.zip | 06-MAY-05 |
| YA033NPR | YA033NPR.zip | 06-MAY-05 |
| YA034NPR | YA034NPR.zip | 06-MAY-05 |
| YA035NPR_REV2 | YA035NPR_REV2.zip | 06-MAY-05 |
| YA036NPR_REV4 | YA036NPR_REV4.zip | 06-MAY-05 |
| YA037NPR_REV1 | YA037NPR_REV1.zip | 06-MAY-05 |
| YA038NPR_REV3 | YA038NPR_REV3.zip | 06-MAY-05 |
| YA039NPR_REV4 | YA039NPR_REV4.zip | 06-MAY-05 |
| YA040NPR_REV4 | YA040NPR_REV4.zip | 06-MAY-05 |
| YA041NPR_REV3 | YA041NPR_REV3.zip | 06-MAY-05 |
| YA042NPR_REV2 | YA042NPR_REV2.zip | 06-MAY-05 |
| YA043NPR_REV1 | YA043NPR_REV1.zip | 06-MAY-05 |
| YA044NPR_REV2 | YA044NPR_REV2.zip | 06-MAY-05 |
| YA045NPR_REV1 | YA045NPR_REV1.zip | 06-MAY-05 |
| YA046NPR_REV3 | YA046NPR_REV3.zip | 06-MAY-05 |
| YA047NPR_REV1 | YA047NPR_REV1.zip | 06-MAY-05 |
| YA048NPR_REV1 | YA048NPR_REV1.zip | 06-MAY-05 |
| | YA049NPR.zip | 06-MAY-05 |

| | | |
|---|---|---|
| YA049NPR | | |
| YA050NPR | YA050NPR.zip | 06-MAY-05 |
| YA051NPR | YA051NPR.zip | 06-MAY-05 |
| YA052NPR_REV2 | YA052NPR_REV2.zip | 06-MAY-05 |
| YA053NPR_REV1 | YA053NPR_REV1.zip | 06-MAY-05 |
| YA054NPR | YA054NPR.zip | 06-MAY-05 |
| YA055NPR | YA055NPR.zip | 06-MAY-05 |
| YA056NPR | YA056NPR.zip | 06-MAY-05 |
| YA057NPR | YA057NPR.zip | 06-MAY-05 |
| YA058NPR_REV1 | YA058NPR_REV1.zip | 06-MAY-05 |
| YA059NPR | YA059NPR.zip | 06-MAY-05 |
| YA060NPR | YA060NPR.zip | 06-MAY-05 |
| YA061NPR | YA061NPR.zip | 06-MAY-05 |
| YA062NPR_REV1 | YA062NPR_REV1.zip | 06-MAY-05 |
| YA063NPR | YA063NPR.zip | 06-MAY-05 |
| YA064NPR_REV1 | YA064NPR_REV1.zip | 06-MAY-05 |
| YA066NPR | YA066NPR.zip | 06-MAY-05 |
| YA067NPR | YA067NPR.zip | 06-MAY-05 |
| YA068NPR | YA068NPR.zip | 06-MAY-05 |
| | YA069NPR_REV2.zip | 06-MAY-05 |

| | | |
|---|---|---|
| YA069NPR_REV2 | | |
| YA070NPR | YA070NPR.zip | 06-MAY-05 |
| YA071NPR | YA071NPR.zip | 06-MAY-05 |
| YA073NPR | YA073NPR.zip | 06-MAY-05 |
| YA074NPR | YA074NPR.zip | 06-MAY-05 |
| YA075NPR_REV2 | YA075NPR_REV2.zip | 06-MAY-05 |
| YA076NPR_REV1 | YA076NPR_REV1.zip | 06-MAY-05 |
| YA077NPR_REV5 | YA077NPR_REV5.zip | 06-MAY-05 |
| YA078NPR | YA078NPR.zip | 06-MAY-05 |
| YA079NPR_REV1 | YA079NPR_REV1.zip | 06-MAY-05 |
| YA080NPR_REV1 | YA080NPR_REV1.zip | 06-MAY-05 |
| YA081NPR | YA081NPR.zip | 06-MAY-05 |
| YA082NPR_REV1 | YA082NPR_REV1.zip | 06-MAY-05 |
| YA116NPR | YA116NPR.zip | 06-MAY-05 |
| YA117NPR | YA117NPR.zip | 06-MAY-05 |
| YA118NPR_REV1 | YA118NPR_REV1.zip | 06-MAY-05 |
| YA120NPR | YA120NPR.zip | 06-MAY-05 |
| YA121NPR | YA121NPR.zip | 06-MAY-05 |
| YA123NPR | YA123NPR.zip | 06-MAY-05 |
| | YA125NPR_REV1.zip | 06-MAY-05 |

| | | |
|---|---|---|
| YA125NPR_REV1 | | |
| YA128NPR | YA128NPR.zip | 06-MAY-05 |
| YA129NPR | YA129NPR.zip | 06-MAY-05 |
| YA131NPR | YA131NPR.zip | 06-MAY-05 |
| YA132NPR_REV1 | YA132NPR_REV1.zip | 06-MAY-05 |
| YA133NPR_REV2 | YA133NPR_REV2.zip | 06-MAY-05 |
| YA135NPR_REV1 | YA135NPR_REV1.zip | 06-MAY-05 |
| YA136NPR_REV4 | YA136NPR_REV4.zip | 06-MAY-05 |
| YA137NPR_REV2 | YA137NPR_REV2.zip | 06-MAY-05 |
| YA138NPR_REV1 | YA138NPR_REV1.zip | 06-MAY-05 |
| YA139NPR_REV2 | YA139NPR_REV2.zip | 06-MAY-05 |
| YA140NPR_REV1 | YA140NPR_REV1.zip | 06-MAY-05 |
| YA141NPR_REV1 | YA141NPR_REV1.zip | 06-MAY-05 |
| YA152NPR_REV5 | YA152NPR_REV5.zip | 06-MAY-05 |
| YA153NPR_REV2 | YA153NPR_REV2.zip | 06-MAY-05 |
| YA155NPR | YA155NPR.zip | 06-MAY-05 |
| YA157NPR_REV2 | YA157NPR_REV2.zip | 06-MAY-05 |
| YA158NPR | YA158NPR.zip | 06-MAY-05 |
| YA160NPR_REV1 | YA160NPR_REV1.zip | 06-MAY-05 |
| | YA161NPR_REV1.zip | 06-MAY-05 |

| | | |
|---|---|---|
| YA161NPR_REV1 | | |
| YA165NPR | YA165NPR.zip | 06-MAY-05 |
| YA166NPR_REV5 | YA166NPR_REV5.zip | 06-MAY-05 |
| YA167NPR_REV4 | YA167NPR_REV4.zip | 06-MAY-05 |
| YA168NPR | YA168NPR.zip | 06-MAY-05 |
| YA169NPR_REV1 | YA169NPR_REV1.zip | 06-MAY-05 |
| YA170NPR | YA170NPR.zip | 06-MAY-05 |
| YA171NPR | YA171NPR.zip | 06-MAY-05 |
| YA172NPR | YA172NPR.zip | 06-MAY-05 |
| YA173NPR | YA173NPR.zip | 06-MAY-05 |
| YA176NPR_REV1 | YA176NPR_REV1.zip | 06-MAY-05 |
| YA190NPR | YA190NPR.zip | 06-MAY-05 |
| YA191NPR | YA191NPR.zip | 06-MAY-05 |
| YA194NPR_REV2 | YA194NPR_REV2.zip | 06-MAY-05 |
| YA207NPR | YA207NPR.zip | 06-MAY-05 |
| YA208NPR_REV2 | YA208NPR_REV2.zip | 06-MAY-05 |
| YA209NPR | YA209NPR.zip | 06-MAY-05 |
| YA211NPR | YA211NPR.zip | 06-MAY-05 |
| YA213NPR_REV4 | YA213NPR_REV4.zip | 06-MAY-05 |
| | YA214NPR_REV2.zip | 06-MAY-05 |

