# EXHIBIT 11

**Greenberg Traurig**

Kevin E. Stern
Tel. 202-452-4878
Fax 202-261-0107
sternk@gtlaw.com

August 15, 2005

**VIA FACSIMILE AND FIRST CLASS MAIL**

John C. Ekman
Trial Attorney
Department of Justice
Commercial Litigation Branch
Civil Division -- Classification Unit
8th Floor Mailroom
1100 L Street, NW
Washington, D.C. 20530

**Re: PG&E**

Dear John:

My August 10, 2005 letter to you requested that the government provide us with alternative dates for our 30(b)(6) deposition concerning the government's response to PG&E's First Request for Production of Documents by no later than August 12. Because we have not heard anything from you, enclosed is an amended notice scheduling the deposition for next Tuesday, August 23.

If you have any questions, please feel free to contact me.

Sincerely,

Kevin E. Stern

Enclosure

ALBANY
AMSTERDAM
ATLANTA
BOCA RATON
BOSTON
CHICAGO
DALLAS
DENVER
FORT LAUDERDALE
LOS ANGELES
MIAMI
NEW JERSEY
NEW YORK
ORANGE COUNTY, CA
ORLANDO
PHILADELPHIA
PHOENIX
SILICON VALLEY
TALLAHASSEE
TYSONS CORNER
WASHINGTON, D.C.
WEST PALM BEACH
WILMINGTON
ZURICH

www.gtlaw.com

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PACIFIC GAS & ELECTRIC COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 04-0074C, into which has been consolidated No. 04-0075C (Judge Hewitt) |

AMENDED RULE 30(b)(6) NOTICE OF DEPOSITION

Please take notice that, pursuant to Rule 30(b)(6) of the Rules of the Court of Federal Claims, plaintiff Pacific Gas & Electric Company will take the deposition of defendant United States, or a person or persons designated by defendant upon oral examination before an officer authorized by law to administer oaths, commencing August 23, 2005, at Greenberg Traurig, LLP, 800 Connecticut Avenue, NW, Suite 500, Washington, DC 20006, commencing at 10:00 a.m., or at a time and place agreed upon between counsel for the parties, and continuing from day to day until completed.

Pursuant to Rule 30(b)(6), defendant shall designate a person or persons to testify upon its behalf as to the following subjects:

1. Defendant's search for documents responsive to Plaintiff's First Request for Production of Documents.

2. Results of defendant's searches for documents responsive to Plaintiff's First Request for Production of Documents.

3. The groupings and categories of documents produced on the government's document production website.

4. Documents that have been produced on the government's document production website in response to or as a result of Plaintiff's First Request for Production of Documents.

5. Documents that have been withheld from production by the government on privilege and/or work-product grounds in response to or as a result of Plaintiff's First Request for Production of Documents.

Dated: August 15, 2005

Jerry Stouck
Greenberg Traurig, LLP
800 Connecticut Avenue, NW
Suite 500
Washington, DC 20006
(202) 331-3173
(202) 261-4751
Counsel for Plaintiff
Pacific Gas & Electric Company

Of Counsel:

Robert L. Shapiro
Greenberg Traurig, LLP

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by facsimile and first-class mail, postage pre-paid, this 15th day of August, 2005, upon the following:

John C. Ekman
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Eighth Floor
1100 L Street, N.W.
Washington, DC 20530

Kevin E. Stern