**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| PACIFIC GAS & ELECTRIC COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | ) | No. 04-074C<br>(Judge Hewitt)<br>into which has been consolidated<br>No. 04-075C<br><br>Filed electronically: October 4, 2005 |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR LEAVE TO FILE THE "AMENDED DECLARATION OF THOMAS E. POLLOG"**

Pacific Gas & Electric has no objection to the government's Motion for Leave to File the Amended Declaration of Thomas E. Pollog ("Motion for Leave"). However, PG&E believes that this declaration is entitled to little or no weight. Mr. Pollog spends a considerable amount of his work day supporting DOE spent fuel litigation defense efforts. His declaration is pure advocacy, without supporting facts based on personal knowledge. It contributes no credible factual material to support the government's position nor does it provide meaningful information that might be useful to the Court.

The declaration is offered as support for the government's assertion that PG&E's request for production of documents is a request for "uncontrolled and expensive discovery." That is advocacy, not fact. Mr. Pollog offers the Record Information System ("RIS") as one aspect of the search required to respond to a request for DOE intra-governmental communications related to the government's duties under the NWPA and the Standard Contract. He claims that this system, created and maintained by the OCRWM, is "not organized in a manner that would permit [OCRWM] personnel to readily retrieve all such [responsive] documents." He then

simply asserts that the effort to respond would encompass "many months, if not years" and "thousands of manhours." Mr. Pollog also addresses without any specificity on the effort purportedly required to search for documents responsive to requests regarding GTCC. He offers no explanation or support – and there is none – for the implicit suggestion that PG&E, rather than the government, should incur whatever effort and expense is required to locate these responsive documents.

Perhaps the most glaring example of advocacy in the declaration is Mr. Pollog's last paragraph, where he argues that a comparison of the feasibility of storage options for commercial and government spent nuclear fuel is "meaningless" and documents regarding non-commercial spent nuclear fuel are "irrelevant" to this litigation. Again, he provides no basis or specific facts to support this assertion – which PG&E contends is flatly wrong.

In sum, this declaration is devoid of personal knowledge or facts that would provide substance or credibility to Mr. Pollog's statements. It should be disregarded.

Dated: October 4, 2005

Respectfully submitted,

s/ Jerry Stouck

Jerry Stouck
GREENBERG TRAURIG, LLP
800 Connecticut Ave, NW Ste 500
Washington, D.C. 20006
(202) 331-3173
(202) 261-4751 fax
Counsel for Plaintiff
Pacific Gas & Electric Company

Of Counsel:
Robert L. Shapiro
GREENBERG TRAURIG, LLP