# In the United States Court of Federal Claims

No. 04-74C
(into which has been consolidated No. 04-75C)

(E-Filed: October 6, 2005)

| | |
|---|---|
| PACIFIC GAS AND ELECTRIC COMPANY, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

The court requests that the parties determine a mutually agreeable time between 9:00 a.m. and 5:00 p.m. Eastern Daylight Time on October 11, 13, or 14, 2005, to conduct a telephonic status conference regarding Plaintiff's Motion to Compel Discovery. One of the parties shall contact chambers at (202)-357-6564 to inform the court as to the time and date agreed upon.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge