IN THE UNITED STATES COURT OF FEDERAL CLAIMS

**PACIFIC GAS & ELECTRIC COMPANY,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

**No. 04-0074C, into which has been consolidated No. 04-0075C (Judge Hewitt)**

**GOVERNMENT'S REPLY TO PLAINTIFF'S RESPONSE TO GOVERNMENT'S MOTION FOR LEAVE TO FILE THE AMENDED DECLARATION OF THOMAS E. POLLOG**

Defendant, the United States, respectfully submits this reply to Pacific Gas & Electric's ("Plaintiff") Response to the Government's Motion for Leave to File the Amended Declaration of Thomas E. Pollog. The Government submits that the Court should rely upon Mr. Pollog's Amended Declaration in considering the Government's Opposition to Plaintiff's Motion to Compel.

As a threshold matter, Plaintiff concedes that it has "no objection" to our motion. Notwithstanding its concession, Plaintiff spends two pages attempting to discredit Mr. Pollog's representations as advocacy lacking meaningful and credible information because, allegedly, "Mr. Pollog spends a considerable amount of his work day supporting DOE spent fuel litigation defense efforts." Plaintiff's pleading, however, chose to ignore the fact that, as the Department of Energy's ("DOE") Contracting Officer's Technical Representative since June 2002, an employee of the Office of Civilian Radioactive Waste Management ("OCRWM") since 1988, and from his work since 1996 with the Office of Waste Acceptance/Office of Systems Analysis and Strategy Development with duties that include implementing the Standard Contract, Mr.

Pollog has direct, personal knowledge of the efforts both OCRWM employees and OCRWM contractors' employees would have to expend as a result of Plaintiff's requests.

As described in his Amended Declaration, and unchallenged by Plaintiff, Mr. Pollog is extremely familiar with and knowledgeable about the various documents and files sought by Plaintiff. In short, Plaintiff has proven the Government's point, that Mr. Pollog possesses the requisite experience and knowledge to make the representations set forth in his Amended Declaration.[1] Indeed, it is hard to imagine anyone better suited to explain what efforts OCRWM employees and OCRWM contractors' employees would have to expend to respond to Plaintiff's requests, including potentially searching over 800,000 records stored on OCRWM's Record Information System, searching the multitude of offices within DOE (possibly every file in OCRWM's DOE Headquarters office, Yucca Mountain Site Characterization Office ("YMSCO") in Nevada, and the Management and Operating Contractor offices at YMSCO and Washington, D.C., involving the files of approximately 160 Federal employees and 2,300 contractor employees), and searching tens of thousands of documents in DOE (outside of OCRWM) that in some way "relate to" Greater-Than-Class-C ("GTCC") low-level radioactive waste and failed fuel.

In sum, Mr. Pollog possesses the personal knowledge and experience to support the representations set forth in his Amended Declaration. The Court should grant the Government's

---

[1/] The Court should note that Plaintiff's counsel is intimately familiar with Mr. Pollog's duties, responsibilities and experience within OCRWM. The SNF plaintiffs, including Plaintiff's counsel, apparently have found it beneficial and necessary to depose Mr. Pollog for a total of 12 days as part of the SNF litigation. Mr. Pollog has also testified in two SNF trials to date. Interestingly, despite characterizing the declaration as "devoid of personal knowledge or facts that would provide substance or credibility to [his] statement," Plaintiff intends to depose Mr. Pollog, once again, during fact discovery in this case.

Motion for Leave to File the Amended Declaration of Thomas Pollog, and should rely upon Mr. Pollog's Amended Declaration as support for denying Plaintiff's Motion to Compel Discovery.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/John C. Ekman
JOHN C. EKMAN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 353-0897
Fax: (202) 307-2503

Attorneys for Defendant

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

SCOTT DAMELIN
SHARON SNYDER
Civil Division
Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530

October 7, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of October 2005, a copy of the foregoing "GOVERNMENT'S REPLY TO PLAINTIFF'S RESPONSE TO GOVERNMENT'S MOTION FOR LEAVE TO FILE THE AMENDED DECLARATION OF THOMAS E. POLLOG," was filed electronically. I understand notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ John C. Ekman