# In the United States Court of Federal Claims

No. 04-74C
(into which has been consolidated No. 04-75C)

(E-Filed: October 11, 2005)

PACIFIC GAS AND ELECTRIC COMPANY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Further to the court's October 6, 2005 Order and to the parties' agreed upon date and time, the court will conduct a telephonic status conference regarding Plaintiff's Motion to Compel Discovery on Friday, October 14, 2005 at 2:00 p.m. Eastern Daylight Time.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge