IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| PACIFIC GAS & ELECTRIC COMPANY,<br>Plaintiff,<br>v.<br>UNITED STATES OF AMERICA,<br>Defendant. | No. 04-074C<br>into which has been consolidated<br>No. 04-075C<br><br>(Judge Hewitt)<br><br>File Electronically October 11, 2005 |

PACIFIC GAS & ELECTRIC'S UNOPPOSED MOTION FOR LEAVE TO FILE A CORRECTED COPY OF ITS OCTOBER 7, 2005 MOTION TO COMPEL PRODUCTION OF DOCUMENTS WITHHELD UNDER THE "DELIBERATIVE PROCESS" PRIVILEGE

Pacific Gas & Electric (PG&E) moves for leave to file the attached corrected copy of its "Motion to Compel Production of Documents Withheld Under the 'Deliberative Process' Privilege" which was filed with the Court on October 7, 2005. The corrections include adjusting: 1) the formatting of the footnotes, and 2) the pagination of the table of contents. Counsel for PG&E has consulted with counsel for the government regarding this Motion, and the government has stated that it does not oppose this Motion.

This Motion should be granted as the corrected version will provide a clearer presentation for the Court's use. Plaintiff respectfully requests that the Court grant this motion for leave to file a corrected copy of its October 7, 2005 Motion and Appendix.

Dated: October 11, 2005

Respectfully submitted,

s/ Jerry Stock

JERRY STOUCK
Greenberg Traurig, LLP
800 Connecticut Ave, NW Ste 500
Washington, D.C. 20006
(202) 331-3173
(202) 261-4751 fax
Counsel for Plaintiff
Pacific Gas & Electric Company

Of Counsel:
ROBERT L. SHAPIRO
Greenberg Traurig, LLP