PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 443 | PGE0000963 | PGE0000967 | 8/17/1995 | Memo | Christian, Claudette M (Hogan & Hartson); Miller, Mary Beth (Hogan & Hartson) | Connelly, Mike (Northern States Power); Stetzner, Leah (Illinois Power Company); Shinnock, Jack (American Electric Power); Foran, Jim (Public Service Electric & Gas); Warner, Christopher J; Porter, Doug (Southern California Edison); Zaremba, Tom (Dairyland Power); Morris, Scott (Southern Company); Woefle, Walter T (Wisconsin Electric); Brandenburg, Brent (Consolidated Edison Company); Martin, Marsha (GPU Nuclear); Shenberg, Michael S (GPU Nuclear); Fulton, Jack (Boston Edison) | NONE | LEGAL MEMORANDUM RE: DRAFT MESCALERO FUEL STORAGE L.L.C. AGREEMENT. MEMORANDUM WRITTEN BY C. CHRISTIAN AND M.B. MILLER OF HOGAN & HARTSON FOR MESCALERO SPENT FUEL PROJECT MEMBERS | Attorney Client; Work Product |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 444 | PGE0000968 | PGE0000968 | 7/27/1995 | Letter | Connelly, Michael C (Northern States Power) | Warner, Christopher J | NONE | COVER LETTER FROM MESCALERO FUEL STORAGE PROJECT UTILITY MEMBER COUNSEL (M. CONNELLY) TO PG&E COUNSEL (C. WARNER) FORWARDING ATTACHED (PGE0000969 - PGE0001111) LEGAL ANALYSIS OF COUNSEL (C. CHRISTIAN OF HOGAN & HARTSON; M. SWIMMER OF HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON) FOR THE MESCALERO FUEL STORAGE PROJECT UTILITY GROUP | Attorney Client |
| 445 | PGE0000969 | PGE0001071 | 7/7/1995 | Memo | Christian, Claudette M (Hogan & Hartson); Courtney, Maryanne (Hogan & Hartson) | Connelly, Michael C (Northern States Power); Foran, James T (Public Service Electric & Gas); Morris, G Scott (Southern Company); Porter, Doug (Southern California Edison); Shinnock, Jack (America Electric Power); Zaremba, Thomas J (Dairyland Power); Sanchez, John (Consolidated Edison) | NONE | LEGAL MEMORANDUM DESCRIBING STATUS OF ATTACHED (PGE0000972 - PGE0001071) DRAFTS OF MESCALERO PROJECT DEVELOPMENT AGREEMENT. DRAFTS ARE WORK PRODUCT OF HOGAN & HARTSON. MEMORANDUM CONTAINS LEGAL ADVICE AND REQUESTS REVIEW. SUBSEQUENTLY FORWARDED TO C. WARNER (SEE PGE0000968) | Attorney Client; Work Product |
| 446 | PGE0001072 | PGE0001075 | 7/10/1995 | Letter | Swimmer, Margaret A (Hall Estill Hardwick Gable Golden & Nelson) | Connelly, Michael (Northern States Power) | NONE | LETTER RE: DETAILS OF PROPOSED LEGAL REPRESENTATION OF HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON) TO MESCALERO SPENT FUEL PROJECT UTILITY GROUP REGARDING INDIAN LAW ISSUES. SUBSEQUENTLY FORWARDED TO C. WARNER (SEE PGE0000968) | Attorney Client; Work Product |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 447 | PGE0001076 | PGE0001095 | 7/10/1995 | Memo | Swimmer, Margaret A (Hall Estill Hardwick Gable Golden & Nelson); Fincher, Joseph