PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 521 | PGE0004304 | PGE0004308 | 7/11/1995 | Fax Cover Sheet | Swimmer, Margaret (Hall Estill Hardwick Gable Golden & Nelson); Fincher, Joe (Hall Estill Hardwick Gable Golden & Nelson) | Connelly, Michael C (Northern States Power) | NONE | FACSIMILE COVER SHEET AND ATTACHED (PGE0004305 - PGE0004308) LEGAL ANALYSIS OF MESCALERO SPENT FUEL PROJECT DRAFT DEVELOPMENT AGREEMENT AND REQUEST FROM COUNSEL (M. SWIMMER AND J. FINCHER OF HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON) FOR INFORMATION NEEDED TO PROVIDE LEGAL REPRESENTATION TO CLIENT (MESCALERO SPENT FUEL PROJECT UTILITY GROUP). SUBSEQUENTLY FORWARDED TO C. WARNER (SEE PGE0004279) | Attorney Client |
| 522 | PGE0004309 | PGE0004315 | 7/17/1995 | Letter | Swimmer, Margaret A (Hall Estill Hardwick Gable Golden & Nelson) | Connelly, Michael C (Northern States Power) | NONE | LETTER DESCRIBING STATUS OF ATTACHED (PGE0004311 - PGE0004315) DRAFTS OF PROVISIONS FOR MESCALERO PROJECT DEVELOPMENT AGREEMENT AND LEASE. LETTER CONTAINS LEGAL ADVICE AND REQUESTS REVIEW. SUBSEQUENTLY FORWARDED TO C. WARNER (SEE PGE0004279) | Attorney Client; Work Product |
| 523 | PGE0004316 | PGE0004319 | 7/11/1995 | Memo | Swimmer, Margaret A (Hall Estill Hardwick Gable Golden & Nelson); Fincher, Joseph D (Hall Estill Hardwick Gable Golden & Nelson) | Connelly, Michael C (Northern States Power) | NONE | LEGAL ANALYSIS OF MESCALERO SPENT FUEL PROJECT DRAFT DEVELOPMENT AGREEMENT AND REQUEST FROM COUNSEL (M. SWIMMER AND J. FINCHER OF HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON) FOR INFORMATION NEEDED TO PROVIDE LEGAL REPRESENTATION TO CLIENT (MESCALERO SPENT FUEL PROJECT UTILITY GROUP). DOCUMENT CONTAINS HANDWRITTEN LEGAL ANALYSIS IN THE MARGINS. SUBSEQUENTLY FORWARDED TO C. WARNER (SEE PGE0004279) | Attorney Client; Work Product |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 524 | PGE0004320 | PGE0004422 | 7/7/1995 | Memo | Christian, Claudette M (Hogan & Hartson); Courtney, Maryanne (Hogan & Hartson) | Connelly, Michael C (Northern States Power); Foran, James T (Public Service Electric & Gas); Morris, G Scott (Southern Companies); Porter, Doug (Southern California Edison); Shinnock, Jack (American Electric Power); Zaremba, Thomas J (Dairyland Power); Sanchez, John (Consolidated Edison) | NONE | LEGAL MEMORANDUM DESCRIBING STATUS OF ATTACHED (PGE0004323 - PGE0004422) DRAFTS OF MESCALERO PROJECT DEVELOPMENT AGREEMENT. MEMORANDUM CONTAINS LEGAL ADVICE AND REQUESTS REVIEW. SUBSEQUENTLY FORWARDED TO C. WARNER (SEE PGE0004279). MARGINALIA REFLECTS LEGAL ANALYSIS AND REVIEW BY C. WARNER | Attorney Client; Work Product |
| 525 | PGE0004567 | PGE0004569 | 8/23/1995 | Report / Plan | NONE | NONE | NONE | DRAFT OF MESCALERO FUEL STORAGE PROJECT DEVELOPMENT DOCUMENT (PRINCIPLES OF STORAGE ALLOCATION). DRAFTED BY MESCALERO FUEL STORAGE PROJECT MEMBER COUNSEL (J. FORAN, PSE&G) AND SENT TO FUEL STORAGE PROJECT STEERIMG COMMITTEE MEMBERS (T. ZAREMBA, DAIRYLAND POWER; J. SANCHEZ, CONSOLIDATED EDISION; C. WARNER, PG&E). FACSIMILE COVER SHEET PRODUCED AT PPGE0001496 | Attorney Client; Work Product |
