PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 791 | PDCP0014357 | PDCP0014358 | 2/27/2003 | Multiple Email | Sellers, Judith | Locke, Richard F | Womack, Lawrence; Strickland, L Jearl; Patton, Bruce; Groff, Christopher; Vosburg, David; Moulia, Thomas; Willis, Roy; Danielson, Albert; Carden, Hal; Kapus, Robert; Cotton, Cynthia | REDACTED REQUEST FOR LEGAL ADVICE RE: CURRENT LITIGATION | Attorney Client; Work Product |
| 792 | PDCP0014612 | PDCP0014612 | 5/27/1997 | Electronic Mail (Email) | Sellers, Judith | Womack, Lawrence F | Melendres-Keller, Patricia; Locke, Richard F; Carter, Don | REDACTED DETAILS OF ADVICE OF ATTORNEY (R. LOCKE) RE: STATUS OF CURRENT LITIGATION | Attorney Client; Work Product |
| 793 | PDCP0015140 | PDCP0015140 | 5/27/1997 | Electronic Mail (Email) | Sellers, Judith | Womack, Lawrence F | Melendres-Keller, Patricia; Locke, Richard F; Carter, Don | DUPLICATE OF DCP0016240. REDACTED DETAILS OF ADVICE OF ATTORNEY (R. LOCKE) RE: STATUS OF CURRENT LITIGATION | Attorney Client; Work Product |
| 794 | PDCP0017890 | PDCP0017897 | | Report / Plan | NONE | NONE | NONE | REDACTED RE: STANDARD CONTRACT LITIGATION UPDATE FOR DIABLO CANYON DRY STORAGE PROJECT MANAGEMENT COMMITTEE | Attorney Client |
| 795 | PDCP0017914 | PDCP0017921 | | Report / Plan | NONE | NONE | NONE | REDACTED RE: STANDARD CONTRACT LITIGATION UPDATE FOR DIABLO CANYON DRY STORAGE PROJECT MANAGEMENT COMMITTEE | Attorney Client |
| 796 | PDCP0017922 | PDCP0017929 | | Report / Plan | NONE | NONE | NONE | REDACTED RE: STANDARD CONTRACT LITIGATION UPDATE FOR DIABLO CANYON DRY STORAGE PROJECT MANAGEMENT COMMITTEE | Attorney Client |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 797 | PDCP0025797 | PDCP0025799 | 9/23/2002 | Multiple Email | Womack, Lawrence | Oatley, David; Hobson, Missie; Tomkins, James | NONE | REDACTED REQUEST FOR ATTORNEY (R. LOCKE) ADVICE AND REPLY RE: ISFSI LICENSING PROCESS BEFORE NRC | Attorney Client |
| 798 | PDCP0026481 | PDCP0026482 | 7/31/2000 | Agenda / Meeting Minute | NONE | NONE | NONE | REDACTED DESCRIPTION OF REQUESTED ATTORNEY (R. LOCKE, C. WARNER) ADVICE TO BE PREPARED IN ANTICIPATION OF CURRENT LITIGATION, DESCRIPTION OF REQUESTED ATTORNEY (L. CASSIDY) ADVICE RE: HOLTEC CONTRACT, DESCRIPTION OF REQUESTED ATTORNEY (R. LOCKE) ADVICE RE: RECORDS RETENTION STANDARD | Work Product; Attorney Client |
| 799 | PDCP0026567 | PDCP0026569 | 1/15/2001 | Electronic Mail (Email) | Strickland, L Jearl | NPG ISFSI | Womack, Lawrence; Miklush, David; Westcott, Susan; Oatley, David; Harvey, Craig; Allard, Mark D; Hodges, Jeff; Squyres, Drew; Jahangir, Nozar | REDACTED DESCRIPTION OF WORK TO BE DONE AT REQUEST OF ATTORNEY (R. LOCKE) IN PREPARATION FOR ANTICIPATED DCPP ISFSI PROJECT COASTAL PERMIT APPLICATION PROCESS | Attorney Client; Work Product |
| 800 | PDCP0026672 | PDCP0026673 | | Electronic Mail (Email) | Strickland, L Jearl | NPG ISFSI | Waltos, Robert; Fridley, Stephen; Becker, James; Vosburg, David; Roller, Paul James; Hays, Jeffrey; Chestnut, Andrew | REDACTED DESCRIPTION OF LEGAL STRATEGY AND ATTORNEY (D. REPKE) WORK RE: NRC PART 72 LICENSING PROCESS LEGAL PROCEEDINGS | Attorney Client; Work Product |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 801 | PDCP0028577 | PDCP0028583 | 8/17/1999 | Report / Plan | NONE | NONE | NONE | REDACTED DESCRIPTION OF REQUESTED ATTORNEY (L. CASSIDY) ADVICE AND WORK RE: DEVELOPMENT OF REQUEST FOR PROPOSAL, INCLUDING PREPARATION OF DRAFT CONTRACT | Attorney Client; Work Product |
