PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 877 | PPGE0001554 | PPGE0001555 | 11/28/1995 | Agenda / Meeting Minute | Parkyn, John (Dairyland Power) | NONE | NONE | REDACTED MESCALERO FUEL STORAGE UTILITY GROUP FINANCE COMMITTEE MEETING NOTES RE: USE OF COUNSEL AND COUNSEL BILLING RATES | Attorney Client |
| 878 | PPGE0001589 | PPGE0001589 | 12/19/1995 | Report / Plan | Parkyn, John (Dairyland Power) | NONE | NONE | REDACTED DESCRIPTION OF ATTACHED (PGE0004819 - PGE0004825) DRAFT RESPONSE TO MESCALERO APACHE TRIBE REQUEST FOR CLARIFICATION ON CONTRACT TERMS. ATTACHMENTS PREPARED BY MESCALERO FUEL STORAGE PROJECT UTILITY GROUP COUNSEL (M. SWIMMER). REDACTION INCLUDES REQUEST FOR REVIEW AND FEEDBACK TO SWIMMER | Attorney Client |
| 879 | PPGE0001592 | PPGE0001593 | 10/16/1995 | Fax Cover Sheet | Quinn, Stephen E (Consolidated Edison) | Malin, Doug (American Electric Company); Parkyn, John (Dairyland Power); Zaremba, Tom (Dairyland Power); Keaten, Robert (GPU Nuclear); Phares, Dick (Illinois Power); Watzl, Ed (Northern States Power); Rueger, Gregory M; Eliason, Leon (Public Service Electric & Gas); Reilly, Jim (Southern California Edison); Long, Louis (Southern Nuclear); Morris, Scott (Southern Nuclear); Krieser, Gary (Wisconsin Electric Power) | NONE | REDACTED GREG RUEGER REQUEST FOR LEGAL REVIEW AND CONSULT BY C. WARNER AND R. LOCKE; | Attorney Client |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 880 | PPGE0001602 | PPGE0001605 | 11/13/1995 | Letter | Chino, Wendell (Mescalero Apache Tribe) | Mescalero Fuel Storage LLC | Tribal Council; Gallagher, Tom (Mescalero Apache Tribe); Burpo, Robert M (First Asset Management, Inc); Quinlan, Greg (Mescalero Apache Tribe); Northard, Scott (Northern States Power); Forran, Jim (Public Service Electric & Gas); Porter, Doug (Southern California Edison); Brimer, Bob (Dairyland Power); Reilly, Jim (Southern California Edison) | REDACTED MARGINALIA REFLECTS LEGAL REVIEW AND ANALYSIS OF MESCALERO FUEL STORAGE UTILITY MEMBER COUNSEL (J. FORAN, PSE&G). ATTACHMENT TO J. FORAN COMMUNICATION (PGE0004851) TO MESCALERO FUEL STORAGE PROJECT UTILITY MEMBER REPRESENTATIVES RE: NEGOTIATIONS WITH MESCALERO APACHE TRIBE | Attorney Client; Work Product |
| 881 | PPGE0001637 | PPGE0001637 | 11/16/1995 | Report / Plan | Parkyn, John (Dairyland Power) | Warner, Christopher J | NONE | REDACTED DESCRIPTION OF COMMUNICATION WITH MESCALERO FUEL STORAGE PROJECT NEGOTIATING COMMITTEE CHAIRMAN AND COUNSEL (J. FORAN) RE: DRAFT OF A RESPONSE TO MESCALERO TRIBE LETTER | Attorney Client |
| 882 | PPGE0001777 | PPGE0001777 | 6/15/1995 | Agenda / Meeting Minute | Connelly, Michael C (Northern States Power) | NONE | NONE | REDACTED RE: REQUEST FOR LEGAL OPINION FROM OUTSIDE COUNSEL REGARDING LAND USE ISSUES | Attorney Client; Work Product |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 883 | PPGE0002210 | PPGE0002211 | 1/2/1990 | Press Release / News Article | Clarke, Richard A. | Maneatis, George A. | Skinner, Stanley T.; Golub, Howard V. | REDACTED REQUEST FOR LEGAL ANALYSIS AND ADVICE RE: POTENTIAL LITIGATION AGAINST DOE BY UTILITIES | Attorney Client; Work Product |
