# In the United States Court of Federal Claims

No. 04-74C
(into which has been consolidated No. 04-75C)

(E-Filed: October 17, 2005)

PACIFIC GAS AND ELECTRIC COMPANY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Before the court is Pacific Gas & Electric's Unopposed Motion for Leave to File a Corrected Copy of its October 7, 2005 Motion to Compel Production of Documents Withheld Under the "Deliberative Process" Privilege. For the reasons stated therein, the motion is GRANTED. Plaintiff shall file the corrected copy of its Motion to Compel Production of Documents Withheld Under the "Deliberative Process" Privilege as a new filing and shall, in its new filing, comply with the requirement of Rule of the Court of Federal Claims 5.2(a)(1)(A) to include in the table of contents "the specific contents of any appendix . . . to the brief or memorandum, listing the various items in the appendix, including the number and description of every item and exhibit which is being reproduced, together with the number of the page at which the item appears."

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge