# In the United States Court of Federal Claims

No. 04-74C
(into which has been consolidated No. 04-75C)

(E-Filed: October 18, 2005)

PACIFIC GAS AND ELECTRIC COMPANY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Before the court is Pacific Gas & Electric Company's Motion to Compel Discovery and Request for Expedited Hearing (Pl.'s Mot. or Motion), Defendant's Response to Plaintiff's Motion to Compel Discovery (Def.'s Resp.), and Pacific Gas & Electric Company's Reply Memorandum in Support of Motion to Compel Discovery and Response to Defendant's Motion for Protective Order (Pl.'s Reply). The court has held two telephonic hearings on the record on plaintiff's Motion, one on Friday, October 14, 2005, and the other on Monday, October 17, 2005.

I. Document Requests

After hearing the parties' arguments and further to the discussion with the parties on each of the issues which remain contested,[1] the court rules on the following document requests in plaintiff's Motion as follows:

[1]The matters discussed in plaintiff's Motion and not addressed in this Order are deemed MOOT.

Document Request 15: The Request is GRANTED provided that the documents requested are limited to those created up to and including January 22, 2004. To the extent the Request asks for documents created after January 22, 2004, the Request is DENIED.

Document Request 19: The Request is DENIED.

Document Request 22: The legal basis for the Request shall be briefed by the parties. Plaintiff's brief shall be filed on or before Friday, October 21, 2005, at or before 5:00 p.m. E.D.T.; defendant's response shall be filed on or before Tuesday, October 25, 2005, at or before 5:00 p.m. E.D.T.; and Plaintiff's Reply shall be filed on or before Friday, October 27, 2005, at or before 5:00 p.m. E.D.T.

Document Requests 24 and 25: The Requests are GRANTED. For these Requests and others discussed below, defendant shall, on or before Friday, October 21, 2005, at or before 12:00 p.m. E.D.T., provide to plaintiff a letter certifying that it has responded to plaintiff's Requests in compliance with the applicable discovery rules of the Rules of the Court of Federal Claims (RCFC) (Letter of Certification).

Document Request 26: The Request is GRANTED provided that the documents requested are limited to those created up to and including January 22, 2004. Defendant shall provide certification as to these documents in its Letter of Certification. To the extent the Request asks for documents created after January 22, 2004, the Request is DENIED.

Document Request 29: The Request is GRANTED provided that the documents requested are limited to those created up to and including January 22, 2004. Defendant shall provide certification as to these documents in its Letter of Certification. To the extent the Request asks for documents created after January 22, 2004, the Request is DENIED.

Document Request 30: The Request is GRANTED. Defendant shall provide certification as to these documents in its Letter of Certification, and shall specify therein a date during the week of October 24, 2005 when these documents will be made available for inspection by plaintiff..

Document Requests 31, 32, and 36: The Requests are GRANTED provided that the documents requested are limited to those created up to and including January 22, 2004. Defendant shall provide certification as to these documents in its Letter of Certification. To the extent the Requests ask for documents created after January 22, 2004, the Requests are DENIED.

Document Request 33: The Request is GRANTED provided that the documents requested are limited to those created up to and including December 31, 2000. Defendant shall provide certification as to these documents in its Letter of Certification. Additionally, if any of these documents are privileged, defendant shall, if it has not done so already, provide a privilege log related to these documents or direct plaintiff to the location of an existing privilege log in its Letter of Certification. To the extent the Request asks for documents created after December 31, 2000, the Request is DENIED.

II. Requests for Deposition

After hearing the parties' arguments and further to the discussion with the parties on the issue of plaintiff's request for depositions under RCFC 30(b)(6), see Pl.'s Mot. Exhibit (Ex.) 11 at 3, the court rules that on or before Friday, October 21, 2005, at or before 5:00 p.m. E.D.T., plaintiff shall forward to defendant a deposition on written questions. Defendant shall forward to plaintiff written answers to these questions on or before Monday, October 31, 2005. The court rules on the scope of the deposition requests as follows:

Deposition Requests 1, 2 and 5: The Requests are GRANTED to the extent that the subjects covered by the Requests do not cover subjects certified to in the Letter of Certification.

Deposition Request 3 and 4: The Requests are DENIED.

Plaintiff shall provide to the court, by fax, a courtesy copy of the deposition on written questions. Defendant shall provide to the court, by fax, a courtesy copy of its Letter of Certification and its written answer to plaintiff's deposition on written questions. The fax number in chambers is (202) 357-6570.

The parties are invited together to contact the court if they believe that any portion of the foregoing fails to reflect the conclusions of the hearings on October 14 and 17, 2005 and at any time when they believe that the involvement of the court will aid in the "just, speedy, and inexpensive determination of [this] action." RCFC 1.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge