# In the United States Court of Federal Claims

No. 04-74C
(into which has been consolidated No. 04-75C)

(E-Filed: October 19, 2005)

| | |
|---|---|
| PACIFIC GAS AND ELECTRIC COMPANY, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

The court is aware that Defendant's Motion to Compel the Production of Documents and Deposition Testimony Improperly Withheld on the Basis of Privilege (Motion) was filed electronically on October 12, 2005. In accordance with the Rules of the United States Court of Federal Claims General Order No. 42A, Provision I.5., because defendant's Motion, "including exhibits or attachments . . . , exceed[s] 50 pages when printed," defendant "shall supply chambers with a courtesy copy of the document in paper form."

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge