IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PACIFIC GAS & ELECTRIC COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 04-0074C, into which has been consolidated No. 04-0075C (Judge Hewitt) |

DEFENDANT'S MOTION FOR LEAVE TO TAKE THIRD PARTY DEPOSITION AFTER CLOSE OF DISCOVERY

Pursuant to Rule 6(b) of the Rules of the Court of Federal Claims, defendant respectfully requests leave to take a third party deposition of a representative of Holtec International, Inc. ("Holtec") after the close of discovery. Fact discovery closes in this matter on October 21, 2005. On Thursday, October 20, 2005, following a deposition in San Francisco, California, Government counsel discussed the subpoena and the Government's request for leave to conduct discovery after the Court's October 21, 2005 deadline with Jerry Stouck, counsel for PG&E. Mr. Stouck stated that he had not yet had an opportunity to review the Government's subpoena or Holtec's response and was not in a position at that time to represent PG&E's position on the matter.

The only third party discovery request that the Government has sought in this case is from Holtec. A substantial portion of Pacific Gas & Electric's ("PG&E") claimed damages is directly related to work performed by Holtec. Pursuant to two separate contracts, Holtec has performed design, engineering, and licensing work for dry cask storage systems at both of PG&E's nuclear facilities, Diablo Canyon and Humboldt Bay. Under a third contract, Holtec is fabricating temporary cask pit racks for the Diablo Canyon spent fuel pools. Holtec also performed a variety

of services for PG&E pursuant to a fourth, earlier contract, including a feasibility study for the complete rerack of the Diablo Canyon spent fuel pools.

On Friday, October 14, 2005, the Government served a subpoena duces tecum upon Holtec, seeking a deposition of Holtec on October 21, 2005. On Tuesday, October 18, 2005, Francis Maneri, counsel for Holtec, left a voicemail for Government counsel and stated that Holtec "will not be able to do the deposition or produce any documents this Friday [October 21, 2005]." During a telephone conversation with Government counsel on Thursday, October 20, 2005, Mr. Maneri stated that, assuming the Court permitted the requested deposition to take place after the October 21, 2005 fact discovery deadline, the deposition could most likely be conducted in November.

During the parties' telephone conference with the Court on Friday, October 7, 2005, the Government explained that, with a couple of exceptions, fact discovery in this case would be completed by the Court's October 21, 2005 deadline. The Government intends to take depositions of two PG&E employees during the week of November 14, 2005, and PG&E intends to depose two DOE employees during the first week of November. The requested leave is necessary because Holtec has indicated to the Government that it will not be able to produce the requested documents and representative for deposition by October 21, 2005, and a substantial portion of PG&E's claimed damages is directly related to work performed by Holtec. Further, given that some fact discovery is continuing into the expert discovery period, this enlargement should not prejudice PG&E's development of its case.

For the foregoing reasons, defendant respectfully requests that the Court grant the request for leave to take a third party deposition after the close of discovery.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ John C. Ekman
JOHN C. EKMAN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 353-0897
Fax: (202) 307-2503

Attorneys for Defendant

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

SCOTT DAMELIN
Civil Division
Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530

October 21, 2005

CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of October, 2005, a copy of foregoing "DEFENDANT'S MOTION FOR LEAVE TO TAKE THIRD PARTY DEPOSITION AFTER CLOSE OF DISCOVERY" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Todd J. Cochran