# In the United States Court of Federal Claims

No. 04-74C
(into which has been consolidated No. 04-75C)

(E-Filed: October 24, 2005)

PACIFIC GAS AND ELECTRIC COMPANY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Before the court is Defendant's Motion for Clarification of the Court's Order Dated October 18, 2005 (Def.'s Mot.). For the reasons stated therein and further to the parties' discussion with the court during its October 14 and 17, 2005 telephonic hearings, defendant's Motion is GRANTED.[1] In addition to the limitations set forth in the court's October 18, 2005 Order,[2] defendant's document search and production obligation with respect to Document Requests 26 and 29 in Plaintiff's Motion to Compel Discovery and Request for Expedited Hearing shall be limited to documents relating to (1) whether GTCC waste is covered by the Standard Contract; (2) the schedule upon which the utilities' GTCC waste could have been accepted had DOE begun waste acceptance under the Standard Contract by January 31, 1998; and (3) the schedule upon which failed fuel, nonstandard fuel, and other than standard fuel could have been accepted had DOE begun waste acceptance under the Standard Contract by January 31, 1998.

[1]The court does not believe defendant's Motion requires further briefing by either party.

[2]The court's October 18, 2005 Order limited defendant's production obligation with respect to Document Requests 26 and 29 to documents created up to and including January 22, 2004.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge