# In the United States Court of Federal Claims

No. 04-74C
(into which has been consolidated No. 04-75C)

(E-Filed: October 25, 2005)

| | |
|---|---|
| PACIFIC GAS AND ELECTRIC COMPANY, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Before the court are Defendant's Motion for Leave to File the "Amended Declaration of Thomas E. Pollog" (Def.'s Mot.), Plaintiff's Response to Defendant's Motion for Leave to File the "Amended Declaration of Thomas E. Pollog" (Pl.'s Resp.), and Government's Reply to Plaintiff's Response to Government's Motion for Leave to File the Amended Declaration of Thomas E. Pollog (Def.'s Reply). Defendant requests the court to "grant leave for the Government to file the 'Amended Declaration of Thomas E. Pollog.'" Def.'s Mot. at 1. For the reasons stated in defendant's Motion and because plaintiff "has no objection to [defendant's] Motion," Pl.'s Resp. at 1, defendant's Motion is GRANTED. At this time the court expresses no opinion as to whether the Amended Declaration of Thomas E. Pollog "contributes . . . credible factual material to support the government's position []or . . . provide[s] meaningful information that might be useful to the Court." Pl.'s Resp. at 1.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge