IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| PACIFIC GAS & ELECTRIC COMPANY,<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant. | No. 04-0074C, into which has been consolidated No. 04-0075C<br>(Judge Hewitt) |

**DEFENDANT'S MOTION TO FILE CORRECTED COPY OF MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS AND DEPOSITION TESTIMONY IMPROPERLY WITHHELD ON THE BASIS OF PRIVILEGE**

Pursuant to Rule 5.2 (a)(1)(A) of the Rules of the United States Court of Federal Claims, defendant respectfully requests leave to file a corrected copy of Defendant's Motion to Compel the Production of Documents and Deposition Testimony Improperly Withheld on the Basis of Privilege. In the process of responding to the Court's order dated October 19, 2005 for a courtesy paper copy of our October 12, 2005 motion to compel, we discovered that we inadvertently filed our original motion without including a cover page, table of contents, or table of authorities, as required by RCFC 5.2(a)(1(A) and (B). The corrected motion to compel corrects this deficiency. There are no substantive changes to the motion.

A copy of defendant's proposed corrected motion to compel is attached.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN

Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

SCOTT DAMELIN
SHARON A. SNYDER
Civil Division
Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530

s/ John C. Ekman
JOHN C. EKMAN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 353-0897
Fax: (202) 307-2503

October 24, 2005

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on October 24, 2005, a copy of the foregoing "DEFENDANT'S MOTION TO FILE CORRECTED COPY OF DEFENDANT'S MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS AND DEPOSITION TESTIMONY IMPROPERLY WITHHELD ON THE BASIS OF PRIVILEGE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Sharon A. Snyder