# EXHIBIT A

| CATEGORY | DOCUMENT NUMBERS |
|---|---|
| 1) documents related to public regulatory proceedings, including, but not limited to, PG&E's rate proceedings before the CPUC, proceedings before the CCC, and licensing proceedings before the NRC | 10-14, 76-81, 83, 86, 88-9, 92-114, 134-56, 158-93, 195-239, 240-41,243-46, 254-56, 258, 260-86, 289, 291-97, 588-591, 593, 607-10, 612, 620, 685-86, 692, 696, 701, 706-10, 712-14, 761-774. |
| 2) memoranda prepared for the Board of Directors which contain business and regulatory information related to the public regulatory proceedings | 92-101, 193, 290, 333-34, 677-79, 681-83 |
| 3) memoranda, correspondence, and reports drafted by non-lawyer PG&E employees sent to non-lawyer PG&E employees which happen to cc PG&E lawyers, among others | 50, 51, 57 |
| 4) memoranda, correspondence, and reports drafted by non-lawyer PG&E employees sent to non-lawyer PG&E employees, as well as counsel, which in the description indicates that the document was "provided at request of counsel" | 62-3, 67-9, 74 |
| 5) documents that purport to be attorney-client protected but contain no author or recipient | 37, 41, 64, 68, 76, 77, 78, 79, 80, 81, 87, 88, 89, 115, 120, 576-80, 669, 670, 671, 672, 696 |
| 6) documents sent to regulatory entities | 103-109, 114, 177, 195-96, 229, 231-33, 244, 271-75, 296-97, 321, 328, 356, 385, 389, 390, 405, 419-20, 722 |