# EXHIBIT B

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

RECEIVED
2005 JUN 27 P 3:12
CASE PROCESSING UNIT
CIVIL DIVISION/DOJ

| | |
|---|---|
| PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No. 04-74C<br>(Judge Hewitt)<br>into which has been consolidated<br>No. 04-075C |

PG&E'S PRIVILEGE LOG CORRESPONDING TO
DOCUMENTS GATHERED FOR PURPOSES OF INITIAL DISCLOSURES

Pursuant to RCFC 26(b)(5), PG&E is producing the attached privilege log corresponding to documents gathered for purposes of its initial disclosures.

Dated: June 21, 2005

Respectfully submitted,

Jerry Stouck
Spriggs & Hollingsworth
1350 I Street, N.W.
Ninth Floor
Washington, D.C. 20005
(202) 898-5800
(202) 682-1639 (fax)
Counsel for Plaintiff
Pacific Gas & Electric Company

Of Counsel:

Robert L. Shapiro
Spriggs & Hollingsworth

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
CB

C7 JUN 28 2005

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 1 | DCP0001831 | DCP0001834 | 6/8/1994 | Memo | Knotts, Jr Joseph B (Winston & Strawn); Repka, David A (Winston & Strawn); Draper, Robert L (Winston & Strawn) | Warner, Christopher J | NONE | LEGAL MEMORANDUM TO COUNSEL (C. WARNER) FROM WINSTON & STRAWN (J. KNOTTS, D. REPKA; R. DRAPER) RE: PROPOSED NRC RULEMAKING ON DRY CASK SPENT FUEL STORAGE. INCLUDES LEGAL ADVICE ON PROPOSED RULEMAKING. | Attorney Client; Work Product |
| 2 | DCP0001881 | DCP0001942 | 5/2/1994 | Report / Plan | Winston & Strawn | Pacific Gas & Electric Company | NONE | DUPLICATE OF PGE0024810 - PGE0024875. PAPER WRITTEN BY OUTSIDE COUNSEL (WINSTON & STRAWN) PROVIDES LEGAL ANALYSIS OF GENERAL LICENSING REQUIREMENTS AS THEY PERTAIN TO PG&E'S FUEL STORAGE OPTIONS FOR DIABLO CANYON NUCLEAR POWER PLANT. DOCUMENT PREPARED IN ANTICIPATION OF LICENSING PROCEEDINGS BEFORE THE NRC | Attorney Client; Work Product |
| 3 | DCP0001951 | DCP0001955 | 12/28/1994 | Letter | Warner, Christopher J | Northard, Scott (Northern States Power Company; Mescalero / Utility Fuel Storage Initiative); Connelly, Michael C (Northern States Power Company; Mescalero / Utility Fuel Storage Initiative) | Rueger, Greg M; Stock, William C; Bangert, A Charles; Duke, David L | LETTER TO MESCALERO PRIVATE FUEL STORAGE PROJECT REPRESENTATIVES (S. NORTHARD, M. CONNELLY) FROM PG&E ATTORNEY (C. WARNER) RE: PRELIMINARY COMMENTS TO MESCALERO/UTILITY PLANNING TEAM MEETING AND ATTACHED LEGAL MEMORANDUM (DCP0001953 - DCP0001955) RE: COMMENTS TO THE MESCALERO LETTER OF INTENT | Attorney Client; Work Product |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 4 | DCP0004862 | DCP0004871 | | Report / Plan | NONE | Pacific Gas & Electric Company Management Committee | NONE | RE: LEGAL ANALYSIS AND RECOMMENDATIONS SUBMITTED TO THE MANAGEMENT COMMITTEE OF PG&E FOR APPROVAL. PREPARED IN PREPARATION FOR NEXT NUCLEAR DECOMMISSIONING COST TRIENNIAL PROCEEDING (NDCTP), AS PREPARATION FOR RECOMMENDED FILING OF ADVICE LETTER WITH THE CALIFORNIA PUBLIC UTILITY COMMISSION (CPUC), AS PREPARATION FOR REGULATORY PROCEEDINGS BEFORE THE NUCLEAR REGULATORY COMMISSION (NRC) AND IN ANTICIPATION OF FUTURE GENERAL RATE CASES | Attorney Client; Work Product |
