PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 128 | HBP0001052 | HBP0001052 | 10/9/1997 | Electronic Mail (Email) | Sellers, Judith | Warner, Christopher J | Hill, Tom M; Moulia, Tom A; Rueger, Gregory M; Womack, Lawrence F; Locke, Richard F; Carter, Don | DUPLICATE OF DCP0015399. E-MAIL TO COUNSEL (C. WARNER, R. LOCKE) FROM CLIENT RE: PG&E PAYMENT OBLIGATIONS UNDER THE STANDARD CONTRACT FO HBPP. PROVIDES REQUESTED INFORMATION. | Attorney Client |
| 129 | HBP0001059 | HBP0001060 | 4/29/1998 | Memo | Silberg, Jay E (Shaw Pittman Potts & Trowbridge); Cynamon, David J (Shaw Pittman Potts & Trowbridge) | Nuclear Utility Group | NONE | DUPLICATE OF DCP0014675 - DCP0014676. LEGAL MEMORANDUM FROM OUTSIDE COUNSEL (SHAW, PITTMAN, POTTS & TROWBRIDGE) RE: NUCLEAR WASTE FUND PAYMENT ISSUES. PROVIDES REQUESTED INFORMATION | Attorney Client; Work Product |
| 130 | HBP0001062 | HBP0001062 | 4/13/1998 | Memo | Silberg, Jay E (Shaw Pittman Potts & Trowbridge) | Nuclear Utility Group | NONE | DUPLICATE OF DCP0014678. LEGAL MEMORANDUM FROM OUTSIDE COUNSEL (SHAW, PITTMAN, POTTS & TROWBRIDGE) RE: SPENT FUEL DAMAGES CLAIM | Attorney Client; Work Product |
| 131 | HBP0001066 | HBP0001066 | 5/4/1998 | Multiple Email | Warner, Christopher J | Sellers, Judith L | Sellers, Judith L | DUPLICATE OF DCP0014674. E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN CLIENT AND COUNSEL (C. WARNER) RE: REQUEST FOR ANALYSIS OF LEGAL MEMORANDUM PREPARED BY OUTSIDE COUNSEL (SHAW, PITTMAN, POTTS & TROWBRIDGE) ON NUCLEAR WASTE FUND PAYMENTS | Attorney Client |
| 132 | HBP0001067 | HBP0001068 | 4/29/1998 | Memo | Silberg, Jay E (Shaw Pittman Potts & Trowbridge); Cynamon, David J (Shaw Pittman Potts & Trowbridge) | Nuclear Utility Group | NONE | DUPLICATE OF DCP0014675 - DCP0014676. LEGAL MEMORANDUM FROM OUTSIDE COUNSEL (SHAW, PITTMAN, POTTS & TROWBRIDGE) RE: NUCLEAR WASTE FUND PAYMENT ISSUES. PROVIDES REQUESTED INFORMATION | Attorney Client; Work Product |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 133 | HBP0001070 | HBP0001070 | 4/13/1998 | Memo | Silberg, Jay E (Shaw Pittman Potts & Trowbridge) | Nuclear Utility Group | NONE | DUPLICATE OF DCP0014678. LEGAL MEMORANDUM FROM OUTSIDE COUNSEL (SHAW, PITTMAN, POTTS & TROWBRIDGE) RE: SPENT FUEL DAMAGES CLAIM | Attorney Client; Work Product |
| 134 | HBP0003087 | HBP0003220 | 3/7/2002 | Report / Plan | Pacific Gas and Electric Company | NONE | NONE | DRAFT REPORT TO THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC). PREPARED FOR FILING WITH CPUC IN ANTICIPATION OF NUCLEAR DECOMMISSIONING COST TRIENNIAL PROCEEDING (NDCTP) | Work Product |
| 135 | HBP0003221 | HBP0003229 | 3/12/2002 | Fax Cover Sheet | Kapus, Bob | Cloutier, Bill (TLG Engineering, Inc) | NONE | FACSIMILE COVER SHEET AND ATTACHED (HBP0003222 - HBP0003229) DRAFT TESTIMONY PREPARED IN ANTICIPATION OF NUCLEAR DECOMMISSIONING COST TRIENNIAL PROCEEDING (NDCTP) | Work Product |
| 136 | HBP0003230 | HBP0003254 | 2/26/2002 | Transcript / Testimony | NONE | NONE | NONE | DRAFT TESTIMONY PREPARED IN ANTICIPATION OF NUCLEAR DECOMMISSIONING COST TRIENNIAL PROCEEDING (NDCTP) | Work Product |
| 137 | HBP0003255 | HBP0003256 | | Financial | NONE | NONE | NONE | DRAFT REPORT PREPARED IN ANTICIPATION OF NUCLEAR DECOMMISSIONING COST TRIENNIAL PROCEEDING (NDCTP) | Work Product |
| 138 | HBP0003257 | HBP0003281 | | Report / Plan | NONE | NONE | NONE | DRAFT TESTIMONY PREPARED IN ANTICIPATION OF NUCLEAR DECOMMISSIONING COST TRIENNIAL PROCEEDING (NDCTP) | Work Product |
