PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 224 | HBP0018574 | HBP0018574 | 1/5/2005 | Report / Plan | NONE | NONE | NONE | DRAFT RESPONSE TO NUCLEAR REGULATORY COMMISSION (NRC) REQUEST FOR ADDITIONAL INFORMATION RE: LICENSE AMENDMENT REQUEST. PREPARED FOR FILING BEFORE THE NRC | Work Product |
| 225 | HBP0018575 | HBP0018577 | | Report / Plan | NONE | NONE | NONE | DRAFT RESPONSE TO NUCLEAR REGULATORY COMMISSION (NRC) REQUEST FOR ADDITIONAL INFORMATION RE: LICENSE AMENDMENT REQUEST. PREPARED FOR FILING BEFORE THE NRC | Work Product |
| 226 | HBP0018578 | HBP0018581 | | Report / Plan | NONE | NONE | NONE | DRAFT RESPONSE TO NUCLEAR REGULATORY COMMISSION (NRC) REQUEST FOR ADDITIONAL INFORMATION RE: LICENSE AMENDMENT REQUEST. PREPARED FOR FILING BEFORE THE NRC | Work Product |
| 227 | HBP0018582 | HBP0018582 | 1/11/2005 | Report / Plan | NONE | NONE | NONE | DRAFT RESPONSE TO NUCLEAR REGULATORY COMMISSION (NRC) REQUEST FOR ADDITIONAL INFORMATION RE: LICENSE AMENDMENT REQUEST. PREPARED FOR FILING BEFORE THE NRC | Work Product |
| 228 | HBP0018684 | HBP0018692 | | Report / Plan | NONE | NONE | NONE | DRAFT RESPONSE TO NUCLEAR REGULATORY COMMISSION (NRC) REQUEST FOR ADDITIONAL INFORMATION RE: LICENSE AMENDMENT REQUEST. PREPARED FOR FILING BEFORE THE NRC | Work Product |
| 229 | HBP0018696 | HBP0018700 | 1/28/2005 | Letter | Jacobs, Donna | US Nuclear Regulatory Commission | PG Fossil Gen HBPP Humboldt Distribution; Hall, James R; Hickman, John B | DRAFT LETTER TO THE NUCLEAR REGULATORY COMMISSION (NRC) RE: ATTACHED (HBP0018697 - HBP0018700) RESPONSE TO NRC REQUEST FOR ADDITIONAL INFORMATION FOR PG&E LICENSE AMENDMENT REQUEST. PREPARED FOR FILING BEFORE THE NRC | Work Product |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 230 | HBP0018701 | HBP0018705 | 01/14/0000 | Notes | NONE | NONE | NONE | NOTES RE: STRATEGY FOR MEETING WITH THE NUCLEAR REGULATORY COMMISSION (NRC) TO DISCUSS HBPP ISFSI LICENSING. IN ANTICIPATION OF FILING A LICENSE AMENDMENT REQUEST BEFORE THE NRC | Work Product |
| 231 | HBP0018732 | HBP0018751 | 6/8/2004 | Letter | Womack, Lawrence F | US Nuclear Regulatory Commission | Bailey, Edgar; Huffman, William C; Mallett, Bruce S; PG Fossil Gen HBPP Humboldt Distribution; Sokolsky, David | DRAFT LETTER TO THE NUCLEAR REGULATORY COMMISSION (NRC) RE: ATTACHED (HBP0018734 - HBP0018751) RESPONSE TO NRC REQUEST FOR ADDITIONAL INFORMATION FOR PG&E LICENSE AMENDMENT REQUEST. PREPARED FOR FILING BEFORE THE NRC | Work Product |
| 232 | HBP0018752 | HBP0018761 | 6/23/2004 | Letter | Womack, Lawrence F | US Nuclear Regulatory Commission | Bailey, Edgar; Huffman, William C; Mallett, Bruce S; Sokolsky, David D; PG Fossil Gen HBPP Humboldt Distribution | DRAFT LETTER TO THE NUCLEAR REGULATORY COMMISSION (NRC) RE: ATTACHED (HBP0018753 - HBP0018761) LICENSE AMENDMENT REQUEST. PREPARED FOR FILING BEFORE THE NRC | Work Product |
| 233 | HBP0018762 | HBP0018832 | 7/9/2004 | Letter | Womack, Lawrence F | US Nuclear Regulatory Commission | Bailey, Edgar; Hall, James R; Mallett, Bruce S; PG Fossil Gen HBPP Humboldt Distribution; Huffman, William C | DRAFT LETTER TO THE NUCLEAR REGULATORY COMMISSION (NRC) RE: ATTACHED (HBP0018764 - HBP0018832) LICENSE AMENDMENT REQUEST. PREPARED FOR FILING BEFORE THE NRC | Work Product |
