PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 300 | HBP0048896 | HBP0048898 | | Report / Plan | NONE | NONE | NONE | ATTACHMENT TO HBP0048855 - HBP0048863 RE: LEGAL ANALYSIS AND RECOMMENDATIONS SUBMITTED TO THE BOARD OF DIRECTORS OF PG&E FOR APPROVAL. PREPARED IN PREPARATION FOR NEXT NUCLEAR DECOMMISSIONING COST TRIENNIAL PROCEEDING (NDCTP), AS PREPARATION FOR RECOMMENDED FILING OF ADVICE LETTER WITH THE CALIFORNIA PUBLIC UTILITY COMMISSION (CPUC), AS PREPARATION FOR REGULATORY PROCEEDINGS BEFORE THE NUCLEAR REGULATORY COMMISSION (NRC) AND IN ANTICIPATION OF FUTURE GENERAL RATE CASES | Attorney Client; Work Product |
| 301 | HBP0048899 | HBP0048993 | 10/25/2000 | Financial | NONE | NONE | NONE | ATTACHMENT TO HBP0048855 - HBP0048863 RE: LEGAL ANALYSIS AND RECOMMENDATIONS SUBMITTED TO THE BOARD OF DIRECTORS OF PG&E FOR APPROVAL. PREPARED IN PREPARATION FOR NEXT NUCLEAR DECOMMISSIONING COST TRIENNIAL PROCEEDING (NDCTP), AS PREPARATION FOR RECOMMENDED FILING OF ADVICE LETTER WITH THE CALIFORNIA PUBLIC UTILITY COMMISSION (CPUC), AS PREPARATION FOR REGULATORY PROCEEDINGS BEFORE THE NUCLEAR REGULATORY COMMISSION (NRC) AND IN ANTICIPATION OF FUTURE GENERAL RATE CASES | Attorney Client; Work Product |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 302 | HBP0050164 | HBP0050169 | | Report / Plan | NONE | NONE | NONE | DOCUMENTED GENERATED IN PREPARATION OF A FILING BEFORE THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) RE: HBPP DECOMMISSIONING ISSUES | Work Product |
| 303 | HBP0050176 | HBP0050193 | | Transcript / Testimony | Womack, Lawrence F;LaGuardia, Thomas (TLG Engineering, Inc); Winn, Valerie | NONE | NONE | DRAFT TESTIMONY OF PG&E EMPLOYEE RE: HBPP DECOMMISSIONING . PROVIDED IN ANTICIPATION OF FILING BEFORE THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Work Product |
| 304 | HBP0050194 | HBP0050210 | | Report / Plan | NONE | NONE | NONE | DRAFT REPORT RE: HBPP DECOMMISSIONING . PROVIDED IN ANTICIPATION OF FILING BEFORE THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Work Product |
| 305 | HBP0053641 | HBP0053646 | 9/8/2000 | Report / Plan | NONE | Pacific Gas & Electric Company Board of Directors | NONE | RE: LEGAL ANALYSIS AND RECOMMENDATIONS SUBMITTED TO THE BOARD OF DIRECTORS OF PG&E FOR APPROVAL. PREPARED IN PREPARATION FOR RECOMMENDED FILING OF ADVICE LETTER WITH THE CALIFORNIA PUBLIC UTILITY COMMISSION (CPUC), AS PREPARATION FOR REGULATORY PROCEEDINGS BEFORE THE NUCLEAR REGULATORY COMMISSION (NRC) AND IN ANTICIPATION OF FUTURE GENERAL RATE CASES | Work Product; Attorney Client |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 306 | HBP0053675 | HBP0053680 | 9/7/2000 | Financial | NONE | NONE | NONE | RE: LEGAL ANALYSIS AND RECOMMENDATIONS SUBMITTED TO THE BOARD OF DIRECTORS OF PG&E FOR APPROVAL. PREPARED IN PREPARATION FOR RECOMMENDED FILING OF ADVICE LETTER WITH THE CALIFORNIA PUBLIC UTILITY COMMISSION (CPUC), AS PREPARATION FOR REGULATORY PROCEEDINGS BEFORE THE NUCLEAR REGULATORY COMMISSION (NRC) AND IN ANTICIPATION OF FUTURE GENERAL RATE CASES | Work Product; Attorney Client |
