PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 729 | PGE0025670 | PGE0025671 | | Report / Plan | NONE | NONE | NONE | DOCUMENT GENERATED IN PREPARATION OF A FILING IN NUCLEAR DECOMMISSIONING COST TRIENNIAL PROCEEDING (NDCTP) BEFORE THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Work Product |
| 730 | PGE0025673 | PGE0025673 | 8/27/2001 | Multiple Email | Seymore, Rod | Locke, Richard F | Winn, Valerie | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN CLIENT AND COUNSEL (R. LOCKE, P. GOLDEN, W. EDWARDS, E. KURZ) RE: DRAFT LETTER FOR FILING WITH THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC). PREPARED IN ANTICIPATION OF NUCLEAR DECOMMISSIONING COST TRIENNIAL PROCEEDING (NDCTP) BEFORE THE CPUC | Attorney Client |
| 731 | PGE0025675 | PGE0025680 | 8/21/2001 | Electronic Mail (Email) | Willis, Roy | Locke, Richard F | Strickland, L Jearl; Grebel, Terence; Kapus, Robert; Moulia, Thomas; Tyler, Tom; Winn, Valerie | E-MAIL TO COUNSEL (R. LOCKE) FROM CLIENT RE: ATTACHED (PGE0025676 - PGE0025680) DOCUMENT CONCERNING HBPP ISFSI DEVELOPMENT. REQUESTS LEGAL REVIEW | Attorney Client; Work Product |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 732 | PGE0025681 | PGE0025681 | 8/20/2001 | Electronic Mail (Email) | Tyler, Tom | Carlson, John A (Duke Engineering) | Albers, John; Jensen, Vernon; Kapus, Robert; Kjellund, Niels; Locke, Richard F; Moulia, Thomas; OSullivan, Robert; Parker, Randy; Seymore, Rod; Sokolsky, David; Williams, Terry; Willis, Roy; Winn, Valerie | E-MAIL TO COUNSEL (R. LOCKE) FROM CLIENT RE: ATTACHED (PGE0025682 - PGE0025685) COMMENTS TO DRAFT DECOMMISSIONING REPORT. PREPARED IN ANTICIPATION OF NUCLEAR DECOMMISSIONING COST TRIENNIAL PROCEEDING (NDCTP) | Attorney Client; Work Product |
| 733 | PGE0025686 | PGE0025686 | | Agenda / Meeting Minute | NONE | NONE | NONE | DOCUMENT GENERATED IN PREPARATION OF NUCLEAR DECOMMISSIONING COST TRIENNIAL PROCEEDING (NDCTP) BEFORE THECALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Work Product |
| 734 | PGE0025687 | PGE0025687 | 6/25/2001 | Notes | NONE | NONE | NONE | ATTORNEY NOTES (R. LOCKE) RE: SPENT FUEL STORAGE. PREPARED IN ANTICIPATION OF NUCLEAR DECOMMISSIONING COST TRIENNIAL PROCEEDING (NDCTP) BEFORE THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Attorney Client; Work Product |
| 735 | PGE0025693 | PGE0025694 | 8/13/2001 | Multiple Email | Locke, Richard F | Winn, Valerie | Moulia, Thomas | E-MAIL CHAIN CONTAINING RESPONSE TO REQUEST FOR REVIEW BY COUNSEL (R. LOCKE) OF DRAFT DOCUMENTS (PGE0025696 - PGE0025710) PREPARED FOR FILING BEFORE THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Attorney Client |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 736 | PGE0025695 | PGE0025710 | 8/8/2001 | Multiple Email | Tyler, Tom | Albers, John; Jensen, Vernon; Kapus, Robert; Kjellund, Niels; Locke, Richard F; Moulia, Thomas; OSullivan, Robert; Seymore, Rod; Sokolsky, David; Williams, Terry; Willis, Roy; Winn, Valerie | NONE | E-MAIL CHAIN CONTAINING REQUEST FOR REVIEW BY COUNSEL (R. LOCKE) OF ATTACHED (PGE0025696 - PGE0025710) DRAFT DOCUMENTS PREPARED FOR FILING BEFORE THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC). INCLUDES REQUEST FOR COUNSEL TO REVIEW | Attorney Client; Work Product |
| 737 | PGE0025743 | PGE0025743 | 4/22/2002 | Electronic Mail (Email) | Stanley, Ryan | Winn, Valerie; Locke, Richard F | NONE | E-MAIL TO COUNSEL (R. LOCKE) FROM CLIENT RE: REQUEST FOR COUNSEL TO REVIEW PROVIDED INFORMATION CONCERNING NUCLEAR DECOMMISSIONING COST TRIENNIAL PROCEEDINGS (NDCTP) BEFORE THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Attorney Client; Work Product |
| 738 | PGE0025744 | PGE0025744 | 9/11/2001 | Electronic Mail (Email) | Locke, Richard F | Winn, Valerie | Womack, Lawrence; Moulia, Thomas; Manheim, William; Niven, Andrew | E-MAIL TO CLIENT FROM COUNSEL (R. LOCKE) RE: NUCLEAR DECOMMISSIONING COST TRIENNIAL PROCEEDINGS (NDCTP) BEFORE THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Attorney Client |
| 739 | PGE0025752 | PGE0025835 | 3/15/2002 | Pleading / Court Filing | Niven, Andrew L; Locke, Richard F | NONE | NONE | DRAFT DOCUMENT PREPARED FOR FILING IN NUCLEAR DECOMMISSIONING COST TRIENNIAL PROCEEDING BEFORE THE CALIFORNIA PUBLIC UTILTIES COMMISSION | Attorney Client; Work Product |
| 740 | PGE0025836 | PGE0026014 | 3/15/2002 | Report / Plan | NONE | NONE | NONE | DRAFT DOCUMENT PREPARED FOR FILING IN NUCLEAR DECOMMISSIONING COST TRIENNIAL PROCEEDING BEFORE THE CALIFORNIA PUBLIC UTILTIES COMMISSION | Attorney Client; Work Product |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 741 | PGE0026022 | PGE0026022 | 12/17/2001 | Report / Plan | Novack, Todd | NONE | Winn, Valerie; Seymore, Rod; Pease, Dan; Breckenridge, Nancy; Locke, Richard F | INFORMATION PROVIDED TO COUNSEL (R. LOCKE) IN PREPARATION FOR RESPONSE TO OFFICE OF RATEPAYER ADVOCATES PROTEST (PPGE0007651 - PPGE0007652) OF PG&E ADVICE LETTER 2177-E TO THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Attorney Client; Work Product |
| 742 | PGE0026033 | PGE0026033 | 1/17/2002 | Notes | NONE | NONE | NONE | HANDWRITTEN NOTES OF COUNSEL (R. LOCKE) RE: PREPARATION FOR FOR NUCLEAR DECOMMISSIONING COST TRIENNIAL PROCEEDING (NDCTP) | Work Product |
| 743 | PGE0026039 | PGE0026039 | 1/14/2002 | Notes | NONE | NONE | NONE | HANDWRITTEN NOTES OF COUNSEL (R. LOCKE) RE: PREPARATION FOR FOR NUCLEAR DECOMMISSIONING COST TRIENNIAL PROCEEDING (NDCTP) | Work Product |
