# In the United States Court of Federal Claims

No. 04-74C
(into which has been consolidated No. 04-75C)

(E-Filed: October 25, 2005)

PACIFIC GAS AND ELECTRIC COMPANY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Before the court is Defendant's Motion for Leave to Take Third Party Deposition After Close of Discovery (Def.'s Mot.) filed on Friday, October 21, 2005. Plaintiff is directed to respond to defendant's Motion, if at all, on or before Monday, October 31, 2005. Defendant is directed to reply to plaintiff's response, if at all, on or before Friday, November 4, 2005.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge