# In the United States Court of Federal Claims

No. 04-74C
(into which has been consolidated No. 04-75C)

(E-Filed: October 26, 2005)

PACIFIC GAS AND ELECTRIC COMPANY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Before the court is Defendant's Motion to File Corrected Copy of Motion to Compel the Production of Documents and Deposition Testimony Improperly Withheld on the Basis of Privilege filed on October 25, 2005. For the reasons stated therein, defendant's Motion is GRANTED. Defendant shall file electronically the corrected copy of its Motion to Compel Production of Documents and Deposition Testimony Improperly Withheld on the Basis of Privilege as a separate document.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge