PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 61 | DCP0016266 | DCP0016267 | | Notes | NONE | NONE | NONE | DUPLICATE OF DCP0015192 - DCP0015193. MEETING NOTES REFLECT LEGAL ADVICE OF COUNSEL RE: GENERAL RATE CASE STRATEGY | Attorney Client; Work Product |
| 62 | DCP0017658 | DCP0017692 | 10/18/2002 | Electronic Mail (Email) | Vosburg, David | Locke, Richard | Vosburg, David | E-MAIL TO COUNSEL (R. LOCKE) WITH ATTACHED (DCP0017659 - DCP0017692) RE-RACKING MATERIALS FROM MEETING WITH MISSIE HOBSON. PROVIDED AT REQUEST OF COUNSEL (R. LOCKE) | Attorney Client; Work Product |
| 63 | DCP0017693 | DCP0017693 | 8/20/2002 | Multiple Email | Womack, Lawrence | Vosburg, David; Locke, Richard F | Miklush, David; Grebel, Terence | E-MAIL CHAIN TO COUNSEL (R. LOCKE) FROM CLIENT RE: SPENT FUEL STORAGE OPTIONS. PROVIDED AT REQUEST OF COUNSEL (R. LOCKE). E-MAIL CHAIN INCLUDES E-MAIL AT DCP0017711 | Attorney Client; Work Product |
| 64 | DCP0017694 | DCP0017696 | | Report / Plan | NONE | NONE | NONE | RE: SPENT FUEL STORAGE OPTIONS AND LEGAL AND REGULATORY STRATEGY. PREPARED AT REQUEST OF COUNSEL | Work Product |
| 65 | DCP0017697 | DCP0017697 | 8/8/2002 | Notes | NONE | NONE | NONE | ATTORNEY (R. LOCKE) NOTES RE: SPENT FUEL STORAGE OPTIONS AND LEGAL AND REGULATORY STRATEGY | Work Product |
| 66 | DCP0017698 | DCP0017698 | 8/14/2002 | Notes | NONE | NONE | NONE | ATTORNEY (R. LOCKE) NOTES RE: SPENT FUEL STORAGE OPTIONS AND LEGAL AND REGULATORY STRATEGY | Work Product |
| 67 | DCP0017699 | DCP0017699 | 8/20/2002 | Multiple Email | Womack, Lawrence | Vosburg, David; Locke, Richard F | Miklush, David; Grebel, Terence | DUPLICATE OF DCP0017693. E-MAIL CHAIN TO COUNSEL (R. LOCKE) FROM CLIENT RE: SPENT FUEL STORAGE OPTIONS. PROVIDED AT REQUEST OF COUNSEL (R. LOCKE). E-MAIL CHAIN INCLUDES E-MAIL AT DCP0017711 | Attorney Client; Work Product |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 68 | DCP0017709 | DCP0017710 | | Report / Plan | NONE | NONE | NONE | DUPLICATE OF DCP0017712 - DCP0017713. ATTACHMENT TO E-MAIL SENT TO COUNSEL (R. LOCKE) FROM CLIENT RE: SPENT FUEL STORAGE OPTIONS. PROVIDED AT REQUEST OF COUNSEL (R. LOCKE) | Work Product |
| 69 | DCP0017711 | DCP0017713 | 8/20/2002 | Electronic Mail (Email) | Vosburg, David | Locke, Richard F | Womack, Lawrence; Miklush, David; Grebel, Terence | E-MAIL TO COUNSEL (R. LOCKE) FROM CLIENT RE: ATTACHED MEMORANDUM (DCP0017712 - DCP0017713) CONCERNING SPENT FUEL STORAGE OPTIONS. PROVIDED AT REQUEST OF COUNSEL (R. LOCKE) | Attorney Client; Work Product |
| 70 | DCP0017753 | DCP0017753 | 7/21/2002 | Electronic Mail (Email) | Repka, David A (Winston & Strawn) | Grebel, Terence; Locke, Richard F; Strickland, L Jearl | Hobson, Missie; Jones, Michael L; Manheim, William; Poole, Brooke | STRATEGY RE: PROPOSED CONTENTIONS FILED BY PETITIONERS IN ISFSI CASE | Attorney Client |
