PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 346 | HBP0062682 | HBP0062682 | | Report / Plan | NONE | NONE | NONE | RE: LEGAL ANALYSIS AND RECOMMENDATIONS SUMMARY SUBMITTED TO THE MANAGEMENT COMMITTEE OF PG&E FOR APPROVAL. PREPARED IN ANTICIPATION OF REGULATORY PROCEEDINGS BEFORE THE CALIFORNIA PUBLIC UTILITY COMMISSION (CPUC), IN ANTICIPATION OF REGULATORY PROCEEDINGS BEFORE THE NUCLEAR REGULATORY COMMISSION, AND IN ANTICIPATION OF FUTURE GENERAL RATE CASES | Attorney Client; Work Product |
| 347 | HBP0062683 | HBP0062686 | | Report / Plan | NONE | Pacific Gas & Electric Company Board of Directors | NONE | RE: LEGAL ANALYSIS AND RECOMMENDATIONS SUBMITTED TO THE BOARD OF DIRECTORS OF PG&E FOR APPROVAL. PREPARED IN PREPARATION FOR REGULATORY PROCEEDINGS BEFORE THE CALIFORNIA PUBLIC UTILITY COMMISSION (CPUC), IN PREPARATION FOR FILING OF ADVICE LETTER WITH THE CPUC, AND IN PREPARATION FOR REGULATORY PROCEEDINGS BEFORE THE NUCLEAR REGULATORY COMMISSION (NRC) | Attorney Client; Work Product |
| 348 | HBP0062693 | HBP0062698 | 9/8/2000 | Report / Plan | NONE | Pacific Gas & Electric Company Board of Directors | NONE | RE: LEGAL ANALYSIS AND RECOMMENDATIONS SUBMITTED TO THE BOARD OF DIRECTORS OF PG&E FOR APPROVAL. PREPARED IN PREPARATION FOR REGULATORY PROCEEDINGS BEFORE THE CALIFORNIA PUBLIC UTILITY COMMISSION (CPUC), AS PREPARATION FOR REGULATORY PROCEEDINGS BEFORE THE NUCLEAR REGULATORY COMMISSION (NRC), AND IN ANTICIPATION OF FUTURE GENERAL RATE CASES | Attorney Client; Work Product |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 349 | HBP0062699 | HBP0062705 | | Report / Plan | NONE | Pacific Gas & Electric Company Board of Directors | NONE | RE: LEGAL ANALYSIS AND RECOMMENDATIONS SUBMITTED TO THE BOARD OF DIRECTORS OF PG&E FOR APPROVAL. PREPARED IN PREPARATION FOR REGULATORY PROCEEDINGS BEFORE THE CALIFORNIA PUBLIC UTILITY COMMISSION (CPUC), AS PREPARATION FOR REGULATORY PROCEEDINGS BEFORE THE NUCLEAR REGULATORY COMMISSION (NRC), AND IN ANTICIPATION OF FUTURE GENERAL RATE CASES | Attorney Client; Work Product |
| 350 | HBP0062708 | HBP0062714 | | Report / Plan | NONE | Pacific Gas & Electric Company Board of Directors | NONE | RE: LEGAL ANALYSIS AND RECOMMENDATIONS SUBMITTED TO THE BOARD OF DIRECTORS OF PG&E FOR APPROVAL. PREPARED IN PREPARATION FOR REGULATORY PROCEEDINGS BEFORE THE CALIFORNIA PUBLIC UTILITY COMMISSION (CPUC), AS PREPARATION FOR REGULATORY PROCEEDINGS BEFORE THE NUCLEAR REGULATORY COMMISSION (NRC), AND IN ANTICIPATION OF FUTURE GENERAL RATE CASES | Attorney Client; Work Product |
