PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 397 | HBP0067585 | HBP0067585 | 2/23/2002 | Electronic Mail (Email) | Willis, Roy | Locke, Richard F | Moulia, Thomas; Grebel, Terence; Kahler, Edwin; Strickland, L Jearl; Phillips, Blane; Womack, Lawrence | E-MAIL TO COUNSEL (R. LOCKE) FROM CLIENT RE: DRAFT HOLTEC CONTRACT DOCUMENTS. PROVIDED FOR REVIEW BY COUNSEL | Attorney Client |
| 398 | HBP0067586 | HBP0067586 | 2/23/2002 | Electronic Mail (Email) | Willis, Roy | Locke, Richard F | Moulia, Thomas; Grebel, Terence; Kahler, Edwin; Strickland, L Jearl; Phillips, Blane; Womack, Lawrence | E-MAIL TO COUNSEL (R. LOCKE) FROM CLIENT RE: DRAFT HOLTEC CONTRACT DOCUMENTS. REQUESTS ATTORNEY COMMENTS | Attorney Client |
| 399 | HBP0067639 | HBP0067641 | | Agreement / Contract | NONE | NONE | NONE | DRAFT AGREEMENT OF HBPP ISFSI PROJECT TEAM RE: ISFSI DEVELOPMENT STRATEGY. PREPARED IN ANTICIPATION OF REGULATORY PROCEEDINGS BEFORE THE NUCLEAR REGULATORY PROCEEDING (NRC), AND AS PREPARATION FOR REGULATORY PROCEEDINGS BEFORE THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Work Product |
| 400 | HBP0067646 | HBP0067677 | | Report / Plan | NONE | NONE | NONE | DRAFT REPORT RE: HBPP DECOMMISSIONING. PREPARED FOR FILING IN GENERAL RATE CASE PROCEEDING BEFORE THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Work Product |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 401 | HBP0067680 | HBP0067688 | | Report / Plan | NONE | Pacific Gas & Electric Company Board of Directors | NONE | RE: LEGAL ANALYSIS AND RECOMMENDATIONS SUBMITTED TO THE BOARD OF DIRECTORS OF PG&E FOR APPROVAL. PREPARED IN PREPARATION FOR NEXT NUCLEAR DECOMMISSIONING COST TRIENNIAL PROCEEDING (NDCTP), AS PREPARATION FOR RECOMMENDED FILING OF ADVICE LETTER WITH THE CALIFORNIA PUBLIC UTILITY COMMISSION (CPUC), AS PREPARATION FOR REGULATORY PROCEEDINGS BEFORE THE NUCLEAR REGULATORY COMMISSION (NRC) AND IN ANTICIPATION OF FUTURE GENERAL RATE CASES | Attorney Client; Work Product |
| 402 | HBP0067689 | HBP0067698 | | Report / Plan | NONE | Pacific Gas & Electric Company Board of Directors | NONE | RE: LEGAL ANALYSIS AND RECOMMENDATIONS SUBMITTED TO THE BOARD OF DIRECTORS OF PG&E FOR APPROVAL. PREPARED IN PREPARATION FOR NEXT NUCLEAR DECOMMISSIONING COST TRIENNIAL PROCEEDING (NDCTP), AS PREPARATION FOR RECOMMENDED FILING OF ADVICE LETTER WITH THE CALIFORNIA PUBLIC UTILITY COMMISSION (CPUC), AS PREPARATION FOR REGULATORY PROCEEDINGS BEFORE THE NUCLEAR REGULATORY COMMISSION (NRC) AND IN ANTICIPATION OF FUTURE GENERAL RATE CASES | Attorney Client; Work Product |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 403 | HBP0067710 | HBP0067713 | | Memo | Rueger, Greg | Smith, Gordon | Womack, Lawrence F; Kapus, Robert L; Moulia, Tom A | DRAFT MEMORANDUM TO THE BOARD OF DIRECTORS OF PG&E RE: ANTICIPATED REGULATORY PROCEEDINGS BEFORE THE NUCLEAR REGULATORY COMMISSION (NRC), AND IN PREPARATION FOR GENERAL RATE CASE PROCEEDINGS BEFORE THE CALIFORNIA PUBLIC UTILITIES COMMISSION | Work Product |
