PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 476 | PGE0001321 | PGE0001322 | 5/30/1995 | Letter | Rueger, Gregory M | Howard, James J (Northern States Power) | NONE | DRAFT LETTER FROM PG&E TO J. HOWARD (NORTHERN STATES POWER) RE: PG&E REVIEW OF DRAFT MESCALERO FUEL STORAGE PROJECT PARTICIPATION AGREEMENT TO FORM A UTILITY COMPANY. DRAFT LETTER FAXED FROM G. RUEGER (PG&E) TO C. WARNER FOR LEGAL REVIEW | Attorney Client; Work Product |
| 477 | PGE0001323 | PGE0001323 | 5/30/1995 | Memo | Connelly, Michael C (Northern States Power) | Jenkins, D (Commonwealth Edison); Zaremba, Thomas (Dairyland Power); Morris, Scott (Southern Companies); Woelfle, Walter T (Wisconsin Electric Power); Warner, Christopher J; Shinnock, Jack (American Electric Power) | NONE | COPY OF FACSIMILE CORRESPONDENCE (PGE0001324) FROM MESCALERO FUEL STORAGE PROJECT MEMBER COUNSEL (M. CONNELLY, NORTHERN STATES POWER) TO MESCALERO FUEL STORAGE PROJECT MEMBERS COUNSEL RE: ATTACHED (PGE0001325 - PGE0001337) DRAFT PARTICIPATION AGREEMENT TO FORM UTILITY COMPANY AND LETTER OF INTENT BETWEEN UTILITIES. INCLUDES REQUEST FOR REVIEW BY GROUP MEMBERS. COPY REFLECTS FORWARDING OF PGE0001324 - PGE0001337 TO G. RUEGER, W. STOCK, AND D. DUKE BY C. WARNER | Attorney Client; Work Product |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 478 | PGE0001324 | PGE0001337 | 5/30/1995 | Memo | Connelly, Michael C (Northern States Power) | Jenkins, D (Commonwealth Edison); Zaremba, Thomas (Dairyland Power); Morris, Scott (Southern Companies); Woelfle, Walter T (Wisconsin Electric Company); Warner, Christopher J; Shinnock, Jack (American Electric Power) | NONE | FACSIMILE CORRESPONDENCE FROM MESCALERO FUEL STORAGE PROJECT MEMBER COUNSEL (M. CONNELLY, NORTHERN STATES POWER) TO MESCALERO FUEL STORAGE PROJECT MEMBERS COUNSEL RE: ATTACHED (PGE0001325 - PGE0001337) DRAFT PARTICIPATION AGREEMENT TO FORM UTILITY COMPANY AND LETTER OF INTENT BETWEEN UTILITIES. INCLUDES REQUEST FOR REVIEW BY GROUP MEMBERS | Attorney Client; Work Product |
| 479 | PGE0001338 | PGE0001339 | 5/26/1995 | Letter | Rueger, Gregory M | Howard, James J (Northern States Power) | Stock, William C; Warner, Christopher J | DRAFT LETTER FROM G. RUEGER (PG&E) TO J. HOWARD (NORTHERN STATES POWER), COPYIED TO W. STOCK AND C. WARNER RE: PG&E REVIEW OF DRAFT MESCALERO FUEL STORAGE PROJECT PARTICIPATION AGREEMENT TO FORM A UTILITY COMPANY. DRAFT LETTER DISTRIBUTED TO D. DUKE AND W. STOCK REFLECTS LEGAL REVIEW AND ADVICE OF C. WARNER | Attorney Client; Work Product |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 480 | PGE0001340 | PGE0001341 | 1/20/1995 | Letter | Rueger, Gregory M | Howard, James J (Northern States Power) | Stock, William C; Warner, Christopher J | DRAFT LETTER FROM G. RUEGER (PG&E) TO J. HOWARD (NORTHERN STATES POWER) RE: PG&E REVIEW OF DRAFT MESCALERO FUEL STORAGE PROJECT PARTICIPATION AGREEMENT TO FORM A UTILITY COMPANY. REFLECTS LEGAL REVIEW AND WORK PRODUCT OF OF C. WARNER. DRAFT IS ATTACHMENT TO LEGAL MEMORANDUM (PGE0001342 - PGE0001343). DRAFT IS IN THE FORM OF HANDWRITTEN MARK-UPS ON A COPY OF A PREVIOUSLY SENT LETTER; A COPY OF THIS LETTER WITHOUT MARK-UPS HAS BEEN PRODUCED AT PPGE0000658 - PPGE0000659 | Attorney Client; Work Product |
