PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 555 | PGE0005377 | PGE0005431 | 8/28/1995 | Memo | Christian, Claudette M (Hogan & Hartson); Courtney, Maryanne (Hogan & Hartson) | Watzl, Edward L (Northern States Power); Dahodwala, Quresh (Public Service Electric & Gas); Krieser, Gary M (Wisconsin Electric Power); Riley, James (Southern California Edison); Rueger, Gregory M; Parkyn, John D (Dairyland Power); Cook, John G (Illinois Power); Zaremba, Thomas J (Dairyland Power); Connelly, Michael C (Northern States Power) | NONE | MEMORANDUM FROM MESCALERO FUEL STORAGE UTILITY GROUP COUNSEL (HOGAN & HARTSON) TO MESCALERO FUEL STORAGE UTILITY GROUP REPRESENTATIVES REQUESTS REVIEW OF ATTACHED (PGE0005379 - PGE0005431) DRAFT "PROJECT DEVELOPMENT AGREEMENT BY AND AMONG THE MESCALERO APACHE TRIBE AND MESCALERO FUEL STORAGE L.L.C.". DRAFT IS WORK PRODUCT OF HOGAN & HARTSON | Attorney Client; Work Product |
| 556 | PGE0005989 | PGE0005989 | 9/12/1990 | Letter | Warner, Christopher J | Furtado, Victor C; Busterud, John W | NONE | MEMORANDUM FROM PG&E COUNSEL (C. WARNER) TO PG&E COUNSEL (J. BUSTERUD) REQUESTING REVIEW OF ATTACHED (PPGE0001950 - PPGE0001967) NRC LETTER TO PG&E RE: HUMBOLDT BAY POWER PLANT, UNIT 3 SEMIANNUAL RADIOACTIVE EFFLUENT REPORT | Attorney Client |
| 557 | PGE0006008 | PGE0006008 | 9/12/1990 | Letter | Warner, Christopher J | Furtado, Victor C; Busterud, John W | NONE | DUPLICATE OF PGE0005989. MEMORANDUM FROM PG&E COUNSEL (C. WARNER) TO PG&E COUNSEL (J. BUSTERUD) REQUESTING REVIEW OF ATTACHED (PPGE0001950 - PPGE0001967) NRC LETTER TO PG&E RE: HUMBOLDT BAY POWER PLANT, UNIT 3 SEMIANNUAL RADIOACTIVE EFFLUENT REPORT | Attorney Client |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 558 | PGE0006061 | PGE0006061 | 8/7/1990 | Agenda / Meeting Minute | NONE | NONE | NONE | PROPOSED AGENDA WITH MARGINALIA REFLECTS LEGAL REVIEW AND ANALYSIS OF C. WARNER | Attorney Client; Work Product |
| 559 | PGE0006094 | PGE0006094 | 7/13/1990 | Letter | Warner, Christopher J | Blanc, Gene A | NONE | REQUEST FROM COUNSEL (C. WARNER) FOR OPINION ON ATTACHED (PPGE0002031 - PPGE0002034) "ANEC STATUS REPORT ON THE NEVADA POLITICAL ACTION PROGRAM" | Attorney Client; Work Product |
| 560 | PGE0006192 | PGE0006192 | 6/13/1990 | Letter | Warner, Christopher J | Duke, David L; Lorenz, Bob; Oatley, Dave | NONE | COMMUNICATION FROM COUNSEL (C. WARNER) RE: NEVADA V. WATKINS | Attorney Client |
| 561 | PGE0006204 | PGE0006205 | 6/13/1990 | Fax Cover Sheet | Warner, Christopher J | Buren, Mindy (Shaw Pittman Potts & Trowbridge); Silberg, Jay (Shaw Pittman Potts & Trowbridge) | NONE | LEGAL REVIEW AND ADVICE OF PG&E COUNSEL (C. WARNER) COMMUNICATED TO OUTSIDE COUNSEL (M. BUREN, J. SILBURG; SHAW PITTMAN) | Attorney Client |
| 562 | PGE0006207 | PGE0006208 | 6/13/1990 | Letter | Warner, Christopher J | Buren, Mindy (Shaw Pittman Potts & Trowbridge); Silberg, Jay (Shaw Pittman Potts & Trowbridge) | NONE | LEGAL REVIEW AND ADVICE OF PG&E COUNSEL (C. WARNER) COMMUNICATED TO OUTSIDE COUNSEL (M. BUREN, J. SILBURG; SHAW PITTMAN) | Attorney Client |
