PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 614 | PGE0011886 | PGE0011886 | 5/12/1994 | Memo | Warner, Christopher J | Busterud, John W; Fallin Jr, Jack F; Jones, Richard C; Jordan, Lise H; Locke, Richard F; Oglesby, Douglas A; Peters, Roger J; Reidenbach, J Michael; Vincent, Louis E; Woo, Shirley A; Worthington, Bruce R; Yang, Kenneth | Bordon, Robert L | MEMORANDUM FROM COUNSEL (C. WARNER) RE: ATTACHED (PGE0011887 - PGE0011891) MEMORANDUM FROM OUTSIDE COUNSEL (J. KNOTTS, D. REPKA, M. WOOLF; WINSTON & STRAWN) RE: LEGAL ANALYSIS OF RECENT DECISION OF US COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CONCERNING FIVE-YEAR STATUTE OF LIMITATIONS FOR AGENCY ENFORCEMENT ACTION. WARNER MEMORANDUM DISCUSSES IMPLICATIONS OF DECISION TO ANTICIPATED FUTURE REGULATORY PROCEEDINGS | Attorney Client; Work Product |
| 615 | PGE0011887 | PGE0011891 | 4/29/1994 | Memo | Knotts Jr, Joseph B (Winston & Strawn); Repka, David A (Winston & Strawn); Woolf, Malcolm D (Winston & Strawn) | Warner, Christopher J | NONE | MEMORANDUM FROM OUTSIDE COUNSEL (J. KNOTTS, D. REPKA, M. WOOLF; WINSTON & STRAWN) RE: LEGAL ANALYSIS OF RECENT DECISION OF US COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CONCERNING FIVE-YEAR STATUTE OF LIMITATIONS FOR AGENCY ENFORCEMENT ACTION | Attorney Client; Work Product |
| 616 | PGE0011892 | PGE0011896 | 4/29/1994 | Memo | Knotts Jr, Joseph B (Winston & Strawn); Repka, David A (Winston & Strawn); Woolf, Malcolm D (Winston & Strawn) | Warner, Christopher J | NONE | DUPLICATE OF PGE0011887 - PGE0011891). MEMORANDUM FROM OUTSIDE COUNSEL (J. KNOTTS, D. REPKA, M. WOOLF; WINSTON & STRAWN) RE: LEGAL ANALYSIS OF RECENT DECISION OF US COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CONCERNING FIVE-YEAR STATUTE OF LIMITATIONS FOR AGENCY ENFORCEMENT ACTION | Attorney Client; Work Product |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 617 | PGE0011897 | PGE0011901 | 4/29/1994 | Memo | Knotts Jr, Joseph B (Winston & Strawn); Repka, David A (Winston & Strawn); Woolf, Malcolm D (Winston & Strawn) | Warner, Christopher | NONE | DUPLICATE OF PGE0011887 - PGE0011891). MEMORANDUM FROM OUTSIDE COUNSEL (J. KNOTTS, D. REPKA, M. WOOLF; WINSTON & STRAWN) RE: LEGAL ANALYSIS OF RECENT DECISION OF US COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CONCERNING FIVE-YEAR STATUTE OF LIMITATIONS FOR AGENCY ENFORCEMENT ACTION | Attorney Client; Work Product |
| 618 | PGE0011902 | PGE0011906 | 4/29/1994 | Memo | Knotts Jr, Joseph B (Winston & Strawn); Repka, David A (Winston & Strawn); Woolf, Malcolm D (Winston & Strawn) | Warner, Christopher J | NONE | DUPLICATE OF PGE0011887 - PGE0011891). MEMORANDUM FROM OUTSIDE COUNSEL (J. KNOTTS, D. REPKA, M. WOOLF; WINSTON & STRAWN) RE: LEGAL ANALYSIS OF RECENT DECISION OF US COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CONCERNING FIVE-YEAR STATUTE OF LIMITATIONS FOR AGENCY ENFORCEMENT ACTION | Attorney Client; Work Product |
