PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 662 | PGE0017337 | PGE0017337 | 2/23/1994 | Memo | Warner, Christopher J | Clarke, Richard A | Golub, Howard V | LEGAL ANALYSIS AND ADVICE FROM COUNSEL (C. WARNER) RE: RESPONSE TO NORTHERN STATES POWER NUCLEAR WASTE MEETING INVITATION | Attorney Client; Work Product |
| 663 | PGE0017339 | PGE0017340 | 2/7/1994 | Letter | Howard, James J | Clarke, Richard A | NONE | REQUEST FOR LEGAL REVIEW AND ADVICE. REQUEST FROM H. GOLUB TO C. WARNER. REDACTED VERSION OF UNDERLYING LETTER PRODUCED AT PPGE0003795 - PPGE0003796 | Attorney Client; Work Product |
| 664 | PGE0017405 | PGE0017406 | 2/7/1994 | Letter | Howard, James J (Northern States Power) | Clarke, Richard A | NONE | REQUEST FOR LEGAL REVIEW AND ADVICE. REQUEST FROM H. GOLUB TO C. WARNER. CONTAINS MARGINALIA REFLECTING LEGAL REVIEW AND ADVICE OF C. WARNER. REDACTED VERSION OF UNDERLYING LETTER PRODUCED AT PPGE0003795 - PPGE0003796 | Attorney Client; Work Product |
| 665 | PGE0017452 | PGE0017456 | 2/6/1996 | Letter | Foran, James T (Public Service Electric & Gas) | Mescalero Spent Fuel LLC Legal Committee Members | Christian, Claudette M (Hogan & Hartson); Swimmer, Margaret (Hall Estill Hardwick Gable Golden & NelsoN) | FACSIMILE COMMUNICATION FROM MESCALERO FUEL STORAGE LLC MEMBER COUNSEL (J. FORAN, PSE&G) TO MEMBERS OF MESCALERO SPENT FUEL LLC LEGAL COMMITTEE RE: FORAN'S RESIGNATION AS CHAIRMAN OF COMMITTEE AND RE: ATTACHED LETTER FROM MESCALERO FUEL STORAGE LLC MEMBER REPRESENTATIVE (I. ELISON, PGE&E) TO MESCALERO FUEL STORAGE LLC BOARD OF MANAGERS RE: PSE&G'S WITHDRAWAL FROM MESCALERO FUEL STORAGE LLC. FACSIMILE REFLECTS PSE&G'S LEGAL ANALYSIS OF THE MESCALERO FUEL STORAGE PROJECT | Attorney Client; Work Product |

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 666 | PGE0017457 | PGE0017459 | 10/19/1995 | Fax Cover Sheet | Zaremba, Thomas (Dairyland Power) | Connelly, Michael C (Northern States Power); Porter, Doug (Southern California Edison); Christian, Claudette M (Hogan & Hartson); Shinnock, Jack (American Electric Power); Woelfle, Walter T (Wisconsin Electric Power); Warner, Christopher J; Fulton, Jack (Boston Edison); Parkyn, John (Dairyland Power) | NONE | FACSIMILE LETTER FROM COUNSEL (T. ZAREMBA OF WHEELER, VAN SICKLE & ANDERSON) FOR MESCALERO FUEL STORAGE UTILITY GROUP MEMBER GENOA FUELTECH. LETTER PROVIDES LEGAL ANALYSIS OF AND REQUESTS ADDITIONAL INFORMATION RE: LLC AGREEMENT | Attorney Client; Work Product |
| 667 | PGE0017960 | PGE0017960 | 8/7/1987 | Letter | Locke, Richard F | NONE | Golub, Howard V; Horne, Grant N; Lew, Barclay S; Maneatis, George A; Norton, Bruce; Sarkisian, George C; Shiffer, James D | COMMUNICATION FROM COUNSEL (R. LOCKE) RE: ATTACHED (PPGE0003958 - PPGE0004027) ORDER IN PG&E MATTER BEFORE THE NRC ATOMIC SAFETY AND LICENSING BOARD AND DECISION IN VERMONT YANKEE MATTER BEFORE THE NRC ATOMIC SAFETY AND LICENSING BOARD. THE VERMONT YANKEE MATTER DECISION IS A REFERENCED ATTACHMENT TO THE PG&E MATTER ORDER | Attorney Client |
