IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PACIFIC GAS & ELECTRIC COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 04-0074C, into which has been consolidated No. 04-0075C (Judge Hewitt) |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME, AND DEFENDANT'S MOTION TO MODIFY THE REQUIREMENT CONTAINED IN THE COURT'S OCTOBER 18, 2005 ORDER TO FAX DEFENDANT'S RESPONSES

I. Defendant's Unopposed Request For An Enlargement Of Time

Pursuant to Rule 6(b) of the Rules of the Court of Federal Claims, defendant, the United States, respectfully requests that the Court grant the Government an enlargement of time of three days, to and including November 3, 2005, within which to respond to plaintiff's 112 written interrogatories regarding document production. Pursuant to the Court's orders dated October 18 and 24, 2005, those written responses are currently due on October 31, 2005. Defendant has not previously sought an enlargement of time for this purpose. One of the attorneys for plaintiff, Robert L. Shapiro, has represented that plaintiff, Pacific Gas & Electric Company ("PG&E"), does not oppose this motion.

PG&E has promulgated 112 questions that it wants us to answer regarding document production. The scope of the information that PG&E is seeking requires us to obtain information from several sources, including the individuals involved in the document search and retrieval efforts from the Department of Energy ("DOE") and the Nuclear Regulatory Commission ("NRC") and individuals from the litigation support contractor that runs the Government's document production website. Providing responses to the full scope of the questions asked will

take us considerable time and effort. One of the main individuals who has been assisting us in the document search and retrieval efforts for DOE was required to testify at trial yesterday in the spent nuclear fuel ("SNF") case being tried this week, Southern Nuclear Operating Co. v. United States, No. 98-614C (Fed. Cl.), and, as a result, has been unavailable so far to devote significant time to the effort of reviewing and preparing responses to PG&E's questions. In addition, during the first part of this week, the NRC had been working to ensure that documents responsive to Request No. 30 would be ready for review by counsel for PG&E late this week, although counsel for PG&E informed us late on Wednesday that PG&E is deferring its review of those documents and will schedule that review for a later date. Further, with the continuing trial in Southern Nuclear; the closing arguments in another SNF case, TVA v. United States, No. 01-249C (Fed. Cl.), that are occurring today; a site visit that the Court scheduled in a third SNF case, Sacramento Municipal Utility District v. United States, No. 98-488C (Fed. Cl.), to occur in California yesterday; and other discovery efforts this week in this case and two other SNF cases, we have had sparse attorney resources to devote to complete this effort. Accordingly, we will be unable to complete our effort to respond to all 112 questions by Monday, October 31, 2005. Nevertheless, we believe that, with an enlargement of three days, to and including November 3, 2005, we should be able to provide PG&E with responses to its questions.

II. Defendant's Motion To Modify The Requirement To Fax Its Written Response To The Court

In its October 18, 2005 order, the Court ordered us to "provide to the court, by fax, a courtesy copy of [our] . . . written answers to plaintiff's" interrogatories regarding document production. Order, at 3 (Fed. Cl. Oct. 18, 2005). Given that PG&E has provided us with 112 questions, it is highly likely that our responses will be extremely lengthy. To eliminate the need

to fax the entirety of the Government's responses to PG&E's interrogatories to the Court, which could be a time-consuming effort, we respectfully request that the Court allow us, in lieu of faxing those responses, to provide the Court with a courtesy paper copy of those responses the day after we send them to counsel for PG&E.

For the foregoing reasons, defendant respectfully requests that the Court grant this motion.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ John C. Ekman
JOHN C. EKMAN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 353-0897
Fax: (202) 307-2503

October 27, 2005

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 27th day of October 2005, a copy of foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME, AND DEFENDANT'S MOTION TO MODIFY THE REQUIREMENT CONTAINED IN THE COURT'S OCTOBER 18, 2005 ORDER TO FAX DEFENDANT'S RESPONSES" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Harold D. Lester, Jr.