# In the United States Court of Federal Claims

No. 04-74C
(into which has been consolidated No. 04-75C)

(E-Filed: October 28, 2005)

| | |
|---|---|
| PACIFIC GAS AND ELECTRIC COMPANY, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Before the court is Defendant's Unopposed Motion for an Enlargement of Time (Motion), and Defendant's Motion to Modify the Requirement Contained in the Court's October 18, 2005 Order to Fax Defendant's Response (Request). For the reasons stated therein, defendant's Motion and Request are GRANTED. Defendant shall respond to plaintiff's 112 written interrogatories regarding document production on or before November 3, 2005. Defendant shall thereafter forward to the court a courtesy paper copy of those responses.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge