# In the United States Court of Federal Claims

No. 04-74C
(into which has been consolidated No. 04-75C)

(E-Filed: November 1, 2005)

PACIFIC GAS AND ELECTRIC COMPANY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

The court has received PG&E's Response to Government Motion to Take Non-Party Deposition After the Close of Discovery filed today, November 1, 2005. While the court accepts this filing, plaintiff is advised that "[a] filing that does not comply with the[] signature requirements [of Rule 11(a) of the Rules of the Court of Federal Claims (RCFC)] shall be deemed to violate RCFC 11 and may be stricken." General Order No. 42A.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge