IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PACIFIC GAS & ELECTRIC COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-0074C, into which has been |
| | ) | consolidated No. 04-0075C |
| THE UNITED STATES, | ) | (Judge Hewitt) |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO TAKE NON-PARTY DEPOSITION AFTER THE CLOSE OF DISCOVERY

Defendant, the United States, respectfully submits this reply to Pacific Gas & Electric Company's Response to Government's Motion to Take Non-Party Deposition After The Close of Discovery, filed on November 1, 2005. First, despite the concerns raised by the plaintiff in its response concerning the length of the deposition, the Government's subpoena *duces tecum* for a Rule 30(b)(6) deposition of a Holtec International, Inc. ("Holtec") corporate representative seeks a one-day deposition as permitted under the Rules of the Court of Federal Claims. The Government intends to complete the deposition of Holtec's representative within the time frame permitted by the Court's rules and will work with Holtec to schedule the deposition for a mutually agreeable date and location. In any event, we appreciate plaintiff's agreement not to oppose the deposition.

Second, in response to the plaintiff's concerns relating to the scope of the Holtec subpoena, the Government is continuing to address the issues raised by Holtec in its Objections and Responses to the subpoena. Indeed, we are making efforts to further define and focus our document production requests and will continue to work with Holtec to resolve any outstanding issues involving those requests. However, any issues relating to the subpoena or to the scope of the requests in that subpoena can and should be resolved between Holtec, represented by its own

legal counsel, and the Government. Plaintiff's position regarding the Government's subpoena served upon a third party simply is not relevant to the instant motion.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

SCOTT DAMELIN
SHARON SNYDER
Civil Division
Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530

s/John C. Ekman
JOHN C. EKMAN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 353-0897
Fax: (202) 307-2503

November 1, 2005

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of November, 2005, a copy of foregoing "DEFENDANT'S REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO TAKE NON-PARTY DEPOSITION AFTER THE CLOSE OF DISCOVERY" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Scott R. Damelin