# In the United States Court of Federal Claims

No. 04-74C
(into which has been consolidated No. 04-75C)

(E-Filed: November 1, 2005)

PACIFIC GAS AND ELECTRIC COMPANY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Before the court is PG&E's Unopposed Motion for an Enlargement of Time to Respond to Government Motion to Compel the Production of Documents and Testimony Withheld as Privileged (Pl.'s Mot. or Motion). While the court accepts this filing, plaintiff is advised that "[a] filing that does not comply with the[] signature requirements [of Rule 11(a) of the Rules of the Court of Federal Claims (RCFC)] shall be deemed to violate RCFC 11 and may be stricken." General Order No. 42A.

The court notes the parties' disagreement about whether "the filing of a corrected copy of a motion should automatically delay the due date for a response to such a motion." Pl.'s Mot. at 1. Without deciding this issue, for the reasons stated therein, plaintiff's Motion is GRANTED. Plaintiff shall file its response to defendant's Motion to Compel the Production of Documents and Deposition Testimony Improperly Withheld on the Basis of Privilege on or before November 4, 2005. Defendant shall file its Reply on or before November 11, 2005.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge