IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PACIFIC GAS & ELECTRIC COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-0074C, into which has been |
| | ) | consolidated No. 04-0075C |
| THE UNITED STATES, | ) | (Judge Hewitt) |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the Court of Federal Claims, defendant, the United States, respectfully requests that the Court grant the Government an enlargement of time of seven days, to and including November 14, 2005, to respond to plaintiff's motion to compel documents withheld under the deliberative process privilege. Defendant's response is currently due on November 7, 2005. Defendant has not previously requested an enlargement of time for this purpose. Counsel for plaintiff, Jerry Stouck, has represented that plaintiff, Pacific Gas & Electric Company ("PG&E"), does not oppose this motion.

In its motion to compel documents claimed as subject to the deliberative process privilege, PG&E challenges virtually every claim of deliberative process privilege that the Government has invoked since the spent nuclear fuel litigation began in the Court of Federal Claims in 1998. The motion challenges numerous deliberative process privilege claims that were previously upheld in the coordinated discovery proceedings and/or by Senior Judge Merow in Yankee Atomic Electric Co. v. United States, No. 98-126C (Fed. Cl.). The process of reopening privilege claims that were asserted up to several years ago; preparing extensive document review files for high-level officials to review those documents, as necessary to invoke the deliberative process privilege claim; and completing all of the necessary paperwork to

support our response to PG&E's deliberative process challenges is daunting. DOE and the NRC have informed us that the time restraints on the high-level officials within their agencies who must review these matters makes responding by the current due date of November 7, 2005, impossible. At the same time, attorneys assigned to assisting in this matter have been engaged in defending depositions in this case and in other work associated with the spent nuclear fuel cases. To permit us and the agencies sufficient time to complete the tasks necessary for us to respond to PG&E's extensive deliberative process privilege challenges, we respectfully request an enlargement of seven days, to and including November 14, 2005, within which to respond to that motion to compel.

For the foregoing reasons, defendant respectfully requests that the Court grant this motion.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ John C. Ekman
JOHN C. EKMAN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 353-0897
Fax: (202) 307-2503

November 3, 2005

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 3rd day of November 2005, a copy of foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Harold D. Lester, Jr.