IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PACIFIC GAS & ELECTRIC COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-0074C, into which has been |
| | ) | consolidated No. 04-0075C |
| THE UNITED STATES, | ) | (Judge Hewitt) |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the Court of Federal Claims, defendant, the United States, respectfully requests that the Court grant the Government an enlargement of time of five additional days, to and including November 8, 2005, within which to respond to plaintiff's 112 written interrogatories regarding document production. Those written responses are currently due on November 3, 2005. Defendant previously was granted an enlargement of time of three days for this purpose. Counsel for plaintiff, Jerry Stouck, has represented that plaintiff, Pacific Gas & Electric Company ("PG&E"), does not oppose this motion.

PG&E has promulgated 112 questions to which it seeks responses regarding document production. The scope of the information that PG&E is seeking requires us to obtain information from several sources, including the individuals involved in the document search and retrieval efforts from the Department of Energy ("DOE") and the Nuclear Regulatory Commission ("NRC") and individuals from the litigation support contractor that runs the Government's document production website. We have spent considerable time and effort attempting to respond to all 112 questions. However, the process of providing answers to each of these 112 requests has proven extremely time-consuming. Despite the efforts of DOE and the NRC, along with counsel from the Department of Justice, we have not been able to complete this effort by today.

Further, counsel for the Department of Justice responsible for this matter is scheduled to attend this Court's judicial conference in Philadelphia this evening and tomorrow, further complicating our ability to complete these tasks. We request this short unopposed enlargement to allow us to complete our efforts in this regard.

For the foregoing reasons, defendant respectfully requests that the Court grant this motion.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ John C. Ekman
JOHN C. EKMAN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 353-0897
Fax: (202) 307-2503

November 3, 2005

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 3rd day of November 2005, a copy of foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Harold D. Lester, Jr.