IN THE UNITED STATES COURT OF FEDERAL CLAIMS

Electronically filed on November 4, 2004

| | | |
|---|---|---|
| PACIFIC GAS & ELECTRIC COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-0074C, into which has been |
| | ) | consolidated No. 04-0075C |
| UNITED STATES OF AMERICA, | ) | (Judge Hewitt) |
| | ) | |
| Defendant. | ) | |

PG&E'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO RESPOND TO GOVERNMENT MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS AND TESTIMONY WITHHELD AS PRIVILEGED

Pursuant to RCFC 6 and 6.1, PG&E moves for an enlargement of time of four business days, through November 10, 2005, in which to respond to the government's motion to compel the production of documents and deposition testimony withheld as privileged. PG&E's response would otherwise be due today. The Court has enlarged PG&E's time for this response once previously. PG&E's counsel has contacted the government's counsel to determine its position on this motion, and he responded that the government would not oppose this enlargement.

PG&E continues to narrow the issues that will need to be resolved by the Court. We determined today that additional documents that had been withheld on the ground of privilege could be released. PG&E needs the additional time sought here to complete a further review of its remaining privilege claims in order to ascertain whether there are any remaining opportunities to further narrow and refine the issues.

The Court's Order of November 1, 2005 granting PG&E's previous request for an enlargement set November 11 as the date for any reply by the government. In light of the enlargement sought here, the time for the government's reply should be similarly

enlarged. These enlargements, however, should not impact any other deadlines established by the Court.

For these reasons, PG&E should have an enlargement of time.

Dated: November 4, 2005

Respectfully submitted,

s/ Jerry Stouck
Jerry Stouck
Greenberg Traurig, LLP
800 Connecticut Avenue, NW
Suite 500
Washington, DC 20006
(202) 331-3173 phone
(202) 261-4751 fax
Counsel for Plaintiff
Pacific Gas & Electric Company

Of Counsel:

Robert L. Shapiro
Greenberg Traurig, LLP