# In the United States Court of Federal Claims

No. 04-74C
(into which has been consolidated No. 04-75C)

(E-Filed: November 7, 2005)

| | |
|---|---|
| PACIFIC GAS AND ELECTRIC COMPANY, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Before the court is PG&E's Unopposed Motion for an Enlargement of Time to Respond to Government Motion to Compel the Production of Documents and Testimony Withheld as Privileged (Motion). For the reasons stated therein and because the Motion is unopposed, plaintiff's Motion is hereby GRANTED. Plaintiff shall file its response on or before November 10, 2005. Defendant shall file its reply on or before November 17, 2005.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge