IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PACIFIC GAS & ELECTRIC COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-0074C, into which has been |
| | ) | consolidated No. 04-0075C |
| THE UNITED STATES, | ) | (Judge Hewitt) |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rule 6(b) of the Rules of this Court, defendant, the United States, respectfully requests an enlargement of time of four business days, to and including November 23, 2005, within which to file Defendant's Reply To PG&E's Response to Government Motion to Compel the Production of Documents and Testimony Withheld as Privileged. Defendant's reply is currently due on November 17, 2005, pursuant to the Court's order filed on November 7, 2005. This is defendant's first request for an enlargement of time for this purpose. Counsel for plaintiff, Jerry Stouck, has represented that plaintiff, Pacific Gas & Electric Company ("PG&E"), does not oppose this request for an enlargement of time.

The additional time is necessary because counsel for the Government will be out of the office the week of November 14, 2005. Originally, the Government was scheduled to receive plaintiff's response brief on November 4, 2005, and to have the week of November 7, 2005, to prepare its reply. However, based upon PG&E's request, which we did not oppose, we will not receive PG&E's response until November 10, 2005. The attorneys responsible for drafting the reply had previously arranged to be in San Francisco during the week of November 14, 2005,

taking the depositions of two PG&E witnesses postponed until November and attending to other business related to the litigation. Thus, counsel for the Government needs the few additional days to return to the office, review the submission, and properly respond to it.

For these reasons, defendant respectfully requests that the Court grant the motion for an enlargement of time to file the Government's reply, to and including November 23, 2005.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ John C. Ekman
JOHN C. EKMAN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 353-0897
Fax: (202) 307-2503

Attorneys for Defendant

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

SCOTT DAMELIN
SHARON A. SNYDER
Civil Division
Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530

November 10, 2005

CERTIFICATE OF FILING

I hereby certify that on November 10, 2005, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Sharon A. Snyder