# In the United States Court of Federal Claims

No. 04-74C
(into which has been consolidated No. 04-75C)

(E-Filed: November 10, 2005)

| | |
|---|---|
| ________________________________________ | ) |
| | ) |
| PACIFIC GAS AND ELECTRIC COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| THE UNITED STATES, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| ________________________________________ | ) |

<u>ORDER</u>

Before the court is Defendant's Unopposed Motion for an Enlargement of Time filed today, November 10, 2005 (Motion). For the reasons stated therein and because the Motion is unopposed, defendant's Motion is hereby GRANTED. Defendant shall file its reply to plaintiff's response to defendant's Motion to Compel the Production of Documents and Deposition Testimony Improperly Withheld on the Basis of Privilege on or before November 23, 2005.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge