IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| PACIFIC GAS & ELECTRIC COMPANY,<br>Plaintiff,<br>v.<br>UNITED STATES OF AMERICA,<br>Defendant. | No. 04-074C<br>into which has been consolidated<br>No. 04-075C<br><br>(Judge Hewitt)<br><br>File Electronically November 14, 2005 |

PG&E'S UNOPPOSED MOTION FOR LEAVE TO FILE A CORRECTED COPY OF ITS NOVEMBER 10, 2005 RESPONSE TO DEFENDANT'S MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS AND TESTIMONY WITHHELD AS PRIVILEGED

Pacific Gas & Electric (PG&E) moves for leave to file the attached corrected copy of its "Response to Defendant's Motion to Compel the Production of Documents and Testimony Withheld as Privileged" which was filed with the Court on November 10, 2005. The corrections reflect only adjusting the page numbers in the table of contents and authority, there are no substantive changes to the response.

Counsel for the government has indicated they do not oppose this motion. Plaintiff respectfully requests that the Court grant this motion for leave to file a corrected copy of its November 10, 2005 Response.

Dated: November 14, 2005

Respectfully submitted,

s/ Jerry Stock

JERRY STOUCK
Greenberg Traurig, LLP
800 Connecticut Ave, NW Ste 500
Washington, D.C. 20006
(202) 331-3173
(202) 261-4751 fax
Counsel for Plaintiff
Pacific Gas & Electric Company

Of Counsel:
ROBERT L. SHAPIRO
Greenberg Traurig, LLP