IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PACIFIC GAS & ELECTRIC COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) ) ) ) ) ) ) ) ) | No. 04-0074C, into which has been consolidated No. 04-0075C (Judge Hewitt) |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the Court of Federal Claims, defendant, the United States, respectfully requests that the Court grant the Government an enlargement of one day, to and including Tuesday, November 15, 2005, to respond to plaintiff's motion to compel documents withheld under the deliberative process privilege. Defendant's response is currently due on November 14, 2005. Defendant previously requested an enlargement of time for seven days, which the Court granted. Counsel for plaintiff, Jerry Stouck, has represented that plaintiff, Pacific Gas & Electric Company ("PG&E"), does not oppose this motion.

In its motion to compel documents claimed as subject to the deliberative process privilege, PG&E challenges virtually every claim of deliberative process privilege that the Government has invoked since the spent nuclear fuel litigation began in the Court of Federal Claims in 1998. The preparation of extensive document review files for high-level officials to review those documents in order to invoke the deliberative process privilege claim, and the completion of all of the necessary paperwork to support our response to PG&E's deliberative process challenges, has proven daunting and time-consuming.

Specifically, the Government has been unable to obtain, by today's filing deadline, all of the necessary internal administrative approvals required prior to filing our response to plaintiff's

motion to compel. An enlargement of one day, to and including November 15, 2005, within which to respond to that motion to compel will permit us sufficient time to complete the remaining tasks necessary for us to respond to PG&E's extensive deliberative process privilege challenges.

For the foregoing reasons, defendant respectfully requests that the Court grant this motion for an enlargement of one day, to and including Tuesday, November 15, 2005, to respond to plaintiff's motion to compel documents withheld under the deliberative process privilege

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ John C. Ekman
JOHN C. EKMAN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 353-0897
Fax: (202) 307-2503

November 14, 2005

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 14th day of November 2005, a copy of foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Scott R. Damelin