# In the United States Court of Federal Claims

No. 04-74C
(into which has been consolidated No. 04-75C)

(E-Filed: November 15, 2005)

PACIFIC GAS AND ELECTRIC COMPANY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Before the court is PG&E's Unopposed Motion for Leave to File a Corrected Copy of its November 10, 2005 Response to Defendant's Motion to Compel the Production of Documents and Testimony Withheld as Privileged (Motion). For the reasons stated therein, plaintiff's Motion is GRANTED. Plaintiff shall file electronically the corrected response as a new document. As per the court's Order of November 10, 2005, defendant's reply to plaintiff's response shall be filed on or before November 23, 2005.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge