# APPENDIX

4/22/05
PGE
3.1

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| PACIFIC GAS AND ELECTRIC COMPANY, Plaintiff, v. UNITED STATES OF AMERICA, Defendant. | No. 04-74C (into which has been consolidated No. 04-75C) (Judge Hewitt) |

PG&E'S RCFC 26(a)(1) DISCLOSURES

Pursuant to RCFC 26(a)(1) and the Court's Orders of January 19, 2005 and February 18, 2005, PG&E provides the following initial disclosures.

A. Witnesses

The individuals listed below are likely to have discoverable information on the noted subjects that PG&E may use to support its claims. These individuals are represented by counsel, and the government should only contact the witnesses through counsel.

John W. Bartlett, 1300 Crystal Drive, Arlington, Virginia 22202 (703) 415-4541. Factual matters addressed in Dr. Bartlett's testimony in the Yankee spent fuel trial.

Zane Z. Easley, HBPP[1] (707) 444-0710. Security issues and costs at the Humboldt Bay Power Plant.

Christopher Groff, DCPP[2] (805) 545-4489. Administration of PG&E's DOE contract.

---

[1] This abbreviation is being used to note individuals located at the Humboldt Bay Power Plant ("HBPP"). The address of HBPP is 1000 King Salmon Avenue, Eureka, California 95503.

[2] This abbreviation is being used to note individuals located at the Diablo Canyon Power Plant ("DCPP"). The address of DCPP is P.O. Box 56, Avila Beach, California 93424.

John P. Hubble, DCPP (805) 545-4483. Security issues and costs at Diablo Canyon.

Robert L. Kapus, HBPP (707) 444-0810. PG&E's accounting for costs of management of spent nuclear fuel ("SNF") and high-level radioactive waste (together, "spent fuel"), including costs of dry storage implementation at both Humboldt Bay and Diablo Canyon. PG&E's development of cost estimates for spent fuel management at both sites.

David. B. Miklush, DCPP (805) 545-4340. Spent fuel management issues and costs at Diablo Canyon.

Loring E. Mills, 132 Eareckson Lane, Stevensville, Maryland (410) 643-1244. Subjects addressed in Mr. Mills' testimony in the Yankee spent fuel trial.

Thomas A. Moulia, 3490 McMillan Court, Arcata, California 95521 (707) 825-8520. Spent fuel management issues and costs at Humboldt Bay, including decision-making concerning SAFSTOR status and plant decommissioning.

R. Terry Nelson, PG&E[3] (415) 973-5376. Spent fuel management issues and costs at Humboldt Bay, including decision-making concerning SAFSTOR status and plant decommissioning.

Bruce H. Patton, DCPP (805) 545- 4809. Spent fuel management at Diablo Canyon, including dry storage decision-making and implementation.

Lawrence B. Pulley, HBPP (707) 444-0859. Dry storage implementation and costs at Humboldt Bay.

Gregory M. Rueger, PG&E (415) 973-4684. Spent fuel management issues and costs at Humboldt Bay and Diablo Canyon.

---

[3] This abbreviation is used to indicate individuals located at PG&E's headquarters. The address of this location is 77 Beale Street, San Francisco, California 94105.

James D. Shiffer, 2550 Royal Oaks Drive, Alamo, California, (510) 837-5274. Spent fuel management issues at Humboldt Bay and Diablo Canyon.

William C. Stock, PG&E (415) 973-9100. Administration of PG&E's DOE contract. Spent fuel management at Diablo Canyon, including consideration of alternatives to on-site storage.

L. Jearl Strickland, DCPP (805) 545-6080. Spent fuel management at Diablo Canyon, including dry storage decision-making and implementation. Costs of spent fuel management, including costs of dry storage implementation at Diablo Canyon.

Ivan F. Stuart, East 11-B, 500 Ocean Drive, Juno, Florida 33408 (561) 691-4696. Factual matters addressed in his trial testimony in the Yankee spent fuel cases.

David A. Vosburg, DCPP (805) 545-4622. Spent fuel management at Diablo Canyon, including the temporary rack project.

Christopher J. Warner, PG&E (415) 973-6695. Development of the Nuclear Waste Policy Act of 1982 and a reasonable schedule for DOE's removal of spent fuel from utilities, and PG&E's exploration of off-site storage options for its spent fuel.

Roy B. Willis II, HBPP (707) 444-0731. Spent fuel management issues and costs at Humboldt Bay.

Lawrence F. Womack, P.O. Box 981, Pismo Beach, California 93448 (805) 904-9650. Spent fuel management at Diablo Canyon and Humboldt Bay, including reracking projects and dry storage decision-making and implementation.

Robert Zimkowski, DCPP (805) 545-6053. Security issues and costs at Diablo Canyon.

B. Documents

Enclosed with this document are two DVDs containing images of documents that PG&E may use to support its claims.[4] In order to expedite discovery, PG&E is disclosing at this time not only documents that it will likely need to support its claims but also many other documents that it expects the government would otherwise seek in discovery. Within the next couple of weeks, PG&E will also provide complete bibliographic indexing of these documents. PG&E may also support its claims with many of the government documents offered into evidence at trial by plaintiffs in the Yankee spent fuel litigation.

