IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PACIFIC GAS & ELECTRIC COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 04-0074C, into which has been consolidated No. 04-0075C (Judge Hewitt) |

<u>DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME</u>

Pursuant to Rule 6(b) of the Rules of the Court of Federal Claims, defendant, the United States, respectfully requests that the Court grant the Government an additional enlargement of time of seven days, to and including November 22, 2005, to respond to plaintiff's motion to compel documents withheld under the deliberative process privilege. Defendant's response is currently due on November 15, 2005. Defendant has previously been granted two enlargements of time totaling eight days. Counsel for plaintiff, Jerry Stouck, has represented that plaintiff, Pacific Gas & Electric Company ("PG&E"), does not oppose this motion.

This request is necessary because, earlier today, we were notified that the high-level official in the Department of Justice who must personally review all of the documents for which the Government is claiming deliberative process privilege and authorize our brief relating to that privilege has been unable to complete his required review. In its motion to compel documents claimed as subject to the deliberative process privilege, PG&E challenges virtually every claim of deliberative process privilege that the Government has invoked since the spent nuclear fuel litigation began in the Court of Federal Claims in 1998. The process of reopening privilege claims that were asserted up to several years ago; preparing extensive document review files for high-level officials to review those documents, as necessary to invoke the deliberative process

privilege claim; and completing all of the necessary paperwork to support our response to PG&E's deliberative process challenges has proven daunting and time-consuming. Various high-level officials must personally review the documents subject to the deliberative process privilege before we can file our brief supporting the invocation of that privilege.

As previously mentioned, we were informed earlier today that, given the press of other business, the high-level official within the Department of Justice has been unable to devote sufficient time to conclude his personal review of all of the documents being challenged by PG&E. We were further informed that he will need up to another seven days to complete the entirety of that review and to authorize us to file our response to PG&E's motion to compel. Following our discussion with counsel for PG&E regarding this matter, counsel represented that PG&E would not oppose this motion, and we are willing to work with counsel for PG&E to allow PG&E adequate time to reply to our response, once filed. To the extent that the necessary high-level review is completed prior to the conclusion of the seven-day period requested, we will file that brief as soon as we are notified that we have been authorized to do so.

For the foregoing reasons, defendant respectfully requests that the Court grant this unopposed motion.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ John C. Ekman
JOHN C. EKMAN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 353-0897
Fax: (202) 307-2503

November 15, 2005 Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 15th day of November 2005, a copy of foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Harold D. Lester, Jr.