# In the United States Court of Federal Claims

No. 04-74C
(into which has been consolidated No. 04-75C)

(E-Filed: November 16, 2005)

PACIFIC GAS AND ELECTRIC COMPANY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Before the court is Defendant's Unopposed Motion for an Enlargement of Time (Motion) within which to respond to plaintiff's Motion to Compel Production of Documents Withheld Under the "Deliberative Process" Privilege (Motion to Compel). For the reasons stated therein and because the Motion is unopposed, defendant's Motion is hereby GRANTED. Defendant shall respond to plaintiff's Motion to Compel on or before November 22, 2005. Plaintiff shall file a reply to defendant's response on or before November 29, 2005.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge