# In the United States Court of Federal Claims

No. 04-74C
(into which has been consolidated No. 04-75C)

(E-Filed: November 16, 2005)

PACIFIC GAS AND ELECTRIC COMPANY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Before the court is plaintiff's Motion to Compel Production of Documents Withheld Under the "Deliberative Process" Privilege (Motion). To assist the court in its consideration of the Motion, defendant shall, on or before Tuesday, November 22, 2005 file with the court true and correct copies of all regulations or other guidance of any type of the Department of Energy relating to delegations of authority in effect at any time when the delegations and/or redelegations of authority on which defendant relies for its assertion of the deliberative process privilege were made. Defendant's filing shall indicate, with respect to each such regulation or other guidance, the inclusive effective dates thereof.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge