IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PACIFIC GAS & ELECTRIC COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 04-0074C, into which has been consolidated No. 04-0075C (Judge Hewitt) |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the Court of Federal Claims, defendant, the United States, respectfully requests that the Court grant the Government a final enlargement of time of one additional day, to and including November 23, 2005, to respond to plaintiff's motion to compel documents withheld under the deliberative process privilege. Defendant's response is currently due on November 22, 2005. Defendant has previously been granted enlargements of time for this purpose totaling 15 days. We also request that the Court grant an enlargement of time of one day, to and including November 23, 2005, for the Government to respond the Court's order dated November 16, 2005, which requires the Government to file "all regulations and guidance" of the Department of Energy relating to delegations of authority to invoke the deliberative process privilege and which we intend to include as an appendix to the Government's response brief; we have not previously sought an enlargement of time for this purpose. Counsel for plaintiff, Jerry Stouck, has represented that plaintiff, Pacific Gas & Electric Company ("PG&E"), does not oppose this motion.[1]

---

[1] We also agreed with counsel for PG&E that, particularly in light of the impending Thanksgiving holiday weekend, we will not oppose reasonable requests for enlargement by PG&E to file its reply to the Government's response to PG&E's motion to compel.

The necessity of this enlargement was completely unexpected. We have obtained the appropriate approvals from the high-level official in the Department of Justice who was required personally to review all of the documents for which the Government is claiming deliberative process privilege. However, in preparing our brief and appendix for filing, we discovered an error relating to one of the agency delegations that supports our response to PG&E's motion to compel. Before we can file our response brief, this error must be corrected. We have been notified by the appropriate agency that this error is being corrected through communications with the head of the relevant agency and that it will be corrected by tomorrow. With that correction, we will be able to file a complete brief that fully responds to PG&E's motion to compel. We apologize for the necessity of this motion, but we believe it necessary to ensure that this error is corrected before we submit our response to PG&E's motion to compel.

For the foregoing reasons, defendant respectfully requests that the Court grant this unopposed motion.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ John C. Ekman by Scott R. Damelin
JOHN C. EKMAN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 353-0897
Fax: (202) 307-2503

November 22, 2005

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 22nd day of November 2005, a copy of foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Scott R. Damelin