| REF | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 250 | PGE0043197 | PGE0043214 | | Report / Plan | Bidwell, David | Stamm, Nancy | None | ATTACHMENT TO E-MAIL CHAIN (PGE0043196) REGARDING HBPP STACK REMOVAL. INCLUDES LEGAL ANALYSIS OF COUNSEL (R. LOCKE). FORWARDED TO COUNSEL (N. STAMM) FOR LEGAL REVIEW | Attorney Client |
| 251 | PGE0043216 | PGE0043233 | | Report / Plan | Bidwell, David | Stamm, Nancy | None | DRAFT CONTRACT FOR HBPP STACK REMOVAL. INCLUDES LEGAL ANALYSIS AND ADVICE OF COUNSEL (N. STAMM). FORWARDED TO COUNSEL FOR LEGAL REVIEW | Attorney Client |
| 252 | PGE0043235 | PGE0043255 | | Report / Plan | Bidwell, David | Stamm, Nancy | None | DRAFT CONTRACT FOR HBPP STACK REMOVAL. INCLUDES LEGAL ANALYSIS AND ADVICE OF COUNSEL (N. STAMM). FORWARDED TO COUNSEL FOR LEGAL REVIEW | Attorney Client |
| 253 | PGE0043257 | PGE0043257 | 8/6/1998 | Electronic Mail (Email) | Stamm, Nancy | David, Catherine | Placak, Richard | E-MAIL FROM COUNSEL (N. STAMM) TO CLIENT REGARDING DRAFT CONTRACT FOR HBPP STACK REMOVAL. PROVIDES LEGAL ANALYSIS | Attorney Client |
| 254 | PGE0043272 | PGE0043272 | 7/29/1998 | Memo | Placak, Richard | Beckham, Peter; Stamm, Nancy | David, C M; Nichols, C P; Ryan, D | MEMORANDUM FROM CLIENT TO CLIENT AND COUNSEL (N. STAMM) REGARDING ATTACHED (PGE0043274 - PGE0043481) DRAFT BURNS AND ROE CONTRACT FOR HBPP STACK REMOVAL. INCLUDES REQUEST FOR REVIEW OF DOCUMENT FOR LEGAL SUFFICIENCY | Attorney Client |
| 255 | PGE0043274 | PGE0043481 | | Agreement / Contract | Placak, Richard | Beckham, Peter; Stamm, Nancy | David, C M; Nichols, C P; Ryan, D | DRAFT BURNS AND ROE CONTRACT ATTACHED TO MEMORANDUM (PGE0043272) FROM CLIENT TO CLIENT AND COUNSEL (N. STAMM) REGARDING HBPP STACK REMOVAL. INCLUDES LEGAL ADVICE OF COUNSEL REGARDING LEGAL SUFFICIENCY OF DRAFT CONTRACT | Attorney Client |
| 256 | PGE0043884 | PGE0043884 | 9/24/1985 | Memo | Kubitz, Kermit R | Wogsland, Ward A | Anderson, Stanley I; Cronin, Thomas P; Hanschen, Peter W; Long, Thomas C; Stein, Kathryn L | LEGAL MEMORANDUM FROM COUNSEL (K. KERMITZ) TO CLIENT REGARDING DATA REQUESTS FROM THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) IN ANTICIPATION REGULATORY PROCEEDINGS - GRC | Attorney Client; Work Product |
| 257 | PGE0043885 | PGE0043885 | 9/20/1985 | Memo | Kubitz, Kermit R | Wogsland, Ward A | Reynolds, Stephen P; Anderson, Stanley I; Carroll, James C; Corfee, Jan A; Hanschen, Peter W; Jones, Dolores D; Long, Thomas C; McDevitt, Robert J; Shiffer, James D; Stein, Kathryn L | LEGAL MEMORANDUM FROM COUNSEL (K. KERMITZ) TO CLIENT REGARDING ATTACHED (PGE0043886 - PGE0043929) DRAFT TESTIMONY FOR FILING WITH THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) IN ANTICIPATION OF REGULATORY PROCEEDINGS - GRC | Attorney Client; Work Product |

| REF | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 258 | PGE0043886 | PGE0043929 | | Transcript / Testimony | Pacific Gas & Electric | None | None | DRAFT TESTIMONY ATTACHED TO LEGAL MEMORANDUM (PGE0043885) FROM COUNSEL (K. KERMITZ) TO CLIENT REGARDING DCPP OPERATION AND MAINTENANCE EXPENSES. PREPARED FOR FILING WITH THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) IN ANTICIPATION OF REGULATORY PROCEEDINGS - GRC | Work Product |
| 259 | PGE0044038 | PGE0044038 | 11/21/1983 | Memo | Hindus, Michael S | Fiske, G S | Edwards, W H; Long, T C; Forsgard, K A; Stein, K L; Stephenson, W M | LEGAL MEMORANDUM FROM COUNSEL (M. HINDUS) TO CLIENT REGARDING REGULATORY PROCEEDINGS - GRC - BEFORE THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Attorney Client; Work Product |
| 260 | PGE0044042 | PGE0044042 | 11/21/1983 | Memo | Hindus, Michael S | Skinner, S T | Edwards, W H; Fiske, G S; Forsgard, K A; Long, T C; Stein, K L | LEGAL MEMORANDUM FROM COUNSEL (M. HINDUS) TO CLIENT REGARDING REGULATORY PROCEEDINGS - GRC - BEFORE THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Attorney Client; Work Product |
| 261 | PGE0044089 | PGE0044089 | 1/26/1984 | Memo | Greenwald, Steven F | Gallavan W M; Schuyler J O; Fuller D J; Klein J J; Long T C; Reynolds S P; Schaub P A; Smith B T | Ohlbach R; Hanschen P W; Herbach E G; Schiazza S L | LEGAL MEMORANDUM FROM COUNSEL (S. GREENWALD) TO CLIENT REGARDING REGULATORY PROCEEDINGS - GRC - FOR HBPP | Attorney Client; Work Product |
| 262 | PGE0044562 | PGE0044562 | 9/1/1983 | Memo | Reynolds, S P | Fuller, D J; Gee, G S; Gallavan, W M; Beringsmith, A W; Buchsbaum, C M; Davis, R; Gleason, H W; Hanschen, P W; Noone, W P; Rutkowski, R R; Samson, I E; Taylor, K S; Wong, D K; Young, N L | Lavering, G E; Schuyler, J O; Ohlbach, R; Horne, G N; Smith, G R; Skinner, S T; Maneatis, G A; Klein, J J; Kline, S L; Schaub, P A | MEMORANDUM FROM CLIENT TO CLIENT AND COUNSEL (C. BUCHSBAUM, P. HANSCHEN, I. SAMSON) REGARDING ATTACHED (PGE0044563 - PGE0044641) DRAFT COMPLIANCE REPORT. INCLUDES REQUEST FOR REVIEW AND COMMENTS FROM COUNSEL | Attorney Client |
| 263 | PGE0044563 | PGE0044641 | | Report / Plan | Pacific Gas & Electric | Fuller, D J; Gee, G S; Gallavan, W M; Beringsmith, A W; Buchsbaum, C M; Davis, R; Gleason, H W; Hanschen, P W; Noone, W P; Rutkowski, R R; Samson, I E; Taylor, K S; Wong, D K; Young, N L | Lavering, G E; Schuyler, J O; Ohlbach, R; Horne, G N; Smith, G R; Skinner, S T; Maneatis, G A; Klein, J J; Kline, S L; Schaub, P A | DRAFT REPORT ATTACHED TO MEMORANDUM (PGE0044562) FROM CLIENT TO CLIENT AND COUNSEL (C. BUCHSBAUM, P. HANSCHEN, I. SAMSON). PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL IN PREPARATION OF REGULATORY PROCEEDINGS - CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Work Product |
