Pacific Gas and Electric v. United States
United States Court of Federal Claims
Case No. 04-74 (into which has been consolidated 04-75)

November 7, 2005
SUPPLEMENTAL PRIVILEGE LOG

| REF | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 361 | PGE0051657 | PGE0051657 | 7/22/1999 | Fax Cover Sheet | Ruscus, Stephen E (McKenna & Cuneo LLP) | Nuclear Utility Joint Privilege Group Counsel | None | FACSIMILE COVER SHEET FROM OUTSIDE COUNSEL, S. RUSCUS (MCKENNA & CUNEO, LLP), TO NUCLEAR UTILITY JOINT PRIVILEGE GROUP COUNSEL REGARDING ATTACHMENTS (PGE0051658 - PGE0051663) PROVIDING LEGAL ANALYSIS IN PREPARATION OF LITIGATION WITH DOE | Attorney Client |
| 362 | PGE0051658 | PGE0051659 | 7/22/1999 | Letter | Ruscus, Stephen E (McKenna & Cuneo LLP) | Schooner, Steven L (George Washington University School of Law); Silberg, Jay E (Shaw Pittman) | Olson, Stephen G (Fraser Stryker Vaughn Meusey Olson Boyer & Bloch PC); Locke, Richard F | LETTER ATTACHED TO FACSIMILE COVER SHEET (PGE0051657) FROM OUTSIDE COUNSEL, S. RUSCUS (MCKENNA & CUNEO, LLP) TO NUCLEAR UTILITY JOINT PRIVILEGE GROUP COUNSEL REGARDING LEGAL ANALYSIS IN PREPARATION FOR LITIGATION WITH DOE | Attorney Client; Work Product |
| 363 | PGE0051660 | PGE0051663 | | Pleading / Court Filing | Ruscus, Stephen E (McKenna & Cuneo LLP) | Nuclear Utility Joint Privilege Group Counsel | None | DRAFT BRIEF PREPARED BY OUTSIDE COUNSEL, S. RUSCUS (MCKENNA & CUNEO, LLP), PROVIDED TO NUCLEAR UTILITY JOINT PRIVILEGE GROUP COUNSEL REGARDING LITIGATION WITH DOE. ATTACHED TO FACSIMILE COVER SHEET (PGE0051657) | Attorney Client; Work Product |
| 364 | PGE0051664 | PGE0051664 | 7/20/1999 | Letter | Olson, Stephen G (Fraser Stryker Vaughn Meusey Olson Boyer & Bloch PC) | Members of Nuclear Utility Joint Privilege Group | None | LETTER FROM OUTSIDE COUNSEL, S. OLSON (FRASER, STRYKER, VAUGHN, MEUSEY, OLSON, BOYER & BLOCH, PC), TO MEMBERS OF NUCLEAR UTILITY JOINT PRIVILEGE GROUP REGARDING ATTACHED (PGE0051667 - PGE0051712) DRAFT BRIEF. CONTAINS HANDWRITTEN NOTES FROM COUNSEL (R. LOCKE). PREPARED IN ANTICIPATION OF LITIGATION | Attorney Client |
| 365 | PGE0051665 | PGE0051666 | 7/20/1999 | Letter | Olson, Stephen G (Fraser Stryker Vaughn Meusey Olson Boyer & Bloch PC) | Members of Nuclear Utility Joint Privilege Group | None | LETTER FROM OUTSIDE COUNSEL, S. OLSON (FRASER, STRYKER, VAUGHN, MEUSEY, OLSON, BOYER & BLOCH, PC), TO MEMBERS OF NUCLEAR UTILITY JOINT PRIVILEGE GROUP REGARDING ATTACHED (PGE0051667 - PGE0051712) DRAFT BRIEF. PREPARED IN ANTICIPATION OF LITIGATION | Attorney Client |
| 366 | PGE0051667 | PGE0051712 | 7/27/1999 | Pleading / Court Filing | Olson, Stephen G (Fraser Stryker Vaughn Meusey Olson Boyer & Bloch PC) | Members of Nuclear Utility Joint Privilege Group | None | DRAFT BRIEF PREPARED BY OUTSIDE COUNSEL, S. OLSON (FRASER, STRYKER, VAUGHN, MEUSEY, OLSON, BOYER & BLOCH, PC), REGARDING LITIGATION AGAINST DOE. PREPARED FOR FILING WITH THE US COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA. ATTACHED TO CORRESPONDENCE FROM OUTSIDE COUNSEL (PGE0051665) | Work Product |
| 367 | PGE0051713 | PGE0051713 | 11/29/1999 | Fax Cover Sheet | Azorsky, Tami Lyn (McKenna & Cuneo LLP) | Members of Nuclear Utility Joint Privilege Group | None | FACSIMILE COVER SHEET FROM OUTSIDE COUNSEL, T. AZORSKY (MCKENNA & CUNEO LLP), TO NUCLEAR UTILITY JOINT PRIVILEGE GROUP COUNSEL REGARDING ATTACHED LETTER (PGE0051714) | Attorney Client |
| 368 | PGE0051714 | PGE0051714 | 11/19/1999 | Letter | Azorsky, Tami Lyn (McKenna & Cuneo LLP) | Nuclear Utility Joint Privilege Group Counsel | None | LETTER FROM OUTSIDE COUNSEL, T. AZORSKY (MCKENNA & CUNEO, LLP), TO NUCLEAR UTILITY JOINT PRIVILEGE GROUP COUNSEL REGARDING LITIGATION WITH DOE. ATTACHED TO FACSIMILE COVER SHEET (PGE0051713) | Attorney Client; Work Product |

| REF | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 369 | PGE0051723 | PGE0051723 | 9/7/1999 | Letter | Churchill, David A (McKenna & Cuneo LLP) | Nuclear Utility joint Privilege Group Counsel | None | LETTER FROM OUTSIDE COUNSEL, D. CHURCHILL (MCKENNA & CUNEO, LLP), TO NUCLEAR UTILITY JOINT PRIVILEGE GROUP COUNSEL REGARDING SPENT NUCLEAR FUEL LITIGATION WITH DOE. ATTACHED TO FACSIMILE COVER SHEET (PGE0051724) | Attorney Client; Work Product |
| 370 | PGE0051724 | PGE0051724 | 9/7/1999 | Fax Cover Sheet | Ruscus, Stephen E (McKenna & Cuneo LLP) | Members of Nuclear Utility Joint Privilege Group | None | FACSIMILE COVER SHEET FROM OUTSIDE COUNSEL, S. RUSCUS (MCKENNA & CUNEO LLP), TO NUCLEAR UTILITY JOINT PRIVILEGE GROUP COUNSEL REGARDING ATTACHED LETTER (PGE0051723; PGE0051725) | Attorney Client |
| 371 | PGE0051725 | PGE0051725 | 9/7/1999 | Letter | Churchill, David A (McKenna & Cuneo LLP) | Nuclear Utility Joint Privilege Group Counsel | None | LETTER FROM OUTSIDE COUNSEL, D. CHURCHILL (MCKENNA & CUNEO, LLP), TO NUCLEAR UTILITY JOINT PRIVILEGE GROUP COUNSEL REGARDING SPENT NUCLEAR FUEL LITIGATION WITH DOE. ATTACHED TO FACSIMILE COVER SHEET (PGE0051724) | Attorney Client; Work Product |
| 372 | PGE0051740 | PGE0051740 | 12/9/1999 | Multiple Email | Locke, Richard F | Warner, Christopher J | None | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN COUNSEL (R. LOCKE) AND COUNSEL (C. WARNER) REGARDING STANDARD CONTRACT ISSUES | Attorney Client |
| 373 | PGE0051744 | PGE0051745 | 3/22/1999 | Multiple Email | Peters, Roger | Womack, Lawrence; Warner, Christopher J | Rueger, Gregory; Locke, Richard F; Oatley, David | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN COUNSEL (R. PETERS, C. WARNER) AND CLIENT REGARDING DCPP ISFSI ISSUES. CONTAINS DESCRIPTION OF LEGAL ADVICE SOUGHT FROM COUNSEL AND LEGAL ADVICE PROVIDED BY COUNSEL | Attorney Client |
| 374 | PGE0051746 | PGE0051746 | 1/20/1999 | Fax Cover Sheet | Warner, Christopher J | Churchill, David (McKenna & Cuneo); Azorsky, Tami (McKenna & Cuneo) | None | FACSIMILE COVER SHEET FROM COUNSEL (C. WARNER) TO OUTSIDE COUNSEL, D. CHURCHILL AND T. AZORSKY (MCKENNA & CUNEO, LLP) REGARDING SPENT NUCLEAR FUEL STORAGE ISSUES. REQUESTS REVIEW OF DOCUMENT FOR LEGAL SUFFICIENCY. INCLUDES DESCRIPTION OF LEGAL ACTION REQUESTED OF COUNSEL | Attorney Client |
| 375 | PGE0051753 | PGE0051753 | 2/22/1999 | Letter | Nagle, Garrett B (McKenna & Cuneo) | Nuclear Utility Joint Privilege Group Counsel | None | CORRESPONDENCE FROM OUTSIDE COUNSEL, G. NAGLE (MCKENNA & CUNEO LLP), TO NUCLEAR UTILITY JOINT PRIVILEGE GROUP COUNSEL REGARDING SPENT NUCLEAR FUEL LITIGATION WITH DOE | Attorney Client |
| 376 | PGE0051829 | PGE0051829 | 3/22/1999 | Electronic Mail (Email) | Peters, Roger | Womack, Lawrence; Warner, Christopher J | Rueger, Gregory | E-MAIL FROM COUNSEL (R. PETERS) TO COUNSEL (C. WARNER) AND CLIENT REGARDING DCPP ISFSI ISSUES. INCLUDES DESCRIPTION OF LEGAL ADVICE SOUGHT FROM COUNSEL | Attorney Client |
| 377 | PGE0051845 | PGE0051846 | 2/25/1999 | Multiple Email | Warner, Christopher J | Azorsky, Tami (McKenna & Cuneo) | None | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN OUTSIDE COUNSEL, T. AZORSKY (MCKENNA & CUNEO, LLP) AND COUNSEL (C. WARNER) REGARDING LEGAL ANALYSIS OF DOE SETTLEMENT PROPOSAL | Attorney Client |
| 378 | PGE0051847 | PGE0051848 | 2/25/1999 | Memo | Silberg, Jay E (Shaw Pittman) | Members of Nuclear Utility Joint Privilege Group | None | LEGAL MEMORANDUM FROM OUTSIDE COUNSEL, J. SILBERG (SHAW, PITTMAN POTTS & TROWBRIDGE), TO MEMBERS OF NUCLEAR UTILITY JOINT PRIVILEGE GROUP REGARDING DOE SETTLEMENT PROPOSAL | Attorney Client; Work Product |

