| REF | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 490 | PGE0052783 | PGE0052785 | 8/4/1999 | Letter | Azorsky, Tami Lyn (McKenna & Cuneo) | Nuclear Utility Joint Privilege Group Counsel | None | DRAFT LETTER FROM OUTSIDE COUNSEL, T. AZORSKY (MCKENNA & CUNEO, LLP), TO NUCLEAR UTILITY JOINT PRIVILEGE GROUP COUNSEL REGARDING SPENT NUCLEAR FUEL LITIGATION WITH DOE | Work Product |
| 491 | PGE0052788 | PGE0052788 | 8/24/1999 | Memo | Silberg, Jay E (Shaw Pittman) | Members of Nuclear Utility Joint Privilege Group | None | LEGAL MEMORANDUM FROM OUTSIDE COUNSEL, J. SILBERG (SHAW PITTMAN), TO MEMBERS OF NUCLEAR UTILITY JOINT PRIVILEGE GROUP REGARDING SPENT NUCLEAR FUEL LITIGATION WITH DOE. ATTACHED TO FACSIMILE COVER SHEET (PGE0052789) | Attorney Client; Work Product |
| 492 | PGE0052789 | PGE0052789 | 8/24/1999 | Fax Cover Sheet | Silberg, Jay E (Shaw Pittman) | Members of Nuclear Utility Joint Privilege Group | None | FACSIMILE COVER SHEET FROM OUTSIDE COUNSEL, J. SILBERG (SHAW PITTMAN), TO MEMBERS OF NUCLEAR UTILITY JOINT PRIVILEGE GROUP REGARDING ATTACHED (PGE0052788) LEGAL MEMORANDUM | Attorney Client |
| 493 | PGE0052838 | PGE0052838 | 8/9/1999 | Memo | Silberg, Jay E (Shaw Pittman) | Members of Nuclear Utility Joint Privilege Group | None | LEGAL MEMORANDUM FROM OUTSIDE COUNSEL, J. SILBERG (SHAW PITTMAN) TO MEMBERS OF NUCLEAR UTILITY JOINT PRIVILEGE GROUP REGARDING SPENT NUCLEAR FUEL LITIGATION WITH DOE. ATTACHED TO FACSIMILE COVER SHEET (PGE0052839) | Attorney Client; Work Product |
| 494 | PGE0052839 | PGE0052839 | 8/9/1999 | Fax Cover Sheet | Silberg, Jay E (Shaw Pittman) | Members of Nuclear Utility Joint Privilege Group | None | FACSIMILE COVER SHEET FROM OUTSIDE COUNSEL, J. SILBERG (SHAW PITTMAN), TO MEMBERS OF NUCLEAR UTILITY JOINT PRIVILEGE GROUP REGARDING ATTACHED (PGE0052838) LEGAL MEMORANDUM. PREPARED IN ANTICIPATION OF LITIGATION | Attorney Client |
| 495 | PGE0052843 | PGE0052845 | 8/4/1999 | Letter | Azorsky, Tami Lyn (McKenna & Cuneo) | Nuclear Utility Joint Privilege Group Counsel | None | CORRESPONDENCE FROM OUTSIDE COUNSEL, T. AZORSKY (MCKENNA & CUNEO, LLP) TO NUCLEAR UTILITY JOINT PRIVILEGE GROUP COUNSEL REGARDING SPENT NUCLEAR FUEL LITIGATION WITH DOE. ATTACHED TO FACSIMILE COVER SHEET (PGE0052848) | Attorney Client |
| 496 | PGE0052848 | PGE0052848 | 8/4/1999 | Fax Cover Sheet | Azorsky, Tami Lyn (McKenna & Cuneo) | Nuclear Utility Joint Privilege Group Counsel | None | FACSIMILE COVER SHEET FROM OUTSIDE COUNSEL, T. AZORSKY (MCKENNA & CUNEO, LLP) TO NUCLEAR UTILITY JOINT PRIVILEGE GROUP COUNSEL REGARDING ATTACHED (PGE0052843 - PGE0052845) CORRESPONDENCE FROM OUTSIDE COUNSEL | Attorney Client |
| 497 | PGE0052853 | PGE0052856 | 10/7/1993 | Memo | Baumgartner, J Peter | Warner, Christopher J | How-Downing, Lindsey | LEGAL MEMORANDUM FROM COUNSEL (J. BAUMGARTNER) TO COUNSEL (C. WARNER) REGARDING LEGAL ANALYSIS OF COASTAL COMMISSION DEVELOPMENT PERMIT | Attorney Client; Work Product |
| 498 | PGE0052857 | PGE0052857 | 1/15/1993 | Memo | Warner, Christopher J | Worthington, Bruce R | Locke, Richard F | LEGAL MEMORANDUM FROM COUNSEL (C. WARNER) TO COUNSEL (B. WORTHINGTON) REGARDING DCPP ISFSI ISSUES | Attorney Client; Work Product |
| 499 | PGE0052858 | PGE0052858 | 7/8/1992 | Memo | Warner, Christopher J | Baumgartner, J Peter | Woo, Shirley A | LEGAL MEMORANDUM FROM COUNSEL (C. WARNER) TO COUNSEL (J. BAUMGARTNER) REGARDING LEGAL ANALYSIS OF COASTAL COMMISSION DEVELOPMENT PERMIT | Attorney Client; Work Product |

| REF | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 500 | PGE0052863 | PGE0052864 | 1/11/1978 | Letter | Baumgartner, J Peter | Furbush, Malcolm H | Clarke, R A; Crane, P A; Diercks, K J; Gibson, J B; Koehn, J E; Locke, R F; Lubbock, D G; MacKillop, M A; Meiss, R L; Vance, J A; Frick, G William (Van Ness Feldman & Sutcliffe) | LEGAL MEMORANDUM FROM COUNSEL (J. BAUMGARTNER) TO COUNSEL (M. FURBUSH) REGARDING LEGAL ANALYSIS OF COASTAL ZONE ISSUES | Attorney Client; Work Product |
| 501 | PGE0052877 | PGE0052877 | 3/2/1989 | Letter | Warner, Christopher J | Baumgartner, Peter J | None | CORRESPONDENCE FROM COUNSEL (C. WARNER) TO COUNSEL (J. BAUMGARTNER) REGARDING REQUEST FOR LEGAL ANALYSIS OF COASTAL DEVELOPMENT ISSUES | Attorney Client |
| 502 | PGE0052878 | PGE0052878 | | Notes | Locke, Richard F | None | None | HANDWRITTEN NOTES OF COUNSEL (R. LOCKE) REGARDING LEGAL ANALYSIS OF COASTAL DEVELOPMENT ISSUES. NOTES REFLECT THOUGHTS AND IMPRESSIONS OF COUNSEL | Work Product |
| 503 | PGE0052879 | PGE0052879 | 2/21/1989 | Letter | Locke, Richard F | Hillman Jr, Arthur L | None | CORRESPONDENCE FROM COUNSEL (R. LOCKE) TO COUNSEL (A. HILLMAN) REGARDING COASTAL DEVELOPMENT PERMIT ISSUES. CONTAINS DESCRIPTION OF LEGAL ADVICE SOUGHT FROM COUNSEL | Attorney Client |
| 504 | PGE0052896 | PGE0052896 | 2/1/1989 | Notes | Locke, Richard F | None | None | HANDWRITTEN NOTES OF COUNSEL (R. LOCKE) REGARDING COASTAL DEVELOPMENT PERMIT ISSUES. NOTES REFLECT THOUGHTS AND IMPRESSIONS OF COUNSEL | Work Product |
| 505 | PGE0052897 | PGE0052897 | 1/27/1989 | Letter | Locke, Richard F | Baumgartner, J Peter | Blanc, G A; Capel, J; Fujimoto, W H | CORRESPONDENCE FROM COUNSEL (R. LOCKE) TO COUNSEL (J. BAUMGARTNER) REGARDING COASTAL DEVELOPMENT PERMIT ISSUES | Attorney Client |
| 506 | PGE0052899 | PGE0052899 | 01/23/0000 | Telex / Telegram / Phone Message | Capell, Jim | Locke, Richard F | None | CORRESPONDENCE FROM CLIENT TO COUNSEL (R. LOCKE) REGARDING COASTAL DEVELOPMENT ISSUES. INCLUDES DESCRIPTION OF LEGAL ADVICE FROM COUNSEL | Attorney Client |
| 507 | PGE0052901 | PGE0052902 | | Report / Plan | Locke, Richard F | None | None | HANDWRITTEN NOTES OF COUNSEL (R. LOCKE) REGARDING LEGAL ANALYSIS OF COASTAL DEVELOPMENT PERMIT. NOTES REFLECT THOUGHTS AND IMPRESSIONS OF COUNSEL | Work Product |
