| REF | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 608 | PGE0053486 | PGE0053486 | 10/3/1990 | Multiple Email | Peters, Roger J | Bowen, Bruce R | Long, Thomas C; Kubitz, Kermit R | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN COUNSEL (R. PETERS) AND CLIENT REGARDING STRATEGY FOR FILING OF ADVICE LETTER WITH THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) REGARDING HBPP SAFSTOR | Attorney Client |
| 609 | PGE0053487 | PGE0053487 | 10/3/1990 | Electronic Mail (Email) | Peters, Roger J | Bowen, Bruce R | Kubitz, Kermit R; Long, Thomas C | E-MAIL FROM COUNSEL (R. PETERS) TO CLIENT REGARDING STRATEGY FOR FILING OF ADVICE LETTER WITH CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) REGARDING HBPP SAFSTOR | Attorney Client |
| 610 | PGE0053492 | PGE0053492 | | Memo | Sommer, H G | None | Webb, R C | MEMORANDUM PREPARED AT REQUEST OF COUNSEL REGARDING PREPARATION FOR REGULATORY PROCEEDINGS - NUCLEAR REGULATORY COMMISSION (NRC) | Work Product |
| 611 | PGE0053493 | PGE0053493 | | Memo | Sommer, H G | None | Webb, R C | DUPLICATE OF PGE0053492. MEMORANDUM PREPARED AT REQUEST OF COUNSEL REGARDING INFORMATION IN PREPARATION FOR REGULATORY PROCEEDINGS - NUCLEAR REGULATORY COMMISSION (NRC) | Work Product |
| 612 | PGE0053494 | PGE0053884 | 7/2/1987 | Report / Plan | Sommer, H G | None | None | DRAFT REPORT - EVIDENCE PACKAGE - PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL REGARDING DCPP SPENT FUEL POOL RERACK. PREPARED IN PREPARATION FOR REGULATORY PROCEEDINGS - NUCLEAR REGULATORY COMMISSION (NRC). PREPARED FOR ATTORNEYS IN PREPARATION OF HEARINGS | Work Product |
| 613 | PGE0053887 | PGE0053945 | 7/2/1987 | Report / Plan | Sommer, H G | None | None | DRAFT REPORT - EVIDENCE PACKAGE - PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL REGARDING DCPP SPENT FUEL POOL RERACK. PREPARED IN PREPARATION FOR REGULATORY PROCEEDINGS - NUCLEAR REGULATORY COMMISSION (NRC). PREPARED FOR ATTORNEYS IN PREPARATION OF HEARINGS | Work Product |
| 614 | PGE0053952 | PGE0053959 | 7/2/1987 | Report / Plan | Sommer, H G | None | None | DRAFT REPORT - EVIDENCE PACKAGE - PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL REGARDING DCPP SPENT FUEL POOL RERACK. PREPARED IN PREPARATION FOR REGULATORY PROCEEDINGS - NUCLEAR REGULATORY COMMISSION (NRC). PREPARED FOR ATTORNEYS IN PREPARATION OF HEARINGS | Work Product |

| REF | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 615 | PGE0053967 | PGE0053999 | 7/2/1987 | Report / Plan | Sommer, H G | None | None | DRAFT REPORT - EVIDENCE PACKAGE - PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL REGARDING DCPP SPENT FUEL POOL RERACK. PREPARED IN PREPARATION FOR REGULATORY PROCEEDINGS - NUCLEAR REGULATORY COMMISSION (NRC). PREPARED FOR ATTORNEYS IN PREPARATION OF HEARINGS | Work Product |
| 616 | PGE0054019 | PGE0054020 | 3/24/1982 | Pleading / Court Filing | Furbush, Malcolm H; Crane, Philip A; Locke, Richard F | None | None | DRAFT REGULATORY FILING REGARDING HBPP DECOMMISSIONING. PREPARED FOR FILING WITH THE NUCLEAR REGULATORY COMMISSION (NRC) | Work Product |
| 617 | PGE0054070 | PGE0054073 | 4/22/1981 | Memo | Langley Jr, E B | Braun, H P; Schuyler, J O; Wischow, R P | Maneatis, G A; Barr, W H; Buchholz, F C; Skidmore, S M | MEMORANDUM FROM CLIENT CONTAINING DESCRIPTION OF ADVICE SOUGHT REGARDING ATTACHED (PGE0054071 - PGE0054073) DRAFT TESTIMONY PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL IN PREPARATION FOR REGULATORY PROCEEDINGS - GRC | Work Product |
| 618 | PGE0054081 | PGE0054084 | 4/22/1981 | Memo | Langley Jr, E B | Braun, H P; Schuyler, J O; Wischow, R P | Maneatis, G A; Barr, W H; Buchholz, F C; Skidmore, S M | MEMORANDUM FROM CLIENT CONTAINING DESCRIPTION OF ADVICE SOUGHT REGARDING ATTACHED (PGE0054082 - PGE0054084) DRAFT TESTIMONY PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL IN PREPARATION FOR REGULATORY PROCEEDINGS - GRC | Work Product |
| 619 | PGE0054157 | PGE0054161 | 7/31/1981 | Letter | Furbush, Malcolm H; Crane Jr, Philip A; Locke, Richard F | None | None | DRAFT LETTER TO THE ATOMIC SAFETY AND LICENSING BOARD (ASLB) OF THE NUCLEAR REGULATORY COMMISSION (NRC) REGARDING HBPP LICENSING ISSUES. PREPARED IN PREPARATION OF REGULATORY FILING BEFORE THE NRC | Work Product |
| 620 | PGE0054171 | PGE0054175 | 7/31/1981 | Letter | Furbush, Malcolm H; Crane Jr, Philip A; Locke, Richard F | None | None | DRAFT LETTER TO THE ATOMIC SAFETY AND LICENSING BOARD (ASLB) OF THE NUCLEAR REGULATORY COMMISSION (NRC) REGARDING HBPP LICENSING ISSUES. PREPARED IN PREPARATION OF REGULATORY FILING BEFORE THE NRC | Work Product |
| 621 | PGE0054177 | PGE0054181 | 7/31/1981 | Letter | Furbush, Malcolm H; Crane Jr, Philip A; Locke, Richard F | None | None | DRAFT LETTER TO THE ATOMIC SAFETY AND LICENSING BOARD (ASLB) OF THE NUCLEAR REGULATORY COMMISSION (NRC) REGARDING HBPP LICENSING ISSUES. PREPARED IN PREPARATION OF REGULATORY FILING BEFORE THE NRC | Work Product |
| 622 | PGE0054232 | PGE0054233 | 5/29/1981 | Letter | Schuyler, J O | None | Furbush, Malcolm H; Crane Jr, Philip A; Norton, Bruce; Locke, Richard F | DRAFT LETTER TO THE NUCLEAR REGULATORY COMMISSION (NRC) REGARDING HBPP LICENSING ISSUES. PREPARED IN PREPARATION OF REGULATORY FILING BEFORE THE NRC | Work Product |
| 623 | PGE0055590 | PGE0055592 | 8/25/1981 | Memo | Peters, Roger J | Hurley, M P | Brand, D A; Rocca, J V; Cogswell, E D; Tidrick, G A; Reider, R; Crane Jr, P A | LEGAL MEMORANDUM FROM COUNSEL (R. PETERS) TO CLIENT REGARDING LEGAL ANALYSIS OF DRAFT CONTRACT FOR HBPP DECOMMISSIONING STUDY | Attorney Client; Work Product |

