| REF | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 721 | PGE0063622 | PGE0063633 | 2/25/1983 | Report / Plan | None | Locke, Richard F | None | DRAFT COMMENTS PREPARED AT THE REQUEST OF UNDER THE SUPERVISION OF COUNSEL IN RESPONSE TO NOTICE OF PROPOSED RULEMAKING REGARDING STANDARD CONTRACT FOR SPENT NUCLEAR FUEL DISPOSAL | Work Product |
| 722 | PGE0063634 | PGE0063643 | | Report / Plan | None | Locke, Richard F | None | DRAFT COMMENTS PREPARED AT THE REQUEST OF UNDER THE SUPERVISION OF COUNSEL IN RESPONSE TO NOTICE OF PROPOSED RULEMAKING REGARDING STANDARD CONTRACT FOR SPENT NUCLEAR FUEL DISPOSAL | Work Product |
| 723 | PGE0063645 | PGE0063649 | 2/24/1983 | Report / Plan | None | Locke, Richard F | None | DRAFT COMMENTS PREPARED AT THE REQUEST OF UNDER THE SUPERVISION OF COUNSEL IN RESPONSE TO NOTICE OF PROPOSED RULEMAKING REGARDING STANDARD CONTRACT FOR SPENT NUCLEAR FUEL DISPOSAL | Work Product |
| 724 | PGE0063655 | PGE0063662 | | Report / Plan | None | Locke, Richard F | None | DRAFT COMMENTS PREPARED AT THE REQUEST OF UNDER THE SUPERVISION OF COUNSEL IN RESPONSE TO NOTICE OF PROPOSED RULEMAKING REGARDING STANDARD CONTRACT FOR SPENT NUCLEAR FUEL DISPOSAL | Work Product |
| 725 | PGE0063705 | PGE0063707 | 6/26/2000 | Multiple Email | De La Torre, Rose | Warner, Christopher J; Locke, Richard F; Price, Karen; Lerch, Terri | Lett, Theresa; Fotis, Harriet M; | EMAIL CHAIN CONTAINING COMMUNICATION BETWEEN COUNSEL (R. DE LA TORRE) AND COUNSEL (C. WARNER) REGARDING DESCRIPTION OF LEGAL ADVICE SOUGHT FROM COUNSEL AND LEGAL ADVICE FROM COUNSEL | Attorney Client |
| 726 | PGE0063767 | PGE0063769 | 6/26/2000 | Multiple Email | Warner, Christopher J | Locke, Richard F | None | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN COUNSEL (C. WARNER) AND COUNSEL (R. LOCKE) REGARDING COASTAL DEVELOPMENT PERMIT REPORT PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL. PROVIDES REQUESTED INFORMATION | Attorney Client; Work Product |
| 727 | PGE0063789 | PGE0063789 | 6/22/2000 | Electronic Mail (Email) | De La Torre, Rose | Warner, Christopher J | Locke, Richard F | E-MAIL FROM COUNSEL (R. DE LA TORRE) TO COUNSEL (C. WARNER) REGARDING ATTACHED (PGE0063790 - PGE0063792) DCPP ISFSI INFORMATION | Attorney Client |
| 728 | PGE0063790 | PGE0063792 | 6/22/2000 | Report / Plan | DeLaTorre, Rose | Warner, Christopher J | Locke, Richard F | ATTACHMENT TO E-MAIL (PGE0063789) FROM COUNSEL (R. DE LA TORRE) TO COUNSEL (C. WARNER) REGARDING DCPP ISFSI INFORMATION. INCLUDES LEGAL ADVICE FROM COUNSEL, AND REFLECTS LEGAL ADVICE OF OUTSIDE COUNSEL, B. SCHIEBELHUT (SINSHEIMER, SCHIEBELHUT & BAGGETT) | Attorney Client |
| 729 | PGE0063793 | PGE0063793 | 6/14/2000 | Multiple Email | Cassidy, Leigh | Billeter, Byron; Patterson, Richard | Tomkins, James; Locke, Richard F; Patton, Bruce; Phillips, Blane; Womack, Lawrence | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN COUNSEL (L. CASSIDY) AND CLIENT REGARDING HOLTEC CONTRACT FOR DCPP ISFSI PROJECT | Attorney Client |

| REF | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 730 | PGE0063797 | PGE0063797 | 6/22/2000 | Electronic Mail (Email) | Cassidy, Leigh | Singh, K P (Holtec) | Russell, Joy; Locke, Richard F; Phillips, Blane; Patton, Bruce; Klimczak, Richard | E-MAIL FROM COUNSEL (L. CASSIDY) TO VENDOR, HOLTEC (K. SINGH) REGARDING ATTACHED (PGE0063798 - PGE0063800) DOCUMENTS SUMMARIZING CONTRACT NEGOTIATIONS FOR DCPP ISFSI PROJECT. ATTACHMENTS PREPARED BY COUNSEL (L. CASSIDY) | Attorney Client; Work Product |
| 731 | PGE0063798 | PGE0063799 | 6/8/2000 | Report / Plan | Cassidy, Leigh | Singh, K P (Holtec) | Russell, Joy; Locke, Richard F; Phillips, Blane; Patton, Bruce; Klimczak, Richard | ATTACHMENT TO E-MAIL (PGE0063797) FROM COUNSEL (L. CASSIDY) TO VENDOR, HOLTEC (K. SINGH), SUMMARIZING CONTRACT NEGOTIATIONS FOR DCPP ISFSI PROJECT. DOCUMENT PREPARED BY COUNSEL (L. CASSIDY) | Work Product |
| 732 | PGE0063800 | PGE0063800 | 6/8/2000 | Report / Plan | Cassidy, Leigh | Singh, K P (Holtec) | Russell, Joy; Locke, Richard F; Phillips, Blane; Patton, Bruce; Klimczak, Richard | ATTACHMENT TO E-MAIL (PGE0063797) FROM COUNSEL (L. CASSIDY) TO VENDOR, HOLTEC (K. SINGH), SUMMARIZING CONTRACT NEGOTIATIONS FOR DCPP ISFSI PROJECT. DOCUMENT PREPARED BY COUNSEL (L. CASSIDY) | Work Product |
| 733 | PGE0063801 | PGE0063801 | 6/13/2000 | Notes | Locke, Richard F | None | None | HANDWRITTEN NOTES OF COUNSEL (R. LOCKE) REGARDING DCPP ISFSI LICENSING ISSUES. NOTES REFLECT THOUGHTS AND IMPRESSIONS OF COUNSEL | Work Product |
| 734 | PGE0063828 | PGE0063828 | 6/23/2000 | Multiple Email | Kelly, Patricia | Warner, Christopher J; Locke, Richard F | Tomkins, James | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN COUNSEL (C. WARNER) AND CLIENT REGARDING ATTACHED (PGE0063829 - PGE0063830) COASTAL DEVELOPMENT PERMIT PROCESS FOR DCPP ISFSI. PREPARED IN ANTICIPATION OF REGULATORY PROCEEDINGS - CALIFORNIA COASTAL COMMISSION (CCC). PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL | Attorney Client |
| 735 | PGE0063829 | PGE0063830 | 6/23/2000 | Report / Plan | Kelly, Patricia | Warner, Christopher J; Locke, Richard F | Tomkins, James | ATTACHMENT TO E-MAIL CHAIN (PGE0063828) CONTAINING COMMUNICATION BETWEEN COUNSEL (C. WARNER) AND CLIENT REGARDING COASTAL DEVELOPMENT PERMIT PROCESS FOR DCPP ISFSI. PREPARED IN ANTICIPATION OF REGULATORY PROCEEDINGS - CALIFORNIA COASTAL COMMISSION (CCC). PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL | Attorney Client; Work Product |
