IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| PACIFIC GAS & ELECTRIC COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No. 04-0074C<br>into which has been consolidated<br>No. 04-0075C<br>(Judge Hewitt) |

PACIFIC GAS & ELECTRIC COMPANY'S PRIVILEGE LOG
CORRESPONDING TO DOCUMENTS GATHERED IN RESPONSE TO
DEFENDANT'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS

Pursuant to RCFC 26(b)(5), PG&E is producing the attached privilege log corresponding to documents gathered in response to the government's first set of requests for production of documents.

Dated: November 7, 2005

Respectfully submitted,

Jerry Stouck
Greenberg Traurig, LLP
800 Connecticut Avenue, NW
Suite 500
Washington, DC 20006
(202) 331-3173
(202) 261-4751
Counsel for Plaintiff
Pacific Gas & Electric Company

Of Counsel:

Robert L. Shapiro
Greenberg Traurig, LLP