Pacific Gas and Electric v. United States
United States Court of Federal Claims
Case No. 04-74 (into which has been consolidated 04-75)

November 7, 2005
SUPPLEMENTAL PRIVILEGE LOG

| REF | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 1 | DCP0015082 | DCP0015082 | 11/5/2001 | Telex / Telegram / Phone Message | Loduca, Janet | Sellers, Judy | None | HANDWRITTEN TELEPHONE CONFERENCE SUMMARY MEMORIALIZING CONVERSATION BETWEEN COUNSEL (J. LODUCA) AND CLIENT REFLECTING SCOPE AND STRATEGY REGARDING SUBPOENA RELATING TO DOE LITIGATION | Work Product; Attorney Client |
| 2 | DCP0018261 | DCP0018275 | 3/28/1994 | Report / Plan | None | Hobson, Missy | None | DRAFT COMMUNICATIONS STRATEGY REGARDING DCPP NUCLEAR WASTE STORAGE AND DISPOSAL ISSUES. PREPARED AT THE REQUEST OR DIRECTION OF COUNSEL IN ANTICIPATION OF LITIGATION | Work Product |
| 3 | DCP0018516 | DCP0018530 | 3/28/1994 | Report / Plan | None | Hobson, Missy | None | DUPLICATE OF DCP0018261- DCP0018275. DRAFT COMMUNICATIONS STRATEGY REGARDING DCPP NUCLEAR WASTE STORAGE AND DISPOSAL ISSUES. PREPARED AT THE REQUEST OF COUNSEL IN ANTICIPATION OF LITIGATION | Work Product |
| 4 | DCP0021466 | DCP0021466 | | Electronic Mail (Email) | Kapus, Robert | Locke, Richard F | Fotis, Harriet M; Lett, Theresa; Strickland, L Jearl; Grebel, Terence | E-MAIL FROM CLIENT TO COUNSEL (R. LOCKE) RE: DCPP ISFSI PROJECT. REQUESTS INFORMATION FROM PG&E LAW DEPARTMENT | Attorney Client |
| 5 | DCP0021474 | DCP0021474 | | Electronic Mail (Email) | Strickland, L Jearl | Locke, Richard F | None | E-MAIL FROM CLIENT TO COUNSEL (R. LOCKE) PROVIDING INFORMATION REQUESTED BY COUNSEL IN ANTICIPATION OF LITIGATION | Attorney Client |
| 6 | DCP0021548 | DCP0021548 | | Multiple Email | Cassidy, Leigh | Patton, Bruce; Strickland, L Jearl | Locke, Richard F | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN COUNSEL (L. CASSIDY) AND CLIENT REGARDING REQUEST FOR INFORMATION IN ANTICIPATION OF FILING IN BANKRUPTCY PROCEEDINGS | Attorney Client |
| 7 | DCP0021548 | DCP0021548 | 8/27/2001 | Multiple Email | Cassidy, Leigh | Patton, Bruce; Strickland, L Jearl | Locke, Richard F | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN COUNSEL (L. CASSIDY) AND CLIENT REGARDING LEGAL ANALYSIS OF DRAFT CONTRACT PROVISIONS FOR DCPP ISFSI | Attorney Client |
| 8 | DCP0021553 | DCP0021553 | | Electronic Mail (Email) | Locke, Richard F | Strickland, L Jearl | Womack, Lawrence | E-MAIL FROM COUNSEL (R. LOCKE) TO CLIENT REGARDING LEGAL ADVICE IN PREPARATION OF BANKRUPTCY PROCEEDINGS | Attorney Client |
| 9 | DCP0021553 | DCP0021553 | 8/7/2001 | Electronic Mail (Email) | Locke, Richard F | Strickland, L Jearl | Womack, Lawrence | E-MAIL FROM COUNSEL (R. LOCKE) TO CLIENT REGARDING LEGAL ANALYSIS OF CONTRACTS FOR DCPP ISFSI PROJECT | Attorney Client |
| 10 | DCP0021579 | DCP0021579 | | Multiple Email | Locke, Richard F | Strickland, L Jearl | Nexon, J (Howard Rice Nemerovski Canady Falk & Rabkin) | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN COUNSEL (R. LOCKE) AND CLIENT REGARDING LEGAL ADVICE IN PREPARATION OF BANKRUPTCY PROCEEDINGS | Attorney Client |
| 11 | DCP0021579 | DCP0021579 | 8/7/2001 | Multiple Email | Locke, Richard F | Strickland, L Jearl | Nexon, Janet (Howard, Rice, Nemerovski, Canady Falk & Rabin) | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN COUNSEL (L. CASSIDY, R. LOCKE) AND OUTSIDE COUNSEL, J. NEXON (HOWARD, RICE, NEMEROVSKI, CANADY, FALK & RABKIN) REGARDING LEGAL ANALYSIS OF DRAFT CONTRACT PROVISIONS FOR DCPP ISFSI | Attorney Client |

| REF | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 12 | DCP0021580 | DCP0021580 | | Multiple Email | Locke, Richard | Strickland, L Jearl | Womack, Lawrence | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN COUNSEL (R. LOCKE) AND CLIENT REGARDING LEGAL ADVICE IN PREPARATION OF BANKRUPTCY PROCEEDINGS | Attorney Client |
| 13 | DCP0021580 | DCP0021580 | 8/7/2001 | Multiple Email | Locke, Richard F | Strickland, L Jearl | Womack, Lawrence | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN COUNSEL (R.LOCKE) AND CLIENT REGARDING LEGAL ANALYSIS OF CONTRACTS FOR DCPP ISFSI PROJECT | Attorney Client |
| 14 | DCP0021581 | DCP0021582 | | Multiple Email | Womack, Lawrence | Locke, Richard F; Nichols, Charlie; Cotton, Cynthia | Strickland, L Jearl | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN COUNSEL (R. LOCKE) AND CLIENT REGARDING LEGAL ADVICE FOR DCPP ISFSI PROJECT | Attorney Client |
| 15 | DCP0021581 | DCP0021582 | 7/16/2001 | Multiple Email | Womack, Lawrence | Locke, Richard F; Nichols, Charlie; Cotton, Cynthia | Cluff, Lloyd; Strickland, L Jearl | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN COUNSEL (R. LOCKE) AND CLIENT REGARDING LEGAL ANALYSIS OF CONTRACTS FOR DCPP ISFSI PROJECT | Attorney Client |
| 16 | DCP0021583 | DCP0021584 | | Multiple Email | Womack, Lawrence | Locke, Richard; Nichols, Charlie; Cotton, Cynthia | Cluff, Lloyd; Strickland, L Jearl | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN COUNSEL (R. LOCKE) AND CLIENT REGARDING LEGAL ADVICE FOR DCPP ISFSI PROJECT | Attorney Client |
| 17 | DCP0021583 | DCP0021584 | 7/16/2001 | Multiple Email | Womack, Lawrence | Locke, Richard F; Nichols, Charlie; Cotton, Cynthia | Cluff, Lloyd; Strickland, L Jearl | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN COUNSEL (R. LOCKE) AND CLIENT REGARDING LEGAL ANALYSIS OF CONTRACTS FOR DCPP ISFSI PROJECT | Attorney Client |
| 18 | DCP0021585 | DCP0021586 | | Multiple Email | Womack, Lawrence | Locke, Richard; Nichols, Charlie; Cotton, Cynthia | Cluff, Lloyd; Strickland, L Jearl | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN COUNSEL (R. LOCKE) AND CLIENT REGARDING LEGAL ADVICE FOR DCPP ISFSI PROJECT | Attorney Client |
| 19 | DCP0021585 | DCP0021586 | 7/16/2001 | Multiple Email | Womack, Lawrence | Locke, Richard F; Nichols, Charlie; Cotton, Cynthia | Cluff, Lloyd; Strickland, L Jearl | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN COUNSEL (R. LOCKE) AND CLIENT REGARDING REQUEST FOR LEGAL ANALYSIS OF CONTRACTS FOR DCPP ISFSI PROJECT | Attorney Client |
| 20 | DCP0021587 | DCP0021588 | | Multiple Email | Womack, Lawrence | Locke, Richard; Nichols, Charlie; Cotton, Cynthia | Cluff, Lloyd; Strickland, L Jearl | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN COUNSEL (R. LOCKE) AND CLIENT REGARDING LEGAL ADVICE FOR DCPP ISFSI PROJECT | Attorney Client |
| 21 | DCP0021587 | DCP0021588 | 7/16/2001 | Multiple Email | Womack, Lawrence | Locke, Richard F; Nichols, Charlie | Cluff, Lloyd; Strickland, L Jearl | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN COUNSEL (R. LOCKE) AND CLIENT REGARDING LEGAL ANALYSIS OF CONTRACTS FOR DCPP ISFSI PROJECT | Attorney Client |
| 22 | DCP0021589 | DCP0021589 | | Multiple Email | Womack, Lawerence | Locke, Richard F; Nichols, Charlie | Cluff, Lloyd; Strickland, L Jearl | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN COUNSEL (R. LOCKE) AND CLIENT REGARDING LEGAL ADVICE FOR DCPP ISFSI PROJECT | Attorney Client |
| 23 | DCP0021589 | DCP0021589 | 7/16/2001 | Multiple Email | Womack, Lawrence | Locke, Richard F; Nichols, Charlie | Cluff, Lloyd; Strickland, L Jearl | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN COUNSEL (R. LOCKE) AND CLIENT REGARDING REQUEST FOR LEGAL ANALYSIS OF CONTRACTS FOR DCPP ISFSI PROJECT | Attorney Client |

