| REF | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 128 | PGE0020507 | PGE0020513 | 7/17/1986 | Memo | Mann, Susan Bailey | Locke, Richard F | Fleisig, David; Stromme, Gary; Mann, Susan | INTERNAL LEGAL MEMORANDUM PREPARED BY S. MANN TO COUNSEL (R. LOCKE) REGARDING LEGAL ANALYSIS OF ISSUES RELEVANT TO ANTICIPATED LITIGATION RELATING TO RERACKING LICENSE AMENDMENT REQUEST. SIMILAR VERSION OF DOCUMENT FOUND AT PGE0020500-PGE0020506 | Attorney Client; Work Product |
| 129 | PGE0020541 | PGE0020541 | 7/1/1986 | Memo | Locke, Richard F | Crane Jr, Philip A; Norton, Bruce | None | MEMORANDUM FROM COUNSEL (R. LOCKE) TO COUNSEL (P. CRANE, B. NORTON) REGARDING SPENT FUEL RERACKING LITIGATION | Attorney Client |
| 130 | PGE0024424 | PGE0024426 | 11/6/1995 | Multiple Email | Mullen, Pat W | Warner, Christopher J; Locke, Richard F | Womack,. Larry | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN CLIENT AND COUNSEL (C. WARNER, R. LOCKE) REGARDING REQUEST FOR LEGAL ADVICE REGARDING TRANSPORTATION OF HIGH LEVEL WASTE | Attorney Client |
| 131 | PGE0024457 | PGE0024457 | 10/18/1995 | Electronic Mail (Email) | Locke, Richard F | Warner, Christopher J | Rueger, Gregory M; Womack, Lawrence F; Callaway, Lee; Duke, David L; Regan, Frank J; Cooper, Shawn E; Stock, William C | E-MAIL FROM COUNSEL (R. LOCKE) TO COUNSEL (C. WARNER) REGARDING CURRENT LEGAL STRATEGY WITH REGARD TO HIGH LEVEL WASTE | Attorney Client |
| 132 | PGE0024460 | PGE0024461 | 9/26/1995 | Multiple Email | Locke, Richard F | Mullen, Pat W | Warner, Christopher J | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN COUNSEL (R. LOCKE) AND CLIENT REGARDING RECENT DEVELOPMENTS AND LEGAL STRATEGY REGARDING DISPOSAL OF HIGH LEVEL WASTE | Attorney Client |
| 133 | PGE0024462 | PGE0024463 | 9/25/1995 | Multiple Email | Locke, Richard F | Warner, Christopher J | None | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN COUNSEL (R. LOCKE, C. WARNER) REGARDING RECENT DEVELOPMENTS AND LEGAL STRATEGY REGARDING DISPOSAL OF HIGH LEVEL WASTE | Attorney Client |
| 134 | PGE0024472 | PGE0024473 | 9/18/1995 | Multiple Email | Locke, Richard F | Warner, Christopher J | None | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN COUNSEL (R. LOCKE, C. WARNER) REGARDING RECENT DEVELOPMENTS AND LEGAL STRATEGY REGARDING DISPOSAL OF HIGH LEVEL WASTE | Attorney Client |
| 135 | PGE0024532 | PGE0024532 | 7/27/1995 | Electronic Mail (Email) | Locke, Richard F | Singleton, Maria D | Rickett, Robert R; Warner, Christopher J | E-MAIL BETWEEN COUNSEL (R. LOCKE) AND CLIENT REQUESTING INFORMATION REGARDING LAND USE ISSUES IN ANTICIPATION OF LITIGATION | Attorney Client |
| 136 | PGE0024533 | PGE0024533 | 7/26/1995 | Multiple Email | Warner, Christopher J | Locke, Richard F | None | E-MAIL BETWEEN COUNSEL (R. LOCKE, C. WARNER) DISCUSSING STRATEGY REGARDING LAND USE ISSUES AND HIGH LEVEL WASTE IN ANTICIPATION OF LITIGATION | Attorney Client |
| 137 | PGE0024534 | PGE0024534 | 8/2/1995 | Letter | Singleton, Maria | Locke, Richard F | None | MEMORANDUM FROM CLIENT TO COUNSEL (R. LOCKE) PROVIDING INFORMATION REQUESTED BY COUNSEL IN ANTICIPATION OF LITIGATION. SEE REQUEST AT PGE0024532 | Attorney Client |

| REF | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 138 | PGE0025044 | PGE0025044 | 7/28/1998 | Multiple Email | Womack, Lawrence | Melendres-Keller, Patricia | None | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN COUNSEL (R. LOCKE) AND CLIENT PROVIDING UPDATE AND REQUESTING ADVICE REGARDING MATERIALS PREPARED FOR MANAGEMENT COMMITTEE PRESENTATION BEING PREPARED AT THE REQUEST OF COUNSEL | Attorney Client |
| 139 | PGE0034966 | PGE0034966 | 7/31/1995 | Letter | Locke, Richard F | Warner, Christopher J | None | CORRESPONDENCE FROM COUNSEL (R. LOCKE) TO COUNSEL (C. WARNER) REGARDING DRY CASK STORAGE ISSUES | Attorney Client |
| 140 | PGE0035033 | PGE0035033 | 6/14/1995 | Letter | Locke, Richard F | Warner, Christopher J | None | CORRESPONDENCE FROM COUNSEL (R. LOCKE) TO COUNSEL (C. WARNER) REGARDING LEGAL ANALYSIS OF DOE CONTRACT OBLIGATIONS | Attorney Client |
| 141 | PGE0035035 | PGE0035035 | 6/9/1995 | Memo | Locke, Richard F | Warner, Christopher J | None | LEGAL MEMORANDUM FROM COUNSEL (R. LOCKE) TO COUNSEL (C. WARNER) REGARDING LEGAL AND REGULATORY ISSUES FOR ISFSI DEVELOPMENT | Attorney Client |
| 142 | PGE0035046 | PGE0035046 | 5/26/1995 | Letter | Locke, Richard F | Parker, Steve | None | CORRESPONDENCE FROM COUNSEL (R. LOCKE) TO CLIENT REGARDING LEGAL ANALYSIS OF REGULATORY FILING BEFORE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Attorney Client |
| 143 | PGE0035047 | PGE0035047 | 5/23/1995 | Letter | Locke, Richard F | Sullivan, William J | None | CORRESPONDENCE FROM COUNSEL (R. LOCKE) TO CLIENT REGARDING ATTACHED DRAFT CONTRACT PROVISIONS (PGE0035048 - PGE0035050) | Attorney Client |
| 144 | PGE0035048 | PGE0035050 | 5/23/1995 | Agreement / Contract | Pacific Gas & Electric Company | Sullivan, William | None | ATTACHMENT TO CORRESPONDENCE (PGE0035047) FROM COUNSEL (R. LOCKE) TO CLIENT REGARDING DRAFT CONTRACT PROVISIONS | Attorney Client |
