| REF | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 835 | PGE0069537 | PGE0069540 | 9/18/1998 | Memo | Reynolds, Nicholas S (Winston & Strawn); Repka, David A (Winston & Strawn) | Locke, Richard F | None | LEGAL MEMORANDUM FROM OUTSIDE COUNSEL, N. REYNOLDS AND D. REPKA (WINSTON & STRAWN) TO COUNSEL (R. LOCKE) REGARDING LEGAL ANALYSIS AND STRATEGY IN ANTICIPATION OF REGULATORY PROCEEDINGS - NUCLEAR REGULATORY COMMISSION (NRC) | Attorney Client; Work Product |
| 836 | PGE0069541 | PGE0069541 | 5/14/1998 | Electronic Mail (Email) | Stock, William | Womack, Lawrence; Patton, Bruce; Locke, Richard F | Green, Julie | EMAIL DISTRIBUTION INCLUDES COUNSEL (R. LOCKE) REFLECTING STRATEGY REGARDING DRAFT MANAGEMENT COMMITTEE BRIEFING MEMORANDUM PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL IN ANTICIPATION FOR LITIGATION - REGULATORY PROCEEDING | Work Product |
| 837 | PGE0069542 | PGE0069550 | 5/13/1998 | Report / Plan | Pacific Gas & Electric; Stock, William | Womack, Lawrence; Patton, Bruce; Locke, Richard F | Green, Julie | DRAFT SUMMARY PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL FOR PRESENTATION TO THE BOARD OF DIRECTORS IN ANTICIPATION OF LITIGATION - REGULATORY PROCEEDING. REFLECTS RECOMMENDATIONS RELATING TO DECISIONS REGARDING THE LICENSING OF DCPP DRY STORAGE. ATTACHMENT TO EMAIL AT PGE0069541 | Attorney Client; Work Product |
| 838 | PGE0069552 | PGE0069562 | 5/13/1998 | Report / Plan | Pacific Gas & Electric; Stock, William | Womack, Lawrence; Locke, Richard F; Patton, Bruce | Melendres-Keller, Patricia; Warner, Christopher J | DRAFT SUMMARY PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL FOR PRESENTATION TO THE BOARD OF DIRECTORS IN ANTICIPATION OF LITIGATION - REGULATORY PROCEEDING. REFLECTS RECOMMENDATIONS RELATING TO DECISIONS REGARDING THE LICENSING OF DCPP DRY STORAGE. ATTACHMENT TO EMAIL AT PGE0069541 | Attorney Client; Work Product |
| 839 | PGE0069728 | PGE0069728 | 4/11/2000 | Letter | Locke, Richard F | None | None | ATTORNEY NOTES (R. LOCKE) REFLECTING LEGAL ANALYSIS OF COUNSEL (L. CASSIDY) REGARDING HBPP ISFSI. NOTES REFLECT THOUGHTS AND IMPRESSIONS OF COUNSEL | Work Product |
| 840 | PGE0069761 | PGE0069761 | 3/6/2000 | Letter | Locke, Richard F | None | None | ATTORNEY NOTES (R. LOCKE) REFLECTING LEGAL ANALYSIS OF COUNSEL (L. CASSIDY) REGARDING HBPP ISFSI. NOTES REFLECT THOUGHTS AND IMPRESSIONS OF COUNSEL | Work Product |
| 841 | PGE0069767 | PGE0069767 | 2/14/2000 | Memo | Willis, Roy | Warner, Christopher J | Womack, Lawrence F; Moulia, Tom A; Locke, Richard F; Cassidy, Leigh S | MEMORANDUM FROM CLIENT TO COUNSEL (C. WARNER) REQUESTING LEGAL REVIEW AND ADVICE REGARDING HBPP REQUEST FOR PROPOSAL | Attorney Client |
| 842 | PGE0070070 | PGE0070070 | 9/17/2004 | Notes | Locke, Richard F | None | None | ATTORNEY NOTES (R. LOCKE) REGARDING LEGAL ANALYSIS IN ANTICIPATION OF MEETING WITH NUCLEAR REGULATORY COMMISSION (NRC). NOTES REFLECT THOUGHTS AND IMPRESSIONS OF COUNSEL | Attorney Client; Work Product |

| REF | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 843 | PGE0070174 | PGE0070174 | 9/1/2004 | Agenda / Meeting Minute | Locke, Richard F | None | None | ATTORNEY NOTES (R. LOCKE) REGARDING LEGAL ANALYSIS IN ANTICIPATION OF MEETING WITH NUCLEAR REGULATORY COMMISSION (NRC). NOTES REFLECT THOUGHTS AND IMPRESSIONS OF COUNSEL | Attorney Client; Work Product |
| 844 | PGE0070377 | PGE0070377 | 11/19/2004 | Letter | Rueger, Gregory M | Locke, Richard F | None | DRAFT LETTER TO THE NUCLEAR REGULATORY COMMISSION (NRC) REGARDING ATTACHED DRAFT REPORT (PGE0070378 - PGE0070391) ON HBPP LICENSING ISSUES. PREPARED IN ANTICIPATION OF FILING BEFORE THE NRC | Work Product |
| 845 | PGE0070378 | PGE0070391 | 6/30/2004 | Report / Plan | None | Locke, Richard F | None | DRAFT REPORT ATTACHED TO DRAFT LETTER (PGE0070377) TO THE NUCLEAR REGULATORY COMMISSION (NRC) REGARDING HBPP LICENSING ISSUES. PREPARED IN ANTICIPATION OF FILING BEFORE THE NRC | Work Product |
| 846 | PGE0070424 | PGE0070424 | 9/28/2004 | Agenda / Meeting Minute | Locke, Richard F | None | None | HANDWRITTEN NOTES PREPARED BY COUNSEL (R. LOCKE) CONTAINING MENTAL PROCESSES AND OBSERVATIONS REGARDING HBPP SPENT FUEL STORAGE | Work Product |
| 847 | PGE0070474 | PGE0070474 | | Agenda / Meeting Minute | Locke, Richard F | None | None | HANDWRITTEN NOTES PREPARED BY COUNSEL (R. LOCKE) CONTAINING MENTAL PROCESSES AND OBSERVATIONS REGARDING HBPP SPENT FUEL STORAGE | Work Product |
| 848 | PGE0070622 | PGE0070623 | 8/12/2004 | Notes | Locke, Richard F | None | None | HANDWRITTEN NOTES PREPARED BY COUNSEL (R. LOCKE) CONTAINING MENTAL PROCESSES AND OBSERVATIONS REGARDING HBPP SPENT FUEL ISSUES RELATING TO LITIGATION | Work Product |
| 849 | PGE0070624 | PGE0070624 | 8/13/2004 | Notes | Locke, Richard F | None | None | HANDWRITTEN NOTES PREPARED BY COUNSEL (R. LOCKE) CONTAINING MENTAL PROCESSES AND OBSERVATIONS REGARDING PRESENT AND ANTICIPATED LITIGATION | Work Product |
| 850 | PGE0070625 | PGE0070626 | 8/16/2004 | Notes | Locke, Richard F | None | None | HANDWRITTEN NOTES PREPARED BY COUNSEL (R. LOCKE) CONTAINING MENTAL PROCESSES AND OBSERVATIONS REGARDING NRC AND PG&E TELECON AND ANTICIPATED LITIGATION - REGULATORY PROCEEDINGS | Work Product |
| 851 | PGE0070740 | PGE0070741 | 8/15/2004 | Multiple Email | Locke, Richard F | Rueger, Gregory; Womack, Lawrence | Manheim, William | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN COUNSEL (R. LOCKE) AND CLIENT REGARDING LEGAL ANALYSIS OF PG&E REGULATORY COMPLIANCE | Attorney Client |
| 852 | PGE0070792 | PGE0070792 | 7/14/2004 | Agenda / Meeting Minute | Locke, Richard F | None | None | HANDWRITTEN NOTES PREPARED BY COUNSEL (R. LOCKE) CONTAINING MENTAL PROCESSES AND OBSERVATIONS REGARDING MEETING WITH CLIENT | Work Product |

