| REF | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 969 | PGE0072625 | PGE0072626 | | Report / Plan | Cassidy, Leigh | Repka, David (Winston & Strawn) | None | ATTACHMENT TO E-MAIL (PGE0072624) FROM COUNSEL (L. CASSIDY) TO OUTSIDE COUNSEL, D. REPKA (WINSTON & STRAWN), REGARDING DRAFT PROVISIONS FOR ISFSI REQUEST FOR PROPOSAL. FORWARDED TO COUNSEL FOR REVIEW OF DOCUMENT FOR LEGAL SUFFICIENCY | Attorney Client |
| 970 | PGE0072671 | PGE0072683 | 6/6/2000 | Report / Plan | Webb, Robert C | Locke, Richard | None | DRAFT LICENSING POSITION STATEMENT, PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL IN ANTICIPATION OF REGULATORY PROCEEDINGS - NUCLEAR REGULATORY COMMISSION (NRC) | Work Product |
| 971 | PGE0072759 | PGE0072759 | 12/27/1995 | Electronic Mail (Email) | Warner, Christopher J | Rueger, Gregory M; Womack, Lawrence F; Thierry, Raymond; Stock, William C; Duke, David L; Angus, Mike; Grebel, Terence; Nicholson, Alan L; Ovadia, David; Tomkins, James; Locke, Richard F; shiffer, Jim; Miklush, David B; Crockett, William G | None | E-MAIL FROM COUNSEL (C. WARNER) TO CLIENT AND COUNSEL (R. LOCKE) REGARDING ISFSI LICENSING ISSUES | Attorney Client |
| 972 | PGE0072769 | PGE0072769 | 7/31/1995 | Letter | Locke, Richard F | Warner, Christopher J | None | CORRESPONDENCE FROM COUNSEL (R. LOCKE) TO COUNSEL (C. WARNER) REGARDING ISFSI LICENSING ISSUES | Attorney Client |
| 973 | PGE0072800 | PGE0072800 | 6/9/1995 | Memo | Locke, Richard F | Warner, Christopher J | None | LEGAL MEMORANDUM FROM COUNSEL (R. LOCKE) TO COUNSEL (C. WARNER) REGARDING DCPP ISFSI LICENSING ISSUES | Attorney Client; Work Product |
| 974 | PGE0072828 | PGE0072828 | 5/17/1995 | Electronic Mail (Email) | Warner, Christopher J | Sudhaker, Arun | Ovadia, David; Locke, Richard F; Rickett, Robert R; Stock, William C | E-MAIL FROM COUNSEL (C. WARNER) TO CLIENT REGARDING LEGAL REVIEW OF DCPP ISFSI PERMIT REQUIREMENTS | Attorney Client |
| 975 | PGE0072845 | PGE0072845 | 4/25/1995 | Electronic Mail (Email) | Locke, Richard F | Duke, David L | Ogden, David W; Angus, Michael J; Ovadia, David; Warner, Christopher J | E-MAIL FROM COUNSEL (R. LOCKE) TO CLIENT REGARDING DCPP ISFSI LICENSING ISSUES | Attorney Client |
| 976 | PGE0073004 | PGE0073004 | 7/10/2000 | Letter | Repka, David A (Winston & Strawn) | Locke, Richard F | None | LETTER FROM OUTSIDE COUNSEL, D. REPKA (WINSTON & STRAWN), TO COUNSEL (R. LOCKE) REGARDING DCPP ISFSI REGULATORY ISSUES | Attorney Client |
| 977 | PGE0074248 | PGE0074250 | 4/14/1983 | Memo | Silberg, Jay E (Shaw Pittman) | None | None | LEGAL MEMORANDUM AND ATTACHMENTS (PGE0074251 - PGE0074254) FROM OUTSIDE COUNSEL, J. SILBERG (SHAW PITTMAN), REGARDING LEGAL ANALYSIS OF STANDARD CONTRACT FOR DOE ACCEPTANCE OF SPENT NUCLEAR FUEL | Attorney Client; Work Product |
| 978 | PGE0074251 | PGE0074252 | 4/14/1983 | Report / Plan | Silberg, Jay E (Shaw Pittman) | None | None | ATTACHMENT TO LEGAL MEMORANDUM (PGE0074248) FROM OUTSIDE COUNSEL, J. SILBERG (SHAW PITTMAN), REGARDING LEGAL ANALYSIS OF STANDARD CONTRACT FOR DOE ACCEPTANCE OF SPENT NUCLEAR FUEL | Attorney Client; Work Product |

| REF | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 979 | PGE0074253 | PGE0074254 | 4/14/1983 | Report / Plan | Silberg, Jay E (Shaw Pittman) | None | None | ATTACHMENT TO LEGAL MEMORANDUM (PGE0074248) FROM OUTSIDE COUNSEL, J. SILBERG (SHAW PITTMAN), REGARDING LEGAL ANALYSIS OF STANDARD CONTRACT FOR DOE ACCEPTANCE OF SPENT NUCLEAR FUEL | Attorney Client; Work Product |
| 980 | PGE0074332 | PGE0074332 | 2/28/1983 | Report / Plan | Pacific Gas & Electric Company | None | None | DRAFT COMMENTS REGARDING THE PROPOSED STANDARD CONTRACT, PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL. | Work Product |
| 981 | PGE0074333 | PGE0074360 | 3/3/1983 | Report / Plan | Pacific Gas & Electric Company | None | None | DRAFT COMMENTS REGARDING THE PROPOSED STANDARD CONTRACT, PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL. | Work Product |
| 982 | PGE0074408 | PGE0074412 | | Pleading / Court Filing | Silberg, Jay E (Shaw Plttman Potts & Trowbridge) | Members of Nuclear Utility Joint Privilege Group | None | DRAFT COMPLAINT PREPARED BY OUTSIDE COUNSEL, J. SILBERG (WINSTON STRAWN) IN ANTICIPATION OF LITIGATION. PROVIDED TO MEMBERS OF NUCLEAR UTILITY JOINT PRIVILEGE GROUP | Work Product; Attorney Client |
