# CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Pacific Gas & Electric Company's Privilege Log Corresponding To Documents Gathered In Response To Defendant's First Request For Production Of Documents was served by hand on November 7, 2005, upon the following:

John C. Ekman
Trial Attorney
Commercial Litigation Branch
Civil Division – Classification Unit
Department of Justice
8th Floor Mailroom
1100 L Street, NW
Washington, D.C. 20530

Todd W. Monroe