**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| YANKEE ATOMIC ELECTRIC COMPANY,<br>CONNECTICUT YANKEE ATOMIC POWER COMPANY,<br>and MAINE YANKEE ATOMIC POWER COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant. | ) | Nos. 98-126C,<br>98-154C, 98-474C<br>(Senior Judge Merow) |

**ASSERTION OF DELIBERATIVE PROCESS PRIVILEGE FOR DOCUMENTS OTHER THAN FISCAL YEAR 2003 BUDGET DOCUMENTS UPON BEHALF OF OCRWM**

I. I have been informed that, in response to discovery requests from the utility plaintiffs, the Department of Energy ("DOE") has reviewed and produced thousands of documents referring or relating to DOE's delay in beginning acceptance of spent nuclear fuel or high-level radioactive waste by January 31, 1998 and the schedule by which DOE should have begun acceptance. In that process, DOE's attorneys have withheld a small number of documents that involve and/or reflect the Department's deliberative processes. DOE has a policy of protecting its deliberative processes in order to assure free flow of ideas and candid discussion of alternatives, which are essential to its efficient operation.

II. Congress established the Office of Civilian Radioactive Waste Management ("OCRWM") to carry out the functions of the Secretary of Energy pursuant to the Nuclear Waste Policy Act. 42 U.S.C. § 10224. Pursuant to a formal delegation by the Secretary of Energy to the Under Secretary of Energy, Science and Environment, and a subsequent formal redelegation from the Under Secretary to the Director, Office of Civilian Radioactive Waste Management, the Director or her delegate has responsibility for asserting the Government's deliberative process

**19**

privilege within the cognizance of her Office.

III. Because the delay in spent nuclear fuel acceptance controversy is within the cognizance of OCRWM, I, Ronald A. Milner, delegate of Director Dr. Margaret S.Y. Chu, hereby assert the deliberative process privilege upon behalf of the Department of Energy for the documents listed below. I have determined that disclosure of any of the deliberative process contents of the documents disclosed in the following list would be injurious to the Federal Government's decision-making functions because such disclosure would tend to inhibit the frank and candid discussion necessary to effective government. Indeed, disclosure would have a chilling effect on many future discussions at DOE. I hereby assert the deliberative process privilege upon behalf of DOE for the following described documents:

1. The document Bates-Stamped HQR2500021 - HQR2500025 (E2, App. 97)[1] is an e-mail regarding the FY 2002 budget for the Office of Management and Budget ("OMB"). The document provides advice and recommendations regarding DOE's response to OMB regarding policy matters related to OCRWM's FY 2002 budget request, prepared as part of the budgetary process and briefing for OMB. The document reflects the Department's policy deliberations relating to the amount of the DOE's budget request and forms part of the deliberative process.

---

[1] In the appendix to its motion to compel, Yankee Atomic Electric Company renumbered documents listed in the Government's privilege log. The references in this declaration to "E __" refer to the number that Yankee has assigned to the document at issue, and "App. __" refers to the page of Yankee's appendix upon which the privilege log entry for that document is found.

2. The documents Bates-Stamped HQR2500026 - HQR2500028 (E3, App. 97) are two e-mails regarding a briefing for OMB on budgetary matters. These documents provide advice and recommendations regarding DOE's formulation of policy matters related to a FY budget request. The documents reflect the Department's policy deliberations relating to the amount of the DOE's budget request and form part of the deliberative process.

3. The documents Bates-Stamped HQR2500168 - HQR2500180 (E8, App. 99), HQR2500001 - HQR2500020 (E1, App. 97), HQR2500044 - HQR2500062 (E5, App. 98), HQR2502102 (E141, App. 145) are internal draft memoranda, copies of slides for group presentation, and e-mails regarding potential legislative proposals related to the OCRWM program. These documents reflect the Department's policy deliberations relating to the decision regarding the manner in which OCRWM might request that legislation, were prepared for consideration of continuing policy matters, and form part of the deliberative process.

4. The document Bates-Stamped HQR250212 - HQR2500213 (E13, App. 101) is an e-mail forwarding a draft response to questions posed to Secretary Abraham during a February 8, 2001 congressional hearing regarding the disposal of low-level radioactive waste. This document provides advice and recommendations regarding the Department's policy on that issue. The document reflects the Department's policy deliberations

regarding the manner in which the Secretary would respond to Congress, and forms part of the deliberative process.

5. The documents Bates-Stamped HQR2500214 - HQR2500215.4 (E14, App. 101), HQR2500216 - HQR2500217 (E15, App. 102) are a series of e-mails discussing DOE's comments to the Nuclear Regulatory Agency's ("NRC") proposed revisions to its rule regarding Greater-Than-Class-C waste. These documents provide advice and recommendations regarding the Department's policy on that issue. The documents reflect the Department's policy deliberations relating to the decision regarding the manner in which DOE should respond to the NRC's proposed revision to the NRC's rule and form part of the deliberative process.

