# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PACIFIC GAS & ELECTRIC COMPANY,<br>Plaintiffs,<br>v.<br>UNITED STATES,<br>Defendant. | ) | No. 04-0074C, into which has been consolidated No. 04-0075C (Judge Hewitt) |

## ASSERTION OF DELIBERATIVE PROCESS PRIVILEGE

I. I have been informed that, in response to discovery requests from the utility plaintiffs in the spent nuclear fuel cases in the Court of Federal Claims, the Department of Energy ("DOE") has reviewed and produced thousands of documents referring or relating to DOE's delay in beginning acceptance of spent nuclear fuel or high-level radioactive waste by January 31, 1998 and the schedule by which DOE should have begun acceptance. In that process, DOE's attorneys have withheld a small number of documents that involve and/or reflect the Department's deliberative processes. DOE has a policy of protecting its deliberative processes in order to assure the free flow of ideas and candid discussion of alternatives, which are essential to its efficient operation.

II. Congress established the Office of Civilian Radioactive Waste Management ("OCRWM") to carry out the functions of the Secretary of Energy pursuant to the Nuclear Waste Policy Act. ("NWPA") 42 U.S.C. § 10224. Pursuant to a formal delegation by the Secretary of Energy to the Under Secretary of Energy, Science and Environment, and a subsequent formal redelegation from the Under Secretary to the Director, Office of Civilian Radioactive Waste Management, the Director or her delegate has responsibility for asserting the Government's

deliberative process privilege within the cognizance of OCRWM.

III. Because the controversy regarding the delay in spent nuclear fuel acceptance is within the cognizance of OCRWM, I, Ronald A. Milner, Chief Operating Office of OCRWM and delegate of the Director of OCRWM, hereby assert the deliberative process privilege upon behalf of DOE for the documents listed below. I have determined that disclosure of any of the deliberative process contents of the documents identified in the following list would be injurious to the Federal Government's decision-making functions because such disclosure would tend to inhibit the frank and candid discussion necessary to effective government. Indeed, disclosure would have a chilling effect upon many future discussions at DOE. I hereby assert the deliberative process privilege upon behalf of DOE for the following described documents:

1. The document Bates-Stamped HQR2360030 - HQR2360037 (E289, App. 26)[1] are notes of discussions with the Under Secretary of Energy regarding the possible transfer of certain responsibilities from DOE's Office of Environmental Management to OCRWM. This document provides advice and recommendations regarding the efficacy and budget ramifications of such a transfer. This document reflects the Department's policy deliberations relating to a potential decision regarding a change in intra-Departmental responsibilities and forms part of the deliberative process.

2. The document Bates-Stamped COF0251051 (E104, App. 8) is a routing and transmittal slip regarding the decision of the United States Court of Appeals for the District of

[1] In the appendix to its motion to compel, PG&E renumbered documents listed in the Government's privilege log. The references in this declaration to "E __" refer to the number that PG&E has assigned to the document at issue, and "App. __" refers to the page of PG&E's appendix upon which the privilege log entry for that document is found.

Columbia in Commonwealth Edison Co. v. U.S. Dep't of Energy, 877 F.2d 1042 (D.C. Cir. 1989). The slip contains notes reflecting legal opinions from DOE's Office of General Counsel relating to the appellate decision. In addition to the Government's assertion of attorney client privilege and attorney work product protection for the document, DOE's policy deliberations regarding this decision are also reflected within the notes and form part of the deliberative process.

3. The documents Bates-Stamped COF0261673 - COF0261675 (E105, App. 8), COF0261780 - COF0261781 (E106, App. 8) and COF0261782 - COF0261785 (E107, App. 8) are internal DOE documents addressing the request from Dairyland Power Cooperative (a spent fuel case utility plaintiff) to DOE seeking assistance in the disposal of its SNF. The documents reflect DOE's deliberations and internal discussions regarding responses to Dairyland's request and form part of the deliberative process.

