IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| YANKEE ATOMIC ELECTRIC COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 98-126C<br>(Senior Judge Merow) |

## ASSERTION OF DELIBERATIVE PROCESS PRIVILEGE

1. I have been informed that, in response to discovery requests from the utility plaintiffs, the Department of Energy ("DOE") has reviewed and produced thousands of documents referring or relating to DOE's delay in beginning acceptance of spent nuclear fuel ("SNF") and/or high-level radioactive waste ("HLW") by January 31, 1998, and the schedule by which DOE was obligated to accept SNF and/or HLW. In that process, DOE's attorneys have withheld a small number of documents that involve and/or reflect the Department's deliberative processes. DOE has a policy of protecting its deliberative processes in order to assure free flow of ideas and candid discussion of alternatives, which are essential to its efficient operation.

2. I have determined that disclosure of any of the deliberative process contents of the documents discussed in this affidavit would impair the Office of Environmental Management's ("EM") efficient operations by interfering with the flow of confidential communications within the agency. If these drafts were publicized now, agency personnel would, in my opinion, be reluctant to set forth their positions. Thus, release would hamper the future intra-agency exchange of opinions and ideas, and would have a "chilling effect" on the

give-and-take involved in agency decisionmaking. It is in the public interest to insure that opinions and recommendations are expressed openly within the agency.

3. Pursuant to a formal delegation by the Secretary of Energy to the Under Secretary of Energy, Science and Environment, and a subsequent formal redelegation from the Under Secretary to the Director, Office of Environmental Management, the Director or her delegate has responsibility for asserting the Government's deliberative process privilege within the cognizance of her Office. Copies of those delegations accompany this declaration.

4. Accordingly, because decisions regarding response to incoming correspondence from Governor King and associated development of Department of Energy policy regarding Greater-Than-Class-C ("GTCC") radioactive waste acceptance matters pursuant to the Low-Level Radioactive Waste Amendments Act of 1985, 42 U.S.C. §§ 2021b-2021i, are within the cognizance of EM, I, Patrice M. Bubar, delegate of Jessie H. Roberson, Assistant Secretary for Environmental Management, hereby assert the deliberative process privilege upon behalf of the Department of Energy for the following described documents:

A. The document Bates-Stamped HQR1650197-HQR1650197 contains draft language for possible inclusion in Secretary Abraham's response to a October 1, 2001 letter from Governor King, the Governor of the State of Maine, concerning GTCC waste. The document reveals the deliberations of DOE regarding the manner in which the agency would respond to the Governor of Maine's letter regarding DOE's plans for the removal of GTCC waste. The draft forms part of the deliberative process.

B. The documents Bates-Stamped HQR0920100-HQR0920101, HQR0920102-HQR0920103, HQR1650209-HQR1650222, HQR1660022-HQR1660022,

HQR1660023-HQR1660023, HQR1660024-HQR1660024, HQR1660025-HQR1660031, HQR1660032-HQR1660045, HQR1670001-HQR1670010, HQR1670011-HQR1670020, HQR1670022-HQR1670023, HQR1670024-HQR1670025, HQR1670027-HQR1670030, HQR1670032-HQR1670033, HQR1670035-HQR1670037, HQR1670044-HQR1670047, HQR1670048-HQR1670053, HQR1670054-HQR1670054, HQR1670057-HQR1670067, HQR1670068-HQR1670082, HQR1670087-HQR1670090, HQR1670100-HQR1670103, HQR1670104-HQR1670105, HQR1670106-HQR1670107, HQR1670108-HQR1670112, HQR1670113-HQR1670113, HQR1670114-HQR1670114, HQR1670115-HQR1670115, HQR1670116-HQR1670118, HQR1670119-HQR1670120, HQR1670121-HQR1670122, HQR1670123-HQR1670126, HQR1670127-HQR1670129, HQR1670130-HQR1670133, HQR1690001-HQR1690013, HQR1690014-HQR1690017, HQR1690018-HQR1690018, HQR1690019-HQR1690025, HQR2500360-HQR2500366, HQR2500367-HQR2500373, HQR2500374-HQR2500376, HQR2500377-HQR2500389, HQR2500390-HQR2500396, HQR2500397-HQR2500399, HQR2500401-HQR2500402, HQR2510117-HQR2510119, HQR2510130-HQR2510130, HQR2510160-HQR2510173, HQR2510174-HQR2510174, HQR2510175-HQR2510175, HQR2510176-HQR2510184, HQR2520001-HQR2520008, HQR2520009-HQR2520018, HQR2520019-HQR2520028, HQR2520029-HQR2520063, NRC0040212-NRC0040213, NRC0040244-NRC0040244, NRC0040251-NRC0040251, NRC0040275-NRC0040277, NRC0040279-NRC0040280, NRC0040293-NRC0040295, NRC0040296-NRC0040298 are substantially similar versions of one or more of the following:

