**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| PACIFIC GAS & ELECTRIC COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-0074C, into which has been |
| v. | ) | consolidated No. 04-0075C |
| | ) | (Judge Hewitt) |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

**ASSERTION OF DELIBERATIVE PROCESS PRIVILEGE**

1. I have been informed that, in response to discovery requests from the utility plaintiffs, the Department of Energy ("DOE") has reviewed and produced thousands of documents referring or relating to DOE's delay in beginning acceptance of spent nuclear fuel ("SNF") and/or high-level radioactive waste ("HLW") by January 31, 1998, and the schedule by which DOE was obligated to accept SNF and/or HLW. In that process, DOE's attorneys have withheld a small number of documents that involve and/or reflect the Department's deliberative processes. DOE has a policy of protecting its deliberative processes in order to assure free flow of ideas and candid discussion of alternatives, which are essential to its efficient operation.

2. I have determined that disclosure of any of the deliberative process contents of the documents discussed in this affidavit would impair the Office of Environmental Management's ("EM") efficient operations by interfering with the flow of confidential communications within the agency and would be injurious to the Government's decision making functions. If these documents were disclosed, agency personnel would, in my opinion, be reluctant to set forth their positions. Thus, release would hamper the future intra-agency exchange of opinions and ideas, and would have a chilling effect on the give-and-take involved

in agency decisionmaking. It is in the public interest to insure that opinions and recommendations are expressed openly within the agency.

3. Pursuant to a formal delegation by the Secretary of Energy to the Under Secretary of Energy, Science and Environment, and a subsequent formal redelegation from the Under Secretary to the Director, Office of Environmental Management, the Director or his delegate has responsibility for asserting the Government's deliberative process privilege within the cognizance of his Office. Copies of those delegations accompany this declaration.

4. Accordingly, because decisions regarding Greater-Than-Class-C ("GTCC") low-level radioactive waste acceptance matters pursuant to the Low-Level Radioactive Waste Amendments Act of 1985, 42 U.S.C. §§ 2021b-2021i, are within the cognizance of EM, I, Frank Marcinowski III, delegate of James A. Rispoli, Assistant Secretary for Environmental Management, hereby assert the deliberative process privilege upon behalf of DOE for the following described documents:

A. The documents Bates-Stamped HQR3180679 (E1, App. 1)[1] and HQR3180814 (E14, App. 1) are summary tables addressing alternatives for the scope of a potential environmental impact statement (EIS) for the disposal of GTCC. The documents reveal the deliberations of DOE regarding the manner in which the agency would address an EIS for the disposal of GTCC waste and form part of the deliberative process.

---

[1]In the appendix to its motion to compel, PG&E renumbered documents listed in the Government's privilege log. The references in this declaration to "E __" refer to the number that PG&E has assigned to the document at issue, and "App. __" refers to the page of PG&E's appendix upon which the privilege log entry for that document is found.

B. The document Bates-Stamped HQR3180680 - HQR3180682 (E2, App. 1) is a memorandum outlining potential DOE activities between issuance of an Advanced Notice of Intent ("ANOI") and Notice of Intent ("NOI") to conduct an EIS for the disposal of GTCC. The document reveals the deliberations of DOE regarding the manner in which the agency would address an EIS for the disposal of GTCC waste and forms part of the deliberative process.

C. The documents Bates-Stamped HQR3180683 - HQR3180696 (E3, App. 1), HQR3180697 - HQR3180710 (E4, App. 1), HQR3180711 - HQR3180724 (E5, App. 1), HQR3180725 - HQR3180739 (E6, App. 1), HQR3180740 - HQR3180753 (E7, App. 1), HQR3180754 - HQR3180767 (E8, App. 1), HQR3180768 - HQR3180781 (E9, App. 1), HQR3180782 - HQR3180795 (E10, App. 1), HQR3180796 - HQR3180809 (E11, App. 1), HQR3180001 - HQR3180014 (E20, App. 2), HQR3180015 - HQR3180028 (E21, App. 2), HQR3180029 - HQR3190041 (E22, App. 2), HQR3180042 - HQR3180055 (E23, App. 2), HQR3180056 - HQR3180066 (E24, App. 2), HQR3180067 - HQR3180077 (E25, App. 2), HQR3180078 - HQR3180088 (E26, App. 2), HQR3180089 - HQR3180105 (E27, App. 2), HQR3180106 - HQR3180124 (E28, App. 2), HQR3180125 - HQR3180141 (E29, App. 2), HQR3180142 - HQR3180156 (E30, App. 2), HQR3180157 - HQR3180171 (E31, App. 2), HQR3180172 - HQR3180184 (E32, App. 2), HQR3180185 - HQR3180198 (E33, App. 2), HQR3180199 - HQR3180213 (E34, App. 3), HQR3180214 - HQR3180231 (E35, App. 3), HQR3180232 - HQR3180245 (E36, App. 3),

