9.1

Published in advance of incorporation in
NRC Manual Chapter 0101
File and retain in Manual until superseded.

UNITED STATES NUCLEAR REGULATORY COMMISSION
NRC MANUAL

# BULLETIN

**NO.** 0101-2 **DATE:** June 12, 1987

**SUBJECT:** REVISIONS IN DELEGATIONS OF AUTHORITY

1. Purpose: The Bulletin revises responsibilities and delegations of authority to conform with the NRC reorganization, effective April 12, 1987 and the consolidation of the Office of the General Counsel and Office of the Executive Legal Director, effective July 20, 1986. These changes will be reflected in the next revision of Chapter and Appendix 0101. Substantive changes to the subject matter of this Chapter are not addressed at this time.

2. Generic Changes:

   a. In 035f. and Part III, A.1.2. and 3., references to the Director, Office of Administration through the Director, Division of Organization and Personnel should be construed as references to the Director, Office of Personnel (OP).

   b. In 036a. through 036j., 037b. and Part IV, A.1.c., references to the Director, Office of Administration (ADM) should be construed as references to the Director, Office of Personnel (OP).

   c. In 036c., 036j., and Part III, B.2. and 3., references to the Division of Organization and Personnel (O&P) should be construed as references to the Director, Office of Personnel or Office of Personnel (OP), as applicable.

   d. In 035g., 0310, 055 and Part IV, A.1.d., references to the Director, Office of Resource Management (RM) should be construed as references to the Director, Office of Administration and Resources Management (ARM).

   e. In Part III, B.2., Part V, A.2. and 4. and Part V, C.1., 2. and 4., references to the Office of Resource Management (RM) should be construed as references to the Office of Administration and Resources Management (ARM).

| CITATIONS | FUNCTION | FROM | TO |
|---|---|---|---|
| Part II, E.4. Chart | Delete OELD line. With the merger of ELD and OGC, non-standard titles for heads of components shown under OGC. | Office of the Executive Legal Director | Not Applicable |
| Part II, E.4. Chart | Add the title of Deputy General Counsel under the caption, "NON-STANDARD TITLE FOR HEAD OF COMPONENTS." | General Counsel; Assistant General Counsel; Solicitor | General Counsel; Deputy General Counsel; Assistant General Counsel; Solicitor |
| Part II, E.4. Chart | Show Controller functions delegated to the Deputy Director for Financial Management and Controller. | Office of Resource Management | Deputy Director for Financial Management and Controller |
| Part IV, A.1.b. | Receive copies of delegations of authority. | Executive Legal Director and General Counsel | The General Counsel |
| Part V, C.2. | Review and coordinate with ARM on revised organization charts. | Office of Administration | Office of Personnel |
| Part V, C.2. and 3. | Distribute revised organization charts. | Document Management Branch, Division of Technical Information and Document Control, Office of Administration | Document Control Branch, Division of Information Support Services, Office of Administration and Resources Management |
| Part V, C.2. | Reproduce revised organization charts. | Printing and Graphics Branch, Division of Technical Information and Document Control, Office of Administration | Printing and Graphics Branch, Division of Publication Services, Office of Administration and Resources Management |

Victor Stello, Jr.
Executive Director
for Operations

Form NRC-489
(1-76)

# U. S. NUCLEAR REGULATORY COMMISSION
## NRC MANUAL
## TRANSMITTAL NOTICE

CHAPTER NRC-0101 ORGANIZATION MANAGEMENT

| SUPERSEDED: | Number | Date | TRANSMITTED: | Number | Date |
|---|---|---|---|---|---|
| | | | TN | 0100-57 | |
| Chapter | NRC-0101 | 8/6/79 | Chapter | NRC-0101 | 3/25/83 |
| Page | | | Page | | |
| | | | | | |
| | | | | | |
| Appendix | NRC-0101 | 8/6/79 | Appendix | NRC-0101 | 3/25/83 |

**REMARKS:**

This chapter and appendix have been revised to:

1. reflect the authorities of the President's Reorganization Plan, the expanded role for Regional Offices, and other recent organizational changes.

2. provide that establishment, revision and abolishment of organizations can be approved at the second, rather than the third, organizational level above the affected organization component. (See Chapter 0101-03 and Appendix 0101, Part III, A.)

