d. Commitment Authority/Delegation: The degree to which delegations are granted to the supervisor ranging from no delegated commitment authority to complete commitment authority for the assigned functions and the degree of supervision required of subordinates ranging from minimum to constant close supervision.

Staff assistants immediately available on staff: Supervisory burden is reduced if the supervisor has either technical or administrative assistants on his/her immediate staff to offer assistance in reviewing material (in addition to Deputies).

4. Layers or Levels of Supervision. The number of administrative levels is kept to a minimum consistent with the need for management and control of the work involved. Each level tends to increase the time for communicating instructions and for obtaining decisions.

C. SPECIFIC ORGANIZATION STANDARDS

1. Program Divisions: Direction. The preferred NRC supervisory structure for Program Divisions is for positions of Director, Deputy Director and Branch Chiefs. If Assistant Director positions are used, there may be no need for: (a) Deputy Division Director, and (b) more than one senior level professional assistant position on the immediate staff of the Division Director (i.e., special assistant, technical assistant). (Use of Assistant Directors in Staff Offices follow a different pattern, not usually involving Branches. See note "e" under E, "Organization and Position Titles," following, for guidance.)

2. Program Divisions: Assistant Directors: Where Program Division Assistant Director positions exist (a) the position should supervise at least three (3) Branch Chiefs, unless unusual conditions warrant supervising fewer Branch Chiefs, and (b) no senior level professional staff assistant positions (i.e., special assistant, technical assistant) should be on the immediate staff of the AD.

3. Program, Staff and Regional Divisions: Branch Chiefs: Branch Chiefs in Program, Staff and Regional Offices and Divisions should supervise at least 5 professional positions, or a total of 8 professional and clerical positions unless unusual conditions warrant fewer positions. (Note: In some cases Branch Chiefs supervise Section Chiefs each of whom supervises other professionals.)

D. IMPLEMENTATION OF ORGANIZATION STANDARDS

1. For proposed organizations:

The following provisions will apply unless specially excepted by the approving authority:

a. no new Assistant Director positions will be approved.

b. no new staff assistant positions on the Director's or Assistant Director's immediate staffs will be approved that exceed the standard.

c. no new Branch Chief positions will be established, with fewer positions than specified in the standard.

2. For existing organizations:

Unless specifically excepted by the approving authority, normal attrition will be the mechanism to reduce:

a. the number of Assistant Director positions.

b. staff assistant positions on immediate staffs of Division Directors and Assistant Directors, which do not meet the standard.

c. branches which do not meet the standard.

Exceptions from the standards will be based on case-by-case review including consideration of the factors outlined under General Organization Standards. (See B, above.) The approving authority approves such exceptions.

E. ORGANIZATION AND POSITION TITLES

1. Standard Titles. Standard organization and position titles for the levels of NRC organization are shown in the following table:

| COMPONENT | ORGANIZATIONAL TITLE | TITLE OF HEAD OF COMPONENT AND OTHER KEY POSITIONS |
|---|---|---|
| Commission | The Commission | Chairman;<br>Commissioners |
| Committees and Panels | Advisory Committee on Reactor Safeguards | Chairman;<br>Vice Chairman;<br>Executive Director;<br>Assistant Executive Director;<br>Assistant Executive Director for ... |
| | Atomic Safety and Licensing Appeal Panel | Chairman<br>Vice Chairman |
| | Atomic Safety and Licensing Board Panel | Chief Administrative Judge<br>Deputy Chief Administrative Judge (Executive)<br>Deputy Chief Administrative Judge (Technical) |

| COMPONENT | ORGANIZATIONAL TITLE | TITLE OF HEAD OF COMPONENT AND OTHER KEY POSITIONS |
|---|---|---|
| Office of the Executive Director for Operations (EDO) | Office of the Executive Director for Operations (EDO) | Executive Director for Operations (EDO); Deputy Executive Director for Operations; Deputy Executive Director for Regional Operations and Generic Requirements |
| Program Offices | | |
| Offices | Office of ... | Director, Office of ...; Deputy Director, Office of ... |
| Divisions | Division of ... | Director, Division of ...; Deputy Director, Division of ... Assistant Director for ... (See Note a, below) |
| Branches (See Note b, below) | ... Branch | Chief, ... |
| Sections | ... Section | Chief, ... Section (See Note c, below) |
| Unit | ... Unit | Chief, ... Unit (See Note d, below) |
| Regional Organizations | | |
| Regional Offices | Region (Roman Numeral) | Regional Administrator, Region ...; Deputy Regional Administrator, Region ... |
| Regional Division | ... Division | Director, Division of ... |
| Regional Branch | ... Branch | Chief, ... Branch |
| Regional Sections | ... Section | Chief, ... Section |

