Deliberative Process Documents: Post January 22, 2004

| DOCNO | ENDNO | DATE | DESCRIPTION | PRIVILEGE |
|---|---|---|---|---|
| HQR2640086 | HQR2640099 | 2004/01/23 | PRESENTATION TO UNDERSECRETARY CARD REGARDING PROGRAM STRATEGY, WASTE ACCEPTANCE AND TRANSPORTATION; MATERIALS PROVIDE RECOMMENDATIONS TO THE UNDERSECRETARY REGARDING DECISIONS TO BE MADE IN AREAS OF TRANSPORTATION, WASTE ACCEPTANCE, AND SUBMISSION OF LICENSE APPLICATION. | DP |
| HQR3010001 | HQR3010009 | 2004/02/23 | E-MAIL FORWARDING ATTACHED DRAFT REPORT TO THE SECRETARY OF ENERGY REGARDING THE INSPECTOR GENERAL'S AUDIT OF THE LICENSING SUPPORT NETWORK; DOCUMENT WAS PREPARED AS PART OF AN ONGOING AUDIT BY THE DOE-IG AND REFLECTS ANALYSIS AND RECOMMENDATIONS BY THE DOE-IG TO THE SECRETARY. | DP |
| HQR3180683 | HQR3180696 | 2004/03/12 | PRE-DECISIONAL DRAFT OF U.S. DEPARTMENT OF ENERGY ADVANCE NOTICE OF INTENT TO PREPARE AN ENVIRONMENTAL IMPACT STATEMENT FOR THE DISPOSAL OF GREATER-THAN-CLASS-C LOW LEVEL RADIOACTIVE WASTE; DOCUMENT REVEALS THE DELIBERATIONS OF DOE REGARDING THE PREPARATION OF AN EIS FOR THE DISPOSAL OF GTCC WASTE AND FORMS PART OF THE DELIBERATIVE PROCESS. | DP |
| HQR3180697 | HQR3180710 | 2004/03/18 | PRE-DECISIONAL DRAFT OF U.S. DEPARTMENT OF ENERGY ADVANCE NOTICE OF INTENT TO PREPARE AN ENVIRONMENTAL IMPACT STATEMENT FOR THE DISPOSAL OF GREATER-THAN-CLASS-C LOW LEVEL RADIOACTIVE WASTE; DOCUMENT REVEALS THE DELIBERATIONS OF DOE REGARDING THE PREPARATION OF AN EIS FOR THE DISPOSAL OF GTCC WASTE AND FORMS PART OF THE DELIBERATIVE PROCESS. | DP |
| HQR3180711 | HQR3180724 | 2004/03/22 | PRE-DECISIONAL DRAFT OF U.S. DEPARTMENT OF ENERGY ADVANCE NOTICE OF INTENT TO PREPARE AN ENVIRONMENTAL IMPACT STATEMENT FOR THE DISPOSAL OF GREATER-THAN-CLASS-C LOW LEVEL RADIOACTIVE WASTE; DOCUMENT REVEALS THE DELIBERATIONS OF DOE REGARDING THE | DP |

