# In the United States Court of Federal Claims

No. 04-74C
(into which has been consolidated No. 04-75C)

(E-Filed: November 28, 2005)

| | |
|---|---|
| PACIFIC GAS AND ELECTRIC COMPANY, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Before the court is Defendant's Unopposed Motion for an Enlargement of Time (Def.'s Mot. or Motion) within which to respond to plaintiff's Motion to Compel Production of Documents Withheld Under the "Deliberative Process" Privilege (Motion to Compel). For the reasons stated therein and because the Motion is unopposed, defendant's Motion is hereby GRANTED. Defendant shall respond to plaintiff's Motion to Compel on or before November 23, 2005. Defendant shall also file "'all regulations and guidance' of the Department of Energy relating to delegations of authority to invoke the deliberative process privilege," Def.'s Mot. at 1, on or before November 23, 2005. Plaintiff shall file a reply to defendant's response on or before November 30, 2005.

In accordance with the Rules of the United States Court of Federal Claims General Order No. 42A, Provision I.5., where the parties' filings, "including exhibits or attachments . . . , exceed[s] 50 pages when printed," the parties "shall supply chambers with a courtesy copy of the document in paper form."

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge