# In the United States Court of Federal Claims

No. 04-74C
(into which has been consolidated No. 04-75C)

(E-Filed: November 28, 2005)

PACIFIC GAS AND ELECTRIC COMPANY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

It has come to the court's attention that duplicates of a docket item have been filed in error. The docket item is titled Defendant's Reply to Plaintiff's Response to Defendant's Motion to Compel the Production of Documents and Deposition Testimony Improperly Withheld on the Basis of Privilege, electronically filed by defendant on November 23, 2005, and appears in duplicate as Docket Nos. 96 and 97. The Clerk of the Court is hereby directed to STRIKE Docket No. 96 from the docket in case No. 04-74C.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge