IN THE UNITED STATES COURT OF FEDERAL CLAIMS

Electronically filed on December 6, 2005

| | |
|---|---|
| PACIFIC GAS & ELECTRIC COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No. 04-074C, into which has been consolidated No. 04-075C<br><br>(Judge Hewitt) |

PG&E'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO FILE REPLY TO GOVERNMENT'S RESPONSE TO PG&E'S MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS WITHHELD UNDER THE DELIBERATIVE PROCESS PRIVILEGE

Pursuant to RCFC 6 and 6.1, PG&E moves for an enlargement of time of two business days, to and including December 9, 2005, in which to reply to the government's response to PG&E's motion to compel documents withheld under the deliberative process privilege. PG&E's response would otherwise be due tomorrow, December 7, 2005. The Court has granted one previous request by PG&E to enlarge the time for this response. PG&E's counsel has contacted the government's counsel to determine its position on this motion, and he responded that the government would not oppose this enlargement.

The issues here and many of the documents in question have been the source of contentious disagreement in this and other spent fuel cases. The resolution of this motion could have a substantial impact on all the spent fuel cases currently filed in this Court. As such, PG&E continues to analyze the government's 311 page response (including the brief and appendix) and needs the additional time sought here to prepare a thorough reply and

ascertain whether there are any remaining opportunities to further narrow and refine the issue for the Court.

For these reasons, PG&E should have an enlargement of time.

Dated: December 6, 2005

Respectfully submitted,

s/ Jerry Stock

Jerry Stouck
Greenberg Traurig, LLP
800 Connecticut Ave, NW Ste 500
Washington, D.C. 20006
(202) 331-3173
(202) 261-4751 fax
Counsel for Plaintiff
Pacific Gas & Electric Company

Of Counsel:
Robert L. Shapiro
Greenberg Traurig, LLP