# In the United States Court of Federal Claims

No. 04-74C
(into which has been consolidated No. 04-75C)

(E-Filed: December 7, 2005)

| | |
|---|---|
| PACIFIC GAS AND ELECTRIC COMPANY, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Before the court is PG&E's Unopposed Motion for Enlargement of Time to File Reply to Government's Response to PG&E's Motion to Compel the Production of Documents Withheld Under the Deliberative Process Privilege (Motion). For the reasons stated therein and because the Motion is unopposed, plaintiff's Motion is hereby GRANTED. Plaintiff shall file its reply to defendant's response to plaintiff's Motion to Compel Production of Documents Withheld under the "Deliberative Process" Privilege on or before Friday, December 9, 2005.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge