# In the United States Court of Federal Claims

No. 04-74C
(into which has been consolidated No. 04-75C)

(E-Filed: December 9, 2005)

PACIFIC GAS AND ELECTRIC COMPANY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

The court has before it plaintiff's Motion for Clarification or Reconsideration on Discovery Restriction (Pl.'s Mot. or Motion). Plaintiff requests the court to "clarify or reconsider that portion of its December 2, 2005 Order indicating a discovery cut-off of January 28, 2004, and instead allow discovery of documents and facts subsequent to that date, subject to applicable Court Rules." Pl.'s Mot. at 6. The court WILL CONSIDER plaintiff's Motion after expedited briefing. In accordance with Rule 59(b) of the Rules of the Court of Federal Claims, the court ORDERS that defendant file a response to plaintiff's Motion on or before Tuesday, December 13, 2005. Plaintiff shall file a reply to defendant's response on or before Thursday, December 15, 2005.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge