# GTCC PROGRAMMATIC ENVIRONMENTAL ASSESSMENT

## Strategy

- o Data gathering, preliminary transportation routing (assuming Oak Ridge, INEL, NTS, and Hanford), and preparation of the outline and format of the environmental assessment (EA) will begin immediately
- o Draft EA preparation will be initiated on those facilities identified by the survey of existing DOE facilities as being technically capable of interim storage of GTCC LLW (based upon the draft survey report)
- o DOE will recommend a facility for interim storage of GTCC LLW one month after receipt of the final technical survey report
- o The draft EA will be completed on the facility recommended by DOE and will document that the proposed storage of the waste at this facility will not result in significant environmental impacts
- o Following the required review cycles, the EA will be finalized
- o Preoperational activities (site specific waste acceptance criteria, operational documentation, etc.) will be initiated on the facility recommended by DOE
- o The EA is assumed to result in a finding of no significant impact (FONSI). When the FONSI is issued and the preoperation activities are complete, interim storage will be made available

## Justification

- o In general, an EA justifies the use of a facility for a proposed action. An EIS is generally used to evaluate various facilities and results in a record of decision. The original programmatic EA approach, covering several potential facilities, essentially followed the EIS process instead of the EA process.

## Issues

- o The DOE recommendation of a facility for interim storage, in January 1990, is a critical to the interim storage time frame. Any change to this recommendation will directly impact the completion of the EA and the site specific preoperational activities.


STRATEGY FOR DEVELOPING GTCC LLW INTERIM STORAGE CAPABILITY
OCTOBER-89
NOVEMBER
DECEMBER
JANUARY-90
FEBRUARY
MARCH
APRIL
MAY
JUNE
JULY
PROGRAMMATIC E.A.
DOE SITE SURVEY
SURVEY REPORT
SITE RECOMMENDATION
WASTE ACCEPTANCE CRITERIA AND PROCEDURE DEVELOPMENT
FACILITY MODIFICATION
DATA GATHERING
PREPARE DRAFT EA'S FOR POTENTIAL FACILITIES
EA PREPARATION FOR RECOMMENDED FACILITY
EA DRAFT
EA FINAL
INTERIM STORAGE AVAILABLE
PREOPERATIONAL ACTIVITIES
FACILITY RECOMMENDED
FINAL SURVEY REPORT
SURVEY PACKAGE INFORMATION COMPLETED
SITE VISITS
DEVELOP SURVEY PKG
FACT SHEETS
DEVELOP EVALUATION CRITERIA
MILESTONE
DOE DECISION POINT
ACTIVITY
FIGURE 2


STRATEGY FOR DEVELOPING CTCC LLW INTERIM STORAGE CAPABILITY
OCTOBER-89
NOVEMBER
DECEMBER
JANUARY-90
FEBRUARY
MARCH
APRIL
MAY
JUNE
JULY
PROGRAMMATIC E.A.
DOE SITE SURVEY
SURVEY REPORT
SITE SELECTION
WASTE ACCEPTANCE CRITERIA AND PROCEDURE DEVELOPMENT
FACILITY MODIFICATIONS
ACTION DESCRIPTION MEMORANDUM (ADM) PREPARATION & REVIEW
EM-25 APPROVAL OF ADM
EA PREPARATION
EA DRAFT
EA FINAL
DOE/EM-25 APPROVAL/FONSI
DEVELOP SURVEY PKG
SURVEY PKG DISTRIBUTED
SURVEY PKG INFORMATION COMPLETED
FACT SHEETS
SITE VISITS
DEVELOP EVALUATION CRITERIA
VERIFY AND EVALUATE DATA PREPARE REPORT
FINAL SURVEY REPORT
EVALUATE AND SELECT POTENTIAL FACILITIES
FACILITY SELECTION
PREOPERATIONAL ACTIVITIES
INTERIM STORAGE AVAILABLE
MILESTONE
DECISION POINT
ACTIVITY
FIGURE 2

HQR-077-2996




FIGURE 3



HQR-077-2997

**Interoffice Correspondence**
Civilian Radioactive Waste Management System
Management & Operating Contractor

TRW Environmental Safety Systems Inc.

WBS: 3.2.04
QA: N/A

**Subject**
Review Draft Delivery Commitment Schedule Exchange Scenarios

**Date**
July 15, 1994

**From:**
V. S. McCormic

**To**
D.A. Williamson

**cc**
Ron Kelly
Paul Highberger
Larry B Wimmer

**Location/Phone**
Transportation
703.204.8972

Reference: Memorandum (Preliminary Draft), "Draft Delivery Commitment Schedule (DCS) Exchange Request Review Process", Nancy Slater to Dave Jones, June 3, 1994.

The above reference requests the review by Waste Acceptance and Transportation of the attached scenario exchanges. This review is to be completed by applying the criteria that would be used to evaluate actual DCS exchanges.

This memorandum provides the results from reviewing the scenario exchanges using the Transportation criteria as a basis.

The following exchanges are evaluated by Transportation:

Exchange 1: Dresden 1 to Quad Cities 1
Commonwealth Edison Co

Exchange 2: Commonwealth Edison (1998) to Niagara Mohawk Power Corporation (2004).

Exchange 3: Baltimore Gas & Electric Co (2002) to Niagara Mohawk Power Corporation (2004)

Exchange 4: Niagara Mohawk Power Corporation (1999) to Commonwealth Edison Company (2002)

Exchange 5: Baltimore Gas & Electric (2002) to Southern California Edison Company (2006)

Exchange 6: Baltimore Gas & Electric (2002) to Southern California Edison Company (2006) and Consolidated Edison Company of New York (?)

The results of the review are as follows:

The exchange between Purchaser sites of position in the "pickup Q" may be impacted by the availability of specific cask sizes.
If the demand for one size transportation cask is higher than the system supply of such casks, then the Purchasers who did an exchange must be willing to adjust their pickup time.

Exchange 1: Dresden 1 to Quad Cities 1
(to) Commonwealth Edison Co
Within the same utility, it is their call.

Exchange 2: Commonwealth Edison (1998)
(to) Niagara Mohawk Power Corporation (2004).
Potential transportation cask scheduling problem for pickup (different crane capacity; different MPC size).

Exchange 3: Baltimore Gas & Electric Co (2002)
(to) Niagara Mohawk Power Corporation (2004)
Potential transportation cask scheduling problem for pickup (same crane capacity; same MPC size).

Exchange 4: Niagara Mohawk Power Corporation (1999)
(to) Commonwealth Edison Company (2002)
Potential transportation cask scheduling problem for pickup (different crane capacity; different MPC size).

Exchange 5: Baltimore Gas & Electric (2002)
(to) Southern California Edison Company (2006)
Potential transportation cask scheduling problem for pickup (same crane capacity; same MPC size).

Exchange 6: Baltimore Gas & Electric (2002)
(to) Southern California Edison Company (2006)
(and) Consolidated Edison Company of New York (2007)
Potential transportation cask scheduling problem for pickup (Consolidated Edison plant may be a truck shipper)

ASSUMPTIONS
(Transportation)

1. Assuming that the required number of casks and cask systems (MPCs, GA-4/9, etc) will be available beginning in Year One.

2. Assuming Site-Specific Servicing Plans (SSSP) have been developed (facility interfaces, data verification, etc.).

3. Assuming modifications (crane updates, floor load plates, carts, rail upgrades, etc.) required at the Purchaser's facilities have been completed.

4. Assuming that all DCS exchange scenarios are acceptable (correctly written, no recording errors, etc).

4. Assuming that there is no problems with the transportation systems (truck/rail/barge).

5. Assuming that all routing and localities have been notified (emergency response, etc.).

6. Assuming no political, legislative, or social organization has restraints to prevent exchanges.

7. Assuming Purchaser/CRWMS interface (hardware, MPCs, etc) are acceptable.

8. Assuming no scheduling and planning problems exists at the Purchaser's facility and with the transportation system (campaign planning, etc. )

9. Assuming that all site specific transportation equipment (cask lifting yoke adapters, fuel loading spacers, etc.) are available.

