# In the United States Court of Federal Claims

No. 04-74C
(into which has been consolidated No. 04-75C)

(E-Filed: December 12, 2005)

PACIFIC GAS AND ELECTRIC COMPANY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

The court has before it plaintiff's Reply in Support of Motion to Compel "Deliberative Process" Documents filed electronically Friday, December 12, 2005. This filing does not comply with Rules 11(a) and 5.2(b) of the Rules of the Court of Federal Claims (RCFC). The court ACCEPTS this filing despite the absence of a signature "by or for the attorney of record," RCFC 11(a), and despite that it was not filed "by leave of the court on motion" yet "exceed[s] 20 pages," RCFC 5.2(b)(2). With respect to compliance with the RCFC in future filings, plaintiff is advised that "[a] filing that does not comply with the[] signature requirements [of RCFC 11(a)] shall be deemed to violate RCFC 11 and may be stricken." General Order No. 42A (emphasis added).

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge