# APPENDIX

# REPRESENTATIVE

# SPENT FUEL STORAGE COSTS FOR PG&E SPENT FUEL LITIGATION

Prepared by: Roderick W. Knight

President

Knight Cost Engineering Services, LLC

Date: November 10, 2005

Roderick W. Knight, CCE

11/10/05
Date

The purpose of this report is to provide representative costs for various aspects of spent fuel storage, for use in an economic model developed by The Brattle Group. Cost information was derived from site specific decommissioning cost estimates for four utilities, developed by Scientech over the past four years. These costs were segregated into various categories and then escalated to 2005 dollars based on the Gross Domestic Product: Implicit Price Deflator. Costs were then averaged to develop representative costs for both wet and dry spent fuel storage.

The following summary data is provided for use.

1. Cask capacity (MTU)

Cask capacities typically used in our studies are consistent with the Transnuclear TN-24 cask which can store 24 PWR assemblies or 52 BWR assemblies.

The capacity for PWR assemblies is 0.46 MTU/assembly or 1,014 lbs/assembly.

The capacity for BWR assemblies is 0.18 MTU/assembly or 397 lbs/assembly.

Accordingly, the range of capacity in MTU is 11.04 MTU per cask (PWR) and 9.36 MTU per cask (BWR).

2. Spent fuel pool O&M ($/year)

The representative cost for operation and maintenance of a spent fuel pool for spent fuel storage is million per year. The range associated with this cost is million per year based on detailed post 9-11-2001 studies. Summaries of these studies are provided in Enclosures (1) and (2).

3. Dry storage O&M ($/year)

The representative cost for operation and maintenance of a dry storage facility is million per year. The range associated with this cost is million per year based on detailed post 9-11-2001 studies. Summaries of these studies are provided in Enclosures (1) and (3).

4. Dry storage infrastructure and decommissioning costs ($/site)

There are two licensing options for the on-site storage of spent fuel, a general license under 10 CFR Part 50 or a site specific license under 10 CFR Part 72. Licensing costs for a site with a 10 CFR Part 50 general license utilizing an already certified storage system will be much lower than for a site requiring a site specific 10 CFR Part 72 license. Costs for the licensing of an ISFSI are approximately million for a general license. This cost includes licensing, planning and permitting. In addition, the cost for the infrastructure, including the pad, transfer cask and ancillary equipment will range from million for a 1,000 assembly ISFSI. Assuming the ISFSI is licensed under the 10 CFR Part 50 general license and a representative infrastructure cost of million for 1,000 assemblies, a cost of million will be incurred prior to receipt of spent fuel.

The representative cost for decommissioning a dry storage facility is million based on detailed estimates as summarized in Enclosure (1).

5. Dry storage variable cask cost ($/cask)

The average cost for a dry storage cask used in our studies is [illegible]) per cask as demonstrated in Enclosure (1). Cask costs ranged from [illegible]

Basis for Scientech Information

The information provided is based on data developed by Scientech in the preparation of formal detailed decommissioning cost studies. These studies have typically been used for rate making, litigation support and acquisition purposes. Appendix A provides a list of the studies used in this analysis and other documents and data considered in forming my opinions.

Qualifications

My qualifications, including all publications and previous testimony experience are provided in Enclosure (4). I am being paid $150.00 per hour, for my time working on this project.

Appendix A

1. Decommissioning Study of the Nuclear Power Plant, Prepared for Utility 1, by SCIENTECH Inc. Document No. 82A9439, October 2002.

2. 2003 Decommissioning Study of the Nuclear Power Plant, Prepared for Utility 2, by SCIENTECH Inc, November 2003.

3. 2004 Decommissioning Cost Update for the Nuclear Power Plant, Prepared for Utilit 3, by Scientech, LLC, Document No. 82A9540, December 2004.

4. Decommissioning Study of the Nuclear Power Plant, Prepared for Utility 4, by Scientech, LLC, Document No. 82A9532, August 2004.

