IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PACIFIC GAS & ELECTRIC COMPANY, Plaintiff, | ) | |
| v. | ) | No. 04-0074C, into which has been consolidated No. 04-0075C (Judge Hewitt) |
| UNITED STATES OF AMERICA, Defendant. | ) | Filed electronically: Dec. 16, 2005 |

MOTION FOR LEAVE TO FOREGO SUBMITTING RESPONSE TO THE "PROPOSED FINDINGS OF UNCONTROVERTED FACT" SUBMITTED WITH THE GOVERNMENT'S MOTION FOR SUMMARY JUDGMENT ON COUNTS II AND III OF PG&E'S COMPLAINTS

Plaintiff PG&E respectfully requests leave of Court to forego submitting a responsive document, as otherwise required by RCRC 56(h)(2), to the "Proposed Findings of Uncontroverted Fact" ("PFUF") submitted with the government's motion for summary judgment on Counts II and III of PG&E Complaints. The ground for this motion are as follows:

1. Although the government has purported to comply with RCFC 56(h)(1) by submitting "Proposed Findings of Uncontroversial Fact" ("PFUC"), that cursory nine-paragraph document only describes the statute and contract involved in this case (¶¶ 1-4) and certain PG&E pleadings and action in this litigation (¶¶ 6-9); it does not set forth facts material to the government's legal arguments, much less cite supporting record evidence, as Rule 56(h)(1) requires. Accordingly, the government's "PFUF" contains nothing of substance warranting any response.

2. PG&E has no real quarrel with the "facts" stated by the government in its PFUC, but submits that the issues the government is raising are fundamentally legal, not factual. Accordingly, PG&E respectfully submits that the government's motion is better viewed as one to dismiss or for judgment on the pleadings with respect to the claims at issue.

3. PG&E recognizes that absent the filing of a responsive document to the govenrment's PFUF, RCFC 56 allows the Court to "deem the material facts claimed and adequately supported by the moving party to be established," and also recognizes, for the reasons stated above, that such a result would have no practical significance to the disposition of the government's motion. PG&E nevertheless seeks Court leave to forego filing a responsive document to the PFUF, as an alternative to simply ignoring the directive in RCFC 56(h)(2).

Dated: December 16, 2005

Respectfully submitted,

s/ Jerry Stouck

JERRY STOUCK
GREENBERG TRAURIG, LLP
800 Connecticut Avenue, NW, Suite 500
Washington, D.C. 20006
(202) 331-3173 (telephone)
(202) 261-4751(facsimile)

*Counsel for Plaintiff*
PACIFIC GAS & ELECTRIC

Of Counsel:

Robert L. Shapiro
GREENBERG TRAURIG, LLP