# In the United States Court of Federal Claims

No. 04-74C
(into which has been consolidated No. 04-75C)

(E-Filed: December 19, 2005)

PACIFIC GAS AND ELECTRIC COMPANY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Before the court is plaintiff's Motion for Leave to Forego Submitting Response to the "Proposed Findings of Uncontroverted Fact" Submitted with the Government's Motion for Summary Judgement on Counts II and III of PG&E's Complaints (Pl.'s Mot. or Motion). Plaintiff acknowledges, correctly, that absent the filing of a responsive document to defendant's Proposed Findings of Uncontroverted Fact (PFUF), Rule 56 of the Rules of the Court of Federal Claims (RCFC) allows the court to "deem the material facts claimed and adequately supported by the moving party to be established." RCFC 56(h)(3); see Pl.'s Mot. at 2. Nevertheless, plaintiff states that "such a result would have no practical significance to the disposition of the government's motion" and seeks leave to forego filing a responsive document to defendant's PFUF. Pl.'s Mot. at 2. Plaintiff's motion is ALLOWED.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge