# In the United States Court of Federal Claims

No. 04-74C
(into which has been consolidated No. 04-75C)

(E-Filed: December 22, 2005)

PACIFIC GAS AND ELECTRIC COMPANY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Before the court is Defendant's Motion for Publication (Def.'s Mot. or Motion). Defendant "requests that the [c]ourt reissue its order, dated December 2, 2005, for publication in commercial reporting services to facilitate public access to this [c]ourt's decision of the legal issue addressed in that decision." Def.'s Mot. at 1. For the reasons stated therein, defendant's Motion is hereby GRANTED. The court will submit its December 2, 2005 Order for publication in commercial reporting services. As published, the Order will contain language advising that footnote 2 was stricken by the court's December 21, 2005 Order.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge