**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| PACIFIC GAS & ELECTRIC COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-0074C, into which has been |
| | ) | consolidated No. 04-0075C |
| THE UNITED STATES, | ) | (Judge Hewitt) |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION FOR LEAVE TO SUPPLEMENT MOTION FOR ENTRY OF AN ORDER COMPELLING THE PRODUCTION OF DOCUMENTS FROM THIRD PARTY ENVIROCARE OF UTAH, LLC**

Defendant, the United States, requests leave to supplement its motion for the entry of an order compelling the production of certain documents from Envirocare of Utah, LLC ("Envirocare"), filed on Friday, December 16, 2005. When we filed our motion, a third party, Wisconsin Electric Power Company ("WEPCO"), had objected to the production of one of the four documents at issue here based upon attorney-client privilege and attorney work-product doctrine. The specific document is a decommissioning study related to WEPCO's Point Beach Nuclear Plant, identified as Document No. 82A9540.

By letter dated Thursday, December 21, 2005, a copy of which is attached to this motion, counsel for WEPCO informed the Government that, "based upon a more thorough examination, we now conclude that [WEPCO] did not intend that [Document No. 82A9540] be subject to the attorney-client privilege or the attorney work-product doctrine." See Attachment (Dec. 21, 2005 Letter from D. Carney to J. Ekman). Accordingly, WEPCO withdrew its objection to the production of the document and stated that it will not oppose the Government's motion to compel production of the decommissioning study. Id.

For the reasons set forth herein, we respectfully request leave to supplement our motion to compel to inform the Court of this development. Further, for the reasons discussed in our unopposed December 16, 2005 motion to compel, we respectfully request that the Court order the production of Document No. 82A9540, the decommissioning study for WEPCO's Point Beach nuclear plant, and the other documents identified in that motion.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/John C. Ekman by Scott R. Damelin
JOHN C. EKMAN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, NW
Washington, D.C. 20530
Tel: (202) 353-0897
Fax: (202) 307-2503

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

SCOTT R. DAMELIN
SHARON SNYDER
JOSHUA E. GARDNER
TODD J. COCHRAN
Civil Division
Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530

December 23, 2005

Attorneys for Defendant

# ATTACHMENT

Perkins Coie

Donald J. Carney
PHONE: 202.434.1675
FAX: 202.654.9113
EMAIL: dcarney@perkinscoie.com

607 Fourteenth Street N.W.
Washington, D.C. 20005-2011
PHONE: 202.628.6600
FAX: 202.434.1690
www.perkinscoie.com

December 21, 2005

**BY FACSIMILE AND FIRST CLASS MAIL**

John Ekman, Esq.
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L Street, N.W., Room 20005
Washington, D.C. 20530
Attn: Classification Unit, 8th Floor

**Re: Pacific Gas and Electric Co. v. United States, No. 04-0074C**

Dear John:

As you know, last week, counsel for Wisconsin Electric Power Company ("WE") had to react at a moment's notice to the potential release of Scientech Inc. Document No. 82A9540 (the "Document"). Given the possibility that the document at issue may have been privileged, we objected to the release until we could undertake a more thorough examination of its origin and content.

Based upon a more thorough examination, we now conclude that WE did not intend that the Document be subject to the attorney-client privilege or the attorney work-product doctrine. Accordingly, WE withdraws its objection to the production of the Document and will not oppose the Government's motion to compel production of the Document.

John Ekman, Esq.
December 21, 2005
Page 2

If you have any questions, please call me.

Very truly yours,

Donald J. Carney

cc: Catherine Phillips
Richard Oehler
Jerry Stouck
Robert Shapiro

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of December, 2005, a copy of the foregoing "DEFENDANT'S MOTION FOR LEAVE TO SUPPLEMENT MOTION FOR ENTRY OF AN ORDER COMPELLING THE PRODUCTION OF DOCUMENTS FROM THIRD PARTY ENVIROCARE OF UTAH, LLC" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Scott R. Damelin