# In the United States Court of Federal Claims

No. 04-74C
(into which has been consolidated No. 04-75C)

(E-Filed: December 29, 2005)

PACIFIC GAS AND ELECTRIC COMPANY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Before the court is Defendant's Motion for Leave to Supplement Motion for Entry of an Order Compelling the Production of Documents From Third Party Envirocare of Utah, LLC (Motion to Supplement). The Motion to Supplement contains an attachment which provides information significant to the resolution of Defendant's Motion for Entry of an Order Compelling the Production of Documents from Third Party Envirocare of Utah, LLC.

Based on the foregoing, defendant's Motion to Supplement is GRANTED. Defendant shall refile the attachment to its Motion to Supplement as a new, separate filing with an appropriate caption.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge