# In the United States Court of Federal Claims

No. 04-74C
(into which has been consolidated No. 04-75C)

(E-Filed: January 3, 2006)

| | |
|---|---|
| PACIFIC GAS AND ELECTRIC COMPANY, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Before the court are Defendant's Motion for Entry of an Order Compelling the Production of Documents from Third Party Envirocare of Utah, LLC (Def.'s Mot. or Motion) and defendant's Supplemental Filing in Support of Defendant's Motion for Entry of an Order Compelling the Production of Documents from Third Party Envirocare of Utah, LLC (Def.'s Supp. or Supplement). Defendant states that "[n]either counsel for Envirocare nor counsel for PG&E oppose this [M]otion." Def.'s Mot. at 1. Moreover, "[a]fter initially objecting to the release of one of the documents requested in our motion, Document No. 82A9540, counsel for WEPCO, by letter dated Thursday, December 21, 2005, informed the Government that, 'based upon a more thorough examination, we now conclude that [WEPCO] did not intend that [Document No. 82A9540] be subject to the attorney-client privilege or the attorney work-product doctrine.'" Def.'s Supp. at 1 (alterations in original) (quoting Attachment (Att.) (December 21, 2005 letter from Donald J. Carney, Esq. to John Eckman, Esq.) at 1).

Because defendant's Motion is no longer opposed and for the reasons stated therein, the court hereby GRANTS defendant's Motion. Envirocare of Utah, LLC shall produce to defendant the four decommissioning cost studies listed in Appendix A of the

expert report of Roderick W. Knight. See Def.'s Mot. Appendix (App.) at 5.[1] Defendant shall promptly serve a copy of this Order on Envirocare of Utah, LLC, through its attorney Donald J. Carney, Esq., by facsimile and first class mail.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge

---

[1]As listed in Appendix A of Mr. Knight's expert report, the specific decommissioning studies ordered to be produced are:

1. Decommissioning Study of the Nuclear Power Plant, Prepared for Utility 1, by SCIENTECH Inc., Document No. 82A9439, October, 2002.

2. 2003 Decommissioning Study of the Nuclear Power Plant, Prepared for Utility 2, by SCIENTECH, Inc., November 2003

3. 2004 Decommissioning Cost Update for the Nuclear Power Plant, Prepared for Utility 3, by Scientech, LLC, Document No. 82A9540, December, 2004.

4. Decommissioning Study of the Nuclear Power Plant, Prepared for Utility 4, by Scientech, LLC, Document No. 82A9532, August, 2004.

Def.'s Mot. Appendix (App.) at 5.