IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PACIFIC GAS & ELECTRIC COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-0074C, into which has been |
| | ) | consolidated No. 04-0075C |
| THE UNITED STATES, | ) | (Judge Hewitt) |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO SUBMIT RESPONSIVE EXPERT REPORTS

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests an enlargement of time of seven days, to and including January 27, 2006, to serve its responsive expert reports upon the plaintiff, Pacific Gas & Electric Company ("PG&E"). Based upon the Court's order, dated February 18, 2005, the Government's responsive expert reports currently must be submitted by January 20, 2006. Defendant has not previously requested an enlargement of time for this purpose. Counsel for PG&E, Jerry Stouck, has represented that PG&E does not oppose this motion.

The instant motion is necessitated by the scheduling difficulties that arose in connection with the deposition of PG&E's damages expert witness, Dr. Bradford Cornell. After receiving PG&E's expert reports, we informed counsel for PG&E that we needed to depose Dr. Cornell prior to the submission of our responsive expert reports. Originally, the parties attempted to schedule Dr. Cornell's deposition the week of January 9, 2006. However, since Dr. Cornell had scheduling conflicts that week, the deposition ultimately was scheduled for January 18 and 19, 2006, in Pasadena, California. Upon advising the Government of Dr. Cornell's scheduling conflict, Mr. Stouck stated that PG&E would not oppose a seven-day enlargement based upon the brief delay in Dr. Cornell's deposition.

For the foregoing reasons, we respectfully request that the Court grant this unopposed request for an enlargement.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

SCOTT DAMELIN
SHARON SNYDER
JOSHUA E. GARDNER
TODD J. COCHRAN
Civil Division
Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530

s/John C. Ekman
JOHN C. EKMAN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, NW
Washington, D.C. 20530
Tel: (202) 353-0897
Fax: (202) 307-2503

January 6, 2006

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 6th day of January, 2006, a copy of foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO SUBMIT RESPONSIVE EXPERT REPORTS" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ John C. Ekman