IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PACIFIC GAS & ELECTRIC COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-0074C, into which has been |
| | ) | consolidated No. 04-0075C |
| THE UNITED STATES, | ) | (Judge Hewitt) |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S SECOND UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO REPLY TO PG&E'S OPPOSITION BRIEFS FILED DECEMBER 16, 2005

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests an enlargement of time of three days, to and including January 9, 2006, to reply to the "Opposition To Motion To Strike Cornell Expert Witness Report Related To Future Damages" and "Opposition To Motion For Summary Judgment On Counts II And III Of PG&E's Complaints" that plaintiff, Pacific Gas & Electric ("PG&E"), filed on December 16, 2005. The Government's reply briefs currently are due on January 6, 2006. By order dated December 21, 2005, the Court previously granted a three-day enlargement request made by the Government concerning these reply briefs. Counsel for PG&E, Jerry Stouck, has represented that PG&E does not oppose this motion.

The instant motion is necessitated by the availability of certain necessary reviewers to complete the review of the Government's reply briefs. Additionally, we note that the reply brief supporting the Government's motion to strike concerns nearly identical issues as the Government's response to PG&E's "Motion To Establish Time Frame For Consideration Of Future Damages," which currently is due on January 9, 2006.

The requested enlargement will not affect any of the other deadlines set by the Court for pretrial activities or the trial of this matter.

For the foregoing reasons, we respectfully request that the Court grant this unopposed request for an enlargement.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

SCOTT DAMELIN
SHARON SNYDER
JOSHUA E. GARDNER
TODD J. COCHRAN
Civil Division
Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530

s/John C. Ekman
JOHN C. EKMAN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, NW
Washington, D.C. 20530
Tel: (202) 353-0897
Fax: (202) 307-2503

January 6, 2006

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 6th day of January, 2006, a copy of foregoing "DEFENDANT'S SECOND UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO REPLY TO PG&E'S OPPOSITION BRIEFS FILED DECEMBER 16, 2005" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ John C. Ekman