# In the United States Court of Federal Claims

No. 04-74C
(into which has been consolidated No. 04-75C)

(E-Filed: January 9, 2006)

| | |
|---|---|
| PACIFIC GAS AND ELECTRIC COMPANY, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Before the court is Defendant's Unopposed Motion for an Enlargement of Time to Submit Responsive Expert Reports (Motion). For the reasons stated therein and because the Motion is unopposed, defendant's Motion is hereby GRANTED. Defendant shall serve its responsive expert reports upon plaintiff on or before Friday, January 27, 2006.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge