# In the United States Court of Federal Claims

No. 04-74C
(into which has been consolidated No. 04-75C)

(E-Filed: January 9, 2006)

| | |
|---|---|
| PACIFIC GAS AND ELECTRIC COMPANY, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Before the court is Defendant's Second Unopposed Motion for an Enlargement of Time to Reply to PG&E's Opposition Briefs Filed December 16, 2005. For the reasons stated therein and because the Motion is unopposed, defendant's Motion is hereby GRANTED. Defendant shall file its reply to plaintiff's response to Defendant's Motion for Summary Judgment on Counts II and III of Plaintiff's Complaints on or before Monday, January 9, 2006. Defendant shall also file its reply to plaintiff's response to Defendant's Motion to Strike Portions of the Expert Report of Brad Cornell Related to Future Damages on or before Monday, January 9, 2006.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge