# APPENDIX

# CONDENSED TRANSCRIPT & WORD INDEX

## DEPOSITION OF ROBERT KAPUS, VOL. II

## PG&E VS. UNITED STATES

## SEPTEMBER 29, 2005

COPY

BARKLEY
Court Reporters


(310) 207.8000 Los Angeles
(949) 955.0400 Orange County
(415) 433.5777 San Francisco
(916) 922.5777 Sacramento
(408) 885.0550 San Jose
(951) 686.0606 Inland Empire
(818) 702.0202 San Fernando Valley
(858) 455.5444 San Diego
(760) 322.2240 Palm Springs

SAN FRANCISCO, CALIFORNIA, SEPTEMBER 29, 2005
AFTERNOON SESSION
—o0o—
(Reporter marked Exhibit No. 35 for identification.)
(Reporter marked Exhibit No. 36 for identification.)
MR. EKMAN: All right. Back on.
Q. Good afternoon, Mr. Kapus. You have been handed two exhibits, Exhibit 35, which is a document entitled "DCPP ISFSI Damages Prior to Expert Analysis/initial Disclosures April 22, 2005." And Exhibit 36, which is something called the "Diablo Canyon Power Plant Independent Spent Fuel Storage Installation Cost Estimate April 2005."
A. That's correct.
Q. Have you seen Exhibit 35 before?
A. Yes.
Q. When did you see Exhibit 35?
A. After the submittal of the claim.
Q. And is this a similar document that was prepared by Charles River?
A. Yes, it is.
Q. And have you seen Exhibit 36 before?
A. Yes.
Q. Did you prepare Exhibit 36?

Page 311

A. Yes, I did.
Q. And when did you prepare Exhibit 36?
A. In the March, April time frame.
Q. Just as we discussed with the Humboldt Bay exhibits that you prepared, was -- did the information contained in Exhibit 36 exist in other formats prior to the preparation of Exhibit 36?
A. Yes, it did.
Q. Did it exist in similar formats?
A. Yes.
Q. Had you -- prior to preparing Exhibit 36, have you ever prepared a cost estimate for the Diablo Canyon ISFSI?
A. No.
Q. You had not?
A. That's correct.
Q. Have you ever prepared a summary of past costs? And by "past," I mean the ones 2004 and earlier.
A. Yes.
Q. In a similar format to Exhibit 36?
A. Yes.
Q. But you had never done a future estimate for Diablo Canyon?
A. No, I have.
Q. Just not in this format?
A. In a similar format to this.

Page 312

Q. And did you draw upon that past work in preparing Exhibit 36?
A. To a large degree, yes.
Q. To what degree no? Can you give me an example of something that was new on this page that hadn't existed before?
A. The California sales tax, a serious look at the escalation in the contract, the "Coastal Commission," "DB Neish Coastal Commission" line items, like the NRC inspection during construction, and the NRC inspectors after the ISFSI had been constructed. Those are the major ones that were added in this particular document.
Q. Otherwise it pretty well tracks prior documents?
A. Yes.
Q. Have you done any cost estimate since, as you had with at least one of the Humboldt Bay estimates? Have you done a more recent cost estimate for the Diablo Canyon ISFSI?
A. It is in process right now.
Q. And what's the purpose of that document?
A. To update information that we have received since we prepared this document. We have actually received the proposals and issued the contract for the construction of the ISFSI and the upgrades of the roads.
Q. So that's to have the -- what are in here as estimates actually tie up to a contract?

Page 313

A. To a contract.
Q. Any -- is that being prepared in connection with this litigation?
A. No.
Q. That's just in connection with your --
A. With our process of analyzing our costs that we need to have for Diablo Canyon in any budget year.
Q. Right. I think what we can do is as we are going through this -- and, again, representing the 2005 and ahead are technically estimates; is that right?
A. Yes, that is correct.
Q. And '04 and earlier are actuals?
A. Yes.
Q. I'll ask -- I think that would be the best way to say if there's actual contracts now that would tie up the costs. Is that all right with you?
A. Okay.
Q. It may only be that one, but we'll see. All right. We have a similar issue between 35 and 36 where we saw in Humboldt Bay, where the ISFSI costs in 35 are different from those in 36?
A. Yes.
Q. And do you believe that 36 was used to help generate 35?
A. Yes, I do.

