# In the United States Court of Federal Claims

No. 04-74C
(into which has been consolidated No. 04-75C)

(E-Filed: January 17, 2006)

| | |
|---|---|
| PACIFIC GAS AND ELECTRIC COMPANY, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Before the court is the parties' Joint Motion for an Order Regarding Discovery of Draft Expert Reports (Motion). For the reasons stated therein, the parties' Motion is hereby GRANTED. Neither plaintiff nor defendant shall be required to produce any draft (including copies) of any expert report prepared in connection with this case or any other spent nuclear fuel case that is or was pending before this court.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge