# In the United States Court of Federal Claims

No. 04-74C
(into which has been consolidated No. 04-75C)

(E-Filed: January 18, 2006)

| | |
|---|---|
| PACIFIC GAS AND ELECTRIC COMPANY, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Before the court is PG&E's Motion for Leave to File Short Surreply to Address One Argument the Government First Made in its Reply Brief on its Motion for Summary Judgment on Count II of PG&E's Complaint (Motion). For the reasons stated therein, plaintiff's Motion is hereby GRANTED. Plaintiff shall file its surreply as a separate document.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge