IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PACIFIC GAS & ELECTRIC COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-0074C, into which has been |
| | ) | consolidated No. 04-0075C |
| THE UNITED STATES, | ) | (Judge Hewitt) |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S SECOND UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO SUBMIT ONE RESPONSIVE EXPERT REPORT

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests an enlargement of time of an additional ten days, to and including February 6, 2006, to serve one of its responsive expert reports upon the plaintiff, Pacific Gas & Electric Company ("PG&E"). Based upon the Court's order, dated January 9, 2005, the Government's responsive expert reports currently must be submitted by January 27, 2006. Defendant expects to serve all but one of its responsive reports on January 27, 2006. However, as we will explain further, the report of our scheduling expert will be delayed by ten days because of a problem scheduling a relevant third-party deposition. Defendant was previously granted an enlargement of time of seven days for this purpose. Counsel for PG&E, Jerry Stouck, has represented that PG&E does not oppose this motion.

The instant motion is necessitated by the scheduling difficulties that arose in connection with the deposition of third-party witness, Holtec International ("Holtec"). On October 14, 2005, the Government served a subpoena duces tecum upon Holtec. The subpoena commanded Holtec to produce documents and witnesses at the Office of the United States Attorney in Philadelphia, Pennsylvania, on October 18, 2005. Given the unavailability of Holtec's

representatives, we agreed with Holtec's counsel, Frank Maneri of Dilworth Paxson LLP, to seek a mutually agreeable date and time for the deposition and production of documents. Mr. Maneri identified a Holtec employee, Eric Lewis, as Holtec's Rule 30(b)(6) witness for purposes of the deposition. Following another discussion, we tentatively agreed to conduct the deposition on December 22, 2005, at Dilworth's Philadelphia office. Although this date accommodated the schedules of both Mr. Lewis and Mr. Maneri, counsel for PG&E was not available on that date because of planned holiday vacations. We then agreed to conduct Mr. Lewis' deposition on Monday, January 9, 2006, in Philadelphia. However, on Friday, January 6, 2006, Mr. Maneri informed Government counsel that Mr. Lewis was unavailable for the January 9 deposition because he had just been transferred to Holtec's Pittsburgh offices. Following another discussion, on January 11, 2006, we agreed to conduct Mr. Lewis' deposition on Friday, January 27, 2006, in Philadelphia. On January 11, 2006, the Government contacted Mr. Stouck to confirm the deposition date and to seek PG&E's position regarding an extension of the filing deadline, from January 27 to February 6, for one of the Government's expert witness reports. The extension is necessary because the Holtec deposition may contain information that is relevant to the expert report of our scheduling expert.

For the foregoing reasons, we respectfully request that the Court grant this unopposed request for an enlargement.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/John C. Ekman by Sharon Snyder
JOHN C. EKMAN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, NW
Washington, D.C. 20530
Tel: (202) 353-0897
Fax: (202) 307-2503

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

SCOTT DAMELIN
SHARON SNYDER
JOSHUA E. GARDNER
TODD J. COCHRAN
Civil Division
Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530

January 20, 2006

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 20th day of January, 2006, a copy of foregoing "DEFENDANT'S SECOND UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO SUBMIT ONE RESPONSIVE EXPERT REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Sharon A. Snyder