# In the United States Court of Federal Claims

No. 04-74C
(into which has been consolidated No. 04-75C)

(E-Filed: January 20, 2006)

PACIFIC GAS AND ELECTRIC COMPANY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Before the court is Defendant's Second Unopposed Motion for an Enlargement of Time to Submit One Responsive Expert Report (Motion). For the reasons stated therein and because the Motion is unopposed, defendant's Motion is hereby GRANTED. Defendant shall serve upon plaintiff the responsive expert report referred to in defendant's Motion on or before Monday, February 6, 2006.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge