IN THE UNITED STATES COURT OF FEDERAL CLAIMS

Filed Electronically on February 2, 2006

| | |
|---|---|
| PACIFIC GAS & ELECTRIC COMPANY,<br>Plaintiff,<br>v.<br>UNITED STATES OF AMERICA,<br>Defendant. | No. 04-0074C, into which has been consolidated No. 04-0075C (Judge Hewitt) |

UNOPPOSED MOTION FOR ONE-DAY ENLARGEMENT OF TIME TO ADDRESS THE COURT'S REQUEST IN ITS JANUARY 25, 2006 ORDER THAT PG&E SUBMIT NINETEEN DOCUMENTS FOR *IN CAMERA* REVIEW

Plaintiff Pacific Gas & Electric Co. ("PG&E") respectfully moves for a one-day enlargement of time, to and including February 3, 2006, within which to address the Court's request in its January 25, 2006 Order that PG&E submit nineteen documents for in camera review. That Order requests compliance by February 2. This is the first enlargement PG&E has requested for this purpose. The government does not oppose this request.

This request arises from the following circumstances. Over the past few days the undersigned has discussed with counsel for the government, Mr. Ekman, various proposals that potentially could resolve the parties' dispute over these nineteen documents without need for *in camera* review by the Court. Today, February 2, the undersigned attempted to contact Mr. Ekman with a proposal that the undersigned believed would resolve the dispute. In order to accomplish that resolution, and in view of the January 25 Order requiring in camera submission by today (February 2), counsel for

both parties would need to inform the Court of the resolution of the dispute. Mr. Ekman was out of the office today, however, and despite diligent efforts, the undersigned was unable to contact him until very late in the day. The undersigned also attempted without success to contact several other government attorneys familiar with these matters in an effort to bring the proposed resolution of the dispute to the Court's attention today, the due date for compliance with the January 25 Order.

The undersigned had previously obtained Mr. Ekman's consent to an enlargement of time to submit the nineteen documents, and in late afternoon on February 2, informed the Court's chambers by phone that PG&E would seek (by motion) a one-day unopposed enlargement. Subsequently, the undersigned was able to speak with Mr. Ekman, and it does appear the dispute over these documents can be resolved without need for *in camera* review. It is PG&E's understanding that the Court has arranged a conference call to discuss the matter at 11 a.m. on February 3, 2006. The undersigned informed Mr. Ekman of that conference call when they were finally able to speak late on February 2.

For these reasons, the requested unopposed enlargement should be granted.

Dated: February 2, 2006

Respectfully submitted,

s/Jerry Stouck

JERRY STOUCK
Greenberg Traurig, LLP
800 Connecticut Avenue, NW, Suite 500
Washington, DC 20006
(202) 331-3173 Phone
(202) 261-4751 Fax
*Counsel for Plaintiff*
Pacific Gas & Electric Company

Of Counsel:
Robert L. Shapiro
Greenberg Traurig, LLP