# In the United States Court of Federal Claims

No. 04-74C
(into which has been consolidated No. 04-75C)

(E-Filed: February 3, 2005)

PACIFIC GAS AND ELECTRIC COMPANY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Further to the informal telephonic status conference held today, February 3, 2006, and in order to expedite the resolution of discovery disputes in this case, the court ORDERS plaintiff to PRODUCE to defendant Document Nos. 92-101, 193, 290, 333-334, 677-679, and 681-683.[1]

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge

[1]The court has before it plaintiff's Unopposed Motion for One-Day Enlargement of Time to Address the Court's Request in its January 25, 2006 Order that PG&E Submit Nineteen Documents for In Camera Review (Motion). Because of this Order, plaintiff's Motion is MOOT.