IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PACIFIC GAS & ELECTRIC COMPANY, Plaintiff, | ) | |
| v. | ) | No. 04-0074C, into which has been consolidated No. 04-0075C (Judge Hewitt) |
| THE UNITED STATES, Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO SUBMIT REMAINING DISPUTES CONCERNING PLAINTIFF'S PRIVILEGE LOGS TO THE COURT

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests an enlargement of time of ten days, to and including February 19, 2006, to file any motion to compel detailing documents that remain in dispute between the defendant and the plaintiff, Pacific Gas & Electric Company ("PG&E"). The motion to compel, if any, would follow from the identification of documents the Government believes should be produced in light of the Court's order, dated January 25, 2006. Based upon the Court's order, dated January 25, 2006, the Government currently must file any motion to compel the production of documents from PG&E's privilege logs by February 9, 2006. Defendant has not previously requested an enlargement of time to file any motion to compel. Counsel for PG&E, Jerry Stouck, has represented that PG&E does not oppose this motion.

The instant motion is necessitated by the number of documents that potentially are implicated by the Court's January 25 order. By letters dated February 2, 2006 and February 3, 2006, the Government provided a list of documents, by category, that it believes now must be produced. Because of the number of documents identified in those two letters, we believe that PG&E will require time to analyze the lists and respond to those letters. Once we receive PG&E's responses, we anticipate speaking with PG&E's counsel to attempt to work out issues

that remain prior to filing any motion with the Court. Under the current schedule, there is little time for examination of the lists by PG&E and discussion of documents remaining in dispute between the parties. The ten-day enlargement sought by this motion should provide sufficient time to narrow issues, if any, that remain.

For the foregoing reasons, we respectfully request that the Court grant this unopposed request for an enlargement.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/John C. Ekman
JOHN C. EKMAN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, NW
Washington, D.C. 20530
Tel: (202) 353-0897
Fax: (202) 307-2503

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

SCOTT DAMELIN
SHARON SNYDER
JOSHUA E. GARDNER
TODD J. COCHRAN
Civil Division
Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530

February 6, 2006

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 6th day of February, 2006, a copy of foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO SUBMIT REMAINING DISPUTES CONCERNING PLAINTIFF'S PRIVILEGE LOGS TO THE COURT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ John C. Ekman