# In the United States Court of Federal Claims

No. 04-74C
(into which has been consolidated No. 04-75C)

(E-Filed: February 7, 2006)

PACIFIC GAS AND ELECTRIC COMPANY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Before the court is Defendant's Unopposed Motion for an Enlargement of Time to Submit Remaining Disputes Concerning Plaintiff's Privilege Logs to the Court (Def.'s Mot. or Motion). For the reasons stated therein and because the Motion is unopposed, defendant's Motion is hereby GRANTED. Defendant shall file electronically a "motion to compel detailing documents that remain in dispute between the defendant and the plaintiff," Def.'s Mot at 1, if at all, on or before Tuesday, February 21, 2006.[1] Responsive briefing shall be filed in accordance with Part I.C. of the court's January 25, 2006 Opinion.

IT IS SO ORDERED.

[1]Defendant requests an enlargement of time of ten days, "to and including February 19, 2006," within which to file a motion to compel. Def.'s Mot. at 1. Because February 19, 2006 is a Sunday and February 20, 2006 is a federal holiday, the court ORDERS that such a motion be filed, if at all, on or before Tuesday, February 21, 2006.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge