# In the United States Court of Federal Claims

No. 04-74C
(into which has been consolidated No. 04-75C)

(E-Filed: February 15, 2006)

| | |
|---|---|
| PACIFIC GAS AND ELECTRIC COMPANY, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

The court has before it Pacific Gas & Electric Company's Motion to Compel the Production of Documents Withheld Under the "Deliberative Process" Privilege (Pl.'s Mot. or Motion), Defendant's Opposition to Pacific Gas & Electric's Motion to Compel the Production of Documents Withheld Under the Deliberative Process Privilege and Response to the Court's November 16, 2005 Order (Def.'s Resp. or Response), and plaintiff's Reply in Support of Motion to Compel "Deliberative Process" Documents (Pl.'s Reply or Reply).

Plaintiff initially listed a total 465 documents in its Motion, See Pl.'s Mot. at 1; Pl.'s Mot. Appendix (App.) at A1-40, 145 of which it states have been withheld by the government in discovery in similar spent nuclear fuel litigation proceedings before this court, and 320 of which it states are withheld by the government for the first time in this case. See Pl.'s Mot. at 1. Subsequent to the filing of plaintiff's Motion, it appears that plaintiff and defendant reached an agreement with respect to at least 12 of these documents, as plaintiff ultimately requests the court to "reject the government's claims of deliberative process privilege in their entirety and direct the government to produce all 453 documents [improperly withheld]." Pl.'s Reply at 29. The court is unclear as to how plaintiff reached the total of 453 documents. The Amended Table of Challenges in

Plaintiff's Reply lists 465 documents, see Pl.'s Reply App. at 166-208, only a few of which plaintiff has indicated defendant will produce, see, e.g., id. at 207, Document Nos. 457 and 459, or which plaintiff has indicated are duplicates of other documents, see, e.g., id. at 174, Document No. 109. Therefore, on or before Wednesday, February 22, 2006, plaintiff is hereby ORDERED to file with the court, as a response to this Order, a Table of Challenges that can be reconciled with plaintiff's request for the court to "direct the government to produce all 453 documents" alleged to be improperly withheld by defendant, or otherwise to file with the court, as a response to this Order, an explanation for the discrepancy between plaintiff's request and the number of documents in plaintiff's Amended Table of Challenges.

In addition, while the court takes notice that plaintiff's Amended Table of Challenges provides, for each listed document, the government affidavit that supports the privilege claim for that document, see id. at 166-208, on or before Wednesday, February 22, 2006, plaintiff is hereby ORDERED to file with the court, as a response to this Order, a chart specifically indicating, with respect to each government affidavit, every document number from plaintiff's Table of Challenges that plaintiff moves the court to compel.[1]

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge

---

[1]The court provides an example of one row of this chart:

| Affidavit | Document Nos. |
|---|---|
| Milner 11/10/2005 Affidavit | 104-108, 114-149, 181-290 . . . . |