# In the United States Court of Federal Claims

No. 04-74C
(into which has been consolidated No. 04-75C)

(E-Filed: February 22, 2006)

PACIFIC GAS AND ELECTRIC COMPANY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Before the court is Defendant's Unopposed Motion for an Enlargement of Time to Submit Remaining Disputes Concerning Plaintiff's Privilege Logs to the Court (Def.'s Mot. or Motion). For the reasons stated therein and because the Motion is unopposed, defendant's Motion is hereby GRANTED. Defendant shall file electronically a "motion to compel detailing documents that remain in dispute between the defendant and the plaintiff," Def.'s Mot at 1, if at all, on or before Tuesday, February 28, 2006. Responsive briefing shall be filed in accordance with Part I.C. of the court's January 25, 2006 Opinion.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge