**SUMMARY OF AFFIDAVITS AND CORRESPONDING DOCUMENTS**

| AFFIDAVIT | DOCUMENT NOS. |
|---|---|
| Friedman 6/10/2003 Affidavit | 306, 308-309 |
| Marcinowski 11/2005 Affidavit | 1-103, 384-386, 391-400 |
| Milner 11/10/2005 Affidavit | 104-108, 114-149, 159, 182, 184, 188-290, 322*, 330*, 339*, 341-342*, 344-346*, 349*, 356-383, 387-390 |
| Milner 5/13/2002 Affidavit | 110-113, 150-158, 160-181, 183, 185 |
| Milner 6/13/2003 Affidavit | 291-297, 299, 302-305, 307, 310-355* |
| Virgilio 6/9/2003 Affidavit | 186 - 187, 402 - 406, 408 - 445 |
| Virgilio 11/9/2005 Affidavit | 446 - 456, 458, 460 - 465 |
| Other[1] | 407 |

* Some documents may be listed twice as they appear on more than one affidavit.

[1] Document No. 407 is noted as being a duplicate of HQR0540020-HQR0540022 and is not included on any of the above-reference affidavits. However, HQR0540020-HQR054-0022 is included on the 7/24/2002 Virgilio affidavit, which was offered by the government during proceedings before Judge Sypolt.