IN THE UNITED STATES COURT OF FEDERAL CLAIMS

Filed Electronically on February 24, 2006

| | |
|---|---|
| PACIFIC GAS & ELECTRIC COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No. 04-0074C, into which has been consolidated No. 04-0075C<br>(Judge Hewitt) |

PG&E'S UNOPPOSED MOTION FOR ENLARGEMENTS OF TIME

Pursuant to RCFC 6 and 6.1, PG&E respectfully moves for a fourteen-day enlargement of time, through March 3, 2006, within which to file its rebuttal expert witness reports. Plaintiff's rebuttal expert witness reports are currently due February 24, 2006. PG&E also requests a 35 -day enlargement of time, through April 14, 2006, for the parties to complete their depositions of expert witnesses. The current deadline to complete these depositions is March 10, 2006. This is the first enlargement PG&E has requested for these purposes. The government does not oppose this motion.

These enlargements are necessary in light of previous extensions granted the government to file its expert witness reports. The Court's February 18, 2005 Scheduling Order provided PG&E with five weeks to submit rebuttal expert witness reports following submission of the government's expert witness reports. *See* Order at 1 (providing a January 20, 2006 due date for the government's expert witness reports and a February 24, 2006 due date for the rebuttal reports). On January 9, 2006, the Court enlarged the time for completion of the government's exert witness reports to January 27,

2006. The Court granted the government a further enlargement through February 6, 2006, to submit its last expert witness report by Order dated January 20, 2006. Effectively, the Court provided the government with a seventeen-day extension to complete its responsive expert reports.

PG&E requires a similar enlargement of time to prepare its rebuttal expert witness reports. The three-to-four weeks since submission of the government's expert reports have not provided PG&E with sufficient time to analyze the reports, take the depositions of the government's expert witnesses, and prepare any rebuttal reports (if necessary). Even with the extension requested here, PG&E will have only four weeks to complete any appropriate rebuttal expert witness reports.

The time for completion of expert depositions needs to be extended for similar reasons. PG&E needs an additional week to complete its depositions of the government's experts. And in light of the enlargement sought here for rebuttal expert witness reports, the government has asked us to seek enlargement of the deadline for completion of all expert witness depositions to provide it with more time to depose any PG&E expert offering a rebuttal report. The April 14 date is sought to help avoid conflict with other due dates set out in the Court's February 18, 2005 Scheduling Order.

For these reasons, the requested enlargements of time should be granted.

Dated: February 24, 2006

Respectfully submitted,

s/Jerry Stouck

JERRY STOUCK
Greenberg Traurig, LLP
800 Connecticut Avenue, NW, Suite 500
Washington, DC 20006
(202) 331-3173 Phone
(202) 261-4751 Fax
*Counsel for Plaintiff*
Pacific Gas & Electric Company

Of Counsel:
Robert L. Shapiro
Greenberg Traurig, LLP