**Greenberg Traurig**

## Transmittal Cover Sheet

From: Robert Shapiro
Tel: 202.331.3174
E-Mail: ShapiroR@gtlaw.com

| To: | Fax No: | Company: | Phone No.: |
|---|---|---|---|
| John C. Ekman | 202-307-2503 | Department of Justice | |

**File No.:** 89676.010100

**Re:** PG&E

**Date:** February 16, 2006 5:00 PM

**No. Pages:** Including Cover Sheet 23

If you do not receive all pages properly, please call (202) 331-3142.

**Notes:** I am writing in response to your letters of February 2 and 3 concerning Judge Hewitt's Order of January 25. We have completed our review of the documents noted in your February 2 letter. Attached are two spreadsheets noting our determinations as to which documents should be released in light of the Court's Order. As you will see, we have agreed not to further contest the privileged or protected nature of most of the documents you requested. We will deliver a CD with the document images in the next couple of days. We hope to complete our review of the documents noted in your February 3 letter tomorrow. Again, we will not be further contesting the privileged or protected nature of most of those documents. Please let me know if there are any questions regarding this issue.

Best Regards,

Robert Shapiro

CC: Scott Damelin

Also sent via: ☐ US Mail ☐ Overnight ☐ Messenger ☐ Email ☒ No Other

Revised ID Privilege Log Documents for which Pacific Gas and Electric Maintain a Claim of Privilege or Will Be Released with Redactions

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 57 | DCP0016235 | DCP0016237 | 6/26/1997 | Multiple Email | Warner, C. | Rueger, M.; Seller, Judith | Stock, W.; Duke, David L; Hill, Thomas M; Richard, Daniel D; Regan, Frank J; Pidcock, Paulette C; Guliasi, Les G; Corey, Jana; Sigler, Cheryl | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN COUNSEL (C. WARNER) AND CLIENT REGARDING STRATEGY FOR LITIGATION AGAINST DOE CONCERNING STANDARD CONTRACT OBLIGATIONS. ALSO REFLECTS LEGAL ANALYSIS FROM OUTSIDE COUNSEL, J. SILBERG (SHAW PITTMAN POTTS & TROWBRIDGE) | Attorney Client |
| 76 | DCP0017767 | DCP0017787 | | Agenda / Meeting Minute | Locke, R. | None | None | ISFSI PLANNING MEETING AGENDA - REDACTED MARGINAL NOTES CONTAIN MENTAL PROCESSES AND ANALYSIS OF COUNSEL (R. LOCKE) REGARDING DRY STORAGE OPTIONS AND ISFSI LICENSING ISSUES IN PREPARATION OF ANTICIPATED LITIGATION - REGULATORY PROCEEDINGS | Work Product -- Redacted version already produced, beginning at PDCP0044472 |
| 77 | DCP0017788 | DCP0017788 | | Agenda / Meeting Minute | Locke, R. | None | None | ISFSI PLANNING MEETING AGENDA - REDACTED MARGINAL NOTES CONTAIN MENTAL PROCESSES AND ANALYSIS OF COUNSEL (R. LOCKE) REGARDING DRY STORAGE OPTIONS AND ISFSI LICENSING ISSUES IN PREPARATION OF ANTICIPATED LITIGATION - REGULATORY PROCEEDINGS | Work Product -- Redacted version already produced, beginning at PDCP0044473 |
| 79 | DCP0017790 | DCP0017790 | 2/13/2002 | Agenda / Meeting Minute | Locke, R. | None | None | ISFSI PLANNING MEETING AGENDA - REDACTED MARGINAL NOTES CONTAIN MENTAL PROCESSES AND ANALYSIS OF COUNSEL (R. LOCKE) REGARDING DRY STORAGE OPTIONS AND ISFSI LICENSING ISSUES IN PREPARATION OF ANTICIPATED LITIGATION - REGULATORY PROCEEDINGS | Work Product -- Redacted version already produced, beginning at PDCP0044475 |
| 80 | DCP0017791 | DCP0017791 | 2/13/2002 | Agenda / Meeting Minute | Locke, R. | None | None | ISFSI PLANNING MEETING AGENDA - REDACTED MARGINAL NOTES CONTAIN MENTAL PROCESSES AND ANALYSIS OF COUNSEL (R. LOCKE) REGARDING DRY STORAGE OPTIONS AND ISFSI LICENSING ISSUES IN PREPARATION OF ANTICIPATED LITIGATION - REGULATORY PROCEEDINGS | Work Product -- Redacted version already produced, beginning at PDCP0044476 |
| 155 | HBP0010968 | HBP0010977 | | Notes | Kapus, R. | None | None | DRAFT, HANDWRITTEN WILLIS TESTIMONY RESPONDING TO ADVERSARIAL REGULATORY PROCEEDINGS (NDCTP) INVOLVING INTERVENOR - OFFICE OF RATEPAYER ADVOCATES | Work Product |
| 159 | HBP0013177 | HBP0013192 | 10/24/2002 | Electronic Mail (Email) | McLennan, R. B | RRQ NDCTP Core | None | E-MAIL FROM COUNSEL (R. MCLENNAN) TO CLIENT REGARDING ATTACHED (HBP0013178 - HBP0013192) DRAFT BRIEF PREPARED FOR FILING WITH THE CPUC. REDACTED PORTION REFLECTS LEGAL ADVICE PROVIDED TO CLIENT | Attorney Client - will be released with redactions |
| 168 | HBP0013629 | HBP0013634 | 7/25/2002 | Multiple Email | O'Flanagan, Joseph | Golden, Patrick; Niven, Andrew; Warner, C.; McLennan, R. | Kim, Ann; Winn, Valerie; Kapus, R.; Edwards, William; Smith, Bruce T; Ansar, Jasmin | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN CLIENT AND COUNSEL (A. NIVEN, A. KIM, R. MCLENNAN, P. GOLDEN, C. WARNER, W. EDWARDS, R. LOCKE) REGARDING LEGAL ANALYSIS AND ADEQUACY OF SECURITY GUIDELINES IN ANTICIPATION OF LITIGATION - REGULATORY PROCEEDINGS ; | Attorney Client |

Revised ID Privilege Log Documents for which Pacific Gas and Electric Maintain a Claim of Privilege or Will Be Released with Redactions

