DOCUMENTS FROM SUPPLEMENTAL PRIVILEGE LOG
THAT WILL NOT BE RELEASED

| REF | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 601 | PGE0053477 | PGE0053477 | 5/1/1991 | Memo | MacDonald, Leslie | Peters, Roger; Warner, Christopher J | Ahlstrand, Phil; Patterson, Dick | MEMORANDUM FROM CLIENT TO COUNSEL (R. PETERS, C. WARNER) REGARDING DRAFT ADVICE LETTER TO CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) FOR HBPP SAFSTOR. REQUESTS LEGAL REVIEW. INCLUDES MARGINAL NOTES OF COUNSEL (R. PETERS) REFLECTING THOUGHTS AND IMPRESSIONS OF COUNSEL | Attorney Client |
| 602 | PGE0053478 | PGE0053478. | 2/25/1991 | Letter | Peters, Roger J | MacDonald, Leslie | Warner, Christopher J; Wilson, Michelle L | CORRESPONDENCE FROM COUNSEL (R. PETERS) TO CLIENT REGARDING LEGAL ANALYSIS IN PREPARATION OF FILING OF ADVICE LETTER WITH THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) FOR HBPP SAFSTOR | Attorney Client |
| 603 | PGE0053479 | PGE0053479 | 2/7/1991 | Letter | MacDonald, Leslie | Anderson, Stan; Bottorff, Tom; Budge, Elizabeth; Danels, Roger; Gee, Gloria; Long, Tom; Niven, Andy; O'Flanagan, Joe; Peters, Roger; Smith, Bill; Walters, Winifred; Warner, Christopher J; Wilson, Michelle; Wong, Lillian | Ahlstrand, Phil; Patterson, Dick | MEMORANDUM FROM CLIENT TO CLIENT AND COUNSEL (R. PETERS, C. WARNER) REGARDING ATTACHED (PGE0053480 - PGE0053485) DRAFT ADVICE LETTER TO CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) FOR HBPP SAFSTOR. DISCUSSES LEGAL STRATEGY IN PREPARATION FOR REGULATORY PROCEEDINGS - CPUC. INCLUDES MARGINAL NOTES FROM COUNSEL (R. PETERS) REFLECTING THOUGHTS AND IMPRESSIONS OF COUNSEL | Attorney Client |
| 608 | PGE0053486 | PGE0053486 | 10/3/1990 | Multiple Email | Peters, Roger J | Bowen, Bruce R | Long, Thomas C; Kubitz, Kermit R | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN COUNSEL (R. PETERS) AND CLIENT REGARDING STRATEGY FOR FILING OF ADVICE LETTER WITH THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) REGARDING HBPP SAFSTOR | Attorney Client |
| 609 | PGE0053487 | PGE0053487 | 10/3/1990 | Electronic Mail (Email) | Peters, Roger J | Bowen, Bruce R | Kubitz, Kermit R; Long, Thomas C | E-MAIL FROM COUNSEL (R. PETERS) TO CLIENT REGARDING STRATEGY FOR FILING OF ADVICE LETTER WITH CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) REGARDING HBPP SAFSTOR | Attorney Client |
| 610 | PGE0053492 | PGE0053492 | | Memo | Sommer, H G | None | Webb, R C | COPY OF DOCUMENT AT REF NO. 611 REFLECTING DOCUMENT REVIEW NOTES FROM CURRENT LITIGATION IN COURT OF FEDERAL CLAIMS | Work Product |
| 645 | PGE0056490 | PGE0056491 | 3/22/1996 | Multiple Email | Warner, Christopher J | Cooper, Shawn E | Rueger, Gregory M; Callaway, Lee; Testa, Robert D; Pruett, Gregory S | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN COUNSEL (C. WARNER) AND CLIENT REGARDING STRATEGY IN PREPARATION OF REGULATORY FILING IN GRC PROCEEDINGS BEFORE THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Attorney Client |
| 646 | PGE0056492 | PGE0056493 | 3/22/1996 | Multiple Email | Warner, Christopher J | Mullen, Pat W; Arnold, Stephen; Rueger, Gregory M; Hill, Thomas W; Stock, William C; Garcia, Mario A; Strickland, Jearl; Hennessy, Dennis M; Callaway, Lee; Pruett, Greg S; Cooper, Shawn; Singleton, Maria D; Flaherty, James E; Testa, Robert D; Shiffer, Jim D | None | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN COUNSEL (C. WARNER) AND CLIENT REGARDING STRATEGY IN PREPARATION OF REGULATORY FILING IN GRC PROCEEDINGS BEFORE THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Attorney Client |

