[redacted]

# ISFSI Planning Meeting

[redacted]

## Agenda

- Project Schedule

- Contengency Actions

[redacted]

  - Core Design for future outages
  - Wet Re-racking option
  - New Fuel – rack modification or replacement
  - Other Options

- HBPP ISFSI support

- DCPP ISFSI post submittal support

  - RAI's
  - Hearings
  - Development of Construction documents
  - ISFSI Construction
  - Power Plant Modifications

[redacted]



PDCP0044472

[redacted]

# ISFSI ~~Planning~~ Meeting

## Agenda

- Project Schedule
- Contengency Actions [redacted]
  - Core Design for future outages
  - Wet Re-racking option
  - New Fuel – rack modification or replacement
  - Other Options

[redacted]

- DCPP ISFSI post submittal support [redacted]
  - RAI's
  - Hearings
  - Development of Construction documents
  - ISFSI Construction
  - Power Plant Modifications

[redacted]

# ISFSI Planning Meeting

## Agenda

[redacted]

- Project Schedule
- Contengency Actions
  - Core Design for future outages
  - Wet Re-racking option
  - New Fuel – rack modification or replacement
  - Other Options
- HBPP ISFSI support
- DCPP ISFSI post submittal support
  - RAI's
  - Hearings
  - Development of Construction documents
  - ISFSI Construction
  - Power Plant Modifications

[redacted]

2-13-02

# ISFSI Planning Meeting

## Agenda

[redacted]

- Project Schedule

[redacted]

- Contingency Actions [redacted]
  - Core Design for future outages [redacted]
  - Wet Re-racking option [redacted]
  - New Fuel – rack modification or replacement [redacted]
  - Other Options – [redacted]
  - [redacted]
- HBPP ISFSI support [redacted]
- DCPP ISFSI post submittal support
  - RAI's
  - Hearings
  - Development of Construction documents
  - ISFSI Construction
  - Power Plant Modifications

[redacted]

# CONDENSED TRANSCRIPT & EXHIBITS

## DEPOSITION OF DAVID VOSBURG

## PG&E VS. UNITED STATES

## OCTOBER 18, 2005



BARKLEY Court Reporters

(310) 207.8000 Los Angeles
(949) 955.0400 Orange County
(415) 433.5777 San Francisco
(916) 922.5777 Sacramento
(408) 885.0550 San Jose
(951) 686.0606 Inland Empire
(818) 702.0202 San Fernando Valley
(858) 455.5444 San Diego
(760) 322.2240 Palm Springs

So you had, by January 2004 or earlier, already made your calculation about when you were going to lose full-core offload -- a new calculation about loss of full-core offload capability?
A. Yeah. That was one of the earlier things I probably did to really understand what's in the pool, what's going to be offloaded in the next several outages and when do we run out of room. That's something I stayed up nights many times saying, boy, if I made a mistake in that calculation and we really lost it a cycle earlier, I would be in a lot of trouble.
Q. Now, were any requirements imposed on PG&E as a result of this meeting, or did any requirements come out of the meeting from the NRC?
A. No, none that I remember.
(Exhibit 10 was marked for identification.)
BY MS. SNYDER:
Q. Let me give you what's been marked as Exhibit 10, and it's an older document. It's a 1995 document. I'm not sure -- it's dated March 31st, 1995. And it's regarding diver in the pool question, and it's Bates stamped PDCP00000027

Page 149

through 28.
And I don't see why -- do you recognize the document?
A. Not offhand, no.
Q. You're not -- you're not noticed as -- or you're not noted as a recipient or a cc on the document. It caught my eye, by the way, at the very bottom of the document, the last couple of sentences read:
"The scenario identified the potential need for a temporary storage rack placed in the cask pit area. The permanently placed" -- oh.
"The temporary storage rack would probably be the rack module that would be permanently placed where Module M is currently located, the module location that faces three pool walls."
I'm just wondering if this is, if you know, the same temporary storage rack that you are working on now.
MR. STOUCK: Objection; form. Vague.
THE WITNESS: Because of the

