# In the United States Court of Federal Claims

No. 04-74C
(into which has been consolidated No. 04-75C)

(E-Filed: March 1, 2006)

| | |
|---|---|
| PACIFIC GAS AND ELECTRIC COMPANY, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Before the court are Defendant's Motion for Leave to File Notice of Supplemental Authority (Motion) filed electronically on February 3, 2006, and PG&E's Response to Notice of Supplemental Authority – Marriott Int'l Resorts, L.P. v. United States (Response) filed electronically on February 8, 2006. The court hereby GRANTS defendant's Motion.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge