# In the United States Court of Federal Claims

No. 04-74C
(into which has been consolidated No. 04-75C)

(E-Filed: March 1, 2006)

PACIFIC GAS AND ELECTRIC COMPANY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Before the court is PG&E's Unopposed Motion for an Enlargement of Time (Motion) filed electronically on February 24, 2006. For the reasons stated therein and because the Motion is unopposed, plaintiff's Motion is hereby GRANTED. Plaintiff shall file its rebuttal expert witness reports on or before Friday, March 10, 2006. The parties shall complete their depositions of expert witnesses on or before Friday, April 14, 2006.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge