# In the United States Court of Federal Claims

No. 04-74C
(into which has been consolidated No. 04-75C)

(E-Filed: March 1, 2006)

PACIFIC GAS AND ELECTRIC COMPANY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

The court has before it Defendant's Motion to Compel the Production of Documents Improperly Withheld by Plaintiff on the Basis of Privilege, in Compliance with the Court's Order Dated January 25, 2006 (Motion). Plaintiff shall, on or before Tuesday, March 7, 2006, at the time of the filing of its response to defendant's Motion, see Pac. Gas & Elec. Co. v. United States, No. 04-74 C, 2006 U.S. Claims LEXIS 18, at **83-84 (Fed. Cl. Jan. 25, 2006) (providing responsive briefing schedule for defendant's Motion), cause to be delivered to the chambers of Judge Hewitt, unfiled, two sets of the documents sought by defendant's Motion that then remain unproduced. Each document in each set shall be clearly marked with the document number and shall be arranged in the order discussed in defendant's Motion. Proposed redactions shall be indicated on one set of documents. No redactions shall appear on the second set of documents.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge