IN THE UNITED STATES COURT OF FEDERAL CLAIMS

Electronically filed on March 7, 2006

| | |
|---|---|
| PACIFIC GAS & ELECTRIC COMPANY,<br>Plaintiff,<br>v.<br>UNITED STATES OF AMERICA,<br>Defendant. | No. 04-074C, into which has been consolidated No. 04-075C<br><br>(Judge Hewitt) |

PG&E'S MOTION FOR AN ENLARGEMENT OF TIME TO FILE IT'S RESPONSE TO THE GOVERNMENT'S SECOND MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS

Pursuant to RCFC 6 and 6.1, PG&E moves for an enlargement of time of two business days, to and including March 9, 2005, in which to respond to the government's second motion to compel the production of documents. PG&E's response would otherwise be due today, March 7, 2006. This is PG&E's first request to enlarge the time for this response. PG&E's counsel has attempted to contact the government's counsel to determine its position on this motion, but at the time of this filing had not yet received a response.

PG&E needs additional time in order to be able to appropriately address the privileged nature of the documents addressed in the government's motion. The government's motion to compel did not adhere to the guidelines provided by the Court. Although the Court's January 25, 2006 Opinion contemplated that the government's current motion to compel would address privilege claims similar to those addressed in the Court's Opinion, eighteen of the 34 documents challenged by the government are being withheld solely on the basis of attorney-client privilege

claims that were not addressed in the Court's Opinion. Responding to the new issues raised in these challenges requires additional time.

In addition, the parties have successfully used the additional time the Court has provided to date to narrow the universe of documents in dispute, and we believe that we may be able to reduce the number of disputed documents further with the additional time we are requesting here. Shortly after the Court issued it's January 25, 2006 order regarding the government's first motion to compel, counsel for the government sent to PG&E's counsel two letters in which it requested the release of over 500 documents. And while the government addresses 34 documents in its motion, seven of those are "board" documents that PG&E will release without further briefing.

For these reasons, PG&E should have an enlargement of time.

Dated: March 7, 2006

Respectfully submitted,

s/ Jerry Stock

JERRY STOUCK
Greenberg Traurig, LLP
800 Connecticut Ave, NW Ste 500
Washington, D.C. 20006
(202) 331-3173
(202) 261-4751 fax
Counsel for Plaintiff
Pacific Gas & Electric Company

Of Counsel:
ROBERT L. SHAPIRO
Greenberg Traurig, LLP