# In the United States Court of Federal Claims

No. 04-74C
(into which has been consolidated No. 04-75C)

(E-Filed: March 8, 2006)

PACIFIC GAS AND ELECTRIC COMPANY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Before the court is PG&E's Motion for an Enlargement of Time to File It[]s Response to the Government's Second Motion to Compel the Production of Documents (Motion). For the reasons stated therein, plaintiff's Motion is hereby GRANTED. Plaintiff shall file its response to defendant's motion to compel on or before Thursday, March 9, 2006.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge