# ATTACHMENT 1

| REF | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 822 | PGE0069446 | PGE0069455 | 3/23/1999 | Report / Plan | Pacific Gas & Electric | Locke, Richard F; Bangert, A C; Stock, William; Womack, Lawrence; Patton, Bruce; Warner, Christopher | None | DRAFT PROJECT SUMMARY PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL FOR PRESENTATION TO THE BOARD OF DIRECTORS IN ANTICIPATION OF LITIGATION - REGULATORY PROCEEDING. REFLECTS RECOMMENDATIONS RELATING TO DECISIONS REGARDING THE DCPP ISFSI LICENSING, INCLUDES MARGINAL NOTES OF COUNSEL (R. LOCKE) ATTACHMENT TO EMAIL AT PGE0069444 | Attorney Client; Work Product |
| 823 | PGE0069470 | PGE0069470 | 1/21/1999 | Multiple Email | Warner, Christopher J | Locke, Richard F; Brown, Kathleen; Stamm, Nancy | Patton, Bruce; Busterud, John | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN COUNSEL (C. WARNER) AND COUNSEL (R. LOCKE, K. BROWN, N. STAMM) REGARDING ISFSI REQUEST FOR PROPOSAL. INCLUDES DESCRIPTION OF LEGAL ADVICE SOUGHT FROM COUNSEL | Attorney Client |
| 824 | PGE0069471 | PGE0069472 | 2/5/1999 | Multiple Email | Warner, Christopher J | Womack, Lawrence; Patton, Bruce | Locke, Richard F; Bangert, A C; Stock, William | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN COUNSEL (C. WARNER) AND CLIENT REGARDING LEGAL ANALYSIS OF SPENT FUEL STORAGE OPTIONS | Attorney Client |
| 825 | PGE0069473 | PGE0069473 | 1/6/1999 | Multiple Email | Locke, Richard F | Stock, William | Patton, Bruce | EMAIL CHAIN BETWEEN CLIENT AND COUNSEL (R. LOCKE). INCLUDES ADVICE PREPARED AT THE REQUEST OF COUNSEL IN PREPARATION FOR DRAFT DRY STORAGE RECOMMENDATION TO BE PRESENTED TO THE MANAGEMENT COMMITTEE | Attorney Client |
| 826 | PGE0069474 | PGE0069474 | 1/21/1999 | Electronic Mail (Email) | Warner, Christopher J | Womack, Lawrence; Patton, Bruce | Locke, Richard F; Bangert, A C; Stock, William | E-MAIL FROM COUNSEL (C. WARNER) TO CLIENT REGARDING ATTACHED (PGE0069475 - PGE0069485) DCPP ISFSI PROPOSAL FOR SUBMITTAL TO PG&E MANAGEMENT COMMITTEE. PROVIDES LEGAL ANALYSIS | Attorney Client |
| 827 | PGE0069475 | PGE0069485 | 1/26/1999 | Report / Plan | Pacific Gas & Electric, Warner, Christopher J | Womack, Lawrence; Patton, Bruce | Locke, Richard F; Bangert, A C; Stock, William | DRAFT SUMMARY PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL FOR PRESENTATION TO THE BOARD OF DIRECTORS IN ANTICIPATION OF LITIGATION - REGULATORY PROCEEDING. REFLECTS RECOMMENDATIONS RELATING TO DECISIONS REGARDING THE LICENSING OF DCPP DRY STORAGE, INCLUDES MARGINAL NOTES OF COUNSEL (R. LOCKE) ATTACHMENT TO EMAIL AT PGE0069474 | Attorney Client; Work Product |
| 828 | PGE0069486 | PGE0069486 | 1/6/1999 | Multiple Email | Locke, Richard F | Stock, William | Patton, Bruce | EMAIL CHAIN BETWEEN CLIENT AND COUNSEL (R. LOCKE). INCLUDES ADVICE PREPARED AT THE REQUEST OF COUNSEL IN PREPARATION OF DRAFT DRY STORAGE RECOMMENDATION TO BE PRESENTED TO THE MANAGEMENT COMMITTEE | Attorney Client |

