# In the United States Court of Federal Claims

No. 04-74C
(into which has been consolidated No. 04-75C)

(E-Filed: March 14, 2006)

| | |
|---|---|
| PACIFIC GAS AND ELECTRIC COMPANY, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

The court has before it PG&E's Motion for Leave to Submit Supplemental Authority in Support of its Motion to Establish Time Frame for Consideration of Future Damages and in Support of its Opposition to the Government's Motion to Strike Portions of Dr. Cornell's Expert Witness Report Related to Future Damages (Motion) filed electronically on February 9, 2006 and defendant's response to plaintiff's Motion filed on February 27, 2006. The court hereby GRANTS plaintiff's Motion.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge