# In the United States Court of Federal Claims

No. 04-74C
(into which has been consolidated No. 04-75C)

(E-Filed: March 15, 2006)

PACIFIC GAS AND ELECTRIC COMPANY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Further to PG&E's Response to the Government's Motion to Compel electronically filed March 9, 2006, and in order to expedite the resolution of discovery disputes in this case, the court ORDERS plaintiff to PRODUCE to defendant Document Nos. 61, 62, 63, 90, 110, 111 and 578.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge