# In the United States Court of Federal Claims

No. 04-74C
(into which has been consolidated No. 04-75C)

(E-Filed: March 16, 2006)

PACIFIC GAS & ELECTRIC COMPANY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

On Wednesday, March 22, 2006 at 11:00 a.m. E.S.T. the court will conduct a hearing on the related motions before the court regarding the establishment of a date through which plaintiff may seek damages in this case.[1] Plaintiff shall begin the proceedings with opening argument of up to thirty minutes, defendant shall respond, and the parties shall have the opportunity for further rebuttal as deemed helpful or appropriate by the court.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge

[1]Specifically, the parties shall address the issues raised in both Defendant's Motion to Strike Portions of the Expert Report of Brad Cornell Related to Future Damages and PG&E's Motion to Establish Time Frame for Consideration of Future Damages.