# In the United States Court of Federal Claims

No. 04-74C
(into which has been consolidated No. 04-75C)

(E-Filed: March 22, 2006)

PACIFIC GAS AND ELECTRIC COMPANY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Before the court is Defendant's Motion for Reconsideration of the Court's Order Dated March 14, 2006 (Motion) filed electronically on March 21, 2006. Pursuant to Rule 59(b) of the Rules of the Court of Federal Claims, plaintiff is requested to file its response to defendant's Motion on or before Monday, April 3, 2006.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge