# In the United States Court of Federal Claims

No. 04-74C
(into which has been consolidated No. 04-75C)

(E-Filed: March 24, 2006)

| | |
|---|---|
| PACIFIC GAS AND ELECTRIC COMPANY, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Further to the parties' scheduling conference with the court held at the conclusion of the hearing on March 22, 2006, the court hereby AMENDS Paragraph 5 of its Scheduling Order of February 18, 2005, to RESCHEDULE certain pretrial activities as follows:

5. Pretrial Filings.

5.1. Memorandum of Contentions of Fact and Law. In accordance with RCFC Appendix A ¶ 14, plaintiff shall file its Memorandum of Contentions of Fact and Law (Memorandum) on or before Friday, April 7, 2006. Defendant shall file its responsive Memorandum on or before Monday, May 1, 2006.

5.2. Witness Lists and Objections to Witnesses. Both parties shall file their witness lists on or before Monday, April 17, 2006. Any objection to a witness shall be made in a motion filed on or before Monday, May 1, 2006. Responses to any motions regarding witnesses shall be filed on or before Monday, May 15, 2006.

5.3. Exhibit Lists and Objections to Exhibits. Both parties shall file their exhibit lists on or before Monday, May 1, 2006. Any objection to an exhibit shall be made in a motion on or before Monday, May 15, 2006.

5.4. Resolution of Objections by Parties and Court. The parties shall meet on or promptly after May 15, 2006 to attempt to resolve objections to witnesses and exhibits. On or before Friday, May 19, 2006, both parties shall provide to the court revised witness lists and exhibit lists with any outstanding objections that remain to be resolved at the pretrial conference described in Paragraph 6 of the court's Scheduling Order of February 18, 2005, to be held at 9:00 a.m. E.D.T. on Monday, May 22, 2006. The pretrial conference will continue on subsequent days until all pretrial business is concluded.

5.5. Objections Not Raised Are Waived. Any objection to a witness or exhibit not made in a motion filed on the appropriate date shall, if the objection is of a type that could reasonably have been identified at the time of such filing, be deemed waived absent a showing of a compelling reason for the failure.

Paragraphs 6 and 7 of the court's Scheduling Order of February 18, 2005, shall continue in full force and effect. The parties are invited to contact the court at any time when it appears that the involvement of the court may assist in securing "the just, speedy, and inexpensive determination of [this] action." RCFC 1.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge