# In the United States Court of Federal Claims

No. 04-74C
(into which has been consolidated No. 04-75C)

(E-Filed: March 28, 2006)

| | |
|---|---|
| PACIFIC GAS AND ELECTRIC COMPANY, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

## ORDER

Before the court is PG&E's Motion for Leave to Submit Supplemental Authority Regarding Time Frame for Consideration of Damages (Pl.'s Mot. or Motion). Plaintiff moves for leave to submit the transcript of a hearing held in this court on March 14, 2006, which it alleges to be "pertinent to two related [m]otions pending before the [c]ourt: PG&E's motion to establish a time frame for consideration of future damages . . . and the government's motion to strike portions of Dr. Cornell's expert witness report . . . ." Pl.'s Mot. at 1. Because briefing on these motions has long been completed and because the court declines to rely on such authorities of a non-precedential nature, plaintiff's Motion is hereby DENIED.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge