IN THE UNITED STATES COURT OF FEDERAL CLAIMS

Filed Electronically on April 3, 2006

| | |
|---|---|
| PACIFIC GAS & ELECTRIC COMPANY,<br>Plaintiff,<br>v.<br>UNITED STATES OF AMERICA,<br>Defendant. | No. 04-0074C, into which has been consolidated No. 04-0075C<br>(Judge Hewitt) |

PG&E'S UNOPPOSED MOTION FOR ENLARGEMENTS OF TIME

Pursuant to RCFC 6 and 6.1, PG&E respectfully moves for a two business-day enlargement of time, through April 5, 2006, within which to file its response to the government's motion for reconsideration of the Court's March 14, 2006 Order regarding the deliberative process privilege. Pursuant to the Court's Order of March 22, 2006, PG&E's response is otherwise due today, April 3, 2006. This is the first enlargement PG&E has requested for this purpose. The government does not oppose this motion.

PG&E needs this additional time in order to have sufficient time to address all of the issues raised in the government's motion. PG&E's counsel have not been able to devote sufficient time to complete PG&E's response to the government's motion, in part, because they are striving to meet the April 7, 2006 deadline to submit PG&E's memorandum of contentions of fact and law; PG&E is also working toward filing its motions *in limine* regarding the government's experts at that time. PG&E also notes that the April 5 deadline it is seeking here would be within the time frame it would have for

its response pursuant to RCFC 7.2(a) if the government's motion were addressed in the ordinary course.

For these reasons, the Court should enlarge PG&E's time for responding to the government's motion for reconsideration of the Court's March 14, 2006 Order through April 5, 2006.

Dated: April 3, 2006

Respectfully submitted,

s/Jerry Stouck

JERRY STOUCK
Greenberg Traurig, LLP
800 Connecticut Avenue, NW, Suite 500
Washington, DC 20006
(202) 331-3173 Phone
(202) 261-4751 Fax
*Counsel for Plaintiff*
Pacific Gas & Electric Company

Of Counsel:
Robert L. Shapiro
Greenberg Traurig, LLP