IN THE UNITED STATES COURT OF FEDERAL CLAIMS

Filed Electronically on April 7, 2006

| | |
|---|---|
| PACIFIC GAS & ELECTRIC COMPANY,<br>Plaintiff,<br>v.<br>UNITED STATES OF AMERICA,<br>Defendant. | No. 04-0074C, into which has been consolidated No. 04-0075C<br>(Judge Hewitt) |

PG&E'S UNOPPOSED MOTION FOR ENLARGEMENTS OF TIME

Pursuant to RCFC 6 and 6.1, PG&E respectfully moves for a one business-day enlargement of time, through April 10, 2006, within which to file its Memorandum of Contentions of Fact and Law. Pursuant to the Court's Scheduling Orders of February 18, 2005, PG&E's Memorandum is otherwise due today, April 7, 2006. This is the first enlargement PG&E has requested for this purpose. The government does not oppose this motion.

PG&E needs this small amount of additional time in order to have sufficient time to finalize its Memorandum in the context of working on many other time-consuming pretrial matters. Although PG&E expected and intended to be able to file its Memorandum today, last minute issues have made that unlikely at best and probably not possible. The additional one business day requested here will assure that PG&E has requisite time to finalize and complete the Memorandum in a manner that will be most helpful to the Court. PG&E is only asking for a one-day enlargement in order to try to adhere as closely as possible to the pretrial schedule set out in the February 18, 2005.

For these reasons, the Court should enlarge PG&E's time for filing its Memorandum of Contentions of Fact and Law through April 10, 2006.

Dated: April 7, 2006

Respectfully submitted,

s/Jerry Stouck

JERRY STOUCK
Greenberg Traurig, LLP
800 Connecticut Avenue, NW, Suite 500
Washington, DC 20006
(202) 331-3173 Phone
(202) 261-4751 Fax
*Counsel for Plaintiff*
Pacific Gas & Electric Company

Of Counsel:
Robert L. Shapiro
Greenberg Traurig, LLP