# In the United States Court of Federal Claims

No. 04-74C
(into which has been consolidated No. 04-75C)

(E-Filed: April 10, 2006)

PACIFIC GAS AND ELECTRIC COMPANY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Before the court is PG&E's Unopposed Motion for Enlargement[] of Time (Motion) filed electronically on April 7, 2006. For the reasons stated therein and because the Motion is unopposed, plaintiff's Motion is hereby GRANTED. Plaintiff shall file its Memorandum of Contentions of Fact and Law on or before Monday, April 10, 2006.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge