# In the United States Court of Federal Claims

No. 04-74C
(into which has been consolidated No. 04-75C)

(E-Filed: April 11, 2006)

PACIFIC GAS AND ELECTRIC COMPANY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

The court hereby ORDERS defendant to direct the court to the Docket No. in which its answer has been filed pursuant to Rule 12 of the Rules of the Court of Federal Claims (RCFC), or, alternatively, to file its answer to the complaint[1] in this case pursuant to RCFC 12 on or before Friday, April 21, 2006.[2] The parties are invited to contact the court at any time when it appears that the involvement of the court may assist in securing "the just, speedy, and inexpensive determination of [this] action." RCFC 1.

[1]Because Case Nos. 04-74C and 04-75C have been consolidated, defendant is entitled to file one answer in Case No. 04-74C.

[2]Defendant's Motion for Summary Judgment Upon Counts II and III of Plaintiff's Complaints, filed electronically on November 11, 2005 pursuant to RCFC 56, serves to delay defendant's obligation to answer Counts II and III of plaintiff's complaint, if at all, until 10 days after notice of the court's action "if the court denies or partially denies or partially allows the motion or postpones its disposition until the trial on the merits . . . ." See RCFC 12(a)(2). However, the court ORDERS defendant to answer Count I of plaintiff's complaint if it has not already done so.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge