IN THE UNITED STATES COURT OF FEDERAL CLAIMS

Filed Electronically on April 17, 2006

| | |
|---|---|
| PACIFIC GAS & ELECTRIC COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No. 04-0074C, into which has been consolidated No. 04-0075C (Judge Hewitt) |

PG&E'S WITNESS LIST PURSUANT TO APPENDIX A, ¶ 15(a)

Pursuant to RCFC Appendix A, ¶ 15(a) and the Court's Order of February 18, 2005, PG&E provides the following list and information concerning witnesses who may be called at trial for case-in-chief or rebuttal purposes:

Witnesses Whom PG&E Expects to Call

1. John W. Bartlett. 1300 Crystal Drive, Arlington, Virginia 22202, (703) 415-4541. Mr. Bartlett, who is a former Director of the Office of Civilian Radioactive Waste Management within the Department of Energy ("DOE"), will testify regarding the objectives and planning for and operation of DOE's commercial spent fuel acceptance and disposition program. He will also testify about his other work on matters related to spent fuel management, including DOE's spent fuel program. Dr. Bartlett may also testify regarding other related matters. One hour of direct examination.

2. Brad Cornell. 1055 East Colorado Boulevard, Pasadena, California 91106, (626) 564-2001. Professor Cornell is an economist who will provide expert testimony on issues related to the damages PG&E has incurred as a result of DOE's partial breach of contract. His

testimony will address opinions set out in his expert report and in any supplemental report he may be asked to prepare, as well as matters addressed at his deposition(s). His testimony may also extend to other related matters. One and a half hours of direct examination.

3. Frank C. Graves. 44 Brattle Street, Cambridge, Massachusetts 02138, (617) 864-7900. Mr. Graves will testify as an expert concerning the pace and schedule on which DOE would have and should have been accepting PG&E's spent nuclear fuel ("SNF") and high-level radioactive waste (together, "spent fuel") under the parties' contract, including when DOE would have removed spent fuel from PG&E's nuclear power plants absent the breach. Mr. Graves' testimony will address opinions described in his expert witness report and his rebuttal expert witness report, as well as matters addressed at his deposition(s). He may also testify on other related matters. Three hours of direct examination.

4. Robert L. Kapus.[1] HBPP (707) 444-0810. Mr. Kapus is a budget coordinator and financial services supervisor at PG&E. He has responsibility for accounting and budgeting associated with spent fuel management and storage projects at both DCPP and HBPP. Mr. Kapus will testify about the costs PG&E has incurred and will incur, as a result of DOE's partial breach of contract, for spent fuel management and storage at both DCPP and HBPP. He will also testify about PG&E's accounting for costs of management and storage of spent fuel at both DCPP and HBPP, and about PG&E's development of cost estimates for spent fuel management and storage at both sites. Mr. Kapus' testimony may also extend to other related matters. His testimony may include hybrid fact-expert testimony. Two hours of direct examination.

[1] This abbreviation is being used to note individuals located at the Humboldt Bay Power Plant ("HBPP"). The address of HBPP is 1000 King Salmon Avenue, Eureka, California 95503.

5. Michael J. Meisner. 2 Beech Drive, Brunswick, Maine 04011, (207) 729-3791. Mr. Meisner will testify regarding the issues raised in his expert witness report, particularly the cost of storing GTCC waste. One hour of direct examination.

6. Loring E. Mills. 132 Eareckson Lane, Stevensville, Maryland 21666, (410) 643-1244. Mr. Mills worked at the Edison Electric Institute, a utility trade association, from 1976 to 1993. Mr. Mills was Vice President of EEI from 1982 to 1993. Mr. Mills will testify concerning the development of the parties' contract. Mr. Mills will testify about the understandings and intentions of the contracting utilities regarding the pace and schedule of spent fuel acceptance. Mr. Mills also may testify about other related matters. Two and a half hours of direct examination.

7. Betty Phillips. PG&E,[2] (415) 972-5338. Ms. Phillips is an accounting manager at PG&E whose responsibilities include creating, maintaining and ensure compliance with PG&E's cost accounting policies. She will testify about PG&E's accounting system, and about accounting policies relevant to, and allocated costs included in, PG&E's damages claim. Ms. Phillips may also testify about other related matters. Her testimony may include hybrid fact-expert testimony. One and a half hours of direct examination.

8. William C. Stock. PG&E (415) 973-9100. Mr. Stock is a director in the regulatory relations department of PG&E. Previously at PG&E he had responsibility for nuclear fuel management matters, and for administration of PG&E's spent fuel contract with DOE. Mr. Stock will testify about PG&E's actions, as a result of DOE's impending default on its spent fuel contract obligations, in considering and investing in potential off-site, privately-developed spent

---

[2] This abbreviation is used to indicate individuals located at PG&E's headquarters. The address of this location is 77 Beale Street, San Francisco, California 94105.

fuel storage facilities. He may also testify about other matters related to spent fuel management by PG&E or administration the DOE contract. One hour of direct examination.