| | | |
|---|---|---|
| YA214NPR_REV2 | | |
| YA215NPR | YA215NPR.zip | 06-MAY-05 |
| YA217NPR | YA217NPR.zip | 06-MAY-05 |
| YA218NPR | YA218NPR.zip | 06-MAY-05 |
| YA219NPR | YA219NPR.zip | 06-MAY-05 |
| YA234NPR_REV1 | YA234NPR_REV1.zip | 06-MAY-05 |
| YA237NPR | YA237NPR.zip | 06-MAY-05 |
| YA299NPR_REV1 | YA299NPR_REV1.zip | 15-JUN-05 |
| YA318NPR_REV1 | YA318NPR_REV1.zip | 15-JUN-05 |
| YA320NPR_REV1 | YA320NPR_REV1.zip | 15-JUN-05 |
| YA322NPR | YA322NPR.zip | 13-MAY-05 |
| YA331NPR_REV1 | YA331NPR_REV1.zip | 15-JUN-05 |
| YA337NPR_REV1 | YA337NPR_REV1.zip | 15-JUN-05 |
| YA340NPR_REV1 | YA340NPR_REV1.zip | 15-JUN-05 |
| YA345NPR | YA345NPR.zip | 06-MAY-05 |
| YA347NPR | YA347NPR.zip | 06-MAY-05 |
| YA348NPR_REV1 | YA348NPR_REV1.zip | 15-JUN-05 |
| YA349NPR | YA349NPR.zip | 06-MAY-05 |
| YA351NPR_REV1 | YA351NPR_REV1.zip | 23-JUN-05 |
| | YA353NPR.zip | 06-MAY-05 |

| | | |
|---|---|---|
| YA353NPR | | |
| YA354NPR | YA354NPR.zip | 06-MAY-05 |
| YA355NPR | YA355NPR.zip | 06-MAY-05 |
| YA357NPR | YA357NPR.zip | 06-MAY-05 |
| YA358NPR | YA358NPR.zip | 06-MAY-05 |
| YA370NPR_REV2 | YA370NPR_REV2.zip | 23-JUN-05 |
| YA381NPR | YA381NPR.zip | 06-MAY-05 |
| YA382NPR | YA382NPR.zip | 06-MAY-05 |
| YA383NPR | YA383NPR.zip | 06-MAY-05 |
| YA384NPR | YA384NPR.zip | 06-MAY-05 |
| YA385NPR | YA385NPR.zip | 06-MAY-05 |
| YA389NPR | YA389NPR.zip | 06-MAY-05 |
| YA391NPR | YA391NPR.zip | 06-MAY-05 |
| YA395NPR_REV1 | YA395NPR_REV1.zip | 15-JUN-05 |
| YA396NPR | YA396NPR.zip | 06-MAY-05 |
| YA398NPR | YA398NPR.zip | 06-MAY-05 |
| YA400NPR | YA400NPR.zip | 06-MAY-05 |
| YA401NPR | YA401NPR.zip | 06-MAY-05 |
| YA402NPR_REV1 | YA402NPR_REV1.zip | 15-JUN-05 |
| | YA403NPR.zip | 06-MAY-05 |

| | | |
|---|---|---|
| YA403NPR | | |
| YA404NPR | YA404NPR.zip | 06-MAY-05 |
| YA405NPR_REV1 | YA405NPR_REV1.zip | 06-MAY-05 |
| YA406NPR | YA406NPR.zip | 06-MAY-05 |
| YA407NPR | YA407NPR.zip | 06-MAY-05 |
| YA408NPR_REV1 | YA408NPR_REV1.zip | 06-MAY-05 |
| YA409NPR | YA409NPR.zip | 06-MAY-05 |
| YA410NPR | YA410NPR.zip | 06-MAY-05 |
| YA411NPR | YA411NPR.zip | 06-MAY-05 |
| YA412NPR | YA412NPR.zip | 06-MAY-05 |
| YA413NPR | YA413NPR.zip | 06-MAY-05 |
| YA414NPR | YA414NPR.zip | 06-MAY-05 |
| YA420NPR_REV2 | YA420NPR_REV2.zip | 06-MAY-05 |
| YA421NPR_REV1 | YA421NPR_REV1.zip | 15-JUN-05 |
| YA422NPR | YA422NPR.zip | 06-MAY-05 |
| YA423NPR_REV1 | YA423NPR_REV1.zip | 06-MAY-05 |
| YA425NPR_REV1 | YA425NPR_REV1.zip | 06-MAY-05 |
| YA426NPR_REV1 | YA426NPR_REV1.zip | 15-JUN-05 |
| YA428NPR_REV1 | YA428NPR_REV1.zip | 06-MAY-05 |
| | YA431NPR.zip | 06-MAY-05 |

| | | |
|---|---|---|
| YA431NPR | | |
| YA433NPR | YA433NPR.zip | 06-MAY-05 |
| YA435NPR | YA435NPR.zip | 06-MAY-05 |
| YA436NPR | YA436NPR.zip | 06-MAY-05 |
| YA438NPR | YA438NPR.zip | 06-MAY-05 |
| YA439NPR | YA439NPR.zip | 06-MAY-05 |
| YA441NPR | YA441NPR.zip | 06-MAY-05 |
| YA444NPR | YA444NPR.zip | 06-MAY-05 |
| YA445NPR | YA445NPR.zip | 06-MAY-05 |
| YA446NPR | YA446NPR.zip | 06-MAY-05 |
| YA448NPR | YA448NPR.zip | 06-MAY-05 |
| YA449NPR_REV2 | YA449NPR_REV2.zip | 15-JUN-05 |
| YA454NPR | YA454NPR.zip | 06-MAY-05 |
| YA458NPR_REV2 | YA458NPR_REV2.zip | 23-JUN-05 |
| YA459NPR | YA459NPR.zip | 06-MAY-05 |
| YA461NPR_REV1 | YA461NPR_REV1.zip | 06-MAY-05 |
| YA462NPR | YA462NPR.zip | 06-MAY-05 |
| YA465NPR_REV1 | YA465NPR_REV1.zip | 15-JUN-05 |
| YA475NPR_REV2 | YA475NPR_REV2.zip | 15-JUN-05 |
| | YA489NPR.zip | 06-MAY-05 |

| | | |
|---|---|---|
| YA489NPR | | |
| YA491NPR_REV1 | YA491NPR_REV1.zip | 15-JUN-05 |
| YA498NPR | YA498NPR.zip | 06-MAY-05 |
| YA506NPR_REV1 | YA506NPR_REV1.zip | 15-JUN-05 |
| YA512NPR_REV1 | YA512NPR_REV1.zip | 23-JUN-05 |
| YA518NPR | YA518NPR.zip | 06-MAY-05 |
| YA520NPR_REV1 | YA520NPR_REV1.zip | 23-JUN-05 |
| YA522NPR_REV1 | YA522NPR_REV1.zip | 15-JUN-05 |
| YA523NPR | YA523NPR.zip | 06-MAY-05 |
| YA527NPR | YA527NPR.zip | 15-JUN-05 |
| YA530NPR | YA530NPR.zip | 06-MAY-05 |
| YA532NPR_REV1 | YA532NPR_REV1.zip | 23-JUN-05 |
| YA533NPR_REV1 | YA533NPR_REV1.zip | 06-MAY-05 |
| YA534NPR | YA534NPR.zip | 06-MAY-05 |
| YA538NPR_REV1 | YA538NPR_REV1.zip | 06-MAY-05 |
| YA539NPR | YA539NPR.zip | 06-MAY-05 |
| YA540NPR | YA540NPR.zip | 06-MAY-05 |
| YA541NPR_REV1 | YA541NPR_REV1.zip | 06-MAY-05 |
| YA542NPR | YA542NPR.zip | 06-MAY-05 |
| | YA544NPR.zip | 06-MAY-05 |

| | | |
|---|---|---|
| YA544NPR | | |
| YA545NPR_REV1 | YA545NPR_REV1.zip | 06-MAY-05 |
| YA545NPR_REV2 | YA545NPR_REV2.zip | 06-MAY-05 |
| YA554NPR | YA554NPR.zip | 06-MAY-05 |
| YA555NPR | YA555NPR.zip | 06-MAY-05 |
| YA556NPR | YA556NPR.zip | 06-MAY-05 |
| YA558NPR | YA558NPR.zip | 06-MAY-05 |
| YA562NPR | YA562NPR.zip | 06-MAY-05 |
| YA563NPR | YA563NPR.zip | 06-MAY-05 |
| YA564NPR | YA564NPR.zip | 06-MAY-05 |
| YA566NPR | YA566NPR.zip | 06-MAY-05 |
| YA567NPR | YA567NPR.zip | 06-MAY-05 |
| YA570NPR | YA570NPR.zip | 06-MAY-05 |
| YA571NPR | YA571NPR.zip | 06-MAY-05 |
| YA572NPR | YA572NPR.zip | 06-MAY-05 |
| YA574NPR | YA574NPR.zip | 06-MAY-05 |
| YA575NPR | YA575NPR.zip | 06-MAY-05 |
| YA577NPR | YA577NPR.zip | 06-MAY-05 |
| YA580NPR | YA580NPR.zip | 06-MAY-05 |
| | YA582NPR.zip | 06-MAY-05 |

| | | |
|---|---|---|
| YA582NPR | | |
| YA585NPR | YA585NPR.zip | 06-MAY-05 |
| YA593NPR | YA593NPR.zip | 06-MAY-05 |
| YA611NPR | YA611NPR.zip | 13-MAY-05 |
| YA613npr | YA613npr.zip | 20-MAY-05 |
| YA615NPR_REV1 | YA615NPR_REV1.zip | 03-JUN-05 |
| YA618NPR | YA618NPR.zip | 20-MAY-05 |