D (Hall Estill Hardwick Gable Golden & Nelson) | Connelly, Michael C (Northern States Power) | NONE | MEMORANDUM PROVIDING REQUESTED LEGAL ANALYSIS RE: MESCALERO SPENT FUEL PROJECT UTILITY GROUP NEGOTIATIONS WITH THE MESCALERO APACHE TRIBE. MEMORANDUM IS ATTACHMENT TO LETTER AT PGE0001072 - PGE0001073. DOCUMENT CONTAINS HANDWRITTEN LEGAL ANALYSIS IN THE MARGINS. SUBSEQUENTLY FORWARDED TO C. WARNER (SEE PGE0000968) | Attorney Client; Work Product |
| 448 | PGE0001096 | PGE0001100 | 7/11/1995 | Fax Cover Sheet | Swimmer, Margaret (Hall Estill Hardwick Gable Golden & Nelson); Fincher, Joe (Hall Estill Hardwick Gable Golden & Nelson) | Connelly, Michael C (Northern States Power) | NONE | FACSIMILE COVER SHEET AND ATTACHED (PGE0001097 - PGE0001100) LEGAL ANALYSIS OF MESCALERO SPENT FUEL PROJECT DRAFT DEVELOPMENT AGREEMENT AND REQUEST FROM COUNSEL (M. SWIMMER AND J. FINCHER OF HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON) FOR INFORMATION NEEDED TO PROVIDE LEGAL REPRESENTATION TO CLIENT (MESCALERO SPENT FUEL PROJECT UTILITY GROUP). SUBSEQUENTLY FORWARDED TO C. WARNER (SEE PGE0000968) | Attorney Client |
| 449 | PGE0001101 | PGE0001107 | 7/17/1995 | Letter | Swimmer, Margaret A (Hall Estill Hardwick Gable Golden & Nelson) | Connelly, Michael C (Northern States Power) | NONE | LETTER DESCRIBING STATUS OF ATTACHED (PGE0001103 - PGE0001107) DRAFT OF PROVISIONS FOR MESCALERO PROJECT DEVELOPMENT AGREEMENT AND LEASE. DRAFT IS WORK PRODUCT OF HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON. LETTER CONTAINS LEGAL ADVICE AND REQUESTS REVIEW. SUBSEQUENTLY FORWARDED TO C. WARNER (SEE PGE0000968) | Attorney Client; Work Product |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 450 | PGE0001108 | PGE0001111 | 7/11/1995 | Letter | Swimmer, Margaret A (Hall Estill Hardwick Gable Golden & Nelson); Fincher, Joseph D (Hall Estill Hardwick Gable Golden & Nelson) | Connelly, Michael C (Northern States Power) | NONE | LEGAL ANALYSIS OF MESCALERO SPENT FUEL PROJECT DRAFT DEVELOPMENT AGREEMENT AND REQUEST FROM COUNSEL (M. SWIMMER AND J. FINCHER OF HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON) FOR INFORMATION NEEDED TO PROVIDE LEGAL REPRESENTATION TO CLIENT (MESCALERO SPENT FUEL PROJECT UTILITY GROUP). DOCUMENT CONTAINS HANDWRITTEN LEGAL ANALYSIS IN THE MARGINS. SUBSEQUENTLY FORWARDED TO C. WARNER (SEE PGE0000968) | Attorney Client; Work Product |
| 451 | PGE0001112 | PGE0001112 | 7/31/1995 | Memo | Connelly, Michael C (Northern States Power) | Members of the Mescalero Fuel Storage Steering Committee and Member Counsel | NONE | COMMUNICATION RE: PROCESS OF FINALIZING OF MESCALERO FUEL STORAGE PROJECT LIMITED LIABILITY COMPANY AGREEMENT AND ASSOCIATED DOCUMENTS. REFLECTS LEGAL WORK AND COMMUNICATIONS OF MESCALERO FUEL STORAGE PROJECT UTILITY MEMBERS COUNSEL | Attorney Client; Work Product |