| 526 | PGE0004605 | PGE0004605 | 10/5/1995 | Letter | Warner, Christopher J | Rickett, Robert R | NONE | MEMORANDUM REQUESTING LEGAL REVIEW AND ANALYSIS BY PG&E COUNSEL (R. RICKETT) OF DRAFT LAND PURCHASE AGREEMENT. REFLECTS LEGAL REVIEW OF C. WARNER | Attorney Client; Work Product |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 527 | PGE0004606 | PGE0004606 | 9/5/1995 | Letter | Northard, Scott (Northern States Power) | Mescalero Fuel Storage Project - Utility Steering Committee Representatives | NONE | REQUEST FOR LEGAL REVIEW OF DRAFT LAND PURCHASE AGREEMENT BY MESCALERO FUEL STORAGE PROJECT UTILITY STEERING COMMITTEE MEMBER COUNSEL. REDACTED VERSION PRODUCED AT PPGE0000370 | Attorney Client |
| 528 | PGE0004610 | PGE0004625 | 9/22/1995 | Agreement / Contract | NONE | NONE | NONE | DRAFT LAND PURCHASE AGREEMENT. THIS COPY CONTAINS HANDWRITTEN NOTES REFLECTING LEGAL REVIEW AND ANALYSIS OF C. WARNER AND R. RICKETT. A COPY WITHOUT THE MARK-UPS HAS BEEN PRODUCED AT PPGE0000374 - PPGE0000389 | Attorney Client; Work Product |
| 529 | PGE0004658 | PGE0004662 | 12/7/1995 | Report / Plan | NONE | NONE | NONE | DRAFT MESCALERO PROJECT DEVELOPMENT AGREEMENT DOCUMENT (PRINCIPLES OF STORAGE ALLOCATION) . DRAFT IS WORK PRODUCT OF HOGAN & HARTSON AND IS PROVIDED TO MESCALERO FUEL STORAGE PROJECT BOARD OF MANAGERS. ATTACHMENT TO PPGE0001549 | Attorney Client; Work Product |
| 530 | PGE0004669 | PGE0004720 | 12/7/1995 | Memo | Northard, Scott (Northern States Power) | Mescalero Fuel Storage LLC Board Members | NONE | MEMORANDUM TO MESCALERO FUEL STORAGE LLC BOARD MEMBERS FROM MESCALERO FUEL STORAGE LLC MEMBER REPRESENTATIVE (S. NORTHARD, NORTHERN STATES POWER) SUMMARIZING ATTACHED (PGE0004670 - PGE0004720) SET OF MEMOS RE: LAND AQUISITION. ATTACHED MEMOS, PREPARED BY MESCALERO FUEL STORAGE LLC REAL ESTATE ATTORNEY (C. PRICE OF MYERS, OLIVER & PRICE, P.C.), REFLECT LEGAL REVIEW AND ANALYSIS OF PRICE RE: LAND AQUISITION | Attorney Client; Work Product |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 531 | PGE0004729 | PGE0004729 | 11/3/1995 | Memo | Foran, James T (Public Service Electric & Gas) | Shinnock, Jack (American Electric Power); Zaremba, Thomas (Dairyland Power); Warner, Christopher J; Porter, Doug (Southern California Edison); Fulton, Jack (Boston Edison) | NONE | FACSIMILE COVER SHEET FOR DOCUMENTS SENT FROM MESCALERO FUEL STORAGE UTILITY GROUP MEMBER COUNSEL (J. FORAN, PSE&G) TO MEMBERS OF THE LEGAL COMMITTEE. COVER SHEET CONTAINS COMMUNICATION DESCRIBING REQUEST FROM COUNSEL FOR INFORMATION | Attorney Client; Work Product |