| 802 | PDCP0028588 | PDCP0028594 | 8/17/1999 | Report / Plan | NONE | NONE | NONE | REDACTED DESCRIPTION OF REQUESTED ATTORNEY (L. CASSIDY) ADVICE AND WORK RE: DEVELOPMENT OF REQUEST FOR PROPOSAL, INCLUDING PREPARATION OF DRAFT CONTRACT | Attorney Client; Work Product |
| 803 | PDCP0028595 | PDCP0028601 | 8/17/1999 | Report / Plan | NONE | NONE | NONE | REDACTED DESCRIPTION OF REQUESTED ATTORNEY (L. CASSIDY) ADVICE AND WORK RE: DEVELOPMENT OF REQUEST FOR PROPOSAL, INCLUDING PREPARATION OF DRAFT CONTRACT | Attorney Client; Work Product |
| 804 | PDCP0028789 | PDCP0028790 | | Agenda / Meeting Minute | Patton, Bruce | NONE | NONE | REDACTED DESCRIPTION OF ATTORNEY (C. WARNER) ADVICE AND SUGGESTION FOR REQUEST FOR LEGAL ADVICE FROM OUTSIDE COUNSEL (WINSTON & STRAWN) RE: DRY STORAGE LICENSING PROCESS | Attorney Client |
| 805 | PDCP0028792 | PDCP0028795 | | Report / Plan | NONE | NONE | NONE | REDACTED DESCRIPTION OF LEGAL STRATEGY AND PG&E LEGAL DEPARTMENT ACTION ITEMS RE: DRY STORAGE LICENSING PROCESS (INCLUDING NRC, COASTAL COMMISSION, AND SAN LUIS OBISPO COUNTY BOARD OF SUPERVISORS PROCEEDINGS). | Attorney Client; Work Product |
| 806 | PHBP0000256 | PHBP0000259 | 5/7/1999 | Multiple Email | Johnson, Roger | Willis, Roy | Sokolsky, David; Wu, George; Grebel, Terence; Moulia, Thomas | REDACTED LANGUAGE REFLECTS ADVICE OF PG&E LAW DEPARTMENT RE: PREPARATION OF ISFSI LICENSE APPLICATION | |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 807 | PHBP0000305 | PHBP0000306 | 4/22/1992 | Agenda / Meeting Minute | NONE | NONE | NONE | DUPLICATE OF DCP0015184. REDACTED STRATEGY IN ANTICIPATION OF SPECIAL APPLICATION TO CPUC GENERAL RATE COMMISSION. LEAD ATTORNEY IS C. WARNER. STRATEGY INCLUDES REQUESTS FOR LEGAL ADVICE FROM C. BUSHSBAUM AND K. KUBITZ AND REQUESTS FOR INFORMATION FROM PG&E PERSONNEL. | Attorney Client; Work Product |
| 808 | PHBP0000502 | PHBP0000502 | 2/18/2003 | Multiple Email | Locke, Richard F | Freas, Monica | Stouck, Jerry R | REDACTED ATTORNEY-CLIENT COMMUNICATION RE: CURRENT LITIGATION | Attorney Client |
| 809 | PHBP0000650 | PHBP0000653 | 12/10/1991 | Agenda / Meeting Minute | NONE | NONE | NONE | REDACTED UPDATE OF OTHER UTILITY LITIGATION WITH DOE, UPDATE OF OTHER EFFORTS TO AVOID POTENTIAL LITIGATION RE: STANDARD CONTRACT, AND ACTION ITEM DESCRIBING ATTORNEY (C. WARNER) WORK | Attorney Client |
| 810 | PHBP0000775 | PHBP0000776 | 4/22/1992 | Agenda / Meeting Minute | NONE | NONE | NONE | DUPLICATE OF DCP0015184. REDACTED STRATEGY IN ANTICIPATION OF SPECIAL APPLICATION TO CPUC GENERAL RATE COMMISSION. LEAD ATTORNEY IS C. WARNER. STRATEGY INCLUDES REQUESTS FOR LEGAL ADVICE FROM C. BUSHSBAUM AND K. KUBITZ AND REQUESTS FOR INFORMATION FROM PG&E PERSONNEL. | Attorney Client; Work Product |
| 811 | PHBP0003746 | PHBP0003746 | 05/00/2002 | Graph / Chart / Blueprint | NONE | NONE | NONE | REDACTED MARGINALIA FROM PREPARATION FOR FILING BEFORE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | |
| 812 | PHBP0004814 | PHBP0004815 | 11/21/1995 | Agenda / Meeting Minute | NONE | NONE | NONE | REDACTED DESCRIPTION OF ATTORNEY (R. LOCKE) ADVICE RE: LEGAL REQUIREMENTS RE: ACCESSING DECOMMISSIONING FUNDS | Attorney Client; Work Product |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 813 | PHBP0006077 | PHBP0006081 | | Graph / Chart / Blueprint | NONE | NONE | NONE | REDACTED DESCRIPTION OF REQUESTED ATTORNEY (L. CASSIDY) ADVICE AND WORK RE: DEVELOPMENT OF REQUEST FOR PROPOSAL, INCLUDING PREPARATION OF DRAFT CONTRACT | Attorney Client; Work Product |
| 814 | PHBP0006286 | PHBP0006287 | | Agenda / Meeting Minute | Patton, Bruce | NONE | NONE | REDACTED DESCRIPTION OF ATTORNEY (C. WARNER) ADVICE AND SUGGESTION FOR REQUEST FOR LEGAL ADVICE FROM OUTSIDE COUNSEL (WINSTON & STRAWN) RE: DRY STORAGE LICENSING PROCESS | Attorney Client |
| 815 | PHBP0012471 | PHBP0012477 | | Report / Plan | NONE | NONE | NONE | REDACTED DESCRIPTION OF REQUESTED ATTORNEY (L. CASSIDY) ADVICE AND WORK RE: DEVELOPMENT OF REQUEST FOR PROPOSAL, INCLUDING PREPARATION OF DRAFT CONTRACT | Attorney Client |
| 816 | PHBP0013322 | PHBP0013328 | 8/14/2001 | Report / Plan | NONE | NONE | NONE | REDACTED DESCRIPTION OF REQUEST FOR ATTORNEY (C. BUCHSBAUM) ADVICE RE: TAX ISSUE | Attorney Client |
| 817 | PHBP0013336 | PHBP0013342 | 8/14/2001 | Report / Plan | NONE | NONE | NONE | REDACTED DESCRIPTION OF REQUEST FOR ATTORNEY (C. BUCHSBAUM) ADVICE RE: TAX ISSUE | Attorney Client |
| 818 | PHBP0014927 | PHBP0014928 | 8/17/1999 | Multiple Email | Womack, Lawrence F | Phillips, Harry; Patton, Bruce; Willis, Roy | Sigler, Cheryl | REDACTED DESCRIPTION OF REQUEST FOR LAW DEPARTMENT REVIEW RE: NRC LICENSE APPLICATION SUBMITTAL FOR DCPP AND HBPP. ATTORNEYS R. PETERS AND C. WARNER WERE COPYED ON EMAIL CONTAINING SAID DESCRIPTION | Attorney Client; Work Product |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 819 | PHBP0017187 | PHBP0017188 | 12/9/2000 | Electronic Mail (Email) | Strickland, Jearl | NPG ISFSI | Womack, Lawrence; Miklush, David; Westcott, Susan; Oatley, David; Harvey, Craig; Allard, Mark D; Hodges, Jeff | REDACTED DESCRIPTION OF ATTORNEY (L. CASSIDY) WORK RE: HOLTEC CONTRACT NEGOTIATIONS PREPARED FOR PG&E NUCLEAR POWER GROUP ISFSI PROJECT TEAM | Work Product |
| 820 | PHBP0017197 | PHBP0017198 | 9/24/2000 | Electronic Mail (Email) | Strickland, Jearl | NPG ISFSI; Womack, Lawrence; Oatley, David | NONE | REDACTED DESCRIPTION OF ATTORNEY (L. CASSIDY) WORK RE: HOLTEC CONTRACT NEGOTIATIONS PREPARED FOR PG&E NUCLEAR POWER GROUP ISFSI PROJECT TEAM | Work Product |
| 821 | PHBP0019272 | PHBP0019273 | 3/29/1990 | Letter | Mote, Nigel (US Nuclear Regulatory Commission) | Lorenz, R W | | REDACTED REQUEST FOR ATTORNEY (P. RIGNEY) REVIEW AND COMMENT | Attorney Client |
| 822 | PHBP0023411 | PHBP0023412 | 11/21/1995 | Agenda / Meeting Minute | NONE | NONE | NONE | REDACTED DESCRIPTION OF ATTORNEY (R. LOCKE) ADVICE RE: LEGAL REQUIREMENTS RE: ACCESSING DECOMMISSIONING FUNDS | Attorney Client; Work Product |
| 823 | PHBP0028769 | PHBP0028769 | 4/15/1997 | Letter | Thierry, Raymond | Stuart, Ivan (NAC International) | Auvil, Bud (NAC International); Dobrzensky, Mike; Kahler, Ed; Moulia, Tom; Smith, Mark G; Womack, Larry F | REDACTED ATTORNEY WORK PRODUCT RE: CURRENT LITIGATION | Work Product |