| 884 | PPGE0002212 | PPGE0002214 | 1/5/1990 | Memo | Shiffer, J D | Maneatis, George A | Blanc, G A; Golub, H V; Koehn, J E; Locke, R F; Oatley, D H; Skinner, S T; Warner, C J; Womack, L F; RECE Letter Log; RECE Reading File; VP-NPG Reading File | REDACTED REFLECTS LEGAL ADVICE OF PG&E LAW DEPARTMENT RE: POTENTIAL LAWSUIT AGAINTS DOE FOR MISMANAGEMENT OF HLW PROGRAM AND LEGAL STRATEGY CONCERNING OTHER YUCCA MOUNTAIN RELATED LITIGATION | Attorney Client; Work Product |
| 885 | PPGE0002265 | PPGE0002266 | 8/9/1995 | Memo | Rueger, Gregory M | Skinner, Stanley T; Glynn Jr, Robert D | High, Thomas W; Smith, Gordon R; Worthington, Bruce R; Testa, Robert D; Arnold, G Stephen; Stock, William C; Warner, Christopher J | REDACTED RE: COMMUNICATION WITH PG&E LAW AND TAX DEPARTMENTS RE: CONSEQUENCES OF PARTICIPATING IN THE MESCALERO FUEL STORAGE PROJECT UTILITY COMPANY | Attorney Client; Work Product |
| 886 | PPGE0002382 | PPGE0002392 | | Agenda / Meeting Minute | NONE | NONE | NONE | REDACTED HANDWRITTEN NOTES OF C. WARNER RE: STATUS UPDATE LEGAL ISSUES | Work Product |
| 887 | PPGE0002544 | PPGE0002544 | 4/7/1995 | Report / Plan | Rueger, Greg M. | Warner, Christopher J | NONE | REDACTED RE: COMMUNICATION TO COUNSEL (C. WARNER) IN ANTICIPATION OF FUTURE REGULATORY PROCEEDINGS BEFORE NRC | Attorney Client; Work Product |
| 888 | PPGE0002549 | PPGE0002549 | 3/30/1995 | Agenda / Meeting Minute | NONE | NONE | NONE | REDACTED MARGINAL NOTES OF C. WARNER REFLECTING WORK TO BE DONE IN ANTICIPATION OF PERMIT PROCEEDINGS BEFORE THE CALIFORNIA COASTAL COMMISSION | Work Product |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 889 | PPGE0002652 | PPGE0002652 | 6/30/1983 | Agreement / Contract | NONE | Warner, Christopher J | NONE | REDACTED POST-IT NOTE REQUESTING LEGAL REVIEW OF ATTACHED CONTRACT BY COUNSEL (C. WARNER) | Attorney Client; Work Product |
| 890 | PPGE0003090 | PPGE0003090 | 9/19/1994 | Letter | Rueger, Gregory M | Brownstein, Alan (US Department of Energy) | OLeary, Hazel; Dreyfus, Daniel A; Nordhaus, Robert; Waxman, Robert | REDACTED COMMUNICATION OF COUNSEL (C. WARNER) | Attorney Client |
| 891 | PPGE0003482 | PPGE0003482 | 3/16/1994 | Letter | Howard, James J (Northern States Power) | Warner, Christopher J | NONE | REDACTED ATTORNEY (C. WARNER) COMMUNICATION REQUESTING REVIEW | Attorney Client; Work Product |
| 892 | PPGE0006089 | PPGE0006090 | | Notes | NONE | NONE | NONE | REDACTED RE: CONSULTATION WITH COUNSEL (C. WARNER) RE: INSURANCE ISSUES | Attorney Client |
| 893 | PPGE0006092 | PPGE0006092 | | Notes | NONE | NONE | NONE | DUPLICATE OF PPGE0006089. REDACTED RE: CONSULTATION WITH COUNSEL (C. WARNER) RE: INSURANCE ISSUES | Attorney Client |