| 5 | DCP0006064 | DCP0006064 | 8/20/2002 | Fax Cover Sheet | Hobson, Missie | Womack, Larry; Strickland, Jearl; Lewis, Jeff; Repka, Dave (Winston & Strawn); Oatley, Dave; Locke, Dick; Schieblehut, Robert (Sinsheimer, Schebelhut & Baggett) | NONE | FACSIMILE COVER SHEET FROM PG&E TO COUNSEL (R. LOCKE) AND OUTSIDE COUNSEL, D. REPKA (WINSTON & STRAWN) AND R. SCHIEBLEHUT(SINSHEIMER, SCHIEBELHUT & BAGGETT), FORWARDING ATTACHED (DCP0006065) LETTER FROM SAN LUIS OBISPO COUNTY BOARD OF SUPERVISORS | Attorney Client |
| 6 | DCP0006118 | DCP0006122 | 4/16/2002 | Memo | Schiebelhut, Robert K (Sinsheimer, Schiebelhut & Baggett) | Strickland, Jearl | Locke, Dick; Repka, David (Winston & Strawn); Kelly, Pat; Haselton, Frank | FACSIMILE TRANSMISSION OF LEGAL MEMORANDUM AND DRAFT HANDOUT RE: SCOPE OF ENVIRONMENTAL REVIEW FOR PG&E ISFSI. MEMORANDUM AND DRAFT HANDOUT PREPARED BY OUTSIDE COUNSEL (R. SCHIEBELHUT, SINSHEIMER, SCHIEBELHUT & BAGGETT) | Attorney Client; Work Product |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 7 | DCP0006126 | DCP0006126 | 4/17/2002 | Electronic Mail (Email) | Grebel, Terence | Strickland, Jearl L; Locke, Richard; Repka, Dave (Winston & Strawn) | NONE | E-MAIL TO COUNSEL (R. LOCKE) AND OUTSIDE COUNSEL, WINSTON & STRAWN (D. REPKA), PROVIDING ANALYSIS OF FEDERAL PREEMPTION OF CALIFORNIA COASTAL COMMISSION JURISDICTION AND SAN LUIS OBISPO COUNTY JURISDICTION OVER DCPP ISFSI CONSTRUCTION ISSUES | Attorney Client; Work Product |
| 8 | DCP0006148 | DCP0006148 | 6/6/2002 | Electronic Mail (Email) | Kunz, Kathleen | Haselton, Frank | Kelly, Patricia | E-MAIL REQUESTING ATTORNEY (D. REPKA OF WINSTON & STRAWN, R. SCHIEBELHUT OF SINSHEIMER, SCHIEBELHUT & BAGGETT) REVIEW OF REQUEST FOR PROPOSAL LANGUAGE RE: ENVIRONMENTAL IMPACT REPORT FOR DCPP ISFSI | Attorney Client |
| 9 | DCP0006578 | DCP0006599 | 7/18/1986 | Letter | Anderson, Richard C; Everett, Willard | Seymore, Francis W (TLG Engineering) | NONE | PG&E LETTER TO TLG ENGINEERING, INC. REQUESTING DRAFT RESPONSES TO DATA REQUESTS. PROVIDED IN ANTICIPATION OF DIABLO CANYON GENERAL RATE CASE REGULATORY PROCEEDING | Work Product |
| 10 | DCP0008086 | DCP0008110 | 7/5/1988 | Transcript / Testimony | Laguardia, Thomas S (TLG Engineering, Inc.) | NONE | NONE | DRAFT TESTIMONY, WITH COMMENTS, OF TLG, ENGINEERING, INC. EMPLOYEE (T. LAGUARDIA) RE: DCPP DECOMMISSIONING COST STUDY. PROVIDED IN ANTICIPATION OF GENERAL RATE CASE FILING | Attorney Client; Work Product |
| 11 | DCP0008111 | DCP0008127 | 01/00/1988 | Transcript / Testimony | Laguardia, Thomas S (TLG Engineering, Inc.) | NONE | NONE | DRAFT TESTIMONY, WITH COMMENTS, OF TLG, ENGINEERING, INC. EMPLOYEE (T. LAGUARDIA) RE: DCPP DECOMMISSIONING COST STUDY. PROVIDED IN ANTICIPATION OF GENERAL RATE CASE FILING | Attorney Client; Work Product |
| 12 | DCP0008128 | DCP0008134 | | Report / Plan | Pacific Gas and Electric Company | NONE | NONE | DRAFT PG&E REPORT RE: NUCLEAR DECOMMISSIONING EXPENSE. PROVIDED IN ANTICIPATION OF GENERAL RATE CASE FILING | Attorney Client; Work Product |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 13 | DCP0008291 | DCP0008315 | 7/5/1988 | Transcript / Testimony | Laguardia, Thomas S (TLG Engineering, Inc.) | NONE | NONE | DRAFT TESTIMONY OF TLG, ENGINEERING, INC. EMPLOYEE (T. LAGUARDIA) RE: DCPP DECOMMISSIONING COST STUDY. PREPARED IN ANTICIPATION OF GENERAL RATE CASE FILING | Attorney Client; Work Product |