| 139 | HBP0003283 | HBP0003305 | 2/19/2002 | Transcript / Testimony | NONE | NONE | NONE | DRAFT TESTIMONY PREPARED IN ANTICIPATION OF NUCLEAR DECOMMISSIONING COST TRIENNIAL PROCEEDING (NDCTP) | Work Product |
| 140 | HBP0003306 | HBP0003306 | 2/19/2002 | Financial | NONE | NONE | NONE | DRAFT REPORT PREPARED IN ANTICIPATION OF NUCLEAR DECOMMISSIONING COST TRIENNIAL PROCEEDING (NDCTP) | Work Product |
| 141 | HBP0003307 | HBP0003335 | 2/19/2002 | Transcript / Testimony | NONE | NONE | NONE | DRAFT TESTIMONY PREPARED IN ANTICIPATION OF NUCLEAR DECOMMISSIONING COST TRIENNIAL PROCEEDING (NDCTP) | Work Product |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 142 | HBP0003336 | HBP0003337 | 2/19/2002 | Financial | NONE | NONE | NONE | DRAFT REPORT PREPARED IN ANTICIPATION OF NUCLEAR DECOMMISSIONING COST TRIENNIAL PROCEEDING (NDCTP) | Work Product |
| 143 | HBP0003338 | HBP0003354 | 3/1/2002 | Fax Cover Sheet | Griffiths, Geoff (TLG Engineering, Inc) | Kapus, Bob | NONE | FACSIMILE COVER SHEET AND ATTACHED (HBP0003339 - HBP0003354) DRAFT TESTIMONY PREPARED IN ANTICIPATION OF NUCLEAR DECOMMISSIONING COST TRIENNIAL PROCEEDING (NDCTP) | Work Product |
| 144 | HBP0003355 | HBP0003357 | 3/7/2002 | Report / Plan | NONE | NONE | NONE | DRAFT REPORT TO THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC). PREPARED FOR FILING WITH CPUC IN ANTICIPATION OF NUCLEAR DECOMMISSIONING COST TRIENNIAL PROCEEDING (NDCTP) | Work Product |
| 145 | HBP0003358 | HBP0003382 | 2/26/2002 | Transcript / Testimony | NONE | NONE | NONE | DRAFT TESTIMONY PREPARED IN ANTICIPATION OF NUCLEAR DECOMMISSIONING COST TRIENNIAL PROCEEDING (NDCTP) | Work Product |
| 146 | HBP0003383 | HBP0003384 | | Report / Plan | NONE | NONE | NONE | DRAFT REPORT PREPARED IN ANTICIPATION OF NUCLEAR DECOMMISSIONING COST TRIENNIAL PROCEEDING (NDCTP) | Work Product |
| 147 | HBP0003385 | HBP0003409 | | Transcript / Testimony | NONE | NONE | NONE | DRAFT TESTIMONY PREPARED IN ANTICIPATION OF NUCLEAR DECOMMISSIONING COST TRIENNIAL PROCEEDING (NDCTP) | Work Product |
| 148 | HBP0003410 | HBP0003437 | 2/26/2002 | Transcript / Testimony | NONE | NONE | NONE | DRAFT TESTIMONY PREPARED IN ANTICIPATION OF NUCLEAR DECOMMISSIONING COST TRIENNIAL PROCEEDING (NDCTP) | Work Product |
| 149 | HBP0003438 | HBP0003439 | 2/19/2002 | Financial | NONE | NONE | NONE | DRAFT REPORT PREPARED IN ANTICIPATION OF NUCLEAR DECOMMISSIONING COST TRIENNIAL PROCEEDING (NDCTP) | Work Product |
| 150 | HBP0003494 | HBP0003494 | 3/12/2002 | Electronic Mail (Email) | Cloutier, Bill (TLG Engineering, Inc) | Kapus, Robert | NONE | CORRESPONDENCE RE: DETAILS OF DRAFT TESTIMONY PREPARED IN ANTICIPATION OF NUCLEAR DECOMMISSIONING COST TRIENNIAL PROCEEDING (NDCTP) | Work Product |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 151 | HBP0003495 | HBP0003495 | 3/12/2002 | Electronic Mail (Email) | Cloutier, Bill (TLG Engineering, Inc) | Kapus, Robert | NONE | CORRESPONDENCE RE: DETAILS OF DRAFT TESTIMONY PREPARED IN ANTICIPATION OF NUCLEAR DECOMMISSIONING COST TRIENNIAL PROCEEDING (NDCTP) | Work Product |
| 152 | HBP0009351 | HBP0009744 | 00/00/2003 | Report / Plan | Pacific Gas and Electric Company | NONE | NONE | DRAFT REPORT PREPARED IN ANTICIPATION OF CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) GENERAL RATE CASE PROCEEDINGS | Work Product |