| 234 | HBP0018956 | HBP0018963 | | Report / Plan | NONE | NONE | NONE | COMMENTS RE: PG&E LICENSE AMENDMENT REQUEST PREPARED IN ANTICIPATION OF REGULATORY FILING | Work Product |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 235 | HBP0018964 | HBP0018969 | | Report / Plan | NONE | NONE | NONE | COMMENTS RE: PG&E LICENSE AMENDMENT REQUEST PREPARED IN ANTICIPATION OF REGULATORY FILING | Work Product |
| 236 | HBP0018970 | HBP0018971 | 6/24/2004 | Report / Plan | NONE | NONE | NONE | COMMENTS RE: PG&E LICENSE AMENDMENT REQUEST PREPARED IN ANTICIPATION OF REGULATORY FILING | Work Product |
| 237 | HBP0018991 | HBP0018991 | | Report / Plan | NONE | NONE | NONE | COMMENTS RE: PG&E LICENSE AMENDMENT REQUEST PREPARED IN ANTICIPATION OF REGULATORY FILING | Work Product |
| 238 | HBP0019052 | HBP0019104 | 7/28/2000 | Report / Plan | Webb, Robert C | NONE | NONE | DOCUMENT CREATED IN PREPARATION OF FILING A LICENSE AMENDMENT REQUEST BEFORE THE NUCLEAR REGULATORY COMMISSION (NRC) | Work Product |
| 239 | HBP0019105 | HBP0019148 | 6/10/2003 | Report / Plan | NONE | NONE | NONE | DRAFT RESPONSE TO NUCLEAR REGULATORY COMMISSION (NRC) REQUEST FOR ADDITIONAL INFORMATION RE: LICENSE AMENDMENT REQUEST. PREPARED FOR FILING BEFORE THE NRC | Work Product |
| 240 | HBP0019150 | HBP0019150 | 6/16/2004 | Report / Plan | NONE | NONE | NONE | ANALYSIS OF OPTIONS FOR SUBMITTAL OF THE HUMBOLDT BAY ISFSI COASTAL DEVELOPMENT PERMIT APPLICATION. PREPARED IN ANTICIPATION OF PERMIT APPLICATION PROCEEDINGS BEFORE THE CALIFORNIA COASTAL COMMISSION | Work Product |
| 241 | HBP0019151 | HBP0019185 | | Report / Plan | NONE | NONE | NONE | DRAFT APPLICATION PREPARED IN ANTICIPATION OF COASTAL DEVELOPMENT PERMIT FILING BEFORE THE CALIFORNIA COASTAL COMMISSION; | Work Product |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 242 | HBP0019242 | HBP0019243 | 5/26/2004 | Multiple Email | Parker, Randy | Soenen, Philippe R | Heggli, Gregory; Pulley, Lawrence | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN CLIENT AND COUNSEL (R. LOCKE) RE: LICENSE AMENDMENT REQUEST FILINGS. INCLUDES A REQUEST FOR ATTORNEY REVIEW | Attorney Client; Attorney Client |
| 243 | HBP0019302 | HBP0019306 | 11/12/2004 | Report / Plan | NONE | NONE | NONE | DRAFT DATA RESPONSE DOCUMENTS FOR SUBMITTAL TO THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC). PROVIDED IN ANTICIPATION OF NUCLEAR DECOMMISSIONING COST TRIENNIAL PROCEEDING (NDCTP) | Work Product |
| 244 | HBP0019322 | HBP0019328 | 10/11/2004 | Letter | NONE | California Public Utilities Commission | Service List-A 99-09-006; Berg, Patty; Redwood Alliance | DRAFT ADVICE LETTER AND ATTACHMENT (HBP0019325 - HBP0019328) TO CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) RE: HBPP DECOMMISSIONING. PREPARED FOR FILING BEFORE CPUC | Work Product |