| 307 | HBP0053705 | HBP0053710 | 9/8/2000 | Report / Plan | NONE | Pacific Gas & Electric Company Board of Directors | NONE | RE: LEGAL ANALYSIS AND RECOMMENDATIONS SUBMITTED TO THE BOARD OF DIRECTORS OF PG&E FOR APPROVAL. PREPARED IN PREPARATION FOR RECOMMENDED FILING OF ADVICE LETTER WITH THE CALIFORNIA PUBLIC UTILITY COMMISSION (CPUC), AS PREPARATION FOR REGULATORY PROCEEDINGS BEFORE THE NUCLEAR REGULATORY COMMISSION (NRC) AND IN ANTICIPATION OF FUTURE GENERAL RATE CASES | Work Product; Attorney Client |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 308 | HBP0053712 | HBP0053722 | | Report / Plan | NONE | Pacific Gas & Electric Company Board of Directors | NONE | RE: LEGAL ANALYSIS AND RECOMMENDATIONS SUBMITTED TO THE BOARD OF DIRECTORS OF PG&E FOR APPROVAL. PREPARED IN PREPARATION FOR RECOMMENDED FILING OF ADVICE LETTER WITH THE CALIFORNIA PUBLIC UTILITY COMMISSION (CPUC), AS PREPARATION FOR REGULATORY PROCEEDINGS BEFORE THE NUCLEAR REGULATORY COMMISSION (NRC) AND IN ANTICIPATION OF FUTURE GENERAL RATE CASES | Work Product; Attorney Client |
| 309 | HBP0053736 | HBP0053740 | | Report / Plan | NONE | Pacific Gas & Electric Company Board of Directors | NONE | RE: LEGAL ANALYSIS AND RECOMMENDATIONS SUBMITTED TO THE BOARD OF DIRECTORS OF PG&E FOR APPROVAL. PREPARED IN PREPARATION FOR RECOMMENDED FILING OF ADVICE LETTER WITH THE CALIFORNIA PUBLIC UTILITY COMMISSION (CPUC), AS PREPARATION FOR REGULATORY PROCEEDINGS BEFORE THE NUCLEAR REGULATORY COMMISSION (NRC) AND IN ANTICIPATION OF FUTURE GENERAL RATE CASES | Work Product; Attorney Client |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 310 | HBP0053744 | HBP0053749 | | Report / Plan | NONE | Pacific Gas & Electric Company Board of Directors | NONE | RE: LEGAL ANALYSIS AND RECOMMENDATIONS SUBMITTED TO THE BOARD OF DIRECTORS OF PG&E FOR APPROVAL. PREPARED IN PREPARATION FOR RECOMMENDED FILING OF ADVICE LETTER WITH THE CALIFORNIA PUBLIC UTILITY COMMISSION (CPUC), AS PREPARATION FOR REGULATORY PROCEEDINGS BEFORE THE NUCLEAR REGULATORY COMMISSION (NRC) AND IN ANTICIPATION OF FUTURE GENERAL RATE CASES | Work Product; Attorney Client |
| 311 | HBP0060661 | HBP0060662 | | Report / Plan | NONE | NONE | NONE | HBPP VALUATION/DIVESTITURE OPTIONS MEMORANDUM. PREPARED IN ANTICIPATION OF REGULATORY PROCEEDINGS BEFORE THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC), AND AS PREPARATION FOR REGULATORY PROCEEDINGS BEFORE THE NUCLEAR REGULATORY COMMISSION (NRC) | Attorney Client; Work Product |
| 312 | HBP0060663 | HBP0060663 | | Report / Plan | NONE | NONE | NONE | HBPP VALUATION/DIVESTITURE OPTIONS MEMORANDUM. PREPARED IN ANTICIPATION OF REGULATORY PROCEEDINGS BEFORE THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC), AND AS PREPARATION FOR REGULATORY PROCEEDINGS BEFORE THE NUCLEAR REGULATORY COMMISSION (NRC) | Attorney Client; Work Product |