| 744 | PGE0026042 | PGE0026049 | 1/22/2002 | Multiple Email | Winn, Valerie | Locke, Richard F | Campbell, Walter; Venner, Ray; Corippo, Peter; Margiotti, Carolyn; Seymore, Rod | EMAIL CHAIN WITH ATTACHMENT (PGE0026044 - PGE0026049) GENERATED IN PREPARATION FOR FOR NUCLEAR DECOMMISSIONING COST TRIENNIAL PROCEEDING (NDCTP) | Attorney Client; Work Product |
| 745 | PGE0026050 | PGE0026053 | 1/22/2002 | Multiple Email | Winn, Valerie | Venner, Ray; Corippo, Peter; Locke, Richard F | NONE | EMAIL CHAIN WITH ATTACHMENTS (PGE0026051 - PGE0026053) GENERATED IN PREPARATION FOR FOR NUCLEAR DECOMMISSIONING COST TRIENNIAL PROCEEDING (NDCTP) | Attorney Client; Work Product |
| 746 | PGE0026056 | PGE0026056 | 2/5/2002 | Notes | NONE | NONE | NONE | HANDWRITTEN NOTES OF COUNSEL (R. LOCKE) RE: PREPARATION FOR FOR NUCLEAR DECOMMISSIONING COST TRIENNIAL PROCEEDING (NDCTP) | Work Product |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 747 | PGE0026057 | PGE0026058 | 2/10/2002 | Electronic Mail (Email) | Winn, Valerie | Warner, Christopher J; Locke, Richard F; Womack, Lawrence; Campbell, Walter; Jones, Michael L; Corippo, Peter; Venner, Ray | McManus, Chris; Montana, Cecilia; Seymore, Rod | EMAIL GENERATED IN PREPARATION FOR FOR NUCLEAR DECOMMISSIONING COST TRIENNIAL PROCEEDING (NDCTP) | Attorney Client; Work Product |
| 748 | PGE0026059 | PGE0026069 | | Pleading / Court Filing | Niven, Andrew L; Locke, Richard F | NONE | NONE | DRAFT DOCUMENT (APPLICATION OF PACIFIC GAS AND ELECTRIC COMPANY) PREPARED FOR FILING IN NUCLEAR DECOMMISSIONING COST TRIENNIAL PROCEEDING BEFORE THE CALIFORNIA PUBLIC UTILTIES COMMISSION | Attorney Client; Work Product |
| 749 | PGE0026070 | PGE0026083 | | Pleading / Court Filing | NONE | NONE | NONE | DRAFT DOCUMENT (APPLICATION OF PACIFIC AND ELECTRIC COMPANY RE THE NUCLEAR DECOMMISSIONING COST TRIENNIAL PROCEEDING AND RELATED MATTER) PREPARED FOR FILING IN NUCLEAR DECOMMISSIONING COST TRIENNIAL PROCEEDING BEFORE THE CALIFORNIA PUBLIC UTILTIES COMMISSION | Attorney Client; Work Product |
| 750 | PGE0026084 | PGE0026091 | | Pleading / Court Filing | NONE | NONE | NONE | DRAFT DOCUMENT (APPLICATION OF PACIFIC GAS AND ELECTRIC COMPANY (U 39 E) TO CHANGE DISTRIBUTION LEVEL STANDBY RATES AS REQUIRED BY CPUC DECISION 01-07-027) PREPARED FOR FILING IN GENERAL RATE CASE PROCEEDING BEFORE THE CALIFORNIA PUBLIC UTILTIES COMMISSION | Attorney Client; Work Product |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 751 | PGE0026092 | PGE0026094 | 3/8/2002 | Electronic Mail (Email) | Winn, Valerie | Harvey, Kent; Peters, Roger; Rueger, Gregory M; Richard Jr, Daniel D; Tomcala, Karen A; McManus, Chris; Warner, Christopher J; Manheim, William; Buchsbaum, Craig M; Bogdanoff, Anita; Boyd, Judith; Sigler, Cheryl; Caceres, Maria; Hargis, Joanne; Mah, Ann L; Way, Martie; Dulay, Melanie; Lafferty, William J (Howard Rice Nemerovski Canady Falk & Rabkin); Repka, David (Winston & Strawn) | RRQ NDCTP General; RRQ NDCTP Core | EMAIL GENERATED IN PREPARATION FOR FOR NUCLEAR DECOMMISSIONING COST TRIENNIAL PROCEEDING (NDCTP) | Attorney Client; Work Product |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 752 | PGE0026095 | PGE0026096 | 3/5/2002 | Electronic Mail (Email) | Winn, Valerie | Womack, Lawrence; Locke, Richard F; Buchsbaum, Craig M; Warner, Christopher J; Manheim, William; Moulia, Thomas; Kapus, Robert; Willis, Roy; Carden, Hal; OSullivan, Robert; Corippo, Peter; Margiotti, Carolyn; Venner, Ray; Patterson, Richard; Campbell, Walter; Prudhomme, Paul; MacDonald, Leslie; Jones, Michael L; Grebel, Terence; Smith, Bruce T; Golden, Patrick; Pease, Daniel; Sharp, Shelly; Repka, David (Winston & Strawn); McManus, Chris; Montana, Cecilia; Seymore, Rod; Kjellund, Niels | NONE | EMAIL GENERATED IN PREPARATION FOR FOR NUCLEAR DECOMMISSIONING COST TRIENNIAL PROCEEDING (NDCTP) | Attorney Client; Work Product |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 753 | PGE0026097 | PGE0026098 | 3/8/2002 | Electronic Mail (Email) | Winn, Valerie | Harvey, Kent; Peters, Roger; Rueger, Gregory; Richard Jr, Daniel D; Tomcala, Karen A; McManus, Chris; Warner, Christopher; Manheim, William; Buchsbaum, Craig M; Bogdanoff, Anita; Boyd, Judith; Sigler, Cheryl; Caceres, Maria; Hargis, Joanne; Mah, Ann L; Way, Martie; Dulay, Melanie; Lafferty, William J (Howard Rice Nemerovski Canady Falk & Rabkin); Repka, David (Winston & Strawn) | RRQ NDCTP General; RRQ NDCTP Core | EMAIL GENERATED IN PREPARATION FOR FOR NUCLEAR DECOMMISSIONING COST TRIENNIAL PROCEEDING (NDCTP) | Attorney Client; Work Product |
| 754 | PGE0026099 | PGE0026103 | 3/5/2002 | Electronic Mail (Email) | Winn, Valerie | Moulia, Thomas; Locke, Richard F | NONE | EMAIL WITH ATTACHMENT (PGE0026100 - PGE0026103) GENERATED IN PREPARATION FOR FOR NUCLEAR DECOMMISSIONING COST TRIENNIAL PROCEEDING (NDCTP) | Attorney Client; Work Product |
| 755 | PGE0026104 | PGE0026106 | 3/5/2002 | Multiple Email | Winn, Valerie | Locke, Richard F | NONE | EMAIL CHAIN WITH ATTACHMENT (PGE0026105 - PGE0026106) GENERATED IN PREPARATION FOR FOR NUCLEAR DECOMMISSIONING COST TRIENNIAL PROCEEDING (NDCTP) | Attorney Client; Work Product |
| 756 | PGE0026107 | PGE0026115 | | Report / Plan | NONE | NONE | NONE | DRAFT DOCUMENT PREPARED FOR FILING IN NUCLEAR DECOMMISSIONING COST TRIENNIAL PROCEEDING BEFORE THE CALIFORNIA PUBLIC UTILTIES COMMISSION | Attorney Client; Work Product |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 757 | PGE0026116 | PGE0026116 | 3/8/2002 | Electronic Mail (Email) | Kapus, Robert | Womack, Lawrence; Locke, Richard F | Winn, Valerie; Moulia, Thomas; Carden, Hal; Nugent, Patrick; Sokolsky, David | REQUEST FOR LEGAL ADVICE RE: "ANNUAL UPDATE OF HUMBOLDT BAY ASSURANCE OF FUNDING FOR NUCLEAR UNIT" FOR SUBMISSION TO NRC | Attorney Client; Work Product |