| 71 | DCP0017756 | DCP0017760 | 8/6/2002 | Electronic Mail (Email) | Repka, David A (Winston & Strawn) | Grebel, Terence | Locke, Richard F | E-MAIL TO COUNSEL (R. LOCKE) FROM OUTSIDE COUNSEL, WINSTON & STRAWN (D. REPKA) RE: ATTACHED (DCP0017757) MEMORANDUM CONCERNING ISFSI LICENSING ISSUES. PROVIDES REQUESTED INFORMATION. PREPARED IN ANTICIPATION OF LICENSING PROCEEDINGS | Attorney Client; Work Product |
| 72 | DCP0017761 | DCP0017762 | 8/6/2002 | Electronic Mail (Email) | Miller, Kathy | Grozan, Thomas; Grebel, Terence | Locke, Richard F; Repka, Dave (Winston & Strawn); Nugent, Patrick; Ketelsen, Stan | E-MAIL TO COUNSEL (R. LOCKE) AND OUTSIDE COUNSEL, WINSTON & STRAWN (D. REPKA) RE: ATTACHED (DCP0017762) OUTLINE OF RERACKING LICENSING ISSUES. PREPARED IN ANTICIPATION OF LICENSING PROCEEDINGS | Attorney Client; Work Product |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 73 | DCP0017763 | DCP0017764 | 6/12/2002 | Multiple Email | Grebel, Terence | Locke, Richard F | Repka, Dave (Winston & Strawn) | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN CLIENT, COUNSEL (R. LOCKE) AND OUTSIDE COUNSEL, WINSTON & STRAWN (D. REPKA) RE: ATTACHED (DCP0017764) REPORT ON DCPP ISFSI LICENSING ISSUES | Attorney Client; Work Product |
| 74 | DCP0017784 | DCP0017785 | 2/27/2002 | Electronic Mail (Email) | Strickland, Jearl | Womack, Lawrence; Miklush, David; Tomkins, James; Grebel, Terence; Nugent, Patrick; Locke, Richard F; Hobson, Missie; Patton, Bruce; Shoulders, Jack; Cossette, Larry; Sellers, Judith; Klimczak, Richard | NONE | DUPLICATE OF DCP0010484 - DCP0010485. E-MAIL TO COUNSEL (R. LOCKE) RE: ATTACHED (DCP0017785) NOTES FROM DCPP USED FUEL STORAGE MEETING HELD AT THE REQUEST OF COUNSEL. PROVIDES REQUESTED INFORMATION ON DCPP USED FUEL STORAGE ISSUES. | Attorney Client |
| 75 | DCP0017786 | DCP0017786 | 2/13/2002 | Notes | NONE | NONE | NONE | ATTORNEY (R. LOCKE) NOTES RE: USED FUEL STORAGE AT DCPP. PREPARED IN ANTICIPATION OF LICENSING PROCEEDINGS FOR RERACKING | Work Product |
| 76 | DCP0017787 | DCP0017787 | | Agenda / Meeting Minute | NONE | NONE | NONE | LEGAL STRATEGY RE: ISFSI PLANNING. PREPARED AT REQUEST OF COUNSEL IN ANTICIPATION OF ISFSI LICENSING PROCEEDINGS. CONTAINS MARGINALIA REFLECING ATTORNEY-CLIENT COMMUNICATIONS AND LEGAL STRATEGY AND ANALYSIS | Work Product; Attorney Client |
| 77 | DCP0017788 | DCP0017788 | | Agenda / Meeting Minute | NONE | NONE | NONE | LEGAL STRATEGY RE: ISFSI PLANNING. PREPARED AT REQUEST OF COUNSEL IN ANTICIPATION OF ISFSI LICENSING PROCEEDINGS. CONTAINS MARGINALIA REFLECING ATTORNEY-CLIENT COMMUNICATIONS AND LEGAL STRATEGY AND ANALYSIS | Work Product; Attorney Client |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 78 | DCP0017789 | DCP0017789 | | Agenda / Meeting Minute | NONE | NONE | NONE | LEGAL STRATEGY RE: ISFSI PLANNING. PREPARED AT REQUEST OF COUNSEL IN ANTICIPATION OF ISFSI LICENSING PROCEEDINGS. CONTAINS MARGINALIA REFLECING ATTORNEY-CLIENT COMMUNICATIONS AND LEGAL STRATEGY AND ANALYSIS | Work Product |