| 351 | HBP0062715 | HBP0062718 | 1/21/1998 | Report / Plan | NONE | Pacific Gas & Electric Company Board of Directors | NONE | RE: LEGAL ANALYSIS AND RECOMMENDATIONS SUBMITTED TO THE BOARD OF DIRECTORS OF PG&E FOR APPROVAL. PREPARED IN PREPARATION FOR REGULATORY PROCEEDINGS BEFORE THE CALIFORNIA PUBLIC UTILITY COMMISSION (CPUC), AS PREPARATION FOR REGULATORY PROCEEDINGS BEFORE THE NUCLEAR REGULATORY COMMISSION (NRC) AND IN ANTICIPATION OF FUTURE GENERAL RATE CASES | Attorney Client; Work Product |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 352 | HBP0062719 | HBP0062725 | | Report / Plan | NONE | Pacific Gas & Electric Company Board of Directors | NONE | RE: LEGAL ANALYSIS AND RECOMMENDATIONS SUBMITTED TO THE BOARD OF DIRECTORS OF PG&E FOR APPROVAL. PREPARED IN PREPARATION FOR REGULATORY PROCEEDINGS BEFORE THE CALIFORNIA PUBLIC UTILITY COMMISSION (CPUC), AS PREPARATION FOR REGULATORY PROCEEDINGS BEFORE THE NUCLEAR REGULATORY COMMISSION (NRC) AND IN ANTICIPATION OF FUTURE GENERAL RATE CASES | Attorney Client; Work Product |
| 353 | HBP0062726 | HBP0062732 | | Report / Plan | NONE | Pacific Gas & Electric Company Board of Directors | NONE | RE: LEGAL ANALYSIS AND RECOMMENDATIONS SUBMITTED TO THE BOARD OF DIRECTORS OF PG&E FOR APPROVAL. PREPARED IN PREPARATION FOR REGULATORY PROCEEDINGS BEFORE THE CALIFORNIA PUBLIC UTILITY COMMISSION (CPUC), AS PREPARATION FOR REGULATORY PROCEEDINGS BEFORE THE NUCLEAR REGULATORY COMMISSION (NRC) AND IN ANTICIPATION OF FUTURE GENERAL RATE CASES | Attorney Client; Work Product |
| 354 | HBP0062733 | HBP0062739 | | Report / Plan | NONE | Pacific Gas & Electric Company Board of Directors | NONE | RE: LEGAL ANALYSIS AND RECOMMENDATIONS SUBMITTED TO THE BOARD OF DIRECTORS OF PG&E FOR APPROVAL. PREPARED IN PREPARATION FOR REGULATORY PROCEEDINGS BEFORE THE CALIFORNIA PUBLIC UTILITY COMMISSION (CPUC), AS PREPARATION FOR REGULATORY PROCEEDINGS BEFORE THE NUCLEAR REGULATORY COMMISSION (NRC) AND IN ANTICIPATION OF FUTURE GENERAL RATE CASES | Attorney Client; Work Product |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 355 | HBP0062763 | HBP0062771 | | Report / Plan | NONE | Pacific Gas & Electric Company Board of Directors | NONE | RE: LEGAL ANALYSIS AND RECOMMENDATIONS SUBMITTED TO THE BOARD OF DIRECTORS OF PG&E FOR APPROVAL. PREPARED IN PREPARATION FOR NEXT NUCLEAR DECOMMISSIONING COST TRIENNIAL PROCEEDING (NDCTP), AS PREPARATION FOR RECOMMENDED FILING OF ADVICE LETTER WITH THE CALIFORNIA PUBLIC UTILITY COMMISSION (CPUC), AS PREPARATION FOR REGULATORY PROCEEDINGS BEFORE THE NUCLEAR REGULATORY COMMISSION (NRC) AND IN ANTICIPATION OF FUTURE GENERAL RATE CASES | Attorney Client; Work Product |