| 404 | HBP0067747 | HBP0067770 | | Report / Plan | NONE | NONE | NONE | DRAFT TESTIMONY OF TLG, ENGINEERING, INC. EMPLOYEE (T. LAGUARDIA) RE: DCPP DECOMMISSIONING COST STUDY. PROVIDED IN ANTICIPATION OF GENERAL RATE CASE REGULATORY PROCEEDING | Work Product |
| 405 | HBP0067771 | HBP0067785 | 3/28/2001 | Letter | NONE | California Public Utilities Commission | Strom-Martin, Virginia; Redwood Alliance | DRAFT ADVICE LETTER AND ATTACHMENTS (HBP0067776 - HBP0067785) TO CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) RE: HBPP DECOMMISSIONING AND SPENT FUEL STORAGE. PREPARED FOR FILING BEFORE CPUC | Work Product |
| 406 | HBP0067786 | HBP0067795 | | Report / Plan | NONE | Pacific Gas & Electric Company Board of Directors | NONE | RE: LEGAL ANALYSIS AND RECOMMENDATIONS SUBMITTED TO THE BOARD OF DIRECTORS OF PG&E FOR APPROVAL. PREPARED IN PREPARATION FOR NEXT NUCLEAR DECOMMISSIONING COST TRIENNIAL PROCEEDING (NDCTP), AS PREPARATION FOR RECOMMENDED FILING OF ADVICE LETTER WITH THE CALIFORNIA PUBLIC UTILITY COMMISSION (CPUC), AS PREPARATION FOR REGULATORY PROCEEDINGS BEFORE THE NUCLEAR REGULATORY COMMISSION (NRC) AND IN ANTICIPATION OF FUTURE GENERAL RATE CASES | Attorney Client; Work Product |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 407 | HBP0067796 | HBP0067803 | | Transcript / Testimony | Womack, Lawrence F | NONE | NONE | DRAFT TESTIMONY OF PG&E EMPLOYEE (L. WOMACK) RE: DCPP DECOMMISSIONING. PROVIDED IN ANTICIPATION OF GENERAL RATE CASE REGULATORY PROCEEDING | Work Product |
| 408 | HBP0067804 | HBP0067806 | 7/31/2000 | Agenda / Meeting Minute | NONE | NONE | NONE | REDACTED DESCRIPTION OF REQUESTED ATTORNEY (R. LOCKE, C. WARNER) ADVICE TO BE PREPARED IN ANTICIPATION OF CURRENT LITIGATION, DESCRIPTION OF REQUESTED ATTORNEY (L. CASSIDY) ADVICE RE: HOLTEC CONTRACT, DESCRIPTION OF REQUESTED ATTORNEY (R. LOCKE) ADVICE RE: RECORDS RETENTION STANDARD | Attorney Client; Work Product |
| 409 | HBP0068435 | HBP0068444 | | Report / Plan | NONE | Pacific Gas & Electric Company Board of Directors | NONE | RE: LEGAL ANALYSIS AND RECOMMENDATIONS SUBMITTED TO THE BOARD OF DIRECTORS OF PG&E FOR APPROVAL. PREPARED IN PREPARATION FOR NEXT NUCLEAR DECOMMISSIONING COST TRIENNIAL PROCEEDING (NDCTP), AS PREPARATION FOR RECOMMENDED FILING OF ADVICE LETTER WITH THE CALIFORNIA PUBLIC UTILITY COMMISSION (CPUC), AS PREPARATION FOR REGULATORY PROCEEDINGS BEFORE THE NUCLEAR REGULATORY COMMISSION (NRC) AND IN ANTICIPATION OF FUTURE GENERAL RATE CASES | Attorney Client; Work Product |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 410 | HBP0068455 | HBP0068457 | 7/31/2000 | Agenda / Meeting Minute | NONE | NONE | NONE | REDACTED DESCRIPTION OF REQUESTED ATTORNEY (R. LOCKE, C. WARNER) ADVICE TO BE PREPARED IN ANTICIPATION OF CURRENT LITIGATION, DESCRIPTION OF REQUESTED ATTORNEY (L. CASSIDY) ADVICE RE: HOLTEC CONTRACT, DESCRIPTION OF REQUESTED ATTORNEY (R. LOCKE) ADVICE RE: RECORDS RETENTION STANDARD | Attorney Client; Work Product |