| 481 | PGE0001342 | PGE0001343 | 4/26/1995 | Memo | Warner, Christopher J | Stock, William C | NONE | LEGAL MEMORANDUM CONCERNING LEGAL ANALYSIS OF AND LEGAL STRATEGY FOR PG&E PARTICIPATION IN THE MESCALERO FUEL STORAGE PROJECT. MEMORANDUM ATTACHES DRAFT LETTER (PGE0001340 - PGE0001341) FROM G. RUEGER (PG&E) TO J. HOWARD (NORTHERN STATES POWER) RE: PG&E REVIEW OF DRAFT MESCALERO FUEL STORAGE PROJECT PARTICIPATION AGREEMENT TO FORM A UTILITY COMPANY | Attorney Client; Work Product |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 482 | PGE0001360 | PGE0001360 | 5/4/1995 | Letter | Warner, Christopher J | Rueger, Gregory M; Stock, William C; Duke, David L | NONE | MEMORANDUM FORWARDING FACSIMILE CORRESPONDENCE WITH ATTACHMENT (PGE0001361 - PGE0001363) FROM MESCALERO FUEL STORAGE PROJECT MEMBER COUNSEL (M. CONNELLY, NORTHERN STATES POWER) TO MESCALERO FUEL STORAGE PROJECT MEMBERS COUNSEL RE: DRAFT PARTICIPATION AGREEMENT TO FORM UTILITY COMPANY. MEMORANDUM FROM PG&E COUNSEL C. WARNER REQUESTS REVIEW AND COMMENTS | Attorney Client; Work Product |
| 483 | PGE0001361 | PGE0001363 | 5/4/1995 | Memo | Connelly, Michael C (Northern States Power) | Jenkins, D (Commonwealth Edison); Zaremba, Thomas (Dairyland Power); Morris, Scott (Southern Companies); Foran, Jim (Public Service Electric & Gas); Porter, Doug (Southern California Edison); Woelfle, Walter T (Wisconsin Electric Power); Warner, Christopher J | NONE | FACSIMILE CORRESPONDENCE FROM MESCALERO FUEL STORAGE PROJECT MEMBER COUNSEL (M. CONNELLY, NORTHERN STATES POWER) TO MESCALERO FUEL STORAGE PROJECT MEMBERS COUNSEL RE: ATTACHED (PGE0001362 - PGE0001363) DRAFT PARTICIPATION AGREEMENT TO FORM UTILITY COMPANY. INCLUDES REQUEST FOR REVIEW BY GROUP MEMBERS | Attorney Client; Work Product |
| 484 | PGE0001364 | PGE0001365 | 4/26/1995 | Memo | Warner, Christopher J | Stock, William C | Duke, David L | LEGAL MEMORANDUM CONCERNING LEGAL ANALYSIS OF AND LEGAL STRATEGY FOR PG&E PARTICIPATION IN THE MESCALERO FUEL STORAGE PROJECT. MEMORANDUM ATTACHES LETTER (PPGE0000658 - PPGE0000659) FROM G. RUEGER (PG&E) TO J. HOWARD (NORTHERN STATES POWER) RE: MESCALERO/UTILITY FUEL STORAGE PROJECT | Attorney Client; Work Product |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 485 | PGE0001374 | PGE0001374 | 4/13/1995 | Letter | Warner, Christopher J | Rueger, Gregory M; Duke, David L; Stock, William L | NONE | MEMORANDUM FORWARDING FACSIMILE CORRESPONDENCE WITH ATTACHMENTS (PGE0001375 - PGE0001408) FROM MESCALERO FUEL STORAGE PROJECT MEMBER COUNSEL (M. CONNELLY, NORTHERN STATES POWER) TO MESCALERO FUEL STORAGE PROJECT MEMBERS COUNSEL RE: DRAFT LETTERS OF INTENT. MEMORANDUM FROM PG&E COUNSEL C. WARNER REQUESTS DISCUSSION | Attorney Client; Work Product |