| 563 | PGE0006273 | PGE0006309 | 3/13/1990 | Letter | Locke, Richard F | Warner, Christopher J | NONE | MEMORANDUM RE: ATTACHED LETTER FROM EDISON ELECTRIC INSTITUTE REQUESTING LEGAL REVIEW OF, COMMENTS ON AND SUPPORT FOR ATTACHED DOCUMENTS RE: DRAFT PETITION TO DOE ON 1998 OBLIGATION. MEMORANDUM REFLECTS PGE&E LEGAL ANALYSIS RE: EEI LETTER. EEI LETTER AND ATTACHMENTS REFLECT LEGAL ANALYSIS AND LEGAL STRATEGY OF EEI COUNSEL | Attorney Client; Work Product |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 564 | PGE0006310 | PGE0006311 | 2/23/1990 | Letter | Kraft, Steven P (Edison Electric Institute) | Members Steering Committee | HLW Working Group | LETTER FROM EDISON ELECTRIC INSTITUTE REQUESTING LEGAL REVIEW OF, COMMENTS ON AND SUPPORT FOR ATTACHED DOCUMENTS RE: DRAFT PETITION TO DOE ON 1998 OBLIGATION. REFLECTS LEGAL ANALYSIS AND LEGAL STRATEGY OF EEI COUNSEL | Attorney Client; Work Product |
| 565 | PGE0006351 | PGE0006357 | 2/20/1990 | Letter | Kraft, Steven P (Edison Electric Institute) | EEI/UWASTE Steering Committee | NONE | LETTER FROM EDISON ELECTRIC INSTITUTE REQUESTING PARTICIPATION IN UNITED STATES OF AMERICA V. NEVADA LITIGATION AS AN INTERVENOR-PLAINTIFF. REFLECTS LEGAL ANALYSIS AND LEGAL STRATEGY OF EEI COUNSEL. MARGINALIA INCLUDES REQUEST FOR STATUS UPDATE FROM C. WARNER | Attorney Client; Work Product |
| 566 | PGE0006395 | PGE0006402 | 1/19/1990 | Letter | Kraft, Steven P (Edison Electric Institute) | EEI/UWASTE Steering Committee | NONE | LETTER FROM EDISON ELECTRIC INSTITUTE REQUESTING PARTICIPATION IN UNITED STATES OF AMERICA V. NEVADA LITIGATION AS AN INTERVENOR-PLAINTIFF. REFLECTS LEGAL ANALYSIS AND LEGAL STRATEGY OF EEI COUNSEL. INCLUDES POST-IT NOTES TO PG&E COUNSEL (R. LOCKE, K. YANG, C. WARNER) REQUESTING LEGAL REVIEW AND REPLY | Attorney Client; Work Product |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 567 | PGE0006409 | PGE0006414 | 1/5/1990 | Memo | Shiffer, J D | Maneatis, George A | Blanc, G A; Golub, H V; Koehn, J E; Locke, Richard F; Oatley, D H; Skinner, S T; Warner, Christopher J; Womack, Lawrence F; RECE Letter Log; RECE Reading File; VP-NPG Reading File | LETTER AND ATTACHMENT RE: LEGAL STRATEGY REGARDING POTENTIAL LITIGATION AGAINST DOE AND REGARDING SUPPORT OF DOE IN ITS LITIGATION AGAINST THE STATE OF NEVADA. REFLECTS LEGAL ANALYSIS OF PG&E LAW DEPARTMENT. MARGINALIA INCLUDES COUNSEL'S (H. GOLUB) REQUEST REQUEST FOR ADDITIONAL INFORMATION FROM COUNSEL C. WARNER AND WARNER'S REPLY. REDACTED VERSION OF MEMORANDUM PRODUCED AT PPGE0002212 - PPGE0002214 | Attorney Client; Work Product |
| 568 | PGE0006415 | PGE0006420 | 1/4/1990 | Electronic Mail (Email) | Lorenz, Robert W | NONE | NONE | RE: DRAFT MEMORANDUM AND ATTACHMENT RE: LEGAL STRATEGY REGARDING POTENTIAL LITIGATION AGAINST DOE AND REGARDING SUPPORT OF DOE IN ITS LITIGATION AGAINST THE STATE OF NEVADA. REFLECTS LEGAL ANALYSIS OF COUNSEL C. WARNER. REDACTED VERSION OF FINAL MEMORANDUM PRODUCED AT PPGE0002212 - PPGE0002214 | Attorney Client; Work Product |