| 619 | PGE0011907 | PGE0011911 | 4/29/1994 | Memo | Knotts Jr, Joseph B (Winston & Strawn); Repka, David A (Winston & Strawn); Woolf, Malcolm D (Winston & Strawn) | Warner, Christopher J | NONE | DUPLICATE OF PGE0011887 - PGE0011891). MEMORANDUM FROM OUTSIDE COUNSEL (J. KNOTTS, D. REPKA, M. WOOLF; WINSTON & STRAWN) RE: LEGAL ANALYSIS OF RECENT DECISION OF US COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CONCERNING FIVE-YEAR STATUTE OF LIMITATIONS FOR AGENCY ENFORCEMENT ACTION | Attorney Client; Work Product |
| 620 | PGE0011912 | PGE0011913 | 5/11/1994 | Memo | Warner, Christopher J | Oubre, Tanya E | NONE | COMMUNICATION FROM PG&E COUNSEL (C. WARNER) TO MESCALERO FUEL STORAGE PROJECT UTILITY PLANNING TEAM MEMBER COUNSEL (T. OUBRE, SOUTHERN CALIFORNIA EDISON) FORWARDING DOCUMENTS (NOT ATTACHED) RE: LEGAL ANALYSIS OF DRY CASK STORAGE REGULATORY ISSUES | Work Product |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 621 | PGE0011914 | PGE0011914 | 5/24/1994 | Memo | Knotts Jr, Joseph B (Winston & Strawn); Helfrich, Robert E (Winston & Strawn) | Warner, Christopher J | NONE | MEMORANDUM FROM OUTSIDE COUNSEL (J. KNOTTS, R. HELFRICH; WINSTON & STRAWN) RE: STATUS UPDATE AND LEGAL ANALYSIS OF PALISADES LITIGATION CONCERNING DRY CASK STORAGE AND IT'S POTENTIAL IMPACT ON PART 72 GENERAL LICENSE SCHEME FOR DRY CASK STORAGE | Attorney Client; Work Product |
| 622 | PGE0011915 | PGE0011915 | 5/24/1994 | Memo | Knotts Jr, Joseph B (Winston & Strawn); Helfrich, Robert E (Winston & Strawn) | Warner, Christopher J | NONE | DUPLICATE OF PGE0011914. MEMORANDUM FROM OUTSIDE COUNSEL (J. KNOTTS, R. HELFRICH; WINSTON & STRAWN) RE: STATUS UPDATE AND LEGAL ANALYSIS OF PALISADES LITIGATION CONCERNING DRY CASK STORAGE AND IT'S POTENTIAL IMPACT ON PART 72 GENERAL LICENSE SCHEME FOR DRY CASK STORAGE | Attorney Client; Work Product |
| 623 | PGE0016593 | PGE0016597 | 2/22/1996 | Letter | Northard, Scott (Northern States Power) | Mescalero Fuel Storage LLC Board Members | NONE | LETTER TO MESCALERO FUEL STORAGE LLC BOARD MEMBERS FROM MESCALERO FUEL STORAGE UTILITY MEMBER NORTHERN STATES POWER INCLUDES INCLUDES REVIEW AND LEGAL ANALYSIS OF ATTACHED LAND PURCHASE AGREEMENT BY MESCALERO FUEL STORAGE LLC MEMBER COUNSEL (M. CONNELLY, NORTHERN STATES POWER). ALSO INCLUDES REQUEST FOR REVIEW AND LEGAL OPINION OF MESCALERO FUEL STORAGE LLC OUTSIDE COUNSEL HOGAN & HARTSON. A REDACTED VERSION OF THIS DOCUMENT HAS BEEN PRODUCED AT PPGE0001040 - PPGE0001044 | Attorney Client; Work Product |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 624 | PGE0016598 | PGE0016652 | 3/12/1996 | Agreement / Contract | Hogan & Hartson LLP | NONE | NONE | DRAFT MESCALERO PROJECT DEVELOPMENT AGREEMENT. DRAFT IS WORK PRODUCT OF MESCALERO FUEL STORAGE PROJECT UTILITY GROUP COUNSEL HOGAN & HARTSON AND CONTAINS MARGINALIA REFLECTING PG&E REQUEST TO C. WARNER FOR LEGAL REVIEW AND COMMENTS | Attorney Client; Work Product |