| 668 | PGE0018111 | PGE0018146 | 10/27/1986 | Letter | Nuclear Regulatory Affairs | NONE | Carroll, James C; Coffer, Charles O; Crane, Philip A; DeUriatrte, T G; Moore, George H; Norton, Bruce | DRAFT REVIEW (PGE0018111 - PGE0018113) PREPARED BY NUCLEAR REGULATORY AFFAIRS, PG&E LAW DEPARTMENT AT THE REQUEST OF PG&E COUNSEL FOR USE IN PREPARATION FOR NRC/ASLB RERACKING HEARINGS. ATTACHMENTS (PGE0018114 - PGE0018146) REFLECT LEGAL REVIEW AND ANALYSIS OF PG&E LAW DEPARTMENT | Attorney Client; Work Product |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 669 | PGE0018148 | PGE0018149 | | Report / Plan | NONE | NONE | NONE | DUPLICATE OF PGE0018114 - PGE0018115. ATTACHMENT TO DRAFT REVIEW (PGE0018111 - PGE0018113) PREPARED BY NUCLEAR REGULATORY AFFAIRS, PG&E LAW DEPARTMENT AT THE REQUEST OF PG&E COUNSEL FOR USE IN PREPARATION FOR NRC/ASLB RERACKING HEARINGS. ATTACHMENT REFLECTS LEGAL REVIEW AND ANALYSIS OF PG&E LAW DEPARTMENT | Attorney Client; Work Product |
| 670 | PGE0018151 | PGE0018153 | | Report / Plan | NONE | NONE | NONE | DUPLICATE OF PGE0018116 - PGE0018118. ATTACHMENT TO DRAFT REVIEW (PGE0018111 - PGE0018113) PREPARED BY NUCLEAR REGULATORY AFFAIRS, PG&E LAW DEPARTMENT AT THE REQUEST OF PG&E COUNSEL FOR USE IN PREPARATION FOR NRC/ASLB RERACKING HEARINGS. ATTACHMENT REFLECTS LEGAL REVIEW AND ANALYSIS OF PG&E LAW DEPARTMENT | Attorney Client; Work Product |
| 671 | PGE0018154 | PGE0018159 | | Report / Plan | NONE | NONE | NONE | DUPLICATE OF PGE0018119 - PGE0018124. ATTACHMENT TO DRAFT REVIEW (PGE0018111 - PGE0018113) PREPARED BY NUCLEAR REGULATORY AFFAIRS, PG&E LAW DEPARTMENT AT THE REQUEST OF PG&E COUNSEL FOR USE IN PREPARATION FOR NRC/ASLB RERACKING HEARINGS. ATTACHMENT REFLECTS LEGAL REVIEW AND ANALYSIS OF PG&E LAW DEPARTMENT | Attorney Client; Work Product |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 672 | PGE0018160 | PGE0018162 | | Report / Plan | NONE | NONE | NONE | DUPLICATE OF PGE0018125 - PGE0018127. ATTACHMENT TO DRAFT REVIEW (PGE0018111 - PGE0018113) PREPARED BY NUCLEAR REGULATORY AFFAIRS, PG&E LAW DEPARTMENT AT THE REQUEST OF PG&E COUNSEL FOR USE IN PREPARATION FOR NRC/ASLB RERACKING HEARINGS. ATTACHMENT REFLECTS LEGAL REVIEW AND ANALYSIS OF PG&E LAW DEPARTMENT | Attorney Client; Work Product |
| 673 | PGE0020402 | PGE0020402 | 9/12/1986 | Letter | Ohlbach, Robert | Furbush, Malcolm H; Locke, Richard F | Crane Jr, Philip A; Radford, G N; Thornberry, Robert C | LEGAL REVIEW AND ANALYSIS OF NINTH CIRCUIT COURT OF APPEALS OPINION ON INTERVENORS CHALLENGE TO NRC'S ISSUANCE OF LICENSE AMENDMENTS AUTHORIZING DIABLO CANYON SPENT FUEL POOL EXPANSION | Attorney Client; Work Product |
| 674 | PGE0022357 | PGE0022358 | 8/26/1994 | Electronic Mail (Email) | Sullivan, William J | Warner, Christopher J; Duke, David L; Lorenz, Robert W | HTM1 | COMMUNICATION TO COUNSEL (C. WARNER) PREPARED AT REQUEST OF COUNSEL RE: STATUS OF AND OPTIONS FOR INSURANCE COVERAGE OF PG&E SPENT FUEL SENT TO THE MESCALERO FUEL STORAGE FACILITY. DISCUSSES INSURANCE APPLYING TO PG&E SPENT FUEL AND/OR OTHER UTILITY SPENT FUEL AT THE MESCALERO FACILITY | Attorney Client; Work Product |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 675 | PGE0022663 | PGE0022682 | 3/18/1994 | Pleading / Court Filing | Silberg, Jay E (Shaw Pittman Potts & Trowbridge); Carvin, Michael A (Shaw Pittman Potts & Trowbridge); Buren, Mindy A (Shaw Pittman Potts & Trowbridge); Colatriano, Vincent J (Shaw Pittman Potts & Trowbridge) | Warner, Christopher J | Locke, Richard F | DRAFT JOINT PETITION FOR REVIEW RE: DOE'S OBLIGATIONS UNDER THE NWPA OF 1982. DOCUMENT IS WORK PRODUCT OF MESCALERO FUEL STORAGE UTILITY GROUP COUNSEL (SHAW, PITTMAN, POTTS & TROWBRIDGE). THIS FACSIMILE COPY SENT TO PG&E COUNSEL (C. WARNER) BY MESCALERO FUEL STORAGE UTILITY GROUP MEMBER REPRESENTATIVE (K. DOUGHTY, NORTHERN STATES POWER) AND FORWARDED ON TO PG&E COUNSEL (R. LOCKE). CONTAINS MARGINALIA REFLECTING LEGAL REVIEW AND ANALYSIS OF COUNSEL. | Attorney Client; Work Product |
| 676 | PGE0023836 | PGE0023839 | 9/13/2004 | Electronic Mail (Email) | Locke, Richard F | Rueger, Gregory M | Willis, Roy; Norton, Bruce; Sokolsky, David; Galle, John; Nelson, Terry; Grozan, Thomas C; Ketelsen, Stan C; Parker, Larry M; Manheim, William | LEGAL REVIEW AND ANALYSIS OF KEY REGULATORY CHANGES RE: MATERIAL CONTROL AND ACCOUNTING FOR SPECIAL NUCLEAR MATERIALS. EMAIL AND ATTACHED TABLE REFLECT ATTORNEY WORK PRODUCT OF PG&E-LAW AND OUTSIDE COUNSEL (WINSTON & STRAWN) | Attorney Client; Work Product |

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 677 | PGE0023918 | PGE0023927 | | Report / Plan | NONE | Pacific Gas & Electric Company Management Committee | NONE | RE: LEGAL ANALYSIS AND RECOMMENDATIONS SUBMITTED TO THE MANAGEMENT COMMITTEE OF PG&E FOR APPROVAL. PREPARED IN PREPARATION FOR NEXT NUCLEAR DECOMMISSIONING COST TRIENNIAL PROCEEDING (NDCTP), AS PREPARATION FOR RECOMMENDED FILING OF ADVICE LETTER WITH THE CALIFORNIA PUBLIC UTILITY COMMISSION (CPUC), AS PREPARATION FOR REGULATORY PROCEEDINGS BEFORE THE NUCLEAR REGULATORY COMMISSION (NRC) AND IN ANTICIPATION OF FUTURE GENERAL RATE CASES | Attorney Client; Work Product |
| 678 | PGE0023973 | PGE0023975 | 9/10/1996 | Report / Plan | NONE | Pacific Gas & Electric Company Board of Directors | NONE | DRAFT RE: LEGAL ANALYSIS AND RECOMMENDATIONS SUBMITTED TO THE BOARD OF DIRECTORS OF PG&E FOR APPROVAL. PREPARED IN ANTICIPATION OF A NUCLEAR DECOMMISSIONING COST TRIENNIAL PROCEEDING (NDCTP), AS PREPARATION FOR REGULATORY PROCEEDINGS BEFORE THE CALIFORNIA PUBLIC UTILITY COMMISSION (CPUC), AND AS PREPARATION FOR REGULATORY PROCEEDINGS BEFORE THE NUCLEAR REGULATORY COMMISSION (NRC) | Attorney Client; Work Product |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 679 | PGE0023990 | PGE0023994 | 9/3/1996 | Report / Plan | NONE | Pacific Gas & Electric Company Utility Policy Committee | NONE | RE: LEGAL ANALYSIS AND RECOMMENDATIONS SUBMITTED TO THE BOARD OF DIRECTORS OF PG&E FOR APPROVAL. PREPARED IN ANTICIPATION OF REGULATORY PROCEEDINGS BEFORE THE CALIFORNIA PUBLIC UTILITY COMMISSION (CPUC), BEFORE THE NUCLEAR REGULATORY COMMISSION (NRC), AND BEFORE THE CALIFORNIA COASTAL COMMISSION (CCC). | Attorney Client; Work Product |
| 680 | PGE0024014 | PGE0024014 | 8/5/1999 | Memo | Peters, Roger J | Smith, Gordon R | Rueger, Gregory M | LEGAL MEMORANDUM TO CLIENT FROM COUNSEL (R. PETERS) RE: ISFSI LICENSING PROCESS. INCLUDES LEGAL ANALYSIS OF GENERAL RATE CASE PROCEEDINGS AND REQUEST FOR INFORMATION | Attorney Client; Work Product |