C. Damages

The government's failure to remove spent fuel from PG&E's Humboldt Bay and Diablo Canyon Power Plants in a timely manner consistent with its contractual obligations has caused PG&E to incur damages as described in the categories set out below. The computations of these categories of damages are based, in part, on PG&E's planning documents showing its spent fuel management costs. Copies of such documents, including spreadsheets, are included in the enclosed CD (EFILE0000001). The computations reflect actual expenditures through calendar year 2004. The computations of damages PG&E has incurred and is incurring subsequent to December 31, 2004 are based on cost data and estimates prepared by PG&E. The computations of damages are presented in nominal dollars through 2005 and in constant 2005 dollars for subsequent periods (some of the PG&E planning documents, conversely, do reflect some escalation). Computation of a total damages amount appropriate for final judgment, including issues such as discounting and escalation (and other issues appropriately the subject of

[4] DVD 1 contains Bates numbers PHBP0000001 - PHBP00049206, PPGE0000001 - PPGE0011270. DVD 2 contains Bates numbers PDCP0000001 - PDCP0029957.

consideration and analysis by experts), will be presented in one or more expert witness reports that will be produced no later than the time set out in the Court's Order of February 18, 2005. The computation of damages reflects PG&E's claim for partial breach of contract based on the Department of Energy's ("DOE's") announcements that it will not begin to remove spent fuel from any utility until sometime after 2010 (and likely later) and seeks damages that PG&E will incur through 2012. PG&E will continue to incur damages to manage its spent fuel after that time until (if ever) it is eventually removed by DOE.

1. Humboldt ISFSI

The government's failure to timely remove spent fuel from PG&E's Humboldt Bay Power Plant has caused PG&E to begin work to implement an Independent Spent Fuel Storage Installation ("ISFSI") at that site, which PG&E expects to build and load with SNF by 2009. The computation of this category of damage is set out in the spreadsheet titled HBPP ISFSI in the enclosed CD marked EFILE0000001. PG&E data supporting this computation is in the spreadsheet titled HBPP ISFSI Damages in the enclosed CD marked EFILE0000001.

2. Humboldt SAFSTOR

The government's failure to timely remove spent fuel from PG&E's Humboldt Bay Power Plant has caused PG&E to incur costs to store its spent nuclear fuel in its spent fuel pool since 1999, and PG&E will continue to incur such costs until all of the spent nuclear fuel is moved to its ISFSI. The computation of this category of damage is set out in the spreadsheet titled HBPP SAFSTOR in the enclosed CD marked EFILE0000001. PG&E data supporting this computation is in the spreadsheet titled 1999-2009 SAFSTOR in the enclosed CD marked EFILE0000001.

3. Humboldt Stack Take Down

PG&E has recently taken down a 240-foot tall vent stack that stood over the Humboldt Bay Power Plant spent fuel pool due to safety concerns related to the proximity of the vent stack to the spent nuclear fuel pool. Had the government timely removed the spent fuel at Humboldt, the stack would have been removed as part of the regular decommissioning of the plant with no waste in the pool. PG&E incurred extra costs due to both the need to specially organize this element of decommissioning and because of the need to take precautions due to the presence of spent nuclear fuel in the pool. The computation of this category of damage is set out in the PG&E spreadsheet titled Stack Removal Project in the enclosed CD marked EFILE0000001.

4. Diablo Canyon ISFSI

The government's failure to timely remove spent nuclear fuel from PG&E's Diablo Canyon Power Plant has caused PG&E to begin work to implement an ISFSI at its site, the initial segment of which PG&E will build and load with SNF by 2007. PG&E will also have to maintain the ISFSI until DOE eventually removes the spent fuel from PG&E's site. The computation of this category of damage is set out in the spreadsheet titled DCPP ISFSI in the enclosed CD. PG&E data supporting this computation is in the spreadsheet titled ISFSI DCPP Damage in the enclosed CD marked EFILE0000001.

5. Diablo Temporary Rack

The need to ensure adequate space for the storage of spent nuclear fuel at the Diablo Canyon Power Plant in light of the government's failure to timely remove spent fuel from the site has caused PG&E to begin work to develop additional storage space in each Diablo Canyon Power Plant spent fuel pool through the use of a temporary spent fuel storage rack. The

computation of this category of damage is set out in the PG&E document titled Cask Pit Rack in the enclosed CD marked EFILE0000001.

6. Pre-1998 Study of Spent Fuel Storage Options at Diablo Canyon

PG&E has incurred costs to analyze its options for managing its spent fuel at its Diablo Canyon Power Plant even prior to 1998. The computation of this category of damage is set out in the spreadsheet titled Spent Fuel Storage at Diablo Canyon in the enclosed CD marked EFILE0000001. Documentation supporting this computation is in the document titled Pre 1998 study costs.pdf (Bates numbered PDCP0029926-50) (an electronic version of which is the spreadsheet titled DCPP ISFSI 1995-1997.xls) in the enclosed CD marked EFILE0000001.

7. Off-site Storage

PG&E has incurred costs to explore private off-site alternatives for storage of the spent fuel from its Humboldt Bay and Diablo Canyon Power Plants. The computation of this category of damage is set out in the spreadsheet titled PFS and Mescalero Payments List in the enclosed CD marked EFILE0000001. Documentation supporting this computation is in the document titled PFS_Mescalero_invoices.pdf (Bates numbered PDCP0029951-57) in the enclosed CD marked EFILE0000001.

Respectfully submitted,

Dated: April 22, 2005

JERRY STOUCK
Spriggs & Hollingsworth
1350 I Street, N.W., Ninth Floor
Washington, D.C. 20005
(202) 898-5800 (Telephone)
(202) 682-1639 (Facsimile)
Counsel for Plaintiff
PACIFIC GAS AND ELECTRIC
COMPANY

Of Counsel:
Robert L. Shapiro
SPRIGGS & HOLLINGSWORTH

CERTIFICATE OF SERVICE

I certify that I caused a copy of the foregoing PG&E's RCFC 26(a)(1) Disclosures to be served by hand this 22nd day of April 2005 on:

John C. Ekman
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Classification Unit, Eighth Floor
1100 L Street, N.W.
Washington, D.C. 20530

Robert L. Shapiro