| 264 | PGE0044870 | PGE0044870 | 11/5/1984 | Telex / Telegram / Phone Message | Robey, Neil | Agerter, Linda | None | NOTES FROM MEETING WITH COUNSEL (L. AGERTER) REGARDING CONTRACT FOR DCPP SPENT FUEL RERACK. REFLECTS THOUGHTS AND IMPRESSIONS OF COUNSEL | Attorney Client |
| 265 | PGE0044894 | PGE0044895 | | Agreement / Contract | Pacific Gas & Electric | None | None | DRAFT CONTRACT PROVISION FOR DCPP SPENT FUEL POOL RERACK PROJECT. INCLUDES ADVICE OF LEGAL DEPARTMENT | Work Product |

| REF | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 266 | PGE0044898 | PGE0044898 | 12/10/1984 | Memo | Lohr, Michael | Agerter, Linda | None | MEMORANDUM FROM CLIENT TO COUNSEL (L. AGERTER) REGARDING DCPP SPENT FUEL POOL RERACK CONTRACT. CONTAINS DESCRIPTION OF LEGAL ADVICE SOUGHT FROM COUNSEL | Attorney Client |
| 267 | PGE0044925 | PGE0044925 | 10/16/1984 | Memo | Robey, H Neil | Agerter, Linda | None | CORRESPONDENCE FROM CLIENT TO COUNSEL (L. AGERTER) REGARDING DCPP SPENT FUEL POOL RERACK CONTRACT PROVISIONS | Attorney Client |
| 268 | PGE0044926 | PGE0044926 | 10/12/1984 | Memo | Lohr, Mike W | Agerter, Linda | MacCormack, J M; Robey, H Neil | MEMORANDUM FROM CLIENT TO COUNSEL (L. AGERTER) REGARDING DCPP SPENT FUEL POOL RERACK CONTRACT PROVISIONS | Attorney Client |
| 269 | PGE0044927 | PGE0044928 | 10/16/1984 | Letter | Robey, Neil | Agerter, Linda | Rocca, J V; Roddick, B; Lohr, M | CORRESPONDENCE FROM CLIENT TO COUNSEL (L. AGERTER) REGARDING DCPP SPENT FUEL POOL RERACK LICENSING ISSUES | Attorney Client |
| 270 | PGE0044945 | PGE0044945 | 9/6/1984 | Memo | Agerter, Linda | Moore, G H | Cassidy, L S; Connell, E C; Pearce, K K; Robey, N; Rocca, J V | LEGAL MEMORANDUM FROM COUNSEL (L. AGERTER) TO CLIENT REGARDING DCPP SPENT FUEL POOL RERACK CONTRACT PROVISIONS. PROVIDES LEGAL ANALYSIS AND STRATEGY | Attorney Client; Work Product |
| 271 | PGE0044947 | PGE0044947 | 8/10/1984 | Memo | Moore, G H | Agerter, Linda | Rocca, J V; Connell, E C | MEMORANDUM FROM CLIENT TO COUNSEL (L. AGERTER) REGARDING DCPP SPENT FUEL POOL RERACK CONTRACT PROVISIONS. CONTAINS DESCRIPTION OF LEGAL ADVICE SOUGHT FROM COUNSEL | Attorney Client |
| 272 | PGE0045032 | PGE0045033 | | Report / Plan | Locke, Richard F | None | None | HANDWRITTEN NOTES OF COUNSEL (R. LOCKE) REGARDING REGULATORY PROCEEDINGS - NUCLEAR REGULATORY COMMISSION (NRC) | Work Product |
| 273 | PGE0045034 | PGE0045035 | | Report / Plan | Locke, Richard F | None | None | HANDWRITTEN NOTES OF COUNSEL (R. LOCKE) REGARDING REGULATORY PROCEEDINGS - NUCLEAR REGULATORY COMMISSION (NRC) | Work Product |
| 274 | PGE0045036 | PGE0045037 | 6/20/1986 | Letter | Knotts Jr, Joseph B (Bishop Liberman) | Oglesby, Douglas A | None | LEGAL MEMORANDUM FROM OUTSIDE COUNSEL, BISHOP, LIBERMAN, COOK, PURCELL & REYNOLDS (J. KNOTTS, JR), TO COUNSEL (D. OGLESSBY) REGARDING REGULATORY PROCEEDINGS - NUCLEAR REGULATORY COMMISSION (NRC) | Attorney Client; Work Product |
| 275 | PGE0045050 | PGE0045050 | 6/16/1986 | Notes | Locke, Richard F | Oglesby, David A | None | CORRESPONDENCE FROM COUNSEL (R. LOCKE) TO COUNSEL (D. OGLESBY) REGARDING REQUEST FOR INFORMATION | Attorney Client |
| 276 | PGE0045208 | PGE0045208 | 5/30/1986 | Memo | Lew, Barclay S | Carroll, J C; Connell, E C; Crane, P A; Giffin, B W; Gisclon, J M; Locke, R F; Moore, G H; Norton, B; Oglesby, D; Tresler, M R | None | MEMORANDUM PREPARED AT REQUEST OF COUNSEL REGARDING ATTACHED (PGE0045209 - PGE0045216) DRAFT AFFIDAVIT FOR FILING WITH THE US COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA. REQUESTS LEGAL REVIEW. PREPARED IN ANTICIPATION OF LITIGATION. MARGINAL NOTES REFLECT THOUGHTS AND IMPRESSIONS OF COUNSEL (R. LOCKE) | Attorney Client |

| REF | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 277 | PGE0045209 | PGE0045216 | 5/29/1986 | Pleading / Court Filing | Shiffer, James D | None | None | DRAFT AFFIDAVIT FOR FILING WITH THE US COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA ATTACHED TO MEMORANDUM (PGE0045208) PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL. INCLUDES MARGINAL NOTES REFLECTING THOUGHTS AND IMPRESSIONS OF COUNSEL (R. LOCKE). PREPARED IN ANTICIPATION OF LITIGATION | Attorney Client; Work Product |
| 278 | PGE0045217 | PGE0045218 | 6/20/1986 | Memo | Knotts Jr, Joseph B (Bishop Liberman) | Oglesby, Douglas A | None | LEGAL MEMORANDUM FROM OUTSIDE COUNSEL, J. KNOTTS, JR (BISHOP, LIBERMAN, COOK, PURCELL & REYNOLDS), TO COUNSEL (D. OGLESSBY) REGARDING REGULATORY PROCEEDINGS - NUCLEAR REGULATORY COMMISSION (NRC) | Attorney Client; Work Product |
| 279 | PGE0045231 | PGE0045231 | 6/3/1986 | Letter | Oglesby, Douglas A | Knotts Jr, Joseph B (Bishop Liberman) | None | CORRESPONDENCE FROM COUNSEL (D. OGLESBY) TO OUTSIDE COUNSEL, J. KNOTTS, JR (BISHOP, LIBERMAN, COOK, PURCELL & REYNOLDS, REGARDING ATTACHMENTS (PGE0045232 - PGE0045243) FORWARDED IN ANTICIPATION OF LITIGATION BEFORE THE US COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA | Attorney Client; Work Product |
| 280 | PGE0045232 | PGE0045240 | 06/00/1986 | Pleading / Court Filing | Shiffer, James D | None | None | ATTACHMENT TO CORRESPONDENCE (PGE0045231) FROM COUNSEL (D. OGLESBY) TO OUTSIDE COUNSEL, J. KNOTTS, JR (BISHOP, LIBERMAN, COOK, PURCELL & REYNOLDS, REGARDING LITIGATION BEFORE THE US COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA | Attorney Client; Work Product |