| REF | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 379 | PGE0051849 | PGE0051850 | 2/25/1999 | Letter | Azorsky, Tami Lyn (McKenna & Cuneo LLP) | Nuclear Utility Joint Privilege Group Counsel | None | LEGAL MEMORANDUM FROM OUTSIDE COUNSEL, T. AZORSKY (MCKENNA & CUNEO, LLP), TO NUCLEAR UTILITY JOINT PRIVILEGE GROUP COUNSEL REGARDING DOE SETTLEMENT PROPOSAL. ATTACHMENT TO FACSIMILE COVER SHEET (PGE0051863) | Attorney Client; Work Product |
| 380 | PGE0051863 | PGE0051863 | 2/25/1999 | Fax Cover Sheet | Warner, Christopher J | Kline, Steve L | None | FACSIMILE COVER SHEET FROM COUNSEL (C. WARNER) TO CLIENT REGARDING ATTACHED (PGE0051849) LEGAL MEMORANDUM | Attorney Client |
| 381 | PGE0051864 | PGE0051864 | 1/21/1999 | Electronic Mail (Email) | Warner, Christopher J | Womack, Lawrence; Patton, Bruce | Locke, Richard F; Bangert, A C; Stock, William | E-MAIL FROM COUNSEL (C. WARNER) TO CLIENT REGARDING LEGAL ANALYSIS OF SPENT FUEL STORAGE ISSUES | Attorney Client |
| 382 | PGE0051869 | PGE0051869 | 7/29/1998 | Electronic Mail (Email) | Sellers, Judith | De La Torre, Rose | Warner, Christopher J; Bangert, A C; Womack, Lawrence; Moulia, Thomas | E-MAIL FROM CLIENT TO COUNSEL (R. DE LA TORRE) REGARDING DCPP SPENT FUEL DATA. REFLECTS ADVICE PROVIDED BY OUTSIDE COUNSEL, D. CHURCHILL AND S. RUSCUS (MCKENNA & CUNEO, LLP). INCLUDES MARGINAL NOTES FROM COUNSEL (R. LOCKE) | Attorney Client |
| 383 | PGE0051875 | PGE0051875 | 7/29/1998 | Electronic Mail (Email) | Cheng, Linda | De La Torre, Rose | None | E-MAIL FROM COUNSEL (L. CHENG) TO COUNSEL (R. DE LA TORRE) PROVIDING REQUESTED INFORMATION | Attorney Client |
| 384 | PGE0051879 | PGE0051879 | 7/29/1998 | Multiple Email | Bangert, A C; De La Torre, Rose | Locke, Richard F; Warner, Christopher J; Meiss, Richard; Cheuk, Wanda | Danielson, Albert; Sellers, Judith; Rueger, Gregory | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN COUNSEL (R. DE LA TORRE) AND CLIENT REGARDING SPENT FUEL PAYMENTS. INCLUDES LEGAL ADVICE FROM COUNSEL | Attorney Client |
| 385 | PGE0051880 | PGE0051880 | 7/24/1998 | Multiple Email | Locke, Richard F | Warner, Christopher J | Meiss, Richard | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN COUNSEL (R. LOCKE) AND COUNSEL (C. WARNER) REGARDING SPENT NUCLEAR FUEL LITIGATION WITH DOE | Attorney Client |
| 386 | PGE0051881 | PGE0051881 | 07/29/0000 | Fax Cover Sheet | Warner, Christopher J | Churchill, David (McKenna & Cuneo LLP); Azorsky, Tami (McKenna & Cuneo LLP) | None | FACSIMILE COVER SHEET FROM COUNSEL (C. WARNER) TO OUTSIDE COUNSEL, MCKENNA & CUNEO, LLP (D. CHURCHILL) RE: SPENT NUCLEAR FUEL LITIGATION | Attorney Client |
| 387 | PGE0051882 | PGE0051882 | 07/28/0000 | Fax Cover Sheet | Warner, Christopher J | Churchill, David (McKenna & Cuneo LLP); Smoots, Carol (McKenna & Cuneo LLP) | None | FACSIMILE COVER SHEET FROM COUNSEL (C. WARNER) TO OUTSIDE COUNSEL, MCKENNA & CUNEO, LLP (D. CHURCHILL) RE: SPENT NUCLEAR FUEL LITIGATION | Attorney Client |
| 388 | PGE0051883 | PGE0051883 | 8/14/1998 | Letter | Churchill, David A (McKenna & Cuneo) | Warner, Christopher J | None | DUPLICATE OF PGE0051884. CORRESPONDENCE FROM OUTSIDE COUNSEL, D. CHURCHILL (MCKENNA & CUNEO, LLP), TO COUNSEL (C. WARNER) REGARDING LITIGATION WITH DOE CONCERNING STANDARD CONTRACT OBLIGATIONS | Attorney Client |
| 389 | PGE0051884 | PGE0051885 | 8/14/1998 | Letter | Churchill, David A (McKenna & Cuneo) | Warner, Christopher J | None | CORRESPONDENCE FROM OUTSIDE COUNSEL, D. CHURCHILL (MCKENNA & CUNEO, LLP), TO COUNSEL (C. WARNER) REGARDING LITIGATION WITH DOE CONCERNING STANDARD CONTRACT OBLIGATIONS | Attorney Client |

| REF | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 390 | PGE0051886 | PGE0051889 | 9/11/1998 | Letter | Azorsky, Tami Lyn (McKenna & Cuneo LLP) | Nuclear Utility Joint Privilege Group Counsel | None | CORRESPONDENCE FROM OUTSIDE COUNSEL, T. AZORSKY (MCKENNA & CUNEO, LLP), TO NUCLEAR UTILITY JOINT PRIVILEGE GROUP COUNSEL REGARDING SPENT NUCLEAR FUEL LITIGATION WITH DOE CONCERNING STANDARD CONTRACT OBLIGATIONS. ATTACHED TO FACSIMILE COVER SHEET (PGE0051890) | Attorney Client |
| 391 | PGE0051890 | PGE0051890 | 9/11/1998 | Fax Cover Sheet | Azorsky, Tami (McKenna & Cuneo) | Nuclear Utility Joint Privilege Group Counsel | None | FACSIMILE COVER SHEET FROM OUTSIDE COUNSEL, T. AZORSKY (MCKENNA & CUNEO, LLP), TO NUCLEAR UTILITY JOINT PRIVILEGE GROUP COUNSEL REGARDING ATTACHED (PGE0051886 - PGE0051889) CORRESPONDENCE | Attorney Client |
| 392 | PGE0051891 | PGE0051894 | 9/11/1998 | Letter | Azorsky, Tami Lyn (McKenna & Cuneo) | Nuclear Utility Joint Privilege Group Counsel | None | CORRESPONDENCE FROM OUTSIDE COUNSEL, T. AZORSKY (MCKENNA & CUNEO, LLP), TO NUCLEAR UTILITY JOINT PRIVILEGE GROUP COUNSEL REGARDING LITIGATION WITH DOE CONCERNING STANDARD CONTRACT OBLIGATIONS. ATTACHED TO FACSIMILE COVER SHEET (PGE0051895) | Attorney Client |
| 393 | PGE0051895 | PGE0051895 | 9/11/1998 | Fax Cover Sheet | Azorsky, Tami (McKenna & Cuneo LLP) | Nuclear Utility Joint Privilege Group Counsel | None | FACSIMILE COVER SHEET FROM OUTSIDE COUNSEL, T. AZORSKY (MCKENNA & CUNEO, LLP), TO NUCLEAR UTILITY JOINT PRIVILEGE GROUP COUNSEL REGARDING ATTACHED (PGE0051891 - PGE0051894) CORRESPONDENCE | Attorney Client |
| 394 | PGE0051896 | PGE0051896 | 2/1/1999 | Fax Cover Sheet | Nagle, Garrett (McKenna & Cuneo LLP) | Nuclear Utility Joint Privilege Group Counsel | None | FACSIMILE COVER SHEET FROM OUTSIDE COUNSEL, MCKENNA & CUNEO, LLP (G. NAGLE), TO NUCLEAR UTILITY JOINT PRIVILEGE GROUP COUNSEL RE: LITIGATION WITH DOE | Attorney Client |
| 395 | PGE0051897 | PGE0051897 | 2/1/1999 | Fax Cover Sheet | Nagle, Garrett (McKenna & Cuneo) | Nuclear Utility Joint Privilege Group Counsel | None | FACSIMILE COVER SHEET FROM OUTSIDE COUNSEL, G. NAGLE (MCKENNA & CUNEO, LLP), TO NUCLEAR UTILITY JOINT PRIVILEGE GROUP COUNSEL REGARDING LITIGATION WITH DOE | Attorney Client |
| 396 | PGE0051945 | PGE0051945 | 3/1/1999 | Fax Cover Sheet | Azorsky, Tami Lyn (McKenna & Cuneo) | Nuclear Utility Joint Privilege Group Counsel | None | FACSIMILE COVER SHEET FROM OUTSIDE COUNSEL, T. AZORSKY (MCKENNA & CUNEO, LLP) TO NUCLEAR UTILITY JOINT PRIVILEGE GROUP COUNSEL REGARDING ATTACHED (PGE0051946 - PGE0051955) LEGAL ANALYSIS IN PREPARATION FOR LITIGATION AGAINST DOE | Attorney Client |
| 397 | PGE0051946 | PGE0051946 | 3/1/1999 | Letter | Azorsky, Tami Lyn (McKenna & Cuneo) | Nuclear Utility Joint Privilege Group Counsel | None | CORRESPONDENCE FROM OUTSIDE COUNSEL, T. AZORSKY (MCKENNA & CUNEO, LLP) TO NUCLEAR UTILITY JOINT PRIVILEGE GROUP COUNSEL REGARDING LEGAL ANALYSIS IN PREPARATION FOR LITIGATION AGAINST DOE. ATTACHED TO FACSIMILE COVER SHEET (PGE0051945) | Attorney Client |