| 508 | PGE0052927 | PGE0052927 | 3/19/1998 | Memo | Repka, David A (Winston & Strawn) | Locke, Richard F | None | LEGAL MEMORANDUM FROM OUTSIDE COUNSEL, D. REPKA (WINSTON & STRAWN) TO COUNSEL (R. LOCKE) REGARDING ATTACHED (PGE0052928 - PGE0052929) INFORMATION ON ISFSI LICENSING ISSUES. PREPARED IN ANTICIPATION OF REGULATORY PROCEEDINGS - NUCLEAR REGULATORY COMMISSION (NRC) | Attorney Client; Work Product |

| REF | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 509 | PGE0052928 | PGE0052928 | | Report / Plan | Repka, David A (Winston & Strawn) | None | None | ATTACHMENT TO LEGAL MEMORANDUM (PGE0052927) FROM OUTSIDE COUNSEL, D. REPKA (WINSTON & STRAWN) TO COUNSEL (R. LOCKE) REGARDING ISFSI LICENSING ISSUES. PREPARED IN ANTICIPATION OF REGULATORY PROCEEDINGS - NUCLEAR REGULATORY COMMISSION (NRC) | Attorney Client; Work Product |
| 510 | PGE0052929 | PGE0052929 | | Report / Plan | Repka, David A (Winston & Strawn) | None | None | ATTACHMENT TO LEGAL MEMORANDUM (PGE0052927) FROM OUTSIDE COUNSEL, D. REPKA (WINSTON & STRAWN) TO COUNSEL (R. LOCKE) REGARDING ISFSI LICENSING ISSUES. PREPARED IN ANTICIPATION OF REGULATORY PROCEEDINGS - NUCLEAR REGULATORY COMMISSION (NRC) | Attorney Client; Work Product |
| 511 | PGE0052931 | PGE0052931 | | Notes | Locke, Richard F | None | None | HANDWRITTEN NOTES OF COUNSEL (R. LOCKE) REGARDING DCPP STORAGE OPTIONS PREPARED IN ANTICIPATION OF REGULATORY PROCEEDING. NOTES REFLECT THOUGHTS AND IMPRESSIONS OF COUNSEL. PAGE TWO OF DOCUMENT AT PGE0052933 | Work Product |
| 512 | PGE0052933 | PGE0052933 | | Notes | Locke, Richard F | None | None | HANDWRITTEN NOTES OF COUNSEL (R. LOCKE) REGARDING DCPP STORAGE OPTIONS PREPARED IN ANTICIPATION OF REGULATORY PROCEEDING. NOTES REFLECT THOUGHTS AND IMPRESSIONS OF COUNSEL. PAGE 1 OF DOCUMENT AT PGE0052931 | Work Product |
| 513 | PGE0052948 | PGE0052949 | 4/1/1998 | Letter | Connelly, Michael C (NSP) | Members of Nuclear Utility Joint Privilege Group | None | CORRESPONDENCE ATTACHED TO FACSIMILE COVER SHEET (PGE0052965) FROM NUCLEAR UTILITY JOINT PRIVILEGE GROUP COUNSEL, M. CONNELLY (NSP) TO MEMBERS OF NUCLEAR UTILITY JOINT PRIVILEGE GROUP REGARDING SPENT NUCLEAR FUEL LITIGATION WITH DOE | Attorney Client |
| 514 | PGE0052950 | PGE0052960 | | Agreement / Contract | Connelly, Michael C (NSP) | None | None | ATTACHMENT TO FACSIMILE COVER SHEET (PGE0052965) FROM NUCLEAR UTILITY JOINT PRIVILEGE GROUP COUNSEL, M. CONNELLY (NSP) TO MEMBERS OF NUCLEAR UTILITY JOINT PRIVILEGE GROUP REGARDING SPENT NUCLEAR FUEL LITIGATION WITH DOE | Work Product |
| 515 | PGE0052961 | PGE0052964 | | Report / Plan | Connelly, Michael C (NSP) | None | None | ATTACHMENT TO FACSIMILE COVER SHEET (PGE0052965) FROM NUCLEAR UTILITY JOINT PRIVILEGE GROUP COUNSEL, M. CONNELLY (NSP) TO MEMBERS OF NUCLEAR UTILITY JOINT PRIVILEGE GROUP REGARDING SPENT NUCLEAR FUEL LITIGATION WITH DOE | Work Product |
| 516 | PGE0052965 | PGE0052965 | 5/12/1998 | Fax Cover Sheet | Warner, Christopher J | Connelly, Michael C (NSP) | None | FACSIMILE COVER SHEET FROM NUCLEAR UTILITY JOINT PRIVILEGE GROUP COUNSEL, M. CONNELLY (NSP) TO COUNSEL (C. WARNER) REGARDING ATTACHED (PGE0052948 - PGE0052964). PREPARED IN ANTICIPATION OF LITIGATION | Attorney Client |

| REF | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 517 | PGE0052966 | PGE0052967 | 5/8/1998 | Letter | Connelly, Michael C (NSP) | Members of Nuclear Utility Joint Privilege Group | None | CORRESPONDENCE FROM NUCLEAR UTILITY JOINT PRIVILEGE GROUP COUNSEL, M. CONNELLY (NSP), TO MEMBERS OF NUCLEAR UTILITY JOINT PRIVILEGE GROUP REGARDING SPENT FUEL DAMAGES CLAIM. ATTACHED TO FACSIMILE COVER SHEET (PGE0052968) | Attorney Client |
| 518 | PGE0052968 | PGE0052969 | 5/8/1998 | Fax Cover Sheet | Connelly, Michael C (NSP) | Members of Nuclear Utility Joint Privilege Group | None | FACSIMILE COVER SHEET FROM NUCLEAR UTILITY JOINT PRIVILEGE GROUP COUNSEL, M. CONNELLY (NSP), TO MEMBERS OF NUCLEAR UTILITY JOINT PRIVILEGE GROUP REGARDING ATTACHED (PGE0052966 - PGE0052967). PREPARED IN ANTICIPATION OF LITIGATION | Attorney Client |
| 519 | PGE0052970 | PGE0052971 | 4/29/1998 | Memo | Silberg, Jay E (Shaw Pittman); Cynamon, David J (Shaw Pittman) | Members of Nuclear Utility Joint Privilege Group | None | LEGAL MEMORANDUM FROM OUTSIDE COUNSEL, J. SILBERG AND D. CYNAMON (SHAW PITTMAN) TO MEMBERS OF NUCLEAR UTILITY JOINT PRIVILEGE GROUP REGARDING LEGAL ANALYSIS OF SPENT FUEL FEE PAYMENT | Attorney Client; Work Product |
| 520 | PGE0052973 | PGE0052973 | 4/13/1998 | Memo | Silberg, Jay E (Shaw Pittman) | Members of Nuclear Utility Joint Privilege Group | None | LEGAL MEMORANDUM FROM OUTSIDE COUNSEL, J. SILBERG (SHAW PITTMAN) TO MEMBERS OF NUCLEAR UTILITY JOINT PRIVILEGE GROUP REGARDING SPENT NUCLEAR FUEL LITIGATION WITH DOE | Attorney Client; Work Product |
| 521 | PGE0052977 | PGE0052978 | 5/12/1998 | Memo | Silberg, Jay E (Shaw Pittman); Cynamon, David J (Shaw Pittman) | Members of Nuclear Utility Joint Privilege Group | None | LEGAL MEMORANDUM FROM OUTSIDE COUNSEL, J. SILBERG AND D. CYNAMON (SHAW PITTMAN) TO MEMBERS OF NUCLEAR UTILITY JOINT PRIVILEGE GROUP REGARDING LEGAL ANALYSIS OF US COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA DECISION. ATTACHED TO FACSIMILE COVER SHEET AT (PGE0052979) | Attorney Client; Work Product |
| 522 | PGE0052979 | PGE0052979 | 5/12/1998 | Fax Cover Sheet | Silberg, Jay E (Shaw Pittman) | Nuclear Utility Joint Privilege Group Counsel | None | FACSIMILE COVER SHEET FROM OUTSIDE COUNSEL, J. SILBERG (SHAW PITTMAN), TO NUCLEAR UTILITY JOINT PRIVILEGE GROUP COUNSEL REGARDING ATTACHED (PGE0052977 - PGE0052978). PREPARED IN ANTICIPATION OF LITIGATION | Attorney Client; Work Product |