| REF | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 624 | PGE0055599 | PGE0055599 | 8/4/1981 | Memo | Tidrick, Garry | Peters, Roger J | Noone, W; Hurley, M P | MEMORANDUM FROM CLIENT TO COUNSEL (R. PETERS) REGARDING DRAFT CONTRACT FOR HBPP DECOMMISSIONING STUDY. MEMORANDUM CONTAINS DISCUSSION OF LEGAL ISSUES TO BE CONSIDERED | Attorney Client |
| 625 | PGE0055600 | PGE0055600 | 7/31/1981 | Memo | Tidrick, Garry | Peters, Roger J | Noone, Bill | MEMORANDUM FROM CLIENT TO COUNSEL (R. PETERS) REQUESTING REVIEW OF DRAFT CONTRACT FOR HBPP DECOMMISSIONING STUDY FOR LEGAL SUFFICIENCY AND COMMENT | Attorney Client |
| 626 | PGE0055642 | PGE0055642 | 8/19/1981 | Memo | Tidrick, Garry | Peters, Roger J | Brand, D A; Rocca, J V; Cogswell, E D; Hurley, M P | MEMORANDUM FROM CLIENT TO COUNSEL (R. PETERS) REGARDING ATTACHED (PGE0055643 - PGE0055644) MEMORANDUM ON THE DRAFT CONTRACT FOR HBPP DECOMMISSIONING STUDY. REQUESTS LEGAL ADVICE | Attorney Client |
| 627 | PGE0055643 | PGE0055643 | 7/31/1981 | Memo | Tidrick, Garry | Peters, Roger J | Noone, Bill | ATTACHMENT TO MEMORANDUM (PGE0055642) FROM CLIENT TO COUNSEL (R. PETERS) REGARDING DRAFT CONTRACT FOR HBPP DECOMMISSIONING STUDY. FORWARDED TO COUNSEL FOR REVIEW | Attorney Client |
| 628 | PGE0055644 | PGE0055644 | 8/4/1981 | Memo | Tidrick, Garry | Peters, Roger J | Noone, W P; Hurley, M P | ATTACHMENT TO MEMORANDUM (PGE0055642) FROM CLIENT TO COUNSEL (R. PETERS) REGARDING DRAFT CONTRACT FOR HBPP DECOMMISSIONING STUDY. FORWARDED TO COUNSEL FOR REVIEW | Attorney Client |
| 629 | PGE0055648 | PGE0055648 | 8/19/1981 | Memo | Tidrick, Garry | Peters, Roger J | Brand, D A; Rocca, J V; Cogswell, E D; Hurley, M P | MEMORANDUM FROM CLIENT TO COUNSEL (R. PETERS) REGARDING DRAFT CONTRACT FOR HBPP DECOMMISSIONING STUDY. REQUESTS LEGAL ADVICE | Attorney Client |
| 630 | PGE0056063 | PGE0056063 | 2/26/1982 | Memo | Tidrick, Gary | Locke, Richard F | Crane, Philip A | MEMORANDUM FROM CLIENT TO COUNSEL (R. LOCKE) REGARDING HBPP DECOMMISSIONING STUDY. PROVIDES RESPONSE BY COUNSEL (R. LOCKE) TO REQUESTED REVIEW | Attorney Client |
| 631 | PGE0056217 | PGE0056218 | 2/20/1996 | Memo | Christian, Claudette M (Hogan & Hartson); Swimmer, Margaret (Hall Estill Hardwick Gable Golden & Nelson) | Parkyn, John (Dairyland Power); Brimer, Robert (Dairyland Power); Porter, Doug (Southern California Edison); Sanchez, John (Consolidated Edison) | Legal Committee | LEGAL MEMORANDUM FROM OUTSIDE COUNSEL, C. CHRISTIAN AND M. SMIMMER (HOGAN & HARTSON), TO MESCALERO FUEL STORAGE NEGOTIATING COMMITTEE REGARDING LEGAL ANALYSIS OF DRAFT PROJECT DEVELOPMENT AGREEMENT BY AND AMONG THE MESCALERO APACHE TRIBE AND MESCALERO FUEL STORAGE L.L.C. | Attorney Client; Work Product |
| 632 | PGE0056219 | PGE0056232 | 2/20/1996 | Memo | Christian, Claudette M (Hogan & Hartson); Swimmer, Margaret (Hall Estill Hardwick Gable Golden & Nelson) | Parkyn, John (Dairyland Power); Brimer, Robert (Dairyland Power); Porter, Doug (Southern California Edison); Sanchez, John (Consolidated Edison) | None | LEGAL MEMORANDUM AND ATTACHMENT (PGE0056233 - PGE0056295) FROM OUTSIDE COUNSEL, C. CHRISTIAN AND M. SWIMMER (HOGAN & HARTSON), TO MESCALERO FUEL STORAGE NEGOTIATING COMMITTEE REGARDING LEGAL ANALYSIS OF DRAFT PROJECT DEVELOPMENT AGREEMENT BY AND AMONG THE MESCALERO APACHE TRIBE AND MESCALERO FUEL STORAGE L.L.C. | Attorney Client; Work Product |