| 736 | PGE0063831 | PGE0063831 | 7/7/2000 | Agenda / Meeting Minute | Locke, Richard F | None | None | HANDWRITTEN NOTES OF COUNSEL (R. LOCKE) REGARDING DCPP ISFSI LICENSING ISSUES. NOTES REFLECT THOUGHTS AND IMPRESSIONS OF COUNSEL | Work Product |
| 737 | PGE0063844 | PGE0063844 | 6/29/2000 | Electronic Mail (Email) | Grebel, Terence | Johnson, Roger | Locke, Richard F; Tomkins, James; Nelson, Lisa; Womack, Lawrence; Patton, Bruce | EMAIL FROM CLIENT, INCLUDES REQUEST TO COUNSEL (R. LOCKE) TO REVIEW FOR LEGAL SUFFICIENCY AND PROVIDE COMMENT RE: DRAFT SECTION OF DCPP ISFSI APPLICATION | Attorney Client |
| 738 | PGE0063847 | PGE0063847 | 6/29/2000 | Electronic Mail (Email) | Grebel, Terence | Locke, Richard F; Tomkins, James; Johnson, Roger | Womack, Lawrence; Nelson, Lisa | EMAIL FROM CLIENT TO COUNSEL (R. LOCKE) REQUESTING ADVICE AND REVIEW FOR LEGAL SUFFICIENCY RE: UPDATED DRAFT LICENSE APPLICATION. | Attorney Client |

| REF | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 739 | PGE0063848 | PGE0063849 | 00/00/2000 | Letter | Rueger, Gregory M | None | None | DRAFT LETTER TO NUCLEAR REGULATORY COMMISSION (NRC) REGARDING ATTACHED (PGE0063850 - PGE0063861) DRAFT LICENSE APPLICATION FOR DCPP ISFSI DEVELOPMENT. PREPARED FOR FILING BEFORE THE NRC | Attorney Client; Work Product |
| 740 | PGE0063850 | PGE0063861 | | Report / Plan | None | Locke, Richard F | None | DRAFT LICENSE APPLICATION ATTACHED TO DRAFT LETTER (PGE0063848) TO NUCLEAR REGULATORY COMMISSION (NRC) REGARDING DCPP ISFSI DEVELOPMENT. PREPARED FOR FILING BEFORE THE NRC | Attorney Client; Work Product |
| 741 | PGE0064573 | PGE0064573 | 7/12/1999 | Electronic Mail (Email) | Kapus, Robert | Locke, Richard F; Cassidy, Leigh | Patton, Bruce; Willis, Roy; Carden, Harold | E-MAIL FROM CLIENT TO COUNSEL (R. LOCKE, L. CASSIDY) REGARDING HOLTEC ISFSI DEVELOPMENT ISSUES. REFLECTS CONVERSATIONS WITH COUNSEL | Attorney Client |
| 742 | PGE0064574 | PGE0064574 | 7/12/1999 | Multiple Email | Kapus, Robert | Locke, Richard F; Cassidy, Leigh | Placak, Richard; Carden, Harold; Willis, Roy; Patton, Bruce | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN COUNSEL (R. LOCKE, L. CASSIDY) AND CLIENT REGARDING HOLTEC ISFSI DEVELOPMENT ISSUES | Attorney Client |
| 743 | PGE0064887 | PGE0064887 | 11/16/2001 | Multiple Email | Grebel, Terence | Locke, Richard F | Repka, Dave (Winston & Strawn); Strickland, L Jearl | EMAIL BETWEEN CLIENT AND COUNSEL (R. LOCKE) INCLUDING OUTSIDE COUNSEL, D. REPKA (WINSTON & STRAWN), REGARDING DRAFT RESPONSES TO NUCLEAR REGULATORY COMMISSION (NRC) REQUEST FOR INFORMATION. INCLUDES REQUEST FOR LEGAL ADVICE FROM COUNSEL (R. LOCKE) | Attorney Client |
| 744 | PGE0065043 | PGE0065043 | 6/18/2001 | Electronic Mail (Email) | Cassidy, Leigh | Patton, Bruce; Locke, Richard F; Phillips, Blane | None | E-MAIL FROM COUNSEL (L. CASSIDY) TO CLIENT AND COUNSEL (R. LOCKE) REGARDING ATTACHED (PGE0065044 - PGE0065059) DRAFT LEGAL MEMORANDUM PREPARED BY COUNSEL REGARDING HOLTEC CONTRACT FOR DCPP ISFSI PROJECT. FORWARDED TO COUNSEL FOR COMMENT | Attorney Client |
| 745 | PGE0065044 | PGE0065054 | 6/15/2001 | Report / Plan | Cassidy, Leigh | None | None | DRAFT LEGAL MEMORANDUM PREPARED BY COUNSEL (L. CASSIDY) REGARDING HOLTEC CONTRACT FOR DCPP ISFSI PROJECT. ATTACHED TO E-MAIL (PGE0065043) FROM COUNSEL (L. CASSIDY) TO CLIENT AND COUNSEL (R. LOCKE). FORWARDED TO COUNSEL FOR COMMENT | Attorney Client; Work Product |
| 746 | PGE0065055 | PGE0065059 | 6/16/2001 | Report / Plan | Cassidy, Leigh | None | None | DRAFT LEGAL MEMORANDUM PREPARED BY COUNSEL (L. CASSIDY) REGARDING HOLTEC CONTRACT FOR DCPP ISFSI PROJECT. ATTACHED TO E-MAIL (PGE0065043) FROM COUNSEL (L. CASSIDY) TO CLIENT AND COUNSEL (R. LOCKE). FORWARDED TO COUNSEL FOR COMMENT | Attorney Client; Work Product |

| REF | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 747 | PGE0065061 | PGE0065061 | 6/20/2001 | Multiple Email | Cassidy, Leigh | Locke, Richard F | None | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN COUNSEL (L. CASSIDY, R. LOCKE) AND CLIENT REGARDING ATTACHED (PGE0065062 - PGE0065066) DRAFT LEGAL MEMORANDUM PREPARED BY COUNSEL REGARDING HOLTEC CONTRACT FOR DCPP ISFSI PROJECT. FORWARDED TO COUNSEL FOR COMMENT | Attorney Client |
| 748 | PGE0065062 | PGE0065066 | 6/16/2001 | Report / Plan | Cassidy, Leigh | None | None | DRAFT LEGAL MEMORANDUM PREPARED BY COUNSEL (L. CASSIDY) REGARDING HOLTEC CONTRACT FOR DCPP ISFSI PROJECT. ATTACHED TO E-MAIL CHAIN (PGE0065061) CONTAINING COMMUNICATION BETWEEN COUNSEL (L. CASSIDY, R. LOCKE) AND CLIENT. FORWARDED TO COUNSEL FOR COMMENT | Attorney Client; Work Product |
| 749 | PGE0065067 | PGE0065067 | 6/18/2001 | Electronic Mail (Email) | Cassidy, Leigh | Locke, Richard F; Patton, Bruce; Phillips, Blane | Cassidy, Leigh | E-MAIL FROM COUNSEL (L. CASSIDY) TO CLIENT AND COUNSEL (R. LOCKE) REGARDING ATTACHED (PGE0065068 - PGE0065072) DRAFT LEGAL MEMORANDUM PREPARED BY COUNSEL REGARDING HOLTEC CONTRACT FOR DCPP ISFSI PROJECT. FORWARDED TO COUNSEL FOR COMMENT | Attorney Client |
| 750 | PGE0065068 | PGE0065072 | 6/16/2001 | Report / Plan | Cassidy, Leigh | None | None | DRAFT LEGAL MEMORANDUM PREPARED BY COUNSEL (L. CASSIDY) REGARDING HOLTEC CONTRACT FOR DCPP ISFSI PROJECT. ATTACHED TO E-MAIL (PGE0065067) FROM COUNSEL (L. CASSIDY) TO CLIENT AND COUNSEL (R. LOCKE). FORWARDED TO COUNSEL FOR COMMENT | Attorney Client; Work Product |
| 751 | PGE0065073 | PGE0065073 | 6/18/2001 | Electronic Mail (Email) | Cassidy, Leigh | Locke, Richard F; Patton, Bruce; Phillips, Blane | Cassidy, Leigh | E-MAIL FROM COUNSEL (L. CASSIDY) TO CLIENT AND COUNSEL (R. LOCKE) REGARDING ATTACHED (PGE0065074 - PGE0065078) DRAFT LEGAL MEMORANDUM PREPARED BY COUNSEL REGARDING HOLTEC CONTRACT FOR DCPP ISFSI PROJECT. FORWARDED TO COUNSEL FOR COMMENT | Attorney Client |