| REF | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 24 | DCP0021639 | DCP0021640 | | Multiple Email | Womack, Lawerence | Locke, Richard F; Nichols, Charlie | Cluff, Lloyd; Strickland, L Jearl | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN COUNSEL (R. LOCKE) AND CLIENT REGARDING LEGAL ADVICE FOR DCPP ISFSI PROJECT | Attorney Client |
| 25 | DCP0021639 | DCP0021640 | 7/16/2001 | Multiple Email | Womack, Lawrence | Locke, Richard F; Nichols, Charlie; Cotton, Cynthia | Cluff, Lloyd; Strickland, L Jearl | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN COUNSEL (R. LOCKE) AND CLIENT REGARDING REQUEST FOR LEGAL ANALYSIS OF CONTRACTS FOR DCPP ISFSI PROJECT | Attorney Client |
| 26 | DCP0021661 | DCP0021661 | | Electronic Mail (Email) | Kapus, Robert | Repka, David (Winston & Strawn) | Locke, Richard F; Strickland, L Jearl | E-MAIL FROM CLIENT TO OUTSIDE COUNSEL, D. REPKA (WINSTON & STRAWN), REGARDING DCPP ISFSI PROJECT COSTS | Attorney Client |
| 27 | DCP0021661 | DCP0021661 | | Electronic Mail (Email) | Kapus, Robert | Repka, Dave (Winston & Strawn) | Locke, Richard F; Strickland, L Jearl | E-MAIL FROM CLIENT TO OUTSIDE COUNSEL, D. REPKA (WINSTON & STRAWN) REGARDING DCPP ISFSI PROJECT. PROVIDES INFORMATION REQUESTED BY COUNSEL | Attorney Client |
| 28 | DCP0021670 | DCP0021670 | | Electronic Mail (Email) | Kapus, Robert | Repka, David (Winston & Strawn); Poole, B (Winston & Strawn); Winn, Valerie J | Locke, Richard F; Strickland, L Jearl; Grebel, Terence | E-MAIL FROM CLIENT TO OUTSIDE COUNSEL, D. REPKA (WINSTON & STRAWN), REGARDING DCPP ISFSI DECOMMISSIONING COSTS. PREPARED IN ANTICIPATION OF FILING WITH THE NUCLEAR REGULATORY COMMISSION (NRC) | Attorney Client |
| 29 | DCP0021670 | DCP0021670 | | Electronic Mail (Email) | Kapus, Robert | Repka, Dave (Winston & Strawn); Poole, Brooke (Winston & Strawn); Winn, Valerie J | Locke, Richard F; Strickland, L Jearl; Grebel, Terence | E-MAIL FROM CLIENT TO OUTSIDE COUNSEL, D. REPKA and B. POOLE (WINSTON & STRAWN), REGARDING DCPP ISFSI. PREPARED AT THE REQUEST OF COUNSEL IN ANTICIPATION OF REGULATORY PROCEEDINGS | Work Product; Attorney Client |
| 30 | DCP0046761 | DCP0046761 | 4/27/1992 | Letter | Warner, Christopher J | Shiffer, James D; Rueger, Gregory M; Fujimoto, Warren H; Hoch, John B; Johnson, Roger | None | CORRESPONDENCE FROM COUNSEL (C. WARNER) TO CLIENT REGARDING LEGAL ANALYSIS IN PREPARATION OF LICENSE AMENDMENT REQUEST | Attorney Client |
| 31 | HBP0011128 | HBP0011164 | 3/21/2002 | Transcript / Testimony | Willis, Roy | Kapus, Bob | None | TESTIMONY AND EXHIBITS PRESENTED TO CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) REGARDING SONGS 1 DECOMMISSIONING - REDACTED PORTIONS (PAGES 58-64) REFLECT HANDWRITTEN NOTES AND ANALYSIS PREPARED IN ANTICIPATION AND PREPARATION FOR LITIGATION - REGULATORY PROCEEDINGS | Work Product |
| 32 | HBP0029145 | HBP0029151 | 7/9/2002 | Report / Plan | Willis, Roy | Kapus, Bob | None | DRAFT RESPONSE TO REQUEST FOR ADDITIONAL INFORMATION PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL IN PREPARATION FOR REGULATORY PROCEEDINGS - GRC - BEFORE THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Work Product |