| 145 | PGE0035052 | PGE0035053 | 5/11/1995 | Memo | Locke, Richard F | Warner, Christopher J | Bhattacharya, Shan; Faraglia, Annette; Fredianelli, Bob; Gardiner, Stu; How-Downing, Lindsey; Jereb, Tom; Kubicek, Paul; Markevich, Nick; Sweeney, Norm | LEGAL MEMORANDUM FROM COUNSEL (R. LOCKE) TO COUNSEL (C. WARNER) REGARDING LEGAL STRATEGY FOR REGULATORY FILINGS BEFORE THE NUCLEAR REGULATORY COMMISSION (NRC) | Attorney Client; Work Product |
| 146 | PGE0035084 | PGE0035084 | 4/5/1995 | Letter | Locke, Richard F | Bhattacharya, Shan | None | CORRESPONDENCE BETWEEN COUNSEL (R. LOCKE) AND CLIENT REGARDING HOLTEC RERACKING PROPOSAL FOR DCPP | Attorney Client |
| 147 | PGE0035098 | PGE0035098 | 4/5/1995 | Memo | Locke, Richard F | Dowd, Kevin J | Warner, Christopher J | MEMORANDUM PREPARED BY COUNSEL (R. LOCKE) RE: ATTACHED (PGE0035099 - PGE0035119) DOCUMENTS RE: DCPP LICENSING ISSUES AND RECORD RETENTION STANDARD | Attorney Client |
| 148 | PGE0035099 | PGE0035099 | 12/5/1984 | Report / Plan | PG&E Law Department | Dowd, Kevin; Warner, Christopher | None | ATTACHMENT TO LEGAL MEMORANDUM (PGE0035098) RE: RECORDS TRANSMITTAL AND RETENTION | Work Product; Attorney Client |
| 149 | PGE0035100 | PGE0035100 | 5/1/1979 | Report / Plan | PG&E Law Department | Dowd, Kevin; Warner, Christopher | None | ATTACHMENT TO LEGAL MEMORANDUM (PGE0035098) RE: RECORDS TRANSMITTAL AND RETENTION | Work Product; Attorney Client |
| 150 | PGE0035101 | PGE0035101 | 5/1/1979 | Report / Plan | PG&E Law Department | Dowd, Kevin; Warner, Christopher | None | ATTACHMENT TO LEGAL MEMORANDUM (PGE0035098) RE: RECORDS TRANSMITTAL AND RETENTION | Work Product; Attorney Client |

| REF | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 151 | PGE0035102 | PGE0035102 | 6/25/1981 | Report / Plan | PG&E Law Department | Dowd, Kevin; Warner, Christopher | None | ATTACHMENT TO LEGAL MEMORANDUM (PGE0035098) RE: RECORDS TRANSMITTAL AND RETENTION | Work Product; Attorney Client |
| 152 | PGE0035103 | PGE0035103 | 9/12/1979 | Report / Plan | PG&E Law Department | Dowd, Kevin; Warner, Christopher | None | ATTACHMENT TO LEGAL MEMORANDUM (PGE0035098) RE: RECORDS TRANSMITTAL AND RETENTION | Work Product; Attorney Client |
| 153 | PGE0035104 | PGE0035106 | 4/13/1982 | Report / Plan | PG&E Law Department | Dowd, Kevin; Warner, Christopher | None | ATTACHMENT TO LEGAL MEMORANDUM (PGE0035098) RE: RECORDS TRANSMITTAL AND RETENTION | Work Product; Attorney Client |
| 154 | PGE0035107 | PGE0035109 | 4/14/1982 | Report / Plan | PG&E Law Department | Dowd, Kevin; Warner, Christopher | None | ATTACHMENT TO LEGAL MEMORANDUM (PGE0035098) RE: RECORDS TRANSMITTAL AND RETENTION | Work Product; Attorney Client |
| 155 | PGE0035110 | PGE0035113 | 8/10/1981 | Report / Plan | PG&E Law Department | Dowd, Kevin; Warner, Christopher | None | ATTACHMENT TO LEGAL MEMORANDUM (PGE0035098) RE: RECORDS TRANSMITTAL AND RETENTION | Work Product; Attorney Client |
| 156 | PGE0035114 | PGE0035119 | 8/11/1981 | Report / Plan | PG&E Law Department | Dowd, Kevin; Warner, Christopher | None | ATTACHMENT TO LEGAL MEMORANDUM (PGE0035098) RE: RECORDS TRANSMITTAL AND RETENTION | Work Product |
| 157 | PGE0035214 | PGE0035215 | 3/9/1987 | Letter | Golub, Howard V | Furbush, Malcolm H | Clarke, R A; Skinner, S T; Maneatis, G A; Elam, G; Horne, G N; Reynolds, S P; Shiffer, J D; Smith, G R; Buchsbaum, C M; Churchill, B; Carroll, J C; McDevitt, B; Davin, R; Everett, W; Hamlin, J; Hoch, J; Hughes, T C; Jenkins-Stark, J F; Kubitz, K R; Locke, R F; Long, T C; Loring, J; Lubbock, D G; Moore, G H; Norton, B; Silverstein, A; Thomas, D F; Tomkins, J E; Vincent, L E; Wogsland, W A; Wong, L L | LEGAL MEMORANDUM FROM COUNSEL (H. GOLUB) TO COUNSEL (M. FURBUSH) REGARDING PREPARATION FOR REGULATORY PROCEEDINGS - GRC | Attorney Client; Work Product |

| REF | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 158 | PGE0035246 | PGE0035246 | 2/3/1987 | Memo | Golub, Howard V | Furbush, Malcolm H | Hanschen, Peter W; Clarke, R A; Skinner, S T; Maneatis, G A; MacKillop, M A; Elam, G; Horne, G N; Reynolds, S P; Shiffer, J D; Smith, G R; Buchsbaum, C M; Churchill, B; Carroll, J C; Davin, R; Everett, W; Hamlin, J; Hoch, J; Hughes, T C; Jenkins-Stark, J F; Kubitz, K R; Locke, R F; Long, T C; Loring, J; Lubbock, D G; McDevitt, B M; Moore, G H; Norton, B; Silverstein, A; Thomas, D F; Tomkins, J E; Vincent, L E; Wogsland, W A; Wong, L L | LEGAL MEMORANDUM FROM COUNSEL (H. GOLUB) TO COUNSEL (M. FURBUSH) REGARDING PREPARATION FOR REGULATORY PROCEEDINGS - GRC | Attorney Client; Work Product |
| 159 | PGE0035276 | PGE0035278 | 9/30/1986 | Report / Plan | Silverstein, Alicia | None | None | HANDWRITTEN NOTES REGARDING 9/30/86 REGULATORY HEARING, PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL | Attorney Client; Work Product |
| 160 | PGE0035279 | PGE0035279 | 10/7/1986 | Notes | Silverstein, Alicia | None | None | HANDWRITTEN NOTES REGARDING 10/7/86 REGULATORY HEARING, PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL | Attorney Client; Work Product |