| REF | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 853 | PGE0071013 | PGE0071014 | 4/10/1997 | Electronic Mail (Email) | Forsgard, Karen A | Warner, Christopher J | Locke, Richard F; Williams, Ray D; Rueger, Gregory M; Bangert, A Charles; Womack, Lawrence F; Kahler, Edwin R; Moulia, Tom A | E-MAIL FROM CLIENT TO COUNSEL (C. WARNER) REGARDING HBPP DECOMMISSIONING ISSUES. PREPARED IN ANTICIPATION OF REGULATORY PROCEEDINGS - CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Attorney Client |
| 854 | PGE0071025 | PGE0071025 | 4/11/1997 | Multiple Email | Warner, Christopher J | Bangert, Charles A | Forsgard, Karen A; Locke, Richard F | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN COUNSEL (C. WARNER) AND CLIENT REGARDING LEGAL ANALYSIS OF DRAFT LETTER PREPARED FOR REGULATORY FILING WITH THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Attorney Client |
| 855 | PGE0071026 | PGE0071027 | 4/11/1997 | Multiple Email | Warner, Christopher J; Forsgard, Karen A | Bangert, A Charles | Locke, Richard F; Williams, Ray D | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN COUNSEL (C. WARNER) AND CLIENT REGARDING LEGAL ANALYSIS OF DRAFT LETTER PREPARED FOR REGULATORY FILING WITH THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Attorney Client |
| 856 | PGE0071028 | PGE0071029 | 4/9/1997 | Multiple Email | Warner, Christopher J | Forsgard, Karen A | Locke, Richard F; Williams, Ray D; Rueger, Gregory M; Bangert, A Charles; Womack, Lawrence F; Kahler, Edwin R; Moulia, Tom A | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN COUNSEL (C. WARNER) AND CLIENT REGARDING LEGAL ANALYSIS OF DRAFT LETTER PREPARED FOR REGULATORY FILING WITH THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Attorney Client |
| 857 | PGE0071033 | PGE0071033 | 4/9/1997 | Multiple Email | Locke, Richard F | Forsgard, Karen F | Warner, Christopher J; Bangert, A Charles; Buchsbaum, Craig M | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN COUNSEL (R. LOCKE) AND CLIENT REGARDING LEGAL ANALYSIS OF DRAFT LETTER PREPARED FOR REGULATORY FILING WITH THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Attorney Client |
| 858 | PGE0071036 | PGE0071037 | 4/11/1997 | Multiple Email | Forsgard, Karen A; Bangert, A C | Warner, Christopher J | Warner, Christopher J; Williams, Ray D; Rueger, Gregory M; Womack, Lawrence F; Moulia, Tom A; Locke, Richard F; Kahler, Edwin R | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN COUNSEL (C. WARNER) AND CLIENT REGARDING LEGAL ANALYSIS OF DRAFT LETTER PREPARED FOR REGULATORY FILING WITH THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Attorney Client |
| 859 | PGE0071042 | PGE0071043 | 4/10/1997 | Multiple Email | Forsgard, Karen A | Warner, Christopher J | Williams, Ray D; Locke, Richard F | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN COUNSEL (C. WARNER) AND CLIENT REGARDING LEGAL ANALYSIS OF DRAFT LETTER PREPARED FOR REGULATORY FILING WITH THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Attorney Client |
| 860 | PGE0071044 | PGE0071045 | 8/28/1996 | Multiple Email | Warner, Christopher J | Womack, Lawrence F | Kahler, Edwin R; Rueger, Gregory M; Locke, Richard F | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN COUNSEL (C. WARNER) AND CLIENT REGARDING LEGAL ANALYSIS OF DRAFT LETTER PREPARED FOR REGULATORY FILING WITH THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Attorney Client |

| REF | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 861 | PGE0071048 | PGE0071048 | 8/8/1996 | Multiple Email | Warner, Christopher J | Locke, Richard F; Bangert, A C; Weingart, Richard; Williams, Ray | How-Downing, Lindsey; Buchsbaum, Craig M; Jordan, Lise H; Wilson, Michelle L; Womack, Lawrence F; Kline, Steven L; De La Torre, Rose; Davis, Wanda; Kalich, Ron; O'Flanagan, Joseph | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN COUNSEL (C. WARNER) AND COUNSEL (R. LOCKE) AND CLIENT REGARDING DRAFT HBPP DECOMMISSIONING APPLICATION FOR SUBMITTAL TO THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Attorney Client |
| 862 | PGE0071049 | PGE0071049 | 8/6/1996 | Multiple Email | Warner, Christopher J | Locke, Richard F; Weingart, Richard A; Bangert, A Charles; Williams, Ray D | How-Downing, Lindsey; Buchsbaum, Craig M; Jordan, Lise H; Wilson, Michelle L: Womack, Lawrence F; Kline, Steven L; De La Torre, Rose; Lemus, Jose E | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN COUNSEL (C. WARNER) AND COUNSEL (R. LOCKE) AND CLIENT REGARDING DRAFT HBPP DECOMMISSIONING APPLICATION FOR SUBMITTAL TO THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Attorney Client |
| 863 | PGE0071050 | PGE0071050 | 8/6/1996 | Electronic Mail (Email) | Warner, Christopher J | Locke, Richard F; Weingart, Richard A; Bangert, A Charles; Williams, Ray D | How-Downing, Lindsey; Buchsbaum, Craig M; Jordan, Lise H; Wilson, Michelle L; Womack, Lawrence F; Kline, Steven L; De La Torre, Rose | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN COUNSEL (C. WARNER) AND COUNSEL (R. LOCKE) AND CLIENT REGARDING DRAFT HBPP DECOMMISSIONING APPLICATION FOR SUBMITTAL TO THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Attorney Client |
| 864 | PGE0071051 | PGE0071051 | 8/8/1996 | Multiple Email | Warner, Christopher J | Locke, Richard F; Weingart, Richard A; Banger, Charles A; Williams, Ray D | How-Downing, Lindsey; Buchsbaum, Craig M; Jordan, Lise H; Wilson, Michelle L; Womack, Lawrence F; Kline, Steven L; De La Torre, Rose | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN COUNSEL (C. WARNER) AND COUNSEL (R. LOCKE) AND CLIENT REGARDING DRAFT HBPP DECOMMISSIONING APPLICATION FOR SUBMITTAL TO THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Attorney Client |
| 865 | PGE0071052 | PGE0071052 | 8/6/1996 | Letter | Locke, Richard F | Warner, Christopher J | None | CORRESPONDENCE FROM COUNSEL (R. LOCKE) TO COUNSEL (C. WARNER) REGARDING ATTACHED (PGE0071053) HANDWRITTEN NOTES OF COUNSEL (R. LOCKE) IN PREPARATION FOR REGULATORY PROCEEDINGS - CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Attorney Client |
| 866 | PGE0071053 | PGE0071053 | 8/28/1996 | Notes | Locke, Richard F | None | None | HANDWRITTEN NOTES OF COUNSEL (R. LOCKE) IN PREPARATION FOR REGULATORY PROCEEDINGS - CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC). NOTES REFLECT THOUGHTS AND IMPRESSIONS OF COUNSEL. ATTACHED TO CORRESPONDENCE (PGE0071052) FROM COUNSEL (R. LOCKE) TO COUNSEL (C. WARNER) | Work Product |
| 867 | PGE0071055 | PGE0071055 | 8/28/1996 | Electronic Mail (Email) | Warner, Christopher J | Kahler, Edwin R | Rueger, Gregory M; Womack, Lawrence F; Angus, Mike; Locke, Richard F | E-MAIL FROM COUNSEL (C. WARNER) TO CLIENT REGARDING HBPP DECOMMISSIONING. IN PREPARATION FOR REGULATORY FILING WITH THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Attorney Client |
| 868 | PGE0071061 | PGE0071062 | 1/9/1997 | Multiple Email | Buchsbaum, Craig M | Locke, Richard F | None | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN COUNSEL (R. LOCKE) AND COUNSEL (C. BUCHSBAUM) REGARDING PREPARATION FOR REGULATORY FILING WITH THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Attorney Client |