| 983 | PGE0074432 | PGE0074432 | 6/1/1983 | Memo | Lubbock, Dan G | Witzel, R B | Polidoroff, C T | LEGAL MEMORANDUM FROM COUNSEL (D. LUBBOCK) TO CLIENT REGARDING LEGAL ANALYSIS OF STANDARD CONTRACT FOR SPENT NUCLEAR FUEL DISPOSAL | Attorney Client; Work Product |
| 984 | PGE0074539 | PGE0074539 | 5/20/1983 | Memo | Witzel, R B | Lubbock, D G | Gibson, D E; Fujimoto, W F | MEMORANDUM FROM CLIENT TO COUNSEL (D. LUBBOCK) REGARDING STANDARD CONTRACT FOR SPENT NUCLEAR FUEL DISPOSAL. CONTAINS DESCRIPTION OF LEGAL ADVICE SOUGHT FROM COUNSEL | Attorney Client |
| 985 | PGE0074569 | PGE0074569 | 4/21/1983 | Letter | Doub, William O (Doub & Muntzing) | Furbush, Malcolm H | MacKillup, Malcolm; Blanc, Gene | COVER LETTER FROM OUTSIDE COUNSEL, W. DOUB (DOUB & MUNTZING) TO COUNSEL (M. FURBUSH) REGARDING ATTACHED LEGAL MEMORANDUM (PGE0074570 - PGE0074591) AND ATTACHMENT (PGE0074592 - PGE0074597) PROVIDING LEGAL ANALYSIS OF STANDARD CONTRACT FOR SPENT NUCLEAR FUEL DISPOSAL | Attorney Client |
| 986 | PGE0074570 | PGE0074591 | 4/21/1983 | Memo | Doub, William O (Doub & Muntzing); Seiffert, Perry B (Doub & Muntzing) | Furbush, Malcolm H | None | LEGAL MEMORANDUM FROM OUTSIDE COUNSEL, W. DOUB AND P. SEIFFART (DOUB & MUNTZING), TO COUNSEL (M. FURBUSH) REGARDING STANDARD CONTRACT FOR SPENT NUCLEAR FUEL DISPOSAL. ATTACHED TO COVER LETTER (PGE0074569) | Work Product; Attorney Client |
| 987 | PGE0074592 | PGE0074597 | 4/21/1983 | Report / Plan | Doub, William O (Doub & Muntzing); Seiffert, Perry B (Doub & Muntzing) | Furbush, Malcolm H | None | ATTACHMENT TO LEGAL MEMORANDUM (PGE0074570) FROM OUTSIDE COUNSEL, W. DOUB AND P. SEIFFART (DOUB & MUNTZING), TO COUNSEL (M. FURBUSH) REGARDING STANDARD CONTRACT FOR SPENT NUCLEAR FUEL DISPOSAL | Work Product; Attorney Client |
| 988 | PGE0074676 | PGE0074683 | 3/3/1983 | Notes | Lubbock, Dan G | None | None | ATTORNEY NOTES (D. LUBBOCK) REGARDING STANDARD CONTRACT FOR SPENT NUCLEAR FUEL DISPOSAL. NOTES REFLECT THOUGHTS AND IMPRESSIONS OF COUNSEL | Work Product |

| REF | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 989 | PGE0074684 | PGE0074684 | 3/1/1983 | Memo | Lubbock, Dan G | Crane Jr, P A; Friend, H B; Locke, Richard F; Witzel, R B | Schuyler, J O | LEGAL MEMORANDUM FROM COUNSEL (D. LUBBOCK) TO CLIENT AND COUNSEL (P. CRANE, R. LOCKE) REGARDING ATTACHED (PGE0074685 - PGE0074715) PG&E DRAFT COMMENTS ON THE STANDARD CONTRACT FOR SPENT NUCLEAR FUEL DISPOSAL. REQUESTS REVIEW OF DOCUMENT FOR LEGAL SUFFICIENCY | Attorney Client; Work Product |
| 990 | PGE0074685 | PGE0074715 | 3/3/1983 | Report / Plan | Pacific Gas & Electric Company | None | None | ATTACHMENT TO LEGAL MEMORANDUM FROM COUNSEL (D. LUBBOCK) TO CLIENT AND COUNSEL (P. CRANE, R. LOCKE) REGARDING PG&E DRAFT COMMENTS ON THE STANDARD CONTRACT FOR SPENT NUCLEAR FUEL DISPOSAL. FORWARDED TO COUNSEL FOR REVIEW OF DOCUMENT FOR LEGAL SUFFICIENCY | Work Product |
| 991 | PGE0074734 | PGE0074735 | 2/28/1983 | Memo | Cassidy, Leigh S | Lubbock, Dan G | None | LEGAL MEMORANDUM FROM COUNSEL (L. CASSIDY) TO COUNSEL (D. LUBBOCK) REGARDING LEGAL ANALYSIS OF STANDARD CONTRACT FOR SPENT NUCLEAR FUEL DISPOSAL. MARGINAL NOTES OF COUNSEL (L. CASSIDY) | Attorney Client; Work Product |
| 992 | PGE0074736 | PGE0074737 | 2/22/1983 | Report / Plan | Witzel, R B | None | None | PG&E DRAFT COMMENTS REGARDING STANDARD CONTRACT FOR SPENT NUCLEAR FUEL DISPOSAL | Work Product |
| 993 | PGE0074740 | PGE0074789 | 2/17/1983 | Report / Plan | None | Locke, Richard F | None | PG&E DRAFT COMMENTS REGARDING STANDARD CONTRACT FOR SPENT NUCLEAR FUEL DISPOSAL. PREPARED IN PREPARATION OF FILING BEFORE THE NUCLEAR REGULATORY COMMISSION (NRC) | Work Product |
| 994 | PGE0074792 | PGE0074806 | 2/17/1983 | Report / Plan | None | Locke, Richard F | None | PG&E DRAFT COMMENTS REGARDING STANDARD CONTRACT FOR SPENT NUCLEAR FUEL DISPOSAL. PREPARED IN PREPARATION OF FILING BEFORE THE NUCLEAR REGULATORY COMMISSION (NRC) | Work Product |