6. The document Bates-Stamped HQR2500226 (E17, App. 103) is an e-mail regarding OCRWM activities and its budget requirements for FY 2001. These documents provide advice and recommendations regarding the policy matters related to the FY 2001 budget request. These documents provide advice and recommendations regarding the Department's policy relating to the budget request. The documents reflect the Department's policy deliberations relating to DOE's budget request and forms part of the deliberative process.

7. The documents Bates-Stamped HQR2500218 - HQR2500225 (E16, App. 102) and HQR2500227 - HQR2500234 (E18, App. 103) are two draft memoranda for the Under Secretary of Energy from Assistant Secretary of

Energy Huntoon regarding the storage of DOE-owned SNF and the Department's decision on acceptance of SNF from General Atomic's facility. The specific policy decision at issue was how DOE would accept SNF from General Atomic's facility, and the document lists a series of options to be decided upon and a recommendation for a specific option. The document reflects the Department's policy deliberations relating to that decision and forms part of the deliberative process.

8. The documents Bates-Stamped HQR2500407 - HQR2500421 (E48, App. 113), HQR2500440 - HQR2500445 (E53, App. 115), HQR2500511 - HQR2500511.6 (E58, App. 117), HQR2500565 - HQR2500609 (E63, E64, E65, App. 118 - 119), HQR2500611 - HQR2500623 (E67, App. 120), HQR2500655 - HQR2500656 (E70, App. 121) and HQR2500982 - HQR2501050 (E86, E87, E88, E89, App. 126) are a series of e-mails with attached draft responses to questions posed by Members of Congress, and draft testimony for Lake Barrett, Acting Director of OCRWM dealing with DOE's program for the acceptance of SNF. These documents provide advice and recommendations regarding the proper presentation of the Department's policies with regard to those issues. The documents reflect policy deliberations regarding the manner in which DOE should respond to questions posed to representatives of DOE and form part of the deliberative process.

9. The documents Bates-Stamped HQR2502017 - HQR2502080 (E126,

E127, E128, E129, E130, E131, E132, E133, E134, App. 140 - 143) are a series of e-mails dealing with DOE's response to a statement regarding the efficacy of the repository at Yucca Mountain in light of the fact that electric utilities are building dry storage facilities at their plant sites. These documents provide advice and recommendations regarding the proper manner in which to explain the Department's policy regarding the need for a permanent repository, as part of the Secretary's preparation of support for his site recommendation for Yucca Mountain. The documents reflect the Department's policy deliberations relating to the appropriate manner in which to explain that policy and form part of the deliberative process.

10. The document Bates-Stamped HQR2500657 - HQR2500660 (E71, App. 121) is an internal draft memorandum discussing options for approaching waste acceptance and transportation strategies for inclusion in DOE's Strategic Plan, the final version of which was recently published as Publication DOE/RW-0558. These documents provide advice and recommendations regarding the Department's development of that plan and form part of the deliberative process.

11. The document Bates-Stamped HQR2502100 - HQR2502101 (E140, App. 145) is a draft response to a question posed by Congress regarding the repository at Yucca Mountain and the effect that its operation would have upon the amount of SNF held in storage by commercial nuclear utilities.

These documents provide advice and recommendations regarding the appropriate manner for the Department to respond. The documents reflect the Department's policy deliberations relating to the manner in which DOE should respond to the question and form part of the deliberative process.

12. The document Bates-Stamped HQR2502103 - HQR2502115 (E142, App. 146) is a draft of an internal memorandum to be included in the Secretary's briefing book regarding the site recommendation and budgetary issues relating to the OCRWM program. These documents provide advice and recommendations regarding the Department's policies. The document reflects the Department's deliberations relating to the Secretary's determination regarding whether to make a site recommendation for Yucca Mountain and forms part of the deliberative process.

13. The documents Bates-Stamped HQR2500235 - HQR2500239 (E19, E20, E21, App. 104), HQR2500247 - HQR2500260 (E22, E23, E24, App. 105), and HQR2500266 - HQR2502500359 (E25, E26, E27, E28, E29, E30, E31, E32, E33, E34, E35, E36, E37, E38, App. 106 - 109) are a series of e-mails discussing an audit report by DOE Inspector General. These e-mails provide advice and recommendations regarding a possible OCRWM response to the Office of Inspector General report. The e-mails reflect the Department's policy deliberations relating to the proper response and form part of the deliberative process.

14. The documents Bates-Stamped HQR2502096 - HQR2502099 (E138,

E139, App. 144 - 145) are e-mails forwarding a spreadsheet presenting an analysis of rates over time prepared at the request of Mary Ann Sullivan, Office of the General Counsel, for use in litigation and negotiations to settle cases currently pending before the Court of Federal Claims. These documents provide advice and recommendations regarding the proper utilization of these rates in litigation and settlement negotiations. These documents reflect the Department's policy deliberations relating to the proper use of these potential waste acceptance schedules in litigation and settlement negotiations and form part of the deliberative process.

I declare under the penalty of perjury, this 13th day of June, 2003, that the foregoing is true and correct to the best of my knowledge and belief.

Ronald A. Milner 6/13/03
Ronald A. Milner
Chief Operating Officer
Office of Civilian Radioactive Waste Management