4. The document Bates-Stamped CTR0141786 - CTR0141787 (E108, App. 8) is a DOE internal memorandum regarding the release of a request for expression of interest and comments notice in the Commerce Business Daily and Federal Register supporting the market-driven acquisition approach for OCRWM's fulfillment of the NWPA's provision related to acceptance, transportation and storage of SNF. CTR0141798 - CTR0141799 (E109, App. 8) is a duplicate version of the above-referenced memorandum. The internal memoranda involve the internal deliberations by DOE regarding the potential use of transportation service contractors to perform certain waste acceptance, transportation and storage functions originally considered to be performed by OCRWM and its contractor and form part of the deliberative process.

5. The document Bates-Stamped CTR1600071 - CTR1600085 (E115, App. 9) are analyses and draft copies of slides prepared for a presentation for group discussion within DOE of options regarding the design and operation of a repository at Yucca Mountain. These documents were prepared at the request of Under Secretary Robert Card and such information was provided to Under Secretary Card in a briefing. This document reveals policy deliberations within DOE regarding the design and operation of the repository at Yucca Mountain and forms part of the deliberative process.

6. The documents Bates-Stamped HQR2580544 - HQR2580549 (E357, App. 30), HQR2580550 - HQR2580555 (E358, App. 31) and HQR2580556 - HQR2580562 (E359, App. 31) are e-mails forwarding draft responses to questions from DOE's Office of Inspector General in connection with an audit conducted by the Inspector General. These documents are withheld under the deliberative process privilege as the documents reflect OCRWM's proposed response to the Inspector General's requests. These documents are substantially similar to the document referenced as E310 (HQR2500266 - HQR2500359) (App. 27), which was supported by my prior declaration dated June 13, 2003. This document was subject to the court's August 25, 2003 order upholding the government's assertion.

7. The documents Bates-Stamped HQR2890199 - HQR2890200 (E368, App. 31) HQR339xxxx - HQR339xxxx (E387, App. 32), HQR339xxxx - HQR339xxxx (E388, App. 33) and HQR3420001 - HQR3420009 (E390, App. 33) are draft action memoranda to the Secretary of Energy, from Dr. Margaret Chu, the then Director of OCRWM, for review by the Under Secretary, regarding DOE's issuance of the 2004 Annual Capacity

Report/Acceptance Priority Ranking and the initiation of the Delivery Commitment Schedule process. The document Bates-Stamped HQR339xxxx - HQR339xxxx (E389, App. 33) is a draft cover letter from the OCRWM contracting officer to the utility standard contract holders, to accompany the 2004 Annual Capacity Report/Acceptance Priority Ranking. These documents contain OCRWM recommendations to the Secretary of Energy, reveal the policy deliberations of DOE regarding the issuance of the 2004 ACR/APR and forms part of the deliberative process.

8. The document Bates-Stamped HQR3010001 - HQR3010009 (E372, App. 31) is an e-mail forwarding an attached draft report to the Secretary of Energy regarding the DOE Inspector General's audit of the licensing support network for the repository at Yucca Mountain. The document reveals the policy deliberations within DOE regarding its proposed response to the audit report and forms part of the deliberative process.

9. The document Bates-Stamped HQR0291737 - HQR0291739 (E159, App. 13) is a memorandum setting forth talking points for a DOE telephone call to Jack Lew (Office of Management and Budget) regarding issues to be discussed for a proposed settlement of the SNF litigation currently before the Court of Federal Claims. This document was prepared by DOE legal counsel for use in negotiations with the nuclear utility plaintiffs. The document reveals the deliberations within DOE regarding its response to the lawsuits and forms part of the deliberative process.

10. The document Bates-Stamped HQR0510020 - HQR0510024 (E184, App. 14) is a memorandum prepared by DOE employee Mary Louise Wagner at the direction of Mary Anne Sullivan, then-DOE General Counsel, for the Secretary of Energy containing legal