(i) an informal memorandum addressed to Jessie H. Roberson, Assistant Secretary for Environmental Management, from Lake H. Barrett, Acting Director of Office of Civilian Radioactive Waste Management (OCRWM), dated December 13, 2001, or an undated version, regarding a draft response to the October 1, 2001 letter from Governor King of Maine;

(ii) an undated draft response from Secretary Abraham to Governor King;

(iii) a draft memorandum dated January 10, 2002, or an undated version, for the Secretary from Lake H. Barrett regarding the response to Governor King's letter;

(iv) undated draft memorandum for the Secretary from Jessie Roberson regarding the response to Governor King's letter;

(v) undated draft memorandum from Matt Urie to Susan Klein and Dave Zabransky;

(vi) OCRWM correspondence tracking system ticket that tracks DOE's response to Governor King's October 1, 2001 letter;

(vii) Office Of Environmental Management correspondence tracking system log that tracks DOE's response to Governor King's October 1, 2001 letter; and

(viii) e-mails forwarding one or more versions of (i) - (vii)

Various documents include handwritten notes and/or edits. The specific policy decision at issue was the manner in which DOE would respond to Governor King's request to the Secretary to reconsider providing centralized interim storage for GTCC waste. The documents reflect the Department's policy deliberations relating to that decision and form part of the deliberative process.

C. The document Bates-Stamped HQR1670038-HQR1670039 is an e-mail regarding the tracking of DOE's response to Governor King's letter. The document reveals DOE's deliberative process in deciding how to respond to Governor King's letter.

D. The document Bates-Stamped HQR1670055-HQR1670056 is comprised of an

e-mail addressed to Elissa Turner, OCRWM, and Adella Thompson, OCRWM, from Shirley Davis, OCRWM, regarding the status of the response to Governor King's October 1, 2001 letter and a page from OCRWM Correspondence Tracking System tracking DOE's response to the October 1, 2001 letter from Governor King. The specific policy decision at issue was the manner in which to respond to Governor King's request to the Secretary to reconsider providing centralized interim storage for GTCC waste. The document reflects the Department's policy deliberations relating to that decision and forms part of the deliberative process.

E. The document Bates-Stamped HQR1670083-HQR1670083 is an e-mail addressed to Darius Smith, OCRWM, from Susan Klein. The e-mail forwarded one page of DOE's Correspondence Tracking System. The specific policy decision at issue was the manner in which to respond to Governor King's request to the Secretary to reconsider providing centralized interim storage for GTCC waste. The document reflects the Department's policy deliberations relating to that decision and forms part of the deliberative process.

F. The documents Bates-Stamped HQR1670084-HQR1670084 and HQR2510159-HQR2510159 are copies of a DOE correspondence tracking system log. The documents track DOE's response to Governor King's October 1, 2001 letter. The documents reveal DOE's deliberative process in deciding the manner in which DOE would respond to Governor King's letter.

G. The document Bates-Stamped HQR1670085-HQR1670086 is a correspondence tracking system log from the Office of the Executive Secretariat. The document tracks DOE's development of a response to Governor King's October 1, 2001 letter. The document

reveals DOE's deliberative process in deciding the manner in which DOE would respond to Governor King's letter.

H. The document Bates-Stamped HQR1670091-HQR1670092 is a draft memorandum from Dr. Margaret Chu, Director of the Office of Civilian Radioactive Waste Management, to the Secretary regarding DOE's response to Governor King's October 1, 2001 letter. The documents Bates-Stamped HQR1670098-HQR1670099 and HQR2510112-HQR2510114 are substantially similar versions of the document. The document Bates-Stamped HQR1670093-HQR1670095 is a substantially similar version of the document with handwritten notes and edits. The documents provide recommendations to the Secretary, reveal the deliberations of DOE regarding the manner in which DOE should respond to Governor King's letter, and form part of the deliberative process.

I. The document Bates-Stamped HQR1670096-HQR1670097 is a concurrence sheet for the draft memorandum from Dr. Margaret Chu, Director of the Office of Civilian Radioactive Waste Management, to the Secretary regarding DOE's response to Governor King's October 1, 2001 letter. The document contains handwritten notes. The document reveals the deliberations of DOE regarding the manner in which DOE should respond to Governor King's letter and forms part of the deliberative process.

J. The document Bates-Stamped HQR1680027-HQR1680028 is comprised of three e-mail exchanges among Ellen Livingston, Patrice M. Bubar, and Ken Chacey regarding DOE's potential response to the October 1, 2001 letter from Governor King. The specific policy decision at issue was the manner in which DOE should respond to Governor King's request to the Secretary to reconsider providing centralized interim storage for

GTCC waste. The document reflects the Department's policy deliberations relating to that decision and forms part of the deliberative process.