HQR3180246 - HQR3180262 (E37, App. 3), HQR3180263 - HQR3180278 (E38, App. 3), HQR3180279 - HQR3180294 (E39, App. 3), HQR3180295 - HQR3180311 (E40, App. 3), HQR3180312 - HQR3180329 (E41, App. 3), HQR3180330 - HQR3180347 (E42, App. 3), HQR3180348 - HQR3180361 (E43, App. 3), HQR3180362 - HQR3180376 (E44, App. 3), HQR3180377 - HQR3180396 (E45, App. 3), HQR3180397 - HQR3180414 (E46, App. 3), HQR3180415 - HQR3180416 (E47, App. 3), HQR3180432 - HQR3180450 (E48, App. 3), HQR3180451 - HQR3180469 (E49, App. 3), and HQR3180470 - HQR3180488 (E50, App. 4) are all draft pre-decisional versions of an Advance Notice of Intent to Prepare an Environmental Impact Statement for the Disposal of Greater-Than-Class-C Low-Level Radioactive Waste, prepared in 2003 and 2004. DOE officially published an Advance Notice of Intent on May 11, 2005. 70 Fed. Reg. 24,775 (May 11, 2005). The documents reveal the deliberations of DOE regarding the manner in which the Department would address an EIS for the disposal of GTCC waste and form part of the deliberative process.

D. The documents Bates-Stamped HQR3180674 - HQR3180676 (E55, App. 4), HQR3180505 - HQR3180506 (E62, App. 4), HQR3180507 - HQR3180509 (E63 App. 5), HQR3180510 - HQR3180514 (E64, App. 5), HQR3180581 - HQR3180585 (E80, App. 6), HQR3180586 - HQR3180590 (E81, App. 6), HQR3180591 - HQR3180595 (E82, App. 6), HQR3180596 - HQR3180599 (E83, App. 6), HQR3180600 - HQR3180603 (E84, App. 6), HQR3180604 - HQR3180608 (E85, App. 6), HQR3180609 - HQR3180613 (E86, App. 6),

HQR3180614 - HQR3180618 (E87, App. 7), HQR3180619 - HQR3180623 (E88, App. 7), HQR3180624 - HQR3190628 (E89, App. 7), HQR3180629 - HQR3180633 (E90, App. 7), HQR3180634 - HQR3180637 (E91, App. 7), HQR3180638 - HQR3180641 (E92, App. 7), HQR3180642 - HQR3180646 (E93, App. 7), HQR3180647 - HQR3180652 (E94, App. 7), HQR3180653 - HQR3180658 (E95, App. 7), and HQR3180659 - HQR3180663 (E96, App. 8), are all draft pre-decisional versions of an internal DOE memorandum to the Secretary of Energy regarding an Advance Notice of Intent to Prepare an Environmental Impact Statement for the Disposal of Greater-Than-Class-C Low-Level Radioactive Waste, prepared in 2003 and 2004. The documents reveal the deliberations of DOE regarding the manner in which the Department would address an EIS for the disposal of GTCC waste and form part of the deliberative process.

E. The documents Bates-Stamped HQR3180810 - HQR3180811 (E12, App. 1), HQR3180812 - HQR3180813 (E13, App. 1), HQR3180865 (E18, App. 2), HQR3180522 - HQR3180525 (E67, App. 5), HQR3180526 - HQR3180528 (E68, App. 5), HQR3180535 (E71, App. 5), HQR3180537 - HQR3180538 (E72, App. 5), HQR3180539 - HQR3180541 (E73, App. 5), HQR3180542 - HQR3180543 (E74, App. 5), HQR3180515 - HQR3180517 (E97, App. 8), HQR3180536 (E98, App. 8), HQR3180544 - HQR3180548 (E99, App. 8), HQR3180549 (E100, App. 8), HQR3180555 - HQR3180561 (E101, App. 8), HQR3180579 - HQR3180580 (E102, App. 8), HQR3180562 - HQR3180565 (E103, App. 8), and HQR3200390

- HQR3200391 (E386, App. 32) all draft pre-decisional internal DOE "white papers" regarding the potential scope of an Advance Notice of Intent to Prepare an Environmental Impact Statement for the Disposal of Greater-Than-Class-C Low-Level Radioactive Waste, prepared in 2003 and 2004. The documents reveal the deliberations of DOE regarding the manner in which the Department would address an EIS for the disposal of GTCC waste and form part of the deliberative process.