3. revise the basic documentation required for submission of proposals to the approving official. (See Appendix 0101, Part III, B.) In addition to currently required information, this Appendix now requires functional statements, staffing plans, identification of new SES positions and other positions which may be adversely affected. Revised position descriptions are no longer required concurrent with the organization proposal. The need to notify the Union after approval is stated.

4. modify, editorially, Chapter 0101-03 to include in one place all responsibilities assigned to various officials.

U.S. NUCLEAR REGULATORY COMMISSION
NRC MANUAL



# CHAPTER 0101 ORGANIZATION MANAGEMENT

## 0101-01 COVERAGE

This chapter and appendix (a) outline basic policies and standards governing NRC organizational structure, functional assignments, and delegations of authority; (b) assign responsibility and provide procedures to establish and abolish organizational components and to revise organizations and delegations of authority; (c) identify the statutory and other organizational elements of NRC; and (d) define and explain organizational nomenclature.

## 0101-02 OBJECTIVES

021 To assure that NRC organizational structure, assignments of functions, and delegations of authority are consistent with Agency objectives.

022 To assure that NRC organization relationships properly reflect program needs and effective staff use in light of operating experience or changing requirements.

023 To provide clearly assigned functional responsibilities and delegations of authority.

024 To promote the use of uniform organizational nomenclature.

025 To assure that approved organization structure, functional assignments, and delegations of authority are recorded and issued in a timely manner (see 054 below).

## 0101-03 RESPONSIBILITIES AND AUTHORITIES

031 Authority to establish, abolish or reorganize organizational components is normally vested at two management levels above the affected Program, Staff or Regional Office. See Chart 031, below. Exceptions occur when:

a. this number of management levels does not exist between the component and the approving authority.

b. the Commission determines to consider any organizational proposal relating to an NRC office within the NRC.

c. Senior Executive Service or equivalent-level positions are affected, or expected to result.

d. a reduction-in-force situation will be created.

In the cases described in c. and d., above, the Executive Director for Operations must be informed, whether or not the EDO is the approving authority.

CHART 031

APPROVAL CHAIN TO ESTABLISH, ABOLISH OR REORGANIZE*
(Illustrative, not all inclusive)

| Organizational Component | | Next-Higher Level | Approving Authority |
|---|---|---|---|
| Chairman Offices: | | | |
| Public Affairs, Congressional Affairs | | Chairman | Chairman |
| Commission Offices: | | | |
| Staff Office, Committee, Panels | | Commission | Commission |
| Branch | | Office Director | Commission |
| Branch | | Assistant Director** | Office Director** |
| EDO Offices | | | |
| Program Office | | EDO | Commission*** |
| Any other major office(s), as determined by the Commission | | EDO | Commission |
| Remaining staff office(s), not included above | | EDO | EDO |
| Regional Office | | EDO | Commission |
| Division: | Program and Staff Offices | Office Director | EDO |
| Division: | Regional Office | Regional Administrator | EDO |
| Branch: | Program Office | Division Director | Office Director |
| Branch: | Regional Office | Division Director | Regional Administrator |
| Branch: | Program Office | Assistant Director** | Division Director** |
| Branch: | Staff Office | Division Director | Office Director |
| Branch: | Staff Office | Assistant Director** | Division Director** |
| Section: | Program, Staff and Regional Offices | Branch Chief | Division Director |
| Unit: | Program, Staff and Regional Offices | Section Chief | Branch Chief |

Note: See NRC Appendix 0101 for procedures to develop and process proposed organizational changes.

Approved: March 25, 1983

* Establishment, abolishment, reorganization of any NRC office which, in the Commission's view involves policy formulation, must be approved by the Commission or designee. See Section 1a of President's Reorganization Plan No. 1 of 1980, as amended.

** If appropriate, as determined by Office Director, when Assistant Director position exists.

*** Subject to applicable provisions of law.

032 The Commission, subject to applicable provisions of law, approves establishment, abolishment or reorganization of:

a. Committees, Panels and Offices reporting to the Commission.

b. Program Offices which report to the EDO.

c. Other major Offices within the NRC, as determined by the Commission.

033 The Chairman:

a. presents to the Commission for its consideration, the establishment, abolishment or reorganization of the offices listed in 032 a., b., and c., above.

b. directs or approves establishment, abolishment or reorganization of offices reporting directly to the Chairman.