| COMPONENT | ORGANIZATIONAL TITLE | TITLE OF HEAD OF COMPONENT AND OTHER KEY POSITIONS |
|---|---|---|
| Staff Offices | | |
| Offices | Office of ... | Director, Office of ...; Deputy Director, Office of ...; Assistant Director for ... (See Note e, below) |
| Division (See Note f, below) | Division of ... | Director, Division of ... Deputy Director, Division of ... |
| Branches (See Note g, below) | ... Branch | Chief, ... Branch |

NOTES:

a/ "Assistant Directors for _____" are established when the number of Branches in a Division is so large or the work being performed by Branches is so complex and varied that Division Directors and their Deputies are unable to provide direct, effective supervision of Branch Chiefs.

b/ Branches may also be established at levels higher than Division level where organizationally justified. For example, a Program Support Branch or an Administrative Branch may be established, reporting to an Office Director at the Office Director's discretion. Generally such organizational entities have few staff members who provide a service or resource clearly identified in the title of the entity, to a large organizational component.

c/ Sections may be established when the number and/or complexity of functions performed within an individual Branch are so great as to preclude effective direct supervision of operations by the individual Branch Chief.

d/ Units are generally established in relatively non-technical organizations when the number of non-professional employees is large enough to warrant the assignment of an additional supervisory level.

e/ Assistant Director for _____ positions are used by some Staff Offices to designate management levels of officials directing major functions when the Office's size and scope do not justify the establishment of Divisions and/or Branches. Such use of the position title, while legitimate, is a deviation from the normal Office-Division-Branch structure, and such officials generally supervise the work of individual specialists instead of Branches.

f/ Divisions are established in Staff and Regional Offices when the number and diversity of functions performed by the Office are great enough to warrant them. When they are used, the Assistant Director for ____ position at the Office level is not used, but Assistant Director for ____ positions may be established subordinate to Division Directors if required in Staff Offices.

g/ Branches may be established in Staff Offices when the number of staff specialists involved is so large and duties so complex or varied that the Office Director, Division Director, or Assistant Director for ____ cannot provide adequate direct supervision. Branches may also be established in the absence of either Division Director or Assistant Director for ____, if appropriate.

2. Titles assigned to organization components shall be descriptive of the functions performed.

3. "Deputy" is a title restricted to those positions which are second in supervisory command in the organizational component subject to the management direction of the head of the component and which automatically assume all responsibilities and authority of the head of the component in his/her absence. Such positions are required when the quantity and/or complexity of the work is as great as to require the assignment of two staff years to manage it.

4. Exceptions to standard titles will be made by the official authorized to establish an organization component only when a determination is made by the approving official that there is good reason why the organization should be structured in such a way as to make standard titles inappropriate. The following are examples of non-standard titles currently in effect.

| ORGANIZATION TITLE | NON-STANDARD TITLE FOR HEAD OF COMPONENTS |
| --- | --- |
| Office of the Secretary | Secretary; Asst. Secretary |
| Office of the General Counsel | General Counsel; Asst. General Counsel; Solicitor |
| Office of the Executive Legal Director | Executive Legal Director; Deputy Executive Legal Director; Director and Chief Counsel, Hearing Division, etc. |
| Office of Resource Management | Director also serves as Controller |
| Office of Investigations Field Office, Region ____ | Director, Office of Investigations Field Office, Region ____ |

5. The following are examples of non-standard organization units in the NRC:

   a. "NRC Public Document Room" is used to designate the organization component at the NRC's office where documents of public interest are maintained and made available to members of the public for inspection and copying.

   b. The title "library" is used for library organization.

   c. "Group" and "Staff" refer to organizational components serving a central resource function to an entire organizational component or, in some cases, to the whole Agency. Their size may range from a few individuals to several Branches, and their organizational placement may similarly vary from Section to Division equivalence. The head of the component may be a "Director" or a "Chief."

## PART III

## DEVELOPING AND PROCESSING PROPOSALS FOR CREATING OR REVISING ORGANIZATIONS

### A. PROCESSING PROPOSALS

Generally, proposals for creating or revising organizations are initiated formally at the management level <u>immediately above</u> the component being established, abolished, or changed; reviewed and approved at the management level immediately above the initiator (second level above the affected component).