| DOCNO | ENDNO | DATE | DESCRIPTION | PRIVILEGE |
|---|---|---|---|---|
| | | | PREPARATION OF AN EIS FOR THE DISPOSAL OF GTCC WASTE AND FORMS PART OF THE DELIBERATIVE PROCESS. | |
| HQR3180725 | HQR3180739 | 2004/03/26 | PRE-DECISIONAL DRAFT OF U.S. DEPARTMENT OF ENERGY ADVANCED NOTICE OF INTENT TO PREPARE AN ENVIRONMENTAL IMPACT STATEMENT FOR THE DISPOSAL OF GREATER-THAN-CLASS-C LOW LEVEL RADIOACTIVE WASTE; DOCUMENT REVEALS THE DELIBERATIONS OF DOE REGARDING THE PREPARATION OF AN EIS FOR THE DISPOSAL OF GTCC WASTE AND FORMS PART OF THE DELIBERATIVE PROCESS. | DP |
| HQR3180740 | HQR3180753 | 2004/03/26 | PRE-DECISIONAL DRAFT OF U.S. DEPARTMENT OF ENERGY ADVANCE NOTICE OF INTENT TO PREPARE AN ENVIRONMENTAL IMPACT STATEMENT FOR THE DISPOSAL OF GREATER-THAN-CLASS-C LOW LEVEL RADIOACTIVE WASTE; DOCUMENT REVEALS THE DELIBERATIONS OF DOE REGARDING THE PREPARATION OF AN EIS FOR THE DISPOSAL OF GTCC WASTE AND FORMS PART OF THE DELIBERATIVE PROCESS. | DP |
| HQR3180768 | HQR3180781 | 2004/03/02 | PRE-DECISIONAL DRAFT OF U.S. DEPARTMENT OF ENERGY ADVANCE NOTICE OF INTENT TO PREPARE AN ENVIRONMENTAL IMPACT STATEMENT FOR THE DISPOSAL OF GREATER-THAN-CLASS-C LOW LEVEL RADIOACTIVE WASTE; DOCUMENT REVEALS THE DELIBERATIONS OF DOE REGARDING THE PREPARATION OF AN EIS FOR THE DISPOSAL OF GTCC WASTE AND FORMS PART OF THE DELIBERATIVE PROCESS. | DP |
| HQR3180782 | HQR3180795 | 2004/03/02 | PRE-DECISIONAL DRAFT OF U.S. DEPARTMENT OF ENERGY ADVANCE NOTICE OF INTENT TO PREPARE AN ENVIRONMENTAL IMPACT STATEMENT FOR THE DISPOSAL OF GREATER-THAN-CLASS-C LOW LEVEL RADIOACTIVE WASTE; DOCUMENT REVEALS THE DELIBERATIONS OF DOE REGARDING THE PREPARATION OF AN EIS FOR THE DISPOSAL OF GTCC WASTE AND FORMS PART OF THE DELIBERATIVE PROCESS. | DP |

Deliberative Process Documents: Post January 22, 2004

| DOCNO | ENDNO | DATE | DESCRIPTION | PRIVILEGE |
|---|---|---|---|---|
| HQR3180796 | HQR3180809 | 2004/03/05 | PRE-DECISIONAL DRAFT OF U.S. DEPARTMENT OF ENERGY ADVANCE NOTICE OF INTENT TO PREPARE AN ENVIRONMENTAL IMPACT STATEMENT FOR THE DISPOSAL OF GREATER-THAN-CLASS-C LOW LEVEL WASTE; DOCUMENT REVEALS THE DELIBERATIONS OF DOE REGARDING THE PREPARATION OF AN EIS FOR THE DISPOSAL OF GTCC WASTE AND FORMS PART OF THE DELIBERATIVE PROCESS. | DP |
| HQR3180860 | HQR3180860 | XXXX/XX/XX | AGENDA FOR MEETING BETWEEN NRC, EPA, AND DOE STAFF REGARDING EIS FOR GTCC; THE DOCUMENT REFLECTS THE DELIBERATIONS OF THE NRC REGARDING THE ROLE THE AGENCY WOULD PLAY IN PREPARATION OF THE EIS AND FORMS PART OF THE DELIBERATIVE PROCESS. | DP |
| HQR3180866 | HQR3180866 | 2004/01/XX | AGENDA FOR MEETING BETWEEN NRC, EPA AND DOE STAFF REGARDING AN EIS FOR GTCC; THE DOCUMENT REFLECTS THE DELIBERATIONS OF THE NRC REGARDING THE ROLE THE AGENCY WOULD PLAY IN THE PREPARATION OF THE EIS AND FORMS PART OF THE DELIBERATIVE PROCESS. | DP |
| HQR3180001 | HQR3180014 | 2004/03/12 | PRE-DECISIONAL DRAFT ADVANCE NOTICE OF INTENT TO PREPARE AN ENVIRONMENTAL IMPACT STATEMENT FOR THE DISPOSAL OF GREATER-THAN-CLASS-C LOW-LEVEL RADIOACTIVE WASTE; DOCUMENT REVEALS THE DELIBERATIONS OF DOE REGARDING THE PREPARATION OF AN EIS FOR THE DISPOSAL OF GTCC WASTE AND FORMS PART OF THE DELIBERATIVE PROCESS. | DP |
| HQR3180015 | HQR3180028 | 2004/03/12 | PRE-DECISIONAL DRAFT ADVANCE NOTICE OF INTENT TO PREPARE AN ENVIRONMENTAL IMPACT STATEMENT FOR THE DISPOSAL OF GREATER-THAN-CLASS-C LOW-LEVEL RADIOACTIVE WASTE; DOCUMENT REVEALS THE DELIBERATIONS OF DOE REGARDING THE PREPARATION OF AN EIS FOR THE DISPOSAL OF GTCC WASTE AND FORMS PART OF THE DELIBERATIVE PROCESS. | DP |