Exchange 1

Approved: Dresden 1 for 10.7 MTUs (1998)
Approved: Quad Cities 1 for 10.7 MTUs (1998)

1998: Quad Cities 1 will ship 10.7 MTUs in 1998 in place of Dresden 10.7 MTUs.

| | Facility | Yr | MTU | #FA | Type | Sq | Long | Mode | Util | SPDs |
|---|---|---|---|---|---|---|---|---|---|---|
| Approved | Dresden 1: | 1998 | 10.7 | 104 | BWR | 4.3" | 134.4" | Rail | Com | Yes |
| Exchange | Quad Cities: | 1998 | 10.7 | 104 | BWR | 5.5" | 171.2" | Rail | Com | Yes |
| Same? | No | Yes | Yes | Yes | Yes | No | No | Yes | Yes | Yes |

Does overall Approved (MTUs) = Exchanged (MTUs)? Yes
Does overall Number of fuel assemblies Approved = Exchanged? Yes

Different facilities is acceptable.
Different fuel assembly size is acceptable.

Are there interface problems at Quad Cities?

a Facility crane designed is 125 T, crane is rated at 75 T for SNF.
b Cask drop analysis was for 70 T, will have to be redone for 75 T MPC.
c Loading height off pool floor is 16 ft 1 in. - this is based on minimum water depth that must cover the SNF during fuel loading. The technical specification may have to be revised.
d Campaign planning and routing will have to be revised.

Are there interface problems at Dresden 1?

a Facility crane designed is 75 T, crane is rated at 24 T for SNF.
b Cask drop analysis was for 24 T, will have to be redone for 75 T MPC.
c Loading height off pool floor is 23 ft 10 in. - this is sufficient to load MPCs.
d Campaign planning and routing will have to be revised.

**NO MAJOR PROBLEMS ARE APPARENT THAT WOULD PREVENT THE EXCHANGE (FROM A TRANSPORTATION STANDPOINT ONLY).**

Exchange 2

Approved: Dresden 1 for 10.7 MTUs (1998)
Approved: Nine Mile Point 1 for 31.15 MTUs (2004)

1998: Nine Mile Point 1 will ship 10.7 MTUs in 1998 in place of Dresden 10.7 MTUs
2004: Dresden will ship 10.7 MTUs & Nine Mile Pt 1 will ship balance of MTUs (20.45).

| | Facility | Yr | MTU | #FA | Type | Sq | Long | Mode | Util | SPDs |
|---|---|---|---|---|---|---|---|---|---|---|
| Approved | Dresden: | 1998 | 10.70 | 104 | BWR | 4.3" | 134.4 | Rail | Com | Yes |
| Exchanged | 9 Mi Pt 1 | 1998 | 10.70 | 58 | BWR | 5.5" | 171.2" | Rail | NiaMo | Yes |
| Same? | No | Yes | Yes | No | Yes | No | No | Yes | No | |

| | | Yr | MTU | #FA | Type | Sq | Long | Mode | Util | SPDs |
|---|---|---|---|---|---|---|---|---|---|---|
| Approved | 9 Mi Pt 1: | 2004 | 31.15 | 168 | BWR | 5.5" | 171.2" | Rail | NiaMo | Yes |
| Exchanged | 9 Mi Pt 1: | 2004 | 20.45 | 110 | BWR | 5.5" | 171.2" | Rail | NiaMo | Yes |
| Exchanged | Dresden: | 2004 | 10.70 | 104 | BWR | 4.3" | 134.4 | Rail | Com | Yes |
| Same? | No | Yes | Yes | No | Yes | No | No | Yes | No | |

Does overall Approved (MTUs) = Exchanged (MTUs)? Yes
Does overall Number of fuel assemblies Approved = Exchanged? Yes

Different facilities and utilities are acceptable.
Different number of FAs is acceptable.
Different fuel assembly size is acceptable.

Are there interface problems at Nine Mile Point 1?

a Facility crane designed to 125 T, crane is rated at 70 T for SNF.
b Cask drop analysis was for 70 T, will have to be redone for 75 T MPC.
c Loading height off pool floor is 15 ft 3 in. - this is based on minimum water depth that must cover the SNF during fuel loading. The technical specification may have to be revised.
d Floor load limit of 100 T.
e Campaign planning, routing, and schedule will have to be revised.

Are there interface problems at Dresden 1?

a Facility crane designed is 75 T, crane is rated at 24 T for SNF.
b Cask drop analysis was for 24 T, will have to be redone for 75 T MPC.
c Loading height off pool floor is 23 ft 10 in. - this is sufficient to load MPCs.
d Campaign planning, routing, and scheduling will have to revised.

**NO MAJOR PROBLEMS ARE APPARENT THAT WOULD PREVENT THE EXCHANGE (FROM A TRANSPORTATION STANDPOINT ONLY).**

Exchange 3

Approved: Calvert Cliffs 12.55 MTUs (2002)
Approved: Nine Mile Point 1 for 31.15 MTUs ( 2004)

2002: Nine Mile Point 1 will ship 12.55 MTUs in place of Calvert Cliffs 12.55 MTUs.
2004: Calvert Cliffs will ship 12.55 MTUs & Nine Mile Pt 1 will ship balance of MTU(20.45).

| | Facility | Yr | MTU | #FA | Type | Sq | Long | Mode | Util | SPDs |
|---|---|---|---|---|---|---|---|---|---|---|
| Approved | Calvert Cliffs | 2002 | 12.55 | 32 | PWR | 8.3" | 157" | Barge | BG&E | Yes |
| Exchanged | 9 Mi Pt 1 | 2002 | 12.55 | 68 | BWR | 5.5" | 171.2" | Rail | NiaMo | Yes |
| Same? | No | Yes | Yes | No | No | No | No | No | No | |

| | Facility | Yr | MTU | #FA | Type | Sq | Long | Mode | Util | SPDs |
|---|---|---|---|---|---|---|---|---|---|---|
| Approved | 9 Mi Pt 1 | 2004 | 31.15 | 168 | BWR | 5.5" | 171.2" | Rail | NiaMo | Yes |
| Exchanged | 9 Mi Pt 1 | 2004 | 18.60 | 100 | BWR | 5.5" | 171.2" | Rail | NiaMo | Yes |
| Exchanged | Calvert Cliffs | 2004 | 12.55 | 32 | PWR | 8.3" | 157" | Barge | BG&E | Yes |
| Same? | No | Yes | Yes | No | Yes | No | No | Yes | No | |

Does overall Approved (MTUs) = Exchanged (MTUs)? Yes
Does overall Number of fuel assemblies Approved = Exchanged? Yes

Different facilities and utilities are acceptable.
Different # of FAs is acceptable.
Different size and type of fuel assembly is acceptable.
Different mode of shipment is acceptable.

Are there interface problems at Nine Mile Point 1?

- a Facility crane designed to 125 T, crane is rated at 70 T for SNF.
- b Cask drop analysis was for 70 T, will have to be redone for 75 T MPC.
- c Loading height off pool floor is 15 ft 3 in. - this is based on minimum water depth that must cover the SNF during fuel loading. The technical specification may have to be revised.
- d Floor load limit of 100 T.
- e Campaign planning, routing, and schedule will have to be revised. There is also the change in shipping mode.

Are there interface problems at Calvert Cliffs?

- a Facility crane designed to 125 T, crane is rated at 125 T for SNF.
- b Loading height off pool floor is 14 ft 5 in. - this is based on minimum water depth of 8' that must cover the SNF during fuel loading. The technical specification may have to be revised or cask handling/loading modifications may have to be made.
- c Campaign planning, routing, and schedule will have to be revised. There is also the change in shipping mode.