5. Gross Domestic Product: Implicit Price Deflator, U. S. Department of Commerce: Bureau of Economic Analysis, Updated September 29, 2005

Representative Spent Fuel Storage Cost Report
Enclosure 1

**Wet Storage with Modified Systems**

| | Year | Annual Cost | Annual Cost Adjusted to 2005 $s |
|---|---|---|---|
| Power Plant 1 | 2002 | $ | |
| Power Plant 2 | 2003 | $ | |
| Power Plant 3 | 2004 | $ | |
| Power Plant 4 | 2004 | $ | |
| | | Average: | |
| | Range | | |

**Dry Storage with Modified Systems**

| | Year | Annual Cost | Annual Cost Adjusted to 2005 $s | Cost per S. F. Storage Cask | Cost per S. F. Storage Cask Adjusted to 2005 $s | ISFSI Removal | ISFSI Removal Adjusted to 2005 $s | ($/assembly) Infrastructure | Infrastructure Adjusted to 2005 $s |
|---|---|---|---|---|---|---|---|---|---|
| Power Plant 1 | 2002 | | | | | | | | |
| Power Plant 2 | 2003 | | | | | | | | |
| Power Plant 3 | 2004 | | | | | | | | |
| Power Plant 4 | 2004 | | | | | | | | |
| | | Average: | | | | | | | |
| | Range | $ | | | | | | | |

Gross Domestic Product: Implicit Price Deflator

| | | | |
|---|---|---|---|
| 2000 | 99.745 | 2000 - 2005 | 11.91% |
| 2001 | 102.252 | 2001 - 2005 | 9.16% |
| 2002 | 103.938 | 2002 - 2005 | 7.39% |
| 2003 | 106.004 | 2003 - 2005 | 5.30% |
| 2004 | 108.987 | 2004 - 2005 | 2.42% |
| 2005 | 111.622 | | |

Representative Spent Fuel Storage Costs
Enclosure (2)
Page 1 of 1

WET STORAGE PERIOD

| Plant Name | Power Plant 1 | | Power Plant 2 | | Power Plant 3 | | Power Plant 4 | |
|---|---|---|---|---|---|---|---|---|
| Year of Estimate | 2002 | | 2003 | | 2004 | | 2004 | |
| Duration in months | | | | | | | | |
| Undistributed Costs for Period : | Total Cost | Average Annual Cost | Total Cost | Average Annual Cost | Total Cost | Average Annual Cost | Total Cost | Average Annual Cost |
| Utility Staff | | | | | | | | |
| Permits & Licenses | | | | | | | | |
| Insurance | | | | | | | | |
| Taxes | | | | | | | | |
| Security | | | | | | | | |
| Energy | | | | | | | | |
| Health Physics Supplies | | | | | | | | |
| Severance Pay | | | | | | | | |
| Additional Spent Fuel Shipping Staff | | | | | | | | |
| Spent Fuel Storage Activities | | | | | | | | |
| Supplies / Services | | | | | | | | |
| | | | | | | | | |
| Costs to modify spent fuel pool systems (Modify spent fuel cooling system, modify control room and modify security system) | | | | | $ | | $ | |

Representative Spent fuel Storage Costs
Enclosure (3)
Page 1 of 1

DRY STORAGE PERIOD

| Plant Name<br>Year of Estimate<br>Duration in months | Power Plant 1<br>2002 | | Power Plant 2<br>2003 | | Power Plant 3<br>2004 | | Power Plant 4<br>2004 | |
|---|---|---|---|---|---|---|---|---|
| Undistributed Costs for Period : | Total Cost | Average Annual Cost | Total Cost | Average Annual Cost | Total Cost | Average Annual Cost | Total Cost | Average Annual Cost |
| Utility Staff | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Permits & Licenses | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Insurance - Fuel Storage | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Taxes | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Security | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Environmental Surveys | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Energy | $ [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Health Physics Supplies | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Severance Pay | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Additional Spent Fuel Shipping Staff | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Spent Fuel Storage | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Supplies / Services | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| ISFSI Capital Costs | [illegible] | [illegible] each | [illegible] | [illegible] each | [illegible] | [illegible] each | [illegible] | [illegible] each |
| ISFSI Decommissioning: | | | | | | | | |
| Activity Costs | $ [illegible] | | [illegible] | | [illegible] | | [illegible] | |
| Undistributed costs | $ | | | | $ | | | |