Page 314

differentiations based on the type of work being performed at Humboldt Bay?
A. Yes.
Q. And is there a reason that you all don't do it at the two facilities?
A. The main reason is that Humboldt Bay, the ISFSI is a decommissioning cost, and we want to monitor that in a level of detail that could be reviewed by an independent reviewer later in minor scopes.
Q. And why -- why would that be important?
A. As part of your decommissioning trust process, there is the possibility of an independent review of all of your charges that have been incurred.
Q. All right. Let's start with PG&E labor. How many employees does Diablo Canyon have?
A. I don't know the exact number.
Q. Do you know an approximate number?
A. No, I don't.
Q. Do you know how many, for instance, in 2004 billed time, charged time to the ISFSI?
A. I would estimate somewhere in the order of 30 to 40 people of different levels have charged time to the project during that time frame.
Q. Are the folks who work on the ISFSI at PG&E, are they dedicated to the ISFSI?



A. Some are.
Q. How many do you think are dedicated to the ISFSI?
A. Ten, 12.
Q. And this is a question I asked yesterday with Humboldt Bay. If I were interested in knowing how many people billed and charged time since 1998 and how much time they have charged in any given year, is that information available on the SAP system?
A. Yes, it is.
Q. And how long would it take to generate that information?
A. Probably about two days. It is a significant amount of information.
Q. Are there any charges in PG&E labor that are not actual charges? In other words, where it is just somebody's time being billed at 100 percent?
A. No.
Q. So everybody who is involved is charging their time?
A. Yes.
Q. And if they are doing something else, they should be charging their time to something else?
A. Yes.
Q. Lines 10 through 20 represent "Other Contract Support." Do you see that?
A. Yes.



Q. From '98 to 2004, all of the costs are in line 20 called "Miscellaneous Other Contracts"?
A. That's correct.
Q. I am just going to say this to keep it going quickly. As I understand it, the reason for that is up until 2004, you all didn't differentiate between these various contractors?
A. No, that's not correct.
Q. Then why is it everything is in the "Miscellaneous Other Contracts" as opposed to Bechtel?
A. The actuals, I just took the bottom line numbers of the contracts. In 2005 I was using my forecast document to come up with the dollars by the different contractors.
Q. So, in fact, there are, then, individual charges that are associated with, perhaps, these various contractors in '98?
A. Yes.
Q. '99?
A. Yes.
Q. You just decided to aggregate them?
A. Yes.
Q. How hard would it be to unaggregate them?
A. It's not an extremely difficult task. It is just somewhat time-consuming.
Q. All right. When did you put together the estimates that you applied in '05 and '06?



A. The '05 would have been in the mid to late '04 time frame, and the '06 would have been in the early '05 time frame, late '04 time frame.
Q. And you just took the work that you did --
A. Yes.
Q. How did you make these estimates for these different contractors?
A. Jearl Strickland actually provided a lot of the information for these contractors.
Q. Was that based on contracts?
A. Yes.
Q. Are some of these contracts time and materials?
A. There could be some in there.
Q. And there could be some fixed price, also?
A. Yes.
Q. Line 23 there is a $22,900 charge that sort of hangs out there in '05?
A. Yes.
Q. What is that for?
A. It could be a retention payment. Exactly what it is, I am not sure.
Q. Should that be -- we should be able to tie that to the Holtec contract?
A. Yes, I believe so.
Q. Line 33, which is called "Bonds/letter of Credit" --





3

Q. And then how did you ultimately cost it up?
A. I would have to look on my notes to make sure which option we went with.
Q. NRC fees from 2002 to 2004, those are actuals, right?
A. That's correct.
Q. From 2005 and forward, those are estimates?
A. They are estimates, that's correct.
Q. How did you arrive – how were these estimates arrived at?
A. 2005 was arrived at by information that the NRC had provided us of what they estimated their fees were going to be for this particular year, and beyond that is based on the NRC fees for an ISFSI escalated.
Q. And where did you get the information for the NRC's fees for an ISFSI?
A. There's an NRC document that lists the fees for different – all the different fees that they have, and there's a section in there that refers to an ISFSI.
Q. You picked out the escalation?
A. Yeah.
Q. You escalated it?
A. Yes.
Q. That's not in the NRC document?
A. No.
Q. NRC inspections, how are those estimates reached?