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 169 | HBP0013635 | HBP0013637 | 10/9/2002 | Multiple Email | Golden, Patrick | Niven, Andrew; Kim, Ann; Post, Jennifer; Womack, L.; Nelson, T.; Winn, Valerie; Willis, Roy; Easley, Zane | McLennan, R.; Manheim, W.; Warner, C.; Smith, Bruce T; Cronin, Thomas; Prudhomme, P.; Bosscawen, Greg; Klein, Jennifer; Moulia, T.; Kapus, R. | E-MAIL CHAIN CONTAINING COMMUNICATIONS BETWEEN COUNSEL (P. GOLDEN, A. NIVEN, J. POST, A. KIM, W. MANHEIM, C. WARNER) REGARDING SECURITY GUIDELINES IN ANTICIPATION OF LITIGATION - REGULATORY PROCEEDINGS. REDACTED PORTIONS REFLECT REQUEST FOR LEGAL ADVICE AND ANALYSIS AND ADVICE PROVIDED BY COUNSEL. | Attorney Client - will be released with redactions |
| 171 | HBP0013729 | HBP0013739 | | Notes | Kapus, Bob | None | None | HANDWRITTEN NOTES PREPARED AT THE REQUEST OF COUNSEL IN PREPARATION FOR ADVERSARIAL REGULATORY PROCEEDING INITIATED BY INTERVENTION OF THE OFFICE OF RATEPAYER ADVOCATES (ORA) - REFLECTS STRATEGY AND PRELIMINARY SCOPE TO BE USED IN PREPARATION OF SUPPORTING DOCUMENTATION | Work Product |
| 245 | HBP0019338 | HBP0019339 | 10/14/2004 | Multiple Email | Willis, Roy | Locke, R. | O'Flanagan, Joseph; Kapus, R.; Miklush, D. | REDACTED PORTION OF EMAIL CONTAINS DESCRIPTION OF LEGAL ADVICE SOUGHT FROM COUNSEL (R. LOCKE) REGARDING ONGOING LITIGATION - ADVERSARIAL REGULATORY PROCEEDING | Attorney Client -- Redacted version already produced, beginning at PHBP0086424 |
| 258 | HBP0027862 | HBP0027864 | 7/31/2000 | Agenda / Meeting Minute | Pacific Gas & Electric Company | None | None | REDACTED DESCRIPTION OF REQUESTED ATTORNEY (R. LOCKE, C. WARNER) ADVICE TO BE PREPARED IN ANTICIPATION OF CURRENT LITIGATION, DESCRIPTION OF REQUESTED ATTORNEY (L. CASSIDY) ADVICE RE: HOLTEC CONTRACT, DESCRIPTION OF REQUESTED ATTORNEY (R. LOCKE) ADVICE RE: RECORDS RETENTION STANDARD | Attorney Client; Work Product – Redacted version already produced, beginning at PHBP0087215 |
| 260 | HBP0029272 | HBP0029272 | | Report / Plan | Willis, Roy | Kapus, R. | None | DRAFT DATA RESPONSE DOCUMENT PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL FOR SUBMISSION TO THE CPUC RESPONDING TO ADVERSARIAL PROCEEDINGS INVOLVING REQUESTS FOR INFORMATION FROM ORA; PURSUANT TO INTERVENTION AND OPPOSITION TO GRC PROCEEDINGS BEFORE THE CPUC. | Work Product |
| 263 | HBP0029320 | HBP0029321 | 7/10/2002 | Report / Plan | Miklush, D. | Kapus, R. | None | DRAFT DATA RESPONSE DOCUMENT PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL FOR SUBMISSION TO THE CPUC RESPONDING TO ADVERSARIAL PROCEEDINGS INVOLVING REQUESTS FOR INFORMATION FROM ORA; PURSUANT TO INTERVENTION AND OPPOSITION TO GRC PROCEEDINGS BEFORE THE CPUC. | Work Product |
| 264 | HBP0029322 | HBP0029322 | 7/10/2002 | Financial | Pacific Gas & Electric Company | Kapus, R. | None | DRAFT DATA RESPONSE DOCUMENT PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL FOR SUBMISSION TO THE CPUC RESPONDING TO ADVERSARIAL PROCEEDINGS INVOLVING REQUESTS FOR INFORMATION FROM ORA; PURSUANT TO INTERVENTION AND OPPOSITION TO GRC PROCEEDINGS BEFORE THE CPUC. | Work Product |

Revised ID Privilege Log Documents for which Pacific Gas and Electric Maintain a Claim of Privilege or Will Be Released with Redactions

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 265 | HBP0029323 | HBP0029323 | 7/10/2002 | Financial | Pacific Gas & Electric Company | Kapus, R. | None | DRAFT DATA RESPONSE DOCUMENT PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL FOR SUBMISSION TO THE CPUC RESPONDING TO ADVERSARIAL PROCEEDINGS INVOLVING REQUESTS FOR INFORMATION FROM ORA; PURSUANT TO INTERVENTION AND OPPOSITION TO GRC PROCEEDINGS BEFORE THE CPUC. | Work Product |
| 266 | HBP0029324 | HBP0029324 | 7/10/2002 | Financial | Pacific Gas & Electric Company | Kapus, R. | None | DRAFT DATA RESPONSE DOCUMENT PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL FOR SUBMISSION TO THE CPUC RESPONDING TO ADVERSARIAL PROCEEDINGS INVOLVING REQUESTS FOR INFORMATION FROM ORA; PURSUANT TO INTERVENTION AND OPPOSITION TO GRC PROCEEDINGS BEFORE THE CPUC. | Work Product |
| 267 | HBP0029325 | HBP0029325 | 7/10/2002 | Financial | Pacific Gas & Electric Company | Kapus, R. | None | DRAFT DATA RESPONSE DOCUMENT PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL FOR SUBMISSION TO THE CPUC RESPONDING TO ADVERSARIAL PROCEEDINGS INVOLVING REQUESTS FOR INFORMATION FROM ORA; PURSUANT TO INTERVENTION AND OPPOSITION TO GRC PROCEEDINGS BEFORE THE CPUC. | Work Product |
| 291 | HBP0046067 | HBP0046069 | 4/11/1997 | Multiple Email | Warner, C. | Womack, L. F | Kahler, Edwin R; Rueger, M.; Locke, R. | E-MAIL CHAIN CONTAINING PRIVILEGED COMMUNICATION BETWEEN BETWEEN CLIENT AND COUNSEL (C. WARNER) REGARDING LEGAL ADVICE AND STRATEGY IN PREPARATION FOR LITIGATION - REGULATORY PROCEEDINGS - GENERAL RATE CASE PROCEEDINGS BEFORE THE CPUC; | Attorney Client |
| 292 | HBP0046070 | HBP0046071 | 4/11/1997 | Multiple Email | Forsgard, K. A | Warner, C. | Williams, Ray D; Rueger, M.; Womack, L. F; Moulia, T.; Locke, R.; Kahler, Edvin R | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN CLIENT AND COUNSEL (C. WARNER, R. LOCKE) PROVIDING ADVICE AND COMMENTS IN RESPONSE TO REQUEST FOR LEGAL ADVICE RELATING TO REGULATORY PROCEEDINGS - GRC AND CPUC; | Attorney Client |
| 580 | PGE0010945 | PGE0010957 | 4/4/1995 | Agenda / Meeting Minute | None | None | None | PRESENTATION MATERIALS REGARDING DCPP RERACKING - REDACTED PORTIONS CONTAIN HANDWRITTEN NOTES REFLECT THOUGHTS AND IMPRESSIONS OF COUNSEL (C. WARNER) | Attorney Client; Work Product -- Redacted version already produced, beginning at PPGE0061914 |
| 588 | PGE0011126 | PGE0011127 | | Report / Plan | None | Warner, C. | None | DRAFT DRY CASK STORAGE EVALUATION NOTES. REDACTED PORTION REFLECT THE THOUGHTS AND PROCESSES OF COUNSEL (C. WARNER), INCLUDING ANALYSIS OF ISSUES TO BE PRESENTED TO OUTSIDE COUNSEL. VERSION WITHOUT REDACTIONS OR MARGINAL NOTES PRODUCED AT PHBP0081893. | Attorney Client - will be released with redactions |
| 589 | PGE0011136 | PGE0011136 | 4/25/1995 | Electronic Mail (Email) | Locke, R. | Duke, David L | Ogden, D. W; Angus, Michael J; Ovadia, David; Warner, C. | E-MAIL FROM COUNSEL (R. LOCKE) TO CLIENT PROVIDING LEGAL ADVICE, ANALYSIS AND STRATEGY IN PREPARATION OF LITIGATION - REGULATORY PROCEEDINGS - NRC | Attorney Client |