DOCUMENTS FROM SUPPLEMENTAL PRIVILEGE LOG
THAT WILL NOT BE RELEASED

| REF | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 647 | PGE0056494 | PGE0056494 | 3/22/1996 | Multiple Email | Garcia, Mario A; Pruett, Greg S | Warner, Christopher J; Ford, John E; Moss, Richard H | Garcia, Mario A | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN COUNSEL (C. WARNER) AND CLIENT REGARDING STRATEGY IN PREPARATION OF REGULATORY FILING IN GRC PROCEEDINGS BEFORE THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Attorney Client |
| 648 | PGE0056495 | PGE0056496 | 3/24/1996 | Multiple Email | Cooper, Shawn E | Lewis, Jeff; Warner, Christopher J | Pruett, Greg S; Anderson, Leonard G | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN COUNSEL (C. WARNER) AND CLIENT REGARDING STRATEGY IN PREPARATION FOR REGULATORY FILING IN GRC PROCEEDINGS BEFORE THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Attorney Client |
| 649 | PGE0056497 | PGE0056497 | 3/25/1996 | Multiple Email | Edwards, William H | Warner, Christopher J | Young, Barry W; Peters, Roger J | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN COUNSEL (C. WARNER) AND COUNSEL (W. EDWARDS) REGARDING STRATEGY IN PREPARATION FOR REGULATORY FILING IN GRC PROCEEDINGS BEFORE THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Attorney Client |
| 650 | PGE0056498 | PGE0056498 | 3/25/1996 | Electronic Mail (Email) | Edwards, William H | Warner, Christopher J | Wilson, Michelle L; Peters, Roger J | E-MAIL FROM COUNSEL (W. EDWARDS) TO COUNSEL (C. WARNER) REGARDING STRATEGY IN PREPARATION FOR REGULATORY FILING IN GRC PROCEEDINGS BEFORE THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Attorney Client |
| 651 | PGE0056499 | PGE0056500 | 3/22/1996 | Memo | Wilson, Michelle L; Smith, Bruce T | Glynn Jr, Robert D; Haywood, Robert J; High, Thomas W; Smith, Gordon R; Worthington, Bruce R; Battacharya, Shan; Callaway, Lee; Williams, Barbara Coull; Draeger, Richard A; Harris, Anthony; Harris, Robert L; Jackson, Len L; Kline, Steven L; Long, Thomas C; Pfannenstiel, Jackalyne | Agerter, Linda L; Berman, Katherine K; Bowen, Bruce R; Bottorff, Thomas E; Crichton, Alex; Edwards, William H; Guliasi, Les G; Jordan, Lise H; Kaderali, Shiraz R; Peters, Roger J; Plum, Orville J; Sable, Diane J; Sutton, Marylou; Storz, Paul S; Tessler, Amy; Warner, Christopher J; Williams, Ray D | LEGAL MEMORANDUM FROM COUNSEL (M. WILSON) TO CLIENT REGARDING ATTACHED DRAFT BASE REVENUE APPLICATION AND TESTIMONY (PGE0056501 - PGE0056551) PREPARED IN PREPARATION FOR LITIGATION - REGULATORY PROCEEDINGS - CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Attorney Client |
| 653 | PGE0056552 | PGE0056553 | 3/22/1996 | Memo | Warner, Christopher J; Williams, Ray D; Bangert, A Charles | Skinner, Stanley T; Glynn Jr, Robert D; Shiffer, James D; High, Thomas W; Rueger, Greg M; Jenkins-Stark, Jack F; Smith, Gordon R; Pfannenstiel, Jackalyne; Worthington, Bruce R; Haywood, Robert J; Womack, Lawrence F; Callaway, Lee; Harvey, Kent M; Kline, Steven L; Macias, E James; Testa, Robert D | Kuga, Roy M; Campbell, Walter L; Comstock, Angela; Kaplan, David E; Bottorff, Thomas E; Fukui, Keith O; Frazier-Hampton, Janice; OFlanagan, Joseph F; Peters, Roger J; Wilson, Michelle L; Edwards, William H; Andrews, Veronica F; Smith, Bruce T; Pruett, Greg S | LEGAL MEMORANDUM FROM COUNSEL (C. WARNER) AND CLIENT TO CLIENT REGARDING ATTACHED DRAFT APPLICATION (PGE0056554 - PGE0056569) PREPARED IN PREPARATION FOR REGULATORY FILING IN GRC PROCEEDINGS BEFORE THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Attorney Client |

DOCUMENTS FROM SUPPLEMENTAL PRIVILEGE LOG
THAT WILL NOT BE RELEASED

| REF | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 654 | PGE0056554 | PGE0056633 | 3/29/1996 | Pleading / Court Filing | Pacific Gas & Electric | Skinner, Stanley T; Glynn Jr, Robert D; Shiffer, James D; High, Thomas W; Rueger, Greg M; Jenkins-Stark, Jack F; Smith, Gordon R; Pfannenstiel, Jackalyne; Worthington, Bruce R; Haywood, Robert J; Womack, Lawrence F; Callaway, Lee; Harvey, Kent M; Kline, Steven L; Macias, E James; Testa, Robert D | Kuga, Roy M; Campbell, Walter L; Comstock, Angela; Kaplan, David E; Bottorff, Thomas E; Fukui, Keith O; Frazier-Hampton, Janice; OFlanagan, Joseph F; Peters, Roger J; Wilson, Michelle L; Edwards, William H; Andrews, Veronica F; Smith, Bruce T; Pruett, Greg S | DRAFT APPLICATION ATTACHED TO LEGAL MEMORANDUM (PGE0056552) FROM COUNSEL (C. WARNER) AND CLIENT TO CLIENT. PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL IN PREPARATION FOR REGULATORY FILING IN GRC PROCEEDINGS BEFORE THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Attorney Client |
| 655 | PGE0056634 | PGE0056656 | 3/25/1996 | Report / Plan | Comstock, Angela M | Kline, Steven L; Womack, Lawrence F; Gavin, Julie C; Warner, Christopher J | Harvey, Kent; Bottorff, Tom; Campbell, Walt; Encinas, Gary; Hapner, Dede; Pruett, Greg | DRAFT DOCUMENT PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL TO RESPOND TO CONTENTIONS RAISED BY INTERVENOR ORA REGARDING GRC PROCEEDINGS BEFORE THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) RELATING TO RESTRUCTURING RATE SETTLEMENT | Work Product |
| 656 | PGE0056657 | PGE0056657 | 3/25/1996 | Memo | Comstock, Angela M | Kline, Steven L; Womack, Lawrence F; Gavin, Julie C; Warner, Christopher J | Harvey, Kent; Bottorff, Tom; Campbell, Walt; Encinas, Gary; Hapner, Dede; Pruett, Greg | MEMORANDUM TRANSMITTING DRAFT DOCUMENTS PREPARED IN ANTICIPATION OF LITIGATION - REGULATORY PROCEEDING, REQUESTS COMMENT AND REVIEW FROM COUNSEL (C. WARNER) REGARDING PROPOSED RESTRUCTURING RATE SETTLEMENT | Attorney Client |
| 661 | PGE0056801 | PGE0056801 | 3/26/1996 | Multiple Email | Worthington, Bruce R; Fukui, Keith O | Warner, Christopher J | None | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN COUNSEL (C. WARNER, B. WORTHINGTON) AND CLIENT REGARDING DRAFT APPLICATION PREPARED IN PREPARATION FOR FILING IN GRC PROCEEDINGS BEFORE THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Attorney Client |
| 662 | PGE0056802 | PGE0056802 | 3/25/1996 | Electronic Mail (Email) | Fukoi, Keith O | Warner, Christopher J | O'Flanagan, Joe | E-MAIL FROM CLIENT TO COUNSEL (C. WARNER) REGARDING DRAFT APPLICATION PREPARED IN PREPARATION FOR FILING IN GRC PROCEEDINGS BEFORE THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Attorney Client |
| 664 | PGE0056814 | PGE0056815 | 3/25/1996 | Electronic Mail (Email) | Peters, Roger J | Warner, Christopher J | Williams, Ray D; Bangert, Charles A | E-MAIL FROM COUNSEL (R. PETERS) TO COUNSEL (C. WARNER) REGARDING LEGAL ANALYSIS OF DRAFT APPLICATION PREPARED IN PREPARATION FOR FILING IN GRC PROCEEDINGS BEFORE THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Attorney Client |
| 665 | PGE0056830 | PGE0056845 | 1/1/1997 | Agreement / Contract | Pacific Gas & Electric | None | None | DRAFT SETTLEMENT AGREEMENT PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL IN ANTICIPATION OF FILING IN GRC PROCEEDINGS BEFORE THE CALIFORNIA PUBLIC UTILITIES COMMISSION | Work Product |
| 677 | PGE0057421 | PGE0057422 | 6/29/1987 | Letter | Golub, Howard V | Smith, Thomas H | Van Note, Larry D | LEGAL MEMORANDUM FROM COUNSEL (H. GOLUB) TO CLIENT REGARDING LEGAL ANALYSIS OF PROPOSALS SUBMITTED TO MANAGEMENT COMMITTEE ON DCPP SPENT POOL RERACKING | Attorney Client |