Page 150

designation -- well, no, that's the current designation.
It looks like this is looking at, again, ways to extend the storage capability of the pools, and this may have been done as part of a -- the full rerack study, although it's fairly early in '95, so I'm not sure.
It would have been some internal work that people were doing to see if we could fully rerack. I think this is before we formally went to Holtec for the feasibility study.
(Exhibit 11 was marked for identification.)
BY MS. SNYDER:
Q. Let me hand you what's been marked Exhibit 11. This is labeled: Executive Authorization Memorandum, Project Funding.
The project name is spent fuel pool expansion --
A. Uh-huh.
Q. -- and it's -- it's a six-page document. And if you look at the last page of the document, it's dated January 2003 by one signatory and February 2003 by another.
A. Uh-huh.

Page 151

Q. Do you recognize the document?
A. Yeah, I wrote this.
Q. Oh, there you go. And what's the -- what's the purpose of the document?
A. This was the company internal document to authorize the funding that we would need to go off and start working this project.
In 2002, I was asked to go off and come up with the different alternatives. We discussed the alternatives, we focused on the rack being the best alternative for us. And so early in 2003, now it's time to start working on the project and to get, you know, people -- bring in outside people necessary to start working on the project, writing the bid spec.
So this is the internal document that basically is approved by, in this case, the vice president, Larry Womack, to authorize spending the money to do this. So it's an early estimate of what we thought it would cost to do something like this.
Q. Take a look at page 3 of the document. The Bates number is 9121. And the second paragraph says: "The addition of the CLP racks" -- and I think that's "cask loading pit rack"?

Page 152

A. That's correct.
Q. -- "would maintain the ability to either partially or fully rerack the existing spent fuel pools through October 20th" -- I mean, "October 2010 on Unit 1 and May 2011 on Unit 2. The design of a new rack would be such that it would be used as part of the reracking of the existing spent fuel racks in the future."
A. Uh-huh.
Q. Now, is that an option that you have left open at Diablo Canyon, to completely rerack Units 1 and 2?
A. No, not at this point in time.
Q. So that is an option that is completely off the table?
A. Yes. In fact, there was, at one point, some budget last year to keep that option alive, and then we decided we're not going to keep that option alive anymore because we believe that the addition of the temporary rack will be enough time for the dry cask project to finish. So we decided not to spend any more money, because I did the same



thing for a full rerack.
If I had to go from 2007, when do I have to start to get the temp rack in? I went from 2010, then backed up and said, what do I have to do for a project to fully rerack the pool?
It was the same answer. We need to be working on it this year.
Initially -- because, again, the uncertainty has narrowed on the dry cask over time. Initially it was very uncertain, and now a lot of uncertainty has gone away.
At this point, we were still saying, well, if we can do that other option, we'll keep it alive.
And I believe it was last year we decided not to -- I forget how much money we were putting in the budget to keep that option, the work to keep that option alive, but we decided not to do it.
Q. Now, the sentence immediately preceding that paragraph that we just looked at states:
"Once the ISFSI project was operational, the rack would be removed from the CLP, decontaminated, and stored until there was no longer a potential for



reracking the spent fuel pools in the future."
And so that, again, what -- your response to my previous question covers this potential that's stated in this paragraph; is that right?
I mean, it seems that you're still leaving open the potential to rerack in that paragraph also.
A. At that point in time.
Q. At that point in time.
A. Yeah, which has changed.
Q. Okay. And then the paragraph -- let's see, one, two -- the fifth paragraph down that starts: The contract. The last sentence there states:
"Current thinking is that there will be enough information and confidence in the progress of the ISFSI project that the effort to add the new CLP racks can be terminated at the end of 2004 with a sunk cost of $1.5 million."
I take it that there isn't enough information and confidence in the progress of the ISFSI project that this cask pit racks have been



terminated; is that right?
A. As of today?
Q. As of today.
A. Yeah. Today we know that the dry cask project will not be operational in time.
Q. Do you know of any utilities -- I think I may have asked you this earlier. I'm sorry. I don't remember what your response was.
Do you know of any utilities that have opted to operate without full-core offload capability?
A. I have read --
Q. That's right.
A. -- and I don't know the names. I have read where it has been done on a couple of occasions, but I can't remember the specific units.
Q. Okay. Take a look at the fourth page in, page 9122, under: Risks if not performed.
A. Uh-huh.
Q. And that paragraph reads:
"The risk of not performing the project is realized if the ISFSI project is not operational by the time that new fuel is received for 1R14, which is March 2007.