# ATTACHMENT 2

DOCUMENTS FROM SUPPLEMENTAL PRIVILEGE LOG
THAT WILL NOT BE RELEASED

| REF | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 795 | PGE0066431 | PGE0066431 | 4/16/2004 | Electronic Mail (Email) | Bedwell, Ed | Strickland, L Jearl; Womack, Lawrence; Jones, Thomas; Hobson, Missie; Locke, Richard F; Nelson, John E; Baker, S (Aaron Read); Neish, D (Culbertson Adams & Associates); Schiebelhut, Robert K (Sinsheimer Schiebelhut & Baggett); Miklush, David; Kauss, Kent | Oatley, David H; Lewis, Jeff; Hunter, Dale R; Regan, Frank J | E-MAIL FROM CLIENT TO CLIENT, COUNSEL (R. LOCKE) AND OUTSIDE COUNSEL, R. SCHIEBELHUT (SINSHEIMER, SCHIEBELHUT & BAGGERT), REGARDING STRATEGY FOR REGULATORY PROCEEDINGS - CALIFORNIA COASTAL COMMISSION (CCC). INCLUDES DESCRIPTION OF LEGAL ADVICE SOUGHT FROM COUNSEL | Attorney Client |
| 801 | PGE0066607 | PGE0066608 | 2/18/2004 | Multiple Email | Stock, William | Locke, Richard F; Manheim, William | Richard Jr, Daniel D; Peters, Roger; Tomcala, Karen A; Hunter, Dale R; Cherry, Brian K; Regan, Frank J | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN CLIENT AND COUNSEL (R. LOCKE, W. MANHEIM) TO ASSIST IN THE PROVISION OF LEGAL ADVICE REGARDING ATTACHED (PGE0066610 - PGE0066614) DRAFT PROPOSAL PREPARED FOR SUBMITTAL TO THE CALIFORNIA COASTAL COMMISSION (CCC) | Attorney Client |
| 802 | PGE0066609 | PGE0066609 | 2/18/2004 | Multiple Email | Regan, Frank J | Locke, Richard F; Manheim, William; Hunter, Dale R; Tomcala, Karen A | Richard Jr, Daniel D; Peters, Roger; Cherry, Brian K | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN CLIENT AND COUNSEL (R. LOCKE, W. MANHEIM) TO ASSIST IN THE PROVISION OF LEGAL ADVICE REGARDING ATTACHED (PGE0066610 - PGE0066614) DRAFT PROPOSAL PREPARED FOR SUBMITTAL TO THE CALIFORNIA COASTAL COMMISSION (CCC) | Attorney Client |
| 821 | PGE0069444 | PGE0069445 | 2/5/1999 | Multiple Email | Warner, Christopher J | Womack, Lawrence; Patton, Bruce | Locke, Richard F; Bangert, A C; Stock, William | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN COUNSEL (C. WARNER) AND CLIENT REGARDING ATTACHED (PGE0069446 - PGE0069455) DCPP ISFSI PROPOSAL FOR SUBMITTAL TO PG&E MANAGEMENT COMMITTEE. PROVIDES LEGAL ANALYSIS | Attorney Client |
| 824 | PGE0069471 | PGE0069472 | 2/5/1999 | Multiple Email | Warner, Christopher J | Womack, Lawrence; Patton, Bruce | Locke, Richard F; Bangert, A C; Stock, William | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN COUNSEL (C. WARNER) AND CLIENT REGARDING LEGAL ANALYSIS OF SPENT FUEL STORAGE OPTIONS | Attorney Client |
| 825 | PGE0069473 | PGE0069473 | 1/6/1999 | Multiple Email | Locke, Richard F | Stock, William | Patton, Bruce | EMAIL CHAIN BETWEEN CLIENT AND COUNSEL (R. LOCKE) REGARDING LICENSING ISSUE. | Attorney Client |
| 826 | PGE0069474 | PGE0069474 | 1/21/1999 | Electronic Mail (Email) | Warner, Christopher J | Womack, Lawrence; Patton, Bruce | Locke, Richard F; Bangert, A C; Stock, William | E-MAIL FROM COUNSEL (C. WARNER) TO CLIENT REGARDING ATTACHED (PGE0069475 - PGE0069485) DCPP ISFSI PROPOSAL FOR SUBMITTAL TO PG&E MANAGEMENT COMMITTEE. PROVIDES LEGAL ANALYSIS | Attorney Client |
| 827 | PGE0069475 | PGE0069485 | 1/26/1999 | Report / Plan | Pacific Gas & Electric, Warner, Christopher J | Womack, Lawrence; Patton, Bruce | Locke, Richard F; Bangert, A C; Stock, William | DRAFT SUMMARY PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL FOR PRESENTATION TO THE BOARD OF DIRECTORS IN ANTICIPATION OF LITIGATION - REGULATORY PROCEEDING. REFLECTS RECOMMENDATIONS RELATING TO DECISIONS REGARDING THE LICENSING OF DCPP DRY STORAGE, INCLUDES MARGINAL NOTES OF COUNSEL (R. LOCKE) ATTACHMENT TO EMAIL AT PGE0069474 | Attorney Client |
| 828 | PGE0069486 | PGE0069486 | 1/6/1999 | Multiple Email | Locke, Richard F | Stock, William | Patton, Bruce | EMAIL CHAIN BETWEEN CLIENT AND COUNSEL (R. LOCKE) REGARDING LICENSING ISSUE. | Attorney Client |