9. L. Jearl Strickland. DCPP[3] (805) 545-6080. Mr. Strickland is the project manager for the dry storage facility that PG&E is building at DCPP. He will testify about PG&E's decision to implement dry storage at HBPP, the design, planning, licensing and construction of the dry storage facility, including fabrication of the dry storage containers, management of the project, and costs incurred by PG&E for these activities as a result of DOE's partial breach of contract. Mr. Strickland also will testify the temporary cask pit racks that PG&E is procuring to assure the availability of sufficient spent fuel storage capacity at DCPP, and about the costs of those racks. He also may testify about other, related matters. Mr. Strickland's testimony may include hybrid fact-expert testimony. One hour of direct examination.

10. Ivan F. Stuart. 500 Ocean Drive, Apt. E, Juno Beach, Florida 33408, (561) 691-4696. Mr. Stuart will testify about spent fuel container systems and technologies. In addition, Mr. Stuart will testify as an expert concerning the technical feasibility of a spent fuel acceptance rate by DOE of 3,000 MTU/yr. with a ramp up beginning in 1998. Mr. Stuart will also explain the advantages of using acceptance campaigns, and the feasibility of implementation swaps of slots, for spent fuel acceptance. He will further explain that no site specific conditions would have prevented DOE from efficiently accepting spent fuel from PG&E. Mr. Stuart may testify to opinions, which are set out in his rebuttal expert report, about the analysis presented by government expert Warren Brewer of spent fuel loading costs that he contends PG&E would have incurred but for DOE's breach. Two hours of direct examination.

---

[3] This abbreviation is being used to note individuals located at the Diablo Canyon Power Plant ("DCPP"). The address of DCPP is P.O. Box 56, Avila Beach, California 93424.

11. Christopher J. Warner. PG&E (415) 973-6695. Mr. Warner is chief counsel for corporate and regulatory in PG&E's law department. He will testify about the development of the Nuclear Waste Policy Act of 1982 and a reasonable schedule for DOE's removal of spent fuel from utilities. Mr. Warner will also testify about PG&E's understanding of DOE's contract obligations and contract breach. One hour of direct examination.

12. Roy B. Willis II. HBPP (707) 444-0731. Mr. Willis is the plant manager at HBPP and has overall responsibility for spent fuel storage at HBPP. Mr. Willis will testify about the activities and costs associated with storage of spent fuel in the HBPP spent fuel pool. He will also testify about PG&E's decision to implement dry storage at HBPP, the design, planning, licensing and construction of the dry storage facility including fabrication of the dry storage containers, management of the project, and costs incurred by PG&E for these activities as a result of DOE's partial breach of contract. Mr. Willis will also testify about PG&E's need to remove its 240-foot high vent stack at HBPP and the additional costs incurred in that project due to the presence of spent fuel in the HBPP spent fuel pool. Mr. Willis also may testify about other, related matters. His testimony may include hybrid fact-expert testimony. Two hours of direct examination.

13. Lawrence F. Womack. P.O. Box 981, Pismo Beach, California 93448, (805) 904-9650. Mr. Womack was vice president of nuclear technical services for PG&E from 1995 to 2004, and since that time has provided consulting services to PG&E on a variety of nuclear-related matters. Mr. Womack will testify about the management decision-making process at PG&E. He will also testify about PG&E's consideration, beginning in the 1990s, of alternative long-term spent fuel storage options, including PG&E's participation in private fuel storage initiatives, and PG&E's ultimate decisions to implement dry storage and build dry storage

facilities at both HBPP and DCPP. Mr. Womack may also testify about other related matters. Three hours of direct examination.

Witnesses whom PG&E May Call If The Need Arises

14. Christopher Groff. DCPP (805) 545-4489. Mr. Groff's may testify regarding the administration of PG&E's spent fuel contract. One hour of direct examination.

15. David G. Huizenga. DOE.[4] PG&E may offer former trial testimony from Mr. Huizenga regarding DOE's plans to accept GTCC waste from nuclear utilities. No actual trial time required.

16. Ronald A. Milner. c/o Longenecker & Associates, 13380 Pantera Road, San Diego, California 92130 (858) 792-6031. PG&E may offer former trial testimony from Mr. Milner regarding DOE's plans and expectations for exchanges amongst utilities of spent fuel acceptance allocations, and related matters pertaining to DOE's objective of an efficient spent fuel acceptance schedule. No actual trial time required.

17. David A. Vosburg. DCPP (805) 545-4622. Mr. Vosburg is the project manager for the temporary cask pit rack project at DCPP. He may testify about the temporary cask pit rack project and its costs. He also may testify about other, related matters. One hour of direct examination.

[4] This abbreviation is being used to note individuals located at the U.S. Department of Energy, 1000 Independence Avenue, S.W., Washington, D.C. 20585, (202) 586-5000.

18. David K. Zabransky. DOE. PG&E may offer former trial testimony from Mr. Zabransky regarding a reasonable rate for DOE's acceptance of spent fuel from utilities and DOE's plans and expectations for exchanges amongst utilities of spent fuel acceptance allocations. No actual trial time required.

Dated: April 17, 2006

Respectfully submitted,

s/ Jerry Stouck

JERRY STOUCK
Greenberg Traurig, LLP
800 Connecticut Avenue, NW
Suite 500
Washington, DC 20006
(202) 331-3173 Phone
(202) 261-4751 Fax
*Counsel for Plaintiff*
Pacific Gas & Electric Company

Of Counsel:
Robert L. Shapiro
Greenberg Traurig, LLP