SPENT FUEL - PRODUCTION CDs AS OF 6/23/2005

| CD # | TOTAL IMAGES | CONTAINERS | DESCRIPTION |
|---|---|---|---|
| YA001 | 6456 | EDB 001<br>HQR 003<br>HQR 005 | 1999 Ris-Web production docs<br>Miscellaneous<br>Miscellaneous |
| YA002r1 | 9148 | HQR 001<br>HQR 002<br>HQR 004<br>HQR 006 | Miscellaneous<br>Miscellaneous<br>Miscellaneous<br>Miscellaneous |
| YA003r1 | 9474 | HQR 007<br>HQR 008<br>HQR 009<br>HQR 010<br>YMP 001 | Miscellaneous<br>Miscellaneous<br>Contract Files<br>Miscellaneous<br>Miscellaneous |
| YA004r1 | 8579 | ADM 001<br>CTR 001<br>CTR 002<br>CTR 003<br>HQR 011 | 1982 Nuclear Waste Policy Act, Fed. Register, Public Hearing<br>Scott Vance<br>Rulemaking Info, Waste Acceptance Deliverables<br>Miscellaneous<br>CFR/ACR/APR info |
| YA005 | 7224 | CTR 004<br>CTR 005<br>EDB 002<br>HQR 012<br>HQR 013<br>YMP 002 | Billy Cole<br>Ken Beall<br>1999 Ris-Web production docs<br>Robert Wells<br>Wesley Barnes<br>Miscellaneous |
| YA006 | 8794 | FOI 001<br>FOI 002<br>FOI 005<br>FOI 007 | FOIA production<br>FOIA production<br>FOIA production<br>FOIA production |
| YA007 | 10301 | FOI 003<br>FOI 004 | FOIA production<br>FOIA production |
| YA008r2 | 7500 | EDB 003<br>EDB 004<br>EMS 001<br>HQR 014<br>HQR 015<br>ZAB 001 | 1999 Ris-Web production docs<br>1999 Ris-Web production docs<br>Discovery Responses 1998-1999<br>Miscellaneous Waste Management docs<br>Miscellaneous Waste Management docs<br>David Zabransky |

SPENT FUEL - PRODUCTION CDs AS OF 6/23/2005

| CD # | TOTAL IMAGES | CONTAINERS | DESCRIPTION |
|---|---|---|---|
| YA010r1 | 11665 | PNL 005 | Pacific Northwest National Laboratories contractors documents |
| | | PNL 006 | Pacific Northwest National Laboratories contractors documents |
| | | PNL 009 | Pacific Northwest National Laboratories contractors documents |
| | | PNL 011 | Pacific Northwest National Laboratories contractors documents |
| | | PNL 017 | Pacific Northwest National Laboratories contractors documents |
| | | PNL 025 | Pacific Northwest National Laboratories contractors documents |
| YA011 | 12242 | PNL 001 | Pacific Northwest National Laboratories contractors documents |
| | | PNL 002 | Pacific Northwest National Laboratories contractors documents |
| | | PNL 008 | Pacific Northwest National Laboratories contractors documents |
| | | PNL 010 | Pacific Northwest National Laboratories contractors documents |
| | | PNL 019 | Pacific Northwest National Laboratories contractors documents |
| YA012 | 10124 | PNL 018 | Pacific Northwest National Laboratories contractors documents |
| | | PNL 020 | Pacific Northwest National Laboratories contractors documents |
| | | PNL 021 | Pacific Northwest National Laboratories contractors documents |
| | | PNL 022 | Pacific Northwest National Laboratories contractors documents |
| | | PNL 050 | Pacific Northwest National Laboratories contractors documents |
| | | PNL 051 | Pacific Northwest National Laboratories contractors documents |
| YA013 | 11421 | PNL 075 | Pacific Northwest National Laboratories contractors documents |
| | | PNL 077 | Pacific Northwest National Laboratories contractors documents |
| | | PNL 080 | Pacific Northwest National Laboratories contractors documents |
| | | PNL 081 | Pacific Northwest National Laboratories contractors documents |
| | | PNL 085 | Pacific Northwest National Laboratories contractors documents |
| YA014r1 | 14903 | PNL 083 | Pacific Northwest National Laboratories contractors documents |
| | | PNL 088 | Pacific Northwest National Laboratories contractors documents |
| | | PNL 090 | Pacific Northwest National Laboratories contractors documents |
| | | PNL 095 | Pacific Northwest National Laboratories contractors documents |
| | | PNL 096 | Pacific Northwest National Laboratories contractors documents |
| YA015 | 14883 | PNL 084 | Pacific Northwest National Laboratories contractors documents |
| | | PNL 094 | Pacific Northwest National Laboratories contractors documents |
| | | PNL 097 | Pacific Northwest National Laboratories contractors documents |
| | | PNL 098 | Pacific Northwest National Laboratories contractors documents |
| | | PNL 101 | Pacific Northwest National Laboratories contractors documents |
| YA016r2 | 11038 | PNL 103 | Pacific Northwest National Laboratories contractors documents |
| | | PNL 106 | Pacific Northwest National Laboratories contractors documents |
| | | PNL 109 | Pacific Northwest National Laboratories contractors documents |
| | | PNL 110 | Pacific Northwest National Laboratories contractors documents |

SPENT FUEL - PRODUCTION CDs AS OF 6/23/2005

| CD # | TOTAL IMAGES | CONTAINERS | DESCRIPTION |
|---|---|---|---|
| YA017r1 | 11205 | PNL 111 | Pacific Northwest National Laboratories contractors documents |
| | | PNL 113 | Pacific Northwest National Laboratories contractors documents |
| | | PNL 127 | Pacific Northwest National Laboratories contractors documents |
| | | PNL 129 | Pacific Northwest National Laboratories contractors documents |
| YA018r1 | 17791 | PNL 034 | Pacific Northwest National Laboratories contractors documents |
| | | PNL 132 | Pacific Northwest National Laboratories contractors documents |
| | | PNL 138 | Pacific Northwest National Laboratories contractors documents |
| | | PNL 140 | Pacific Northwest National Laboratories contractors documents |
| | | PNL 143 | Pacific Northwest National Laboratories contractors documents |
| | | PNL 150 | Pacific Northwest National Laboratories contractors documents |
| YA019r1 | 13318 | PNL 154 | Pacific Northwest National Laboratories contractors documents |
| | | PNL 158 | Pacific Northwest National Laboratories contractors documents |
| | | PNL 159 | Pacific Northwest National Laboratories contractors documents |
| | | PNL 164 | Pacific Northwest National Laboratories contractors documents |
| YA020r1 | 15141 | PNL 046 | Pacific Northwest National Laboratories contractors documents |
| | | PNL 144 | Pacific Northwest National Laboratories contractors documents |
| | | PNL 165 | Pacific Northwest National Laboratories contractors documents |
| | | PNL 168 | Pacific Northwest National Laboratories contractors documents |
| | | PNL 171 | Pacific Northwest National Laboratories contractors documents |
| YA021 | 11786 | PNL 023 | Pacific Northwest National Laboratories contractors documents |
| | | PNL 026 | Pacific Northwest National Laboratories contractors documents |
| | | PNL 028 | Pacific Northwest National Laboratories contractors documents |
| | | PNL 029 | Pacific Northwest National Laboratories contractors documents |
| | | PNL 030 | Pacific Northwest National Laboratories contractors documents |
| | | PNL 031 | Pacific Northwest National Laboratories contractors documents |
| YA022r1 | 11646 | PNL 035 | Pacific Northwest National Laboratories contractors documents |
| | | PNL 036 | Pacific Northwest National Laboratories contractors documents |
| | | PNL 039 | Pacific Northwest National Laboratories contractors documents |
| | | PNL 041 | Pacific Northwest National Laboratories contractors documents |
| | | PNL 047 | Pacific Northwest National Laboratories contractors documents |
| YA023 | 14965 | PNL 040 | Pacific Northwest National Laboratories contractors documents |
| | | PNL 042 | Pacific Northwest National Laboratories contractors documents |
| | | PNL 048 | Pacific Northwest National Laboratories contractors documents |
| | | PNL 058 | Pacific Northwest National Laboratories contractors documents |
| | | PNL 064 | Pacific Northwest National Laboratories contractors documents |
| | | PNL 067 | Pacific Northwest National Laboratories contractors documents |
| | | PNL 068 | Pacific Northwest National Laboratories contractors documents |