| 452 | PGE0001147 | PGE0001162 | 7/21/1995 | Memo | Zaremba, Thomas J (Dairyland Power) | Members of the Mescalero Fuel Storage Steering Committee | NONE | MEMORANDUM RE: ATTACHED (PGE0001149 - PGE0001162) DRAFT MESCALERO FUEL STORAGE PROJECT LIMITED LIABILTY COMPANY AGREEMENT AND EXHIBITS. MEMORANDUM REFLECTS ADVICE OF MESCALERO FUEL STORAGE PROJECT UTILITY MEMBERS COUNSEL AND REQUESTS FURTHER LEGAL REVIEW OF SAME | Attorney Client; Work Product |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 453 | PGE0001163 | PGE0001163 | 8/21/1995 | Notes | Rueger, Greg M | Warner, Christopher J | NONE | NOTE TO COUNSEL (C. WARNER) RE: PG&E STRATEGY REGARDING MESCALERO FUEL STORAGE PROJECT. NOTE IS FOLLOW-UP TO EARLIER ATTORNEY-CLIENT DISCUSSION | Attorney Client; Work Product |
| 454 | PGE0001170 | PGE0001170 | 8/15/1995 | Letter | Warner, Christopher J | Connelly, Michael C (Northern States Power); Christian, Claudette M (Hogan & Hartson) | NONE | LEGAL ANALYSIS AND COMMENTS OF PG&E ATTORNEY (C. WARNER) RE: DRAFT MESCALERO FUEL STORAGE PROJECT LIMITED LIABILITY COMPANY CHARTER. REQUESTS CHANGES TO DRAFT AND REQUESTS LEGAL ANALYSIS OFMESCALERO FUEL STORAGE PROJECT GROUP COUNSEL (C. CHRISTIAN, HOGAN & HARTSON) | Attorney Client; Work Product |
| 455 | PGE0001171 | PGE0001172 | 8/11/1995 | Fax Cover Sheet | Connelly, Michael C (Northern States Power) | Leibowitz, Donald (Public Service Electric & Gas); Porter, Doug (Southern California Edison); Morris, Scott (Southern Nuclear); Christian, Claudette M (Hogan & Hartson); Shinnock, Jack (American Electric); Stetzner, Leah (Illinois Power); Warner, Christopher J; Woelfle, Walter (Wisonsin Electric Power); Rybeck, Jeffrey (Consolidated Edison); Martin, Marsha (GPU Nuclear); Fulton, Jack (Boston Edison) | Parkyn, J; Northard, S (Dairyland Power) | FACSIMILE COVER SHEET AND MEMORANDUM (PGE0001172) FROM MESCALERO FUEL STORAGE PROJECT MEMBER COUNSEL (M. CONNELLY, NORTHERN STATES POWER) TO ALL MESCALERO FUEL STORAGE PROJECT MEMBERS COUNSEL RE: STATUS OF INCORPORATION OF MESCALERO FUEL STORAGE LIMITED LIABILITY CORPORATION | Attorney Client; Work Product |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 456 | PGE0001178 | PGE0001179 | 8/10/1995 | Fax Cover Sheet | Zaremba, Thomas (Dairyland Power) | Connelly, Michael (Northern States Power); Leibowitz, Donald (Public Service Electric & Gas); Porter, Doug (Southern California Edison); Morris, Scott (Southern Nuclear); Christian, Claudette M (Hogan & Hartson); Shinnock, Jack (American Electric); Stetzner, Leah (Illinois Power); Warner, Christopher J; Woelfle, Walter (Wisconsin Electric); Rybeck, Jeffrey (Consilidated Edison); Martin, Marsha (GPU Nuclear); Fulton, Jack (Boston Edison); Parkyn, John (Dairyland Power) | NONE | FACSIMILE