| 532 | PGE0004733 | PGE0004733 | 11/2/1995 | Fax Cover Sheet | Northard, Scott (Northern States Power) | Foran, Jim (Public Service Electric & Gas) | NONE | COMMUNICATION FROM MESCALERO FUEL STORAGE PROJECT UTILITY MEMBER REPRESENTATIVE (S. NORTHARD, NORTHERN STATES POWER) TO MESCALERO FUEL STORAGE PROJECT UTILITY MEMBER COUNSEL (J. FORAN, PSG&E) RE: ATTACHED CORRESPONDENCE (PGE0004734 - PGE0004743) BETWEEN UTILITY GROUP AND MESCALERO APACHE TRIBE. ATTACHMENTS PROVIDED IN RESPONSE TO REQUEST FROM COUNSEL (J. FORAN) | Attorney Client; Work Product |
| 533 | PGE0004744 | PGE0004744 | 11/3/1995 | Fax Cover Sheet | Northard, Scott (Northern States Power) | Foran, Jim (Public Service Electric & Gas) | NONE | COMMUNICATION FROM MESCALERO FUEL STORAGE PROJECT UTILITY MEMBER REPRESENTATIVE (S. NORTHARD, NORTHERN STATES POWER) TO MESCALERO FUEL STORAGE PROJECT UTILITY MEMBER COUNSEL (J. FORAN, PSG&E) RE: ATTACHED CORRESPONDENCE (PGE0004745 - PGE0004747) BETWEEN UTILITY GROUP AND MESCALERO APACHE TRIBE. ATTACHMENT PROVIDED IN RESPONSE TO REQUEST FROM COUNSEL (J. FORAN) | Attorney Client; Work Product |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 534 | PGE0004772 | PGE0004778 | | Report / Plan | Swimmer, Margaret A (Hall Estill Hardwick Gable Golden & Nelson); Membrino, Joseph A (Hall Estill Hardwick Gable Golden & Nelson); Fincher, Joseph D (Hall Estill Hardwick Gable Golden & Nelson) | Mescalero Fuel Storage LLC Board of Managers | NONE | LEGAL ANALYSIS AND ADVICE OF INDIAN LAW COUNSEL (M. SWIMMER, J. MEMBRINO, AND J. FINCHER OF HALL, ESTILL, HARDWICK, GABEL, GOLDEN & NELSON) TO THE MESCALERO FUEL STORAGE LLC BOARD OF MANAGERS RE: JURISDICTIONAL AND OTHER LEGAL ISSUES CONCERNING THE USE OF RESERVATION VS TRUST LANDS | Attorney Client; Work Product |
| 535 | PGE0004779 | PGE0004815 | 12/7/1995 | Letter | Northard, Scott (Northern States Power) | Mescalero Fuel Storage LLC Board Members | NONE | MEMORANDUM TO MESCALERO FUEL STORAGE LLC BOARD MEMBERS FROM MESCALERO FUEL STORAGE LLC MEMBER REPRESENTATIVE (S. NORTHARD, NORTHERN STATES POWER) SUMMARIZING ATTACHED (PGE0004780 - PGE0004815) SET OF MEMOS RE: LAND AQUISITION. ATTACHED MEMOS, PREPARED BY MESCALERO FUEL STORAGE LLC REAL ESTATE ATTORNEY (C. PRICE OF MYERS, OLIVER & PRICE, P.C.), REFLECT LEGAL REVIEW AND ANALYSIS OF PRICE RE: LAND AQUISITION | Attorney Client; Work Product |
| 536 | PGE0004819 | PGE0004825 | 12/18/1995 | Letter | Swimmer, Margaret A (Hall Estill Hardwick Gable Golden & Nelson) | Parkyn, John (Dairyland Power) | Northard, Scott (Northern States Power); Foran, Jim (Public Service Electric & Gas) | MEMORANDUM RE: ATTACHED (PGE0004820 - PGE0004825) DRAFT RESPONSE TO MESCALERO APACHE TRIBE REQUEST FOR CLARIFICATION ON CONTRACT TERMS. REFLECTS LEGAL WORK OF COUNSEL (M. SWIMMER). REQUESTS REVIEW AND FEEDBACK FROM MESCALERO FUEL STORAGE LLC BOARD OF DIRECTORS AND NEGOTIATING COMMITTEE | Attorney Client; Work Product |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 537 | PGE0004828 | PGE0004834 | 12/5/1995 | Letter | Brimer, Bob (Dairyland Power); Foran, Jim (Public Service Electric & Gas); Porter, Doug (Southern California Edison); Swimmer, Margaret (Hall Estill