| 824 | PHBP0028770 | PHBP0028770 | 6/15/1995 | Electronic Mail (Email) | Duke, David L | Moulia, Tom A | Stock, William C; MJA1@RDS @NTS | REDACTED ATTORNEY WORK PRODUCT RE: CURRENT LITIGATION | Work Product |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 825 | PHBP0028786 | PHBP0028787 | 11/20/1995 | Electronic Mail (Email) | Stock, William C | Torrens, John R; Cooper, Shawn E; Warner, Christopher J; Mullen, Pat W; Duke, David L; Hill, Tom A; Locke, Richard F; Thierry, Raymond; Moulia, Tom A | Womack, Larence F; Rueger, Gregory M | REDACTED DESCRIPTION OF LEGAL WORK TO BE PERFORMED RE: POTENTIAL CALIFORNIA COASTAL COMMISSION JURISDICTION OVER ASPECTS OF DRY STORAGE PROJECT. LEGAL WORK TO BE MANAGED BY C. WARNER. | Attorney Client; Work Product |
| 826 | PHBP0029051 | PHBP0029056 | 4/16/1991 | Agenda / Meeting Minute | NONE | NONE | NONE | REDACTED ACTION ITEM DESCRIBING WORK AND ADVICE OF ATTORNEY (R. LOCKE) RE: UPDATES OF EEI/UWASTE ACTION IN PREPARATION FOR POTENTIAL LITIGATION | Attorney Client; Work Product |
| 827 | PHBP0029079 | PHBP0029084 | 4/16/1991 | Agenda / Meeting Minute | NONE | NONE | NONE | DUPLICATE OF PHBP0029051 - PHBP0029056. REDACTED ACTION ITEM DESCRIBING WORK AND ADVICE OF ATTORNEY (R. LOCKE) RE: UPDATES OF EEI/UWASTE ACTION IN PREPARATION FOR POTENTIAL LITIGATION | Attorney Client; Work Product |
| 828 | PHBP0029353 | PHBP0029354 | 9/13/2000 | Agenda / Meeting Minute | NONE | NONE | NONE | REDACTED RE: CONSULTATION WITH ATTORNEYS (R. LOCKE AND W. MANHEIM) CONCERNING STRATEGY FOR RESOLVING DOE STANDARD CONTRACT ISSUES | Work Product; Attorney Client |
| 829 | PHBP0029444 | PHBP0029445 | 9/13/2000 | Report / Plan | NONE | NONE | NONE | REDACTED RE: CONSULTATION WITH ATTORNEYS (R. LOCKE AND W. MANHEIM) CONCERNING STRATEGY FOR RESOLVING DOE STANDARD CONTRACT ISSUES | Attorney Client; Attorney Client |
| 830 | PHBP0029663 | PHBP0029665 | 9/18/2000 | Report / Plan | NONE | NONE | NONE | REDACTED RE: CONSULTATION WITH ATTORNEYS (R. LOCKE AND W. MANHEIM) CONCERNING STRATEGY FOR RESOLVING DOE STANDARD CONTRACT ISSUES | Work Product; Attorney Client |
| 831 | PHBP0030012 | PHBP0030013 | 7/28/1995 | Agenda / Meeting Minute | NONE | NONE | NONE | REDACTED ACTION ITEM REQUESTING LEGAL RESEARCH BY R. LOCKE | Attorney Client |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 832 | PHBP0031486 | PHBP0031486 | 1/22/2001 | Financial | NONE | NONE | NONE | REDACTED DESCRIBES LEGAL ADVICE RECEIVED FROM R. LOCKE RE: LICENSING EFFORTS AND DESCRIBES NATURE OF LEGAL WORK PERFORMED BY L. CASSIDY RE: CONTRACT NEGOTIATIONS | Attorney Client |
| 833 | PHBP0031665 | PHBP0031666 | | Report / Plan | NONE | NONE | NONE | REDACTED DESCRIPTION OF COMMUNICATIONS WITH AND WORK WITH ATTORNEY (L. CASSIDY) RE: DEVELOPMENT OF DRY CASK BID SPECIFICATIONS | Attorney Client; Work Product |
| 834 | PHBP0031694 | PHBP0031695 | | Report / Plan | NONE | NONE | NONE | REDACTED DESCRIPTION OF COMMUNICATIONS WITH AND WORK WITH ATTORNEY (L. CASSIDY) RE: DEVELOPMENT OF DRY CASK BID SPECIFICATIONS | Attorney Client; Work Product |
| 835 | PHBP0031712 | PHBP0031715 | 7/1/1999 | Financial | Bruce Norton & Associates | Pacific Gas & Electric Company | NONE | REDACTED DESCRIPTION OF COMMUNICATIONS WITH AND WORK WITH ATTORNEY (L. CASSIDY) RE: DEVELOPMENT OF DRY CASK BID SPECIFICATIONS | Attorney Client; Work Product |