| 894 | PPGE0006400 | PPGE0006401 | 8/26/1983 | Letter | Polidoroff, C Tim | Schuyler, Jim O | Lubbock, Dan G | REDACTED REFLECTS ANALYSIS AND ADVICE OF COUNSEL (D. LUBBOCK, PG&E) RE: APPLICATION OF CALIFORNIA STATE HEALTH AND SAFETY CODE | Attorney Client; Work Product |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 895 | PPGE0006897 | PPGE0006898 | 10/16/1995 | Fax Cover Sheet | Quinn, Stephen E (Consolidated Edison) | Malin, Doug (American Electric Power); Parkyn John (Dairyland Power); Zaremba, Tom (Dairyland Power); Keaten, Robert (GPU Nuclear); Phares, Dick (Illinois Power); Watzl, Ed (Northern States Power); Rueger Gregory M; Eliason, Leon (Public Service Electric & Gas); Reilly, Jim (Southern California Edison); Long, Luis (Southern Nuclear); Morris, Scott (Southern Nuclear); Krieser, Gary (Wisconsin Electric) | NONE | REDACTED GREG RUEGER REQUEST FOR LEGAL REVIEW AND CONSULT BY C. WARNER AND R. LOCKE | Attorney Client |
| 896 | PPGE0007006 | PPGE0007007 | | Report / Plan | NONE | NONE | NONE | REDACTED MARGINALIA RE: REQUESTED LEGAL REVIEW AND ANALYSIS BY LAW DEPARTMENT | Attorney Client; Work Product |
| 897 | PPGE0007071 | PPGE0007071 | 3/18/1996 | Multiple Email | Warner, Christopher J | Nicholson, Alan L | Prado, Martina; Thierry, Raymond; Locke, Richard F | REDACTED RE: CONSULT WITH OUTSIDE LEGAL COUNSEL (WINSTON & STRAWN) | Attorney Client |
| 898 | PPGE0007083 | PPGE0007083 | 4/28/1998 | Multiple Email | Patton, Bruce | Locke, Richard F | NONE | REDACTED REQUEST TO COUNSEL (R. LOCKE) FOR LEGAL REVIEW AND ANALYSIS | Attorney Client |
| 899 | PPGE0007106 | PPGE0007106 | 7/15/1998 | Electronic Mail (Email) | Johnson, Roger | Warner, Christopher J; Locke, Richard F; Grebel, Terence; Ogden, David; Nicholson, Alan | Calloway, Amy | REDACTED STRATEGY RE: RETENTION OF LEGAL COUNSEL (WINSTON & STRAWN) IN ANTICIPATION OF LICENSING PROCEEDINGS BEFORE NRC | Attorney Client; Work Product |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 900 | PPGE0007107 | PPGE0007108 | 7/17/1998 | Electronic Mail (Email) | Nicholson, Alan | Grebel, Terence; Johnson, Roger; Tomkins, James; Locke, Richard F; Warner, Christopher J; Patton, Bruce; Kahler, Edwin; Sokolsky, David | NONE | REDACTED RE: REQUEST FOR LEGAL OPINION FROM COUNSEL (WINSTON & STRAWN) IN ANTICIPATION OF LICENSING PROCEEDINGS BEFORE NRC | Attorney Client; Work Product |
| 901 | PPGE0007109 | PPGE0007110 | 7/17/1998 | Multiple Email | Patton, Bruce | Grebel, Terence; Johnson, Roger; Tomkins, James; Locke, Richard F; Warner, Christopher J; Kahler, Edwin; Sokolsky, David; Nicholson, Alan | NONE | REDACTED RE: REQUEST FOR LEGAL OPINION FROM COUNSEL (WINSTON & STRAWN) IN ANTICIPATION OF LICENSING PROCEEDINGS BEFORE NRC | Attorney Client; Work Product |

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing PG&E's Privilege Log Corresponding to Documents Gathered for Purposes of Initial Disclosures was served mail on June 21, 2005 and by hand on June 22, 2005, upon the following:

John C. Ekman
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Eighth Floor
1100 L. Street, N.W.
Washington, D.C. 20530

Robert L. Shapiro