| 14 | DCP0008683 | DCP0008810 | 04/00/1985 | Report / Plan | Pacific Gas & Electric Company | NONE | NONE | DRAFT LICENSING REPORT ON SPENT FUEL RACKS FOR DIABLO CANYON 1 & 2 - NRC DOCKET NO. 50-275 AND NO. 50-323. PREPARED IN ANTICIPATION OF NRC LICENSING AMENDMENT PROCEEDING | Work Product |
| 15 | DCP0009809 | DCP0009809 | 8/15/2000 | Multiple Email | Moulia, Thomas | Sellers, Judith | NONE | E-MAIL CHAIN INCLUDES REQUEST BY COUNSEL (R. LOCKE) FOR REVIEW AND REPLY. RE: STANDARD CONTRACT REVISIONS FOR DOE ACCEPTANCE OF SPENT NUCLEAR FUEL | Attorney Client; Attorney Client |
| 16 | DCP0010176 | DCP0010177 | 2/9/1998 | Electronic Mail (Email) | Warner, Christopher J | Ovadia, David; Duke, David L; Kapus, Robert L; Smith, Mark G; Tomkins, James E; Stock, William C; Patton, Bruce H; Papapietro, Emily; Locke, Richard L | NONE | LEGAL ANALYSIS OF HIGH LEVEL WASTE STORAGE ISSUES | Attorney Client; Work Product |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 17 | DCP0010321 | DCP0010321 | 11/9/1995 | Electronic Mail (Email) | Smith, Mark G | Chesnut, Steve; Cossette, Larry; Duke, David L; Johnson, Scott; Kamdar, Suresh; Miller, Clint C; Nicholson, Alan; Ovadia, David; RES1@PROJ@DCPP; Stock, William C; @Vaw@Gen1Cns1; Jones, Niel; Nevins, John; Khan, Mohsin R; Chen, Wayne H; Womack, Lawrence F; MJA1@RDS@NTS; Clark, Rich B; Walter, Lynn R; Warner, Chris J; RXONTRACT@NTS; Kapus, Robert L; Hagler, Rich D | NONE | E-MAIL REQUESTING REVIEW AND COMMENTS FROM COUNSEL (C. WARNER) AND OTHERS RE: RERACKING OF DCPP SPENT FUEL POOL FEASIBILITY REPORT | Attorney Client |
| 18 | DCP0010484 | DCP0010485 | 2/27/2002 | Electronic Mail (Email) | Strickland, Jearl L | Womack, Lawrence; Miklush, David; Tomkins, James; Grebel, Terence; Nugent, Patrick; Locke, Richard; Hobson, Missie; Patton, Bruce; Shoulders, Jack; Cossette, Larry; Sellers, Judith; Klimczak, Richard | NONE | E-MAIL TO COUNSEL (R. LOCKE) RE: ATTACHED (DCP0010485) NOTES FROM DCPP USED FUEL STORAGE MEETING HELD AT THE REQUEST OF COUNSEL. PROVIDES REQUESTED INFORMATION ON DCPP USED FUEL STORAGE ISSUES. | Attorney Client |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 19 | DCP0010682 | DCP0010684 | 4/26/1992 | Multiple Email | Walters, Winifred | Warner, Chris J | NONE | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN CLIENT AND COUNSEL (C. WARNER) RE: LEGAL ANALYSIS AND RECOMMENDATIONS IN PREPARATION FOR FUTURE GENERAL RATE CASE UPDATE. INITIAL E-MAIL FROM WARNER TO WALTERS AND ADDITIONAL COUNSEL (CRAIG M. BUCHSBAUM, GAIL L. SLOCUM, ROBERT B. MCLENNAN, KERMIT R. KUBITZ) CONTAINS LEGAL ANALYSIS AND A REQUEST FOR ADDITIONAL INFORMATION | Attorney Client; Work Product |
| 20 | DCP0010685 | DCP0010685 | 4/22/1992 | Electronic Mail (Email) | Warner, Chris J | Kubitz, Kermit R; McLennan, Robert B; Slocum, Gail; Buchsbaum, Craig M | Barrett, John E; Weingart, richard A; Nelson, Robert T; Bangert, Chuck; Walters, Winifred C | E-MAIL TO COUNSEL (K. KUBITZ, R. MCLENNAN, G. SLOCUM, C. BUCHSBAUM) FROM COUNSEL (C. WARNER) PROVIDING LEGAL ANALYSIS AND REQUEST FOR LEGAL REVIEW RE: GENERAL RATE CASE ISSUES | Attorney Client; Work Product |