| 153 | HBP0009745 | HBP0010138 | 00/00/2003 | Report / Plan | Pacific Gas and Electric Company | NONE | NONE | DRAFT REPORT PREPARED IN ANTICIPATION OF CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) GENERAL RATE CASE PROCEEDINGS | Work Product |
| 154 | HBP0010139 | HBP0010532 | 00/00/2003 | Report / Plan | Pacific Gas and Electric Company | NONE | NONE | DRAFT REPORT PREPARED IN ANTICIPATION OF CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) GENERAL RATE CASE PROCEEDINGS | Work Product |
| 155 | HBP0010968 | HBP0010977 | | Notes | NONE | NONE | NONE | DRAFT TESTIMONY PREPARED IN ANTICIPATION OF NUCLEAR DECOMMISSIONING COST TRIENNIAL PROCEEDING (NDCTP) | Work Product |
| 156 | HBP0011080 | HBP0011082 | 9/27/2002 | Pleading / Court Filing | Warner, Christopher J; Niven, Andrew L; Mclennan, Robert B | NONE | NONE | DRAFT APPLICATION RE: WITNESS TESTIMONY. PREPARED FOR FILING WITH THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) IN ANTICIPATION OF NUCLEAR DECOMMISSIONING COST TRIENNIAL PROCEEDING (NDCTP) | Work Product |
| 157 | HBP0011083 | HBP0011084 | 4/29/2002 | Multiple Email | Winn, Valerie | RRQ NDCTP Core | NONE | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN CLIENT AND OUTSIDE COUNSEL, WINSTON & STRAWN (D. REPKA), RE: NUCLEAR DECOMMISSIONING COST TRIENNIAL PROCEEDING (NDCTP) SUBMITTALS | Attorney Client |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 158 | HBP0012989 | HBP0013167 | 3/15/2002 | Report / Plan | Pacific Gas and Electric Company | NONE | NONE | DRAFT REPORT PREPARED IN ANTICIPATION OF NUCLEAR DECOMMISSIONING COST TRIENNIAL PROCEEDING (NDCTP) BEFORE THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Work Product |
| 159 | HBP0013177 | HBP0013192 | 10/24/2002 | Electronic Mail (Email) | McLennan, Robert B | RRQ NDCTP Core | NONE | E-MAIL FROM COUNSEL (R. MCLENNAN) TO CLIENT RE: LEGAL ANALYSIS AND ATTACHED (HBP0013178 - HBP0013192) DRAFT BRIEF FOR FILING WITH THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC). PROVIDED IN ANTICIPATION OF NUCLEAR DECOMMISSIONING COST TRIENNIAL PROCEEDING (NDCTP) | Attorney Client; Work Product |
| 160 | HBP0013193 | HBP0013217 | 7/24/2002 | Fax Cover Sheet | Kapus, Bob | Winn, Valerie | NONE | FACSIMILE COVER SHEET AND ATTACHED (HBP0013194 - HBP0013217) DRAFT DATA RESPONSE SUBMITTALS TO CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC). PROVIDED IN ANTICIPATION OF NUCLEAR DECOMMISSIONING COST TRIENNIAL PROCEEDING (NDCTP) | Work Product |
| 161 | HBP0013304 | HBP0013322 | 11/15/2002 | Pleading / Court Filing | Warner, Christopher J; Niven, Andrew L; McLennan, Robert B | NONE | NONE | DRAFT BRIEF FOR FILING WITH THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC). PROVIDED IN ANTICIPATION OF NUCLEAR DECOMMISSIONING COST TRIENNIAL PROCEEDING (NDCTP) | Work Product |
| 162 | HBP0013323 | HBP0013330 | 9/5/2002 | Transcript / Testimony | Pacific Gas and Electric Company | NONE | NONE | DRAFT TESTIMONY PREPARED IN ANTICIPATION OF NUCLEAR DECOMMISSIONING COST TRIENNIAL PROCEEDING (NDCTP) BEFORE THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Work Product |
| 163 | HBP0013331 | HBP0013346 | 8/23/2002 | Transcript / Testimony | Pacific Gas and Electric Company | NONE | NONE | DRAFT TESTIMONY PREPARED IN ANTICIPATION OF NUCLEAR DECOMMISSIONING COST TRIENNIAL PROCEEDING (NDCTP) BEFORE THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Work Product |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 164 | HBP0013421 | HBP0013532 | 3/15/2002 | Pleading / Court Filing | Niven, Andrew L; Locke, Richard F | NONE | NONE | DRAFT APPLICATION FOR FILING WITH THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC). PROVIDED IN ANTICIPATION OF NUCLEAR DECOMMISSIONING COST TRIENNIAL PROCEEDING (NDCTP) | Work Product |