| 245 | HBP0019339 | HBP0019339 | 10/14/2004 | Multiple Email | Willis, Roy | Locke, Richard F | OFlanagan, Joseph; Kapus, Robert; Miklush, David | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN CLIENT AND COUNSEL (R. LOCKE) RE: DRAFT ADVICE LETTER TO CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Attorney Client |
| 246 | HBP0020519 | HBP0020519 | 7/24/1987 | Notes | NONE | Rigney, Peter E | NONE | CORRESPONDENCE WRITTEN TO COUNSEL (P. RIGNEY) RE: MODIFICATION IN INSTRUCTIONS FOR NUCLEAR REGULATORY COMMISSION (NRC) FILINGS | Attorney Client |
| 247 | HBP0021014 | HBP0021014 | 7/12/1999 | Multiple Email | Cassidy, Leigh S | Locke, Richard F; Kapus, Robert | Placak, Richard; Carden, Harold; Willis, Roy; Patton, Bruce | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN CLIENT AND COUNSEL (L. CASSIDY, R. LOCKE) RE: SPENT FUEL STORAGE | Attorney Client |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 248 | HBP0021719 | HBP0021720 | 2/9/1998 | Electronic Mail (Email) | Warner, Chris J | Ovadia, David; Duke, David L; Kapus, Robert L; Smith, Mark G; Tomkins, James E; Stock, William C; Patton, Bruce H; Papapietro, Emily; Locke, Richard F | NONE | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN CLIENT AND COUNSEL (R. LOCKE, C. WARNER) RE: LEGAL ANALYSIS OF HIGH LEVEL WASTE STORAGE ISSUES | Attorney Client; Work Product |
| 249 | HBP0022059 | HBP0022059 | 11/9/1995 | Electronic Mail (Email) | Smith, Mark G | Chesnut, Steve C; Cossette, Larry; Duke, David L; Johnson, Scott A; Kamdar, Suresh D; Miller, Clint C; Nicholson, Alan L; Ovadia, David; RES1@PROJ@DCPP; Stock, William S; Jones, Neil D; Nevins, John D; Kahn, Mohsin R; Chen, Wayne; Womack, Lawrence F; MJA1@RDS@NTS; Clark, Rich B; Walter, Lynn R; Warner, Christopher J; RXCONTRACT@NTS; Kapus, Robert L; Hagler, Rich D | NONE | E-MAIL REQUESTING REVIEW AND COMMENTS FROM COUNSEL (C. WARNER) AND OTHERS RE: RERACKING OF DCPP SPENT FUEL POOL FEASIBILITY REPORT | Attorney Client |
| 250 | HBP0022430 | HBP0022431 | 7/2/1999 | Multiple Email | Warner, Christopher J | Carden, Harold | Kapus, Robert | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN CLIENT AND COUNSEL (C. WARNER, R. LOCKE) RE: SPENT FUEL STORAGE COSTS. | Attorney Client |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 251 | HBP0022456 | HBP0022457 | 8/10/1999 | Memo | Nuclear Power Generation | Smith, Gordon | NONE | RE: REQUEST FOR REVIEW BY COUNSEL (R. PETERS) SUBMITTED TO PG&E PRESIDENT AND CEO. PREPARED IN ANTICIPATION OF REGULATORY PROCEEDINGS BEFORE THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC), AS PREPERATION FOR REGULATORY PROCEEDINGS BEFORE THE NUCLEAR REGULATORY COMMISSION (NRC) | Work Product |
| 252 | HBP0022458 | HBP0022459 | 8/10/1999 | Memo | Nuclear Power Generation | Smith, Gordon | NONE | RE: REQUEST FOR REVIEW BY COUNSEL (R. PETERS) SUBMITTED TO PG&E PRESIDENT AND CEO. PREPARED IN ANTICIPATION OF REGULATORY PROCEEDINGS BEFORE THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC), AS PREPERATION FOR REGULATORY PROCEEDINGS BEFORE THE NUCLEAR REGULATORY COMMISSION (NRC) | Work Product |