| 313 | HBP0061440 | HBP0061447 | 7/14/1995 | Memo | NONE | Womack, Larry; Angus, Mike; Warner, Christopher J; Duke, Dave | NONE | MEMORANDUM SENT TO COUNSEL (C. WARNER) RE: ATTACHED (HBP0061441 - HBP0061447) DRAFT BRIEFING PAPER PREPARED FOR SUBMITTAL TO PG&E BOARD OF DIRECTORS. REQUESTS REVIEW BY COUNSEL | Attorney Client |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 314 | HBP0061505 | HBP0061507 | 7/31/2000 | Agenda / Meeting Minute | NONE | NONE | NONE | REDACTED DESCRIPTION OF REQUESTED ATTORNEY (R. LOCKE, C. WARNER) ADVICE TO BE PREPARED IN ANTICIPATION OF CURRENT LITIGATION, DESCRIPTION OF REQUESTED ATTORNEY (L. CASSIDY) ADVICE RE: HOLTEC CONTRACT, DESCRIPTION OF REQUESTED ATTORNEY (R. LOCKE) ADVICE RE: RECORDS RETENTION STANDARD | Attorney Client; Work Product |
| 315 | HBP0061579 | HBP0061579 | 12/3/1998 | Electronic Mail (Email) | Weingart, Richard | Manheim, William; Post, Jennifer | Smith, Mark; Willis, Roy; Bosscawen, Greg; Berman, Janice; Maggard, Stephanie; Kalich, Ronald; Rothfuss, Blake; Hutchinson, Donald; Marre, Charles | E-MAIL TO COUNSEL (W. MANHEIM, J. POST) FROM CLIENT RE: SPENT FUEL STORAGE. REQUESTS LEGAL ADVICE | Attorney Client |
| 316 | HBP0061709 | HBP0061735 | 2/6/1992 | Letter | Rigney, Peter E | Duke, David L | NONE | COVER MEMORANDUM AND ATTACHED (HBP0061710 - HBP0064735) HBPP ISFSI REPORT. INCLUDES LEGAL ANALYSIS | Attorney Client; Work Product |
| 317 | HBP0061736 | HBP0061736 | 10/22/0000 | Notes | Willis, Roy B | Rigney, Peter E | NONE | HANDWRITTEN NOTES TO COUNSEL (P. RIGNEY) FROM CLIENT RE: REQUEST FOR ATTORNEY ACTION CONCERNING POTENTIAL LITIGATION | Attorney Client |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 318 | HBP0061872 | HBP0061877 | 5/10/1995 | Report / Plan | NONE | NONE | NONE | DRAFT BRIEFING PAPER PREPARED FOR SUBMITTAL TO PG&E BOARD OF DIRECTORS RE: DCPP SPENT FUEL STORAGE. REQUESTS COUNSEL (P. RIGNEY) REVIEW AND COMMENTS. PROVIDED IN ANTICIPATION OF REGULATORY PROCEEDINGS BEFORE THE NUCLEAR REGULATORY COMMISSION (NRC) | Attorney Client; Work Product |
| 319 | HBP0061957 | HBP0061958 | 7/22/1997 | Multiple Email | Stock, William S | Rueger, Gregory M; Womack, Lawrence F; Powers, Robert P; Warner, Christopher J; Duke, David L; Mullen, Pat W; Arago, Alec J; Lewis, Jeff X; Torrens, John R; Moulia, Tom A | Regan, Frank J; Poncelet, Claude | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN CLIENT AND COUNSEL (C. WARNER, T. HILL) RE: DOE OBLIGATIONS UNDER THE STANDARD CONTRACT. INCLUDES STRATEGY AND LEGAL ADVICE FROM COUNSEL (T. HILL). STRATEGY INCLUDES REQUEST FOR LEGAL REVIEW BY COUNSEL (C. WARNER) | Attorney Client; Work Product |
| 320 | HBP0062125 | HBP0062128 | 12/10/1991 | Agenda / Meeting Minute | NONE | NONE | NONE | MEETING NOTES RE: HBPP SPENT FUEL STORAGE STRATEGY. INCLUDES REQUEST FOR COUNSEL (C. WARNER) TO REVIEW | Attorney Client |
| 321 | HBP0062230 | HBP0062246 | 1/29/2001 | Letter | NONE | California Public Utilities Commission | NONE | DRAFT ADVICE LETTER TO CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) RE: HBPP DECOMMISSIONING. PREPARED FOR FILING BEFORE CPUC | Work Product |