| 758 | PGE0026119 | PGE0026119 | 1/4/2002 | Multiple Email | Kapus, Robert | Locke, Richard F | NONE | EMAIL REQUESTS LEGAL REVIEW AND ANALYSIS BY COUNSEL (R. LOCKE) OF FORWARDED EMAIL. EMAIL BEING FORWARDED IS PRODUCED AT PPGE0007660 | Attorney Client |
| 759 | PGE0026163 | PGE0026164 | 3/29/2002 | Letter | Manne, Kenneth C (Pinnacle West Capital Corporation) | Locke, Richard F | NONE | LETTER BETWEEN COUNSEL FOR COMPANIES WITH MANAGEMENT PRIVILEGE TRANSMITTING OPINION LETTER FROM OUTSIDE COUNSEL RE COLLECTION OF DECOMMISSIONING FUNDS | Attorney Client; Work Product |
| 760 | PGE0026183 | PGE0026184 | 3/14/2001 | Letter | Gutierrez, Jay M (Morgan Lewis & Bockius LLP) | Levine, James M (Arizona Public Service Company) | Manne, Kenneth C (Pinnacle West Capital Corporation); Overbeck, Gregg R; Seaman, Craig | LETTER FROM OUTSIDE COUNSEL RE LEGAL ANALYSIS RE DECOMMISSIONING FUND COLLECTIONS | Attorney Client; Work Product |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 761 | PGE0026210 | PGE0026238 | 10/26/2000 | Electronic Mail (Email) | Winn, Valerie | Womack, Lawrence | Moulia, Thomas; Tyler, Tom; Willis, Roy; Locke, Richard F; Forsgard, Karen; Manheim, William; OFlanagan, Joseph; Marre, Charles; Bosscawen, Greg | EMAIL REQUESTS REVIEW AND COMMENTS OF COUNSEL (R. LOCKE; W. MANHEIM) ON ATTACHED MANAGEMENT COMMITTEE WRITE-UP (PGE0026211 - PGE0026221) AND PRESENTATION (PGE0026222 - PGE0026238) RE: LEGAL ANALYSIS AND RECOMMENDATIONS SUBMITTED TO THE BOARD OF DIRECTORS OF PG&E FOR APPROVAL. PREPARED IN PREPARATION FOR NEXT NUCLEAR DECOMMISSIONING COST TRIENNIAL PROCEEDING (NDCTP), AS PREPARATION FOR RECOMMENDED FILING OF ADVICE LETTER WITH THE CALIFORNIA PUBLIC UTILITY COMMISSION (CPUC), AS PREPARATION FOR REGULATORY PROCEEDINGS BEFORE THE NUCLEAR REGULATORY COMMISSION (NRC) AND IN ANTICIPATION OF FUTURE GENERAL RATE CASES | Attorney Client; Work Product |
| 762 | PGE0026335 | PGE0026349 | 12/00/1994 | Report / Plan | NONE | NONE | NONE | DRAFT DOCUMENT PREPARED FOR FILING IN GENERAL RATE CASE BEFORE THE CALIFORNIA PUBLIC UTILTIES COMMISSION | Work Product |
| 763 | PGE0026350 | PGE0026375 | 12/12/1997 | Pleading / Court Filing | Wilson, Michelle L; Jordan, Lise H; Niven, Andrew L; Huffman, Mark R | NONE | NONE | DRAFT DOCUMENT PREPARED FOR FILING IN GENERAL RATE CASE BEFORE THE CALIFORNIA PUBLIC UTILTIES COMMISSION | Work Product |
| 764 | PGE0026376 | PGE0026385 | | Pleading / Court Filing | NONE | NONE | NONE | DRAFT DOCUMENT PREPARED FOR FILING IN GENERAL RATE CASE BEFORE THE CALIFORNIA PUBLIC UTILTIES COMMISSION | Work Product |