| 79 | DCP0017790 | DCP0017790 | 2/13/2002 | Agenda / Meeting Minute | NONE | NONE | NONE | LEGAL STRATEGY RE: ISFSI PLANNING. PREPARED AT REQUEST OF COUNSEL IN ANTICIPATION OF ISFSI LICENSING PROCEEDINGS. CONTAINS MARGINALIA REFLECING ATTORNEY-CLIENT COMMUNICATIONS AND LEGAL STRATEGY AND ANALYSIS | Work Product; Attorney Client |
| 80 | DCP0017791 | DCP0017791 | 2/13/2002 | Agenda / Meeting Minute | NONE | NONE | NONE | LEGAL STRATEGY RE: ISFSI PLANNING. PREPARED AT REQUEST OF COUNSEL IN ANTICIPATION OF ISFSI LICENSING PROCEEDINGS. CONTAINS MARGINALIA REFLECING ATTORNEY-CLIENT COMMUNICATIONS AND LEGAL STRATEGY AND ANALYSIS | Work Product; Attorney Client |
| 81 | DCP0017792 | DCP0017799 | | Report / Plan | NONE | NONE | NONE | DOCUMENT PREPARED AT THE REQUEST OF COUNSEL RE: DCPP ISFSI DEVELOPMENT AND PLANNING ISSUES | Work Product |
| 82 | DCP0017800 | DCP0017800 | 8/9/2002 | Electronic Mail (Email) | Grebel, Terence | Locke, Richard F; Strickland, Jearl; Vosburg, David | Womack, Lawrence; Nugent, Patrick; Tomkins, James | E-MAIL TO COUNSEL (R. LOCKE) FROM CLIENT RE: DCPP ISFSI AND RERACKING ISSUES. PREPARED IN ANTICIPATION OF RERACKING LICENSING PROCEEDINGS | Attorney Client |
| 83 | DCP0019534 | DCP0019661 | 04/00/1985 | Report / Plan | Pacific Gas & Electric Company | NONE | NONE | DRAFT LICENSING REPORT RE: DCPP RERACKING OF SPENT FUEL POOLS. PREPARED IN ANTICIPATION OF NRC LICENSING AMENDMENT PROCEEDING | Work Product |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 84 | DCP0019825 | DCP0019825 | 8/10/1984 | Memo | Moore, G H | Agerter, L L | Rocca, J V; Connell, E C | INTERNAL DCPP MEMORANDUM TO COUNSEL (L. AGERTER) FROM CLIENT REQUESTING LEGAL ADVICE RE: BID SPECIFICATIONS FOR DCPP RERACKING | Attorney Client |
| 85 | DCP0021213 | DCP0021218 | 8/23/2001 | Report / Plan | Cassidy, Leigh S | NONE | NONE | LEGAL MEMORANDUM PREPARED BY COUNSEL (L. CASSIDY) RE: HOLTEC CONTRACT FOR ISFSI PROJECT | Work Product |
| 86 | DCP0021863 | DCP0021869 | 4/1/2003 | Pleading / Court Filing | Kapus, Robert L | NONE | NONE | DRAFT AFFIDAVIT RE: DCPP ISFSI. PREPARED IN ANTICIPATION OF NRC LICENSING PROCEEDING | Work Product |
| 87 | DCP0022214 | DCP0022231 | 3/14/2005 | Report / Plan | NONE | NONE | NONE | REPORT RE: SPENT FUEL POOL STORAGE ISSUES. PREPARED AT THE REQUEST OF COUNSEL. | Work Product |
| 88 | DCP0029868 | DCP0029868 | | Report / Plan | NONE | NONE | NONE | OUTLINE OF ADVICE LETTER ISSUES RE: PG&E ISFSI DESIGN AND LICENSING. CREATED IN PREPATION FOR FILING BEFORE CPUC | Work Product |
| 89 | DCP0029869 | DCP0029870 | | Report / Plan | NONE | NONE | NONE | OUTLINE OF ADVICE LETTER ISSUES RE: PG&E ISFSI DESIGN AND LICENSING. CREATED IN PREPATION FOR FILING BEFORE CPUC | Work Product |
| 90 | DCP0029877 | DCP0029887 | 6/28/2001 | Agreement / Contract | Cassidy, Leigh S | NONE | NONE | LEGAL MEMORANDUM PREPARED BY COUNSEL (L. CASSIDY) RE: HOLTEC CONTRACT FOR ISFSI PROJECT | Work Product |