| 356 | HBP0062783 | HBP0062797 | 3/28/2001 | Letter | NONE | California Public Utilities Commission | Strom-Martin, Virginia; Redwood Alliance | DRAFT ADVICE LETTER AND ATTACHMENTS (HBP0062788 - HBP0062797) TO CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) RE: HBPP DECOMMISSIONING AND SPENT FUEL STORAGE. PREPARED FOR FILING BEFORE CPUC | Work Product |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 357 | HBP0062839 | HBP0062864 | | Report / Plan | NONE | Pacific Gas & Electric Company Board of Directors | NONE | RE: LEGAL ANALYSIS AND RECOMMENDATIONS SUBMITTED TO THE BOARD OF DIRECTORS OF PG&E FOR APPROVAL. PREPARED IN PREPARATION FOR NEXT NUCLEAR DECOMMISSIONING COST TRIENNIAL PROCEEDING (NDCTP), AS PREPARATION FOR RECOMMENDED FILING OF ADVICE LETTER WITH THE CALIFORNIA PUBLIC UTILITY COMMISSION (CPUC), AS PREPARATION FOR REGULATORY PROCEEDINGS BEFORE THE NUCLEAR REGULATORY COMMISSION (NRC) AND IN ANTICIPATION OF FUTURE GENERAL RATE CASES | Attorney Client; Work Product |
| 358 | HBP0062865 | HBP0062874 | 1/25/2000 | Letter | NONE | California Public Utilities Commission | NONE | DRAFT ADVICE LETTER AND ATTACHMENT (HBP0062869 - HBP0062874) TO CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) RE: HBPP DECOMMISSIONING AND SPENT FUEL STORAGE. PREPARED FOR FILING BEFORE CPUC | Work Product |
| 359 | HBP0062961 | HBP0062965 | 6/22/1995 | Memo | Knotts Jr, Joseph B (Winston & Strawn); Horin, William A (Winston & Strawn); Rolfes, Andrew J (Winston & Strawn) | Warner, Christopher J | Locke, Richard F | LEGAL MEMORANDUM TO COUNSEL (C. WARNER, R. LOCKE) FROM OUTSIDE COUNSEL, WINSTON & STRAWN (J. KNOTTS, W. HORIN, A. ROLFES), RE: PROPOSED REVISIONS TO DECOMMISSIONING RULE. INCLUDES LEGAL ANALYSIS | Attorney Client; Work Product |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 360 | HBP0063021 | HBP0063030 | | Report / Plan | NONE | Pacific Gas & Electric Company Board of Directors | NONE | RE: LEGAL ANALYSIS AND RECOMMENDATIONS SUBMITTED TO THE BOARD OF DIRECTORS OF PG&E FOR APPROVAL. PREPARED IN PREPARATION FOR NEXT NUCLEAR DECOMMISSIONING COST TRIENNIAL PROCEEDING (NDCTP), AS PREPARATION FOR RECOMMENDED FILING OF ADVICE LETTER WITH THE CALIFORNIA PUBLIC UTILITY COMMISSION (CPUC), AS PREPARATION FOR REGULATORY PROCEEDINGS BEFORE THE NUCLEAR REGULATORY COMMISSION (NRC) AND IN ANTICIPATION OF FUTURE GENERAL RATE CASES | Attorney Client; Work Product |
| 361 | HBP0063035 | HBP0063041 | | Report / Plan | NONE | Pacific Gas & Electric Company Board of Directors | NONE | RE: LEGAL ANALYSIS AND RECOMMENDATIONS SUBMITTED TO THE BOARD OF DIRECTORS OF PG&E FOR APPROVAL. PREPARED IN PREPARATION FOR REGULATORY PROCEEDINGS BEFORE THE CALIFORNIA PUBLIC UTILITY COMMISSION (CPUC), AS PREPARATION FOR REGULATORY PROCEEDINGS BEFORE THE NUCLEAR REGULATORY COMMISSION (NRC) AND IN ANTICIPATION OF FUTURE GENERAL RATE CASES | Attorney Client; Work Product |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 362 | HBP0063043 | HBP0063046 | | Report / Plan | NONE | Pacific Gas & Electric Company Board of Directors | NONE | RE: LEGAL ANALYSIS AND RECOMMENDATIONS SUBMITTED TO THE BOARD OF DIRECTORS OF PG&E FOR APPROVAL. PREPARED IN PREPARATION FOR REGULATORY PROCEEDINGS BEFORE THE CALIFORNIA PUBLIC UTILITY COMMISSION (CPUC), AS PREPARATION FOR REGULATORY PROCEEDINGS BEFORE THE NUCLEAR REGULATORY COMMISSION (NRC) AND IN ANTICIPATION OF FUTURE GENERAL RATE CASES | Attorney Client; Work Product |