| 411 | HBP0068669 | HBP0068692 | | Report / Plan | NONE | NONE | NONE | DRAFT PORTION OF REPORT PREPARED IN ANTICIPATION OF GENERAL RATE CASE PROCEEDINGS BEFORE THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Work Product |
| 412 | HBP0070843 | HBP0070847 | 12/9/2003 | Letter | Womack, Lawrence F | NONE | PG Fossil Gen HBPP Humboldt Distribution; Hall, James R; Repka, David A (Winston & Strawn) | DRAFT LETTER TO NUCLEAR REGULATORY COMMISSION (NRC) RE: ISFSI LICENSING ISSUES. PREPARED FOR FILING BEFORE THE NRC | Work Product |
| 413 | HBP0070848 | HBP0070850 | 10/1/2003 | Report / Plan | NONE | NONE | NONE | DRAFT ENVIRONMENTAL REPORT PREPARED IN ANTICIPATION OF REGULATORY PROCEEDINGS BEFORE THE CALIFORNIA COASTAL COMMISSION (CCC) | Work Product |
| 414 | HBP0070851 | HBP0070853 | 10/1/2003 | Report / Plan | NONE | NONE | NONE | DRAFT ENVIRONMENTAL REPORT PREPARED IN ANTICIPATION OF REGULATORY PROCEEDINGS BEFORE THE CALIFORNIA COASTAL COMMISSION (CCC) | Work Product |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 415 | HBP0070912 | HBP0070949 | | Report / Plan | Willis, Roy | NONE | NONE | DRAFT APPLICATION AND ATTACHMENTS (HBP0070921 - HBP0070949) RE: ISFSI DEVELOPMENT PERMIT. PREPARED FOR FILING WITH THE CALIFORNIA COASTAL COMMISSION (CCC). ADDITIONAL ATTACHMENT FOUND AT HBP0070977 - HBP0070995 | Work Product |
| 416 | HBP0070977 | HBP0070995 | | Report / Plan | NONE | NONE | NONE | ATTACHMENT TO DRAFT APPLICATION (HBP0070912 - HBP0070920) RE: ISFSI DEVELOPMENT PROJECT PROPOSAL. PREPARED FOR FILING WITH THE CALIFORNIA COASTAL COMMISSION (CCC) | Work Product |
| 417 | HBP0071013 | HBP0071015 | | Report / Plan | NONE | NONE | NONE | DRAFT AGREEMENT OF HBPP ISFSI PROJECT TEAM RE: ISFSI DEVELOPMENT STRATEGY. PREPARED IN ANTICIPATION OF REGULATORY PROCEEDINGS BEFORE THE NUCLEAR REGULATORY PROCEEDING (NRC), AND AS PREPARATION FOR REGULATORY PROCEEDINGS BEFORE THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Work Product |
| 418 | HBP0071036 | HBP0071038 | | Report / Plan | NONE | NONE | NONE | COMMENTS ON DOE REGULATIONS RE: ISFSI DEVELOPMENT. INCLUDES LEGAL ANALYSIS PROVIDED IN ANTICIPATION OF REGULATORY PROCEEDINGS BEFORE THE NUCLEAR REGULATORY COMMISSION (NRC) | Work Product |