| 486 | PGE0001375 | PGE0001375 | 4/12/1995 | Telex / Telegram / Phone Message | Connelly, Michael C (Northern States Power) | Morris, Scott (Southern Companies); Foran, Jim (Public Service Electric & Gas); Porter, Doug (Southern California Edison); Woelfle, Walter T (Wisconsin Electric Power); Warner, Christopher J | NONE | FACSIMILE COVER SHEET FOR CORRESPONDENCE AND ATTACHMENTS (PGE0001376 - PGE0001408) FROM MESCALERO FUEL STORAGE PROJECT MEMBER COUNSEL (M. CONNELLY, NORTHERN STATES POWER) TO MESCALERO FUEL STORAGE PROJECT MEMBERS COUNSEL | Attorney Client; Work Product |
| 487 | PGE0001376 | PGE0001408 | 4/12/1995 | Memo | Connelly, Michael J (Northern States Power) | Jenkins, D (Commonwealth Edison); Zaremba, Thomas (Dairyland Power); Morris, Scott (Southern Companies); Foran, Jim (Public Service Electric & Gas); Porter, Doug (Southern California Edison); Woelfle, Walter T (Wisconsin Electric Power); Warner, Christopher J | NONE | FACSIMILE CORRESPONDENCE FROM MESCALERO FUEL STORAGE PROJECT MEMBER COUNSEL (M. CONNELLY, NORTHERN STATES POWER) TO MESCALERO FUEL STORAGE PROJECT MEMBERS COUNSEL RE: ATTACHED (PGE0001378 - PGE0001408) DRAFT "LETTER OF INTENT BETWEEN MESCALERO APACHE TRIBE AND UTILITIES" AND DRAFT "LETTER OF INTENT BETWEEN UTILITIES". INCLUDES REQUEST FOR REVIEW BY GROUP MEMBERS | Attorney Client; Work Product |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 488 | PGE0001581 | PGE0001581 | 1/20/1995 | Letter | Duke, David L | Bangert, Chuck; Kamdar, Suresh; Lorenz, Bob; Stock, Bill; Warner, Christopher J | NONE | MEMORANDUM REQUESTS COUNSEL (C. WARNER) REVIEW OF ATTACHED CORRESPONDENCE (PPGE0000709 - PPGE0000743 AND PGE0001608 - PGE0001613) FROM S. NORTHARD (NORTHERN STATE POWER) RE: MESCALERO UTILITY FUEL STORAGE INITIATIVE. CONTAINS HANDWRITTEN NOTES REFLECTING LEGAL ANALYSIS OF C. WARNER | Attorney Client; Work Product |
| 489 | PGE0001608 | PGE0001613 | 1/18/1995 | Memo | Northard, Scott (Northern States Power); Connelly, Michael C (Northern States Power) | Mescalero/Utility Fuel Storage Initiative Planning Team Representatives | NONE | MEMORANDUM FROM MESCALERO FUEL STORAGE UTILITY PROJECT MEMBER REPRESENTATIVE (S. NORTHARD) AND MEMBER COUNSEL (M. CONNELLY) TO PROJECT MEMBER PLANNING TEAM REPRESENTATIVES RE: QUESTIONS REGARDING LETTERS OF INTENT. MEMORANDUM CONTAINS LEGAL INTERPRETATION OF DRAFT LETTERS OF INTENT | Attorney Client; Work Product |