| 569 | PGE0006421 | PGE0006421 | 1/3/1990 | Letter | Maneatis, George A. | Shiffer, James D. | NONE | DESCRIBES REQUEST FOR LEGAL ANALYSIS AND ADVICE RE: POTENTIAL LITIGATION AGAINST DOE BY UTILITIES (SEE PPGE0002210 - PPGE0002211) | Attorney Client |
| 570 | PGE0006424 | PGE0006424 | | Letter | Warner, Christopher J. | Golub, Howard V. | Peters, Roger J.; Locke, Richard F. | COMMUNICATION BETWEEN PG&E COUNSEL RE: DISCUSSION OF REQUEST FOR LEGAL ANALYSIS AND ADVICE RE: POTENTIAL LITIGATION AGAINST DOE BY UTILITIES. THIS FORWARDS AND INCLUDES MEMORANDUM DESCRIBED AT PGE0006421 | Attorney Client; Work Product |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 571 | PGE0006428 | PGE0006430 | | Report / Plan | NONE | NONE | NONE | REFLECTS LEGAL ADVICE OF PG&E LAW DEPARTMENT RE: POTENTIAL LAWSUIT AGAINTS DOE FOR MISMANAGEMENT OF HLW PROGRAM. ATTACHMENT TO MEMORANDUM PRODUCED AT PPGE0002212 - PPGE0002213 | Attorney Client; Work Product |
| 572 | PGE0006486 | PGE0006486 | 10/29/1990 | Memo | Warner, Christopher J | Testa, Robert D | Shiffer, James D; Golub, Howard V; Koehn, John E; Blanc, Gene A; Womack, Lawrence F; Oatley, David H; Lorenz, Robert W; Duke, David L; Locke, Richard F | REQUEST FROM COUNSEL (C. WARNER) FOR ADDITIONAL INFORMATION RE: FEDERAL PROGRESS ON YUCCA MOUNTAIN AND THE INDUSTRY'S POSITION | Attorney Client; Work Product |
| 573 | PGE0010429 | PGE0010429 | 6/12/1995 | Letter | Locke, Richard F | Warner, Christopher J | NONE | COMMUNICATION BETWEEN PG&E COUNSEL CONTAINS LEGAL ANALYSIS OF ATTACHED (PPGE0002269 - PPGE0002274) NRC INFORMATION NOTICE 95-28 EMPLACEMENT OF SUPPORT PADS FOR SPENT FUEL DRY STORAGE INSTALLATIONS AT REACTOR SITES | Attorney Client; Work Product |
| 574 | PGE0010497 | PGE0010497 | | Agenda / Meeting Minute | NONE | NONE | NONE | INCLUDES STRATEGY OPTIONS PREPARED IN ANTICIPATION OF LITIGATION AGAINST DOE CONCERNING STANDARD CONTRACT OBLIGATIONS AND MARGINAL NOTES RE SAME. A REDACTED VERSION OF THIS DOCUMENT HAS BEEN PRODUCED AT PDCP0001467 | Work Product |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 575 | PGE0010873 | PGE0010873 | 1/11/1995 | Memo | Duke, David L | Rueger, Gregory M; Testa, Robert D; Womack, Lawrence F; Chesnut, Steven G; Hill, Thomas H; Jue, Geoff H; Mullen, Patrick W; Pruett, Gregory S; Regan, Frank J; Willis, Roy B; Stock, William C; Tomkins, James E; Warner, Christopher J | NONE | REQUEST FOR REVIEW OF DRAFT AGENDA AND BACKGROUND MATERIAL. THIS COPY CONTAINS MARGINAL NOTES REFLECTING LEGAL REVIEW AND ANALYSIS OF COUNSEL C. WARNER. A COPY WITHOUT THE MARGINAL NOTES OF C. WARNER IS PRODUCED AT PDCP0001466 | Attorney Client; Work Product |
| 576 | PGE0010915 | PGE0010915 | 9/3/1995 | Notes | NONE | NONE | NONE | HANDWRITTEN NOTES OF COUNSEL C. WARNER REFLECT LEGAL ANALYSIS AND LEGAL STRATEGY RE: NUCLEAR WASTE STORAGE PLANS | Attorney Client; Work Product |