| 625 | PGE0016653 | PGE0016680 | 3/12/1996 | Agreement / Contract | NONE | NONE | NONE | DUPLICATE OF PGE0016713 - PGE0016741. DRAFT BUSINESS LEASE BETWEEN MESCALERO APACHE TRIBE AND THE MESCALERO FUEL STORAGE PROJECT UTILITY GROUP CORPORATION | Attorney Client; Work Product |
| 626 | PGE0016681 | PGE0016711 | 3/12/1996 | Agreement / Contract | Hogan & Hartson LLP | NONE | NONE | DRAFT TRIBAL AGREEMENT BETWEEN MESCALERO APACHE TRIBE AND MESCALERO FUEL STORAGE PROJECT UTILITY GROUP. DRAFT IS WORK PRODUCT OF MESCALERO FUEL STORAGE PROJECT UTILITY GROUP COUNSEL HOGAN & HARTSON | Attorney Client; Work Product |
| 627 | PGE0016712 | PGE0016741 | 3/14/1996 | Letter | Swimmer, Margaret A (Hall Estill Hardwick Gable Golden & Nelson) | Keaton, Robert (GPU Nuclear); Eliason, Leon (Public Service Electric & Gas); Cocherell, Ron (Southern Nuclear) | Legal Committee; Parkyn, John (Dairyland Power); Porter, Doug (Southern California Edison); Christian, Claudette (Hogan & Hartson) | LETTER FROM MESCALERO FUEL STORAGE PROJECT UTILITY GROUP COUNSEL M. SWIMMER PROVIDED AT REQUEST OF MESCELARO FUEL STORAGE PROJECT UTILITY GROUP MEMBER REPRESENTATIVE J. PARKYN. ATTACHES (PGE0016713 - PGE0016741) DRAFT BUSINESS LEASE BETWEEN MESCALERO APACHE TRIBE AND THE MESCALERO FUEL STORAGE PROJECT UTILITY GROUP CORPORATION | Attorney Client; Work Product |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 628 | PGE0016742 | PGE0016795 | 3/12/1996 | Agreement / Contract | Hogan & Hartson LLP | NONE | NONE | DRAFT MESCALERO PROJECT DEVELOPMENT AGREEMENT. DRAFT IS WORK PRODUCT OF MESCALERO FUEL STORAGE PROJECT UTILITY GROUP COUNSEL HOGAN & HARTSON | Attorney Client; Work Product |
| 629 | PGE0016796 | PGE0016826 | 3/12/1996 | Agreement / Contract | Hogan & Hartson LLP | NONE | NONE | DRAFT TRIBAL AGREEMENT BETWEEN MESCALERO APACHE TRIBE AND MESCALERO FUEL STORAGE PROJECT UTILITY GROUP. DRAFT IS WORK PRODUCT OF MESCALERO FUEL STORAGE PROJECT UTILITY GROUP COUNSEL HOGAN & HARTSON | Attorney Client; Work Product |
| 630 | PGE0016922 | PGE0016922 | | Agreement / Contract | NONE | Northard, Scott (Northern States Power) | NONE | DRAFT MESCALERO PRIVATE FUEL STORAGE FACILITY PHASE ONE COMMITMENT FORM. ATTACHMENT TO LETTER (PPGE0003482) TO PG&E COUNSEL C. WARNER FROM MESCALERO FUEL STORAGE UTILITY GROUP MEMBER NORTHERN STATES POWER REQUESTING LEGAL REVIEW AND RESPONSE | Attorney Client; Work Product |
| 631 | PGE0016923 | PGE0016925 | | Agreement / Contract | NONE | NONE | NONE | DRAFT NONDISCLOSURE AGREEMENT BETWEEN MESCALERO APACHE TRIBE, NORTHERN STATES POWER AND PG&E. ATTACHMENT TO LETTER (PPGE0003482) TO PG&E COUNSEL C. WARNER FROM MESCALERO FUEL STORAGE UTILITY GROUP MEMBER NORTHERN STATES POWER REQUESTING LEGAL REVIEW AND RESPONSE | Attorney Client; Work Product |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 632 | PGE0016926 | PGE0016926 | | Agreement / Contract | NONE | Northard, Scott (Northern States Power) | NONE | DRAFT MESCALERO PRIVATE FUEL STORAGE FACILITY PHASE ONE COMMITMENT FORM. ATTACHMENT TO LETTER (PPGE0003482) TO PG&E COUNSEL C. WARNER FROM MESCALERO FUEL STORAGE UTILITY GROUP MEMBER NORTHERN STATES POWER REQUESTING LEGAL REVIEW AND RESPONSE | Attorney Client; Work Product |