| 681 | PGE0024040 | PGE0024042 | 9/18/1996 | Report / Plan | NONE | Pacific Gas & Electric Company Board of Directors | NONE | RE: LEGAL ANALYSIS AND RECOMMENDATIONS SUBMITTED TO THE BOARD OF DIRECTORS OF PG&E FOR APPROVAL. PREPARED IN ANTICIPATION OF A NUCLEAR DECOMMISSIONING COST TRIENNIAL PROCEEDING (NDCTP), AS PREPARATION FOR REGULATORY PROCEEDINGS BEFORE THE CALIFORNIA PUBLIC UTILITY COMMISSION (CPUC), AND AS PREPARATION FOR REGULATORY PROCEEDINGS BEFORE THE NUCLEAR REGULATORY COMMISSION (NRC) | Attorney Client; Work Product |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 682 | PGE0024085 | PGE0024089 | 9/3/1996 | Report / Plan | NONE | Pacific Gas & Electric Company Utility Policy Committee | NONE | RE: LEGAL ANALYSIS AND RECOMMENDATIONS SUBMITTED TO THE BOARD OF DIRECTORS OF PG&E FOR APPROVAL. PREPARED IN ANTICIPATION OF REGULATORY PROCEEDINGS BEFORE THE CALIFORNIA PUBLIC UTILITY COMMISSION (CPUC), BEFORE THE NUCLEAR REGULATORY COMMISSION (NRC), AND BEFORE THE CALIFORNIA COASTAL COMMISSION (CCC). | Attorney Client; Work Product |
| 683 | PGE0024110 | PGE0024110 | 5/8/1998 | Electronic Mail (Email) | Patton, Bruce | Moulia, Thomas; Locke, Richard F; Womack, Lawrence F; Kahler, Edwin R; Smith, Mark G; Stock, William C; Warner, Christopher J; Tomkins, James E; Wathen, John B | NONE | E-MAIL TO COUNSEL (R. LOCKE, C. WARNER) FROM CLIENT RE: PG&E SPENT FUEL STORAGE STRATEGY. REQUESTS REVIEW AND COMMENTS FROM COUNSEL | Attorney Client |
| 684 | PGE0024115 | PGE0024116 | 4/8/1998 | Multiple Email | Patton, Bruce | Locke, Richard F | NONE | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN CLIENT AND COUNSEL (R. LOCKE) RE: PG&E SPENT FUEL STORAGE STRATEGY. | Attorney Client |
| 685 | PGE0024126 | PGE0024127 | 3/10/1998 | Notes | NONE | NONE | NONE | ATTORNEY NOTES (R. LOCKE) RE: SPENT FUEL STORAGE. PREPARED IN ANTICIPATION OF REGULATORY PROCEEDINGS BEFORE THE NUCLEAR REGULATORY COMMISSION (NRC) | Attorney Client; Work Product |
| 686 | PGE0024187 | PGE0024188 | 12/12/1997 | Notes | NONE | NONE | NONE | ATTORNEY NOTES (R. LOCKE) RE: SPENT FUEL STORAGE. PREPARED IN ANTICIPATION OF REGULATORY PROCEEDINGS BEFORE THE NUCLEAR REGULATORY COMMISSION (NRC) | Attorney Client; Work Product |
| 687 | PGE0024193 | PGE0024193 | 12/8/1997 | Multiple Email | Locke, Richard F | Warner, Christopher J | NONE | E-MAIL CHAIN CONTAINNG COMMUNICATION BETWEEN CLIENT AND COUNSEL (R. LOCKE, C. WARNER) RE: DCPP ISFSI DEVELOPMENT | Attorney Client |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 688 | PGE0024197 | PGE0024197 | 11/4/1997 | Notes | NONE | NONE | NONE | ATTORNEY NOTES (R. LOCKE) RE: SPENT FUEL STORAGE. PREPARED IN ANTICIPATION OF REGULATORY PROCEEDINGS BEFORE THE NUCLEAR REGULATORY COMMISSION (NRC) | Attorney Client; Work Product |
| 689 | PGE0024226 | PGE0024228 | | Report / Plan | NONE | NONE | NONE | DRAFT HOLTEC CONTRACT RE: SPENT FUEL STORAGE | Work Product |