| 281 | PGE0045241 | PGE0045243 | | Report / Plan | Shiffer, James D | None | None | ATTACHMENT TO CORRESPONDENCE FROM COUNSEL (D. OGLESBY) TO OUTSIDE COUNSEL, J. KNOTTS, JR (BISHOP, LIBERMAN, COOK, PURCELL & REYNOLDS), REGARDING LITIGATION BEFORE THE US COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA | Attorney Client; Work Product |
| 282 | PGE0045299 | PGE0045299 | | Report / Plan | Locke, Richard F | None | None | HANDWRITTEN NOTES OF COUNSEL (R. LOCKE) REGARDING REGULATORY PROCEEDINGS - NUCLEAR REGULATORY COMMISSION (NRC) | Work Product |
| 283 | PGE0045300 | PGE0045300 | 6/18/1986 | Letter | Knotts Jr, Joseph B (Bishop Liberman) | Oglesby, Douglas A | None | LEGAL MEMORANDUM FROM OUTSIDE COUNSEL, J. KNOTTS, JR (BISHOP, LIBERMAN, COOK, PURCELL & REYNOLDS, TO COUNSEL (D. OGLESSBY) REGARDING ATTACHMENT (PGE0045301 - PGE0045309) FORWARDED IN ANTICIPATION OF LITIGATION BEFORE THE US COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA | Attorney Client; Work Product |

| REF | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 284 | PGE0045301 | PGE0045309 | 6/3/1986 | Pleading / Court Filing | Shiffer, James D | None | None | DRAFT AFFIDAVIT WITH COMMENTS OF OUTSIDE COUNSEL, J. KNOTTS, JR (BISHOP, LIBERMAN, COOK, PURCELL & REYNOLDS). ATTACHMENT TO LEGAL MEMORANDUM (PGE0045300) FROM OUTSIDE COUNSEL TO COUNSEL (D. OGLESSBY) REGARDING LITIGATION BEFORE THE US COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA. INCLUDES LEGAL ANALYSIS. MARGINAL NOTES REFLECT THOUGHT AND IMPRESSIONS OF OUTSIDE COUNSEL | Attorney Client; Work Product |
| 285 | PGE0045375 | PGE0045378 | 5/19/1986 | Letter | Knotts Jr, Joseph B (Bishop Liberman) | Oglesby, Douglas A | None | LEGAL MEMORANDUM FROM OUTSIDE COUNSEL, J. KNOTTS, JR (BISHOP, LIBERMAN, COOK, PURCELL & REYNOLDS), TO COUNSEL (D. OGLESBY) REGARDING POSSIBLE LITIGATION OVER THE DCPP SPENT FUEL RERACK LICENSE AMENDMENT | Attorney Client; Work Product |
| 286 | PGE0045526 | PGE0045526 | 10/6/1987 | Memo | Hanschen, Peter W | Golub, Howard V | Clark, Richard A; Skinner, Stanley T; Maneatis, George A; High, Thomas W; Horne, Grant N; Koehn, John E; Reynolds, Stephen P; Shiffer, James D; Smith, Gordon R; Carroll, James C; Jenkins-Stark, John; Kubitz, Kermit R; Worthington, Bruce R | LEGAL MEMORANDUM FROM COUNSEL (P. HANSCHEN) TO COUNSEL (H. GOLUB) REGARDING REGULATORY FILING FOR GRC PROCEEDING | Attorney Client |
| 287 | PGE0045748 | PGE0045800 | 3/26/2002 | Agreement / Contract | Miller-Robinett, Jill | Golden, Patrick; Nye, Robert; Dales, Gary; Irwin, Gary; Doering, Rick; Sullivan, Dennis; Russell, Curt; Arnold, Stephen; Burns, Sandra; Nakanishi, June K; Daily, Kathryn; Galawish, Elsia; Valenti, Dan; Nexon, J (Howard Rice Nemerovski Canady Falk & Rabkin); Adas, Craig (Weil Gotshal & Manges) | Lemler, Greg; Morford, Terry; Timiraos, Jerry; Metague, Stephen; Starnes, Gregory; Gardiner, Stuart; Patrizio, Mark; Gray, M (Orrick); Maslowski, Rod; Nelson, Terry; Kohne, Robert; Kerr, Dixon; Chesnut, Stephen; Moulia, Thomas; Willis, Roy; Brown, Kathleen; Niven, Andrew; Locke, Richard; Bhattacharya, Shan; Dorighi, Gary; Womack, Lawrence; Borkholder, J (Orrick) | DRAFT CONTRACT FOR HBPP ISFSI DEVELOPMENT. FORWARDED TO COUNSEL FOR LEGAL REVIEW | Work Product |

| REF | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 288 | PGE0045801 | PGE0045854 | 3/7/2002 | Agreement / Contract | Miller-Robinett, Jill | Golden, Patrick; Nye, Robert; Dales, Gary; Irwin, Gary; Doering, Rick; Sullivan, Dennis; Russell, Curt; Arnold, Stephen; Burns, Sandra; Nakanishi, June K; Daily, Kathryn; Galawish, Elsia; Valenti, Dan; Nexon, J (Howard Rice Nemerovski Canady Falk & Rabkin); Adas, Craig (Weil Gotshal & Manges) | Lemler, Greg; Morford, Terry; Timiraos, Jerry; Metague, Stephen; Starnes, Gregory; Gardiner, Stuart; Patrizio, Mark; Gray, M (Orrick); Maslowski, Rod; Nelson, Terry; Kohne, Robert; Kerr, Dixon; Chesnut, Stephen; Moulia, Thomas; Willis, Roy; Brown, Kathleen; Niven, Andrew; Locke, Richard; Bhattacharya, Shan; Dorighi, Gary; Womack, Lawrence; Borkholder, J (Orrick) | DRAFT CONTRACT FOR HBPP ISFSI DEVELOPMENT. FORWARDED TO COUNSEL FOR REVIEW | Work Product |
| 289 | PGE0045858 | PGE0045858 | 10/22/2001 | Electronic Mail (Email) | Repka, David (Winston & Strawn) | Grebel, Terence | Locke, Richard F | E-MAIL FROM OUTSIDE COUNSEL, D. REPKA (WINSTON & STRAWN), TO CLIENT REGARDING ATTACHED (PGE0045859 - PGE0045879) DRAFT HBPP LICENSE APPLICATION PREPARED FOR FILING WITH THE NUCLEAR REGULATORY COMMISSION (NRC) | Attorney Client |
| 290 | PGE0045859 | PGE0045861 | 10/22/2001 | Letter | Winston & Strawn | Grebel, Terence | Locke, Richard F | ATTACHMENT TO E-MAIL (PGE0045858) FROM OUTSIDE COUNSEL, D. REPKA (WINSTON & STRAWN), TO CLIENT REGARDING DRAFT HBPP LICENSE APPLICATION PREPARED FOR FILING WITH THE NUCLEAR REGULATORY COMMISSION (NRC) | Work Product |
| 291 | PGE0045862 | PGE0045862 | 10/22/2001 | Report / Plan | Winston & Strawn | Grebel, Terence | Locke, Richard F | ATTACHMENT TO E-MAIL (PGE0045858) FROM OUTSIDE COUNSEL, D. REPKA (WINSTON & STRAWN), TO CLIENT REGARDING DRAFT HBPP LICENSE APPLICATION PREPARED FOR FILING WITH THE NUCLEAR REGULATORY COMMISSION (NRC) | Work Product |
| 292 | PGE0045863 | PGE0045879 | 10/22/2001 | Report / Plan | Winston & Strawn | Grebel, Terence | Locke, Richard F | ATTACHMENT TO E-MAIL (PGE0045858) FROM OUTSIDE COUNSEL, D. REPKA (WINSTON & STRAWN), TO CLIENT REGARDING DRAFT HBPP LICENSE APPLICATION PREPARED FOR FILING WITH THE NUCLEAR REGULATORY COMMISSION (NRC) | Work Product |