| REF | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 398 | PGE0051947 | PGE0051955 | | Report / Plan | Azorsky, Tami (McKenna & Cuneo) | None | None | REPORT FROM OUTSIDE COUNSEL, T. AZORSKY (MCKENNA & CUNEO, LLP), TO NUCLEAR UTILITY JOINT PRIVILEGE GROUP COUNSEL REGARDING LEGAL ANALYSIS IN PREPARATION FOR LITIGATION AGAINST DOE. ATTACHED TO FACSIMILE COVER SHEET (PGE0051945) | Attorney Client |
| 399 | PGE0051956 | PGE0051957 | 3/17/2000 | Letter | Silberg, Jay E (Shaw Pittman) | Locke, Richard F | None | CORRESPONDENCE FROM OUTSIDE COUNSEL, J. SILBERG (SHAW PITTMAN), TO COUNSEL (R. LOCKE) REGARDING SPENT NUCLEAR FUEL LITIGATION WITH DOE | Attorney Client |
| 400 | PGE0051958 | PGE0051959 | 8/6/1999 | Memo | Silberg, Jay E (Shaw Pittman) | Members of Nuclear Utility Joint Privilege Group | None | LEGAL MEMORANDUM FROM OUTSIDE COUNSEL, J. SILBERG (SHAW PITTMAN), TO MEMBERS OF NUCLEAR UTILITY JOINT PRIVILEGE GROUP REGARDING SPENT NUCLEAR FUEL LITIGATION WITH DOE. ATTACHMENT TO FACSIMILE COVER SHEET (PGE0051960) | Attorney Client; Work Product |
| 401 | PGE0051960 | PGE0051960 | 8/6/1999 | Fax Cover Sheet | Silberg, Jay E (Shaw Pittman) | Members of Nuclear Utility Joint Privilege Group | None | FACSIMILE COVER SHEET FROM OUTSIDE COUNSEL, J. SILBERG (SHAW PITTMAN), TO MEMBERS OF NUCLEAR UTILITY JOINT PRIVILEGE GROUP REGARDING ATTACHED (PGE0051958) LEGAL MEMORANDUM | Attorney Client |
| 402 | PGE0051961 | PGE0051961 | 4/22/1999 | Fax Cover Sheet | Azorsky, Tami Lyn (McKenna & Cuneo) | Nuclear Utility Joint Privileged Group Counsel | None | FACSIMILE COVER SHEET FROM OUTSIDE COUNSEL, T. AZORSKY (MCKENNA & CUNEO, LLP), TO NUCLEAR UTILITY JOINT PRIVILEGE GROUP COUNSEL REGARDING ATTACHED (PGE0051962 - PGE0051967) LEGAL ANALYSIS OF PROPOSED NUCLEAR WASTE LEGISLATION | Attorney Client |
| 403 | PGE0051962 | PGE0051966 | 4/22/1999 | Letter | Azorsky, Tami Lyn (McKenna & Cuneo) | Nuclear Utility Joint Privilege Group Counsel | None | CORRESPONDENCE FROM OUTSIDE COUNSEL, T. AZORSKY (MCKENNA & CUNEO, LLP), TO NUCLEAR UTILITY JOINT PRIVILEGE GROUP COUNSEL REGARDING LEGAL ANALYSIS OF PROPOSED NUCLEAR WASTE LEGISLATION. ATTACHED TO FACSIMILE COVER SHEET (PGE0051961) | Attorney Client; Work Product |
| 404 | PGE0051967 | PGE0051967 | 4/16/1999 | Letter | Azorsky, Tami Lyn (McKenna & Cuneo LLP) | Nuclear Utility Joint Privilege Group Counsel | None | CORRESPONDENCE FROM OUTSIDE COUNSEL, T. AZORSKY (MCKENNA & CUNEO, LLP), TO NUCLEAR UTILITY JOINT PRIVILEGE GROUP COUNSEL REGARDING LEGAL ANALYSIS OF PROPOSED NUCLEAR WASTE LEGISLATION. ATTACHED TO FACSIMILE COVER SHEET (PGE0051961) | Attorney Client; Work Product |
| 405 | PGE0051969 | PGE0051975 | 3/12/1999 | Memo | Repka, David A (Winston & Strawn) | Locke, Richard F | None | LEGAL MEMORANDUM FROM OUTSIDE COUNSEL, D. REPKA (WINSTON & STRAWN), TO COUNSEL (R. LOCKE) REGARDING DCPP ISFSI ISSUES | Attorney Client; Work Product |
| 406 | PGE0051976 | PGE0051976 | 5/4/1999 | Memo | Silberg, Jay E (Shaw Pittman) | Members of Nuclear Utility Joint Privilege Group | None | LEGAL MEMORANDUM FROM OUTSIDE COUNSEL, J. SILBERG (SHAW PITTMAN), TO MEMBERS OF NUCLEAR UTILITY JOINT PRIVILEGE GROUP REGARDING LEGAL ANALYSIS OF PROPOSED NUCLEAR WASTE LEGISLATION | Attorney Client; Work Product |