| 523 | PGE0052980 | PGE0052980 | 6/12/1998 | Letter | Churchill, David A (McKenna & Cuneo) | Nuclear Utility Joint Privilege Group Counsel | None | FACSIMILE COVER SHEET FROM OUTSIDE COUNSEL, D. CHURCHILL (MCKENNA & CUNEO, LLP), TO MEMBERS OF NUCLEAR UTILITY JOINT PRIVILEGE GROUP REGARDING ATTACHED (PGE0052981 - PGE0052982). PREPARED IN ANTICIPATION OF LITIGATION | Attorney Client |
| 524 | PGE0052981 | PGE0052982 | 6/15/1998 | Letter | Chruchill, David A (McKenna & Cuneo) | None | None | DRAFT LETTER FROM OUTSIDE COUNSEL, D. CHURCHILL (MCKENNA & CUNEO, LLP) REGARDING DOE SETTLEMENT PROPOSAL. ATTACHED TO FACSIMILE COVER SHEET (PGE0052980) | Work Product |

| REF | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 525 | PGE0052990 | PGE0052990 | 12/17/1998 | Fax Cover Sheet | Azorsky, Tami Lyn (McKenna & Cuneo) | Nuclear Utility Joint Privilege Group | None | FACSIMILE COVER SHEET FROM OUTSIDE COUNSEL, T. AZORSKY (MCKENNA & CUNEO, LLP), TO MEMBERS OF NUCLEAR UTILITY JOINT PRIVILEGE GROUP REGARDING ATTACHMENTS (PGE0052991 - PGE0052999). PREPARED IN ANTICIPATION OF LITIGATION | Attorney Client |
| 526 | PGE0052991 | PGE0052991 | 12/17/1998 | Letter | Azorsky, Tami Lyn (McKenna & Cuneo LLP) | Members of Nuclear Utility Joint Privilege Group | None | ATTACHMENT TO FACSIMILE COVER SHEET (PGE0052990) FROM OUTSIDE COUNSEL, T. AZORSKY (MCKENNA & CUNEO, LLP), TO MEMBERS OF NUCLEAR UTILITY JOINT PRIVILEGE GROUP REGARDING SPENT NUCLEAR FUEL LITIGATION WITH DOE | Attorney Client |
| 527 | PGE0052992 | PGE0052999 | | Pleading / Court Filing | Azorsky, Tami (McKenna & Cuneo) | None | None | DRAFT BRIEF ATTACHED TO FACSIMILE COVER SHEET (PGE0052990) FROM OUTSIDE COUNSEL, T. AZORSKY (MCKENNA & CUNEO, LLP), TO MEMBERS OF NUCLEAR UTILITY JOINT PRIVILEGE GROUP REGARDING SPENT NUCLEAR FUEL LITIGATION WITH DOE | Work Product |
| 528 | PGE0053000 | PGE0053000 | 12/17/1998 | Fax Cover Sheet | Azorsky, Tami Lyn (McKenna & Cuneo) | Members of Nuclear Utility Joint Privilege Group | None | FACSIMILE COVER SHEET FROM OUTSIDE COUNSEL, T. AZORSKY (MCKENNA & CUNEO, LLP), TO MEMBERS OF NUCLEAR UTILITY JOINT PRIVILEGE GROUP REGARDING ATTACHMENTS (PGE0053001 - PGE0053009). PREPARED IN ANTICIPATION OF LITIGATION | Attorney Client |
| 529 | PGE0053001 | PGE0053001 | 12/17/1998 | Letter | Azorsky, Tami Lyn (McKenna & Cuneo) | Members of Nuclear Utility Joint Privilege Group | None | ATTACHMENT TO FACSIMILE COVER SHEET (PGE0053000) FROM OUTSIDE COUNSEL, T. AZORSKY (MCKENNA & CUNEO, LLP), TO MEMBERS OF NUCLEAR UTILITY JOINT PRIVILEGE GROUP REGARDING SPENT NUCLEAR FUEL LITIGATION WITH DOE | Attorney Client |
| 530 | PGE0053002 | PGE0053009 | | Pleading / Court Filing | Azorsky, Tami (McKenna & Cuneo) | None | None | DRAFT BRIEF ATTACHED TO FACSIMILE COVER SHEET (PGE0053000) FROM OUTSIDE COUNSEL, T. AZORSKY (MCKENNA & CUNEO, LLP), TO MEMBERS OF NUCLEAR UTILITY JOINT PRIVILEGE GROUP REGARDING SPENT NUCLEAR FUEL LITIGATION WITH DOE | Work Product |
| 531 | PGE0053010 | PGE0053010 | 12/8/1998 | Fax Cover Sheet | Churchill, David A (McKenna & Cuneo) | Members of Nuclear Utility Joint Privilege Group | None | FACSIMILE COVER SHEET FROM OUTSIDE COUNSEL, D. CHURCHILL (MCKENNA & CUNEO, LLP) TO MEMBERS OF NUCLEAR UTILITY JOINT PRIVILEGE GROUP REGARDING SPENT NUCLEAR FUEL LITIGATION MEETING | Attorney Client |
| 532 | PGE0053016 | PGE0053016 | 12/1/1998 | Fax Cover Sheet | Churchill, David A (McKenna & Cuneo) | Members of Nuclear Utility Joint Privilege Group | None | FACSIMILE COVER SHEET FROM OUTSIDE COUNSEL, D. CHURCHILL (MCKENNA & CUNEO, LLP) TO MEMBERS OF NUCLEAR UTILITY JOINT PRIVILEGE GROUP REGARDING ATTACHED (PGE0053017). PREPARED IN ANTICIPATION OF LITIGATION | Attorney Client |

| REF | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 533 | PGE0053017 | PGE0053017 | 12/1/1998 | Letter | Churchill, David A (McKenna & Cuneo) | Nuclear Utility Joint Privilege Group Counsel | None | CORRESPONDENCE FROM OUTSIDE COUNSEL, D. CHURCHILL (MCKENNA & CUNEO, LLP), TO NUCLEAR UTILITY JOINT PRIVILEGE GROUP COUNSEL REGARDING SPENT NUCLEAR FUEL LITIGATION WITH DOE. ATTACHED TO FACSIMILE COVER SHEET (PGE0053016) | Attorney Client |
| 534 | PGE0053019 | PGE0053019 | 11/30/1998 | Letter | Churchill, David A (McKenna & Cuneo) | Members of Nuclear Utility Joint Privilege Group | None | LETTER FROM OUTSIDE COUNSEL, G. NAGLE (MCKENNA & CUNEO, LLP), TO MEMBERS OF NUCLEAR UTILITY JOINT PRIVILEGE GROUP REGARDING SPENT NUCLEAR FUEL LITIGATION WITH DOE. ATTACHED TO FACSIMILE COVER SHEET (PGE0053020) | Attorney Client |
| 535 | PGE0053020 | PGE0053020 | 11/30/1998 | Fax Cover Sheet | Nagle, Garrett (McKenna & Cuneo) | Members of Nuclear Utility Joint Privilege Group | None | FACSIMILE COVER SHEET FROM OUTSIDE COUNSEL, G. NAGLE (MCKENNA & CUNEO, LLP), TO MEMBERS OF NUCLEAR UTILITY JOINT PRIVILEGE GROUP REGARDING ATTACHED (PGE0053019) LETTER. PREPARED IN ANTICIPATION OF LITIGATION | Attorney Client |
| 536 | PGE0053022 | PGE0053022 | 11/2/1998 | Fax Cover Sheet | Churchill, David A (McKenna & Cuneo) | Members of Nuclear Utility Joint Privilege Group | None | FACSIMILE COVER SHEET FROM OUTSIDE COUNSEL, D. CHURCHILL (MCKENNA & CUNEO, LLP), TO MEMBERS OF NUCLEAR UTILITY JOINT PRIVILEGE GROUP REGARDING ATTACHED (PGE0053023 - PGE0053024) CORRESPONDENCE. PREPARED IN ANTICIPATION OF LITIGATION | Attorney Client |
| 537 | PGE0053023 | PGE0053024 | 11/2/1998 | Letter | Churchill, David A (McKenna & Cuneo LLP) | Nuclear Utility Joint Privilege Group Counsel | None | CORRESPONDENCE FROM OUTSIDE COUNSEL, D. CHURCHILL (MCKENNA & CUNEO, LLP), TO NUCLEAR UTILITY JOINT PRIVILEGE GROUP COUNSEL REGARDING SPENT NUCLEAR FUEL LITIGATION WITH DOE. ATTACHED TO FACSIMILE COVER SHEET (PGE0053022) | Attorney Client |