| REF | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 633 | PGE0056233 | PGE0056295 | 11/00/1995 | Agreement / Contract | Christian, Claudette M (Hogan & Hartson); Swimmer, Margaret (Hall Estill Hardwick Gable Golden & Nelson) | None | None | ATTACHMENT TO LEGAL MEMORANDUM (PGE0056219) FROM OUTSIDE COUNSEL, C. CHRISTIAN AND M. SWIMMER (HOGAN & HARTSON), TO MESCALERO FUEL STORAGE NEGOTIATING COMMITTEE REGARDING DRAFT PROJECT DEVELOPMENT AGREEMENT BY AND AMONG THE MESCALERO APACHE TRIBE AND MESCALERO FUEL STORAGE L.L.C. INCLUDES LEGAL ANALYSIS OF COUNSEL | Work Product |
| 634 | PGE0056303 | PGE0056303 | 2/22/1996 | Letter | Northard, Scott (NSP) | Mescalero Fuel Storage LLC Board Members | None | LETTER FROM MESCALERO FUEL STORAGE PROJECT UTILITY PLANNING TEAM REPRESENTATIVE, S. NORTHARD (NSP), TO MESCALERO FUEL STORAGE LLC BOARD MEMBERS. INCLUDES LEGAL ANALYSIS FROM MESCALERO FUEL STORAGE PROJECT COUNSEL, M. CONNELLY (NSP) REGARDING LAND PURCHASE AGREEMENT | Work Product |
| 635 | PGE0056356 | PGE0056356 | 2/21/1996 | Fax Cover Sheet | Silberg, Jay E (Shaw Pittman) | Nuclear Utility Joint Privilege Group Counsel | None | FACSIMILE COVER SHEET FROM OUTSIDE COUNSEL, J. SILBERG (SHAW PITTMAN) TO NUCLEAR UTILITY JOINT PRIVILEGE GROUP COUNSEL REGARDING ATTACHED (PGE0056357 - PGE0056358) MEMORANDUM FROM OUTSIDE COUNSEL TO MEMBERS OF NUCLEAR UTILITY JOINT PRIVILEGE GROUP CONTAINING LEGAL ANALYSIS OF DOE SETTLEMENT PROPOSAL | Attorney Client |
| 636 | PGE0056357 | PGE0056358 | 2/21/1996 | Memo | Silberg, Jay E (Shaw Pittman) | Members of Nuclear Utility Joint Privilege Group | None | LEGAL MEMORANDUM ATTACHED TO FACSIMILE COVER SHEET (PGE0056356) FROM OUTSIDE COUNSEL, J. SILBERG (SHAW PITTMAN), TO MEMBERS OF NUCLEAR UTILITY JOINT PRIVILEGE GROUP REGARDING LEGAL ANALYSIS OF DOE SETTLEMENT PROPOSAL | Attorney Client; Work Product |
| 637 | PGE0056359 | PGE0056359 | 2/9/1996 | Memo | Silberg, Jay E (Shaw Pittman) | Members of Nuclear Utility Joint Privilege Group | None | LEGAL MEMORANDUM FROM OUTSIDE COUNSEL, J. SILBERG (SHAW PITTMAN), TO MEMBERS OF NUCLEAR UTILITY JOINT PRIVILEGE GROUP REGARDING LEGAL ANALYSIS OF DOE SETTLEMENT PROPOSAL | Attorney Client; Work Product |
| 638 | PGE0056360 | PGE0056362 | 2/9/1996 | Memo | Silberg, Jay E (Shaw Pittman) | Members of Nuclear Utility Joint Privilege Group | None | LEGAL MEMORANDUM FROM OUTSIDE COUNSEL, J. SILBERG (SHAW PITTMAN), TO PARTICIPANTS IN DOE LITIGATION REGARDING LEGAL ANALYSIS OF DOE SETTLEMENT PROPOSAL | Attorney Client; Work Product |
| 639 | PGE0056363 | PGE0056363 | 2/18/1996 | Memo | Warner, Christopher J | Silberg, Jay E (Shaw Pittman) | None | LEGAL MEMORANDUM FROM COUNSEL (C. WARNER) TO OUTSIDE COUNSEL, J. SILBERG (SHAW PITTMAN), REGARDING LEGAL ANALYSIS OF DOE SETTLEMENT PROPOSAL | Attorney Client; Work Product |
| 640 | PGE0056364 | PGE0056364 | 2/18/1996 | Memo | Warner, Christopher J | Silberg, Jay E (Shaw Pittman) | None | LEGAL MEMORANDUM FROM COUNSEL (C. WARNER) TO OUTSIDE COUNSEL, J. SILBERG (SHAW PITTMAN), REGARDING LEGAL ANALYSIS OF DOE SETTLEMENT PROPOSAL | Attorney Client; Work Product |

| REF | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 641 | PGE0056365 | PGE0056365 | 2/16/1996 | Fax Cover Sheet | Silberg, Jay E (Shaw Pittman) | Warner, Christopher J | None | FACSIMILE COVER SHEET FROM OUTSIDE COUNSEL, J. SILBERG (SHAW PITTMAN) TO COUNSEL (C. WARNER) REGARDING ATTACHED (PGE0056367 - PGE0056368) LEGAL MEMORANDUM PROVIDING LEGAL ANALYSIS OF DOE SETTLEMENT PROPOSAL | Attorney Client |
| 642 | PGE0056367 | PGE0056368 | 2/16/1996 | Memo | Silberg, Jay E (Shaw Pittman) | Members of Nuclear Utility Joint Privilege Group | None | LEGAL MEMORANDUM FROM OUTSIDE COUNSEL, J. SILBERG (SHAW PITTMAN) TO MEMBERS OF NUCLEAR UTILITY JOINT PRIVILEGE GROUP REGARDING LEGAL ANALYSIS OF DOE SETTLEMENT PROPOSAL. ATTACHED TO FACSIMILE COVER SHEET (PGE0056365) | Attorney Client; Work Product |
| 643 | PGE0056369 | PGE0056369 | 2/12/1996 | Letter | Stock, William C | Warner, Christopher J | None | CORRESPONDENCE FROM CLIENT TO COUNSEL (C. WARNER) REGARDING STATE OF NEW MEXICO REQUEST FOR INFORMATION ON THE MESCALERO PRIVATE FUEL STORAGE PROJECT. REQUESTS LEGAL ADVICE | Attorney Client |
| 644 | PGE0056418 | PGE0056421 | 6/8/1994 | Memo | Knotts Jr, Joseph B (Winston & Strawn); Repka, David A (Winston & Strawn); Draper, Robert L (Winston & Strawn) | Warner, Christopher J | None | LEGAL MEMORANDUM FROM OUTSIDE COUNSEL, J. KNOTTS, D. REPKA AND R. DRAPER (WINSTON & STRAWN), TO COUNSEL (C. WARNER) REGARDING ISFSI LICENSING ISSUES | Attorney Client; Work Product |
| 645 | PGE0056490 | PGE0056491 | 3/22/1996 | Multiple Email | Warner, Christopher J | Cooper, Shawn E | Rueger, Gregory M; Callaway, Lee; Testa, Robert D; Pruett, Gregory S | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN COUNSEL (C. WARNER) AND CLIENT REGARDING STRATEGY IN PREPARATION OF REGULATORY FILING IN GRC PROCEEDINGS BEFORE THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Attorney Client |
| 646 | PGE0056492 | PGE0056493 | 3/22/1996 | Multiple Email | Warner, Christopher J | Mullen, Pat W; Arnold, Stephen; Rueger, Gregory M; Hill, Thomas W; Stock, William C; Garcia, Mario A; Strickland, Jearl; Hennessy, Dennis M; Callaway, Lee; Pruett, Greg S; Cooper, Shawn; Singleton, Maria D; Flaherty, James E; Testa, Robert D; Shiffer, Jim D | None | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN COUNSEL (C. WARNER) AND CLIENT REGARDING STRATEGY IN PREPARATION OF REGULATORY FILING IN GRC PROCEEDINGS BEFORE THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Attorney Client |
| 647 | PGE0056494 | PGE0056494 | 3/22/1996 | Multiple Email | Garcia, Mario A; Pruett, Greg S | Warner, Christopher J; Ford, John E; Moss, Richard H | Garcia, Mario A | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN COUNSEL (C. WARNER) AND CLIENT REGARDING STRATEGY IN PREPARATION OF REGULATORY FILING IN GRC PROCEEDINGS BEFORE THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Attorney Client |