| 752 | PGE0065074 | PGE0065078 | 6/16/2001 | Report / Plan | Cassidy, Leigh | None | None | DRAFT LEGAL MEMORANDUM PREPARED BY COUNSEL (L. CASSIDY) REGARDING HOLTEC CONTRACT FOR DCPP ISFSI PROJECT. ATTACHED TO E-MAIL (PGE0065073) FROM COUNSEL (L. CASSIDY) TO CLIENT AND COUNSEL (R. LOCKE). FORWARDED TO COUNSEL FOR COMMENT | Attorney Client; Work Product |
| 753 | PGE0065079 | PGE0065079 | 6/29/2001 | Electronic Mail (Email) | Cassidy, Leigh | Womack, Lawrence | Patton, Bruce; Phillips, Blane; Locke, Richard F; Strickland, L Jearl; Klimczak, Richard; Cheuk, Wanda | E-MAIL FROM COUNSEL (L. CASSIDY) TO CLIENT REGARDING ATTACHED (PGE0065080 - PGE0065096) DRAFT LEGAL MEMORANDUM PREPARED BY COUNSEL REGARDING HOLTEC CONTRACT FOR DCPP ISFSI PROJECT | Attorney Client |

| REF | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 754 | PGE0065080 | PGE0065090 | 6/28/2001 | Report / Plan | Cassidy, Leigh | None | None | DRAFT LEGAL MEMORANDUM PREPARED BY COUNSEL (L. CASSIDY) REGARDING HOLTEC CONTRACT FOR DCPP ISFSI PROJECT. ATTACHED TO E-MAIL (PGE0065079) FROM COUNSEL (L. CASSIDY) TO CLIENT | Attorney Client; Work Product |
| 755 | PGE0065091 | PGE0065096 | 6/28/2001 | Report / Plan | Cassidy, Leigh | Locke, Richard | None | DRAFT LEGAL MEMORANDUM PREPARED BY COUNSEL (L. CASSIDY) ADDRESSING LEGAL SUFFICIENCY OF HOLTEC CONTRACT FOR DCPP ISFSI PROJECT. ATTACHED TO E-MAIL (PGE0065079) FROM COUNSEL (L. CASSIDY) TO CLIENT; | Attorney Client; Work Product |
| 756 | PGE0065097 | PGE0065098 | 4/20/2001 | Electronic Mail (Email) | Cassidy, Leigh | Patton, Bruce | Phillips, Blane; Locke, Richard F; Nakanishi, June K; Strickland, Jearl | E-MAIL FROM COUNSEL (L. CASSIDY) TO CLIENT REGARDING HOLTEC CONTRACT ISSUES FOR DCPP ISFSI PROJECT. PROVIDES LEGAL ANALYSIS. DUPLICATE OF EMAIL AT (PGE0065102 - PGE0065103) | Attorney Client |
| 757 | PGE0065102 | PGE0065103 | 4/20/2001 | Electronic Mail (Email) | Cassidy, Leigh | Patton, Bruce | Phillips, Blane; Locke, Richard F; Nakanishi, June K; Strickland, Jearl | DUPLICATE OF PGE0065097. E-MAIL FROM COUNSEL (L. CASSIDY) TO CLIENT REGARDING HOLTEC CONTRACT ISSUES FOR DCPP ISFSI PROJECT. PROVIDES LEGAL ANALYSIS | Attorney Client |
| 758 | PGE0065169 | PGE0065181 | | Agreement / Contract | None | Locke, Richard F | None | DRAFT DCPP ISFSI CONTRACT PROVISIONS PROVIDED TO COUNSEL (R. LOCKE) FOR REVIEW OF DOCUMENT FOR LEGAL SUFFICIENCY | Work Product |
| 759 | PGE0065183 | PGE0065183 | 4/18/2001 | Electronic Mail (Email) | Cheuk, Wanda | Locke, Richard F | None | EMAIL FROM CLIENT TO COUNSEL (R. LOCKE) PROVIDING PROVISIONS OF DRAFT ISFSI CONTRACT FOR REVIEW OF DOCUMENTS FOR LEGAL SUFFICIENCY | Attorney Client |
| 760 | PGE0065185 | PGE0065229 | 4/17/2001 | Agreement / Contract | Cassidy, Leigh | Locke, Richard F | None | SELECTED SECTIONS OF DRAFT, RED-LINED HOLTEC ISFSI CONTRACT PROVIDED TO COUNSEL (R. LOCKE) FOR REVIEW OF DOCUMENT FOR LEGAL SUFFICIENCY. PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL. | Attorney Client; Work Product |
| 761 | PGE0065231 | PGE0065231 | 4/18/2001 | Agreement / Contract | Cassidy, Leigh | Locke, Richard F | None | SELECTED SECTIONS OF DRAFT, RED-LINED HOLTEC ISFSI CONTRACT PROVIDED TO COUNSEL (R. LOCKE) FOR REVIEW OF DOCUMENT FOR LEGAL SUFFICIENCY. PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL | Attorney Client; Work Product |
| 762 | PGE0065233 | PGE0065238 | 4/18/2001 | Agreement / Contract | Cassidy, Leigh | Locke, Richard F | None | SELECTED SECTIONS OF DRAFT, RED-LINED HOLTEC ISFSI CONTRACT PROVIDED TO COUNSEL (R. LOCKE) FOR REVIEW OF DOCUMENT FOR LEGAL SUFFICIENCY. PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL | Attorney Client; Work Product |
| 763 | PGE0065240 | PGE0065245 | 1/8/2001 | Agreement / Contract | Cassidy, Leigh | Locke, Richard F | None | SELECTED SECTIONS OF DRAFT, RED-LINED HOLTEC ISFSI CONTRACT PROVIDED TO COUNSEL (R. LOCKE) FOR REVIEW OF DOCUMENT FOR LEGAL SUFFICIENCY. PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL | Attorney Client; Work Product |

| REF | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 764 | PGE0065247 | PGE0065247 | 1/8/2001 | Agreement / Contract | Cassidy, Leigh | Locke, Richard F | None | SELECTED SECTIONS OF DRAFT, RED-LINED HOLTEC ISFSI CONTRACT PROVIDED TO COUNSEL (R. LOCKE) FOR REVIEW OF DOCUMENT FOR LEGAL SUFFICIENCY. PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL | Attorney Client; Work Product |
| 765 | PGE0065249 | PGE0065257 | 3/1/2001 | Agreement / Contract | Cassidy, Leigh | Locke, Richard F | None | SELECTED SECTIONS OF DRAFT, RED-LINED HOLTEC ISFSI CONTRACT PROVIDED TO COUNSEL (R. LOCKE) FOR REVIEW OF DOCUMENT FOR LEGAL SUFFICIENCY. PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL | Attorney Client; Work Product |
| 766 | PGE0065259 | PGE0065337 | 4/18/2001 | Agreement / Contract | Cassidy, Leigh | Locke, Richard F | None | SELECTED SECTIONS OF DRAFT, RED-LINED HOLTEC ISFSI CONTRACT PROVIDED TO COUNSEL (R. LOCKE) FOR REVIEW OF DOCUMENT FOR LEGAL SUFFICIENCY. PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL | Attorney Client; Work Product |
| 767 | PGE0065339 | PGE0065350 | 12/4/2000 | Agreement / Contract | Cassidy, Leigh | Locke, Richard F | None | SELECTED SECTIONS OF DRAFT, RED-LINED HOLTEC ISFSI CONTRACT PROVIDED TO COUNSEL (R. LOCKE) FOR REVIEW OF DOCUMENT FOR LEGAL SUFFICIENCY. PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL | Attorney Client; Work Product |