| REF | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 33 | HBP0029153 | HBP0029164 | 6/28/2002 | Report / Plan | Willis, Roy | Kapus, Bob | None | DRAFT RESPONSE TO REQUEST FOR ADDITIONAL INFORMATION PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL IN PREPARATION FOR REGULATORY PROCEEDINGS - GRC - BEFORE THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Work Product |
| 34 | HBP0029167 | HBP0029185 | 7/12/2002 | Report / Plan | Willis, Roy | Kapus, Bob | None | DRAFT RESPONSE TO REQUEST FOR ADDITIONAL INFORMATION PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL IN PREPARATION FOR REGULATORY PROCEEDINGS - GRC - BEFORE THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Work Product |
| 35 | HBP0029187 | HBP0029210 | 6/28/2002 | Report / Plan | Willis, Roy | Kapus, Bob | None | DRAFT RESPONSE TO REQUEST FOR ADDITIONAL INFORMATION PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL IN PREPARATION FOR REGULATORY PROCEEDINGS - GRC - BEFORE THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Work Product |
| 36 | HBP0029212 | HBP0029256 | 7/9/2002 | Report / Plan | Willis, Roy | Kapus, Bob | None | DRAFT RESPONSE TO REQUEST FOR ADDITIONAL INFORMATION PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL IN PREPARATION FOR REGULATORY PROCEEDINGS - GRC - BEFORE THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Work Product |
| 37 | HBP0029258 | HBP0029287 | 6/28/2002 | Report / Plan | Willis, Roy | Kapus, Bob | None | DRAFT RESPONSE TO REQUEST FOR ADDITIONAL INFORMATION PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL IN PREPARATION FOR REGULATORY PROCEEDINGS - GRC - BEFORE THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Work Product |
| 38 | HBP0029289 | HBP0029313 | 7/00/2002 | Report / Plan | Ansar, J; Bosscawen, G; Cronin, T; Gokhale, S; Golden, P; Hartman, D; Miklush, D; O'Flanagan, J; O'Reilly, S; Pappas, J; Prudhomme, P; Sweeney, N; Willis, R; Weingart, D | Kapus, Bob | None | DRAFT RESPONSE TO REQUEST FOR ADDITIONAL INFORMATION PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL IN PREPARATION FOR REGULATORY PROCEEDINGS - GRC - BEFORE THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Work Product |
| 39 | HBP0029318 | HBP0029319 | 7/00/2002 | Report / Plan | Miklush, Dave | Kapus, Bob | None | ROUTING AND REVIEW MATRIX TO ACCOMPANY DRAFT RESPONSES TO REQUEST FOR ADDITIONAL INFORMATION IN PREPARATION FOR LITIGATION - REGULATORY PROCEEDINGS - GRC - BEFORE THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Work Product |

| REF | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 40 | HBP0029326 | HBP0029329 | 7/00/2002 | Report / Plan | Forsgard, Karen | Kapus, Bob | None | DRAFT RESPONSE TO REQUEST FOR ADDITIONAL INFORMATION PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL IN PREPARATION FOR GENERAL RATE CASE PROCEEDINGS (GRC) BEFORE THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Work Product |
| 41 | HBP0029330 | HBP0029413 | 2003 | Financial | Willis, Roy | Kapus, Bob | None | DRAFT WORKPAPERS PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL IN ANTICIPATION OF LITIGATION - REGULATORY PROCEEDINGS - GRC - BEFORE THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Work Product |
| 42 | HBP0103897 | HBP0103899 | 3/21/2001 | Multiple Email | Russell, Roger | Kapus, Robert; Carden Hal; Nugent, Patrick; Locke, Richard F; Sokolsky, David; Tyler, Tom | Moulia, Thomas; Winn, Valerie | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN CLIENT AND COUNSEL (R. LOCKE) REGARDING DRAFT DCPP AND HBPP DECOMMISSIONING FUNDING REPORTS PREPARED IN ANTICIPATION OF LITIGATION - REGULATORY PROCEEDING (CPUC) - REQUESTS LEGAL REVIEW AND COMMENT. SIMILAR VERSIONS OF THIS EMAIL, IN WHOLE OR PART AT: HBP0103897, HBP0103900, HBP0103909, HBP0103932, HBP0103934, HBP0103936, HBP0103938 | Attorney Client |
| 43 | HBP0103900 | HBP0103901 | 3/21/2001 | Multiple Email | Russell, Roger | Kapus, Robert; Carden, Hal; Nugent, Patrick; Locke, Richard F; Sokolsky, David; Tyler, Tom | Moulia, Thomas; Winn, Valerie | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN CLIENT AND COUNSEL (R. LOCKE) REGARDING DRAFT DCPP AND HBPP DECOMMISSIONING FUNDING REPORTS PREPARED IN ANTICIPATION OF LITIGATION - REGULATORY PROCEEDING (CPUC) - REQUESTS LEGAL REVIEW AND COMMENT. SIMILAR VERSIONS OF THIS EMAIL, IN WHOLE OR PART AT: HBP0103897, HBP0103909, HBP0103932, HBP0103934, HBP0103936, HBP0103938 | Attorney Client |
| 44 | HBP0103909 | HBP0103910 | 3/21/2001 | Multiple Email | Russell, Roger | Kapus, Robert; Carden, Hal; Nugent, Patrick; Locke, Richard F; Sokolsky, David | Moulia, Thomas | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN CLIENT AND COUNSEL (R. LOCKE) REGARDING DRAFT DCPP AND HBPP DECOMMISSIONING FUNDING REPORTS PREPARED IN ANTICIPATION OF LITIGATION - REGULATORY PROCEEDING (CPUC) - REQUESTS LEGAL REVIEW AND COMMENT. SIMILAR VERSIONS OF THIS EMAIL, IN WHOLE OR PART AT: HBP0103897, HBP0103900, HBP0103932, HBP0103934, HBP0103936, HBP0103938; | Attorney Client |

| REF | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 45 | HBP0103932 | HBP0103933 | 3/21/2001 | Multiple Email | Russell, Roger | Kapus, Robert; Carden, Hal; Nugent, Patrick; Locke, Richard F; Sokolsky, David; Tyler, Tom | Moulia, Thomas; Winn, Valerie | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN CLIENT AND COUNSEL (R. LOCKE) REGARDING DRAFT DCPP AND HBPP DECOMMISSIONING FUNDING REPORTS PREPARED IN ANTICIPATION OF LITIGATION - REGULATORY PROCEEDING (CPUC) - REQUESTS LEGAL REVIEW AND COMMENT. SIMILAR VERSIONS OF THIS EMAIL, IN WHOLE OR PART AT: HBP0103897, HBP0103900, HBP0103909, HBP0103934, HBP0103936, HBP0103938; | Attorney Client |
| 46 | HBP0103934 | HBP0103935 | 3/21/2001 | Multiple Email | Russell, Roger | Kapus, Robert; Carden, Hal; Nugent, Patrick; Locke, Richard F; Sokolsky, David | Moulia, Thomas; Winn, Valerie | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN CLIENT AND COUNSEL (R. LOCKE) REGARDING DRAFT DCPP AND HBPP DECOMMISSIONING FUNDING REPORTS PREPARED IN ANTICIPATION OF LITIGATION - REGULATORY PROCEEDING (CPUC) - REQUESTS LEGAL REVIEW AND COMMENT. SIMILAR VERSIONS OF THIS EMAIL, IN WHOLE OR PART AT: HBP0103897, HBP0103900, HBP0103909, HBP0103932, HBP0103936, HBP0103938; | Attorney Client |
| 47 | HBP0103936 | HBP0103937 | 3/21/2001 | Multiple Email | Russell, Roger | Kapus, Robert; Carden, Hal; Nugent, Patrick; Locke, Richard F; Sokolsky, David | Moulia, Thomas | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN CLIENT AND COUNSEL (R. LOCKE) REGARDING DRAFT DCPP AND HBPP DECOMMISSIONING FUNDING REPORTS PREPARED IN ANTICIPATION OF LITIGATION - REGULATORY PROCEEDING (CPUC) - REQUESTS LEGAL REVIEW AND COMMENT. SIMILAR VERSIONS OF THIS EMAIL, IN WHOLE OR PART AT: HBP0103897, HBP0103900, HBP0103909, HBP0103932, HBP0103934, HBP0103938; | Attorney Client |
| 48 | HBP0103938 | HBP0103938 | 3/21/2001 | Electronic Mail (Email) | Russell, Roger | Kapus, Robert; Carden, Hal; Nugent, Patrick; Locke, Richard F; Sokolsky, David | Moulia, Thomas | BEGINNING OF EMAIL CHAIN CONTAINING COMMUNICATION BETWEEN CLIENT AND COUNSEL (R. LOCKE) REGARDING DRAFT DCPP AND HBPP DECOMMISSIONING FUNDING REPORTS PREPARED IN ANTICIPATION OF LITIGATION - REGULATORY PROCEEDING (CPUC) - REQUESTS LEGAL REVIEW AND COMMENT. SIMILAR VERSIONS OF THIS EMAIL, IN WHOLE OR PART AT: HBP0103897, HBP0103900, HBP0103909, HBP0103932, HBP0103934, HBP0103936; | Attorney Client |
| 49 | HBP0104129 | HBP0104129 | 2/25/1999 | Multiple Email | Locke, Richard F | Grebel, Terence; Russell, Roger | Bangert, A C; Nugent, Patrick; Kapus, Robert; Carden, Harold; Warner, Christopher J; Coley, William; Sigler, Cheryl | E-MAIL CHAIN BETWEEN COUNSEL (R. LOCKE) AND CLIENT REQUESTING REVIEW AND COMMENT FROM COUNSEL ON REPORT PREPARED IN ANTICIPATION OF LITIGATION - REGULATORY PROCEEDING (NRC) | Attorney Client |