| 161 | PGE0035300 | PGE0035300 | 12/6/1985 | Memo | Vincent, Louis E | Albright, Donald C; Balmes, Kathleen J; Becksted, Lawrence; Buchsbaum, Craig M; Fuller, Donna J; Golub, Howard V; Hanes, Don R; Klein, Junona K; Mulit, David; Nelson, R Terry; Nichols, Robert F; Panero, Robert A; Pfannenstiel, Jackalyne; Pooler, Dennis W; Reynolds, Stephen P; Saxena, Ajeet K; Shiffer, James D; Smith, Bruce T | None | LEGAL MEMORANDUM FROM COUNSEL (L. VINCENT) TO CLIENT REGARDING DCPP DECOMMISSIONING. PREPARED IN ANTICIPATION OF REGULATORY PROCEEDINGS - CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Attorney Client; Work Product |

| REF | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 162 | PGE0035315 | PGE0035317 | 12/4/1985 | Memo | Edwards, William H | Reynolds, Stephen P | Skinner, Stanley T; Sproul, John A; Cooper, John S; Clifton Jr, George F; Gibson, Daniel E; Ohlbach, Robert; Smith, Gordon R; Anderson, Stanley I; Andrew, Stelios M; Austin, Lori I; Baldridge, Barbara L; Baccelli, Marion E; Baldwin, Linda G; Balmes, Kathleen J; Bangert, A Charles; Banning, Julia S; Bottorff, Tom E; Brandi, Richard M; Burgess, Paul C; Campbell, Walter L; Caskey, John F; Christophersen, Jane F; Clinch, Watt B; Coffey, Susanne N; Crews, John T; Danielsen, John C; Danielson, Leslie A; Davin, Richard P; Davis, Amy A; Dodd, R J; Engel, Daniel C; Fairchild, William; Fiske, Gary S; Forcier, James R; Forsgard, Karen A; Galura, Jess P; Gardner, Leland R; George, Donna A; Gill, Maritess | LEGAL MEMORANDUM FROM COUNSEL (W. EDWARDS) TO CLIENT REGARDING LEGAL ANALYSIS OF CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) DECISION | Attorney Client; Work Product |
| 163 | PGE0035516 | PGE0035516 | 6/5/1985 | Memo | Vincent, Louis E | Beringsmith, A W; Buchsbaum, C M; Gleason, G W; Hanschen, P W; Klein, J J; Long, T C; Nelson, R T; Pfannenstiel, J; Raggio, J H; Reynolds, S P; Smith, B T; Young, N L | Golub, Howard V; Samson, Ivor E; CPUC Files | DRAFT LEGAL MEMORANDUM FROM COUNSEL (L. VINCENT) TO CLIENT REGARDING PREPARATION FOR REGULATORY PROCEEDINGS - CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Attorney Client; Work Product |
| 164 | PGE0036048 | PGE0036050 | 6/2/1983 | Memo | Lavering, G E | Reynolds, S P; Samson, Ivor E | Buchsbaum, Craig M; Gleason, H W; Young, N L | MEMORANDUM TO COUNSEL (I SAMSON) AND CLIENT FROM CLIENT REGARDING ATTACHED (PGE0036051 - PGE0036054) ACCOUNTING ISSUES FOR DCPP DECOMMISSIONING. PREPARED IN ANTICIPATION OF REGULATORY PROCEEDINGS - CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Attorney Client; Work Product |
| 165 | PGE0036051 | PGE0036054 | 6/2/1983 | Financial | Lavering, G E | Reynolds, S P; Samson, Ivor E | Buchsbaum, Craig M; Gleason, H W; Young, N L | DRAFT ATTACHMENT TO DRAFT MEMORANDUM (PGE0036048) TO COUNSEL (I SAMSON) FROM CLIENT REGARDING ACCOUNTING ISSUES FOR DCPP DECOMMISSIONING. PREPARED IN ANTICIPATION OF REGULATORY PROCEEDINGS - CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Attorney Client; Work Product |

| REF | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 166 | PGE0038592 | PGE0038592 | 1/5/1988 | Letter | Buchsbaum, Craig M | Hanschen, Peter W | Doran, Robert D; Klein, Junona J; Kotimansuvanij, Peter; Long Jr, Harry W; Oglesby, Douglas A; Peters, Roger J; Smith, Richard W | LEGAL MEMORANDUM FROM COUNSEL (C. BUCHSBAUM) TO COUNSEL (P. HANSCHEN) REGARDING FILING BEFORE THE IRS | Attorney Client; Work Product |
| 167 | PGE0038641 | PGE0038641 | 1/26/1988 | Notes | Klein, Junona J | None | None | MEETING NOTES REFLECTING LEGAL ADVICE OF COUNSEL (R. LOCKE, C. BUCHSBAUM) REGARDING GRC STRATEGY | Work Product |
| 168 | PGE0038661 | PGE0038661 | 12/7/1987 | Letter | Hanschen, Peter W | Golub, Howard V | Smigielski, Thomas S; York, Julia B; Beringsmith, Alan W; Rueger, Kathleen M; McGrath, Brian L; Long, Thomas C; Smith, Richard W; Corippo, Peter K; Klein, Junona K; Kotimanusvanij, Peter; Oberoi, Sunny; Wong, Lillian L | LEGAL MEMORANDUM FROM COUNSEL (P. HANSCHEN) TO COUNSEL (H. GOLUB) REGARDING FILING BEFORE THE IRS | Attorney Client; Work Product |
| 169 | PGE0038777 | PGE0038792 | 00/00/1987 | Letter | Golub, Howard V; Buchsbaum, Craig M | None | None | DRAFT LETTER AND ATTACHMENT (PGE0038793 - PGE0038795) FROM COUNSEL (C. BUCHSBAUM) TO IRS REGARDING HBPP DECOMMISSIONING TRUST FUND. MARGINAL NOTES CONTAIN DESCRIPTION OF LEGAL ADVICE SOUGHT FROM COUNSEL. PREPARED FOR PRIVATE LETTER RULING REQUEST | Attorney Client; Work Product |
| 170 | PGE0038793 | PGE0038795 | | Report / Plan | Golub, Howard V; Buchsbaum, Craig M | None | None | DRAFT ATTACHMENT TO DRAFT LETTER (PGE0038777) FROM COUNSEL (C. BUCHSBAUM) TO IRS REGARDING HBPP DECOMMISSIONING TRUST FUND. PREPARED FOR PRIVATE LETTER RULING REQUEST | Work Product |

| REF | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 171 | PGE0038813 | PGE0038814 | 7/1/1987 | Report / Plan | Worthington, Bruce R | Golub, Howard V | Company; Austin, J J; Bacci, J C; Bangert, A C; Bar-Lev, J; Benson, B S; Beringsmith, A W; Billings, J M; Birch, B A; Buchsbaum, C M; Chiara, J P; Christophersen, J F; Clinch Jr, W B; Davidson, J P; Davie, D E; Davis, M B; Demcoe, W J; Dong, Q L; Englert Jr, J S; Evans, P B; Fallin Jr, J F; Fenton, D R; Fiske, G S; Fong, B F; Fuller, D J; Furness, R; Furtado, V C; Gardner, R S; Golden, P G; Goudie, J E; Greenwald, S F; Guerrero, G F; Hails, T H; Hall, G C; Hanschen, P W; Harris, G A; Homer, G F; How-Downing, L; Jenerette, J; Jenkins-Stark, J F; Johnson, G E; Jones, W L; Kelly, J I; Kline, S L; Kubits, K R; Larkin, P; Lamey, D T; LaPlante, H J; Lazarus, A B; Locke, R F; Long, T C; Lucaccini, A J; | LEGAL MEMORANDUM FROM COUNSEL (B. WORTHINGTON) TO COUNSEL (H. GOLUB) REGARDING LEGAL ANALYSIS OF FILING BEFORE SECURITIES AND EXCHANGE COMMISSION (SEC) | Attorney Client; Work Product |