| REF | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 869 | PGE0071063 | PGE0071064 | 1/6/1997 | Multiple Email | Locke, Richard F | Failor, Jim L | None | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN COUNSEL (R. LOCKE) AND COUNSEL (C. BUCHSBAUM) REGARDING PREPARATION FOR REGULATORY FILING WITH THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Attorney Client |
| 870 | PGE0071066 | PGE0071068 | 3/13/1997 | Report / Plan | Locke, Richard F | None | None | HANDWRITTEN NOTES OF COUNSEL (R. LOCKE) REGARDING HBPP DECOMMISSIONING AND ISFSI ISSUES. NOTES REFLECT THOUGHTS AND IMPRESSIONS OF COUNSEL | Work Product |
| 871 | PGE0071069 | PGE0071069 | 3/28/1997 | Electronic Mail (Email) | Locke, Richard F | Arago, Alec J; Forsgard, Karen A; Lewis, Jeff X; Moulia, Tom A; Kahler, Edwin R; Norton, Allan B | None | E-MAIL FROM COUNSEL (R. LOCKE) TO CLIENT REGARDING LEGAL ADVICE FOR REGULATORY FILING WITH THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Attorney Client |
| 872 | PGE0071070 | PGE0071071 | 4/8/1997 | Multiple Email | Locke, Richard F | Forsgard, Karen A | Womack, Lawrence F; Norton, Allan B; Kahler, Edwin R; Moulia, Tom A; Williams, Ray D; Warner, Christopher J; Jordan, Lise H; Maggard, Stephanie; O'Flanagan, Joe | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN COUNSEL (R. LOCKE) AND CLIENT REGARDING LEGAL ADVICE FOR REGULATORY FILING WITH THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC). IN PREPARATION FOR REGULATORY PROCEEDINGS - GRC | Attorney Client |
| 873 | PGE0071072 | PGE0071072 | 5/19/1997 | Multiple Email | Locke, Richard F | Monti, Robert M | None | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN COUNSEL (R. LOCKE) AND COUNSEL (R. MONTI) REGARDING LEGAL ANALYSIS OF REQUEST FOR PROPOSAL DOCUMENT | Attorney Client |
| 874 | PGE0071076 | PGE0071076 | 5/20/1997 | Electronic Mail (Email) | Monti, Robert M | Moss, Richard H | Locke, Richard F | E-MAIL FROM COUNSEL (R. MONTI) TO COUNSEL (R. MOSS) REGARDING LEGAL ANALYSIS OF DRAFT REQUEST FOR PROPOSAL DOCUMENT | Attorney Client |
| 875 | PGE0071077 | PGE0071077 | 5/19/1997 | Electronic Mail (Email) | Monti, Robert M | Norton, Allan B | Locke, Richard F | E-MAIL FROM COUNSEL (R. MONTI) TO CLIENT REGARDING LEGAL ANALYSIS OF DRAFT REQUEST FOR PROPOSAL DOCUMENT | Attorney Client |
| 876 | PGE0071078 | PGE0071078 | 5/16/1997 | Electronic Mail (Email) | Norton, Bruce | Locke, Richard F; Monti, Richard M; Franzen, Warren P | Kahler, Edwin R | E-MAIL FROM CLIENT TO COUNSEL (R. LOCKE, R. MONTI) REGARDING LEGAL REVIEW OF DRAFT REQUEST FOR PROPOSAL DOCUMENT | Attorney Client |
| 877 | PGE0071079 | PGE0071079 | 5/16/1997 | Multiple Email | Monti, Robert M | Locke, Richard F | None | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN COUNSEL (R. LOCKE) AND COUNSEL (R. MONTI) REGARDING LEGAL ANALYSIS OF DRAFT REQUEST FOR PROPOSAL DOCUMENT | Attorney Client |
| 878 | PGE0071080 | PGE0071080 | 5/20/1997 | Electronic Mail (Email) | Monti, Robert M | Franzen, Warren P | Norton, Allan B; Locke, Richard F; Moss, Richard H; Heise, Bea A | E-MAIL FROM COUNSEL (R. MONTI) TO CLIENT REGARDING LEGAL ANALYSIS OF DRAFT REQUEST FOR PROPOSAL DOCUMENT | Attorney Client |
| 879 | PGE0071081 | PGE0071081 | 5/20/1997 | Electronic Mail (Email) | Monti, Robert M | Norton, Allan B; Franzen, Warren P | Locke, Richard F | E-MAIL FROM COUNSEL (R. MONTI) TO CLIENT REGARDING LEGAL ANALYSIS OF DRAFT REQUEST FOR PROPOSAL DOCUMENT | Attorney Client |

| REF | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 880 | PGE0071084 | PGE0071084 | 5/20/1997 | Electronic Mail (Email) | Monti, Robert M | Franzen, Warren P | Norton, A Bruce; Locke, Richard F; Moss, Richard H; Heise, Bea A | E-MAIL FROM COUNSEL (R. MONTI) TO CLIENT REGARDING LEGAL ANALYSIS OF DRAFT REQUEST FOR PROPOSAL DOCUMENT | Attorney Client |
| 881 | PGE0071085 | PGE0071085 | 5/21/1997 | Electronic Mail (Email) | Locke, Richard F | Kahler, Edwin R | Moulia, Tom A; Warner, Christopher J; Forsgard, Karen A | E-MAIL FROM COUNSEL (R. LOCKE) TO CLIENT REGARDING LEGAL ANALYSIS OF DRAFT REQUEST FOR PROPOSAL DOCUMENT | Attorney Client |
| 882 | PGE0071087 | PGE0071087 | 5/21/1997 | Multiple Email | Locke, Richard F; Forsgard, Karen A | Kahler, Edwin R | Moulia, Tom A; Warner, Christopher J | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN COUNSEL (R. LOCKE) AND CLIENT REGARDING LEGAL ANALYSIS OF DRAFT REQUEST FOR PROPOSAL | Attorney Client |
| 883 | PGE0071088 | PGE0071089 | 5/21/1997 | Multiple Email | Locke, Richard F | Kahler, Edwin R | Moulia, Tom A; Warner, Christopher J; Forsgard, Karen A | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN COUNSEL (R. LOCKE) AND CLIENT REGARDING LEGAL ANALYSIS OF DRAFT REQUEST FOR PROPOSAL DOCUMENT | Attorney Client |
| 884 | PGE0071090 | PGE0071090 | 5/21/1997 | Multiple Email | Locke, Richard F | Kahler, Edwin R; Forsgard, Karen A | Moulia, Tom A; F; Warner, Christopher J; Norton, A Bruce | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN COUNSEL (R. LOCKE) AND CLIENT REGARDING LEGAL ANALYSIS OF DRAFT REQUEST FOR PROPOSAL DOCUMENT | Attorney Client |
| 885 | PGE0071093 | PGE0071093 | 5/22/1997 | Electronic Mail (Email) | Monti, Robert M | Franzen, Warren P | Norton, Allan B; Locke, Richard F; Moss, Richard H; Sullivan, Bill | E-MAIL FROM COUNSEL (R. MONTI) TO CLIENT REGARDING LEGAL ANALYSIS OF DRAFT REQUEST FOR PROPOSAL DOCUMENT | Attorney Client |
| 886 | PGE0071094 | PGE0071095 | 5/22/1997 | Multiple Email | Locke, Richard F | Kahler, Edwin R; Forsgard, Karen A; Warner, Christopher J | None | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN COUNSEL (C. WARNER) AND COUNSEL (R. LOCKE) REGARDING LEGAL ANALYSIS OF DRAFT REQUEST FOR PROPOSAL DOCUMENT | Attorney Client |
| 887 | PGE0071120 | PGE0071120 | 5/8/1997 | Multiple Email | Warner, Christopher J | Forsgard, Karen A | Womack, Lawrence F; Guliasi, Les G; Locke, Richard F; Corey, Jana; Miller, Sabrina | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN COUNSEL (C. WARNER) AND CLIENT REGARDING LITIGATION WITH DOE | Attorney Client |
| 888 | PGE0071124 | PGE0071125 | 05/00/1997 | Letter | Locke, Richard F | None | None | DRAFT ADVICE LETTER AND ATTACHMENT (PGE0071126 - PGE0071127) TO CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) REGARDING HBPP DECOMMISSIONING. PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL IN ANTICIPATION OF REGULATORY PROCEEDINGS - CPUC | Work Product |
| 889 | PGE0071126 | PGE0071127 | | Report / Plan | Locke, Richard F | None | None | DRAFT ATTACHMENT TO DRAFT LETTER (PGE0071124) TO CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) REGARDING HBPP DECOMMISSIONING. PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL IN ANTICIPATION OF REGULATORY PROCEEDINGS - CPUC | Work Product |