| 995 | PGE0074807 | PGE0074810 | 2/17/1983 | Report / Plan | None | Locke, Richard F | None | PG&E DRAFT COMMENTS REGARDING STANDARD CONTRACT FOR SPENT NUCLEAR FUEL DISPOSAL. PREPARED IN PREPARATION OF FILING BEFORE THE NUCLEAR REGULATORY COMMISSION (NRC) | Work Product |
| 996 | PGE0074812 | PGE0074818 | 2/2/1983 | Memo | LeBoeuf Lamb Leiby & MacRae | None | None | LEGAL MEMORANDUM FROM OUTSIDE COUNSEL (LEBOEUF, LAMB, LEIBY & MACRAE) TO CLIENT REGARDING LEGAL ANALYSIS OF NUCLEAR WASTE POLICY ACT | Attorney Client; Work Product |
| 997 | PGE0074950 | PGE0074958 | 1/19/1983 | Report / Plan | Lubbock, Dan G | None | None | HANDWRITTEN NOTES OF COUNSEL (D. LUBBOCK) REGARDING STANDARD CONTRACT FOR SPENT NUCLEAR FUEL DISPOSAL. NOTES REFLECT THOUGHTS AND IMPRESSIONS OF COUNSEL | Work Product |
| 998 | PHBP0066410 | PHBP0066410 | 8/31/1995 | Graph / Chart / Blueprint | None | Kapus, Robert | None | DECOMMISSIONING STRATEGY CHART - REDACTED DESCRIPTION OF REQUEST FOR LEGAL WORK BY COUNSEL (R. LOCKE) | Attorney Client |

| REF | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 999 | PHBP0073290 | PHBP0073296 | 3/31/1999 | Letter/Report | Rueger, Gregory M; Womack Lawrence F | US Nuclear Regulatory Commission | Bloom, Steven D; Merschoff, Ellis W; Proulx, David L; Smith, Linda J; Diablo Distribution; INPO | REDACTED MARGINAL NOTES OF PG&E COUNSEL (R. LOCKE), PREPARED IN RESPONSE TO REQUEST FOR ADVICE AND COMMENT BY R. KAPUS REGARDING DOCUMENTS PREPARED AT THE REQUEST OR DIRECTION OF COUNSEL IN ANTICIPATION OF LITIGATION - REGULATORY PROCEEDING. ATTACHED TO EMAIL AT PHBP0073288 | Attorney Client; Work Product |
| 1000 | PHBP0075079 | PHBP0075079 | 4/22/1992 | Agenda / Meeting Minute | None | Willis, Roy | None | MEETING MINUTES REGARDING HUMBOLDT DISPOSAL ISSUES - REDACTIONS INCLUDE ACTION ITEMS FOR PG&E COUNSEL (C. WARNER, C. BUCHSBAUM AND K. KUBITZ) TO PREPARE AND ANALYZE ISSUES IN ANTICIPATION OF LITIGATION - REGULATORY PROCEEDINGS - GRC | Attorney Client |
| 1001 | PHBP0075080 | PHBP0075080 | 4/22/1992 | Agenda / Meeting Minute | None | Willis, Roy | None | DIFFERENT VERSION OF DOCUMENT FOUND AT PHBP0075079 - MEETING MINUTES REGARDING HUMBOLDT DISPOSAL ISSUES - REDACTIONS INCLUDE ACTION ITEMS FOR PG&E COUNSEL (C. WARNER, C. BUCHSBAUM AND K. KUBITZ) TO PREPARE AND ANALYZE ISSUES IN ANTICIPATION OF LITIGATION - REGULATORY PROCEEDINGS - GRC | Attorney Client |
| 1002 | PHBP0078622 | PHBP0078622 | | Report / Plan | Kapus, Robert | None | None | REDACTED PORTION OF HANDWRITTEN NOTES REFLECTING PG&E ATTORNEY (C. WARNER) ADVICE/COMMENTS REGARDING GEOSCIENCE WORK AND LICENSING | Attorney Client |
| 1003 | PHBP0083794 | PHBP0083797 | 5/9/2005 | Memo | SVP Generation; CNO | Rueger, Gregory M | None | MEMORANDUM. REDACTION INCLUDES PRIVILEGED ADVICE OF COUNSEL (SPRIGGS & HOLLINGSWORTH) REGARDING ANTICIPATED AND ONGOING LITIGATION - REGULATORY PROCEEDING (NRC) | Work Product; Attorney Client |
| 1004 | PPGE0024935 | PPGE0024943 | | Report / Plan | None | Stein, K L | None | DCPP OPERATING STRATEGY EXECUTIVE SUMMARY. REDACTIONS INCLUDE LEGAL ADVICE PROVIDED BY PG&E COUNSEL REGARDING GEOTHERMAL ENERGY CONTRACTS | Attorney Client |
| 1005 | PPGE0024959 | PPGE0024963 | 12/21/1984 | Report / Plan | None | Stein, K L | None | GEYSER OPERATION POLICY PAPER EXECUTIVE SUMMARY - REDACTIONS INCLUDE LEGAL ADVICE PROVIDED BY PG&E COUNSEL REGARDING GEOTHERMAL ENERGY CONTRACTS AS THEY RELATE TO DCPP | Attorney Client |
| 1006 | PPGE0024964 | PPGE0024982 | 12/21/1984 | Report / Plan | None | Stein, K L | None | GEYSER OPERATION POLICY PAPER EXECUTIVE SUMMARY - REDACTIONS INCLUDE LEGAL ADVICE PROVIDED BY PG&E COUNSEL REGARDING GEOTHERMAL ENERGY CONTRACTS AS THEY RELATE TO DCPP | Attorney Client |

| REF | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 1007 | PPGE0027782 | PPGE0027964 | | Report / Plan | Pacific Gas & Electric Company Nuclear Regulatory Affairs | None | None | PG&E NUCLEAR REGULATORY AFFAIRS REFERENCE LIBRARY BINDER - REDACTIONS (AT PPGE0027961 - PPGE0027962) INCLUDE LEGAL ADVICE AND ANALYSIS OF COUNSEL REGARDING BILL NO. SB1638, PREPARED IN ANTICIPATION OF LITIGATION - REGULATORY PROCEEDING | Work Product |