advice and mental impressions regarding DOE's request to the President for approval to begin negotiations with the United States Senate for nuclear waste legislation, following the decision of the United States Court of Appeals for the District of Columbia in Northern States Power Co. v. U.S. Dep't of Energy, 128 F.3d 754 (D.C.Cir. 1997). In addition to the attorney client privilege and attorney work product protection asserted for this document, the document reveals the deliberations within DOE regarding its response to the spent nuclear fuel lawsuits and forms part of the deliberative process. The document Bates-Stamped HQR0510012 (E182, App. 14) is a memorandum detailing points to be made concerning a proposal for on-site storage of nuclear utilities' spent nuclear fuel. The memorandum was prepared by Mary Louise Wagner (DOE) at the direction of Mary Anne Sullivan (DOE General Counsel) for the Secretary of Energy and reveals the legal advice and mental impressions of DOE legal counsel regarding DOE's position for on-site storage of spent nuclear fuel and DOE's position regarding proposed congressional legislation regarding interim storage of spent nuclear fuel. This document reveals the deliberations of DOE regarding its response to the proposed legislation and forms part of the deliberative process.

11. The documents Bates-Stamped CTR1600035 - CTR1600055 (E114, App. 9), CTR1600091 - CTR1610105 (E116, App. 9), CTR1600208 - CTR1600225 (E120, App. 9), CTR1600301 - CTR1600353 (E121, App. 10), CTR1620012 - CTR1620027 (E126, App. 10), CR1770015 - CTR1770022 (E147, App. 12), CTR1770023 - CTR1770049 (E148, App. 12), CTR1770050 - CTR1770058 (E149, App. 12), HQR2030005 - HQR2030017 (E194, App. 15), HQR2150001 - HQR2150064 (E234, App. 20),

HQR2170001 - HQR2170023 (E239, App. 21), HQR2180001 - HQR2180002 (E247, App. 21), HQR2180027 - HQR2180039 (E250, App. 22) and HQR2360013 - HQR2360029 (E288, App. 26) are copies of slides that were used for a graphic presentation for group discussion within DOE of options regarding the design and operation of a repository at Yucca Mountain and the effect of those options upon SNF inventories. These are substantially similar to portions of documents Bates-Stamped HQR2501157 - HQR2501232 (E339, App. 29), HQR2501246 - HQR2501272 (E342, App. 29), HQR2501335 - HQR2501470 (E345, App. 30) and HQR2501471 - HQR2501696 (E346, App. 30), which were subject to the court's August 25, 2003 order upholding the government's assertion of privilege.

12. The documents Bates-Stamped CTR1600106 - CTR1600111 (E117, App. 9) and CTR1770001 - CTR1770006 (E144, App. 12) are draft written answers to questions raised involving a presentation to Under Secretary Card regarding waste acceptance rates and OCRWM system costs. These answers were prepared in response to questions and issues raised as part of DOE's deliberations regarding policy decisions relevant to DOE's FY2003 budget request. A duplicate version of these documents appears at HQR2501327 - HQR2501334 (E344, App. 30), which was subject to the court's August 25, 2003 order upholding the government's assertion of privilege.

13. The documents Bates-Stamped CTR1620033 - CTR1620046 (E128, App. 10), CTR1720001 - CTR1720027 (E133, App. 11), CTR1720028 - CTR1720047 (E134, App. 11), CTR1740004 - CTR1740030 (E139, App. 11), CTR1740070 - CTR1740089 (E142, App. 142), HQR2640021 - HQR2640040 (E360, App. 31) and HQR3080073 -

HQR3080085 (E380, App. 32) are presentations titled "Impacts of Accelerated Waste Acceptance" and provided information requested by Under Secretary Card in connection with policy decisions to be made within DOE regarding waste acceptance. The document Bates-Stamped CTR1720048 - CTR1720055 (E135, App. 11) is tables and charts containing background material for the presentation titled "Impacts of Accelerated Waste Acceptance" for Under Secretary Card. An earlier version of the document identified at HQR2500977 - HQR2500980 (E330, App. 29) was subject to the court's August 25, 2003 order upholding the government assertion of privilege.