K. The document Bates-Stamped HQR1680033-HQR1680035 is comprised of e-mail exchanges among Christi Sullivan, Patrice M. Bubar (EM), Ellen Livingston, and Matt Urie regarding DOE's response to the October 1, 2001 letter from Governor King. The specific policy decision at issue was the manner in which DOE should respond to Governor King's request to the Secretary to reconsider providing centralized interim storage for GTCC waste. The document reflects the Department's policy deliberations relating to that decision and forms part of the deliberative process.

L. The document Bates-Stamped HQR1690026-HQR1690028 is a DOE correspondence tracking system log that tracks DOE's response to Governor King's October 1, 2001 letter. The document reveals the deliberations of DOE regarding the manner in which DOE should respond to Governor King's letter and forms part of the deliberative process.

M. The document Bates-Stamped HQR2510080-HQR2510083 are e-mails providing weekly reports to Karen Guevara from Robert Campbell. The e-mails identify actions taken in connection with the preparation of DOE's possible response to Governor King's letter. The document reveals the deliberations of DOE regarding the manner in which DOE should respond to Governor King's letter and forms part of the deliberative process.

N. The document Bates-Stamped HQR2510207-HQR2510207 is a memorandum outlining the history of correspondence between Governor King and DOE regarding GTCC and detailing the NRC's input. The document reveals the deliberations of DOE regarding the

manner in which DOE should respond to Governor King's letter and forms part of the deliberative process.

O. The document Bates-Stamped NRC0040204-NRC0040204 is a summary of letters to be discussed at an internal NRC meeting, including Governor King's October 1, 2001 letter. The summary charts the status of DOE's responses to letters addressing GTCC and SNF removal, the security measures at Maine Yankee, and comments regarding those letters. The document reveals DOE's policy deliberations regarding the manner in which DOE should respond to those letters and forms part of the deliberative process.

P. The document Bates-Stamped NRC0040243-NRC0040243 is an e-mail from James Kennedy (NRC-OGC) addressed to Bill Reamer (NRC), E. Neil Jensen (NRC), M. Wayne Hodges (NRC), Michael Webb (NRC), and Thomas Essig (NRC) describing proposed responses from DOE and the NRC to Governor King's October 1, 2001 letter. The document Bates-Stamped NRC0040250-NRC004250 is a duplicate of this document. The documents reflect DOE's policy deliberations regarding the manner in which DOE should respond to Governor King's letter and form part of the deliberative process.

Q. The document Bates-Stamped NRC0040245-NRC0040245 contains the NRC's proposed revision to DOE's draft response to Governor King's October 1, 2001 letter. The document Bates-Stamped NRC0040252-NRC0040252 is a duplicate of this document. The documents reveal DOE's policy deliberations regarding the manner in which DOE should respond to Governor King's letter and form part of the deliberative process.

R. The document Bates-Stamped NRC0040257-NRC0040262 is a presentation titled "Coordination of Responses to Maine on SNF and GTCC and GTCC Options for the Future." The document contains DOE's comments and draft responses to Governor King's October 1, 2001 and October 4, 2001 letters. The document reveals DOE's policy deliberations regarding the manner in which DOE should respond to Governor King's letters and forms part of the deliberative process.

S. The document Bates-Stamped NRC0040263-NRC0040264 is an e-mail regarding the NRC's review and comments on DOE's proposed response to Governor King's October 1, 2001 letter. The document reveals the NRC's policy deliberations regarding the manner in which DOE should respond to Governor King's letter and forms part of the deliberative process.

T. The document Bates-Stamped NRC0040274-NRC0040274 is an e-mail from James Kennedy addressed to E. Neil Jensen and Robert Temps requesting review of DOE's proposed response to Governor King's October 1, 2001 letter. The document Bates-Stamped NRC0040278-NRC0040278 is a substantially similar version of this document. The documents reveal DOE's policy deliberations regarding the manner in which DOE should respond to Governor King's letter and form part of the deliberative process.

U. The document Bates-Stamped HQR2501138-HQR2501139 is an e-mail providing information regarding concurrence on the attached draft memorandum from Margaret Chu to the Secretary concerning a proposed response to Governor King's letter. The draft provides background information and recommendations to the Secretary. The document

reveals DOE's policy deliberations regarding the manner in which DOE should respond to Governor King's letter and forms part of the deliberative process.

After personally reviewing each of the above described documents, I conclude that they all reflect DOE's deliberative processes and should be protected from disclosure.

I declare under the penalty of perjury, this 12th day of June, 2003, that the foregoing is true and correct to the best of my knowledge and belief.

Patrice M. Bubar

Patrice M. Bubar
Deputy Assistant Secretary for
Integration and Disposition
Office of Environmental Management