F. The documents Bates-Stamped HQR3180860 (E15, App. 1) and HQR3180866 (E19, App. 2) are written agendas, prepared by DOE employees, for meetings between DOE, U.S. Nuclear Regulatory Commission ("NRC") and U.S. Environmental Protection Agency ("EPA") representatives regarding an EIS for the disposal of GTCC. The documents reveal the deliberations of DOE regarding the manner in which the Department and other executive agencies would address an EIS for the disposal of GTCC waste and form part of the deliberative process.

G. The documents Bates-Stamped HQR3180861 - HQR3180862 (E16, App. 1) and HQR3180863 - HQR3180864 (E17, App. 2) are undated draft letters from DOE to NRC regarding preparation of an EIS for GTCC and an inquiry regarding NRC's participation in the preparation of an EIS. The letter reflects the deliberations within DOE regarding the potential role that the NRC would undertake in preparation of an EIS. The documents reveal the deliberations of DOE regarding the manner in which the agency would address an EIS for the disposal of GTCC waste and form part of the deliberative process.

H. The documents Bates-Stamped HQR3180518 - HQR3180519 (E65, App. 5) and HQR3180520 - HQR3180521 (E66, App. 5) are draft summaries, dated October 29, 2003 and prepared by DOE employees, of a meeting held on October 28, 2003 between DOE and a contractor regarding a potential EIS for the disposal of GTCC. The summaries reflect the deliberations within DOE regarding the potential scope and activities involved in the preparation of an EIS. The documents form part of the deliberative process.

I. The documents Bates-Stamped HQR3180529 - HQR3180531 (E69, App. 5) and HQR3180532 - HQR3180534 (E70, App. 5) are undated summaries of a meeting held within DOE to discuss a potential EIS for disposal of GTCC and related activities. The document reveals the deliberations of DOE regarding the manner in which the agency would address an EIS for the disposal of GTCC waste and forms part of the deliberative process.

J. The documents Bates-Stamped HQR3180566 - HQR3180568 (E75, App. 5), HQR3180569 - HQR3180571 (E76, App. 5) and HQR3180572 - HQR3180574 (E77, App. 6) are draft responses prepared by DOE in response to a February 10, 2004 question from Senator Daniel Akaka to then Deputy Secretary of Energy Kyle McSlarrow regarding DOE's ability to develop a disposal facility for GTCC. The documents reveal the deliberations within DOE on how to respond to Senator Akaka's question and form part of the deliberative process.

K. The documents Bates-Stamped HQR3180575 - HQR318-576 (E78, App. 6) and HQR3180577 - HQR3180578 (E79, App. 6) are draft DOE news releases, dated

October 2003, regarding the potential publication of an ANOI to prepare an EIS for the disposal of GTCC. The draft news releases reflect the deliberations within DOE regarding the issuance of an ANOI for an EIS and form part of the deliberative process.

L. The documents Bates-Stamped HQR3180664 - HQR3190668 (E51, App. 4), HQR3180669 (E52, App. 4), HQR3180670 (E53, App. 4), HQR3180498 - HQR3180499 (E57, App. 4), HQR3180500 (E58, App. 4) and HQR3180501 (E59, App. 4) include a memorandum and inserts for memoranda to the Secretary of Energy regarding ongoing departmental activities, including reports regarding the status of activities related to the preparation of an EIS for GTCC. These documents reflect the deliberations within DOE regarding the preparation of an EIS and form part of the deliberative process.

M. The document Bates-Stamped HQR3180671 - HQR3180673 (E54, App. 4) is a draft document prepared by DOE in response to a General Accounting Office ("GAO") report titled "Nuclear Nonproliferation: DOE Action Needed to Ensure the Continued Recovery of Unwanted Sealed Radioactive Sources, Report No. GAO03-483 " The document reveals the deliberations of DOE regarding potential plans for disposal of GTCC and forms part of the deliberative process.

N. The documents Bates-Stamped HQR3180677 - HQR3180678 (E56, App. 4) and HQR31800504 (E61, App. 4) are draft documents prepared in response to questions from Senator Pete Domenici regarding DOE's sealed source recovery program and plans for an EIS for the disposal of GTCC. The document reveals

the deliberations of DOE regarding the preparation of an EIS for the disposal of GTCC and forms part of the deliberative process.