034 The Executive Director for Operations:

a. approves, or recommends to the approving authority as appropriate, proposals to establish, abolish or reorganize any organization when Senior Executive Service level or equivalent positions are involved and when reductions-in-force will be created;

b. under the direction and supervision of the Chairman, prepares for Commission consideration proposals for the reorganization of Program Offices, and any other major office(s) within the NRC, as determined by the Commission.

c. approves establishment, abolishment or reorganizations when he/she is the management official two organizational levels above the component (unless the Commission determines to consider a proposal for the NRC office involved.)

d. assures that organization proposals which he/she approves or which he/she forwards to the Chairman, for Commission consideration, conform with the general and specific organization standards, or that exceptions are fully justified. See Appendix 0101, Part II, B and C.

035 Directors of Offices and Regional Administrators:

a. direct or approve proposals for organizational changes which affect positions graded no higher than the GG-15 level when serving two organizational levels above the component. (Note: This authority is also exercised by Division Directors, Branch Chiefs and other supervisory officials when they serve two organizational levels above the component.)

b. assure that planned reorganizations for their organizations follow prescribed policies and conform with the general and specific organization standards or provide special justifications for EDO or Commission approval.

c. conduct reviews to identify and initiate changes in organization, functions and delegations of authority, as needed to ensure effectiveness and efficiency of office operations.

d. recommend changes requiring approval or other action by higher authority.

e. within the scope of their authority, approve or direct changes in assignments of functions and delegations of authority for their subcomponents or recommend changes requiring the approval of the EDO or the Commission.

f. forward all proposed organizational changes to the Director, Office of Administration, through the Director, Division of Organization and Personnel, for review, prior to approval.

g. prepare and submit to the Director, Office of Resource Management, for coordination and issuance: (1) organization charts depicting current organization and staffing, and (2) NRC manual chapters prescribing functional assignments and delegations of authority for publication in Part 0100, as required by this chapter.

h. fulfill reporting requirements listed in 055, below.

036 The Director, Office of Administration:

a. develops policies, standards and procedures for (1) establishing, revising and abolishing organizational components and functional assignments; and (2) issuing and maintaining appropriate delegations of authority.

b. conducts or participates in studies of Agency organization and functional assignments and recommends changes, as appropriate.

c. provides advice and assistance to other Offices and to Regions on organization matters, functional assignments, and delegations of authority. Reviews proposed changes to assure consistency with

applicable policies, standards, and procedures, and through the Division of Organization and Personnel advises on position management and evaluation matters, recruitment and staffing, and position ceiling (FTE) accounting changes. (See also Chapter NRC-4131, Position Management and Employment Ceilings.)

d. furnishes analyses and makes recommendations on proposed organizational matters, including establishment, revision, or abolishment of organizational units, to the Executive Director for Operations when such matters require the approval or recommendation of the Executive Director for Operations. Such matters include those dealing with SES or equivalent positions or potential RIFs, to assure that all personnel, administrative, and other management implications are identified and addressed.

e. attempts to minimize any possible adverse impact on employees from any reorganization or reassignments.

f. assures that positions vacated through attrition, which do not meet the general and specific organization standards (or are not approved exceptions) are not refilled through vacancy announcements or other means.

g. monitors the actions taken to implement the organization standards in this Chapter and Appendix and keeps the EDO informed.

h. maintains records of current NRC delegations of authority and organization.

i. requests that the Executive Legal Director (ELD) determine which organizational information appearing in the NRC Manual is required by law to be published in the Federal Register and 10 CFR Part 1. With the assistance and concurrence of the ELD, prepares appropriate material for publication and provides it to the Secretary for transmittal to the Federal Register.

j. through the Division of Organization and Personnel assures that the Union is advised appropriately of substantive organizational changes and revised staffing plans.

037 <u>The Executive Legal Director</u>:

a. provides legal opinions on assignments of functions and responsibilities and delegations of authority proposed for issuance in the NRC Manual.

b. determines which NRC organization information appearing in the NRC Manual is required by law to be published in the Federal Register (10 CFR Part 1) and so advises the Director, Office of Administration; assists in the preparation of such material for publication.

c. advises agency management on the legality of proposed management decisions and actions with regard to consistency with delegated authority.

038 The General Counsel performs those functions described in 037 above as they relate to Commission-level offices.

039 The Secretary signs and transmits to the Federal Register, for publication in 10 CFR Part 1, descriptions of NRC organization and related organization material.