1. Proposals are submitted to the appropriate approving authority for final action. Those requiring approval of the Commission or the Executive Director for Operations are submitted through the Director, Office of Administration. The Director, Office of Administration, through the Director, Division of Organization and Personnel, should be consulted on other organizational matters as early in the planning cycle as possible so that personnel management implications may be properly addressed.

2. Proposals not requiring the approval of the Commission or the Executive Director for Operations shall be coordinated with the Director, Office of Administration, through the Director, Division of Organization and Personnel.

3. As required by any negotiated agreement between NRC and a Union, the Director, Office of Administration, through the Division of Organization and Personnel, will advise the Union as appropriate of substantive organizational changes, including any reduction-in-force proceedings, sufficiently prior to the changes being put into effect for the Union to consider the impact of such changes.

4. When action is taken by the approving authority, the Office or Division concerned initiates the necessary implementing action, including processing of the directives involved in accordance with the provision of Chapter NRC 0201, "NRC Management Directives System," and the personnel actions (position descriptions, evaluation and approval) in accordance with provisions of Part 4100.

### B. PREPARATION OF PROPOSALS FOR CHANGES IN ORGANIZATION OR FOR NEW ORGANIZATIONS

1. <u>Basic Documents</u>. The basic documents used in submitting proposed changes or for new organizations requiring approval outside the originating Office or Division are:

a. Commission Paper. Proposals requiring the Commission's approval should be prepared in appropriate format. Presentations should include the proposal with the analysis and justification and the information itemized in 2. below and any other appropriate material. The information may be presented in the body of the paper or as appendixes. In the recommendation, provide for the Commission's approval of the substance of the proposal, but not of the specific language of any draft manual chapter or the proposed position descriptions. This will allow for clarifying changes to be made during their final preparation and while concurrences are being obtained. Indicate that draft manual chapter(s) or draft changes to existing chapters (NRC Manual Part 0100) will be submitted to the Office of Resource Management within 30 days of approval of changes in organization and that necessary position descriptions will be submitted to the Division of Organization and Personnel within 30 days of approval.

b. Memoranda. For changes other than those requiring the Commission's approval, prepare a memorandum to the approving authority, to include or transmit the proposal, the analysis and justification and the information itemized in 2. below and any other appropriate material.

2. Analysis and Justification should contain:

a. A Summary of the Reasons Indicating a Need for Change or New Organization. Include such items as adaptation to program change, need for changes in control based on operating experience, potential increase in efficiency and effectiveness. Provide special support and rationale for proposed changes involving increased costs, including benefits and advantages to the NRC, such as positive results, improved services and estimates of savings at a later date. Proposals should comply with general and specific organization standards or provide justification for noncompliance.

b. A List of Specific Changes and Functions. Include organization components to be established or abolished; proposed relocation of functions with functional statements for all major components down through Branch level.

c. Staffing Plan. Provide a new or revised staffing plan listing numbers of employees per component, professional and clerical positions involved, showing new organizational alignment.

d. SES Positions. Identify any affected or new proposed Senior Executive Service or equivalent positions.

e. Justification of Changes in Staffing Levels. Include appropriate estimates of changes in workload and any other data on which proposed increases or reductions in staff are based.

f. Personnel Impact. Identify any encumbered positions which are adversely affected in terms of prospective grade level. Identify any present supervisors proposed for assignment to non supervisory positions in the new organization.

g. Proposed Revisions in Delegations of Authority where appropriate, should be included.

h. Organization Charts. Include organization charts of present and/or proposed organization if such charts will help clarify the proposal.

i. Indicate that Draft Manual Chapter(s) or draft changes to existing organizational chapters (NRC Manual Part 0100) will be submitted to the Office of Resource Management within 30 days of approval of changes in organization and that any necessary position descriptions will be submitted to the Division of Organization and Personnel within 30 days of approval.

j. Approval. Include a statement that approval of the proposed organization is recommended and provide a place for the concurring and approving officials to indicate approval or disapproval.

3. Union Comment. The Union is advised as appropriate of approved substantive organizational changes and revised staffing plans by the Division of Organization and Personnel.