254

| DOCNO | ENDNO | DATE | DESCRIPTION | PRIVILEGE |
|---|---|---|---|---|
| HQR3180362 | HQR3180376 | 2004/09/15 | PRE-DECISIONAL DRAFT NOTICE OF INTENT TO PREPARE AN ENVIRONMENTAL IMPACT STATEMENT FOR THE DISPOSAL OF GREATER-THAN-CLASS-C LOW-LEVEL RADIOACTIVE WASTE; DOCUMENT REVEALS THE DELIBERATIONS OF DOE REGARDING THE PREPARATION OF AN EIS FOR THE DISPOSAL OF GTCC WASTE AND FORMS PART OF THE DELIBERATIVE PROCESS. | DP |
| HQR3180377 | HQR3180396 | 2004/09/15 | PRE-DECISIONAL DRAFT NOTICE OF INTENT TO PREPARE AN ENVIRONMENTAL IMPACT STATEMENT FOR THE DISPOSAL OF GREATER-THAN-CLASS-C LOW-LEVEL RADIOACTIVE WASTE; DOCUMENT REVEALS THE DELIBERATIONS OF DOE REGARDING THE PREPARATION OF AN EIS FOR THE DISPOSAL OF GTCC WASTE AND FORMS PART OF THE DELIBERATIVE PROCESS. | DP |
| HQR3180397 | HQR3180414 | 2004/09/15 | PRE-DECISIONAL DRAFT NOTICE OF INTENT TO PREPARE AN ENVIRONMENTAL IMPACT STATEMENT FOR THE DISPOSAL OF GREATER-THAN-CLASS-C LOW-LEVEL RADIOACTIVE WASTE; DOCUMENT REVEALS THE DELIBERATIONS OF DOE REGARDING THE PREPARATION OF AN EIS FOR THE DISPOSAL OF GTCC WASTE AND FORMS PART OF THE DELIBERATIVE PROCESS. | DP |
| HQR3180415 | HQR3180431 | 2004/09/15 | PRE-DECISIONAL DRAFT NOTICE OF INTENT TO PREPARE AN ENVIRONMENTAL IMPACT STATEMENT FOR THE DISPOSAL OF GREATER-THAN-CLASS-C LOW-LEVEL RADIOACTIVE WASTE; DOCUMENT REVEALS THE DELIBERATIONS OF DOE REGARDING THE PREPARATION OF AN EIS FOR THE DISPOSAL OF GTCC WASTE AND FORMS PART OF THE DELIBERATIVE PROCESS. | DP |
| HQR3180432 | HQR3180450 | 2004/09/15 | PRE-DECISIONAL DRAFT NOTICE OF INTENT TO PREPARE AN ENVIRONMENTAL IMPACT STATEMENT FOR THE DISPOSAL OF GREATER-THAN-CLASS-C LOW-LEVEL RADIOACTIVE WASTE; DOCUMENT REVEALS THE DELIBERATIONS OF DOE REGARDING THE PREPARATION OF AN EIS FOR THE DISPOSAL OF GTCC WASTE AND FORMS PART OF THE DELIBERATIVE | DP |