**NO MAJOR PROBLEMS ARE APPARENT THAT WOULD PREVENT THE EXCHANGE (FROM A TRANSPORTATION STANDPOINT ONLY).**

Exchange 4

Approved: Dresden 1 for 48.97 MTUs (1999)
Approved: Nine Mile Point 1 for 193.03 MTUs (2002)
(APPROVED PER THE PAPERS PROVIDED; the Annual Capacity Report numbers are not consistent with these for year 5)

1999: Dresden 1 will ship 48.97 MTUs in 1999 in place of Nine Mile Point 1 48.97 MTUs
2002: Nine Mile Point 1 will ship 48.97 MTUs & Dresden 1 will ship balance of MTUs (144.18).

| | Facility | Yr | MTU | #FA | Type | Sq | Long | Mode | Util | SPDs |
|---|---|---|---|---|---|---|---|---|---|---|
| Approved | 9 Mi Pt 1 | 1999 | 48.97 | 252 | BWR | 5.5" | 171.2" | Rail | NiaMo | Yes |
| Exchanged | Dresden: | 1999 | 48.97 | 244 | BWR | 4.3" | 134.4 | Rail | Com | Yes |
| Same? | No | Yes | Yes | No | Yes | No | No | Yes | No | |

| | Facility | Yr | MTU | #FA | Type | Sq | Long | Mode | Util | SPDs |
|---|---|---|---|---|---|---|---|---|---|---|
| Approved | Dresden: | 2002 | 121.01 | 603 | BWR | 4.3" | 134.4 | Rail | Com | Yes |
| Approved | Dresden: | 2002 | 72.04 | 359 | BWR | 4.3" | 134.4 | Rail | Com | Yes |
| Exchanged | 9 Mi Pt 1 | 2002 | 48.97 | 252 | BWR | 5.5" | 171.2" | Rail | NiaMo | Yes |
| Same? | No | Yes | No | No | Yes | No | No | Yes | No | |

Does overall Approved (MTUs) = Exchanged (MTUs)? Yes
Does overall Number of fuel assemblies Approved = Exchanged ? Yes

Different facilities and utilities are acceptable.
Different number of FAs is acceptable.
Different fuel assembly size is acceptable.

Are there interface problems at Dresden 1?

a Facility crane designed is 75 T, crane is rated at 24 T for SNF.
b Cask drop analysis was for 24 T, will have to be redone for 75 T MPC.
c Loading height off pool floor is 23 ft 10 in. - this is sufficient to load MPCs.
d Campaign planning, routing, and scheduling will have to revised.

Are there interface problems at Nine Mile Point 1?

a Facility crane designed to 125 T, crane is rated at 70 T for SNF.
b Cask drop analysis was for 70 T, will have to be redone for 75 T MPC.
c Loading height off pool floor is 15 ft 3 in. - this is based on minimum water depth that must cover the SNF during fuel loading. The technical specification may have to be revised.
d Floor load limit of 100 T.
e Campaign planning, routing, and schedule will have to be revised.

**NO MAJOR PROBLEMS ARE APPARENT THAT WOULD PREVENT THE EXCHANGE (FROM A TRANSPORTATION STANDPOINT ONLY).**

Exchange 5

Approved: Calvert Cliffs 12.55 MTUs (2002)
Approved: San Onofre 1 for 25.87 MTUs ( 2006)

2002: San Onofre 1 will ship 12.55 MTUs in place of Calvert Cliffs 12.55 MTUs.
2006: Calvert Cliffs will ship 12.55 MTUs &San Onofre 1 will ship balance of MTU(13.26).

| | Facility | Yr | MTU | #FA | Type | Sq | Long | Mode | Util | SPDs |
|---|---|---|---|---|---|---|---|---|---|---|
| Approved | Calvert Cliffs | 2002 | 12.55 | 32 | PWR | 8.3" | 157" | Barge | BG&E | Yes |
| Exchanged | San Onofre 1 | 2002 | 12.55 | 34 | PWR | 7.76 | 137.1 | HHal | SCE | Yes |
| Same? | No | Yes | Yes | No | No | No | No | No | No | |

| | Facility | Yr | MTU | #FA | Type | Sq | Long | Mode | Util | SPDs |
|---|---|---|---|---|---|---|---|---|---|---|
| Approved | San Onofre 1 | 2006 | 19.21 | 52 | PWR | 7.76 | 137.1 | HHal | SCE | Yes |
| Approved | San Onofre 1 | 2006 | 6.66 | 18 | PWR | 7.76 | 137.1 | HHal | SCE | Yes |
| Exchanged | Calvert Cliffs | 2006 | 12.55 | 32 | PWR | 8.3" | 157" | Barge | BG&E | Yes |
| Same? | No | Yes | No | No | Yes | No | No | Yes | No | |

Does overall Approved (MTUs) = Exchanged (MTUs)? Yes
Does overall Number of fuel assemblies Approved = Exchanged ? Yes

Different facilities and utilities are acceptable.
Different # of FAs is acceptable.
Different size and type of fuel assembly is acceptable.
Different mode of shipment is acceptable.

Are there interface problems at San Onofre 1?

a Facility crane designed to 105 T, crane is rated at 105 T for SNF.
b Fuel bundle lift height limit is 16 ft. 6 in. - this is based on minimum water depth of 10' that must cover the SNF during fuel loading. The technical specification may have to be revised or cask handling/loading modifications may have to be made.
c Cask drop analysis was for 70 T, will have to be redone for more than 70 T MPC.
d Campaign planning, routing, and schedule will have to be revised. There is also the change in shipping mode.

Are there interface problems at Calvert Cliffs?

a Facility crane designed to 125 T, crane is rated at 125 T for SNF.
b Loading height off pool floor is 14 ft 5 in. - this is based on minimum water depth of 8' that must cover the SNF during fuel loading. The technical specification may have to be revised or cask handling/loading modifications may have to be made.
c Campaign planning, routing, and schedule will have to be revised. There is also the change in shipping mode.

**NO PROBLEMS ARE APPARENT THAT WOULD PREVENT THE EXCHANGE**

Exchange 6

Approved: Calvert Cliffs 12.55 MTUs (2002)
Approved: San Onofre 1 30.87 MTUs (2006)
Approved: Indian Pt 1 39.3 MTUs (2007)

2002: San Onofre 1 will ship 7.55 MTUs and Indian Point 1 will ship 5 MTUs in place of Calvert Cliffs 12.55 MTUs.
2006 Calvert Cliffs will ship 7.55 MTUs and San Onofre 1 will ship balance of MTU(23.32).
2007 Calvert Cliffs will ship 5 MTUs and Indian Pt 1 will ship balance of MTU(34.3)

| | Facility | Yr | MTU | #FA | Type | Sq | Long | Mode | Util | SPDs |
|---|---|---|---|---|---|---|---|---|---|---|
| Approved | Calvert Cliffs | 2002 | 12.55 | 32 | PWR | 8.3" | 157" | Barge | BG&E | Yes |
| Exchange | San Onofre 1 | 2002 | 7.55 | 20 | PWR | 7.76 | 137.1 | HHal | SCE | Yes |
| Exchange | Indian Pt 1 | 2002 | 5 | 11 | PWR | 6.27 | 138.8 | HHal | ConE | Yes |
| Same? | No | Yes | Yes | No | Yes | No | No | No | No | |

| | Facility | Yr | MTU | #FA | Type | Sq | Long | Mode | Util | SPDs |
|---|---|---|---|---|---|---|---|---|---|---|
| Approved | San Onofre 1 | 2006 | 19.21 | 52 | PWR | 8.3 | 157 | HHal | SCE | Yes |
| Approved | San Onofre 1 | 2006 | 11.66 | 33 | PWR | 8.3 | 157 | HHal | SCE | Yes |
| Exchanged | Calvert Cliffs | 2006 | 7.55 | 19 | PWR | 8.3" | 157" | Barge | BG&E | Yes |
| | | | | | | | | | | |
| Approved | Indian Pt 1 | 2007 | 22.15 | 49 | PWR | 6.27 | 138.8 | HHal | ConE | Yes |
| Approved: | Indian Pt 1 | 2007 | 17.15 | 38 | PWR | 6.27 | 138.8 | HHal | ConE | Yes |
| Exchanged | Calvert Cliffs | 2007 | 5 | 13 | PWR | 8.3" | 157" | Barge | BG&E | Yes |
| Same? | No | Yes | No | No | Yes | No | No | No | No | |

Does overall Approved (MTUs) = Exchanged (MTUs)? Yes
Does overall Number of fuel assemblies Approved = Exchanged ? Yes

Different facilities and utilities are acceptable.
Different # of FAs is acceptable.
Different size and type of fuel assembly is acceptable.
Different mode of shipment is acceptable.