8

# Roderick Knight
## Knight Cost Engineering Services, LLC
22 Mt. View Terrace
New Milford, CT 06776
(203) 788-9353


---

**General Skills**

- Development of 200-million to one-billion-dollar cost estimates
- Report writing
- Client interaction
- Familiarity with Code of Federal Regulations
- CPM Scheduling analysis
- Ability to work through complex situations leading to defendable and realistic reports
- Computer proficiency, including the following: Microsoft Excel; Microsoft Word, Microsoft Project for Windows; several other spreadsheet / cost analysis programs

**Experience**

July 2004 to Present — **Knight Cost Engineering Services, LLC**
22 Mt. View Terr.
New Milford, CT 06776

**President**

- Currently working on a contract basis as a Certified Cost Engineer
- Developing decommissioning cost estimates for the nuclear industry
- Maintain extensive vendor contact in support of cost estimates
- Manage cost estimating staff in the completion of various portions of the decommissioning cost estimates
- Ensure conformance to federal regulations
- Provide litigation and rate hearing support

Dec 1992 to June 2004 — **SCIENTECH, Inc.**
143 West Street
New Milford, CT 06776

**Project Manager**

- Develop decommissioning cost estimates for the nuclear industry
- Develop and meet project schedules and budgets
- Maintain extensive vendor contact in support of cost estimates
- Manage four to five engineers in the completion of various portions of the decommissioning cost estimates
- Maintain close client contact to ensure that their comments and concerns are incorporated into the project
- Ensure conformance to federal regulations
- Prepared cost estimates in support of rate hearings and litigation

**Project Engineer**

- Determine the extent of client-supplied technical information and verify that this information is adequate to support the project
- Investigate post-shutdown cost reduction methods
- Develop computer-generated models to standardize cost estimating methodologies
- Develop reports on decommissioning scheduling and cost analysis
- Support development of proposals for projects

Oct 1985 to Dec 1992 — TLG Engineering, Inc.
148 New Milford Road East
Bridgewater, CT

**Project Engineer**

- Coordinated all cost estimating components in preparation for a detailed cost estimate for nuclear power plant decommissioning
- Calculated structural design specifications
- Maintained the schedule and budget for the generation of cost estimates
- Contributed to the development of current methodology for accurate decommissioning cost estimates
- Developed a database for use within computer codes providing detailed cost estimates
- Instructed at conferences and hearings on nuclear power plant decommissioning

**Additional**

- Certified Cost Engineer through AACE International
- In the fall of 2004 worked as part of a Scientech team contracted by PA Government Services (PA) to assist in developing and promoting a series of reforms for the Armenian energy sector. SCIENTECH Worked directly with PA's project office in Armenia. The main focus of the activities under this Agreement was to provide expertise on the Armenian Nuclear Power Plant (ANPP) decommissioning and nuclear safety issues. This work included, review of the existing reports and studies on ANPP's decommissioning; develop a draft proposal for ANPP's decommissioning based on international experience; Conduct a workshop for all stakeholders to present draft report on decommissioning the ANPP, revise report based on workshop feedback and finalize report and plan for decommissioning
- Served as an expert, in March of 2004, on an International Atomic Energy Agency (IAEA) mission to Vienna, Austria. The mission was to review the comments of the Peer Review held in 2003 (of which I served as an expert) and develop a plan which will lead to an internationally acceptable decommissioning plan for the BN-350 Nuclear Power Plant located in Aktau, Kazakhstan. A report was provided to the IAEA.
- Served as an expert on an International Atomic Energy Agency (IAEA) mission to Zagreb, Croatia, in December of 2003. The purpose of this mission was to provide technical support for the review of the decommissioning program for Krsko Nuclear Power Plant, jointly owned by Slovenia and Croatia. The mission consisted of the review of the Krsko NPP decommissioning cost estimate, to be used to establish a funding mechanism. A report of our findings was produced and submitted to the IAEA.
- Served as a member of a Peer Review Committee for the International Atomic Energy Agency (IAEA) in the summer of 2003. The purpose of this committee was to review the Decommissioning Plan for the BN-350 Nuclear Reactor in Kazakhstan and produce a report of our findings for the Kazakhstan Atomic Energy Committee. The mission included a site visit to the BN-350 reactor in Aktau, Kazakhstan.
- One of eleven-member EM-6 expert Review Team for Department of Energy project at Brookhaven National Labs, Long Island, NY, April 3–7, 2000; Assessed cost, schedule, technical scope, management planning and control, and external factors for six DOE projects. These projects included both radiological and hazardous contamination requiring a variety of remedial action processes.
- In addition to developing decommissioning cost estimates for commercial nuclear power plants, I have also been responsible for developing estimates for a variety of facilities. These estimates were developed for a number of reasons, including proposal support, owner estimates and project funding. This work includes the development of estimates at Los Alamos National Laboratory, manufacturing facilities and research facilities. Most of these estimates included the remediation of both radiological and hazardous wastes.
- Performed numerous prudency reviews of cost estimates developed by others. In many cases these reviews were used by confidential clients in the determination whether to purchase nuclear power plants.