A. Actually, again, talking to Southern Cal Edison, when they have actually experienced the NRC coming out and doing annual inspections. We got an idea of how many people, and how long they were there and how often they came.
Q. And you cost it?
A. Yes.
Q. With an escalation, 3 percent, it looks like?
A. Yes.
Q. "ISFSI Construction Pad Security," did you say this was one of the topics that you now had a contract for?
A. Yes.
Q. Are those consistent with the contract price?
A. No.
Q. What is the contract price now?
A. My understanding is it is about 3 million more than what's on this document.
Q. And what – over what period of time will those costs –
A. '05, '06, I believe.
Q. Late '05, obviously?
A. Yes.
Q. Has construction started?
A. Not that I know, no.
Q. Is there anything above for future where there are contracts that didn't exist at the time this was put



together?
A. No.
Q. What about the road upgrades, does that now have a contract?
A. It is part of the same contract as the construction.
Q. When you say 3 million more, that's 3 million for aggregate?
A. Yes, for the aggregate of these two line items.
Q. The ISFSI is loaded through the use of a crawler?
A. That's correct.
Q. As opposed to rail?
A. Yes.
Q. "Fuel Loading Campaigns," how are these estimated?
A. They are estimated – actually, we received a proposal from Holtec on the cost to load a canister, and then this has been modified to reflect whether it is eight canisters or some other number of canisters.
Q. Just by multiplication?
A. Yes.
Q. Do you know if it's – do you know if that's the proper way to do it, that it is by per-canister basis?
A. When they submitted the proposal, it will cost you this much per canister.
Q. Do you know if you are going to use Holtec –
A. No, we don't.



Q. It is possible you could use PG&E people?
A. We could use PG&E people, yes.
Q. It is possible that Holtec is not even the best price, right?
A. That could be.
Q. When do you think – given that the loading here is listed as 2007, I think it is late 2007, when would you enter into the contract with that? To the extent you are going to contract it out, when would you do that?
A. I would imagine it would be writing the request for proposals in the first, second quarter of '06.
Q. So you'll have to make a decision by then whether to do it internally or farm it out?
A. Yes.
Q. "ISFSI Security," $20 million beginning in 2007, how is that arrived at?
A. Jearl actually received from the security operations at Diablo a number of officers that would be required, incremental officers that would be required for the ISFSI security, and I took that number times their billing rate and allowance for materials for testing and all that kind of stuff, and that's the basis of the number.
Q. And would those be PG&E employees?
A. You know, I don't know if the guards at the – the actual armed guards at Diablo are PG&E or if they are

# CONDENSED TRANSCRIPT & WORD INDEX

## DEPOSITION OF LUTHER JEARL STRICKLAND, JR.

## PG&E VS. UNITED STATES

## AUGUST 18, 2005

COPY

BARKLEY
Court Reporters

(310) 207.8000 Los Angeles
(949) 955.0400 Orange County
(415) 433.5777 San Francisco
(916) 922.5777 Sacramento
(408) 885.0550 San Jose
(951) 686.0606 Inland Empire
(818) 702.0202 San Fernando Valley
(858) 455.5444 San Diego
(760) 322.2240 Palm Springs

A Bruce reports to me. And I think the best way to explain it is that he had some project manager responsibilities prior to my involvement with the project in July of 2000.
And in turn, once I took over, then he had the responsibility for finalizing negotiations of the Holtec contract. And in turn, has been my project construction manager. Such that he's been responsible for developing design that would now be over the construction aspects.
Q Now, this estimate is dated April 2005. Does that mean that the 2005 and forward costs are all estimates?
A That's correct.
Q And then should the 2004 and earlier all be actuals?
A Yes.
Q Have you updated this information at all since April 2005?
A I have not.
Q Do you know if anyone else has updated this information since April 2005?
A I don't think so. It may have been, but I don't have direct knowledge.

Page 73

Q Do you have indirect knowledge that something was done?
A I know that something needs to be done. Just like I noted with construction costs are projected to be higher and other areas such as escalation under the Holtec contract, that that number is going to be higher than what's presented here.
So as those numbers become clearer, then we'll have to revise the total cost.
Q And do you know if anybody at PG&E is currently in the process of updating the estimates?
A I know I have the responsibility to do so.
Q It's your job?
A That's correct.
Q Has somebody asked you to update the information on this spreadsheet?
A No. Not yet.
Q You're expecting that will happen however?
A I've committed to -- I've told people I will update this.
Q That's your own initiative?