Prepared : February 16, 2006

## Revised ID Privilege Log Documents for which Pacific Gas and Electric Maintain a Claim of Privilege or Will Be Released with Redactions

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 590 | PGE0011238 | PGE0011238 | 4/4/1995 | Electronic Mail (Email) | Locke, R. | Angus, Michael J | Johnson, Roger L; Warner, C. | E-MAIL FROM COUNSEL (R. LOCKE) TO CLIENT REGARDING RERACKING ISSUES. PROVIDES LEGAL ANALYSIS AND STRATEGY IN RESPONSE TO REQUEST FOR ADVICE FROM FROM CLIENT. | Attorney Client |
| 591 | PGE0011241 | PGE0011242 | 3/31/1995 | Multiple Email | Warner, Christopher | Johnson, Roger | Angus, Mike; Locke, R. | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN COUNSEL (C. WARNER) AND CLIENT REGARDING RERACKING ISSUES. INCLUDES LEGAL ADVICE AND STRATEGY OF COUNSEL (C. WARNER) IN RESPONSE TO REQUEST FOR ADVICE FROM CLIENT. PREPARED IN ANTICIPATION OF LITIGATION - REGULATORY PROCEEDINGS - NRC | Attorney Client |
| 593 | PGE0011262 | PGE0011273 | 6/6/1995 | Agenda / Meeting Minute | None | Warner, C. | None | DOCUMENT PREPARED BY COUNSEL (C. WARNER) REFLECTING ATTORNEYS PROTECTED THOUGHT PROCESSES AND ANALYSIS REGARDING LEGAL ISSUES RELATING TO SPENT FUEL STORAGE IN PREPARATION FOR PRESENTATION TO MANAGEMENT COMMITTEE | Attorney Client |
| 609 | PGE0011740 | PGE0011741 | | Report / Plan | None | Warner, C. | None | DUPLICATE OF PGE0011126 - PGE0011127. DRAFT DRY CASK STORAGE EVALUATION NOTES. REDACTED PORTION REFLECT THE THOUGHT PROCESSES OF COUNSEL (C. WARNER), INCLUDING ANALYSIS OF ISSUES TO BE PRESENTED TO OUTSIDE COUNSEL. VERSION WITHOUT REDACTIONS OR MARGINAL NOTES PRODUCED AT PHBP0081893. | Attorney Client - will be released with redactions |
| 610 | PGE0011750 | PGE0011750 | 4/25/1995 | Electronic Mail (Email) | Locke, R. | Duke, David L | Ogden, D. W; Angus, Michael J; Ovadia, David; Warner, Chris | DUPLICATE OF PGE0011136. E-MAIL FROM COUNSEL (R. LOCKE) TO CLIENT PROVIDING LEGAL ADVICE, ANALYSIS AND STRATEGY IN PREPARATION OF LITIGATION - REGULATORY PROCEEDINGS - NRC | Attorney Client |
| 706 | PGE0024904 | PGE0024905 | 2/9/1998 | Multiple Email | Warner, C. | Ovadia, David; Duke, David L; Kapus, R. L; Smith, Mark G; Tomkins, J.; Stock, W.; Patton, B. H; Papapietro, Emily; Locke, R. | None | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN CLIENT AND COUNSEL (C. WARNER, R. LOCKE) REGARDING SPENT FUEL STORAGE ISSUES - REDACTED PORTION CONTAINS LEGAL ANALYSIS PROVIDED IN ANTICIPATION OF LITIGATION - REGULATORY PROCEEDINGS - NRC | Attorney Client -- Redacted version already produced, beginning at PPGE0061965 |
| 714 | PGE0025059 | PGE0025059 | 8/17/1998 | Notes | Locke, R. | Womack, L. F | None | PRIVLEGED COMMUNICATION FROM COUNSEL (R. LOCKE) TO CLIENT REGARDING ATTACHED (PGE0025060 - PGE0025067) LEGAL MEMORANDUM PREPARED BY OUTSIDE COUNSEL (WINSTON & STRAWN). ATTACHMENT PROVIDES LEGAL ANALYSIS IN PREPARATION FOR REGULATORY PROCEEDINGS BEFORE THE NRC | Attorney Client |

**Sylke, Scott (CIV)**

| | |
|---|---|
| **From:** | shapiror@gtlaw.com |
| **Sent:** | Tuesday, February 21, 2006 6:18 PM |
| **To:** | sdamelin@usdoj.gov; Damelin, Scott (CIV); Gardner, Joshua E (CIV) |
| **Subject:** | PG&E v. U.S. |
| **Attachments:** | tmp.htm; Feb 3_Release.pdf; Feb 3_Do Not Release.pdf; Feb 3_Release with Order.pdf |

tmp.htm (5 KB) Feb 3_Release.pdf (77 KB) Feb 3_Do Not Release.pdf (70 K... Feb 3_Release with Order.pdf (...