24

DOCUMENTS FROM SUPPLEMENTAL PRIVILEGE LOG
THAT WILL NOT BE RELEASED

| REF | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 688 | PGE0058245 | PGE0058270 | 2/13/1987 | Letter/Transcript/Testimony | Wu, George C | Norton, Bruce | Locke, Richard F; Martore, J | COVER LETTER AND ATTACHED DRAFT TESTIMONY AND DEPOSITION QUESTIONS (PGE0058246 - PGE0058296) PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL TO RESPOND TO CONTENTIONS RAISED BY INTERVENOR SIERRA C LUB IN REGULATORY PROCEEDINGS (NRC) REGARDING DCPP SPENT FUEL POOL RERACK. DUPLICATE OR SIMILAR VERSION AT PGE058271 - PGE058296 | Work Product |
| 690 | PGE0058297 | PGE0058298 | 12/09/0000 | Report / Plan | None | Locke, Richard | None | DRAFT REPORT PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL RELATING TO CONTENTIONS RAISED BY INTERVENOR SIERRA CLUB IN PREPARATION FOR HEARINGS BEFORE THE NUCLEAR REGULATORY COMMISSION (NRC) | Work Product |
| 694 | PGE0058360 | PGE0058366 | 11/26/1986 | Memo /Transcript / Testimony | Wu, George C | Connell, E C; Johnson, S A; McCall, J K; White, W H; Bhattacharya, S; | Crane, P A; Locke, Richard F; Ogden, D W; Norton, Bruce | COVER MEMORANDUM AND ATTACHED DRAFT TESTIMONY (PGE0058361 - PGE0058366) PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL TO RESPOND TO CONTENTIONS RAISED BY INTERVENORS, INCLUDING SEIRRA CLUB IN REGULATORY PROCEEDINGS - NUCLEAR REGULATORY COMMISSION (NRC) REGARDING DCPP SPENT FUEL POOL RERACK. | Work Product |
| 695 | PGE0058367 | PGE0058376 | 11/26/1986 | Transcript / Testimony | Wu, George C | Norton, Bruce | Locke, Richard; Connell, E C; McCall, J K; White, W H; Bhattacharya, S; | COVER MEMORANDUM AND ATTACHED DRAFT TESTIMONY (PGE0058368 - PGE0058376) PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL TO RESPOND TO CONTENTIONS RAISED BY INTERVENORS, INCLUDING SEIRRA CLUB IN REGULATORY PROCEEDINGS - NUCLEAR REGULATORY COMMISSION (NRC) REGARDING DCPP SPENT FUEL POOL RERACK. | Work Product |
| 734 | PGE0063828 | PGE0063828 | 6/23/2000 | Multiple Email | Kelly, Patricia | Warner, Christopher J; Locke, Richard F | Tomkins, James | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN COUNSEL (C. WARNER) AND CLIENT REGARDING ATTACHED (PGE0063829 - PGE0063830) COASTAL DEVELOPMENT PERMIT PROCESS FOR DCPP ISFSI. PREPARED IN ANTICIPATION OF REGULATORY PROCEEDINGS - CALIFORNIA COASTAL COMMISSION (CCC). PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL | Attorney Client |
| 735 | PGE0063829 | PGE0063830 | 6/23/2000 | Report / Plan | Kelly, Patricia | Warner, Christopher J; Locke, Richard F | Tomkins, James | ATTACHMENT TO E-MAIL CHAIN (PGE0063828) CONTAINING COMMUNICATION BETWEEN COUNSEL (C. WARNER) AND CLIENT REGARDING COASTAL DEVELOPMENT PERMIT PROCESS FOR DCPP ISFSI. PREPARED IN ANTICIPATION OF REGULATORY PROCEEDINGS - CALIFORNIA COASTAL COMMISSION (CCC). PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL | Attorney Client |
| 786 | PGE0065670 | PGE0065676 | 2/5/2003 | Electronic Mail (Email) | Vosburg, David | Locke, Richard F | Grebel, Terence | EMAIL AND ATTACHMENT FROM CLIENT TO COUNSEL (R. LOCKE) PROVIDING REQUESTED DRAFT EXECUTIVE AUTHORIZATION MEMORANDUM PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL IN ANTICIPATION OF LITIGATION -REGULATORY PROCEEDING REGARDING DCPP SPENT FUEL POOL EXPANSION LICENSING. | Attorney Client |
| 788 | PGE0065919 | PGE0065919 | | Report / Plan | Warner, Christopher J | None | None | REQUEST TO COUNSEL TO REVIEW DRAFT NUCLEAR REGULATORY COMMISSION (NRC) FILING | Attorney Client |