"This project is essentially an insurance policy protecting us against delays in the ISFSI project."

Do you still consider it an insurance policy or do you consider it at this point a necessity?

A. Today it's a necessity.

(Exhibit 12 was marked for identification.)

BY MS. SNYDER:

Q. Mr. Vosburg, I want to switch gears just a little bit and ask you some questions about costs of the cask pit rack project. And did you assist in determining what the costs would be to implement the project?

A. Yes.

Q. And how did you go about doing that?

A. Well, initially the project was started -- is what I call a level-of-effort project. It wasn't formally set out as a project. It was said, go out and, you know, do the research in 2002 to determine what our options are, pick an option.

And then in the next couple of years, it was, each year, since it's an -- at that point it



was an O&M project, the -- what I was tracking was how much additional O&M money do we need to keep the project on schedule.

So each year I would look at, you know, what support I thought I would need externally through Enercon and what costs I would need in terms of contractual costs with Holtec. In later years, there was NRC review fees, things like that.

So initially as an O&M project, what I was looking at was how much additional money do we need outside of what's already budgeted to keep the project going. So that's why you don't see any in my costs, my times in my early estimates in the O&M phase. Because the purpose of what I was tracking was just to tell the organization each year how much do we need to budget next year to keep the project going.

So I basically tried to get some ballpark estimates from other projects, similar projects on the costs. I looked at what we spent back in '95, '96, '97, tried to get some intelligence from that, so basically estimate what I thought the costs would be each year to keep the project alive.

Q. Let me ask you to take a look at Exhibit 12 and ask you if you recognize this



document as being an early budgeting type document.

A. Again, no date.

Q. Yeah. It's a single-page -- Exhibit 12 is a single-page document from David Vosburg to Kath Kunz. Who's Kath Kunz?

A. Kath Kunz at this time was the -- I think her title was the secretary for the dry cask project. I remember getting a phone call one day that she, for some presentation that Jearl had to do or something, she asked me to give her some quick high-level estimates of what the project costs schedulewise, so I put these numbers together and sent them to her.

Q. And you don't have any idea about when you might have done this?

A. I would bet I have the e-mail with the date on it, but off of this, I'd be guessing. It was -- this is a year old, maybe.

Q. Did you -- under temporary cask pit rack, it says: Contract award, 11/2003. Is that contract award to Holtec?

A. Yes, that's to Holtec.

Q. And that was awarded in November of 2003.

A. Uh-huh.

Q. So that's an actual date.



A. Yeah. Obviously some of these are actuals and some of these are projected dates, depending on when I wrote it.

Q. Okay. Again, do you have this e-mail -- would you have this e-mail in your files as a dated e-mail?

A. My guess is I probably do.

Q. And you have no idea why it appears here without a date?

A. Well -- no, I don't. I'm guessing it says produced by Microsoft Exchange on the message flag, so I don't know who produced this in this form. So I can't answer that.

Q. In terms of the project as it is operating now and as you foresee it until its completion --

A. Uh-huh.

Q. -- what percentage of the total cost of the project will be costs to Holtec for Holtec's services, approximately?

A. Well, I've -- I clearly know that in the O&M phase, what I call phase one, which was all the engineering, design, licensing support to get to the point where you submit the LAR, the contract with Holtec was 1.584 million. And there was an additional -- if you remember, I said that the cask

**CERTIFICATE OF FILING**

I hereby certify that on this 28th day of February, 2006, a copy of the foregoing "DEFENDANT'S MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS IMPROPERLY WITHHELD BY PLAINTIFF ON THE BASIS OF PRIVILEGE, IN COMPLIANCE WITH THE COURT'S ORDER DATED JANUARY 25, 2006" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Scott R. Damelin