# ATTACHMENT 3

DOCUMENTS FROM SUPPLEMENTAL PRIVILEGE LOG
THAT WILL NOT BE RELEASED

| REF | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 37 | HBP0029258 | HBP0029287 | 6/28/2002 | Report / Plan | Willis, Roy | Kapus, Bob | None | DRAFT RESPONSE TO REQUEST FOR ADDITIONAL INFORMATION FROM INTERVENOR OFFICE OF RATEPAYER ADVOCATES (ORA) PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL IN PREPARATION FOR REGULATORY PROCEEDINGS - GRC - BEFORE THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Work Product |
| 38 | HBP0029289 | HBP0029313 | 7/00/2002 | Report / Plan | Ansar, J; Bosscawen, G; Cronin, T; Gokhale, S; Golden, P; Hartman, D; Miklush, D; O'Flanagan, J; O'Reilly, S; Pappas, J; Prudhomme, P; Sweeney, N; Willis, R; Weingart, D | Kapus, Bob | None | DRAFT RESPONSE TO REQUEST FOR ADDITIONAL INFORMATION FROM INTERVENOR OFFICE OF RATEPAYER ADVOCATES (ORA) PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL IN PREPARATION FOR REGULATORY PROCEEDINGS - GRC - BEFORE THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Work Product |
| 39 | HBP0029318 | HBP0029319 | 7/00/2002 | Report / Plan | Miklush, Dave | Kapus, Bob | None | ROUTING AND REVIEW MATRIX TO ACCOMPANY DRAFT RESPONSES TO REQUEST FOR ADDITIONAL INFORMATION FROM INTERVENOR - ORA IN PREPARATION FOR LITIGATION - ADVERSARIAL REGULATORY PROCEEDINGS - GRC - BEFORE THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Work Product |
| 40 | HBP0029326 | HBP0029329 | 7/00/2002 | Report / Plan | Forsgard, Karen | Kapus, Bob | None | DRAFT RESPONSE TO REQUEST FOR ADDITIONAL INFORMATION FROM INTERVENOR OFFICE OF RATEPAYER ADVOCATES (ORA) PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL IN PREPARATION FOR REGULATORY PROCEEDINGS - GRC - BEFORE THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Work Product |
| 42 | HBP0103897 | HBP0103899 | 3/21/2001 | Multiple Email | Russell, Roger | Kapus, Robert; Carden Hal; Nugent, Patrick; Locke, Richard F; Sokolsky, David; Tyler, Tom | Moulia, Thomas; Winn, Valerie | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN CLIENT AND COUNSEL (R. LOCKE) REGARDING DRAFT DCPP AND HBPP DECOMMISSIONING FUNDING REPORTS PREPARED IN ANTICIPATION OF LITIGATION - REGULATORY PROCEEDING (CPUC) - REQUESTS LEGAL REVIEW AND COMMENT. SIMILAR VERSIONS OF THIS EMAIL, IN WHOLE OR PART AT: HBP0103897, HBP0103900, HBP0103909, HBP0103932, HBP0103934, HBP0103936, HBP0103938 | Attorney Client |
| 43 | HBP0103900 | HBP0103901 | 3/21/2001 | Multiple Email | Russell, Roger | Kapus, Robert; Carden, Hal; Nugent, Patrick; Locke, Richard F; Sokolsky, David; Tyler, Tom | Moulia, Thomas; Winn, Valerie | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN CLIENT AND COUNSEL (R. LOCKE) REGARDING DRAFT DCPP AND HBPP DECOMMISSIONING FUNDING REPORTS PREPARED IN ANTICIPATION OF LITIGATION - REGULATORY PROCEEDING (CPUC) - REQUESTS LEGAL REVIEW AND COMMENT. SIMILAR VERSIONS OF THIS EMAIL, IN WHOLE OR PART AT: HBP0103897, HBP0103909, HBP0103932, HBP0103934, HBP0103936, HBP0103938 | Attorney Client |