SPENT FUEL - PRODUCTION CDs AS OF 6/23/2005

| CD # | TOTAL IMAGES | CONTAINERS | DESCRIPTION |
|---|---|---|---|
| YA024 | 13654 | PNL 070 | Pacific Northwest National Laboratories contractors documents |
| | | PNL 079 | Pacific Northwest National Laboratories contractors documents |
| | | PNL 082 | Pacific Northwest National Laboratories contractors documents |
| | | PNL 100 | Pacific Northwest National Laboratories contractors documents |
| | | PNL 173 | Pacific Northwest National Laboratories contractors documents |
| YA025r1 | 14623 | PNL 086 | Pacific Northwest National Laboratories contractors documents |
| | | PNL 089 | Pacific Northwest National Laboratories contractors documents |
| | | PNL 091 | Pacific Northwest National Laboratories contractors documents |
| | | PNL 092 | Pacific Northwest National Laboratories contractors documents |
| | | PNL 102 | Pacific Northwest National Laboratories contractors documents |
| | | PNL 104 | Pacific Northwest National Laboratories contractors documents |
| YA026r1 | 15163 | PNL 105 | Pacific Northwest National Laboratories contractors documents |
| | | PNL 107 | Pacific Northwest National Laboratories contractors documents |
| | | PNL 108 | Pacific Northwest National Laboratories contractors documents |
| | | PNL 114 | Pacific Northwest National Laboratories contractors documents |
| | | PNL 115 | Pacific Northwest National Laboratories contractors documents |
| | | PNL 123 | Pacific Northwest National Laboratories contractors documents |
| YA027 | 13693 | PNL 116 | Pacific Northwest National Laboratories contractors documents |
| | | PNL 120 | Pacific Northwest National Laboratories contractors documents |
| | | PNL 121 | Pacific Northwest National Laboratories contractors documents |
| | | PNL 122 | Pacific Northwest National Laboratories contractors documents |
| | | PNL 124 | Pacific Northwest National Laboratories contractors documents |
| | | PNL 125 | Pacific Northwest National Laboratories contractors documents |
| | | PNL 126 | Pacific Northwest National Laboratories contractors documents |
| YA028r1 | 16348 | PNL 131 | Pacific Northwest National Laboratories contractors documents |
| | | PNL 134 | Pacific Northwest National Laboratories contractors documents |
| | | PNL 141 | Pacific Northwest National Laboratories contractors documents |
| | | PNL 142 | Pacific Northwest National Laboratories contractors documents |
| | | PNL 147 | Pacific Northwest National Laboratories contractors documents |
| | | PNL 148 | Pacific Northwest National Laboratories contractors documents |
| | | PNL 151 | Pacific Northwest National Laboratories contractors documents |

SPENT FUEL - PRODUCTION CDs AS OF 6/23/2005

| CD # | TOTAL IMAGES | CONTAINERS | DESCRIPTION |
|---|---|---|---|
| YA029r1 | 17460 | PNL 146 | Pacific Northwest National Laboratories contractors documents |
| | | PNL 153 | Pacific Northwest National Laboratories contractors documents |
| | | PNL 157 | Pacific Northwest National Laboratories contractors documents |
| | | PNL 160 | Pacific Northwest National Laboratories contractors documents |
| | | PNL 162 | Pacific Northwest National Laboratories contractors documents |
| | | PNL 163 | Pacific Northwest National Laboratories contractors documents |
| YA030 | 12353 | PNL 135 | Pacific Northwest National Laboratories contractors documents |
| | | PNL 152 | Pacific Northwest National Laboratories contractors documents |
| | | PNL 156 | Pacific Northwest National Laboratories contractors documents |
| | | PNL 167 | Pacific Northwest National Laboratories contractors documents |
| | | PNL 170 | Pacific Northwest National Laboratories contractors documents |
| | | ROH 001 | Rockwell Operations (Hanford) |
| YA031 | 5429 | PNL 169 | Pacific Northwest National Laboratories contractors documents |
| | | PNL 172 | Pacific Northwest National Laboratories contractors documents |
| YA032 | 9161 | PNL 004 | Pacific Northwest National Laboratories contractors documents |
| | | PNL 012 | Pacific Northwest National Laboratories contractors documents |
| | | PNL 014 | Pacific Northwest National Laboratories contractors documents |
| | | PNL 016 | Pacific Northwest National Laboratories contractors documents |
| | | PNL 044 | Pacific Northwest National Laboratories contractors documents |
| YA033 | 8772 | PNL 003 | Pacific Northwest National Laboratories contractors documents |
| | | PNL 007 | Pacific Northwest National Laboratories contractors documents |
| | | PNL 013 | Pacific Northwest National Laboratories contractors documents |
| | | PNL 015 | Pacific Northwest National Laboratories contractors documents |
| YA034 | 10092 | PNL 045 | Pacific Northwest National Laboratories contractors documents |
| | | PNL 052 | Pacific Northwest National Laboratories contractors documents |
| | | PNL 056 | Pacific Northwest National Laboratories contractors documents |
| | | PNL 061 | Pacific Northwest National Laboratories contractors documents |
| | | PNL 062 | Pacific Northwest National Laboratories contractors documents |
| | | PNL 063 | Pacific Northwest National Laboratories contractors documents |

SPENT FUEL - PRODUCTION CDs AS OF 6/23/2005

| CD # | TOTAL IMAGES | CONTAINERS | DESCRIPTION |
|---|---|---|---|
| YA035r2 | 15018 | CTR 006<br>CTR 007<br>CTR 008<br>CTR 009<br>CTR 010<br>CTR 011<br>CTR 012<br>CTR 014<br>CTR 015<br>CTR 016<br>HQR 016<br>HQR 018<br>HQR 020<br>HQR 022<br>HQR 024<br>PNL 174 | Billy Cole<br>Larry Clem<br>Chris Charles<br>Scott Gillespie<br>Mary Ellen Myers<br>Brent Thompson<br>Glenn Vawter<br>Jim Clark<br>Jim Clark<br>Jim Clark<br>Leroy Stewart<br>Tom Pollog<br>Jay Jones<br>George Riling<br>Mary Louise Wagner<br>Pacific Northwest National Laboratories contractors documents |
| YA036r4 | 12834 | CTR 013<br>CTR 017<br>CTR 018<br>CTR 020<br>CTR 021<br>YMP 003<br>YMP 004 | Billy Cole<br>Bill Teer<br>Scott Vance<br>Ed Benz<br>Tom Cotton<br>Don Nitti<br>Joe Rivers |
| YA037r1 | 15238 | HQR 017<br>HQR 019<br>HQR 021<br>HQR 023<br>HQR 025<br>HQR 026<br>HQR 030<br>HQR 031<br>HQR 033 | Jim Carlson<br>Mark Senderling<br>Markus Popa<br>Jim Carlson<br>Jim Carlson<br>Dwight Shelor<br>Jim Finucane<br>Susan Showard<br>Stan Wolf |

SPENT FUEL - PRODUCTION CDs AS OF 6/23/2005

| CD # | TOTAL IMAGES | CONTAINERS | DESCRIPTION |
|---|---|---|---|
| YA038r3 | 11492 | HQR 027<br>HQR 028<br>HQR 029<br>HQR 032<br>YMP 006 | Dwight Shelor<br>Dwight Shelor<br>Susan Smith<br>Dong Kim<br>Eugene Rollins |
| YA039r4 | 11060 | ANL 001<br>CTR 019<br>CTR 022<br>DER 008<br>EPA 001<br>NRC 001<br>YMP 005 | Argon National Laboratories<br>Scott Vance<br>Joe Rivers<br>Department of Energy (Richland)<br>Environmental Protection Agency<br>Wayne Hodges, Nuclear Regulatory Commission<br>Mark Wisenberg |
| YA040r4 | 10843 | CTR 023<br>HQR 035<br>HQR 036<br>HQR 037<br>YMP 007 | Glenn Vawter/Barrie McLeod<br>Jeff Williams<br>Jeff Williams<br>Jim Carlson<br>Ken Ashe |
| YA041r3 | 14754 | CTR 024<br>CTR 026<br>FER 001<br>FER 002<br>FER 003 | Scott Vance<br>Scott Gillespie<br>Federal Energy Regulatory Commission<br>Federal Energy Regulatory Commission<br>Federal Energy Regulatory Commission |
| YA042r2 | 11043 | CTR 025<br>HQR 034<br>HQR 038<br>HQR 039<br>HQR 040 | Scott Vance<br>Jeff Williams<br>Lake Barrett<br>Susan Klein<br>Susan Klein |
| YA043r1 | 12357 | HQR 041<br>HQR 042<br>HQR 043<br>HQR 044 | Susan Klein<br>Susan Klein<br>Susan Klein<br>FICA Reports |