COVER SHEET AND PROPOSED ADDITIONAL RESOLUTIONS TO MESCALERO FUEL STORAGE PROJECT LLC DOCUMENTS (PGE0001179). PROPOSED ADDITIONAL RESOLUTIONS SENT FROM MEMBER COUNSEL (T. ZAREMBA, DAIRYLAND POWER) TO ALL MEMBERS COUNSEL. | Attorney Client; Work Product |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 457 | PGE0001191 | PGE0001194 | 6/21/1995 | Fax Cover Sheet | Connelly, Mike (Northern States Power) | Stetzner, Leah (Illinois Power); Shinnock, Jack (American Electric); Foran, Jim (Public Service Electric & gas); Warner, Christopher J; Porter, Doug (Southern California Edison); Zaremba, Tom (Dairyland Power); Morris, Scott (Southern Companies); Woelfle, Walter (Wisconsin Electric); Brandenburg, Brent (Consolidated Edison); Martin, Marsha (GPU Nuclear) | NONE | FACSIMILE COVER SHEET, DISTRIBUTION MEMORANDUM (PGE0001192) AND LEGAL MEMORANDUM (PGE0001193 - PGE0001194) FROM MESCALERO FUEL STORAGE PROJECT GROUP COUNSEL (HOGAN & HARTSON) TO MESCALERO FUEL STORAGE PROJECT MEMBERS COUNSEL RE: DRAFT OF MESCALERO FUEL STORAGE PROJECT DEVELOPMENT AGREEMENT AND DRAFT ORGANIZATIONAL DOCUMENTS. INCLUDES LEGAL ADVICE RE: FORMATION OF LIMITED LIABILITY CORPORATION. | Attorney Client |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 458 | PGE0001195 | PGE0001198 | 6/20/1995 | Fax Cover Sheet | Connelly, Mike (Northern States Power) | Stetzner, Leah (Illinois Power); Shinnock, Jack (American Electric); Foran, Jim (Public Service Electric & gas); Warner, Christopher J; Porter, Doug (Southern California Edison); Zaremba, Tom (Dairyland Power); Morris, Scott (Southern Companies); Woelfle, Walter (Wisconsin Electric); Brandenburg, Brent (Consolidated Edison); Martin, Marsha (GPU Nuclear) | NONE | FACSIMILE COVER SHEET AND MEMORANDUM (PGE0001196 - PGE0001198) FROM MESCALERO FUEL STORAGE PROJECT MEMBER COUNSEL (M. CONNELLY, NORTHERN STATES POWER) TO OTHER MESCALERO FUEL STORAGE PROJECT MEMBERS COUNSEL RE: STATUS REPORT ON LEGAL ASPECTS OF FUEL STORAGE PROJECT DEVELOPMENT. INCLUDES DISCUSSION OF RETENTION OF OUTSIDE COUNSEL FOR THE GROUP (HOGAN & HARTSON), PROPOSED RENTION OF ADDITIONAL OUTSIDE COUNSEL, AND DESCRIPTION OF LEGAL WORK ALREADY PERFORMED BY HOGAN & HARTSON. | Attorney Client |
| 459 | PGE0001202 | PGE0001202 | 7/31/1995 | Letter | Parkyn, John (Dairyland Power) | NONE | Mescalero Steering Committee Membership | COMMUNICATION FROM C. WARNER TO W. STOCK INCLUDES LEGAL ANALYSIS AND REVISIONS TO DRAFT LETTER TO J. PARKYN (DAIRYLAND) RE: MESCALERO FUEL STORAGE PROJECT STEERING COMMITTEE | Attorney Client; Work Product |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 460 | PGE0001203 | PGE0001205 | 7/31/1995 | Telex / Telegram / Phone Message | Connelly, Michael C (Northern States Power) | Stetzner, Leah (Illinois Power); Shinnock, Jack (American