Hardwick Gable Golden & Nelson) | Mescalero Fuel Storage LLC Board of Managers | Reilly, Jim (Southern California Edison); Christian, Claudette M (Hogan & Hartson) | MEMORANDUM FROM MESCALERO LLC NEGOTIATING COMMITTEE TO MESCALERO FUEL STORAGE LLC BOARD OF MANAGERS SUMMARIZING MEETING WITH MESCALERO TRIBAL NEGOTIATING COMMITTEE AND REFLECTING LEGAL ANALYSIS AND ADVICE OF COUNSEL (J. FORAN, PSE&G; D. PORTER, SOUTHERN CALIFORNIA EDISON; M. SWIMMER, HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON) | Attorney Client; Work Product |
| 538 | PGE0004835 | PGE0004836 | | Board Resolutions | NONE | NONE | NONE | ATTACHMENT TO MEMORANDUM (PGE0004828 - PGE0004834) FROM MESCALERO LLC NEGOTIATING COMMITTEE TO MESCALERO FUEL STORAGE LLC BOARD OF MANAGERS SUMMARIZING MEETING WITH MESCALERO TRIBAL NEGOTIATING COMMITTEE AND REFLECTING LEGAL ANALYSIS AND ADVICE OF COUNSEL (J. FORAN, PSE&G; D. PORTER, SOUTHERN CALIFORNIA EDISON; M. SWIMMER, HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON). A STAND-ALONE COPY OF THIS DOCUMENT HAS BEEN PRODUCED AT PPGE0001534 - PPGE0001535 | Attorney Client |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 539 | PGE0004851 | PGE0004851 | 11/16/1995 | Fax Cover Sheet | Foran, James T (Public Service Electric & Gas) | Fulton, Jack (Boston Edison); Woefle, Walter T (Wisconsin Electric Power); Warner, Christopher J; Shinnock, Jack (American Electric Power); Porter, Doug (Southern California Edison); Christian, Claudette M (Hogan & Hartson); Connelly, Michael C (Northern States Power); Brimer, Bob Dairyland Power); Dahodwala, Quresh (Public Service Electric & Gas) | NONE | COMMUNICATION FROM MESCALERO FUEL STORAGE PROJECT UTILITY MEMBER COUNSEL (J. FORAN, PSE&G) TO MESCALERO FUEL STORAGE PROJECT UTILITY MEMBER REPRESENTATIVES RE: NEGOTIATIONS WITH MESCALERO APACHE TRIBE | Attorney Client; Work Product |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 540 | PGE0004864 | PGE0004864 | 11/17/1995 | Fax Cover Sheet | Swimmer, Margaret A (Hall Estill Hardwick Gable Golden & Nelson) | Brimer, Bob (Dairyland Power); Christian, Claudette M (Hogan & Hartson); Dahodwala, Quresh (Public Service Electric & Gas); Foran, Jim (Public Service Electric & Gas); Fulton, Jack (Boston Edison); Shinnock, Jack (American Electric Power); Warner, Christopher J; Woelfle, Walter T (Wisconsin Electric Power); Zaremba, Thomas (Dairyland Power); Porter, Doug (Southern California Edison); Reiley, Jim (Southern California Edison) | NONE | FACSIMILE COVER SHEET FOR ATTACHED (PGE0004865 - PGE0004867) LEGAL MEMORANDUM FROM MESCALERO FUEL STORAGE PROJECT UTILITY GROUP COUNSEL (M. SWIMMER, HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON) TO MESCALERO FUEL STORAGE PROJECT UTILITY MEMBER COUNSEL (J. FORAN, PSE&G) CONTAINING LEGAL ANALYSIS AND ADVICE RE: LAND INTO TRUST ISSUES | Attorney Client |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 541 | PGE0004865 | PGE0004867 | 11/17/1995 | Memo | Swimmer, Margaret