| 836 | PHBP0031727 | PHBP0031729 | | Report / Plan | NONE | NONE | NONE | REDACTED DESCRIPTION OF COMMUNICATIONS WITH AND WORK WITH ATTORNEY (L. CASSIDY) RE: DEVELOPMENT OF DRY CASK BID SPECIFICATIONS | Attorney Client; Work Product |
| 837 | PHBP0031753 | PHBP0031754 | | Report / Plan | NONE | NONE | NONE | REDACTED DESCRIPTION OF COMMUNICATIONS WITH AND WORK WITH ATTORNEY (L. CASSIDY) RE: DEVELOPMENT OF DRY CASK BID SPECIFICATIONS | Attorney Client; Work Product |
| 838 | PHBP0031769 | PHBP0031772 | | Report / Plan | NONE | NONE | NONE | REDACTED DESCRIPTION OF COMMUNICATIONS WITH AND WORK WITH ATTORNEYS (L. CASSIDY, R. LOCKE, C. WARNER, DCPP LAW DEPARTMENT) RE: DEVELOPMENT OF DRY CASK BID SPECIFICATIONS | Attorney Client; Work Product |
| 839 | PHBP0031843 | PHBP0031846 | 05/00/2000 | Financial | Cassidy, Leigh S | Pacific Gas & Electric Company | NONE | REDACTED DESCRIPTIONS OF WORK PERFORMED BY ATTORNEY (L. CASSIDY) RE: DRY CASK STORAGE PROJECT: DCPP AND HBPP | Attorney Client; Work Product |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 840 | PHBP0031851 | PHBP0031853 | 07/00/2000 | Financial | Cassidy, Leigh S | Pacific Gas & Electric Company | NONE | REDACTED DESCRIPTIONS OF WORK PERFORMED BY ATTORNEY (L. CASSIDY) RE: DRY CASK STORAGE PROJECT: DCPP AND HBPP | Attorney Client; Work Product |
| 841 | PHBP0031856 | PHBP0031861 | 08/00/2000 | Financial | Cassidy, Leigh S | Pacific Gas & Electric Company | NONE | REDACTED DESCRIPTIONS OF WORK PERFORMED BY ATTORNEY (L. CASSIDY) RE: DRY CASK STORAGE PROJECT: DCPP AND HBPP | Attorney Client; Work Product |
| 842 | PHBP0031867 | PHBP0031870 | 06/00/2000 | Financial | Cassidy, Leigh S | Pacific Gas & Electric Company | NONE | REDACTED DESCRIPTIONS OF WORK PERFORMED BY ATTORNEY (L. CASSIDY) RE: DRY CASK STORAGE PROJECT: DCPP AND HBPP | Attorney Client; Work Product |
| 843 | PHBP0031872 | PHBP0031874 | 04/00/2000 | Financial | Cassidy, Leigh S | Pacific Gas & Electric Company | NONE | REDACTED DESCRIPTIONS OF WORK PERFORMED BY ATTORNEY (L. CASSIDY) RE: DRY CASK STORAGE PROJECT: DCPP AND HBPP | Attorney Client; Work Product |
| 844 | PHBP0031955 | PHBP0031956 | | Report / Plan | NONE | NONE | NONE | REDACTED DESCRIPTION OF COMMUNICATIONS WITH AND WORK WITH ATTORNEY (L. CASSIDY) RE: DEVELOPMENT OF DRY CASK BID SPECIFICATIONS | Attorney Client; Work Product |
| 845 | PHBP0033407 | PHBP0033411 | 3/10/1999 | Agenda / Meeting Minute | NONE | NONE | NONE | REDACTED DESCRIPTION OF REQUEST FOR LEGAL REVIEW OF PERMITS BY LAW DEPARTMENT AND DESCRIPTION OF ATTORNEY (C. WARNER) LEGAL WORK RE: CPUC GENERAL RATE CASE PROCEEDINGS AND RE: NRC ISFSI LICENSE SUBMITTAL PROCEEDINGS | Work Product |
| 846 | PHBP0034162 | PHBP0034162 | | Report / Plan | NONE | NONE | NONE | REDACTED DESCRIPTION OF REQUEST FOR LEGAL ADVICE FROM R. LOCKE | Attorney Client |
| 847 | PHBP0034163 | PHBP0034163 | | Report / Plan | NONE | NONE | NONE | REDACTED DESCRIPTION OF REQUEST FOR LEGAL ADVICE FROM R. LOCKE | Attorney Client |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 848 | PHBP0035638 | PHBP0035652 | 2/22/2000 | Agenda / Meeting Minute | NONE | NONE | NONE | REDACTED NOTES OF MEETING WITH ATTORNEYS RE: SCOPE OF RFP FOR ISFSI (L. CASSIDY) AND RE: ADVICE IN ANTICIPATION OF COASTAL COMMISSION HEARINGS AND NRC LICENSING PROCEEDINGS (R. LOCKE). ALSO REDACTED IS DESCRIPTION OF LEGAL REVIEW (R. LOCKE) OF DRAFT HOLTEC CONTRACT | Attorney Client; Work Product |