| 21 | DCP0014549 | DCP0014549 | 5/4/2004 | Multiple Email | Borman, Nancy | Maggard, Stephanie A; Cocard, Marianne L; Varis, Mary E; Cochrane, Martha | Campbell, Walter L; Locke, Richard; Groff, Christopher | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN CLIENT AND COUNSEL (R. LOCKE) INCLUDING COUNSEL'S RESPONSE TO REQUEST FOR LEGAL ADVICE RE: NUCLEAR WASTE FUND PAYMENTS UNDER THE STANDARD CONTRACT. | Attorney Client |
| 22 | DCP0014550 | DCP0014550 | 4/21/2004 | Electronic Mail (Email) | Groff, Christopher | Locke, Richard | Womack, Lawrence; Danielson, Albert; Zerbe, Doug; Sellers, Judith | INCOMPLETE COPY OF E-MAIL TO COUNSEL (R. LOCKE) REQUESTING LEGAL ADVICE RE: NUCLEAR WASTE FUND PAYMENTS UNDER THE STANDARD CONTRACT. A COMPLETE VERSION OF THIS E-MAIL IS INCLUDED IN THE E-MAIL CHAIN AT DCP0014558 | Attorney Client |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 23 | DCP0014558 | DCP0014558 | 4/21/2004 | Multiple Email | Locke, Richard | Groff, Christopher | Womack, Lawrence; Danielson, Albert; Zerbe, Doug; Sellers, Judith | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN CLIENT AND COUNSEL (R. LOCKE) REQUESTING LEGAL ADVICE RE: NUCLEAR WASTE FUND PAYMENTS UNDER THE STANDARD CONTRACT. | Attorney Client |
| 24 | DCP0014674 | DCP0014674 | 5/4/1998 | Multiple Email | Warner, Christopher | Sellers, Judith | Sellers, Judith | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN CLIENT AND COUNSEL (C. WARNER); RE: REQUEST FOR ANALYSIS OF LEGAL MEMORANDUM PREPARED BY OUTSIDE COUNSEL (SHAW, PITTMAN, POTTS & TROWBRIDGE) ON NUCLEAR WASTE FUND PAYMENTS | Attorney Client |
| 25 | DCP0014675 | DCP0014676 | 4/29/1998 | Memo | Silberg, Jay E (Shaw Pittman Potts & Trowbridge); Cynamon, David J (Shaw Pittman Potts & Trowbridge) | Nuclear Utility Group | NONE | LEGAL MEMORANDUM FROM OUTSIDE COUNSEL (SHAW, PITTMAN, POTTS & TROWBRIDGE) RE: NUCLEAR WASTE FUND PAYMENT ISSUES. PROVIDES REQUESTED INFORMATION | Attorney Client; Work Product |
| 26 | DCP0014678 | DCP0014678 | 4/13/1998 | Memo | Silberg, Jay E (Shaw Pittman Potts & Trowbridge) | Nuclear Utility Group | NONE | LEGAL MEMORANDUM FROM OUTSIDE COUNSEL (SHAW, PITTMAN, POTTS & TROWBRIDGE) RE: SPENT FUEL DAMAGES CLAIM | Attorney Client; Work Product |
| 27 | DCP0014682 | DCP0014683 | 5/18/1998 | Memo | Silberg, Jay E (Shaw Pittman Potts & Trowbridge) | Nuclear Utility Group | NONE | LEGAL MEMORANDUM FROM OUTSIDE COUNSEL (SHAW, PITTMAN, POTTS & TROWBRIDGE) RE: DOE SETTLEMENT PROPOSAL | Attorney Client; Work Product |
| 28 | DCP0014718 | DCP0014718 | 2/22/1999 | Multiple Email | Warner, Christopher | Sellers, Judith | Locke, Richard; Carter, Donald; Danielson, Albert | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN CLIENT AND COUNSEL (C. WARNER) REQUESTING LEGAL REVIEW OF LETTER TO DOE RE: PAYMENT OF SPENT FUEL FEE | Attorney Client |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 29 | DCP0014804 | DCP0014806 | 1/22/2002 | Multiple Email | Locke, Richard | Stamm, Nancy; Cotton, Cynthia; Sellers, Judith; Mejia, Ingrid | Meko, Michael; Groff, Christopher; Moulia, Thomas; mtajirian@celerityconsulting.net (Celerity