| 165 | HBP0013533 | HBP0013561 | 10/28/2002 | Pleading / Court Filing | Warner, Christopher J; Niven, Andrew L; McLennan, Robert B | NONE | NONE | DRAFT BRIEF FOR FILING WITH THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC). PROVIDED IN ANTICIPATION OF NUCLEAR DECOMMISSIONING COST TRIENNIAL PROCEEDING (NDCTP) | Work Product |
| 166 | HBP0013562 | HBP0013618 | 8/4/2003 | Pleading / Court Filing | Warner, Christopher J; Niven, Andrew L; McLennan, Robert B | NONE | NONE | DRAFT BRIEF FOR FILING WITH THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC). PROVIDED IN ANTICIPATION OF NUCLEAR DECOMMISSIONING COST TRIENNIAL PROCEEDING (NDCTP) | Work Product |
| 167 | HBP0013620 | HBP0013621 | 9/4/2002 | Multiple Email | Kapus, Robert | Womack, Lawrence | Gluzgold, Yevgeniya; Barry, Donna; Kjellund, Niels; Winn, Valerie; McLennan, Robert B; Moulia, Thomas; Montana, Cecilia; OFlanagan, Joseph | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN CLIENT AND COUNSEL (R. MCLENNAN) RE: DRAFT TESTIMONY FOR NUCLEAR DECOMMISSIONING COST TRIENNIAL PROCEEDING (NDCTP). REQUESTS LEGAL REVIEW | Attorney Client |
| 168 | HBP0013629 | HBP0013634 | 7/25/2002 | Multiple Email | Winn, Valerie | Moulia, Thomas | NONE | E-MAIL CHAIN CONTAINING DISCUSSIONS BETWEEN COUNSEL (A. NIVEN, A. KIM, R. MCLENNAN, P. GOLDEN, C. WARNER, W. EDWARDS, R. LOCKE) RE: LEGAL ANALYSIS OF SECURITY GUIDELINES IN ANTICIPATION OF REGULATORY PROCEEDINGS | Attorney Client; Work Product |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 169 | HBP0013635 | HBP0013637 | 10/9/2002 | Multiple Email | Nelson, Terry | Golden, Patrick; Niven, Andrew; Post, Jennifer | Kim, Ann; Manheim, William; Warner, Christopher J; Smith, Bruce T; Cronin, Thomas; Prudhomme, Paul; Bosscawen, Greg; Klein, Jennifer; Winn, Valerie; Womack, Lawrence; Kapus, Robert; Moulia, Thomas | E-MAIL CHAIN CONTAINING DISCUSSIONS BETWEEN COUNSEL (P. GOLDEN, A. NIVEN, J. POST, A. KIM, W. MANHEIM, C. WARNER) RE: LEGAL ANALYSIS OF SECURITY GUIDELINES IN ANTICIPATION OF REGULATORY PROCEEDINGS | Attorney Client; Work Product |
| 170 | HBP0013724 | HBP0013724 | | Notes | NONE | NONE | NONE | DOCUMENT GENERATED IN PREPARATION FOR A FILING WITH THE CALIFORNIA PUBLIC UTILITIES CCOMMISSION (CPUC) | Work Product |
| 171 | HBP0013729 | HBP0013739 | | Notes | NONE | NONE | NONE | DOCUMENT GENERATED IN PREPARATION OF A FILING IN ANNUAL TRANSITION COST PROCEEDING BEFORE THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Work Product |
| 172 | HBP0013740 | HBP0013740 | 9/14/2002 | Electronic Mail (Email) | Kapus, Robert | Moulia, Tom A | NONE | DOCUMENT GENERATED IN PREPARATION OF A FILING IN ANNUAL TRANSITION COST PROCEEDING BEFORE THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Work Product |
| 173 | HBP0013741 | HBP0013741 | 9/14/2002 | Graph / Chart / Blueprint | NONE | NONE | NONE | DOCUMENT GENERATED IN PREPARATION OF A FILING IN ANNUAL TRANSITION COST PROCEEDING BEFORE THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Work Product |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 174 | HBP0013742 | HBP0013749 | 9/5/2002 | Transcript / Testimony | Pacific Gas and Electric Company | NONE | NONE | DRAFT TESTIMONY PREPARED IN ANTICIPATION OF NUCLEAR DECOMMISSIONING COST TRIENNIAL PROCEEDING (NDCTP) BEFORE THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Work Product |