| 253 | HBP0022460 | HBP0022460 | 8/5/1999 | Memo | Peters, Roger J | Smith, Gordon R | NONE | LEGAL MEMORANDUM TO CLIENT FROM COUNSEL (R. PETERS) RE: ISFSI LICENSING PROCESS. INCLUDES LEGAL ANALYSIS OF GENERAL RATE CASE PROCEEDINGS AND REQUEST FOR INFORMATION | Attorney Client; Work Product |
| 254 | HBP0022488 | HBP0022504 | 3/15/2002 | Pleading / Court Filing | Niven, Andrew L; Locke, Richard F | NONE | NONE | DRAFT APPLICATION PREPARED IN ANTICIPATION OF CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) NUCLEAR DECOMMISSIONING COST TRIENNIAL PROCEEDING (NDCTP) | Work Product |
| 255 | HBP0022505 | HBP0022679 | 3/15/2002 | Report / Plan | Pacific Gas & Electric Company | NONE | NONE | DRAFT REPORT PREPARED IN ANTICIPATION OF CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) NUCLEAR DECOMMISSIONING COST TRIENNIAL PROCEEDING (NDCTP) | Work Product |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 256 | HBP0023227 | HBP0023227 | 10/25/2002 | Letter | NONE | Collins, Samuel J (Office of Nuclear Reactor Regulation) | NONE | DRAFT LETTER TO NUCLEAR REGULATORY COMMISSION (NRC) FROM CLIENT RE: MODIFICATION TO HBPP OPERATING LICENSE. PREPARED FOR FILING BEFORE THE NRC. | Work Product |
| 257 | HBP0025826 | HBP0025827 | 6/25/1998 | Multiple Email | Warner, Christopher J | Womack, Lawrence; Tomkins, James; Moulia, Thomas; Grebel, Terence; Patton, Bruce; Kahler, Edwin; Smith, Mark; Johnson, Scott; Locke, Richard; Sokolsky, David; Rasmussen, Peter; Heggli, Gregory; Ogden, David; Calloway, Amy; Johnson, Roger | NONE | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN CLIENT AND COUNSEL (C. WARNER, R. LOCKE) RE: SPENT FUEL STORAGE AT HBPP AND DCPP | Attorney Client |
| 258 | HBP0027862 | HBP0027864 | 7/31/2000 | Agenda / Meeting Minute | NONE | NONE | NONE | REDACTED DESCRIPTION OF REQUESTED ATTORNEY (R. LOCKE, C. WARNER) ADVICE TO BE PREPARED IN ANTICIPATION OF CURRENT LITIGATION, DESCRIPTION OF REQUESTED ATTORNEY (L. CASSIDY) ADVICE RE: HOLTEC CONTRACT, DESCRIPTION OF REQUESTED ATTORNEY (R. LOCKE) ADVICE RE: RECORDS RETENTION STANDARD | Attorney Client; Work Product |
| 259 | HBP0028393 | HBP0028615 | 7/29/1998 | Memo | Placak, Richard | Beckham, Peter; Stame, Nancy | David, C M; Nichols, C P; Ryan, D | MEMORANDUM FROM CLIENT TO COUNSEL (N. STAMM) RE: ATTACHED (HBP0028394 - HBP0028615) DRAFT CONTRACT FOR HBPP STACK REMOVAL. REQUESTS LEGAL REVIEW BY COUNSEL | Attorney Client; Work Product |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 260 | HBP0029272 | HBP0029272 | | Report / Plan | Pacific Gas & Electric Company | NONE | NONE | DRAFT DATA RESPONSE DOCUMENT FOR SUBMITTAL TO THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC). PROVIDED IN ANTICIPATION OF GENERAL RATE CASE | Work Product |
| 261 | HBP0029314 | HBP0029315 | | Report / Plan | NONE | NONE | NONE | DRAFT CORRESPONDENCE TO NUCLEAR REGULATORY COMMISSION (NRC) RE: HBPP SECURITY SAFEGAURDS | Work Product |
| 262 | HBP0029316 | HBP0029316 | 7/10/2002 | Financial | Pacific Gas & Electric Company | NONE | NONE | DRAFT DATA RESPONSE DOCUMENT FOR SUBMITTAL TO THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC). PROVIDED IN ANTICIPATION OF GENERAL RATE CASE | Work Product |