| 322 | HBP0062247 | HBP0062247 | | Report / Plan | NONE | NONE | NONE | OUTLINE OF ADVICE LETTER ISSUES RE: PG&E ISFSI DESIGN AND LICENSING. PREPARED FOR FILING BEFORE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Work Product |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 323 | HBP0062287 | HBP0062296 | | Report / Plan | NONE | Pacific Gas & Electric Company Board of Directors | NONE | RE: LEGAL ANALYSIS AND RECOMMENDATIONS SUBMITTED TO THE BOARD OF DIRECTORS OF PG&E FOR APPROVAL. PREPARED IN PREPARATION FOR NEXT NUCLEAR DECOMMISSIONING COST TRIENNIAL PROCEEDING (NDCTP), AS PREPARATION FOR RECOMMENDED FILING OF ADVICE LETTER WITH THE CALIFORNIA PUBLIC UTILITY COMMISSION (CPUC), AS PREPARATION FOR REGULATORY PROCEEDINGS BEFORE THE NUCLEAR REGULATORY COMMISSION (NRC) AND IN ANTICIPATION OF FUTURE GENERAL RATE CASES | Attorney Client; Work Product |
| 324 | HBP0062309 | HBP0062318 | | Report / Plan | NONE | Pacific Gas & Electric Company Management Committee | NONE | RE: LEGAL ANALYSIS AND RECOMMENDATIONS SUBMITTED TO THE MANAGEMENT COMMITTEE OF PG&E FOR APPROVAL. PREPARED IN PREPARATION FOR NEXT NUCLEAR DECOMMISSIONING COST TRIENNIAL PROCEEDING (NDCTP), AS PREPARATION FOR RECOMMENDED FILING OF ADVICE LETTER WITH THE CALIFORNIA PUBLIC UTILITY COMMISSION (CPUC), AS PREPARATION FOR REGULATORY PROCEEDINGS BEFORE THE NUCLEAR REGULATORY COMMISSION (NRC) AND IN ANTICIPATION OF FUTURE GENERAL RATE CASES | Attorney Client; Work Product |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 325 | HBP0062319 | HBP0062319 | 1/19/2001 | Multiple Email | Tyler, Tom | Albers, John; Kapus, Robert; Moulia, Thomas; Mullen, Patrick; Sokolsky, David; Williams, Terry; Willis, Roy; Winn, Valerie | NONE | E-MAIL CORRESPONDENCE TO CLIENT FROM CLIENT RE: STRATEGY IN PREPARATION OF FILING OF ADVICE LETTER WITH THE CALIFORNIA PUBLIC UTILITY COMMISSION (CPUC). STRATEGY INCLUDES SUGGESTION FOR REQUEST FOR LEGAL ADVICE FROM COUNSEL (W. MANHEIM, C. WARNER, R. LOCKE) | Work Product |
| 326 | HBP0062320 | HBP0062322 | 1/10/2001 | Multiple Email | Moulia, Thomas | Tyler, Tom; Willis, Roy; Kapus, Robert | Winn, Valerie | E-MAIL CORRESPONDENCE TO CLIENT FROM CLIENT RE: STRATEGY IN PREPARATION OF FILING OF ADVICE LETTER WITH THE CALIFORNIA PUBLIC UTILITY COMMISSION (CPUC), AS PREPARATION FOR REGULATORY PROCEEDINGS BEFORE THE NUCLEAR REGULATORY COMMISSION (NRC) AND IN ANTICIPATION OF FUTURE GENERAL RATE CASES | Work Product |
| 327 | HBP0062323 | HBP0062324 | 1/12/2001 | Multiple Email | Womack, Lawrence F | Moulia, Thomas | Tyler, Tom; Winn, Valerie; Willis, Roy; Papapietro, Emily | E-MAIL CORRESPONDENCE TO CLIENT FROM CLIENT RE: STRATEGY IN PREPARATION OF FILING OF ADVICE LETTER WITH THE CALIFORNIA PUBLIC UTILITY COMMISSION (CPUC) | Work Product |