| 765 | PGE0026386 | PGE0026424 | 11/7/2002 | Pleading / Court Filing | Golden, Patrick G; Edwards, William H; Reidenbach, J Michael; Kurz, Edward V; Post, Jennifer K | NONE | NONE | DRAFT DOCUMENT PREPARED FOR FILING IN GENERAL RATE CASE BEFORE THE CALIFORNIA PUBLIC UTILTIES COMMISSION | Work Product |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 766 | PGE0026425 | PGE0026451 | 00/00/2003 | Report / Plan | NONE | NONE | NONE | DRAFT DOCUMENT PREPARED FOR FILING IN GENERAL RATE CASE BEFORE THE CALIFORNIA PUBLIC UTILTIES COMMISSION | Work Product |
| 767 | PGE0026452 | PGE0026453 | 6/4/2003 | Report / Plan | NONE | NONE | NONE | DRAFT DOCUMENT PREPARED FOR FILING IN GENERAL RATE CASE BEFORE THE CALIFORNIA PUBLIC UTILTIES COMMISSION | Attorney Client; Work Product |
| 768 | PGE0026591 | PGE0026592 | 6/12/2003 | Report / Plan | NONE | NONE | NONE | DRAFT DOCUMENT PREPARED FOR FILING IN GENERAL RATE CASE BEFORE THE CALIFORNIA PUBLIC UTILTIES COMMISSION | Attorney Client; Work Product |
| 769 | PGE0026593 | PGE0026974 | 00/00/2003 | Report / Plan | NONE | NONE | NONE | DRAFT DOCUMENT PREPARED FOR FILING IN GENERAL RATE CASE BEFORE THE CALIFORNIA PUBLIC UTILTIES COMMISSION | Attorney Client; Work Product |
| 770 | PGE0029538 | PGE0029998 | 8/16/1991 | Report / Plan | NONE | NONE | NONE | DRAFT DOCUMENT PREPARED FOR FILING IN GENERAL RATE CASE BEFORE THE CALIFORNIA PUBLIC UTILTIES COMMISSION | Attorney Client; Work Product |
| 771 | PGE0029999 | PGE0030032 | 00/00/1993 | Report / Plan | NONE | NONE | NONE | DRAFT DOCUMENT PREPARED FOR FILING IN GENERAL RATE CASE BEFORE THE CALIFORNIA PUBLIC UTILTIES COMMISSION | Attorney Client; Work Product |
| 772 | PGE0030705 | PGE0030901 | 1/15/1992 | Report / Plan | NONE | NONE | NONE | DRAFT DOCUMENT PREPARED FOR FILING IN GENERAL RATE CASE BEFORE THE CALIFORNIA PUBLIC UTILTIES COMMISSION | Attorney Client; Work Product |
| 773 | PGE0030902 | PGE0030937 | 11/26/1991 | Report / Plan | NONE | NONE | NONE | DRAFT DOCUMENT PREPARED FOR FILING IN GENERAL RATE CASE BEFORE THE CALIFORNIA PUBLIC UTILTIES COMMISSION | Attorney Client; Work Product |
| 774 | PDCP0000780 | PDCP0000784 | 1/7/1997 | Report / Plan | NONE | NONE | NONE | REDACTED STRATEGY OPTIONS PREPARED IN ANTICIPATION OF LITIGATION AGAINST DOE CONCERNING STANDARD CONTRACT OBLIGATIONS. | Work Product |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 775 | PDCP0001467 | PDCP0001471 | | Agenda / Meeting Minute | Duke, David L | Rueger, Gregory M; Testa, Robert D; Womack, Lawrence F; Chesnut, Stephen G; Hill, Thomas H; Jue, Geoff H; Mullen, Patrick W; Pruett, Gregory S; Regan, Frank J; Willis, Roy B; Stock, William C; Tomkins, James E; Warner, Christopher J | NONE | REDACTED STRATEGY OPTIONS PREPARED IN ANTICIPATION OF LITIGATION AGAINST DOE CONCERNING STANDARD CONTRACT OBLIGATIONS. ATTACHMENT TO MEMO AT PDCP0001466. | Work Product |