| 91 | DCP0029888 | DCP0029892 | 6/28/2001 | Agreement / Contract | Cassidy, Leigh S | NONE | NONE | LEGAL MEMORANDUM PREPARED BY COUNSEL (L. CASSIDY) RE: HOLTEC CONTRACT FOR ISFSI PROJECT | Work Product |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 92 | DCP0029907 | DCP0029917 | | Report / Plan | NONE | Pacific Gas & Electric Company Board of Directors | NONE | RE: LEGAL ANALYSIS AND RECOMMENDATIONS SUBMITTED TO THE BOARD OF DIRECTORS OF PG&E FOR APPROVAL. PREPARED IN PREPARATION FOR NEXT NUCLEAR DECOMMISSIONING COST TRIENNIAL PROCEEDING (NDCTP), AS PREPARATION FOR RECOMMENDED FILING OF ADVICE LETTER WITH THE CALIFORNIA PUBLIC UTILITY COMMISSION (CPUC), AS PREPARATION FOR REGULATORY PROCEEDINGS BEFORE THE NUCLEAR REGULATORY COMMISSION (NRC) AND IN ANTICIPATION OF FUTURE GENERAL RATE CASES | Work Product; Attorney Client |
| 93 | DCP0029918 | DCP0029924 | | Report / Plan | NONE | Pacific Gas & Electric Company Board of Directors | NONE | RE: LEGAL ANALYSIS AND RECOMMENDATIONS SUBMITTED TO THE BOARD OF DIRECTORS OF PG&E FOR APPROVAL. PREPARED IN PREPARATION FOR RECOMMENDED FILING OF ADVICE LETTER WITH THE CALIFORNIA PUBLIC UTILITY COMMISSION (CPUC), AS PREPARATION FOR REGULATORY PROCEEDINGS BEFORE THE NUCLEAR REGULATORY COMMISSION (NRC) AND IN ANTICIPATION OF FUTURE GENERAL RATE CASES | Work Product; Attorney Client |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 94 | DCP0029925 | DCP0029935 | | Report / Plan | NONE | Pacific Gas & Electric Company Board of Directors | NONE | RE: LEGAL ANALYSIS AND RECOMMENDATIONS SUBMITTED TO THE BOARD OF DIRECTORS OF PG&E FOR APPROVAL. PREPARED IN PREPARATION FOR RECOMMENDED FILING OF ADVICE LETTER WITH THE CALIFORNIA PUBLIC UTILITY COMMISSION (CPUC), AS PREPARATION FOR REGULATORY PROCEEDINGS BEFORE THE NUCLEAR REGULATORY COMMISSION (NRC) AND IN ANTICIPATION OF FUTURE GENERAL RATE CASES | Work Product; Attorney Client |
| 95 | DCP0029936 | DCP0029945 | | Report / Plan | NONE | Pacific Gas & Electric Company Board of Directors | NONE | RE: LEGAL ANALYSIS AND RECOMMENDATIONS SUBMITTED TO THE BOARD OF DIRECTORS OF PG&E FOR APPROVAL. PREPARED IN PREPARATION FOR NEXT NUCLEAR DECOMMISSIONING COST TRIENNIAL PROCEEDING (NDCTP), AS PREPARATION FOR RECOMMENDED FILING OF ADVICE LETTER WITH THE CALIFORNIA PUBLIC UTILITY COMMISSION (CPUC), AS PREPARATION FOR REGULATORY PROCEEDINGS BEFORE THE NUCLEAR REGULATORY COMMISSION (NRC) AND IN ANTICIPATION OF FUTURE GENERAL RATE CASES | Work Product; Attorney Client |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 96 | DCP0029946 | DCP0029955 | | Report / Plan | NONE | Pacific Gas & Electric Company Board of Directors | NONE | RE: LEGAL ANALYSIS AND RECOMMENDATIONS SUBMITTED TO THE BOARD OF DIRECTORS OF PG&E FOR APPROVAL. PREPARED IN PREPARATION FOR NEXT NUCLEAR DECOMMISSIONING COST TRIENNIAL PROCEEDING (NDCTP), AS PREPARATION FOR RECOMMENDED FILING OF ADVICE LETTER WITH THE CALIFORNIA PUBLIC UTILITY COMMISSION (CPUC), AS PREPARATION FOR REGULATORY PROCEEDINGS BEFORE THE NUCLEAR REGULATORY COMMISSION (NRC) AND IN ANTICIPATION OF FUTURE GENERAL RATE CASES | Work Product; Attorney Client |