| 363 | HBP0063123 | HBP0063132 | | Report / Plan | NONE | Pacific Gas & Electric Company Board of Directors | NONE | RE: LEGAL ANALYSIS AND RECOMMENDATIONS SUBMITTED TO THE BOARD OF DIRECTORS OF PG&E FOR APPROVAL. PREPARED IN PREPARATION FOR NEXT NUCLEAR DECOMMISSIONING COST TRIENNIAL PROCEEDING (NDCTP), AS PREPARATION FOR RECOMMENDED FILING OF ADVICE LETTER WITH THE CALIFORNIA PUBLIC UTILITY COMMISSION (CPUC), AS PREPARATION FOR REGULATORY PROCEEDINGS BEFORE THE NUCLEAR REGULATORY COMMISSION (NRC) AND IN ANTICIPATION OF FUTURE GENERAL RATE CASES | Attorney Client; Work Product |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 364 | HBP0063141 | HBP0063144 | | Report / Plan | Humboldt Bay Power Plant | NONE | NONE | RE: LEGAL ANALYSIS AND RECOMMENDATIONS SUBMITTED TO THE BOARD OF DIRECTORS OF PG&E FOR APPROVAL. PREPARED IN PREPARATION FOR REGULATORY PROCEEDINGS BEFORE THE CALIFORNIA PUBLIC UTILITY COMMISSION (CPUC), AS PREPARATION FOR REGULATORY PROCEEDINGS BEFORE THE NUCLEAR REGULATORY COMMISSION (NRC) AND IN ANTICIPATION OF FUTURE GENERAL RATE CASES | Attorney Client; Work Product |
| 365 | HBP0063147 | HBP0063163 | | Report / Plan | NONE | Pacific Gas & Electric Company Board of Directors | NONE | RE: LEGAL ANALYSIS AND RECOMMENDATIONS SUBMITTED TO THE BOARD OF DIRECTORS OF PG&E FOR APPROVAL. PREPARED IN ANTICIPATION OF RECOMMENDED FILING OF ADVICE LETTER WITH THE CALIFORNIA PUBLIC UTILITY COMMISSION (CPUC), AS PREPARATION FOR REGULATORY PROCEEDINGS BEFORE THE NUCLEAR REGULATORY COMMISSION (NRC) AND IN ANTICIPATION OF FUTURE GENERAL RATE CASES | Attorney Client; Work Product |
| 366 | HBP0063164 | HBP0063167 | 1/21/1998 | Report / Plan | NONE | Pacific Gas & Electric Company Board of Directors | NONE | RE: LEGAL ANALYSIS AND RECOMMENDATIONS SUBMITTED TO THE BOARD OF DIRECTORS OF PG&E FOR APPROVAL. PREPARED IN PREPARATION FOR REGULATORY PROCEEDINGS BEFORE THE CALIFORNIA PUBLIC UTILITY COMMISSION (CPUC), AS PREPARATION FOR REGULATORY PROCEEDINGS BEFORE THE NUCLEAR REGULATORY COMMISSION (NRC) AND IN ANTICIPATION OF FUTURE GENERAL RATE CASES | Attorney Client; Work Product |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 367 | HBP0063169 | HBP0063170 | | Financial | NONE | NONE | NONE | DOCUMENT GENERATED IN PREPARATION OF A GENERAL RATE CASE FILING BEFORE THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Work Product |