| 419 | HBP0071068 | HBP0071084 | 1/29/2001 | Letter | NONE | California Public Utilities Commission | NONE | DRAFT ADVICE LETTER AND ATTACHMENTS TO CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) RE: HBPP DECOMMISSIONING AND SPENT FUEL STORAGE. PREPARED FOR FILING BEFORE CPUC | Work Product |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 420 | HBP0071085 | HBP0071101 | 1/29/2001 | Letter | NONE | California Public Utilities Commission | NONE | DRAFT ADVICE LETTER AND ATTACHMENTS TO CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) RE: HBPP DECOMMISSIONING AND SPENT FUEL STORAGE. PREPARED FOR FILING BEFORE CPUC | Work Product |
| 421 | HBP0071185 | HBP0071185 | | Report / Plan | NONE | NONE | NONE | OUTLINE OF ADVICE LETTER ISSUES RE: HBPP ISFSI LICENSING AND DEVELOPMENT. PREPARED IN ANTICIPATION OF FILING BEFORE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC), AND IN ANTICIPATION OF REGULATORY PROCEEDINGS BEFORE THE NUCLEAR REGULATORY COMMISSION (NRC) | Work Product |
| 422 | HBP0074251 | HBP0074251 | | Financial | NONE | NONE | NONE | OUTLINE OF ADVICE LETTER STRATEGY RE: HBPP ISFSI LICENSING AND DEVELOPMENT. PREPARED IN ANTICIPATION OF FILING BEFORE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Work Product |
| 423 | HBP0093961 | HBP0093962 | 7/31/2000 | Agenda / Meeting Minute | NONE | NONE | NONE | DUPLICATE OF PDCP0026481 - PDCP0026482. REDACTED DESCRIPTION OF REQUESTED ATTORNEY (R. LOCKE, C. WARNER) ADVICE TO BE PREPARED IN ANTICIPATION OF CURRENT LITIGATION, DESCRIPTION OF REQUESTED ATTORNEY (L. CASSIDY) ADVICE RE: HOLTEC CONTRACT, DESCRIPTION OF REQUESTED ATTORNEY (R. LOCKE) ADVICE RE: RECORDS RETENTION STANDARD | Attorney Client; Work Product |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 424 | HBP0093997 | HBP0093998 | 7/31/2000 | Agenda / Meeting Minute | NONE | NONE | NONE | DUPLICATE OF PDCP0026481 - PDCP0026482. REDACTED DESCRIPTION OF REQUESTED ATTORNEY (R. LOCKE, C. WARNER) ADVICE TO BE PREPARED IN ANTICIPATION OF CURRENT LITIGATION, DESCRIPTION OF REQUESTED ATTORNEY (L. CASSIDY) ADVICE RE: HOLTEC CONTRACT, DESCRIPTION OF REQUESTED ATTORNEY (R. LOCKE) ADVICE RE: RECORDS RETENTION STANDARD | Attorney Client; Work Product |
| 425 | PGE0000108 | PGE0000109 | 2/12/1993 | Electronic Mail (Email) | Warner, Christopher J | Dixon, Betsy J; Hobson, Missie P;Callaway, Lee | Rueger, Gregory M | COUNSEL (C. WARNER) RESPONSE TO REQUEST FOR DRAFT LETTER REGARDING STRATEGY FOR PROMOTING GOVERNMENT COMPLIANCE WITH THE NWPA REQUIREMENTS. EMAIL CONTAINS LEGAL REVIEW AND ANALYSIS OF COUNSEL | Attorney Client; Work Product |
| 426 | PGE0000113 | PGE0000113 | 07/09/0000 | Letter | Rueger, Greg M | Kaefer, William B; Molden, Jim | NONE | REQUEST TO COUNSEL (P. RIGNEY) FOR ADDITIONAL INFORMATION CONCERNING THE APPLICABILTY/IMPACT ON HUMBOLDT #3 OF ATTACHED (PGE0000113 - PGE0000115) MEMORANDUM TO UTILITY DECOMMISSIONING TAX GROUP FROM COUNSEL (REID & PRIEST) RE: LEGAL SUMMARY OF PROPOSED ADJUSTMENT OF NRC REGULATIONS AND IMPACT ON UTILITY DECOMMISSIONING | Attorney Client |