| 490 | PGE0001623 | PGE0001625 | | Report / Plan | NONE | NONE | NONE | DUPLICATE OF PGE0001845 - PGE0001847. REFLECTS PG&E COUNSEL'S (C. WARNER, PG&E LAW DEPT) LEGAL REVIEW AND ANALYSIS OF DRAFT MESCALERO LETTER OF INTENT | Work Product |
| 491 | PGE0001634 | PGE0001638 | | Agreement / Contract | NONE | NONE | NONE | DRAFT "LETTER OF INTENT BETWEEN UTILITIES" CONTAINS NOTES REFLECTING LEGAL REVIEW AND ANALYSIS OF C. WARNER. COPY WITHOUT MARK-UPS PRODUCED AT PPGE0000749 - PPGE0000751 | Work Product |
| 492 | PGE0001639 | PGE0001639 | 1/10/1995 | Agenda / Meeting Minute | NONE | NONE | NONE | C. WARNER'S HANDWRITTEN NOTES FROM MEETING RE: MESCALERO FUEL STORAGE PROJECT | Attorney Client; Work Product |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 493 | PGE0001640 | PGE0001640 | 1/10/1995 | Electronic Mail (Email) | Warner, Christopher J | Stock, William C | NONE | EMAIL REFLECTS LEGAL REVIEW OF DRAFT LETTER OF SUPPORT FOR STEP THREE MESCALERO UTILITIES (PRODUCED AT PPGE0000755 - PPGE0000756). EMAIL CONTAINS ADVICE OF COUNSEL (C. WARNER). THIS COPY ALSO CONTAINS C. WARNER'S HANDWRITTEN NOTES FROM MEETING RE: MESCALERO FUEL STORAGE PROJECT | Attorney Client; Work Product |
| 494 | PGE0001641 | PGE0001641 | 1/10/1995 | Electronic Mail (Email) | Warner, Christopher J | Stock, William C | NONE | EMAIL REFLECTS LEGAL REVIEW OF DRAFT LETTER OF SUPPORT FOR STEP THREE MESCALERO UTILITIES (PRODUCED AT PPGE0000755 - PPGE0000756). EMAIL CONTAINS ADVICE OF COUNSEL (C. WARNER) | Attorney Client; Work Product |
| 495 | PGE0001642 | PGE0001642 | 1/10/1995 | Electronic Mail (Email) | Warner, Christopher J | Stock, William C | NONE | EMAIL REFLECTS LEGAL REVIEW OF DRAFT LETTER OF SUPPORT FOR STEP THREE MESCALERO UTILITIES (PRODUCED AT PPGE0000755 - PPGE0000756). EMAIL CONTAINS ADVICE OF COUNSEL (C. WARNER) | Attorney Client; Work Product |
| 496 | PGE0001643 | PGE0001643 | 1/10/1995 | Electronic Mail (Email) | Warner, Christopher J | Stock, William C | NONE | EMAIL REFLECTS LEGAL REVIEW OF DRAFT LETTER OF SUPPORT FOR STEP THREE MESCALERO UTILITIES (PRODUCED AT PPGE0000755 - PPGE0000756). EMAIL CONTAINS ADVICE OF COUNSEL (C. WARNER) | Attorney Client; Work Product |
| 497 | PGE0001644 | PGE0001644 | 1/9/1995 | Fax Cover Sheet | Sullivan, Bill | Warner, Christopher J | NONE | FACSIMILE COMMUNICATION WITH COUNSEL (C. WARNER) REQUESTS LEGAL ADVICE RE: PG&E LEGAL STATUS IN MESCALERO FUEL STORAGE PROJECT | Attorney Client |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 498 | PGE0001653 | PGE0001653 | 1/5/1995 | Fax Cover Sheet | Warner, Christopher J | Oubre, Tanya (Southern California Edison) | NONE | FACSIMILE COMMUNICATION FROM PG&E COUNSEL (C. WARNER) TO MESCALERO FUEL STORAGE PROJECT UTILITY PLANNING TEAM MEMBER COUNSEL (T. OUBRE, SOUTHERN CALIFORNIA EDISON). ATTACHMENT (PGE0001654 - PGE0001656) REFLECTS PG&E COUNSEL'S (C. WARNER, PG&E LAW DEPT) LEGAL REVIEW AND ANALYSIS OF DRAFT MESCALERO LETTER OF INTENT | Work Product |