| 577 | PGE0010917 | PGE0010930 | 4/3/1995 | Report / Plan | NONE | NONE | NONE | DRAFT ANALYSIS OF LEGAL ISSUES RE: CURRENT INDUSTRY STATUS / OFF SITE SPENT NUCLEAR FUEL MANAGEMENT OPTIONS | Attorney Client; Work Product |
| 578 | PGE0010941 | PGE0010941 | | Graph / Chart / Blueprint | NONE | NONE | NONE | ATTACHMENT TO DRAFT ANALYSIS OF LEGAL ISSUES (PGE0010917 - PGE0010930) RE: CURRENT INDUSTRY STATUS / OFF SITE SPENT NUCLEAR FUEL MANAGEMENT OPTIONS | Attorney Client; Work Product |
| 579 | PGE0010943 | PGE0010944 | | Report / Plan | NONE | NONE | NONE | ATTACHMENTS TO DRAFT ANALYSIS OF LEGAL ISSUES (PGE0010917 - PGE0010930) RE: CURRENT INDUSTRY STATUS / OFF SITE SPENT NUCLEAR FUEL MANAGEMENT OPTIONS ; | Attorney Client; Work Product |
| 580 | PGE0010945 | PGE0010957 | 4/4/1995 | Agenda / Meeting Minute | NONE | NONE | NONE | DRAFT DOCUMENT CONTAINS MARGINAL NOTES REFLECTING LEGAL REVIEW AND ANALYSIS OF COUNSEL C. WARNER. A COPY WITHOUT MARGINAL NOTES OF C. WARNER IS PRODUCED AT PDCP0000063 - PDCP0000074 | Attorney Client; Work Product |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 581 | PGE0011022 | PGE0011022 | 5/5/1994 | Letter | Draper, Robert L (Winston & Strawn) | Warner, Christopher J | NONE | LETTER FROM OUTSIDE COUNSEL (R. DRAPER, WINSTON & STRAWN) RE: WINSTON & STRAWN'S LEGAL MONITORING AND ANALYSIS OF REGULATORY PROCEEDINGS. LETTER PROVIDES SPECIFIC INFORMATION REQUESTED BY C. WARNER AND DESCRIBES REQUEST FOR ADDITIONAL WINSTON & STRAWN WORK | Attorney Client; Work Product |
| 582 | PGE0011023 | PGE0011024 | 4/22/1992 | Letter | Warner, Christopher J | Kubitz, Kermit; McLennan, Bob; Weingart, Dick; Buchsbaum, Craig | NONE | MEMORANDUM AND ATTACHMENT CONTAINS LEGAL ANALYSIS OF COUNSEL (C. WARNER). MANY OTHER COPIES OF THE ATTACHMENT HAVE BEEN PRODUCED (SEE PDCP0013711) WITHHOUT PRIVILEGED NOTES OF COUNSEL | Attorney Client; Work Product |
| 583 | PGE0011050 | PGE0011053 | 1/12/1995 | Fax Cover Sheet | Silberg, Jay (Shaw Pittman Potts & Trowbridge) | Warner, Christopher J | Locke, Richard F | FACSIMILE MEMORANDUM FROM OUTSIDE COUNSEL (J. SILBERG OF SHAW, PITTMAN, POTTS & TROWBRIDGE) CONTAINING LEGAL REVIEW AND ANALYSIS OF CASE LAW. FORWARDED BY C. WARNER TO R. LOCKE | Attorney Client; Work Product |
| 584 | PGE0011054 | PGE0011055 | 1/17/1995 | Letter | Locke, Richard F | Pruett, Greg S | Warner, Christopher J | COMMUNICATION FORWARDING ATTACHED (PPGE0002395 - PPGE0002399) MEMORANDUM RE: NRC TELEPHONE COMMUNICATION REFLECTS LEGAL ANALYSIS OF COUNSEL (R. LOCKE) | Attorney Client; Work Product |
| 585 | PGE0011061 | PGE0011061 | 1/17/1995 | Memo | Locke, Richard F | Rigney, Peter | Warner, Christopher J | COMMUNICATION BETWEEN PG&E COUNSEL RE: SETTLEMENT OF HUMBOLDT BAY SAFSTOR LICENSE AMENDMENT PROCEEDING | Work Product |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 586 | PGE0011087 | PGE0011089 | 3/22/1994 | Agenda / Meeting Minute | NONE | NONE | NONE | AGENDA FOR HLW STRATEGY MEETING CONTAIN NOTES OF C. WARNER REFLECTING LEGAL ANALYSIS AND STRATEGY. MEETING ATTENDEES INCLUDE PG&E COUNSEL (P. RIGNEY, C. WARNER) AND OTHER PG&E PERSONNEL (M. ANGUS, W. STOCK, L. WOMACK, D. DUKE, G. RUEGER) | Work Product; Attorney Client |