| 633 | PGE0016927 | PGE0016928 | | Agreement / Contract | NONE | NONE | NONE | DRAFT NONDISCLOSURE AGREEMENT BETWEEN NORTHERN STATES POWER AND PG&E. ATTACHMENT TO LETTER (PPGE0003482) TO PG&E COUNSEL C. WARNER FROM MESCALERO FUEL STORAGE UTILITY GROUP MEMBER NORTHERN STATES POWER REQUESTING LEGAL REVIEW AND RESPONSE. PREPARED IN ANTICIPATION OF JOINT LITIGATION AGAINST DOE REGARDING FAILURE OF DOE TO MEET ITS CONTRACTURAL OBLIGATIONS REGARDING SPENT NUCLEAR FUEL | Attorney Client; Work Product |
| 634 | PGE0016929 | PGE0016929 | | Agreement / Contract | NONE | Connelly, Michael (Northern States Power) | NONE | DRAFT COMMITMENT TO LITIGATION FORM. ATTACHMENT TO LETTER (PPGE0003482) TO PG&E COUNSEL C. WARNER FROM MESCALERO FUEL STORAGE UTILITY GROUP MEMBER NORTHERN STATES POWER REQUESTING LEGAL REVIEW AND RESPONSE. PREPARED IN ANTICIPATION OF JOINT LITIGATION AGAINST DOE REGARDING FAILURE OF DOE TO MEET ITS CONTRACTURAL OBLIGATIONS REGARDING SPENT NUCLEAR FUEL | Attorney Client; Work Product |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 635 | PGE0016931 | PGE0016932 | 12/28/1994 | Letter | Warner, Christopher J | Northard, Scott (Northern States Power); Connelly, Michael C (Northern States Power) | Rueger, Greg M; Stock, William C; Bangert, A Charles; Duke, David L | LETTER FROM PG&E COUNSEL (C. WARNER) TO MESCALERO FUEL STORAGE PROJECT UTILITY PLANNING TEAM REPRESENTATIVE (S. NOTHARD, NORTHERN STATES POWER) AND COUNSEL (M. CONNELLY, NORTHERN STATES POWER). REFLECTS PG&E COUNSEL'S (C. WARNER, PG&E LAW DEPT) LEGAL ANALYSIS RE: MESCALERO/UTILITY PLANNING TEAM DOCUMENTS | Attorney Client; Work Product |
| 636 | PGE0016933 | PGE0016935 | | Report / Plan | NONE | NONE | NONE | REFLECTS PG&E COUNSEL'S (C. WARNER, PG&E LAW DEPT) LEGAL REVIEW AND ANALYSIS OF DRAFT MESCALERO LETTER OF INTENT. ATTACHMENT TO LETTER (PGE0016931 - PGE0016932) FROM PG&E COUNSEL (C. WARNER) TO MESCALERO FUEL STORAGE PROJECT UTILITY PLANNING TEAM REPRESENTATIVE (S. NORTHARD, NORTHERN STATES POWER) AND COUNSEL (M. CONNELLY, NORTHERN STATES POWER) | Attorney Client; Work Product |
| 637 | PGE0016936 | PGE0016950 | 8/9/1994 | Agreement / Contract | NONE | NONE | NONE | FACSIMILE OF DRAFT "OUTLINE OF MEMORANDUM OF AGREEMENT BETWEEN MESCALERO APACHE TRIBE AND POTENTIAL UTILITY EQUITY PARTICIPANTS". FACSIMILE FROM MESCALERO FUEL STORAGE UTILITY GROUP MEMBER COUNSEL (SOUTHERN CALIFORNIA EDISION - LAW) | Attorney Client |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 638 | PGE0016951 | PGE0016965 | 8/9/1994 | Agreement / Contract | NONE | NONE | NONE | DUPLICATE OF PGE0016936 - PGE0016950. FACSIMILE OF DRAFT "OUTLINE OF MEMORANDUM OF AGREEMENT BETWEEN MESCALERO APACHE TRIBE AND POTENTIAL UTILITY EQUITY PARTICIPANTS". FACSIMILE FROM MESCALERO FUEL STORAGE UTILITY GROUP MEMBER COUNSEL (SOUTHERN CALIFORNIA EDISION - LAW) | Attorney Client |