| 690 | PGE0024229 | PGE0024231 | 2/11/1998 | Letter | Locke, Richard F | Warner, Christopher J | NONE | COVER MEMORANDUM AND ATTACHMENTS (PGE0024230 - PGE0024231) TO COUNSEL (C. WARNER) FROM COUNSEL (R. LOCKE) RE: PG&E SPENT FUEL STORAGE STRATEGY. INCLUDES RESPONSE TO REQUEST FOR INFORMATION BY COUNSEL | Attorney Client; Work Product |
| 691 | PGE0024238 | PGE0024238 | 1/12/1998 | Notes | NONE | NONE | NONE | ATTORNEY NOTES (R. LOCKE) RE: SPENT FUEL STORAGE. | Attorney Client; Work Product |
| 692 | PGE0024242 | PGE0024246 | 7/15/1996 | Electronic Mail (Email) | Stock, William C | Angus, Michael J; Kahler, Edwin R; Warner, Christopher J; Locke, Richard F | NONE | E-MAIL TO COUNSEL (R. LOCKE, C. WARNER) FROM CLIENT RE: ATTACHED (PGE0024243 - PGE0024246) MATRIX OF SPENT FUEL STORAGE ISSUES. PREPARED IN ANTICIPATION 0F REGULATORY PROCEEDINGS BEFORE THE NUCLEAR REGULATORY COMMISSION (NRC) | Attorney Client |
| 693 | PGE0024518 | PGE0024518 | 8/28/1995 | Electronic Mail (Email) | Mullen, Pat W | Locke, Richard F; Warner, Christopher J; Sommerville, Mark; Miller, C Clint; Duke, David L | Fujimoto, Warren H; Womack, Lawrence F; Testa, Robert D; Regan, Frank J; Gray, Russell; Singleton, Maria D | E-MAIL TO COUNSEL (R. LOCKE, C. WARNER) FROM CLIENT RE: ATTACHED (PGE0024520) DCPP SPENT FUEL DISPOSAL SUMMARY. REQUESTS REVIEW AND COMMENTS FROM COUNSEL | Attorney Client |
| 694 | PGE0024520 | PGE0024520 | | Report / Plan | NONE | NONE | NONE | ATTACHMENT TO E-MAIL (PGE0024518) SENT TO COUNSEL (R. LOCKE, C. WARNER) FROM CLIENT RE: DCPP SPENT FUEL DISPOSAL SUMMARY. INCLUDES ATTORNEY NOTES | Attorney Client |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 695 | PGE0024524 | PGE0024524 | 8/3/1995 | Memo | Locke, Richard F | Warner, Christopher J | NONE | LEGAL MEMORANDUM RE: SPENT FUEL STORAGE STRATEGY. WRITTEN BY COUNSEL (R. LOCKE) AND SENT TO COUNSEL (C. WARNER) | Attorney Client; Work Product |
| 696 | PGE0024531 | PGE0024531 | 7/31/1995 | Notes | NONE | NONE | NONE | ATTORNEY NOTES (R. LOCKE) RE: SPENT FUEL STORAGE STRATEGY. | Attorney Client; Work Product |
| 697 | PGE0024718 | PGE0024718 | 7/10/1995 | Multiple Email | Warner, Christopher J | Locke, Richard F | NONE | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN CLIENT AND COUNSEL (R. LOCKE, C. WARNER) RE: REQUEST FOR INFORMATION ON SPENT FUEL STORAGE STRATEGY | Attorney Client |
| 698 | PGE0024722 | PGE0024722 | 7/3/1995 | Electronic Mail (Email) | Warner, Christopher J | Womack, Larry F; Duke, David L | Locke, Richard F | E-MAIL TO CLIENT AND COUNSEL (R.LOCKE) FROM COUNSEL (C. WARNER) RE: ISFSI REGULATORY ISSUES. PROVIDES LEGAL ANALYSIS | Attorney Client |
| 699 | PGE0024723 | PGE0024723 | 6/29/1995 | Electronic Mail (Email) | Herrera, Veronica | Stock, William C; Angus, Michael J; Cooper, Shawn E; Mullen, Patrick W; Duke, David L; Regan, Frank J; Locke, Richard F; Callaway, Lee; Moulia, Tom A; Womack, Lawrence F | Pruett, Greg S; Warner, Christopher J; Wong, Debbie J; Papapietro, Emily; Hayward, Helen L; Parker, Beverly A; Lum, Patricia W; Fernandez, Agnes O; Fong, Diane L; Colcun, Margaret N | E-MAIL FROM CLIENT TO COUNSEL (R. LOCKE, C. WARNER, A. FERNANDEZ) RE: SPENT FUEL STORAGE STRATEGY MEETING. REQUESTS INFORMATION FROM COUNSEL. CONTAINS HANDWRITTEN NOTES FROM COUNSEL (R. LOCKE) | Attorney Client |