| 293 | PGE0045882 | PGE0045886 | 9/28/2001 | Letter | Winston & Strawn | Grebel, Terence | Locke, Richard F | DRAFT HBPP LICENSE APPLICATION PREPARED BY OUTSIDE COUNSEL, D. REPKA (WINSTON & STRAWN). PREPARED FOR FILING WITH THE NUCLEAR REGULATORY COMMISSION (NRC) | Work Product |
| 294 | PGE0045887 | PGE0045900 | 9/28/2001 | Report / Plan | Winston & Strawn | Grebel, Terence | Locke, Richard F | DRAFT HBPP LICENSE APPLICATION PREPARED BY OUTSIDE COUNSEL, D. REPKA (WINSTON & STRAWN). PREPARED FOR FILING WITH THE NUCLEAR REGULATORY COMMISSION (NRC) | Work Product |

| REF | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 295 | PGE0045902 | PGE0045903 | | Notes | Locke, Richard F | Hossin, Bill | None | HANDWRITTEN NOTES OF COUNSEL (R. LOCKE) REGARDING FILING WITH THE NUCLEAR REGULATORY COMMISSION (NRC) | Attorney Client |
| 296 | PGE0045904 | PGE0045905 | 10/8/2001 | Multiple Email | Borkholder, John (Orrick LLP) | Nelson, Terry; Kerr, Dixon; Malkin, Joseph; Mickle, Tain; Beasley, Michele; Gray, Maria; Moulia, Thomas; Willis, Roy; Gardner, Sylvia; Locke, Richard | Agerter, Linda; Minter, Valda; Ruckman, June; Grebel, Terence; Phillips, Harry; Wikle, Lessly Ann; Bar-Lev, Joshua; Metague, Stephen | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN OUTSIDE COUNSEL, J. BORKHOLDER (ORRICK, HERRINGTON & SUTCLIFFE LLP), AND CLIENT REGARDING ATTACHED (PGE0045906 - PGE0045914) DRAFT CONTRACT FOR HBPP ISFSI DEVELOPMENT SERVICES | Attorney Client |
| 297 | PGE0045906 | PGE0045913 | 10/5/2001 | Agreement / Contract | Borkholder, John (Orrick LLP) | None | None | DRAFT CONTRACT PREPARED BY OUTSIDE COUNSEL, J. BORKHOLDER (ORRICK, HERRINGTON & SUTCLIFFE LLP), REGARDING HBPP ISFSI DEVELOPMENT SERVICES. ATTACHED TO E-MAIL (PGE0045904) FROM OUTSIDE COUNSEL TO CLIENT AND COUNSEL (A. NIVEN, A. FARAGLIA, G. BERNSTEIN, J. BAR-LEV, L. WITALIS, L. AGERTER, M. PATRIZIO, R. LOCKE, S. GARDINER) | Work Product |
| 298 | PGE0045914 | PGE0045914 | | Report / Plan | Borkholder, John (Orrick LLP) | None | None | ATTACHMENT TO E-MAIL CHAIN (PGE0045904) CONTAINING COMMUNICATION BETWEEN CLIENT AND COUNSEL (R. LOCKE) REGARDING DRAFT CONTRACT FOR HBPP ISFSI DEVELOPMENT | Attorney Client; Work Product |
| 299 | PGE0045915 | PGE0045916 | 10/3/2001 | Multiple Email | David, Repka (Winston & Strawn) | Attanasio, D (Dewey Ballantine); O'Donnell, E (Dewey Ballantine); Mickle, I (Orrick LLP); Malkin, J (Orrick LLP); Hartman, Sanford; Faraglia, Annette; Bar-Lev, Joshua; Tomcala, Karen A; Wickle, Lessly Ann; Witalis, Lawrence; Agerter, Linda L; Patrizio, Mark; Jones, Michawl L; Faidi, Meriem; Locke, Richard F; Nelson, Terry; Metague, Stephen; Gardiner, Stuart; Grebel, Terence; Manheim, William; Moot, J (Skadden Arps Slate Meagher & Flom); Sokolsky, David; Phillips, Harry; Tomkins, James; Jones, Michael L; Nugent, Patrick; Moulia, Thomas; Grebel, Terence | Huntley, Thomas; Brosnan, Daniel; Dankner, Donald; Killion, Frederick; Whittaker, John; Miller, Kathy; Gardner, Sylvia | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN OUTSIDE COUNSEL, D. REPKA (WINSTON & STRAWN), CLIENT, AND COUNSEL (R. LOCKE) REGARDING HBPP LICENSE APPLICATION ISSUES | Attorney Client |

| REF | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 300 | PGE0045917 | PGE0045917 | 10/10/2001 | Electronic Mail (Email) | Repka, David (Winston & Strawn) | Attanasio, D (Dewey Ballantine); O'Donnell, E (Orrick); Malkin, J (Orrick); Chang, Frances; Ford, John E; Hartman, Sanford; Stuebing, Al; Niven, Andrew; Faraglia, Annette; Rubin, David; Glb2@pge.com; Bernstein, Glen; Bar-Lev, Joshua; Tomcala, Karen A; Wikle, Lessly Ann; Witalis, Lawrence; Agerter, Linda L; Kozlowski, Lanette; Patrizio, Mark; meb1@pge.com; Jones, Michael L; Faidi, Meriem; Williams, Ray D; Locke, Richard F; Nelson, Terry; Metague, Stephen; Gardiner, Stuart; Eschbach, Shirley; Grebel, Terence; Walters, Winifred; Campbell, Walter; Manheim, William; Moot, J (Skadden Arps Slate Meagher & Flom); Estes, M (Skadden Arps Slate Meagher & Flom) | Winn, Valerie; Dankner, Donald; Whittaker, John | E-MAIL FROM OUTSIDE COUNSEL, D. REPKA (WINSTON & STRAWN), TO CLIENT AND COUNSEL (A. NIVEN, A. FARAGLIA, G. BERNSTEIN, J. BAR-LEV, L. WITALIS,L. AGERTER, M. PATRIZIO, R. LOCKE, S. GARDINER, W. MANHEIM) REGARDING ATTACHED (PGE0045919 - PGE0045936) DRAFT HBPP LICENSE APPLICATION PREPARED FOR FILING WITH THE NUCLEAR REGULATORY COMMISSION (NRC) | Attorney Client |
| 301 | PGE0045919 | PGE0045921 | 10/10/2001 | Letter | Repka, David (Winston & Strawn) | None | None | ATTACHMENT TO E-MAIL (PGE0045917) FROM OUTSIDE COUNSEL, D. REPKA (WINSTON & STRAWN), TO CLIENT REGARDING DRAFT HBPP LICENSE APPLICATION PREPARED FOR FILING WITH THE NUCLEAR REGULATORY COMMISSION (NRC) | Attorney Client; Work Product |
| 302 | PGE0045922 | PGE0045936 | 10/10/2001 | Report / Plan | Repka, David (Winston & Strawn) | None | None | ATTACHMENT TO E-MAIL (PGE0045917) FROM OUTSIDE COUNSEL, D. REPKA (WINSTON & STRAWN), TO CLIENT REGARDING DRAFT HBPP LICENSE APPLICATION PREPARED FOR FILING WITH THE NUCLEAR REGULATORY COMMISSION (NRC) | Attorney Client; Work Product |