| REF | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 407 | PGE0051984 | PGE0051984 | 5/7/1999 | Fax Cover Sheet | Azorsky, Tami Lyn (McKenna & Cuneo) | Nuclear Utility Joint Privilege Group Counsel | None | FACSIMILE COVER SHEET FROM OUTSIDE COUNSEL, T. AZORSKY (MCKENNA & CUNEO, LLP), TO NUCLEAR UTILITY JOINT PRIVILEGE GROUP COUNSEL REGARDING ATTACHED (PGE0051985) LEGAL ANALYSIS OF SPENT NUCLEAR FUEL LITIGATION WITH DOE | Attorney Client |
| 408 | PGE0051985 | PGE0051985 | 5/7/1999 | Letter | Azorsky, Tami Lyn (McKenna & Cuneo) | Nuclear Utility Joint Privilege Group Counsel | None | CORRESPONDENCE FROM OUTSIDE COUNSEL, T. AZORSKY (MCKENNA & CUNEO, LLP), TO NUCLEAR UTILITY JOINT PRIVILEGE GROUP COUNSEL REGARDING LEGAL ANALYSIS OF SPENT NUCLEAR FUEL LITIGATION WITH DOE. ATTACHED TO FACSIMILE COVER SHEET (PGE0051984) | Attorney Client |
| 409 | PGE0051986 | PGE0051986 | 5/6/1999 | Memo | Silberg, Jay E (Shaw Pittman) | Members of Nuclear Utility Joint Privilege Group | None | LEGAL MEMORANDUM FROM OUTSIDE COUNSEL, J. SILBERG (SHAW PITTMAN), TO MEMBERS OF NUCLEAR UTILITY JOINT PRIVILEGE GROUP REGARDING SPENT FUEL DAMAGES CLAIM | Attorney Client; Work Product |
| 410 | PGE0051987 | PGE0051987 | 4/19/1999 | Letter | Churchill, David A (McKenna & Cuneo) | Nuclear Utility Joint Privilege Group Counsel | None | CORRESPONDENCE FROM OUTSIDE COUNSEL, D. CHURCHILL (MCKENNA & CUNEO, LLP), TO NUCLEAR UTILITY JOINT PRIVILEGE GROUP COUNSEL REGARDING LITIGATION WITH DOE. ATTACHED TO FACSIMILE COVER SHEET (PGE0051989) | Attorney Client |
| 411 | PGE0051989 | PGE0051989 | 4/19/1999 | Fax Cover Sheet | Churchill, David A (McKenna & Cuneo) | Nuclear Utility Joint Privilege Group Counsel | None | FACSIMILE COVER SHEET FROM OUTSIDE COUNSEL, D. CHURCHILL (MCKENNA & CUNEO, LLP), TO NUCLEAR UTILITY JOINT PRIVILEGE GROUP COUNSEL REGARDING ATTACHED (PGE0051987)CORRESPONDENCE | Attorney Client |
| 412 | PGE0051990 | PGE0051990 | 4/28/1989 | Fax Cover Sheet | Azorsky, Tami Lyn (McKenna & Cuneo) | Nuclear Utility Joint Privilege Group Counsel | None | FACSIMILE COVER SHEET FROM OUTSIDE COUNSEL, T. AZORSKY (MCKENNA & CUNEO, LLP), TO NUCLEAR UTILITY JOINT PRIVILEGE GROUP COUNSEL REGARDING ATTACHED (PGE0051991 - PGE0052000) CORRESPONDENCE | Attorney Client |
| 413 | PGE0051991 | PGE0052000 | 4/28/1999 | Letter | Azorsky, Tami Lyn (McKenna & Cuneo) | Nuclear Utility Joint Privilege Group Counsel | None | CORRESPONDENCE FROM OUTSIDE COUNSEL, T. AZORSKY (MCKENNA & CUNEO, LLP), TO NUCLEAR UTILITY JOINT PRIVILEGE GROUP COUNSEL REGARDING LEGAL ANALYSIS FOR LITIGATION WITH DOE. ATTACHED TO FACSIMILE COVER SHEET (PGE0051991) | Attorney Client; Work Product |
| 414 | PGE0052001 | PGE0052001 | 1/20/1999 | Letter | Churchill, David A (McKenna & Cuneo) | Nuclear Utility Joint Privilege Group Counsel | None | CORRESPONDENCE FROM OUTSIDE COUNSEL, D. CHURCHILL (MCKENNA & CUNEO, LLP), TO NUCLEAR UTILITY JOINT PRIVILEGE GROUP COUNSEL REGARDING SPENT NUCLEAR FUEL LITIGATION WITH DOE | Attorney Client |
| 415 | PGE0052045 | PGE0052047 | 5/3/1999 | Memo | Silberg, Jay E (Shaw Pittman) | Members of Nuclear Utility Joint Privilege Group | None | FACSIMILE,. LEGAL MEMORANDUM AND ATTACHMENT FROM OUTSIDE COUNSEL, J. SILBERG (SHAW PITTMAN), TO MEMBERS OF NUCLEAR UTILITY JOINT PRIVILEGE GROUP REGARDING DOE STANDARD CONTRACT OBLIGATIONS. ATTACHMENT TO FACSIMILE COVER SHEET (PGE0052047) | Attorney Client; Work Product |

| REF | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 416 | PGE0052048 | PGE0052048 | 4/27/1999 | Multiple Email | Rueger, Gregory | Warner, Christopher J | None | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN COUNSEL (C. WARNER) AND CLIENT REGARDING SPENT NUCLEAR FUEL STORAGE ISSUES. PROVIDES DESCRIPTION OF LEGAL ADVICE SOUGHT FROM COUNSEL | Attorney Client |
| 417 | PGE0052056 | PGE0052056 | 4/7/1999 | Fax Cover Sheet | Azorsky, Tami Lyn (McKenna & Cuneo) | Nuclear Utility Joint Privilege Group Counsel | None | FACSIMILE COVER SHEET FROM OUTSIDE COUNSEL, T. AZORSKY (MCKENNA & CUNEO, LLP), TO NUCLEAR UTILITY JOINT PRIVILEGE GROUP COUNSEL REGARDING ATTACHED (PGE0052057) CORRESPONDENCE | Attorney Client |
| 418 | PGE0052057 | PGE0052057 | 4/7/1999 | Letter | Azorsky, Tami Lyn (McKenna & Cuneo) | Nuclear Utility joint Privilege Group Counsel | None | CORRESPONDENCE FROM OUTSIDE COUNSEL, T. AZORSKY (MCKENNA & CUNEO, LLP), TO NUCLEAR UTILITY JOINT PRIVILEGE GROUP COUNSEL REGARDING LEGAL ANALYSIS OF SPENT NUCLEAR FUEL LITIGATION. ATTACHED TO FACSIMILE COVER SHEET (PGE0052056) | Attorney Client |
| 419 | PGE0052082 | PGE0052082 | 4/8/1999 | Notes | Silberg, Jay E (Shaw Pittman) | Members of Nuclear Utility Joint Privilege Group | None | FACSIMILE COVER SHEET FROM OUTSIDE COUNSEL, J. SILBERG (SHAW PITTMAN), TO MEMBERS OF NUCLEAR UTILITY JOINT PRIVILEGE GROUP REGARDING ATTACHMENTS (PGE0052085 - PGE0052086) PROVIDING LEGAL ANALYSIS FOR LITIGATION WITH DOE. INCLUDES HANDWRITTEN NOTES OF COUNSEL (C. WARNER) | Attorney Client |
| 420 | PGE0052083 | PGE0052083 | 4/8/1999 | Fax Cover Sheet | Silberg, Jay E (Shaw Pittman) | Members of Nuclear Utility Joint Privilege Group | None | FACSIMILE COVER SHEET FROM OUTSIDE COUNSEL, J. SILBERG (SHAW PITTMAN), TO MEMBERS OF NUCLEAR UTILITY JOINT PRIVILEGE GROUP REGARDING ATTACHMENTS (PGE0052086 - PGE0052089) PROVIDING LEGAL ANALYSIS FOR LITIGATION WITH DOE. CONTAINS HANDWRITTEN NOTES OF COUNSEL (C. WARNER) | Attorney Client |
| 421 | PGE0052084 | PGE0052084 | 4/8/1999 | Fax Cover Sheet | Silberg, Jay E (Shaw Pittman) | Members of Nuclear Utility Joint Privilege Group | None | FACSIMILE COVER SHEET FROM OUTSIDE COUNSEL, J. SILBERG (SHAW PITTMAN), TO MEMBERS OF NUCLEAR UTILITY JOINT PRIVILEGE GROUP REGARDING ATTACHMENTS (PGE0052086 - PGE0052089) PROVIDING LEGAL ANALYSIS FOR LITIGATION WITH DOE | Attorney Client |
| 422 | PGE0052085 | PGE0052086 | 4/7/1999 | Memo | Silberg, Jay E (Shaw Pittman) | Members of Nuclear Utility Joint Privilege Group | None | LEGAL MEMORANDUM FROM OUTSIDE COUNSEL, J. SILBERG (SHAW PITTMAN), TO MEMBERS OF NUCLEAR UTILITY JOINT PRIVILEGE GROUP REGARDING LEGAL ANALYSIS FOR LITIGATION WITH DOE. ATTACHMENT TO FACSIMILE COVER SHEET (PGE0052084) | Attorney Client; Work Product |