| 538 | PGE0053050 | PGE0053053 | 10/20/1998 | Letter | Azorsky, Tami Lyn (McKenna & Cuneo LLP) | Nuclear Utility Joint Privilege Group Counsel | None | CORRESPONDENCE FROM OUTSIDE COUNSEL, T. AZORSKY (MCKENNA & CUNEO, LLP), TO NUCLEAR UTILITY JOINT PRIVILEGE GROUP COUNSEL REGARDING SPENT NUCLEAR FUEL LITIGATION WITH DOE | Attorney Client |
| 539 | PGE0053092 | PGE0053092 | 10/5/1998 | Fax Cover Sheet | Silberg, Jay E (Shaw Pittman) | Nuclear Utility Joint Privilege Group Counsel | None | FACSIMILE COVER SHEET FROM OUTSIDE COUNSEL, J. SILBERG (SHAW PITTMAN), TO NUCLEAR UTILITY JOINT PRIVILEGE GROUP COUNSEL REGARDING ATTACHED (PGE0053093) CORRESPONDENCE. PREPARED IN ANTICIPATION OF LITIGATION | Attorney Client |
| 540 | PGE0053093 | PGE0053093 | 10/5/1998 | Memo | Silberg, Jay E (Shaw Pittman) | Members of Nuclear Utility Joint Privilege Group | None | CORRESPONDENCE FROM OUTSIDE COUNSEL, J. SILBERG (SHAW PITTMAN), TO NUCLEAR UTILITY JOINT PRIVILEGE GROUP COUNSEL REGARDING SPENT NUCLEAR FUEL LITIGATION WITH DOE. ATTACHED TO FACSIMILE COVER SHEET (PGE0053092) | Attorney Client |

| REF | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 541 | PGE0053104 | PGE0053104 | 10/20/1998 | Fax Cover Sheet | Churchill, David A (McKenna & Cuneo) | Members of Nuclear Utility Joint Privilege Group | None | FACSIMILE COVER SHEET FROM OUTSIDE COUNSEL, D. CHURCHILL (MCKENNA & CUNEO, LLP) TO MEMBERS OF NUCLEAR UTILITY JOINT PRIVILEGE GROUP REGARDING ATTACHMENTS (PGE0053105 - PGE0053142). PREPARED IN ANTICIPATION OF LITIGATION | Attorney Client |
| 542 | PGE0053105 | PGE0053105 | 10/15/1998 | Fax Cover Sheet | Cynamon, David J (Shaw Pittman) | Nuclear Utility Joint Privilege Group Counsel | None | FACSIMILE COVER SHEET FROM OUTSIDE COUNSEL, D. CYNAMON (SHAW, PITTMAN, POTTS, TROWBRIDGE), TO NUCLEAR UTILITY JOINT PRIVILEGE GROUP COUNSEL REGARDING ATTACHMENTS (PGE0053106 - PGE0053142). ATTACHED TO FACSIMILE COVER SHEET (PGE0053104) | Attorney Client |
| 543 | PGE0053106 | PGE0053106 | 10/15/1998 | Memo | Silberg, Jay E (Shaw Pittman); Cynamon, David J (Shaw Pittman) | Nuclear Utility joint Privilege Group Counsel | None | LEGAL MEMORANDUM FROM OUTSIDE COUNSEL, D. CYNAMON (SHAW, PITTMAN, POTTS, TROWBRIDGE), TO NUCLEAR UTILITY JOINT PRIVILEGE GROUP COUNSEL REGARDING SPENT NUCLEAR FUEL LITIGATION WITH DOE. ATTACHED TO FACSIMILE COVER SHEET (PGE0053104) | Attorney Client; Work Product |
| 544 | PGE0053107 | PGE0053142 | | Pleading / Court Filing | Silberg, Jay E (Shaw Pittman); Cynamon, David J (Shaw Pittman); Waxman, Seth B (Shaw Pittman) | None | None | DRAFT BRIEF FROM OUTSIDE COUNSEL, J. SILBERG, D. CYNAMON AND S. WAXMAN (SHAW, PITTMAN, POTTS, TROWBRIDGE), TO NUCLEAR UTILITY JOINT PRIVILEGE GROUP COUNSEL REGARDING SPENT NUCLEAR FUEL LITIGATION WITH DOE. ATTACHED TO FACSIMILE COVER SHEET (PGE0053104) | Work Product |
| 545 | PGE0053143 | PGE0053143 | 10/27/1998 | Fax Cover Sheet | Azorsky, Tami Lyn (McKenna & Cuneo) | Nuclear Utility Joint Privilege Group Counsel | None | FACSIMILE COVER SHEET FROM OUTSIDE COUNSEL, T. AZORSKY (MCKENNA & CUNEO, LLP), TO NUCLEAR UTILITY JOINT PRIVILEGE GROUP COUNSEL REGARDING ATTACHED (PGE0053144 - PGE0053180) DRAFT BRIEF. PREPARED IN ANTICIPATION OF LITIGATION | Attorney Client |
| 546 | PGE0053144 | PGE0053180 | 10/27/1998 | Pleading / Court Filing | Silberg, Jay E (Shaw Pittman); Cynamon, David J (Shaw Pittman); Waxman, Seth B (Shaw Pittman) | None | None | DRAFT BRIEF PREPARED BE OUTSIDE COUNSEL, J. SILBERG, D. CYNAMON AND S. WAXMAN (SHAW PITTMAN, POTTS & TROWBRIDGE), FORWARDED TO MEMBERS OF NUCLEAR UTILITY JOINT PRIVILEGE GROUP REGARDING SPENT NUCLEAR FUEL LITIGATION WITH DOE. ATTACHED TO FACSIMILE COVER SHEET (PGE0053143) | Work Product |
| 547 | PGE0053181 | PGE0053181 | 10/27/1998 | Fax Cover Sheet | Silberg, Jay E (Shaw Pittman) | Nuclear Utility Joint Privilege Group Counsel | None | FACSIMILE COVER SHEET FROM OUTSIDE COUNSEL, J. SILBERG (SHAW PITTMAN), TO MEMBERS OF NUCLEAR UTILITY JOINT PRIVILEGE GROUP REGARDING ATTACHMENTS (PGE0053182 - PGE0053217). PREPARED IN ANTICIPATION OF LITIGATION | Attorney Client |

| REF | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 548 | PGE0053182 | PGE0053182 | 10/27/1998 | Memo | Silberg, Jay E (Shaw Pittman); Cynamon, David J (Shaw Pittman) | Members of Nuclear Utility Joint Privilege Group | None | LEGAL MEMORANDUM FROM OUTSIDE COUNSEL, J. SILBERG AND D. CYNAMON (SHAW PITTMAN), TO MEMBERS OF NUCLEAR UTILITY JOINT PRIVILEGE GROUP REGARDING DRAFT BRIEF FOR SPENT NUCLEAR FUEL LITIGATION WITH DOE. ATTACHED TO FACSIMILE COVER LETTER (PGE0053181) | Attorney Client; Work Product |
| 549 | PGE0053183 | PGE0053217 | | Pleading / Court Filing | Silberg, Jay E (Shaw Pittman); Cynamon, David J (Shaw Pittman); Waxman, Seth B (Shaw Pittman) | None | None | DRAFT BRIEF FROM OUTSIDE COUNSEL, J. SILBERG, D. CYNAMON AND S. WAXMAN (SHAW PITTMAN), PROVIDED TO MEMBERS OF NUCLEAR UTILITY JOINT PRIVILEGE GROUP REGARDING SPENT NUCLEAR FUEL LITIGATION WITH DOE. ATTACHED TO FACSIMILE COVER LETTER (PGE0053181) | Work Product |
| 550 | PGE0053218 | PGE0053220 | 10/19/1998 | Letter | Churchill, David A (McKenna & Cuneo) | Members of Nuclear Utility Joint Privilege Group Counsel | None | CORRESPONDENCE FROM OUTSIDE COUNSEL, D. CHURCHILL (MCKENNA & CUNEO, LLP), TO NUCLEAR UTILITY JOINT PRIVILEGE GROUP COUNSEL REGARDING SPENT NUCLEAR FUEL LITIGATION WITH DOE. ATTACHED TO FACSIMILE COVER SHEET (PGE0053221) | Attorney Client |