| REF | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 648 | PGE0056495 | PGE0056496 | 3/24/1996 | Multiple Email | Cooper, Shawn E | Lewis, Jeff; Warner, Christopher J | Pruett, Greg S; Anderson, Leonard G | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN COUNSEL (C. WARNER) AND CLIENT REGARDING STRATEGY IN PREPARATION FOR REGULATORY FILING IN GRC PROCEEDINGS BEFORE THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Attorney Client |
| 649 | PGE0056497 | PGE0056497 | 3/25/1996 | Multiple Email | Edwards, William H | Warner, Christopher J | Young, Barry W; Peters, Roger J | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN COUNSEL (C. WARNER) AND COUNSEL (W. EDWARDS) REGARDING STRATEGY IN PREPARATION FOR REGULATORY FILING IN GRC PROCEEDINGS BEFORE THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Attorney Client |
| 650 | PGE0056498 | PGE0056498 | 3/25/1996 | Electronic Mail (Email) | Edwards, William H | Warner, Christopher J | Wilson, Michelle L; Peters, Roger J | E-MAIL FROM COUNSEL (W. EDWARDS) TO COUNSEL (C. WARNER) REGARDING STRATEGY IN PREPARATION FOR REGULATORY FILING IN GRC PROCEEDINGS BEFORE THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Attorney Client |
| 651 | PGE0056499 | PGE0056500 | 3/22/1996 | Memo | Wilson, Michelle L; Smith, Bruce T | Glynn Jr, Robert D; Haywood, Robert J; High, Thomas W; Smith, Gordon R; Worthington, Bruce R; Battacharya, Shan; Callaway, Lee; Williams, Barbara Coull; Draeger, Richard A; Harris, Anthony; Harris, Robert L; Jackson, Len L; Kline, Steven L; Long, Thomas C; Pfannenstiel, Jackalyne | Agerter, Linda L; Berman, Katherine K; Bowen, Bruce R; Bottorff, Thomas E; Crichton, Alex; Edwards, William H; Guliasi, Les G; Jordan, Lise H; Kaderali, Shiraz R; Peters, Roger J; Plum, Orville J; Sable, Diane J; Sutton, Marylou; Storz, Paul S; Tessler, Amy; Warner, Christopher J; Williams, Ray D | LEGAL MEMORANDUM FROM COUNSEL (M. WILSON) TO CLIENT REGARDING ATTACHED DRAFT BASE REVENUE APPLICATION AND TESTIMONY (PGE0056501 - PGE0056551) PREPARED IN PREPARATION FOR LITIGATION - REGULATORY PROCEEDINGS - CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Attorney Client; Work Product |
| 652 | PGE0056501 | PGE0056551 | 4/1/1996 | Transcript / Testimony | None | Pacific Gas & Electric Company Management Committee | None | DRAFT BASE REVENUE APPLICATION AND TESTIMONY ATTACHED TO LEGAL MEMORANDUM (PGE0056499) FROM COUNSEL (M. WILSON) TO CLIENT. PREPARED IN PREPARATION FOR LITIGATION - REGULATORY PROCEEDINGS - CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Work Product |

| REF | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 653 | PGE0056552 | PGE0056553 | 3/22/1996 | Memo | Warner, Christopher J; Williams, Ray D; Bangert, A Charles | Skinner, Stanley T; Glynn Jr, Robert D; Shiffer, James D; High, Thomas W; Rueger, Greg M; Jenkins-Stark, Jack F; Smith, Gordon R; Pfannenstiel, Jackalyne; Worthington, Bruce R; Haywood, Robert J; Womack, Lawrence F; Callaway, Lee; Harvey, Kent M; Kline, Steven L; Macias, E James; Testa, Robert D | Kuga, Roy M; Campbell, Walter L; Comstock, Angela; Kaplan, David E; Bottorff, Thomas E; Fukui, Keith O; Frazier-Hampton, Janice; OFlanagan, Joseph F; Peters, Roger J; Wilson, Michelle L; Edwards, William H; Andrews, Veronica F; Smith, Bruce T; Pruett, Greg S | LEGAL MEMORANDUM FROM COUNSEL (C. WARNER) AND CLIENT TO CLIENT REGARDING ATTACHED DRAFT APPLICATION (PGE0056554 - PGE0056569) PREPARED IN PREPARATION FOR REGULATORY FILING IN GRC PROCEEDINGS BEFORE THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Attorney Client; Work Product |
| 654 | PGE0056554 | PGE0056633 | 3/29/1996 | Pleading / Court Filing | Pacific Gas & Electric | Skinner, Stanley T; Glynn Jr, Robert D; Shiffer, James D; High, Thomas W; Rueger, Greg M; Jenkins-Stark, Jack F; Smith, Gordon R; Pfannenstiel, Jackalyne; Worthington, Bruce R; Haywood, Robert J; Womack, Lawrence F; Callaway, Lee; Harvey, Kent M; Kline, Steven L; Macias, E James; Testa, Robert D | Kuga, Roy M; Campbell, Walter L; Comstock, Angela; Kaplan, David E; Bottorff, Thomas E; Fukui, Keith O; Frazier-Hampton, Janice; OFlanagan, Joseph F; Peters, Roger J; Wilson, Michelle L; Edwards, William H; Andrews, Veronica F; Smith, Bruce T; Pruett, Greg S | DRAFT APPLICATION ATTACHED TO LEGAL MEMORANDUM (PGE0056552) FROM COUNSEL (C. WARNER) AND CLIENT TO CLIENT. PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL IN PREPARATION FOR REGULATORY FILING IN GRC PROCEEDINGS BEFORE THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Work Product |
| 655 | PGE0056634 | PGE0056656 | 3/25/1996 | Report / Plan | Comstock, Angela M | Kline, Steven L; Womack, Lawrence F; Gavin, Julie C; Warner, Christopher J | Harvey, Kent; Bottorff, Tom; Campbell, Walt; Encinas, Gary; Hapner, Dede; Pruett, Greg | DRAFT DOCUMENT PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL IN ANTICIPATION OF REGULATORY FILING IN GRC PROCEEDINGS BEFORE THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) REGARDING RESTRUCTURING RATE SETTLEMENT | Work Product |
| 656 | PGE0056657 | PGE0056657 | 3/25/1996 | Memo | Comstock, Angela M | Kline, Steven I.; Womack, Lawrence F; Gavin, Julie C; Warner, Christopher J | Harvey, Kent; Bottorff, Tom; Campbell, Walt; Encinas, Gary; Hapner, Dede; Pruett, Greg | MEMORANDUM TRANSMITTING DRAFT DOCUMENTS PREPARED IN ANTICIPATION OF LITIGATION - REGULATORY PROCEEDING, REQUESTS COMMENT AND REVIEW FROM COUNSEL (C. WARNER) REGARDING PROPOSED RESTRUCTURING RATE SETTLEMENT | Attorney Client |
| 657 | PGE0056676 | PGE0056677 | 3/21/1996 | Financial | Pacific Gas & Electric | None | None | DRAFT WORKPAPERS PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL IN ANTICIPATION OF REGULATORY PROCEEDINGS - GRC - BEFORE THE CALIFORNIA PUBLIC UTILITIES COMMISSION | Work Product |
| 658 | PGE0056678 | PGE0056678 | 3/21/1996 | Graph / Chart / Blueprint | Pacific Gas & Electric | None | None | DRAFT WORKPAPERS PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL IN ANTICIPATION OF REGULATORY PROCEEDINGS - GRC - BEFORE THE CALIFORNIA PUBLIC UTILITIES COMMISSION | Work Product |