| 768 | PGE0065352 | PGE0065356 | 1/9/2001 | Agreement / Contract | Cassidy, Leigh | Locke, Richard F | None | SELECTED SECTIONS OF DRAFT, RED-LINED HOLTEC ISFSI CONTRACT PROVIDED TO COUNSEL (R. LOCKE) FOR REVIEW OF DOCUMENT FOR LEGAL SUFFICIENCY. PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL | Attorney Client; Work Product |
| 769 | PGE0065358 | PGE0065365 | 2/27/2001 | Agreement / Contract | Cassidy, Leigh | Locke, Richard F | None | SELECTED SECTIONS OF DRAFT, RED-LINED HOLTEC ISFSI CONTRACT PROVIDED TO COUNSEL (R. LOCKE) FOR REVIEW OF DOCUMENT FOR LEGAL SUFFICIENCY. PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL | Attorney Client; Work Product |
| 770 | PGE0065367 | PGE0065373 | 3/9/2001 | Agreement / Contract | Cassidy, Leigh | Locke, Richard F | None | SELECTED SECTIONS OF DRAFT, RED-LINED HOLTEC ISFSI CONTRACT PROVIDED TO COUNSEL (R. LOCKE) FOR REVIEW OF DOCUMENT FOR LEGAL SUFFICIENCY. PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL | Attorney Client; Work Product |
| 771 | PGE0065375 | PGE0065378 | 12/4/2000 | Agreement / Contract | Cassidy, Leigh | Locke, Richard F | None | SELECTED SECTIONS OF DRAFT, RED-LINED HOLTEC ISFSI CONTRACT PROVIDED TO COUNSEL (R. LOCKE) FOR REVIEW OF DOCUMENT FOR LEGAL SUFFICIENCY. PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL | Attorney Client; Work Product |
| 772 | PGE0065380 | PGE0065381 | 12/1/2000 | Agreement / Contract | Cassidy, Leigh | Locke, Richard F | None | SELECTED SECTIONS OF DRAFT, RED-LINED HOLTEC ISFSI CONTRACT PROVIDED TO COUNSEL (R. LOCKE) FOR REVIEW OF DOCUMENT FOR LEGAL SUFFICIENCY. PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL | Attorney Client; Work Product |

| REF | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 773 | PGE0065383 | PGE0065383 | 2/22/2001 | Agreement / Contract | Cassidy, Leigh | Locke, Richard F | None | SELECTED SECTIONS OF DRAFT, RED-LINED HOLTEC ISFSI CONTRACT PROVIDED TO COUNSEL (R. LOCKE) FOR REVIEW OF DOCUMENT FOR LEGAL SUFFICIENCY. PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL | Attorney Client; Work Product |
| 774 | PGE0065385 | PGE0065386 | 1/5/2001 | Agreement / Contract | Cassidy, Leigh | Locke, Richard F | None | SELECTED SECTIONS OF DRAFT, RED-LINED HOLTEC ISFSI CONTRACT PROVIDED TO COUNSEL (R. LOCKE) FOR REVIEW OF DOCUMENT FOR LEGAL SUFFICIENCY. PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL | Attorney Client; Work Product |
| 775 | PGE0065388 | PGE0065388 | 1/8/2001 | Agreement / Contract | Cassidy, Leigh | Locke, Richard F | None | SELECTED SECTIONS OF DRAFT, RED-LINED HOLTEC ISFSI CONTRACT PROVIDED TO COUNSEL (R. LOCKE) FOR REVIEW OF DOCUMENT FOR LEGAL SUFFICIENCY. PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL | Attorney Client; Work Product |
| 776 | PGE0065390 | PGE0065393 | 12/4/2000 | Agreement / Contract | Cassidy, Leigh | Locke, Richard F | None | SELECTED SECTIONS OF DRAFT, RED-LINED HOLTEC ISFSI CONTRACT PROVIDED TO COUNSEL (R. LOCKE) FOR REVIEW OF DOCUMENT FOR LEGAL SUFFICIENCY. PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL | Attorney Client; Work Product |
| 777 | PGE0065395 | PGE0065398 | 2/27/2001 | Agreement / Contract | Cassidy, Leigh | Locke, Richard F | None | SELECTED SECTIONS OF DRAFT, RED-LINED HOLTEC ISFSI CONTRACT PROVIDED TO COUNSEL (R. LOCKE) FOR REVIEW OF DOCUMENT FOR LEGAL SUFFICIENCY. PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL | Attorney Client; Work Product |
| 778 | PGE0065400 | PGE0065400 | 1/8/2001 | Agreement / Contract | Cassidy, Leigh | Locke, Richard F | None | SELECTED SECTIONS OF DRAFT, RED-LINED HOLTEC ISFSI CONTRACT PROVIDED TO COUNSEL (R. LOCKE) FOR REVIEW OF DOCUMENT FOR LEGAL SUFFICIENCY. PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL | Attorney Client; Work Product |
| 779 | PGE0065403 | PGE0065404 | 2/27/2001 | Agreement / Contract | Cassidy, Leigh | Locke, Richard F | None | SELECTED SECTIONS OF DRAFT, RED-LINED HOLTEC ISFSI CONTRACT PROVIDED TO COUNSEL (R. LOCKE) FOR REVIEW OF DOCUMENT FOR LEGAL SUFFICIENCY. PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL | Attorney Client; Work Product |
| 780 | PGE0065406 | PGE0065406 | 7/7/2000 | Agreement / Contract | Cassidy, Leigh | Locke, Richard F | None | SELECTED SECTIONS OF DRAFT, RED-LINED HOLTEC ISFSI CONTRACT PROVIDED TO COUNSEL (R. LOCKE) FOR REVIEW OF DOCUMENT FOR LEGAL SUFFICIENCY. PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL | Attorney Client; Work Product |
| 781 | PGE0065408 | PGE0065408 | 2/28/2001 | Agreement / Contract | Cassidy, Leigh | Locke, Richard F | None | SELECTED SECTIONS OF DRAFT, RED-LINED HOLTEC ISFSI CONTRACT PROVIDED TO COUNSEL (R. LOCKE) FOR REVIEW OF DOCUMENT FOR LEGAL SUFFICIENCY. PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL | Attorney Client; Work Product |

| REF | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 782 | PGE0065410 | PGE0065412 | 2/27/2001 | Agreement / Contract | Cassidy, Leigh | Locke, Richard F | None | SELECTED SECTIONS OF DRAFT, RED-LINED HOLTEC ISFSI CONTRACT PROVIDED TO COUNSEL (R. LOCKE) FOR REVIEW OF DOCUMENT FOR LEGAL SUFFICIENCY. PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL | Attorney Client; Work Product |
| 783 | PGE0065414 | PGE0065414 | 12/1/2000 | Agreement / Contract | Cassidy, Leigh | Locke, Richard F | None | SELECTED SECTIONS OF DRAFT, RED-LINED HOLTEC ISFSI CONTRACT PROVIDED TO COUNSEL (R. LOCKE) FOR REVIEW OF DOCUMENT FOR LEGAL SUFFICIENCY. PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL | Attorney Client; Work Product |
| 784 | PGE0065416 | PGE0065421 | 2/27/2001 | Agreement / Contract | Cassidy, Leigh | Locke, Richard F | None | SELECTED SECTIONS OF DRAFT, RED-LINED HOLTEC ISFSI CONTRACT PROVIDED TO COUNSEL (R. LOCKE) FOR REVIEW OF DOCUMENT FOR LEGAL SUFFICIENCY. PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL | Attorney Client; Work Product |