| REF | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 50 | HBP0104656 | HBP0104656 | 10/27/1995 | Multiple Email | William, Terry J | Busterud, John W; Squyres, Drew A; Heotes Jackson, Anne M; Moulia, Tom A; Willis, Roy B; Steiner, Philip A | None | E-MAIL CHAIN CONTAINING REQUEST FOR LEGAL ADVICE FROM COUNSEL (J. BUSTERUD) RE: WASTE STORAGE PERMIT REQUIREMENTS | Attorney Client |
| 51 | HBP0104866 | HBP0104870 | 10/6/1995 | Report / Plan | Coffman, Marti; Moore, James | Moulia, Tom | None | DRAFT HBPP ENVIRONMENTAL AUDIT REPORT PREPARED BY PG&E LAW DEPARTMENT. INCLUDES LEGAL ANALYSIS | Work Product |
| 52 | HBP0104871 | HBP0104874 | 10/6/1995 | Report / Plan | Coffman, Marti; Moore, James | Moulia, Tom | None | DRAFT HBPP ENVIRONMENTAL AUDIT REPORT PREPARED BY PG&E LAW DEPARTMENT. INCLUDES LEGAL ANALYSIS | Work Product |
| 53 | HBP0104875 | HBP0104879 | 10/6/1995 | Report / Plan | Coffman, Marti; Moore, James | Moulia, Tom | None | DRAFT HBPP ENVIRONMENTAL AUDIT REPORT PREPARED BY PG&E LAW DEPARTMENT. INCLUDES LEGAL ANALYSIS | Work Product |
| 54 | HBP0104908 | HBP0104908 | 8/18/1994 | Report / Plan | Pacific Gas and Electric Company Law Department | Moulia, Tom | None | DRAFT HBPP ENVIRONMENTAL INSPECTION FORM PREPARED BY PG&E LAW DEPARTMENT. | Work Product |
| 55 | HBP0104909 | HBP0104920 | 00/00/1995 | Report / Plan | Pacific Gas and Electric Company Law Department | Moulia, Tom | None | HBPP ENVIRONMENTAL AUDIT REPORT PREPARED BY PG&E LAW DEPARTMENT. INCLUDES LEGAL ANALYSIS | Work Product |
| 56 | HBP0104922 | HBP0104922 | 2/14/1995 | Memo | Worthington, Bruce R | Haywood, Robert J; Jenkins-Stark, Jack F; Rose, Virgil G; Rueger, Gregory M | None | LEGAL MEMORANDUM TO CLIENT FROM COUNSEL (B. WORTHINGTON) REGARDING ENVIRONMENTAL INSPECTION PROGRAM | Attorney Client; Work Product |
| 57 | HBP0104923 | HBP0104924 | 1/30/1995 | Memo | Furtado, Victor C | Fujimoto, Warren H; Macias, E James; Mazotti, William R; Nelson, Peter C; Pope, James H; Randolph, James K; Reynolds, Stephen P; Womack, Lawrence F | Glynn Jr, Robert D; Haywood, Robert J; Jenkins-Stark, Jack F; Rose, Virgil G; Rueger, Gregory M; Bennett, Marvin E; Walker, Gary L; Busterud, John W; Fischbach, Lisa M; Jordan, Lise H; Moore, James M; Prickett, Robert J; Promani, Rudy; Taft, Lee G; Wong, David Y | MEMORANDUM WRITTEN AT REQUEST OF PG&E LAW DEPARTMENT RE: ATTACHED ENVIRONMENTAL INSPECTION PROGRAM SUMMARY (HBP0104925 - HBP0104924) | Work Product |
| 58 | HBP0104925 | HBP0104926 | 1/24/1995 | Report / Plan | Pacific Gas and Electric Company | Moulia, Tom; Fujimoto, Warren H; Macias, E James; Mazotti, William R; Nelson, Peter C; Pope, James H; Randolph, James K; Reynolds, Stephen P; Womack, Lawrence F | Glynn Jr, Robert D; Haywood, Robert J; Jenkins-Stark, Jack F; Rose, Virgil G; Rueger, Gregory M; Bennett, Marvin E; Walker, Gary L; Busterud, John W; Fischbach, Lisa M; Jordan, Lise H; Moore, James M; Prickett, Robert J; Promani, Rudy; Taft, Lee G; Wong, David Y | ENVIRONMENTAL INSPECTION PROGRAM SUMMARY PREPARED AT REQUEST OF COUNSEL. ATTACHED TO MEMORANDUM AT HBP0104923 | Work Product |

| REF | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 59 | HBP0104927 | HBP0104929 | 11/8/1994 | Memo | Busterud, John W | Division Managers; Power Plant Managers; Bhattacharya, Shan; Dow, Luther M; Sloat, Kim A; Strub, Rodney J | Bordon, Robert L; Holden, Richard A; Peters, Roger J; Furtado, Victor C; Oglesby, Douglas A; Poncelet, Claude G; Promani, Rudy; Sexton, James A; Strehlitz, Frank W; Taft, Lee G; Vincent, Louis E; Warner, Christopher J; Woo, Shirley A; Environmental Section Attorneys | LEGAL MEMORANDUM TO CLIENT FROM COUNSEL (J. BUSTERUD) REGARDING PG&E ENVIRONMENTAL LAW AND REGULATION COMPLIANCE. PROVIDES LEGAL ANALYSIS | Attorney Client; Work Product |
| 60 | HBP0104930 | HBP0104930 | 9/29/1995 | Electronic Mail (Email) | Taft, Lee | Rueger, Gregory M | Furtado, Victor C; Busterud, John; Moulia, Tom A; Moore, James M; Coffman, Marti M; Jordan, Lise H | E-MAIL TO CLIENT FROM PG&E LAW DEPARTMENT REGARDING ENVIRONMENTAL AUDIT OF HBPP CONDUCTED BY LAW DEPARTMENT | Attorney Client |
| 61 | HBP0105646 | HBP0105648 | 3/18/1997 | Report / Plan | Pacific Gas & Electric | Pacific Gas & Electric Company Board of Directors | None | PROJECT SUMMARY PREPARED FOR PRESENTATION TO THE BOARD OF DIRECTORS INCLUDING LEGAL ANALYSIS AND RECOMMENDATIONS REGARDING ANTICIPATED LITIGATION - REGULATORY PROCEEDING FOR NUCLEAR DECOMMISSIONING COST TRIENNIAL PROCEEDING (NDCTP). REFLECTS RECOMMENDATIONS RELATING TO DECISIONS REGARDING THE FILING OF AN ADVICE LETTER WITH THE CPUC. | Attorney Client; Work Product |
| 62 | HBP0105664 | HBP0105669 | 6/14/1997 | Report / Plan | Pacific Gas & Electric | Pacific Gas & Electric Management Committee | None | PROJECT SUMMARY PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL FOR PRESENTATION TO THE MANAGEMENT COMMITTEE IN ANTICIPATION OF LITIGATION - REGULATORY PROCEEDING. REFLECTS RECOMMENDATIONS RELATING TO DECISIONS REGARDING THE LICENSING OF HBPP DRY STORAGE. | Attorney Client; Work Product |
| 63 | HBP0105671 | HBP0105673 | 9/18/1996 | Report / Plan | Pacific Gas & Electric | Pacific Gas & Electric Company Board of Directors | None | PROJECT SUMMARY PREPARED FOR PRESENTATION TO THE BOARD OF DIRECTORS INCLUDING LEGAL ANALYSIS AND RECOMMENDATIONS REGARDING ANTICIPATED LITIGATION - REGULATORY PROCEEDING FOR NUCLEAR DECOMMISSIONING COST TRIENNIAL PROCEEDING (NDCTP). REFLECTS RECOMMENDATIONS RELATING TO DECISIONS REGARDING THE FILING OF AN ADVICE LETTER WITH THE CPUC. | Attorney Client; Work Product |
| 64 | HBP0105844 | HBP0105844 | 6/5/1991 | Memo | Barrett J E | Budke, Robert L; Cossette, Larry L; Duke, David L; Locke, Richard F; Rigney, Peter E | OSullivan, K; Stock, W C; NFM Reading File | MEMORANDUM FROM CLIENT TO CLIENT AND COUNSEL (R. LOCKE, P. RIGNEY) REGARDING DOE ACCEPTANCE OF SPENT NUCLEAR FUEL. REQUESTS LEGAL REVIEW | Attorney Client |