| 172 | PGE0038822 | PGE0038834 | 6/19/1987 | Letter | Golub, Howard V; Buchsbaum, Craig M | None | None | DRAFT LETTER FROM COUNSEL (C. BUCHSBAUM) TO IRS REGARDING HBPP DECOMMISSIONING TRUST FUND. MARGINAL NOTES CONTAINS DESCRIPTION OF LEGAL ADVICE SOUGHT FROM COUNSEL. PREPARED FOR PRIVATE LETTER RULING REQUEST | Attorney Client; Work Product |
| 173 | PGE0038835 | PGE0038835 | 6/19/1987 | Letter | Golub, Howard V; Buchsbaum, Craig M | None | None | DRAFT LETTER FROM COUNSEL (C. BUCHSBAUM) TO IRS REGARDING HBPP DECOMMISSIONING TRUST FUND. PREPARED FOR PRIVATE LETTER RULING REQUEST | Attorney Client; Work Product |
| 174 | PGE0038836 | PGE0038850 | 6/19/1987 | Letter | Golub, Howard V; Buchsbaum, Craig M | None | None | DRAFT LETTER FROM COUNSEL (C. BUCHSBAUM) TO IRS REGARDING HBPP DECOMMISSIONING TRUST FUND. PREPARED FOR PRIVATE LETTER RULING REQUEST | Work Product |
| 175 | PGE0038885 | PGE0038885 | | Report / Plan | Buchsbaum, Craig M | None | None | HANDWRITTEN NOTES OF COUNSEL (C. BUCHSBAUM) REGARDING STRATEGY IN PREPARATION FOR REGULATORY PROCEEDINGS - CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Work Product |

| REF | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 176 | PGE0038946 | PGE0038946 | | Notes | Buchsbaum, Craig M | None | None | HANDWRITTEN NOTES OF COUNSEL (C. BUCHSBAUM) REGARDING STRATEGY IN PREPARATION FOR REGULATORY PROCEEDINGS - CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Work Product |
| 177 | PGE0039301 | PGE0039304 | 6/17/1987 | Letter | Golub, Howard V; Buchsbaum, Craig M | None | None | DRAFT LETTER AND ATTACHMENTS (PGE0039305 - PGE0039306) FROM COUNSEL (C. BUCHSBAUM) TO IRS REGARDING HBPP DECOMMISSIONING TRUST FUND. MARGINAL NOTES CONTAIN DESCRIPTION OF LEGAL ADVICE SOUGHT FROM COUNSEL. PREPARED FOR PRIVATE LETTER RULING REQUEST | Attorney Client; Work Product |
| 178 | PGE0039305 | PGE0039305 | 00/00/1987 | Report / Plan | Golub, Howard V; Buchsbaum, Craig M | None | None | DRAFT LETTER AND ATTACHMENTS (PGE0039305 - PGE0039306) FROM COUNSEL (C. BUCHSBAUM) TO IRS REGARDING HBPP DECOMMISSIONING TRUST FUND. MARGINAL NOTES CONTAIN DESCRIPTION OF LEGAL ADVICE SOUGHT FROM COUNSEL. PREPARED FOR PRIVATE LETTER RULING REQUEST | Attorney Client; Work Product |
| 179 | PGE0039306 | PGE0039306 | 6/17/1987 | Report / Plan | Golub, Howard V; Buchsbaum, Craig M | None | None | DRAFT LETTER AND ATTACHMENTS (PGE0039305 - PGE0039306) FROM COUNSEL (C. BUCHSBAUM) TO IRS REGARDING HBPP DECOMMISSIONING TRUST FUND. MARGINAL NOTES CONTAIN DESCRIPTION OF LEGAL ADVICE SOUGHT FROM COUNSEL. PREPARED FOR PRIVATE LETTER RULING REQUEST | Attorney Client; Work Product |
| 180 | PGE0039308 | PGE0039308 | 00/00/1987 | Letter | Golub, Howard V; Buchsbaum, Craig M | None | None | DRAFT LETTER AND FROM COUNSEL (C. BUCHSBAUM) TO IRS REGARDING HBPP DECOMMISSIONING TRUST FUND. PREPARED FOR PRIVATE LETTER RULING REQUEST | Work Product |
| 181 | PGE0039309 | PGE0039325 | 00/00/1987 | Letter | Golub, Howard V; Buchsbaum, Craig M | None | None | DRAFT LETTER FROM COUNSEL (C. BUCHSBAUM) TO IRS REGARDING HBPP DECOMMISSIONING TRUST FUND. MARGINAL NOTES CONTAIN DESCRIPTION OF LEGAL ADVICE FROM COUNSEL. PREPARED FOR PRIVATE LETTER RULING REQUEST | Attorney Client; Work Product |
| 182 | PGE0039326 | PGE0039338 | 6/17/1987 | Letter | Golub, Howard V; Buchsbaum, Craig M | None | None | DRAFT LETTER FROM COUNSEL (C. BUCHSBAUM) TO IRS REGARDING HBPP DECOMMISSIONING TRUST FUND. PREPARED FOR PRIVATE LETTER RULING REQUEST | Work Product |
| 183 | PGE0039339 | PGE0039351 | 6/17/1987 | Letter | Golub, Howard V; Buchsbaum, Craig M | None | None | DRAFT LETTER FROM COUNSEL (C. BUCHSBAUM) TO IRS REGARDING HBPP DECOMMISSIONING TRUST FUND. PREPARED FOR PRIVATE LETTER RULING REQUEST | Work Product |
| 184 | PGE0039357 | PGE0039379 | 6/23/1987 | Letter | Golub, Howard V; Buchsbaum, Craig M | None | None | DRAFT LETTER FROM COUNSEL (C. BUCHSBAUM) TO IRS REGARDING HBPP DECOMMISSIONING TRUST FUND. PREPARED FOR PRIVATE LETTER RULING REQUEST | Work Product |

| REF | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 185 | PGE0039424 | PGE0039440 | 01/00/1988 | Transcript / Testimony | Laguardia, Thomas S | None | None | DRAFT TESTIMONY OF TLG, ENGINEERING, INC. EMPLOYEE (T. LAGUARDIA) REGARDING HBPP DECOMMISSIONING COST STUDY. PREPARED IN ANTICIPATION OF REGULATORY PROCEEDINGS - GRC | Work Product |