| REF | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 890 | PGE0071130 | PGE0071131 | 05/00/1997 | Letter | Locke, Richard F | None | None | DRAFT ADVICE LETTER AND ATTACHMENT (PGE0071132 - PGE0071133) TO CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) REGARDING HBPP DECOMMISSIONING. PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL IN ANTICIPATION OF REGULATORY PROCEEDINGS - CPUC | Work Product |
| 891 | PGE0071132 | PGE0071133 | | Report / Plan | Locke, Richard F | None | None | DRAFT ATTACHMENT TO DRAFT LETTER (PGE00711301) TO CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) REGARDING HBPP DECOMMISSIONING. PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL IN ANTICIPATION OF REGULATORY PROCEEDINGS - CPUC | Work Product |
| 892 | PGE0071134 | PGE0071134 | 5/8/1997 | Multiple Email | Locke, Richard F | Arago, Alec | None | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN COUNSEL (R. LOCKE) AND CLIENT REGARDING REGULATORY PROCEEDINGS - GRC | Attorney Client |
| 893 | PGE0071150 | PGE0071150 | 4/18/1997 | Multiple Email | Warner, Christopher J | Kahler, Edwin R | Locke, Richard F; Forsgard, Karen A | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN COUNSEL (C. WARNER) AND CLIENT REGARDING RATEMAKING - INCLUDES ADVICE AND STRATEGY REGARDING ANTICIPATED LITIGATION - REGULATORY PROCEEDING - GRC PROCEEDINGS BEFORE (CPUC) | Work Product; Attorney Client |
| 894 | PGE0071154 | PGE0071154 | 4/11/1997 | Notes | Locke, Richard F | None | None | HANDWRITTEN NOTES OF COUNSEL (R. LOCKE) REGARDING REGULATORY ISSUES FOR HBPP SPENT FUEL DISPOSAL. NOTES REFLECT THOUGHTS AND IMPRESSIONS OF COUNSEL | Work Product |
| 895 | PGE0071155 | PGE0071157 | 4/18/1997 | Multiple Email | Warner, Christopher J | Forsgard, Karen A; Arago, Alec; Migocki, Joe; Cooper, Shawn E; Kahler, Edwin R; Norton, A Bruce; Locke, Richard F; Miller, Sabrina J | Moulia, Tom A; Kline, Steven L; Callaway, Lee; Williams, Ray D | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN COUNSEL (C. WARNER) AND CLIENT REGARDING HBPP DECOMMISSIONING. INCLUDES LEGAL ADVICE FROM COUNSEL | Attorney Client |
| 896 | PGE0071162 | PGE0071162 | 4/14/1997 | Multiple Email | Forsgard, Karen A | Warner, Christopher J | Locke, Richard F | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN COUNSEL (C. WARNER) AND CLIENT REGARDING STRATEGY FOR REGULATORY PROCEEDINGS BEFORE THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Attorney Client |
| 897 | PGE0071164 | PGE0071164 | 4/1/1997 | Electronic Mail (Email) | Locke, Richard F | Forsgard, Karen A | Cooper, Shawn E; Kahler, Edwin R; Sokolsky, David D; Norton, A Bruce; Moulia, Tom A; Arago, Alec J; Lewis, Jeff X | E-MAIL FROM COUNSEL (R. LOCKE) TO CLIENT REGARDING PREPARATION FOR REGULATORY PROCEEDINGS - GRC | Attorney Client |
| 898 | PGE0071165 | PGE0071166 | 4/8/1997 | Multiple Email | Locke, Richard F | Forsgard, Karen A | None | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN COUNSEL (R. LOCKE) AND CLIENT REGARDING PREPARATION FOR REGULATORY PROCEEDINGS - GRC | Attorney Client |

| REF | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 899 | PGE0071168 | PGE0071168 | 4/8/1997 | Electronic Mail (Email) | Locke, Richard F | Forsgard, Karen A; Womack, Lawrence F; Norton, Allan B; Kahler, Edwin R; Moulia, Tom A; Williams, Ray D | Warner, Christopher J | E-MAIL FROM COUNSEL (R. LOCKE) TO CLIENT REGARDING PREPARATION FOR REGULATORY PROCEEDINGS - GRC | Attorney Client |
| 900 | PGE0071181 | PGE0071181 | | Notes | Locke, Richard F | None | None | HANDWRITTEN NOTES OF COUNSEL (R. LOCKE) REGARDING HBPP AND DCPP ISFSI ISSUES. NOTES REFLECT THOUGHTS AND COMMENTS OF COUNSEL | Attorney Client |
| 901 | PGE0071202 | PGE0071203 | 3/28/1997 | Multiple Email | Buchsbaum, Craig M | Forsgard, Karen A | Warner, Christopher J; Locke, Richard F; Jordan, Lise H; Norton, A Bruce | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN COUNSEL (C. BUCHSBAUM) AND CLIENT REGARDING LEGAL ANALYSIS OF DRAFT FILING WITH THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Attorney Client |
| 902 | PGE0071204 | PGE0071205 | 3/28/1997 | Multiple Email | Locke, Richard F | Forsgard, Karen A | Moulia, Tom A; Norton, A Bruce; Kahler, Edwin R | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN COUNSEL (R. LOCKE) AND CLIENT REGARDING LEGAL ANALYSIS OF DRAFT FILING WITH THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Attorney Client |
| 903 | PGE0071206 | PGE0071207 | 3/28/1997 | Multiple Email | Buchsbaum, Craig M | Forsgard, Karen A; Locke, Richard F | None | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN COUNSEL (C. BUCHSBAUM) AND CLIENT REGARDING LEGAL ANALYSIS OF DRAFT FILING WITH THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Attorney Client |
| 904 | PGE0071208 | PGE0071209 | 3/28/1997 | Multiple Email | Buchsbaum, Craig M | Forsgard, Karen A | Locke, Richard F; Norton, A Bruce | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN COUNSEL (C. BUCHSBAUM) AND CLIENT REGARDING LEGAL ANALYSIS OF DRAFT FILING WITH THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Attorney Client |
| 905 | PGE0071211 | PGE0071211 | 3/28/1997 | Electronic Mail (Email) | Locke, Richard F | Arago, Alec J; Forsgard, Karen A; Lewis, Jeff X; Moulia, Tom A; Kahler, Edwin R; Norton, A Bruce | None | E-MAIL FROM COUNSEL (R. LOCKE) TO CLIENT REGARDING LEGAL ANALYSIS OF DRAFT FILING WITH THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Attorney Client |
| 906 | PGE0071212 | PGE0071212 | 3/28/1997 | Electronic Mail (Email) | Locke, Richard F | Arago, Alec J; Forsgard, Karen A; Lewis, Jeff X; Moulia, Tom A; Kahler, Edwin R | Norton, Bruce | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN COUNSEL (R. LOCKE) AND CLIENT REGARDING LEGAL ANALYSIS OF DRAFT FILING WITH THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Attorney Client |
| 907 | PGE0071213 | PGE0071213 | 3/28/1997 | Electronic Mail (Email) | Locke, Richard F | Arago, Alec J | Forsgard, Karen A; Arago, Alec J; Lewis, Jeff X; Moulia, Tom A; Kahler, Edwin R; Norton, A Bruce | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN COUNSEL (R. LOCKE) AND CLIENT REGARDING LEGAL ANALYSIS OF DRAFT FILING WITH THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Attorney Client |
| 908 | PGE0071221 | PGE0071221 | 3/28/1997 | Multiple Email | Buchsbaum, Craig M | Forsgard, Karen A | Warner, Christopher J; Locke, Richard F; Jordan, Lise H | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN COUNSEL (C. BUCHSBAUM) AND CLIENT REGARDING LEGAL ANALYSIS OF DRAFT FILING WITH THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Attorney Client |