| 1008 | PPGE0028429 | PPGE0028435 | 11/19/1987 | Letter | Dwyer, William J (Internal Revenue Service) | Golub, Howard V | None | REDACTED MARGINAL NOTES OF PG&E ATTORNEY (H. GOLUB) REGARDING PRIVATE LETTER RULING TO FUND DIABLO CANYON DECOMMISSIONING TRUST | Work Product |
| 1009 | PPGE0028571 | PPGE0028604 | 9/8/1987 | Letter | Buchsbaum, Craig M | None | None | LETTER TO CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) - REDACTED MARGINAL NOTES CONTAIN MENTAL PROCESSES AND ANALYSIS OF PG&E COUNSEL (C. BUCHSBAUM) REGARDING ONGOING AND ANTICIPATED LITIGATION - REGULATORY PROCEEDINGS - CPUC | Work Product |
| 1010 | PPGE0028626 | PPGE0028626 | | Financial | Buchsbaum, Craig M | None | None | DECOMMISSIONING TRUST FUND ANALYSIS - REDACTED MARGINAL NOTES CONTAIN MENTAL PROCESSES AND ANALYSIS OF PG&E COUNSEL (C. BUCHSBAUM) REGARDING ONGOING AND ANTICIPATED LITIGATION - REGULATORY PROCEEDINGS - CALIFORNIA PUBLIC UTILITIES DECISION (CPUC) | Work Product |
| 1011 | PPGE0029668 | PPGE0029684 | 6/30/1986 | Report / Plan | Buchsbaum, Craig M | None | None | PROPOSED REGULATIONS ON NUCLEAR DECOMMISSIONING COSTS - REDACTED MARGINAL NOTES CONTAIN MENTAL PROCESSES AND ANALYSIS OF PG&E COUNSEL (C. BUCHSBAUM) REGARDING PROPOSED REGULATIONS ON NUCLEAR DECOMMISSIONING, PREPARED IN ANTICIPATION OF LITIGATION - REGULATORY PROCEEDINGS | Work Product |
| 1012 | PPGE0029691 | PPGE0029692 | 1/14/1988 | Letter | Cronin, Daniel J | Beringsmith, Alan W | Elam, Gene G; Smith, Gordon R; Buchsbaum, Craig M; Corippo, Peter K; Fong, Bill F; Law, Peter K; Long, Thomas C; Murphy, Theresa C; OConnor, Al T; Smith, Richard W; Young, Nicholas L | REDACTED LANGUAGE REFLECTS ADVICE OF PG&E LAW DEPARTMENT RE: DECOMMISSIONING TRUST FUND ISSUES | Attorney Client; Work Product |
| 1013 | PPGE0029920 | PPGE0030058 | 10/27/1981 | Transcript / Testimony | Gibson, D E | None | None | TRANSCRIPT OF CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) PROCEEDING - REDACTED MARGINAL NOTES CONTAIN MENTAL PROCESSES AND ANALYSIS OF COUNSEL (D. GIBSON) REGARDING NUCLEAR DECOMMISSIONING PROCEEDING BEFORE CPUC | Work Product |
| 1014 | PPGE0030059 | PPGE0030088 | 3/13/1981 | Transcript / Testimony | Ohlbach, Robert | None | None | REDACTED MARGINALIA REFLECTS LEGAL REVIEW AND ANALYSIS OF COUNSEL (R. OHLBACH) RE: CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) TRANSCRIPT FOR NUCLEAR DECOMMISSIONING HEARING | Attorney Client; Work Product |

| REF | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 1015 | PPGE0030089 | PPGE0030235 | 10/26/1981 | Transcript / Testimony | Gibson, D E | None | None | TRANSCRIPT OF CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) PROCEEDING - REDACTED MARGINAL NOTES CONTAIN MENTAL PROCESSES AND ANALYSIS OF COUNSEL (D. GIBSON) REGARDING NUCLEAR DECOMMISSIONING PROCEEDING BEFORE CPUC | Work Product |
| 1016 | PPGE0032949 | PPGE0032949 | 12/23/1983 | Memo | Spriggs & Hollingsworth | None | None | PG&E MEMORANDUM - REDACTED NOTE AND INSTRUCTION BY COUNSEL IN CURRENT LITIGATION REGARDING DOCUMENT PRODUCTION. ERRONEOUSLY PRODUCED. CLEAN COPY OF DOCUMENT WITHOUT REDACTION OR POST-IT NOTE AT PPGE0032570 | Attorney Client |
| 1017 | PPGE0033828 | PPGE0033832 | | Regulatory Filing | Oglesby, Douglas A | None | None | CONTENTIONS OF INTERVENERS (SIERRA CLUB) IN REGULATORY PROCEEDING REGARDING DCPP SPENT FUEL POOL RERACKING LICENSE AMENDMENT REQUEST - REDACTED MARGINAL NOTES INCLUDE MENTAL PROCESSES AND ANALYSIS OF COUNSEL (D. OGLESBY) RELATING TO ONGOING LITIGATION | Work Product |
| 1018 | PPGE0033833 | PPGE0033835 | 4/22/1986 | Pleading / Court Filing | Oglesby, Douglas A | None | None | CONTENTIONS OF INTERVENERS (SAN LUIS OBISPO MOTHERS FOR PEACE) IN REGULATORY PROCEEDING REGARDING DCPP SPENT FUEL POOL RERACKING LICENSE AMENDMENT REQUEST - REDACTED MARGINAL NOTES INCLUDE MENTAL PROCESSES AND ANALYSIS OF COUNSEL (D. OGLESBY) RELATING TO ONGOING LITIGATION | Attorney Client; Work Product |
| 1019 | PPGE0033838 | PPGE0033839 | 4/26/1986 | Pleading / Court Filing | Oglesby, Douglas A | None | None | CONTENTIONS OF INTERVENERS (CONSUMERS ORGANIZED FOR DEFENSE OF ENVIRONMENTAL SAFETY) IN REGULATORY PROCEEDING REGARDING DCPP SPENT FUEL POOL RERACKING LICENSE AMENDMENT REQUEST - REDACTED MARGINAL NOTES INCLUDE MENTAL PROCESSES AND ANALYSIS OF COUNSEL (D. OGLESBY) RELATING TO ONGOING LITIGATION | Attorney Client; Work Product |