14. The documents Bates-Stamped HQR2030001 - HQR2030004 (E193, App. 15), HQR2030018 - HQR2030031 (E195, App. 15), HQR2030032-HQR2030041 (E196, App. 15) HQR2040015 - HQR2040047 (E202, App. 16), HQR2070012 - HQR2070055 (E212, App. 17), HQR2100008 - HQR2100018 (E220, App.18), HQR2140020 - HQR2140030 (E233, App. 20), HQR2160027 - HQR2160031 (E238, App. 20), HQR2180040 - HQR2180057 (E251, App. 22), HQR2190001 - HQR2190013 (E253, App. 22), HQR2190014 - HQR2190024 (E254, App. 22), HQR2190033 - HQR2190038 (E256, App. 22), HQR2210002 - HQR2210013 (E268, App. 24), HQR2360001 - HQR2360012 (E287, App. 26) and HQR2360038 - HQR2360055 (E290, App. 26) are various memoranda prepared for Dr. Chu, the then Director of OCRWM, to present to Under Secretary of Energy Card discussing the policy justifications and cost implications of increasing DOE's FY 2003 budget request for the Yucca Mountain repository. The document Bates-Stamped HQR2050019 (E207, App. 17) is an outline for a memorandum entitled "Yucca Mountain business case" discussing options relating to development of

the repository and related to the above-referenced memorandum from Dr. Chu to Under Secretary Card. The document Bates-Stamped HQR2090001, HQR2090003 (E216, App. 18) is a handwritten list of questions to answer for a memorandum regarding the effect and cost of various options potentially available to DOE for SNF acceptance at a repository and a fact sheet regarding budgetary numbers.

15. The documents Bates-Stamped CTR1600143 - CTR1600149 (E119, App. 9), CTR1610016 - CTR1610020 (E122, App. 10) and CTR1760001 - CTR1760004 (E143, App. 12) are draft "white papers" concerning shipments of spent nuclear fuel from shutdown nuclear reactor sites proposed as part of a budgetary analysis presented to Under Secretary Card. These documents were prepared in the process of formulating a recommendation by the Under Secretary regarding DOE's FY2003 budget request and reflect DOE's policy deliberations in the budgetary process. A later version of these documents appears at HQR2500624-HQR2500645 (E322, App. 28), which was subject to the court's August 25, 2003 order upholding the government's assertion of privilege.

16. The document Bates-Stamped CTR1600112 - CTR1600117 (E118, App. 9), CTR1620003 - CTR1620007 (E124, App. 10), CTR1620028 - CTR1620032 (E127, App. 10), CTR1770007 - CTR1770010 (E145, App. 12) and CTR1770011 - CTR1770014 (E146, App. 12) are draft "white papers" and related documents presenting information and analysis regarding acceptance rates and system costs for Under Secretary Card. These documents were prepared in response to questions and issues raised as part of the deliberative process of formulating a recommendation to the Under Secretary regarding DOE's FY2003 budget request. A similar version of these documents appears at

HQR2501236 - HQR2501245 (E341, App. 29) which was subject to the court's August 25, 2003 order upholding the government's assertion of privilege.

17. The documents Bates-Stamped HQR2640041 - HQR2640085 (E361, App. 31), HQR2890138 - HQR2890183 (E366, App. 31), HQR3080001 - HQR3080038 (E378, App. 32) and HQR3080039 - HQR3080072 (E379, App. 32) are draft, pre-decisional presentations titled "RW Waste Acceptance Analyses" to Under Secretary Card involving deliberations within DOE regarding waste acceptance scenarios.

18. The documents Bates-Stamped HQR2890012 - HQR2890015 (E363, App. 31), HQR2890016 - HQR2890033 (E364, App. 31), and HQR2890034 - HQR2890137 (E365, App. 31) are various draft "white papers" and documents regarding evaluations of various OCRWM waste acceptance scenarios. These documents were prepared in the process of developing a recommendation to Under Secretary Card regarding waste acceptance scenarios. Similar information was conveyed in a presentation set forth in the document identified at HQR2890138 - HQR2890183 (E366, App. 31). The documents reveal the deliberations within DOE regarding the evaluation and development of waste acceptance scenarios and form part of the deliberative process.