O. The document Bates-Stamped HQR3180502 - HQR3180503 (E60, App. 4) is an informal note, prepared by DOE, regarding the submission of a written statement to the U.S Senate and U.S. House of Representatives regarding the above-referenced GAO report. The note contains recommendations to an Assistant Secretary of Energy and reveals the Department's deliberations regarding the proposed submission to Congress and the deliberations of DOE regarding the preparation of an EIS for the disposal of GTCC. The document forms part of the deliberative process.

P. The document Bates-Stamped HQR3190112 - HQR3190131 (E384, App. 32) are four copies of "white papers" summarizing a meeting within DOE, including DOE Office of General Counsel, regarding a potential Environmental Impact Statement for the Disposal of Greater-Than-Class-C Low-Level Radioactive Waste. The documents reveal the deliberations of DOE regarding the manner in which the Department would prepare an EIS for the disposal of GTCC waste and forms part of the deliberative process.

Q. The document Bates-Stamped HQR3190496 - HQR3190498 (E385, App. 32) is a draft presentation regarding the legal and regulatory framework for disposal of GTCC. The document reveals the deliberations of DOE regarding the manner in which the Department would prepare an EIS for the disposal of GTCC waste and forms part of the deliberative process.

R. The documents Bates-Stamped HQR3440001 - HQR3440001 (E391, App. 33) and HQR3440044 - HQR3440045 (E400, App. 33) are e-mail messages regarding the status of discussions among senior DOE officials about the potential issuance of an EIS for the disposal of GTCC. The document reveals the deliberations of DOE regarding the manner in which the Department would prepare an EIS for the disposal of GTCC waste and forms part of the deliberative process.

S. The document Bates-Stamped HQR3440002 - HQR3440003 (E392, App. 33) is a draft DOE response to questions from the U.S. House of Representatives Appropriations Committee regarding the disposal of GTCC in commercial and DOE facilities. The document reveals the deliberations of DOE in developing its response to Congress and forms part of the deliberative process.

T. The document Bates-Stamped HQR3440004 - HQR3440012 (E393, App. 33) is an e-mail request for information to be sent to organizations within DOE in connection with the preparation of an EIS for the disposal of GTCC. The e-mail forwards a draft "data call" request to be distributed; the "data call" has been previously produced by the government. The document reveals the deliberations of DOE regarding the scope of the EIS for the disposal of GTCC waste and forms part of the deliberative process.

U. The document Bates-Stamped HQR3440013 - HQR3440022 (E394, App. 33) is a draft meeting presentation outlining issues to be resolved regarding the potential scope of an EIS for the disposal of GTCC. The document reveals the

deliberations of DOE regarding the scope of the EIS for the disposal of GTCC waste and forms part of the deliberative process.

V. The document Bates-Stamped HQR3440023 - HQR3440024 (E395, App. 33) is an e-mail chain regarding DOE review of U.S. Senate Bill S. 1045 regarding GTCC and the preparation of an EIS for the disposal of GTCC. The e-mail chain chains includes a request for legal review by DOE Office of General Counsel and results of review by legal counsel for legal sufficiency. The document Bates-Stamped HQR3440030 - HQR3440033 (E398, App. 33) is a similar e-mail chain regarding DOE review of U.S. Senate Bill S. 1045 regarding GTCC and the preparation of an EIS for the disposal of GTCC. The document Bates-Stamped HQR3440034 - HQR3440043 (E399, App. 33) is a marked-up version of Senate Bill. S.1045 regarding GTCC and the preparation of an EIS for the disposal of GTCC. The documents reveal the deliberations of DOE regarding its review of the proposed legislation and form part of the deliberative process.

W. The document Bates-Stamped HQR3440025 - HQR3440026 (E396, App. 33) is an e-mail chain regarding the status of discussions among offices within DOE regarding responsibility for GTCC disposal-related issues. The document reveals the deliberations of DOE regarding the scope of the EIS for the disposal of GTCC waste and forms part of the deliberative process.

X. The document Bates-Stamped HQR3440027 - HQR3440029 (E397, App. 33) is a memorandum outlining the status of activities and decisions to be made regarding the potential issuance of an EIS for the disposal of GTCC. The document reveals

the deliberations of DOE regarding the scope of and preparation for the EIS for the disposal of GTCC waste and forms part of the deliberative process.

After personally reviewing each of the above described documents, I conclude that they all reflect DOE's deliberative processes and should be protected from disclosure.

I declare under the penalty of perjury, this ____ day of November 2005, that the foregoing is true and correct to the best of my knowledge and belief.

Frank Marcinowski III
Deputy Assistant Secretary for
Logistics & Waste Disposition Enhancements
Office of Environmental Management