0310 The Director, Office of Resource Management:

a. develops policies, standards and procedures for (1) issuing management directives in Part 0100 showing functional assignments and delegations of authority, and (2) preparing and maintaining organization charts depicting current organization and staffing of NRC organization components.

b. arranges for timely preparation and distribution of NRC organization charts and other organizational information appropriate to meet internal and public needs for such information.

## 0101-04 DEFINITIONS

Terms used in this chapter are defined in NRC Appendix 0101, Part II.

## 0101-05 BASIC REQUIREMENTS

051 Applicability. This chapter and appendix apply to and shall be followed by all NRC organizational components.

052 Appendix 0101 provides detailed information on developing and processing proposals for revising organizational structure, functional assignments, and delegations of authority.

053 Basic Organization. NRC organizational structure, reflecting both statutory organizations and Offices established by the Commission for major program and staff support, is shown in the organization chart, NRC Appendix 0101, Exhibit A.

054 NRC Manual. Statements of NRC organization, functions and basic delegations of authority are documented formally in the NRC Management Directives System (NRC Manual). Chapters in Part 0100 and other appropriate management directives are used as a means of describing NRC organizational structure, detailing changes in organization, functions, and delegations, and obtaining approvals, where required.

055 Reporting Requirements. Directors of Offices and Regional Administrators shall submit current charts of approved organization effective as of September 30, to the Director, Office of Resource Management, annually by October 15 and at other times when a major reorganization of an office occurs.

056 References.

a. Public Law 93-438, The Energy Reorganization Act of 1974, as amended.

b. Chapter NRC 0201, "NRC Management Directives System," including NRC Appendix 0201, Part II, A, "Preparation of Chapters on Organization and Functions."

c. Federal Register (10 CFR Part 1).

d. Public Law 83-703 Atomic Energy Act of 1954, as amended.

e. SECY 79-133, 2/21/79.

f. Reorganization Plan No. 1 of 1980, as amended, 45 Fed. Reg. 40561 (1980).

Approved: March 25, 1983

CONTENTS


| | | PAGE |
|---|---|---|
| PART I | ESTABLISHMENT, MISSION, AND FUNCTIONS OF STATUTORY AND OTHER ORGANIZATIONS AND POSITIONS | 1 |
| A. | Establishment | 1 |
| B. | Mission | 1 |
| C. | Major Organization Elements and Positions | 1 |
| D. | Other Organization Elements | 2 |
| E. | Required Delegation | 2 |
| PART II | DEFINITIONS AND ORGANIZATION STANDARDS | 5 |
| A. | Definitions | 5 |
| B. | General Organization Standards | 6 |
| C. | Specific Organization Standards | 8 |
| D. | Implementation of Organization Standards | 8 |
| E. | Organization and Position Titles | 9 |
| PART III | DEVELOPING AND PROCESSING PROPOSALS FOR CREATING OR REVISING ORGANIZATIONS | 15 |
| A. | Processing Proposals | 15 |
| B. | Preparation of Proposals for Changes in Organization or for New Organizations | 15 |
| PART IV | STANDARDS FOR DELEGATION OF AUTHORITY | 19 |
| A. | General Standards Regarding Delegation of Authority | 19 |
| B. | Standards Pertaining Specifically to Delegation of Contractual Authority | 21 |
| C. | Documentation in the NRC Manual of Delegations of Authority | 21 |
| D. | Preparation of Proposals for Changes in Delegations of Authority | 21 |
| PART V | ORGANIZATION CHARTS | 23 |
| A. | Requirements | 23 |
| B. | Procedures | 23 |
| C. | Distribution | 24 |
| EXHIBITS | | |
| A. | NUCLEAR REGULATORY COMMISSION ORGANIZATION STRUCTURE | 25 |

# PART I

## ESTABLISHMENT, MISSION, AND FUNCTIONS OF STATUTORY AND OTHER ORGANIZATIONS AND POSITIONS

### A. ESTABLISHMENT

The Nuclear Regulatory Commission (NRC) is an independent regulatory agency established under the provisions of the Energy Reorganization Act of 1974 (Public Law 93-438) and Executive Order 11834, effective January 19, 1975. Transferred to the NRC were all licensing and related regulatory functions formerly assigned to the U.S. Atomic Energy Commission by the Atomic Energy Act of 1946 (60 Stat 755) as amended by the Atomic Energy Act of 1954 (68 Stat 919; 42 U.S.C. 2011 et seq.), as amended.

### B. MISSION

The NRC's purpose is to assure that the civilian uses of nuclear materials and facilities are conducted in a manner consistent with the public health and safety, protection of environmental quality, assurance of national security, and adherence to the antitrust laws.