4. Reassignments of Functions Without Significant Change in Organization Structure should state advantages, such as reductions in work-years, more logical combinations of functions, centralization of functions to make maximum use of available facilities such as data processing facilities, and realignment to perform any new work resulting from Executive Orders, OMB Circulars, court decisions, or other authorities.

4. Organization Charts. Formal revision of the functional organization charts submitted annually under Part V of this Appendix is not required until the proposal is approved.

## PART IV

## STANDARDS FOR DELEGATION OF AUTHORITY

### A. GENERAL STANDARDS REGARDING DELEGATION OF AUTHORITY

Appropriate delegations of authority are made to enable the heads of organizational components to make commitments or take other action to carry out their assignments. (See paragraph C., below, for documentation information.) Determining authority to be delegated is a line supervisory action. The scope of the authority is determined by the delegating official (subject to the limitations on the official's authority). For example, the Chairman, Commission or the Executive Director for Operations, as appropriate, determine or approve delegations of authority to Directors of Offices and Regional Administrators and they in turn determine or approve delegations of their authority to officials at the next lower organization level. The following principles apply to delegations of authority:

1. Delegations shall be made in writing. Delegations of authority for performing major agency functions shall be incorporated as rapidly as possible into appropriate NRC Manual Chapters so that they are readily available to all persons who need to know current authorizations. A copy of all such delegations shall be furnished to:

   a. the Secretary of the Commission (for Offices reporting to the Commission), and the Executive Director for Operations.

   b. the Executive Legal Director and General Counsel for reference in legal determinations.

   c. the Director, Office of Administration, for reference in organizational analysis and position evaluation matters and in executive and management development analyses and projections.

   d. the Director, Office of Resource Management, for coordination and incorporation into the NRC Manual.

2. Delegations of authority must contain limitations consistent with those imposed on the source of the authority. For example, all redelegations of authority stemming from the Executive Director for Operation's delegation must contain, as a minimum, the limitations placed on the authority delegated to the EDO by the Chairman or Commission.

3. Delegations shall specify any limitations on further redelegations, since authority is assumed to be redelegable, unless the delegation itself or an applicable law or regulation specifically prohibits or limits such redelegation.

4. Delegations shall provide for expiration dates, when appropriate, or for continuing applicability until cancelled or superseded. If no expiration date is stated, the delegation is presumed to remain in effect until superseded.

5. Delegations should be made to positions, and not to individuals by name, except in unusual circumstances or when required by statute, regulation or directive. In general, this may be accomplished, even though correspondence delegating authority is addressed to an individual in accordance with NRC correspondence procedures, through the use of such phrases as "The Director, Office of_____, is hereby delegated authority to ..." instead of "you are hereby delegated ...."

6. Continuing designations or delegations of authority to officials to "act for" the heads of organizations in their absence should be incorporated in appropriate sections of the chapters in Part 0100.

7. When an employee is serving in an "acting" capacity, he/she is vested with the full authority delegated to the position, unless the designation specifically limits the authority. Designations to "act" shall be made in writing where the designee will exercise delegated authority and may be in the form of (a) written instructions providing for a succession of command, or (b) individual designations for specific occasions.

   Designation of an employee to "act" in a supervisory position during the temporary absence of the regular incumbent for a period normally lasting no more than a few days (e.g., on annual or sick leave; official travel, etc.) shall be made by the regular incumbent with a copy to his immediate supervisor for information.

   If a series of delegations is necessary, e.g., for executing and administering a number of contracts, a control system shall be established to assure accurate information on outstanding delegations.

8. <u>Delegations by Other than Line Supervisors</u>. In some cases, authority is delegated by one individual to another who is not in a subordinate position to the delegating official. The most common occurrence of this nature is a delegation by a contracting officer to an individual outside the contracting officer's organization to represent the contracting officer in the administration of a contract. For example, when the Director, Division of Contracts, as contracting officer executes a contract for services to be rendered for another division, he/she usually issues a delegation authorizing the director of the other division to represent the contracting officer in administering the contract.

B. STANDARDS PERTAINING SPECIFICALLY TO DELEGATION OF CONTRACTUAL AUTHORITY.

1. Limitations on authority stated in the delegations of contract authority generally affect the validity of contract actions, while other limitations on exercise of delegated authority are generally NRC administrative controls and limitations. Therefore, limitations on contract authority must be stated clearly in the delegation of authority.