| DOCNO | ENDNO | DATE | DESCRIPTION | PRIVILEGE |
|---|---|---|---|---|
| | | | PROCESS. | |
| HQR3180451 | HQR3180469 | 2004/09/15 | PRE-DECISIONAL DRAFT NOTICE OF INTENT TO PREPARE AN ENVIRONMENTAL IMPACT STATEMENT FOR THE DISPOSAL OF GREATER-THAN-CLASS-C LOW-LEVEL RADIOACTIVE WASTE; DOCUMENT REVEALS THE DELIBERATIONS OF DOE REGARDING THE PREPARATION OF AN EIS FOR THE DISPOSAL OF GTCC WASTE AND FORMS PART OF THE DELIBERATIVE PROCESS. | DP |
| HQR3180470 | HQR3180488 | 2004/09/15 | PRE-DECISIONAL DRAFT NOTICE OF INTENT TO PREPARE AN ENVIRONMENTAL IMPACT STATEMENT FOR THE DISPOSAL OF GREATER-THAN-CLASS-C LOW-LEVEL RADIOACTIVE WASTE; DOCUMENT REVEALS THE DELIBERATIONS OF DOE REGARDING THE PREPARATION OF AN EIS FOR THE DISPOSAL OF GTCC WASTE AND FORMS PART OF THE DELIBERATIVE PROCESS. | DP |
| HQR3180670 | HQR3180670 | 2004/01/XX | INSERT TO MEMORANDUM TO SECRETARY REGARDING ONGOING DEPARTMENTAL ACTIVITIES; INSERT REPORTS CURRENT STATUS OF ACTIVITIES TO PREPARE EIS FOR DISPOSAL OF GTCC WASTE; DOCUMENT REVEALS THE DELIBERATIONS OF DOE REGARDING THE PREPARATION OF AN EIS FOR THE DISPOSAL OF GTCC WASTE AND FORMS PART OF THE DELIBERATIVE PROCESS. | DP |
| HQR3180515 | HQR3180517 | 2004/02/11 | DRAFT WHITE PAPER DISCUSSING ISSUES TO BE CONSIDERED IN PREPARATION OF AN ENVIRONMENTAL IMPACT STATEMENT FOR THE DISPOSAL OF GREATER-THAN-CLASS-C LOW-LEVEL RADIOACTIVE WASTE; DOCUMENT REVEALS THE DELIBERATIONS OF DOE REGARDING THE PREPARATION OF AN EIS FOR THE DISPOSAL OF GTCC WASTE AND FORMS PART OF THE DELIBERATIVE PROCESS. THE DOCUMENT ALSO DESCRIBES LEGAL ADVICE PROVIDED BY THE DOE OFFICE OF GENERAL COUNSEL. | DP, AC |

| DOCNO | ENDNO | DATE | DESCRIPTION | PRIVILEGE |
|---|---|---|---|---|
| HQR3180566 | HQR3180568 | 2004/XX/XX | DRAFT RESPONSE TO A FEBRUARY 10, 2004, QUESTION BY SENATOR AKAKA TO KYLE MCSLARROW RE: THE DEPARTMENT OF ENERGY'S ABILITY TO DEVELOP A DISPOSAL FACILITY FOR GREATER-THAN-CLASS-C LOW-LEVEL RADIOACTIVE WASTE; DOCUMENT REVEALS THE DELIBERATIONS OF DOE REGARDING HOW TO RESPOND TO THE FEBRUARY 10, 2004, QUESTION FROM SENATOR AKAKA AND REGARDING A POTENTIAL EIS FOR THE DISPOSAL OF GTCC AND FORMS PART OF THE DELIBERATIVE PROCESS. | DP |
| HQR3180569 | HQR3180571 | 2004/XX/XX | DRAFT RESPONSE TO A FEBRUARY 10, 2004, QUESTION BY SENATOR AKAKA TO KYLE MCSLARROW RE: THE DEPARTMENT OF ENERGY'S ABILITY TO DEVELOP A DISPOSAL FACILITY FOR GREATER-THAN-CLASS-C LOW-LEVEL RADIOACTIVE WASTE; DOCUMENT REVEALS THE DELIBERATIONS OF DOE REGARDING HOW TO RESPOND TO THE FEBRUARY 10, 2004, QUESTION FROM SENATOR AKAKA AND REGARDING A POTENTIAL EIS FOR THE DISPOSAL OF GTCC AND FORMS PART OF THE DELIBERATIVE PROCESS. | DP |
| HQR3180572 | HQR3180574 | 2004/XX/XX | DRAFT RESPONSE TO A FEBRUARY 10, 2004, QUESTION BY SENATOR AKAKA TO KYLE MCSLARROW RE: THE DEPARTMENT OF ENERGY'S ABILITY TO DEVELOP A DISPOSAL FACILITY FOR GREATER-THAN-CLASS-C LOW-LEVEL RADIOACTIVE WASTE; DOCUMENT REVEALS THE DELIBERATIONS OF DOE REGARDING HOW TO RESPOND TO THE FEBRUARY 10, 2004, QUESTION FROM SENATOR AKAKA AND REGARDING A POTENTIAL EIS FOR THE DISPOSAL OF GTCC AND FORMS PART OF THE DELIBERATIVE PROCESS. | DP |
| HQR3180581 | HQR3180585 | 2004/01/27 | DRAFT ACTION MEMORANDUM TO THE SECRETARY REGARDING ISSUANCE OF THE ADVANCE NOTICE OF INTENT TO PREPARE AN EIS REGARDING THE DISPOSAL OF GTCC RADIOACTIVE WASTE; PREPARED FOR B. COOK, ASSISTANT SECRETARY (DOE-EH) AND TO BE REVIEWED BY JOSEPH MCMONIGLE, LINTON BROOKS, AND UNDERSECRETARY CARD (DOE) PRIOR TO RECEIPT BY THE SECRETARY; DOCUMENT CONTAINS RECOMMENDATIONS TO THE SECRETARY, REVEALS THE DELIBERATIONS OF DOE REGARDING THE | DP |