Are there interface problems at San Onofre 1?

a Facility crane designed to 105 T, crane is rated at 105 T for SNF.

b Fuel bundle lift height limit is 16 ft. 6 in. - this is based on minimum water depth of 10' that must cover the SNF during fuel loading. The technical specification may have to be revised or cask handling/loading modifications may have to be made.

c Cask drop analysis was for 70 T, will have to be redone for more than 70 T MPC.

d Campaign planning, routing, and schedule will have to be revised. There is also the change in shipping mode.

(Exchange 6 continued)

Are there interface problems at Indian Point 1?

- a Facility will possibly ship SNF by truck carrier (not using an MPC)
- b Facility crane designed to 75 T, crane is rated at 75 T for SNF.
- c Fuel bundle lift height limit is 12 ft. 7 in. - this is based on minimum water depth of 10' 6" that must cover the SNF during fuel loading. The technical specification may have to be revised or cask handling/loading modifications may have to be made.
- d Existing pedestal in the loading area is limited to 28 ton weight limit
- e Campaign planning, routing, and schedule will have to be revised. There is also the change in shipping mode.

Are there interface problems at Calvert Cliffs?

- a Facility crane designed to 125 T, crane is rated at 125 T for SNF.
- b Loading height off pool floor is 14 ft 5 in. - this is based on minimum water depth of 8' that must cover the SNF during fuel loading. The technical specification may have to be revised or cask handling/loading modifications may have to be made.
- c Campaign planning, routing, and schedule will have to be revised. There is also the change in shipping mode.

**NO MAJOR PROBLEMS ARE APPARENT THAT WOULD PREVENT THE EXCHANGE (FROM A TRANSPORTATION STANDPOINT ONLY).**

CRITERIA FOR EXCHANGE EVALUATION

1. Are the Purchasers owners of the same company?

2. Are the Purchasers owners of different companies?
If different, what are the consequences?

3. Are the MTUs for exchange the same?

4. Are the MTUs for exchange different?
If different, what are the consequences?

5. Are the number of fuel assemblies the same between exchanges?

6. Are the number of fuel assemblies different between exchanges?
If different, what are the consequences?

7. Are the years for exchange the same?

8. Are the years for exchange different?
If different, what are the consequences?

9. Are the type (BWR/PWR) of fuel assemblies the same?

10. Are the type (BWR/PWR) of fuel assemblies different?
If different, what are the consequences?

11. Are the physical size of the fuel assemblies the same?

12. Are the physical size of the fuel assemblies different?
If different, what are the consequences?

13. Is the mode (truck/rail/barge) of shipment the same?

14. Is the mode (truck/rail/barge) of shipment different?
If different, what are the consequences?

15. Are the Service Planning Documents (SPDs) available for Purchases facilities?

16. Are there no SPDs available for the Purchasers facilities?
If not available, what are the consequences?

17. Are there logistic (cask/transportation) problems?
If so, what are the consequences?

18. Are there scheduling problems?
If so, what are the consequences?

19. Are there campaign planning problems?
If so, what are the consequences?

20. Are there routing problems?
If so, what are the consequences?

21. Are there site interface problems at any of the Purchaser's facilities?
If so, what are the consequences?

22. If there are site interface problems at any of the Purchaser's facilities, what are they?
(list possible problem areas)
    Cane design (T)
    Cane rating (T)
    Cask drop analysis (T)
    Cask drop analysis required?
    Acceptable floor loads (receiving/decon/handling areas):
    Loading height acceptable (distance from loading floor to top of cask)?
    Required water coverage over fuel assembly during handling acceptable?
    Is loading height and required water coverage acceptable?
    Is the receiving area physical dimensions acceptable?
    Is the decon/prep area physical dimensions acceptable?
    Is the loading area physical dimensions acceptable?
    Has the first page of the SPD been reviewed for possible problem areas?
If the answer to any of the above is a problem area, what are the consequences?

23. Have all sections of the Transportation Group had the opportunity to review the results and provide their input?

## TABLE OF CONTENTS

Page

1. INTRODUCTION . . . . . 1

1.1 SCOPE . . . . . 1

1.2 CANISTER SYSTEM ACCEPTABILITY . . . . . 1

1.3 PRECEDENCE OF REQUIREMENTS . . . . . 2

2. CODES, STANDARDS, AND REFERENCES . . . . . 3

2.1 FEDERAL REGULATIONS . . . . . 3

2.2 CODES AND STANDARDS . . . . . 3

2.3 OTHER REFERENCES . . . . . 3

3. ITEMS INCLUDED . . . . . 5

3.1 CANISTER ASSEMBLY . . . . . 5

3.2 ON-SITE TRANSFER SEGMENTS (OST) . . . . . 6

3.3 ON-SITE STORAGE SEGMENT . . . . . 6

3.3.1 Canister Storage Mode Subsystem . . . . . 6
3.3.2 Canister Storage Trailer Subsystem . . . . . 6

3.4 CANISTER TRANSPORTATION CASK SUBSYSTEM ELEMENT . . . . . 7

3.5 ANCILLARY EQUIPMENT . . . . . 7

4. GENERAL REQUIREMENTS . . . . . 8

4.1 PERFORMANCE CHARACTERISTICS . . . . . 8

4.2 PHYSICAL CHARACTERISTICS . . . . . 8

4.2.1 Protective Coatings and Materials . . . . . 8

4.3 MATERIALS . . . . . 8

4.4 INDUSTRIAL SAFETY . . . . . 9

4.4.1 Safety Labels . . . . . 9
4.4.2 Equipment Related Hazards . . . . . 9

4.5 NAMEPLATES AND MARKINGS . . . . . 9

4.6 QUALITY ASSURANCE . . . . . 9

4.7 INTERNATIONAL ATOMIC ENERGY AGENCY SAFEGUARDS AND SECURITY REQUIREMENTS . . . . . 10

5. HARDWARE - AND COMPONENT-SPECIFIC DESIGN AND FABRICATION REQUIREMENTS . . . . . 11

5.1 PERFORMANCE AND FUNCTIONAL CHARACTERISTICS . . . . . 11

5.1.1 Structural Criteria . . . . . 11
5.1.2 Thermal Criteria . . . . . 11
5.1.3 Confinement . . . . . 11
5.1.4 Canister Cavity Environment . . . . . 11
5.1.5 Surface Contamination . . . . . 11
5.1.6 Radiation Protection . . . . . 12
5.1.7 Seismic . . . . . 12
5.1.8 Opening and Resealing . . . . . 12

5.2 PHYSICAL CHARACTERISTICS . . . . . 12

5.2.1 Dimensional Interface . . . . . 12
5.2.2 Weight Limitations . . . . . 13
5.2.3 Canister Materials and Contents . . . . . 13

5.3 SERVICE LIFE . . . . . 13

6. DISPOSAL CONSIDERATIONS [OPTIONAL] . . . . . 14

7. NOTES . . . . . 14

7.1 GLOSSARY . . . . . 14

7.2 ACRONYMS AND ABBREVIATIONS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15

# 1. INTRODUCTION

The Civilian Radioactive Waste Management System (CRWMS) anticipates accepting and handling both individual Spent Nuclear Fuel (SNF) assemblies and SNF contained in sealed canisters. This document provides acceptance criteria for Canisters containing commercial Spent Nuclear Fuel (SNF) to be accepted by OCRWM under the same conditions as a Standard Fuel Form.

## 1.1 SCOPE

This document defines the criteria that commercial Spent Nuclear Fuel (SNF) canisters, related transportation and storage overpacks, and ancillary equipment must meet to be considered for acceptance by the CRWMS.

## 1.2 CANISTER SYSTEM ACCEPTABILITY

CRWMS will accept any loaded SNF canister which meets a minimum criteria. The minimum criteria is defined as a canister and associated overpacks which has current NRC Certificates of Compliance (CoC) under 10 CFR 71 for transportation and 10 CFR 72 for storage on the date of transfer of the canister to the Federal system. However, the full terms and conditions (e.g. delivery schedule) applicable to "standard SNF" acceptance as defined in "10 CFR 961, Standard Contract For Disposal Of Spent Nuclear Fuel And/Or High-Level Radioactive Waste", may not be applicable to canistered SNF transferred to the CRWMS under this minimum criteria.