- Taught at decommissioning seminar in Newport, R.I. in Oct 1995
- Developed lesson plans and instructed at ANS Winter Meeting, 1999
- Passed Engineer in Training (EIT) exam in 1993

Education

1993 University of New Haven, BS Civil Engineering, Magna Cum Laude. Selected to Chi Epsilon (Civil Engineering Honor Society)

1981 University of Maine, BS Natural Resource Management

Publications

- Presented a paper entitled "How Utilities Can Achieve More Accurate Decommissioning Cost Estimates" at American Nuclear Society Winter Meeting, Long Beach, CA, 1999. The paper was published in ANS Transactions, Volume 81, 1999

Testimony/Deposition

- In the winter of 2005 provided cost estimates to a confidential client for litigation support. Also provided deposition in May of 2005in support of this work.
- Provided direct testimony as a material witness in the United States Court of Federal Claims in March of 2004 in support of their claim against the United States Department of Energy for damages due to failure of the USDOE to take receipt of spent nuclear fuel beginning in 1998.
- In December of 2003 provided deposition for a client in support of their claim against the United State Department of Energy for damages due to failure of the USDOE to take receipt of spent nuclear fuel beginning in 1998.

FILE

**U.S. Department of Justice**

Civil Division

PDK:DMC:HDL:JEkman
154-04-074

Telephone: (202) 353-0897
Facsimile: (202) 307-2503

*Washington, D.C. 20530*

November 16, 2005

VIA FACSIMILE AND UNITED STATES MAIL

Jerry Stouck
Greenberg Traurig, LLP
800 Connecticut Avenue, N.W.
Suite 500
Washington, D.C. 20006

Re: Pacific Gas & Electric Co. v. United States, Nos. 04-074C, 04-075C (Fed. Cl.)

Dear Mr. Stouck:

Pursuant to our conversation on November 15, 2005, we are writing to request certain documents associated with the reports that you provided to the Government last week from Roderick Knight, Ivan Stuart, Frank Graves, and Brad Cornell.

As an initial matter, we understand that you will be providing Dr. Cornell's supporting documents later this week. However, based upon an initial review of the expert reports that Pacific Gas & Electric ("PG&E") has submitted in this case, we also request the following documents:

- All documents considered by each of PG&E's expert witnesses in forming his opinions, including any and all electronic files, analyses, spreadsheets and models;
- All electronic files, documents, and analyses relating to any and all scenarios, actual or hypothetical, considered by each of PG&E's expert witnesses, including, but not limited to, Dr. Graves' model in electronic format;
- All workpapers from PG&E's experts;
- All communications between each of PG&E's expert witnesses and counsel for PG&E;
- All communications between each of PG&E's expert witnesses and any PG&E employees regarding, or relating to, the contents of the expert witness reports and/or work performed upon behalf of PG&E; and

- A list of any current or former employees and contractor employees of PG&E who were interviewed by, met with, or talked to PG&E's experts.

In addition to these categories of documents, we also may request certain of Dr. Cornell's previous publications that he identified in his report. However, to the extent that we make such a request, we will do so under separate cover.

As you are aware, had we sought these documents pursuant to a document request under Court of Federal Claims Rule 34, PG&E would have had 30 days to respond. By your request that we send you a letter requesting these documents in lieu of a RCFC 34 document request, we understand that you will promptly provide us these documents. If we are incorrect in our understanding, please notify us immediately so that we may take appropriate action. Given that the Government's expert reports are currently due on January 20, 2006, and are interrupted by the holidays, the sooner you provide us the requested documents, the better we will be able to meet the discovery deadlines in this case. If you have any questions, please do not hesitate to call.

Sincerely,

JOHN C. EKMAN
Trial Attorney
Commercial Litigation Branch