Page 74

A That's my own initiative.
Q Who did you tell that you would update this?
A My superior, which is Rod Curb, and Donna Jacobs, who is the new vice president.
Q And when are you anticipating the update to occur?
A Within the next 60 days.
Q Is there any specific reason in Exhibit 2 why you take the costs out to 2015?
A There's no specific reason.
Q On Exhibit 2 you can see line 34. Do you see that it says, "Escalation from 12/2001"?
A Yes.
Q Since you mentioned escalation, I'll ask about it.
Do you know why -- why is 12/2001 a relevant date to put in that line item?
A It's part of the actual contract with Holtec. That that was the point in time that their bid price for the components was established.
And so from that point, then, this established indices that would be used to be able to track what escalation should be.

Page 75

And so there's a series of formulas that then go through and set a point in time in the future when materials procured, when verification starts and so forth that you would then compute escalation against.
Q So it's not a fixed escalator?
A No, it's not a fixed escalator; it's based on indices.
Q It's a fixed formula?
A It's a fixed formula.
Q But the escalator can change based on changes, for example, the prices of materials?
A Absolutely.
Q Were you involved in the negotiation of the Holtec contract?
A On a limited basis.
Q Whose responsibility was the negotiation process with Holtec?
A It was assigned to Bruce Patton, Lee Cassidy and Larry Womack.
Q I want to go through the spreadsheet, and it's a lot of information and I'll try not to do it too slowly. I have a lot of other stuff to talk about, too.
A No problem.

Page 76



6

Q But I want to get a sense for what different things are happening here?
A Okay.
Q Let's start with line 7, which is PG&E labor.
Do you know what -- what work is represented by that line item?
A PG&E labor, what's included there is my cost, Bruce Patton, Rich Hagler, Terry Grebel, for licensing. Bruce Patton, Rich Hagler were engineering. It also includes my clerical support. So it's the direct cost of PG&E labor associated with the project.
Q Would that also include work, for instance, by the geotechnical, geosciences folks at PG&E headquarters?
A That's correct. For direct employees, not the consulting contracts that they have established.
Q That would be separate?
A That's separate.
Q Do you spend 100 percent of your time on this ISFSI project?
A That's correct.
Q And does Mr. Patton?

Page 77

A Yes.
Q Was Mr. Patton -- did Mr. Patton's employment pre-exist the ISFSI?
A Yes. I think he has 35 years with the company.
Q And for these costs, again, 2004 is actual and 2005 and 2006 would be estimated?
A That's correct.
Q Did you estimate the 2005 and 2006?
A Yes, I did.
Q How did you -- what's the basis for those estimates?
A The basis is in looking at the activities that needed to be completed in 2005 and 2006. And in turn, given my best projection of what the cost would be associated with those activities.
Q Is there a reason that the numbers go from the 800, $900,000 range from the prior two years up to 1.5 and nearly $2 million in '05 and '06?
A Yes.
Q What's the reason?
A The basis is that as we move into the implementation phase, we are having to pull other

Page 78

resources from the Diablo Canyon plant which includes scheduling, work planning, other people from the engineering department to develop design change packages and so forth. So it becomes more labor intensive of PG&E employees.
Q And, again, all the billing information, for lack of a better word -- I'm a lawyer, I'll call it billing information -- will be reflected in PG&E's computer systems?
A Absolutely.
Q And all of that is internal labor, the PG&E labor line?
A That's correct.
Q Do you know if these cost categories or these -- each year includes overheads, payroll taxes, benefits as well as straight salary?
A My understanding is that a rate is established for each PG&E employee within a specific role, development, however you want to define that. And that that rate includes some portion of overhead. I don't know the exact formula.
Q Would Mr. Kapus have knowledge of that?
A Mr. Kapus should have direct knowledge.
Q And other than the information contained

Page 79

in -- in terms of the billing on PG&E's computer system, accounting system, is there any other documents that would support the labor costs, the incurred costs?
A Using the computer accounting is really the best way. That way it gives you the names, dates of services and so forth.
Q What kind of -- do you know what kind of system is used?
A It's SAP.
Q All right. Let's talk about other contract support.
A Okay.
Q It looks like all of these are estimates. Is that right?
MR. STOUCK: Objection to form. Vague.
BY MR. EKMAN:
Q And I'm talking about lines 10 through 19.
A They are essentially estimates at this point in time that we have existing work orders with these various firms for specific activities, and so they are best estimates at this point.
Q So are there existing work orders -- and let's talk about actually ten through 15, where

Page 80



7

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of January, 2006, a copy of foregoing "DEFENDANT'S REPLY IN SUPPORT OF MOTION TO STRIKE PORTIONS OF THE EXPERT REPORT OF BRAD CORNELL RELATED TO FUTURE DAMAGES" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/John C. Ekman