Scott,

As we discussed by telephone earlier today, we have completed our review of the documents requested to be released by the government in its February 3 letter. Our responses are noted in the attached documents.
The group marked to be released with Order contemplates an agreed Order comparable to the February 3 Order entered by the Court regarding similar documents.

On a different topic, I have been told that a CD with a bates-numbered version of the H.B. Robinson study used by Mr. Knight was delivered by hand to DOJ today.

Please let me know if you have any questions regarding these issues.

Robert L. Shapiro
Greenberg Traurig, LLP
800 Connecticut Avenue, Suite 500
Washington, DC 20006
202-331-3174 ph
202-261-4752 fax
shapiror@gtlaw.com

The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. To reply to our email administrator directly, please send an email to postmaster@gtlaw.com <mailto:postmaster@gtlaw.com> .
---------------------------------------------------------

Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein.

The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. To reply to our email administrator directly, please send an email to postmaster@gtlaw.com.

------------------------------------

DOCUMENTS FROM SUPPLEMENTAL PRIVILEGE LOG
THAT WILL NOT BE RELEASED

| REF | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 14 | DCP0021581 | DCP0021582 | | Multiple Email | Womack, Lawrence | Locke, Richard F; Nichols, Charlie; Cotton, Cynthia | Strickland, L Jearl | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN COUNSEL (R. LOCKE) AND CLIENT REGARDING LEGAL ADVICE FOR DCPP ISFSI PROJECT. THIS WAS ALREADY INADVERTENTLY PRODUCED BEGINNING AT PDCP0017859 - IT WILL BE CLAWED BACK BASED UPON PRIVILEGED ATTORNEY-CLIENT COMMUNICATION | Attorney Client |
| 28 | DCP0021670 | DCP0021670 | | Electronic Mail (Email) | Kapus, Robert | Repka, David (Winston & Strawn); Poole, B (Winston & Strawn); Winn, Valerie J | Locke, Richard F; Strickland, L Jearl; Grebel, Terence | E-MAIL FROM CLIENT TO OUTSIDE COUNSEL, D. REPKA (WINSTON & STRAWN), REGARDING DCPP ISFSI DECOMMISSIONING COSTS. PREPARED IN ANTICIPATION OF FILING WITH THE NUCLEAR REGULATORY COMMISSION (NRC) | Attorney Client |
| 29 | DCP0021670 | DCP0021670 | | Electronic Mail (Email) | Kapus, Robert | Repka, Dave (Winston & Strawn); Poole, Brooke (Winston & Strawn); Winn, Valerie J | Locke, Richard F; Strickland, L Jearl; Grebel, Terence | E-MAIL FROM CLIENT TO OUTSIDE COUNSEL, D. REPKA and B. POOLE (WINSTON & STRAWN), REGARDING DCPP ISFSI. PREPARED AT THE REQUEST OF COUNSEL IN ANTICIPATION OF REGULATORY PROCEEDINGS | Attorney Client |
| 32 | HBP0029145 | HBP0029151 | 7/9/2002 | Report / Plan | Willis, Roy | Kapus, Bob | None | DRAFT RESPONSE TO REQUEST FOR ADDITIONAL INFORMATION FROM INTERVENOR OFFICE OF RATEPAYER ADVOCATES (ORA) PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL IN PREPARATION FOR REGULATORY PROCEEDINGS - GRC - BEFORE THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Work Product |
| 33 | HBP0029153 | HBP0029164 | 6/28/2002 | Report / Plan | Willis, Roy | Kapus, Bob | None | DRAFT RESPONSE TO REQUEST FOR ADDITIONAL INFORMATION FROM INTERVENOR OFFICE OF RATEPAYER ADVOCATES (ORA) PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL IN PREPARATION FOR REGULATORY PROCEEDINGS - GRC - BEFORE THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Work Product |
| 34 | HBP0029167 | HBP0029185 | 7/12/2002 | Report / Plan | Willis, Roy | Kapus, Bob | None | DRAFT RESPONSE TO REQUEST FOR ADDITIONAL INFORMATION FROM INTERVENOR OFFICE OF RATEPAYER ADVOCATES (ORA) PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL IN PREPARATION FOR REGULATORY PROCEEDINGS - GRC - BEFORE THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Work Product |
| 35 | HBP0029187 | HBP0029210 | 6/28/2002 | Report / Plan | Willis, Roy | Kapus, Bob | None | DRAFT RESPONSE TO REQUEST FOR ADDITIONAL INFORMATION FROM INTERVENOR OFFICE OF RATEPAYER ADVOCATES (ORA) PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL IN PREPARATION FOR REGULATORY PROCEEDINGS - GRC - BEFORE THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Work Product |
| 36 | HBP0029212 | HBP0029256 | 7/9/2002 | Report / Plan | Willis, Roy | Kapus, Bob | None | DRAFT RESPONSE TO REQUEST FOR ADDITIONAL INFORMATION FROM INTERVENOR OFFICE OF RATEPAYER ADVOCATES (ORA) PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL IN PREPARATION FOR REGULATORY PROCEEDINGS - GRC - BEFORE THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Work Product |