DOCUMENTS FROM SUPPLEMENTAL PRIVILEGE LOG
THAT WILL NOT BE RELEASED

| REF | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 795 | PGE0066431 | PGE0066431 | 4/16/2004 | Electronic Mail (Email) | Bedwell, Ed | Strickland, L Jearl; Womack, Lawrence; Jones, Thomas; Hobson, Missie; Locke, Richard F; Nelson, John E; Baker, S (Aaron Read); Neish, D (Culbertson Adams & Associates); Schiebelhut, Robert K (Sinsheimer Schiebelhut & Baggett); Miklush, David; Kauss, Kent | Oatley, David H; Lewis, Jeff; Hunter, Dale R; Regan, Frank J | E-MAIL FROM CLIENT TO CLIENT, COUNSEL (R. LOCKE) AND OUTSIDE COUNSEL, R. SCHIEBELHUT (SINSHEIMER, SCHIEBELHUT & BAGGERT), REGARDING STRATEGY FOR REGULATORY PROCEEDINGS - CALIFORNIA COASTAL COMMISSION (CCC). INCLUDES DESCRIPTION OF LEGAL ADVICE SOUGHT FROM COUNSEL | Attorney Client |
| 801 | PGE0066607 | PGE0066608 | 2/18/2004 | Multiple Email | Stock, William | Locke, Richard F; Manheim, William | Richard Jr, Daniel D; Peters, Roger; Tomcala, Karen A; Hunter, Dale R; Cherry, Brian K; Regan, Frank J | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN CLIENT AND COUNSEL (R. LOCKE, W. MANHEIM) TO ASSIST IN THE PROVISION OF LEGAL ADVICE REGARDING ATTACHED (PGE0066610 - PGE0066614) DRAFT PROPOSAL PREPARED FOR SUBMITTAL TO THE CALIFORNIA COASTAL COMMISSION (CCC) | Attorney Client |
| 802 | PGE0066609 | PGE0066609 | 2/18/2004 | Multiple Email | Regan, Frank J | Locke, Richard F; Manheim, William; Hunter, Dale R; Tomcala, Karen A | Richard Jr, Daniel D; Peters, Roger; Cherry, Brian K | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN CLIENT AND COUNSEL (R. LOCKE, W. MANHEIM) TO ASSIST IN THE PROVISION OF LEGAL ADVICE REGARDING ATTACHED (PGE0066610 - PGE0066614) DRAFT PROPOSAL PREPARED FOR SUBMITTAL TO THE CALIFORNIA COASTAL COMMISSION (CCC) | Attorney Client |
| 821 | PGE0069444 | PGE0069445 | 2/5/1999 | Multiple Email | Warner, Christopher J | Womack, Lawrence; Patton, Bruce | Locke, Richard F; Bangert, A C; Stock, William | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN COUNSEL (C. WARNER) AND CLIENT REGARDING ATTACHED (PGE0069446 - PGE0069455) DCPP ISFSI PROPOSAL FOR SUBMITTAL TO PG&E MANAGEMENT COMMITTEE. PROVIDES LEGAL ANALYSIS | Attorney Client |
| 824 | PGE0069471 | PGE0069472 | 2/5/1999 | Multiple Email | Warner, Christopher J | Womack, Lawrence; Patton, Bruce | Locke, Richard F; Bangert, A C; Stock, William | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN COUNSEL (C. WARNER) AND CLIENT REGARDING LEGAL ANALYSIS OF SPENT FUEL STORAGE OPTIONS | Attorney Client |
| 825 | PGE0069473 | PGE0069473 | 1/6/1999 | Multiple Email | Locke, Richard F | Stock, William | Patton, Bruce | EMAIL CHAIN BETWEEN CLIENT AND COUNSEL (R. LOCKE) REGARDING LICENSING ISSUE. | Attorney Client |
| 826 | PGE0069474 | PGE0069474 | 1/21/1999 | Electronic Mail (Email) | Warner, Christopher J | Womack, Lawrence; Patton, Bruce | Locke, Richard F; Bangert, A C; Stock, William | E-MAIL FROM COUNSEL (C. WARNER) TO CLIENT REGARDING ATTACHED (PGE0069475 - PGE0069485) DCPP ISFSI PROPOSAL FOR SUBMITTAL TO PG&E MANAGEMENT COMMITTEE. PROVIDES LEGAL ANALYSIS | Attorney Client |
| 827 | PGE0069475 | PGE0069485 | 1/26/1999 | Report / Plan | Pacific Gas & Electric, Warner, Christopher J | Womack, Lawrence; Patton, Bruce | Locke, Richard F; Bangert, A C; Stock, William | DRAFT SUMMARY PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL FOR PRESENTATION TO THE BOARD OF DIRECTORS IN ANTICIPATION OF LITIGATION - REGULATORY PROCEEDING. REFLECTS RECOMMENDATIONS RELATING TO DECISIONS REGARDING THE LICENSING OF DCPP DRY STORAGE, INCLUDES MARGINAL NOTES OF COUNSEL (R. LOCKE) ATTACHMENT TO EMAIL AT PGE0069474 | Attorney Client |
| 828 | PGE0069486 | PGE0069486 | 1/6/1999 | Multiple Email | Locke, Richard F | Stock, William | Patton, Bruce | EMAIL CHAIN BETWEEN CLIENT AND COUNSEL (R. LOCKE) REGARDING LICENSING ISSUE. | Attorney Client |