DOCUMENTS FROM SUPPLEMENTAL PRIVILEGE LOG
THAT WILL NOT BE RELEASED

| REF | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 44 | HBP0103909 | HBP0103910 | 3/21/2001 | Multiple Email | Russell, Roger | Kapus, Robert; Carden, Hal; Nugent, Patrick; Locke, Richard F; Sokolsky, David | Moulia, Thomas | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN CLIENT AND COUNSEL (R. LOCKE) REGARDING DRAFT DCPP AND HBPP DECOMMISSIONING FUNDING REPORTS PREPARED IN ANTICIPATION OF LITIGATION - REGULATORY PROCEEDING (CPUC) - REQUESTS LEGAL REVIEW AND COMMENT. SIMILAR VERSIONS OF THIS EMAIL, IN WHOLE OR PART AT: HBP0103897, HBP0103900, HBP0103932, HBP0103934, HBP0103936, HBP0103938; | Attorney Client |
| 45 | HBP0103932 | HBP0103933 | 3/21/2001 | Multiple Email | Russell, Roger | Kapus, Robert; Carden, Hal; Nugent, Patrick; Locke, Richard F; Sokolsky, David; Tyler, Tom | Moulia, Thomas; Winn, Valerie | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN CLIENT AND COUNSEL (R. LOCKE) REGARDING DRAFT DCPP AND HBPP DECOMMISSIONING FUNDING REPORTS PREPARED IN ANTICIPATION OF LITIGATION - REGULATORY PROCEEDING (CPUC) - REQUESTS LEGAL REVIEW AND COMMENT. SIMILAR VERSIONS OF THIS EMAIL, IN WHOLE OR PART AT: HBP0103897, HBP0103900, HBP0103909, HBP0103934, HBP0103936, HBP0103938; | Attorney Client |
| 46 | HBP0103934 | HBP0103935 | 3/21/2001 | Multiple Email | Russell, Roger | Kapus, Robert; Carden, Hal; Nugent, Patrick; Locke, Richard F; Sokolsky, David | Moulia, Thomas; Winn, Valerie | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN CLIENT AND COUNSEL (R. LOCKE) REGARDING DRAFT DCPP AND HBPP DECOMMISSIONING FUNDING REPORTS PREPARED IN ANTICIPATION OF LITIGATION - REGULATORY PROCEEDING (CPUC) - REQUESTS LEGAL REVIEW AND COMMENT. SIMILAR VERSIONS OF THIS EMAIL, IN WHOLE OR PART AT: HBP0103897, HBP0103900, HBP0103909, HBP0103932, HBP0103936, HBP0103938; | Attorney Client |
| 47 | HBP0103936 | HBP0103937 | 3/21/2001 | Multiple Email | Russell, Roger | Kapus, Robert; Carden, Hal; Nugent, Patrick; Locke, Richard F; Sokolsky, David | Moulia, Thomas | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN CLIENT AND COUNSEL (R. LOCKE) REGARDING DRAFT DCPP AND HBPP DECOMMISSIONING FUNDING REPORTS PREPARED IN ANTICIPATION OF LITIGATION - REGULATORY PROCEEDING (CPUC) - REQUESTS LEGAL REVIEW AND COMMENT. SIMILAR VERSIONS OF THIS EMAIL, IN WHOLE OR PART AT: HBP0103897, HBP0103900, HBP0103909, HBP0103932, HBP0103934, HBP0103938; | Attorney Client |
| 48 | HBP0103938 | HBP0103938 | 3/21/2001 | Electronic Mail (Email) | Russell, Roger | Kapus, Robert; Carden, Hal; Nugent, Patrick; Locke, Richard F; Sokolsky, David | Moulia, Thomas | BEGINNING OF EMAIL CHAIN CONTAINING COMMUNICATION BETWEEN CLIENT AND COUNSEL (R. LOCKE) REGARDING DRAFT DCPP AND HBPP DECOMMISSIONING FUNDING REPORTS PREPARED IN ANTICIPATION OF LITIGATION - REGULATORY PROCEEDING (CPUC) - REQUESTS LEGAL REVIEW AND COMMENT. SIMILAR VERSIONS OF THIS EMAIL, IN WHOLE OR PART AT: HBP0103897, HBP0103900, HBP0103909, HBP0103932, HBP0103934, HBP0103936; | Attorney Client |
| 49 | HBP0104129 | HBP0104129 | 2/25/1999 | Multiple Email | Locke, Richard F | Grebel, Terence; Russell, Roger | Bangert, A C; Nugent, Patrick; Kapus, Robert; Carden, Harold; Warner, Christopher J; Coley, William; Sigler, Cheryl | E-MAIL CHAIN BETWEEN COUNSEL (R. LOCKE) AND CLIENT REQUESTING REVIEW AND COMMENT FROM COUNSEL ON REPORT PREPARED IN ANTICIPATION OF LITIGATION - REGULATORY PROCEEDING (NRC) | Attorney Client |
| 64 | HBP0105844 | HBP0105844 | 6/5/1991 | Memo | Barrett J E | Budke, Robert L; Cossette, Larry L; Duke, David L; Locke, Richard F; Rigney, Peter E | OSullivan, K; Stock, W C; NFM Reading File | MEMORANDUM FROM CLIENT TO CLIENT AND COUNSEL (R. LOCKE, P. RIGNEY) REGARDING DOE ACCEPTANCE OF SPENT NUCLEAR FUEL. REQUESTS LEGAL REVIEW | Attorney Client |