| CD # | TOTAL IMAGES | CONTAINERS | DESCRIPTION |
|---|---|---|---|
| YA044r2 | 13940 | HQR 045<br>HQR 046<br>IDF 002<br>IDF 003<br>SVR 001 | William Lake<br>Susan Klein<br>Idaho Falls<br>Idaho Falls<br>Savannah River (DOE) |
| YA045r1 | 11755 | IDF 007<br>IDF 008<br>SVR 002<br>SVR 003 | Idaho Falls<br>Idaho Falls<br>Savannah River (DOE)<br>Savannah River (DOE) |
| YA046r3 | 12776 | IDF 004<br>IDF 005<br>IDF 009<br>SVR 004 | Idaho Falls<br>Idaho Falls<br>Idaho Falls<br>Savannah River (DOE) |
| YA047r1 | 14523 | HQR 047<br>IDF 001<br>IDF 006<br>SVR 005<br>SVR 006 | Dwight Shelor<br>Idaho Falls<br>Idaho Falls<br>Savannah River (DOE)<br>Savannah River (DOE) |
| YA048r1 | 8522 | HQR 048<br>IDF 011<br>SVR 007<br>SVR 008<br>SVR 009 | Jim Carlson<br>Idaho Falls<br>Savannah River (DOE)<br>Savannah River (DOE)<br>Savannah River (DOE) |
| YA049 | 7120 | PNL 065<br>PNL 071<br>PNL 072 | Pacific Northwest National Laboratories contractors documents<br>Pacific Northwest National Laboratories contractors documents<br>Pacific Northwest National Laboratories contractors documents |
| YA050 | 8767 | PNL 069<br>PNL 074<br>PNL 078 | Pacific Northwest National Laboratories contractors documents<br>Pacific Northwest National Laboratories contractors documents<br>Pacific Northwest National Laboratories contractors documents |

| CD # | TOTAL IMAGES | CONTAINERS | DESCRIPTION |
|---|---|---|---|
| YA051 | 10815 | PNL 066<br>PNL 073<br>PNL 076<br>PNL 128<br>PNL 130 | Pacific Northwest National Laboratories contractors documents<br>Pacific Northwest National Laboratories contractors documents<br>Pacific Northwest National Laboratories contractors documents<br>Pacific Northwest National Laboratories contractors documents<br>Pacific Northwest National Laboratories contractors documents |
| YA052r2 | 10763 | HQR 049<br>HQR 050<br>HQR 051<br>IDF 012<br>SVR 010<br>SVR 012<br>SVR 013 | Rose Fredrick<br>Linda Desell<br>Mary Louise Wagner<br>Idaho Falls<br>Savannah River (DOE)<br>Savannah River (DOE)<br>Savannah River (DOE) |
| YA053r1 | 8552 | IDF 010<br>SVR 011<br>SVR 014 | Idaho Falls<br>Savannah River (DOE)<br>Savannah River (DOE) |
| YA054 | 976 | PNL 155A | Pacific Northwest National Laboratories contractors documents |
| YA055 | 1063 | PNL 155B | Pacific Northwest National Laboratories contractors documents |
| YA056 | 13788 | DER 009<br>PNL 027<br>PNL 033<br>PNL 037<br>PNL 043<br>PNL 053<br>PNL 055<br>PNL 059<br>PNL 166 | Department of Energy (Richland)<br>Pacific Northwest National Laboratories contractors documents<br>Pacific Northwest National Laboratories contractors documents<br>Pacific Northwest National Laboratories contractors documents<br>Pacific Northwest National Laboratories contractors documents<br>Pacific Northwest National Laboratories contractors documents<br>Pacific Northwest National Laboratories contractors documents<br>Pacific Northwest National Laboratories contractors documents<br>Pacific Northwest National Laboratories contractors documents |
| YA057 | 8495 | PNL 054<br>PNL 060<br>PNL 087<br>PNL 137 | Pacific Northwest National Laboratories contractors documents<br>Pacific Northwest National Laboratories contractors documents<br>Pacific Northwest National Laboratories contractors documents<br>Pacific Northwest National Laboratories contractors documents |

SPENT FUEL - PRODUCTION CDs AS OF 6/23/2005

| CD # | TOTAL IMAGES | CONTAINERS | DESCRIPTION |
|---|---|---|---|
| YA058r1 | 11171 | PNL 038<br>PNL 057<br>PNL 093<br>PNL 099<br>PNL 112<br>PNL 119 | Pacific Northwest National Laboratories contractors documents<br>Pacific Northwest National Laboratories contractors documents<br>Pacific Northwest National Laboratories contractors documents<br>Pacific Northwest National Laboratories contractors documents<br>Pacific Northwest National Laboratories contractors documents<br>Pacific Northwest National Laboratories contractors documents |
| YA059 | 4865 | PNL 024<br>PNL 032<br>PNL 049<br>PNL 139<br>PNL 161 | Pacific Northwest National Laboratories contractors documents<br>Pacific Northwest National Laboratories contractors documents<br>Pacific Northwest National Laboratories contractors documents<br>Pacific Northwest National Laboratories contractors documents<br>Pacific Northwest National Laboratories contractors documents |
| YA060 | 10404 | PNL 117<br>PNL 118<br>PNL 149 | Pacific Northwest National Laboratories contractors documents<br>Pacific Northwest National Laboratories contractors documents<br>Pacific Northwest National Laboratories contractors documents |
| YA061 | 13365 | DER 001<br>DER 002<br>DER 003<br>PNL 145 | Department of Energy (Richland)<br>Department of Energy (Richland)<br>Department of Energy (Richland)<br>Pacific Northwest National Laboratories contractors documents |
| YA062r1 | 12079 | DER 004<br>DER 005<br>DER 006<br>DER 007<br>DER 010 | Department of Energy (Richland)<br>Department of Energy (Richland)<br>Department of Energy (Richland)<br>Department of Energy (Richland)<br>Department of Energy (Richland) |
| YA063 | 8694 | PNL 133<br>PNL 136<br>PNL 175 | Pacific Northwest National Laboratories contractors documents<br>Pacific Northwest National Laboratories contractors documents<br>Pacific Northwest National Laboratories contractors documents |
| YA064r1 | 5826 | COF 001<br>COF 002<br>COF 003 | Contract Office files<br>Contract Office files<br>Contract Office files |
| YA066 | 692 | HQR 052 | Admin Record |
| YA067 | 5909 | WLH 001<br>WLH 002 | Waste Legislative History<br>Waste Legislative History |

SPENT FUEL - PRODUCTION CDs AS OF 6/23/2005

| CD # | TOTAL IMAGES | CONTAINERS | DESCRIPTION |
|---|---|---|---|
| YA068 | 473 | CTR 034 | Edward Ziegler |
| | | CTR 035 | Tom Swift |
| | | HQR 061 | Steve Hanaver |
| | | HQR 062 | Jim Carlson |
| | | YMP 010 | Mark Sellers |
| | | YMP 011 | Joe Ziegler |
| YA069r2 | 2139 | CTR 030 | Scott Gillespie |
| | | CTR 031 | Connie Barton |
| | | HQR 066 | Tom Pollog |
| | | HQR 067 | Jeff Williams |
| | | HQR 068 | Corinne Macaluson |
| | | HQR 069 | Tom Pollog |
| | | HQR 070 | Jeff Williams |
| | | HQR 071 | J.C. DeLaGarza |
| | | HQR 072 | Elissa Turner |
| | | HQR 073 | Robert Campbell |
| | | HQR 074 | Jay Jones |
| | | HQR 075 | Choon Quan |
| | | YMP 013 | Keith Schwartztrauber |
| YA070 | 4984 | CTR 027 | Chris Charles |
| | | CTR 028 | Bill Teer |
| | | CTR 029 | Patricia Temple |
| | | CTR 032 | Barrie McLeod |
| | | HQR 053 | Jeff Williams |
| | | HQR 063 | John Vlahakis |
| | | HQR 065 | Robert Campbell |
| | | SVR 015 | Savannah River (DOE) |
| | | YMP 008 | Susan Rives |
| | | YMP 009 | Dennis Royer |
| YA071 | 10782 | CTR 033 | Tim Sweeney |
| | | CTR 036 | Chris Charles |
| | | HQR 057 | Mark Senderling |
| | | HQR 058 | Mark Senderling |
| YA073 | 6670 | HQR 060 | Jeff Williams |