Electric); Foran, Jim (Public Service Electric & Gas); Warner, Christopher J; Porter, Doug (Southern California Edison); Shenberg, Michael (GPU Nuclear); Zaremba, Tom (Dairyland Power); Morris, Scott (Southern Companies); Woelfle, Walter T (Wisoncsin Electric); Brandenburg, Brent (Consolidated Edison); Martin, Marsha (GPU Nuclear) | Christian, Claudette M (Hogan & Hartson); Northard, Scott (Northern States Power) | FACSIMILE COVER SHEET AND DISTRIBUTION LIST FOR MEMORANDUM (PGE0001205) FROM MESCALERO FUEL STORAGE PROJECT MEMBER COUNSEL (M. CONNELLY, NORTHERN STATES POWER) TO OTHER MESCALERO FUEL STORAGE PROJECT MEMBERS COUNSEL RE: STATUS REPORT ON DEVELOPMENT OF LIMITED LIABILITY COMPANY AGREEMENT. INCLUDES DESCRIPTION OF WORK PERFORMED BY MESCALERO FUEL STORAGE GROUP COUNSEL (HOGAN & HARTSON) | Attorney Client |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 461 | PGE0001214 | PGE0001215 | 7/24/1995 | Telex / Telegram / Phone Message | Connelly, Michael C (Northern States Power) | Stetzner, Leah (Illinois Power); Shinnock, Jack (American Electric); Foran, Jim (Public Service Electric & Gas); Warner, Christopher J; Porter, Doug (Southern California Edison); Zaremba, Tom (Dairyland Power); Morris, Scott (Southern Companies); Woelfle, Walter T (Wisoncsin Electric); Brandenburg, Brent (Consolidated Edison); Martin, Marsha (GPU Nuclear) | Christian, Claudette M (Hogan & Hartson) | FACSIMILE COVER SHEET (PGE0001215) AND MEMORANDUM (PGE0001214) FROM MESCALERO FUEL STORAGE PROJECT MEMBER COUNSEL (M. CONNELLY, NORTHERN STATES POWER) TO OTHER MESCALERO FUEL STORAGE PROJECT MEMBERS COUNSEL RE: DEVELOPMENT OF LIMITED LIABILITY COMPANY AGREEMENT | Attorney Client |
| 462 | PGE0001216 | PGE0001216 | 7/24/1995 | Memo | Connelly, Michael C (Northern States Power) | Members of the Mescalero Fuel Storage Steering Committee and Member Counsel | Christian, Claudette M (Hogan & Hartson) | MEMORANDUM FROM MESCALERO FUEL STORAGE PROJECT MEMBER COUNSEL (M. CONNELLY, NORTHERN STATES POWER) TO OTHER MESCALERO FUEL STORAGE PROJECT MEMBERS COUNSEL (FACSIMILE LINE TO C. WARNER) RE: DEVELOPMENT OF LIMITED LIABILITY COMPANY AGREEMENT | Attorney Client |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 463 | PGE0001220 | PGE0001220 | 7/24/1995 | Letter | Warner, Christopher J | Ford, John E | NONE | COVER MEMORANDUM FROM C. WARNER (PG&E COUNSEL) TO J. FORD (PG&E) REQUESTING REVIEW OF ATTACHED (PGE0001221 - PGE0001222) MEMORANDUM AND DISTRIBUTION LIST FROM MESCALERO FUEL STORAGE PROJECT UTILITY GROUP COUNSEL (HOGAN & HARTSON) TO MESCALERO FUEL STORAGE UTILITY GROUP MEMBER COUNSEL RE: ATTACHED (PGE0001223 - PGE0001314) DRAFT DOCUMENTATION RE: FORMATION OF MESCALERO FUEL STORAGE LLC. MEMORANDUM REQUESTS REVIEW OF AND COMMENTS ON ATTACHMENTS | Attorney Client; Work Product |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 464 | PGE0001221 | PGE0001222 | 7/21/1995 | Memo | Hogan & Hartson LLP | Connelly, Mike (Northern States Power); Stetzner, Leah (American Electric Power); Shinnock, Jack (American Electric Power); Foran, Jim (Public Service Electric & Gas); Warner, Christopher J; Porter, Doug (Southern California Edison); Zaremba, Tom (Dairyland Power); Morris, Scott (Southern Companies); Woelfle, Walter T (Wisconsin Electric Power); Brandenburg, Brent (Consolidated Edison); Martin, Marsha (GPU Nuclear); Strait, Thomas (Washington Utility Group) | NONE | MEMORANDUM AND DISTRIBUTION LIST FROM MESCALERO FUEL STORAGE PROJECT UTILITY GROUP COUNSEL (HOGAN & HARTSON) TO MESCALERO FUEL STORAGE UTILITY GROUP MEMBER COUNSEL RE: ATTACHED (PGE0001223 - PGE0001314) DRAFT DOCUMENTATION RE: FORMATION OF MESCALERO FUEL STORAGE LLC. MEMORANDUM REQUESTS LEGAL REVIEW OF DRAFT DOCUMENTS | Attorney Client; Work Product |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 465 | PGE0001223 | PGE0001224 | 7/21/1995 | Memo | Zaremba, Thomas J (Dairyland Power) | Members of the Mescalero Fuel Storage Steering Committee | NONE | LEGAL MEMORANDUM FROM MESCALERO FUEL STORAGE PROJECT UTILITY MEMBER COUNSEL (T. ZAREMBA, DAIRYLAND POWER COOPERATIVE) TO MESCALERO FUEL STORAGE UTILITY GROUP STEERING COMMITTEE RE: STATUS UPDATE OF LLC FORMATION AND LEGAL ANALYSIS OF ATTACHED (PGE0001225 - PGE0001314) DRAFT DOCUMENTATION. MEMORANDUM REQUESTS LEGAL REVIEW OF DRAFT DOCUMENTS. COVER MEMORANDUM AND DISTRIBUTION LIST TO MESCALERO FUEL STORAGE PROJECT UTILITY MEMBER COUNSEL AT PGE0001221 - PGE0001222 | Attorney Client; Work Product |
| 466 | PGE0001225 | PGE0001227 | 7/21/1995 | Memo | Hogan & Hartson LLP | NONE | NONE | LEGAL MEMORANDUM FROM MESCALERO FUEL STORAGE PROJECT UTILITY GROUP COUNSEL (HOGAN & HARTSON) TO MESCALERO FUEL STORAGE UTILITY GROUP MEMBERS CONTAINING LEGAL ADVICE RE: TAX TREATMENT OF A LLC AND IT'S MEMBERS. COVER MEMORANDUM AND DISTRIBUTION LIST TO MESCALERO FUEL STORAGE PROJECT UTILITY MEMBER COUNSEL AT PGE0001221 - PGE0001222 | Attorney Client; Work Product |
| 467 | PGE0001228 | PGE0001287 | 7/21/1995 | Agreement / Contract | Hogan & Hartson LLP | NONE | NONE | DRAFT LIMITED LIABILITY COMPANY AGREEMENT FOR MESCALERO FUEL STORAGE LLC. DRAFT IS WORK PRODUCT OF HOGAN & HARTSON. COVER MEMORANDUM AND DISTRIBUTION LIST TO MESCALERO FUEL STORAGE PROJECT UTILITY MEMBER COUNSEL AT PGE0001221 - PGE0001222 | Attorney Client; Work Product |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 468 | PGE0001288 | PGE0001293 | 7/21/1995 | Agreement / Contract | Hogan & Hartson LLP | NONE | NONE | DRAFT LIMITED LIABILITY COMPANY AGREEMENT TABLE OF CONTENTS FOR MESCALERO FUEL STORAGE LLC. DRAFT IS WORK PRODUCT OF HOGAN & HARTSON. COVER MEMORANDUM AND DISTRIBUTION LIST TO MESCALERO FUEL STORAGE PROJECT UTILITY MEMBER COUNSEL AT PGE0001221 - PGE0001222 | Attorney Client; Work Product |