A (Hall Estill Hardwick Gable Golden & Nelson) | Foran, Jim (Public Service Electric & Gas) | (Dairyland Power); Parkyn, John (Dairyland Power); Christian, Claudette M (Hogan & Hartson); Dahodwala, Quresh (Public Service Electric & Gas); Fulton, Jack (Boston Edison); Shinnock, Jack (American Electric Power); Warner, Christopher J; Woelfle, Walter T (Wisconsin Electric Power); Zaremba, Thomas (Dairyland Power); | LEGAL MEMORANDUM FROM MESCALERO FUEL STORAGE PROJECT UTILITY GROUP COUNSEL (M. SWIMMER, HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON) TO MESCALERO FUEL STORAGE PROJECT UTILITY MEMBER COUNSEL (J. FORAN, PSE&G) CONTAINING LEGAL ANALYSIS AND ADVICE RE: LAND INTO TRUST ISSUES | Attorney Client; Work Product |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 542 | PGE0004881 | PGE0004881 | 11/20/1995 | Fax Cover Sheet | Brimer, Robert (Dairyland Power) | Foran, Jim (Public Service Electric & Gas); Fulton, Jack (Boston Edison); Shinnock, Jack (American Electric Power); Warner, Christopher J; Woelfle, Walter T (Wisconsin Electric Power); Porter, Doug (Southern California Edison); Reilley, Jim (Southern California Edison); Zaremba, Thomas (Dairyland Power) | NONE | FACSIMILE COVER SHEET FROM MESCALERO FUEL STORAGE PROJECT UTILITY MEMBER REPRESENTATIVE (R. BRIMER, DAIRYLAND POWER) TO MESCALERO FUEL STORAGE PROJECT UTILITY MEMBER REPRESENTATIVES AND COUNSEL. FORWARDS COPY (PGE0004882) OF FACSIMILE COVER SHEET FROM MESCALERO FUEL STORAGE PROJECT UTILITY GROUP COUNSEL (M. SWIMMER, HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON) TO MESCALERO FUEL STORAGE PROJECT UTILITY MEMBER REPRESENTATIVES AND COUNSEL | Attorney Client |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 543 | PGE0004882 | PGE0004882 | 11/17/1995 | Fax Cover Sheet | Swimmer, Margaret A (Hall Estill Hardwick Gable Golden & Nelson) | Brimer, Robert (Dairyland Power); Christian, Claudette M (Hogan & Hartson); Dahodwala, Quresh (Public Service Electric & Gas); Foran, Jim (Public Service Electric & Gas); Fulton, Jack (Boston Edison); Shinnock, Jack (American Electric Power); Warner, Christopher J; Woelfle, Walter T (Wisconsin Electric Power); Zaremba, Thomas (Dairyland Power); Porter, Doug (Southern California Edison); Reilley, Jim (Southern California Edison) | NONE | DUPLICATE OF PGE0004864. FACSIMILE COVER SHEET FROM MESCALERO FUEL STORAGE PROJECT UTILITY GROUP COUNSEL (M. SWIMMER, HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON) TO MESCALERO FUEL STORAGE PROJECT UTILITY MEMBER REPRESENTATIVES AND COUNSEL. ATTACHMENTS ARE MISSING FROM THIS COPY. THIS COPY IS ATTACHED TO FACSIMILE COVER SHEET AT PGE0004881 | Attorney Client |