| 849 | PHBP0035672 | PHBP0035673 | 3/23/2005 | Report / Plan | NONE | NONE | NONE | REDACTED DESCRIPTION OF LEGAL WORK (R. LOCKE) RE: SPECIFIC CONDITIONS FOR HBPP CONTRACT | Attorney Client; Work Product |
| 850 | PHBP0049216 | PHBP0049216 | 7/31/2000 | Agenda / Meeting Minute | NONE | NONE | NONE | REDACTED DESCRIPTION OF REQUESTED ATTORNEY (R. LOCKE, C. WARNER) ADVICE TO BE PREPARED IN ANTICIPATION OF CURRENT LITIGATION, DESCRIPTION OF REQUESTED ATTORNEY (L. CASSIDY) ADVICE RE: HOLTEC CONTRACT, DESCRIPTION OF REQUESTED ATTORNEY (R. LOCKE) ADVICE RE: RECORDS RETENTION STANDARD | Attorney Client; Work Product |
| 851 | PPGE0000109 | PPGE0000111 | 3/2/1993 | Letter | Robertson, Roland L (TRW Environmental Safety Systems Inc) | Clarke, Richard A | NONE | REDACTED REQUEST FOR ATTORNEY (C. WARNER) REVIEW AND LEGAL ANALYSIS | Attorney Client |
| 852 | PPGE0000136 | PPGE0000157 | 7/22/1993 | Report / Plan | NONE | NONE | NONE | REDACTED DESCRIPTION OF WORK PERFORMED IN PREPARATION FOR LICENSING PROCEEDINGS | Work Product |
| 853 | PPGE0000265 | PPGE0000265 | 10/11/1995 | Letter | Northard, Scott (Northern States Power) | Mescalero Fuel Storage Project - Utility LLC Board Representatives | Morris, S (Southern Nuclear); Cocherell, H (Southern Nuclear) | REDACTED DESCRIPTION OF COMMUNICATION WITH AND NATURE OF WORK OF MESCALERO FUEL STORAGE PROJECT UTILITY LLC'S REAL ESTATE ATTORNEY (C. PRICE) | Attorney Client; Work Product |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 854 | PPGE0000297 | PPGE0000299 | 8/30/1995 | Agenda / Meeting Minute | Zaremba, Thomas J (Dairyland Power) | NONE | NONE | REDACTED STATUS UPDATE TO MESCALERO PRIVATE FUEL STORAGE FACILITY STEERING COMMITTEE OF MESCALERO FUEL STORAGE L.L.C. FORMATION WORK BEING PERFORMED BY GROUP COUNSEL HOGAN & HARTSON | Attorney Client |
| 855 | PPGE0000300 | PPGE0000303 | 9/7/1995 | Agenda / Meeting Minute | Zaremba, Thomas J (Dairyland Power) | NONE | NONE | REDACTED STATUS UPDATE TO MESCALERO PRIVATE FUEL STORAGE FACILITY STEERING COMMITTEE OF MESCALERO FUEL STORAGE L.L.C. FORMATION WORK BEING PERFORMED BY GROUP COUNSEL HOGAN & HARTSON | Attorney Client |
| 856 | PPGE0000363 | PPGE0000365 | 8/30/1995 | Agenda / Meeting Minute | Zaremba, Thomas J (Dairyland Power) | NONE | NONE | REDACTED STATUS UPDATE TO MESCALERO PRIVATE FUEL STORAGE FACILITY STEERING COMMITTEE OF MESCALERO FUEL STORAGE L.L.C. FORMATION WORK BEING PERFORMED BY GROUP COUNSEL HOGAN & HARTSON | Attorney Client |
| 857 | PPGE0000366 | PPGE0000369 | 9/7/1995 | Agenda / Meeting Minute | Zaremba, Thomas J (Dairyland Power) | NONE | NONE | REDACTED STATUS UPDATE TO MESCALERO PRIVATE FUEL STORAGE FACILITY STEERING COMMITTEE OF MESCALERO FUEL STORAGE L.L.C. FORMATION WORK BEING PERFORMED BY GROUP COUNSEL HOGAN & HARTSON | Attorney Client |
| 858 | PPGE0000370 | PPGE0000370 | 9/5/1995 | Letter | Northard, Scott (Northern States Power) | Mescalero Fuel Storage Project - Utility Steering Committee Representatives | NONE | REDACTED MESCALERO PRIVATE FUEL STORAGE PROJECT REPRESENTATIVE (S. NORTHARD) REQUEST FOR LEGAL REVIEW BY UTILTY MEMBER COUNSEL OF DRAFT LAND PURCHASE AGREEMENT | Attorney Client |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 859 | PPGE0000397 | PPGE0000402 | | Report / Plan | NONE | NONE | NONE | REDACTED LEGAL ANALYSIS OF C. WARNER RE: PROJECT MANAGEMENT BIDDER EVALUATION PROCESS FOR MESCALERO FUEL STORAGE PROJECT | Attorney Client |