Consulting); Nexon, Janet (Howard Rice Nemerovski Canady Falk & Rabkin); Agerter, Linda L; Repka, Dave (Winston & Strawn); Cook, John P (Orrick) | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN CLIENT, COUNSEL (R. LOCKE, N. STAMM, L. AGERTA) AND OUTSIDE COUNSEL (D. REPKA, WINSTON & STRAWN; J. COOK, ORRICK, HERRINGTON & SUTCLIFFE; J. NEXON, HOWARD, RICE, NEMEROVSKI, CANADAY, FALK & RABKIN) RE: THE EFFECT OF PG&E'S PLAN OF REORGANIZATION ON THE RIGHTS AND DUTIES UNDER THE DOE-PG&E STANDARD CONTRACT AS THEY PERTAIN TO DCPP AND HBPP | Attorney Client |
| 30 | DCP0014816 | DCP0014818 | 2/14/2001 | Multiple Email | Sellers, Judith | Sullivan, Bill | Locke, Richard; Groff, Christopher; Zimkowski, Robert; Danielson, Albert; Carden, Hal; Biacci, Tony | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN CLIENT AND COUNSEL (R. LOCKE) CONTAINING REQUEST FOR LEGAL ADVICE RE: NUCLEAR DECOMMISSIONING SPECIAL ASSESMENTS | Attorney Client |
| 31 | DCP0014878 | DCP0014883 | 9/27/2001 | Multiple Email | Slaten, Neal G (Ameren) | Irwin, Randall J; 'mkillgore©txu.com' (TXU Energy); Sellers, Judith; 'jasammis@wcnoc.com' (Wolf Creek Nuclear Operating Corporation) | NONE | E-MAIL FORWARDED TO CLIENT REGARDING JOINT EFFORT TO HIRE COUNSEL FOR SPENT FUEL CASES | Attorney Client; Work Product |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 32 | DCP0014931 | DCP0014932 | 4/29/1998 | Memo | Silberg, Jay E (Shaw Pittman Potts & Trowbridge); Cynamon, David J (Shaw Pittman Potts & Trowbridge) | Nuclear Utility Group | NONE | DUPLICATE OF DCP0014675 - DCP0014676. LEGAL MEMORANDUM FROM OUTSIDE COUNSEL (SHAW, PITTMAN, POTTS & TROWBRIDGE) RE: NUCLEAR WASTE FUND PAYMENT ISSUES. PROVIDES REQUESTED INFORMATION | Attorney Client; Work Product |
| 33 | DCP0014934 | DCP0014934 | 4/13/1998 | Memo | Silberg, Jay E (Shaw Pittman Potts & Trowbridge) | Nuclear Utility Group | NONE | DUPLICATE OF DCP0014678. LEGAL MEMORANDUM FROM OUTSIDE COUNSEL (SHAW, PITTMAN, POTTS & TROWBRIDGE) RE: SPENT FUEL DAMAGES CLAIM | Attorney Client; Work Product |
| 34 | DCP0015186 | DCP0015186 | 4/28/1992 | Electronic Mail (Email) | Bangert, Chuck | Walters, Winifred | Barrett, John E; Stock, William C; Warner, Christopher; Wogsland, Ward; Kaefer, William B | E-MAIL FROM CLIENT TO COUNSEL (C. WARNER) RE: SPENT NUCLEAR FUEL PAYMENT TO DOE | Attorney Client |
| 35 | DCP0015187 | DCP0015187 | 4/22/1992 | Electronic Mail (Email) | Warner, Chris | Kubitz, Kermit R; McLennan, Robert B; Slocum, Gail; Buchsbaum, Craig M | Barrett, John E; Weingert, Richard A; Nelson, Robert T; Bangert, Chuck; Walters, Winifred C | DUPLICATE OF DCP0019685. E-MAIL TO COUNSEL (K. KUBITZ, R. MCLENNAN, G. SLOCUM, C. BUCHSBAUM) FROM COUNSEL (C. WARNER) PROVIDING LEGAL ANALYSIS AND REQUEST FOR LEGAL REVIEW RE: GENERAL RATE CASE ISSUES | Attorney Client; Work Product |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 36 | DCP0015188 | DCP0015190 | 4/26/1992 | Multiple Email | Walters, Winifred | Warner, Chris | NONE | DUPLICATE OF DCP0015188 - DCP0015190. E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN CLIENT AND COUNSEL (C. WARNER) RE: LEGAL ANALYSIS AND RECOMMENDATIONS IN PREPARATION FOR FUTURE GENERAL RATE CASE UPDATE. INITIAL E-MAIL FROM WARNER TO WALTERS AND ADDITIONAL COUNSEL (CRAIG M. BUCHSBAUM, GAIL L. SLOCUM, ROBERT B. MCLENNAN, KERMIT R. KUBITZ) CONTAINS LEGAL ANALYSIS AND A REQUEST FOR ADDITIONAL INFORMATION | Attorney Client; Work Product |