| 175 | HBP0013750 | HBP0013779 | 8/23/2002 | Transcript / Testimony | Pacific Gas and Electric Company | NONE | NONE | DRAFT TESTIMONY PREPARED IN ANTICIPATION OF NUCLEAR DECOMMISSIONING COST TRIENNIAL PROCEEDING (NDCTP) BEFORE THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Work Product |
| 176 | HBP0013854 | HBP0013966 | 3/15/2002 | Pleading / Court Filing | Niven, Andrew L; Locke, Richard F | NONE | NONE | DRAFT APPLICATION FOR FILING WITH THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC). PROVIDED IN ANTICIPATION OF NUCLEAR DECOMMISSIONING COST TRIENNIAL PROCEEDING (NDCTP) | Work Product |
| 177 | HBP0013967 | HBP0013982 | 3/28/2001 | Letter | NONE | California Public Utilities Commission | NONE | DRAFT ADVICE LETTER AND ATTACHMENTS (HBP0013972 - HBP0013982) TO CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) RE: HBPP DECOMMISSIONING. PREPARED FOR FILING BEFORE CPUC | Work Product |
| 178 | HBP0013984 | HBP0013984 | | Notes | NONE | NONE | NONE | ATTACHMENT TO DRAFT ADVICE LETTER (HBP0013967 - HBP0013971) TO CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) RE: HBPP DECOMMISSIONING. PREPARED FOR FILING BEFORE CPUC | Work Product |
| 179 | HBP0014239 | HBP0014266 | 5/31/2002 | Financial | O'Flanagan, Joseph | NONE | NONE | DRAFT REPORT PREPARED IN ANTICIPATION OF CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) GENERAL RATE CASE PROCEEDINGS | Work Product |
| 180 | HBP0014267 | HBP0014317 | 5/31/2002 | Financial | Rifas, Shari | NONE | NONE | DRAFT REPORT PREPARED IN ANTICIPATION OF CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) GENERAL RATE CASE PROCEEDINGS | Work Product |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 181 | HBP0014318 | HBP0014360 | 5/29/2002 | Financial | Rifas, Shari | NONE | NONE | DRAFT REPORT PREPARED IN ANTICIPATION OF CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) GENERAL RATE CASE PROCEEDINGS | Work Product |
| 182 | HBP0014361 | HBP0014572 | 5/20/2002 | Financial | Prudhomme, Paul | NONE | NONE | DRAFT REPORT PREPARED IN ANTICIPATION OF CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) GENERAL RATE CASE PROCEEDINGS | Work Product |
| 183 | HBP0014573 | HBP0014583 | 5/22/2002 | Financial | Hartman, David H | NONE | NONE | DRAFT REPORT PREPARED IN ANTICIPATION OF CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) GENERAL RATE CASE PROCEEDINGS | Work Product |
| 184 | HBP0014584 | HBP0014593 | 5/31/2002 | Financial | Bosscawen, Greg B | NONE | NONE | DRAFT REPORT PREPARED IN ANTICIPATION OF CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) GENERAL RATE CASE PROCEEDINGS | Work Product |
| 185 | HBP0014594 | HBP0014876 | 5/30/2002 | Financial | Wedlake, Tim | NONE | NONE | DRAFT REPORT PREPARED IN ANTICIPATION OF CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) GENERAL RATE CASE PROCEEDINGS | Work Product |
| 186 | HBP0014877 | HBP0015225 | 5/30/2002 | Financial | Wedlake, Tim | NONE | NONE | DRAFT REPORT PREPARED IN ANTICIPATION OF CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) GENERAL RATE CASE PROCEEDINGS | Work Product |