| 263 | HBP0029320 | HBP0029321 | 7/10/2002 | Report / Plan | Pacific Gas & Electric Company | NONE | NONE | DRAFT DATA RESPONSE DOCUMENT FOR SUBMITTAL TO THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC). PROVIDED IN ANTICIPATION OF GENERAL RATE CASE | Work Product |
| 264 | HBP0029322 | HBP0029322 | 7/10/2002 | Financial | Pacific Gas & Electric Company | NONE | NONE | DRAFT DATA RESPONSE DOCUMENT FOR SUBMITTAL TO THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC). PROVIDED IN ANTICIPATION OF GENERAL RATE CASE | Work Product |
| 265 | HBP0029323 | HBP0029323 | 7/10/2002 | Financial | Pacific Gas & Electric Company | NONE | NONE | DRAFT DATA RESPONSE DOCUMENT FOR SUBMITTAL TO THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC). PROVIDED IN ANTICIPATION OF GENERAL RATE CASE | Work Product |
| 266 | HBP0029324 | HBP0029324 | 7/10/2002 | Financial | Pacific Gas & Electric Company | NONE | NONE | DRAFT DATA RESPONSE DOCUMENT FOR SUBMITTAL TO THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC). PROVIDED IN ANTICIPATION OF GENERAL RATE CASE | Work Product |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 267 | HBP0029325 | HBP0029325 | 7/10/2002 | Financial | Pacific Gas & Electric Company | NONE | NONE | DRAFT DATA RESPONSE DOCUMENT FOR SUBMITTAL TO THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC). PROVIDED IN ANTICIPATION OF GENERAL RATE CASE | Work Product |
| 268 | HBP0032953 | HBP0032961 | 3/21/2000 | Report / Plan | Pacific Gas & Electric Company | NONE | NONE | RE: LEGAL ANALYSIS AND RECOMMENDATIONS SUBMITTED TO THE MANAGEMENT COMMITTEE OF PG&E. PREPARED IN ANTICIPATION OF FILING BEFORE THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC), AS PREPARATION FOR REGULATORY PROCEEDINGS BEFORE THE NUCLEAR REGULATORY COMMISSION (NRC) | Work Product |
| 269 | HBP0032966 | HBP0033010 | 5/15/2000 | Pleading / Court Filing | Manheim, William V | NONE | NONE | DRAFT APPLICATION RE: VALUATION OF HBPP FOSSIL ASSETS. PREPARED FOR FILING WITH THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Work Product |
| 270 | HBP0033069 | HBP0033071 | | Report / Plan | NONE | NONE | NONE | MEETING NOTES RE: SEPARATION OF HBPP PROPERTY. DOCUMENT GENERATED IN ANTICIPATION OF REGULATORY PROCEEDINGS BEFORE THE NUCLEAR REGULATORY COMMISSION (NRC) | Work Product |
| 271 | HBP0037678 | HBP0037682 | 3/28/2001 | Letter | NONE | California Public Utilities Commission | Strom-Martin, Virginia; Redwood Alliance | DRAFT ADVICE LETTER TO CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) RE: HBPP DECOMMISSIONING. PREPARED FOR FILING BEFORE CPUC | Work Product |
| 272 | HBP0037778 | HBP0037780 | 08/00/2004 | Letter | NONE | California Public Utilities Commission | Strom-Martin, Virginia; Redwood Alliance | DRAFT ADVICE LETTER TO CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) RE: HBPP SPENT FUEL STORAGE. PREPARED FOR FILING BEFORE CPUC | Work Product |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 273 | HBP0037781 | HBP0037787 | 07/00/2004 | Letter | NONE | California Public Utilities Commission | Strom-Martin, Virginia; Redwood Alliance | DRAFT ADVICE LETTER AND ATTACHMENT (HBP0037785 - HBP0037787) TO CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) RE: HBPP SPENT FUEL STORAGE. PREPARED FOR FILING BEFORE CPUC | Work Product |