| 328 | HBP0062325 | HBP0062339 | 11/14/2000 | Letter | NONE | California Public Utilities Commission | NONE | DRAFT ADVICE LETTER AND ATTACHMENTS (HBP0062329 - HBP0062339) TO CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) RE: HBPP DECOMMISSIONING AND SPENT FUEL STORAGE. PREPARED FOR FILING BEFORE CPUC | Work Product |
| 329 | HBP0062364 | HBP0062364 | | Report / Plan | NONE | NONE | NONE | OUTLINE OF ADVICE LETTER ISSUES RE: PG&E ISFSI DESIGN AND LICENSING. PREPARED FOR FILING BEFORE CPUC | Work Product |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 330 | HBP0062430 | HBP0062431 | | Report / Plan | Womack, Larry F | NONE | NONE | INCOMPLETE COPY OF E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN CLIENT AND COUNSEL (R. PETERS, C. WARNER) RE: STRATEGY FOR HBPP ISFSI LICENSING PROCEEDINGS. IN ANTICIPATION OF REGULATORY PROCEEDINGS BEFORE THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC), IN ANTICIPATION OF REGULATORY PROCEEDINGS BEFORE THE NUCLEAR REGULATORY COMMISSION (NRC) AND IN ANTICIPATION OF FUTURE GENERAL RATE CASES. PROVIDES INFORMATION REQUESTED BY COUNSEL. COMPLETE COPY OF DOCUMENT AT HBP0062478 - HBP0062480 | Attorney Client; Work Product |
| 331 | HBP0062448 | HBP0062448 | 8/17/1999 | Multiple Email | Womack, Lawrence F | Phillips, Harry; Patton, Bruce; Willis, Roy | Sigler, Cheryl | INCOMPLETE COPY OF E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN CLIENT AND COUNSEL (R. PETERS, C. WARNER) RE: STRATEGY FOR HBPP ISFSI LICENSING PROCEEDINGS. IN ANTICIPATION OF REGULATORY PROCEEDINGS BEFORE THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC), IN ANTICIPATION OF REGULATORY PROCEEDINGS BEFORE THE NUCLEAR REGULATORY COMMISSION (NRC) AND IN ANTICIPATION OF FUTURE GENERAL RATE CASES. PROVIDES INFORMATION REQUESTED BY COUNSEL. COMPLETE COPY OF DOCUMENT AT HBP0062478 - HBP0062480 | Attorney Client; Work Product |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 332 | HBP0062478 | HBP0062480 | 8/17/1999 | Multiple Email | Womack, Lawrence F | Phillips, Harry; Patton, Bruce; Willis, Roy | Sigler, Cheryl | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN CLIENT AND COUNSEL (R. PETERS, C. WARNER) RE: STRATEGY FOR HBPP ISFSI LICENSING PROCEEDINGS. IN ANTICIPATION OF REGULATORY PROCEEDINGS BEFORE THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC), IN ANTICIPATION OF REGULATORY PROCEEDINGS BEFORE THE NUCLEAR REGULATORY COMMISSION (NRC) AND IN ANTICIPATION OF FUTURE GENERAL RATE CASES. PROVIDES INFORMATION REQUESTED BY COUNSEL | Attorney Client; Work Product |
| 333 | HBP0062490 | HBP0062490 | | Report / Plan | NONE | NONE | NONE | RE: LEGAL ANALYSIS AND RECOMMENDATIONS SUMMARY SUBMITTED TO THE MANAGEMENT COMMITTEE OF PG&E FOR APPROVAL. PREPARED IN ANTICIPATION OF REGULATORY PROCEEDINGS BEFORE THE CALIFORNIA PUBLIC UTILITY COMMISSION (CPUC) AND IN ANTICIPATION OF FUTURE GENERAL RATE CASES | Attorney Client; Work Product |