| 776 | PDCP0001627 | PDCP0001631 | | Report / Plan | Duke, David L | Rueger, Greg; Womack, Larry; Angus, Mike; Rigney, Peter; Stock, Bill; Warner, Chris J | NONE | REDACTED STRATEGY OPTIONS PREPARED IN ANTICIPATION OF LITIGATION AGAINST DOE CONCERNING STANDARD CONTRACT OBLIGATIONS. ATTACHMENT TO PDCP0001626. | Work Product |
| 777 | PDCP0004710 | PDCP0004720 | 12/12/2000 | Report / Plan | Larry Womack | NONE | NONE | REDACTED LEGAL ANALYSIS OF FACTORS AFFECTING POTENTIAL LITIGATION. FROM DRAFT NOTES OF PRESENTATION TO MANAGEMENT COMMITTEE OF PG&E. PREPARED IN ANTICIPATION OF LITIGATION AGAINST DOE CONCERNING STANDARD CONTRACT OBLIGATIONS. | Attorney Client; Work Product |
| 778 | PDCP0005784 | PDCP0005784 | 6/4/2002 | Fax Cover Sheet | Haselton, Frank L | Strickland, Jearl | NONE | REDACTED REQUEST FOR ATTORNEY (D. REPKA, R. SCHIEBELHUT) REVIEW OF DOCUMENT REGARDING PG&E APPLICATION FOR LAND USE PERMIT FROM SAN LUIS COUNTY FOR DIABLO ISFSI. ALSO REQUESTS ATTORNEY (R. SCHIEBELHUT) ACTION ON BEHALF OF APPLICATION. | Work Product; Attorney Client |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 779 | PDCP0013242 | PDCP0013242 | 10/14/2004 | Multiple Email | Brown, Kathleen | Groff, Christopher; Womack, Lawrence; Locke, Richard | Danielson, Albert; Campbell, Walter L; Norman, Greg; Carden, Hal | REDACTED REQUEST FOR ATTORNEY ADVICE (R. LOCKE, K. BROWN) AND RESPONSE (K. BROWN) RE: IMPLICATIONS OF WASTE FUND PAYMENT ADJUSTMENTS ON BANKRUPTCY PROCEEDINGS | Attorney Client |
| 780 | PDCP0013256 | PDCP0013256 | 8/27/2004 | Electronic Mail (Email) | Groff, Christopher | Womack, Lawrence; Locke, Richard | Danielson, Albert; Campbell, Walter L; Norman, Greg; Carden, Hal; Brown, Kathleen | REDACTED REQUEST FOR ATTORNEY ADVICE (R. LOCKE, K. BROWN) ADVICE RE: IMPLICATIONS OF WASTE FUND PAYMENT ADJUSTMENTS ON BANKRUPTCY PROCEEDINGS | Attorney Client |
| 781 | PDCP0013579 | PDCP0013584 | 8/11/2004 | Multiple Email | Womack, Lawrence | Groff, Christopher | NONE | REDACTED REQUEST FOR ATTORNEY (W. MANHEIM) ADVICE AND RESPONSE RE: IMPLICATIONS OF EXELON SETTLEMENT ON CURRENT LITIGATION | Attorney Client; Work Product |
| 782 | PDCP0013603 | PDCP0013613 | 10/17/2002 | Report / Plan | Reil, Walt | NONE | NONE | REDACTED COMMUNICATION TO R. LOCKE AND OTHER ATTORNEYS REGARDING CURRENT LITIGATION | Attorney Client |
| 783 | PDCP0013713 | PDCP0013713 | 4/22/1992 | Agenda / Meeting Minute | NONE | NONE | NONE | REDACTED STRATEGY IN ANTICIPATION OF SPECIAL APPLICATION TO CPUC GENERAL RATE COMMISSION. LEAD ATTORNEY IS C. WARNER. STRATEGY INCLUDES REQUESTS FOR LEGAL ADVICE FROM C. BUSHSBAUM AND K. KUBITZ AND REQUESTS FOR INFORMATION FROM PG&E PERSONNEL. | Attorney Client; Work Product |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 784 | PDCP0013714 | PDCP0013714 | 4/22/1992 | Agenda / Meeting Minute | NONE | NONE | NONE | DUPLICATE OF DCP0015184. REDACTED STRATEGY IN ANTICIPATION OF SPECIAL APPLICATION TO CPUC GENERAL RATE COMMISSION. LEAD ATTORNEY IS C. WARNER. STRATEGY INCLUDES REQUESTS FOR LEGAL ADVICE FROM C. BUSHSBAUM AND K. KUBITZ AND REQUESTS FOR INFORMATION FROM PG&E PERSONNEL. | Attorney Client; Work Product |