| 97 | DCP0029956 | DCP0029965 | | Report / Plan | NONE | Pacific Gas & Electric Company Board of Directors | NONE | RE: LEGAL ANALYSIS AND RECOMMENDATIONS SUBMITTED TO THE BOARD OF DIRECTORS OF PG&E FOR APPROVAL. PREPARED IN PREPARATION FOR NEXT NUCLEAR DECOMMISSIONING COST TRIENNIAL PROCEEDING (NDCTP), AS PREPARATION FOR RECOMMENDED FILING OF ADVICE LETTER WITH THE CALIFORNIA PUBLIC UTILITY COMMISSION (CPUC), AS PREPARATION FOR REGULATORY PROCEEDINGS BEFORE THE NUCLEAR REGULATORY COMMISSION (NRC) AND IN ANTICIPATION OF FUTURE GENERAL RATE CASES | Work Product; Attorney Client |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 98 | DCP0029967 | DCP0029976 | | Report / Plan | NONE | Pacific Gas & Electric Company Management Committee | NONE | RE: LEGAL ANALYSIS AND RECOMMENDATIONS SUBMITTED TO THE MANAGEMENT COMMITTEE OF PG&E FOR APPROVAL. PREPARED IN PREPARATION FOR NEXT NUCLEAR DECOMMISSIONING COST TRIENNIAL PROCEEDING (NDCTP), AS PREPARATION FOR RECOMMENDED FILING OF ADVICE LETTER WITH THE CALIFORNIA PUBLIC UTILITY COMMISSION (CPUC), AS PREPARATION FOR REGULATORY PROCEEDINGS BEFORE THE NUCLEAR REGULATORY COMMISSION (NRC) AND IN ANTICIPATION OF FUTURE GENERAL RATE CASES | Work Product; Attorney Client |
| 99 | DCP0029977 | DCP0029986 | | Report / Plan | NONE | Pacific Gas & Electric Company Management Committee | NONE | RE: LEGAL ANALYSIS AND RECOMMENDATIONS SUBMITTED TO THE MANAGEMENT COMMITTEE OF PG&E FOR APPROVAL. PREPARED IN PREPARATION FOR NEXT NUCLEAR DECOMMISSIONING COST TRIENNIAL PROCEEDING (NDCTP), AS PREPARATION FOR RECOMMENDED FILING OF ADVICE LETTER WITH THE CALIFORNIA PUBLIC UTILITY COMMISSION (CPUC), AS PREPARATION FOR REGULATORY PROCEEDINGS BEFORE THE NUCLEAR REGULATORY COMMISSION (NRC) AND IN ANTICIPATION OF FUTURE GENERAL RATE CASES | Work Product; Attorney Client |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 100 | DCP0029987 | DCP0029996 | | Report / Plan | NONE | Pacific Gas & Electric Company Management Committee | NONE | RE: LEGAL ANALYSIS AND RECOMMENDATIONS SUBMITTED TO THE MANAGEMENT COMMITTEE OF PG&E FOR APPROVAL. PREPARED IN PREPARATION FOR NEXT NUCLEAR DECOMMISSIONING COST TRIENNIAL PROCEEDING (NDCTP), AS PREPARATION FOR RECOMMENDED FILING OF ADVICE LETTER WITH THE CALIFORNIA PUBLIC UTILITY COMMISSION (CPUC), AS PREPARATION FOR REGULATORY PROCEEDINGS BEFORE THE NUCLEAR REGULATORY COMMISSION (NRC) AND IN ANTICIPATION OF FUTURE GENERAL RATE CASES | Work Product; Attorney Client |
| 101 | DCP0029997 | DCP0030006 | | Report / Plan | NONE | Pacific Gas & Electric Company Management Committee | NONE | RE: LEGAL ANALYSIS AND RECOMMENDATIONS SUBMITTED TO THE MANAGEMENT COMMITTEE OF PG&E FOR APPROVAL. PREPARED IN PREPARATION FOR NEXT NUCLEAR DECOMMISSIONING COST TRIENNIAL PROCEEDING (NDCTP), AS PREPARATION FOR RECOMMENDED FILING OF ADVICE LETTER WITH THE CALIFORNIA PUBLIC UTILITY COMMISSION (CPUC), AS PREPARATION FOR REGULATORY PROCEEDINGS BEFORE THE NUCLEAR REGULATORY COMMISSION (NRC) AND IN ANTICIPATION OF FUTURE GENERAL RATE CASES | Work Product; Attorney Client |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 102 | DCP0030148 | DCP0030148 | | Report / Plan | NONE | NONE | NONE | OUTLINE ON POINTS FROM PG&E MEETING WITH CALIFORNIA COASTAL COMMISSION (CCC) RE: ISFSI LICENSING. PROVIDES RECOMMENDATIONS CONCERNING REGULATORY ISSUES. | Work Product |