| 368 | HBP0063172 | HBP0063172 | 10/31/2000 | Electronic Mail (Email) | Willis, Roy | Moulia, Thomas | Tyler, Tom; Winn, Valerie | E-MAIL CONTAINING STRATEGY RE: ISFSI LICENSING. PROVIDED IN ANTICIPATION OF PROPOSAL SUBMITTAL TO THE MANAGEMENT COMMITTEE OF PG&E, AND AS PREPARATION FOR FILING OF ADVICE LETTER WITH THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Work Product |
| 369 | HBP0063218 | HBP0063227 | | Report / Plan | NONE | Pacific Gas & Electric Company Board of Directors | NONE | RE: LEGAL ANALYSIS AND RECOMMENDATIONS SUBMITTED TO THE MANAGEMENT COMMITTEE OF PG&E FOR APPROVAL. PREPARED IN PREPARATION FOR NEXT NUCLEAR DECOMMISSIONING COST TRIENNIAL PROCEEDING (NDCTP), AS PREPARATION FOR RECOMMENDED FILING OF ADVICE LETTER WITH THE CALIFORNIA PUBLIC UTILITY COMMISSION (CPUC), AS PREPARATION FOR REGULATORY PROCEEDINGS BEFORE THE NUCLEAR REGULATORY COMMISSION (NRC) AND IN ANTICIPATION OF FUTURE GENERAL RATE CASES | Attorney Client; Work Product |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 370 | HBP0063228 | HBP0063237 | | Report / Plan | NONE | Pacific Gas & Electric Company Board of Directors | NONE | RE: LEGAL ANALYSIS AND RECOMMENDATIONS SUBMITTED TO THE MANAGEMENT COMMITTEE OF PG&E FOR APPROVAL. PREPARED IN PREPARATION FOR NEXT NUCLEAR DECOMMISSIONING COST TRIENNIAL PROCEEDING (NDCTP), AS PREPARATION FOR RECOMMENDED FILING OF ADVICE LETTER WITH THE CALIFORNIA PUBLIC UTILITY COMMISSION (CPUC), AS PREPARATION FOR REGULATORY PROCEEDINGS BEFORE THE NUCLEAR REGULATORY COMMISSION (NRC) AND IN ANTICIPATION OF FUTURE GENERAL RATE CASES | Attorney Client; Work Product |
| 371 | HBP0063269 | HBP0063269 | 10/2/2000 | Electronic Mail (Email) | Winn, Valerie | Moulia, Thomas | NONE | E-MAIL CONTAINING STRATEGY RE: REGULATORY PROCEEDINGS FOR ISFSI LICENSING. PROVIDED IN ANTICIPATION OF PROPOSAL SUBMITTAL TO THE MANAGEMENT COMMITTEE AND BOARD OF DIRECTORS OF PG&E, AS PREPARATION FOR THE NEXT NUCLEAR DECOMMISSIONING COST TRIENNIAL PROCEEDING, AND AS PREPARATION FOR FILING OF ADVICE LETTER WITH THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC). DOCUMENT CONTAINS HANDWRITTEN REQUEST FOR LEGAL REVIEW | Work Product |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 372 | HBP0063271 | HBP0063278 | | Report / Plan | NONE | Pacific Gas & Electric Company Board of Directors | NONE | RE: LEGAL ANALYSIS AND RECOMMENDATIONS SUBMITTED TO THE BOARD OF DIRECTORS OF PG&E FOR APPROVAL. PREPARED IN PREPARATION FOR NEXT NUCLEAR DECOMMISSIONING COST TRIENNIAL PROCEEDING (NDCTP), AS PREPARATION FOR RECOMMENDED FILING OF ADVICE LETTER WITH THE CALIFORNIA PUBLIC UTILITY COMMISSION (CPUC), AS PREPARATION FOR REGULATORY PROCEEDINGS BEFORE THE NUCLEAR REGULATORY COMMISSION (NRC) AND IN ANTICIPATION OF FUTURE GENERAL RATE CASES | Attorney Client; Work Product |