| 427 | PGE0000114 | PGE0000116 | 6/25/1993 | Memo | Dacek, Raymond F (Reid & Priest); Healy, Patricia M (Reid & Priest); Nelson, Gregory L (Reid & Priest) | Utility Decommissioning Tax Group | NONE | MEMORANDUM TO UTILITY DECOMMISSIONING TAX GROUP FROM COUNSEL (REID & PRIEST) RE: LEGAL SUMMARY OF PROPOSED ADJUSTMENT OF NRC REGULATIONS AND IMPACT ON UTILITY DECOMMISSIONING | Attorney Client |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 428 | PGE0000173 | PGE0000173 | 4/22/1993 | Memo | Warner, Christopher J | Rueger, Greg M | Golub, Howard V | LEGAL REVIEW OF, ANALYSIS OF, AND ADVICE RE: ATTACHED (PPGE0000109 - PPGE0000111) LETTER FROM ROLAND ROBERTSON (TRW) TO RICHARD CLARK (PG&E) | Attorney Client; Work Product |
| 429 | PGE0000174 | PGE0000174 | 4/22/1993 | Memo | Warner, Christopher J | Rueger, Greg M | Golub, Howard V | LEGAL REVIEW OF, ANALYSIS OF, AND ADVICE RE: ATTACHED (PPGE0000109 - PPGE0000111) LETTER FROM ROLAND ROBERTSON (TRW) TO RICHARD CLARK (PG&E) | Attorney Client; Work Product |
| 430 | PGE0000598 | PGE0000598 | 10/13/1995 | Fax Cover Sheet | Price III, Charles P (Myers Oliver & Price, PC) | Warner, Christopher J | NONE | FACSIMILE COVER SHEET FOR ATTACHED (PGE0000599 - PGE0000601) LETTER FROM MESCALERO FUEL STORAGE UTILITY GROUP REAL ESTATE COUNSEL (C. PRICE) TO MESCALERO FUEL STORAGE UTILITY GROUP MEMBER COUNSEL CONTAINS UPDATE OF LAND PURCHASE NEGOTIATIONS WITH PROPECTIVE SELLERS' COUNSEL AND ADVICE OF PRICE | Attorney Client |
| 431 | PGE0000599 | PGE0000601 | 10/13/1995 | Letter | Price III, Charles P (Myers Oliver & Price, PC) | Parkyn, John (Dairyland Power) | Northard, Scott D (Northern States Power); Connelly, Michael C (Northern States Power); Christian, Claudette M (Hogan & Hartson); Moise, Steven K (Moise & Company); Warner, Christopher J | LETTER FROM MESCALERO FUEL STORAGE UTILITY GROUP REAL ESTATE COUNSEL (C. PRICE) TO MESCALERO FUEL STORAGE UTILITY GROUP MEMBER COUNSEL CONTAINS UPDATE OF LAND PURCHASE NEGOTIATIONS WITH PROPECTIVE SELLERS' COUNSEL AND ADVICE OF PRICE | Attorney Client; Work Product |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 432 | PGE0000604 | PGE0000605 | 10/12/1995 | Fax Cover Sheet | Price III, Charles P (Myers Oliver & Price, PC) | Christian, Claudette M (Hogan & Hartson); Connelly, Michael C (Northern States Power) | NONE | FACSIMILE COVER SHEET AND ATTACHED (PGE0000605) DRAFT MESCALERO LAND PURCHASE AGREEMENT. LEGAL WORK PRODUCT OF MESCALERO FUEL STORAGE UTILITY GROUP COUNSEL. FACSIMILE SENT FROM MESCALERO FUEL STORAGE UTILITY GROUP REAL ESTATE COUNSEL (C. PRICE) TO UTILITY GROUP REPRESENTATIVE (S. NORTHARD) AND COUNSEL (C. CHRISTIAN, M. CONNELLY) | Attorney Client; Work Product |
| 433 | PGE0000678 | PGE0000678 | 10/6/1995 | Fax Cover Sheet | Warner, Christopher J | Northard, Scott (Northern States Power) | NONE | COMMUNICATION TO MESCALERO PRIVATE FUEL STORAGE PROJECT REPRESENTATIVE (S. NORTHARD) FROM C. WARNER RE: LEGAL ANALYSIS OF DRAFT LAND PURCHASE AGREEMENT | Attorney Client |