| 499 | PGE0001654 | PGE0001656 | | Report / Plan | NONE | NONE | NONE | REFLECTS PG&E COUNSEL'S (C. WARNER, PG&E LAW DEPT) LEGAL REVIEW AND ANALYSIS OF DRAFT MESCALERO LETTER OF INTENT. ATTACHMENT TO FACSIMILE COMMUNICATION (PGE0001653) FROM PG&E COUNSEL (C. WARNER) TO MESCALERO FUEL STORAGE PROJECT UTILITY PLANNING TEAM MEMBER COUNSEL (T. OUBRE, SOUTHERN CALIFORNIA EDISON). DUPLICATE OF PGE0001845 - PGE0001847 | Work Product |
| 500 | PGE0001667 | PGE0001667 | 1/4/1995 | Letter | NONE | NONE | NONE | MARGINALIA REFLECTS LEGAL ANALYSIS AND REVIEW BY C. WARNER OF DRAFT LETTER. DRAFT LETTER PRODUCED WITHOUT WARNER'S MARK-UPS AT PPGE0000764 - PPGE0000765 | Work Product |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 501 | PGE0001843 | PGE0001844 | 12/28/1994 | Letter | Warner, Christopher J | Northard, Scott (Northern States Power); Connelly, Michael C (Northern States Power) | Rueger, Gregory M; Stock, William C; Bangert, A Charles; Duke, David L | LETTER FROM PG&E COUNSEL (C. WARNER) TO MESCALERO FUEL STORAGE PROJECT UTILITY PLANNING TEAM REPRESENTATIVE (S. NOTHARD, NORTHERN STATES POWER) AND COUNSEL (M. CONNELLY, NORTHERN STATES POWER). REFLECTS PG&E COUNSEL'S (C. WARNER, PG&E LAW DEPT) LEGAL ANALYSIS RE: MESCALERO/UTILITY PLANNING TEAM DOCUMENTS | Attorney Client; Work Product |
| 502 | PGE0001845 | PGE0001847 | | Report / Plan | NONE | NONE | NONE | REFLECTS PG&E COUNSEL'S (C. WARNER, PG&E LAW DEPT) LEGAL REVIEW AND ANALYSIS OF DRAFT MESCALERO LETTER OF INTENT. ATTACHMENT TO LETTER (PGE0001843 - PGE0001844) FROM PG&E COUNSEL (C. WARNER) TO MESCALERO FUEL STORAGE PROJECT UTILITY PLANNING TEAM REPRESENTATIVE (S. NORTHARD, NORTHERN STATES POWER) AND COUNSEL (M. CONNELLY, NORTHERN STATES POWER) | Attorney Client; Work Product |
| 503 | PGE0001910 | PGE0001929 | | Agreement / Contract | NONE | NONE | NONE | DRAFT "LETTER OF INTENT BETWEEN MESCALERO APACHE TRIBE AND UTILITIES" CONTAINS MARGINALIA REFLECTING LEGAL REVIEW AND ANALYSIS OF C. WARNER. COPY OF THIS DOCUMENT WITHOUT MARGINALIA IS PRODUCED AT PPGE0000928 - PPGE0000947 | Attorney Client; Work Product |
| 504 | PGE0002003 | PGE0002007 | 7/1/1994 | Report / Plan | NONE | NONE | NONE | DRAFT CHECKLIST OF PG&E STRATEGY RE: MESCALERO/UTILITY SPENT FUEL FACILITY AND FORMATION OF A UTILITY/MESCALERO CORPORATION. REFLECTS LEGAL ANALYSIS OF C. WARNER. CONTAINS ACTION ITEMS ASSIGNING MORE WORK | Attorney Client; Work Product |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 505 | PGE0002008 | PGE0002008 | 7/11/1994 | Fax Cover Sheet | Silberg, Jay E (Shaw Pittman Potts & Trombridge) | Stock, William C; Warner, Christopher J; Myers, Paul (Southern California Edison); Cope, Larry (Southern California Edison); Jenkins, David (Commonwealth Edison); Petersen, Kenneth (Commonwealth Edison); Lasky, Lawrence (Sidley & Austin); Brimer, Bob (Dairyland Power); Zaremba, Thomas (Dairyland Power); Frewing, John (Portland General Electric); Nichols, Doug (Portland General Electric); Bordine, Tom (Consumers Power); Bacon, Judd (Consumers Power); Charnas, Steve (Sutin Thayer) | NONE | FACSIMILE COVER SHEET FROM MESCALERO/UTILITY FUEL STORAGE INITIATIVE COUNSEL (J. SILBERG, SHAW, PITTMAN, POTTS & TROWBRIDGE) TO MESCALERO FUEL STORAGE INITIATIVE UTILITY GROUP MEMBER REPRESENTATIVES FORWARDING ATTACHMENTS (PGE0002009 - PGE0002020) | Attorney Client |
| 506 | PGE0002021 | PGE0002023 | 6/10/1994 | Letter | Warner, Christopher J | Johnson, Gary R (Northern States Power); Silberg, Jay E (Shaw Pittman POtts & Trowbridge) | Rueger, Greg M; Stock, William C | LETTER FROM C. WARNER TO MESCALERO/UTILITY FUEL STORAGE INITIATIVE MEMBER COUNSEL (G. JOHNSON, NORTHERN STATES POWER) AND GROUP COUNSEL (JAY SILBERG, SHAW, PITTMAN, POTTS & TROWBRIDGE) CONTAINS LEGAL ANALYSIS REQUESTS FOR ADDITIONAL INFORMATION | Attorney Client; Work Product |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 507 | PGE0002079 | PGE0002079 | 10/16/1995 | Telex / Telegram / Phone Message | Price III, Charles P (Myers Oliver & Price, PC) | Christian, Claudette M (Hogan & Hartson); Foran, James (Public Service Electric & Gas) | NONE | FACSIMILE COVER SHEET FROM MESCALERO FUEL STORAGE PROJECT LOCAL COUNSEL (C. PRICE) REQUESTING REVIEW BY MESCALERO FUEL STORAGE PROJECT GROUP COUNSEL (C. CHRISTIAN) AND MEMBER COUNSEL (M. CONNELLY; J. FORAN) AND MEMBER REPRESENTATIVE (S. NORTHARD) OF ATTACHED (PGE0002080 - PGE0002081) DRAFT LANGUAGE FOR LAND PURCHASE AGREEMENT RE: MESCALERO FUEL STORAGE PROJECT | Attorney Client |
| 508 | PGE0002080 | PGE0002081 | 10/17/1995 | Report / Plan | Price III, Charles P (Myers Oliver & Price, PC) | Christian, Claudette M (Hogan & Hartson); Foran, James (Public Service Electric & Gas) | NONE | DRAFT LANGUAGE FOR LAND PURCHASE AGREEMENT RE: MESCALERO FUEL STORAGE PROJECT. ATTACHMENT TO FACSIMILE COVER SHEET (PGE0002079) FROM MESCALERO FUEL STORAGE PROJECT LOCAL COUNSEL (C. PRICE) REQUESTING REVIEW BY MESCALERO FUEL STORAGE PROJECT GROUP COUNSEL (C. CHRISTIAN) AND MEMBER COUNSEL (M. CONNELLY; J. FORAN) AND MEMBER REPRESENTATIVE (S. NORTHARD) | Attorney Client; Work Product |
| 509 | PGE0002248 | PGE0002248 | 10/12/1995 | Telex / Telegram / Phone Message | Price III, Charles P (Myers Oliver & Price, PC) | Christian, Claudette M (Hogan & Hartson); Northard, Scott (Northern States Power); Connelly, Michael C (Northern States Power) | NONE | FACSIMILE COVER SHEET FROM MESCALERO FUEL STORAGE PROJECT LOCAL COUNSEL (C. PRICE) TO MESCALERO FUEL STORAGE PROJECT GROUP COUNSEL (C. CHRISTIAN) AND MEMBER COUNSEL (M. CONNELLY) AND MEMBER REPRESENTATIVE (S. NORTHARD) OF ATTACHED (PGE0002249) DRAFT LANGUAGE FOR LAND