| 587 | PGE0011090 | PGE0011090 | 5/25/1994 | Memo | Warner, Christopher J | Bishop, Bob; Garrish, Ted; Connelly, Mike; Silberg, Jay | NONE | LEGAL OPINION OF COUNSEL (C. WARNER) RE: ATTACHED (PPGE0002415 - PPGE0002438) DOE FINDING OF NO SIGNIFICANT IMPACT FOR THE URGENT-RELIEF ACCEPTANCE OF FOREIGN RESEARCH REACTOR SPENT NUCLEAR FUEL. REFLECTS LEGAL REVIEW OF COUNSEL | Attorney Client; Work Product |
| 588 | PGE0011126 | PGE0011127 | | Report / Plan | NONE | NONE | NONE | REFLECTS LEGAL REVIEW AND ANALYSIS OF COUNSEL (C. WARNER). PREPARED IN ANTICIPATION OF LICENSING PROCEEDINGS BEFORE THE NRC AND IN ANTICIPATION OF PERMIT APPLICATION PROCEEDINGS BEFORE THE CALIFORNIA COASTAL COMMISSION RE: DRY CASK STORAGE | Attorney Client; Work Product |
| 589 | PGE0011136 | PGE0011136 | 4/25/1995 | Electronic Mail (Email) | Locke, Richard F | Duke, David L | Ogden, David W; Angus, Michael J; Ovadia, David; Warner, Christopher J | LEGAL ANALYSIS AND ADVICE RE: STRATEGY FOR ADVANCING LICENSE AMENDMENT REQUEST BEFORE THE NRC | Attorney Client; Work Product |
| 590 | PGE0011238 | PGE0011238 | 4/4/1995 | Electronic Mail (Email) | Locke, Richard F | Angus, Michael J | Johnson, Roger L; Warner, Christopher J | LEGAL ANALYSIS AND ADVICE RE: RERACKING LICENSE AMENDMENT REQUEST BEFORE THE NRC AND PROCEEDINGS BEFORE THE CALIFORNIA COASTAL COMMISSION | Attorney Client; Work Product |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 591 | PGE0011241 | PGE0011242 | 3/31/1995 | Multiple Email | Warner, Christopher | Johnson, Roger | Angus, Mike; Locke, Richard F | LEGAL ANALYSIS AND ADVICE OF COUNSEL (C. WARNER) RE: STRATEGY FOR RERACKING LICENSE AMENDMENT REQUEST BEFORE THE NRC | Attorney Client; Work Product |
| 592 | PGE0011244 | PGE0011244 | | Report / Plan | NONE | NONE | NONE | NOTES OF COUNSEL (C. WARNER) RE: WASTE DISPOSAL AND STORAGE OPTIONS LEGAL STRATEGY | Work Product |
| 593 | PGE0011262 | PGE0011273 | 6/6/1995 | Agenda / Meeting Minute | NONE | NONE | NONE | RE: OUTLINE OF WASTE ISSUES AND STRATEGIES FOR DCPP AND HBPP. OUTLINE INCLUDES POTENTIAL NRC LICENSING REQUIREMENTS AND PERMIT APPLICATION PROCEEDINGS WITH VARIOUS GOVERNMENTAL BODIES | Attorney Client; Work Product |
| 594 | PGE0011275 | PGE0011275 | | Notes | NONE | NONE | NONE | HANDWRITTEN ATTORNEY NOTES RE: RESOURCES CONVERSATION. NOTES APPEAR TO NOTE WHICH ATTORNEY'S ARE AVAILABLE TO WORK ON PARTICULAR LEGAL ISSUES, INCLUDING REGULATORY PROCEEDINGS, ENVIRONMENTAL ISSUES AND TAX ISSUES. LISTED ATTORNEYS INCLUDE LISE JORDAN, KEN YANG, LOUIS VINCENT, DAN COOLEY, PETER OUBORG, WILLIAM MANHEIM, MARK PATRIZIO, AND DEBBIE WALKER | Work Product |