| 639 | PGE0016966 | PGE0016968 | 8/30/1994 | LETTER | Warner, Christopher J | Connelly, Michael C (Northern States Power); Silberg, Jay E (Shaw Pittman Potts & Trowbridge) | Rueger, Greg M; Stock, William C | DUPLICATE OF PGE0016972 - PGE0016974. LETTER FROM C. WARNER TO MESCALERO/UTILITY FUEL STORAGE INITIATIVE MEMBER COUNSEL (M. CONNELLY, NORTHERN STATES POWER) AND GROUP COUNSEL (JAY SILBERG, SHAW, PITTMAN, POTTS & TROWBRIDGE) CONTAINS LEGAL ANALYSIS REQUESTS FOR ADDITIONAL INFORMATION | Attorney Client; Work Product |
| 640 | PGE0016969 | PGE0016971 | 6/10/1994 | Letter | Warner, Christopher J | Johnson, Gary R (Northern States Power); Silberg, Jay E (Shaw Pittman Potts & Trowbridge) | Rueger, Greg M; Stock, William C | LETTER FROM C. WARNER TO MESCALERO/UTILITY FUEL STORAGE INITIATIVE MEMBER COUNSEL (G. JOHNSON, NORTHERN STATES POWER) AND GROUP COUNSEL (JAY SILBERG, SHAW, PITTMAN, POTTS & TROWBRIDGE) CONTAINS LEGAL ANALYSIS AND REQUESTS FOR ADDITIONAL INFORMATION | Attorney Client; Work Product |
| 641 | PGE0016972 | PGE0016974 | 8/30/1994 | Letter | Warner, Christopher J | Connelly, Michael C (Northern States Power); Silberg, Jay E (Shaw Pittman Potts & Trowbridge) | Rueger, Greg M; Stock, William C | LETTER FROM C. WARNER TO MESCALERO/UTILITY FUEL STORAGE INITIATIVE MEMBER COUNSEL (M. CONNELLY, NORTHERN STATES POWER) AND GROUP COUNSEL (JAY SILBERG, SHAW, PITTMAN, POTTS & TROWBRIDGE) CONTAINS LEGAL ANALYSIS REQUESTS FOR ADDITIONAL INFORMATION | Attorney Client; Work Product |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 642 | PGE0016975 | PGE0016977 | 6/10/1994 | Letter | Warner, Christopher J | Johnson, Gary R (Northern States Power); Silberg, Jay E (Shaw Pittman Potts & Trowbridge) | Rueger, Greg M; Stock, William C | LETTER FROM C. WARNER TO MESCALERO/UTILITY FUEL STORAGE INITIATIVE MEMBER COUNSEL (G. JOHNSON, NORTHERN STATES POWER) AND GROUP COUNSEL (JAY SILBERG, SHAW, PITTMAN, POTTS & TROWBRIDGE) CONTAINS LEGAL ANALYSIS REQUESTS FOR ADDITIONAL INFORMATION | Attorney Client; Work Product |
| 643 | PGE0016978 | PGE0016999 | 8/22/1994 | Telex / Telegram / Phone Message | Connelly, Michael (Northern States Power) | Fulton, Jack (Boston Edison); Jenkins, David (Commonwealth Edison); Sanchez, John (Consolidated Edison); Bordine, Tom (Consumers Power); Zaremba, Tom (Dairyland Power); Phares, Richard (Illinois Power); Lacy, Bruce (Iowa Electric); Warner, Christopher J; Frewing, John (Portland Gas); Dahodwala, Quoresh (Public Service Electric & Gas); Porter, Doug (Southern California Edison); Morris, Scott (Southern Nuclear); Woelfele, Walter (Wisconsin Electric Power); Grube, Rudy (Yankee Atomic) | Stock, William C | FACSIMILE FROM