| 700 | PGE0024724 | PGE0024724 | 6/30/1995 | Multiple Email | Locke, Richard F | Warner, Christopher J | NONE | E-MAIL FORWARDED BY COUNSEL (R. LOCKE) TO COUNSEL (C. WARNER) RE: DCPP ISFSI REGULATORY ISSUES. CONTAINS HANDWRITTEN NOTES FROM COUNSEL (R. LOCKE) | Attorney Client |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 701 | PGE0024727 | PGE0024727 | | Notes | NONE | NONE | NONE | ATTORNEY NOTES (R. LOCKE) RE: SPENT FUEL STORAGE REGULATORY STRATEGY | Attorney Client; Work Product |
| 702 | PGE0024809 | PGE0024809 | 5/11/1994 | Letter | Locke, Richard F | Warner, Christopher J | NONE | MEMORANDUM TO COUNSEL (C. WARNER) FROM COUNSEL (R. LOCKE) CONTAINS LEGAL ANALYSIS OF ATTACHED (PGE0024810 - PGE0024875) PAPER "DRY CASK SPENT FUEL STORAGE ISSUES". ATTACHMENT IS WORK PRODUCT OF OUTSIDE COUNSEL WINSTON & STRAWN | Attorney Client; Work Product |
| 703 | PGE0024810 | PGE0024875 | 5/2/1994 | Report / Plan | Winston & Strawn | NONE | NONE | PAPER WRITTEN BY OUTSIDE COUNSEL (WINSTON & STRAWN) PROVIDES LEGAL ANALYSIS OF GENERAL LICENSING REQUIREMENTS AS THEY PERTAIN TO PG&E'S FUEL STORAGE OPTIONS FOR DIABLO CANYON NUCLEAR POWER PLANT. DOCUMENT PREPARED IN ANTICIPATION OF LICENSING PROCEEDINGS BEFORE THE NRC | Attorney Client; Work Product |
| 704 | PGE0024895 | PGE0024895 | 5/19/1997 | Multiple Email | Locke, Richard F | Warner, Christopher J | NONE | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN CLIENT AND COUNSEL (C. WARNER, R. LOCKE) RE: DCPP SPENT FUEL FEE. PROVIDES REQUESTED INFORMATION | Attorney Client |
| 705 | PGE0024901 | PGE0024902 | 2/10/1998 | Multiple Email | Locke, Richard F | Warner, Christopher J | NONE | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN CLIENT AND COUNSEL (R. LOCKE, C. WARNER) RE: HOLTEC CONTRACT ISSUES. REQUESTS ANALYSIS OF COUNSEL | Attorney Client |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 706 | PGE0024904 | PGE0024905 | 2/9/1998 | Multiple Email | Warner, Christopher J | Ovadia, David; Duke, David L; Kapus, Robert L; Smith, Mark G; Tomkins, James E; Stock, William C; Patton, Bruce H; Papapietro, Emily; Locke, Richard F | NONE | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN CLIENT AND COUNSEL (C. WARNER, R. LOCKE) RE: SPENT FUEL STORAGE ISSUES. INCLUDES LEGAL ANALYSIS PROVIDED IN ANTICIPATION OF REGULATORY PROCEEDINGS BEFORE THE NUCLEAR REGULATORY COMMISSION (NRC) | Attorney Client |
| 707 | PGE0024908 | PGE0024908 | 2/10/1998 | Notes | NONE | NONE | NONE | ATTORNEY NOTES (R. LOCKE) RE: SPENT FUEL STORAGE STRATEGY. PREPARED IN ANTICIPATION OF REGULATORY PROCEEDINGS BEFORE THE CALIFORNIA COASTAL COMMISSION (CCC) | Attorney Client; Work Product |
| 708 | PGE0024909 | PGE0024911 | 3/3/1998 | Notes | NONE | NONE | NONE | ATTORNEY NOTES (R. LOCKE) RE: SPENT FUEL STORAGE STRATEGY. PREPARED IN ANTICIPATION OF REGULATORY PROCEEDINGS BEFORE THE NUCLEAR REGULATORY COMMISSION (NRC) | Attorney Client; Work Product |