| 303 | PGE0045937 | PGE0045941 | 10/10/2001 | Multiple Email | Repka, David (Winston & Strawn) | Nelson, Terry | Malkin, J (Orrick); Corey, Jana; Bar-Lev, Joshua; Wikle, Lessly Ann; Womack, Lawrence; Locke, Richard F; Walters, Winifred; Jackson, Russell | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN OUTSIDE COUNSEL, D. REPKA (WINSTON & STRAWN), AND CLIENT REGARDING ATTACHED (PGE0045946 - PGE0045964) DRAFT LICENSE APPLICATION PREPARED FOR FILING WITH THE NUCLEAR REGULATORY COMMISSION (NRC). INCLUDES LEGAL ANALYSIS | Attorney Client |

| REF | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 304 | PGE0045942 | PGE0045945 | 10/10/2001 | Multiple Email | Repka, David (Winston & Strawn) | Nelson, Terry | Malkin, J (Orrick); Corey, Jana; Bar-Lev, Joshua; Wikle, Lessly Ann; Womack, Lawrence; Locke, Richard F; Walters, Winifred; Jackson, Russell | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN OUTSIDE COUNSEL, D. REPKA (WINSTON & STRAWN), AND CLIENT REGARDING ATTACHED (PGE0045946 - PGE0045964) DRAFT LICENSE APPLICATION PREPARED FOR FILING WITH THE NUCLEAR REGULATORY COMMISSION (NRC). INCLUDES LEGAL ANALYSIS | Attorney Client |
| 305 | PGE0045946 | PGE0045950 | 9/28/2001 | Letter | Repka, David (Winston & Strawn) | None | None | ATTACHMENT TO E-MAIL CHAIN (PGE0045937) CONTAINING COMMUNICATION BETWEEN OUTSIDE COUNSEL, D. REPKA (WINSTON & STRAWN), AND CLIENT REGARDING DRAFT LICENSE APPLICATION PREPARED FOR FILING WITH THE NUCLEAR REGULATORY COMMISSION (NRC) | Attorney Client; Work Product |
| 306 | PGE0045951 | PGE0045964 | 9/28/2001 | Report / Plan | Repka, David (Winston & Strawn) | None | None | ATTACHMENT TO E-MAIL CHAIN (PGE0045937) CONTAINING COMMUNICATION BETWEEN OUTSIDE COUNSEL, D. REPKA (WINSTON & STRAWN), AND CLIENT REGARDING DRAFT LICENSE APPLICATION PREPARED FOR FILING WITH THE NUCLEAR REGULATORY COMMISSION (NRC) | Attorney Client; Work Product |
| 307 | PGE0045969 | PGE0045975 | 10/10/2001 | Graph / Chart / Blueprint | Nelson, Terry | None | None | DOCUMENT REGARDING HBPP ORGANIZATIONAL ISSUES PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL IN ANTICIPATION AND PREPARATION FOR LITIGATION AND REGULATORY PROCEEDINGS | Work Product |
| 308 | PGE0045976 | PGE0045979 | 10/10/2001 | Electronic Mail (Email) | Repka, David (Winston & Strawn) | Nelson, Terry | Malkin, J (Orrick); Corey, Jana; Bar-Lev, Joshua; Wikle, Lessly Ann; Womack, Lawrence; Locke, Richard F; Walters, Winifred | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN OUTSIDE COUNSEL, D. REPKA (WINSTON & STRAWN), AND CLIENT REGARDING DRAFT LICENSE APPLICATION PREPARED FOR FILING WITH THE NUCLEAR REGULATORY COMMISSION (NRC). INCLUDES LEGAL ANALYSIS | Attorney Client |
| 309 | PGE0045980 | PGE0045981 | 10/5/2001 | Electronic Mail (Email) | Nelson, Terry | Repka, David (Winston & Strawn) | Bar-Lev, Joshua; Wikle, Lessy Ann; Corey, Jana; Locke, Richard; Walters, Winifred; Malkin, Joe; Womack, Lawrence | E-MAIL FROM CLIENT TO OUTSIDE COUNSEL, D. REPKA (WINSTON & STRAWN), REGARDING ATTACHED (PGE0045982 - PGE0045987) DOCUMENTS GENERATED IN ANTICIPATION OF LICENSE AMENDMENT FILING WITH THE NUCLEAR REGULATORY COMMISSION (NRC). REQUESTS REVIEW BY COUNSEL FOR LEGAL SUFFICIENCY | Attorney Client |
| 310 | PGE0045982 | PGE0045982 | | Report / Plan | Pacific Gas & Electric | Repka, David (Winston & Strawn) | Bar-Lev, Joshua; Wikle, Lessy Ann; Corey, Jana; Locke, Richard; Walters, Winifred; Malkin, Joe; Womack, Lawrence | ATTACHMENT TO E-MAIL (PGE0045980) FROM CLIENT TO OUTSIDE COUNSEL, D. REPKA (WINSTON & STRAWN), REGARDING DOCUMENT GENERATED IN ANTICIPATION OF LICENSE AMENDMENT FILING WITH THE NUCLEAR REGULATORY COMMISSION (NRC). FORWARDED TO COUNSEL TO REVIEW FOR LEGAL SUFFICIENCY | Attorney Client; Work Product |

| REF | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 311 | PGE0045983 | PGE0045987 | 10/8/2001 | Graph / Chart / Blueprint | Pacific Gas & Electric | Repka, David (Winston & Strawn) | Bar-Lev, Joshua; Wikle, Lessy Ann; Corey, Jana; Locke, Richard; Walters, Winifred; Malkin, Joe; Womack, Lawrence | ATTACHMENT TO E-MAIL (PGE0045980) FROM CLIENT TO OUTSIDE COUNSEL, D. REPKA (WINSTON & STRAWN), REGARDING DOCUMENT GENERATED IN ANTICIPATION OF LICENSE AMENDMENT FILING WITH THE NUCLEAR REGULATORY COMMISSION (NRC). FORWARDED TO COUNSEL TO REVIEW FOR LEGAL SUFFICIENCY | Attorney Client; Work Product |
| 312 | PGE0046127 | PGE0046132 | | Procedure / Manual | Pacific Gas & Electric | None | None | SUMMARY AND ANALYSIS OF HEARING PROCEDURES, GENERATED AT REQUEST OF COUNSEL IN ANTICIPATION OF LITIGATION - REGULATORY PROCEEDINGS - NUCLEAR REGULATORY COMMISSION (NRC) - REGARDING DCPP SPENT FUEL POOL RERACK LICENSING | Work Product |
| 313 | PGE0046135 | PGE0046149 | 5/6/1987 | Report / Plan | Pacific Gas & Electric | None | None | DCPP RERACKING CHRONOLOGY PREPARED AT REQUEST OF COUNSEL IN PREPARATION FOR REGULATORY PROCEEDINGS - NUCLEAR REGULATORY COMMISSION (NRC) - REGARDING DCPP SPENT FUEL POOL RERACK LICENSING | Work Product |
| 314 | PGE0046150 | PGE0046160 | | Report / Plan | Pacific Gas & Electric | None | None | DOCUMENT GENERATED AT REQUEST OF COUNSEL IN PREPARATION FOR REGULATORY PROCEEDINGS - NUCLEAR REGULATORY COMMISSION (NRC) - REGARDING DCPP SPENT FUEL POOL RERACK LICENSING | Work Product |
| 315 | PGE0046161 | PGE0046161 | | Report / Plan | Pacific Gas & Electric | None | None | POSITION STATEMENT PREPARED AT THE REQUEST OF COUNSEL IN ANTICIPATION OF LITIGATION - REGULATORY PROCEEDINGS - NUCLEAR REGULATORY COMMISSION (NRC) - REGARDING DCPP SPENT FUEL POOL RERACK LICENSING AND BORAFLEX DEFECTS | Work Product |