| REF | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 423 | PGE0052087 | PGE0052089 | 4/16/1999 | Memo | Silberg, Jay E (Shaw Pittman) | Members of Nuclear Utility Joint Privilege Group | None | LEGAL MEMORANDUM FROM OUTSIDE COUNSEL, J. SILBERG (SHAW PITTMAN), TO MEMBERS OF NUCLEAR UTILITY JOINT PRIVILEGE GROUP REGARDING LEGAL ANALYSIS OF NUCLEAR WASTE LEGISLATION. ATTACHMENT TO FACSIMILE COVER SHEET (PGE0052092) | Attorney Client; Work Product |
| 424 | PGE0052092 | PGE0052092 | 4/16/1999 | Fax Cover Sheet | Silberg, Jay E (Shaw Pittman) | Members of Nuclear Utility Joint Privilege Group | None | FACSIMILE COVER SHEET FROM OUTSIDE COUNSEL, J. SILBERG (SHAW PITTMAN), TO MEMBERS OF NUCLEAR UTILITY JOINT PRIVILEGE GROUP REGARDING ATTACHED (PGE0052087 - PGE0052089) LEGAL ANALYSIS OF NUCLEAR WASTE LEGISLATION | Attorney Client |
| 425 | PGE0052094 | PGE0052095 | 3/16/1999 | Memo | Silberg, Jay E (Shaw Pittman) | Members of Nuclear Utility Joint Privilege Group | None | LEGAL MEMORANDUM FROM OUTSIDE COUNSEL, J. SILBERG (SHAW PITTMAN), TO MEMBERS OF NUCLEAR UTILITY JOINT PRIVILEGE GROUP REGARDING DOE STANDARD CONTRACT OBLIGATIONS | Attorney Client; Work Product |
| 426 | PGE0052108 | PGE0052108 | 1/27/1999 | Fax Cover Sheet | Azorsky, Tami Lyn (McKenna & Cuneo) | Nuclear Utility Joint Privilege Group Counsel | None | FACSIMILE COVER SHEET FROM OUTSIDE COUNSEL, T. AZORSKY (MCKENNA & CUNEO, LLP), TO NUCLEAR UTILITY JOINT PRIVILEGE GROUP COUNSEL REGARDING ATTACHED (PGE0052109) CORRESPONDENCE | Attorney Client |
| 427 | PGE0052109 | PGE0052109 | 1/27/1999 | Letter | Azorsky, Tami Lyn (McKenna & Cuneo) | Nuclear Utility Joint Privilege Group Counsel | None | CORRESPONDENCE FROM OUTSIDE COUNSEL, T. AZORSKY (MCKENNA & CUNEO, LLP), TO NUCLEAR UTILITY JOINT PRIVILEGE GROUP COUNSEL REGARDING SPENT NUCLEAR FUEL LITIGATION WITH DOE. ATTACHED TO FACSIMILE COVER SHEET (PGE0052108) | Attorney Client |
| 428 | PGE0052127 | PGE0052127 | 1/27/1999 | Fax Cover Sheet | Churchill, David (McKenna & Cuneo) | Nuclear Utility Joint Privilege Group Counsel | None | FACSIMILE COVER SHEET FROM OUTSIDE COUNSEL, D. CHURCHILL (MCKENNA & CUNEO, LLP), TO NUCLEAR UTILITY JOINT PRIVILEGE GROUP COUNSEL REGARDING ATTACHED (PGE0052128 - PGE0052152) DRAFT BRIEF. PREPARED IN ANTICIPATION OF LITIGATION | Attorney Client |
| 429 | PGE0052128 | PGE0052152 | 1/26/1999 | Pleading / Court Filing | Churchill, David (McKenna & Cuneo) | Nuclear Utility Joint Privilege Group Counsel | None | DRAFT BRIEF PROVIDED BY OUTSIDE COUNSEL, D. CHURCHILL (MCKENNA & CUNEO, LLP), TO NUCLEAR UTILITY JOINT PRIVILEGE GROUP COUNSEL REGARDING SPENT NUCLEAR FUEL LITIGATION. ATTACHED TO FACSIMILE COVER SHEET (PGE0052127) | Work Product |
| 430 | PGE0052153 | PGE0052153 | 1/28/1999 | Letter | Nagle, Garrett B (McKenna & Cuneo) | Nuclear Utility Joint Privilege Group Counsel | None | CORRESPONDENCE FROM OUTSIDE COUNSEL, G. NAGLE (MCKENNA & CUNEO, LLP), TO NUCLEAR UTILITY JOINT PRIVILEGE GROUP COUNSEL REGARDING SPENT NUCLEAR FUEL LITIGATION WITH DOE | Attorney Client |

| REF | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 431 | PGE0052170 | PGE0052170 | 2/5/1999 | Fax Cover Sheet | Nagle, Garrett (McKenna & Cuneo) | Members of Nuclear Utility Joint Privilege Group | None | FACSIMILE COVER SHEET FROM OUTSIDE COUNSEL, G. NAGLE (MCKENNA & CUNEO, LLP), TO MEMBERS OF NUCLEAR UTILITY JOINT PRIVILEGE GROUP REGARDING ATTACHED (PPGE0040001 - PPGE0040009) US COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA DECISION | Attorney Client |
| 432 | PGE0052171 | PGE0052171 | 2/5/1999 | Fax Cover Sheet | Nagle, Garrett (McKenna & Cuneo) | Nuclear Utility joint Privilege Group Counsel | None | DUPLICATE OF PGE0052170. FACSIMILE COVER SHEET FROM OUTSIDE COUNSEL, G. NAGLE (MCKENNA & CUNEO, LLP) TO NUCLEAR UTILITY JOINT PRIVILEGE GROUP COUNSEL REGARDING ATTACHED (PPGE0040001 - PPGE0040009) US COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA DECISION | Attorney Client |
| 433 | PGE0052262 | PGE0052263 | 5/18/1998 | Memo | Silberg, Jay E (Shaw Pittman) | Members of Nuclear Utility Joint Privilege Group | None | LEGAL MEMORANDUM FROM OUTSIDE COUNSEL, J. SILBERG (SHAW PITTMAN), TO MEMBERS OF NUCLEAR UTILITY JOINT PRIVILEGE GROUP REGARDING DOE SETTLEMENT PROPOSAL | Attorney Client; Work Product |
| 434 | PGE0052276 | PGE0052276 | 5/7/1998 | Memo | Silberg, Jay E (Shaw Pittman); Cynamon, David J (Shaw Pittman) | Members of Nuclear Utility Joint Privilege Group | None | LEGAL MEMORANDUM FROM OUTSIDE COUNSEL, J. SILBERG AND D. CYNAMON (SHAW PITTMAN), TO MEMBERS OF NUCLEAR UTILITY JOINT PRIVILEGE GROUP REGARDING US COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA DECISION. ATTACHED TO FACSIMILE COVER SHEET (PGE0052281) | Attorney Client; Work Product |
| 435 | PGE0052281 | PGE0052281 | 5/7/1998 | Fax Cover Sheet | Silberg, Jay E (Shaw Pittman) | Nuclear Utility Joint Privilege Group Counsel | None | FACSIMILE COVER SHEET FROM OUTSIDE COUNSEL, J. SILBERG (SHAW PITTMAN), TO MEMBERS OF NUCLEAR UTILITY JOINT PRIVILEGE GROUP REGARDING ATTACHED (PGE0052276) CORRESPONDENCE FROM OUTSIDE COUNSEL | Attorney Client |
| 436 | PGE0052283 | PGE0052284 | 5/12/1998 | Memo | Silberg, Jay E (Shaw Pittman); Cynamon, David J (Shaw Pittman) | Members of Nuclear Utility Joint Privilege Group | None | LEGAL MEMORANDUM FROM OUTSIDE COUNSEL, J. SILBERG AND D. CYNAMON (SHAW PITTMAN), TO NUCLEAR UTILITY JOINT PRIVILEGE GROUP COUNSEL REGARDING US COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA DECISION. ATTACHED TO FACSIMILE COVER SHEET (PGE0052285) | Attorney Client; Work Product |
| 437 | PGE0052285 | PGE0052285 | 5/12/1998 | Fax Cover Sheet | Silberg, Jay E (Shaw Pittman) | Nuclear Utility Joint Privilege Group Counsel | None | FACSIMILE COVER SHEET FROM OUTSIDE COUNSEL, J. SILBERG (SHAW PITTMAN), TO NUCLEAR UTILITY JOINT PRIVILEGE GROUP COUNSEL REGARDING ATTACHED (PGE0052283 - PGE0052284) LEGAL MEMORANDUM | Attorney Client |
| 438 | PGE0052286 | PGE0052286 | 5/7/1998 | Memo | Silberg, Jay E (Shaw Pittman); Cynamon, David J (Shaw Pittman) | Members of Nuclear Utility Joint Privilege Group | None | LEGAL MEMORANDUM FROM OUTSIDE COUNSEL, J. SILBERG AND D. CYNAMON (SHAW PITTMAN), TO NUCLEAR UTILITY JOINT PRIVILEGE GROUP COUNSEL REGARDING US COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA DECISION. ATTACHED TO FACSIMILE COVER SHEET (PGE0052287) | Attorney Client; Work Product |