| 551 | PGE0053221 | PGE0053221 | 10/19/1998 | Fax Cover Sheet | Churchill, David A (McKenna & Cuneo) | Members of Nuclear Utility Joint Privilege Group | None | FACSIMILE COVER SHEET FROM OUTSIDE COUNSEL, D. CHURCHILL (MCKENNA & CUNEO, LLP) TO MEMBERS OF NUCLEAR UTILITY JOINT PRIVILEGE GROUP REGARDING ATTACHED (PGE0053218 - PGE0053220) CORRESPONDENCE. PREPARED IN ANTICIPATION OF LITIGATION | Attorney Client |
| 552 | PGE0053222 | PGE0053222 | 10/15/1998 | Memo | Silberg, Jay E (Shaw Pittman) | Members of Nuclear Utility Joint Privilege Group | None | LEGAL MEMORANDUM FROM OUTSIDE COUNSEL, J. SILBERG (SHAW PITTMAN), TO MEMBERS OF NUCLEAR UTILITY JOINT PRIVILEGE GROUP REGARDING SPENT NUCLEAR FUEL LITIGATION WITH DOE. ATTACHED TO FACSIMILE COVER SHEET (PGE005325) | Attorney Client; Work Product |
| 553 | PGE0053225 | PGE0053225 | 10/15/1998 | Fax Cover Sheet | Silberg, Jay E (Shaw Pittman) | Members of Nuclear Utility Joint Privilege Group | None | FACSIMILE COVER SHEET FROM OUTSIDE COUNSEL, J. SILBERG (SHAW PITTMAN), TO NUCLEAR UTILITY JOINT PRIVILEGE GROUP COUNSEL REGARDING ATTACHED (PGE0053222) LEGAL MEMORANDUM. PREPARED IN ANTICIPATION OF LITIGATION | Attorney Client |
| 554 | PGE0053226 | PGE0053226 | 10/15/1998 | Memo | Silberg, Jay E (Shaw Pittman); Cynamon, David J (Shaw Pittman) | Members of Nuclear Utility Joint Privilege Group | None | LEGAL MEMORANDUM FROM OUTSIDE COUNSEL, J. SILBERG AND D. CYNAMON (SHAW PITTMAN) TO MEMBERS OF NUCLEAR UTILITY JOINT PRIVILEGE GROUP REGARDING SPENT NUCLEAR FUEL LITIGATION WITH DOE. ATTACHED TO FACSIMILE COVER SHEET (PGE0053262) | Attorney Client; Work Product |
| 555 | PGE0053227 | PGE0053261 | 10/15/1998 | Pleading / Court Filing | Silberg, Jay E (Shaw Pittman); Cynamon, David J (Shaw Pittman); Waxman, Seth B (Shaw Pittman) | None | None | DRAFT BRIEF PREPARED BY OUTSIDE COUNSEL, J. SILBERG, D. CYNAMON AND S. WAXMAN (SHAW PITTMAN) PROVIDED TO MEMBERS OF NUCLEAR UTILITY JOINT PRIVILEGE GROUP REGARDING SPENT NUCLEAR FUEL LITIGATION WITH DOE. ATTACHED TO FACSIMILE COVER SHEET (PGE0053262) | Attorney Client; Work Product |

| REF | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 556 | PGE0053262 | PGE0053262 | 10/15/1998 | Fax Cover Sheet | Silberg, Jay E (Shaw Pittman) | Nuclear Utility Joint Privilege Group Counsel | None | FACSIMILE COVER SHEET FROM OUTSIDE COUNSEL, J. SILBERG (SHAW PITTMAN), TO NUCLEAR UTILITY JOINT PRIVILEGE GROUP COUNSEL REGARDING ATTACHMENTS (PGE0053226 - PGE0053261). PREPARED IN ANTICIPATION OF LITIGATION | Attorney Client |
| 557 | PGE0053263 | PGE0053263 | 8/4/1998 | Fax Cover Sheet | Silberg, Jay E (Shaw Pittman) | Nuclear Utility Joint Privilege Group Counsel | None | FACSIMILE COVER SHEET FROM OUTSIDE COUNSEL, J. SILBERG (SHAW PITTMAN), TO NUCLEAR UTILITY JOINT PRIVILEGE GROUP COUNSEL REGARDING ATTACHED(PGE0053264) LEGAL MEMORANDUM. PREPARED IN ANTICIPATION OF LITIGATION | Attorney Client |
| 558 | PGE0053264 | PGE0053264 | 8/4/1998 | Memo | Silberg, Jay E (Shaw Pittman); Cynamon, David J (Shaw Pittman) | Members of Nuclear Utility Joint Privilege Group | None | LEGAL MEMORANDUM FROM OUTSIDE COUNSEL, J. SILBERG (SHAW PITTMAN), TO MEMBERS OF NUCLEAR UTILITY JOINT PRIVILEGE GROUP REGARDING SPENT NUCLEAR FUEL LITIGATION WITH DOE. ATTACHED TO FACSIMILE COVER SHEET (PGE0053263) | Attorney Client; Work Product |
| 559 | PGE0053290 | PGE0053290 | 9/21/1998 | Fax Cover Sheet | Churchill, David A (McKenna & Cuneo) | Members of Nuclear Utility Joint Privilege Group | None | FACSIMILE COVER SHEET FROM OUTSIDE COUNSEL, D. CHURCHILL (MCKENNA & CUNEO, LLP), TO MEMBERS OF NUCLEAR UTILITY JOINT PRIVILEGE GROUP REGARDING ATTACHED (PGE0053291 - PGE0053292) CORRESPONDENCE. PREPARED IN ANTICIPATION OF LITIGATION WITH DOE | Attorney Client |
| 560 | PGE0053291 | PGE0053292 | 9/22/1998 | Letter | Churchill, David A (McKenna & Cuneo) | Nuclear Utility Joint Privilege Group Counsel | None | CORRESPONDENCE FROM OUTSIDE COUNSEL, D. CHURCHILL (MCKENNA & CUNEO, LLP), TO MEMBERS OF NUCLEAR UTILITY JOINT PRIVILEGE GROUP REGARDING SPENT NUCLEAR FUEL LITIGATION WITH DOE. ATTACHED TO FACSIMILE COVER SHEET (PGE0053290) | Attorney Client; Work Product |
| 561 | PGE0053293 | PGE0053293 | 8/31/1998 | Fax Cover Sheet | Azorsky, Tami Lyn (McKenna & Cuneo) | Nuclear Utility Joint Privilege Group Counsel | None | FACSIMILE COVER SHEET FROM OUTSIDE COUNSEL, T. AZORSKY (MCKENNA & CUNEO, LLP), TO MEMBERS OF NUCLEAR UTILITY JOINT PRIVILEGE GROUP REGARDING ATTACHED (PGE0053294)CORRESPONDENCE. PREPARED IN ANTICIPATION OF LITIGATION WITH DOE | Attorney Client |
| 562 | PGE0053294 | PGE0053294 | 8/21/1998 | Letter | Azorsky, Tami Lyn (McKenna & Cuneo) | Nuclear Utility Joint Privilege Group Counsel | None | CORRESPONDENCE FROM OUTSIDE COUNSEL, T. AZORSKY (MCKENNA & CUNEO, LLP), TO NUCLEAR UTILITY JOINT PRIVILEGE GROUP COUNSEL REGARDING SPENT NUCLEAR FUEL LITIGATION WITH DOE. ATTACHED TO FACSIMILE COVER SHEET (PGE0053293) | Attorney Client; Work Product |
| 563 | PGE0053296 | PGE0053296 | 9/16/1998 | Fax Cover Sheet | Silberg, Jay E (Shaw Pittman) | Nuclear Utility Joint Privilege Group Counsel | None | FACSIMILE COVER SHEET FROM OUTSIDE COUNSEL, J. SILBERG (SHAW PITTMAN), TO NUCLEAR UTILITY JOINT PRIVILEGE GROUP COUNSEL REGARDING ATTACHMENTS (PGE0053297 - PGE0053301). PREPARED IN ANTICIPATION OF LITIGATION | Attorney Client |

| REF | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 564 | PGE0053297 | PGE0053297 | 9/16/1998 | Memo | Silberg, Jay E (Shaw Pittman); Cynamon, David J (Shaw Pittman) | Members of Nuclear Utility Joint Privilege Group | None | LEGAL MEMORANDUM FROM OUTSIDE COUNSEL, J. SILBERG AND D. CYNAMON (SHAW PITTMAN), TO MEMBERS OF NUCLEAR UTILITY JOINT PRIVILEGE GROUP REGARDING SPENT NUCLEAR FUEL LITIGATION WITH DOE. ATTACHED TO FACSIMILE COVER SHEET (PGE0053296) | Attorney Client; Work Product |