| REF | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 659 | PGE0056706 | PGE0056722 | 8/12/1985 | Pleading / Court Filing | Pacific Gas & Electric | None | None | DRAFT APPLICATION WITH MARGINAL NOTES PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL IN ANTICIPATION OF FILING IN GRC PROCEEDINGS BEFORE THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Work Product |
| 660 | PGE0056723 | PGE0056740 | 8/12/1985 | Pleading / Court Filing | Pacific Gas & Electric | None | None | DRAFT APPLICATION WITH MARGINAL NOTES PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL IN ANTICIPATION OF FILING IN GRC PROCEEDINGS BEFORE THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Work Product |
| 661 | PGE0056801 | PGE0056801 | 3/26/1996 | Multiple Email | Worthington, Bruce R; Fukui, Keith O | Warner, Christopher J | None | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN COUNSEL (C. WARNER, B. WORTHINGTON) AND CLIENT REGARDING DRAFT APPLICATION PREPARED IN PREPARATION FOR FILING IN GRC PROCEEDINGS BEFORE THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Attorney Client |
| 662 | PGE0056802 | PGE0056802 | 3/25/1996 | Electronic Mail (Email) | Fukoi, Keith O | Warner, Christopher J | O'Flanagan, Joe | E-MAIL FROM CLIENT TO COUNSEL (C. WARNER) REGARDING DRAFT APPLICATION PREPARED IN PREPARATION FOR FILING IN GRC PROCEEDINGS BEFORE THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Attorney Client |
| 663 | PGE0056803 | PGE0056803 | | Graph / Chart / Blueprint | Pacific Gas & Electric | None | None | DRAFT EXHIBIT TO ACCOMPANY TESTIMONY PREPARED IN ANTICIPATION OF FILING IN GRC PROCEEDINGS BEFORE THE CALIFORNIA PUBLIC UTILITIES COMMISSION | Work Product |
| 664 | PGE0056814 | PGE0056815 | 3/25/1996 | Electronic Mail (Email) | Peters, Roger J | Warner, Christopher J | Williams, Ray D; Bangert, Charles A | E-MAIL FROM COUNSEL (R. PETERS) TO COUNSEL (C. WARNER) REGARDING LEGAL ANALYSIS OF DRAFT APPLICATION PREPARED IN PREPARATION FOR FILING IN GRC PROCEEDINGS BEFORE THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Attorney Client |
| 665 | PGE0056830 | PGE0056845 | 1/1/1997 | Agreement / Contract | Pacific Gas & Electric | None | None | DRAFT SETTLEMENT AGREEMENT PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL IN ANTICIPATION OF FILING IN GRC PROCEEDINGS BEFORE THE CALIFORNIA PUBLIC UTILITIES COMMISSION | Work Product |
| 666 | PGE0057224 | PGE0057227 | | Notes | Locke, Richard F | None | None | HANDWRITTEN NOTES OF COUNSEL (R. LOCKE) REGARDING COMMUNICATION WITH OUTSIDE COUNSEL, B. WOOLDRIDGE (WORSHAM, FORSYTHE & WOOLDRIDGE, ON DCPP RERACK PROJECT. REFLECTS THOUGHTS AND IMPRESSIONS OF COUNSEL | Work Product |

| REF | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 667 | PGE0057229 | PGE0057232 | 8/26/1987 | Report / Plan | Pacific Gas & Electric | Ogden, Dave | None | DRAFT REPORT REGARDING IMPACT OF DELAYS OF WET RERACKING PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL FOR USE IN PREPARATION FOR NUCLEAR REGULATORY COMMISSION (NRC) / ATOMIC SAFETY AND LICENSING BOARD (ASLB) RERACKING HEARINGS | Work Product |
| 668 | PGE0057234 | PGE0057237 | 8/26/1987 | Report / Plan | Pacific Gas & Electric | None | None | DRAFT REPORT PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL FOR USE IN PREPARATION FOR NUCLEAR REGULATORY COMMISSION (NRC) / ATOMIC SAFETY AND LICENSING BOARD (ASLB) RERACKING HEARINGS | Work Product |
| 669 | PGE0057309 | PGE0057309 | 1/9/1989 | Notes | Locke, Richard F | None | None | HANDWRITTEN NOTES OF COUNSEL (R. LOCKE) REGARDING ATOMIC SAFETY AND LICENSING BOARD (ASLB) DECISION. NOTES REFLECT THOUGHTS AND IMPRESSIONS OF COUNSEL | Work Product |
| 670 | PGE0057342 | PGE0057342 | 7/15/1987 | Agenda / Meeting Minute | Pacific Gas & Electric | Moore, G | None | DRAFT SUMMARY WITH MARGINAL NOTES PREPARED FOR PRESENTATION TO THE BOARD OF DIRECTORS INCLUDING LEGAL ANALYSIS AND RECOMMENDATIONS OF ANTICIPATED LITIGATION - REGULATORY PROCEEDING FOR NUCLEAR DECOMMISSIONING COST TRIENNIAL PROCEEDING (NDCTP). REFLECTS RECOMMENDATIONS RELATING TO DECISIONS REGARDING THE FILING OF AN ADVICE LETTER WITH THE CPUC. | Work Product |
| 671 | PGE0057343 | PGE0057343 | 6/30/1987 | Financial | Pacific Gas & Electric | Moore, G | None | DRAFT SUMMARY WITH MARGINAL NOTES PREPARED FOR PRESENTATION TO THE BOARD OF DIRECTORS INCLUDING LEGAL ANALYSIS AND RECOMMENDATIONS OF ANTICIPATED LITIGATION - REGULATORY PROCEEDING FOR NUCLEAR DECOMMISSIONING COST TRIENNIAL PROCEEDING (NDCTP). REFLECTS RECOMMENDATIONS RELATING TO DECISIONS REGARDING THE FILING OF AN ADVICE LETTER WITH THE CPUC. | Work Product |
| 672 | PGE0057363 | PGE0057363 | 7/7/1987 | Report / Plan | Pacific Gas & Electric | Moore, G | None | DRAFT SUMMARY WITH MARGINAL NOTES PREPARED FOR PRESENTATION TO THE BOARD OF DIRECTORS INCLUDING LEGAL ANALYSIS AND RECOMMENDATIONS OF ANTICIPATED LITIGATION - REGULATORY PROCEEDING FOR NUCLEAR DECOMMISSIONING COST TRIENNIAL PROCEEDING (NDCTP). REFLECTS RECOMMENDATIONS RELATING TO DECISIONS REGARDING THE FILING OF AN ADVICE LETTER WITH THE CPUC. | Work Product |