| 785 | PGE0065423 | PGE0065425 | 7/7/2000 | Agreement / Contract | Cassidy, Leigh | Locke, Richard F | None | SELECTED SECTIONS OF DRAFT, RED-LINED HOLTEC ISFSI CONTRACT PROVIDED TO COUNSEL (R. LOCKE) FOR REVIEW OF DOCUMENT FOR LEGAL SUFFICIENCY. PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL | Attorney Client; Work Product |
| 786 | PGE0065670 | PGE0065676 | 2/5/2003 | Electronic Mail (Email) | Vosburg, David | Locke, Richard F | Grebel, Terence | EMAIL AND ATTACHMENT FROM CLIENT TO COUNSEL (R. LOCKE) PROVIDING REQUESTED DRAFT EXECUTIVE AUTHORIZATION MEMORANDUM PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL IN ANTICIPATION OF LITIGATION -REGULATORY PROCEEDING REGARDING DCPP SPENT FUEL POOL EXPANSION LICENSING. | Attorney Client; Work Product |
| 787 | PGE0065917 | PGE0065917 | 4/7/1994 | Electronic Mail (Email) | Hum, Judy | Barney, Marta | Yang, Kenneth; Warner, Christopher J; Locke, Richard F | E-MAIL FROM PG&E LAW DEPARTMENT TO CLIENT REGARDING LEGAL ANALYSIS OF PROPOSED REVISIONS TO NUCLEAR REGULATORY COMMISSION (NRC) FILING. INCLUDES MARGINAL NOTES FROM COUNSEL (R. LOCKE) REFLECTING THOUGHTS AND IMPRESSIONS OF COUNSEL | Attorney Client |
| 788 | PGE0065919 | PGE0065919 | | Report / Plan | Warner, Christopher J | None | None | DRAFT NUCLEAR REGULATORY COMMISSION (NRC) FILING CONTAINING LEGAL ANALYSIS OF COUNSEL (C. WARNER). INCLUDES MARGINAL NOTES FROM COUNSEL REFLECTING THOUGHTS AND IMPRESSIONS OF COUNSEL | Attorney Client |
| 789 | PGE0065920 | PGE0065920 | 3/15/1994 | Letter | Locke, Richard F | None | None | HANDWRITTEN NOTES OF COUNSEL (R. LOCKE) REGARDING PROPOSED REVISIONS TO FILING BEFORE THE NUCLEAR REGULATORY COMMISSION (NRC). NOTES REFLECT THOUGHTS AND IMPRESSIONS OF COUNSEL | Work Product |
| 790 | PGE0065921 | PGE0065921 | 3/10/1994 | Memo | Sullivan, William J | Locke, Richard F | None | CORRESPONDENCE FROM CLIENT TO COUNSEL (R. LOCKE) REGARDING NUCLEAR WORKER LIABILITY | Attorney Client |

| REF | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 791 | PGE0066103 | PGE0066104 | 6/3/2003 | Electronic Mail (Email) | Repka, David A (Winston & Strawn) | Bar-Lev, Joshua; Manheim, William; Schenker, Marty; Calande, Pauline; Malkin, Joseph | Locke, Richard F; Jones, Michael L | E-MAIL FROM OUTSIDE COUNSEL, D. REPKA (WINSTON & STRAWN), TO CLIENT AND COUNSEL (J. BAR-LEV, W. MANHEIM) REGARDING ATTACHED (PGE0066105 - PGE0066107) LEGAL ANALYSIS OF DCPP LICENSING ISSUES | Attorney Client |
| 792 | PGE0066105 | PGE0066107 | 6/3/2003 | Report / Plan | Repka, David A (Winston & Strawn) | None | None | ATTACHMENT TO E-MAIL (PGE0066103) FROM OUTSIDE COUNSEL, WINSTON & STRAWN (D. REPKA), TO CLIENT AND COUNSEL (J. BAR-LEV, W. MANHEIM) REGARDING LEGAL ANALYSIS OF DCPP LICENSING ISSUES | Attorney Client; Work Product |
| 793 | PGE0066134 | PGE0066135 | 5/29/2003 | Electronic Mail (Email) | Repka, David A (Winston & Strawn) | Bar-Lev, Joshua; Manheim, William; O'Donnell, Earle | Grebel, Terence; Locke, Richard F; Hartman, Sandy; Attanasio, Donna; Jones, Michael L; Gardiner, Stuart; Gardner, Sylvia; Calande, Pauline; Schenker, Marty; Russell, Bill; Whittaker, John; Dankner, Donald; Poole, Brooke; Malkin, Joseph; Winn, Valerie J; Cook, John; Horin, William | E-MAIL FROM OUTSIDE COUNSEL, D. REPKA (WINSTON & STRAWN), TO CLIENT AND COUNSEL (J. BAR-LEV, W. MANHEIM) REGARDING LEGAL ANALYSIS OF NUCLEAR REGULATORY COMMISSION (NRC) RULING. DUPLICATE OF PGE0066204 - PGE0066205 | Attorney Client |
| 794 | PGE0066204 | PGE0066205 | 5/29/2003 | Electronic Mail (Email) | Repka, David (Winston & Strawn) | Bar-Lev, Joshua; Manheim, William; O'Donnell, Earle | Grebel, Terence; Locke, Richard F; Hartman, Sandy; Attanasio, Donna; Jones, Michael L; Gardiner, Stuart; Gardner, Sylvia; Calande, Pauline; Schenker, Marty; Russell, Bill; Whittaker, John; Dankner, Donald; Poole, Brooke; Malkin, Joseph; Winn, Valerie J; Cook, John; Horin, William | E-MAIL FROM OUTSIDE COUNSEL, D. REPKA (WINSTON & STRAWN), TO CLIENT AND COUNSEL (J. BAR-LEV, W. MANHEIM) REGARDING LEGAL ANALYSIS OF NUCLEAR REGULATORY COMMISSION (NRC) RULING. DUPLICATE OF PGE0066134 - PGE0066135 | Attorney Client |

| REF | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 795 | PGE0066431 | PGE0066431 | 4/16/2004 | Electronic Mail (Email) | Bedwell, Ed | Strickland, L Jearl; Womack, Lawrence; Jones, Thomas; Hobson, Missie; Locke, Richard F; Nelson, John E; Baker, S (Aaron Read); Neish, D (Culbertson Adams & Associates); Schiebelhut, Robert K (Sinsheimer Schiebelhut & Baggett); Miklush, David; Kauss, Kent | Oatley, David H; Lewis, Jeff; Hunter, Dale R; Regan, Frank J | E-MAIL FROM CLIENT TO CLIENT, COUNSEL (R. LOCKE) AND OUTSIDE COUNSEL, R. SCHIEBELHUT (SINSHEIMER, SCHIEBELHUT & BAGGERT), REGARDING STRATEGY FOR REGULATORY PROCEEDINGS - CALIFORNIA COASTAL COMMISSION (CCC). INCLUDES DESCRIPTION OF LEGAL ADVICE SOUGHT FROM COUNSEL | Attorney Client |
| 796 | PGE0066432 | PGE0066436 | 4/20/2004 | Agenda / Meeting Minute | Locke, Richard F | None | None | MEETING NOTES PREPARED BY COUNSEL (R. LOCKE) REFLECT MENTAL PROCESSES AND STRATEGY IN PREPARATION AND ANALYSIS OF LITIGATION - REGULATORY PROCEEDINGS - CALIFORNIA COASTAL COMMISSION (CCC) | Work Product |
| 797 | PGE0066437 | PGE0066437 | 4/28/2004 | Notes | Locke, Richard F | None | None | MEETING NOTES PREPARED BY COUNSEL (R. LOCKE) REFLECT MENTAL PROCESSES AND STRATEGY IN PREPARATION AND ANALYSIS OF LITIGATION - REGULATORY PROCEEDINGS - CALIFORNIA COASTAL COMMISSION (CCC) | Work Product |