| REF | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 65 | HBP0105845 | HBP0105846 | 6/5/1991 | Memo | Barrett, J E | Budke, Robert L; Cossette, Larry L; Duke, David L; Locke, Richard F; Rigney, Peter E | OSullivan, K; Stock, W C; NFM Reading File | DUPLICATE OF HBP0105844. MEMORANDUM FROM CLIENT TO CLIENT AND COUNSEL (R. LOCKE, P. RIGNEY) REGARDING DOE ACCEPTANCE OF SPENT NUCLEAR FUEL. REQUESTS LEGAL REVIEW | Attorney Client |
| 66 | HBP0105980 | HBP0105980 | 4/22/1992 | Electronic Mail (Email) | Warner, Christopher J | Kubitz, Kermit R; McLennan, Robert B; Slocum, Gail; Buchsbaum, Craig M; Barrett, John E; Weingart, Richard A; Nelson, Robert T; Bangert, A Charles; Walters, Winifred C | None | E-MAIL FROM COUNSEL (C. WARNER) TO COUNSEL (K. KERMITZ, R. MCLENNAN, G. SLOCUM, C. BUCHSBAUM) AND CLIENT REGARDING LEGAL ANALYSIS AND STRATEGY FOR REGULATORY PROCEEDINGS - GRC | Attorney Client; Work Product |
| 67 | HBP0105985 | HBP0105987 | 4/26/1992 | Multiple Email | Warner, Christopher J | Buchsbaum, Craig M; Slocum, Gail; McLennan, Robert B; Kubitz, Kermit R; Barrett, Gene | Bangert, A Charles; Nelson, Robert T; Weingart, Richard A; Barrett, John E; Walters, Winifred C; Anderson, Stan; Fairchild, Bill; Patterson, Dick A | E-MAIL CHAIN CONTAINING COMMUNICATION FROM COUNSEL (C. WARNER) TO COUNSEL (K. KERMITZ, R. MCLENNAN, G. SLOCUM, C. BUCHSBAUM) REGARDING LEGAL ANALYSIS, STRATEGY AND ADVICE PROVIDED IN PREPARATION FOR REGULATORY PROCEEDINGS - GRC | Attorney Client; Work Product |
| 68 | HBP0106114 | HBP0106114 | 5/27/1997 | Electronic Mail (Email) | Sellers, Judith | Womack, Lawrence F | Melendres-Keller, Patricia; Locke, Richard F; Carter, Don | E-MAIL SUMMARIZING ADVICE OF COUNSEL (R. LOCKE) REGARDING SPENT NUCLEAR FUEL LITIGATION WITH DOE | Attorney Client |
| 69 | HBP0106115 | HBP0106115 | 5/30/1997 | Electronic Mail (Email) | Duke, David L | Locke, Richard F | Sellers, Judith; Walters, Winifred C | E-MAIL TO COUNSEL (R. LOCKE) FROM CLIENT REGARDING STANDARD CONTRACT OBLIGATIONS | Attorney Client |
| 70 | HBP0106152 | HBP0106152 | 6/6/1997 | Electronic Mail (Email) | Warner, Christopher J | Worthington, Bruce R; Rueger, Gregory M; Richard, Daniel D; Stocke, William C; Bangert, A Charles; Sellers, Judith L; Womack, Lawrence F; Hill, Tom M; Kline, Steven L; Guliasi, Les G; Corey, Jana; Mullen, Pat W; Cooper Shawn E | Glynn, Robert D, Jr; Smith, Gordon R | E-MAIL FROM COUNSEL (C. WARNER) TO COUNSEL (B. WORTHINGTON) AND CLIENT REGARDING SPENT NUCLEAR FUEL LITIGATION WITH DOE. PROVIDES LEGAL ANALYSIS AND ADVICE | Attorney Client |
| 71 | HBP0106153 | HBP0106153 | 6/6/1997 | Electronic Mail (Email) | Warner, Christopher J | Worthington, Bruce R; Rueger, Gregory M; Richard, Daniel D; Stocke, William C; Bangert, A Charles; Sellers, Judith L; Womack, Lawrence F; Hill, Tom M; Kline, Steven L; Guliasi, Les G; Corey, Jana; Mullen, Pat W; Cooper Shawn E | Glynn, Robert D, Jr; Smith, Gordon R | DUPLICATE OF HBP0106152. E-MAIL FROM COUNSEL (C. WARNER) TO COUNSEL (B. WORTHINGTON) AND CLIENT REGARDING SPENT FUEL LITIGATION WITH DOE. PROVIDES LEGAL ANALYSIS AND ADVICE | Attorney Client |