| 186 | PGE0039448 | PGE0039448 | 10/9/1985 | Memo | Vincent, Louis E | Albright, Donald C; Balmes, Kathleen J; Becksted, Lawrence; Fuller, Donna J; Golub, Howard V; Hanes, Don R; Klein, Junona J; Mulit, David; Nelson, R Terry; Nichols, Robert F; Panero, Robert A; Pfannenstiel, Jackalyne; Pooler, Dennis W; Reynolds, Stephen P; Saxena, Ajeet; Shiffer, James D; Smith, Bruce T; Wong, Lillian L | Niven, Andrew | LEGAL MEMORANDUM FROM COUNSEL (L. VINCENT) TO CLIENT AND COUNSEL (H. GOLUB) REGARDING HBPP DECOMMISSIONING ISSUES. PREPARED IN ANTICIPATION OF LITIGATION - REGULATORY PROCEEDING BEFORE THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Attorney Client; Work Product |
| 187 | PGE0039468 | PGE0039468 | 6/20/1985 | Memo | Vincent, Louis E | Albright, D C; Balmes, K J; Becksted, L; Fuller, D J; Klein, J J; Mulit, D; Nelson, R T; Raggio, J H; Saxena, A K; Smith, B T | Golub, Howard V; Hanes, D R; Nichols, R F; Pfannenstiel, J P; Pooler, D W; Reynolds, S P; Shiffer, J D; CPUC Files | LEGAL MEMORANDUM FROM COUNSEL (L. VINCENT) TO CLIENT REGARDING HBPP DECOMMISSIONING ISSUES. PREPARED IN ANTICIPATION OF LITIGATION - REGULATORY PROCEEDING BEFORE THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Attorney Client; Work Product |
| 188 | PGE0039488 | PGE0039499 | 4/26/1985 | Transcript / Testimony | Klein, Junona J | None | None | DRAFT TESTIMONY OF PG&E EMPLOYEE REGARDING HBPP DECOMMISSIONING. PREPARED IN ANTICIPATION OF LITIGATION - REGULATORY PROCEEDING BEFORE THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Work Product |
| 189 | PGE0039851 | PGE0039855 | 6/15/1987 | Memo | Niven, Andy | Skinner, Stanley | None | LEGAL MEMORANDUM FROM COUNSEL (A. NIVEN) TO CLIENT CONTAINING LEGAL ANALYSIS REGARDING REGULATORY ISSUES INVOLVING THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Attorney Client; Work Product |
| 190 | PGE0039883 | PGE0039883 | 3/26/1986 | Memo | Kubitz, Kermit R | Buchsbaum, Craig M; Hanschen, Peter W; Locke, Richard F; Samson, Ivor E; Shiffer, James D; Smith, Bruce T; Vincent, Louis E | Bangert, A Charles; Klein, Junona J; Long, Thomas C; Wong, Lillian L | LEGAL MEMORANDUM FROM COUNSEL (K. KUBITZ) TO CLIENT AND COUNSEL (C. BUCHSBAUM, P. HANSCHEN, R. LOCKE, I. SAMSON, L. VINCENT) REGARDING ATTACHED (PGE0039884 - PGE0039888) DRAFT RESPONSE TO REQUEST FOR INFORMATION ON DCPP DECOMMISSIONING | Attorney Client; Work Product |
| 191 | PGE0039884 | PGE0039888 | 3/25/1986 | Report / Plan | Kubitz, Kermit R | None | None | ATTACHMENT TO LEGAL MEMORANDUM (PGE0039883) FROM COUNSEL (K. KUBITZ) TO CLIENT AND COUNSEL (C. BUCHSBAUM, P. HANSCHEN, R. LOCKE, I. SAMSON, L. VINCENT) REGARDING DRAFT RESPONSE TO REQUEST FOR INFORMATION ON DCPP DECOMMISSIONING | Attorney Client; Work Product |
| 192 | PGE0039894 | PGE0039894 | 5/1/1987 | Letter | Washburn, Janice J | Long, Harry W | Elam, G G; Long, T C; Murphy, T C; Young, N L | MEMORANDUM FROM CLIENT TO COUNSEL (H. LONG) REGARDING DCPP DECOMMISSIONING. CONTAINS REQUEST FOR LEGAL ADVICE FROM COUNSEL | Attorney Client |

| REF | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 193 | PGE0039967 | PGE0039967 | 5/27/1987 | Memo | Long Jr, Harry W | Washburn, Janice J | Elam, Gene G; Burdoin, Larry H; Galura, Jess; Long, Thomas C; Murphy, Theresa C; Testa, Robert D; Young, Nicholas L; Records Management | LEGAL MEMORANDUM FROM COUNSEL (H. LONG) TO CLIENT REGARDING DCPP DECOMMISSIONING | Attorney Client; Work Product |
| 194 | PGE0039968 | PGE0039968 | 11/24/1987 | Memo | Hanschen, Peter W | Golub, Howard V | Clarke, Richard A; Skinner, Stanley T; Maneatis, George A; Horne, Grant N; Koehn, John E; Shiffer, James D; Smith, Gordon R; Kubitz, Kermit R; Long, Thomas C; Niven, Andrew L; Wogsland, Ward | LEGAL MEMORANDUM FROM COUNSEL (P. HANSCHEN) TO COUNSEL (H. GOLUB) REGARDING DCPP DECOMMISSIONING. PREPARED IN PREPARATION OF REGULATORY PROCEEDINGS - GRC | Attorney Client; Work Product |
| 195 | PGE0040085 | PGE0040101 | 2/23/1988 | Transcript / Testimony | Smith, Gordon R | None | None | DRAFT TESTIMONY OF PG&E EMPLOYEE (G. SMITH) REGARDING DCPP GRC. PREPARED IN ANTICIPATION OF REGULATORY PROCEEDINGS - CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Work Product |
| 196 | PGE0040103 | PGE0040105 | | Notes | Klein, Junona J | None | None | MEETING NOTES REFLECTING LEGAL ADVICE OF COUNSEL (C. BUCHSBAUM, P. HANSCHEN, K. KUBITZ) REGARDING DCPP DECOMMISSIONING | Work Product |
| 197 | PGE0040106 | PGE0040115 | | Transcript / Testimony | Wong, Lillian L | None | None | DRAFT TESTIMONY OF PG&E EMPLOYEE REGARDING DCPP DECOMMISSIONING. PREPARED IN ANTICIPATION OF REGULATORY PROCEEDINGS - CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Work Product |
| 198 | PGE0040139 | PGE0040149 | | Report / Plan/Notes | Pacific Gas & Electric | None | None | DRAFT RESPONSE TO CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) INTERIM DECISION REGARDING DECOMMISSIONING FUNDING ISSUES. INCLUDES LEGAL WORK OF COUNSEL. PREPARED IN PREPARATION OF REGULATORY FILING WITH CPUC | Work Product |
| 199 | PGE0040245 | PGE0040245 | 5/1/1987 | Memo | Vincent, Louis E | Buchsbaum, Craig M; Beringsmith, Alan; Encinas, Gary C; Smith, Bruce T | Golub, Howard V; Reynolds, Stephen P; Peters, Roger J | LEGAL MEMORANDUM FROM COUNSEL (L. VINCENT) TO CLIENT AND COUNSEL (C. BUCHSBAUM, G. ENCINAS) REGARDING PROPOSED CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) DECISION ON DECOMMISSIONING FUNDING ISSUES. INCLUDES REQUEST FOR LEGAL REVIEW AND ADVICE | Attorney Client; Work Product |