| REF | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 909 | PGE0071223 | PGE0071223 | 3/25/1997 | Electronic Mail (Email) | Locke, Richard F | Forsgard, Karen A | Warner, Christopher J | E-MAIL FROM COUNSEL (R. LOCKE) TO CLIENT REGARDING ADVICE AND STRATEGY IN PREPARATION FOR REGULATORY PROCEEDING - CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Attorney Client |
| 910 | PGE0071227 | PGE0071227 | 3/12/1997 | Multiple Email | Locke, Richard F | Forsgard, Karen A | None | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN COUNSEL (R. LOCKE) AND CLIENT REGARDING PREPARATION FOR REGULATORY PROCEEDINGS - CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Attorney Client |
| 911 | PGE0071237 | PGE0071237 | 8/28/1996 | Electronic Mail (Email) | Warner, Christopher J | Kahler, Edwin R | Rueger, Gregory M; Womack, Lawrence F; Angus, Mike; Locke, Richard F | E-MAIL FROM COUNSEL (C. WARNER) TO CLIENT REGARDING HBPP DECOMMISSIONING. IN PREPARATION FOR FILING WITH THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Attorney Client |
| 912 | PGE0071239 | PGE0071239 | 8/6/1996 | Electronic Mail (Email) | Warner, Christopher J | Locke, Richard F; Weingart, Richard A; Bangert, Charles A; Williams, Ray D | Buchsbaum, Craig M; Jordan, Lise H; Wilson, Michelle L; Womack, Lawrence F; Kline, Steven L; De La Torre, Rose | E-MAIL FROM COUNSEL (C. WARNER) TO COUNSEL (R. LOCKE) AND CLIENT REGARDING DRAFT APPLICATION FOR FILING WITH THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Attorney Client |
| 913 | PGE0071282 | PGE0071282 | 10/18/2002 | Electronic Mail (Email) | Vosburg, David | Locke, Richard F | Vosburg, David | E-MAIL FROM CLIENT TO COUNSEL (R. LOCKE) REGARDING ATTACHED (PGE0071283 - PGE0071301; PGE0071309 - PGE0071316) INFORMATION ON SPENT FUEL POOL RERACKING. PROVIDED TO COUNSEL FOR REVIEW OF DOCUMENT FOR LEGAL SUFFICIENCY | Attorney Client |
| 914 | PGE0071283 | PGE0071283 | | Graph / Chart / Blueprint | None | Locke, Richard F | None | ATTACHMENT TO E-MAIL (PGE0071282) FROM CLIENT TO COUNSEL (R. LOCKE) REGARDING INFORMATION ON SPENT FUEL POOL RERACKING. PROVIDED TO COUNSEL FOR REVIEW OF DOCUMENT FOR LEGAL SUFFICIENCY | Work Product |
| 915 | PGE0071284 | PGE0071286 | | Agenda / Meeting Minute | None | Locke, Richard F | None | ATTACHMENT TO E-MAIL (PGE0071282) FROM CLIENT TO COUNSEL (R. LOCKE) REGARDING INFORMATION ON SPENT FUEL POOL RERACKING. PROVIDED TO COUNSEL FOR REVIEW OF DOCUMENT FOR LEGAL SUFFICIENCY | Work Product |
| 916 | PGE0071287 | PGE0071287 | | Report / Plan | None | Locke, Richard F | None | ATTACHMENT TO E-MAIL (PGE0071282) FROM CLIENT TO COUNSEL (R. LOCKE) REGARDING INFORMATION ON SPENT FUEL POOL RERACKING. PROVIDED TO COUNSEL FOR REVIEW OF DOCUMENT FOR LEGAL SUFFICIENCY | Work Product |
| 917 | PGE0071288 | PGE0071290 | | Report / Plan | None | Locke, Richard F | None | ATTACHMENT TO E-MAIL (PGE0071282) FROM CLIENT TO COUNSEL (R. LOCKE) REGARDING INFORMATION ON SPENT FUEL POOL RERACKING. PROVIDED TO COUNSEL FOR REVIEW OF DOCUMENT FOR LEGAL SUFFICIENCY | Work Product |