| 1020 | PPGE0034792 | PPGE0034792 | 11/3/1986 | Memo | Spriggs & Hollingsworth | None | None | PG&E MEMORANDUM REGARDING REQUEST OF STATUS REPORT FOR G.A. MANEATIS - REDACTED NOTES INCLUDE MENTAL PROCESSES AND ANALYSIS OF COUNSEL (SPRIGGS & HOLLINGSWORTH) REGARDING CURRENT LITIGATION. | Work Product |
| 1021 | PPGE0035083 | PPGE0035083 | | Report / Plan | Spriggs & Hollingsworth | None | None | DCPP RATE CASE SUPPORT FILES - REDACTED NOTES INCLUDE MENTAL PROCESSES AND ANALYSIS OF COUNSEL (SPRIGGS & HOLLINGSWORTH) REGARDING CURRENT LITIGATION. INADVERTENTLY SCANNED AND PRODUCED - CLEAN COPY OF DOCUMENT AVAILABLE AT PPGE0034396 | Work Product |

| REF | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 1022 | PPGE0040623 | PPGE0040637 | 6/1/1983 | Agreement / Contract | Locke, Richard F | None | None | COASTAL DEVELOPMENT PERMIT PUBLIC ACCESS AGREEMENT - REDACTED NOTES INCLUDE MENTAL PROCESSES, STRATEGY AND ADVICE OF COUNSEL (R. LOCKE) REGARDING DCPP COASTAL DEVELOPMENT PERMIT | Attorney Client; Work Product |
| 1023 | PPGE0040655 | PPGE0040656 | | Agenda / Meeting Minute | Pacific Gas & Electric Company | None | None | OBJECTIVE OF MANAGEMENT COMMITTEE PRESENTATION - REDACTIONS INCLUDE STRATEGY AND REQUEST FOR PG&E COUNSEL (C. WARNER) TO CONTACT OUTSIDE COUNSEL (WINSTON STRAWN) FOR LEGAL ADVICE REGARDING DCPP ISFSI IMPLEMENTATION AND LICENSING | Attorney Client; Work Product |
| 1024 | PPGE0043106 | PPGE0043106 | 4/5/1982 | Memo | Hurley, Mike | Tidrick, G A | None | PG&E MEMORANDUM REGARDING HUMBOLDT DECOMMISSIONING STUDY - REDACTIONS INCLUDE DESCRIPTION OF COMMUNICATION AND LEGAL ADVICE FROM COUNSEL (K. OLESON) REGARDING CONTRACT PROVISIONS FOR HBPP DECOMMISSIONING COST STUDY. PREPARED AT THE REQUEST OR DIRECTION OF COUNSEL IN ANTICIPATION OF LITIGATION - REGULATORY PROCEEDING - CALIFORNIA PUBLIC UTILITIES COMMISSION(CPUC). | Attorney Client; Work Product |
| 1025 | PPGE0043814 | PPGE0043820 | 11/1/1995 | Agenda / Meeting Minute | Sanchez, John M (Mescalero Fuel Storage LLC) | None | None | REDACTED DESCRIPTION OF WORK PERFORMED BY MESCALERO PRIVATE FUEL STORAGE PROJECT COUNSEL, HOGAN & HARTSON, RE: PRIVATE FUEL STORAGE PROJECT | Attorney Client; Work Product |
| 1026 | PPGE0043821 | PPGE0043827 | 1/9/1996 | Agenda / Meeting Minute | Foran, Jim (Public Service Electric & Gas) | Christian, Claudette (Hogan & Hartson) | None | REDACTED DESCRIPTION OF COMMUNICATION OF LEGAL ADVICE FROM MESCALERO PRIVATE FUEL STORAGE COUNSEL, J. FORAN (PUBLIC SERVICE ELECTRIC & GAS), C. CHRISTIAN (HOGAN & HARTSON), REGARDING PRIVATE FUEL STORAGE PROJECT | Attorney Client; Work Product |
| 1027 | PPGE0043838 | PPGE0043841 | 11/21/1995 | Agenda / Meeting Minute | Zaremba, Thomas J (Mescalero Fuel Storage LLC) | None | None | REDACTED DESCRIPTION OF COMMUNICATION OF LEGAL ADVICE FROM MESCALERO PRIVATE FUEL STORAGE COUNSEL, J. FORAN (PUBLIC SERVICE ELECTRIC & GAS), C. CHRISTIAN (HOGAN & HARTSON), M. SWIMMER (HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON), RE: PRIVATE FUEL STORAGE PROJECT | Attorney Client; Work Product |
| 1028 | PPGE0044471 | PPGE0044471 | 11/13/1987 | Memo | Shiffer, James D | Moore, Gary H; Townsed, John D | None | SPENT FUEL RERACKING AT DCPP MEMORANDUM - REDACTIONS INCLUDE LEGAL ADVICE PROVIDED BY PG&E LAW DEPARTMENT IN RESPONSE TO DECISION REACHED IN LITIGATION RELATING TO SPENT FUEL POOL RERACKING | Attorney Client |

| REF | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 1029 | PPGE0045326 | PPGE0045326 | 2/10/1987 | Memo | Lew, Barclay S | Locke, Richard F; Norton, B; Lew, B S; Wu, G C; Ogden, D W; Toliver, T; Mendibles, C S; Mills, M; Sarkisian, G; Kilpatrick, J; Johnson, S A; Bhattacharya, S; Shiffer, J D; Connell, E C; White, W H (Bechtel); Paul, B (University of Pennsylvania); Singh, K (Holtec); Turner, S (B&V); Ehrenpreis, S (Westinghouse); Martore, J (TERA); Demario, Edmund (Westinghouse) | None | REDACTED DESCRIPTION OF REQUEST FOR LEGAL ADVICE FROM R. LOCKE | Attorney Client |