19. The documents Bates-Stamped HQR202 ID No. 7422 (E188, App. 14), HQR 202 ID No. 7425 (E189, App. 15), HQR2020001 - HQR2020105 (E190, App. 15), HQR2020106 - HQR2020284 (E191, App. 15), HQR2060003 - HQR2060059 (E208, App. 17), HQR2160014 - HQR2160015 (E236, App. 20) HQR2170024 - HQR2170031 (E240, App. 21), HQR2170065 - HQR2170080 (E242, App. 21) and HQR2330001 - HQR2330003 (E284, App. 25) are draft spreadsheets analyzing the costs of various

options for waste acceptance at a repository relating to DOE's FY 2003 budget request. The documents Bates-Stamped HQR2020285 - HQR2020311 (E192, App. 15) and HQR2050001 - HQR2050005 (E203, App. 16) are graphic presentations for group discussion of several policy options showing the effect of those options upon DOE's FY 2003 budget request. These documents were prepared in the process of formulating a recommendation for consideration by Under Secretary Card regarding DOE's FY2003 budget request. The documents reveal DOE's policy deliberations regarding the budgetary process.

20. The document Bates-Stamped HQR2050012 - HQR2050014 (E205, App. 17) is a brief untitled written summary prepared to assist DOE in evaluating the potential effects of a funding reduction for OCRWM. This document was prepared in the process of formulating a recommendation to Under Secretary Card regarding DOE's FY2003 budget request to OMB and reveals DOE's policy deliberation in the budgetary process. This document is substantially similar to a portion of the document Bates-Stamped HQR2501706 - HQR2501710 (E349, App. 30) which was subject to the court's August 25, 2003 order upholding the government's assertion of privilege.

21. The documents Bates-Stamped CTR1720056 - CTR1720058 (E136, App. 11), CTR1740067 - CTR1740069 (E141, App. 11) and HQR2190057 - HQR2190074 (E263, App. 23) are drafts of a graphic presentation regarding repository design options. The document Bates-Stamped HQR2190054 (E261, App. 23) is a draft agenda for a briefing for Dr. Chu regarding potential repository design changes. The document Bates-Stamped CTR1720059 (E137, App. 11) is a table containing background materials for the above-

referenced presentation regarding repository design options. These documents were prepared in the process of formulating a recommendation to the Under Secretary regarding DOE's FY2003 budgetary request which was ultimately submitted to OMB. These documents reveal the deliberations within DOE regarding repository design options and the impact on the budgetary process.

22. The document Bates-Stamped HQR2950001 - HQR2950003 (E371, App. 31) is handwritten notes from a meeting with Under Secretary Card reflecting analyses requested by the Under Secretary, including advice sought regarding budgetary considerations. It is my understanding that a redacted version of this document was previously released by the government. The redacted portion of this document was prepared in the process of formulating a recommendation to the Under Secretary regarding DOE's FY2003 budgetary request which was ultimately submitted to OMB. These documents reveal the deliberations within DOE regarding repository design options and the impact on the budgetary process.

23. The documents Bates-Stamped CTR1660061 - CTR1660070 (E130, App. 10), HQR2050015 - HQR2050018 (E206, App. 17) and HQR2190046 - HQR2190052 (E259, App. 23) are tables and several brief draft memoranda discussing the effect of FY 2003 budgetary options upon DOE programs. These documents were prepared in the process of formulating a recommendation for consideration by Under Secretary Card regarding DOE's FY2003 budget request. The documents reveal DOE's policy deliberations regarding the budgetary process.

24. The documents Bates-Stamped HQR3030001 - HQR3030009 (E373, App. 32),

HQR3030010 - HQR3030021 (E374, App. 32), HQR3030022 - HQR3030023 (E375, App. 32) and HQR3030024 - HQR3030027 (E376, App. 32) are documents regarding the need to replan OCRWM's FY2003 budget due to the extended continuing resolution. The replan was necessary because the actual appropriation for FY2003 was substantially below OCRWM's budget request. These documents were requested by Dr. Chu, the then Director of OCRWM, and provide recommendations regarding DOE's policy deliberations on this matter. These documents form part of the deliberative process.

25. The document Bates-Stamped HQR2930031 - HQR2930044 (E370, App. 31) is an OCRWM presentation titled "FY2005 OMB Budget Review" and reflects DOE deliberations regarding a budgetary request prepared for submission to OMB. This document were prepared in the process of formulating a recommendation regarding DOE's FY2005 budget request and reflect DOE's policy deliberations in the budgetary process.