### C. MAJOR ORGANIZATION ELEMENTS AND POSITIONS

The Energy Reorganization Act of 1974 specified the creation of certain offices, positions and functions. The President's Reorganization Plan No. 1 of 1980, as amended, specified certain functions and authorities of various components of the Commission. These offices, positions, functions and authorities are described below.

1. The Commission, composed of five members, including a Chairman, all appointed by the President, by and with the advice and consent of the Senate.

   Section 2 of the Reorganization Plan of 1980 designates the Chairman as the "...official spokesman for the Commission...(and) ...the principal executive officer of the Commission..."

   Section 3 of the Plan "...transferred to the Chairman all of the functions vested in the Commission pertaining to an emergency concerning a particular facility or materials licensed or regulated by the Commission..."

2. The Executive Director for Operations (EDO), performs such functions as the Chairman or Commission shall direct and is governed by policies and decisions of the Commission. (See Chapter 0103 for statement of functions.)

3. An Office of Nuclear Reactor Regulation, an Office of Nuclear Material Safety and Safeguards and an Office of Nuclear Regulatory

Research each under the direction of a Director. The appointment of these directors is initiated by the Chairman, after consultation with the EDO, and is subject to the approval of the Commission. (See Chapters 0123, 0124, and 0125, respectively, for statements of functions.)

D. OTHER ORGANIZATION ELEMENTS

1. Other statutory positions and organizations in the NRC organizational structure include the General Counsel, and the Advisory Committee on Reactor Safeguards. (See Chapters 0115, and 0111, respectively, for functional statements.) The functions of the Atomic Safety Licensing Board Panel and Atomic Safety Licensing Appeal Panel were transferred to the NRC by the Energy Reorganization Act of 1974. (See Chapters 0106 and 0107, respectively.)

2. A major program component created by the Commission is the Office of Inspection and Enforcement, under the direction of a Director. The appointment of the director is initiated by the Chairman, after consultation with the EDO, and is subject to the approval of the Commission. (See Chapter 0127 for functional statement.)

3. Five Regional Offices, created by the Commission, are under the direction of Regional Administrators. (See Chapter 0128 for functional statement.)

4. Other organizational components established by the Commission to carry out its functions are shown in NRC Appendix 0101, Exhibit A, along with those identified above.

E. REQUIRED DELEGATION

As mandated by Section 1(b)4 of the President's Reorganization Plan No. 1 of 1980, as amended, the Commission delegated the function of appointing, removing and supervising the staff of the following offices (or successor offices), panels and committee to the respective heads of such organizational units, as shown below.

| Organization Unit | Head of Organizational Unit |
|---|---|
| Office of General Counsel | General Counsel |
| Office of the Secretary | Secretary |
| Office of Policy Evaluation | Director |
| Office of Inspector and Auditor | Director |
| Atomic Safety and Licensing Board Panel | Chairman of the Panel |
| Atomic Safety and Licensing Appeal Panel | Chairman of the Panel |
| Advisory Committee on Reactor Safeguards | Chairman, ACRS |

Appointing and removing authorities shall be exercised in accordance with applicable statutes, regulations, any applicable negotiated agreement with an employee union, and NRC directives published in Part 4100 of the NRC Manual.

This delegation of authority does not affect the provisions of Section 1(b)(1) and (3) of the Reorganization Plan regarding the Commission's authority to appoint and remove members of the Advisory Committee on Reactor Safeguards and the Chairman*, Vice Chairman**, Executive Secretary*** and members of the Atomic Safety and Licensing Board Panel and the Chairman, Vice Chairman and members of the Appeal Panel.

* Head of Unit now titled Chief Administrative Judge
** Now titled Deputy Chief Administrative Judge (Executive)
*** Now titled Deputy Chief Administrative Judge (Technical)

## PART II

## DEFINITIONS AND ORGANIZATION STANDARDS

A. DEFINITIONS

To assure consistent use and understanding of certain words and terms commonly used in NRC Management Directives, Commission Papers, reports and memoranda dealing with organization policy, standards, and practices, the following definitions are provided:

1. General:

a. Authority - the power to approve or take other action that commits the NRC as an agency or an organization component thereof.

b. Contract Administration - the functions performed or responsibilities assumed in representing the NRC in matters relating to performance under a contract, including enforcement of contract provisions and taking those actions which the Contracting Officer is required or permitted to take under the terms of the contract or applicable legal requirements.