2. Contracting authority in the NRC is delegated to the Director, Division of Contracts, for negotiation, execution, administration, and close-out of contracts. In the exercise of this authority, the Director, Division of Contracts, may provide for further limited redelegations to other individuals to act. Such redelegations have been made to individuals in the four operating contract branches in the Division of Contracts and to the Regional Administrators for the purchase of routine housekeeping equipment, supplies, and materials.

C. DOCUMENTATION IN THE NRC MANUAL OF DELEGATIONS OF AUTHORITY

1. NRC chapters in Part 0100 describing organization and functions contain (a) specific delegations of authority to Directors of Offices to take action necessary to carry out assigned functions, and (b) delegations which may be required to carry out assigned functions and which are not within the scope of other manual chapters.

2. Appendixes to NRC chapters in Part 0100 may contain redelegations by Directors of Offices of their authority contained in chapters in Part 0100.

3. NRC chapters in parts of the Manual other than Part 0100 state responsibilities reflecting delegations of authority pertaining to specific functional areas, e.g., security, personnel, budget, and management information.

D. PREPARATION OF PROPOSALS FOR CHANGES IN DELEGATIONS OF AUTHORITY

The instructions given below apply to proposals for changes in delegations of authority submitted apart from proposed organization changes.

a. If the delegation is required to be published in the NRC Manual, prepare the basic documents of (1) a draft manual chapter or other directive for publication in the NRC Manual, and (2) a memorandum (or other appropriate document if the authority of the Chairman is involved) containing or transmitting the analysis or justification for the proposed change. If publication in the NRC Manual is not required, prepare (1) a proposed memorandum containing the delegation for signature by the delegating authority, and (2) an appropriate transmittal explaining the basis for the change.

b. Include in the analysis and justification the need for the changes and any benefits to be gained.

## PART V

## ORGANIZATION CHARTS

A. REQUIREMENTS

1. Organization and staffing charts are required for a number of NRC management purposes, including consideration of proposed organization and functional realignment actions by the Commission and the Executive Director for Operations, and dissemination of information in convenient form for official purposes within and outside the NRC. These functional organization charts are published each year as revisions of NUREG-0325.

2. Annually, in September, the Office of Resource Management forwards copies of current organization charts to Office Directors and Regional Administrators for updating as appropriate, and return.

3. Office representatives revise their charts to reflect changes in functional statements and/or organizational alignments which have been approved and implemented. Upon completion, the revised charts will show each Office's organizational structure as of September 30. The procedure will not be used to initiate proposed changes.

4. In addition to the annual revision described in 2 and 3 above, Office representatives, in conjunction with Office of Resource Management representatives, assure that revised charts or appropriate individual pages of their charts are revised when a major reorganization of an office occurs during the year.

B. PROCEDURES

1. Format to be Used. Charts should be prepared in a clean, legible form on white bond paper.

2. Information to be Shown on Charts:

   a. Structure of the Organization and Titles:

      (1) Each organization component is shown in a separate block with the title at the top of the block.

      (2) The same size blocks are used for organization units at the same level. If space permits, the width of blocks is decreased at each succeeding lower level of the organization.

      (3) A solid black line is used to show direct supervision over organization components; broken lines are used to show advisory relationships; the use of any other types of lines is explained by footnotes or legends.

(4) For charts of Offices, each component equivalent to and above the branch level is shown. Lower levels of components are shown where needed to adequately depict the organization structure.

(5) Advisory boards and committees established by statute.

(6) If more than one page is required to depict the organization, a covering summary chart showing the structure of the entire organization is included as a first page. Subsequent detail sheets are used as required to depict the details of the organization.

b. Functional Statements:

A summary functional statement is included in each block.

Functional statements are kept as brief as possible and may consist of a simple listing of items. Detailed descriptions of functions and relationships are contained in chapters in Part 0100 and need not be repeated in organization charts.

C. DISTRIBUTION

1. Directors of Offices and Regional Administrators forward revised charts of approved organization to the Office of Resource Management.

2. The Office of Resource Management, after review and coordination with the Office of Administration, forwards the chart to the Printing and Graphics Branch, and later to the Document Management Branch, Division of Technical Information and Document Control, Office of Administration, for reproduction and distribution.

3. The Document Management Branch distributes copies of charts as required.

4. The Office of Resource Management will maintain a complete set of charts generally available for reference.

ORGANIZATION MANAGEMENT

# U.S. NUCLEAR REGULATORY COMMISSION ORGANIZATION CHART




EXHIBIT A



25

Approved: March 25, 1983

NRC Appendix 0101