257

Deliberative Process Documents: Post January 22, 2004

| DOCNO | ENDNO | DATE | DESCRIPTION | PRIVILEGE |
|---|---|---|---|---|
| | | | PREPARATION OF AN EIS FOR THE DISPOSAL OF GTCC WASTE AND FORMS PART OF THE DELIBERATIVE PROCESS. | |
| HQR3180586 | HQR3180590 | 2004/01/27 | DRAFT ACTION MEMORANDUM TO THE SECRETARY REGARDING ISSUANCE OF THE ADVANCE NOTICE OF INTENT TO PREPARE AN EIS REGARDING THE DISPOSAL OF GTCC RADIOACTIVE WASTE; PREPARED FOR B. COOK, ASSISTANT SECRETARY (DOE-EH) AND TO BE REVIEWED BY JOSEPH MCMONIGLE, LINTON BROOKS, AND UNDERSECRETARY CARD (DOE) PRIOR TO RECEIPT BY THE SECRETARY; DOCUMENT CONTAINS RECOMMENDATIONS TO THE SECRETARY, REVEALS THE DELIBERATIONS OF DOE REGARDING THE PREPARATION OF AN EIS FOR THE DISPOSAL OF GTCC WASTE AND FORMS PART OF THE DELIBERATIVE PROCESS. | DP |
| HQR3180591 | HQR3180595 | 2004/02/11 | DRAFT ACTION MEMORANDUM TO THE SECRETARY REGARDING ISSUANCE OF THE ADVANCE NOTICE OF INTENT TO PREPARE AN EIS REGARDING THE DISPOSAL OF GTCC RADIOACTIVE WASTE; PREPARED FOR B. COOK, ASSISTANT SECRETARY (DOE-EH) AND TO BE REVIEWED BY JOSEPH MCMONIGLE, LINTON BROOKS, AND UNDERSECRETARY CARD (DOE) PRIOR TO RECEIPT BY THE SECRETARY; DOCUMENT CONTAINS RECOMMENDATIONS TO THE SECRETARY, REVEALS THE DELIBERATIONS OF DOE REGARDING THE PREPARATION OF AN EIS FOR THE DISPOSAL OF GTCC WASTE AND FORMS PART OF THE DELIBERATIVE PROCESS. | DP |
| HQR3180600 | HQR3180603 | 2004/02/11 | DRAFT ACTION MEMORANDUM TO THE SECRETARY REGARDING ISSUANCE OF THE ADVANCE NOTICE OF INTENT TO PREPARE AN EIS REGARDING THE DISPOSAL OF GTCC RADIOACTIVE WASTE; PREPARED FOR B. COOK, ASSISTANT SECRETARY (DOE-EH) AND TO BE REVIEWED BY JOSEPH MCMONIGLE, LINTON BROOKS, AND UNDERSECRETARY CARD (DOE) PRIOR TO RECEIPT BY THE SECRETARY; DOCUMENT CONTAINS RECOMMENDATIONS TO THE SECRETARY, REVEALS | DP |