CRWMS will accept any loaded canister containing commercial SNF under the full terms and conditions applicable to "standard SNF" acceptance as defined in 10 CFR 961 if that canister meets the criteria for a standard canister system enclosed herein. The criteria is defined as: 1) a canister, associated overpacks, and ancillary equipment which has current NRC CoCs under 10 CFR 71 for transportation and 10 CFR 72 for storage applicable to the Federal receiving site on the date of transfer to the Federal system; and 2) a canister, associated overpacks, and ancillary equipment and handling hardware the meets minimum physical interface requirements with Federal site's surface facilities.

It is desirable that canisters containing SNF accepted by the CRWMS be disposable under 10 CFR 60, "Disposal Of High-Level Radioactive Wastes In Geologic Repositories", or any future specific NRC rulemaking for the disposal site. Optional criteria are provided herein defining the best CRWMS' information currently available to characterize applicable disposal requirements. Failure to meet any of these potential disposal criteria will not adversely impact on the acceptability of any loaded canister meeting the transport and storage criteria defined above. Incentives, if any, related to compliance with the optional disposal criteria are not addressed in this specification.

Sections 4, 5, and 6 of this specification provide specific information on the criteria that have been

generalized above.

## 1.3 PRECEDENCE OF REQUIREMENTS

When conflicts occur, the given technical precedence applies.

A. The order of precedence for Civilian Radioactive Waste Management System (CRWMS) technical requirements is:

1. Federal Law

   a. Statutes and Treaties
   b. Regulations and Executive Orders
   c. Department of Energy (DOE) Orders

2. State Law
3. National and International Standards

B. In resolving questions of precedence involving DOE Orders or Code of Federal Regulations (CFRs) that address nuclear safety requirements covered by the CFRs issued by the U.S. Nuclear Regulatory Commission (NRC), the NRC requirements shall take precedence.

## 2. CODES, STANDARDS, AND REFERENCES

The following codes, standards, and references are referred to in this specification. The applicable revision for each of the documents is the latest in effect at the date of the effectiveness of this specification (TBD).

### 2.1 FEDERAL REGULATIONS

- 10 CFR 50 — Domestic Licensing of Production and Utilization Facilities
- 10 CFR 60 — Disposal of High-Level Radioactive Wastes in Geologic Repositories
- 10 CFR 71 — Packaging and Transportation of Radioactive Material
- 10 CFR 72 — Licensing Requirements for the Independent Storage of Spent Nuclear Fuel and High-Level Radioactive Waste
- 10 CFR Part 961 — *Standard Contract for Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste*
- 29 CFR 1910 — Occupational Health and Safety Standards

### 2.2 CODES AND STANDARDS

-ANS American Nuclear Society
-ANSI American National Standards Institute
-ASCE American Society of Civil Engineers
-ASME American Society of Mechanical Engineers

### 2.3 OTHER REFERENCES

Other documents referenced in this specification are:

- NUREG/CR-0612, "Control of Heavy Loads at Nuclear Power Plants"
- Nuclear Regulatory Guide 7.4, "Leakage Tests on Packages for Shipment of Radioactive Material"
- Nuclear Regulatory Guide 7.10, "Establishing Quality Assurance Programs for Packaging Used in the Transport of Radioactive Materials"

- USNRC Regulatory Guide 1.60, "Design Response Spectra for Seismic Design of Nuclear Power Plants"

# 3. ITEMS INCLUDED

The Canister Subsystem consists of the Canister, the Transportation Cask, the Storage Cask and the ancillary equipment necessary to handle the canisters at a CRWMS facility. Sections 3.1 through 3.4 describes these elements and their interfaces.

## 3.1 CANISTER ASSEMBLY

The Canister is a sealed right circular cylindrical metallic canister used for storage, transportation, and potential disposal of Pressurized Water Reactor (PWR) or Boiling Water Reactor (BWR) spent nuclear fuel (SNF) assemblies in a dry, inert environment. The Canister is overpacked separately and uniquely for storage, transportation, and geologic disposal. The Canister and its associated overpacks must be certified by the U.S. Nuclear Regulatory Commission. The Canister and its associated overpacks must satisfy the storage requirements of 10 CFR 72, the transportation requirements of 10 CFR 71, and potentially, the disposal requirements in 10 CFR 60. In addition to the operations at CRWMS Facilities, the Canister will be loaded at the Purchasers' sites i.e. commercial spent nuclear fuel storage sites under a 10 CFR 50 reactor operating license or a 10CFR72 facility license. The Canister therefore interfaces with the Transportation Cask Subsystem, the Purchaser facilities, and On-Site Storage (OSS) Segments, the CRWMS receiving facility, and the Mined Geologic Disposal System (MGDS). The MGDS requirements affecting the Canister are identified in this specification as desirable options. The principal functions performed by the Canister are described below.

For use in storage, the Canister serves the functions of providing confinement for the radioactive material, providing adequate heat transfer to maintain SNF peak cladding temperatures below the specified limits, maintaining the geometry of the SNF, and providing reactivity control to maintain the SNF subcritical for all transfer and storage conditions. The Canister interfaces with the transfer equipment, and storage mode provided with the OSS Segments. The Canister Subsystem also interfaces with Purchaser handling equipment including existing Purchaser lifting equipment.

For use in transportation, the Canister serves the function of providing adequate heat transfer to limit SNF peak cladding temperatures so cladding integrity is maintained for transportation conditions, maintaining the required geometric spacing of the SNF during all transportation conditions, and providing reactivity control to maintain the SNF subcritical for all transportation conditions. The interfaces are with the transportation cask and handling equipment used to insert and remove the Canister from the transportation cask including lifting equipment, lifting beams or yokes and connectors included in ancillary equipment, and transfer equipment provided with the OSS Segments.

For potential use in disposal, the Canister serves the function of providing adequate heat transfer to maintain SNF peak cladding temperatures below the cladding temperature limit at the repository,

maintaining the geometric spacing of the SNF, and providing reactivity control to maintain the SNF subcritical. In this mode, the Canister interfaces with the disposal container and handling equipment used to transfer the Canister from the transportation cask to the disposal container.

In addition to providing the identified functions, the Canister may be loaded in both a wet environment (spent fuel pool) or a dry environment. At Purchaser Facilities, the will be loaded with SNF, transferred from a spent fuel pool into either a storage mode or transportation cask, transferred directly from a storage mode into a Transfer or Transportation Cask without returning to the spent fuel pool, and transferred at a CRWMS Facility from a transportation cask into either a storage container or to a waste package for disposal. The Canisters may be opened and unloaded in a dry environment at the CRWMS receiving facility.

## 3.2 ON-SITE TRANSFER SEGMENT (OST)

The OST Segment, in conjunction with anticipated CRWMS Facility equipment, provides those capabilities for interfacing with the On-Site Storage Segment, as required, to place into storage and later remove loaded Canisters from storage. Each Canister Transfer Cask Subsystem consists of a Canister Transfer Cask and associated ancillary equipment, special tools and fixtures. The Canister Transfer Cask is a device that provides a means of dry transfer of the loaded and sealed Canister to either an Canister Transportation Cask or an Canister Storage Mode,

## 3.3 ON-SITE STORAGE SEGMENT

The OSS Segment provides the equipment required to perform on-site dry storage of loaded Canisters. The OSS Segment consists of a Storage Mode Subsystem and a Canister Storage Trailer Subsystem.

### 3.3.1 Canister Storage Mode Subsystem

Each Canister Storage Mode Subsystem consists of an Canister Storage Mode and associated ancillary equipment, special tools and fixtures, and spare parts. Each Canister Storage Mode provides interim dry storage of SNF in Canisters at a CRWMS Facility site. The storage mode maintains the structural integrity of the Canister, maintains the heat transfer rate, and provides shielding during on-site storage and storage mode loading and retrieval operations.

### 3.3.2 Canister Storage Trailer Subsystem

Each Canister Storage Trailer Subsystem will be comprised of an Canister Storage Trailer and associated ancillary equipment, special tools and fixtures, and spare parts. Each Canister Storage Trailer provides the OSS the capability to move 1) a loaded Canister Transfer Cask to and from the on-site storage location, 2) a loaded Canister Storage Mode to and from the on-site storage location,

and 3) a Canister Transportation Cask to retrieve a loaded Canister directly from the Canister Storage Mode at the on-site storage location. Each trailer supports 1) loading of the Canister Storage Mode, 2) the unloading of the Canister Storage Mode, 3) retrieval of a loaded Canister to the Canister Transportation Cask loading area, and 4) the loading of the Canister Transportation Cask.