DOCUMENTS FROM SUPPLEMENTAL PRIVILEGE LOG
THAT WILL NOT BE RELEASED

| REF | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 37 | HBP0029258 | HBP0029287 | 6/28/2002 | Report / Plan | Willis, Roy | Kapus, Bob | None | DRAFT RESPONSE TO REQUEST FOR ADDITIONAL INFORMATION FROM INTERVENOR OFFICE OF RATEPAYER ADVOCATES (ORA) PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL IN PREPARATION FOR REGULATORY PROCEEDINGS - GRC - BEFORE THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Work Product |
| 38 | HBP0029289 | HBP0029313 | 7/00/2002 | Report / Plan | Ansar, J; Bosscawen, G; Cronin, T; Gokhale, S; Golden, P; Hartman, D; Miklush, D; O'Flanagan, J; O'Reilly, S; Pappas, J; Prudhomme, P; Sweeney, N; Willis, R; Weingart, D | Kapus, Bob | None | DRAFT RESPONSE TO REQUEST FOR ADDITIONAL INFORMATION FROM INTERVENOR OFFICE OF RATEPAYER ADVOCATES (ORA) PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL IN PREPARATION FOR REGULATORY PROCEEDINGS - GRC - BEFORE THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Work Product |
| 39 | HBP0029318 | HBP0029319 | 7/00/2002 | Report / Plan | Miklush, Dave | Kapus, Bob | None | ROUTING AND REVIEW MATRIX TO ACCOMPANY DRAFT RESPONSES TO REQUEST FOR ADDITIONAL INFORMATION FROM INTERVENOR - ORA IN PREPARATION FOR LITIGATION - ADVERSARIAL REGULATORY PROCEEDINGS - GRC - BEFORE THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Work Product |
| 40 | HBP0029326 | HBP0029329 | 7/00/2002 | Report / Plan | Forsgard, Karen | Kapus, Bob | None | DRAFT RESPONSE TO REQUEST FOR ADDITIONAL INFORMATION FROM INTERVENOR OFFICE OF RATEPAYER ADVOCATES (ORA) PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL IN PREPARATION FOR REGULATORY PROCEEDINGS - GRC - BEFORE THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Work Product |
| 42 | HBP0103897 | HBP0103899 | 3/21/2001 | Multiple Email | Russell, Roger | Kapus, Robert; Carden Hal; Nugent, Patrick; Locke, Richard F; Sokolsky, David; Tyler, Tom | Moulia, Thomas; Winn, Valerie | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN CLIENT AND COUNSEL (R. LOCKE) REGARDING DRAFT DCPP AND HBPP DECOMMISSIONING FUNDING REPORTS PREPARED IN ANTICIPATION OF LITIGATION - REGULATORY PROCEEDING (CPUC) - REQUESTS LEGAL REVIEW AND COMMENT. SIMILAR VERSIONS OF THIS EMAIL, IN WHOLE OR PART AT: HBP0103897, HBP0103900, HBP0103909, HBP0103932, HBP0103934, HBP0103936, HBP0103938 | Attorney Client |
| 43 | HBP0103900 | HBP0103901 | 3/21/2001 | Multiple Email | Russell, Roger | Kapus, Robert; Carden, Hal; Nugent, Patrick; Locke, Richard F; Sokolsky, David; Tyler, Tom | Moulia, Thomas; Winn, Valerie | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN CLIENT AND COUNSEL (R. LOCKE) REGARDING DRAFT DCPP AND HBPP DECOMMISSIONING FUNDING REPORTS PREPARED IN ANTICIPATION OF LITIGATION - REGULATORY PROCEEDING (CPUC) - REQUESTS LEGAL REVIEW AND COMMENT. SIMILAR VERSIONS OF THIS EMAIL, IN WHOLE OR PART AT: HBP0103897, HBP0103909, HBP0103932, HBP0103934, HBP0103936, HBP0103938 | Attorney Client |

DOCUMENTS FROM SUPPLEMENTAL PRIVILEGE LOG
THAT WILL NOT BE RELEASED

| REF | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 44 | HBP0103909 | HBP0103910 | 3/21/2001 | Multiple Email | Russell, Roger | Kapus, Robert; Carden, Hal; Nugent, Patrick; Locke, Richard F; Sokolsky, David | Moulia, Thomas | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN CLIENT AND COUNSEL (R. LOCKE) REGARDING DRAFT DCPP AND HBPP DECOMMISSIONING FUNDING REPORTS PREPARED IN ANTICIPATION OF LITIGATION - REGULATORY PROCEEDING (CPUC) - REQUESTS LEGAL REVIEW AND COMMENT. SIMILAR VERSIONS OF THIS EMAIL, IN WHOLE OR PART AT: HBP0103897, HBP0103900, HBP0103932, HBP0103934, HBP0103936, HBP0103938; | Attorney Client |
| 45 | HBP0103932 | HBP0103933 | 3/21/2001 | Multiple Email | Russell, Roger | Kapus, Robert; Carden, Hal; Nugent, Patrick; Locke, Richard F; Sokolsky, David; Tyler, Tom | Moulia, Thomas; Winn, Valerie | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN CLIENT AND COUNSEL (R. LOCKE) REGARDING DRAFT DCPP AND HBPP DECOMMISSIONING FUNDING REPORTS PREPARED IN ANTICIPATION OF LITIGATION - REGULATORY PROCEEDING (CPUC) - REQUESTS LEGAL REVIEW AND COMMENT. SIMILAR VERSIONS OF THIS EMAIL, IN WHOLE OR PART AT: HBP0103897, HBP0103900, HBP0103909, HBP0103934, HBP0103936, HBP0103938; | Attorney Client |
| 46 | HBP0103934 | HBP0103935 | 3/21/2001 | Multiple Email | Russell, Roger | Kapus, Robert; Carden, Hal; Nugent, Patrick; Locke, Richard F; Sokolsky, David | Moulia, Thomas; Winn, Valerie | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN CLIENT AND COUNSEL (R. LOCKE) REGARDING DRAFT DCPP AND HBPP DECOMMISSIONING FUNDING REPORTS PREPARED IN ANTICIPATION OF LITIGATION - REGULATORY PROCEEDING (CPUC) - REQUESTS LEGAL REVIEW AND COMMENT. SIMILAR VERSIONS OF THIS EMAIL, IN WHOLE OR PART AT: HBP0103897, HBP0103900, HBP0103909, HBP0103932, HBP0103936, HBP0103938; | Attorney Client |
| 47 | HBP0103936 | HBP0103937 | 3/21/2001 | Multiple Email | Russell, Roger | Kapus, Robert; Carden, Hal; Nugent, Patrick; Locke, Richard F; Sokolsky, David | Moulia, Thomas | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN CLIENT AND COUNSEL (R. LOCKE) REGARDING DRAFT DCPP AND HBPP DECOMMISSIONING FUNDING REPORTS PREPARED IN ANTICIPATION OF LITIGATION - REGULATORY PROCEEDING (CPUC) - REQUESTS LEGAL REVIEW AND COMMENT. SIMILAR VERSIONS OF THIS EMAIL, IN WHOLE OR PART AT: HBP0103897, HBP0103900, HBP0103909, HBP0103932, HBP0103934, HBP0103938; | Attorney Client |
| 48 | HBP0103938 | HBP0103938 | 3/21/2001 | Electronic Mail (Email) | Russell, Roger | Kapus, Robert; Carden, Hal; Nugent, Patrick; Locke, Richard F; Sokolsky, David | Moulia, Thomas | BEGINNING OF EMAIL CHAIN CONTAINING COMMUNICATION BETWEEN CLIENT AND COUNSEL (R. LOCKE) REGARDING DRAFT DCPP AND HBPP DECOMMISSIONING FUNDING REPORTS PREPARED IN ANTICIPATION OF LITIGATION - REGULATORY PROCEEDING (CPUC) - REQUESTS LEGAL REVIEW AND COMMENT. SIMILAR VERSIONS OF THIS EMAIL, IN WHOLE OR PART AT: HBP0103897, HBP0103900, HBP0103909, HBP0103932, HBP0103934, HBP0103936; | Attorney Client |
| 49 | HBP0104129 | HBP0104129 | 2/25/1999 | Multiple Email | Locke, Richard F | Grebel, Terence; Russell, Roger | Bangert, A C; Nugent, Patrick; Kapus, Robert; Carden, Harold; Warner, Christopher J; Coley, William; Sigler, Cheryl | E-MAIL CHAIN BETWEEN COUNSEL (R. LOCKE) AND CLIENT REQUESTING REVIEW AND COMMENT FROM COUNSEL ON REPORT PREPARED IN ANTICIPATION OF LITIGATION - REGULATORY PROCEEDING (NRC) | Attorney Client |
| 64 | HBP0105844 | HBP0105844 | 6/5/1991 | Memo | Barrett J E | Budke, Robert L; Cossette, Larry L; Duke, David L; Locke, Richard F; Rigney, Peter E | OSullivan, K; Stock, W C; NFM Reading File | MEMORANDUM FROM CLIENT TO CLIENT AND COUNSEL (R. LOCKE, P. RIGNEY) REGARDING DOE ACCEPTANCE OF SPENT NUCLEAR FUEL. REQUESTS LEGAL REVIEW | Attorney Client |