PREPARED FEBERUARY 21, 2006

DOCUMENTS FROM SUPPLEMENTAL PRIVILEGE LOG
THAT WILL NOT BE RELEASED

| REF | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 841 | PGE0069767 | PGE0069767 | 2/14/2000 | Memo | Willis, Roy | Warner, Christopher J | Womack, Lawrence F; Moulia, Tom A; Locke, Richard F; Cassidy, Leigh S | MEMORANDUM FROM CLIENT TO COUNSEL (C. WARNER) REQUESTING LEGAL REVIEW AND ADVICE REGARDING HBPP REQUEST FOR PROPOSAL | Attorney Client |
| 853 | PGE0071013 | PGE0071014 | 4/10/1997 | Electronic Mail (Email) | Forsgard, Karen A | Warner, Christopher J | Locke, Richard F; Williams, Ray D; Rueger, Gregory M; Bangert, A Charles; Womack, Lawrence F; Kahler, Edwin R; Moulia, Tom A | E-MAIL FROM CLIENT TO COUNSEL (C. WARNER) REGARDING HBPP DECOMMISSIONING ISSUES. PREPARED IN ANTICIPATION OF REGULATORY PROCEEDINGS - CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Attorney Client |
| 854 | PGE0071025 | PGE0071025 | 4/11/1997 | Multiple Email | Warner, Christopher J | Bangert, Charles A | Forsgard, Karen A; Locke, Richard F | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN COUNSEL (C. WARNER) AND CLIENT REGARDING LEGAL ANALYSIS OF DRAFT LETTER PREPARED FOR REGULATORY FILING WITH THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Attorney Client |
| 855 | PGE0071026 | PGE0071027 | 4/11/1997 | Multiple Email | Warner, Christopher J; Forsgard, Karen A | Bangert, A Charles | Locke, Richard F; Williams, Ray D | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN COUNSEL (C. WARNER) AND CLIENT REGARDING LEGAL ANALYSIS OF DRAFT LETTER PREPARED FOR REGULATORY FILING WITH THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Attorney Client |
| 856 | PGE0071028 | PGE0071029 | 4/9/1997 | Multiple Email | Warner, Christopher J | Forsgard, Karen A | Locke, Richard F; Williams, Ray D; Rueger, Gregory M; Bangert, A Charles; Womack, Lawrence F; Kahler, Edwin R; Moulia, Tom A | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN COUNSEL (C. WARNER) AND CLIENT REGARDING LEGAL ANALYSIS OF DRAFT LETTER PREPARED FOR REGULATORY FILING WITH THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Attorney Client |
| 857 | PGE0071033 | PGE0071033 | 4/9/1997 | Multiple Email | Locke, Richard F | Forsgard, Karen F | Warner, Christopher J; Bangert, A Charles; Buchsbaum, Craig M | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN COUNSEL (R. LOCKE) AND CLIENT REGARDING LEGAL ANALYSIS OF DRAFT LETTER PREPARED FOR REGULATORY FILING WITH THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Attorney Client |
| 858 | PGE0071036 | PGE0071037 | 4/11/1997 | Multiple Email | Forsgard, Karen A; Bangert, A C | Warner, Christopher J | Warner, Christopher J; Williams, Ray D; Rueger, Gregory M; Womack, Lawrence F; Moulia, Tom A; Locke, Richard F; Kahler, Edwin R | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN COUNSEL (C. WARNER) AND CLIENT REGARDING LEGAL ANALYSIS OF DRAFT LETTER PREPARED FOR REGULATORY FILING WITH THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Attorney Client |
| 859 | PGE0071042 | PGE0071043 | 4/10/1997 | Multiple Email | Forsgard, Karen A | Warner, Christopher J | Williams, Ray D; Locke, Richard F | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN COUNSEL (C. WARNER) AND CLIENT REGARDING LEGAL ANALYSIS OF DRAFT LETTER PREPARED FOR REGULATORY FILING WITH THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Attorney Client |
| 860 | PGE0071044 | PGE0071045 | 8/28/1996 | Multiple Email | Warner, Christopher J | Womack, Lawrence F | Kahler, Edwin R; Rueger, Gregory M; Locke, Richard F | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN COUNSEL (C. WARNER) AND CLIENT REGARDING LEGAL ANALYSIS OF DRAFT LETTER PREPARED FOR REGULATORY FILING WITH THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Attorney Client |