# ATTACHMENT 4

**Memorandum**

Date: June 5, 1991 File #:

To: VARIOUS

From: NUCLEAR BUSINESS AND FINANCIAL MANAGEMENT

Subject: DOE Spent Fuel Disposal Contract
Letter No. D91060501

PG&E

ROBERT L. BUDKE
LARRY L. COSSETTE
DAVID L. DUKE

RICHARD F. LOCKE
PETER E. RIGNEY

Attached you will find:

1) Letter from DOE dated May 20, 1991 to Mr. Richard Clarke.

2) Letter from DOE dated May 15, 1991 to Gene Barrett.

3) Draft Acceptance Priority Ranking dated May 1991.

This is the first step in setting the schedule for receiving Spent Fuel at the DOE Spent Fuel Disposal facility when it opens.

As you will see there is a very short time allowed! Pete, please verify Humboldt Bay's data. Bob, take responsibility for the Diablo Canyon data. A written response is needed from both of you. If any questions arise Dave, Dick or I will try to answer them.

Please review the data for correctness and accuracy. If you find any errors or changes that need to be made, send me the proper documentation and/or submit the appropriate forms and send me a copy.

This information must be back to Kevin O'Sullivan (Ext. 3-6518, 333 Market, A1096) by Friday, June 14, 1991 to allow enough time to respond to DOE.

Your help and support is appreciated.

Gene Barrett
J. E. BARRETT

JEB(3-4874):mjv

cc: KO'Sullivan--333/1097
WCStock--333/1099
NFM Reading File--1095/333 Market

Attachments

HUMBOLDT BAY POWER PLANT
RTN PER RDM DDR DAP JFG MNC OFC MTLS SEC
HANDLE PER
DISCUSS
REVIEW
DUE DATE
JUN 10 1991
RMS
LIB
FILE
RETURN
JDC DLW REL RRP CEW
TKT DPC RLD WRM POST SHRED
PGB TJR GAB JHP RAN RCP TJW SAT JJB JHE

62-6218 (rev. 3-88)