SPENT FUEL - PRODUCTION CDs AS OF 6/23/2005

| CD # | TOTAL IMAGES | CONTAINERS | DESCRIPTION |
|---|---|---|---|
| YA074 | 5348 | CTR 043<br>HQR 078<br>YMP 012 | George Reyes<br>Steve Gomberg<br>Jozette Booth |
| YA075r2 | 12950 | HQR 055<br>HQR 064 | Mark Senderling<br>Jeff Williams |
| YA076r1 | 9697 | CTR 039<br>CTR 042<br>CTR 045 | Steven Ross<br>Tom Cotton<br>David Siefken |
| YA077r5 | 12006 | CTR 040<br>HQR 056<br>HQR 077 | Tom Cotton<br>Mark Senderling<br>Robert Campbell |
| YA078 | 4040 | CTR 044<br>CTR 060<br>NWN 001<br>YMP 023<br>YMP 024 | Tom Cotton<br>George Saulnier<br>Nuclear Waste Negotiator Files<br>Marty Bryan<br>Mike Lugo |
| YA079r1 | 1464 | HQR 087<br>HQR 088<br>HQR 089<br>HQR 095<br>HQR 096<br>YMP 025 | Jeff Williams<br>Tom Pollog<br>Tom Pollog<br>Susan Klein<br>Lake Barrett<br>Nancy Williams |
| YA080r1 | 1992 | HQR 093<br>HQR 094 | Jeff Williams<br>Jeff Williams |
| YA081 | 489 | HQR 076<br>SNL 001 | George Riling<br>John Cochran |
| YA082r1 | 424 | HQR 097<br>HQR 098 | Various file owners including J. Williams<br>Nick DiNunzio |
| YA116 | 800 | EOT 001<br>PAT 001 | Entergy Operations source docs<br>PA Power (Akron, OH) source docs |

SPENT FUEL - PRODUCTION CDs AS OF 6/23/2005

| CD # | TOTAL IMAGES | CONTAINERS | DESCRIPTION |
|---|---|---|---|
| YA117 | 2885 | AMT 001<br>CAT 001<br>GAT 001<br>POT 001<br>RGT 001<br>TUT 001<br>VPT 002 | Ameren UE source docs<br>Carolina Power & Light source docs<br>General Atomics source docs<br>Portland General Electric source docs<br>Rochester Gas & Electric source docs<br>Texas Utilities Electric source docs<br>Virginia Power source docs |
| YA118r1 | 5860 | IET 001<br>STT 001<br>VPT 001 | Iowa Electric source docs<br>STP Nuclear source docs<br>Virginia Power source docs |
| YA120 | 3503 | PST 003 | Public Service Electric source docs |
| YA121 | 696 | ARC 001 | DOE Admin Record Pre-Trial Exhibit No. 2 parts 2.001-2.086 |
| YA123 | 7718 | AZT 001<br>NMT 001, 002 | Arizona Public Service Co. source docs<br>Niagara Mohawk source docs |
| YA125r1 | 2436 | PET 001 | PECO Energy source docs |
| YA128 | 1237 | PLT 001 | PA Power & Light source docs |
| YA129 | 1728 | SCT 001 | Southern CA Edison source docs |
| YA131 | 733 | NET 001 | Nuclear Energy Institute source docs |
| YA132r1 | 1 | HQR 099 | Standard Contract 10 CFR Part 961 |
| YA133r2 | 233 | HQR 101<br>HQR 102 | Docs mentioned in S. Klein deposition<br>Eric Fygi |
| YA135r1 | 385 | HQR 100<br>HQR 103 | "LA Detail" oversize chart<br>"LA Detail Work Plan" Baseline Change Proposal |

| CD # | TOTAL IMAGES | CONTAINERS | DESCRIPTION |
|---|---|---|---|
| YA136r4 | 873 | HQR 104<br>HQR 105<br>HQR 106<br>HQR 107<br>HQR 108<br>HQR 109<br>HQR 110 | Jeff Williams<br>Beth Tomasoni<br>David Zabransky<br>Beth Tomasoni<br>Tom Pollog<br>Ed Benz<br>Mark Senderling |
| YA137r2 | 1318 | HQR 116<br>HQR 117 | Robert Burgoyne<br>Mark Senderling |
| YA138r1 | 799 | HQR 118 | E.R. Johnson |
| YA139r2 | 243 | HQR 119 | Wisconsin Electric v. Donald Hodel |
| YA140r1 | 440 | HQR 112<br>HQR 114<br>HQR 115 | Ed Benz<br>Robert Burgoyne<br>Robert Burgoyne |
| YA141r1 | 73 | HQR 113 | Robert Burgoyne |
| YA152r5 | 748 | HQR 120<br>HQR 121<br>HQR 140<br>NRC 003<br>NRC 004<br>NRC 005<br>NRC 006 | Miscellaneous (DOE)<br>Miscellaneous (DOE)<br>Robert Campbell<br>Nuclear Regulatory Commission<br>Nuclear Regulatory Commission<br>Nuclear Regulatory Commission<br>Nuclear Regulatory Commission |
| YA153r2 | 30 | HQR 086 | Susan Klein |
| YA155 | 657 | IDF 015 | INEEL Technical Library |
| YA157r2 | 652 | HQR 141<br>HQR 149<br>HQR 150<br>HQR 151 | Robert Campbell<br>William Lake<br>Tom Pollog<br>Markus Popa |
| YA158 | 385 | CPT 001 | Consumers Power source docs (third party) |

SPENT FUEL - PRODUCTION CDs AS OF 6/23/2005

| CD # | TOTAL IMAGES | CONTAINERS | DESCRIPTION |
|---|---|---|---|
| YA160r1 | 1351 | HQR 152<br>HQR 154 | Robert Campbell<br>Germantown - EM Records |
| YA161r1 | 5034 | IDF 016<br>IDF 017 | Robert Hanson, Idaho Falls, contractor employee<br>Sandra Birk, Idaho Falls, contractor employee |
| YA165 | 5808 | CTR 099<br>CTR 100<br>CTR 101 | Ed Benz<br>John Starmer<br>John Starmer |
| YA166r5 | 669 | HQR 160<br>HQR 161<br>HQR 162<br>HQR 163<br>HQR 164<br>HQR 166<br>HQR 167<br>HQR 168 | Katherine Yuracko<br>Cloverleaf file<br>Robert Fish<br>Germantown - EM Records<br>Suzanne Rudzinski<br>Matt Urie<br>Correspondence Tracking System (CTS)<br>Patrice Bubar |
| YA167r4 | 789 | HQR 165<br>HQR 169<br>HQR 170<br>HQR 171 | Patrice Bubar<br>Wayne Huizenga<br>Germantown - EM Records<br>Robert Campbell |
| YA168 | 57 | IDF 018 | Sandra Birk, Idaho Falls, contractor employee |
| YA169r1 | 36 | IDF 019<br>IDF 020 | Robert Hanson, Idaho Falls, contractor employee<br>Sandra Birk, Idaho Falls, contractor employee |

SPENT FUEL - PRODUCTION CDs AS OF 6/23/2005

| CD # | TOTAL IMAGES | CONTAINERS | DESCRIPTION |
|---|---|---|---|
| YA170 | 1090 | CTR 085<br>CTR 086<br>CTR 087<br>CTR 088<br>CTR 089<br>CTR 092<br>CTR 093<br>CTR 094<br>CTR 095<br>CTR 096<br>CTR 097<br>CTR 098 | John Starmer<br>John Starmer<br>John Starmer<br>John Starmer<br>John Starmer<br>John Starmer<br>John Starmer<br>John Starmer<br>John Starmer<br>John Starmer<br>John Starmer<br>John Starmer |
| YA171 | 7535 | HQR 122<br>HQR 123<br>HQR 124<br>HQR 125<br>HQR 126<br>HQR 127<br>HQR 128<br>HQR 130<br>HQR 131<br>HQR 132<br>HQR 133<br>HQR 134<br>HQR 135<br>HQR 137<br>HQR 138<br>HQR 139<br>HQR 142<br>HQR 143<br>HQR 144<br>HQR 145<br>HQR 146<br>HQR 147 | Robert Campbell<br>Robert Campbell<br>Robert Campbell<br>Robert Campbell<br>Robert Campbell<br>Robert Campbell<br>Robert Campbell<br>Robert Campbell<br>Robert Campbell<br>Robert Campbell<br>Robert Campbell<br>Robert Campbell<br>Robert Campbell<br>Robert Campbell<br>Robert Campbell<br>Robert Campbell<br>Robert Campbell<br>Robert Campbell<br>Bill Newberry<br>Mark Senderling<br>William Lake<br>Preston McDaniel |
| YA172 | 88 | IDF 013 | Sandra Birk, Idaho Falls, contractor employee |
| YA173 | 4938 | YMP 026 | Gene Rowe |