| 469 | PGE0001294 | PGE0001294 | 7/21/1995 | Agreement / Contract | Hogan & Hartson LLP | NONE | NONE | DRAFT CERTIFICATE OF FORMATION FOR MESCALERO FUEL STORAGE LLC. DRAFT IS WORK PRODUCT OF HOGAN & HARTSON. COVER MEMORANDUM AND DISTRIBUTION LIST TO MESCALERO FUEL STORAGE PROJECT UTILITY MEMBER COUNSEL AT PGE0001221 - PGE0001222 | Attorney Client; Work Product |
| 470 | PGE0001295 | PGE0001301 | 7/21/1995 | Agreement / Contact | Hogan & Hartson LLP | NONE | NONE | DRAFT PRINCIPLES OF STORAGE ALLOCATION FOR MESCALERO FUEL STORAGE LLC. DRAFT IS WORK PRODUCT OF HOGAN & HARTSON. COVER MEMORANDUM AND DISTRIBUTION LIST TO MESCALERO FUEL STORAGE PROJECT UTILITY MEMBER COUNSEL AT PGE0001221 - PGE0001222 | Attorney Client; Work Product |
| 471 | PGE0001302 | PGE0001307 | 7/21/1995 | Agreement / Contract | Hogan & Hartson LLP | NONE | NONE | DRAFT UNANIMOUS WRITTEN CONSENT IN LIEU OF A MEETING OF THE BOARD OF MANAGERS FOR MESCALERO FUEL STORAGE LLC. DRAFT IS WORK PRODUCT OF HOGAN & HARTSON. COVER MEMORANDUM AND DISTRIBUTION LIST TO MESCALERO FUEL STORAGE PROJECT UTILITY MEMBER COUNSEL AT PGE0001221 - PGE0001222 | Attorney Client; Work Product |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 472 | PGE0001309 | PGE0001313 | 7/21/1995 | Agreement / Contract | Hogan & Hartson LLP | NONE | NONE | DRAFT UNANIMOUS WRITTEN CONSENT IN LIEU OF A MEETING OF THE MEMBERS FOR MESCALERO FUEL STORAGE LLC. DRAFT IS WORK PRODUCT OF HOGAN & HARTSON. COVER MEMORANDUM AND DISTRIBUTION LIST TO MESCALERO FUEL STORAGE PROJECT UTILITY MEMBER COUNSEL AT PGE0001221 - PGE0001222 | Attorney Client; Work Product |
| 473 | PGE0001314 | PGE0001314 | 7/21/1995 | Agreement / Contract | Hogan & Hartson LLP | NONE | NONE | DRAFT FORM OF INCUMBENCY CERTIFICATE FOR MESCALERO FUEL STORAGE LLC. DRAFT IS WORK PRODUCT OF HOGAN & HARTSON. COVER MEMORANDUM AND DISTRIBUTION LIST TO MESCALERO FUEL STORAGE PROJECT UTILITY MEMBER COUNSEL AT PGE0001221 - PGE0001222 | Attorney Client; Work Product |
| 474 | PGE0001315 | PGE0001317 | 7/24/1995 | Memo | Warner, Christopher J | Stock, William C | NONE | LEGAL MEMORANDUM CONCERNING LEGAL ANALYSIS OF AND LEGAL STRATEGY FOR PG&E PARTICIPATION IN THE MESCALERO FUEL STORAGE PROJECT STEERING COMMITTEE | Attorney Client; Work Product |
| 475 | PGE0001320 | PGE0001320 | 5/30/1995 | Letter | Rueger, Gregory M | Howard, James J (Northern States Power) | NONE | FIRST PAGE OF DRAFT LETTER FROM PG&E TO J. HOWARD (NORTHERN STATES POWER) RE: PG&E REVIEW OF DRAFT MESCALERO FUEL STORAGE PROJECT PARTICIPATION AGREEMENT TO FORM A UTILITY COMPANY. MARGINALIA REFLECTS COMMUNICATION OF LEGAL REVIEW AND ADVICE OF C. WARNER TO G. RUEGER | Attorney Client; Work Product |