| 544 | PGE0004883 | PGE0004883 | 11/17/1995 | Fax Cover Sheet | Seiz, Jean (Public Service Electric & Gas) | Christian, Claudette M (Hogan & Hartson); Fulton, Jack (Boston Edison); Porter, Doug (Southern California Edison); Shinnock, Jack (American Electric Power); Warner, Christopher J; Woefle, Walter T (Wisconsin Electric Power); Zaremba, Thomas (Dairyland Power) | Dahodwala, Quresh (Public Service Electric & Gas); Connelly, Michael C (Northern States Power) | COMMUNICATION FROM MESCALERO FUEL STORAGE PROJECT UTILITY MEMBER REPRESENTATIVE (J. SEIZ, PSE&G) TO MESCALERO FUEL STORAGE PROJECT UTILITY LEGAL COMMITTEE REQUESTING PARTICIPATION IN DISCUSSION OF LEGAL ASPECTS OF MESCALERO PROJECT | Attorney Client |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 545 | PGE0004884 | PGE0004888 | 11/17/1995 | Fax Cover Sheet | Zaremba, Thomas (Wheeler Van Sickle & Anderson for Dairyland Power) | Christian, Claudette M (Hogan & Hartson); Woefle, Walter T (Wisconsin Electric Power); Shinnock, Jack (American Electric Power); Foran, James (Public Service Electric & Gas); Fulton, Jack (Boston Edison); Warner, Christopher J; Porter, Douglas (Southern California Edison) | NONE | FACSIMILE COVER SHEET AND ATTACHED (PGE0004887 - PGE0004888) LETTER TO MESCALERO FUEL STORAGE PROJECT UTILITY MEMBERS COUNSEL FROM MESCALERO FUEL STORAGE PROJECT UTILITY GROUP COUNSEL (T. ZAREMBA, WHEELER, VAN SICKLE & ANDERSON) REFLECTING LEGAL ANALYSIS AND ADVICE RE: NEGOTIATIONS WITH MESCALERO APACHE TRIBE | Attorney Client; Work Product |
| 546 | PGE0005035 | PGE0005037 | 7/24/1995 | Memo | Warner, Christopher J | Stock, William C | NONE | LEGAL ANALYSIS AND ADVICE OF COUNSEL (C. WARNER) RE: MESCALERO PROJECT. COPY CONTAINS ADDITIONAL MARGINAL WORK PRODUCT OF WARNER | Attorney Client; Work Product |
| 547 | PGE0005038 | PGE0005038 | 9/13/1995 | Fax Cover Sheet | Miller, Mary Beth (Hogan & Hartson) | Connelly, Mike C (Northern States Power); Stetzner, Leah (Illinois Power); Shinnock, Jack (American Electric Power); Foran, Jim (Public Service Electric & Gas); Leibowitz, Donald (Public Service Electric & Gas); Warner, Christopher J; Porter, Doug (Southern California Edison) | NONE | FACSIMILE COVER SHEET FOR LEGAL MEMORANDUM RE: ATTACHED DRAFT AMENDMENT NO. 1 TO THE LIMITED LIABILITY COMPANY AGREEMENT OF MESCALERO FUEL STORAGE L.L.C. MEMORANDUM AND DRAFT AGREEMENT WRITTEN BY C. CHRISTIAN AND M.B. MILLER OF HOGAN & HARTSON FOR MESCALERO SPENT FUEL PROJECT MEMBERS | Attorney Client; Work Product |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 548 | PGE0005039 | PGE0005040 | 9/13/1995 | Memo | Christian, Claudette M (Hogan & Hartson); Miller, Mary Beth (Hogan & Hartson) | Connelly, Michael C (Northern States Power); Stetzner, Leah (Illinois Power); Shinnock, Jack (American Electric Power); Foran, Jim (Public Service Electric & Gas); Warner, Christopher J; Porter, Doug (Southern California Edison); Zaremba, Thomas (Dairyland Power); Morris, Scott (Southern Companies); Woelfle, Walter T (Wisconsin Electric Company); Brandenburg, Brent (Consolidated Edison); Martin, Marsha (GPU Nuclear); Shenberg, Michael S (GPU Nuclear); Fulton, Jack (Boston Edison); Parkyn, John (Dairyland Power) | NONE | LEGAL MEMORANDUM RE: ATTACHED DRAFT AMENDMENT NO. 1 TO THE LIMITED LIABILITY COMPANY AGREEMENT OF MESCALERO FUEL STORAGE L.L.C. MEMORANDUM AND DRAFT AGREEMENT WRITTEN BY C. CHRISTIAN AND M.B. MILLER OF HOGAN & HARTSON FOR MESCALERO SPENT FUEL PROJECT MEMBERS | Attorney Client; Work Product |