| 860 | PPGE0000609 | PPGE0000610 | | Report / Plan | Parkyn, John (Dairyland Power) | NONE | NONE | REDACTED DESCRIPTION OF COMMUNICATION OF LEGAL ADVICE FROM MESCALERO PRIVATE FUEL STORAGE FACILITY STEERING COMMITTEE GROUP COUNSEL HOGAN & HARTSON AND FROM INDIVIDUAL COUNSEL TO STEERING COMMITTEE MEMBERS | Attorney Client |
| 861 | PPGE0000620 | PPGE0000621 | 8/21/1995 | Letter | Rueger, Greg M | Turner, Stan | NONE | REDACTED DESCRIPTION OF PG&E COUNSEL (C. WARNER) INVOLVMENT IN AND ANALYSIS OF MESCALERO FUEL STORAGE PROJECT UTILITY LIMITED LIABILITY COORPORATION FORMATION | Attorney Client; Work Product |
| 862 | PPGE0000626 | PPGE0000627 | 8/10/1995 | Press Release / News Article | Parkyn, John (Dairyland Power) | NONE | NONE | REDACTED STATUS UPDATE TO MESCALERO PRIVATE FUEL STORAGE FACILITY STEERING COMMITTEE OF MESCALERO FUEL STORAGE L.L.C. FORMATION WORK AND REQUEST FOR REVIEW AND APPROVAL OF LLC DOCUMENTS BY UTILITY MEMBER COUNSEL | Attorney Client |
| 863 | PPGE0000631 | PPGE0000632 | 8/4/1995 | Press Release / News Article | Parkyn, John (Dairyland Power) | NONE | NONE | REDACTED DESCRIPTION OF COMMUNICATION OF LEGAL ADVICE FROM MESCALERO PRIVATE FUEL STORAGE FACILITY STEERING COMMITTEE GROUP COUNSEL HOGAN & HARTSON AND FROM INDIVIDUAL COUNSEL TO STEERING COMMITTEE MEMBERS | Attorney Client |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 864 | PPGE0000757 | PPGE0000759 | 1/4/1995 | Multiple Email | Warner, Christopher J | Rueger, Gregory M | Stock, William C | REDACTED EMAIL FROM COUNSEL (C. WARNER) CONTAINING LEGAL ANALYSIS AND ADVICE RE: DRAFT MESCALERO UTILITY GROUP PROJECT MANAGEMENT DOCUMENTS AND LEGAL STRATEGY RE: MESCALERO FUEL STORAGE PROJECT LEGISLATION | Attorney Client; Work Product |
| 865 | PPGE0000957 | PPGE0000957 | 12/16/1994 | Letter | Northard, Scott (Northern States Power) | Mescalero Planning Team Representatives | NONE | REDACTED MARGINALIA REFLECTING LEGAL ANALYSIS OF C. WARNER RE: ATTACHED DRAFT MESCALERO PRIVATE FUEL STORAGE PROJECT LETTER OF INTENT | Attorney Client; Work Product |
| 866 | PPGE0001040 | PPGE0001040 | 2/22/1996 | Letter | Northard, Scott (Northern States Power) | Mescalero Fuel Storage LLC Board Members | NONE | REDACTED DESCRIPTION OF MESCALERO FUEL STORAGE LLC MEMBER COUNSEL (M. CONNELLY, NORTHERN STATES POWER) REVIEW AND LEGAL ANALYSIS OF LAND PURCHASE AGREEMENT (PPGE0001041 - PPGE0001044). ALSO INCLUDES REQUEST FOR REVIEW AND LEGAL OPINION OF MESCALERO FUEL STORAGE LLC OUTSIDE COUNSEL HOGAN & HARTSON | Attorney Client; Work Product |
| 867 | PPGE0001041 | PPGE0001044 | 6/2/1996 | Agreement / Contract | Moise, Steven K (Moise & Company); Northard, Scott D (Northern States Power) | NONE | NONE | REDACTED REQUEST FOR LEGAL REVIEW OF MESCALERO FUEL STORAGE LLC MEMBER COUNSEL (M. CONNELLY, NORTHERN STATES POWER). DOCUMENT IS ATTACHMENT TO MEMORANDUM AT PPGE0001040 | Attorney Client |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 868 | PPGE0001054 | PPGE0001054 | 10/16/1995 | Fax Cover Sheet | NONE | Malin, Doug (American Electric Power); Parkyn, John (Dairyland Power); Zaremba, Thomas (Dairyland Power); Keaten, Robert (GPU Nuclear); Phares, Dick (Illinois Power); Watzl, Ed (Northern States Power); Rueger, Gregory M; Eliason, Leon (Public Service Electric & Gas); Reilly, Jim (Southern California Edison); Long, Louis (Southern Nuclear); Morris, Scott (Southern Nuclear); Krieser, Gary (Wisconsin Electric) | NONE | REDACTED GREG RUEGER REQUEST FOR LEGAL REVIEW AND CONSULT BY C. WARNER AND R. LOCKE | Attorney Client |