| 37 | DCP0015192 | DCP0015193 | | Notes | NONE | NONE | NONE | MEETING NOTES REFLECT LEGAL ADVICE OF COUNSEL RE: GENERAL RATE CASE STRATEGY | Attorney Client; Work Product |
| 38 | DCP0015247 | DCP0015247 | 4/28/1992 | Electronic Mail (Email) | Bangert, Chuck | Walters, Winifred C | Barrett, John E; Stock, William C; Warner, Christopher; Wogsland, Ward; Kaefer, William B | DUPLICATE OF DCP0015186. E-MAIL FROM CLIENT TO COUNSEL (C. WARNER) RE: SPENT NUCLEAR FUEL PAYMENT TO DOE | Attorney Client |
| 39 | DCP0015248 | DCP0015248 | 4/22/1992 | Electronic Mail (Email) | Warner, Chris | Kubitz, Kermit R; McLennan, Robert B; Slocum, Gail; Buchsbaum, Craig M | Barrett, John E; Weingert, Richard A; Nelson, Robert T; Bangert, Chuck; Walters, Winifred C | DUPLICATE OF DCP0019685. E-MAIL TO COUNSEL (K. KUBITZ, R. MCLENNAN, G. SLOCUM, C. BUCHSBAUM) FROM COUNSEL (C. WARNER) PROVIDING LEGAL ANALYSIS AND REQUEST FOR LEGAL REVIEW RE: GENERAL RATE CASE ISSUES | Attorney Client; Work Product |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 40 | DCP0015249 | DCP0015251 | 4/26/1992 | Multiple Email | Walters, Winifred | Warner, Chris | NONE | DUPLICATE OF DCP0015188 - DCP0015190. E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN CLIENT AND COUNSEL (C. WARNER) RE: LEGAL ANALYSIS AND RECOMMENDATIONS IN PREPARATION FOR FUTURE GENERAL RATE CASE UPDATE. INITIAL E-MAIL FROM WARNER TO WALTERS AND ADDITIONAL COUNSEL (CRAIG M. BUCHSBAUM, GAIL L. SLOCUM, ROBERT B. MCLENNAN, KERMIT R. KUBITZ) CONTAINS LEGAL ANALYSIS AND A REQUEST FOR ADDITIONAL INFORMATION | Attorney Client; Work Product |
| 41 | DCP0015253 | DCP0015254 | | Notes | NONE | NONE | NONE | DUPLICATE OF DCP0015192 - DCP0015193. MEETING NOTES REFLECT LEGAL ADVICE OF COUNSEL RE: GENERAL RATE CASE STRATEGY | Attorney Client; Work Product |
| 42 | DCP0015399 | DCP0015399 | 10/9/1997 | Electronic Mail (Email) | Sellers, Judith | Warner, Chris | Hill, Tom M; Moulia, Tom A; Rueger, Gregory M; Womack, Lawrence F; Locke, Richard F; Carter, Don | E-MAIL TO COUNSEL (C. WARNER, R. LOCKE) FROM CLIENT RE: PG&E PAYMENT OBLIGATIONS UNDER THE STANDARD CONTRACT FO HBPP. PROVIDES REQUESTED INFORMATION. | Attorney Client |
| 43 | DCP0015420 | DCP0015421 | 2/27/2002 | Electronic Mail (Email) | Strickland, L Jearl | Womack, Lawrence; Miklush, David; Tomkins, James; Grebel, Terence; Nugent, Patrick; Locke, Richard; Hobson, Missie; Patton, Bruce; Shoulders, Jack; Cossette, Larry; Sellers, Judith; Klimczak, Richard | NONE | DUPLICATE OF DCP0010484 - DCP0010485. E-MAIL TO COUNSEL (R. LOCKE) RE: ATTACHED (DCP0015421) NOTES FROM DCPP USED FUEL STORAGE MEETING HELD AT THE REQUEST OF COUNSEL. PROVIDES REQUESTED INFORMATION ON DCPP USED FUEL STORAGE ISSUES. | Attorney Client |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 44 | DCP0015426 | DCP0015427 | 8/15/2000 | Multiple Email | Moulia, Thomas | Sellers, Judith | NONE | DUPLICATE OF DCP0009809. E-MAIL CHAIN INCLUDES REQUEST BY COUNSEL (R. LOCKE) FOR REVIEW AND REPLY. RE: STANDARD CONTRACT REVISIONS FOR DOE ACCEPTANCE OF SPENT NUCLEAR FUEL | Attorney Client |