| 187 | HBP0015226 | HBP0015742 | 5/31/2002 | Financial | Gokhale, Sudheer K | NONE | NONE | DRAFT REPORT PREPARED IN ANTICIPATION OF CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) GENERAL RATE CASE PROCEEDINGS | Work Product |
| 188 | HBP0015743 | HBP0015750 | 5/6/2002 | Financial | Yee, Frances S | NONE | NONE | DRAFT REPORT PREPARED IN ANTICIPATION OF CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) GENERAL RATE CASE PROCEEDINGS | Work Product |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 189 | HBP0015751 | HBP0015851 | 5/31/2002 | Financial | Sweeney, Norman | NONE | NONE | DRAFT REPORT PREPARED IN ANTICIPATION OF CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) GENERAL RATE CASE PROCEEDINGS | Work Product |
| 190 | HBP0015852 | HBP0015889 | 5/31/2002 | Financial | Pappas, John | NONE | NONE | DRAFT REPORT PREPARED IN ANTICIPATION OF CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) GENERAL RATE CASE PROCEEDINGS | Work Product |
| 191 | HBP0015890 | HBP0015937 | 5/31/2002 | Financial | Miklush David | NONE | NONE | DRAFT REPORT PREPARED IN ANTICIPATION OF CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) GENERAL RATE CASE PROCEEDINGS | Work Product |
| 192 | HBP0015938 | HBP0015981 | 5/31/2002 | Financial | Willis, Roy B | NONE | NONE | DRAFT REPORT PREPARED IN ANTICIPATION OF CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) GENERAL RATE CASE PROCEEDINGS | Work Product |
| 193 | HBP0017098 | HBP0017101 | 1/21/1998 | Report / Plan | NONE | NONE | NONE | RE: LEGAL ANALYSIS AND RECOMMENDATIONS SUBMITTED TO THE BOARD OF DIRECTORS OF PG&E FOR APPROVAL. PREPARED IN ANTICIPATION OF REGULATORY PROCEEDINGS BEFORE THE CALIFORNIA PUBLIC UTILITY COMMISSION (CPUC) AND THE NUCLEAR REGULATORY COMMISSION (NRC), AND IN ANTICIPATION OF FUTURE GENERAL RATE CASES | Attorney Client; Work Product |
| 194 | HBP0017486 | HBP0017489 | 6/14/1996 | Multiple Email | Kahler, Edwin R | mnc1@office@hbpp | NONE | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN CLIENT AND COUNSEL (R. LOCKE, C. WARNER) RE: ATTACHED (HBP0017487 - HBP0017489) DRAFT STRATEGY FOR ISFSI DEVELOPMENT. INCLUDES A REQUEST FOR COUNSEL TO REVIEW | Attorney Client; Work Product |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 195 | HBP0018313 | HBP0018318 | 03/00/2005 | Letter | Willis, Roy B | Douglas, Peter (California Coastal Commission) | NONE | DRAFT LETTER TO CALIFORNIA COASTAL COMMISSION (CCC) PROVIDING ATTACHED (HBP0018315 - HBP0018318) REQUESTED INFORMATION RE: HBPP ISFSI PERMIT APPLICATION. REFLECTS ADVICE OF PG&E COUNSEL (R. LOCKE). PREPARED FOR FILING WITH THE CCC | Attorney Client; Work Product |
| 196 | HBP0018431 | HBP0018433 | 1/14/2005 | Letter | Willis, Roy B | Douglas, Peter (California Coastal Commission) | NONE | DRAFT LETTER TO CALIFORNIA COASTAL COMMISSION (CCC) RE: HBPP ISFSI PERMIT APPLICATION. PREPARED FOR FILING WITH THE CCC | Attorney Client; Work Product |
| 197 | HBP0018468 | HBP0018473 | 1/12/2005 | Report / Plan | NONE | NONE | NONE | DRAFT RESPONSE TO NUCLEAR REGULATORY COMMISSION (NRC) REQUEST FOR ADDITIONAL INFORMATION RE: LICENSE AMENDMENT REQUEST. PREPARED FOR FILING BEFORE THE NRC | Work Product |
| 198 | HBP0018474 | HBP0018476 | 2/25/2005 | Multiple Email | Brackeen, Eric | Pulley, Lawrence | NONE | E-MAIL CONTAINING COMMENTS RE: DRAFT RESPONSE TO NUCLEAR REGULATORY COMMISSION (NRC) REQUEST FOR ADDITIONAL INFORMATION. COMMENTS PROVIDED IN ANTICIPATION OF FILING BEFORE THE NRC | Work Product |