| 274 | HBP0037788 | HBP0037794 | 6/30/2004 | Letter | NONE | California Public Utilities Commission | Strom-Martin, Virginia; Redwood Alliance | DRAFT ADVICE LETTER AND ATTACHMENT (HBP0037792 - HBP0037794) TO CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) RE: HBPP SPENT FUEL STORAGE. PREPARED FOR FILING BEFORE CPUC | Work Product |
| 275 | HBP0037795 | HBP0037798 | 6/30/2004 | Letter | NONE | California Public Utilities Commission | Strom-Martin, Virginia; Redwood Alliance | DRAFT ADVICE LETTER AND ATTACHMENT (HBP0037798) TO CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) RE: HBPP SPENT FUEL STORAGE. PREPARED FOR FILING BEFORE CPUC | Work Product |
| 276 | HBP0037799 | HBP0037806 | 6/10/2004 | Electronic Mail (Email) | Kapus, Robert | Pulley, Lawrence | Willis, Roy; Winn, Valerie J | CORRESPONDENCE RE: MODIFICATIONS TO ATTACHED (HBP0037800 - HBP0037806) DRAFT ADVICE LETTER TO CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) RE: HBPP SPENT FUEL STORAGE. PREPARED FOR FILING BEFORE CPUC | Work Product |
| 277 | HBP0037808 | HBP0037808 | 6/24/2004 | Notes | Pulley, Larry B | NONE | NONE | NOTES GENERATED IN PREPARATION OF ADVICE LETTER TO CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) RE: HBPP SPENT FUEL STORAGE. PREPARED FOR FILING BEFORE CPUC | Work Product |
| 278 | HBP0037809 | HBP0037811 | | Report / Plan | NONE | NONE | NONE | DRAFT REPORT PREPARED IN ANTICIPATION OF CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) NUCLEAR DECOMMISSIONING COST TRIENNIAL PROCEEDING (NDCTP) | Work Product |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 279 | HBP0037812 | HBP0037814 | | Report / Plan | NONE | NONE | NONE | DRAFT REPORT PREPARED IN ANTICIPATION OF CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) NUCLEAR DECOMMISSIONING COST TRIENNIAL PROCEEDING (NDCTP) | Work Product |
| 280 | HBP0037815 | HBP0037815 | | Report / Plan | NONE | NONE | NONE | DRAFT REPORT PREPARED IN ANTICIPATION OF CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) NUCLEAR DECOMMISSIONING COST TRIENNIAL PROCEEDING (NDCTP) | Work Product |
| 281 | HBP0037816 | HBP0037816 | | Report / Plan | NONE | NONE | NONE | DRAFT REPORT PREPARED IN ANTICIPATION OF CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) NUCLEAR DECOMMISSIONING COST TRIENNIAL PROCEEDING (NDCTP) | Work Product |
| 282 | HBP0037817 | HBP0037818 | | Report / Plan | NONE | NONE | NONE | DRAFT REPORT PREPARED IN ANTICIPATION OF CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) NUCLEAR DECOMMISSIONING COST TRIENNIAL PROCEEDING (NDCTP) | Work Product |
| 283 | HBP0038393 | HBP0038552 | 5/28/2002 | Regulatory Filing | Sweeny, Norm | NONE | NONE | DRAFT REPORT PREPARED IN ANTICIPATION OF CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) GENERAL RATE CASE PROCEEDINGS | Work Product |