| 334 | HBP0062491 | HBP0062491 | 11/10/1997 | Report / Plan | NONE | Pacific Gas & Electric Company Management Committee | NONE | RE: LEGAL ANALYSIS AND RECOMMENDATIONS SUMMARY SUBMITTED TO THE MANAGEMENT COMMITTEE OF PG&E FOR APPROVAL. PREPARED IN ANTICIPATION OF REGULATORY PROCEEDINGS BEFORE THE CALIFORNIA PUBLIC UTILITY COMMISSION (CPUC), IN ANTICIPATION OF REGULATORY PROCEEDINGS BEFORE THE NUCLEAR REGULATORY COMMISSION (NRC), AND IN ANTICIPATION OF FUTURE GENERAL RATE CASES | Attorney Client; Work Product |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 335 | HBP0062492 | HBP0062495 | | Report / Plan | NONE | Pacific Gas & Electric Company Board of Directors | NONE | RE: LEGAL ANALYSIS AND RECOMMENDATIONS SUBMITTED TO THE BOARD OF DIRECTORS OF PG&E FOR APPROVAL. PREPARED IN PREPARATION FOR REGULATORY PROCEEDINGS BEFORE THE CALIFORNIA PUBLIC UTILITY COMMISSION (CPUC), IN PREPARATION FOR FILING OF ADVICE LETTER WITH THE CPUC, AND IN PREPARATION FOR REGULATORY PROCEEDINGS BEFORE THE NUCLEAR REGULATORY COMMISSION (NRC) | Attorney Client; Work Product |
| 336 | HBP0062502 | HBP0062507 | 9/8/2000 | Report / Plan | NONE | Pacific Gas & Electric Company Board of Directors | NONE | RE: LEGAL ANALYSIS AND RECOMMENDATIONS SUBMITTED TO THE BOARD OF DIRECTORS OF PG&E FOR APPROVAL. PREPARED IN PREPARATION FOR REGULATORY PROCEEDINGS BEFORE THE CALIFORNIA PUBLIC UTILITY COMMISSION (CPUC), AS PREPARATION FOR REGULATORY PROCEEDINGS BEFORE THE NUCLEAR REGULATORY COMMISSION (NRC), AND IN ANTICIPATION OF FUTURE GENERAL RATE CASES | Attorney Client; Work Product |
| 337 | HBP0062508 | HBP0062514 | | Report / Plan | NONE | Pacific Gas & Electric Company Board of Directors | NONE | RE: LEGAL ANALYSIS AND RECOMMENDATIONS SUBMITTED TO THE BOARD OF DIRECTORS OF PG&E FOR APPROVAL. PREPARED IN PREPARATION FOR REGULATORY PROCEEDINGS BEFORE THE CALIFORNIA PUBLIC UTILITY COMMISSION (CPUC), AS PREPARATION FOR REGULATORY PROCEEDINGS BEFORE THE NUCLEAR REGULATORY COMMISSION (NRC), AND IN ANTICIPATION OF FUTURE GENERAL RATE CASES | Attorney Client; Work Product |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 338 | HBP0062517 | HBP0062523 | | Report / Plan | NONE | Pacific Gas & Electric Company Board of Directors | NONE | RE: LEGAL ANALYSIS AND RECOMMENDATIONS SUBMITTED TO THE BOARD OF DIRECTORS OF PG&E FOR APPROVAL. PREPARED IN PREPARATION FOR REGULATORY PROCEEDINGS BEFORE THE CALIFORNIA PUBLIC UTILITY COMMISSION (CPUC), AS PREPARATION FOR REGULATORY PROCEEDINGS BEFORE THE NUCLEAR REGULATORY COMMISSION (NRC), AND IN ANTICIPATION OF FUTURE GENERAL RATE CASES | Attorney Client; Work Product |
| 339 | HBP0062524 | HBP0062527 | 1/21/1998 | Report / Plan | NONE | Pacific Gas & Electric Company Board of Directors | NONE | RE: LEGAL ANALYSIS AND RECOMMENDATIONS SUBMITTED TO THE BOARD OF DIRECTORS OF PG&E FOR APPROVAL. PREPARED IN PREPARATION FOR REGULATORY PROCEEDINGS BEFORE THE CALIFORNIA PUBLIC UTILITY COMMISSION (CPUC), AS PREPARATION FOR REGULATORY PROCEEDINGS BEFORE THE NUCLEAR REGULATORY COMMISSION (NRC) AND IN ANTICIPATION OF FUTURE GENERAL RATE CASES | Attorney Client; Work Product |