| 785 | PDCP0013749 | PDCP0013749 | 4/22/1992 | Agenda / Meeting Minute | NONE | NONE | NONE | DUPLICATE OF DCP0015184. REDACTED STRATEGY IN ANTICIPATION OF SPECIAL APPLICATION TO CPUC GENERAL RATE COMMISSION. LEAD ATTORNEY IS C. WARNER. STRATEGY INCLUDES REQUESTS FOR LEGAL ADVICE FROM C. BUSHSBAUM AND K. KUBITZ AND REQUESTS FOR INFORMATION FROM PG&E PERSONNEL. | Attorney Client; Work Product |
| 786 | PDCP0013750 | PDCP0013750 | 4/22/1992 | Agenda / Meeting Minute | NONE | NONE | NONE | DUPLICATE OF DCP0015184. REDACTED STRATEGY IN ANTICIPATION OF SPECIAL APPLICATION TO CPUC GENERAL RATE COMMISSION. LEAD ATTORNEY IS C. WARNER. STRATEGY INCLUDES REQUESTS FOR LEGAL ADVICE FROM C. BUSHSBAUM AND K. KUBITZ AND REQUESTS FOR INFORMATION FROM PG&E PERSONNEL. | Attorney Client; Work Product |
| 787 | PDCP0013832 | PDCP0013833 | 10/26/2004 | Multiple Email | Groff, Christopher | Locke, Richard | Miklush, David; OFlanagan, Joseph; Willis, Roy; Danielson, Albert; Womack, Lawrence | REDACTED REQUEST FOR INFORMATION TO R. LOCKE, REQUEST FOR INFORMATION FROM R. LOCKE, AND REPLY CONCERNING CURRENT LITIGATION. PREPARED FOR USE IN CPUC PROCEEDINGS. | Attorney Client; Work Product |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 788 | PDCP0013978 | PDCP0013978 | 4/22/1992 | Agenda / Meeting Minute | NONE | NONE | NONE | DUPLICATE OF DCP0015184. REDACTED STRATEGY IN ANTICIPATION OF SPECIAL APPLICATION TO CPUC GENERAL RATE COMMISSION. LEAD ATTORNEY IS C. WARNER. STRATEGY INCLUDES REQUESTS FOR LEGAL ADVICE FROM C. BUSHSBAUM AND K. KUBITZ AND REQUESTS FOR INFORMATION FROM PG&E PERSONNEL. | Attorney Client; Work Product |
| 789 | PDCP0013979 | PDCP0013979 | 4/22/1992 | Agenda / Meeting Minute | NONE | NONE | NONE | DUPLICATE OF DCP0015184. REDACTED STRATEGY IN ANTICIPATION OF SPECIAL APPLICATION TO CPUC GENERAL RATE COMMISSION. LEAD ATTORNEY IS C. WARNER. STRATEGY INCLUDES REQUESTS FOR LEGAL ADVICE FROM C. BUSHSBAUM AND K. KUBITZ AND REQUESTS FOR INFORMATION FROM PG&E PERSONNEL. | Attorney Client; Work Product |
| 790 | PDCP0014353 | PDCP0014354 | 4/22/1992 | Agenda / Meeting Minute | NONE | NONE | NONE | DUPLICATE OF DCP0015184. REDACTED STRATEGY IN ANTICIPATION OF SPECIAL APPLICATION TO CPUC GENERAL RATE COMMISSION. LEAD ATTORNEY IS C. WARNER. STRATEGY INCLUDES REQUESTS FOR LEGAL ADVICE FROM C. BUSHSBAUM AND K. KUBITZ AND REQUESTS FOR INFORMATION FROM PG&E PERSONNEL. | Attorney Client; Work Product |