| 103 | DCP0030171 | DCP0030185 | 03/00/2001 | Letter | NONE | California Public Utilities Commission | NONE | DRAFT ADVICE LETTER TO CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) RE: HBPP DECOMMISSIONING. PREPARED FOR FILING BEFORE CPUC | Work Product |
| 104 | DCP0030186 | DCP0030200 | 03/00/2001 | Letter | NONE | California Public Utilities Commission | NONE | DRAFT ADVICE LETTER TO CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) RE: HBPP DECOMMISSIONING. PREPARED FOR FILING BEFORE CPUC | Work Product |
| 105 | DCP0030201 | DCP0030217 | 1/29/2001 | Letter | NONE | California Public Utilities Commission | NONE | DRAFT ADVICE LETTER TO CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) RE: HBPP DECOMMISSIONING. PREPARED FOR FILING BEFORE CPUC | Work Product |
| 106 | DCP0030218 | DCP0030234 | 1/29/2001 | Letter | NONE | California Public Utilities Commission | NONE | DRAFT ADVICE LETTER TO CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) RE: HBPP DECOMMISSIONING. PREPARED FOR FILING BEFORE CPUC | Work Product |
| 107 | DCP0030235 | DCP0030251 | 1/29/2001 | Letter | NONE | California Public Utilities Commission | NONE | DRAFT ADVICE LETTER TO CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) RE: HBPP DECOMMISSIONING. PREPARED FOR FILING BEFORE CPUC | Work Product |
| 108 | DCP0030252 | DCP0030268 | 1/29/2001 | Letter | NONE | California Public Utilities Commission | NONE | DRAFT ADVICE LETTER TO CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) RE: HBPP DECOMMISSIONING. PREPARED FOR FILING BEFORE CPUC | Work Product |
| 109 | DCP0030269 | DCP0030285 | 1/29/2001 | Letter | NONE | California Public Utilities Commission | NONE | DRAFT ADVICE LETTER TO CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) RE: HBPP DECOMMISSIONING. PREPARED FOR FILING BEFORE CPUC | Work Product |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 110 | DCP0030951 | DCP0030951 | 1/18/2001 | Graph / Chart / Blueprint | NONE | NONE | NONE | STRATEGY RE: DCPP ISFSI DEVELOPMENT. PREPARED IN ANTICIPATION OF NRC LICENSING PROCEEDINGS. | Work Product |
| 111 | DCP0030952 | DCP0030952 | 1/18/2001 | Graph / Chart / Blueprint | NONE | NONE | NONE | STRATEGY RE: DCPP ISFSI DEVELOPMENT. PREPARED IN ANTICIPATION OF NRC LICENSING PROCEEDINGS. | Work Product |
| 112 | DCP0030953 | DCP0030953 | 1/18/2001 | Graph / Chart / Blueprint | NONE | NONE | NONE | STRATEGY RE: DCPP ISFSI DEVELOPMENT. PREPARED IN ANTICIPATION OF NRC LICENSING PROCEEDINGS. | Work Product |
| 113 | DCP0030954 | DCP0030954 | 1/18/2001 | Graph / Chart / Blueprint | NONE | NONE | NONE | STRATEGY RE: DCPP ISFSI DEVELOPMENT. PREPARED IN ANTICIPATION OF NRC LICENSING PROCEEDINGS. | Work Product |