| 373 | HBP0063318 | HBP0063321 | 7/14/2000 | Report / Plan | NONE | NONE | NONE | RE: LEGAL ANALYSIS AND RECOMMENDATIONS SUMMARY SUBMITTED TO THE BOARD OF DIRECTORS OF PG&E FOR APPROVAL. PREPARED IN ANTICIPATION OF REGULATORY PROCEEDINGS BEFORE THE CALIFORNIA PUBLIC UTILITY COMMISSION (CPUC), IN ANTICIPATION OF REGULATORY PROCEEDINGS BEFORE THE NUCLEAR REGULATORY COMMISSION (NRC), IN PREPARATION FOR THE NEXT NUCLEAR DECOMMISSIONING COST TRIENNIAL PROCEEDING (NDCTP), AND IN ANTICIPATION OF FUTURE GENERAL RATE CASES | Attorney Client; Work Product |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 374 | HBP0063333 | HBP0063333 | | Repotr / Plan | NONE | NONE | NONE | DOCUMENTE GENERATED IN PREPARATION OF REGULATORY PROCEEDINGS RE: STRATEGY FOR HBPP ISFSI DEVELOPMENT. PREPARED IN ANTICIPATION OF FILING OF ADVICE LETTER WITH THE CALIFORNIA PUBLIC UTILITY COMMISSION (CPUC), AND IN ANTICIPATION OF FUTURE GENERAL RATE CASES; | Work Product |
| 375 | HBP0063334 | HBP0063337 | | Report / Plan | NONE | NONE | NONE | DOCUMENTE GENERATED IN PREPARATION OF REGULATORY PROCEEDINGS RE: STRATEGY FOR HBPP ISFSI DEVELOPMENT. PREPARED IN ANTICIPATION OF FILING OF ADVICE LETTER WITH THE CALIFORNIA PUBLIC UTILITY COMMISSION (CPUC), AND IN ANTICIPATION OF FUTURE GENERAL RATE CASES; | Work Product |
| 376 | HBP0063351 | HBP0063351 | 11/8/1995 | Report / Plan | Van Note, Larry | NONE | NONE | NOTES FROM MEETING WITH COUNSEL (C. BUCHSBAUM) RE: COUNSEL ADVICE ON TAX ISSUES | Attorney Client; Work Product |
| 377 | HBP0063366 | HBP0063366 | 10/23/1995 | Electronic Mail (Email) | Eckhardt, Pat K | Moulia, Tom A; Williams, Terry J; Sguyres, Drew A; Busterud, John; AMH3@CEO@DCPP; Willis, Roy B; Mullen, Pat W; Cooper, Shawn E | VCF1@EnvsSvcs@Gen1Cns1; JFM7@EnvSvcs@Gen1Cns1 | E-MAIL FROM COUNSEL (P. ECKHARDT) TO PG&E COUNSEL (J. BUSTERUD) RE: STRATEGY FOR HBPP PERMIT HEARING | Attorney Client |
| 378 | HBP0063462 | HBP0063462 | 8/14/1995 | Multiple Email | Kahler, Edwin R | Moulia, Tom A | NONE | E-MAIL CONTAINING DESCRIPTION OF LEGAL ADVICE FROM COUNSEL (C. BUCHSBAUM, R. LOCKE) RE: REGULATORY PROCEEDINGS BEFORE THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Work Product; Attorney Client |
| 379 | HBP0063472 | HBP0063473 | 8/14/1995 | Multiple Email | Kahler, Edwin R | Moulia, Tom A | NONE | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN COUNSEL (C. BUCHSBAUM) AND COUNSEL (C. WARNER) RE: COUNSEL ADVICE ON TAX ISSUES | Attorney Client |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 380 | HBP0063497 | HBP0063497 | 6/1/1995 | Electronic Mail (Email) | Sokolsky, David D | Womakc, Lawrence F | Kahler, Edwin R; Moulia, Tom A | RE: HBPP REGULATORY REQUIREMENTS. INCLUDES DISCUSSION OF ANALYSIS BY COUNSEL (R. LOCKE) | Work Product |