| 434 | PGE0000707 | PGE0000707 | 9/29/1995 | Letter | Parkyn, John (Dairyland Power) | NONE | NONE | MESCALERO PRIVATE FUEL STORAGE PROJECT BOARD INFORMATION NOTICE DESCRIBING FORMATION OF AND DUTIES OF LEGAL SUBCOMMITTEE | Attorney Client |
| 435 | PGE0000747 | PGE0000747 | | Report / Plan | NONE | NONE | Stock, Bill; Duke, Dave; Thielly, Raymond; Nicholson, Alan | LEGAL ANALYSIS OF C. WARNER RE: PROJECT MANAGEMENT BIDDER EVALUATION PROCESS FOR MESCALERO FUEL STORAGE PROJECT. A REDACTED VERSION OF THIS PAGE HAS BEEN PRODUCED AT PPGE0000397. | Attorney Client |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 436 | PGE0000913 | PGE0000913 | 11/15/2002 | Letter | Warner, Christopher J | Swimmer, Margaret A (Hall Estill Hardwick Gable Golden & Nelson) | Connelly, Michael (Northern States Power); Porter, Doug (Southern California Edison); Foran, James (Public Service Electric & Gas); Christian, Claudette M (Hogan & Hartson) | COMMUNICATION OF PG&E COUNSEL (C. WARNER) TO MESCALERO PRIVATE STORAGE PROJECT INDIAN LAW COUNSEL (M. SWIMMER) RE: PREVIOUS SWIMMER ADVICE ON LAND USE ISSUES AND WARNER REQUEST FOR SWIMMER ADVICE RE: REGULATORY STRATEGY | Attorney Client |
| 437 | PGE0000915 | PGE0000915 | 9/13/1995 | Fax Cover Sheet | Miller, Mary Beth (Hogan & Hartson) | Connelly, Mike (Northern States Power); Stetzner, Leah (Illinois Power Company); Shinnock, Jack (American Electric Power Company); Foran, Jim (Public Service Electric & Gas); Leibowitz, Donald (Public Service Electric & Gas); Warner, Christopher J; Porter, Doug (Southern California Edison) | NONE | FACSIMILE COVER SHEET FOR LEGAL MEMORANDUM RE: ATTACHED DRAFT AMENDMENT NO. 1 TO THE LIMITED LIABILITY COMPANY AGREEMENT OF MESCALERO FUEL STORAGE L.L.C. MEMORANDUM AND DRAFT AGREEMENT WRITTEN BY C. CHRISTIAN AND M.B. MILLER OF HOGAN & HARTSON FOR MESCALERO SPENT FUEL PROJECT MEMBERS | Attorney Client; Work Product |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 438 | PGE0000916 | PGE0000917 | 9/13/1995 | Memo | Christian, Claudette (Hogan & Hartson); Miller, Mary Beth (Hogan & Hartson) | Connelly, Mike (Northern States Power); Stetzner, Leah (Illinois Power Company); Shinnock, Jack (American Electric Power Company); Foran, Jim (Public Service Electric & Gas); Warner, Christopher J; Porter, Doug (Southern California Edison); Zaremba, Tom (Dairyland Power); Morris, Scott (Southern Company); Woelfle, Walter T (Wisconsin Electric Power); Brandenburg, Brent (Consolidated Edison Company); Martin, Marcia (GPU Nuclear); Shenberg, Michael S (GPU Nuclear); Fulton, Jack (Boston Edison); Parkyn, John (Dairyland Power) | NONE | LEGAL MEMORANDUM RE: ATTACHED DRAFT AMENDMENT NO. 1 TO THE LIMITED LIABILITY COMPANY AGREEMENT OF MESCALERO FUEL STORAGE L.L.C. MEMORANDUM AND DRAFT AGREEMENT WRITTEN BY C. CHRISTIAN AND M.B. MILLER OF HOGAN & HARTSON FOR MESCALERO SPENT FUEL PROJECT MEMBERS | Attorney Client; Work Product |