PURCHASE AGREEMENT RE: MESCALERO FUEL STORAGE PROJECT | Attorney Client |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 510 | PGE0002249 | PGE0002249 | 10/12/1995 | Report / Plan | Price III, Charles P (Myers Oliver & Price, PC) | Christian, Claudette M (Hogan & Hartson); Northard, Scott (Northern States Power); Connelly, Michael C (Northern States Power) | NONE | DRAFT LANGUAGE FOR LAND PURCHASE AGREEMENT RE: MESCALERO FUEL STORAGE PROJECT. ATTACHMENT TO FACSIMILE COVER SHEET (PGE00022248) FROM MESCALERO FUEL STORAGE PROJECT LOCAL COUNSEL (C. PRICE) TO MESCALERO FUEL STORAGE PROJECT GROUP COUNSEL (C. CHRISTIAN) AND MEMBER COUNSEL (M. CONNELLY) AND MEMBER REPRESENTATIVE (S. NORTHARD) | Attorney Client; Work Product |
| 511 | PGE0002255 | PGE0002255 | 10/5/1995 | Letter | Warner, Christopher J | Rickett, Robert R | NONE | MEMORANDUM REQUESTING LEGAL REVIEW AND ANALYSIS BY PG&E COUNSEL (R. RICKETT) OF DRAFT LAND PURCHASE AGREEMENT. REFLECTS LEGAL REVIEW OF C. WARNER AND INCLUDES HANDWRITTEN RESPONSE REFLECTING LEGAL REVIEW AND ANALYSIS OF R. RICKETT | Attorney Client; Work Product |
| 512 | PGE0002260 | PGE0002275 | 9/22/1995 | Agreement / Contract | NONE | NONE | NONE | DRAFT LAND PURCHASE AGREEMENT. THIS COPY CONTAINS HANDWRITTEN NOTES REFLECTING LEGAL REVIEW AND ANALYSIS OF C. WARNER AND R. RICKETT. A COPY WITHOUT THE MARK-UPS HAS BEEN PRODUCED AT PPGE0000374 - PPGE0000389 | Attorney Client; Work Product |
| 513 | PGE0004011 | PGE0004011 | 10/26/1995 | Letter | Price III, Charles P (Myers Oliver & Price, PC) | Parkyn, John (Dairyland Power); Christian, Claudette M (Hogan & Hartson); Northard, Scott D (Northern States Power); Moise, Steven K (Moise & Company) | NONE | LETTER FROM MESCALERO FUEL STORAGE LLC REAL ESTATE COUNSEL (C. PRICE) TO MESCALERO FUEL STORAGE LLC REPRESENTATIVES (J. PARKYN, S. NORTHARD), COUNSEL (C. CHRISTIAN) AND CONSULTANT (S. MOISE) CONTAINS STATUS UPDATE OF LAND PURCHASE AGREEMENT | Attorney Client |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 514 | PGE0004072 | PGE0004088 | 11/00/1995 | Agreement / Contract | NONE | NONE | NONE | DRAFT "MESCALERO FUEL STORAGE L.L.C. AMENDMENT NO. 1 TO LLC AGREEMENT". DRAFT IS WORK PRODUCT OF HOGAN & HARTSON | Work Product |
| 515 | PGE0004089 | PGE0004092 | 10/27/1995 | Agreement / Contract | Hogan & Hartson LLP | Shinnock, Jack (Indiana Michigan Power); Martin, Marcia (GPU Nuclear); Long, Louis B (Southern Nuclear) | NONE | DRAFT LETTER "TO THE REGISTERED UTILITIES LISTED ON THE ATTACHED DISTRIBUTION" RE: MESCALERO FUEL STORAGE L.L.C. REGISTERED UTILITIES AGREEMENT TO PARTICIPATE. DRAFT IS WORK PRODUCT OF HOGAN & HARTSON | Work Product |