| 595 | PGE0011280 | PGE0011281 | 10/31/1994 | Letter | Warner, Christopher J | Duke, David L; Stock, William C; Kamdar, Suresh; Tidrick, Garry A | NONE | LEGAL ADVICE RE: ATTACHED (PPGE0002554 - PPGE0002588) DOE INVITATION FOR COMMENTS ON NOI TO PREPARE AN ENVIRONMENTAL IMPACT STATEMENT (EIS) FOR THE FABRICATION AND DEPLOYMENT OF A MULTI-PURPOSE CANISTER-BASED SYSTEM FOR THE MANAGEMENT OF CIVILIAN SPENT NUCLEAR FUEL | Attorney Client; Work Product |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 596 | PGE0011358 | PGE0011358 | 8/10/1995 | Agenda / Meeting Minute | NONE | NONE | NONE | MARGINAL NOTES OF COUNSEL (C. WARNER) REFLECT CONTAIN LEGAL STRATEGY RE: DOE LAWSUIT, LEGISLATION, AND MESCALERO FUEL STORAGE PROJECT. A COPY WITHOUT MARGINAL NOTES OF COUNSEL HAS BEEN PRODUCED AT PPGE0002828. | Attorney Client; Work Product |
| 597 | PGE0011360 | PGE0011364 | 8/14/1996 | Memo | Silberg, Jay E (Shaw Pittman Potts & Trowbridge); Carvin, Michael A (Shaw Pittman Potts & Trowbridge); Buren, Mindy A (Shaw Pittman Potts & Trowbridge); Colatriano, Vincent J (Shaw Pittman Potts & Trowbridge) | Warner, Christopher J | Locke, Richard F | FACSIMILE MEMORANDUM FROM OUTSIDE COUNSEL (J. SILBERG OF SHAW, PITTMAN, POTTS & TROWBRIDGE) CONTAINING LEGAL ANALYSIS OF AND ADVICE RE: ISSUES RELATING TO CONGRESSIONAL EFFORTS TO AMEND THE NWPA. PROVIDED AT REQUEST OF C. WARNER; | Attorney Client; Work Product |
| 598 | PGE0011365 | PGE0011365 | 8/9/1996 | Letter | Silberg, Jay E (Shaw Pittman Potts & Trowbridge) | Warner, Christopher J | NONE | LETTER FROM OUTSIDE COUNSEL (J. SILBERG OF SHAW, PITTMAN, POTTS & TROWBRIDGE) RE: ATTACHED (PGE0011366 - PGE0011376) MEMORANDUM FROM OUTSIDE COUNSEL (J. SILBERG, M. CARVIN, V. COLATRIANO OF SHAW, PITTMAN, POTTS & TROWBRIDGE) TO PARTICIPANTS IN DOE LITIGATION CONTAINING LEGAL ANALYSIS OF "WINSTAR"-TYPE LAWSUIT ALLEGING BREACH OF STANDARD CONTRACT | Attorney Client; Work Product |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 599 | PGE0011366 | PGE0011376 | 8/9/1996 | Memo | Silberg, Jay E (Shaw Pittman Potts & Trowbridge); Carvin, Michael A (Shaw Pittman Potts & Trowbridge); Colatriano, Vincent J (Shaw Pittman Potts & Trowbridge) | Participants in DOE Litigation | NONE | MEMORANDUM FROM OUTSIDE COUNSEL (J. SILBERG, M. CARVIN, V. COLATRIANO OF SHAW, PITTMAN, POTTS & TROWBRIDGE) TO PARTICIPANTS IN DOE LITIGATION CONTAINING LEGAL ANALYSIS OF "WINSTAR"-TYPE LAWSUIT ALLEGING BREACH OF STANDARD CONTRACT. ATTACHMENT TO LETTER (PGE0011365) FROM SILBERG TO C. WARNER | Attorney Client; Work Product |
| 600 | PGE0011377 | PGE0011383 | 7/11/1996 | Memo | Knotts Jr, Joseph B (Winston & Strawn); Stenger, Daniel F (Winston & Strawn); Draper, Robert L (Winston & Strawn) | Participants in Uranium Enrichment D&D Fund Matter | NONE | MEMORANDUM FROM OUTSIDE COUNSEL (WINSTON & STRAWN) TO PARTICIPANTS IN URANIUM ENRICHMENT D&D FUND MATTER (DOCUMENT STAMPED "RECEIVED CHRISTOPHER WARNER" ) CONTAINING LEGAL ANALYSIS OF SUPREME COURT DECISION IN WINSTAR CASE. INCLUDES A SUMMARY OF WINSTAR AND AN ANALYSIS OF THE IMPLICATIONS OF WINSTAR FOR D&D FUND CASES | Attorney Client; Work Product |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 601 | PGE0011621 | PGE0011622 | 9/9/1996 | Memo | Silberg, Jay E (Shaw Pittman Potts & Trowbridge) | 1998 Litigation; Warner, Christoper J; Shinnock, John B (American Electric Power); Stowe, William S (Boston Edison); OReilly, Mary (Centerior Energy); Jenkins, David (Commonwealth Edison); Brandenburg, Brent (Con Edison); Marquardt, Peter A (Detroit Edison); Blount, Joseph (Entergy); Fama, James P (Florida Power Corp); Tancer, Edward (Florida P&L); Ross, Mitchell (Florida P&L); Guibord, Scott (GPU Nuclear Corp); Stetzner, Leah (Illinois Power); Bauser, Michael A (Morgan, Lewis); Cuoco, Lillian M (Northeast Utilities); Connelly, Michael | NONE | FACSIMILE MEMORANDUM FROM OUTSIDE COUNSEL (J. SILBERG OF SHAW, PITTMAN, POTTS & TROWBRIDGE) TO PARTICIPANTS IN DOE 1998 LITIGATION CONTAINING STATUS UPDATE AND LEGAL ANALYSIS OF INDIANA MICHIGAN CASE | Attorney Client; Work Product |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 602 | PGE0011650 | PGE0011650 | 7/23/1996 | Memo | Silberg, Jay E (Shaw Pittman Potts & Trowbridge) | 1998 Litigation; Warner, Christoper J; Shinnock, John B (American Electric Power); Stowe, William S (Boston Edison); OReilly, Mary (Centerior Energy); Jenkins, David (Commonwealth Edison); Brandenburg, Brent (Con Edison); Marquardt, Peter A (Detroit Edison); Blount, Joseph (Entergy); Fama, James P (Florida Power Corp); Tancer, Edward (Florida P&L); Ross, Mitchell (Florida P&L); Guibord, Scott (GPU Nuclear Corp); Stetzner, Leah (Illinois Power); Bauser, Michael A (Morgan, Lewis); Cuoco, Lillian M (Northeast Utilities); Connelly, Michael | NONE | FACSIMILE MEMORANDUM FROM OUTSIDE COUNSEL (J. SILBERG OF SHAW, PITTMAN, POTTS & TROWBRIDGE) TO PARTICIPANTS IN DOE 1998 LITIGATION CONTAINING LEGAL ANALYSIS OF ATTACHED (PPGE0002848 - PPGE0002853) DECISION OF THE US COURT OF APPEALS | Attorney Client; Work Product |
| 603 | PGE0011658 | PGE0011661 | 5/17/1995 | Letter | Warner, Christopher J | Locke, Richard F; Rickett, Robert R | NONE | MEMORANDUM BETWEEN COUNSEL WITH ATTACHMENTS RE: DRY CASK STORAGE OPTION AT DCPP AND REQUIREMENTS FOR LAND USE PERMIT WITHIN COASTAL ZONE FOR RAD-WASTE STORAGE FACILITY. MEMORANDUM REQUESTS LEGAL REVIEW AND ANALYSIS | Attorney Client; Work Product |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 604 | PGE0011663 | PGE0011663 | 7/31/1995 | Letter | Locke, Richard F | Warner, Christopher J | NONE | MEMORANDUM BETWEEN COUNSEL CONTAINS LEGAL ANALYSIS OF ATTACHED (PPGE0002856 - PPGE0002874) SIERRA NUCLEAR CORPORATION PRESENTATION FOR THE VSC CASK AND THE IMPACT OF VENDOR CASK DESIGNS ON COMPLIANCE WITH THE STANDARD CONTRACT FOR SNF DISPOSAL | Attorney Client; Work Product |
| 605 | PGE0011683 | PGE0011683 | 9/11/1995 | Memo | Warner, Christopher J | Womack, Lawrence F; Stock, William C; Duke, David L; Locke, Richard F; Tomkins, James E; Thierry, Raymond L; Angus, Michael J; Nicholson, Alan; Ovadia, David | NONE | MEMORANDUM FROM IN-HOUSE COUNSEL (C. WARNER) REFLECTS INFORMATION PROVIDED BY OUTSIDE COUNSEL (WINSTON & STRAWN) | Attorney Client |