MESCALERO FUEL STORAGE UTILITY GROUP COUNSEL (M. CONNELLY) TO MESCALERTO FUEL STORAGE UTILITY GROUP MEMBER REPRESENTATIVES REQUESTING LEGAL REVIEW AND COMMENTS ON ATTACHED UTILITY DRAFT OF LETTER OF INTENT | Attorney Client; Work Product |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 644 | PGE0017000 | PGE0017000 | 7/11/1994 | Fax Cover Sheet | Silberg, Jay E (Shaw Pittman Potts & Trowbridge) | Stock, William C; Warner, Christopher J; Myers, Paul (Southern California Edison); Cope, Larry (Southern California Edison); Jenkins, David (Commenwealth Edison; Petersen, Kenneth (Commonwealth Edison); Lasky, Lawrence (Sidley & Austin); Brimer, Bob (Dairyland Power); Zaremba, Tom (Dairyland Power); Frewing, John (Portland General Electric); Nichols, Doug (Portland General Electric); Bordine, Tom (Consumers Power); Bacon, Judd (Consumers Power); Charnas, Steve (Sutin Thayer) | NONE | FACSIMILE COVER SHEET FROM MESCALERO/UTILITY FUEL STORAGE INITIATIVE COUNSEL (J. SILBERG, SHAW, PITTMAN, POTTS & TROWBRIDGE) TO MESCALERO FUEL STORAGE INITIATIVE UTILITY GROUP MEMBER REPRESENTATIVES FORWARDING ATTACHMENTS (PGE0017001 - PGE0017012) | Attorney Client |
| 645 | PGE0017013 | PGE0017013 | 7/5/1994 | Notes | Warner, Christopher J | NONE | NONE | HANDWRITTEN INSTRUCTION FROM COUNSEL (C. WARNER) RE: COMMUNICATION WITH CLIENT (W. STOCK) | Attorney Client |
| 646 | PGE0017015 | PGE0017019 | 7/1/1994 | Report / Plan | NONE | NONE | NONE | DRAFT CHECKLIST OF PG&E STRATEGY RE: MESCALERO/UTILITY SPENT FUEL FACILITY AND FORMATION OF A UTILITY/MESCALERO CORPORATION. REFLECTS LEGAL ANALYSIS OF C. WARNER. CONTAINS ACTION ITEMS ASSIGNING MORE WORK | Attorney Client; Work Product |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 647 | PGE0017022 | PGE0017047 | 6/27/1994 | Letter | Connelly, Michael (Northern States Power) | Planning Team Representatives | NONE | COMMUNICATION FROM MESCALERO FUEL STORAGE UTILITY GROUP MEMBER COUNSEL (M. CONNELLY, NORTHERN STATES POWER) TO MESCALERO FUEL STORAGE UTILITY GROUP PLANNING TEAM REPRESENTATIVES RE: ATTACHED "OUTLINE FOR THE PROPOSED STRUCTURE FOR A JOINT UTILITY-MESCALERO APACHE TRIBE CORPORATION" AND ATTACHED "PRELIMINARY DRAFT OF SERVICE CONTRACT BETWEEN JOINT UTILITY-MESCALERO APACHE TRIBE CORPORATION AND CUSTOMERS" | Attorney Client; Work Product |
| 648 | PGE0017048 | PGE0017048 | 6/24/1994 | Fax Cover Sheet | Warner, Christopher J | Silberg, Jay (Shaw Pittman Potts & Trowbridge); Connelly, Mike (Northern States Power) | NONE | FACSIMILE COVER SHEET FOR ATTACHED LETTER (PGE0017049 - PGE0017050) RE: LEGAL ADVICE AND STRATEGY FOR FORMATION OF MESCALERO FUEL STORAGE PROJECT UTILITY CORPORATION. LETTER FROM C. WARNER SENT TO COUNSEL (M. CONNELLY) FOR MESCALERO FUEL STORAGE PROJECT UTILITY GROUP MEMBER (NORTHERN STATES POWER) | Attorney Client |