| 709 | PGE0024915 | PGE0024916 | 3/31/1998 | Notes | NONE | NONE | NONE | ATTORNEY NOTES (R. LOCKE) RE: SPENT FUEL STORAGE STRATEGY. PREPARED IN ANTICIPATION OF REGULATORY PROCEEDINGS BEFORE THE NUCLEAR REGULATORY COMMISSION (NRC) | Attorney Client; Work Product |
| 710 | PGE0024920 | PGE0024922 | 5/4/1998 | Notes | NONE | NONE | NONE | ATTORNEY NOTES (R. LOCKE) RE: SPENT FUEL STORAGE STRATEGY. PREPARED IN ANTICIPATION OF REGULATORY PROCEEDINGS BEFORE THE NUCLEAR REGULATORY COMMISSION (NRC) | Attorney Client; Work Product |
| 711 | PGE0024923 | PGE0024924 | 5/28/1998 | Notes | NONE | NONE | NONE | ATTORNEY NOTES (R. LOCKE) RE: SPENT FUEL STORAGE STRATEGY. PREPARED IN ANTICIPATION OF LITIGATION AGAINST DOE | Attorney Client; Work Product |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 712 | PGE0025013 | PGE0025013 | 6/12/1998 | Notes | NONE | NONE | NONE | ATTORNEY NOTES (R. LOCKE) RE: SPENT FUEL STORAGE STRATEGY. PREPARED IN ANTICIPATION OF REGULATORY PROCEEDINGS BEFORE THE NUCLEAR REGULATORY COMMISSION (NRC) | Attorney Client; Work Product |
| 713 | PGE0025035 | PGE0025036 | 7/16/1998 | Notes | NONE | NONE | NONE | ATTORNEY NOTES (R. LOCKE) RE: SPENT FUEL STORAGE LICENSING STRATEGY. PREPARED IN ANTICIPATION OF REGULATORY PROCEEDINGS BEFORE THE CALIFORNIA COASTAL COMMISSION (CCC), AND IN ANTICIPATION OF REGULATORY PROCEEDINGS BEFORE THE NUCLEAR REGULATORY COMMISSION (NRC) | Attorney Client; Work Product |
| 714 | PGE0025059 | PGE0025059 | 8/17/1998 | Notes | Locke, Richard F | Womack, Larry F | NONE | COVER MEMORANDUM FROM COUNSEL (R. LOCKE) RE: ATTACHED (PGE0025060 - PGE0025067) LEGAL MEMORANDUM PREPARED BY OUTSIDE COUNSEL (WINSTON & STRAWN) RE: REGULATORY PROCEEDINGS BEFORE THE NUCLEAR REGULATORY COMMISSION (NRC). | Attorney Client; Work Product |
| 715 | PGE0025060 | PGE0025067 | 8/13/1998 | Memo | Reynolds, Nicholas S; Cottingham, Anne W | Locke, Richard F | Warner, Christopher J | RE: REGULATORY PROCEEDINGS BEFORE THE NUCLEAR REGULATORY COMMISSION (NRC). LEGAL MEMORANDUM PREPARED BY OUTSIDE COUNSEL (WINSTON & STRAWN) | Attorney Client; Work Product |
| 716 | PGE0025079 | PGE0025079 | 8/19/1998 | Multiple Email | Womack, Lawrence F | Locke, Richard F; Russell, Roger | Patton, Bruce | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN CLIENT AND COUNSEL (R. LOCKE) RE: SPENT FUEL STORAGE STRATEGY | Attorney Client |

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 717 | PGE0025085 | PGE0025085 | 1/6/2000 | Memo | Locke, Richard F | Grebel, Terry; Johnson, Roger; Patton, Bruce; Tomkins, James E; Willis, Roy | Womack, Larry F; Warner, Christopher J | MEMORANDUM FROM COUNSEL (R. LOCKE) RE: REGULATORY PROCEEDINGS BEFORE THE NUCLEAR REGULATORY COMMISSION (NRC) CONCERNING PRIVATE FUEL STORAGE | Attorney Client; Work Product |
| 718 | PGE0025304 | PGE0025339 | 2/23/2000 | Electronic Mail (Email) | Johnson, Roger | Tomkins, James; Grebel, Terence; Locke, Richard F; Patton, Bruce; Willis, Roy; Wu, George; Sokolsky, David; Dieterich, Robert; Heggli, Gregory; Webb@Altran.com | NONE | E-MAIL FROM CLIENT TO COUNSEL (R. LOCKE) RE: ATTACHED (PGE0025305 - PGE0025339) REPORT PREPARED IN ANTICIPATION OF REGULATORY PROCEEDINGS BEFORE THE NUCLEAR REGULATORY COMMISSION (NRC) | Attorney Client; Work Product |