| 316 | PGE0046305 | PGE0046305 | 10/9/1986 | Letter | Locke, Richard F | Shiffer, J D | Crane Jr, P A; Lew, B S; Norton, B | LEGAL MEMORANDUM FROM COUNSEL (R. LOCKE) TO CLIENT REGARDING REGULATORY PROCEEDINGS - NUCLEAR REGULATORY COMMISSION (NRC) | Attorney Client; Work Product |
| 317 | PGE0046307 | PGE0046310 | 11/13/1986 | Letter | Norton, Bruce | Wischow, R P | None | DCPP SPENT FUEL POOL RERACK LICENSING MEMORANDUM. PREPARED IN PREPARATION FOR REGULATORY PROCEEDINGS - NUCLEAR REGULATORY COMMISSION (NRC) | Work Product |
| 318 | PGE0046578 | PGE0046627 | | Report / Plan | Pacific Gas & Electric | None | None | DRAFT REPORT PREPARED AT REQUEST OR UNDER THE SUPERVISION OF COUNSEL PREPARED IN ANTICIPATION OF REGULATORY PROCEEDINGS - NUCLEAR REGULATORY COMMISSION (NRC)REGARDING DCPP RERACKING ISSUES. | Work Product |
| 319 | PGE0046630 | PGE0046630 | | Report / Plan | Pacific Gas & Electric | None | None | DRAFT REPORT PREPARED AT REQUEST OR UNDER THE SUPERVISION OF COUNSEL PREPARED IN ANTICIPATION OF REGULATORY PROCEEDINGS - NUCLEAR REGULATORY COMMISSION (NRC)REGARDING DCPP RERACKING ISSUES. | Work Product |

| REF | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 320 | PGE0046994 | PGE0046994 | 8/25/1984 | Report / Plan | Webb, RC | Breed, Russell | None | DRAFT REPORT PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL IN ANTICIPATION FOR REGULATORY PROCEEDINGS - GRC - BEFORE THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Work Product |
| 321 | PGE0046996 | PGE0047005 | 8/25/1984 | Report / Plan | Webb, RC | Breed, Russell | None | DRAFT REPORT PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL IN ANTICIPATION FOR REGULATORY PROCEEDINGS - GRC - BEFORE THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Work Product |
| 322 | PGE0047007 | PGE0047012 | 8/25/1984 | Report / Plan | Webb, RC | Breed, Russell | None | DRAFT REPORT PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL IN ANTICIPATION FOR REGULATORY PROCEEDINGS - GRC - BEFORE THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Work Product |
| 323 | PGE0047025 | PGE0047025 | 8/26/1984 | Report / Plan | Robey, H N | None | None | CHECK LIST - COVER SHEET WITH MARGINAL NOTES ACCOMPANYING DRAFT REPORT PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL IN ANTICIPATION FOR REGULATORY PROCEEDINGS - GRC - BEFORE THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC). | Work Product |
| 324 | PGE0047036 | PGE0047038 | 8/16/1984 | Report / Plan | Webb, RC | Breed, Russell | None | DRAFT REPORT PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL IN ANTICIPATION FOR REGULATORY PROCEEDINGS - GRC - BEFORE THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Work Product |
| 325 | PGE0047042 | PGE0047057 | 8/25/1984 | Report / Plan | Webb, RC | Breed, Russell | None | DRAFT REPORT PREPARED IN PREPARATION FOR REGULATORY PROCEEDINGS - GRC - BEFORE THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Work Product |
| 326 | PGE0048238 | PGE0048239 | 8/22/1989 | Letter | Locke, Richard F | Shiffer, James D | Warner, Christopher J; Kubitz, Kermit R | CORRESPONDENCE FROM COUNSEL (R. LOCKE) TO CLIENT REGARDING LEGAL ANALYSIS OF SPENT NUCLEAR FUEL STORAGE ISSUES | Attorney Client |
| 327 | PGE0048294 | PGE0048295 | 11/13/1987 | Memo | Peters, Roger J | Golub, Howard V | Smigielski, Thomas S; York, Julia B; Beringsmith, Alan W; Rueger, Kathleen M; McGrath, Brian L; Long, Thomas C; Smith, Richard W; Corippo, Peter K; Klein, Junona J; Kotimanusvanij, Peter; Oberoi, Sunny; Wong, Lillian L | LEGAL MEMORANDUM FROM COUNSEL (R. PETERS) TO COUNSEL (H. GOLUB) REGARDING HBPP DECOMMISSIONING FUNDING ISSUES | Attorney Client; Work Product |

| REF | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 328 | PGE0048351 | PGE0048351 | 6/29/1987 | Memo | Buchsbaum, Craig M | Skinner, Stanley T; Elam, Gene G; Reynolds, Stephen P; Smith, Gordon R | Golub, Howard V; Beringsmith, Alan W; Cronin, Daniel J; Klein, Junona J; Peters, Roger J; Smith, Bruce T; Smith, Richard W | LEGAL MEMORANDUM FROM COUNSEL (C. BUCHSBAUM) TO CLIENT REGARDING HBPP DECOMMISSIONING FUNDING ISSUES | Attorney Client; Work Product |
| 329 | PGE0048356 | PGE0048356 | 6/24/1987 | Letter | Buchsbaum, Craig M | Golub, Howard V | None | LEGAL MEMORANDUM FROM COUNSEL (C. BUCHSBAUM) TO COUNSEL (H. GOLUB) REGARDING HBPP DECOMMISSIONING FUNDING ISSUES | Attorney Client; Work Product |
| 330 | PGE0050991 | PGE0050991 | 1/21/1999 | Multiple Email | Warner, Christopher J | Locke, Richard F; Brown, Kathleen; Stamm, Nancy | Patton, Bruce; Busterud, John | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN COUNSEL (C. WARNER) AND CLIENT REGARDING REQUEST FOR ANALYSIS OF HBPP AND DCPP ISFSI DEVELOPMENT STRATEGY | Attorney Client |
| 331 | PGE0050998 | PGE0050998 | 1/21/1999 | Multiple Email | Warner, Christopher J | Locke, Richard F; Brown, Kathleen; Stamm, Nancy | Patton, Bruce; Busterud, John | DUPLICATE OF PGE0050991. E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN COUNSEL (C. WARNER) AND CLIENT REGARDING REQUEST FOR ANALYSIS OF HBPP AND DCPP ISFSI DEVELOPMENT STRATEGY | Attorney Client |
| 332 | PGE0050999 | PGE0050999 | 1/21/1999 | Multiple Email | Warner, Christopher | Locke, Richard; Brown, Kathleen; Stamm, Nancy | Patton, Bruce; Busterud, John | DUPLICATE OF PGE0050991. E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN COUNSEL (C. WARNER) AND CLIENT REGARDING REQUEST FOR ANALYSIS OF HBPP AND DCPP ISFSI DEVELOPMENT STRATEGY | Attorney Client |