| REF | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 439 | PGE0052287 | PGE0052287 | 5/7/1998 | Fax Cover Sheet | Silberg, Jay E (Shaw Pittman) | Nuclear Utility Joint Privilege Group Counsel | None | FACSIMILE COVER SHEET FROM OUTSIDE COUNSEL, J. SILBERG (SHAW PITTMAN), TO NUCLEAR UTILITY JOINT PRIVILEGE GROUP COUNSEL REGARDING ATTACHED (PGE0052286) LEGAL MEMORANDUM | Attorney Client |
| 440 | PGE0052288 | PGE0052289 | 4/10/1998 | Letter | Churchill, David A (McKenna & Cuneo) | Nuclear Utility Joint Privilege Group Counsel | None | CORRESPONDENCE FROM OUTSIDE COUNSEL, D. CHURCHILL (MCKENNA & CUNEO, LLP), TO MEMBERS OF NUCLEAR UTILITY JOINT PRIVILEGE GROUP REGARDING SPENT NUCLEAR FUEL LITIGATION. ATTACHED TO FACSIMILE COVER SHEET (PGE0052294) | Attorney Client |
| 441 | PGE0052290 | PGE0052291 | 3/19/1998 | Letter | Churchill, David A (McKenna & Cuneo) | Nuclear Utility Joint Privilege Group Counsel | None | CORRESPONDENCE FROM OUTSIDE COUNSEL, D. CHURCHILL (MCKENNA & CUNEO, LLP), TO MEMBERS OF NUCLEAR UTILITY JOINT PRIVILEGE GROUP REGARDING SPENT NUCLEAR FUEL LITIGATION. ATTACHED TO FACSIMILE COVER SHEET (PGE0052294) | Attorney Client |
| 442 | PGE0052292 | PGE0052293 | 4/10/1998 | Letter | Churchill, David A (McKenna & Cuneo LLP) | Warner, Christopher J | None | CORRESPONDENCE FROM OUTSIDE COUNSEL, D. CHURCHILL (MCKENNA & CUNEO, LLP), TO COUNSEL (C. WARNER) REGARDING SPENT NUCLEAR FUEL LITIGATION. ATTACHED TO FACSIMILE COVER SHEET (PGE0052294) | Attorney Client |
| 443 | PGE0052294 | PGE0052294 | 4/10/1998 | Fax Cover Sheet | Churchill, David A (McKenna & Cuneo) | Members of Nuclear Utility Joint Privilege Group | None | FACSIMILE COVER SHEET FROM OUTSIDE COUNSEL, D. CHURCHILL (MCKENNA & CUNEO, LLP), TO MEMBERS OF NUCLEAR UTILITY JOINT PRIVILEGE GROUP REGARDING ATTACHMENTS (PGE0052288 - PGE005293) RELATED TO SPENT NUCLEAR FUEL LITIGATION | Attorney Client |
| 444 | PGE0052295 | PGE0052295 | 4/17/1998 | Memo | Silberg, Jay E (Shaw Pittman) | Members of Nuclear Utility Joint Privilege Group | None | LEGAL MEMORANDUM FROM OUTSIDE COUNSEL, J. SILBERG (SHAW PITTMAN), TO MEMBERS OF NUCLEAR UTILITY JOINT PRIVILEGE GROUP REGARDING ATTACHMENTS (PGE0052304 - PGE0052306) CONCERNING SPENT NUCLEAR FUEL LITIGATION WITH DOE | Attorney Client; Work Product |
| 445 | PGE0052304 | PGE0052304 | 4/16/1998 | Letter | Cynamon, David J (Shaw Pittman) | Nuclear Utility joint Privilege Group | None | ATTACHMENT TO LEGAL MEMORANDUM (PGE0052295) FROM OUTSIDE COUNSEL, J. SILBERG (SHAW PITTMAN), TO MEMBERS OF NUCLEAR UTILITY JOINT PRIVILEGE GROUP REGARDING SPENT NUCLEAR FUEL LITIGATION WITH DOE | Attorney Client; Work Product |
| 446 | PGE0052305 | PGE0052306 | 04/00/1998 | Pleading / Court Filing | Silberg, Jay E (Shaw Pittman) | None | None | ATTACHMENT TO LEGAL MEMORANDUM (PGE00052295) FROM OUTSIDE COUNSEL, J. SILBERG (SHAW PITTMAN) TO MEMBERS OF NUCLEAR UTILITY JOINT PRIVILEGE GROUP REGARDING SPENT NUCLEAR FUEL LITIGATION WITH DOE | Attorney Client; Work Product |
| 447 | PGE0052336 | PGE0052336 | 3/17/1998 | Memo | Silberg, Jay E (Shaw Pittman); Cynamon, David J (Shaw Pittman) | Members of Nuclear Utility Joint Privilege Group | None | LEGAL MEMORANDUM FROM OUTSIDE COUNSEL, J. SILBERG AND D. CYNAMON (SHAW PITTMAN), TO MEMBERS OF NUCLEAR UTILITY JOINT PRIVILEGE GROUP REGARDING SPENT NUCLEAR FUEL LITIGATION WITH DOE | Attorney Client; Work Product |

| REF | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 448 | PGE0052347 | PGE0052349 | 3/17/1998 | Memo | Silberg, Jay E (Shaw Pittman); Cynamon, David J (Shaw Pittman) | Members of Nuclear Utility Joint Privilege Group | None | LEGAL MEMORANDUM FROM OUTSIDE COUNSEL, J. SILBERG AND D. CYNAMON (SHAW PITTMAN), TO MEMBERS OF NUCLEAR UTILITY JOINT PRIVILEGE GROUP REGARDING LEGAL ANALYSIS OF DOE STANDARD CONTRACT OBLIGATIONS | Attorney Client; Work Product |
| 449 | PGE0052350 | PGE0052350 | 3/24/1998 | Fax Cover Sheet | Silberg, Jay E (Shaw Pittman) | Nuclear Utility Joint Privilege Group Counsel | None | FACSIMILE COVER SHEET FROM OUTSIDE COUNSEL, J. SILBERG (SHAW PITTMAN) TO NUCLEAR UTILITY JOINT PRIVILEGE GROUP COUNSEL REGARDING ATTACHED (PGE0052351) LEGAL MEMORANDUM | Attorney Client |
| 450 | PGE0052351 | PGE0052351 | 3/24/1998 | Memo | Silberg, Jay E (Shaw Pittman) | Members of Nuclear Utility joint Privilege Group | None | LEGAL MEMORANDUM FROM OUTSIDE COUNSEL, J. SILBERG (SHAW PITTMAN), TO NUCLEAR UTILITY JOINT PRIVILEGE GROUP COUNSEL REGARDING LEGAL ADVICE AND STRATEGY FOR LITIGATION WITH DOE | Attorney Client; Work Product |
| 451 | PGE0052355 | PGE0052355 | 3/6/1998 | Memo | Silberg, Jay E (Shaw Pittman); Cynamon, David J (Shaw Pittman) | Members of Nuclear Utility Joint Privilege Group | None | LEGAL MEMORANDUM FROM OUTSIDE COUNSEL, J. SILBERG AND D. CYNAMON (SHAW PITTMAN), TO MEMBERS OF NUCLEAR UTILITY JOINT PRIVILEGE GROUP REGARDING SPENT NUCLEAR FUEL LITIGATION WITH DOE | Attorney Client; Work Product |
| 452 | PGE0052406 | PGE0052406 | 2/27/1998 | Memo | Silberg, Jay E (Shaw Pittman); Cynamon, David J (Shaw Pittman) | Members of Nuclear Utility Joint Privilege Group | None | LEGAL MEMORANDUM FROM OUTSIDE COUNSEL, J. SILBERG AND D. CYNAMON (SHAW PITTMAN), TO MEMBERS OF NUCLEAR UTILITY JOINT PRIVILEGE GROUP REGARDING SPENT NUCLEAR FUEL LITIGATION WITH DOE | Attorney Client; Work Product |
| 453 | PGE0052423 | PGE0052423 | 2/13/1998 | Fax Cover Sheet | Silberg, Jay E (Shaw Pittman) | Nuclear Utility Joint Privilege Group Counsel | None | FACSIMILE COVER SHEET FROM OUTSIDE COUNSEL, J. SILBERG (SHAW PITTMAN, POTTS & TROWBRIDGE), TO NUCLEAR UTILITY JOINT PRIVILEGE GROUP COUNSEL REGARDING ATTACHED (PGE0052424) LEGAL MEMORANDUM | Attorney Client |
| 454 | PGE0052424 | PGE0052424 | 2/13/1998 | Memo | Silberg, Jay E (Shaw Pittman); Cynamon, David J (Shaw Pittman) | Nuclear Utility Joint Privilege Group Counsel | None | LEGAL MEMORANDUM FROM OUTSIDE COUNSEL, J. SILBERG AND D. CYNAMON (SHAW PITTMAN, POTTS & TROWBRIDGE), TO NUCLEAR UTILITY JOINT PRIVILEGE GROUP COUNSEL REGARDING SPENT NUCLEAR FUEL LITIGATION WITH DOE. ATTACHED TO FACSIMILE COVER SHEET (PGE0052423) | Attorney Client; Work Product |
| 455 | PGE0052440 | PGE0052440 | 2/4/1998 | Memo | Silberg, Jay E (Shaw Pittman) | Members of Nuclear Utility Joint Privilege Group | None | LEGAL MEMORANDUM FROM OUTSIDE COUNSEL, J. SILBERG AND D. CYNAMON (SHAW PITTMAN, POTTS & TROWBRIDGE), TO MEMBERS OF NUCLEAR UTILITY JOINT PRIVILEGE GROUP REGARDING SPENT NUCLEAR FUEL LITIGATION WITH DOE | Attorney Client; Work Product |
| 456 | PGE0052441 | PGE0052441 | 2/4/1998 | Memo | Silberg, Jay E (Shaw Pittman) | Members of Nuclear Utility Joint Privilege Group | None | LEGAL MEMORANDUM FROM OUTSIDE COUNSEL, J. SILBERG AND D. CYNAMON (SHAW PITTMAN, POTTS & TROWBRIDGE), TO MEMBERS OF NUCLEAR UTILITY JOINT PRIVILEGE GROUP REGARDING SPENT NUCLEAR FUEL LITIGATION WITH DOE | Attorney Client; Work Product |