| 565 | PGE0053298 | PGE0053301 | | Report / Plan | Silberg, Jay E (Shaw Pittman); Cynamon, David J (Shaw Pittman); Waxman, Seth B (Shaw Pittman) | None | None | DOCUMENT GENERATED BY OUTSIDE COUNSEL, J. SILBERG, D. CYNAMON (SHAW PITTMAN), TO MEMBERS OF NUCLEAR UTILITY JOINT PRIVILEGE GROUP REGARDING SPENT NUCLEAR FUEL LITIGATION WITH DOE. INCLUDES LEGAL ANALYSIS. ATTACHED TO FACSIMILE COVER SHEET (PGE0053296) | Attorney Client; Work Product |
| 566 | PGE0053302 | PGE0053321 | | Pleading / Court Filing | Azorsky, Tami (McKenna & Cuneo) | None | None\ | DRAFT BRIEF PREPARED BY OUTSIDE COUNSEL, T. AZORSKY (MCKENNA & CUNEO, LLP), PROVIDED TO NUCLEAR UTILITY JOINT PRIVILEGE GROUP COUNSEL REGARDING SPENT NUCLEAR FUEL LITIGATION WITH DOE. ATTACHED TO FACSIMILE COVER SHEET (PGE0053322) | Work Product |
| 567 | PGE0053322 | PGE0053322 | 9/16/1998 | Fax Cover Sheet | Azorsky, Tami Lyn (McKenna & Cuneo) | Nuclear Utility Joint Privilege Group Counsel | None | FACSIMILE COVER SHEET FROM OUTSIDE COUNSEL, T. AZORSKY (MCKENNA & CUNEO, LLP), TO NUCLEAR UTILITY JOINT PRIVILEGE GROUP COUNSEL REGARDING ATTACHED (PGE0053302 - PGE0053321) DRAFT BRIEF. PREPARED IN ANTICIPATION OF LITIGATION | Attorney Client |
| 568 | PGE0053337 | PGE0053337 | 9/16/1998 | Fax Cover Sheet | Azorsky, Tami Lyn (McKenna & Cuneo) | Nuclear Utilities Joint Privilege Group Counsel | None | FACSIMILE COVER SHEET FROM OUTSIDE COUNSEL, T. AZORSKY (MCKENNA & CUNEO, LLP), TO NUCLEAR UTILITY JOINT PRIVILEGE GROUP COUNSEL REGARDING ATTACHED (PGE0053338) CORRESPONDENCE | Attorney Client |
| 569 | PGE0053338 | PGE0053338 | 9/16/1998 | Letter | Azorsky, Tami Lyn (McKenna & Cuneo) | Nuclear Utility Joint Privileg Group Counsel | None | CORRESPONDENCE FROM OUTSIDE COUNSEL, T. AZORSKY (MCKENNA & CUNEO, LLP), TO NUCLEAR UTILITY JOINT PRIVILEGE GROUP COUNSEL REGARDING SPENT NUCLEAR FUEL LITIGATION WITH DOE | Attorney Client |
| 570 | PGE0053359 | PGE0053360 | 8/14/1998 | Agreement / Contract | Churchill, David A (McKenna & Cuneo) | Warner, Christopher J | None | CORRESPONDENCE FROM OUTSIDE COUNSEL, D. CHURCHILL (MCKENNA & CUNEO, LLP), TO COUNSEL (C. WARNER) REGARDING SPENT NUCLEAR FUEL LITIGATION WITH DOE | Attorney Client |
| 571 | PGE0053366 | PGE0053367 | 5/18/1998 | Memo | Silberg, Jay E (Shaw Pittman) | Members of Nuclear Utility Joint Privilege Group | None | LEGAL MEMORANDUM FROM OUTSIDE COUNSEL, J. SILBERG (SHAW PITTMAN), TO MEMBERS OF NUCLEAR UTILITY JOINT PRIVILEGE GROUP REGARDING DOE SETTLEMENT PROPOSAL | Attorney Client; Work Product |

| REF | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 572 | PGE0053373 | PGE0053378 | 5/12/1998 | Letter | Churchill, David A (McKenna & Cuneo) | Nuclear Utility Joint Privilege Group Counsel | None | CORRESPONDENCE FROM OUTSIDE COUNSEL, D. CHURCHILL (MCKENNA & CUNEO, LLP), TO NUCLEAR UTILITY JOINT PRIVILEGE GROUP COUNSEL REGARDING SPENT NUCLEAR FUEL LITIGATION WITH DOE. ATTACHED TO FACSIMILE COVER SHEET (PGE0053379) | Attorney Client |
| 573 | PGE0053379 | PGE0053380 | 5/29/1998 | Fax Cover Sheet | Churchill, David A (McKenna & Cuneo) | Members of Nuclear Utility Joint Privilege Group | None | FACSIMILE COVER SHEET FROM OUTSIDE COUNSEL, D. CHURCHILL (MCKENNA & CUNEO, LLP), TO MEMBERS OF NUCLEAR UTILITY JOINT PRIVILEGE GROUP REGARDING ATTACHED (PGE0053373 - PGE0053378; PGE0053381) CORRESPONDENCE. PREPARED IN ANTICIPATION OF LITIGATION | Attorney Client |
| 574 | PGE0053381 | PGE0053381 | 5/27/1998 | Letter | Churchill, David A (McKenna & Cuneo) | Nuclear Utility Joint Privilege Group Counsel | None | CORRESPONDENCE FROM OUTSIDE COUNSEL, D. CHURCHILL (MCKENNA & CUNEO, LLP), TO NUCLEAR UTILITY JOINT PRIVILEGE GROUP COUNSEL REGARDING SPENT NUCLEAR FUEL LITIGATION WITH DOE. ATTACHED TO FACSIMILE COVER SHEET (PGE0053379) | Attorney Client |
| 575 | PGE0053392 | PGE0053393 | 5/27/1998 | Memo | Silberg, Jay E (Shaw Pittman) | Members of Nuclear Utility Joint Privilege Group | None | LEGAL MEMORANDUM FROM OUTSIDE COUNSEL, J. SILBERG (SHAW PITTMAN), TO MEMBERS OF NUCLEAR UTILITY JOINT PRIVILEGE GROUP REGARDING SPENT NUCLEAR FUEL LITIGATION WITH DOE. ATTACHED TO FACSIMILE COVER SHEET (PGE0053404) | Attorney Client; Work Product |
| 576 | PGE0053394 | PGE0053399 | 5/27/1998 | Memo | Tomaszezuk, Alex D (Shaw Pittman); Hewitt, Devon E (Shaw Pittman) | Members of Nuclear Utility Joint Privilege Group | None | LEGAL MEMORANDUM FROM OUTSIDE COUNSEL, A. TOMASZCZUK AND D. HEWITT (SHAW PITTMAN), TO MEMBERS OF NUCLEAR UTILITY JOINT PRIVILEGE GROUP REGARDING SPENT NUCLEAR FUEL LITIGATION WITH DOE. ATTACHED TO FACSIMILE COVER SHEET (PGE0053404) | Attorney Client; Work Product |
| 577 | PGE0053404 | PGE0053404 | 5/27/1998 | Fax Cover Sheet | Silberg, Jay E (Shaw Pittman) | Nuclear Utility Joint Privilege Group Counsel | None | FACSIMILE COVER SHEET FROM OUTSIDE COUNSEL, J. SILBERG (SHAW PITTMAN), TO NUCLEAR UTILITY JOINT PRIVILEGE GROUP COUNSEL REGARDING ATTACHMENTS (PGE0053392 - PGE0053399). PREPARED IN ANTICIPATION OF LITIGATION | Attorney Client |
| 578 | PGE0053407 | PGE0053424 | 5/13/1998 | Report /Plan | Stock, William | Womack, L; Locke, R; Patton, Bruce | Melendres-Keller, P; Warner, Christopher; De La Torre, Rose | DRAFT PROJECT SUMMARY REGARDING POTENTIAL CAPITAL PROJECT (DCPP ISFSI) PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL FOR PRESENTATION TO THE BOARD OF DIRECTORS PREPARED IN ANTICIPATION OF LITIGATION - REGULATORY PROCEEDING. REFLECTS RECOMMENDATIONS RELATING TO DECISIONS REGARDING THE FILING OF AN ADVICE LETTER WITH THE CPUC. | Attorney Client; Work Product |