| REF | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 673 | PGE0057408 | PGE0057408 | | Report / Plan | Pacific Gas & Electric | None | None | DRAFT REPORT PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL FOR USE IN PREPARATION FOR NUCLEAR REGULATORY COMMISSION (NRC) / ATOMIC SAFETY AND LICENSING BOARD (ASLB) RERACKING HEARINGS | Work Product |
| 674 | PGE0057412 | PGE0057412 | 7/15/1987 | Report / Plan | Pacific Gas & Electric | Pacific Gas & Electric Company Board of Directors | None | DRAFT REPORT WITH MARGINAL NOTES PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL TO BE SUBMITTED TO THE BOARD OF DIRECTORS FOR APPROVAL PRIOR TO OR IN ANTICIPATION OF LITIGATION - REGULATORY PROCEEDING. | Work Product |
| 675 | PGE0057413 | PGE0057413 | 6/30/1987 | Financial | Pacific Gas & Electric | None | None | DRAFT REPORT WITH MARGINAL NOTES PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL TO BE SUBMITTED TO THE BOARD OF DIRECTORS FOR APPROVAL PRIOR TO OR IN ANTICIPATION OF LITIGATION - REGULATORY PROCEEDING. | Work Product |
| 676 | PGE0057419 | PGE0057419 | 7/7/1987 | Agenda / Meeting Minute | Pacific Gas & Electric | Pacific Gas & Electric Company Management Committee | None | DRAFT SUMMARY WITH MARGINAL NOTES PREPARED FOR PRESENTATION TO THE BOARD OF DIRECTORS INCLUDING LEGAL ANALYSIS AND RECOMMENDATIONS OF ANTICIPATED LITIGATION - REGULATORY PROCEEDING FOR NUCLEAR DECOMMISSIONING COST TRIENNIAL PROCEEDING (NDCTP). REFLECTS RECOMMENDATIONS RELATING TO DECISIONS REGARDING THE FILING OF AN ADVICE LETTER WITH THE CPUC. | Work Product |
| 677 | PGE0057421 | PGE0057422 | 6/29/1987 | Letter | Golub, Howard V | Smith, Thomas H | Van Note, Larry D | LEGAL MEMORANDUM FROM COUNSEL (H. GOLUB) TO CLIENT REGARDING LEGAL ANALYSIS OF PROPOSALS SUBMITTED TO MANAGEMENT COMMITTEE ON DCPP SPENT POOL RERACKING | Attorney Client; Work Product |
| 678 | PGE0057428 | PGE0057447 | 1/25/1985 | Report / Plan | Pacific Gas & Electric Company | None | None | DRAFT APPLICATION REGARDING HBPP SAFSTOR PREPARED IN ANTICIPATION OF LITIGATION - REGULATORY PROCEEDINGS - GRC BEFORE THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Work Product |
| 679 | PGE0057525 | PGE0057525 | 1/18/1984 | Report / Plan | None | Pacific Gas & Electric Company Board of Directors | None | DRAFT REPORT WITH MARGINAL NOTES REGARDING HBPP DECOMMISSIONING. PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL TO BE SUBMITTED TO THE BOARD OF DIRECTORS FOR APPROVAL PRIOR TO OR IN ANTICIPATION OF LITIGATION - REGULATORY PROCEEDING. | Work Product |
| 680 | PGE0057532 | PGE0057533 | 1/18/1984 | Report / Plan | None | Pacific Gas & Electric Company Board of Directors | None | DRAFT REPORT WITH MARGINAL NOTES REGARDING HBPP DECOMMISSIONING. PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL TO BE SUBMITTED TO PG&E BOARD OF DIRECTORS FOR APPROVAL PRIOR TO OR IN ANTICIPATION OF LITIGATION - REGULATORY PROCEEDING. | Work Product |

| REF | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 681 | PGE0057577 | PGE0057578 | 1/18/1984 | Report / Plan | None | Pacific Gas & Electric Company Board of Directors | None | DRAFT REPORT WITH MARGINAL NOTES REGARDING HBPP DECOMMISSIONING. PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL TO BE SUBMITTED TO PG&E BOARD OF DIRECTORS FOR APPROVAL PRIOR TO OR IN ANTICIPATION OF LITIGATION - REGULATORY PROCEEDING. | Work Product |
| 682 | PGE0057580 | PGE0057581 | 1/18/1984 | Report / Plan | None | Pacific Gas & Electric Company Board of Directors | None | DRAFT REPORT WITH MARGINAL NOTES REGARDING HBPP DECOMMISSIONING. PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL TO BE SUBMITTED TO PG&E BOARD OF DIRECTORS FOR APPROVAL PRIOR TO OR IN ANTICIPATION OF LITIGATION - REGULATORY PROCEEDING. | Work Product |
| 683 | PGE0057592 | PGE0057592 | 1/18/1984 | Financial | None | Pacific Gas & Electric Company Board of Directors | None | DRAFT REPORT WITH MARGINAL NOTES REGARDING HBPP DECOMMISSIONING. PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL TO BE SUBMITTED TO PG&E BOARD OF DIRECTORS FOR APPROVAL PRIOR TO OR IN ANTICIPATION OF LITIGATION - REGULATORY PROCEEDING. | Work Product |
| 684 | PGE0057911 | PGE0057911 | 5/30/1985 | Memo | Vincent, Louis E | Balmes, K; Fuller, Donna; Klein, J J; Nelson, Fred; Nelson, R T; Raggio, J; Smith, B T | Golub, H V; Locke, Richard F; Shiffer, J D | LEGAL MEMORANDUM FROM COUNSEL (L. VINCENT) TO CLIENT REGARDING RESPONSE TO CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) DATA REQUEST | Attorney Client; Work Product |
| 685 | PGE0058039 | PGE0058039 | | Notes | Wogsland, Ward A | None | None | NOTES SUMMARIZING ADVICE OF COUNSEL REGARDING TESTIMONY BEFORE THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC). PREPARED IN PREPARATION FOR REGULATORY PROCEEDINGS - GRC | Work Product |
| 686 | PGE0058040 | PGE0058040 | | Notes | Wogsland, Ward A | None | None | NOTES SUMMARIZING ADVICE OF COUNSEL REGARDING TESTIMONY BEFORE THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC). PREPARED IN PREPARATION FOR REGULATORY PROCEEDINGS - GRC | Work Product |
| 687 | PGE0058239 | PGE0058241 | 2/12/1987 | Memo | Knotts Jr, Joseph B (Bishop Liberman); Stoda, James B (Bishop Liberman) | Oglesby, Douglas A | Locke, Richard F; Lew, Barclay | LEGAL MEMORANDUM FROM OUTSIDE COUNSEL, J. KNOTTS, JR AND J. STODA (BISHOP, LIBERMAN, COOK, PURCELL & REYNOLDS), TO COUNSEL (D. OGLESBY) REGARDING NUCLEAR SAFETY ISSUES | Attorney Client; Work Product |
| 688 | PGE0058245 | PGE0058270 | 2/13/1987 | Letter/Transcript/Testimony | Wu, George C | Norton, Bruce | Locke, Richard F; Martore, J | COVER LETTER AND ATTACHED DRAFT TESTIMONY AND DEPOSITION QUESTIONS (PGE0058246 - PGE0058296) PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL IN ANTICIPATION OF LITIGATION - REGULATORY PROCEEDINGS (NRC) REGARDING DCPP SPENT FUEL POOL RERACK. DUPLICATE OR SIMILAR VERSION AT PGE058271 - PGE058296 | Work Product |