| 798 | PGE0066468 | PGE0066469 | 4/21/2004 | Electronic Mail (Email) | Schiebelhut, Robert K (Sinsheimer Schiebelhut & Baggett) | Locke, Richard F | Womack, Lawrence | E-MAIL FROM OUTSIDE COUNSEL, R. SCHIEBELHUT (SINSHEIMER, SCHIEBELHUT & BAGGERT), TO COUNSEL (R. LOCKE) REGARDING LEGAL ANALYSIS IN ANTICIPATION OF REGULATORY PROCEEDINGS - CALIFORNIA COASTAL COMMISSION (CCC) | Attorney Client; Work Product |
| 799 | PGE0066470 | PGE0066470 | | Letter | None | Schiebelhut, Robert K (Sinsheimer Schiebelhut & Baggett) | None | DOCUMENT PREPARED AT THE REQUEST OF OUTSIDE COUNSEL, R. SCHIEBELHUT (SINSHEIMER, SCHIEBELHUT & BAGGERT), REGARDING LEGAL ANALYSIS IN ANTICIPATION OF REGULATORY PROCEEDINGS - CALIFORNIA COASTAL COMMISSION (CCC) | Work Product |
| 800 | PGE0066471 | PGE0066472 | | Report / Plan | None | Locke, Richard; Schiebelhut, Robert; Haselton, Frank; Strickland, Jearl; Womack, Lawrence | None | DRAFT AND MARKED-UP PROPOSED REVISED FINDING PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL FOR LITIGATION - REGULATORY PROCEEDINGS - CALIFORNIA COASTAL COMMISSION (CCC) | Work Product |
| 801 | PGE0066607 | PGE0066608 | 2/18/2004 | Multiple Email | Stock, William | Locke, Richard F; Manheim, William | Richard Jr, Daniel D; Peters, Roger; Tomcala, Karen A; Hunter, Dale R; Cherry, Brian K; Regan, Frank J | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN CLIENT AND COUNSEL (R. LOCKE, W. MANHEIM) REGARDING ATTACHED (PGE0066610 - PGE0066614) DRAFT PROPOSAL PREPARED FOR SUBMITTAL TO THE CALIFORNIA COASTAL COMMISSION (CCC) | Attorney Client |

| REF | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 802 | PGE0066609 | PGE0066609 | 2/18/2004 | Multiple Email | Regan, Frank J | Locke, Richard F; Manheim, William; Hunter, Dale R; Tomcala, Karen A | Richard Jr, Daniel D; Peters, Roger; Cherry, Brian K | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN CLIENT AND COUNSEL (R. LOCKE, W. MANHEIM) REGARDING ATTACHED (PGE0066610 - PGE0066614) DRAFT PROPOSAL PREPARED FOR SUBMITTAL TO THE CALIFORNIA COASTAL COMMISSION (CCC) | Attorney Client |
| 803 | PGE0066610 | PGE0066614 | | Report / Plan | None | Locke, Richard F; Manheim, William V | None | DRAFT PROPOSAL PREPARED FOR SUBMITTAL TO THE CALIFORNIA COASTAL COMMISSION (CCC) REGARDING DCPP AND HBPP ISFSI DEVELOPMENT. ATTACHED TO E-MAIL (PGE0066607) FROM CLIENT TO COUNSEL (R. LOCKE, W. MANHEIM) | Work Product |
| 804 | PGE0067716 | PGE0067718 | 3/23/2003 | Notes | Locke, Richard F | None | None | HANDWRITTEN NOTES OF COUNSEL (R. LOCKE) REFLECTING MENTAL PROCESSES AND ANALYSIS REGARDING REGULATORY PROCEEDINGS - NUCLEAR REGULATORY COMMISSION (NRC) | Work Product |
| 805 | PGE0067719 | PGE0067726 | 3/24/2003 | Notes | Locke, Richard F | None | None | HANDWRITTEN NOTES OF COUNSEL (R. LOCKE) REFLECTING MENTAL PROCESSES AND ANALYSIS REGARDING REGULATORY PROCEEDINGS - NUCLEAR REGULATORY COMMISSION (NRC) | Work Product |
| 806 | PGE0067788 | PGE0067800 | 1/17/2003 | Pleading / Court Filing | None | Locke, Richard F | None | DRAFT INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL REGARDING DCPP ISFSI. PREPARED FOR FILING WITH THE NUCLEAR REGULATORY COMMISSION (NRC) | Work Product |
| 807 | PGE0069011 | PGE0069023 | 6/29/2001 | Multiple Email/Memo | Horin, William (Winston & Strawn) | Manheim, William; Locke, Richard F; Buchsbaum, Craig M | Hartman, Sanford | EMAIL CHAIN AND ATTACHMENT (LEGAL MEMORANDUM) FROM OUTSIDE COUNSEL (WINSTON & STRAWN), TO PG&E COUNSEL PROVIDING LEGAL ADVICE AND ANALYSIS OF EXPECTED LITIGATION - REGULATORY PROCEEDINGS REGARDING NRC AND DECOMMISSIONING FUNDING. | Attorney Client/Work Product |
| 808 | PGE0069027 | PGE0069027 | 5/31/2001 | Memo | Reynolds, Nicholas S (Winston & Strawn); Horin, William A (Winston & Strawn); Fleming, Carey W (Winston & Strawn) | Locke, Richard F | Warner, Christopher J | MEMORANDUM FROM OUTSIDE COUNSEL (WINSTON & STRAWN), TO PG&E COUNSEL PROVIDING LEGAL ADVICE AND ANALYSIS REGARDING THE REQUIREMENTS FOR DECOMMISSIONING FUNDING | Attorney Client; Work Product |
| 809 | PGE0069028 | PGE0069029 | 5/25/2001 | Memo | Knotts Jr, Joseph B (Winston & Strawn); Horin, William A (Winston & Strawn); Fleming, Carey W (Winston & Strawn) | Members of Nuclear Utility Joint Privilege Group | None | LEGAL MEMORANDUM AND ATTACHMENTS (PGE0069030 - PGE0069038) FROM OUTSIDE COUNSEL, J. KNOTTS, JR, W. HORIN AND C. FLEMING (WINSTON & STRAWN), TO MEMBERS OF NUCLEAR UTILITY JOINT PRIVILEGE GROUP REGARDING NUCLEAR REGULATORY COMMISSION (NRC) REGULATION OF DECOMMISSIONING FUNDING. ATTACHED TO LEGAL MEMORANDUM (PGE0069027) FROM OUTSIDE COUNSEL (WINSTON & STRAWN) | Attorney Client; Work Product |

| REF | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 810 | PGE0069030 | PGE0069034 | 8/11/2001 | Letter | Knotts Jr, Joseph B (Winston & Strawn); Horin, William A (Winston & Strawn); Fleming, Carey W (Winston & Strawn) | Members of Nuclear Utility Joint Privilege Group | None | ATTACHMENT TO LEGAL MEMORANDUM (PGE0069028) FROM OUTSIDE COUNSEL, J. KNOTTS, JR., W. HORIN AND C. FLEMING (WINSTON & STRAWN) TO MEMBERS OF NUCLEAR UTILITY JOINT PRIVILEGE GROUP REGARDING NUCLEAR REGULATORY COMMISSION (NRC) REGULATION OF DECOMMISSIONING FUNDING | Attorney Client; Work Product |
| 811 | PGE0069035 | PGE0069038 | 3/26/2001 | Letter | Knotts Jr, Joseph B (Winston & Strawn); Horin, William A (Winston & Strawn); Fleming, Carey W (Winston & Strawn) | Members of Nuclear Utility Joint Privilege Group | None | ATTACHMENT TO LEGAL MEMORANDUM (PGE0069028) FROM OUTSIDE COUNSEL, J. KNOTTS, JR., W. HORIN AND C. FLEMING (WINSTON & STRAWN) TO MEMBERS OF NUCLEAR UTILITY JOINT PRIVILEGE GROUP REGARDING NUCLEAR REGULATORY COMMISSION (NRC) REGULATION OF DECOMMISSIONING FUNDING | Attorney Client; Work Product |