| REF | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 72 | HBP0106171 | HBP0106172 | 4/29/1998 | Memo | Silberg, Jay E (Shaw Pittman); Cynamon, David J (Shaw Pittman) | Nuclear Utility Joint Privilege Group | None | LEGAL MEMORANDUM FROM OUTSIDE COUNSEL, J. SILBERG, D. CYNAMON (SHAW PITTMAN), TO MEMBERS OF NUCLEAR UTILITY JOINT PRIVILEGE GROUP REGARDING NUCLEAR WASTE FUND PAYMENTS | Attorney Client; Work Product |
| 73 | HBP0106174 | HBP0106174 | 4/13/1998 | Memo | Silberg, Jay E (Shaw Pittman) | Nuclear Utility Joint Privilege Group | None | LEGAL MEMORANDUM FROM OUTSIDE COUNSEL, J. SILBERG (SHAW PITTMAN), TO MEMBERS OF NUCLEAR UTILITY JOINT PRIVILEGE GROUP REGARDING DOE LITIGATION | Attorney Client; Work Product |
| 74 | HBP0106178 | HBP0106178 | 5/4/1998 | Multiple Email | Warner, Christopher J | Sellers, Judith | Sellers, Judith | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN CLIENT AND COUNSEL (C. WARNER) REGARDING NUCLEAR WASTE FUND PAYMENTS | Attorney Client |
| 75 | HBP0106179 | HBP0106180 | 4/29/1998 | Memo | Silberg, Jay E (Shaw Pittman); Cynamon, David J (Shaw Pittman) | Nuclear Utility Joint Privilege Group | None | DUPLICATE OF HBP0106171 - HBP0106172. LEGAL MEMORANDUM FROM OUTSIDE COUNSEL, J. SILBERG & D. CYNAMON (SHAW PITTMAN), TO MEMBERS OF NUCLEAR UTILITY JOINT PRIVILEGE GROUP REGARDING NUCLEAR WASTE FUND PAYMENTS | Attorney Client; Work Product |
| 76 | HBP0106182 | HBP0106182 | 4/13/1998 | Memo | Silberg, Jay E (Shaw Pittman) | Nuclear Utility Joint Privilege Group | None | DUPLICATE OF HBP0106174. LEGAL MEMORANDUM FROM OUTSIDE COUNSEL, J. SILBERG (SHAW PITTMAN), TO MEMBERS OF NUCLEAR UTILITY JOINT PRIVILEGE GROUP REGARDING DOE LITIGATION | Attorney Client |
| 77 | HBP0109377 | HBP0109388 | | Report / Plan | Pacific Gas and Electric Company | Kapus, Bob | None | DRAFT HBPP DECOMMISSIONING PLAN PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL IN ANTICIPATION OF LITIGATION - REGULATORY PROCEEDING (NRC) | Work Product |
| 78 | HBP0109390 | HBP0109391 | 03/00/2004 | Letter | Womack, Lawrence F | Kapus, Bob | None | DRAFT LETTER TO NUCLEAR REGULATORY COMMISSION (NRC) REGARDING HBPP DECOMMISSIONING ISSUES. DRAFT LETTER AND ATTACHMENTS (HBP0109392 - HBP0109404) PREPARED IN ANTICIPATION OF LITIGATION - REGULATORY PROCEEDING | Work Product |
| 79 | HBP0109392 | HBP0109392 | 3/4/2004 | Financial | Pacific Gas and Electric Company | Kapus, Bob | None | ATTACHMENT TO DRAFT LETTER (HBP0109390) TO NUCLEAR REGULATORY COMMISSION (NRC) REGARDING HBPP DECOMMISSIONING ISSUES. PREPARED IN ANTICIPATION OF LITIGATION - REGULATORY PROCEEDING | Work Product |
| 80 | HBP0109393 | HBP0109395 | | Report / Plan | Pacific Gas and Electric Company | Kapus, Bob | None | ATTACHMENT TO DRAFT LETTER (HBP0109390) TO NUCLEAR REGULATORY COMMISSION (NRC) REGARDING HBPP DECOMMISSIONING ISSUES. PREPARED IN ANTICIPATION OF LITIGATION - REGULATORY PROCEEDING | Work Product |
| 81 | HBP0109396 | HBP0109396 | | Financial | Pacific Gas and Electric Company | Kapus, Bob | None | ATTACHMENT TO DRAFT LETTER (HBP0109390) TO NUCLEAR REGULATORY COMMISSION (NRC) REGARDING HBPP DECOMMISSIONING ISSUES. PREPARED IN ANTICIPATION OF LITIGATION - REGULATORY PROCEEDING | Work Product |

| REF | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 82 | HBP0109397 | HBP0109397 | | Financial | Pacific Gas and Electric Company | Kapus, Bob | None | ATTACHMENT TO DRAFT LETTER (HBP0109390) TO NUCLEAR REGULATORY COMMISSION (NRC) REGARDING HBPP DECOMMISSIONING ISSUES. PREPARED IN ANTICIPATION OF LITIGATION - REGULATORY PROCEEDING | Work Product |
| 83 | HBP0109398 | HBP0109402 | | Report / Plan | Pacific Gas and Electric Company | Kapus, Bob | None | ATTACHMENT TO DRAFT LETTER (HBP0109390) TO NUCLEAR REGULATORY COMMISSION (NRC) REGARDING HBPP DECOMMISSIONING ISSUES. PREPARED IN ANTICIPATION OF LITIGATION - REGULATORY PROCEEDING | Work Product |
| 84 | HBP0109403 | HBP0109404 | | Report / Plan | Pacific Gas and Electric Company | Kapus, Bob | None | ATTACHMENT TO DRAFT LETTER (HBP0109390) TO NUCLEAR REGULATORY COMMISSION (NRC) REGARDING HBPP DECOMMISSIONING ISSUES. PREPARED IN ANTICIPATION OF LITIGATION - REGULATORY PROCEEDING | Work Product |
| 85 | HBP0109445 | HBP0109447 | 3/22/2004 | Multiple Email | Kolb, Marc E | Sokolsky, David | Kapus, Robert; Winn, Valerie J | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN CLIENT AND COUNSEL (R. MCLENNAN, R. LOCKE) REGARDING HBPP DECOMMISSIONING FUNDING ISSUES. INCLUDES REQUEST FOR REVIEW OF DOCUMENT FOR LEGAL SUFFICIENCY | Attorney Client |
| 86 | HBP0109556 | HBP0109556 | 10/28/1999 | Multiple Email | Kapus, Robert | Bosscawen, Greg; Warner, Christopher; Winn, Valerie | Moulia, Thomas; Weingart, Richard | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN CLIENT AND COUNSEL (C. WARNER) REGARDING GRC ISSUES. PROVIDES REQUESTED INFORMATION IN PREPARATION FOR REGULATORY PROCEEDINGS - GRC | Attorney Client |
| 87 | HBP0109557 | HBP0109557 | 10/28/1999 | Multiple Email | Moulia, Thomas | Kapus, Robert | None | E-MAIL CHAIN REGARDING COUNSEL (C. WARNER) REQUEST FOR INFORMATION ON GRC ISSUES. PREPARED IN PREPARATION FOR REGULATORY PROCEEDINGS - GRC | Attorney Client |
| 88 | HBP0109558 | HBP0109558 | 10/28/1999 | Multiple Email | Weingart, Richard | Bosscawen, Greg; Kapus, Robert | Moulia, Thomas | E-MAIL CHAIN REGARDING COUNSEL (C. WARNER) REQUEST FOR INFORMATION ON GRC ISSUES. PREPARED IN PREPARATION FOR REGULATORY PROCEEDINGS - GRC | Attorney Client |
| 89 | HBP0109561 | HBP0109561 | 7/22/1999 | Multiple Email | Trengove, Ken | Locke, Richard F | Kapus, Robert; Patton, Bruce; Zerbe, Doug; Carden, Harold | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN CLIENT AND COUNSEL (R. LOCKE) REGARDING DCPP SPENT FUEL STORAGE. REQUESTS LEGAL REVIEW AND REFLECTS REVIEW FOR LEGAL SUFFICIENCY | Attorney Client |
| 90 | HBP0110838 | HBP0110847 | | Report / Plan | Pacific Gas & Electric | Pacific Gas & Electric Company Board of Directors | None | SUMMARY PREPARED FOR PRESENTATION TO THE BOARD OF DIRECTORS INCLUDING LEGAL ANALYSIS AND RECOMMENDATIONS OF ANTICIPATED LITIGATION - REGULATORY PROCEEDING FOR NUCLEAR DECOMMISSIONING COST TRIENNIAL PROCEEDING (NDCTP). REFLECTS RECOMMENDATIONS RELATING TO DECISIONS REGARDING THE FILING OF AN ADVICE LETTER WITH THE CPUC. | Attorney Client; Work Product |