| 200 | PGE0040271 | PGE0040274 | | Report / Plan | Beringsmith, Alan | Gordon, Stan | Buchsbaum, Craig; Encinas, Gary; Corippo, Peter; Klein, Junona; Oberoi, Sunny | DRAFT REPORT REGARDING DECOMMISSIONING FUNDING. PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL IN PREPARATION OF REGULATORY FILING OF ADVICE LETTER WITH THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Work Product |

| REF | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 201 | PGE0040275 | PGE0040275 | | Report / Plan | Beringsmith, Alan | Gordon, Stan | Buchsbaum, Craig; Encinas, Gary; Corippo, Peter; Klein, Junona; Oberoi, Sunny | DRAFT REPORT REGARDING DECOMMISSIONING FUNDING. PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL IN PREPARATION OF REGULATORY FILING OF ADVICE LETTER WITH THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Work Product |
| 202 | PGE0040289 | PGE0040291 | 6/24/1985 | Memo | Buchsbaum, Craig M | Vincent, Louis E | Beringsmith, A; Klein, J; Young, N; Stein, K | LEGAL MEMORANDUM FROM COUNSEL (C. BUCHSBAUM) TO COUNSEL (L. VINCENT) REGARDING LEGAL ANALYSIS OF DECOMMISSIONING FUNDING ISSUES. PROVIDES REQUESTED INFORMATION | Attorney Client; Work Product |
| 203 | PGE0040341 | PGE0040342 | 1/27/1984 | Transcript / Testimony | Reid & Priest | None | None | LEGAL MEMORANDUM FROM OUTSIDE COUNSEL (REID & PRIEST) REGARDING DRAFT TESTIMONY PREPARED IN PREPARATION FOR REGULATORY PROCEEDINGS - CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Attorney Client; Work Product |
| 204 | PGE0040350 | PGE0040350 | 6/5/1985 | Memo | Vincent, Louis E | Beringsmith, A W; Buchsbaum, C M; Gleason, G W; Hanschen, P W; Klein, J J; Long, T C; Nelson, R T; Pfannenstiel, J; Raggio, J H; Reynolds, S P; Smith, B T; Young, N L | Golub, H V; Samson, I E; CPUC Files | LEGAL MEMORANDUM FROM COUNSEL (L. VINCENT) TO CLIENT AND COUNSEL (C. BUCHSBAUM, P. HANSCHEN) REGARDING DECOMMISSIONING FUNDING ISSUES. INCLUDES REQUEST FOR LEGAL REVIEW | Attorney Client; Work Product |
| 205 | PGE0040389 | PGE0040397 | 10/00/1981 | Transcript / Testimony | Klein, Junona J; Marriott, William M | None | None | DRAFT TESTIMONY REGARDING DECOMMISSIONING FUNDING ISSUES. PREPARED IN ANTICIPATION OF REGULATORY PROCEEDINGS - CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Work Product |
| 206 | PGE0040937 | PGE0041000 | | Notes | Johnson, Scott | None | None | NOTES PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL REGARDING DECOMMISSIONING FUNDING ISSUES. PREPARED IN PREPARATION FOR REGULATORY PROCEEDINGS - NUCLEAR REGULATORY COMMISSION (NRC) | Work Product |
| 207 | PGE0041467 | PGE0041467 | 1/22/1986 | Memo | Crane Jr, Phillip A | Locke, Richard F; Moore, G H; Witzel, R B | High, T W | LEGAL MEMORANDUM FROM COUNSEL (P. CRANE) TO COUNSEL (R. LOCKE) AND CLIENT REGARDING ATTACHED (PGE0041468 - PGE0041470) DRAFT REGULATORY FILING BEFORE THE US SECURITIES AND EXCHANGE COMMISSION (SEC) REGARDING NUCLEAR FUEL SUPPLY AND SPENT FUEL STORAGE | Attorney Client |
| 208 | PGE0041468 | PGE0041470 | 1/22/1986 | Report / Plan | Crane Jr, Phillip A | Locke, Richard F; Moore, G H; Witzel, R B | High, T W | DRAFT REGULATORY FILING BEFORE THE SECURITIES AND EXCHANGE COMMISSION (SEC) REGARDING NUCLEAR FUEL SUPPLY AND SPENT FUEL STORAGE. PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL. ATTACHED TO LEGAL MEMORANDUM (PGE0041467) FROM COUNSEL (P. CRANE) TO COUNSEL (R. LOCKE) AND CLIENT | Work Product |

| REF | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 209 | PGE0042128 | PGE0042461 | 04/00/1987 | Report / Plan | Pacific Gas & Electric | None | None | DRAFT REPORTS AND WHITE PAPERS INCLUDING HANDWRITTEN NOTES PREPARED AT REQUEST OR UNDER THE SUPERVISION OF COUNSEL IN ANTICIPATION OF REGULATORY PROCEEDINGS (NRC) REGARDING DCPP RERACKING | Work Product |
| 210 | PGE0042505 | PGE0042518 | 04/00/1987 | Report / Plan | Pacific Gas & Electric | None | None | DRAFT REPORTS AND WHITE PAPERS INCLUDING HANDWRITTEN NOTES PREPARED AT REQUEST OR UNDER THE SUPERVISION OF COUNSEL IN ANTICIPATION OF REGULATORY PROCEEDINGS (NRC) REGARDING DCPP RERACKING | Work Product |
| 211 | PGE0042530 | PGE0042540 | 04/00/1987 | Report / Plan | Pacific Gas & Electric | None | None | DRAFT REPORTS AND WHITE PAPERS INCLUDING HANDWRITTEN NOTES PREPARED AT REQUEST OR UNDER THE SUPERVISION OF COUNSEL IN ANTICIPATION OF REGULATORY PROCEEDINGS (NRC) REGARDING DCPP RERACKING | Work Product |
| 212 | PGE0042541 | PGE0042543 | 3/26/1987 | Report / Plan | Pacific Gas & Electric | None | None | MEETINGS MINUTES REGARDING DRAFT REPORT PREPARED AT REQUEST OF COUNSEL ON DCPP RERACKING ISSUES. PREPARED IN ANTICIPATION OF REGULATORY PROCEEDINGS - NUCLEAR REGULATORY COMMISSION (NRC) | Work Product |
| 213 | PGE0042545 | PGE0042647 | 04/00/1987 | Report / Plan | Pacific Gas & Electric | None | None | DRAFT REPORTS AND WHITE PAPERS INCLUDING HANDWRITTEN NOTES PREPARED AT REQUEST OR UNDER THE SUPERVISION OF COUNSEL IN ANTICIPATION OF REGULATORY PROCEEDINGS (NRC) REGARDING DCPP RERACKING | Work Product |