| REF | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 918 | PGE0071291 | PGE0071295 | 10/22/2002 | Graph / Chart / Blueprint | None | Locke, Richard F | None | ATTACHMENT TO E-MAIL (PGE0071282) FROM CLIENT TO COUNSEL (R. LOCKE) REGARDING INFORMATION ON SPENT FUEL POOL RERACKING. PROVIDED TO COUNSEL FOR REVIEW OF DOCUMENT FOR LEGAL SUFFICIENCY | Work Product |
| 919 | PGE0071296 | PGE0071300 | 10/22/2002 | Graph / Chart / Blueprint | None | Locke, Richard F | None | ATTACHMENT TO E-MAIL (PGE0071282) FROM CLIENT TO COUNSEL (R. LOCKE) REGARDING INFORMATION ON SPENT FUEL POOL RERACKING. PROVIDED TO COUNSEL FOR REVIEW OF DOCUMENT FOR LEGAL SUFFICIENCY | Work Product |
| 920 | PGE0071301 | PGE0071301 | 10/10/2002 | Report / Plan | None | Locke, Richard F | None | DUPLICATE OF PGE0071287. ATTACHMENT TO E-MAIL (PGE0071282) FROM CLIENT TO COUNSEL (R. LOCKE) REGARDING INFORMATION ON SPENT FUEL POOL RERACKING. PROVIDED TO COUNSEL FOR REVIEW OF DOCUMENT FOR LEGAL SUFFICIENCY | Work Product |
| 921 | PGE0071303 | PGE0071303 | | Graph / Chart / Blueprint | None | Locke, Richard F | None | DUPLICATE OF PGE0071283. ATTACHMENT TO E-MAIL (PGE0071282) FROM CLIENT TO COUNSEL (R. LOCKE) REGARDING INFORMATION ON SPENT FUEL POOL RERACKING. PROVIDED TO COUNSEL FOR REVIEW OF DOCUMENT FOR LEGAL SUFFICIENCY | Work Product |
| 922 | PGE0071304 | PGE0071306 | | Agenda / Meeting Minute | None | Locke, Richard F | None | DUPLICATE OF PGE0071284 - PGE0071286. ATTACHMENT TO E-MAIL (PGE0071282) FROM CLIENT TO COUNSEL (R. LOCKE) REGARDING INFORMATION ON SPENT FUEL POOL RERACKING. PROVIDED TO COUNSEL FOR REVIEW OF DOCUMENT FOR LEGAL SUFFICIENCY | Work Product |
| 923 | PGE0071307 | PGE0071308 | | Report / Plan | None | Locke, Richard F | None | DUPLICATE OF PGE0071288 - PGE0071290. ATTACHMENT TO E-MAIL (PGE0071282) FROM CLIENT TO COUNSEL (R. LOCKE) REGARDING INFORMATION ON SPENT FUEL POOL RERACKING. PROVIDED TO COUNSEL FOR REVIEW OF DOCUMENT FOR LEGAL SUFFICIENCY | Work Product |
| 924 | PGE0071309 | PGE0071311 | 10/9/2002 | Graph / Chart / Blueprint | None | Locke, Richard F | None | ATTACHMENT TO E-MAIL (PGE0071282) FROM CLIENT TO COUNSEL (R. LOCKE) REGARDING INFORMATION ON SPENT FUEL POOL RERACKING. PROVIDED TO COUNSEL FOR REVIEW OF DOCUMENT FOR LEGAL SUFFICIENCY | Work Product |
| 925 | PGE0071312 | PGE0071314 | 10/9/2002 | Graph / Chart / Blueprint | None | Locke, Richard F | None | ATTACHMENT TO E-MAIL (PGE0071282) FROM CLIENT TO COUNSEL (R. LOCKE) REGARDING INFORMATION ON SPENT FUEL POOL RERACKING. PROVIDED TO COUNSEL FOR REVIEW OF DOCUMENT FOR LEGAL SUFFICIENCY | Work Product |

Pacific Gas and Electric v. United States
United States Court of Federal Claims
Case No. 04-74 (into which has been consolidated 04-75)

November 7, 2005
SUPPLEMENTAL PRIVILEGE LOG

| REF | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 926 | PGE0071315 | PGE0071315 | 10/9/2002 | Graph / Chart / Blueprint | None | Locke, Richard F | None | ATTACHMENT TO E-MAIL (PGE0071282) FROM CLIENT TO COUNSEL (R. LOCKE) REGARDING INFORMATION ON SPENT FUEL POOL RERACKING. PROVIDED TO COUNSEL FOR REVIEW OF DOCUMENT FOR LEGAL SUFFICIENCY | Work Product |
| 927 | PGE0071316 | PGE0071316 | 10/9/2002 | Graph / Chart / Blueprint | None | Locke, Richard F | None | ATTACHMENT TO E-MAIL (PGE0071282) FROM CLIENT TO COUNSEL (R. LOCKE) REGARDING INFORMATION ON SPENT FUEL POOL RERACKING. PROVIDED TO COUNSEL FOR REVIEW OF DOCUMENT FOR LEGAL SUFFICIENCY | Work Product |
| 928 | PGE0071317 | PGE0071317 | 8/20/2002 | Multiple Email | Vosburg, David | Locke, Richard F | Womack, Lawrence; Miklush, David; Grebel, Terence | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN CLIENT AND COUNSEL (R. LOCKE) REGARDING ATTACHED (PGE0071318 - PGE0071320) OUTLINE OF SPENT FUEL STORAGE OPTIONS. PROVIDES LEGAL AND REGULATORY STRATEGY. PROVIDED AT THE REQUEST OF COUNSEL | Attorney Client |
| 929 | PGE0071318 | PGE0071320 | | Report / Plan | None | Locke, Richard F | None | ATTACHMENT TO E-MAIL CHAIN (PGE0071317) CONTAINING COMMUNICATION BETWEEN CLIENT AND COUNSEL (R. LOCKE) REGARDING SPENT FUEL STORAGE OPTIONS. PROVIDES LEGAL AND REGULATORY STRATEGY. PROVIDED AT THE REQUEST OF COUNSEL | Work Product |
| 930 | PGE0071321 | PGE0071321 | 8/8/2002 | Report / Plan | Locke, Richard F | None | None | HANDWRITTEN NOTES OF COUNSEL (R. LOCKE) REGARDING WASTE DISPOSAL AND STORAGE OPTIONS LEGAL STRATEGY. NOTES REFLECT THOUGHTS AND IMPRESSIONS OF COUNSEL | Work Product |
| 931 | PGE0071322 | PGE0071322 | 8/14/2002 | Agenda / Meeting Minute | Locke, Richard F | None | None | HANDWRITTEN NOTES OF COUNSEL (R. LOCKE) REGARDING WASTE DISPOSAL AND STORAGE OPTIONS LEGAL STRATEGY. NOTES REFLECT THOUGHTS AND IMPRESSIONS OF COUNSEL | Work Product |
| 932 | PGE0071323 | PGE0071323 | 8/20/2002 | Multiple Email | Vosburg, David | Locke, Richard F | Womack, Lawrence; Miklush, David; Grebel, Terence | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN CLIENT AND COUNSEL (R. LOCKE) REGARDING SPENT FUEL STORAGE OPTIONS. PROVIDES LEGAL AND REGULATORY STRATEGY AT THE REQUEST OF COUNSEL | Attorney Client |
| 933 | PGE0071333 | PGE0071334 | | Report / Plan | None | Locke, Richard F | None | ATTACHMENT TO E-MAIL CHAIN (PGE0071323) CONTAINING COMMUNICATION BETWEEN CLIENT AND COUNSEL (R. LOCKE) REGARDING SPENT FUEL STORAGE OPTIONS. PROVIDES LEGAL AND REGULATORY STRATEGY. PROVIDED AT THE REQUEST OF COUNSEL | Work Product |
| 934 | PGE0071335 | PGE0071335 | 8/20/2002 | Electronic Mail (Email) | Vosburg, David | Locke, Richard F | Womack, Lawrence; Miklush, David; Grebel, Terence | E-MAIL FROM CLIENT TO COUNSEL (R. LOCKE) REGARDING SPENT FUEL STORAGE OPTIONS. PROVIDES LEGAL AND REGULATORY STRATEGY AT THE REQUEST OF COUNSEL | Attorney Client |