| 1030 | PPGE0047877 | PPGE0048009 | 07/00/1986 | Transcript / Testimony | Hanschen, Peter | None | None | TRANSCRIPT OF PREPARED TESTIMONY PROVIDED BY BRUCE BIEWALD ON BEHALF OF INTERVENER (REDWOOD ALLIANCE) IN REGULATORY PROCEEDING - CALIFORNIA PUBLIC UTILITIES COMMISSION - REDACTED MARGINAL NOTES INCLUDE MENTAL PROCESSES AND LEGAL ANALYSIS OF COUNSEL (P. HANSCHEN) REGARDING DCPP DECOMMISSIONING COSTS. PREPARED TO SUPPORT ON-GOING LITIGATION - REGULATORY PROCEEDINGS - CPUC | Attorney Client; Work Product |
| 1031 | PPGE0051079 | PPGE0051084 | 2/27/1998 | Graph / Chart / Blueprint | Locke, Richard F | None | None | LICENSING ACTION PLAN - REDACTED MARGINAL NOTES CONTAIN MENTAL PROCESSES, ANALYSIS AND ADVICE OF COUNSEL (R. LOCKE) REGARDING DCPP ISFSI LICENSING. PREPARED IN ANTICIPATION OF REGULATORY PROCEEDINGS | Attorney Client; Work Product |
| 1032 | PPGE0051085 | PPGE0051087 | 2/25/1998 | Graph / Chart / Blueprint | Locke, Richard L | None | None | LICENSING ACTION PLAN - REDACTED MARGINAL NOTES CONTAIN MENTAL PROCESSES AND ADVICE OF COUNSEL (R. LOCKE) REGARDING DCPP ISFSI LICENSING. PREPARED IN ANTICIPATION OF LITIGATION - REGULATORY PROCEEDINGS | Attorney Client; Work Product |
| 1033 | PPGE0051094 | PPGE0051099 | 3/3/1998 | Graph / Chart / Blueprint | Locke, Richard F | None | None | LICENSING ACTION PLAN - REDACTED MARGINAL NOTES CONTAIN MENTAL PROCESSES AND ADVICE OF COUNSEL (R. LOCKE) REGARDING DCPP ISFSI LICENSING. PREPARED IN ANTICIPATION OF LITIGATION - REGULATORY PROCEEDINGS | Attorney Client; Work Product |

| REF | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 1034 | PPGE0051106 | PPGE0051108 | 3/3/1998 | Graph / Chart / Blueprint | Locke, Richard F | None | None | LICENSING ACTION PLAN - REDACTED MARGINAL NOTES CONTAIN MENTAL PROCESSES AND ADVICE OF COUNSEL (R. LOCKE) REGARDING DCPP ISFSI LICENSING. PREPARED IN ANTICIPATION OF LITIGATION - REGULATORY PROCEEDINGS | Attorney Client; Work Product |
| 1035 | PPGE0051130 | PPGE0051130 | 2/23/1998 | Electronic Mail (Email) | Fernandez, Agnes | Warner, Christopher J; Grebel, Terence; Johnson, Roger; Locke, Richard F; Ogden, David | Calloway, Amy; Jee, Gena; De La Torre, Rose | REDACTED MARGINALIA REFLECTING LEGAL ADVICE OF COUNSEL (R. LOCKE) RE: DCPP ISFSI LICENSING PROCESS | Attorney Client; Work Product |
| 1036 | PPGE0051137 | PPGE0051137 | | Agreement / Contract | Cassidy, Leigh | Warner, Christopher J | None | REDACTED DESCRIPTION OF COMMUNICATION BETWEEN COUNSEL (C. WARNER) AND COUNSEL (L. CASSIDY) RE: DRAFT PROVISIONS OF CONTRACT WITH HOLTEC | Attorney Client |
| 1037 | PPGE0052545 | PPGE0052546 | 12/6/1993 | Memo | Sullivan, William J | Bangert, A Charles; Locke, Richard F | Martin, Hudson T | REDACTED MARGINALIA REFLECTING LEGAL ADVICE OF COUNSEL (R. LOCKE) RE: DCPP ISFSI LICENSING PROCESS | Attorney Client; Work Product |
| 1038 | PPGE0053032 | PPGE0053032 | | Report / Plan | None | Locke, Richard F | None | ACTION ITEM LIST PREPARED SUBSEQUENT TO DRY CASK STORAGE STRATEGY MEETING - REDACTED PORTION INCLUDES DESCRIPTION OF REQUEST FOR LEGAL ADVICE SOUGHT FROM COUNSEL (R. LOCKE) | Attorney Client |
| 1039 | PPGE0053109 | PPGE0053109 | 4/23/2004 | Multiple Email | Womack, Lawrence | None | None | EMAIL FROM CLIENT TO COUNSEL (R. LOCKE) AND OUTSIDE COUNSEL, R. SCHIEBELHUT (SINSHEIMER, SCHIEBELHUT & BAGGETT) - REDACTED PORTION INCLUDES REQUEST FOR LEGAL ADVICE REGARDING REGULATORY PROCEEDINGS RELATING TO COASTAL ACCESS | Attorney Client |
| 1040 | PPGE0056262 | PPGE0056262 | | Graph / Chart / Blueprint | None | Locke, Richard F | None | HBPP ISFSI CASK VENDOR SCHEDULE - REDACTED DESCRIPTION OF REQUEST FOR LEGAL REVIEW BY COUNSEL (R. LOCKE, L. CASSIDY) | Attorney Client |
| 1041 | PPGE0056263 | PPGE0056263 | 3/4/2000 | Electronic Mail (Email) | Willis, Roy | PG&E Nuclear Power Generation ISFSI Group | Norton, Bruce; Kahler, Edwin; Cassidy, Leigh | EMAIL REGARDING ISFSI DEVELOPMENT - REDACTIONS INCLUDE REQUEST FOR LEGAL REVIEW AND WORK BY COUNSEL (R. LOCKE, L. CASSIDY). PREPARED IN ANTICIPATION OF LITIGATION - REGULATORY PROCEEDINGS | Attorney Client |
| 1042 | PPGE0056264 | PPGE0056264 | 2/25/2000 | Electronic Mail (Email) | Willis, Roy | None | None | EMAIL REGARDING REQUEST FOR PROPOSAL SCHEDULE - REDACTION INCLUDES DESCRIPTION OF WORK PERFORMED BY AND AT THE REQUEST OF COUNSEL (L. CASSIDY) REGARDING HBPP ISFSI REQUEST FOR PROPOSAL | Work Product |