26. The document Bates-Stamped HQR3060001 - HQR3060022 (E377, App. 32) is a draft memorandum for Under Secretary Card regarding DOE's identification of a preferred rail corridor to the repository at Yucca Mountain. The document reveals the deliberations within DOE regarding the identification of the rail corridor and the recommendations of OCRWM to the Under Secretary on this issue, and forms part of the deliberative process.

27. The document Bates-Stamped HQR2640086 - HQR2640099 (E362, App. 31) is a January 2004 presentation to Under Secretary Card regarding OCRWM program strategy, waste acceptance and transportation. The document reveals the recommendations presented to the Under Secretary and reveals the deliberations within DOE regarding

OCRWM's program strategy and decisions implicating waste acceptance and transportation, and forms part of the deliberative process.

28. The documents Bates-Stamped HQR2890184 - HQR2890198 (E367, App. 31) and HQR2890201 - HQR2890240 (E369, App. 31) are draft presentations titled "Proposed Approach for Initiating Modifications to Utility Disposal Contracts" prepared at the request of Under Secretary Card. The documents contain recommendations, and reveal internal DOE deliberations, regarding possible modifications to the standard contract between DOE and the contract holders. These documents form part of the deliberative process.

29. The documents Bates-Stamped HQR3130001 - HQR3130003 (E381, App. 32), HQR3130004 - HQR3130022 (E382, App. 32) and HQR3130023 - HQR3130096 (E383, App. 32) are notes, drawings, draft agenda and other materials prepared in connection with a briefing for Under Secretary Card regarding the design of the repository at Yucca Mountain. The documents reveal the deliberations within DOE regarding the development of recommendations for repository design and form part of the deliberative process.

30. The documents Bates-Stamped HQR2540001 - HQR2540083 (E356, App. 30) includes draft internal memoranda, drafts for graphic presentation, and other notes analyzing the costs and benefits of DOE's FY 2003 budget request and its effect upon the repository at Yucca Mountain. The documents Bates-Stamped CTR1680001 - CTR1680025 (E131, App. 10) and HQR3080039 - HQR3080072 (E379, App. 32) are draft slide presentations prepared for Under Secretary Card regarding transportation options for a repository at

Yucca Mountain. These documents reveal the deliberations within DOE regarding transportation options for the repository and reflect the recommendations of DOE personnel. A substantially similar version of these documents is found at HQR2540056 - HQR2540083 , which is included as part of the Bates-Stamped document HQR2540001 - HQR2540083 (E356) noted above, and was subject to the court's August 25, 2003 order upholding the government's assertion of privilege.

31. The documents Bates-Stamped CTR1740001 - CTR1740003 (E138, App. 11), CTR1740031 - CTR1740039 (E140, App. 11), HQR2080001 - HQR2080005 (E213, App. 18), HQR2080006 - HQR2080018 (E214, App. 18) and HQR2080019 - HQR2080042 (E215, App. 18) are graphs, tables, and a list of assumptions considering the effect of options considered by OCRWM regarding the rate of SNF acceptance.

32. The documents Bates-Stamped HQR2040001 - HQR2040005 (E197, App. 16), HQR2050006 - HQR2050011 (E204, App. 16), HQR2070001 - HQR2070005 (E209, App. 17), HQR2100021 - HQR2100025 (E222, App. 19), HQR2130004 - HQR2130006 (E225, App. 19), HQR2130016 - HQR2130027 (E227, App. 19), HQR2130032 - HQR2130042 (E229, App. 19), HQR2140001 - HQR2140014 (E230, App. 19), HQR2160001 - HQR2160013 (E235, App. 20), HQR2160016 - HQR2160026 (E237, App. 20), HQR2190025 - HQR2190032 (E255, App. 22), HQR2190041 - HQR2190045 (E258, App. 23), HQR2190053 (E260, App. 23), HQR2220011 - HQR2220026 (E271, App. 24) and HQR2230001 - HQR2230007 (E273, App. 24) are draft memoranda, checklists and related e-mails discussing the relative merits of various concepts relating to the operation and construction of a repository and their budgetary effect. These

documents were prepared in the process of formulating a recommendation for consideration by Under Secretary Card regarding DOE's FY2003 budget request which was ultimately submitted to OMB.