c. Function - as used in NRC, an assigned unit of responsibility. It may encompass either a broad or narrow segment of NRC's activities.

d. Functional Direction - a function-to-function relationship under which an organization with general responsibility for a functional area or program provides direction over the corresponding function or program assigned to another organization—usually at a lower organization level. Such direction usually includes establishment or approval of objectives and plans, instructions on work to be performed to accomplish the objectives, and evaluation of the results. Functional direction does not necessarily include line supervision over the staff performing the functions.

e. Reorganization - changing the structural makeup of an organizational component either to reflect a change in functions or to perform assigned duties more effectively and efficiently. The term includes making changes in functional assignments which result in the requirement to change the position description of the head(s) of any affected organizational component(s).

f. Supervision - line direction by an official over the work of his/her subordinates. Includes the primary authority and responsibility for planning, organizing, coordinating, and controlling of the day-to-day work activities of such subordinate employees.

2. Organization Nomenclature:

a. The Commission - the body of five Commissioners appointed by the President, by and with the advice and consent of the Senate.

b. The Nuclear Regulatory Commission or NRC - the Agency as a whole, including the Commissioners and all other employees of the Agency.

c. NRC Headquarters or Headquarters:

(1) When used as a physical location, means the NRC offices located in the Washington, D.C., metropolitan area.

(2) When used as an organization title, means the total group of NRC offices, divisions, and other components responsible for NRC-wide functions.

d. Office - First-level organizational and functional component in NRC identified as program, staff, and regional offices.

e. Program Offices - in NRC, refers to the Offices of Nuclear Reactor Regulation, Nuclear Material Safety and Safeguards, Nuclear Regulatory Research, and Inspection and Enforcement. These offices report to the Executive Director for Operations. "Program Offices" is used differently as a generic term of convenience in budget programs.

f. Staff Offices - refers to those organizations created to perform specialized services and operations required to fulfill the functions of the NRC. The Chairman, the Commission and the Executive Director for Operations have Staff Offices reporting to them.

g. Regional Offices - refers to those organizations created to execute NRC policies and assigned programs relating to licensing, inspection, and enforcement within regional boundaries. Regional Offices report to the Executive Director for Operations.

h. Division - program or staff subdivision of NRC Offices and Regions. Subdivisions of Divisions are Branches, Sections and Units in descending order. (Where authorized, the first organizational component under a program division is the Assistant Director.)

B. GENERAL ORGANIZATION STANDARDS

The following organization standards are applicable to all levels of NRC organization:

1. <u>Grouping of Functions</u>. Functions are grouped and assigned to units or organizations to combine related functions and separate unrelated functions. Groupings are designed to avoid duplication and overlapping of functions, to prevent unnecessary fragmentation of responsibilities or to offset the effects of limitations on the number of staff personnel to be hired.

2. <u>Number of Organization Components</u>. The number of organization components is kept to a minimum consistent with effective combination and separation of functions. Components are established, abolished, or consolidated consistent with functional substance and workload and changes thereto.

3. <u>Span of Control</u>. The number of individuals or units reporting to one supervisor is limited to the number that can be effectively directed and evaluated but should include the maximum number which can be effectively directed and evaluated. More employees can be supervised (a large span of control) if:

   .. the functions are similar and routine
   .. clear procedures are provided
   .. there is little need for coordination and planning
   .. there is minimum delegation or commitment authority.

   Conversely, fewer employees can be supervised (a small span of control) if:

   .. the functions are diverse and complex
   .. no clear procedures can be provided
   .. there is great need for coordination and planning
   .. there is maximum delegation or commitment authority.

   The following criteria can be used to determine and justify whether or not a supervisor warrants a large or small span of control:

   a. <u>Complexity of Function</u>: The degree of difficulty of work performed by subordinates, ranging from routine repetitive to creative and unique; and whether the supervisory position involves merely a review of correspondence or involves managerial and technical review.

   b. <u>Coordination</u>: The degree to which the supervisor must resolve differences between subordinate units, with other NRC offices and with outside agencies; and whether the subordinates are geographically located in close proximity, in separate buildings or in dispersed geographic areas.

   c. <u>Planning</u>: Considering whether or not the workload is predictable, or unpredictable; and whether planning actions are of minimum scope with precise guidance provided or of extensive scope dealing with unchartered policies.