| DOCNO | ENDNO | DATE | DESCRIPTION | PRIVILEGE |
|---|---|---|---|---|
| | | | THE DELIBERATIONS OF DOE REGARDING THE PREPARATION OF AN EIS FOR THE DISPOSAL OF GTCC WASTE AND FORMS PART OF THE DELIBERATIVE PROCESS. | |
| HQR3180604 | HQR3180608 | 2004/03/02 | DRAFT ACTION MEMORANDUM TO THE SECRETARY REGARDING ISSUANCE OF THE ADVANCE NOTICE OF INTENT TO PREPARE AN EIS REGARDING THE DISPOSAL OF GTCC RADIOACTIVE WASTE; PREPARED FOR B. COOK, ASSISTANT SECRETARY (DOE-EH) AND TO BE REVIEWED BY JOSEPH MCMONIGLE, LINTON BROOKS, AND UNDERSECRETARY CARD (DOE) PRIOR TO RECEIPT BY THE SECRETARY; DOCUMENT CONTAINS RECOMMENDATIONS TO THE SECRETARY, REVEALS THE DELIBERATIONS OF DOE REGARDING THE PREPARATION OF AN EIS FOR THE DISPOSAL OF GTCC WASTE AND FORMS PART OF THE DELIBERATIVE PROCESS. | DP |
| HQR3180609 | HQR3180613 | 2004/03/02 | DRAFT ACTION MEMORANDUM FOR THE SECRETARY, DEPARTMENT OF ENERGY, RE: ADVANCE NOTICE OF INTENT FOR THE DISPOSAL OF GREATER-THAN-CLASS-C LOW-LEVEL RADIOACTIVE WASTE ENVIRONMENTAL IMPACT STATEMENT. PREPARED FOR B. COOK, ASSISTANT SECRETARY (DOE-EH) AND TO BE REVIEWED BY JOSEPH MCMONIGLE, LINTON BROOKS, AND UNDERSECRETARY CARD (DOE) PRIOR TO RECEIPT BY THE SECRETARY; THE DOCUMENT REVEALS THE DELIBERATIONS OF DOE REGARDING A POTENTIAL ADVANCE NOTICE OF INTENT TO PREPARE AN ENVIRONMENTAL IMPACT STATEMENT FOR THE DISPOSAL OF GTCC AND FORMS PART OF THE DELIBERATIVE PROCESS. | DP |
| HQR3180614 | HQR3180618 | 2004/03/05 | DRAFT ACTION MEMORANDUM TO THE SECRETARY REGARDING ISSUANCE OF THE ADVANCE NOTICE OF INTENT TO PREPARE AN EIS REGARDING THE DISPOSAL OF GTCC RADIOACTIVE WASTE; PREPARED FOR B. COOK, ASSISTANT SECRETARY (DOE-EH) AND TO BE REVIEWED BY JOSEPH MCMONIGLE, LINTON BROOKS, AND UNDERSECRETARY CARD (DOE) PRIOR TO RECEIPT BY | DP |

Deliberative Process Documents: Post January 22, 2004

| DOCNO | ENDNO | DATE | DESCRIPTION | PRIVILEGE |
|---|---|---|---|---|
| | | | THE SECRETARY; DOCUMENT CONTAINS RECOMMENDATIONS TO THE SECRETARY, REVEALS THE DELIBERATIONS OF DOE REGARDING THE PREPARATION OF AN EIS FOR THE DISPOSAL OF GTCC WASTE AND FORMS PART OF THE DELIBERATIVE PROCESS. | |
| HQR3180619 | HQR3180623 | 2004/03/05 | DRAFT ACTION MEMORANDUM TO THE SECRETARY REGARDING ISSUANCE OF THE ADVANCE NOTICE OF INTENT TO PREPARE AN EIS REGARDING THE DISPOSAL OF GTCC RADIOACTIVE WASTE; PREPARED FOR B. COOK, ASSISTANT SECRETARY (DOE-EH) AND TO BE REVIEWED BY JOSEPH MCMONIGLE, LINTON BROOKS, AND UNDERSECRETARY CARD (DOE) PRIOR TO RECEIPT BY THE SECRETARY; DOCUMENT CONTAINS RECOMMENDATIONS TO THE SECRETARY, REVEALS THE DELIBERATIONS OF DOE REGARDING THE PREPARATION OF AN EIS FOR THE DISPOSAL OF GTCC WASTE AND FORMS PART OF THE DELIBERATIVE PROCESS. | DP |
| HQR3180624 | HQR3180628 | 2004/03/22 | DRAFT ACTION MEMORANDUM TO THE SECRETARY REGARDING ISSUANCE OF THE ADVANCE NOTICE OF INTENT TO PREPARE AN EIS REGARDING THE DISPOSAL OF GTCC RADIOACTIVE WASTE; PREPARED FOR B. COOK, ASSISTANT SECRETARY (DOE-EH) AND TO BE REVIEWED BY JOSEPH MCMONIGLE, LINTON BROOKS, AND UNDERSECRETARY CARD (DOE) PRIOR TO RECEIPT BY THE SECRETARY; DOCUMENT CONTAINS RECOMMENDATIONS TO THE SECRETARY, REVEALS THE DELIBERATIONS OF DOE REGARDING THE PREPARATION OF AN EIS FOR THE DISPOSAL OF GTCC WASTE AND FORMS PART OF THE DELIBERATIVE PROCESS. | DP |
| HQR3180629 | HQR3180633 | 2004/03/26 | DRAFT ACTION MEMORANDUM TO THE SECRETARY REGARDING ISSUANCE OF THE ADVANCE NOTICE OF INTENT TO PREPARE AN EIS REGARDING THE DISPOSAL OF GTCC RADIOACTIVE WASTE; PREPARED FOR B. COOK, ASSISTANT SECRETARY (DOE-EH) AND TO BE REVIEWED BY JOSEPH MCMONIGLE, LINTON BROOKS, AND | DP |