## 3.4 CANISTER TRANSPORTATION CASK SUBSYSTEM ELEMENT

The Canister Transportation Cask Subsystem consist of the transportation cask and its associated ancillary equipment, special tools and fixtures, and spare parts. The cask serves as the transportation overpack of a Canister. It, together with the loaded Canister, must be certified for the transportation of Spent Nuclear Fuel (SNF) under 10 CFR Part 71. The cask consists of the cask body (i.e., shell and closure lid), trunnions, impact limiters, penetration cover plates, quick disconnect values, drainage/venting/inerting plugs, and seals.

The Canister Transportation Cask provides the containment function during transport, maintains the structural integrity of the Canister, and provides heat removal and shielding. The cask interfaces with the Canister and handling equipment used to insert and remove the Canister from the cask, the handling equipment used to move the cask into and out of a transfer-to-storage area, and the transportation equipment required to move the cask between sites.

## 3.5 ANCILLARY EQUIPMENT

This includes any equipment necessary to ensure that the Canister interfaces effectively with the Storage Trailer, OSS Segment, the OST Segment, and the Canister Transportation Cask Subsystem. The ancillary equipment includes any equipment required to support the transfer of a loaded Canister safely and efficiently.

# 4. GENERAL REQUIREMENTS

This section contains the design and material requirements which apply to the Canister and its auxiliaries.

## 4.1 PERFORMANCE CHARACTERISTICS

For acceptance of the Canister under the same conditions as Standard Fuel Form, the Canister must be compatible with 10CFR71 and 10CFR72 Certificates of Compliance appropriate for the commercial SNF being delivered. The OST and the OSS shall be in accordance with the requirements of a 10 CFR 72 Certificate of Compliance appropriate for both the fuel being delivered and for storage at the CRWMS Facility in (location TBD). Ancillary components supplied as necessary for handling and transfer at the CRWMS Facility must be of designs that are safe and efficient. Designs that have been utilized at a NRC-licensed 10 CFR 50 or 10CFR72 Facility are deemed satisfactory. If this experience condition is not met for an auxiliary component supplied to the CRWMS Facility for handling the Canister, then that component's design must meet the requirements for the MPC Design Procurement Specification (Reference TBD) or otherwise be evaluated by OCRWM as satisfactory.

The design of the Canister Subsystem shall be compatible with the OSS Segment and the Transportation Cask Subsystem, including the equipment used to transfer the Canister between the OSS Segment and Transportation Cask Subsystem.

## 4.2 PHYSICAL CHARACTERISTICS

### 4.2.1 Protective Coatings and Materials

A. If corrosion resistant materials such as stainless steel are not used, all exposed metal surfaces shall be painted, plated, or otherwise coated.

B. High-quality, industrial-grade paints and/or coating suitable for elevated temperature use and, exterior weather exposure shall be used. Coating requirements for lifting/handling devices are described in ANSI N14.6, "Special Lifting Devices for Containers Weighing 10,000 Pounds (4500 Kg) or More".

## 4.3 MATERIALS

A. All Canister materials shall be certified (e.g., chemical composition, mechanical properties, or other properties, as appropriate), including shielding and criticality control components.

B. The Canister Subsystem design and materials shall not be susceptible to galvanic effects or corrosion which could impact the component function over the specified service life.

## 4.4 INDUSTRIAL SAFETY

### 4.4.1 Safety Labels

Safety labels, signs, and placards shall be designed and displayed as required in 29 CFR 1910.144 through 29 CFR 1910.145.

### 4.4.2 Equipment Related Hazards

Material handling equipment and tools shall meet the requirements of 29 CFR 1910.176, .179, .180, .181, .184, and Subpart P.

## 4.5 NAMEPLATES AND MARKINGS

A. Canisters shall have unique alphanumeric identifiers which will appear on all documentation pertinent to that particular Canister. The identifier shall be stamped or engraved and shall be visible from the top and side of the canister. The label shall not impair the integrity of the canister and shall be a compatible material.

B. An exterior marking shall be placed on the Canister to indicate the orientation of the SNF basket within the Canister.

C. Pipe, hose, and tube-line identification for liquids, gas, and steam shall be clearly and unambiguously labeled or coded as to contents, pressure, heat, cold, direction of flow, or other specific hazard information.

D. Permanent labels shall be attached to the specific component or equipment in such a manner that environmental conditions or usage by personnel will not make the label illegible or remove or destroy the label.

## 4.6 QUALITY ASSURANCE

All activities subject to the requirements of OCRWM Quality Assurance Requirements and Description (QARD), DOE/RW-0333P, performed to satisfy the requirements of this specification, shall be performed in accordance with a Quality Assurance Program which

conforms to the following:

A. OCRWM Quality Assurance Requirements and Description, DOE/RW-0333P.

B. 10 CFR 71, Packaging and Transportation of Radioactive Materials, Subpart H, Quality Assurance..

C. 10 CFR 72, Licensing Requirements for the Independent Storage of Spent Nuclear Fuel and High Level Radioactive Waste, Subpart G, Quality Assurance.

## 4.7 INTERNATIONAL ATOMIC ENERGY AGENCY SAFEGUARDS AND SECURITY REQUIREMENTS

A. The Canister shall be designed to ensure visual access of the canister unique identification so as to permit documentation via video imaging and/or human observation with or without image magnification.

B. The Canister Transfer Cask and Canister Storage Mode shall be designed to facilitate the attachment of International Atomic Energy Agency (IAEA) approved Tamper Indicating Devices (TIDs) at two non-contiguous locations. The location of the TIDs shall be selected to minimize the chance of damage and common failure.

C. The Canister Storage Mode design shall be amenable to IAEA-approved methods of verification of containment integrity such as visual examination, independent sensor monitoring, Non Destructive Analysis (NDA) or thermal scans of walls, or automatic video surveillance to detect undeclared movements of containers.

# 5. HARDWARE - AND COMPONENT-SPECIFIC DESIGN AND FABRICATION REQUIREMENTS

This section contains the requirements for the Canister System which consists of the Canister overpacks and the ancillary equipment.

## 5.1 PERFORMANCE AND FUNCTIONAL CHARACTERISTICS

### 5.1.1 Structural Criteria

The Canister shall meet the requirements of the appropriate 10 CFR 71 Certificate of Compliance, as part of the transportation package and the requirements of the appropriate 10 CFR 72 Certificate of Compliance, as part of the storage mode.

### 5.1.2 Thermal Criteria

The Canister, with its storage and transportation overpacks, shall limit the maximum peak temperature of the SNF fuel rod cladding to 340 °C for 10 year cooled Zircaloy clad SNF and 380 °C for 5 year cooled Zircaloy clad SNF.[TBD for SS Clad] MGDS thermal limits are specified in Section 6.0.

### 5.1.3 Confinement

A. The inner closure shall have been tested utilizing a helium leak detection system capable of detecting a leak rate of $10^{-6}$ std-atm-$cm^3$/sec of helium.

B. Helium leak testing criteria shall be obtained from ANSI N14.5 and Regulatory Guide 7.4.

C. Closure lid penetrations shall include quick disconnect valves, but such valves shall not be part of the confinement boundary. Penetration covers shall serve as part of the confinement boundary per 10 CFR 72.

### 5.1.4 Canister Cavity Environment

The Canister shall be of such a design as to achieve an internal absolute pressure of 3 millibar and to demonstrate by calculation that the residual water content of the interior is less than 0.25 volume percent.

### 5.1.5 Surface Contamination

A method shall have been used to isolate the annulus between the Canister and the Transportation

Cask or any Transfer Cask to minimize the potential for surface contamination of the external surface of the Canister during wet pool loading operations, if used.

### 5.1.6 Radiation Protection

For radiological assessment, an individual Canister Storage Mode shall not have a radiation dose rate greater than TBD mrem/hr two meters from the top outer surface or greater than TBD mrem/hr at two meters from the radial outer surface.