DOCUMENTS FROM SUPPLEMENTAL PRIVILEGE LOG
THAT WILL NOT BE RELEASED

| REF | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 86 | HBP0109556 | HBP0109556 | 10/28/1999 | Multiple Email | Kapus, Robert | Bosscawen, Greg; Warner, Christopher; Winn, Valerie | Moulia, Thomas; Weingart, Richard | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN CLIENT AND COUNSEL (C. WARNER) REGARDING GRC ISSUES. PROVIDES REQUESTED INFORMATION IN PREPARATION FOR REGULATORY PROCEEDINGS - GRC | Attorney Client |
| 87 | HBP0109557 | HBP0109557 | 10/28/1999 | Multiple Email | Moulia, Thomas | Kapus, Robert | None | E-MAIL CHAIN REGARDING COUNSEL (C. WARNER) REQUEST FOR INFORMATION ON GRC ISSUES. PREPARED IN PREPARATION FOR REGULATORY PROCEEDINGS - GRC | Attorney Client |
| 88 | HBP0109558 | HBP0109558 | 10/28/1999 | Multiple Email | Weingart, Richard | Bosscawen, Greg; Kapus, Robert | Moulia, Thomas | E-MAIL CHAIN REGARDING COUNSEL (C. WARNER) REQUEST FOR INFORMATION ON GRC ISSUES. PREPARED IN PREPARATION FOR REGULATORY PROCEEDINGS - GRC | Attorney Client |
| 89 | HBP0109561 | HBP0109561 | 7/22/1999 | Multiple Email | Trengove, Ken | Locke, Richard F | Kapus, Robert; Patton, Bruce; Zerbe, Doug; Carden, Harold | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN CLIENT AND COUNSEL (R. LOCKE) REGARDING DCPP SPENT FUEL STORAGE. REQUESTS LEGAL REVIEW AND REFLECTS REVIEW FOR LEGAL SUFFICIENCY | Attorney Client |
| 105 | HBP0112802 | HBP0112802 | 11/8/1995 | Report / Plan | Van Note, Larry | Kapus, Bob | None | MEMORANDUM REGARDING HBPP DECOMMISSIONING FUNDING. REFLECTS LEGAL ADVICE OF COUNSEL (C. BUCHSBAUM) | Attorney - Client |
| 108 | HBP0114000 | HBP0114000 | 1/7/1998 | Report / Plan | Pacific Gas & Electric Company | Kapus, Bob | None | DRAFT DATA RESPONSE PREPARED TO RESPOND TO ORA INTERVENTION. PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL IN ANTICIPATION OF LITIGATION - REGULATORY PROCEEDING (CPUC) | Work Product |
| 109 | HBP0114023 | HBP0114023 | 1/7/1998 | Report / Plan | Pacific Gas & Electric Company | Kapus, Bob | None | DRAFT DATA RESPONSE PREPARED TO RESPOND TO ORA INTERVENTION. PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL IN ANTICIPATION OF LITIGATION - REGULATORY PROCEEDING (CPUC) | Work Product |
| 123 | PGE0020427 | PGE0020436 | | Pleading / Court Filing | Shiffer, James D; Norton, Bruce; Ohlbach, Robert; Crane Jr, Philip A; Oglesby, Douglas; Locke, Richard F | None | None | DRAFT AFFIDAVIT OF J. SHIFFER PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL IN PREPARATION FOR LITIGATION INVOLVING INTERVENTION BY SAN LUIS OBISPO MOTHERS FOR PEACE (SLOMP)- REGULATORY PROCEEDINGS | Work Product |
| 130 | PGE0024424 | PGE0024426 | 11/6/1995 | Multiple Email | Mullen, Pat W | Warner, Christopher J; Locke, Richard F | Womack,. Larry | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN CLIENT AND COUNSEL (C. WARNER, R. LOCKE) REGARDING REQUEST FOR LEGAL ADVICE REGARDING TRANSPORTATION OF HIGH LEVEL WASTE | Attorney Client |
| 138 | PGE0025044 | PGE0025044 | 7/28/1998 | Multiple Email | Womack, Lawrence | Melendres-Keller, Patricia | None | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN COUNSEL (R. LOCKE) AND CLIENT PROVIDING UPDATE AND REQUESTING ADVICE REGARDING MATERIALS PREPARED FOR MANAGEMENT COMMITTEE PRESENTATION BEING PREPARED AT THE REQUEST OF COUNSEL | Attorney Client |