DOCUMENTS FROM SUPPLEMENTAL PRIVILEGE LOG
THAT WILL NOT BE RELEASED

| REF | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 861 | PGE0071048 | PGE0071048 | 8/8/1996 | Multiple Email | Warner, Christopher J | Locke, Richard F; Bangert, A C; Weingart, Richard; Williams, Ray | How-Downing, Lindsey; Buchsbaum, Craig M; Jordan, Lise H; Wilson, Michelle L; Womack, Lawrence F; Kline, Steven L; De La Torre, Rose; Davis, Wanda; Kalich, Ron; O'Flanagan, Joseph | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN COUNSEL (C. WARNER) AND COUNSEL (R. LOCKE) AND CLIENT REGARDING DRAFT HBPP DECOMMISSIONING APPLICATION FOR SUBMITTAL TO THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Attorney Client |
| 862 | PGE0071049 | PGE0071049 | 8/6/1996 | Multiple Email | Warner, Christopher J | Locke, Richard F; Weingart, Richard A; Bangert, A Charles; Williams, Ray D | How-Downing, Lindsey; Buchsbaum, Craig M; Jordan, Lise H; Wilson, Michelle L: Womack, Lawrence F; Kline, Steven L; De La Torre, Rose; Lemus, Jose E | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN COUNSEL (C. WARNER) AND COUNSEL (R. LOCKE) AND CLIENT REGARDING DRAFT HBPP DECOMMISSIONING APPLICATION FOR SUBMITTAL TO THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Attorney Client |
| 863 | PGE0071050 | PGE0071050 | 8/6/1996 | Electronic Mail (Email) | Warner, Christopher J | Locke, Richard F; Weingart, Richard A; Bangert, A Charles; Williams, Ray D | How-Downing, Lindsey; Buchsbaum, Craig M; Jordan, Lise H; Wilson, Michelle L; Womack, Lawrence F; Kline, Steven L; De La Torre, Rose | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN COUNSEL (C. WARNER) AND COUNSEL (R. LOCKE) AND CLIENT REGARDING DRAFT HBPP DECOMMISSIONING APPLICATION FOR SUBMITTAL TO THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Attorney Client |
| 864 | PGE0071051 | PGE0071051 | 8/8/1996 | Multiple Email | Warner, Christopher J | Locke, Richard F; Weingart, Richard A; Banger, Charles A; Williams, Ray D | How-Downing, Lindsey; Buchsbaum, Craig M; Jordan, Lise H; Wilson, Michelle L; Womack, Lawrence F; Kline, Steven L; De La Torre, Rose | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN COUNSEL (C. WARNER) AND COUNSEL (R. LOCKE) AND CLIENT REGARDING DRAFT HBPP DECOMMISSIONING APPLICATION FOR SUBMITTAL TO THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Attorney Client |
| 865 | PGE0071052 | PGE0071052 | 8/6/1996 | Letter | Locke, Richard F | Warner, Christopher J | None | CORRESPONDENCE FROM COUNSEL (R. LOCKE) TO COUNSEL (C. WARNER) REGARDING ATTACHED (PGE0071053) HANDWRITTEN NOTES OF COUNSEL (R. LOCKE) IN PREPARATION FOR REGULATORY PROCEEDINGS - CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Attorney Client |
| 867 | PGE0071055 | PGE0071055 | 8/28/1996 | Electronic Mail (Email) | Warner, Christopher J | Kahler, Edwin R | Rueger, Gregory M; Womack, Lawrence F; Angus, Mike; Locke, Richard F | E-MAIL FROM COUNSEL (C. WARNER) TO CLIENT REGARDING HBPP DECOMMISSIONING. IN PREPARATION FOR REGULATORY FILING WITH THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Attorney Client |
| 868 | PGE0071061 | PGE0071062 | 1/9/1997 | Multiple Email | Buchsbaum, Craig M | Locke, Richard F | None | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN COUNSEL (R. LOCKE) AND COUNSEL (C. BUCHSBAUM) REGARDING PREPARATION FOR REGULATORY FILING WITH THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Attorney Client |
| 869 | PGE0071063 | PGE0071064 | 1/6/1997 | Multiple Email | Locke, Richard F | Failor, Jim L | None | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN COUNSEL (R. LOCKE) AND COUNSEL (C. BUCHSBAUM) REGARDING PREPARATION FOR REGULATORY FILING WITH THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Attorney Client |
| 871 | PGE0071069 | PGE0071069 | 3/28/1997 | Electronic Mail (Email) | Locke, Richard F | Arago, Alec J; Forsgard, Karen A; Lewis, Jeff X; Moulia, Tom A; Kahler, Edwin R; Norton, Allan B | None | E-MAIL FROM COUNSEL (R. LOCKE) TO CLIENT REGARDING LEGAL ADVICE FOR REGULATORY FILING WITH THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Attorney Client |



PREPARED FEBERUARY 21, 2006

DOCUMENTS FROM SUPPLEMENTAL PRIVILEGE LOG
THAT WILL NOT BE RELEASED

| REF | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 872 | PGE0071070 | PGE0071071 | 4/8/1997 | Multiple Email | Locke, Richard F | Forsgard, Karen A | Womack, Lawrence F; Norton, Allan B; Kahler, Edwin R; Moulia, Tom A; Williams, Ray D; Warner, Christopher J; Jordan, Lise H; Maggard, Stephanie; O'Flanagan, Joe | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN COUNSEL (R. LOCKE) AND CLIENT REGARDING LEGAL ADVICE FOR REGULATORY FILING WITH THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC). IN PREPARATION FOR REGULATORY PROCEEDINGS - GRC | Attorney Client |
| 892 | PGE0071134 | PGE0071134 | 5/8/1997 | Multiple Email | Locke, Richard F | Arago, Alec | None | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN COUNSEL (R. LOCKE) AND CLIENT REGARDING REGULATORY PROCEEDINGS - GRC | Attorney Client |
| 893 | PGE0071150 | PGE0071150 | 4/18/1997 | Multiple Email | Warner, Christopher J | Kahler, Edwin R | Locke, Richard F; Forsgard, Karen A | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN COUNSEL (C. WARNER) AND CLIENT REGARDING RATEMAKING - INCLUDES ADVICE AND STRATEGY REGARDING ANTICIPATED LITIGATION - REGULATORY PROCEEDING - GRC PROCEEDINGS BEFORE (CPUC) | Attorney Client |
| 896 | PGE0071162 | PGE0071162 | 4/14/1997 | Multiple Email | Forsgard, Karen A | Warner, Christopher J | Locke, Richard F | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN COUNSEL (C. WARNER) AND CLIENT REGARDING STRATEGY FOR REGULATORY PROCEEDINGS BEFORE THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Attorney Client |
| 897 | PGE0071164 | PGE0071164 | 4/1/1997 | Electronic Mail (Email) | Locke, Richard F | Forsgard, Karen A | Cooper, Shawn E; Kahler, Edwin R; Sokolsky, David D; Norton, A Bruce; Moulia, Tom A; Arago, Alec J; Lewis, Jeff X | E-MAIL FROM COUNSEL (R. LOCKE) TO CLIENT REGARDING PREPARATION FOR REGULATORY PROCEEDINGS - GRC | Attorney Client |
| 898 | PGE0071165 | PGE0071166 | 4/8/1997 | Multiple Email | Locke, Richard F | Forsgard, Karen A | None | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN COUNSEL (R. LOCKE) AND CLIENT REGARDING PREPARATION FOR REGULATORY PROCEEDINGS - GRC | Attorney Client |
| 899 | PGE0071168 | PGE0071168 | 4/8/1997 | Electronic Mail (Email) | Locke, Richard F | Forsgard, Karen A; Womack, Lawrence F; Norton, Allan B; Kahler, Edwin R; Moulia, Tom A; Williams, Ray D | Warner, Christopher J | E-MAIL FROM COUNSEL (R. LOCKE) TO CLIENT REGARDING PREPARATION FOR REGULATORY PROCEEDINGS - GRC | Attorney Client |
| 901 | PGE0071202 | PGE0071203 | 3/28/1997 | Multiple Email | Buchsbaum, Craig M | Forsgard, Karen A | Warner, Christopher J; Locke, Richard F; Jordan, Lise H; Norton, A Bruce | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN COUNSEL (C. BUCHSBAUM) AND CLIENT REGARDING LEGAL ANALYSIS OF DRAFT FILING WITH THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Attorney Client |
| 902 | PGE0071204 | PGE0071205 | 3/28/1997 | Multiple Email | Locke, Richard F | Forsgard, Karen A | Moulia, Tom A; Norton, A Bruce; Kahler, Edwin R | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN COUNSEL (R. LOCKE) AND CLIENT REGARDING LEGAL ANALYSIS OF DRAFT FILING WITH THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Attorney Client |
| 903 | PGE0071206 | PGE0071207 | 3/28/1997 | Multiple Email | Buchsbaum, Craig M | Forsgard, Karen A; Locke, Richard F | None | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN COUNSEL (C. BUCHSBAUM) AND CLIENT REGARDING LEGAL ANALYSIS OF DRAFT FILING WITH THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Attorney Client |