# ATTACHMENT 5

DOCUMENTS FROM SUPPLEMENTAL PRIVILEGE LOG
THAT WILL NOT BE RELEASED

| REF | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 44 | HBP0103909 | HBP0103910 | 3/21/2001 | Multiple Email | Russell, Roger | Kapus, Robert; Carden, Hal; Nugent, Patrick; Locke, Richard F; Sokolsky, David | Moulia, Thomas | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN CLIENT AND COUNSEL (R. LOCKE) REGARDING DRAFT DCPP AND HBPP DECOMMISSIONING FUNDING REPORTS PREPARED IN ANTICIPATION OF LITIGATION - REGULATORY PROCEEDING (CPUC) - REQUESTS LEGAL REVIEW AND COMMENT. SIMILAR VERSIONS OF THIS EMAIL, IN WHOLE OR PART AT: HBP0103897, HBP0103900, HBP0103932, HBP0103934, HBP0103936, HBP0103938; | Attorney Client |
| 45 | HBP0103932 | HBP0103933 | 3/21/2001 | Multiple Email | Russell, Roger | Kapus, Robert; Carden, Hal; Nugent, Patrick; Locke, Richard F; Sokolsky, David; Tyler, Tom | Moulia, Thomas; Winn, Valerie | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN CLIENT AND COUNSEL (R. LOCKE) REGARDING DRAFT DCPP AND HBPP DECOMMISSIONING FUNDING REPORTS PREPARED IN ANTICIPATION OF LITIGATION - REGULATORY PROCEEDING (CPUC) - REQUESTS LEGAL REVIEW AND COMMENT. SIMILAR VERSIONS OF THIS EMAIL, IN WHOLE OR PART AT: HBP0103897, HBP0103900, HBP0103909, HBP0103934, HBP0103936, HBP0103938; | Attorney Client |
| 46 | HBP0103934 | HBP0103935 | 3/21/2001 | Multiple Email | Russell, Roger | Kapus, Robert; Carden, Hal; Nugent, Patrick; Locke, Richard F; Sokolsky, David | Moulia, Thomas; Winn, Valerie | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN CLIENT AND COUNSEL (R. LOCKE) REGARDING DRAFT DCPP AND HBPP DECOMMISSIONING FUNDING REPORTS PREPARED IN ANTICIPATION OF LITIGATION - REGULATORY PROCEEDING (CPUC) - REQUESTS LEGAL REVIEW AND COMMENT. SIMILAR VERSIONS OF THIS EMAIL, IN WHOLE OR PART AT: HBP0103897, HBP0103900, HBP0103909, HBP0103932, HBP0103936, HBP0103938; | Attorney Client |
| 47 | HBP0103936 | HBP0103937 | 3/21/2001 | Multiple Email | Russell, Roger | Kapus, Robert; Carden, Hal; Nugent, Patrick; Locke, Richard F; Sokolsky, David | Moulia, Thomas | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN CLIENT AND COUNSEL (R. LOCKE) REGARDING DRAFT DCPP AND HBPP DECOMMISSIONING FUNDING REPORTS PREPARED IN ANTICIPATION OF LITIGATION - REGULATORY PROCEEDING (CPUC) - REQUESTS LEGAL REVIEW AND COMMENT. SIMILAR VERSIONS OF THIS EMAIL, IN WHOLE OR PART AT: HBP0103897, HBP0103900, HBP0103909, HBP0103932, HBP0103934, HBP0103938; | Attorney Client |
| 48 | HBP0103938 | HBP0103938 | 3/21/2001 | Electronic Mail (Email) | Russell, Roger | Kapus, Robert; Carden, Hal; Nugent, Patrick; Locke, Richard F; Sokolsky, David | Moulia, Thomas | BEGINNING OF EMAIL CHAIN CONTAINING COMMUNICATION BETWEEN CLIENT AND COUNSEL (R. LOCKE) REGARDING DRAFT DCPP AND HBPP DECOMMISSIONING FUNDING REPORTS PREPARED IN ANTICIPATION OF LITIGATION - REGULATORY PROCEEDING (CPUC) - REQUESTS LEGAL REVIEW AND COMMENT. SIMILAR VERSIONS OF THIS EMAIL, IN WHOLE OR PART AT: HBP0103897, HBP0103900, HBP0103909, HBP0103932, HBP0103934, HBP0103936; | Attorney Client |
| 49 | HBP0104129 | HBP0104129 | 2/25/1999 | Multiple Email | Locke, Richard F | Grebel, Terence; Russell, Roger | Bangert, A C; Nugent, Patrick; Kapus, Robert; Carden, Harold; Warner, Christopher J; Coley, William; Sigler, Cheryl | E-MAIL CHAIN BETWEEN COUNSEL (R. LOCKE) AND CLIENT REQUESTING REVIEW AND COMMENT FROM COUNSEL ON REPORT PREPARED IN ANTICIPATION OF LITIGATION - REGULATORY PROCEEDING (NRC) | Attorney Client |
| 64 | HBP0105844 | HBP0105844 | 6/5/1991 | Memo | Barrett J E | Budke, Robert L; Cossette, Larry L; Duke, David L; Locke, Richard F; Rigney, Peter E | OSullivan, K; Stock, W C; NFM Reading File | MEMORANDUM FROM CLIENT TO CLIENT AND COUNSEL (R. LOCKE, P. RIGNEY) REGARDING DOE ACCEPTANCE OF SPENT NUCLEAR FUEL. REQUESTS LEGAL REVIEW | Attorney Client |