SPENT FUEL - PRODUCTION CDs AS OF 6/23/2005

| CD # | TOTAL IMAGES | CONTAINERS | DESCRIPTION |
|---|---|---|---|
| YA176r1 | 153 | HQR 092 | Robert Campbell |
| YA190 | 3725 | WDM 001 | Written Discovery Materials |
| YA191 | 4755 | HQR 240<br>HQR 241<br>HQR 242<br>HQR 243<br>HQR 244<br>HQR 245<br>HQR 246<br>HQR 247<br>HQR 248<br>HQR 249 | David Zabransky<br>David Zabransky<br>David Zabransky<br>David Zabransky<br>David Zabransky<br>David Zabransky<br>David Zabransky<br>David Zabransky<br>David Zabransky<br>David Zabransky |
| YA194r2 | 365 | HQR 256 | Alan Brownstein, DOE/RW |
| YA207 | 6545 | CTR 038<br>CTR 041<br>CTR 046<br>CTR 047<br>CTR 049<br>CTR 050<br>CTR 051<br>CTR 052<br>CTR 053<br>CTR 054<br>CTR 055<br>CTR 057<br>CTR 058<br>CTR 059 | Deborah Jerez, Booz Allen<br>Tom Cotton, BSC<br>Barry Goldstein<br>Marshall Weaver, Duke Engineering<br>Robert Burgoyne, Booz Allen<br>Robert Burgoyne, Booz Allen<br>Robert Burgoyne, Booz Allen<br>Robert Burgoyne, Booz Allen<br>Robert Burgoyne, Booz Allen<br>Robert Burgoyne, Booz Allen<br>Robert Burgoyne, Booz Allen<br>Ed Benz, TRW<br>Ed Benz, TRW<br>Ed Benz, TRW |
| YA208r2 | 4745 | HQR 079<br>HQR 080<br>HQR 081<br>HQR 082<br>HQR 083<br>HQR 084<br>HQR 085 | Steve Gillespie<br>Steve Gillespie<br>Various file owners incl. J. Williams<br>Robert Campbell, EM<br>Robert Campbell, EM<br>Robert Campbell, EM<br>Robert Campbell, EM |

SPENT FUEL - PRODUCTION CDs AS OF 6/23/2005

| CD # | TOTAL IMAGES | CONTAINERS | DESCRIPTION |
|---|---|---|---|
| YA209 | 2400 | YMP 014<br>YMP 015<br>YMP 016<br>YMP 017<br>YMP 018<br>YMP 019<br>YMP 020<br>YMP 021<br>YMP 022 | Richard Holder, BSC<br>Keith Schwartztrauber, BSC<br>Keith Schwartztrauber, BSC<br>Woody Stroupe, BSC<br>Ruth Weiner, BSC<br>Norman Henderson, BSC<br>Unidentified<br>Mitchell Brodsky<br>Ralph Hill |
| YA211 | 2549 | NRC 009 | Christopher Bajwa |
| YA213r4 | 2142 | HQR 250 | David Zabransky<br>Alan Brownstein<br>David Zabransky<br>Alan Brownstein<br>Tom Pollog<br>Ron Milner |
| YA214r2 | 227 | HQR 251<br>HQR 252 | Robert Campbell<br>Gov. King letter |
| YA215 | 101 | NRC 010 | NRC production docs 1989-2001 |
| YA217 | 16 | HQR 253 | OCRWM e-mails |
| YA218 | 740 | CTR 116 | Ed Benz<br>Billy Cole |
| YA219 | 2117 | HQR 239 | Nancy Slater<br>Ron Milner<br>Susan Klein<br>Patrice Bubar<br>Lake Barrett<br>Tom Pollog<br>Alan Brownstein |
| YA234r1 | 1535 | RDL 001 | Roedler |
| YA237 | 901 | HQR 257 | David Zabransky |

SPENT FUEL - PRODUCTION CDs AS OF 6/23/2005

| CD # | TOTAL IMAGES | CONTAINERS | DESCRIPTION |
|---|---|---|---|
| YA299r1 | 94 | COF 005 | Contract Office files |
| YA318r1 | 2797 | COF 007<br>COF 008 | Contract Office files<br>Contract Office files |
| YA320r1 | 1614 | COF 009 | Contract Office files |
| YA322 | 165 | COF 006 | Contract Office files |
| YA331r1 | 1153 | COF 010 | Contract Office files |
| YA337r1 | 1730 | COF 011 | Contract Office files |
| YA340r1 | 1345 | COF 012<br>COF 013 | Contract Office files<br>Contract Office files |
| YA345 | 2986 | CTR 117 | Dean Siddoway/Jack Bailey |
| YA347 | 192 | HQR 259 | Tom Pollog |
| YA348r1 | 1334 | COF 014 | Contract Office files |
| YA349 | 840 | HQR 260<br>HQR 261 | Susan Smith<br>OCRWM documents |
| YA351r1 | 571 | COF 015 | Contract Office files |
| YA353 | 205 | HQR 263<br>HQR 265 | Christopher Kouts<br>Susan Smith |
| YA354 | 2078 | CTR 133<br>CTR 134<br>CTR 135<br>CTR 138<br>CTR 139<br>CTR 140 | Scott Gillespie<br>Don Hanley, BSC<br>Ricky Robinson<br>Gene Rowe<br>Michael Voegele, BSC<br>Wiley Wells, BSC |
| YA355 | 140 | HQR 262 | Paige Russell |
| YA357 | 159 | CTR 136 | Gene Rowe |

SPENT FUEL - PRODUCTION CDs AS OF 6/23/2005

| CD # | TOTAL IMAGES | CONTAINERS | DESCRIPTION |
|---|---|---|---|
| YA358 | 24 | CTR 137 | Gene Rowe |
| YA370r2 | 1011 | COF 016 | Contract Office files |
| YA381 | 1486 | CTR 143<br>CTR 144<br>CTR 145 | Tom Cotton, BSC<br>Patricia Lopez<br>Steve Ross, BSC |
| YA382 | 402 | CTR 148<br>CTR 149<br>CTR 150 | Nancy Williams, BSC<br>Linda Slothouber, Booz Allen Hamilton<br>Victor Tuncan, Booz Allen Hamilton |
| YA383 | 1717 | HQR 274<br>HQR 275<br>HQR 276<br>HQR 277<br>HQR 278<br>HQR 279<br>HQR 280<br>HQR 281<br>HQR 282 | John Arthur<br>Linda Desell<br>Linda Desell<br>Christopher Kouts<br>Susan Smith<br>Jeff Williams<br>David Zabransky<br>No source - e-mails<br>D'Andra Simmons |
| YA384 | 1453 | CTR 146<br>CTR 147 | David Siefken, BSC<br>Wiley Wells |
| YA385 | 105 | HQR 283 | David Zabransky |
| YA389 | 111 | HQR 264 | Christopher Kouts |
| YA391 | 63 | HQR 284<br>HQR 285 | Tom Pollog<br>Ellen Livingston |
| YA395r1 | 1679 | COF 017 | Contract Office files |
| YA398 | 127 | HQR 286<br>HQR 287 | Paul Harrington<br>Mark VanDerPuy |
| YA400 | 3348 | CTR 158<br>CTR 159 | Lori Benard, BAH<br>Siddoway, BSC |