| 549 | PGE0005041 | PGE0005057 | 09/00/1995 | Agreement / Contract | Hogan & Hartson LLP | NONE | NONE | DRAFT AMENDMENT NO. 1 TO THE LIMITED LIABILITY COMPANY AGREEMENT OF MESCALERO FUEL STORAGE L.L.C. ATTACHED TO LEGAL MEMORANDUM. MEMORANDUM AND DRAFT AGREEMENT WRITTEN BY C. CHRISTIAN AND M.B. MILLER OF HOGAN & HARTSON FOR MESCALERO SPENT FUEL PROJECT MEMBERS | Attorney Client; Work Product |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 550 | PGE0005058 | PGE0005073 | 7/21/1995 | Memo | Zaremba, Thomas J (Dairyland Power) | Members of the Mescalero Fuel Storage Steering Committee | NONE | MEMORANDUM RE: ATTACHED (PGE0005060 - PGE0005073) DRAFT MESCALERO FUEL STORAGE PROJECT LIMITED LIABILTY COMPANY AGREEMENT AND EXHIBITS. DRAFT WRITTEN BY HOGAN AND HARTSON. MEMORANDUM REFLECTS ADVICE OF MESCALERO FUEL STORAGE PROJECT UTILITY MEMBERS COUNSEL AND REQUESTS FURTHER LEGAL REVIEW OF SAME | Attorney Client; Work Product |
| 551 | PGE0005085 | PGE0005085 | 6/28/1995 | Letter | Stock, William C | Warner, Christopher J | NONE | COMMUNICATION TO COUNSEL (C. WARNER) RE: RESPONSE TO ATTACHED DOCUMENTS (PPGE0001776 - PPGE0001818, PGE0005091 - PGE0005159) REGARDING FORMALIZATION OF MESCOLERO UTILITY FUEL STORAGE INITIATIVE PROJECT | Attorney Client; Work Product |
| 552 | PGE0005253 | PGE0005256 | 7/11/1995 | Memo | Connelly, Michael C (Norther States Power) | Northard, Scott (Northern States Power) | NONE | DRAFT RESPONSE TO LETTER (PPGE0001869 - PPGE0001873) FROM MESCALERO APACHE TRIBE. MEMORANDUM FROM MESCALERO FUEL STORAGE UTILITY GROUP MEMBER COUNSEL (M. CONNELLY, NORTHERN STATES POWER) TO MESCALERO FUEL STORAGE UTILITY GROUP MEMBER REPRESENTATIVE (S. NORTHARD, NORTHERN STATES POWER) REFLECTS LEGAL REVIEW AND ANALYSIS OF CONNELLY | Attorney Client; Work Product |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 553 | PGE0005298 | PGE0005350 | 8/28/1995 | Agreement / Contract | Hogan & Hartson LLP | NONE | NONE | DRAFT "PROJECT DEVELOPMENT AGREEMENT BY AND AMONG THE MESCALERO APACHE TRIBE AND MESCALERO FUEL STORAGE L.L.C.". DRAFT IS WORK PRODUCT OF MESCALERO FUEL STORAGE UTILITY GROUP COUNSEL (HOGAN & HARTSON). HANDWRITTEN MARGINAL NOTES REFLECT LEGAL REVIEW AND ANALYSIS OF PG&E COUNSEL C. WARNER | Attorney Client; Work Product |
| 554 | PGE0005376 | PGE0005376 | 8/29/1995 | Memo | NONE | NONE | NONE | PG&E INTERNAL TRANSMITTAL SLIP REQUESTING LEGAL REVIEW AND ANALYSIS BY C. WARNER OF ATTACHED (PGE0005377 - PGE0005431) MEMORANDUM FROM MESCALERO FUEL STORAGE UTILITY GROUP COUNSEL (HOGAN & HARTSON) TO MESCALERO FUEL STORAGE UTILITY GROUP REPRESENTATIVES AND DRAFT "PROJECT DEVELOPMENT AGREEMENT BY AND AMONG THE MESCALERO APACHE TRIBE AND MESCALERO FUEL STORAGE L.L.C.". | Attorney Client |