| 869 | PPGE0001174 | PPGE0001174 | 10/11/1995 | Letter | Northard, Scott (Northern States Power) | Mescalero Fuel Storage Project - Utility LLC Board Representatives | Morris, Scott (Southern Nuclear); Cocherell, R (Southern Nuclear) | REDACTED DESCRIPTION OF COMMUNICATION WITH AND NATURE OF WORK OF MESCALERO FUEL STORAGE PROJECT UTILITY LLC'S REAL ESTATE ATTORNEY (C. PRICE) | Attorney Client; Work Product |
| 870 | PPGE0001200 | PPGE0001201 | 10/10/1995 | Letter | Northard, Scott (Northern States Power) | Mescalero Fuel Storage Project - Utility LLC Board Representatives | NONE | REDACTED DESCRIPTION OF LEGAL WORK OF MESCALERO FUEL STORAGE PROJECT UTILITY LLC'S GROUP COUNSEL (C. CHRISTIAN, HOGAN & HARTSON), MEMBER COUNSEL (M. CONNELLY AND J. FORAN), AND REAL ESTATE COUNSEL (C. PRICE) RE: LAND PURCHASE AGREEMENT | Attorney Client; Work Product |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 871 | PPGE0001230 | PPGE0001230 | 9/5/1995 | Letter | Northard, Scott (Northern States Power) | Mescalero Fuel Storage Project - Utility Steering Committee Representatives | NONE | REDACTED REQUEST FOR LEGAL REVIEW OF DRAFT LAND PURCHASE AGREEMENT BY MESCALERO FUEL STORAGE PROJECT UTILITY STEERING COMMITTEE MEMBER COUNSEL | Attorney Client |
| 872 | PPGE0001241 | PPGE0001243 | 8/30/1995 | Agenda / Meeting Minute | Zaremba, Thomas J (Dairyland Power) | NONE | NONE | REDACTED STATUS UPDATE TO MESCALERO PRIVATE FUEL STORAGE FACILITY STEERING COMMITTEE OF MESCALERO FUEL STORAGE L.L.C. FORMATION WORK BEING PERFORMED BY GROUP COUNSEL HOGAN & HARTSON | Attorney Client |
| 873 | PPGE0001244 | PPGE0001247 | 9/7/1995 | Agenda / Meeting Minute | Zaremba, Thomas J (Dairyland Power) | NONE | NONE | REDACTED DESCRIPTION OF COMMUNICATION OF INSTRUCTION TO AND LEGAL ADVICE FROM MESCALERO PRIVATE FUEL STORAGE FACILITY STEERING COMMITTEE GROUP COUNSEL HOGAN & HARTSON RE: LLC FORMATION | Attorney Client; Work Product |
| 874 | PPGE0001490 | PPGE0001491 | 9/25/1995 | Letter | Northard, Scott (Northern States Power) | Mescalero Fuel Storage LLC Board Members | Planning Team Members | REDACTED STATUS UPDATE TO MESCALERO FUEL STORAGE LLC BOARD MEMBERS OF MESCALERO FUEL STORAGE LLC PROJECT DEVELOPMENT AGREEMENT AND OF LAND AQUISITION PURCHASE AGREEMENT | Attorney Client |
| 875 | PPGE0001501 | PPGE0001501 | 1/24/1996 | Letter | Parkyn, John (Dairyland Power) | Mescalero Fuel Storage LLC | NONE | REDACTED DESCRIPTION OF COMMUNICATION WITH MESCALERO FUEL STORAGE PROJECT UTILITY GROUP COUNSEL (C. CHRISTIAN, HOGAN & HARTSON) REFLECTS REQUEST FOR ADVICE AND ADVICE RECEIVED | Attorney Client |
| 876 | PPGE0001529 | PPGE0001531 | 2/6/1996 | Letter | Eliason, Leon R (Public Service Electric & Gas) | Parkyn, John D (Dairyland Power) | NONE | REDACTED REFLECTS RECEIPT OF ADVICE OF COUNSEL TO MESCALERO FUEL STORAGE PROJECT LLC | Attorney Client |