| 45 | DCP0015456 | DCP0015456 | 5/4/1998 | Multiple Email | Warner, Christopher | Sellers, Judith | Seller, Judith | DUPLICATE OF DCP0014674. E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN CLIENT AND COUNSEL (C. WARNER) RE: REQUEST FOR ANALYSIS OF LEGAL MEMORANDUM PREPARED BY OUTSIDE COUNSEL (SHAW, PITTMAN, POTTS & TROWBRIDGE) ON NUCLEAR WASTE FUND PAYMENTS | Attorney Client |
| 46 | DCP0015457 | DCP0015458 | 4/29/1998 | Memo | Silberg, Jay E (Shaw Pittman Potts & Trowbridge); Cynamon, David J (Shaw Pittman Potts & Trowbridge) | Nuclear Utility Group | NONE | DUPLICATE OF DCP0014675 - DCP0014676. LEGAL MEMORANDUM FROM OUTSIDE COUNSEL (SHAW, PITTMAN, POTTS & TROWBRIDGE) RE: NUCLEAR WASTE FUND PAYMENT ISSUES. PROVIDES REQUESTED INFORMATION | Attorney Client; Work Product |
| 47 | DCP0015460 | DCP0015460 | 4/13/1998 | Memo | Silberg, Jay E (Shaw Pittman Potts & Trowbridge) | Nuclear Utility Group | NONE | DUPLICATE OF DCP0014678. LEGAL MEMORANDUM FROM OUTSIDE COUNSEL (SHAW, PITTMAN, POTTS & TROWBRIDGE) RE: SPENT FUEL DAMAGES CLAIM | Attorney Client; Work Product |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 48 | DCP0015540 | DCP0015542 | 4/26/1992 | Multiple Email | Walters, Winifred | Warner, Chris J | NONE | DUPLICATE OF DCP0015188 - DCP0015190. E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN CLIENT AND COUNSEL (C. WARNER) RE: LEGAL ANALYSIS AND RECOMMENDATIONS IN PREPARATION FOR FUTURE GENERAL RATE CASE UPDATE. INITIAL E-MAIL FROM WARNER TO WALTERS AND ADDITIONAL COUNSEL (CRAIG M. BUCHSBAUM, GAIL L. SLOCUM, ROBERT B. MCLENNAN, KERMIT R. KUBITZ) CONTAINS LEGAL ANALYSIS AND A REQUEST FOR ADDITIONAL INFORMATION | Attorney Client; Work Product |
| 49 | DCP0015547 | DCP0015547 | 4/22/1992 | Electronic Mail (Email) | Warner, Chris J | Kubitz, Kermit R; McLennan, Robert M; Slocum, Gail; Buchsbaum, Craig M | Barrett, John E; Weingart, Richard A; Nelson, Robert T; Bangert, Chuck; Walters, Winifred C | DUPLICATE OF DCP0019685. E-MAIL TO COUNSEL (K. KUBITZ, R. MCLENNAN, G. SLOCUM, C. BUCHSBAUM) FROM COUNSEL (C. WARNER) PROVIDING LEGAL ANALYSIS AND REQUEST FOR LEGAL REVIEW RE: GENERAL RATE CASE ISSUES | Attorney Client; Work Product |
| 50 | DCP0015549 | DCP0015549 | 4/28/1992 | Electronic Mail (Email) | Bangert, Chuck | Walters, Winifred | Barrett, John E; Stock, William C; Warner, Christopher; Wogsland, Ward; Kaefer, William B | DUPLICATE OF DCP0015186. E-MAIL FROM CLIENT TO COUNSEL (C. WARNER) RE: SPENT NUCLEAR FUEL PAYMENT TO DOE | Attorney Client |
| 51 | DCP0015951 | DCP0015951 | 4/28/1992 | Electronic Mail (Email) | Bangert, Chuck | Walters, Winifred | Barrett, John E; Stock, William C; Warner, Christopher J | DUPLICATE OF DCP0015186. E-MAIL FROM CLIENT TO COUNSEL (C. WARNER) RE: SPENT NUCLEAR FUEL PAYMENT TO DOE | Attorney Client |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 52 | DCP0015952 | DCP0015952 | 4/22/1992 | Electronic Mail (Email) | Warner, Chris J | Kubitz, Kermit R; McLennan, Robert B; Slocum, Gail; Buchsbaum, Craig M | Barrett, John E; Weingart, Richard A; Nelson, Robert T; Bangert, Chuck; Walters, Winifred C | DUPLICATE OF DCP0019685. E-MAIL TO COUNSEL (K. KUBITZ, R. MCLENNAN, G. SLOCUM, C. BUCHSBAUM) FROM COUNSEL (C. WARNER) PROVIDING LEGAL ANALYSIS AND REQUEST FOR LEGAL REVIEW RE: GENERAL RATE CASE ISSUES | Attorney Client; Work Product |