| 199 | HBP0018477 | HBP0018478 | 2/2/2005 | Report / Plan | NONE | NONE | NONE | DRAFT RESPONSE TO NUCLEAR REGULATORY COMMISSION (NRC) REQUEST FOR ADDITIONAL INFORMATION RE: LICENSE AMENDMENT REQUEST. PREPARED FOR FILING BEFORE THE NRC | Work Product |
| 200 | HBP0018479 | HBP0018479 | 2/15/2005 | Report / Plan | NONE | NONE | NONE | DRAFT RESPONSE TO NUCLEAR REGULATORY COMMISSION (NRC) REQUEST FOR ADDITIONAL INFORMATION RE: LICENSE AMENDMENT REQUEST. PREPARED FOR FILING BEFORE THE NRC | Work Product |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 201 | HBP0018480 | HBP0018480 | 2/15/2005 | Report / Plan | NONE | NONE | NONE | DRAFT RESPONSE TO NUCLEAR REGULATORY COMMISSION (NRC) REQUEST FOR ADDITIONAL INFORMATION RE: LICENSE AMENDMENT REQUEST. PREPARED FOR FILING BEFORE THE NRC | Work Product |
| 202 | HBP0018481 | HBP0018483 | 3/3/2005 | Report / Plan | NONE | NONE | NONE | DRAFT RESPONSE TO NUCLEAR REGULATORY COMMISSION (NRC) REQUEST FOR ADDITIONAL INFORMATION RE: LICENSE AMENDMENT REQUEST. PREPARED FOR FILING BEFORE THE NRC | Work Product |
| 203 | HBP0018484 | HBP0018494 | 2/17/2005 | Multiple Email | Brackeen, Eric | Pulley, Lawrence; Grebel, Terence | Heggli, Gregory | E-MAIL CONTIANING COMMENTS RE: DRAFT RESPONSE TO NUCLEAR REGULATORY COMMISSION (NRC) REQUEST FOR ADDITIONAL INFORMATION. COMMENTS PROVIDED IN ANTICIPATION OF FILING BEFORE THE NRC | Work Product |
| 204 | HBP0018495 | HBP0018496 | | Report / Plan | NONE | NONE | NONE | DRAFT RESPONSE TO NUCLEAR REGULATORY COMMISSION (NRC) REQUEST FOR ADDITIONAL INFORMATION RE: LICENSE AMENDMENT REQUEST. PREPARED FOR FILING BEFORE THE NRC | Work Product |
| 205 | HBP0018497 | HBP0018497 | 3/2/2005 | Report / Plan | NONE | NONE | NONE | DRAFT RESPONSE TO NUCLEAR REGULATORY COMMISSION (NRC) REQUEST FOR ADDITIONAL INFORMATION RE: LICENSE AMENDMENT REQUEST. PREPARED FOR FILING BEFORE THE NRC | Work Product |
| 206 | HBP0018498 | HBP0018498 | 3/2/2005 | Report / Plan | NONE | NONE | NONE | DRAFT RESPONSE TO NUCLEAR REGULATORY COMMISSION (NRC) REQUEST FOR ADDITIONAL INFORMATION RE: LICENSE AMENDMENT REQUEST. PREPARED FOR FILING BEFORE THE NRC | Work Product |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 207 | HBP0018499 | HBP0018499 | 3/2/2005 | Report / Plan | NONE | NONE | NONE | DRAFT RESPONSE TO NUCLEAR REGULATORY COMMISSION (NRC) REQUEST FOR ADDITIONAL INFORMATION RE: LICENSE AMENDMENT REQUEST. PREPARED FOR FILING BEFORE THE NRC | Work Product |
| 208 | HBP0018500 | HBP0018502 | | Report / Plan | NONE | NONE | NONE | DRAFT RESPONSE TO NUCLEAR REGULATORY COMMISSION (NRC) REQUEST FOR ADDITIONAL INFORMATION RE: LICENSE AMENDMENT REQUEST AND ATTACHMENTS (HBP0018501 AND HBP0018502). PREPARED FOR FILING BEFORE THE NRC | Work Product |
| 209 | HBP0018504 | HBP0018507 | 1/20/2005 | Report / Plan | NONE | NONE | NONE | DRAFT RESPONSE TO NUCLEAR REGULATORY COMMISSION (NRC) REQUEST FOR ADDITIONAL INFORMATION RE: LICENSE AMENDMENT REQUEST. PREPARED FOR FILING BEFORE THE NRC | Work Product |
| 210 | HBP0018508 | HBP0018509 | 1/5/2005 | Report / Plan | NONE | NONE | NONE | DRAFT RESPONSE TO NUCLEAR REGULATORY COMMISSION (NRC) REQUEST FOR ADDITIONAL INFORMATION RE: LICENSE AMENDMENT REQUEST. PREPARED FOR FILING BEFORE THE NRC | Work Product |
| 211 | HBP0018510 | HBP0018517 | 2/8/2005 | Multiple Email | Parker, Randy | Brackeen, Eric | Grebel, Terence; Pulley, Lawrence | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN CLIENT AND COUNSEL (R. LOCKE) RE: DRAFT RESPONSE TO NUCLEAR REGULATORY COMMISSION (NRC) REQUEST FOR ADDITIONAL INFORMATION. REQUESTS LEGAL REVIEW | Work Product |