| 284 | HBP0038553 | HBP0038933 | 00/00/2003 | Regulatory Filing | NONE | NONE | NONE | DRAFT REPORT PREPARED IN ANTICIPATION OF CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) GENERAL RATE CASE PROCEEDINGS | Work Product |
| 285 | HBP0039813 | HBP0039925 | | Report / Plan | Pacific Gas & Electric Company | NONE | NONE | DRAFT REPORT PREPARED IN ANTICIPATION OF CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) GENERAL RATE CASE PROCEEDINGS | Work Product |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 286 | HBP0041842 | HBP0041843 | 6/25/1998 | Multiple Email | Warner, Christopher J | Womack, Lawrence; Tomkins, James; Moulia, Thomas; Grebel, Terence; Patton, Bruce; Kahler, Edwin; Smith, Mark; Johnson, Scott; Locke, Richard F; Sokolsky, David; Rasmussen, Peter; Heggli, Gregory; Ogden, David; Calloway, Amy; Johnson, Roger | NONE | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN CLIENT AND COUNSEL (C. WARNER, R. LOCKE) RE: SPENT FUEL STORAGE AT HBPP AND DCPP | Attorney Client |
| 287 | HBP0043065 | HBP0043065 | 7/14/1988 | Memo | Lee, Ming | Rigney, Peter; Riddle, Glen | Bhattacharya, S; Tresler, M R | MEMORANDUM FROM CLIENT TO COUNSEL (P. RIGNEY) RE: SPENT FUEL STORAGE | Attorney Client; Work Product |
| 288 | HBP0043234 | HBP0043238 | 10/21/1993 | Fax Cover Sheet | Rigney, Peter | Ward, Paul | NONE | FACSIMILE COVER SHEET, TRANSMISSION REPORT AND ATTACHED DRAFT LETTER TO EDITOR RE: HBPP SPENT FUEL STORAGE. ALL PREPARED BY COUNSEL (P. RIGNEY). INCLUDES REQUEST BY COUNSEL FOR COMMENTS | Attorney Client; Work Product |
| 289 | HBP0044235 | HBP0044238 | | Report / Plan | NONE | NONE | NONE | DOCUMENT GENERATED IN PREPARATION OF REGULATORY PROCEEDINGS BEFORE THE NUCLEAR REGULATORY COMMISSION (NRC) RE: STRATEGY FOR HBPP AND DCPP ISFSI LICENSING AND DEVELOPMENT; | Work Product |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 290 | HBP0046050 | HBP0046052 | | Report / Plan | NONE | Pacific Gas & Electric Company Board of Directors | NONE | RE: LEGAL ANALYSIS AND RECOMMENDATIONS SUBMITTED TO THE BOARD OF DIRECTORS OF PG&E FOR APPROVAL. PREPARED IN ANTICIPATION OF A NUCLEAR DECOMMISSIONING COST TRIENNIAL PROCEEDING (NDCTP), AS PREPARATION FOR REGULATORY PROCEEDINGS BEFORE THE CALIFORNIA PUBLIC UTILITY COMMISSION (CPUC), AND AS PREPARATION FOR REGULATORY PROCEEDINGS BEFORE THE NUCLEAR REGULATORY COMMISSION (NRC) | Attorney Client; Work Product |
| 291 | HBP0046067 | HBP0046069 | 4/11/1997 | Multiple Email | Kahler, Edwin R | Kahler, Edwin R | NONE | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN BETWEEN CLIENT AND COUNSEL (C. WARNER) RE: GENERAL RATE CASE PROCEEDINGS BEFORE THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Attorney Client |
| 292 | HBP0046070 | HBP0046071 | 4/11/1997 | Multiple Email | Bangert, Chuck | Forsgard, Karen A | Warner, Christopher J; Williams. Ray D; Rueger, Gregory M; Womack, Lawrence F; Moulia, Tom A; Locke, Richard F; Kahler, Edwin R | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN CLIENT AND COUNSEL (C. WARNER, R. LOCKE) RE: RESPONSE TO REQUEST FOR INFORMATION BY COUNSEL (C. WARNER) CONCERNING REGULATORY PROCEEDINGS BEFORE THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Attorney Client |