| 340 | HBP0062528 | HBP0062534 | | Report / Plan | NONE | Pacific Gas & Electric Company Board of Directors | NONE | RE: LEGAL ANALYSIS AND RECOMMENDATIONS SUBMITTED TO THE BOARD OF DIRECTORS OF PG&E FOR APPROVAL. PREPARED IN PREPARATION FOR REGULATORY PROCEEDINGS BEFORE THE CALIFORNIA PUBLIC UTILITY COMMISSION (CPUC), AS PREPARATION FOR REGULATORY PROCEEDINGS BEFORE THE NUCLEAR REGULATORY COMMISSION (NRC) AND IN ANTICIPATION OF FUTURE GENERAL RATE CASES | Attorney Client; Work Product |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 341 | HBP0062535 | HBP0062541 | | Report / Plan | NONE | Pacific Gas & Electric Company Board of Directors | NONE | RE: LEGAL ANALYSIS AND RECOMMENDATIONS SUBMITTED TO THE BOARD OF DIRECTORS OF PG&E FOR APPROVAL. PREPARED IN PREPARATION FOR REGULATORY PROCEEDINGS BEFORE THE CALIFORNIA PUBLIC UTILITY COMMISSION (CPUC), AS PREPARATION FOR REGULATORY PROCEEDINGS BEFORE THE NUCLEAR REGULATORY COMMISSION (NRC) AND IN ANTICIPATION OF FUTURE GENERAL RATE CASES | Attorney Client; Work Product |
| 342 | HBP0062542 | HBP0062548 | | Report / Plan | NONE | Pacific Gas & Electric Company Board of Directors | NONE | RE: LEGAL ANALYSIS AND RECOMMENDATIONS SUBMITTED TO THE BOARD OF DIRECTORS OF PG&E FOR APPROVAL. PREPARED IN PREPARATION FOR REGULATORY PROCEEDINGS BEFORE THE CALIFORNIA PUBLIC UTILITY COMMISSION (CPUC), AS PREPARATION FOR REGULATORY PROCEEDINGS BEFORE THE NUCLEAR REGULATORY COMMISSION (NRC) AND IN ANTICIPATION OF FUTURE GENERAL RATE CASES | Attorney Client; Work Product |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 343 | HBP0062572 | HBP0062580 | | Report / Plan | NONE | Pacific Gas & Electric Company Board of Directors | NONE | RE: LEGAL ANALYSIS AND RECOMMENDATIONS SUBMITTED TO THE BOARD OF DIRECTORS OF PG&E FOR APPROVAL. PREPARED IN PREPARATION FOR NEXT NUCLEAR DECOMMISSIONING COST TRIENNIAL PROCEEDING (NDCTP), AS PREPARATION FOR RECOMMENDED FILING OF ADVICE LETTER WITH THE CALIFORNIA PUBLIC UTILITY COMMISSION (CPUC), AS PREPARATION FOR REGULATORY PROCEEDINGS BEFORE THE NUCLEAR REGULATORY COMMISSION (NRC) AND IN ANTICIPATION OF FUTURE GENERAL RATE CASES | Attorney Client; Work Product |
| 344 | HBP0062619 | HBP0062629 | | Report / Plan | NONE | Pacific Gas & Electric Company Board of Directors | NONE | RE: LEGAL ANALYSIS AND RECOMMENDATIONS SUBMITTED TO THE MANAGEMENT COMMITTEE OF PG&E FOR APPROVAL. PREPARED IN PREPARATION FOR NEXT NUCLEAR DECOMMISSIONING COST TRIENNIAL PROCEEDING (NDCTP), AS PREPARATION FOR RECOMMENDED FILING OF ADVICE LETTER WITH THE CALIFORNIA PUBLIC UTILITY COMMISSION (CPUC), AS PREPARATION FOR REGULATORY PROCEEDINGS BEFORE THE NUCLEAR REGULATORY COMMISSION (NRC) AND IN ANTICIPATION OF FUTURE GENERAL RATE CASES | Attorney Client; Work Product |
| 345 | HBP0062647 | HBP0062676 | 5/15/2000 | Pleading / Court Filing | Manheim, William V | NONE | NONE | DRAFT APPLICATION RE: VALUATION OF HBPP FOSSIL ASSETS. PREPARED FOR FILING WITH THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Work Product |