| 114 | DCP0033063 | DCP0033377 | 11/3/2004 | Letter | Oatley, David H | US Nuclear Regulatory Commission | Bailey, Edgar; Mallett, Bruce S; Proulx, David L; Diablo Distribution; Shukla, Girija S | DRAFT LICENSE AMENDMENT REQUEST LETTER (WITH ATTACHMENTS DCP0033063 - DCP0033377) TO NUCLEAR REGULATORY COMMISSION (NRC). DRAFT LETTER AND ATTACHMENTS PREPARED FOR FILING WITH THE NRC | Work Product |
| 115 | DCP0035131 | DCP0035169 | 5/16/1996 | Report / Plan | NONE | NONE | NONE | DRAFT PROVISIONS FOR PG&E REQUEST FOR PROPOSAL RE: ISFSI DEVELOPMENT REFLECTING LEGAL ANALYSIS OF COUNSEL (L. CASSIDY, B. HEISE) | Work Product |
| 116 | DCP0036066 | DCP0036066 | | Electronic Mail (Email) | Warner, Christopher J | Ovadia, David; Duke, David; Kapus, Robert; Smith, Mark; Tomkins, James; Stock, William; Patton, Bruce; Papapietro, Emily; Locke, Richard F | NONE | LEGAL ANALYSIS AND ADVICE OF COUNSEL (C. WARNER) RE: HIGH LEVEL WASTE MANAGEMENT STRATEGY | Attorney Client; Work Product |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 117 | HBP0000373 | HBP0000373 | 4/28/1992 | Electronic Mail (Email) | Bangert, Chuck | Walters, Winifred C | Barrett, John E; Stock, William C; Warner, Christopher; Wogsland, Ward; Kaefer, William B | DUPLICATE OF DCP0015186. E-MAIL FROM CLIENT TO COUNSEL (C. WARNER) RE: SPENT NUCLEAR FUEL PAYMENT TO DOE | Attorney Client |
| 118 | HBP0000374 | HBP0000374 | 4/22/1992 | Electronic Mail (Email) | Warner, Christopher J | Kubitz, Kermit R; McLennan, Robert M; Slocum, Gail; Buchsbaum, Craig M | Barrett, John E; Weingart, Richard A; Nelson, Robert T; Bangert, Chuck; Walters, Winifred C | DUPLICATE OF DCP0019685. E-MAIL TO COUNSEL (K. KUBITZ, R. MCLENNAN, G. SLOCUM, C. BUCHSBAUM) FROM COUNSEL (C. WARNER) PROVIDING LEGAL ANALYSIS AND REQUEST FOR LEGAL REVIEW RE: GENERAL RATE CASE ISSUES | Attorney Client; Work Product |
| 119 | HBP0000375 | HBP0000377 | 4/26/1992 | Multiple Email | Walters, Winifred C | Warner, Christopher J | NONE | DUPLICATE OF DCP0015188 - DCP0015190. E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN CLIENT AND COUNSEL (C. WARNER) RE: LEGAL ANALYSIS AND RECOMMENDATIONS IN PREPARATION FOR FUTURE GENERAL RATE CASE UPDATE. INITIAL E-MAIL FROM WARNER TO WALTERS AND ADDITIONAL COUNSEL (CRAIG M. BUCHSBAUM, GAIL L. SLOCUM, ROBERT B. MCLENNAN, KERMIT R. KUBITZ) CONTAINS LEGAL ANALYSIS AND A REQUEST FOR ADDITIONAL INFORMATION | Attorney Client; Work Product |
| 120 | HBP0000379 | HBP0000380 | | Notes | NONE | NONE | NONE | DUPLICATE OF DCP0015192 - DCP0015193. MEETING NOTES REFLECT LEGAL ADVICE OF COUNSEL RE: GENERAL RATE CASE STRATEGY | Attorney Client; Work Product |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 121 | HBP0000920 | HBP0000920 | 4/22/1992 | Electronic Mail (Email) | Warner, Christopher J | Kubitz, Kermit R; McLennan, Robert B; Slocum, Gail; Buchsbaum, Craig M; Barrett, John F; Weingart, Richard A; Nelson, Robert T; Bangert, Chuck; Walters, Winifred C | NONE | DUPLICATE OF DCP0019685. E-MAIL TO COUNSEL (K. KUBITZ, R. MCLENNAN, G. SLOCUM, C. BUCHSBAUM) FROM COUNSEL (C. WARNER) PROVIDING LEGAL ANALYSIS AND REQUEST FOR LEGAL REVIEW RE: GENERAL RATE CASE ISSUES | Attorney Client; Work Product |