| 381 | HBP0063515 | HBP0063516 | 9/18/1995 | Multiple Email | Womack, Lawrence F | Kahler, Edwin R | Angus, Michael J; Moulia, Tom A | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN COUNSEL (R. LOCKE AND C. WARNER) RE: HBPP DECOMMISSIONING REGULATORY PROCEEDINGS | Attorney Client |
| 382 | HBP0063584 | HBP0063584 | 7/28/1995 | Multiple Email | Warner, Christopher J | Locke, Richard F; Danielson, Al H | Buchsbaum, Craig M | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN CLIENT AND COUNSEL (C. WARNER, C. BUCHSBAUM, R. LOCKE) RE: REGULATORY FILINGS BEFORE THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Attorney Client |
| 383 | HBP0065603 | HBP0065666 | 11/15/2000 | Electronic Mail (Email) | Baker, Bill | Phillips, Blane | Patton, Bruce; Cassidy, Leigh S; Baker, Bill; hgpgiffels@aol.com; Kapus, Robert; Kahler, Edwin | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN CLIENT AND COUNSEL (L. CASSIDY) RE: ATTACHED (HBP0065605 - HBP0065666) DRAFT HOLTEC CONTRACT DOCUMENTS. FORWARDED TO COUNSEL IN PREPARATION OF MEETING TO DISCUSS DRAFT CONTRACT | Attorney Client; Work Product |
| 384 | HBP0065667 | HBP0065709 | 11/14/2000 | Electronic Mail (Email) | Phillips, Blane | Patton, Bruce; Cassidy, Leigh S; Baker, Bill; hgpgiffels@aol.com | Kapus, Robert; Kahler, Edwin | E-MAIL RE: ATTACHED (HBP0065668 - HBP0065709) DRAFT HOLTEC CONTRACT DOCUMENTS. FORWARDED IN PREPARATION OF MEETING TO DISCUSS DRAFT CONTRACT WITH COUNSEL | Attorney Client; Work Product |
| 385 | HBP0065711 | HBP0065727 | 3/28/2001 | Letter | NONE | California Public Utilities Commission | Strom-Martin, Virginia; Redwood Alliance | DRAFT ADVICE LETTER AND ATTACHMENTS (HBP0065717 - HBP0065727) TO CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) RE: HBPP DECOMMISSIONING AND SPENT FUEL STORAGE. PREPARED FOR FILING BEFORE CPUC | Work Product |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 386 | HBP0065755 | HBP0065788 | 1/29/2001 | Letter | NONE | California Public Utilities Commission | NONE | DRAFT ADVICE LETTER AND ATTACHMENTS (HBP0065759 - HBP0065788) TO CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) RE: HBPP DECOMMISSIONING AND SPENT FUEL STORAGE. PREPARED FOR FILING BEFORE CPUC | Work Product |
| 387 | HBP0065789 | HBP0065804 | 3/22/2001 | Electronic Mail (Email) | Winn, Valerie | Womack, Lawrence; Moulia, Thomas; Willis, Roy; Tyler, Tom; Kapus, Robert; Locke, Richard F; Manheim, William; Mullen, Patrick | Novak, Todd | E-MAIL FROM CLIENT TO COUNSEL (R. LOCKE, W. MANHEIM) RE: ATTACHED DRAFT ADVICE LETTER AND ATTACHMENTS (HBP0065790 - HBP0065804) TO CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) RE: HBPP DECOMMISSIONING AND SPENT FUEL STORAGE. PREPARED FOR FILING BEFORE CPUC | Attorney Client; Work Product |