| 439 | PGE0000918 | PGE0000934 | 9/12/1995 | Agreement / Contract | NONE | NONE | NONE | DRAFT AMENDMENT NO. 1 TO THE LIMITED LIABILITY COMPANY AGREEMENT OF MESCALERO FUEL STORAGE L.L.C. ATTACHED TO LEGAL MEMORANDUM. MEMORANDUM AND DRAFT AGREEMENT WRITTEN BY C. CHRISTIAN AND M.B. MILLER OF HOGAN & HARTSON FOR MESCALERO SPENT FUEL PROJECT MEMBERS | Attorney Client; Work Product |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 440 | PGE0000943 | PGE0000943 | 9/6/1995 | Fax Cover Sheet | Miller, Mary Beth (Hogan & Hartson) | Connelly, Mike (Northern States Power); Stetzner, Leah (Illinois Power Company); Shinnock, Jack (American Electric Power); Foran, Jim (Public Service Electric & Gas); Leibowitz, Donald (Public Service Electric & Gas); Warner, Christopher J; Porter, Doug (Southern California Edison) | NONE | FACSIMILE COVER SHEET FOR LEGAL MEMORANDUM RE: FORMATION OF MESCALERO FUEL STORAGE L.L.C. MEMORANDUM WRITTEN BY C. CHRISTIAN AND M.B. MILLER OF HOGAN & HARTSON FOR MESCALERO SPENT FUEL PROJECT MEMBERS | Attorney Client; Work Product |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 441 | PGE0000944 | PGE0000945 | 9/6/1995 | Memo | Christian, Claudette (Hogan & Hartson); Miller, Mary Beth (Hogan & Hartson) | Connelly, Mike (Northern States Power); Stetzner, Leah (Illinois Power Company); Shinnock, Jack (American Electric Power); Foran, Jim (Public Service Electric & gas); Warner, Christopher J; Porter, Doug (Southern California Edison); Zaremba, Tom (Dairyland Power); Morris, Scott (Southern Company); Woefle, Walter T (Wisconsin Electric Power); Brandenburg, Brent (Consildated Edison Company); Martin, Marsha (GPU Nuclear); Shenberg, Michael S (GPU Nuclear); Fulton, Jack (Boston Edison); Parkyn, John (Dairyland Power) | NONE | LEGAL MEMORANDUM RE: FORMATION OF MESCALERO FUEL STORAGE L.L.C. MEMORANDUM WRITTEN BY C. CHRISTIAN AND M.B. MILLER OF HOGAN & HARTSON FOR MESCALERO SPENT FUEL PROJECT MEMBERS | Attorney Client; Work Product |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 442 | PGE0000962 | PGE0000962 | 8/17/1995 | Fax Cover Sheet | Hogan & Hartson LLP | Connelly, Mike (Northern States Power); Stetzner, Leah (Illinois Power Company); Shinnock, Jack (American Electric Power); Foran, Jim (Public Service Electric & Gas); Leibowitz, Donald (Public Service Electric & Gas); Warner, Christopher J; Porter, Doug (Southern California Edison) | NONE | FACSIMILE COVER SHEET FOR LEGAL MEMORANDUM RE: DRAFT MESCALERO FUEL STORAGE L.L.C. AGREEMENT. MEMORANDUM WRITTEN BY C. CHRISTIAN AND M.B. MILLER OF HOGAN & HARTSON FOR MESCALERO SPENT FUEL PROJECT MEMBERS | Attorney Client; Work Product |