| 516 | PGE0004093 | PGE0004095 | 10/27/1995 | Agreement / Contract | Hogan & Hartson LLP | Sanchez, John M (Consolidated Edison) | NONE | DRAFT LETTER "TO CONSOLIDATED EDISON COMPANY OF NEW YORK, INC." RE: MESCALERO FUEL STORAGE L.L.C. CONSOLIDATED EDISON COMPANY OF NEW YORK, INC. AGREEMENT TO PARTICIPATE. DRAFT IS WORK PRODUCT OF HOGAN & HARTSON | Work Product |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 517 | PGE0004100 | PGE0004121 | 8/22/1994 | Fax Cover Sheet | Connelly, Michael C (Northern States Power) | Fulton, Jack (Boston Edison); Jenkins, David (Commonwealth Edison); Sanchez, John (Consolidated Edison); Bordine, Tom (Consumers Power); Zaremba, Thomas (Dairyland Power); Phares, Richard (Illinois Power); Lacy, Bruce (Iowa Electric); Warner, Christopher J; Frewing, John (Portland Gas & Electric); Dahodwala, Quoresh (Public Service Electric & Gas); Porter, Doug (Southern California Edison); Morris, Scott (Southern Nuclear); Woelfele, Walter (Wisconsin Electric); Grube, Rudy (Yankee Atomic) | Stock, William C | FACSIMILE FROM MESCALERO FUEL STORAGE PROJECT UTILITY MEMBER COUNSEL (M. CONNELLY, NORTHERN STATES POWER) TO UTILITY MEMBER REPRESENTATIVES RE: ATTACHED (PGE0004101 - PGE0004121) DRAFT UTILITY "LETTER OF INTENT BETWEEN MESCALERO APACHE TRIBE AND UTILITIES". REQUESTS REVIEW | Attorney Client; Work Product |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 518 | PGE0004279 | PGE0004279 | 7/27/1995 | Letter | Connelly, Michael C (Northern States Power) | Warner, Christopher J | NONE | COVER LETTER FROM MESCALERO FUEL STORAGE PROJECT UTILITY MEMBER COUNSEL (M. CONNELLY) TO PG&E COUNSEL (C. WARNER) FORWARDING ATTACHED (PGE0004280 - PGE0004422) LEGAL ANALYSIS OF COUNSEL (C. CHRISTIAN OF HOGAN & HARTSON; M. SWIMMER OF HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON) FOR THE MESCALERO FUEL STORAGE PROJECT UTILITY GROUP | Attorney Client |
| 519 | PGE0004280 | PGE0004283 | 7/10/1995 | Letter | Swimmer, Margaret A (Hall Estill Hardwick Gable Golden & Nelson) | Connelly, Michael C (Northern States Power) | NONE | LETTER RE: DETAILS OF PROPOSED LEGAL REPRESENTATION OF HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON TO MESCALERO SPENT FUEL PROJECT UTILITY GROUP REGARDING INDIAN LAW ISSUES. SUBSEQUENTLY FORWARDED TO C. WARNER (SEE PGE0004279); | Attorney Client; Work Product |
| 520 | PGE0004284 | PGE0004303 | 7/10/1995 | Memo | Swimmer, Margaret A (Hall Estill Hardwick Gable Golden & Nelson); Fincher, Joseph D (Hall Estill Hardwick Gable Golden & Nelson) | Connelly, Michael C (Northern States Power) | NONE | MEMORANDUM PROVIDING REQUESTED LEGAL ANALYSIS RE: MESCALERO SPENT FUEL PROJECT UTILITY GROUP NEGOTIATIONS WITH THE MESCALERO APACHE TRIBE. MEMORANDUM IS ATTACHMENT TO LETTER AT PGE0004208 - PGE0004281. DOCUMENT CONTAINS HANDWRITTEN LEGAL ANALYSIS IN THE MARGINS. SUBSEQUENTLY FORWARDED TO C. WARNER (SEE PGE0004279). ADDITIONAL MARGINALIA REFLECTS LEGAL ANALYSIS AND REVIEW BY C. WARNER. | Attorney Client; Work Product |