| 606 | PGE0011718 | PGE0011718 | 7/10/1995 | Memo | Warner, Christopher J | Womack, Lawrence F; Angus, Michael J; Callaway, Lee; Cooper, Shawn E; Duke, David L; Regan, Frank J; Stock, William C | Rueger, Gregory M; Locke, Richard F | MEMORANDUM FROM COUNSEL (C. WARNER) RECOMMENDS LEGAL STRATEGY FOR RESPONDING TO MEDIA REPORTS CONCERNING THE SAFETY OF SPENT FUEL STORAGE TECHNOLOGY | Attorney Client; Work Product |
| 607 | PGE0011721 | PGE0011721 | 7/5/1995 | Letter | Warner, Christopher J | Womack, Lawrence F; Angus, Michael J; Duke, David L; Locke, Richard F; Stock, William C | NONE | MEMORANDUM FROM COUNSEL (C. WARNER) PROVIDES ATTACHED (PPGE0002911 - PPGE0002914) NRC NOTICE IN ANTICIPATION OF ISFSI LICENSING PROCEEDINGS BEFORE THE NRC | Attorney Client; Work Product |
| 608 | PGE0011726 | PGE0011727 | 3/24/1995 | Agenda / Meeting Minute | NONE | NONE | Locke, Richard F | CONTAINS NOTES OF COUNSEL (C. WARNER) RE: LEGAL ANALYSIS AND LEGAL STRATEGY RE: DRY CASK STORAGE EVALUATION ISSUES, INCLUDING LICENSING ISSUES | Work Product |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 609 | PGE0011740 | PGE0011741 | | Report / Plan | NONE | NONE | NONE | DUPLICATE OF PGE0011126 - PGE0011127. REFLECTS LEGAL REVIEW AND ANALYSIS OF COUNSEL (C. WARNER). PREPARED IN ANTICIPATION OF LICENSING PROCEEDINGS BEFORE THE NRC AND IN ANTICIPATION OF PERMIT APPLICATION PROCEEDINGS BEFORE THE CALIFORNIA COASTAL COMMISSION RE: DRY CASK STORAGE | Attorney Client; Work Product |
| 610 | PGE0011750 | PGE0011750 | 4/25/1995 | Electronic Mail (Email) | Locke, Richard F | Duke, David L | Ogden, David W; Angus, Michael J; Ovadia, David; Warner, Chris | DUPLICATE OF PGE0011136. LEGAL ANALYSIS AND ADVICE RE: STRATEGY FOR ADVANCING LICENSE AMENDMENT REQUEST BEFORE THE NRC | Attorney Client; Work Product |
| 611 | PGE0011751 | PGE0011755 | 4/28/1995 | Letter | Stock, William C | Rueger, Greg; Womack, Larry; Angus, Mike; Moulia, Tom; Warner, Christopher J | Testa, Bob; Duke, David L; Regan, Frank | MEMORANDUM REQUESTS LEGAL REVIEW AND COMMENTS RE: ATTACHED DRAFT FACT SHEET OF MANAGEMENT COMMITTEE BRIEFING. MARGINAL NOTES IN ATTACHMENT CONTAIN REVIEW NOTES OF COUNSEL (C. WARNER) | Attorney Client; Work Product |
| 612 | PGE0011883 | PGE0011883 | 5/13/1994 | Letter | Warner, Christopher J | Tidrick, Garry A; Stock, William C; Duke, David L; Lorenz, Robert W | NONE | MEMORANDUM FROM COUNSEL (C. WARNER) PROVIDES ATTACHED (PPGE0011884) INFORMATION AND REQUESTS ADDITIONAL INFORMATION IN ANTICIPATION OF ISFSI LICENSING PROCEEDINGS BEFORE THE NRC | Attorney Client; Work Product |
| 613 | PGE0011885 | PGE0011885 | 5/11/1994 | Letter | Locke, Richard F | Warner, Christopher J | NONE | DUPLICATE OF PGE0024809. THIS COPY FORWARDED TO OTHER PG&E PERSONNEL BY C. WARNER. MEMORANDUM BETWEEN COUNSEL CONTAINS LEGAL ANALYSIS OF PAPER (PGE0024810 - PGE0024875) "DRY CASK SPENT FUEL STORAGE ISSUES". PAPER IS WORK PRODUCT OF OUTSIDE COUNSEL WINSTON & STRAWN | Attorney Client; Work Product |