| 649 | PGE0017215 | PGE0017217 | 6/10/1994 | Letter | Warner, Christopher J | Johnson, Gary R (Northern States Power); Silberg, Jay E (Shaw Pittman Potts & Trowbridge) | Rueger, Greg M; Stock, William C | LETTER FROM C. WARNER TO MESCALERO/UTILITY FUEL STORAGE INITIATIVE MEMBER COUNSEL (G. JOHNSON, NORTHERN STATES POWER) AND GROUP COUNSEL (JAY SILBERG, SHAW, PITTMAN, POTTS & TROWBRIDGE) CONTAINS LEGAL ANALYSIS REQUESTS FOR ADDITIONAL INFORMATION | Attorney Client; Work Product |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 650 | PGE0017218 | PGE0017221 | 5/31/1994 | Memo | Warner, Christopher J | Rueger, Greg M | Fujimoto, Warren H; Stock, William C | LEGAL REVIEW AND ANALYSIS OF MATERIALS SUMMARIZING STATUS OF MESCALERO INDIAN/JOINT UTILITY PRIVATE SPENT FUEL STORAGE FACILITY. PROVIDES LEGAL ADVICE REGARDING PG&E PARTICIPATION IN STEP TWO OF PROJECT | Attorney Client; Work Product |
| 651 | PGE0017228 | PGE0017228 | 4/13/1994 | Letter | Connelly, Michael C (Northern States Power) | Warner, Christopher J | Rueger, Gregory M; Stock, William C | LETTER FROM MESCALERO FUEL STORAGE UTILITY GROUP MEMBER COUNSEL (M. CONNELY, NORTHERN STATES POWER) TO C. WARNER RE: DRAFT COMPLAINT AND LITIGATION STRATEGY FOR POSSIBLE LITIGATION AGAINST THE DOE ARISING OUT OF DOE'S OBLIGATION TO TAKE SPENT NUCLEAR FUEL FROM UTILITIES IN 1998. WARNER COPYED TO G. RUEGER AND W. STOCK | Attorney Client; Work Product |
| 652 | PGE0017299 | PGE0017299 | 3/17/1994 | Letter | Hum, Judy | Warner, Christopher J | NONE | COMMUNICATION TO PG&E COUNSEL C. WARNER REFLECTS RESPONSE TO REQUEST FOR INFORMATION (PGE0017301) REGARDING DRAFT COMPLAINT. REFLECTS COMMUNICATION BETWEEN PG&E AND MESCALERO FUEL STORAGE UTILITY GROUP MEMBER COUNSEL (M. CONNELLY AND G. JOHNSON; NORTHERN STATES POWER) | Attorney Client; Work Product |
| 653 | PGE0017300 | PGE0017300 | 3/16/1994 | Letter | Hum, Judy | Warner, Christopher J | NONE | COMMUNICATION TO PG&E COUNSEL C. WARNER REFLECTS RESPONSE TO REQUEST FOR INFORMATION (PGE0017301) REGARDING DRAFT COMPLAINT. REFLECTS COMMUNICATION BETWEEN PG&E AND MESCALERO FUEL STORAGE UTILITY GROUP MEMBER COUNSEL (M. CONNELLY AND G. JOHNSON; NORTHERN STATES POWER) | Attorney Client; Work Product |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 654 | PGE0017301 | PGE0017301 | | Notes | NONE | NONE | NONE | HANDWRITTEN NOTES OF COUNSEL C. WARNER CONTAINS INSTRUCTIONS TO PG&E STAFF RE: ATTACHMENTS (PGE0017302 - PGE0017313) AND REFLECTS REQUEST OF WARNER TO MESCALERO FUEL STORAGE UTILITY GROUP MEMBER COUNSEL (G. JOHNSON, GENERAL COUNSEL, NORTHERN STATES POWER) FOR ADDITIONAL INFORMATION | Attorney Client; Work Product |
| 655 | PGE0017302 | PGE0017302 | 3/10/1994 | Agreement / Contract | NONE | Northard, Scott (Northern States Power) | NONE | DRAFT MESCALERO PRIVATE FUEL STORAGE FACILITY PHASE ONE COMMITMENT FORM. ATTACHMENT TO NOTES (PGE0017301) OF COUNSEL (C. WARNER) REGARDING COMMUNICATIONS WITH MESCALERO FUEL STORAGE UTILITY GROUP MEMBER COUNSEL (G. JOHNSON, NORTHERN STATES POWER) | Attorney Client; Work Product |