| 719 | PGE0025340 | PGE0025340 | 1/6/2000 | Memo | Locke, Richard F | Grebel, Terry; Johnson, Roger; Patton, Bruce; Tomkins, James E; Willis, Roy | Womack, Larry F; Warner, Christopher J | MEMORANDUM FROM COUNSEL (R. LOCKE) RE: REGULATORY PROCEEDINGS BEFORE THE NUCLEAR REGULATORY COMMISSION (NRC) CONCERNING PRIVATE FUEL STORAGE | Attorney Client; Work Product |
| 720 | PGE0025495 | PGE0025495 | 5/8/2002 | Notes | NONE | NONE | NONE | ATTORNEY NOTES (R. LOCKE) RE: SPENT FUEL STORAGE. PREPARED IN ANTICIPATION OF NUCLEAR DECOMMISSIONING COST TRIENNIAL PROCEEDING (NDCTP) | Attorney Client; Work Product |
| 721 | PGE0025496 | PGE0025497 | 5/9/2002 | Notes | NONE | NONE | NONE | ATTORNEY NOTES (R. LOCKE) RE: SPENT FUEL STORAGE STRATEGY. PREPARED IN ANTICIPATION OF NUCLEAR DECOMMISSIONING COST TRIENNIAL PROCEEDING (NDCTP) | Attorney Client; Work Product |
| 722 | PGE0025518 | PGE0025528 | 11/30/2001 | Letter | NONE | US Nuclear Regulatory Commission | NONE | DRAFT LETTER TO THE NUCLEAR REGULATORY COMMISSION (NRC) RE: DCPP LICENSING ISSUES. PREPARED IN ANTICIPATION OF FILING BEFORE THE NRC | Work Product |

PRIVILEGE LOG
Case Nos. 04-74C and 04-75C
Dated June 21, 2005

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 723 | PGE0025544 | PGE0025547 | 5/2/2002 | Pleading / Court Filing | Niven, Andrew L; Locke, Richard F; McLennan, Robert B | NONE | NONE | DRAFT APPLICATION RE: REPLY TO PROTEST BY INTERVENORS. PREPARED FOR FILING WITH THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) IN ANTICIPATION OF NUCLEAR DECOMMISSIONING COST TRIENNIAL PROCEEDING (NDCTP) | Attorney Client; Work Product |
| 724 | PGE0025559 | PGE0025559 | 9/10/2001 | Multiple Email | Moulia, Thomas | Winn, Valerie; Locke, Richard F | NONE | E-MAIL CHAIN CONTAINING COMMUNICAITON BETWEEN CLIENT AND COUNSEL (R. LOCKE) RE: HBPP DECOMMISSIONING ISSUES AND LITIGATION WITH DOE. REQUESTS LEGAL ANALYSIS | Attorney Client |
| 725 | PGE0025645 | PGE0025645 | 10/19/2001 | Agenda / Meeting Minute | Locke, Richard F | NONE | NONE | E-MAIL SENT TO COUNSEL (R. LOCKE) RE: STRATEGY MEETING IN PREPARATION OF NUCLEAR DECOMMISSIONING COST TRIENNIAL PROCEEDING (NDCTP) | Attorney Client |
| 726 | PGE0025646 | PGE0025647 | 10/29/2001 | Electronic Mail (Email) | Kapus, Robert | Moulia, Thomas; Willis, Roy; Albers, John P; Winn, Valerie; OSullivan, Robert; Williams, Terry; Locke, Richard; Sokolsky, David; Roake, William; Jones, Thomas; Jensen, Vernon | NONE | E-MAIL SENT TO COUNSEL (R. LOCKE) FROM CLIENT RE: STRATEGY MEETING IN PREPARATION OF NUCLEAR DECOMMISSIONING COST TRIENNIAL PROCEEDING (NDCTP) | Attorney Client |
| 727 | PGE0025662 | PGE0025663 | 10/19/2001 | Notes | NONE | NONE | NONE | ATTORNEY NOTES (R. LOCKE) RE: SPENT FUEL STORAGE. PREPARED IN ANTICIPATION OF REGULATORY PROCEEDINGS BEFORE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Attorney Client; Work Product |
| 728 | PGE0025664 | PGE0025664 | 10/10/2001 | Notes | NONE | NONE | NONE | ATTORNEY NOTES (R. LOCKE) RE: SPENT FUEL STORAGE. PREPARED IN ANTICIPATION OF REGULATORY PROCEEDINGS BEFORE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Attorney Client; Work Product |