| 333 | PGE0051022 | PGE0051023 | 2/24/1999 | Multiple Email | Wells, Debra | Stamm, Nancy | Wells, Debra | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN COUNSEL (N. STAMM) AND CLIENT CONTAINING DESCRIPTION OF LEGAL ADVICE SOUGHT FROM COUNSEL | Attorney Client |
| 334 | PGE0051265 | PGE0051486 | 12/4/1997 | Report / Plan | Shaw Pittman | Members of Nuclear Utility Joint Privilege Group | None | DOCUMENT GENERATED BY OUTSIDE COUNSEL (SHAW PITTMAN) FOR MEMBERS OF NUCLEAR UTILITY JOINT PRIVILEGE GROUP REGARDING SPENT FUEL DAMAGES CLAIM AGAINST DOE | Attorney Client; Work Product |
| 335 | PGE0051492 | PGE0051492 | 1/13/1998 | Letter | Connelly, Michael C (NSP) | Members of Nuclear Utility Joint Privilege Group | None | LETTER FROM NUCLEAR UTILITY JOINT PRIVILEGE GROUP COUNSEL, M. CONNELLY (NSP), TO MEMBERS OF NUCLEAR UTILITY JOINT PRIVILEGE GROUP REGARDING SPENT NUCLEAR FUEL DAMAGES CLAIM AGAINST DOE. ATTACHED TO FACSIMILE COVER SHEET (PGE0051493) | Attorney Client |
| 336 | PGE0051493 | PGE0051494 | 1/13/1998 | Fax Cover Sheet | Connelly, Michael C (NSP) | Members of Nuclear Utility Joint Privilege Group | None | FACSIMILE COVER SHEET FROM NUCLEAR UTILITY JOINT PRIVILEGE GROUP COUNSEL, M. CONNELLY (NSP), TO MEMBERS OF NUCLEAR UTILITY JOINT PRIVILEGE GROUP REGARDING ATTACHED (PGE0051492) CORRESPONDENCE. PREPARED IN ANTICIPATION | Attorney Client |

| REF | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 337 | PGE0051495 | PGE0051495 | 1/12/1998 | Memo | Silberg, Jay E (Shaw Pittman) | Members of Nuclear Utility Joint Privilege Group | None | LEGAL MEMORANDUM FROM OUTSIDE COUNSEL, J. SILBERG (SHAW PITTMAN), TO MEMBERS OF NUCLEAR UTILITY JOINT PRIVILEGE GROUP REGARDING SPENT NUCLEAR FUEL LITIGATION WITH DOE. ATTACHED TO FACSIMILE COVER SHEET (PGE0051499) | Attorney Client; Work Product |
| 338 | PGE0051499 | PGE0051499 | 1/12/1998 | Fax Cover Sheet | Silberg, Jay E (Shaw Pittman) | Members of Nuclear Utility Joint Privilege Group | None | FACSIMILE COVER SHEET FROM OUTSIDE COUNSEL, J. SILBERG (SHAW PITTMAN), TO NUCLEAR UTILITY JOINT PRIVILEGE GROUP COUNSEL REGARDING ATTACHED (PGE0051495) LEGAL MEMORANDUM. PREPARED IN ANTICIPATION OF LITIGATION | Attorney Client |
| 339 | PGE0051500 | PGE0051500 | 1/7/1998 | Fax Cover Sheet | Silberg, Jay E (Shaw Pittman) | Members of Nuclear Utility Joint Privilege Group | None | FACSIMILE COVER SHEET FROM OUTSIDE COUNSEL, J. SILBERG (SHAW PITTMAN), TO NUCLEAR UTILITY JOINT PRIVILEGE GROUP COUNSEL REGARDING ATTACHED (PGE0051501) LEGAL MEMORANDUM. PREPARED IN ANTICIPATION OF LITIGATION | Attorney Client |
| 340 | PGE0051501 | PGE0051501 | 1/7/1998 | Memo | Silberg, Jay E (Shaw Pittman) | Members of Nuclear Utility Joint Privilege Group | None | LEGAL MEMORANDUM FROM OUTSIDE COUNSEL, J. SILBERG (SHAW PITTMAN), TO MEMBERS OF NUCLEAR UTILITY JOINT PRIVILEGE GROUP REGARDING SPENT NUCLEAR FUEL LITIGATION WITH DOE. ATTACHED TO FACSIMILE COVER SHEET (PGE0051500) | Attorney Client; Work Product |
| 341 | PGE0051540 | PGE0051540 | | Report / Plan | Locke, Richard F | None | None | DOCUMENT GENERATED BY COUNSEL (R. LOCKE) REGARDING SPENT FUEL DAMAGES CLAIM AGAINST DOE. PREPARED IN ANTICIPATION OF LITIGATION | Work Product |
| 342 | PGE0051553 | PGE0051553 | 6/9/1998 | Memo | Silberg, Jay E (Shaw Pittman) | Members of Nuclear Utility Joint Privilege Group | None | LEGAL MEMORANDUM FROM OUTSIDE COUNSEL, J. SILBERG (SHAW PITTMAN), TO MEMBERS OF NUCLEAR UTILITY JOINT PRIVILEGE GROUP REGARDING SPENT NUCLEAR FUEL LITIGATION WITH DOE | Attorney Client; Work Product |
| 343 | PGE0051554 | PGE0051554 | 6/4/1998 | Letter | Connelly, Michael C (NSP) | Members of Nuclear Utility Joint Privilege Group | None | LETTER FROM NUCLEAR UTILITY JOINT PRIVILEGE GROUP COUNSEL, M. CONNELLY (NSP), TO MEMBERS OF NUCLEAR UTILITY JOINT PRIVILEGE GROUP REGARDING SPENT NUCLEAR FUEL LITIGATION WITH DOE. ATTACHED TO FACSIMILE COVER SHEET (PGE0051557) | Attorney Client; Work Product |
| 344 | PGE0051557 | PGE0051558 | 6/4/1998 | Fax Cover Sheet | Connelly, Michael C (NSP) | Members of Nuclear Utility joint Privilege Group | None | FACSIMILE COVER SHEET FROM NUCLEAR UTILITY JOINT PRIVILEGE GROUP COUNSEL, M. CONNELLY (NSP), TO MEMBERS OF NUCLEAR UTILITY JOINT PRIVILEGE GROUP REGARDING ATTACHED (PGE0051554) CORRESPONDENCE. PREPARED IN ANTICIPATION OF LITIGATION | Attorney Client |
| 345 | PGE0051559 | PGE0051559 | 6/23/1998 | Fax Cover Sheet | Silberg, Jay E (Shaw Pittman) | Locke, Richard F | None | FACSIMILE COVER SHEET FROM OUTSIDE COUNSEL, J. SILBERG (SHAW PITTMAN), TO COUNSEL (R. LOCKE) REGARDING INFORMATION REQUESTED BY COUNSEL | Attorney Client |

| REF | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 346 | PGE0051573 | PGE0051573 | 9/22/1998 | Letter | Locke, Richard F | Warner, Christopher J | None | CORRESPONDENCE FROM COUNSEL (R. LOCKE) TO COUNSEL (C. WARNER) REGARDING ATTACHED (PGE0051574 - PGE0051577) LEGAL MEMORANDUM FROM OUTSIDE COUNSEL, N. REYNOLDS AND D. REPKA (WINSTON & STRAWN), REGARDING SPENT FUEL STORAGE | Attorney Client |
| 347 | PGE0051574 | PGE0051577 | 9/18/1998 | Memo | Reynolds, Nicholas S (Winston & Strawn); Repka, David A (Winston & Strawn) | Locke, Richard F | None | LEGAL MEMORANDUM FROM OUTSIDE COUNSEL, N. REYNOLDS AND D. REPKA (WINSTON & STRAWN), TO COUNSEL (R. LOCKE) REGARDING SPENT FUEL STORAGE OPTIONS AND LEGAL AND REGULATORY STRATEGY | Attorney Client; Work Product |