| REF | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 457 | PGE0052458 | PGE0052458 | 2/17/1998 | Fax Cover Sheet | Silberg, Jay E (Shaw Pittman) | Nuclear Utility Joint Privilege Group Counsel | None | FACSIMILE COVER SHEET FROM OUTSIDE COUNSEL, J. SILBERG (SHAW PITTMAN), TO NUCLEAR UTILITY JOINT PRIVILEGE GROUP COUNSEL REGARDING ATTACHMENTS (PGE0052459 - PGE0052472). PREPARED IN ANTICIPATION OF LITIGATION | Attorney Client |
| 458 | PGE0052459 | PGE0052459 | 2/17/1998 | Memo | Silberg, Jay E (Shaw Pittman); Cynamon, David J (Shaw Pittman) | Members of Nuclear Utility Joint Privilege Group | None | LEGAL MEMORANDUM FROM OUTSIDE COUNSEL, J. SILBERG AND D. CYNAMON (SHAW PITTMAN), TO MEMBERS OF NUCLEAR UTILITY JOINT PRIVILEGE GROUP REGARDING SPENT NUCLEAR FUEL LITIGATION WITH DOE. ATTACHED TO FACSIMILE COVER SHEET (PGE0052458) | Attorney Client; Work Product |
| 459 | PGE0052460 | PGE0052472 | | Pleading / Court Filing | Silberg, Jay E (Shaw Pittman) | None | None | DRAFT BRIEF PROVIDED BY OUTSIDE COUNSEL, J. SILBERG (SHAW PITTMAN), TO NUCLEAR UTILITY JOINT PRIVILEGE GROUP COUNSEL REGARDING SPENT NUCLEAR FUEL LITIGATION WITH DOE. ATTACHED TO FACSIMILE COVER SHEET (PGE0052458) | Work Product |
| 460 | PGE0052473 | PGE0052473 | 2/13/1998 | Fax Cover Sheet | Silberg, Jay E (Shaw Pittman) | Nuclear Utility Joint Privilege Group Counsel | None | FACSIMILE COVER SHEET FROM OUTSIDE COUNSEL, J. SILBERG (SHAW PITTMAN), TO NUCLEAR UTILITY JOINT PRIVILEGE GROUP COUNSEL REGARDING ATTACHED (PGE0052474) LEGAL MEMORANDUM | Attorney Client |
| 461 | PGE0052474 | PGE0052474 | 2/13/1998 | Memo | Silberg, Jay E (Shaw Pittman); Cynamon, David J (Shaw Pittman) | Member of Nuclear Utility Joint Privilege Group | None | LEGAL MEMORANDUM FROM OUTSIDE COUNSEL, J. SILBERG AND D. CYNAMON (SHAW PITTMAN), TO MEMBERS OF NUCLEAR UTILITY JOINT PRIVILEGE GROUP REGARDING LEGAL ANALYSIS FOR SPENT NUCLEAR FUEL LITIGATION WITH DOE. ATTACHED TO FACSIMILE COVER SHEET (PGE0052473) | Attorney Client |
| 462 | PGE0052490 | PGE0052490 | 2/19/1998 | Memo | Silberg, Jay E (Shaw Pittman) | Members of Nuclear Utility Joint Privilege Group | None | LEGAL MEMORANDUM FROM OUTSIDE COUNSEL, J. SILBERG (SHAW PITTMAN), TO MEMBERS OF NUCLEAR UTILITY JOINT PRIVILEGE GROUP REGARDING SPENT NUCLEAR FUEL LITIGATION WITH DOE | Attorney Client; Work Product |
| 463 | PGE0052510 | PGE0052510 | 2/19/1998 | Memo | Silberg, Jay E (Shaw Pittman); Cynamon, David J (Shaw Pittman) | Members of Nuclear Utility Joint Privilege Group | None | LEGAL MEMORANDUM FROM OUTSIDE COUNSEL, J. SILBERG (SHAW PITTMAN), TO MEMBERS OF NUCLEAR UTILITY JOINT PRIVILEGE GROUP REGARDING SPENT NUCLEAR FUEL LITIGATION WITH DOE | Attorney Client; Work Product |
| 464 | PGE0052589 | PGE0052590 | 2/4/1998 | Agenda / Meeting Minute | McKenna & Cuneo LLP | None | None | ATTACHMENT TO LEGAL MEMORANDUM (PGE0052601) FROM OUTSIDE COUNSEL, MCKENNA & CUNEO, LLP, TO MEMBERS OF NUCLEAR UTILITY JOINT PRIVILEGE GROUP REGARDING NUCLEAR FUEL DISPOSAL STEERING COMMITTEE MEETING | Work Product |
| 465 | PGE0052591 | PGE0052600 | 2/4/1998 | Agenda / Meeting Minute | McKenna & Cuneo LLP | None | None | ATTACHMENT TO LEGAL MEMORANDUM (PGE0052601) FROM OUTSIDE COUNSEL, MCKENNA & CUNEO, LLP, TO MEMBERS OF NUCLEAR UTILITY JOINT PRIVILEGE GROUP REGARDING NUCLEAR FUEL DISPOSAL STEERING COMMITTEE MEETING | Work Product |

| REF | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 466 | PGE0052601 | PGE0052615 | | Memo | McKenna & Cuneo LLP | None | None | LEGAL MEMORANDUM AND ATTACHMENTS (PGE0052589 - PGE0052600) FROM OUTSIDE COUNSEL, MCKENNA & CUNEO, LLP, TO MEMBERS OF NUCLEAR UTILITY JOINT PRIVILEGE GROUP REGARDING LEGAL ANALYSIS OF NUCLEAR WASTE POLICY ACT | Attorney Client; Work Product |
| 467 | PGE0052616 | PGE0052619 | 2/9/1998 | Letter | Connelly, Michael (NSP) | Members of Nuclear Utility Joint Privilege Group | Blanton, S (Southern Companies); Brandenburg, B (Consolidated Edison); Finke, W (Wisconsin Electric Power Company); Jenkins, D (Commonwealth Edison); Lynch, M (Maine Yankee); Ross, M (Florida Power & Electric); Vaughn, L (Duke Power) | CORRESPONDENCE FROM NUCLEAR UTILITY JOINT PRIVILEGE GROUP COUNSEL, M. CONNELLY (NSP), TO NUCLEAR UTILITY JOINT PRIVILEGE GROUP COUNSEL AND REPRESENTATIVES REGARDING SPENT NUCLEAR FUEL LITIGATION WITH DOE | Attorney Client; Work Product |
| 468 | PGE0052620 | PGE0052627 | 2/4/1998 | Memo | Silberg, Jay E (Shaw Pittman); Cynamon, David J (Shaw Pittman) | Nuclear Utility Joint Privilege Group Steering Committee | None | LEGAL MEMORANDUM FROM OUTSIDE COUNSEL, J. SILBERG AND D. CYNAMON (SHAW PITTMAN) TO NUCLEAR UTILITY JOINT PRIVILEGE GROUP STEERING COMMITTEE REGARDING LEGAL STRATEGY IN PREPARATION OF SPENT NUCLEAR FUEL LITIGATION WITH DOE | Attorney Client; Work Product |
| 469 | PGE0052628 | PGE0052628 | 6/24/1998 | Fax Cover Sheet | Churchill, David A (McKenna & Cuneo) | Members of Nuclear Utility Joint Privilege Group | None | FACSIMILE COVER SHEET FROM OUTSIDE COUNSEL, D. CHURCHILL (MCKENNA & CUNEO, LLP), TO MEMBERS OF NUCLEAR UTILITY JOINT PRIVILEGE GROUP REGARDING ATTACHED (PGE0052629) LETTER FROM OUTSIDE COUNSEL IN ANTICIPATION OF LITIGATION WITH DOE | Attorney Client |
| 470 | PGE0052629 | PGE0052629 | 6/24/1998 | Letter | Churchill, David A (McKenna & Cuneo) | Members of Nuclear Utility Joint Privilege Group | None | CORRESPONDENCE FROM OUTSIDE COUNSEL, D. CHURCHILL (MCKENNA & CUNEO, LLP), TO MEMBERS OF NUCLEAR UTILITY JOINT PRIVILEGE GROUP REGARDING SPENT NUCLEAR FUEL LITIGATION WITH DOE. ATTACHED TO FACSIMILE COVER SHEET (PGE0052628) | Attorney Client |
| 471 | PGE0052632 | PGE0052632 | 6/19/1998 | Fax Cover Sheet | Churchill, David A (McKenna & Cuneo) | Members of Nuclear Utility Joint Privilege Group | None | FACSIMILE COVER SHEET FROM OUTSIDE COUNSEL, D. CHURCHILL (MCKENNA & CUNEO, LLP) TO MEMBERS OF NUCLEAR UTILITY JOINT PRIVILEGE GROUP REGARDING ATTACHED (PGE0052633) LETTER FROM OUTSIDE COUNSEL IN ANTICIPATION OF LITIGATION WITH DOE | Attorney Client |
| 472 | PGE0052633 | PGE0052633 | 6/19/1998 | Letter | Churchill, David A (McKenna & Cuneo LLP) | Members of Nuclear Utility Joint Privilege Group | None | CORRESPONDENCE FROM OUTSIDE COUNSEL, D. CHURCHILL (MCKENNA & CUNEO, LLP), TO MEMBERS OF NUCLEAR UTILITY JOINT PRIVILEGE GROUP REGARDING SPENT NUCLEAR FUEL LITIGATION WITH DOE. ATTACHED TO FACSIMILE COVER SHEET (PGE0052632) | Attorney Client |