| REF | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 579 | PGE0053425 | PGE0053425 | 1/7/1998 | Fax Cover Sheet | Silberg, Jay E (Shaw Pittman) | Nuclear Utility Joint Privilege Group Counsel | None | FACSIMILE COVER SHEET FROM OUTSIDE COUNSEL, J. SILBERG (SHAW PITTMAN), TO NUCLEAR UTILITY JOINT PRIVILEGE GROUP COUNSEL REGARDING ATTACHED (PGE0053426) LEGAL MEMORANDUM. PREPARED IN ANTICIPATION OF LITIGATION | Attorney Client |
| 580 | PGE0053426 | PGE0053426 | 1/7/1998 | Memo | Silberg, Jay E (Shaw Pittman) | Members of Nuclear Utility joint Privilege Group | None | LEGAL MEMORANDUM FROM OUTSIDE COUNSEL, J. SILBERG (SHAW PITTMAN), TO MEMBERS OF NUCLEAR UTILITY JOINT PRIVILEGE GROUP REGARDING SPENT NUCLEAR FUEL LITIGATION WITH DOE. ATTACHED TO FACSIMILE COVER SHEET (PGE0053425) | Attorney Client; Work Product |
| 581 | PGE0053430 | PGE0053432 | 1/15/1998 | Letter | Connelly, Michael C (NSP) | Members of Nuclear Utility Joint Privilege Group | None | CORRESPONDENCE FROM NUCLEAR UTILITY JOINT PRIVILEGE GROUP COUNSEL, M. CONNELLY (NSP), TO MEMBERS OF NUCLEAR UTILITY JOINT PRIVILEGE GROUP REGARDING ATTACHED (PGE0053433 - PGE0053442) DOCUMENT PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL IN PREPARATION FOR SPENT NUCLEAR FUEL LITIGATION WITH DOE | Attorney Client |
| 582 | PGE0053433 | PGE0053442 | | Report / Plan | Connelly, Michael C (NSP) | None | None | DOCUMENT GENERATED AT REQUEST OF COUNSEL IN ANTICIPATION OF LITIGATION REGARDING SPENT NUCLEAR FUEL LITIGATION WITH DOE. ATTACHED TO CORRESPONDENCE (PGE0053430) FROM OUTSIDE COUNSEL, M. CONNELLY (NSP) TO MEMBERS OF NUCLEAR UTILITY JOINT PRIVILEGE GROUP | Work Product |
| 583 | PGE0053443 | PGE0053444 | 1/30/1998 | Telex / Telegram / Phone Message | Connelly, Michael C (NSP) | Members of Nuclear Utility Joint Privilege Group | None | FACSIMILE COVER SHEET FROM NUCLEAR UTILITY JOINT PRIVILEGE GROUP COUNSEL, M. CONNELLY (NSP), TO MEMBERS OF NUCLEAR UTILITY JOINT PRIVILEGE GROUP REGARDING ATTACHMENTS (PGE0053445 - PGE0053458) | Attorney Client |
| 584 | PGE0053445 | PGE0053446 | 1/30/1998 | Letter | Connelly, Michael C (NSP) | Members of Nuclear Utility Joint Privilege Group | None | CORRESPONDENCE FROM NUCLEAR UTILITY JOINT PRIVILEGE GROUP COUNSEL, M. CONNELLY (NSP), TO MEMBERS OF NUCLEAR UTILITY JOINT PRIVILEGE GROUP REGARDING SPENT NUCLEAR FUEL LITIGATION WITH DOE. ATTACHED TO FACSIMILE COVER SHEET (PGE0053443) | Attorney Client |
| 585 | PGE0053447 | PGE0053450 | 1/29/1997 | Memo | Hewitt, Devon E (Shaw Pittman) | Connelly, Michael (NSP); Members of Nuclear Utility Joint Privilege Group | Silberg, Jay E (Shaw Pittman); Cynamon, David J (Shaw Pittman); Hanlon, R Timothy (Shaw Pittman); Tomaszczuk, Alex D (Shaw Pittman); Jensen, John E (Shaw Pittman) | LEGAL MEMORANDUM FROM OUTSIDE COUNSEL, D. HEWITT (SHAW PITTMAN), TO MEMBERS OF NUCLEAR UTILITY JOINT PRIVILEGE GROUP REGARDING SPENT NUCLEAR FUEL LITIGATION WITH DOE. ATTACHED TO FACSIMILE COVER SHEET (PGE0053443) | Attorney Client; Work Product |

| REF | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 586 | PGE0053451 | PGE0053451 | | Financial | Connelly, Michael C (NSP) | None | None | ATTACHMENT TO FACSIMILE COVER SHEET (PGE0053443) FROM NUCLEAR UTILITY JOINT PRIVILEGE GROUP COUNSEL, M. CONNELLY (NSP), TO MEMBERS OF NUCLEAR UTILITY JOINT PRIVILEGE GROUP REGARDING SPENT NUCLEAR FUEL LITIGATION WITH DOE | Attorney Client; Work Product |
| 587 | PGE0053452 | PGE0053452 | | Report / Plan | Connelly, Michael C (NSP) | None | None | ATTACHMENT TO FACSIMILE COVER SHEET (PGE0053443) FROM NUCLEAR UTILITY JOINT PRIVILEGE GROUP COUNSEL, M. CONNELLY (NSP), TO MEMBERS OF NUCLEAR UTILITY JOINT PRIVILEGE GROUP REGARDING SPENT NUCLEAR FUEL LITIGATION WITH DOE | Attorney Client; Work Product |
| 588 | PGE0053453 | PGE0053453 | | Financial | Connelly, Michael C (NSP) | None | None | ATTACHMENT TO FACSIMILE COVER SHEET (PGE0053443) FROM NUCLEAR UTILITY JOINT PRIVILEGE GROUP COUNSEL, M. CONNELLY (NSP), TO MEMBERS OF NUCLEAR UTILITY JOINT PRIVILEGE GROUP REGARDING SPENT NUCLEAR FUEL LITIGATION WITH DOE | Attorney Client; Work Product |
| 589 | PGE0053454 | PGE0053454 | | Financial | Connelly, Michael C (NSP) | None | None | ATTACHMENT TO FACSIMILE COVER SHEET (PGE0053443) FROM NUCLEAR UTILITY JOINT PRIVILEGE GROUP COUNSEL, M. CONNELLY (NSP), TO MEMBERS OF NUCLEAR UTILITY JOINT PRIVILEGE GROUP REGARDING SPENT NUCLEAR FUEL LITIGATION WITH DOE | Attorney Client; Work Product |
| 590 | PGE0053455 | PGE0053456 | | Report / Plan | Connelly, Michael C (NSP) | None | None | ATTACHMENT TO FACSIMILE COVER SHEET (PGE0053443) FROM NUCLEAR UTILITY JOINT PRIVILEGE GROUP COUNSEL, M. CONNELLY (NSP), TO MEMBERS OF NUCLEAR UTILITY JOINT PRIVILEGE GROUP REGARDING SPENT NUCLEAR FUEL LITIGATION WITH DOE | Attorney Client; Work Product |
| 591 | PGE0053457 | PGE0053458 | | Report / Plan | Connelly, Michael C (NSP) | None | None | ATTACHMENT TO FACSIMILE COVER SHEET (PGE0053443) FROM NUCLEAR UTILITY JOINT PRIVILEGE GROUP COUNSEL, M. CONNELLY (NSP), TO MEMBERS OF NUCLEAR UTILITY JOINT PRIVILEGE GROUP REGARDING SPENT NUCLEAR FUEL LITIGATION WITH DOE | Attorney Client; Work Product |
| 592 | PGE0053459 | PGE0053460 | 1/30/1998 | Fax Cover Sheet | Connelly, Michael C (NSP) | Members of Nuclear Utility Joint Privilege Group | None | FACSIMILE COVER SHEET FROM NUCLEAR UTILITY JOINT PRIVILEGE GROUP COUNSEL, M. CONNELLY (NSP), TO MEMBERS OF NUCLEAR UTILITY JOINT PRIVILEGE GROUP REGARDING ATTACHMENTS (PGE0053461 - PGE0053474) | Attorney Client |
| 593 | PGE0053461 | PGE0053462 | 1/30/1998 | Letter | Connelly, Michael C (NSP) | Members of Nuclear Utility Joint Privilege Group | None | CORRESPONDENCE FROM NUCLEAR UTILITY JOINT PRIVILEGE GROUP COUNSEL, M. CONNELLY (NSP), TO NUCLEAR UTILITY JOINT PRIVILEGE GROUP COUNSEL AND REPRESENTATIVES REGARDING SPENT NUCLEAR FUEL LITIGATION WITH DOE. ATTACHED TO FACSIMILE COVER SHEET (PGE0053459) | Attorney Client |