| REF | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 689 | PGE0058271 | PGE0058296 | 2/13/1987 | Letter/Transcript/Testimony | Wu, George C | Norton, Bruce | Locke, Richard F; Martore, J | COVER LETTER AND ATTACHED DRAFT TESTIMONY AND DEPOSITION QUESTIONS (PGE0058272 - PGE0058296) PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL IN ANTICIPATION OF LITIGATION - REGULATORY PROCEEDINGS (NRC) REGARDING DCPP SPENT FUEL POOL RERACK. DUPLICATE VERSION AT PGE058245 - PGE058270 | |
| 690 | PGE0058297 | PGE0058298 | 12/09/0000 | Report / Plan | None | Locke, Richard | None | DRAFT REPORT PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL IN PREPARATION FOR HEARINGS BEFORE THE NUCLEAR REGULATORY COMMISSION (NRC) | Work Product |
| 691 | PGE0058300 | PGE0058325 | 11/20/1986 | Report / Plan | Wu, George C | Locke, Richard | None | DRAFT REPORT AND ATTACHMENT (PGE0058322 - PGE0058325) PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL IN PREPARATION FOR HEARINGS BEFORE THE NUCLEAR REGULATORY COMMISSION (NRC) REGARDING DCPP SPENT FUEL POOL RERACK LICENSING | Work Product |
| 692 | PGE0058335 | PGE0058336 | 11/12/1986 | Report / Plan | Wu, George C | Locke, Richard | None | DOCUMENT PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL IN ANTICIPATION OF LITIGATION - REGULATORY PROCEEDINGS (NRC, ASLB) REGARDING DCPP SPENT FUEL POOL RERACK REGULATORY STRATEGY. | Work Product |
| 693 | PGE0058357 | PGE0058358 | 12/5/1986 | Agenda / Meeting Minute | Wu, George C | Locke, Richard | None | DOCUMENT PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL IN ANTICIPATION OF LITIGATION - REGULATORY PROCEEDINGS (NRC, ASLB) REGARDING DCPP SPENT FUEL POOL RERACK REGULATORY STRATEGY. | Work Product |
| 694 | PGE0058360 | PGE0058366 | 11/26/1986 | Memo /Transcript / Testimony | Wu, George C | Connell, E C; Johnson, S A; McCall, J K; White, W H; Bhattacharya, S; | Crane, P A; Locke, Richard F; Ogden, D W; Norton, Bruce | COVER MEMORANDUM AND ATTACHED DRAFT TESTIMONY (PGE0058361 - PGE0058366) PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL IN ANTICIPATION OF REGULATORY PROCEEDINGS - NUCLEAR REGULATORY COMMISSION (NRC) REGARDING DCPP SPENT FUEL POOL RERACK. | Work Product |
| 695 | PGE0058367 | PGE0058376 | 11/26/1986 | Transcript / Testimony | Wu, George C | Norton, Bruce | Locke, Richard; Connell, E C; McCall, J K; White, W H; Bhattacharya, S; | COVER MEMORANDUM AND ATTACHED DRAFT TESTIMONY (PGE0058368 - PGE0058376) PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL IN ANTICIPATION OF REGULATORY PROCEEDINGS - NUCLEAR REGULATORY COMMISSION (NRC) REGARDING DCPP SPENT FUEL POOL RERACK. | Work Product |
| 696 | PGE0058377 | PGE0058378 | | Notes | None | Locke, Richard | None | HANDWRITTEN NOTES REFLECTING NG REGULATORY STRATEGY REGARDING DCPP SPENT FUEL POOL RERACK HEARINGS | Work Product |

| REF | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 697 | PGE0058473 | PGE0058473 | 9/17/1986 | Memo | Fujimoto, Warren H | Locke, Richard F | Blanc, G A; Carroll, J C; Lew, B S; Wu, G C | MEMORANDUM FROM CLIENT TO COUNSEL (R. LOCKE) REGARDING ENVIRONMENTAL LAW ISSUES. CONTAINS DESCRIPTION OF LEGAL ADVICE SOUGHT FROM COUNSEL | Attorney Client |
| 698 | PGE0058493 | PGE0058495 | 10/27/1986 | Letter | Pacific Gas & Electric Company Legal Department | None | Carroll, J C; Coffer, C O; Crane, P A; DeUriarte, T G; Moore, G H; Norton, B | DRAFT REPORT (PGE0058493 - PGE0058495) PREPARED BY PG&E LAW DEPARTMENT AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL FOR USE IN PREPARATION FOR NUCLEAR REGULATORY COMMISSION (NRC) / ATOMIC SAFETY AND LICENSING BOARD (ASLB) RERACKING HEARINGS. ATTACHMENTS (PGE0058496 - PGE0058509) INCLUDES REVIEW AND ANALYSIS BY PG&E LAW DEPARTMENT FOR LEGAL SUFFICIENCY | Attorney Client; Work Product |
| 699 | PGE0058496 | PGE0058497 | | Report / Plan | Pacific Gas & Electric Company Legal Department | None | None | ATTACHMENT TO DRAFT REPORT (PGE0058493 - PGE0058495) PREPARED BY PG&E LAW DEPARTMENT AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL FOR USE IN PREPARATION FOR NUCLEAR REGULATORY COMMISSION (NRC) / ATOMIC SAFETY AND LICENSING BOARD (ASLB) RERACKING HEARINGS. ATTACHMENT INCLUDES REVIEW AND ANALYSIS BY PG&E LAW DEPARTMENT FOR LEGAL SUFFICIENCY | Attorney Client; Work Product |
| 700 | PGE0058498 | PGE0058500 | | Report / Plan | Pacific Gas & Electric Company Legal Department | None | None | ATTACHMENT TO DRAFT REPORT (PGE0058493 - PGE0058495) PREPARED BY PG&E LAW DEPARTMENT AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL FOR USE IN PREPARATION FOR NUCLEAR REGULATORY COMMISSION (NRC) / ATOMIC SAFETY AND LICENSING BOARD (ASLB) RERACKING HEARINGS. ATTACHMENT INCLUDES REVIEW AND ANALYSIS BY PG&E LAW DEPARTMENT FOR LEGAL SUFFICIENCY | Attorney Client; Work Product |
| 701 | PGE0058501 | PGE0058506 | | Report / Plan | Pacific Gas & Electric Company Legal Department | None | None | ATTACHMENT TO DRAFT REPORT (PGE0058493 - PGE0058495) PREPARED BY PG&E LAW DEPARTMENT AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL FOR USE IN PREPARATION FOR NUCLEAR REGULATORY COMMISSION (NRC) / ATOMIC SAFETY AND LICENSING BOARD (ASLB) RERACKING HEARINGS. ATTACHMENT INCLUDES REVIEW AND ANALYSIS BY PG&E LAW DEPARTMENT FOR LEGAL SUFFICIENCY | Attorney Client; Work Product |