| 812 | PGE0069039 | PGE0069039 | 6/29/2001 | Multiple Email | Horin, William (Winston & Strawn) | Manheim, William; Locke, Richard F; Buchsbaum, Craig M | Hartman, Sanford | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN OUTSIDE COUNSEL, W. HORIN (WINSTON & STRAWN), TO COUNSEL (W. MANHEIM) REGARDING ATTACHED LEGAL MEMORANDUM (PGE0069040 - PGE0069046) ON NUCLEAR REGULATORY COMMISSION (NRC) REGULATION OF DECOMMISSIONING FUNDING | Attorney Client |
| 813 | PGE0069040 | PGE0069046 | 6/29/2001 | Memo | Repka, David A (Winston & Strawn); Horin, William A (Winston & Strawn); Poole, Brooke D (Winston & Strawn) | Manheim, William V | Hartman, Sanford L., Locke, Richard | LEGAL MEMORANDUM PREPARED BY OUTSIDE COUNSEL, D. REPKA, W. HORIN AND B. POOLE (WINSTON & STRAWN), TO COUNSEL (W. MANHEIM) REGARDING NUCLEAR REGULATORY COMMISSION (NRC) REGULATION OF DECOMMISSIONING FUNDING. ATTACHED TO E-MAIL CHAIN (PGE0069039) CONTAINING COMMUNICATION BETWEEN OUTSIDE COUNSEL AND COUNSEL | Attorney Client; Work Product |
| 814 | PGE0069126 | PGE0069127 | 2/12/2002 | Multiple Email | Niven, Andrew | Law Chief Counsel; Huffman, Mark; Locke, Richard F; Grebel, Terence; Gardner, Sylvia; Manheim, William | Warner, Christopher J; Golden, Patrick; Winn, Valerie | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN COUNSEL (A. NIVEN) AND COUNSEL (M. HUFFMAN, R. LOCKE) REGARDING LEGAL ANALYSIS OF GRC ISSUES. PREPARED IN ANTICIPATION OF LITIGATION - REGULATORY PROCEEDINGS - (CPUC) | Attorney Client |
| 815 | PGE0069128 | PGE0069129 | 2/12/2002 | Multiple Email | Niven, Andrew | Law Chief Counsel; Huffman, Mark; Locke, Richard F; Grebel, Terence; Gardner, Sylvia; Manheim, William | Warner, Christopher J; Golden, Patrick; Winn, Valerie | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN COUNSEL (A. NIVEN) AND COUNSEL (M. HUFFMAN, R. LOCKE) REGARDING LEGAL ANALYSIS OF GRC ISSUES. PREPARED IN ANTICIPATION OF REGULATORY PROCEEDINGS - CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Attorney Client |

| REF | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 816 | PGE0069130 | PGE0069131 | 2/12/2002 | Multiple Email | Niven, Andrew | Law Chief Counsel; Huffman, Mark; Locke, Richard F; Grebel, Terence; Gardner, Sylvia; Manheim, William | Warner, Christopher J; Golden, Patrick; Winn, Valerie | DUPLICATE OF PGE0069128 - PGE0069129. E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN COUNSEL (A. NIVEN) AND COUNSEL (M. HUFFMAN, R. LOCKE) REGARDING LEGAL ANALYSIS OF GRC ISSUES. PREPARED IN ANTICIPATION OF REGULATORY PROCEEDINGS - CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Attorney Client |
| 817 | PGE0069132 | PGE0069134 | 2/7/2002 | Multiple Email | Niven, Andrew | Law Chief Counsel; Huffman, Mark; Locke, Richard F; Grebel, Terence; Gardner, Sylvia; Manheim, William; Warner, Christopher J; ODonnell, Earle (Dewey Ballantine LLP); Attanasio, Donna (Dewey Ballantine LLP); Repka, David (Winston & Strawn) | Bar-Lev, Joshua; Smith, Bruce T; Golden, Patrick; Winn, Valerie; Peters, Roger | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN COUNSEL (A. NIVEN) AND COUNSEL (M. HUFFMAN, R. LOCKE) REGARDING LEGAL ANALYSIS OF GRC ISSUES. PREPARED IN ANTICIPATION OF REGULATORY PROCEEDINGS -CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Attorney Client |
| 818 | PGE0069135 | PGE0069136 | 2/7/2002 | Multiple Email | Niven, Andrew | Law Chief Counsel; Huffman, Mark; Locke, Richard F; Grebel, Terence; Gardner, Sylvia; Manheim, William; Repka, David (Winston & Strawn); Attanasio, Donna (Dewey Ballantine LLP); ODonnell, Earle (Dewey Ballantine LLP) | Bar-Lev, Joshua; Smith, Bruce T; Golden, Patrick; Winn, Valerie; Peters, Roger | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN COUNSEL (A. NIVEN) AND COUNSEL (M. HUFFMAN, R. LOCKE) REGARDING LEGAL ANALYSIS OF GRC ISSUES. PREPARED IN ANTICIPATION OF REGULATORY PROCEEDINGS - CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Attorney Client |
| 819 | PGE0069160 | PGE0069161 | 3/5/2002 | Multiple Email | Locke, Richard F | Jones, Michael L; Repka, David (Winston & Strawn) | Grebel, Terence; Manheim, William; Warner, Christopher J; Niven, Andrew | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN COUNSEL (R. LOCKE) AND OUTSIDE COUNSEL, D. REPKA (WINSTON & STRAWN), REGARDING ATTACHED DRAFT APPLICATION (PGE0069162 - PGE0069168) PREPARED FOR FILING BEFORE THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Attorney Client |
| 820 | PGE0069162 | PGE0069168 | 03/00/2002 | Pleading / Court Filing | Niven, Andrew; Locke, Richard F | None | None | DRAFT APPLICATION ATTACHED TO E-MAIL CHAIN (PGE0069160) CONTAINING COMMUNICATION BETWEEN COUNSEL (R. LOCKE) AND OUTSIDE COUNSEL, D. REPKA (WINSTON & STRAWN), REGARDING DCPP DECOMMISSIONING. PREPARED FOR FILING BEFORE THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Work Product |
| 821 | PGE0069444 | PGE0069445 | 2/5/1999 | Multiple Email | Warner, Christopher J | Womack, Lawrence; Patton, Bruce | Locke, Richard F; Bangert, A C; Stock, William | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN COUNSEL (C. WARNER) AND CLIENT REGARDING ATTACHED (PGE0069446 - PGE0069455) DCPP ISFSI PROPOSAL FOR SUBMITTAL TO PG&E MANAGEMENT COMMITTEE. PROVIDES LEGAL ANALYSIS | Attorney Client |