| REF | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 91 | HBP0110864 | HBP0110878 | 3/28/2001 | Letter/Report/Plan | Pacific Gas & Electric | Kapus, Bob | None | DRAFT ADVICE LETTER AND ATTACHMENTS PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL IN ANTICIPATION OF FILING BEFORE CPUC REGARDING HBPP DECOMMISSIONING | Work Product |
| 92 | HBP0110943 | HBP0110945 | | Agenda / Meeting Minute | Pacific Gas & Electric | Kapus, Robert | None | PROTEST RESPONSE MEETING AGENDA WITH MARGINAL NOTES, PREPARED IN RESPONSE AND IN PREPARATION FOR LITIGATION, REFLECTS LEGAL STRATEGY PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL | Work Product |
| 93 | HBP0111272 | HBP0111287 | 3/28/2001 | Letter | Pacific Gas & Electric | Kapus, Bob | None | DRAFT ADVICE LETTER AND ATTACHMENTS PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL IN ANTICIPATION OF FILING BEFORE CPUC REGARDING HBPP DECOMMISSIONING | Work Product |
| 94 | HBP0111513 | HBP0111517 | 1/6/2004 | Letter | Rueger, Gregory M | Kapus, Bob | None | DRAFT LETTER TO NUCLEAR REGULATORY COMMISSION (NRC) REGARDING HBPP DECOMMISSIONING INFORMATION REQUESTED BY NRC. PREPARED FOR FILING BEFORE THE NRC | Work Product |
| 95 | HBP0111911 | HBP0111914 | 09/00/1999 | Letter | Pacific Gas & Electric | Kapus, Bob | None | DRAFT ADVICE LETTER AND ATTACHMENT PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL IN ANTICIPATION OF FILING BEFORE CPUC REGARDING HBPP DECOMMISSIONING | Work Product |
| 96 | HBP0111915 | HBP0111916 | 1/31/2000 | Multiple Email | Warner, Christopher | Moulia, Thomas; Forsgard, Karen; Winn, Valerie; Womack, Lawrence; Kapus; Bob; Tyler, Tom; O'Flanagan, Joseph | None | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN CLIENT AND COUNSEL (C. WARNER) REGARDING HBPP DECOMMISSIONING. PROVIDES LEGAL ANALYSIS | Attorney Client |
| 97 | HBP0111940 | HBP0111941 | | Report / Plan | None | Kapus, Bob | None | DRAFT SECTION OF ATTACHMENT TO DRAFT ADVICE LETTER PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL IN ANTICIPATION OF FILING BEFORE CPUC REGARDING HBPP DECOMMISSIONING | Work Product |
| 98 | HBP0112017 | HBP0112020 | 9/24/1999 | Letter | Pacific Gas & Electric | Kapus, Bob | None | DRAFT ADVICE LETTER AND ATTACHMENT PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL IN ANTICIPATION OF FILING BEFORE CPUC REGARDING HBPP DECOMMISSIONING | Work Product |
| 99 | HBP0112021 | HBP0112024 | 09/00/1999 | Letter | Pacific Gas & Electric | Kapus, Bob | None | DRAFT ADVICE LETTER AND ATTACHMENT PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL IN ANTICIPATION OF FILING BEFORE CPUC REGARDING HBPP DECOMMISSIONING | Work Product |
| 100 | HBP0112025 | HBP0112028 | 9/13/1999 | Letter | Pacific Gas & Electric | Kapus, Bob | None | DRAFT ADVICE LETTER AND ATTACHMENT PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL IN ANTICIPATION OF FILING BEFORE CPUC REGARDING HBPP DECOMMISSIONING | Work Product |

| REF | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 101 | HBP0112181 | HBP0112181 | | Financial | Pacific Gas & Electric | Kapus, Robert | None | DRAFT SECTION OF DECOMMISSIONING COST STUDY WITH MARGINAL NOTES RE: HBPP DECOMMISSIONING. PREPARED IN ANTICIPATION OF LITIGATION - REGULATORY PROCEEDINGS (CPUC) | Work Product |
| 102 | HBP0112182 | HBP0112182 | 00/00/2002 | Financial | TLG Services, Inc | Kapus, Bob | None | DRAFT SECTION OF REPORT REGARDING HBPP DECOMMISSIONING. PREPARED IN ANTICIPATION OF REGULATORY PROCEEDINGS - NUCLEAR REGULATORY COMMISSION (NRC) | Work Product |
| 103 | HBP0112183 | HBP0112195 | 11/5/2003 | Report / Plan | Pacific Gas & Electric | Kapus, Bob | None | DRAFT LICENSE APPLICATION REGARDING HBPP ISFSI. PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL IN ANTICIPATION OF LITIGATION - REGULATORY PROCEEDING BEFORE THE NUCLEAR REGULATORY COMMISSION (NRC) | Work Product |
| 104 | HBP0112196 | HBP0112198 | 10/1/2003 | Report / Plan | Pacific Gas & Electric | Kapus, Robert | None | DRAFT SECTION OF DECOMMISSIONING COST STUDY WITH MARGINAL NOTES (R. KAPUS) RE: HBPP DECOMMISSIONING. PREPARED IN ANTICIPATION OF LITIGATION - REGULATORY PROCEEDINGS (CPUC) | Work Product |
| 105 | HBP0112802 | HBP0112802 | 11/8/1995 | Report / Plan | Van Note, Larry | Kapus, Bob | None | MEMORANDUM REGARDING HBPP DECOMMISSIONING FUNDING. REFLECTS LEGAL ADVICE OF COUNSEL (C. BUCHSBAUM) | Work Product |
| 106 | HBP0113253 | HBP0113254 | | Report / Plan | Pacific Gas & Electric | Kapus, Bob | None | DRAFT REPORT AND ATTACHMENT (HBP0113255) REGARDING HBPP DECOMMISSIONING. PREPARED IN PREPARATION OF REGULATORY PROCEEDINGS - CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Work Product |
| 107 | HBP0113255 | HBP0113255 | | Financial | Pacific Gas & Electric | Kapus, Bob | None | ATTACHMENT TO DRAFT REPORT (HBP0113253 - HBP0113254) REGARDING HBPP DECOMMISSIONING. PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL IN PREPARATION FOR LITIGATION - REGULATORY PROCEEDING (CPUC) | Work Product |
| 108 | HBP0114000 | HBP0114000 | 1/7/1998 | Report / Plan | Pacific Gas & Electric Company | Kapus, Bob | None | DRAFT DATA RESPONSE PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL IN ANTICIPATION OF LITIGATION - REGULATORY PROCEEDING (CPUC) | Work Product |
| 109 | HBP0114023 | HBP0114023 | 1/7/1998 | Report / Plan | Pacific Gas & Electric Company | Kapus, Bob | None | DRAFT DATA RESPONSE PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL IN ANTICIPATION OF LITIGATION - REGULATORY PROCEEDING (CPUC) | Work Product |