| 214 | PGE0042649 | PGE0042702 | 03/00/1987 | Report / Plan | Pacific Gas & Electric | None | None | DRAFT REPORTS AND WHITE PAPERS INCLUDING HANDWRITTEN NOTES PREPARED AT REQUEST OR UNDER THE SUPERVISION OF COUNSEL IN ANTICIPATION OF REGULATORY PROCEEDINGS (NRC) REGARDING DCPP RERACKING | Work Product |
| 215 | PGE0042806 | PGE0042864 | 03/00/1987 | Report / Plan | Pacific Gas & Electric | None | None | DRAFT REPORTS AND WHITE PAPERS INCLUDING HANDWRITTEN NOTES PREPARED AT REQUEST OR UNDER THE SUPERVISION OF COUNSEL IN ANTICIPATION OF REGULATORY PROCEEDINGS (NRC) REGARDING DCPP RERACKING | Work Product |
| 216 | PGE0042866 | PGE0042866 | 9/2/1998 | Multiple Email | Stamm, Nancy | Placak, Richard | None | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN COUNSEL (N. STAMM) AND CLIENT REGARDING CONTRACT FOR HBPP STACK REMOVAL | Attorney Client |

| REF | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 217 | PGE0042868 | PGE0042868 | 8/28/1998 | Multiple Email | Placak, Richard | Stamm, Nancy | None | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN COUNSEL (N. STAMM) AND CLIENT REGARDING CONTRACT FOR HBPP STACK REMOVAL. CONTAINS DESCRIPTION OF LEGAL ADVICE SOUGHT FROM COUNSEL | Attorney Client |
| 218 | PGE0042870 | PGE0042872 | 8/7/1998 | Multiple Email | Stamm, Nancy | David, Catherine; Beckham, Peter | Placak, Richard | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN COUNSEL (N. STAMM) AND CLIENT REGARDING CONTRACT FOR HBPP STACK REMOVAL. INCLUDES LEGAL ANALYSIS AND ADVICE | Attorney Client |
| 219 | PGE0042873 | PGE0042874 | 8/7/1998 | Multiple Email | Stamm, Nancy | David, Catherine | Placak, Richard; Beckham, Peter | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN COUNSEL (N. STAMM) AND CLIENT REGARDING CONTRACT FOR HBPP STACK REMOVAL. INCLUDES LEGAL ANALYSIS AND ADVICE | Attorney Client |
| 220 | PGE0042887 | PGE0042887 | 6/26/1998 | Electronic Mail (Email) | Stamm, Nancy | Placak, Richard | None | E-MAIL FROM COUNSEL (N. STAMM) TO CLIENT REGARDING CONTRACT FOR HBPP STACK REMOVAL. INCLUDES LEGAL ADVICE FROM COUNSEL | Attorney Client |
| 221 | PGE0042888 | PGE0042889 | 6/12/1998 | Electronic Mail (Email) | Placak, Richard | Stamm, Nancy | None | E-MAIL FROM CLIENT TO COUNSEL (N. STAMM) REGARDING LEGAL ISSUES UNDERLYING THE CONTRACT FOR HBPP STACK REMOVAL | Attorney Client |
| 222 | PGE0042890 | PGE0042890 | 5/21/1998 | Fax Cover Sheet | Placak, Richard | Stamm, Nancy | None | FACSIMILE COVER SHEET FROM CLIENT TO COUNSEL (N. STAMM) REGARDING ATTACHED (PGE0042892 - PGE0042903) PROPOSED MODIFICATIONS TO CONTRACT FOR HBPP STACK REMOVAL | Attorney Client |
| 223 | PGE0042891 | PGE0042891 | 5/21/1998 | Fax Cover Sheet | Placak, Richard | Stamm, Nancy | None | DUPLICATE OF PGE0042890. FACSIMILE COVER SHEET FROM CLIENT TO COUNSEL (N. STAMM) REGARDING ATTACHED (PGE0042892 - PGE0042903) PROPOSED MODIFICATIONS TO CONTRACT FOR HBPP STACK REMOVAL. ATTACHMENTS FORWARDED TO CLIENT FOR LEGAL REVIEW | Attorney Client |
| 224 | PGE0042892 | PGE0042892 | | Report / Plan | Placak, Richard | Stamm, Nancy | None | ATTACHMENT TO FACSIMILE COVER SHEET (PGE0042890) REGARDING PROPOSED MODIFICATIONS TO CONTRACT FOR HBPP STACK REMOVAL. FORWARDED TO COUNSEL (N. STAMM) FOR LEGAL REVIEW | Work Product |
| 225 | PGE0042893 | PGE0042893 | | Report / Plan | Placak, Richard | Stamm, Nancy | None | ATTACHMENT TO FACSIMILE COVER SHEET (PGE0042890) REGARDING PROPOSED MODIFICATIONS TO CONTRACT FOR HBPP STACK REMOVAL. FORWARDED TO COUNSEL (N. STAMM) FOR LEGAL REVIEW | Work Product |
| 226 | PGE0042894 | PGE0042894 | | Report / Plan | Placak, Richard | Stamm, Nancy | None | ATTACHMENT TO FACSIMILE COVER SHEET (PGE0042890) REGARDING PROPOSED MODIFICATIONS TO CONTRACT FOR HBPP STACK REMOVAL. FORWARDED TO COUNSEL (N. STAMM) FOR LEGAL REVIEW | Work Product |
| 227 | PGE0042895 | PGE0042895 | | Report / Plan | Placak, Richard | Stamm, Nancy | None | ATTACHMENT TO FACSIMILE COVER SHEET (PGE0042890) REGARDING PROPOSED MODIFICATIONS TO CONTRACT FOR HBPP STACK REMOVAL. FORWARDED TO COUNSEL (N. STAMM) FOR LEGAL REVIEW | Work Product |

| REF | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 228 | PGE0042896 | PGE0042896 | | Report / Plan | Placak, Richard | Stamm, Nancy | None | ATTACHMENT TO FACSIMILE COVER SHEET (PGE0042890) REGARDING PROPOSED MODIFICATIONS TO CONTRACT FOR HBPP STACK REMOVAL. FORWARDED TO COUNSEL (N. STAMM) FOR LEGAL REVIEW | Work Product |
| 229 | PGE0042897 | PGE0042897 | | Report / Plan | Placak, Richard | Stamm, Nancy | None | ATTACHMENT TO FACSIMILE COVER SHEET (PGE0042890) REGARDING PROPOSED MODIFICATIONS TO CONTRACT FOR HBPP STACK REMOVAL. FORWARDED TO COUNSEL (N. STAMM) FOR LEGAL REVIEW | Work Product |
| 230 | PGE0042898 | PGE0042898 | | Report / Plan | Placak, Richard | Stamm, Nancy | None | ATTACHMENT TO FACSIMILE COVER SHEET (PGE0042890) REGARDING PROPOSED MODIFICATIONS TO CONTRACT FOR HBPP STACK REMOVAL. FORWARDED TO COUNSEL (N. STAMM) FOR LEGAL REVIEW | Work Product |
| 231 | PGE0042899 | PGE0042899 | | Report / Plan | Placak, Richard | Stamm, Nancy | None | ATTACHMENT TO FACSIMILE COVER SHEET (PGE0042890) REGARDING PROPOSED MODIFICATIONS TO CONTRACT FOR HBPP STACK REMOVAL. FORWARDED TO COUNSEL (N. STAMM) FOR LEGAL REVIEW | Work Product |