| REF | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 935 | PGE0071336 | PGE0071337 | | Report / Plan | None | Locke, Richard F | None | ATTACHMENT TO E-MAIL CHAIN (PGE0071335) CONTAINING COMMUNICATION BETWEEN CLIENT AND COUNSEL (R. LOCKE) REGARDING SPENT FUEL STORAGE OPTIONS. PROVIDES LEGAL AND REGULATORY STRATEGY. PROVIDED AT THE REQUEST OF COUNSEL | Work Product |
| 936 | PGE0071377 | PGE0071377 | 7/21/2002 | Electronic Mail (Email) | Repka, David (Winston & Strawn) | Grebel, Terrence; Locke, Richard F; Strickland, L Jearl | Hobson, Missie; Jones, Michael; Manheim, William; Poole, Brooke | E-MAIL FROM OUTSIDE COUNSEL, D. REPKA (WINSTON & STRAWN), TO CLIENT AND COUNSEL (R. LOCKE) REGARDING PG&E ISFSI DEVELOPMENT. PREPARED IN PREPARATION FOR REGULATORY PROCEEDINGS | Attorney Client |
| 937 | PGE0071380 | PGE0071380 | 8/6/2002 | Electronic Mail (Email) | Repka, David (Winston & Strawn) | Grebel, Terence | Locke, Richard F | E-MAIL FROM OUTSIDE COUNSEL, D. REPKA (WINSTON & STRAWN), TO CLIENT AND COUNSEL (R. LOCKE) REGARDING ATTACHED (PGE0071381 - PGE0071384) LEGAL ANALYSIS FOR PG&E ISFSI DEVELOPMENT. PREPARED IN ANTICIPATION OF REGULATORY PROCEEDINGS | Attorney Client |
| 938 | PGE0071381 | PGE0071384 | 8/6/2002 | Report / Plan | Repka, David (Winston & Strawn) | None | None | ATTACHMENT TO E-MAIL (PGE0071380) FROM OUTSIDE COUNSEL, D. REPKA (WINSTON & STRAWN), TO CLIENT AND COUNSEL (R. LOCKE) REGARDING LEGAL ANALYSIS IN ANTICIPATION OF REGULATORY PROCEEDINGS FOR PG&E ISFSI DEVELOPMENT | Attorney Client; Work Product |
| 939 | PGE0071387 | PGE0071387 | 6/12/2002 | Multiple Email | Grebel, Terence | Locke, Richard F | Repka, David (Winston & Strawn) | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN CLIENT AND COUNSEL (R. LOCKE) REGARDING ATTACHED (PGE0071388 - PGE0071389) LEGAL ANALYSIS FOR DCPP ISFSI LICENSING APPLICATION. ATTACHED FORWARDED AT THE REQUEST OF COUNSEL | Attorney Client |
| 940 | PGE0071388 | PGE0071388 | | Report / Plan | None | Locke, Richard F | None | ATTACHMENT TO E-MAIL CHAIN (PGE0071387) CONTAINING COMMUNICATION BETWEEN CLIENT AND COUNSEL (R. LOCKE) REGARDING LEGAL ANALYSIS FOR DCPP ISFSI LICENSING APPLICATION. ATTACHED FORWARDED AT THE REQUEST OF COUNSEL | Work Product |
| 941 | PGE0071389 | PGE0071389 | | Report / Plan | None | Locke, Richard F | None | ATTACHMENT TO E-MAIL CHAIN (PGE0071387) CONTAINING COMMUNICATION BETWEEN CLIENT AND COUNSEL (R. LOCKE) REGARDING LEGAL ANALYSIS FOR DCPP ISFSI LICENSING APPLICATION. ATTACHED FORWARDED AT THE REQUEST OF COUNSEL | Work Product |

| REF | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 942 | PGE0071408 | PGE0071408 | 2/27/2002 | Electronic Mail (Email) | Strickland, L Jearl | Womack, Lawrence; Miklush, David; Tomkins, James; Grebel, Terence; Nugent, Patrick; Locke, Richard F; Hobson, Missie; Patton, Bruce; Shoulders, Jack; Cossette, Larry; Sellers, Judith; Klimczark, Richard | None | E-MAIL FROM CLIENT TO CLIENT AND COUNSEL (R. LOCKE) REGARDING ATTACHED (PGE0071409) STRATEGY NOTES ON SPENT FUEL STORAGE OPTIONS. ATTACHMENT PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL | Attorney Client |
| 943 | PGE0071409 | PGE0071409 | | Agenda / Meeting Minute | None | Locke, Richard F | None | ATTACHMENT TO E-MAIL (PGE0071408) FROM CLIENT TO CLIENT AND COUNSEL (R. LOCKE) REGARDING STRATEGY NOTES ON SPENT FUEL STORAGE OPTIONS. PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL | Attorney Client; Work Product |
| 944 | PGE0071410 | PGE0071410 | 2/13/2002 | Report / Plan | Locke, Richard F | None | None | HANDWRITTEN NOTES OF COUNSEL (R. LOCKE) CONTAINING THOUGHTS AND IMPRESSIONS REGARDING SPENT FUEL STORAGE OPTIONS | Work Product |
| 945 | PGE0071416 | PGE0071423 | | Report / Plan | None | Locke, Richard F | None | DOCUMENT GENERATED AT REQUEST OF COUNSEL REGARDING DCPP ISFSI ISSUES. PREPARED IN ANTICIPATION OF LITIGATION - REGULATORY PROCEEDINGS - NUCLEAR REGULATORY COMMISSION (NRC) | Work Product |
| 946 | PGE0071531 | PGE0071532 | 10/23/2003 | Multiple Email | Locke, Richard F | Schiebelhut, Robert K (Sinsheimer Schiebelhut & Baggett) | Repka, David A (Winston & Repka) | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN OUTSIDE COUNSEL, D. REPKA (WINSTON & STRAWN), OUTSIDE COUNSEL, R. SCHIEBELHUT (SINSHEIMER, SCHIEBELHUT & BAGGERT), AND COUNSEL (R. LOCKE) REGARDING ATTACHED (PGE0071533 - PGE0071538) DRAFT REPORT TO THE NUCLEAR REGULATORY COMMISSION (NRC) ON ISFSI LICENSING | Attorney Client |
| 947 | PGE0071533 | PGE0071538 | 10/29/2003 | Report / Plan | Repka, David A (Winston & Strawn) | None | None | ATTACHMENT TO E-MAIL CHAIN (PGE0071531) CONTAINING COMMUNICATION BETWEEN OUTSIDE COUNSEL, D. REPKA (WINSTON & STRAWN), OUTSIDE COUNSEL, R. SCHIEBELHUT (SINSHEIMER, SCHIEBELHUT & BAGGERT), AND COUNSEL (R. LOCKE) REGARDING DRAFT REPORT TO THE NUCLEAR REGULATORY COMMISSION (NRC) ON ISFSI LICENSING | Attorney Client; Work Product |
| 948 | PGE0072511 | PGE0072518 | 3/12/1999 | Memo | Repka, David A (Winston & Repka) | Locke, Richard F | None | LEGAL MEMORANDUM FROM OUTSIDE COUNSEL, D. REPKA (WINSTON & STRAWN), TO COUNSEL (R. LOCKE) REGARDING DCPP ISFSI ISSUES | Attorney Client; Work Product |
| 949 | PGE0072532 | PGE0072534 | 3/22/1999 | Multiple Email | Peters, Roger | Warner, Christopher; Womack, Lawrence | Rueger, Gregory; Locke, Richard F; Oatley, David | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN CLIENT AND COUNSEL (C. WARNER, R. PETERS) REGARDING DCPP ISFSI ISSUES | Attorney Client |