| 1043 | PPGE0056265 | PPGE0056265 | | Graph / Chart / Blueprint | None | Locke, Richard F | None | HBPP ISFSI CASK VENDOR SCHEDULE - REDACTED DESCRIPTION OF REQUEST FOR LEGAL REVIEW BY COUNSEL (R. LOCKE, L. CASSIDY) | Attorney Client |

| REF | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 1044 | PPGE0056266 | PPGE0056266 | 2/25/2000 | Report / Plan | Willis, Roy | None | None | EMAIL REGARDING REQUEST FOR PROPOSAL SCHEDULE -REDACTION INCLUDES DESCRIPTION OF WORK PERFORMED BY AND AT THE REQUEST OF COUNSEL (L. CASSIDY) REGARDING HBPP ISFSI REQUEST FOR PROPOSAL | Work Product |
| 1045 | PPGE0056267 | PPGE0056267 | | Graph / Chart / Blueprint | None | Locke, Richard F | None | HBPP ISFSI CASK VENDOR SCHEDULE - REDACTED DESCRIPTION OF REQUEST FOR LEGAL REVIEW BY COUNSEL (R. LOCKE, L. CASSIDY) | Attorney Client |
| 1046 | PPGE0057465 | PPGE0057465 | 4/14/1997 | Electronic Mail (Email) | Womack, Lawrence F | Forsgard, Karen A | Kahler, Edwin R; Norton, A Bruce; Moulia, Tom A; Melendres-Keller, Patricia; Locke, Richard F | DUPLICATE OF DOCUMENT AT PPGE0054838. EMAIL FROM L. WOMACK TO K. FORSGARD, COPYING COUNSEL (R. LOCKE) - REDACTIONS INCLUDE SUBSTANCE OF LEGAL ADVICE PROVIDED BY PG&E COUNSEL (C. WARNER). PREPARED IN ANTICIPATION OF LITIGATION - REGULATORY PROCEEDINGS - CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) - AND UPCOMING MEETING WITH CPUC | Attorney Client |
| 1047 | PPGE0057468 | PPGE0057468 | 4/10/1997 | Electronic Mail (Email) | Locke, Richard F | None | None | EMAIL REGARDING PG&E CONFERENCE CALL - REDACTED PORTION INCLUDES HANDWRITTEN NOTES OF COUNSEL (R. LOCKE) CONTAINING MENTAL PROCESSES AND ANALYSIS OF POINTS AND ISSUES RAISED BY COUNSEL (C. WARNER) IN PREPARATION OF ANTICIPATED LITIGATION - REGULATORY PROCEEDINGS - CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Attorney Client; Work Product |
| 1048 | PPGE0057542 | PPGE0057542 | 4/14/1997 | Electronic Mail (Email) | Womack, Lawrence F | Forsgard, Karen A | Kahler, Edwin R; Norton, A Bruce; Moulia, Tom A; Melendres-Keller, Patricia; Locke, Richard F | DUPLICATE OF DOCUMENT FOUND AT PPGE0054767. EMAIL FROM L. WOMACK TO K. FORSGARD, COPYING COUNSEL (R. LOCKE) - REDACTIONS INCLUDE SUBSTANCE OF LEGAL ADVICE PROVIDED BY PG&E COUNSEL (C. WARNER). PREPARED IN ANTICIPATION OF LITIGATION - REGULATORY PROCEEDINGS - CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) - AND UPCOMING MEETING WITH CPUC | Attorney Client |
| 1049 | PPGE0057549 | PPGE0057550 | 4/8/1997 | Letter | Locke, Richard F | None | None | DRAFT CPUC NOTIFICATION LETTER - REDACTED MARGINAL NOTES INCLUDE COMMENTS AND ADVICE OF COUNSEL (R. LOCKE) REGARDING LETTER PREPARED IN ANTICIPATION OF LITIGATION - REGULATORY PROCEEDINGS - CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Work Product |
| 1050 | PPGE0057561 | PPGE0057561 | 4/3/1997 | Electronic Mail (Email) | Locke, Richard F | None | None | EMAIL REGARDING HBPP STAND-BY STATEMENT - REDACTED MARGINAL NOTES OF COUNSEL (R. LOCKE) REGARDING DRAFT STATEMENT ATTACHED TO EMAIL. INCLUDES PRIVILEGED MENTAL PROCESSES REGARDING MATERIALS PREPARED IN ANTICIPATION OF LITIGATION - REGULATORY PROCEEDINGS - CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Work Product |

| REF | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 1051 | PPGE0057562 | PPGE0057563 | 4/3/1997 | Press Release / News Article | Locke, Richard F | None | None | DRAFT STANDBY STATEMENT - REDACTED MARGINAL NOTES OF COUNSEL (R. LOCKE) CONTAINING MENTAL PROCESSES AND COMMENTS REGARDING MATERIALS PREPARED IN ANTICIPATION OF LITIGATION - REGULATORY PROCEEDINGS - CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Work Product |
| 1052 | PPGE0057566 | PPGE0057567 | 03/00/1997 | Letter | Locke, Richard F | None | None | DRAFT CPUC NOTIFICATION LETTER - REDACTED MARGINAL NOTES INCLUDE COMMENTS AND ADVICE OF COUNSEL (R. LOCKE) REGARDING LETTER PREPARED IN ANTICIPATION OF LITIGATION - REGULATORY PROCEEDINGS - CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Work Product |