33. The documents Bates-Stamped CTR1620008 - CTR1620011 (E125, App.10), HQR2170113 - HQR2170122 (E246, App. 21), HQR2180137 - HQR2180144 (E252, App. 22), HQR2190055 - HQR2190056 (E262, App. 23), HQR2190075 - HQR2190152 (E264, App. 23), HQR2200013 (E266, App. 23), HQR2210001 (E267, App. 23), HQR2220005 - HQR2220010 (E270, App. 24), HQR2220027 - HQR2220042 (E272, App. 24), HQR2230008 - HQR2230015 (E274, App. 24), HQR2240001 - HQR2240002 (E275, App. 24), HQR2250001 (E276, App. 24), HQR2260001 - HQR2260005 (E277, App. 25), HQR2270001 - HQR2270016 (E278, App. 25), HQR2280001 (E279, App. 25), HQR2290001 (E280, App. 25), HQR2300001 - HQR2300008 (E281, App. 25) and HQR2310001 (E282, App. 25) are a series of e-mails and graphs regarding an internal memorandum analyzing the costs and benefits to DOE of various options for SNF acceptance at Yucca Mountain. These documents were prepared in the process of formulating a recommendation for consideration by Under Secretary Card regarding DOE's FY2003 budget request which was ultimately submitted to OMB. The documents reveal DOE's deliberations regarding the budget process and reflect DOE's policy deliberations, and form part of the deliberative process.

34. The documents Bates-Stamped HQR2170032 - HQR2170064 (E241, App. 21) and HQR2170081 - HQR2170100 (E243, App. 21) are draft spreadsheets titled "Minimum Funding Profiles" analyzing the costs relating to various options for the acceptance of

SNF at a repository. The document Bates-Stamped HQR2170101 - HQR2170108 (E244, App. 21) is a draft of an internal memorandum analyzing the potential effect of various options for SNF acceptance. The document Bates-Stamped HQR2170109 - HQR2170112 (E245, App. 21) is a draft spreadsheet analyzing the potential costs related to an option for SNF acceptance. These documents were prepared in the process of formulating a recommendation for consideration by Under Secretary Card regarding DOE's FY2003 budget request which was ultimately submitted to OMB. The documents reveal DOE's deliberations regarding the budget process and reflect DOE's policy deliberations and form part of the deliberative process.

35. The documents Bates-Stamped CTR1660055 - CTR1660060 (E129, App. 10), HQR2040006 (E198, App. 16), HQR2040007 - HQR2040008 (E199, App. 16), HQR2040009 - HQR2040011 (E200, App. 16) , HQR2040012 - HQR2040014 (E201, App. 16), HQR2070006 - HQR2070008 (E210, App. 17), HQR2070009 - HQR2070011 (E211, App. 17), HQR2100005 - HQR2100007 (E219, App. 18) and HQR2140019 (E232, App. 20) are several versions of a graphic depiction showing the effect of several budgetary options upon the construction of a repository at Yucca Mountain and SNF acceptance at the repository. These documents were prepared in the process of formulating a recommendation for consideration by Under Secretary Card regarding DOE's FY2003 budget request which was ultimately submitted to OMB. The documents reveal DOE's deliberations regarding the budget process and reflect DOE's policy deliberations and form part of the deliberative process.

36. The documents Bates-Stamped HQR2100001 - HQR2100003 (E217, App. 18),

HQR2100004 (E218, App. 18), HQR2100019 - HQR2100020 (E221, App. 18) and HQR2200001 - HQR2200012 (E265, App. 23) are draft memoranda and graphic presentations addressing the effect of budget reductions upon the construction of a repository. These documents were prepared in the process of formulating a recommendation for consideration by Under Secretary Card regarding DOE's FY2003 budget request which was ultimately submitted to OMB. The documents reveal DOE's deliberations regarding the budget process and reflect DOE's policy deliberations and form part of the deliberative process.