260

| DOCNO | ENDNO | DATE | DESCRIPTION | PRIVILEGE |
|---|---|---|---|---|
| | | | UNDERSECRETARY CARD (DOE) PRIOR TO RECEIPT BY THE SECRETARY; DOCUMENT CONTAINS RECOMMENDATIONS TO THE SECRETARY, REVEALS THE DELIBERATIONS OF DOE REGARDING THE PREPARATION OF AN EIS FOR THE DISPOSAL OF GTCC WASTE AND FORMS PART OF THE DELIBERATIVE PROCESS. | |
| HQR3440001 | HQR3440001 | 2004/02/04 | E-MAIL MESSAGE REGARDING STATUS OF DISCUSSIONS AMONG SENIOR LEADERS AT DOE ABOUT THE ISSUANCE OF AN EIS FOR THE DISPOSAL OF GTCC WASTE; DOCUMENT REVEALS THE DELIBERATIONS OF DOE REGARDING THE SCOPE OF THE EIS AND FORMS PART OF THE DELIBERATIVE PROCESS. | DP |
| HQR3440002 | HQR3440003 | XXXX/XX/XX | DRAFT RESPONSE TO QUESTIONS FROM HOUSE APPROPRIATIONS COMMITTEE REGARDING THE DISPOSAL OF LLW IN COMMERCIAL OR DOE FACILITIES; DOCUMENT REVEALS THE DELIBERATIONS OF DOE REGARDING ITS RESPONSE TO CONGRESS AND FORMS PART OF THE DELIBERATIVE PROCESS. | DP |
| HQR3440013 | HQR3440022 | 2004/04/24 | DRAFT PRESENTATION OUTLINING ISSUES TO BE RESOLVED REGARDING THE SCOPE OF AN EIS TO BE ISSUED FOR THE DISPOSAL OF GTCC WASTE; DOCUMENT REVEALS THE DELIBERATIONS OF DOE REGARDING THE SCOPE OF THE EIS AND FORMS PART OF THE DELIBERATIVE PROCESS. | DP |
| HQR3440023 | HQR3440024 | 2004/10/06 | E-MAIL CHAIN REGARDING DOE REVIEW OF PROPOSED SENATE BILL S. 1045; CHAIN INCLUDES REQUEST FOR REVIEW BY COUNSEL AND RESULTS OF REVIEW BY COUNSEL FOR LEGAL SUFFICIENCY; E-MAIL CHAIN REVEALS THE DELIBERATIONS OF DOE REGARDING ITS REVIEW OF THE PENDING LEGISLATION AND FORMS PART OF THE DELIBERATIVE PROCESS. AC ATTORNEY: B. MCRAE (DOE-OGC). | DP, AC |
| HQR3440025 | HQR3440026 | 2004/10/04 | E-MAIL CHAIN REGARDING STATUS OF DISCUSSIONS AMONG OFFICE WITHIN DOE REGARDING RESPONSIBILITY FOR GTCC DISPOSAL ISSUES; DOCUMENT REVEALS THE DELIBERATIONS OF DOE REGARDING ASSIGNMENT OF RESPONSIBILITY AND FORMS PART OF THE DELIBERATIVE PROCESS. | DP |