### 5.1.7 Seismic

Design of the OSS, structures and components shall assume, as a minimum, a design earthquake described by a USNRC Regulatory Guide 1.60 response spectrum scaled to 0.70g (TBV) in two orthogonal horizontal directions and two-thirds that value in the vertical direction simultaneously.

### 5.1.8 Opening and Resealing

A. The Canister shall be capable of being opened by removal of the lid(s) without damaging the SNF.

B. The capability to remotely lift and remove shield plugs shall be provided. Shield plugs utilizing RCRA materials shall not perform any required canister structural, sealing, or internal spacing functions.

C. A means shall be provided for lifting a loaded Canister after the lids have been removed.

## 5.2 PHYSICAL CHARACTERISTICS

### 5.2.1 Dimensional Interface

A. Because the Canisters must interface with a number of other CRWMS components, such as the MPC Transportation Cask and the repository disposal container , the dimensional interface must be controlled. For dimensional consistency, the canister shall be a right circular cylinder with cylindricity no greater than 0.65 inch on the radius. The cylinder must be within 0.06 degrees perpendicular to the top and bottom shell wall plates.

B. Weld distortion shall be limited so as not to interfere or prohibit later removal of the Canister lid(s) and SNF contained in the Canister.

### 5.2.2 Weight Limitations

The maximum crane hook weight of the loaded cask systems (e.g., loaded and sealed Canister, transportation cask, and lifting yoke) shall not exceed 150 tons.

### 5.2.3 Canister Materials and Contents

A. The Canister shall not contain explosive, pyrophoric, or chemically reactive materials.

B. Materials which could cause a chemical, galvanic, or other reactions between components of the Canister shall be encapsulated or sheathed to prevent the in-leakage of water into the volume occupied by such materials. If in-leakage of water could cause the generation of hydrogen gas, then the materials shall be coated with a non-reactive material by a process such as anodization or vapor deposition.

## 5.3 SERVICE LIFE

A. The minimum service life of the Canister, including label, shall be 100 years.

B. The service life of individual transfer casks shall be a minimum of TBD (suggest 20) years.

C. The OSS shall have a service life of 100 years and shall permit maintenance, repair, and replacement as required.

D. The Canister Storage Trailer shall be capable of 20 years of operation, and shall be subject to replacement for the entire service life of the OSS.

## 6.0 DISPOSAL CONSIDERATIONS [OPTIONAL]

A. The Canister shall maintain the Zircaloy SNF cladding temperature below 350 °C and the Stainless Steel SNF cladding temperature below (TBD) °C in the MGDS. The cladding temperature limits must be achieved at the following air/canister surface boundary temperatures:

| Year | Temperature |
|---|---|
| 0-1 | 150°C |
| 1-5 | 175°C |
| 5-50 | 190°C |
| ≥50 | 200°C |

B. The Seller shall demonstrate that the SNF basket maintain subcriticality for 1.8 weight percent U-235 fresh fuel without credit for any geometric spacing provided between SNF fuel cell enclosures in flux trap designs.

C. All canister structures and neutron absorber host materials shall perform their functions in a corrosive environment in which free water of TBD<ph<TBD may be present.

D. The canister basket shall maintain the spacing and geometry of the SNF assemblies and neutron absorbers for TBD years (insert appropriate regulatory period of interest) after emplacement in the repository. Stabilized austenitic stainless steel is an example of a material which has been found suitable for this purpose in the repository environment.

E. Canister shell material(s) shall be compatible with high nickel alloy materials in the disposal overpack. Low-carbon stabilized stainless steel and other high nickel alloys are examples of materials that have been determined to be suitable.

# 7. NOTES

## 7.1 GLOSSARY

| | |
|---|---|
| Canister | The Canister is a sealed, metallic container maintaining multiple SNF assemblies in a dry, inert environment and overpacked separately and uniquely for the various system elements of storage, transportation, and potentially for geologic disposal. |
| Canister Transfer Cask | A device to provide for on-site handling and transfer of a loaded Canister assembly at a processing area between a Canister Storage Mode and a Canister Transportation Cask. It maintains the structural integrity of the Canister, provides for heat rejection from the Canister, and shielding during handling and transfer operations. |
| Decommission | To remove safely from service and reduce residual radioactivity to a level that permits for land or facilities; release of the property for unrestricted use and termination of license, and for casks; release of the cask for appropriate disposal. |
| Function | A primary statement of purpose. It defines what a system or subsystem must accomplish to meet the system mission. |
| Penetration | A valved connection through a lid. |
| Purchaser | Any person other than a Federal agency, who is licensed by the Nuclear Regulatory Commission to use a utilization or production facility under the authority of Sections 103 or 104 of the Atomic Energy Act of 1954 (42USC2133, 2134) or who has title to SNF and who has executed a contract or other contractual agreement with DOE. Purchaser's SNF includes government-owned SNF from commercial industry and civilian development. |
| Requirement | A quantitative or qualitative statement or how well a function must be performed. |
| SNF Basket | A structure which supports the SNF, provides thermal conductivity to remove the SNF heat, and assures a subcritical geometry. |
| Spent Nuclear Fuel (SNF) | Pressurized water reactor (PWR) and boiling water reactor (BWR) fuel that has been withdrawn from a nuclear reactor following irradiation. |
| Storage Trailer | A specialized vehicle, trailer, or mechanism that provides the equipment required to perform on-site transfer, storage, and retrieval operations, which may involve |

loaded Canister Storage Modes, Canister Transportation Casks, or Canister Transfer Casks. It includes equipment such as tie-down components, personnel barriers, fixtures, etc. needed to make the loaded Canister Storage Trailer transport-ready for on-site operations.

Transportation Cask — A container for shipping spent nuclear fuel that meets all applicable regulatory requirements for public transport.

## 7.2 ACRONYMS AND ABBREVIATIONS

| | |
|---|---|
| ANS | American Nuclear Society |
| ANSI | American National Standards Institute |
| ASME | American Society of Mechanical Engineers |
| B&PV | Boiler and Pressure Vessel |
| BWR | Boiling Water Reactor |
| CFR | Code of Federal Regulations |
| CoC | Certificate of Compliance |
| CRWMS | Civilian Radioactive Waste Management System |
| DOE | Department of Energy |
| IAEA | International Atomic Energy Agency |
| MGDS | Mined Geologic Disposal System |
| MTU | Metric Ton(s) of initial Uranium |
| NRC | Nuclear Regulatory Commission |
| NUREG | U.S. Nuclear Regulatory Commission Regulatory Guide |
| OCRWM | Office of Civilian Radioactive Waste Management |
| OSS | On-Site Storage |
| OST | On-Site Transfer Segment |
| PCBs | Polychlorinated Biphenyls |
| PWR | Pressurized Water Reactor |
| QARD | Quality Assurance Requirements and Description Document |

| | |
|---|---|
| RCRA | Resource Conservation and Recovery Act |
| SAR | Safety Analysis Report |
| SNF | Spent Nuclear Fuel |
| TID | Tamper Indicating Device |
| TSCA | Toxic Substances Control Act |

3951

United States Government

**Department of Energy**

**Idaho Field Office**

# memorandum

DATE: August 26, 1992

SUBJECT: Transmittal of Predecisional Draft GTCC LLW Strategic Plan, DOE Milestone HQ-GTCC-92.04 (AM/ER&WM WMD-92-350)

TO: Terry L. Plummer, Manager
National LLW/GTCC Program
Technical Support Division
DOE-HQ, EM-351, Trevion II

Attached for your review and comments are three copies of the predecisional draft report Managing Greater-Than-Class C Low-Level Radioactive Waste: A Strategic Plan, DOE/LLW-79T, Revision 1. This submittal completes DOE Milestone HQ-GTCC-92.04 due August 31, 1992:

> Submit the final draft of Revision 1 of the document Managing Greater-Than-Class C Low-Level Radioactive Waste: A Strategic Plan to DOE-HQ for review.

A previous draft of this document was prepared and submitted on June 12, 1991. The draft was not finalized pending notification of the DOE facility regarding the location of interim storage. Although this notification has not yet taken place, the draft Strategic Plan has been revised to allow finalization of this document soon after the notification takes place.