DOCUMENTS FROM SUPPLEMENTAL PRIVILEGE LOG
THAT WILL NOT BE RELEASED

| REF | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 159 | PGE0035276 | PGE0035278 | 9/30/1986 | Report / Plan | Silverstein, Alicia | None | None | HANDWRITTEN NOTES REGARDING 9/30/86 REGULATORY HEARING INVOLVING AND INCLUDING ADVERSARIAL INTERVENORS, PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL | Attorney Client; Work Product |
| 164 | PGE0036048 | PGE0036050 | 6/2/1983 | Memo | Lavering, G E | Reynolds, S P; Samson, Ivor E | Buchsbaum, Craig M; Gleason, H W; Young, N L | MEMORANDUM TO COUNSEL (I SAMSON) AND CLIENT FROM CLIENT REGARDING ATTACHED (PGE0036051 - PGE0036054) ACCOUNTING ISSUES FOR DCPP DECOMMISSIONING. PREPARED IN ANTICIPATION OF REGULATORY PROCEEDINGS - CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Attorney Client |
| 165 | PGE0036051 | PGE0036054 | 6/2/1983 | Financial | Lavering, G E | Reynolds, S P; Samson, Ivor E | Buchsbaum, Craig M; Gleason, H W; Young, N L | DRAFT ATTACHMENT TO DRAFT MEMORANDUM (PGE0036048) TO COUNSEL (I SAMSON) FROM CLIENT REGARDING ACCOUNTING ISSUES FOR DCPP DECOMMISSIONING. PREPARED IN ANTICIPATION OF REGULATORY PROCEEDINGS - CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Attorney Client |
| 186 | PGE0039448 | PGE0039448 | 10/9/1985 | Memo | Vincent, Louis E | Albright, Donald C; Balmes, Kathleen J; Becksted, Lawrence; Fuller, Donna J; Golub, Howard V; Hanes, Don R; Klein, Junona J; Mulit, David; Nelson, R Terry; Nichols, Robert F; Panero, Robert A; Pfannenstiel, Jackalyne; Pooler, Dennis W; Reynolds, Stephen P; Saxena, Ajeet; Shiffer, James D; Smith, Bruce T; Wong, Lillian L | Niven, Andrew | LEGAL MEMORANDUM FROM COUNSEL (L. VINCENT) TO CLIENT AND COUNSEL (H. GOLUB) REGARDING HBPP DECOMMISSIONING ISSUES INCLUDING REPY TO INTERVENORS. PREPARED IN ANTICIPATION OF LITIGATION - REGULATORY PROCEEDING BEFORE THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Attorney Client |
| 187 | PGE0039468 | PGE0039468 | 6/20/1985 | Memo | Vincent, Louis E | Albright, D C; Balmes, K J; Becksted, L; Fuller, D J; Klein, J J; Mulit, D; Nelson, R T; Raggio, J H; Saxena, A K; Smith, B T | Golub, Howard V; Hanes, D R; Nichols, R F; Pfannenstiel, J P; Pooler, D W; Reynolds, S P; Shiffer, J D; CPUC Files | LEGAL MEMORANDUM FROM COUNSEL (L. VINCENT) TO CLIENT REGARDING HBPP DECOMMISSIONING ISSUES. PREPARED IN ANTICIPATION OF LITIGATION - REGULATORY PROCEEDING BEFORE THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Attorney Client |
| 189 | PGE0039851 | PGE0039855 | 6/15/1987 | Memo | Niven, Andy | Skinner, Stanley | None | LEGAL MEMORANDUM FROM COUNSEL (A. NIVEN) TO CLIENT CONTAINING LEGAL ANALYSIS REGARDING REGULATORY ISSUES INVOLVING THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Attorney Client |
| 190 | PGE0039883 | PGE0039883 | 3/26/1986 | Memo | Kubitz, Kermit R | Buchsbaum, Craig M; Hanschen, Peter W; Locke, Richard F; Samson, Ivor E; Shiffer, James D; Smith, Bruce T; Vincent, Louis E | Bangert, A Charles; Klein, Junona J; Long, Thomas C; Wong, Lillian L | LEGAL MEMORANDUM FROM COUNSEL (K. KUBITZ) TO CLIENT AND COUNSEL (C. BUCHSBAUM, P. HANSCHEN, R. LOCKE, I. SAMSON, L. VINCENT) REGARDING ATTACHED (PGE0039884 - PGE0039888) DRAFT RESPONSE TO REQUEST FOR INFORMATION ON DCPP DECOMMISSIONING FROM AN INTERVENOR | Attorney Client; Work Product |