DOCUMENTS FROM SUPPLEMENTAL PRIVILEGE LOG
THAT WILL NOT BE RELEASED

| REF | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 904 | PGE0071208 | PGE0071209 | 3/28/1997 | Multiple Email | Buchsbaum, Craig M | Forsgard, Karen A | Locke, Richard F; Norton, A Bruce | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN COUNSEL (C. BUCHSBAUM) AND CLIENT REGARDING LEGAL ANALYSIS OF DRAFT FILING WITH THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Attorney Client |
| 905 | PGE0071211 | PGE0071211 | 3/28/1997 | Electronic Mail (Email) | Locke, Richard F | Arago, Alec J; Forsgard, Karen A; Lewis, Jeff X; Moulia, Tom A; Kahler, Edwin R; Norton, A Bruce | None | E-MAIL FROM COUNSEL (R. LOCKE) TO CLIENT REGARDING LEGAL ANALYSIS OF DRAFT FILING WITH THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Attorney Client |
| 906 | PGE0071212 | PGE0071212 | 3/28/1997 | Electronic Mail (Email) | Locke, Richard F | Arago, Alec J; Forsgard, Karen A; Lewis, Jeff X; Moulia, Tom A; Kahler, Edwin R | Norton, Bruce | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN COUNSEL (R. LOCKE) AND CLIENT REGARDING LEGAL ANALYSIS OF DRAFT FILING WITH THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Attorney Client |
| 907 | PGE0071213 | PGE0071213 | 3/28/1997 | Electronic Mail (Email) | Locke, Richard F | Arago, Alec J | Forsgard, Karen A; Arago, Alec J; Lewis, Jeff X; Moulia, Tom A; Kahler, Edwin R; Norton, A Bruce | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN COUNSEL (R. LOCKE) AND CLIENT REGARDING LEGAL ANALYSIS OF DRAFT FILING WITH THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Attorney Client |
| 908 | PGE0071221 | PGE0071221 | 3/28/1997 | Multiple Email | Buchsbaum, Craig M | Forsgard, Karen A | Warner, Christopher J; Locke, Richard F; Jordan, Lise H | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN COUNSEL (C. BUCHSBAUM) AND CLIENT REGARDING LEGAL ANALYSIS OF DRAFT FILING WITH THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Attorney Client |
| 909 | PGE0071223 | PGE0071223 | 3/25/1997 | Electronic Mail (Email) | Locke, Richard F | Forsgard, Karen A | Warner, Christopher J | E-MAIL FROM COUNSEL (R. LOCKE) TO CLIENT REGARDING ADVICE AND STRATEGY IN PREPARATION FOR REGULATORY PROCEEDING - CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Attorney Client |
| 910 | PGE0071227 | PGE0071227 | 3/12/1997 | Multiple Email | Locke, Richard F | Forsgard, Karen A | None | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN COUNSEL (R. LOCKE) AND CLIENT REGARDING PREPARATION FOR REGULATORY PROCEEDINGS - CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Attorney Client |
| 911 | PGE0071237 | PGE0071237 | 8/28/1996 | Electronic Mail (Email) | Warner, Christopher J | Kahler, Edwin R | Rueger, Gregory M; Womack, Lawrence F; Angus, Mike; Locke, Richard F | E-MAIL FROM COUNSEL (C. WARNER) TO CLIENT REGARDING HBPP DECOMMISSIONING. IN PREPARATION FOR FILING WITH THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Attorney Client |
| 912 | PGE0071239 | PGE0071239 | 8/6/1996 | Electronic Mail (Email) | Warner, Christopher J | Locke, Richard F; Weingart, Richard A; Bangert, Charles A; Williams, Ray D | Buchsbaum, Craig M; Jordan, Lise H; Wilson, Michelle L; Womack, Lawrence F; Kline, Steven L; De La Torre, Rose | E-MAIL FROM COUNSEL (C. WARNER) TO COUNSEL (R. LOCKE) AND CLIENT REGARDING DRAFT APPLICATION FOR FILING WITH THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Attorney Client |
| 947 | PGE0071533 | PGE0071538 | 10/29/2003 | Report / Plan | Repka, David A (Winston & Strawn) | None | None | ATTACHMENT TO E-MAIL CHAIN (PGE0071531) CONTAINING LEGAL MEMORANDUM PREPARED BY OUTSIDE COUNSEL, D. REPKA (WINSTON & STRAWN) REGARDING ISFSI LICENSING | Attorney Client |
| 949 | PGE0072532 | PGE0072534 | 3/22/1999 | Multiple Email | Peters, Roger | Warner, Christopher; Womack, Lawrence | Rueger, Gregory; Locke, Richard F; Oatley, David | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN CLIENT AND COUNSEL (C. WARNER, R. PETERS) REGARDING DCPP ISFSI ISSUES | Attorney Client |
| 976 | PGE0073004 | PGE0073004 | 7/10/2000 | Letter | Repka, David A (Winston & Strawn) | Locke, Richard F | None | LETTER FROM OUTSIDE COUNSEL, D. REPKA (WINSTON & STRAWN), TO COUNSEL (R. LOCKE) REGARDING DCPP ISFSI REGULATORY ISSUES | Attorney Client |