# ATTACHMENT 6

DOCUMENTS FROM SUPPLEMENTAL PRIVILEGE LOG
THAT WILL NOT BE RELEASED

| REF | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 86 | HBP0109556 | HBP0109556 | 10/28/1999 | Multiple Email | Kapus, Robert | Bosscawen, Greg; Warner, Christopher; Winn, Valerie | Moulia, Thomas; Weingart, Richard | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN CLIENT AND COUNSEL (C. WARNER) REGARDING GRC ISSUES. PROVIDES REQUESTED INFORMATION IN PREPARATION FOR REGULATORY PROCEEDINGS - GRC | Attorney Client |
| 87 | HBP0109557 | HBP0109557 | 10/28/1999 | Multiple Email | Moulia, Thomas | Kapus, Robert | None | E-MAIL CHAIN REGARDING COUNSEL (C. WARNER) REQUEST FOR INFORMATION ON GRC ISSUES. PREPARED IN PREPARATION FOR REGULATORY PROCEEDINGS - GRC | Attorney Client |
| 88 | HBP0109558 | HBP0109558 | 10/28/1999 | Multiple Email | Weingart, Richard | Bosscawen, Greg; Kapus, Robert | Moulia, Thomas | E-MAIL CHAIN REGARDING COUNSEL (C. WARNER) REQUEST FOR INFORMATION ON GRC ISSUES. PREPARED IN PREPARATION FOR REGULATORY PROCEEDINGS - GRC | Attorney Client |
| 89 | HBP0109561 | HBP0109561 | 7/22/1999 | Multiple Email | Trengove, Ken | Locke, Richard F | Kapus, Robert; Patton, Bruce; Zerbe, Doug; Carden, Harold | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN CLIENT AND COUNSEL (R. LOCKE) REGARDING DCPP SPENT FUEL STORAGE. REQUESTS LEGAL REVIEW AND REFLECTS REVIEW FOR LEGAL SUFFICIENCY | Attorney Client |
| 105 | HBP0112802 | HBP0112802 | 11/8/1995 | Report / Plan | Van Note, Larry | Kapus, Bob | None | MEMORANDUM REGARDING HBPP DECOMMISSIONING FUNDING. REFLECTS LEGAL ADVICE OF COUNSEL (C. BUCHSBAUM) | Attorney - Client |
| 108 | HBP0114000 | HBP0114000 | 1/7/1998 | Report / Plan | Pacific Gas & Electric Company | Kapus, Bob | None | DRAFT DATA RESPONSE PREPARED TO RESPOND TO ORA INTERVENTION. PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL IN ANTICIPATION OF LITIGATION - REGULATORY PROCEEDING (CPUC) | Work Product |
| 109 | HBP0114023 | HBP0114023 | 1/7/1998 | Report / Plan | Pacific Gas & Electric Company | Kapus, Bob | None | DRAFT DATA RESPONSE PREPARED TO RESPOND TO ORA INTERVENTION. PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL IN ANTICIPATION OF LITIGATION - REGULATORY PROCEEDING (CPUC) | Work Produc. |
| 123 | PGE0020427 | PGE0020436 | | Pleading / Court Filing | Shiffer, James D; Norton, Bruce; Ohlbach, Robert; Crane Jr, Philip A; Oglesby, Douglas; Locke, Richard F | None | None | DRAFT AFFIDAVIT OF J. SHIFFER PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL IN PREPARATION FOR LITIGATION INVOLVING INTERVENTION BY SAN LUIS OBISPO MOTHERS FOR PEACE (SLOMP)- REGULATORY PROCEEDINGS | Work Product |
| 130 | PGE0024424 | PGE0024426 | 11/6/1995 | Multiple Email | Mullen, Pat W | Warner, Christopher J; Locke, Richard F | Womack,. Larry | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN CLIENT AND COUNSEL (C. WARNER, R. LOCKE) REGARDING REQUEST FOR LEGAL ADVICE REGARDING TRANSPORTATION OF HIGH LEVEL WASTE | Attorney Client |
| 138 | PGE0025044 | PGE0025044 | 7/28/1998 | Multiple Email | Womack, Lawrence | Melendres-Keller, Patricia | None | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN COUNSEL (R. LOCKE) AND CLIENT PROVIDING UPDATE AND REQUESTING ADVICE REGARDING MATERIALS PREPARED FOR MANAGEMENT COMMITTEE PRESENTATION BEING PREPARED AT THE REQUEST OF COUNSEL | Attorney Client |