SPENT FUEL - PRODUCTION CDs AS OF 6/23/2005

| CD # | TOTAL IMAGES | CONTAINERS | DESCRIPTION |
|---|---|---|---|
| YA401 | 419 | CTR 160<br>CTR 161<br>CTR 162 | Scott Gillespie<br>Larry Sarakan, BSC<br>David Siefken |
| YA402r1 | 1356 | COF 018 | Contract Office files |
| YA403 | 498 | HQR 288<br>HQR 289<br>HQR 290 | Dong Kim<br>Susan Smith<br>Tom Pollog |
| YA404 | 17 | HQR 291 | Robert Campbell |
| YA405r1 | 997 | HQR 292 | George Riling |
| YA406 | 44 | HQR 293 | Ted Garrish |
| YA407 | 633 | HQR 294 | Linda Slothouber |
| YA408r1 | 106 | HQR 295<br>HQR 296<br>HQR 297 | Tom Owendorff |
| YA409 | 1 | CTR 163 | Patricia Lopez |
| YA410 | 645 | HQR 266<br>HQR 267<br>HQR 268<br>HQR 269<br>HQR 270<br>HQR 271<br>HQR 272<br>HQR 273 | Jeff Williams<br>Jeff Williams<br>Steve Gomberg<br>Delbert Bunch<br>Delbert Bunch<br>Delbert Bunch<br>Delbert Bunch<br>Delbert Bunch |
| YA411 | 1537 | CTR 127 | Scott Gillespie |
| YA412 | 5016 | CTR 130 | Tom Cotton |
| YA413 | 2088 | CTR 131<br>CTR 132 | Bill Teer<br>Ed Benz |

SPENT FUEL - PRODUCTION CDs AS OF 6/23/2005

| CD # | TOTAL IMAGES | CONTAINERS | DESCRIPTION |
|---|---|---|---|
| YA414 | 310 | CTR 141<br>CTR 151 | Connie Barton<br>Keith Schwartztrauber |
| YA420r2 | 8268 | CTR 153<br>CTR 165<br>CTR 166<br>CTR 167<br>CTR 168<br>CTR 169 | Connie Barton<br>Patricia Lopez<br>Scott Gillespie<br>Tom Cotton<br>Ed Benz<br>Bill Teer |
| YA421r1 | 1529 | COF 019 | Contract Office files |
| YA422 | 71 | HQR 298<br>HQR 300 | Jeff Williams<br>Tom Pollog |
| YA423r1 | 243 | HQR 299<br>HQR 301<br>HQR 302 | Tom Pollog<br>Susan Showard<br>Gary Lanthrum |
| YA425r1 | 4057 | CTR 170 | Lori Benard |
| YA426r1 | 1483 | COF 020 | Contract Office files |
| YA428r1 | 27 | HQR 303 | Tom Pollog |
| YA431 | 993 | HQR 304 | DOE - Misc. |
| YA433 | 61 | HQR 305<br>HQR 306 | Linda Slothouber |
| YA435 | 9403 | CTR 119 | Scott Gillespie |
| YA436 | 7329 | CTR 120<br>CTR 122<br>CTR 123<br>CTR 124 | Scott Gillespie<br>Scott Gillespie<br>Scott Gillespie<br>Scott Gillespie |

SPENT FUEL - PRODUCTION CDs AS OF 6/23/2005

| CD # | TOTAL IMAGES | CONTAINERS | DESCRIPTION |
|---|---|---|---|
| YA438 | 6987 | CTR 121<br>CTR 125<br>CTR 155<br>CTR 175<br>CTR 176 | Scott Gillespie<br>Scott Gillespie<br>Connie Barton<br>Bill Teer<br>Bill Teer |
| YA439 | 139 | HQR 307<br>HQR 308 | Jeff Williams<br>Jeff Williams |
| YA444 | 6409 | CTR 118 | Scott Gillespie |
| YA445 | 6067 | CTR 128 | Patricia Lopez |
| YA446 | 3679 | CTR 129 | Patricia Lopez |
| YA448 | 1034 | CTR 126 | Scott Gillespie |
| YA449r2 | 1574 | COF 021 | Contract Office files |
| YA454 | 69 | HQR 309 | Tom Pollog |
| YA458r2 | 1502 | COF 022 | Contract Office files |
| YA459 | 20 | HQR 311 | Jeff Williams |
| YA461r1 | 2597 | HQR 310<br>HQR 312 | Leroy Stewart<br>Wayne Miller |
| YA462 | 1273 | BGT 001 | Baltimore Gas & Electric source documents |
| YA465r1 | 1830 | COF 023 | Contract Office files |
| YA475r2 | 1087 | COF 024 | Contract Office files |
| YA489 | 207 | NRC 011 | NRC miscellaneous |
| YA491r1 | 1558 | COF 025 | Contract Office files |
| YA498 | 14 | HQR 315 | Leroy Stewart |
| YA506r1 | 1906 | COF 026 | Contract Office files |

SPENT FUEL - PRODUCTION CDs AS OF 6/23/2005

| CD # | TOTAL IMAGES | CONTAINERS | DESCRIPTION |
|---|---|---|---|
| YA512r1 | 2043 | COF 027 | Contract Office files |
| YA518 | 91 | HQR 316 | Tom Pollog |
| YA520r1 | 1668 | COF 028 | Contract Office files |
| YA522r1 | 1384 | COF 029 | Contract Office files |
| YA523 | 36 | HQR 317 | Martha Crosland |
| YA527 | 1652 | COF 030 | Contract Office files |
| YA530 | 19 | CTR 178 | Delbert Bunch |
| YA532r1 | 2121 | COF 031 | Contract Office files |
| YA533r1 | 2737 | DER 011 | Department of Energy (Richland) |
| YA534 | 879 | HQR 319 | Ken Picha |
| YA538r1 | 1722 | NVR 001 | Alan Denko, Office of Naval Reactors |
| YA539 | 1145 | PNL 177 | Pacific Northwest National Laboratories contractors documents |
| YA540 | 2884 | PNL 178 | Pacific Northwest National Laboratories contractors documents |
| YA541r1 | 2834 | PNL 179 | Pacific Northwest National Laboratories contractors documents |
| YA542 | 2910 | PNL 180<br>PNL 182<br>PNL 183 | Pacific Northwest National Laboratories contractors documents<br>Pacific Northwest National Laboratories contractors documents<br>Pacific Northwest National Laboratories contractors documents |
| YA544 | 2884 | PNL 181 | Pacific Northwest National Laboratories contractors documents |
| YA545r2 | 490 | HQR 320 | Ken Picha |
| YA554 | 51 | HQR 322<br>HQR 323<br>HQR 324 | Miscellaneous<br>Christine Gelles<br>Ken Picha |

SPENT FUEL - PRODUCTION CDs AS OF 6/23/2005

| CD # | TOTAL IMAGES | CONTAINERS | DESCRIPTION |
|---|---|---|---|
| YA555 | 31 | NRC 012 | Nuclear Regulatory Commission |
| YA556 | 330 | NRC 013 | Nuclear Regulatory Commission |
| YA558 | 1491 | PNL 184 | Pacific Northwest National Laboratories contractors documents |
| YA562 | 3243 | HQR 326<br>HQR 327<br>HQR 328<br>HQR 329<br>HQR 330 | Tom Pollog/David Zabransky<br>Tom Pollog/David Zabransky<br>Tom Pollog/David Zabransky<br>Tom Pollog/David Zabransky<br>Tom Pollog/David Zabransky |
| YA563 | 45 | HQR 331 | Tom Pollog/David Zabransky |
| YA564 | 10 | HQR 333 | Tom Pollog |
| YA566 | 17 | HQR 332 | Tom Pollog/David Zabransky |
| YA567 | 60 | HQR 334<br>HQR 335 | Tom Pollog<br>Susan Smith |
| YA570 | 9 | HQR 342 | Tom Pollog/David Zabransky |
| YA571 | 63 | HQR 336<br>HQR 337<br>HQR 340<br>HQR 341 | Ken Picha<br>Keith Adkins/Richard Denton, DOE/NNSA<br>Christine Gelles<br>Tom Pollog/David Zabransky |
| YA572 | 267 | CTR 179 | Mike McAvee |
| YA574 | 45 | HQR 344 | Christine Gelles |
| YA575 | 7 | HQR 345 | Christine Gelles |
| YA577 | 11 | HQR 343 | Jeff Williams |
| YA580 | 15 | NVR 003 | Office of Naval Reactors |
| YA582 | 1071 | NVR 002 | Office of Naval Reactors |

SPENT FUEL - PRODUCTION CDs AS OF 6/23/2005

| CD # | TOTAL IMAGES | CONTAINERS | DESCRIPTION |
|---|---|---|---|
| YA585 | 866 | HQR 318 | Ken Picha |
| YA593 | 270 | NRC 014 | NRC's 2/8/2005 response to Dickstein Shapiro Morin & Oshinsky's 11/16/2004 FOIA request |
| YA611 | 684 | HQR 347<br>HQR 348<br>HQR 349 | Nanette Founds<br>Miscellaneous (DOE)<br>Miscellaneous (DOE) |
| YA613 | 212 | HQR 350<br>HQR 351<br>HQR 352 | Richard Minning<br>Jim Finucane<br>Tom Pollog |
| YA615r1 | 3671 | HQR 354 | Susan Showard |
| YA618 | 2 | HQR 346 | Susan Smith |