| 53 | DCP0015953 | DCP0015955 | 4/26/1992 | Multiple Email | Walters, Winifred | Warner, Chris J | NONE | DUPLICATE OF DCP0015188 - DCP0015190. E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN CLIENT AND COUNSEL (C. WARNER) RE: LEGAL ANALYSIS AND RECOMMENDATIONS IN PREPARATION FOR FUTURE GENERAL RATE CASE UPDATE. INITIAL E-MAIL FROM WARNER TO WALTERS AND ADDITIONAL COUNSEL (CRAIG M. BUCHSBAUM, GAIL L. SLOCUM, ROBERT B. MCLENNAN, KERMIT R. KUBITZ) CONTAINS LEGAL ANALYSIS AND A REQUEST FOR ADDITIONAL INFORMATION | Attorney Client; Work Product |
| 54 | DCP0015957 | DCP0015958 | | Notes | NONE | NONE | NONE | DUPLICATE OF DCP0015192 - DCP0015193. MEETING NOTES REFLECT LEGAL ADVICE OF COUNSEL RE: GENERAL RATE CASE STRATEGY | Attorney Client; Work Product |
| 55 | DCP0016101 | DCP0016101 | 3/16/1992 | Electronic Mail (Email) | Warner, Chris J | Johnson, Roger L; JMG1@NOSMGMT @SFNPG; Stock, William C | WHF1@NPG VP@SFNPG; JBH2@NSAR A@SFNPG; Tomkins, James E; Kaefer, William B | LEGAL ANALYSIS AND STRATEGY IN ANTICIPATION OF RECAPTURE LICENSE AMENDMENT REQUEST PROCEEDINGS FOR DCPP DRY STORAGE | Attorney Client; Work Product |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 56 | DCP0016234 | DCP0016234 | 10/9/1997 | Electronic Mail (Email) | Sellers, Judith | Warner, Chris J | Hill, Thomas M; Moulia, Tom A; Rueger, Gregory M; Womack, Lawrence F; Locke, Richard F; Carter, Don | DUPLICATE OF DCP0015399. E-MAIL TO COUNSEL (C. WARNER, R. LOCKE) FROM CLIENT RE: PG&E PAYMENT OBLIGATIONS UNDER THE STANDARD CONTRACT FO HBPP. PROVIDES REQUESTED INFORMATION. | Attorney Client |
| 57 | DCP0016235 | DCP0016237 | 6/26/1997 | Multiple Email | Duke, David L | Sellers, Judith | NONE | E-MAIL CHAIN INCLUDES E-MAIL FROM C. WARNER RE: STRATEGY FOR LITIGATION AGAINST DOE CONCERNING STANDARD CONTRACT OBLIGATIONS. ALSO REFLECTS LEGAL STRATEGY INPUT FROM J. SILBERG AND TOM HILL | Attorney Client |
| 58 | DCP0016238 | DCP0016238 | 6/6/1997 | Electronic Mail (Email) | Warner, Chris J | Worthington, Bruce R; Rueger, Gregory M; Richard, Daniel D; Stock, William C; Bangert, Chuck; Sellers, Judith L; Womack, Lawrence F; Hill, Tom A; Kline, Steven L; LGG2@REG@FAR; JRCJ@REG@FAR; Mullen, Pat W; Cooper, Shawn E | RDG5@Pres @Exec; Smith, Gordon R | LEGAL ANALYSIS AND STRATEGY RE: DOE'S PRELIMINARY DETERMINATION THAT ITS FAILURE TO MEET THE JANUARY 31, 1998 DEADLINE FOR ACCEPTING SPENT FUEL IS UNAVOIDABLE. | Attorney Client |
| 59 | DCP0016239 | DCP0016239 | 5/30/1997 | Electronic Mail (Email) | Duke, David L | Locke, Richard F | Sellers, Judith; Walters, Winifred C | E-MAIL TO COUNSEL (R. LOCKE) FROM CLIENT RE: RESPONSE TO REQUEST FOR INFORMATION CONCERNING STANDARD CONTRACT OBLIGATIONS | Attorney Client; Work Product |
| 60 | DCP0016243 | DCP0016244 | | Report / Plan | Hill, Tom | NONE | NONE | MEMORANDUM FROM OUTSIDE COUNSEL (T. HILL) PROVIDING LEGAL ADVICE RE: LEGISLATIVE SOLUTIONS TO SPENT FUEL STORAGE OPTIONS | Attorney Client; Work Product |