| 212 | HBP0018518 | HBP0018520 | 2/10/2005 | Report / Plan | NONE | NONE | NONE | DRAFT RESPONSE TO NUCLEAR REGULATORY COMMISSION (NRC) REQUEST FOR ADDITIONAL INFORMATION RE: LICENSE AMENDMENT REQUEST. PREPARED FOR FILING BEFORE THE NRC | Work Product |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 213 | HBP0018521 | HBP0018523 | 2/10/2005 | Report / Plan | NONE | NONE | NONE | DRAFT RESPONSE TO NUCLEAR REGULATORY COMMISSION (NRC) REQUEST FOR ADDITIONAL INFORMATION RE: LICENSE AMENDMENT REQUEST AND ATTACHMENT (HBP0018522 - HBP0018523) PREPARED FOR FILING BEFORE THE NRC | Work Product |
| 214 | HBP0018526 | HBP0018527 | 1/21/2005 | Report / Plan | NONE | NONE | NONE | DRAFT RESPONSE TO NUCLEAR REGULATORY COMMISSION (NRC) REQUEST FOR ADDITIONAL INFORMATION RE: LICENSE AMENDMENT REQUEST. PREPARED FOR FILING BEFORE THE NRC | Work Product |
| 215 | HBP0018528 | HBP0018528 | 1/19/2005 | Report / Plan | NONE | NONE | NONE | DRAFT RESPONSE TO NUCLEAR REGULATORY COMMISSION (NRC) REQUEST FOR ADDITIONAL INFORMATION RE: LICENSE AMENDMENT REQUEST. PREPARED FOR FILING BEFORE THE NRC | Work Product |
| 216 | HBP0018529 | HBP0018529 | 1/13/2005 | Report / Plan | NONE | NONE | NONE | DRAFT RESPONSE TO NUCLEAR REGULATORY COMMISSION (NRC) REQUEST FOR ADDITIONAL INFORMATION RE: LICENSE AMENDMENT REQUEST. PREPARED FOR FILING BEFORE THE NRC | Work Product |
| 217 | HBP0018530 | HBP0018531 | 1/13/2005 | Report / Plan | NONE | NONE | NONE | DRAFT RESPONSE TO NUCLEAR REGULATORY COMMISSION (NRC) REQUEST FOR ADDITIONAL INFORMATION RE: LICENSE AMENDMENT REQUEST AND ATTACHMENT (HBP0018531). PREPARED FOR FILING BEFORE THE NRC | Work Product |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 218 | HBP0018532 | HBP0018555 | 1/28/2005 | Report / Plan | NONE | NONE | NONE | DRAFT RESPONSE TO NUCLEAR REGULATORY COMMISSION (NRC) REQUEST FOR ADDITIONAL INFORMATION RE: LICENSE AMENDMENT REQUEST AND ATTACHMENT (HBP0018536 - HBP0018555). PREPARED FOR FILING BEFORE THE NRC | Work Product |
| 219 | HBP0018558 | HBP0018558 | 1/28/2005 | Report / Plan | NONE | NONE | NONE | DRAFT RESPONSE TO NUCLEAR REGULATORY COMMISSION (NRC) REQUEST FOR ADDITIONAL INFORMATION RE: LICENSE AMENDMENT REQUEST. PREPARED FOR FILING BEFORE THE NRC | Work Product |
| 220 | HBP0018561 | HBP0018561 | 1/19/2005 | Report / Plan | NONE | NONE | NONE | DRAFT RESPONSE TO NUCLEAR REGULATORY COMMISSION (NRC) REQUEST FOR ADDITIONAL INFORMATION RE: LICENSE AMENDMENT REQUEST. PREPARED FOR FILING BEFORE THE NRC | Work Product |
| 221 | HBP0018563 | HBP0018563 | 1/19/2005 | Report / Plan | NONE | NONE | NONE | DRAFT RESPONSE TO NUCLEAR REGULATORY COMMISSION (NRC) REQUEST FOR ADDITIONAL INFORMATION RE: LICENSE AMENDMENT REQUEST. PREPARED FOR FILING BEFORE THE NRC | Work Product |
| 222 | HBP0018564 | HBP0018565 | 2/24/2005 | Report / Plan | NONE | NONE | NONE | DRAFT RESPONSE TO NUCLEAR REGULATORY COMMISSION (NRC) REQUEST FOR ADDITIONAL INFORMATION RE: LICENSE AMENDMENT REQUEST. PREPARED FOR FILING BEFORE THE NRC | Work Product |
| 223 | HBP0018566 | HBP0018573 | 2/24/2005 | Report / Plan | NONE | NONE | NONE | DRAFT RESPONSE TO NUCLEAR REGULATORY COMMISSION (NRC) REQUEST FOR ADDITIONAL INFORMATION RE: LICENSE AMENDMENT REQUEST AND ATTACHMENT (HBP0018570 - HBP0018573). PREPARED FOR FILING BEFORE THE NRC | Work Product |