| 293 | HBP0046072 | HBP0046072 | 4/21/1997 | Multiple Email | Willis, Roy B | Moulia, Tom A | NONE | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN CLIENT AND COUNSEL (C. WARNER, R. LOCKE) RE: ATTACHED (HBP0046074 - HBP0046079) DRAFT PRESENTATION FOR HBPP DECOMMISSIONING ISSUES. REQUESTS COMMENTS FROM COUNSEL | Attorney Client |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 294 | HBP0046073 | HBP0046073 | 4/21/1997 | Multiple Email | Willis, Roy B | Moulia, Tom A | NONE | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN CLIENT AND COUNSEL (C. WARNER, R. LOCKE) RE: HBPP DECOMMISSIONING ISSUES | Attorney Client |
| 295 | HBP0046074 | HBP0046079 | 4/22/1997 | Report / Plan | Pacific Gas & Electric Company | NONE | NONE | ATTACHMENT TO E-MAIL CHAIN (HBP0046072) CONTAINING COMMUNICATION BETWEEN CLIENT AND COUNSEL (C. WARNER, R. LOCKE) RE: HBPP DECOMMISSIONING ISSUES. COMMENTS FROM COUNSEL REQUESTED | Attorney Client |
| 296 | HBP0046092 | HBP0046092 | 7/3/1997 | Letter | Kline, Steven L | Clanon, Paul A (California Public Utilities Commission) | Coughlin, Kevin P; Mowrey, Terry R; Kinosian, Robert; Electric and Gas Advice Filing Mailing Lists | DRAFT ADVICE LETTER TO CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) RE: HBPP DECOMMISSIONING. PREPARED FOR FILING BEFORE CPUC | Work Product |
| 297 | HBP0046103 | HBP0046105 | 7/14/1997 | Letter | NONE | Coughlan, Kevin P (California Public Utilities Commission) | Strom-Martin, Virginia; Clanon, Paul A; Florio, Michel P; Kinosian, Robert; Mowrey, Terry R; Welch, Michael | DRAFT LETTER TO CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) RE: HBPP DECOMMISSIONING. PREPARED FOR FILING BEFORE CPUC | Work Product |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 298 | HBP0046113 | HBP0046114 | 9/9/1997 | Memo | Warner, Christopher J | Smith, Gordon R | High, Thomas W; Rueger, Greg M; Richard, Dan D; Kline, Steven L; Womack, Lawrence F; Regan, Frank J; Peters, Roger J; Moulia, Tom E; Williams, Ray D; Forsgard, Karen E; Arago, Alec; Cooper, Shawn E | LEGAL MEMORANDUM TO CLIENT FROM COUNSEL (C. WARNER) RE: HBPP SPENT FUEL STORAGE. PREPARED IN ANTICIPATION OF REGULATORY PROCEEDINGS BEFORE THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC), AND IN ANTICIPATION OF FUTURE GENERAL RATE CASES | Attorney Client; Work Product |
| 299 | HBP0048855 | HBP0048863 | | Report / Plan | NONE | Pacific Gas & Electric Company Board of Directors | NONE | RE: LEGAL ANALYSIS AND RECOMMENDATIONS SUBMITTED TO THE BOARD OF DIRECTORS OF PG&E FOR APPROVAL. PREPARED IN PREPARATION FOR NEXT NUCLEAR DECOMMISSIONING COST TRIENNIAL PROCEEDING (NDCTP), AS PREPARATION FOR RECOMMENDED FILING OF ADVICE LETTER WITH THE CALIFORNIA PUBLIC UTILITY COMMISSION (CPUC), AS PREPARATION FOR REGULATORY PROCEEDINGS BEFORE THE NUCLEAR REGULATORY COMMISSION (NRC) AND IN ANTICIPATION OF FUTURE GENERAL RATE CASES | Attorney Client; Work Product |