| 122 | HBP0000925 | HBP0000927 | 4/26/1992 | Multiple Email | Walters, Winifred | Warner, Christopher J | NONE | DUPLICATE OF DCP0015188 - DCP0015190. E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN CLIENT AND COUNSEL (C. WARNER) RE: LEGAL ANALYSIS AND RECOMMENDATIONS IN PREPARATION FOR FUTURE GENERAL RATE CASE UPDATE. INITIAL E-MAIL FROM WARNER TO WALTERS AND ADDITIONAL COUNSEL (CRAIG M. BUCHSBAUM, GAIL L. SLOCUM, ROBERT B. MCLENNAN, KERMIT R. KUBITZ) CONTAINS LEGAL ANALYSIS AND A REQUEST FOR ADDITIONAL INFORMATION | Attorney Client; Work Product |
| 123 | HBP0000928 | HBP0000928 | 4/28/1992 | Electronic Mail (Email) | Bangert, Chuck | Walter, Winifred C | Barrett, John E; Stock, William C; Warner, Christopher J; Wogsland, Ward; Kaefer, William B | DUPLICATE OF DCP0015186. E-MAIL FROM CLIENT TO COUNSEL (C. WARNER) RE: SPENT NUCLEAR FUEL PAYMENT TO DOE | Attorney Client |
| 124 | HBP0001004 | HBP0001004 | 5/27/1997 | Electronic Mail (Email) | Sellers, Judith | Womack, Lawrence F | Melendres-Keller, Patricia; Locke, Richard F; Carter, Don | DUPLICATE OF DCP0016240. REDACTED DETAILS OF ADVICE OF ATTORNEY (R. LOCKE) RE: STATUS OF CURRENT LITIGATION | Attorney Client; Work Product |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 125 | HBP0001005 | HBP0001005 | 5/30/1997 | Electronic Mail (Email) | Duke, David L | Locke, Richard F | Sellers, Judith; Stock, William C | DUPLICATE OF DCP0016239. E-MAIL TO COUNSEL (R. LOCKE) FROM CLIENT RE: RESPONSE TO REQUEST FOR INFORMATION CONCERNING STANDARD CONTRACT OBLIGATIONS | Attorney Client; Work Product |
| 126 | HBP0001042 | HBP0001042 | 6/6/1997 | Electronic Mail (Email) | Warner, Christopher J | Worthington, Bruce; Rueger, Gregory M; Richard, Daniel D; Stock, William C; Bangert, Chuck; Sellers, Judith L; Womack, Lawrence F; Hill, Tom; Kline, Steven L; LGG2@REG@FAR; JRCJ@REG@FAR; Mullen, Pat W; Cooper, Shawn E | RDG5@Pres @Exec; Smith, Gordon R | DUPLICATE OF DCP0016238. LEGAL ANALYSIS AND STRATEGY RE: DOE'S PRELIMINARY DETERMINATION THAT ITS FAILURE TO MEET THE JANUARY 31, 1998 DEADLINE FOR ACCEPTING SPENT FUEL IS UNAVOIDABLE. | Attorney Client |
| 127 | HBP0001043 | HBP0001043 | 6/6/1997 | Electronic Mail (Email) | Warner, Christopher J | Worthington, Bruce; Rueger, Gregory M; Richard, Daniel D; Stock, William C; Bangert, Chuck; Sellers, Judith L; Womack, Larry F; Hill, Tom; Kline, Steven L; LGG2@REG@FAR; JRCJ@REG@FAR; Mullen, Pat W; Cooper, Shawn E | RDG5@Pres @Exec; Smith, Gordon R | DUPLICATE OF DCP0016238. LEGAL ANALYSIS AND STRATEGY RE: DOE'S PRELIMINARY DETERMINATION THAT ITS FAILURE TO MEET THE JANUARY 31, 1998 DEADLINE FOR ACCEPTING SPENT FUEL IS UNAVOIDABLE. | Attorney Client |