| 388 | HBP0065805 | HBP0065805 | 1/19/2001 | Multiple Email | Tyler, Tom | Albers, John; Kapus, Robert; Moulia, Thomas; Mullen, Patrick; Sokolsky, David; Williams, Terry; Willis, Roy; Winn, Valerie | NONE | E-MAIL CHAIN CONTAINING DRAFT LEGAL ANALYSIS AND RECOMMENDATIONS FOR SUBMITTAL TO THE BOARD OF DIRECTORS OF PG&E FOR APPROVAL. PREPARED IN ANTICIPATION OF FILING AN ADVICE LETTER WITH THE CALIFORNIA PUBLIC UTILITY COMMISSION (CPUC) | Work Product |
| 389 | HBP0065815 | HBP0065829 | 11/14/2000 | Letter | NONE | California Public Utilities Commission | NONE | DRAFT ADVICE LETTER AND ATTACHMENTS (HBP0065819 - HBP0065829) TO CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) RE: HBPP DECOMMISSIONING AND SPENT FUEL STORAGE. PREPARED FOR FILING BEFORE CPUC | Work Product |
| 390 | HBP0065831 | HBP0065845 | 3/28/2001 | Letter | NONE | California Public Utilities Commission | Strom-Martin, Virginia; Redwood Alliance | DRAFT ADVICE LETTER AND ATTACHMENTS (HBP0065836 - HBP0065845) TO CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) RE: HBPP DECOMMISSIONING. PREPARED FOR FILING BEFORE CPUC | Work Product |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 391 | HBP0066887 | HBP0066935 | 1/22/1999 | Report / Plan | NONE | NONE | NONE | DRAFT REQUEST FOR PROPOSAL RE: DCPP SPENT FUEL STORAGE. INCLUDES LEGAL ANALYSIS OF COUNSEL (L. CASSIDY) | Attorney Client; Work Product |
| 392 | HBP0067509 | HBP0067540 | | Report / Plan | NONE | NONE | NONE | DRAFT REPORT RE: HBPP DECOMMISSIONING. PREPARED FOR FILING IN GENERAL RATE CASE PROCEEDING BEFORE THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Work Product |
| 393 | HBP0067541 | HBP0067542 | 1/8/2002 | Multiple Email | Moulia, Thomas | Willis, Roy | NONE | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN CLIENT AND COUNSEL (R. LOCKE, W. MARHEIM) RE: ADVICE LETTER FOR FILING BEFORE THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Attorney Client; ; Work Product |
| 394 | HBP0067543 | HBP0067551 | 00/00/2002 | Transcript / Testimony | NONE | NONE | NONE | DRAFT TESTIMONY RE: HBPP DECOMMISSIONING ACTIVITIES. PREPARED IN ANTICIPATION OF NUCLEAR DECOMMISSIONING COST TRIENNIAL PROCEEDING (NDCTP) BEFORE THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Work Product |
| 395 | HBP0067552 | HBP0067561 | 00/00/2002 | Transcript / Testimony | NONE | NONE | NONE | DRAFT TESTIMONY RE: HBPP DECOMMISSIONING ACTIVITIES. PREPARED IN ANTICIPATION OF NUCLEAR DECOMMISSIONING COST TRIENNIAL PROCEEDING (NDCTP) BEFORE THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Work Product |
| 396 | HBP0067562 | HBP0067562 | | Financial | NONE | NONE | NONE | ATTACHMENT TO DRAFT TESTIMONY (HBP0067552) RE: HBPP DECOMMISSIONING ACTIVITIES. PREPARED IN ANTICIPATION OF NUCLEAR DECOMMISSIONING COST TRIENNIAL PROCEEDING (NDCTP) BEFORE THE CALIFORNIA PUBLIC UTILITY COMMISSION (CPUC) | Work Product |