| 656 | PGE0017303 | PGE0017303 | 3/10/1994 | Agreement / Contract | NONE | Connelly, Michael C (Northern States Power) | NONE | DRAFT COMMITMENT TO LITIGATION FORM. ATTACHMENT TO NOTES (PGE0017301) OF COUNSEL (C. WARNER) REGARDING COMMUNICATIONS WITH MESCALERO FUEL STORAGE UTILITY GROUP MEMBER COUNSEL (G. JOHNSON, NORTHERN STATES POWER). PREPARED IN ANTICIPATION OF JOINT LITIGATION AGAINST DOE REGARDING FAILURE OF DOE TO MEET ITS CONTRACTURAL OBLIGATIONS REGARDING SPENT NUCLEAR FUEL | Attorney Client; Work Product |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 657 | PGE0017304 | PGE0017305 | 3/11/1994 | Agreement / Contract | NONE | NONE | NONE | PARTIALLY EXECUTED NONDISCLOSURE AGREEMENT BETWEEN NORTHERN STATES POWER AND PG&E. ATTACHMENT TO NOTES (PGE0017301) OF COUNSEL (C. WARNER) REGARDING COMMUNICATIONS WITH MESCALERO FUEL STORAGE UTILITY GROUP MEMBER COUNSEL (G. JOHNSON, NORTHERN STATES POWER). PREPARED IN ANTICIPATION OF JOINT LITIGATION AGAINST DOE REGARDING FAILURE OF DOE TO MEET ITS CONTRACTURAL OBLIGATIONS REGARDING SPENT NUCLEAR FUEL | Attorney Client; Work Product |
| 658 | PGE0017306 | PGE0017308 | 3/11/1994 | Agreement / Contract | NONE | NONE | NONE | PARTIALLY EXECUTED NONDISCLOSURE AGREEMENT BETWEEN MESCALERO APACHE TRIBE, NORTHERN STATES POWER AND PG&E. ATTACHMENT TO NOTES (PGE0017301) OF COUNSEL (C. WARNER) REGARDING COMMUNICATIONS WITH MESCALERO FUEL STORAGE UTILITY GROUP MEMBER COUNSEL (G. JOHNSON, NORTHERN STATES POWER) | Attorney Client; Work Product |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 659 | PGE0017309 | PGE0017310 | 3/11/1994 | Agreement / Contract | NONE | NONE | NONE | DUPLICATE OF PGE0017304 - PGE0017305. PARTIALLY EXECUTED NONDISCLOSURE AGREEMENT BETWEEN NORTHERN STATES POWER AND PG&E. ATTACHMENT TO NOTES (PGE0017301) OF COUNSEL (C. WARNER) REGARDING COMMUNICATIONS WITH MESCALERO FUEL STORAGE UTILITY GROUP MEMBER COUNSEL (G. JOHNSON, NORTHERN STATES POWER). PREPARED IN ANTICIPATION OF JOINT LITIGATION AGAINST DOE REGARDING FAILURE OF DOE TO MEET ITS CONTRACTURAL OBLIGATIONS REGARDING SPENT NUCLEAR FUEL | Attorney Client; Work Product |
| 660 | PGE0017311 | PGE0017313 | 3/11/1994 | Agreement / Contract | NONE | NONE | NONE | DUPLICATE OF PGE0017306 - PGE0017308. PARTIALLY EXECUTED NONDISCLOSURE AGREEMENT BETWEEN MESCALERO APACHE TRIBE, NORTHERN STATES POWER AND PG&E. ATTACHMENT TO NOTES (PGE0017301) OF COUNSEL (C. WARNER) REGARDING COMMUNICATIONS WITH MESCALERO FUEL STORAGE UTILITY GROUP MEMBER COUNSEL (G. JOHNSON, NORTHERN STATES POWER | Attorney Client; Work Product |
| 661 | PGE0017323 | PGE0017323 | 2/28/1994 | Press Release / News Article | Locke, Richard F | Warner, Christopher J | NONE | COMMUNICATION BETWEEN COUNSEL (C. WARNER AND R. LOCKE) RE: PREVIOUS DISCUSSION BETWEEN COUNSEL REGARDING EEI PUBLICATION. THE PUBLICATION IS PRODUCED WITHOUT COMMUNICATION OF COUNSEL AT PPGE0003721 | Attorney Client |