| 348 | PGE0051579 | PGE0051579 | 1/6/1999 | Fax Cover Sheet | Azorsky, Tami (McKenna & Cuneo LLP) | Members of Nuclear Utility Joint Privilege Group | None | FACSIMILE COVER SHEET FROM OUTSIDE COUNSEL, T. AZORSKY (MCKENNA & CUNEO, LLP) TO NUCLEAR UTILITY JOINT PRIVILEGE GROUP COUNSEL REGARDING ATTACHED (PGE0051580) CORRESPONDENCE. PREPARED IN ANTICIPATION OF LITIGATION | Attorney Client |
| 349 | PGE0051580 | PGE0051580 | 1/6/1999 | Letter | Azorsky, Tami (McKenna & Cuneo LLP) | Nuclear Utility Joint Privilege Group Counsel | None | LETTER FROM OUTSIDE COUNSEL, MCKENNA & CUNEO, LLP (T. AZORSKY), TO NUCLEAR UTILITY JOINT PRIVILEGE GROUP COUNSEL REGARDING LEGAL ANALYSIS OF RECENT DECISION OF US COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA. ATTACHED TO FACSIMILE COVER SHEET (PGE0051579) | Attorney Client |
| 350 | PGE0051583 | PGE0051583 | 1/25/1999 | Fax Cover Sheet | Azorsky, Tami (McKenna & Cuneo LLP) | Members of Nuclear Utility joint Privilege Group | None | FACSIMILE COVER SHEET FROM OUTSIDE COUNSEL,T. AZORSKY (MCKENNA & CUNEO, LLP), TO NUCLEAR UTILITY JOINT PRIVILEGE GROUP COUNSEL REGARDING ATTACHED (PGE0051584 - PGE0051598) DRAFT BRIEF. PREPARED IN ANTICIPATION OF LITIGATION | Attorney Client |
| 351 | PGE0051584 | PGE0051598 | 1/25/1999 | Pleading / Court Filing | Azorsky, Tami (Mckenna & Cuneo LLP) | Members of Nuclear Utility Joint Privilege Group | None | DRAFT BRIEF FROM OUTSIDE COUNSEL, T. AZORSKY (MCKENNA & CUNEO, LLP), TO NUCLEAR UTILITY JOINT PRIVILEGE GROUP COUNSEL REGARDING LITIGATION AGAINST DOE. PREPARED FOR FILING WITH THE US COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA. ATTACHED TO FACSIMILE COVER SHEET (PGE0051583) | Work Product |
| 352 | PGE0051620 | PGE0051622 | 6/18/1999 | Memo | Silberg, Jay E (Shaw Pittman) | Members of Nuclear Utility Joint Privilege Group | None | LEGAL MEMORANDUM FROM OUTSIDE COUNSEL, J. SILBERG (SHAW PITTMAN) TO MEMBERS OF NUCLEAR UTILITY JOINT PRIVILEGE GROUP REGARDING LEGAL ANALYSIS OF NUCLEAR WASTE LEGISLATION | Attorney Client; Work Product |
| 353 | PGE0051623 | PGE0051623 | 6/28/1999 | Fax Cover Sheet | Warner, Christopher J | Hill, Tom | None | FACSIMILE COVER SHEET FROM COUNSEL (C. WARNER) TO CLIENT REGARDING ATTACHED (PGE0051624 - PGE0051625) LEGAL MEMORANDUM ON LITIGATION WITH DOE. PREPARED IN ANTICIPATION OF LITIGATION | Attorney Client |

| REF | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 354 | PGE0051624 | PGE0051624 | 6/21/1999 | Letter | Olson, Stephen G (Fraser Stryker Vaughn Meusey Olson Boyer & Bloch PC) | Members of Nuclear Utility Joint Privilege Group | None | LEGAL MEMORANDUM AND ATTACHMENT (PGE0051625) FROM OUTSIDE COUNSEL, S. OLSON (FRASER, STRYKER, VAUGHN, MEUSEY, OLSON, BOYER & BLOCH, PC), TO MEMBERS OF NUCLEAR UTILITY JOINT PRIVILEGE GROUP REGARDING SPENT NUCLEAR FUEL LITIGATION WITH DOE. ATTACHED TO FACSIMILE COVER SHEET (PGE0051623) | Attorney Client; Work Product |
| 355 | PGE0051625 | PGE0051625 | 6/21/1999 | Fax Cover Sheet | Olson, Stephen G (Fraser Stryker Vaughn Meusey Olson Boyer & Bloch PC) | Members of Nuclear Utility Joint Privilege Group | None | ATTACHMENT TO LEGAL MEMORANDUM (PGE0051624) FROM OUTSIDE COUNSEL, S. OLSON (FRASER, STRYKER, VAUGHN, MEUSEY, OLSON, BOYER & BLOCH, PC), TO MEMBERS OF NUCLEAR UTILITY JOINT PRIVILEGE GROUP REGARDING SPENT NUCLEAR FUEL LITIGATION WITH DOE. ATTACHED TO FACSIMILE COVER SHEET (PGE0051623) | Attorney Client |
| 356 | PGE0051628 | PGE0051628 | 6/21/1999 | Multiple Email | Warner, Christopher J | Locke, Richard F | None | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN COUNSEL (R. LOCKE) AND COUNSEL (C. WARNER) REGARDING LITIGATION WITH DOE. INCLUDES REQUEST FOR REVIEW OF DOCUMENTS FOR LEGAL SUFFICIENCY | Attorney Client |
| 357 | PGE0051629 | PGE0051629 | 6/28/1999 | Fax Cover Sheet | Olson, Stephen G (Fraser Stryker Vaughn Meusey Olson Boyer & Bloch PC) | Locke, Richard F | None | FACSIMILE COVER SHEET FROM OUTSIDE COUNSEL, S. OLSON (FRASER, STRYKER, VAUGHN, MEUSEY, OLSON, BOYER & BLOCH, PC), TO COUNSEL (R. LOCKE) REGARDING ATTACHMENTS (PGE0051630 - PGE0051656). PREPARED IN ANTICIPATION OF LITIGATION | Attorney Client |
| 358 | PGE0051630 | PGE0051653 | 7/27/1999 | Pleading / Court Filing | Olson, Stephen G (Fraser Stryker Vaughn Meusey Olson Boyer & Bloch PC) | Locke, Richard F | None | DRAFT BRIEF FROM OUTSIDE COUNSEL, S. OLSON (FRASER, STRYKER, VAUGHN, MEUSEY, OLSON, BOYER & BLOCH, PC), TO COUNSEL (R. LOCKE) REGARDING SPENT NUCLEAR FUEL LITIGATION WITH DOE. PREPARED FOR FILING WITH THE UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT. ATTACHMENT TO FACSIMILE COVER SHEET (PGE0051629) | Attorney Client; Work Product |
| 359 | PGE0051654 | PGE0051655 | | Pleading / Court Filing | Olson, Stephen G (Fraser Stryker Vaughn Meusey Olson Boyer & Bloch PC) | Locke, Richard F | None | ATTACHMENT TO FACSIMILE COVER SHEET (PGE0051629) FROM OUTSIDE COUNSEL, S. OLSON (FRASER, STRYKER, VAUGHN, MEUSEY, OLSON, BOYER & BLOCH, PC), TO COUNSEL (R. LOCKE) REGARDING SPENT NUCLEAR FUEL LITIGATION WITH DOE. PREPARED IN ANTICIPATION OF LITIGATION | Attorney Client; Work Product |
| 360 | PGE0051656 | PGE0051656 | | Pleading / Court Filing | Olson, Stephen G (Fraser Stryker Vaughn Meusey Olson Boyer & Bloch PC) | None | None | ATTACHMENT TO FACSIMILE COVER SHEET (PGE0051629) FROM OUTSIDE COUNSEL, S. OLSON (FRASER, STRYKER, VAUGHN, MEUSEY, OLSON, BOYER & BLOCH, PC), TO COUNSEL (R. LOCKE) REGARDING LITIGATION WITH DOE. PREPARED IN ANTICIPATION OF LITIGATION | Attorney Client; Work Product |