| REF | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 473 | PGE0052667 | PGE0052668 | 11/14/1997 | Memo | Silberg, Jay E (Shaw Pittman) | Members of Nuclear Utility Joint Privilege Group | None | LEGAL MEMORANDUM FROM OUTSIDE COUNSEL, J. SILBERG (SHAW PITTMAN), TO MEMBERS OF NUCLEAR UTILITY JOINT PRIVILEGE GROUP REGARDING LEGAL ANALYSIS OF US COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA DECISION | Attorney Client; Work Product |
| 474 | PGE0052685 | PGE0052685 | 11/14/1997 | Memo | Silberg, Jay E (Shaw Pittman) | Members of Nuclear Utility Joint Privilege Group | None | LEGAL MEMORANDUM FROM OUTSIDE COUNSEL, J. SILBERG (SHAW PITTMAN), TO MEMBERS OF NUCLEAR UTILITY JOINT PRIVILEGE GROUP REGARDING LEGAL ANALYSIS OF US COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA DECISION. ATTACHED TO FACSIMILE COVER SHEET (PGE0052686) | Attorney Client; Work Product |
| 475 | PGE0052686 | PGE0052686 | 11/14/1997 | Fax Cover Sheet | Silberg, Jay E (Shaw Pittman) | Nuclear Utility joint Privilege Group Counsel | None | FACSIMILE COVER SHEET FROM OUTSIDE COUNSEL, J. SILBERG (SHAW PITTMAN), TO NUCLEAR UTILITY JOINT PRIVILEGE GROUP COUNSEL REGARDING ATTACHED (PGE0052685) LEGAL MEMORANDUM | Attorney Client |
| 476 | PGE0052688 | PGE0052688 | 11/17/1997 | Notes | Locke, Richard F | Warner, Christopher J | None | COVER SHEET FROM COUNSEL (R. LOCKE) TO COUNSEL (C. WARNER) REGARDING ATTACHED (PGE0052689) HANDWRITTEN NOTES FROM COUNSEL (R. LOCKE) | Attorney Client |
| 477 | PGE0052689 | PGE0052689 | 11/4/1997 | Notes | Locke, Richard F | None | None | HANDWRITTEN NOTES OF COUNSEL (R. LOCKE) REGARDING DCPP ISFSI ISSUES. NOTES REFLECT THOUGHTS AND IMPRESSIONS OF COUNSEL. ATTACHED TO COVER SHEET (PGE0052688) | Attorney Client |
| 478 | PGE0052717 | PGE0052717 | 1/23/1998 | Fax Cover Sheet | Silberg, Jay E (Shaw Pittman) | Nuclear Utility Joint Privilege Group Counsel | None | FACSIMILE COVER SHEET FROM OUTSIDE COUNSEL, J. SILBERG (SHAW PITTMAN) TO NUCLEAR UTILITY JOINT PRIVILEGE GROUP COUNSEL REGARDING ATTACHED (PGE0052718) LEGAL MEMORANDUM. PREPARED IN ANTICIPATION OF LITIGATION | Attorney Client |
| 479 | PGE0052718 | PGE0052718 | 1/23/1998 | Memo | Silberg, Jay E (Shaw Pittman) | Members of Nuclear Utility Joint Privilege Group | None | LEGAL MEMORANDUM FROM OUTSIDE COUNSEL, J. SILBERG (SHAW PITTMAN) TO MEMBERS OF NUCLEAR UTILITY JOINT PRIVILEGE GROUP REGARDING LEGAL ANALYSIS OF DOE BRIEF FOR SPENT NUCLEAR FUEL LITIGATION | Attorney Client; Work Product |
| 480 | PGE0052733 | PGE0052749 | 1/27/1998 | Agenda / Meeting Minute | Tran, My-Phuong (McKenna & Cuneo) | Warner, Christopher J | None | FACSIMILE FROM OUTSIDE COUNSEL, M. TRAN (MCKENNA & CUNEO, LLP), TO COUNSEL (C. WARNER) NUCLEAR FUEL DISPOSAL CONFERENCE FOR MEMBERS OF NUCLEAR UTILITY JOINT PRIVILEGE GROUP. | Attorney Client |
| 481 | PGE0052750 | PGE0052750 | 1/22/1998 | Fax Cover Sheet | Silberg, Jay E (Shaw Pittman) | Nuclear Utility Joint Privilege Group Counsel | None | FACSIMILE COVER SHEET FROM OUTSIDE COUNSEL, J. SILBERG (SHAW PITTMAN), TO NUCLEAR UTILITY JOINT PRIVILEGE GROUP COUNSEL REGARDING ATTACHED (PGE0052751 - PGE0052754) LEGAL MEMORANDUM. PREPARED IN ANTICIPATION OF LITIGATION | Attorney Client |

| REF | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 482 | PGE0052751 | PGE0052754 | 1/22/1998 | Memo | Silberg, Jay E (Shaw Pittman); Cynamon, David J (Shaw Pittman) | Members of Nuclear Utility Joint Privilege Group | None | LEGAL MEMORANDUM FROM OUTSIDE COUNSEL, J. SILBERG AND D. CYNAMON (SHAW PITTMAN), TO MEMBERS OF NUCLEAR UTILITY JOINT PRIVILEGE GROUP REGARDING LEGAL ANALYSIS PREPARED IN ANTICIPATION OF SPENT NUCLEAR FUEL LITIGATION WITH DOE. ATTACHED TO FACSIMILE COVER SHEET (PGE0052750) | Attorney Client; Work Product |
| 483 | PGE0052759 | PGE0052759 | 12/12/2000 | Fax Cover Sheet | Azorsky, Tami Lyn (McKenna & Cuneo) | Nuclear Utility Joint Privilege Group Counsel | None | FACSIMILE COVER SHEET FROM OUTSIDE COUNSEL, T. AZORSKY (MCKENNA & CUNEO, LLP) TO NUCLEAR UTILITY JOINT PRIVILEGE GROUP COUNSEL REGARDING ATTACHED (PGE0052760) CORRESPONDENCE ON SPENT NUCLEAR FUEL LITIGATION WITH DOE | Attorney Client |
| 484 | PGE0052760 | PGE0052760 | 12/12/2000 | Letter | Azorsky, Tami Lyn (McKenna & Cuneo) | Nuclear Utility Joint Privilege Group Counsel | None | CORRESPONDENCE FROM OUTSIDE COUNSEL, T. AZORSKY (MCKENNA & CUNEO, LLP) TO NUCLEAR UTILITY JOINT PRIVILEGE GROUP COUNSEL REGARDING SPENT NUCLEAR FUEL LITIGATION WITH DOE. ATTACHED TO FACSIMILE COVER SHEET (PGE0052759) | Attorney Client |
| 485 | PGE0052761 | PGE0052761 | 6/11/1999 | Electronic Mail (Email) | Warner, Christopher J | Locke, Richard F; Meiss, Richard | Annand, Iathan | E-MAIL FROM COUNSEL (C. WARNER) TO COUNSEL (R. LOCKE, R. MEISS) REGARDING LEGAL STRATEGY FOR SPENT NUCLEAR FUEL LITIGATION WITH DOE. INCLUDES MARGINAL NOTES FROM COUNSEL (R. LOCKE) | Attorney Client |
| 486 | PGE0052762 | PGE0052763 | 6/11/1999 | Electronic Mail (Email) | Warner, Christopher J | Locke, Richard F; Meiss, Richard | Annand, Iathan | E-MAIL FROM COUNSEL (C. WARNER) TO COUNSEL (R. LOCKE, R. MEISS) REGARDING LEGAL STRATEGY FOR SPENT NUCLEAR FUEL LITIGATION WITH DOE | Attorney Client |
| 487 | PGE0052764 | PGE0052765 | 8/3/1999 | Multiple Email | Azorsky, Tami (McKenna & Cuneo) | Warner, Christopher J; Locke, Richard F; Meiss, Richard | None | E-MAIL FROM OUTSIDE COUNSEL, T. AZORSKY (MCKENNA & CUNEO, LLP), TO COUNSEL (C. WARNER, R. LOCKE) REGARDING ATTACHED (PGE0052767 - PGE0052782) DRAFT LETTER FROM OUTSIDE COUNSEL. PREPARED IN ANTICIPATION OF SPENT NUCLEAR FUEL LITIGATION WITH DOE | Attorney Client |
| 488 | PGE0052766 | PGE0052766 | 7/29/1999 | Electronic Mail (Email) | Azorsky, Tami Lyn (McKenna & Cuneo LLP) | Warner, Christopher J; Locke, Richard F | None | E-MAIL FROM OUTSIDE COUNSEL, T. AZORSKY (MCKENNA & CUNEO, LLP), TO COUNSEL (C. WARNER, R. LOCKE) REGARDING ATTACHED (PGE0052767 - PGE0052782) DRAFT LETTER FROM OUTSIDE COUNSEL. PREPARED IN ANTICIPATION OF SPENT NUCLEAR FUEL LITIGATION WITH DOE | Attorney Client |
| 489 | PGE0052767 | PGE0052782 | 7/28/1999 | Letter | Azorsky, Tami Lyn (McKenna & Cuneo) | Warner, Christopher J; Locke, Richard F | None | DRAFT LETTER FROM OUTSIDE COUNSEL, T. AZORSKY (MCKENNA & CUNEO, LLP), TO COUNSEL (C. WARNER) REGARDING SPENT NUCLEAR FUEL LITIGATION WITH DOE. ATTACHMENT TO E-MAIL (PGE0052766) | Work Product |