| REF | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 594 | PGE0053463 | PGE0053466 | 1/29/1997 | Memo | Hewitt, Devon E (Shaw Pittman) | Connelly, Michael (NSP); Members of Nuclear Utility Joint Privilege Group | Silberg, Jay E (Shaw Pittman); Cynamon, David J (Shaw Pittman); Hanlon, R Timothy (Shaw Pittman); Tomaszczuk, Alex D (Shaw Pittman); Jensen, John E (Shaw Pittman) | LEGAL MEMORANDUM FROM OUTSIDE COUNSEL, D. HEWITT (SHAW PITTMAN), TO MEMBERS OF NUCLEAR UTILITY JOINT PRIVILEGE GROUP REGARDING SPENT NUCLEAR FUEL LITIGATION WITH DOE. ATTACHED TO FACSIMILE COVER SHEET (PGE0053459) | Attorney Client; Work Product |
| 595 | PGE0053467 | PGE0053467 | | Financial | Connelly, Michael C (NSP) | None | None | ATTACHMENT TO FACSIMILE COVER SHEET (PGE0053459) FROM NUCLEAR UTILITY JOINT PRIVILEGE GROUP COUNSEL, M. CONNELLY (NSP), TO MEMBERS OF NUCLEAR UTILITY JOINT PRIVILEGE GROUP REGARDING SPENT NUCLEAR FUEL LITIGATION WITH DOE | Attorney Client; Work Product |
| 596 | PGE0053468 | PGE0053468 | | Report / Plan | Connelly, Michael C (NSP) | None | None | ATTACHMENT TO FACSIMILE COVER SHEET (PGE0053459) FROM NUCLEAR UTILITY JOINT PRIVILEGE GROUP COUNSEL, M. CONNELLY (NSP), TO MEMBERS OF NUCLEAR UTILITY JOINT PRIVILEGE GROUP REGARDING SPENT NUCLEAR FUEL LITIGATION WITH DOE | Attorney Client; Work Product |
| 597 | PGE0053469 | PGE0053469 | | Financial | Connelly, Michael C (NSP) | None | None | ATTACHMENT TO FACSIMILE COVER SHEET (PGE0053459) FROM NUCLEAR UTILITY JOINT PRIVILEGE GROUP COUNSEL, M. CONNELLY (NSP), TO MEMBERS OF NUCLEAR UTILITY JOINT PRIVILEGE GROUP REGARDING SPENT NUCLEAR FUEL LITIGATION WITH DOE | Attorney Client; Work Product |
| 598 | PGE0053470 | PGE0053470 | | Financial | Connelly, Michael C (NSP) | None | None | ATTACHMENT TO FACSIMILE COVER SHEET (PGE0053459) FROM NUCLEAR UTILITY JOINT PRIVILEGE GROUP COUNSEL, M. CONNELLY (NSP), TO MEMBERS OF NUCLEAR UTILITY JOINT PRIVILEGE GROUP REGARDING SPENT NUCLEAR FUEL LITIGATION WITH DOE | Attorney Client; Work Product |
| 599 | PGE0053471 | PGE0053472 | | Report / Plan | Connelly, Michael C (NSP) | None | None | ATTACHMENT TO FACSIMILE COVER SHEET (PGE0053459) FROM NUCLEAR UTILITY JOINT PRIVILEGE GROUP COUNSEL, M. CONNELLY (NSP), TO MEMBERS OF NUCLEAR UTILITY JOINT PRIVILEGE GROUP REGARDING SPENT NUCLEAR FUEL LITIGATION WITH DOE | Attorney Client; Work Product |
| 600 | PGE0053473 | PGE0053474 | | Report / Plan | Connelly, Michael C (NSP) | None | None | ATTACHMENT TO FACSIMILE COVER SHEET (PGE0053459) FROM NUCLEAR UTILITY JOINT PRIVILEGE GROUP COUNSEL, M. CONNELLY (NSP), TO MEMBERS OF NUCLEAR UTILITY JOINT PRIVILEGE GROUP REGARDING SPENT NUCLEAR FUEL LITIGATION WITH DOE | Attorney Client; Work Product |

| REF | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 601 | PGE0053477 | PGE0053477 | 5/1/1991 | Memo | MacDonald, Leslie | Peters, Roger; Warner, Christopher J | Ahlstrand, Phil; Patterson, Dick | MEMORANDUM FROM CLIENT TO COUNSEL (R. PETERS, C. WARNER) REGARDING DRAFT ADVICE LETTER TO CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) FOR HBPP SAFSTOR. REQUESTS LEGAL REVIEW. INCLUDES MARGINAL NOTES OF COUNSEL (R. PETERS) REFLECTING THOUGHTS AND IMPRESSIONS OF COUNSEL | Attorney Client |
| 602 | PGE0053478 | PGE0053478 | 2/25/1991 | Letter | Peters, Roger J | MacDonald, Leslie | Warner, Christopher J; Wilson, Michelle L | CORRESPONDENCE FROM COUNSEL (R. PETERS) TO CLIENT REGARDING LEGAL ANALYSIS IN PREPARATION OF FILING OF ADVICE LETTER WITH THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) FOR HBPP SAFSTOR | Attorney Client |
| 603 | PGE0053479 | PGE0053479 | 2/7/1991 | Letter | MacDonald, Leslie | Anderson, Stan; Bottorff, Tom; Budge, Elizabeth; Danels, Roger; Gee, Gloria; Long, Tom; Niven, Andy; O'Flanagan, Joe; Peters, Roger; Smith, Bill; Walters, Winifred; Warner, Christopher J; Wilson, Michelle; Wong, Lillian | Ahlstrand, Phil; Patterson, Dick | MEMORANDUM FROM CLIENT TO CLIENT AND COUNSEL (R. PETERS, C. WARNER) REGARDING ATTACHED (PGE0053480 - PGE0053485) DRAFT ADVICE LETTER TO CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) FOR HBPP SAFSTOR. DISCUSSES LEGAL STRATEGY IN PREPARATION FOR REGULATORY PROCEEDINGS - CPUC. INCLUDES MARGINAL NOTES FROM COUNSEL (R. PETERS) REFLECTING THOUGHTS AND IMPRESSIONS OF COUNSEL | Attorney Client |
| 604 | PGE0053480 | PGE0053481 | 2/7/1991 | Letter | Smith, Gordon R | None | None | DRAFT ADVICE LETTER AND ATTACHMENTS (PGE0053482 - PGE0053485) TO CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) REGARDING HBPP SAFSTOR. PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL IN ANTICIPATION OF FILING BEFORE CPUC | Work Product |
| 605 | PGE0053482 | PGE0053482 | | Financial | Smith, Gordon R | None | None | ATTACHMENT TO DRAFT ADVICE LETTER (PGE0053480) TO CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) REGARDING HBPP SAFSTOR. PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL IN ANTICIPATION OF FILING BEFORE CPUC | Work Product |
| 606 | PGE0053483 | PGE0053484 | | Report / Plan | Smith, Gordon R | None | None | ATTACHMENT TO DRAFT ADVICE LETTER (PGE0053480) TO CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) REGARDING HBPP SAFSTOR. PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL IN ANTICIPATION OF FILING BEFORE CPUC | Work Product |
| 607 | PGE0053485 | PGE0053485 | | Financial | Smith, Gordon R | None | None | ATTACHMENT TO DRAFT ADVICE LETTER (PGE0053480) TO CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) REGARDING HBPP SAFSTOR. PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL IN ANTICIPATION OF FILING BEFORE CPUC | Work Product |