| REF | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 702 | PGE0058507 | PGE0058509 | | Report / Plan | Pacific Gas & Electric Company Legal Department | None | None | ATTACHMENT TO DRAFT REVIEW (PGE0058493 - PGE0058495) PREPARED BY PG&E LAW DEPARTMENT AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL FOR USE IN PREPARATION FOR NUCLEAR REGULATORY COMMISSION (NRC) / ATOMIC SAFETY AND LICENSING BOARD (ASLB) RERACKING HEARINGS. ATTACHMENT INCLUDES REVIEW AND ANALYSIS FOR LEGAL SUFFICIENCY | Attorney Client; Work Product |
| 703 | PGE0058573 | PGE0058573 | 3/30/1995 | Letter | Locke, Richard F | Kayser, Cynthia | How-Downing, Lindsey; Faraglia, Annette | CORRESPONDENCE FROM COUNSEL (R. LOCKE) TO CLIENT REGARDING LEGAL ANALYSIS OF UNITED STATES COURT OF APPEALS NINTH CIRCUIT DECISION | Attorney Client |
| 704 | PGE0058706 | PGE0058706 | 2/8/1995 | Memo | Locke, Richard F | Warner, Christopher J | How-Downing, Lindsey | LEGAL MEMORANDUM FROM COUNSEL (R. LOCKE) TO COUNSEL (C. WARNER) REGARDING RESPONSE TO REQUESTED INFORMATION | Attorney Client; Work Product |
| 705 | PGE0058710 | PGE0058711 | 2/7/1995 | Memo | Locke, Richard F | Gavin, Julie C | Sullivan, Bill; Warner, Christopher J | LEGAL MEMORANDUM FROM COUNSEL (R. LOCKE) TO COUNSEL (J. GAVIN) REGARDING INSURANCE ISSUES | Attorney Client; Work Product |
| 706 | PGE0058822 | PGE0058822 | 1/17/1995 | Memo | Locke, Richard F | Rigney, Peter | Warner, Christopher J | LEGAL MEMORANDUM FROM COUNSEL (R. LOCKE) TO COUNSEL (P. RIGNEY) REGARDING HBPP SAFSTOR LICENSE AMENDMENT ISSUES | Attorney Client; Work Product |
| 707 | PGE0058905 | PGE0058905 | 1/3/1995 | Letter | Locke, Richard F | Warner, Christopher J | None | CORRESPONDENCE FROM COUNSEL (R. LOCKE) TO COUNSEL (C. WARNER) REGARDING DCPP LICENSING ISSUES | Attorney Client |
| 708 | PGE0060513 | PGE0060527 | | Transcript / Testimony | Laguardia, Thomas S | None | None | DRAFT TESTIMONY OF TLG ENGINEERING, INC. EMPLOYEE (T. LAGUARDIA) REGARDING DCPP DECOMMISSIONING COST STUDY. PREPARED IN ANTICIPATION OF LITIGATION - REGULATORY PROCEEDINGS - GRC | Attorney Client; Work Product |
| 709 | PGE0062930 | PGE0063025 | 5/9/1995 | Report / Plan | Repka, David A (Winston & Strawn); Knotts Jr, Joseph B (Winston & Strawn) | Pacific Gas & Electric Company | None | REPORT PREPARED BY OUTSIDE COUNSEL, D. REPKA AND J. KNOTTS, JR (WINSTON & STRAWN), FOR PG&E REGARDING SPENT FUEL STORAGE LICENSING ISSUES | Attorney Client; Work Product |
| 710 | PGE0063075 | PGE0063075 | 8/8/1991 | Memo | Warner, Christopher J | Gardner, Jeffery E | Greene, Eric M; Ogden, David W; Locke, Richard F | LEGAL MEMORANDUM FROM OUTSIDE COUNSEL (C. WARNER) TO CLIENT REGARDING LICENSE AMENDMENT REQUEST FOR DCPP ISFSI DEVELOPMENT | Attorney Client; Work Product |
| 711 | PGE0063078 | PGE0063078 | 9/5/1991 | Memo | Gardner, Jeffery E | Warner, Christopher J | Greene, E M; Ogden, D W; Locke, R F; Budke, R L; Mack, T A; Fujisaki, E M; Connell, E C; Fujimoto, W H; Gisclon, J M; Lorenz, R W; Duke, D L | MEMORANDUM FROM CLIENT TO COUNSEL (C. WARNER) REGARDING LICENSE AMENDMENT REQUEST FOR DCPP ISFSI DEVELOPMENT. IN PREPARATION FOR REGULATORY FILING | Attorney Client |
| 712 | PGE0063079 | PGE0063079 | 9/17/1993 | Report / Plan | Locke, Richard F | None | None | HANDWRITTEN NOTES OF COUNSEL (R. LOCKE) REGARDING MEETING IN PREPARATION FOR REGULATORY PROCEEDINGS - LICENSE AMENDMENT REQUEST. NOTES REFLECT THOUGHT AND IMPRESSIONS OF COUNSEL | Work Product |

Pacific Gas and Electric v. United States
United States Court of Federal Claims
Case No. 04-74 (into which has been consolidated 04-75)

November 7, 2005
SUPPLEMENTAL PRIVILEGE LOG

| REF | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 713 | PGE0063130 | PGE0063130 | 3/16/1995 | Electronic Mail (Email) | Locke, Richard F | Duke, David L | Angus, Michael J; Ovadia, David; Warner, Christopher J; Johnson, Roger L; Womack, Lawrence F | E-MAIL FROM COUNSEL (R. LOCKE) TO CLIENT REGARDING LICENSE AMENDMENT REQUEST FOR DCPP ISFSI. INCLUDES LEGAL ANALYSIS | Attorney Client |
| 714 | PGE0063134 | PGE0063134 | 4/24/1995 | Agenda / Meeting Minute | Locke, Richard F | None | None | HANDWRITTEN NOTES OF COUNSEL (R. LOCKE) REGARDING MEETING IN PREPARATION FOR REGULATORY PROCEEDINGS - LICENSE AMENDMENT REQUEST. INCLUDES THOUGHTS AND IMPRESSIONS OF COUNSEL | Work Product |
| 715 | PGE0063137 | PGE0063155 | 6/30/1995 | Letter | Rueger, Gregory M | Locke, Richard F | None | DRAFT LETTER AND ATTACHMENTS (PGE0063138 - PGE0063155) ADDRESSED TO THE NUCLEAR REGULATORY COMMISSION (NRC) PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL IN ANTICIPATION OF LITIGATION - REGULATORY PROCEEDING (NRC) REGARDING LICENSE AMENDMENT REQUEST | Work Product |
| 716 | PGE0063361 | PGE0063367 | 4/14/1983 | Memo | Silberg, Jay E (Shaw Pittman) | Locke, Richard F | None | LEGAL MEMORANDUM AND ATTACHMENTS (PGE0063364 - PGE0063367) FROM OUTSIDE COUNSEL, J. SILBERG (SHAW, PITTMAN POTTS & TROWBRIDGE), TO CLIENT REFLECTING MENTAL PROCESSES AND STRATEGY REGARDING STANDARD CONTRACT FOR SPENT NUCLEAR FUEL DISPOSAL | Attorney Client; Work Product |
| 717 | PGE0063479 | PGE0063502 | 3/3/1983 | Report / Plan | None | Locke, Richard F | None | DRAFT COMMENTS PREPARED AT THE REQUEST OF UNDER THE SUPERVISION OF COUNSEL IN RESPONSE TO NOTICE OF PROPOSED RULEMAKING REGARDING STANDARD CONTRACT FOR SPENT NUCLEAR FUEL DISPOSAL | Work Product |
| 718 | PGE0063506 | PGE0063553 | 3/4/1983 | Report / Plan | None | Locke, Richard F | None | DRAFT COMMENTS PREPARED AT THE REQUEST OF UNDER THE SUPERVISION OF COUNSEL IN RESPONSE TO NOTICE OF PROPOSED RULEMAKING REGARDING STANDARD CONTRACT FOR SPENT NUCLEAR FUEL DISPOSAL | Work Product |
| 719 | PGE0063554 | PGE0063586 | 3/3/1983 | Report / Plan | None | Locke, Richard F | None | DRAFT COMMENTS PREPARED AT THE REQUEST OF UNDER THE SUPERVISION OF COUNSEL IN RESPONSE TO NOTICE OF PROPOSED RULEMAKING REGARDING STANDARD CONTRACT FOR SPENT NUCLEAR FUEL DISPOSAL | Work Product |
| 720 | PGE0063587 | PGE0063621 | 2/25/1983 | Report / Plan | None | Locke, Richard F | None | DRAFT COMMENTS PREPARED AT THE REQUEST OF UNDER THE SUPERVISION OF COUNSEL IN RESPONSE TO NOTICE OF PROPOSED RULEMAKING REGARDING STANDARD CONTRACT FOR SPENT NUCLEAR FUEL DISPOSAL | Work Product |