| REF | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 822 | PGE0069446 | PGE0069455 | 3/23/1999 | Report / Plan | Pacific Gas & Electric | Locke, Richard F; Bangert, A C; Stock, William; Womack, Lawrence; Patton, Bruce; Warner, Christopher | None | DRAFT PROJECT SUMMARY PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL FOR PRESENTATION TO THE BOARD OF DIRECTORS IN ANTICIPATION OF LITIGATION - REGULATORY PROCEEDING. REFLECTS RECOMMENDATIONS RELATING TO DECISIONS REGARDING THE DCPP ISFSI LICENSING, INCLUDES MARGINAL NOTES OF COUNSEL (R. LOCKE) ATTACHMENT TO EMAIL AT PGE0069444 | Attorney Client; Work Product |
| 823 | PGE0069470 | PGE0069470 | 1/21/1999 | Multiple Email | Warner, Christopher J | Locke, Richard F; Brown, Kathleen; Stamm, Nancy | Patton, Bruce; Busterud, John | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN COUNSEL (C. WARNER) AND COUNSEL (R. LOCKE, K. BROWN, N. STAMM) REGARDING ISFSI REQUEST FOR PROPOSAL. INCLUDES DESCRIPTION OF LEGAL ADVICE SOUGHT FROM COUNSEL | Attorney Client |
| 824 | PGE0069471 | PGE0069472 | 2/5/1999 | Multiple Email | Warner, Christopher J | Womack, Lawrence; Patton, Bruce | Locke, Richard F; Bangert, A C; Stock, William | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN COUNSEL (C. WARNER) AND CLIENT REGARDING LEGAL ANALYSIS OF SPENT FUEL STORAGE OPTIONS | Attorney Client |
| 825 | PGE0069473 | PGE0069473 | 1/6/1999 | Multiple Email | Locke, Richard F | Stock, William | Patton, Bruce | EMAIL CHAIN BETWEEN CLIENT AND COUNSEL (R. LOCKE). INCLUDES ADVICE PREPARED AT THE REQUEST OF COUNSEL IN PREPARATION FOR DRAFT DRY STORAGE RECOMMENDATION TO BE PRESENTED TO THE MANAGEMENT COMMITTEE | Attorney Client |
| 826 | PGE0069474 | PGE0069474 | 1/21/1999 | Electronic Mail (Email) | Warner, Christopher J | Womack, Lawrence; Patton, Bruce | Locke, Richard F; Bangert, A C; Stock, William | E-MAIL FROM COUNSEL (C. WARNER) TO CLIENT REGARDING ATTACHED (PGE0069475 - PGE0069485) DCPP ISFSI PROPOSAL FOR SUBMITTAL TO PG&E MANAGEMENT COMMITTEE. PROVIDES LEGAL ANALYSIS | Attorney Client |
| 827 | PGE0069475 | PGE0069485 | 1/26/1999 | Report / Plan | Pacific Gas & Electric, Warner, Christopher J | Womack, Lawrence; Patton, Bruce | Locke, Richard F; Bangert, A C; Stock, William | DRAFT SUMMARY PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL FOR PRESENTATION TO THE BOARD OF DIRECTORS IN ANTICIPATION OF LITIGATION - REGULATORY PROCEEDING. REFLECTS RECOMMENDATIONS RELATING TO DECISIONS REGARDING THE LICENSING OF DCPP DRY STORAGE, INCLUDES MARGINAL NOTES OF COUNSEL (R. LOCKE) ATTACHMENT TO EMAIL AT PGE0069474 | Attorney Client; Work Product |
| 828 | PGE0069486 | PGE0069486 | 1/6/1999 | Multiple Email | Locke, Richard F | Stock, William | Patton, Bruce | EMAIL CHAIN BETWEEN CLIENT AND COUNSEL (R. LOCKE). INCLUDES ADVICE PREPARED AT THE REQUEST OF COUNSEL IN PREPARATION OF DRAFT DRY STORAGE RECOMMENDATION TO BE PRESENTED TO THE MANAGEMENT COMMITTEE | Attorney Client |

| REF | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 829 | PGE0069488 | PGE0069497 | 1/6/1999 | Report / Plan | Pacific Gas & Electric; Womack, Lawrence | Warner, Christopher J; Locke, Richard F | None | DRAFT SUMMARY PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL FOR PRESENTATION TO THE BOARD OF DIRECTORS IN ANTICIPATION OF LITIGATION - REGULATORY PROCEEDING. REFLECTS RECOMMENDATIONS RELATING TO DECISIONS REGARDING THE LICENSING OF DCPP DRY STORAGE, INCLUDES MARGINAL NOTES OF COUNSEL (R. LOCKE) ATTACHMENT TO EMAIL AT PGE0069487 | Attorney Client; Work Product |
| 830 | PGE0069504 | PGE0069504 | 11/10/1998 | Notes | Locke, Richard F | None | None | HANDWRITTEN NOTES OF COUNSEL (R. LOCKE) REGARDING LEGAL ANALYSIS IN ANTICIPATION OF REGULATORY PROCEEDINGS - NUCLEAR REGULATORY COMMISSION (NRC), CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC). NOTES REFLECT THOUGHTS AND IMPRESSIONS OF COUNSEL | Work Product |
| 831 | PGE0069505 | PGE0069506 | 11/10/1998 | Notes | Locke, Richard F | None | None | HANDWRITTEN NOTES OF COUNSEL (R. LOCKE) REGARDING LEGAL ANALYSIS IN ANTICIPATION OF REGULATORY PROCEEDINGS - NUCLEAR REGULATORY COMMISSION (NRC), CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC). NOTES REFLECT THOUGHTS AND IMPRESSIONS OF COUNSEL | Work Product |
| 832 | PGE0069508 | PGE0069516 | 8/24/1998 | Report / Plan | Pacific Gas & Electric; Stock, William | Patton, Bruce; Locke, Richard F; Bangert, A C; Stock, William; Womack, Lawrence | None | DRAFT SUMMARY PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL FOR PRESENTATION TO THE BOARD OF DIRECTORS IN ANTICIPATION OF LITIGATION - REGULATORY PROCEEDING. REFLECTS RECOMMENDATIONS RELATING TO DECISIONS REGARDING THE LICENSING OF DCPP DRY STORAGE, INCLUDES MARGINAL NOTES OF COUNSEL (R. LOCKE) ATTACHMENT TO EMAIL AT PGE0069507 | Attorney Client; Work Product |
| 833 | PGE0069518 | PGE0069525 | 8/24/1998 | Report / Plan | Pacific Gas & Electric; Stock, William | Patton, Bruce; Locke, Richard F; Bangert, A C; Stock, William; Womack, Lawrence | None | DRAFT SUMMARY PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL FOR PRESENTATION TO THE BOARD OF DIRECTORS IN ANTICIPATION OF LITIGATION - REGULATORY PROCEEDING. REFLECTS RECOMMENDATIONS RELATING TO DECISIONS REGARDING THE LICENSING OF DCPP DRY STORAGE, INCLUDES MARGINAL NOTES OF COUNSEL (R. LOCKE) ATTACHMENT TO EMAIL AT PGE0069517 | Attorney Client; Work Product |
| 834 | PGE0069526 | PGE0069536 | 8/17/1998 | Report / Plan | Pacific Gas & Electric; Stock, William | Patton, Bruce; Locke, Richard F; Bangert, A C; Stock, William; Womack, Lawrence | None | DRAFT SUMMARY PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL FOR PRESENTATION TO THE BOARD OF DIRECTORS IN ANTICIPATION OF LITIGATION - REGULATORY PROCEEDING. REFLECTS RECOMMENDATIONS RELATING TO DECISIONS REGARDING THE LICENSING OF DCPP DRY STORAGE | Attorney Client; Work Product |