| REF | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 110 | HBP0114714 | HBP0114718 | | Report / Plan | Pacific Gas & Electric Company | Pacific Gas & Electric Company Senior Vice President, Generation, and Chief Nuclear Officer | None | DRAFT MEMORANDUM INCLUDING LEGAL ANALYSIS AND RECOMMENDATIONS TO BE SUBMITTED TO THE SENIOR VICE PRESIDENT, GENERATION, AND CHIEF NUCLEAR OFFICER OF PG&E FOR APPROVAL. PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL IN PREPARATION OF REGULATORY FILING BEFORE THE NUCLEAR REGULATORY COMMISSION (NRC). INCLUDES MARGINAL NOTES | Work Product |
| 111 | HBP0114770 | HBP0114775 | | Report / Plan | Pacific Gas & Electric Company | Pacific Gas & Electric Company Seniot Vice President, Generation, and Chief Nuclear Officer | None | DRAFT MEMORANDUM INCLUDING LEGAL ANALYSIS AND RECOMMENDATIONS TO BE SUBMITTED TO THE SENIOR VICE PRESIDENT, GENERATION, AND CHIEF NUCLEAR OFFICER OF PG&E FOR APPROVAL. PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL IN PREPARATION OF REGULATORY FILING BEFORE THE NUCLEAR REGULATORY COMMISSION (NRC). INCLUDES MARGINAL NOTES | Work Product |
| 112 | PDCP0031992 | PDCP0031992 | | Multiple Email | Strickland, L Jearl | Kunz, Kath | None | REDACTED SECTION OF EMAIL REGARDING ACTIONS RELATING TO CURRENT LITIGATION AND OUTSIDE COUNSEL (SPRIGGS & HOLLINGSWORTH). SIMILAR VERSION OF SAME EMAIL AT PDCP0031993. | Attorney Client |
| 113 | PDCP0031993 | PDCP0031993 | | Multiple Email | Strickland, L Jearl | Kunz, Kath | None | REDACTED SECTION OF EMAIL REGARDING ACTIONS RELATING TO CURRENT LITIGATION AND OUTSIDE COUNSEL (SPRIGGS & HOLLINGSWORTH). SIMILAR VERSION OF SAME EMAIL AT PDCP0031992. | Attorney Client |
| 114 | PGE0020147 | PGE0020147 | 10/10/1986 | Letter | Locke, Richard F | Maneatis, G A | None | LEGAL MEMORANDUM PREPARED AND FROM COUNSEL (R. LOCKE) TO CLIENT REGARDING DCPP RERACKING LITIGATION | Attorney Client; Work Product |
| 115 | PGE0020390 | PGE0020390 | 9/22/1986 | Letter | Locke, Richard F | Shiffer, J D | Maneatis, G A; Lew, B S; Raymond, W A; Thornberry, R C | LEGAL MEMORANDUM FROM COUNSEL (R. LOCKE) TO CLIENT REGARDING SPENT FUEL POOL LICENSE AMENDMENTS | Attorney Client; Work Product |
| 116 | PGE0020391 | PGE0020396 | 9/18/1986 | Notes | Locke, Richard F | None | None | HANDWRITTEN NOTES OF COUNSEL (R. LOCKE) REGARDING NRC TELECONFERENCE. NOTES REFLECT MENTAL IMPRESSIONS, ANALYSIS AND STRATEGY PREPARED IN ANTICIPATION OF LITIGATION - REGULATORY ACTION | Work Product |
| 117 | PGE0020399 | PGE0020399 | 9/16/1986 | Memo | Sarkisian, George C | Locke, Richard F | Monfried, David M | MEMORANDUM BETWEEN CLIENT AND COUNSEL (R. LOCKE) RE: ATTACHED (PGE0020400 - PGE0020401) DRAFT DOCUMENTS REGARDING LITIGATION RELATING TO SPENT FUEL RERACKING. REQUESTS LEGAL ADVICE. | Attorney Client |
| 118 | PGE0020400 | PGE0020400 | | Letter | Sarkisian, George C | Locke, Richard F | None | ATTACHMENT TO MEMORANDUM (PGE0020399). DRAFT BACKGROUND AND MEDIA STATEMENT PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL (R. LOCKE). PROVIDED FOR REVIEW, COMMENT AND APPROVAL | Work Product |

| REF | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 119 | PGE0020401 | PGE0020401 | | Letter | Sarkisian, George C | Locke, Richard F | None | ATTACHMENT TO MEMORANDUM (PGE0020399). DRAFT BACKGROUND AND MEDIA STATEMENT PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL (R. LOCKE). PROVIDED FOR REVIEW, COMMENT AND APPROVAL | Work Product |
| 120 | PGE0020417 | PGE0020418 | 8/12/1986 | Letter | Locke, Richard F | Crane Jr, Phillip A; Norton, Bruce | None | INTERNAL LEGAL MEMORANDUM BETWEEN COUNSEL (R. LOCKE, P. CRANE) AND CLIENT REGARDING ANTICIPATED LITIGATION RELATING TO DIABLO CANYON SPENT FUEL RACKS | Attorney Client; Work Product |
| 121 | PGE0020424 | PGE0020424 | 6/24/1986 | Memo | Monfried, David M; Horne, Grant N | Crane Jr, Phillip A; Oglesby, Douglas A | None | MEMORANDUM FROM CLIENT TO COUNSEL (P. CRANE, D. OGLESBY) REGARDING ATTACHED DOCUMENT (PGE0020425) REQUESTING ADVICE AND APPROVAL FROM COUNSEL | Attorney Client |
| 122 | PGE0020425 | PGE0020425 | | Letter | Sarkisian, George C | Crane Jr, Phillip A; Oglesby, Douglas A | None | DRAFT MEDIA STATEMENT RELATING TO RERACKING LITIGATION. ATTACHMENT TO MEMORANDUM (PGE0020424) FROM CLIENT TO COUNSEL (P. CRANE, D. OGLESBY). PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL. PROVIDED FOR REVIEW, COMMENT AND APPROVAL. | Work Product |
| 123 | PGE0020427 | PGE0020436 | | Pleading / Court Filing | Shiffer, James D; Norton, Bruce; Ohlbach, Robert; Crane Jr, Philip A; Oglesby, Douglas; Locke, Richard F | None | None | DRAFT AFFIDAVIT OF J. SHIFFER PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL IN PREPARATION FOR LITIGATION - REGULATORY PROCEEDINGS | Work Product |
| 124 | PGE0020442 | PGE0020459 | 7/18/1986 | Report / Plan | Knotts, Joseph (Bishop Liberman) | None | None | DRAFT LEGAL BRIEF REGARDING SPENT FUEL RACK LITIGATION. PREPARED BY OUTSIDE COUNSEL, J. KNOTTS (BISHOP, LIBERMAN, COOK, PURCELL & REYNOLDS) | Work Product |
| 125 | PGE0020463 | PGE0020481 | 7/18/1986 | Letter/Report/Plan | Knotts Jr, Joseph B (Bishop Liberman) | None | None | NOTE OF TRANSMITTAL AND ATTACHED DRAFT LEGAL BRIEF REGARDING SPENT FUEL RACK LITIGATION. PREPARED BY OUTSIDE COUNSEL, J. KNOTTS (BISHOP, LIBERMAN, COOK, PURCELL & REYNOLDS) | Work Product; Attorney Client |
| 126 | PGE0020482 | PGE0020499 | 7/17/1986 | Report / Plan | Knotts, Joseph (Bishop Liberman); Repka, David (Winston & Strawn) | Locke, Richard F | None | FACSIMILE COVER SHEET AND ATTACHED DRAFT LEGAL BRIEF REGARDING SPENT FUEL RERACKING LITIGATION, PREPARED BY OUTSIDE COUNSEL, J. KNOTTS (BISHOP, LIBERMAN, COOK, PURCELL & REYNOLDS) AND D. REPKA (WINSTON & STRAWN) | Attorney Client; Work Product |
| 127 | PGE0020500 | PGE0020506 | 7/17/1986 | Memo | Mann, Susan Bailey | Locke, Richard F | Fleisig, David; Stromme, Gary; Mann, Susan | INTERNAL LEGAL MEMORANDUM PREPARED BY S. MANN TO R. LOCKE RE: LEGAL ANALYSIS OF ISSUES RELEVANT TO ANTICIPATED LITIGATION RELATING TO RERACKING LICENSE AMENDMENT REQUEST | Attorney Client; Work Product |