| 232 | PGE0042900 | PGE0042900 | | Report / Plan | Placak, Richard | Stamm, Nancy | None | ATTACHMENT TO FACSIMILE COVER SHEET (PGE0042890) REGARDING PROPOSED MODIFICATIONS TO CONTRACT FOR HBPP STACK REMOVAL. FORWARDED TO COUNSEL (N. STAMM) FOR LEGAL REVIEW | Work Product |
| 233 | PGE0042901 | PGE0042901 | | Report / Plan | Placak, Richard | Stamm, Nancy | None | ATTACHMENT TO FACSIMILE COVER SHEET (PGE0042890) REGARDING PROPOSED MODIFICATIONS TO CONTRACT FOR HBPP STACK REMOVAL. FORWARDED TO COUNSEL (N. STAMM) FOR LEGAL REVIEW | Work Product |
| 234 | PGE0042902 | PGE0042902 | | Report / Plan | Placak, Richard | Stamm, Nancy | None | ATTACHMENT TO FACSIMILE COVER SHEET (PGE0042890) REGARDING PROPOSED MODIFICATIONS TO CONTRACT FOR HBPP STACK REMOVAL. FORWARDED TO COUNSEL (N. STAMM) FOR LEGAL REVIEW | Work Product |
| 235 | PGE0042903 | PGE0042903 | | Report / Plan | Placak, Richard | Stamm, Nancy | None | ATTACHMENT TO FACSIMILE COVER SHEET (PGE0042890) REGARDING PROPOSED MODIFICATIONS TO CONTRACT FOR HBPP STACK REMOVAL. FORWARDED TO COUNSEL (N. STAMM) FOR LEGAL REVIEW | Work Product |
| 236 | PGE0042904 | PGE0042904 | 5/21/1998 | Fax Cover Sheet | Placak, Richard | Stamm, Nancy | None | FACSIMILE COVER SHEET FROM CLIENT TO COUNSEL (N. STAMM) REGARDING ATTACHED (PGE0042905 - PGE0042916) PROPOSED MODIFICATIONS TO CONTRACT FOR HBPP STACK REMOVAL. FORWARDED TO COUNSEL FOR LEGAL REVIEW | Attorney Client |
| 237 | PGE0042905 | PGE0042905 | | Report / Plan | Placak, Richard | Stamm, Nancy | None | ATTACHMENT TO FACSIMILE COVER SHEET (PGE0042904) REGARDING PROPOSED MODIFICATIONS TO CONTRACT FOR HBPP STACK REMOVAL. FORWARDED TO COUNSEL (N. STAMM) FOR LEGAL REVIEW | Work Product |
| 238 | PGE0042906 | PGE0042906 | | Report / Plan | Placak, Richard | Stamm, Nancy | None | ATTACHMENT TO FACSIMILE COVER SHEET (PGE0042904) REGARDING PROPOSED MODIFICATIONS TO CONTRACT FOR HBPP STACK REMOVAL. FORWARDED TO COUNSEL (N. STAMM) FOR LEGAL REVIEW | Work Product |

| REF | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 239 | PGE0042907 | PGE0042907 | | Report / Plan | Placak, Richard | Stamm, Nancy | None | ATTACHMENT TO FACSIMILE COVER SHEET (PGE0042904) REGARDING PROPOSED MODIFICATIONS TO CONTRACT FOR HBPP STACK REMOVAL. FORWARDED TO COUNSEL (N. STAMM) FOR LEGAL REVIEW | Work Product |
| 240 | PGE0042908 | PGE0042908 | | Report / Plan | Placak, Richard | Stamm, Nancy | None | ATTACHMENT TO FACSIMILE COVER SHEET (PGE0042904) REGARDING PROPOSED MODIFICATIONS TO CONTRACT FOR HBPP STACK REMOVAL. FORWARDED TO COUNSEL (N. STAMM) FOR LEGAL REVIEW | Work Product |
| 241 | PGE0042909 | PGE0042909 | | Report / Plan | Placak, Richard | Stamm, Nancy | None | ATTACHMENT TO FACSIMILE COVER SHEET (PGE0042904) REGARDING PROPOSED MODIFICATIONS TO CONTRACT FOR HBPP STACK REMOVAL. FORWARDED TO COUNSEL (N. STAMM) FOR LEGAL REVIEW | Work Product |
| 242 | PGE0042910 | PGE0042910 | | Report / Plan | Placak, Richard | Stamm, Nancy | None | ATTACHMENT TO FACSIMILE COVER SHEET (PGE0042904) REGARDING PROPOSED MODIFICATIONS TO CONTRACT FOR HBPP STACK REMOVAL. FORWARDED TO COUNSEL (N. STAMM) FOR LEGAL REVIEW | Work Product |
| 243 | PGE0042911 | PGE0042911 | | Report / Plan | Placak, Richard | Stamm, Nancy | None | ATTACHMENT TO FACSIMILE COVER SHEET (PGE0042904) REGARDING PROPOSED MODIFICATIONS TO CONTRACT FOR HBPP STACK REMOVAL. FORWARDED TO COUNSEL (N. STAMM) FOR LEGAL REVIEW | Work Product |
| 244 | PGE0042912 | PGE0042912 | | Report / Plan | Placak, Richard | Stamm, Nancy | None | ATTACHMENT TO FACSIMILE COVER SHEET (PGE0042904) REGARDING PROPOSED MODIFICATIONS TO CONTRACT FOR HBPP STACK REMOVAL. FORWARDED TO COUNSEL (N. STAMM) FOR LEGAL REVIEW | Work Product |
| 245 | PGE0042913 | PGE0042913 | | Report / Plan | Placak, Richard | Stamm, Nancy | None | ATTACHMENT TO FACSIMILE COVER SHEET (PGE0042904) REGARDING PROPOSED MODIFICATIONS TO CONTRACT FOR HBPP STACK REMOVAL. FORWARDED TO COUNSEL (N. STAMM) FOR LEGAL REVIEW | Work Product |
| 246 | PGE0042914 | PGE0042914 | | Report / Plan | Placak, Richard | Stamm, Nancy | None | ATTACHMENT TO FACSIMILE COVER SHEET (PGE0042904) REGARDING PROPOSED MODIFICATIONS TO CONTRACT FOR HBPP STACK REMOVAL. FORWARDED TO COUNSEL (N. STAMM) FOR LEGAL REVIEW | Work Product |
| 247 | PGE0042915 | PGE0042915 | | Report / Plan | Placak, Richard | Stamm, Nancy | None | ATTACHMENT TO FACSIMILE COVER SHEET (PGE0042904) REGARDING PROPOSED MODIFICATIONS TO CONTRACT FOR HBPP STACK REMOVAL. FORWARDED TO COUNSEL (N. STAMM) FOR LEGAL REVIEW | Work Product |
| 248 | PGE0042916 | PGE0042916 | | Report / Plan | Placak, Richard | Stamm, Nancy | None | ATTACHMENT TO FACSIMILE COVER SHEET (PGE0042904) REGARDING PROPOSED MODIFICATIONS TO CONTRACT FOR HBPP STACK REMOVAL. FORWARDED TO COUNSEL (N. STAMM) FOR LEGAL REVIEW | Work Product |
| 249 | PGE0043196 | PGE0043196 | 3/6/1998 | Multiple Email | Bidwell, David | Stamm, Nancy | None | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN COUNSEL (N. STAMM)) AND CLIENT REGARDING ATTACHED DRAFT CONTRACT (PGE0043197 - PGE0043214) FOR HBPP STACK REMOVAL | Attorney Client |