| REF | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 950 | PGE0072535 | PGE0072535 | 7/15/1999 | Multiple Email | Cassidy, Leigh | Patton, Bruce | Locke, Richard F; Sullivan, William | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN COUNSEL (L. CASSIDY) AND CLIENT REGARDING ATTACHED (PGE0072536 - PGE0072539) DRAFT REQUEST FOR PROPOSAL LANGUAGE | Attorney Client |
| 951 | PGE0072536 | PGE0072539 | 7/16/1999 | Report / Plan | None | Cassidy, Leigh | None | ATTACHMENT TO E-MAIL CHAIN (PGE0072535) CONTAINING COMMUNICATION BETWEEN COUNSEL (L. CASSIDY) AND CLIENT REGARDING DRAFT REQUEST FOR PROPOSAL LANGUAGE | Attorney Client; Work Product |
| 952 | PGE0072540 | PGE0072541 | 7/9/1999 | Multiple Email | Cassidy, Leigh | Johnson, Roger; Locke, Richard F; Patton, Bruce; Young, Jay | Patton, Bruce; Locke, Richard F; Johnson, Roger | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN COUNSEL (L. CASSIDY) AND CLIENT REGARDING ISFSI LICENSE APPLICATION ISSUES | Attorney Client |
| 953 | PGE0072542 | PGE0072542 | 7/14/1999 | Notes | Locke, Richard F | None | None | HANDWRITTEN NOTES OF COUNSEL (R. LOCKE) REGARDING DRAFT LANGUAGE FOR REQUEST FOR PROPOSAL. NOTES REFLECT THOUGHTS AND IMPRESSIONS OF COUNSEL | Work Product |
| 954 | PGE0072543 | PGE0072543 | 7/14/1999 | Fax Cover Sheet | Cassidy, Leigh | Locke, Richard F; Repka, Dave (winston & Strawn) | Patton, Bruce; Johnson, Roger | FACSIMILE COVER SHEET FROM COUNSEL (L. CASSIDY) TO COUNSEL (R. LOCKE) AND OUTSIDE COUNSEL, D. REPKA (WINSTON & STRAWN), REGARDING ATTACHED (PGE0072544 - PGE0072549) DRAFT REQUEST FOR PROPOSAL PROVISIONS. ATTACHMENTS FORWARDED TO COUNSEL FOR REVIEW OF DOCUMENT FOR LEGAL SUFFICIENCY | Attorney Client |
| 955 | PGE0072544 | PGE0072546 | 7/31/1987 | Report / Plan | Cassidy, Leigh | None | None | ATTACHMENT TO FACSIMILE COVER SHEET (PGE0072543) FROM COUNSEL (L. CASSIDY) TO COUNSEL (R. LOCKE) AND OUTSIDE COUNSEL, WINSTON & STRAWN (D. REPKA), REGARDING DRAFT REQUEST FOR PROPOSAL PROVISIONS. FORWARDED TO COUNSEL FOR REVIEW OF DOCUMENT FOR LEGAL SUFFICIENCY. INCLUDES MARGINAL NOTES OF COUNSEL | Attorney Client; Work Product |
| 956 | PGE0072547 | PGE0072549 | | Procedure / Manual | Cassidy, Leigh | None | None | ATTACHMENT TO FACSIMILE COVER SHEET (PGE0072543) FROM COUNSEL (L. CASSIDY) TO COUNSEL (R. LOCKE) AND OUTSIDE COUNSEL, WINSTON & STRAWN (D. REPKA), REGARDING DRAFT REQUEST FOR PROPOSAL PROVISIONS. FORWARDED TO COUNSEL FOR REVIEW OF DOCUMENT FOR LEGAL SUFFICIENCY. INCLUDES MARGINAL NOTES OF COUNSEL | Attorney Client; Work Product |
| 957 | PGE0072557 | PGE0072559 | 7/7/1999 | Multiple Email | Cassidy, Leigh | Patton, Bruce; Norton, Bruce; Locke, Richard F | Warner, Christopher J; Womack, Lawrence | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN COUNSEL (L. CASSIDY) AND COUNSEL (R. LOCKE) REGARDING DRAFT PROVISIONS FOR ISFSI REQUEST FOR PROPOSAL | Attorney Client |
| 958 | PGE0072560 | PGE0072562 | 7/8/1999 | Multiple Email | Cassidy, Leigh | Patton, Bruce; Norton, Bruce; Locke, Richard F | Warner, Christopher J; Womack, Lawrence | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN COUNSEL (L. CASSIDY) AND COUNSEL (R. LOCKE) REGARDING DRAFT PROVISIONS FOR ISFSI REQUEST FOR PROPOSAL | Attorney Client |

| REF | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 959 | PGE0072563 | PGE0072565 | 7/8/1999 | Multiple Email | Cassidy, Leigh | Patton, Bruce; Norton, Bruce; Locke, Richard F | Warner, Christopher J; Womack, Lawrence | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN COUNSEL (L. CASSIDY) AND COUNSEL (R. LOCKE) REGARDING DRAFT PROVISIONS FOR ISFSI REQUEST FOR PROPOSAL | Attorney Client |
| 960 | PGE0072566 | PGE0072566 | 7/6/1999 | Multiple Email | Cassidy, Leigh | Patton, Bruce; Norton, Bruce; Locke, Richard F | None | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN COUNSEL (L. CASSIDY) AND COUNSEL (R. LOCKE) REGARDING DRAFT PROVISIONS FOR ISFSI REQUEST FOR PROPOSAL | Attorney Client |
| 961 | PGE0072567 | PGE0072567 | 3/12/1999 | Electronic Mail (Email) | Repka, David (Winston & Strawn) | Locke, Richard F | None | E-MAIL FROM OUTSIDE COUNSEL, WINSTON & STRAWN (D. REPKA), TO COUNSEL (R. LOCKE) REGARDING ATTACHED (PGE0072568 - PGE0072575) LEGAL MEMORANDUM ON DCPP ISFSI ISSUES | Attorney Client |
| 962 | PGE0072568 | PGE0072575 | 3/12/1999 | Memo | Repka, David A (Winston & Strawn) | Locke, Richard F | None | LEGAL MEMORANDUM FROM OUTSIDE COUNSEL, D. REPKA (WINSTON & STRAWN), TO COUNSEL (R. LOCKE) REGARDING DCPP ISFSI ISSUES. ATTACHED TO E-MAIL (PGE0072567) FROM OUTSIDE COUNSEL TO COUNSEL | Attorney Client; Work Product |
| 963 | PGE0072576 | PGE0072576 | 3/26/1999 | Letter | Repka, David A (Winston & Strawn) | Locke, Richard F | None | LETTER FROM OUTSIDE COUNSEL, D. REPKA (WINSTON & STRAWN), TO COUNSEL (R. LOCKE) REGARDING PRIVATE FUEL STORAGE ISSUES | Attorney Client |
| 964 | PGE0072586 | PGE0072586 | 4/7/1999 | Letter | Repka, David A (Winston & Strawn) | Locke, Richard F | None | LETTER FROM OUTSIDE COUNSEL, D. REPKA (WINSTON & STRAWN), TO COUNSEL (R. LOCKE) REGARDING PRIVATE FUEL STORAGE ISSUES | Attorney Client |
| 965 | PGE0072621 | PGE0072621 | 7/29/1999 | Report / Plan | Locke, Richard F | None | None | HANDWRITTEN NOTES OF COUNSEL (R. LOCKE) REGARDING DCPP ISFSI LICENSING ISSUES. NOTES REFLECT THOUGHTS AND IMPRESSIONS OF COUNSEL | Work Product |
| 966 | PGE0072622 | PGE0072622 | 9/1/1999 | Electronic Mail (Email) | Cassidy, Leigh | Warner, Christopher J; Locke, Richard F | None | E-MAIL FROM COUNSEL (L. CASSIDY) TO CLIENT (C. WARNER, R. LOCKE) REGARDING ATTACHED (PGE0072623) DRAFT PROVISIONS FOR ISFSI REQUEST FOR PROPOSAL | Attorney Client |
| 967 | PGE0072623 | PGE0072623 | 8/25/1999 | Report / Plan | Cassidy, Leigh | None | None | ATTACHMENT TO E-MAIL (PGE0072622) FROM COUNSEL (L. CASSIDY) TO CLIENT (C. WARNER, R. LOCKE) REGARDING DRAFT PROVISIONS FOR ISFSI REQUEST FOR PROPOSAL. FORWARDED TO COUNSEL FOR REVIEW OF DOCUMENT FOR LEGAL SUFFICIENCY | Attorney Client |
| 968 | PGE0072624 | PGE0072624 | 9/23/1999 | Electronic Mail (Email) | Cassidy, Leigh | Repka, David (Winston & Strawn) | Locke, Richard F; Patton, Bruce | E-MAIL FROM COUNSEL (L. CASSIDY) TO OUTSIDE COUNSEL, D. REPKA (WINSTON & STRAWN), REGARDING ATTACHED (PGE0072625 - PGE0072626) DRAFT PROVISIONS FOR ISFSI REQUEST FOR PROPOSAL | Attorney Client |