| 1053 | PPGE0057573 | PPGE0057573 | 3/31/1997 | Electronic Mail (Email) | Arago, Alec J | Forsgard, Karen; Locke, Richard F; Norton, A Bruce; Kahler, Edwin R; Moulia, Tom A; Lewis, Jeff X | Cooper, Shawn E | EMAIL REGARDING HBPP LETTER TO CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) - REDACTED PORTION CONTAINS DESCRIPTION OF REQUEST FOR LEGAL ADVICE SOUGHT FROM COUNSEL (R. LOCKE) REGARDING ANTICIPATED LITIGATION - REGULATORY PROCEEDINGS - (CPUC) | Attorney Client |
| 1054 | PPGE0057574 | PPGE0057574 | 3/31/1997 | Multiple Email | Norton, A Bruce | Arago, Alec J; Forsgard, Karen; Locke, Richard F; Kahler, Edwin R; Moulia, Tom A; Lewis, Jeff X; Cooper, Shawn E | None | EMAIL REGARDING HBPP LETTER TO CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) - REDACTED PORTION CONTAINS DESCRIPTION OF REQUEST FOR LEGAL ADVICE SOUGHT FROM COUNSEL (R. LOCKE) REGARDING ANTICIPATED LITIGATION - REGULATORY PROCEEDINGS - (CPUC). ORIGINAL EMAIL FOUND AT PPGE0057573 | Attorney Client |
| 1055 | PPGE0057575 | PPGE0057576 | 3/31/1997 | Multiple Email | Cooper, Shawn | Norton, A Bruce; Arago, Alec J; Forsgard, Karen; Locke, Richard F; Kahler, Edwin R; Moulia, Tom A; Lewis, Jeff X | Womack, Lawrence F; Callaway, Lee; Pruett, Greg S | EMAIL REGARDING HBPP LETTER TO CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) - REDACTED PORTION CONTAINS DESCRIPTION OF REQUEST FOR LEGAL ADVICE SOUGHT FROM COUNSEL (R. LOCKE) REGARDING ANTICIPATED LITIGATION - REGULATORY PROCEEDINGS - (CPUC). ORIGINAL EMAIL FOUND AT PPGE0057573 | Attorney Client |
| 1056 | PPGE0057577 | PPGE0057577 | 3/31/1997 | Multiple Email | Forsgard, Karen A | Arago, Alec J | Locke, Richard F; Norton, A Bruce; Kahler, Edwin R; Moulia, Tom A; Lewis, Jeff X; Cooper, Shawn E | EMAIL REGARDING HBPP LETTER TO CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) - REDACTED PORTION CONTAINS DESCRIPTION OF REQUEST FOR LEGAL ADVICE SOUGHT FROM COUNSEL (R. LOCKE) REGARDING ANTICIPATED LITIGATION - REGULATORY PROCEEDINGS - (CPUC). ORIGINAL EMAIL FOUND AT PPGE0057573 | Attorney Client |
| 1057 | PPGE0057745 | PPGE0057745 | | Agenda / Meeting Minute | Locke, Richard F | None | None | ISFSI PLANNING MEETING AGENDA - REDACTED MARGINAL NOTES CONTAIN MENTAL PROCESSES AND ANALYSIS OF COUNSEL (R. LOCKE) REGARDING DRY STORAGE OPTIONS AND ISFSI LICENSING ISSUES IN PREPARATION OF ANTICIPATED LITIGATION - REGULATORY PROCEEDINGS | Work Product |

| REF | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 1058 | PPGE0057746 | PPGE0057746 | | Agenda / Meeting Minute | Locke, Richard F | None | None | ISFSI PLANNING MEETING AGENDA - REDACTED MARGINAL NOTES CONTAIN MENTAL PROCESSES AND ANALYSIS OF COUNSEL (R. LOCKE) REGARDING DRY STORAGE OPTIONS AND ISFSI LICENSING ISSUES IN PREPARATION OF ANTICIPATED LITIGATION - REGULATORY PROCEEDINGS | Work Product |
| 1059 | PPGE0057748 | PPGE0057748 | | Agenda / Meeting Minute | Locke, Richard F | None | None | ISFSI PLANNING MEETING AGENDA - REDACTED MARGINAL NOTES CONTAIN MENTAL PROCESSES AND ANALYSIS OF COUNSEL (R. LOCKE) REGARDING DRY STORAGE OPTIONS AND ISFSI LICENSING ISSUES IN PREPARATION OF ANTICIPATED LITIGATION - REGULATORY PROCEEDINGS | Work Product |
| 1060 | PPGE0058312 | PPGE0058312 | | Electronic Mail (Email) | Locke, Richard F | None | None | E-MAIL REGARDING PROJECT DESCRIPTION CONFERENCE CALL REMINDER - REDACTED MARGINAL NOTES OF COUNSEL (R. LOCKE) CONTAIN OBSERVATIONS AND ANALYSIS REGARDING FINAL DRAFT OF PROJECT DESCRIPTION. IN ANTICIPATION OF LITIGATION - REGULATORY PROCEEDINGS | Work Product |
| 1061 | PPGE0058577 | PPGE0058577 | 5/6/2000 | Electronic Mail (Email) | Locke, Richard F | None | None | EMAIL REGARDING ISFSI LICENSING ISSUES - REDACTED MARGINAL NOTES CONTAINING MENTAL PROCESSES OF COUNSEL (R. LOCKE) REGARDING ANALYSIS OF ANTICIPATED LITIGATION - REGULATORY PROCEEDINGS (NRC) | Work Product; Attorney Client |
| 1062 | PPGE0058815 | PPGE0058816 | 3/30/1995 | Report / Plan | Locke, Richard F | None | None | DCPP DRY CASK STORAGE NOTES - REDACTED NOTES OF COUNSEL (R. LOCKE) CONTAINING MENTAL PROCESSES AND ANALYSIS OF COUNSEL. PREPARED IN ANTICIPATION OF LITIGATION, REGULATORY PROCEEDINGS AND LICENSING PROCEEDINGS REGARDING DCPP DRY CASK STORAGE | Work Product |