37. The documents Bates-Stamped HQR2130001 - HQR2130003 (E224, App. 19) and HQR2130007 - HQR2130015 (E226, App. 19) are internal memoranda listing various concepts and options regarding SNF acceptance and the related budgetary effect. These documents were prepared in the process of formulating a recommendation for consideration by Under Secretary Card regarding DOE's FY2003 budget request which was ultimately submitted to OMB. The documents reveal DOE's deliberations regarding the budget process and reflect DOE's policy deliberations and form part of the deliberative process.

38. The documents Bates-Stamped CTR1710001 - CTR1710156 (E132, App. 11), HQR2110001 - HQR2110115 (E223, App. 19), HQR 2130028 - HQR2130031 (E228, App. 19) , HQR2140015 - HQR2140018 (E231, App. 20), and HQR2190039 - HQR2190040 (E257, App. 23) are spreadsheets analyzing the costs of various options relating to the construction and operation of a repository. These documents were prepared in the process of formulating a recommendation for consideration by Under

Secretary Card regarding DOE's FY2003 budget request which was ultimately submitted to OMB. The documents reveal DOE's deliberations regarding the budget process and reflects DOE's policy deliberations and form part of the deliberative process.

39. The documents Bates-Stamped HQR2320001 - HQR2320018 (E283, App. 25) is a draft memorandum, and HQR2340001 (E285, App. 25) is an e-mail forwarding a memorandum discussing the costs and benefits of an option for receipt and emplacement of SNF at Yucca Mountain. These documents were prepared in the process of formulating a recommendation for consideration by Under Secretary Card regarding DOE's FY2003 budget request which was ultimately submitted to OMB. The documents reveal DOE's deliberations regarding the budget process and reflect DOE's policy deliberations and form part of the deliberative process.

40. The documents Bates-Stamped HQR2180003 - HQR2180004 (E248, App. 21), HQR2190033 - HQR2190038 (E256, App. 22) and HQR2220001 - HQR2220004 (E269, App. 24) are drafts of an internal memorandum titled "Yucca Project Expectations" and related e-mails regarding the effect of various options for SNF acceptance. These documents were prepared in the process of formulating a recommendation for consideration by Under Secretary Card regarding DOE's FY2003 budget request which was ultimately submitted to OMB. The documents reveal DOE's deliberations regarding the budget process and reflect DOE's policy deliberations and form part of the deliberative process.

41. The document Bates-Stamped CTR1620001 - CTR1620002 (E123, App. 10) is an e-mail and attached graph regarding utilities' estimates of at-reactor storage costs for spent

nuclear fuel. This document was prepared as part of a study analyzing the cost and benefits of building a repository at Yucca Mountain as part of DOE's formulation of a recommendation for Under Secretary Card regarding a budgetary request. This document reflects DOE's policy deliberations involving the budgetary process and forms part of the deliberative process.

42. The document Bates-Stamped HQR2180005 - HQR2180026 (E249, App. 22) is a draft of a graphic presentation dealing with an option for SNF acceptance, entitled "OCRWM Transportation and Waste Acceptance Project: Status, Issues and Plans." This document was prepared in the process of formulating a recommendation to Under Secretary Card regarding DOE's FY2003 budget request to OMB and reveals DOE's policy deliberation in the budgetary process. This document is substantially similar to portions of the document Bates-Stamped HQR2501471 - HQR2501696 (E346, App. 30) which was subject to the court's August 25, 2003 order upholding the government's assertion of privilege.

43. The documents Bates-Stamped HQR2350001 - HQR2350002 (E286, App. 25) are e-mails discussing the financial modeling for waste acceptance. These documents were prepared in the process of formulating a recommendation for consideration by Under Secretary Card regarding DOE's FY2003 budget request which was ultimately submitted to OMB. The documents reveal DOE's deliberations regarding the budget process and reflect DOE's policy deliberations and form part of the deliberative process.

I declare under the penalty of perjury, this 10TH day of November, 2005, that the foregoing is true and correct to the best of my knowledge and belief.

Ronald A. Milner
Chief Operating Officer
Office of Civilian Radioactive Waste Management