| DOCNO | ENDNO | DATE | DESCRIPTION | PRIVILEGE |
|---|---|---|---|---|
| HQR3440027 | HQR3440029 | XXXX/XX/XX | WHITE PAPER OUTLINING STATUS OF ACTIVITIES AND DECISIONS TO BE MADE REGARDING THE ISSUANCE OF EIS FOR DISPOSAL OF GTCC WASTE; DOCUMENT REVEALS THE DELIBERATIONS OF DOE REGARDING THE ISSUANCE OF THE EIS AND FORMS PART OF THE DELIBERATIVE PROCESS. | DP |
| HQR3440030 | HQR3440033 | 2004/10/01 | E-MAIL CHAIN REGARDING DOE REVIEW OF PROPOSED SENATE BILLS S. 1045; E-MAIL CHAIN REVEALS THE DELIBERATIONS OF DOE REGARDING ITS REVIEW OF THE PENDING LEGISLATION AND FORMS PART OF THE DELIBERATIVE PROCESS. | DP |
| HQR3440034 | HQR3440043 | XXXX/XX/XX | MARKED UP VERSION OF PROPOSED SENATE BILL S. 1045; DOCUMENT REVEALS THE DELIBERATIONS OF DOE REGARDING ITS REVIEW OF THE PENDING LEGISLATION AND FORMS PART OF THE DELIBERATIVE PROCESS. | DP |
| HQR3440044 | HQR3440045 | 2004/11/19 | E-MAIL MESSAGE REGARDING STATUS OF DISCUSSIONS AMONG SENIOR LEADERS AT DOE ABOUT THE ISSUANCE OF AN EIS FOR THE DISPOSAL OF GTCC WASTE; DOCUMENT REVEALS THE DELIBERATIONS OF DOE REGARDING THE SCOPE OF THE EIS AND FORMS PART OF THE DELIBERATIVE PROCESS. | DP |

262

Revisions to Government Privilege Log

| Exh# | Bates-Begin | Bates-End | Description | Privilege | Revisions to Privilege Log |
|---|---|---|---|---|---|
| 109 | CTR0141798 | CTR0141799 | DOE action memorandum re: release of request for expression of interest and comments notice | DP | Remove entry from privilege log - this document is an exact duplicate of E108 (CTR141786-CTR141787) |
| 298 | HQR2500170 | HQR2500171 | White paper regarding legislative proposals and initiatives that could be undertaken by OCRWM, prepared in response to questions and issues raised as part of deliberative process | DP | Remove entry from privilege log - the Bates-stamp of this document is contained within the larger Bates-range of E297 (HQR2500168-HQR00180) |
| 401 | HQR1660015 | HQR1660021 | Informal note from Patrice Bubar (DOE/EM) to Jessie Roberson (DOE/EM) re: response to letter from EPA Region 6 administrator | DP | Revise privilege entry from deliberative process (DP) to attorney-client privilege (AC) - a redacted version of this document was previously released with Bates-Stamp HQR1650187-HQR1650193 - the redacted portion of the document discusses legal issues reviewed by DOE Office of General Counsel |

<u>Revisions to Government Privilege Log (cont'd)</u>

| | | | | | |
|---|---|---|---|---|---|
| 457 | NRC0130206 | NRC0130206 | E-mail regarding response to June 28, 2001 telephone call from Paula Craighead re: Maine Yankee GTCC waste and ISFSI storage | DP | Document to be released |
| 459 | NRC0130277 | NRC0130277 | E-mail summary of meeting held on February 11, 2003 between John Greeves and Martin Virgilio (NRC) and Jesse Roberson (DOE/EM) re: GTCC waste and EIS | DP | Document to be released |

CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of November, 2005, a copy of foregoing "DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL DOCUMENTS WITHHELD UNDER THE DELIBERATIVE PROCESS PRIVILEGE AND RESPONSE TO THE COURT'S NOVEMBER 16, 2005 ORDER" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Scott R. Damelin