The draft Strategic Plan is written as though certain events have taken place. The assumptions include:

- Oak Ridge has been notified and has accepted interim storage, but the site-specific preoperational tasks have not been completed and interim storage operations have not begun.

- The revised strategy, as documented in the Action Decision Memorandum (ADM) to Leo Duffy, has been approved.

- The fee strategy for interim storage, also documented in the ADM, has been approved.

Because this draft indicates that Oak Ridge is the interim storage site, all individuals reviewing the document should be made aware that the draft assumes this future event has taken place. Although the plan is marked as Predecisional Draft, I suggest that distribution be limited.

In revising the schedule for interim storage, it became clear that interim storage will not be available in 1993. If the Tennessee

notification occurs in September 1992, the new start date for interim storage would be March 1994. If you have any questions, please contact me at
(208) 526-0920 or Roger Scott at (208) 526-9928.

Ronald H. Sandwina

Ronald H. Sandwina, Manager
National Low-Level Waste Program

Attachment

cc: J. A. Coleman, DOE-HQ, EM-35, w/att.
J. E. Rhoderick, DOE-HQ, EM-351, w/att.
R. L. Scott, EG&G Idaho, Inc., w/o att., MS 3960

DOE/LLW-79T
Predecisional Draft

# Managing Greater-Than-Class C Low-Level Radioactive Waste: A Strategic Plan

*National Low-Level Waste Management Program*

*August 1992*

DOE/LLW-79T
Revision 1
Predecisional Draft

# Managing Greater-Than-Class C Low-Level Radioactive Waste: A Strategic Plan

August 1992

Idaho National Engineering Laboratory
EG&G Idaho, Inc.
National Low-Level Waste Management Program
Idaho Falls, Idaho 83415

Prepared for the
U.S. Department of Energy
Office of Environmental Restoration and Waste Management
Under DOE Idaho Field Office
Contract DE-AC07-76ID01570

## ABSTRACT

This strategic plan describes the Department of Energy (DOE) goals, objectives, and strategy for fulfilling its responsibility to dispose of Greater-Than-Class C low-level radioactive waste (GTCC LLW) according to the requirements of Section 3(b) of the Low-Level Radioactive Waste Policy Amendments Act of 1985, Public Law 99-240.

The strategy for fulfilling this responsibility consists of three tasks: interim storage of limited quantities of GTCC LLW at a currently operating DOE facility to eliminate a potential public health and safety threat; acceptance of GTCC LLW for storage in a DOE dedicated facility on an as-needed basis pending disposal; and disposal in a facility licensed by the Nuclear Regulatory Commission. The objectives, assumptions, and strategies for each of these tasks are presented in this plan.

PREDECISIONAL DRAFT

# EXECUTIVE SUMMARY

Section 3(b) of the Low-Level Radioactive Waste Policy Amendments Act of 1985, Public Law 99-240 (the Act), makes the Federal Government responsible for disposal of Greater-Than-Class C low-level radioactive waste (GTCC LLW). GTCC LLW that results from activities licensed by the Nuclear Regulatory Commission (NRC) and Agreement States must be disposed of in a facility licensed by the NRC. Although the Department of Energy (DOE) generates waste with similar characteristics, DOE-generated waste does not require disposal in an NRC licensed facility. Consequently, GTCC LLW generated by licensees of the NRC and Agreement States is managed separately from DOE-generated waste. This strategic plan does not apply to DOE-generated waste; however, options for incorporating GTCC LLW with other DOE storage and disposal obligations are not precluded.

Related provisions of the Act indicate that the DOE is the Federal agency responsible for disposal of GTCC LLW. DOE's goal for fulfilling this responsibility is to provide, as quickly as practicable, a program that will allow GTCC LLW generators management options other than continued long-term onsite storage of such waste at the place of generation.

An important input to the planning for DOE management of GTCC LLW is the projection of volumes and characteristics of GTCC LLW requiring storage and disposal. The effort to quantify the volumes, activities, and characteristics of GTCC LLW includes volume and activity projections based on an independent analysis of operations and decommissioning wastes generated by nuclear reactors, an NRC survey of sealed sources, and an Energy Information Administration (EIA) survey. Results of the data collection effort are presented in DOE/LLW-114, *Greater-Than-Class C Low-Level Radioactive Waste Characterization: Estimated Volumes, Radionuclide Activities, and Other Characteristics* (August 1991).

The schedule for establishing NRC-licensed GTCC LLW disposal capability is speculative because of regulatory and institutional uncertainties. Based on a similar DOE program for high-level waste (HLW) disposal, this capability may not be available until 2010 or later. Because some waste generators may not be able to provide safe onsite storage for this length of time, DOE plans to accept waste for disposal on an as-needed basis and to store such waste until the disposal facility is established. No mention of DOE/NR interaction?

The three major tasks in DOE's GTCC LLW management system are the development of (1) interim storage, (2) dedicated storage, and (3) disposal capabilities. The development of licensed Federal disposal capability for GTCC LLW is a complex and time-consuming process. Currently, the costs, schedules, and work scope for disposal are based on the assumption that the GTCC LLW disposal facility will be separate from those facilities planned for other radioactive wastes.

The objective of the interim storage task is to establish a program to accept limited amounts of GTCC LLW for storage before disposal, as necessary, beginning in 1994. Acceptance will be restricted to GTCC LLW that presents a threat to public health and safety as determined by the appropriate regulatory authority. The DOE will provide interim storage for this limited quantity of GTCC LLW until a dedicated storage facility or a licensed disposal facility is available.

Says who!

The objective of the dedicated storage task is to provide long-term storage of GTCC LLW until disposal capacity is available. Dedicated storage will be provided on an as-needed basis for GTCC LLW that generators are unable to safely store at their facilities until disposal capabilities are available.

The objective of the disposal task is to provide for GTCC LLW disposal in an NRC-licensed facility or facilities. Public Law 99-240 specifies that ". . . the Federal Government shall be responsible for the disposal of any other low-level radioactive waste with concentrations of radionuclides that exceed the limits established by the Commission for Class C radioactive waste, . . ." The 1985 Act also requires that GTCC LLW generated by an NRC licensee be disposed of in a facility licensed by the NRC.

The interim storage, dedicated storage, and disposal facility development will be supported by treatment and packaging and transportation tasks. A fee methodology will be established to ensure that the fees assessed by DOE for acceptance of GTCC LLW reflect the most current information regarding the costs of these activities. Fees charged for interim storage will be determined on a case-by-case basis with no charge in those instances where the generator is unable to pay.

The plan includes a summary chart of the key milestones and major decision points for implementing the program. This chart details the major decision points required for the three main tasks: interim storage, dedicated storage, and disposal. The assumptions for each of the three tasks are listed in Section 1 of this document.

PREDECISIONAL DRAFT

# CONTENTS

ABSTRACT . . . iii

EXECUTIVE SUMMARY . . . v

1. INTRODUCTION . . . 1

1.1 Background . . . 2

1.2 Bases and Assumptions . . . 2

1.2.1 Interim Storage . . . 2
1.2.2 Dedicated Storage . . . 4
1.2.3 Disposal . . . 6
1.2.4 Funding . . . 6

1.3 Characterization of GTCC LLW . . . 6

1.3.1 Classification . . . 6

2. INTERIM STORAGE . . . 10

2.1 Objective . . . 10

2.2 Strategy . . . 10

2.3 Milestones . . . 12

3. DEDICATED STORAGE . . . 13

3.1 Objective . . . 13

3.2 Strategy . . . 13

3.3 Milestones . . . 15

4. DISPOSAL . . . 17

4.1 Objective . . . 17

4.2 Strategy . . . 17

4.3 Milestones . . . 19

5. BUDGET ESTIMATE . . . 20

6. REFERENCES .......... 21

Appendix A: Excerpt from Public Law 99-240—January 15, 1986, The Low-Level Radioactive Waste Policy Amendments Act of 1985, Section 3(b) .......... A-1

## FIGURES

1. Strategy for managing GTCC LLW .......... 3

2. Interim storage logic .......... 11

3. Dedicated storage logic .......... 16

4. Disposal logic .......... 18

## TABLES

1. Long-lived radionuclides .......... 7

2. Short-lived radionuclides .......... 7

3. GTCC LLW Program budget estimate .......... 20