DOCUMENTS FROM SUPPLEMENTAL PRIVILEGE LOG
THAT WILL NOT BE RELEASED

| REF | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 194 | PGE0039968 | PGE0039968 | 11/24/1987 | Memo | Hanschen, Peter W | Golub, Howard V | Clarke, Richard A; Skinner, Stanley T; Maneatis, George A; Horne, Grant N; Koehn, John E; Shiffer, James D; Smith, Gordon R; Kubitz, Kermit R; Long, Thomas C; Niven, Andrew L; Wogsland, Ward | LEGAL MEMORANDUM FROM COUNSEL (P. HANSCHEN) TO COUNSEL (H. GOLUB) REGARDING DCPP DECOMMISSIONING. PREPARED IN PREPARATION OF REGULATORY PROCEEDINGS - GRC | Attorney Client |
| 198 | PGE0040139 | PGE0040149 | | Report / Plan/Notes | Pacific Gas & Electric | None | None | DRAFT RESPONSE TO CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) REGARDING INTERIM DECISION RELATING TO DECOMMISSIONING FUNDING ISSUES. INCLUDES LEGAL WORK OF COUNSEL. PREPARED IN PREPARATION OF REGULATORY FILING WITH CPUC | Work Product |
| 257 | PGE0043885 | PGE0043885 | 9/20/1985 | Memo | Kubitz, Kermit R | Wogsland, Ward A | Reynolds, Stephen P; Anderson, Stanley I; Carroll, James C; Corfee, Jan A; Hanschen, Peter W; Jones, Dolores D; Long, Thomas C; McDevitt, Robert J; Shiffer, James D; Stein, Kathryn L | LEGAL MEMORANDUM FROM COUNSEL (K. KERMITZ) TO CLIENT REGARDING ATTACHED (PGE0043886 - PGE0043929) DRAFT TESTIMONY FOR FILING WITH THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) IN ANTICIPATION OF REGULATORY PROCEEDINGS - GRC | Attorney Client |
| 259 | PGE0044038 | PGE0044038 | 11/21/1983 | Memo | Hindus, Michael S | Fiske, G S | Edwards, W H; Long, T C; Forsgard, K A; Stein, K L; Stephenson, W M | LEGAL MEMORANDUM FROM COUNSEL (M. HINDUS) TO CLIENT REGARDING REGULATORY PROCEEDINGS - GRC - BEFORE THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Attorney Client |
| 260 | PGE0044042 | PGE0044042 | 11/21/1983 | Memo | Hindus, Michael S | Skinner, S T | Edwards, W H; Fiske, G S; Forsgard, K A; Long, T C; Stein, K L | LEGAL MEMORANDUM FROM COUNSEL (M. HINDUS) TO CLIENT REGARDING REGULATORY PROCEEDINGS - GRC - BEFORE THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Attorney Client |
| 261 | PGE0044089 | PGE0044089 | 1/26/1984 | Memo | Greenwald, Steven F | Gallavan W M; Schuyler J O; Fuller D J; Klein J J; Long T C; Reynolds S P; Schaub P A; Smith B T | Ohlbach R; Hanschen P W; Herbach E G; Schiazza S L | LEGAL MEMORANDUM FROM COUNSEL (S. GREENWALD) TO CLIENT REGARDING REGULATORY PROCEEDINGS - GRC - FOR HBPP | Attorney Client |
| 272 | PGE0045032 | PGE0045033 | | Report / Plan | Locke, Richard F | None | None | HANDWRITTEN NOTES OF COUNSEL (R. LOCKE) REGARDING REGULATORY PROCEEDINGS - NUCLEAR REGULATORY COMMISSION (NRC) INCLUDING INTERVENTION OF SLOMP | Work Product |
| 273 | PGE0045034 | PGE0045035 | | Report / Plan | Locke, Richard F | None | None | HANDWRITTEN NOTES OF COUNSEL (R. LOCKE) REGARDING REGULATORY PROCEEDINGS - NUCLEAR REGULATORY COMMISSION (NRC) INCLUDING INTERVENTION OF SLOMP | Work Product |
| 282 | PGE0045299 | PGE0045299 | | Report / Plan | Locke, Richard F | None | None | HANDWRITTEN NOTES OF COUNSEL (R. LOCKE) REGARDING REGULATORY PROCEEDINGS - NUCLEAR REGULATORY COMMISSION (NRC) INCLUDING INTERVENTION OF SLOMP | Work Product |

DOCUMENTS FROM SUPPLEMENTAL PRIVILEGE LOG
THAT WILL NOT BE RELEASED

| REF | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 287 | PGE0045748 | PGE0045800 | 3/26/2002 | Agreement / Contract | Miller-Robinett, Jill | Golden, Patrick; Nye, Robert; Dales, Gary; Irwin, Gary; Doering, Rick; Sullivan, Dennis; Russell, Curt; Arnold, Stephen; Burns, Sandra; Nakanishi, June K; Daily, Kathryn; Galawish, Elsia; Valenti, Dan; Nexon, J (Howard Rice Nemerovski Canady Falk & Rabkin); Adas, Craig (Weil Gotshal & Manges) | Lemler, Greg; Morford, Terry; Timiraos, Jerry; Metague, Stephen; Starnes, Gregory; Gardiner, Stuart; Patrizio, Mark; Gray, M (Orrick); Maslowski, Rod; Nelson, Terry; Kohne, Robert; Kerr, Dixon; Chesnut, Stephen; Moulia, Thomas; Willis, Roy; Brown, Kathleen; Niven, Andrew; Locke, Richard; Bhattacharya, Shan; Dorighi, Gary; Womack, Lawrence; Borkholder, J (Orrick) | DRAFT CONTRACT FOR HBPP ISFSI DEVELOPMENT. FORWARDED TO COUNSEL FOR LEGAL REVIEW | Attorney Client |
| 288 | PGE0045801 | PGE0045854 | 3/7/2002 | Agreement / Contract | Miller-Robinett, Jill | Golden, Patrick; Nye, Robert; Dales, Gary; Irwin, Gary; Doering, Rick; Sullivan, Dennis; Russell, Curt; Arnold, Stephen; Burns, Sandra; Nakanishi, June K; Daily, Kathryn; Galawish, Elsia; Valenti, Dan; Nexon, J (Howard Rice Nemerovski Canady Falk & Rabkin); Adas, Craig (Weil Gotshal & Manges) | Lemler, Greg; Morford, Terry; Timiraos, Jerry; Metague, Stephen; Starnes, Gregory; Gardiner, Stuart; Patrizio, Mark; Gray, M (Orrick); Maslowski, Rod; Nelson, Terry; Kohne, Robert; Kerr, Dixon; Chesnut, Stephen; Moulia, Thomas; Willis, Roy; Brown, Kathleen; Niven, Andrew; Locke, Richard; Bhattacharya, Shan; Dorighi, Gary; Womack, Lawrence; Borkholder, J (Orrick) | DRAFT CONTRACT FOR HBPP ISFSI DEVELOPMENT. FORWARDED TO COUNSEL FOR REVIEW | Attorney Client |
| 310 | PGE0045982 | PGE0045982 | | Report / Plan | Pacific Gas & Electric | Repka, David (Winston & Strawn) | Bar-Lev, Joshua; Wikle, Lessy Ann; Corey, Jana; Locke, Richard; Walters, Winifred; Malkin, Joe; Womack, Lawrence | ATTACHMENT TO E-MAIL (PGE0045980) FROM CLIENT TO OUTSIDE COUNSEL, D. REPKA (WINSTON & STRAWN), REGARDING DOCUMENT GENERATED IN ANTICIPATION OF LICENSE AMENDMENT FILING WITH THE NUCLEAR REGULATORY COMMISSION (NRC). FORWARDED TO COUNSEL TO REVIEW FOR LEGAL SUFFICIENCY | Work Product |
| 311 | PGE0045983 | PGE0045987 | 10/8/2001 | Graph / Chart / Blueprint | Pacific Gas & Electric | Repka, David (Winston & Strawn) | Bar-Lev, Joshua; Wikle, Lessy Ann; Corey, Jana; Locke, Richard; Walters, Winifred; Malkin, Joe; Womack, Lawrence | ATTACHMENT TO E-MAIL (PGE0045980) FROM CLIENT TO OUTSIDE COUNSEL, D. REPKA (WINSTON & STRAWN), REGARDING DOCUMENT GENERATED IN ANTICIPATION OF LICENSE AMENDMENT FILING WITH THE NUCLEAR REGULATORY COMMISSION (NRC). FORWARDED TO COUNSEL TO REVIEW FOR LEGAL SUFFICIENCY | Work Product |