30

DOCUMENTS FROM SUPPLEMENTAL PRIVILEGE LOG
THAT WILL BE RELEASED WITH A COURT ORDER

| REF | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM | Release? |
|---|---|---|---|---|---|---|---|---|---|---|
| 110 | HBP0114714 | HBP0114718 | | Report / Plan | Pacific Gas & Electric Company | Pacific Gas & Electric Company Senior Vice President, Generation, and Chief Nuclear Officer | None | DRAFT MEMORANDUM INCLUDING LEGAL ANALYSIS AND RECOMMENDATIONS TO BE SUBMITTED TO THE SENIOR VICE PRESIDENT, GENERATION, AND CHIEF NUCLEAR OFFICER OF PG&E FOR APPROVAL. PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL IN PREPARATION OF REGULATORY FILING BEFORE THE NUCLEAR REGULATORY COMMISSION (NRC). INCLUDES MARGINAL NOTES | Work Product | Will Release by Court Order |
| 111 | HBP0114770 | HBP0114775 | | Report / Plan | Pacific Gas & Electric Company | Pacific Gas & Electric Company Seniot Vice President, Generation, and Chief Nuclear Officer | None | DRAFT MEMORANDUM INCLUDING LEGAL ANALYSIS AND RECOMMENDATIONS TO BE SUBMITTED TO THE SENIOR VICE PRESIDENT, GENERATION, AND CHIEF NUCLEAR OFFICER OF PG&E FOR APPROVAL. PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL IN PREPARATION OF REGULATORY FILING BEFORE THE NUCLEAR REGULATORY COMMISSION (NRC). INCLUDES MARGINAL NOTES | Work Product | Will Release by Court Order |
| 578 | PGE0053407 | PGE0053424 | 5/13/1998 | Report /Plan | Stock, William | Womack, L; Locke, R; Patton, Bruce | Melendres-Keller, P; Warner, Christopher; De La Torre, Rose | DRAFT PROJECT SUMMARY REGARDING POTENTIAL CAPITAL PROJECT (DCPP ISFSI) PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL FOR PRESENTATION TO THE BOARD OF DIRECTORS PREPARED IN ANTICIPATION OF LITIGATION - REGULATORY PROCEEDING. REFLECTS RECOMMENDATIONS RELATING TO DECISIONS REGARDING THE FILING OF AN ADVICE LETTER WITH THE CPUC. | Attorney Client; Work Product | Will Release by Court Order |
| 61 | HBP0105646 | HBP0105648 | 3/18/1997 | Report / Plan | Pacific Gas & Electric | Pacific Gas & Electric Company Board of Directors | None | PROJECT SUMMARY PREPARED FOR PRESENTATION TO THE BOARD OF DIRECTORS INCLUDING LEGAL ANALYSIS AND RECOMMENDATIONS REGARDING ANTICIPATED LITIGATION - REGULATORY PROCEEDING FOR NUCLEAR DECOMMISSIONING COST TRIENNIAL PROCEEDING (NDCTP). REFLECTS RECOMMENDATIONS RELATING TO DECISIONS REGARDING THE FILING OF AN ADVICE LETTER WITH THE CPUC. | Attorney Client; Work Product | Will Release by Court Order |
| 62 | HBP0105664 | HBP0105669 | 6/14/1997 | Report / Plan | Pacific Gas & Electric | Pacific Gas & Electric Management Committee | None | PROJECT SUMMARY PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL FOR PRESENTATION TO THE MANAGEMENT COMMITTEE IN ANTICIPATION OF LITIGATION - REGULATORY PROCEEDING. REFLECTS RECOMMENDATIONS RELATING TO DECISIONS REGARDING THE LICENSING OF HBPP DRY STORAGE. | Attorney Client; Work Product | Will Release by Court Order |
| 63 | HBP0105671 | HBP0105673 | 9/18/1996 | Report / Plan | Pacific Gas & Electric | Pacific Gas & Electric Company Board of Directors | None | PROJECT SUMMARY PREPARED FOR PRESENTATION TO THE BOARD OF DIRECTORS INCLUDING LEGAL ANALYSIS AND RECOMMENDATIONS REGARDING ANTICIPATED LITIGATION - REGULATORY PROCEEDING FOR NUCLEAR DECOMMISSIONING COST TRIENNIAL PROCEEDING (NDCTP). REFLECTS RECOMMENDATIONS RELATING TO DECISIONS REGARDING THE FILING OF AN ADVICE LETTER WITH THE CPUC. | Attorney Client; Work Product | Will Release by Court Order |



Prepared February 21, 2006

DOCUMENTS FROM SUPPLEMENTAL PRIVILEGE LOG
THAT WILL BE RELEASED WITH A COURT ORDER

| REF | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM | Release? |
|---|---|---|---|---|---|---|---|---|---|---|
| 90 | HBP0110838 | HBP0110847 | | Report / Plan | Pacific Gas & Electric | Pacific Gas & Electric Company Board of Directors | None | SUMMARY PREPARED FOR PRESENTATION TO THE BOARD OF DIRECTORS INCLUDING LEGAL ANALYSIS AND RECOMMENDATIONS OF ANTICIPATED LITIGATION - REGULATORY PROCEEDING FOR NUCLEAR DECOMMISSIONING COST TRIENNIAL PROCEEDING (NDCTP). REFLECTS RECOMMENDATIONS RELATING TO DECISIONS REGARDING THE FILING OF AN ADVICE LETTER WITH THE CPUC. | Attorney Client; Work Product | Will Release by Court Order |