# ATTACHMENT 7

DOCUMENTS FROM SUPPLEMENTAL PRIVILEGE LOG
THAT WILL NOT BE RELEASED

| REF | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 654 | PGE0056554 | PGE0056633 | 3/29/1996 | Pleading / Court Filing | Pacific Gas & Electric | Skinner, Stanley T; Glynn Jr, Robert D; Shiffer, James D; High, Thomas W; Rueger, Greg M; Jenkins-Stark, Jack F; Smith, Gordon R; Pfannenstiel, Jackalyne; Worthington, Bruce R; Haywood, Robert J; Womack, Lawrence F; Callaway, Lee; Harvey, Kent M; Kline, Steven L; Macias, E James; Testa, Robert D | Kuga, Roy M; Campbell, Walter L; Comstock, Angela; Kaplan, David E; Bottorff, Thomas E; Fukui, Keith O; Frazier-Hampton, Janice; OFlanagan, Joseph F; Peters, Roger J; Wilson, Michelle L; Edwards, William H; Andrews, Veronica F; Smith, Bruce T; Pruett, Greg S | DRAFT APPLICATION ATTACHED TO LEGAL MEMORANDUM (PGE0056552) FROM COUNSEL (C. WARNER) AND CLIENT TO CLIENT. PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL IN PREPARATION FOR REGULATORY FILING IN GRC PROCEEDINGS BEFORE THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Attorney Client |
| 655 | PGE0056634 | PGE0056656 | 3/25/1996 | Report / Plan | Comstock, Angela M | Kline, Steven L; Womack, Lawrence F; Gavin, Julie C; Warner, Christopher J | Harvey, Kent; Bottorff, Tom; Campbell, Walt; Encinas, Gary; Hapner, Dede; Pruett, Greg | DRAFT DOCUMENT PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL TO RESPOND TO CONTENTIONS RAISED BY INTERVENOR ORA REGARDING GRC PROCEEDINGS BEFORE THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) RELATING TO RESTRUCTURING RATE SETTLEMENT | Work Product |
| 656 | PGE0056657 | PGE0056657 | 3/25/1996 | Memo | Comstock, Angela M | Kline, Steven L; Womack, Lawrence F; Gavin, Julie C; Warner, Christopher J | Harvey, Kent; Bottorff, Tom; Campbell, Walt; Encinas, Gary; Hapner, Dede; Pruett, Greg | MEMORANDUM TRANSMITTING DRAFT DOCUMENTS PREPARED IN ANTICIPATION OF LITIGATION - REGULATORY PROCEEDING, REQUESTS COMMENT AND REVIEW FROM COUNSEL (C. WARNER) REGARDING PROPOSED RESTRUCTURING RATE SETTLEMENT | Attorney Client |
| 661 | PGE0056801 | PGE0056801 | 3/26/1996 | Multiple Email | Worthington, Bruce R; Fukui, Keith O | Warner, Christopher J | None | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN COUNSEL (C. WARNER, B. WORTHINGTON) AND CLIENT REGARDING DRAFT APPLICATION PREPARED IN PREPARATION FOR FILING IN GRC PROCEEDINGS BEFORE THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Attorney Client |
| 662 | PGE0056802 | PGE0056802 | 3/25/1996 | Electronic Mail (Email) | Fukoi, Keith O | Warner, Christopher J | O'Flanagan, Joe | E-MAIL FROM CLIENT TO COUNSEL (C. WARNER) REGARDING DRAFT APPLICATION PREPARED IN PREPARATION FOR FILING IN GRC PROCEEDINGS BEFORE THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Attorney Client |
| 664 | PGE0056814 | PGE0056815 | 3/25/1996 | Electronic Mail (Email) | Peters, Roger J | Warner, Christopher J | Williams, Ray D; Bangert, Charles A | E-MAIL FROM COUNSEL (R. PETERS) TO COUNSEL (C. WARNER) REGARDING LEGAL ANALYSIS OF DRAFT APPLICATION PREPARED IN PREPARATION FOR FILING IN GRC PROCEEDINGS BEFORE THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC) | Attorney Client |
| 665 | PGE0056830 | PGE0056845 | 1/1/1997 | Agreement / Contract | Pacific Gas & Electric | None | None | DRAFT SETTLEMENT AGREEMENT PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL IN ANTICIPATION OF FILING IN GRC PROCEEDINGS BEFORE THE CALIFORNIA PUBLIC UTILITIES COMMISSION | Work Product |
| 677 | PGE0057421 | PGE0057422 | 6/29/1987 | Letter | Golub, Howard V | Smith, Thomas H | Van Note, Larry D | LEGAL MEMORANDUM FROM COUNSEL (H. GOLUB) TO CLIENT REGARDING LEGAL ANALYSIS OF PROPOSALS SUBMITTED TO MANAGEMENT COMMITTEE ON DCPP SPENT POOL RERACKING | Attorney Client |

**CERTIFICATE OF FILING**

I hereby certify that on this 14th day of March, 2006, a copy of the foregoing "DEFENDANT'S REPLY TO PLAINTIFF'S RESPONSE TO MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS IMPROPERLY WITHHELD BY PLAINTIFF ON THE BASIS OF PRIVILEGE, IN COMPLIANCE WITH THE COURT'S ORDER DATED JANUARY 25, 2006" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Scott R. Damelin