# APPENDIX

Contract Solutions LLC

February 06, 2006

Sharon Snyder
United States Department of Justice
Commercial Litigation Branch, Civil Division
1100 L Street, NW Room 12068
Washington, DC 20005

Re: PG&E v. United States, Fed. Cl. No. 04-74C/04-75C

Dear Ms. Snyder:

Per your request, Contract Solutions LLC has performed an independent schedule and delay analysis of the development of Spent Nuclear Fuel Dry Storage Systems at PG&E's Diablo Canyon and Humboldt Bay nuclear power plants in California.

The attached report is 28 pages, plus a cover page and table of contents. Exhibits A through C total 4 pages. Attachment 1 contains my curriculum vitae with information responsive to Rule 26(a)(2)(B). I have not authored any publications in the last 10 years. Attachment 2 (Workpapers) contains seven binders containing administrative files, workproduct generated during this engagement, project documentation relied upon for my report, and one CD provided to me following the Eric Lewis (Holtec) deposition on January 27, 2006. These materials were duplicated and sent to DOJ under separate cover.

Our firm is being compensated for the work performed on this engagement based on the time incurred by our personnel at rates ranging from $130 to $184 per hour.

If I can be of any further assistance to you regarding this matter, please do not hesitate to let me know.

Best Regards,

John R. McGrath

Enclosures

783 South Corona St. Denver, CO 80209
Tel: 703/855-6810 Fax: 303/568-9739

**PROTECTED MATERIAL**
**TO BE DISCLOSED ONLY IN ACCORDANCE WITH UNITED STATES COURT OF FEDERAL CLAIMS PROTECTIVE ORDER**

Report of John McGrath
Contract Solutions LLC

# Schedule Analysis

# Implementation of Spent Nuclear Fuel Dry Storage Systems At the Pacific Gas & Electric Diablo Canyon and Humboldt Bay Nuclear Facilities

Pacific Gas and Electric Co.
v.
The United States

Case No. 04-0074C, into which has been consolidated Case No. 04-0075C
(Judge Hewitt)

John McGrath

February 06, 2006

## TABLE OF CONTENTS


**I. Executive Summary** 1

I.A. Scope of Analysis 1

I.B. Project Background 2

I.C. Summary of Opinions 5

**II. Analysis** 8

II.A. As-Planned (Baseline) Schedule 8

II.B. As-Built Schedule and Critical Delays 10

II.B.1. DCPP Review Period 1 (April 1999 to August 2000) – Cask Vendor Authorization 12

II.B.2. DCPP Review Period 2 (September 2000 to June 2001) – Part 72 License Application 13

II.B.3. DCPP Review Period 3 (July 2001 to December 2001) – Part 72 License Submittal 15

II.B.4. DCPP Review Period 4 (January 2002 to March 2004) – Part 72 License Approval 16

II.B.5. DCPP Review Period 5 (April 2004 to September 2005) – Procurement/Fabrication 20

II.B.6. HBPP Review Period 1 (April 1999 to February 2000) – Cask Vendor RFP 22

II.B.7. HBPP Review Period 2 (March 2000 to February 2001) – Vendor Contract/Licensing 23

II.B.8. HBPP Review Period 3 (March 2001 to April 2002) – Vendor Contract/Licensing 25

II.B.9. HBPP Review Period 4 (May 2002 to December 2002) – Vendor Contract/Licensing 26

II.B.10. HBPP Review Period 5 (January 2003 to December 2003) – Part 72 License Submittal 27

II.B.11. HBPP Review Period 6 (January 2004 to November 2005) – Part 72 License Approval 28

**III. Exhibits/Attachments**

Exhibit A – Baseline Schedule

Exhibit B – DCPP critical delays

Exhibit C – HBPP critical delays

Attachment 1 – Curriculum Vitae

Attachment 2 – Contract Solutions LLC Workpapers

# I. Executive Summary

## I.A. Scope of Analysis

John McGrath of Contract Solutions LLC was retained by the United States Department of Justice to perform a schedule/delay analysis of Pacific Gas & Electric's (PG&E's) implementation of dry cask storage for spent nuclear fuel (SNF) at the Diablo Canyon Power Plant (DCPP) and Humboldt Bay Power Plant (HBPP) facilities in California. The scope of our analysis generally encompasses actions and events occurring from the mid-1990s, when PG&E began to consider dry storage options for these facilities, to near-present-day (2005), as the implementation of the dry storage systems at both facilities is still underway.

The scope of this analysis is limited to addressing the overall schedule issues and timing of events related to the pursuit of SNF dry storage systems at DCPP and HBPP. Specifically, I analyze the activities, milestones, and events that occurred from the time the decisions were made to pursue dry storage in the late-1990s through the current status of the project in late 2005. This report contains the professional opinions of John McGrath resulting from that analysis. My professional qualifications are provided in Attachment 1.

PG&E has contracted with Holtec International (Holtec) as the dry cask system vendor at both facilities, and each is still currently actively proceeding with the implementation of their respective dry cask storage systems. Although using different systems and moving on separate timeframes, the projects at DCPP and HBPP have progressed through very similar steps from the decision to pursue dry storage in the late 1990's to their respective level of completeness today.

I have determined that PG&E experienced significant delay in the development of the dry storage systems at both DCPP and HBPP. In 1999, when PG&E committed to pursuing the dry storage system at HBPP, baseline plans envisioned completion of fuel transfer from the spent fuel pool (SFP) to the Independent Spent Fuel Storage Installation (ISFSI) by the end of calendar year 2003, allowing for the completion of early decommissioning prior to its SAFSTOR license expiration. Current plans for HBPP forecast the completion of fuel transfer to the ISFSI by the end of the calendar year 2009, a six-year delay from initial forecasts. Similarly, baseline plans for DCPP envisioned the commencement of fuel transfer to the ISFSI in early 2005, safely prior to the date that its spent fuel pools were anticipated to lose the capacity for full-core offload reserve in 2006/2007. Current plans for DCPP forecast the initiation of the first fuel transfer to dry storage in 2007, a two-year delay, despite enjoying priority over HBPP for the commitment of resources to the project and definitive funding advantages. Further, delays in the DCPP dry storage process have forced PG&E to initiate a parallel project to install a high-density temporary rack into the Cask Loading Pit (CLP) of each spent fuel pool as an "insurance policy" against the delays to the dry storage project to ensure the preservation of full core offload capability (FCOC).

This report presents our analysis of the activities and events related to PG&E's development of dry storage at these two facilities. I have determined the actual critical path of work, calculated delays incurred to critical milestones, and attributed the delays to various root causes.

Data Considered

Our analysis included a thorough review of various project records and court documents, generally encompassing the 1994 through 2005 timeframe. The majority of contemporaneous records were obtained from the optically scanned, searchable database of more than 33,000 documents produced by PG&E. I also reviewed public records including the NRC website, and the related links and files contained therein. Court documents and types of project records reviewed are listed below. The actual project records relied upon for my opinions in this report, and any workproduct produced in forming my opinions are contained in Attachment 2 – Workpapers.

- Amended Complaints
- Deposition Testimony
  - Lloyd Cluff, (15Nov05), Robert Kapus (28-29Sep05), Eric Lewis (27Jan06), Bruce Patton (30Sep05), Lawrence Pulley (27Jul05), Gregory Rueger (23Aug05), Jearl Strickland Jr. (18Aug05), David Vosburg (18Oct05), Roy Willis (24-25Aug05), Larry Womack (12-13Sep05)
- Expert Reports
  - Brad Cornell (10Nov05), Frank C. Graves (10Nov05), Roderick W. Knight (10Nov05), Ivan F. Stuart (10Nov05)
- PG&E Contemporaneous Records
  - Correspondence (letters, memoranda, email)
  - Meeting Minutes, Notes
  - Status Reports, Forecasts, Assumptions
  - Presentation Materials
  - Schedules and Updates
  - Job Cost Estimates – Projections/Actuals
  - Contract Work Authorizations
  - Vendor/Subcontractor Invoice Data
- NRC/DOE Contemporaneous Records
  - Correspondence
  - Requests for Additional Information (RAIs)
  - Safety Evaluation Reports
  - Licensing Decisions, Press Releases, Website Content
- California Public Utilities Commission Records/Decisions/Orders
- State and Local Government Records
  - Intervenor Appeals/Contentions
  - Depositions, Interrogatories, Testimony
  - Articles
- Holtec Data Received at Eric Lewis Deposition (27Jan06)

## I.B. Project Background

PG&E's Humboldt Bay Power Plant (HBPP) consists of fossil generating units and one nuclear unit, Unit 3, and is located on the northern California coast approximately three miles South of Eureka, CA. Unit 3 is a General Electric 65mW boiling water reactor that began commercial operation in 1963 and operated until shutdown in 1976 for refueling and seismic modifications. In 1983, PG&E decided to pursue decommissioning, and in 1988 the unit officially entered SAFSTOR with a Nuclear Regulatory Commission (NRC) possession-only license under 10 CFR Part 50 that expires in 2015. Unit 3 contains 390 spent fuel assemblies in the spent fuel

pool.[1] PG&E is currently developing an on-site vaulted ISFSI and intends to use Holtec's HI-STAR system to transfer its spent fuel from the pool into dry storage. Development of this system is currently underway.

PG&E's Diablo Canyon Power Plant (DCPP) facility consists of two (Unit 1 and Unit 2) currently operating Westinghouse 1100mW pressurized water reactors, located approximately 12 miles southwest of San Luis Obispo on the central California coast. Unit 1 began operation in 1985 and its current license expires in 2021. Unit 2 began operation in 1986 and its current license expires in 2025. The reactor core of each unit holds 193 fuel assemblies. Following a re-racking in 1986, the spent fuel pools for each unit currently have a capacity for 1324 fuel assemblies, with 193 empty storage cells reserved in each pool to maintain FCOC. PG&E Plans to operate both units until the end of their respective license periods, but anticipates loss of FCOC in May 2007 for Unit 1 and February 2008 for Unit 2.[2] PG&E intends to periodically offload and store spent fuel assemblies in an on-site ISFSI using Holtec's HI-STORM dry cask storage system.[3] Development of this system is also currently underway.

<u>Critical Path Activities and Milestones</u>

In the late 1990s, PG&E began to actively work towards implementation of dry storage at both the DCPP and HBPP facilities. In 2006, this work continues. The development of dry storage systems at each plant encompasses a schedule of critical path (or critical) activities governed by major milestones, in both a planned and actual sense. Critical activities are those that have ultimately determined the total duration of the project and progress accomplished to date. For example, the development of the Part 72 license application was a critical activity for the dry storage projects at both plants, due to this activity's complexity, duration, required resources, and the fact that PG&E determined not to proceed with subsequent activities until its completion. PG&E planned and has executed the development of dry storage incrementally, performing a distinct phase of work before proceeding with follow-on activities.

The first phase of critical work was the preparation and submittal of the necessary NRC license application - the site-specific license under 10 CFR 72. While dry storage also required a Part 50 license amendment, the Part 72 license was critical to PG&E's schedules. Development of the license applications was dependent upon vendor input regarding both the basic design and function of the cask and canister system, preliminary ISFSI facility design data, and ISFSI site selection and associated geotechnical data.[4] Due to these dependencies, critical sub-elements of this phase of work were the selection of and ISFSI site, and solicitation and selection of the ISFSI contractor and cask vendor.

The next phase was the review and approval of the license application by the NRC, which again was accomplished with input from PG&E and vendors in responding to NRC questions and comments. Because of the location of the ISFSI sites, PG&E also was required to submit for approval a Coastal Development Permit (CDP) with the county of San Luis Obispo and the California Coastal Commission (CCC). During this phase, PG&E assisted in the preparation,

---

1 <u>See e.g.</u>, ISFSI Licensing Project Status Meeting, 14Apr99, PHBP0011728-1760.

2 Executive Authorization Memorandum, Spent Fuel Pool Expansion, 05Feb03, PDCP0009119-9124.

3 <u>See e.g.</u>, Information Sheet, 10Jul98, PPGE0020794-5; Holtec Contract 3100813919, executed 11Jul01, PPGE0004954-5358.

4 <u>See e.g.</u>, Work Guideline, part 72 Licensing of Diablo Canyon and Humboldt Bay ISFSIs Rev. 2, Sep00, PDCP0042003-34.

review and approval of the CDP, including managing and resolving appeals and contentions from intervenor groups.

Finally, following completion of licensing and permitting, PG&E released its vendors to proceed with final ISFSI design and construction, as well as procurement and fabrication of the cask/canister system components and associated auxiliary equipment. In March 2004, PG&E received its Part 72 license and Holtec began to finalize design and begin procurement of the HI-STORM casks, canisters, and auxiliary equipment for the dry storage system at Diablo Canyon. This process is now underway. In November 2005, PG&E received its Part 72 license for the Humboldt Bay ISFSI.

The table below lists the major activities and milestones for dry storage development at both sites. Critical activities, those that dictated the actual duration of the projects to date are noted as such in the description column.

| Activity/Milestone | Description |
|---|---|
| Selection of Cask Vendor (Holtec) | Necessary for preparation of Part 72 and Part 50 license applications since the applications depend in part on the design of the particular dry storage system. Also necessary for design, procurement, fabrication, and delivery of the storage system components and auxiliary equipment for fuel transfer and storage. **Critical Activity.** |
| ISFSI Design/Construction | Preliminary design necessary to complete license applications. ISFSI construction necessary to perform fuel transfer and storage. |
| Part 72 License Application | Title 10, Code of Federal Regulations, Part 72. Site-Specific. Required prior to fuel transfer and operation of an ISFSI. **Critical Activity.** |
| Safety Analysis Report (SAR) | First of two primary Part 72 license application sections. Contains many technical sub-elements/chapters, including accident analysis and geology and seismology. **Critical Activity.** |
| Environmental Report (ER) | Second of two primary Part 72 license application sections. |
| Part 50 License Amendment Request | Title 10, CFR, Part 50. Amends current PG&E license to authorize handling and loading of casks/canisters in PG&E facilities. Required prior to fuel transfer and operation of an ISFSI. Requires modifications to plant structures and systems to accommodate and use Holtec equipment. |
| Part 71/72 Certificates of Compliance (CoC) | Holtec scope of work to certify its design for use as a storage and/or transportation system. Includes license amendments for high seismic designs of the HI-STAR, HI-STORM, and HI-TRAC systems. |
| Coastal Development Permit (CDP) | Necessary for development of the ISFSI on the coastal California areas where the facilities are located. Involves development and approval of an Environmental Impact Report (EIR). |
| Geologic/Seismic Analyses | Certain analyses necessary for: ISFSI site selection and characterization, Cask vendor RFP, inputs to license application sections, inputs to final designs of cask system, ISFSI, and ISFSI components. A Seismic Hazards Analysis (SHA) was performed specifically for the HBPP ISFSI site. **Critical Activity at times.** |

## I.C. Summary of Opinions

Opinions 1 through 4 regarding delay to the dry storage projects relate to both the Diablo Canyon and Humboldt Bay facilities. Opinions 5 through 12 relate only to DCPP. Opinions 13-17 relate only to HBPP.

1. In early 1999, PG&E committed initial funding and resources to pursue on-site dry cask storage for its spent nuclear fuel at Diablo Canyon Units 1 and 2 and Humboldt Bay Unit 3.

2. PG&E decided to fund and prosecute the work incrementally and serially, performing work in discrete phases to conclusion prior to proceeding with subsequent work.

3. The overall dry storage project schedules contained "off-ramps" at decision points, allowing PG&E to either cease work on the projects, or continue pursuing the dry storage option.

4. Through 2005, PG&E has not exercised the off-ramp options, and continues to develop dry cask storage systems at Diablo Canyon and Humboldt Bay.

<u>Diablo Canyon</u>

5. The DCPP dry storage project began in earnest in late 1998/early 1999 with the commitment of funding and resources to perform initial cask system and ISFSI development activities. These activities included the selection of an ISFSI site, source selection and contracting with qualified cask system and ISFSI vendors, and the development and submittal of a site-specific Part 72 license application and a Part 50 license amendment to the NRC.

6. The development and submittal of the Part 72 license application was critical to the duration of the project, and was initially scheduled to complete in December 1999.

7. The actual Part 72 license application was not submitted until December 2001, resulting in a **24-month delay** to the DCPP dry storage project.

8. Baseline schedules allocated two years for NRC review and comment on the Part 72 license submittal.

9. The NRC approved and issued the PG&E Part 72 site-specific license for DCPP in March 2004, resulting in an additional **three-month delay** to the DCPP dry storage project.

10. Due to delays in the dry storage project schedule, PG&E initiated a project to provide additional storage capacity via temporary racks in the spent fuel pool cask loading pit areas.

11. Following license approval and through September 2005, DCPP has not incurred delay, although schedules from mid-2005 to early-2006 *forecast* a delay to plant modification activities.

12. The 27 months of delay to Diablo Canyon dry storage project can be segregated into discrete periods of time, with causation attributed according to the following table:

| DCPP Time Period | Delay | Causation |
|---|---|---|
| 1. April 1999 to August 2000 | 13 months | • Extended RFP Preparation<br>• Delay in Selection of Cask Vendor |
| 2. Sept 2000 to June 2001 | 5 months | • Revised Geosciences seismic input<br>• Additional geotechnical data supplementing SAR section 2.6 (core drilling/critical calculations) |
| 3. July 2001 to Dec 2001 | 6 months | • Rework associated with Geosciences QA non-compliance<br>• ISFSI/Cask seismic design changes impacted by Geosciences rework |
| 4. Jan 2002 to Mar 2004 | 3 months | • Multiple and extended supplemental information responses by PG&E |
| 5. Apr 2004 to Sep 2005 | No delay | • On Schedule For Cask Fabrication<br>• Potential Plant Modification Delays |

<u>HBPP</u>

13. The HBPP dry storage project began in earnest in late 1998/early 1999 with the commitment of funding and resources to perform initial cask system and ISFSI development activities. These activities included the selection of an ISFSI site, source selection and contracting with qualified cask system and ISFSI design vendors, and the development and submittal of a site-specific Part 72 license application and a Part 50 license amendment to the NRC.

14. The development and submittal of the Part 72 license application was critical to the duration of the project, and was initially scheduled to complete in December 1999.

15. The actual Part 72 license application was not submitted until December 2003, resulting in a **48-month delay** to the HBPP dry storage project.

16. Following the license submittal, no net delay was incurred to the HBPP dry storage project. **One-month of recovery** to the overall schedule was realized since the license approval process was completed in 23 months, compared to a planned duration of 24 months.

17. The 47 months of delay to the HBPP dry storage project can be segregated into discrete periods of time, with causation attributed according to the following table:

| HBPP Time Period | Delay | Causation |
|---|---|---|
| 1. April 1999 to Feb 2000 | 10 months | • Delay in ALJ Decision<br>• Separation of RFP Processing<br>• Extended Site Selection/RFP Preparation |
| 2. March 2000 to Feb 2001 | 11 months | • Extended Source selection/Holtec Contract Negotiations<br>• DCPP Resource Priority<br>• Extended Seismic Hazard Analysis (Geosciences/Geomatrix) |
| 3. March 2001 to April 2002 | 14 months | • Holds for completion of DCPP license submittals (DCPP Resource Priority)<br>• Holds for CPUC funding<br>• Extended Holtec Contract Neg. |
| 4. May 2002 to Dec 2002 | 7 months | • Completion of Seismic Haz. Anal.<br>• Extended Holtec Contract Neg. |
| 5. Jan 2003 to Dec 2003 | 6 months | • Extended completion of Part 72 license application (Hazard/Accident and fuel condition analyses) |
| 6. Jan 2004 to Nov 2005 | (1 month) | • Recovery of 1 month |

## II. Analysis

### II.A. As-Planned (Baseline) Schedule

Although difficult to establish a true baseline schedule for a project with no firm contractual structure, I have determined that the schedules produced on or about April 1999 are a reasonable benchmark for measuring progress and delay in the implementation of dry storage at HBPP and DCPP. The baseline schedule is based on schedules developed for both DCPP and HBPP at the time that the decisions were made to allocate monies and resources to the dry storage projects at each facility, and at the time when activity began and continued essentially uninterrupted to present day. Further, PG&E presented these schedules to the NRC in April 1999 as part of a meeting to discuss PG&E's plans for dry storage development. These schedules are appropriately characterized as a schedule baseline for several reasons, as discussed below.

In June 1997, PG&E requested authorization from the California Public Utilities Commission (CPUC) to fund three partial decommissioning projects at HBPP. This request was approved in December 1997 and these projects were completed by 1999.[5] In early 1998, the recommendation was made to the Board of Directors to begin full decommissioning of Unit 3 in advance of the current schedule, which planned for decommissioning in 2015. PG&E updated its CPUC application in March 1998 to include a $7 million disbursement from the Humboldt decommissioning trust fund to begin the process of obtaining a license from the NRC as a first step toward implementation of dry storage for HBPP's spent fuel. In April 1999, PG&E informed the NRC of its intentions to pursue dry storage and opened a Job Estimate Request for authorization to expend monies for the project at HBPP in advance of the CPUC General Rate Case decision.[6]

During 1998, PG&E was forecasting the loss of FCOC for DCPP in 2006, and began to investigate additional storage options for its spent fuel.[7] In addition to potential private off-site storage, two main options for additional on-site fuel storage were considered – dry cask storage at an on-site ISFSI, or wet re-racking of the existing pools. In March 1999, the PG&E management committee authorized initial funding for the pursuit of dry storage as the preferred alternative.[8]

Thus, in April 1999, both Humboldt Bay and Diablo Canyon had authorized and funded initial dry storage project activities, which included the solicitation and selection of a cask system vendor and the development and submittal of the necessary license applications to the NRC for review. In April 1999, PG&E met with the NRC and presented its schedules for implementing

---

[5] Advice Letter 2095-E, 28Mar01, PPGE0057446-62; See e.g., Email 02Oct97, PHBP0060153-4; Environmental Rad. Survey Rpt, Apr98, PHBP0070900-0910; Matrix ltr. 23Sep98, PHBP0022051-55; Altran letter 28Oct98, PHBP0017234; Comm. Advisory Board, 09Dec98, PHBP0022108-12; Site characterization 01Dec99, PHBP0012396.

[6] See e.g., Post-Shutdown Decommissioning Activities Report – HBPP Unit 3, 06Nov97, PHBP0060135-0151; HBPP Decommissioning Project Submitted to the Boards of Directors for Approval, 21Jan98, PHBP0021046-1051; Office of Ratepayer Advocates (ORA) Results of Operations Report for PG&E General Rate Case 1999, Jun98, PHBP0083325-3361; Mtg. Minutes PG&E/NRC, 22Apr99, PHBP0009102-9103, PHBP0008983-8996; Humboldt Bay ISFSI Licensing and Design Project Charter, 28Apr99, PPGE0036253, PHBP0007303-7322; Willis deposition 24-25Aug05 at 224-230.

[7] See e.g., Q&A Related to On-Site Spent Fuel Storage at Diablo Canyon, 05Feb98, PDCP0017796-7801; High Level Waste Project Overview, 03Apr98, PDCP0004641; High Level Waste Summary Schedule, 12May98, PHBP0028241-8242.

[8] Licensing On-Site Dry Storage for Spent Nuclear Fuel at Diablo Canyon, 23Mar99, PDCP0017898-7913; Patton deposition 30Sep05 at 86, 99.

the dry storage projects at both facilities. At this time, both plants anticipated executing the licensing phase of the projects in parallel, with HBPP and DCPP submitting completed license applications to the NRC for review on December 31, 1999. HBPP, however, was scheduled to complete its dry storage system ahead of DCPP, and complete the offload of fuel from its spent fuel pool by the end of 2003. DCPP was scheduled to complete its first fuel transfer campaign in mid-2005.[9]

For HBPP, the schedules developed at this time provide a valid baseline because they were presented to the NRC and are consistent with several detailed project schedules developed, updated and generated by PG&E from May 1998 through April 1999.[10] The milestones and delivery dates in these schedules are also consistent with the schedule requirements stipulated in the HBPP contract with Holtec for supply of the dry storage system components.[11] Further, these planned schedules were developed just prior to the approval of funding allocations and the start of meaningful work, and were coincident with the April 1999 creation of both the HBPP ISFSI Project Charter and the Job Estimate for HBPP ISFSI licensing.[12]

For DCPP, the schedules developed at this time provide a valid baseline because they were presented to the NRC and were based on detailed project schedules generated from May 1998 to April 1999. These plans followed the PG&E Management Committee meeting in March 1999 at which approval and funding were authorized for the initial design and licensing phases of the DCPP ISFSI project, just prior to the start of continuous work.[13] The milestones and delivery dates in these schedules are also consistent with the schedule requirements stipulated in the DCPP contract with Holtec for supply of the dry storage system components.[14]

PG&E's planned schedules anticipated a phased approach to dry storage development, commencing with the selection and contract with the cask vendor, development of the required licensing applications and permits, and continuing through review and approval of the licenses by the NRC and the appropriate state and local governing organizations overseeing the permitting process for the construction of the ISFSI. Having obtained the required licenses, PG&E would then decide whether to continue with the final ISFSI design, final cask system design and fabrication, the construction of the ISFSI and the loading and transfer of SNF into casks. Final phases contemplate the ongoing operation and maintenance of the ISFSIs and the periodic cask loading activities at DCPP.

---

[9] PG&E Meeting with the NRC, 22Apr99, PHBP0011701-1727; PG&E Dry Cask Storage Overview Schedule Rev. C, 12Feb99, PPGE0006491; HBPP ISFSI Licensing and Design Project Charter, 28Apr99, PHBP0007302-22; Willis deposition 24-25Aug05 at 228; Patton deposition 30Sep05 at 162-164.

[10] See e.g., Dry Cask Storage Overview Schedules dated 12Feb99, 14Sep98, 30Jul98, PPGE0006491, PHBP0028749-52, PDCP0004631-38; Summary schedule developed on 08May98, PHBP0028240-42; HBPP ISFSI Project Charter 14Apr99, PHBP0007303-22; ISFSI Licensing Project Status Mtg., 14Apr99, PHBP0007504-17; PG&E Meeting with the NRC dated 22Apr99, PHBP0011701-1727, PHBP0008983-96.

[11] Contract No. 3500120394, 06Jan03, PPGE0005484-5708.

[12] Willis memo dated 27Apr99, PDCP0004687-88; Job Estimate dated 27Apr99, PHBP0005681-83; HBPP ISFSI Licensing and Design Project Charter dated 28Apr99, PHBP0007302-7322; Pulley deposition 27Jul05 at 18-19.

[13] Patton deposition 30Sep05 at 86, 99, 187.

[14] Contract No. 3100813919, 19Jul01, PPGE0004954-5358; Lewis Deposition 27Jan06 at 137-146, 184-186.

Major milestones indicated on the baseline schedule are summarized in the chart listed below:

| Milestone | Baseline Plan Date | |
|---|---|---|
| | Humboldt Bay | Diablo Canyon |
| Cask Vendor Selected | June 1999 | July 1999 |
| 10 CFR Part 72 License Application Submitted | December 1999 | December 1999 |
| 10 CFR Part 72 License Granted | December 2001 | December 2001 |
| Cask Fabrication Started | January 2002 | July 2003 |
| ISFSI Construction Started | January 2003 | January 2004 |
| ISFSI Construction Completed | Mid-2003 | December 2004 |
| Fuel Transfer Started | Mid-2003 | April 2005 |
| Fuel Transfer Completed | December 2003 | July 2005 |

<u>See</u> **Exhibit A** for an illustration of the baseline schedule.

## II.B. As-Built Schedule and Critical Delays

The baseline plans anticipated completion of HBPP fuel offload to the ISFSI by the end of 2003 and by mid-2005 for the first DCPP transfer. The actual prosecution of work at both facilities was significantly delayed, however, and by the end of 2005 HBPP had just received its Part 72 license and DCPP was starting construction of the ISFSI facility, procuring long lead cask system material, and had initiated fabrication activities.

DCPP, which to date has progressed incrementally farther than HBPP, experienced a two-year delay in the critical activity of submitting the Part 72 license application to the NRC for review. DCPP received the license in March 2004, and released Holtec to fabricate and deliver the system components in November 2004. By the end of 2005, DCPP had just signed the contract with the heavy construction contractor to build the ISFSI and had initiated fabrication of the cask system.[15] Current forecasts anticipate the first round of fuel transferred to dry storage in 2007, mirroring the initial two-year delay to the license submittal.[16]

HBPP, which was hindered by incremental funding and a lack of resources due to the priority of the DCPP dry storage project, has achieved progress only through the completion of the first phases of work - submittal and receipt of licenses and permits required to implement dry storage of SNF. By the end of 2005 HBPP had just received NRC approval of its Part 72 and Part 50 License applications, and is still awaiting other necessary licenses and permits such as the California Coastal Development Permit. Current forecasts anticipate fuel transfer to dry storage by year-end 2009, a six-year delay to the original baseline schedule.[17]

---

[15] Patton deposition 30Sep05 at 41.

[16] Strickland deposition 18Aug05 at 52.

[17] HBPP3 Decommissioning Timeline, 14May03, PHBP0029273-74; HB ISFSI and Decom Timeline for PNAC, 12May04, PHBP0005747-48; Willis deposition 24-25Aug05 at 88, 228; Kapus deposition 28-29Sep05 at 113.

A comparison of significant as-built milestone dates to planned dates for the DCPP project are listed in the table below:

| Milestone | Diablo Canyon Dry Storage[18] | |
|---|---|---|
| | Planned Date | Actual Date |
| Cask Vendor Selected | July 1999 | June 2000 |
| Cask Vendor Contract | July 1999 | Aug 2000/July 2001[19] |
| 10 CFR Part 72 License Application Submitted | December 1999 | December 2001 |
| 10 CFR Part 50 License Amendment Submitted | | April 2002 |
| Coastal Development Permit Application Submitted | | November 2001 |
| 10 CFR Part 72 License Granted | December 2001 | March 2004 |
| 10 CFR Part 50 LAR Granted | | September 2003 |
| Coastal Development Permit Granted | | January 2005 |
| Cask Fabrication Started | July 2003 | September 2005 |
| ISFSI Construction Started | January 2004 | September 2005 |

A comparison of significant as-built milestone dates to planned dates for the HBPP project are listed in the table below:

| Milestone | Humboldt Bay Dry Storage[20] | |
|---|---|---|
| | Planned Date | Actual Date |
| Cask Vendor Selected | June 1999 | July 2000 |
| Cask Vendor Contract | June 1999 | January 2003 |
| 10 CFR Part 72 License Application Submitted | December 1999 | December 2003 |
| 10 CFR Part 50 License Amendment Submitted | | July 2004 |
| Coastal Development Permit Application Submitted | | January 2005 |
| 10 CFR Part 72 License Granted | December 2001 | November 2005 |
| 10 CFR Part 50 LAR Granted | | December 2005 |

As-Built Critical Path

The project's actual critical path was clearly controlled by the prosecution of the work required to develop and submit the Part 72 license applications for HBPP and DCPP, and the subsequent approval process following submittal. PG&E chose to pursue these activities to completion

[18] Project Status Report-Oct03, dated 07Nov03, PDCP0017865-66; Humboldt Bay ISFSI and Decom Timelines for PNAC 12May04, PHBP0005747-48; DCPP Used Fuel Storage Project Dec04, PDCP0026697; Strickland deposition 18Aug05 at 51, 89; Patton deposition 30Sep05 at 41, 191-192.

[19] Holtec received a Letter of Authorization to start work in August 2000. The contract was not executed until July 2001.

[20] Project Status Report-Oct03, dated 07Nov03, PDCP0017865-66; Humboldt Bay ISFSI and Decom Timelines for PNAC 12May04, PHBP0005747-48; PG&E Letter 09Jul04, PHBP0005376-77; DCPP Used Fuel Storage Project Dec04, PDCP0026697; PG&E ltr to CCC, PHBP0005166-67; NRC 10 CFR 72 SER Docket 72-27 dated 18Nov05 (No bates, NRC website – ADAMS); NRC letter 15Dec05 re: Docket 50-133, Amendment No. 37 to DPR-7, No Bates, NRC website – ADAMS).

before releasing Holtec to complete design, fabrication and delivery of the dry storage system. The progress achieved along this path dictated the actual duration of the project to March 2004 for DCPP and through 2005 for HBPP. As a result of receiving its NRC Part 72 license in March 2004, DCPP is now proceeding with the critical activities of actual ISFSI construction, plant modifications, and the final design, fabrication, and delivery of the HI-STORM cask system and auxiliary equipment necessary to move the fuel to dry storage. HBPP is advancing along the same path, but did not receive its Part 72 license until November 2005.

This report tracks the as-built critical path of the project from 1999 through 2005, with transition points tied to major milestones in the actual project schedule. The issues and delays related to critical activities are categorized and discussed in the time periods in which they occurred.

See **Exhibit B** for Diablo Canyon critical delay illustrations and see **Exhibit C** for Humboldt Bay critical delay illustrations.

### *II.B.1. DCPP Review Period 1 (April 1999 to August 2000) – Cask Vendor Authorization*

The first major critical milestone in the DCPP dry storage project schedule was the submittal of the application for licensing under Part 72 to the NRC. The Part 72 license package primarily required the delivery of an Environmental Report (ER) and a Safety Analysis Report (SAR). Preparation of the SAR required the development of design elements associated with the selected vendor's casks, canisters and auxiliary dry storage equipment, as well as the location and design of the ISFSI facility. Thus, placing cask system and ISFSI design vendor contracts were essential to developing the SAR.[21] Specific predecessor activities to this task included the development of the Request for Proposal (RFP) for the Cask System and vendor source selection. DCPP baseline schedules anticipated contract award to the cask vendor in July 1999. Although DCPP did not contract with cask vendor Holtec until July 2001, a letter of authorization was issued for Holtec to start work in August 2000, meeting the requirements of the schedule. 13 months of critical delay was incurred during this period.

Causation

1. **8 months** of delay are attributed to the extended RFP development activity.

2. **5 months** of delay are attributed to the late source selection and authorization of the cask vendor Holtec.

Discussion

Following Management Committee approval in April 1999, an ISFSI team was formed of various technical contractors and PG&E's internal Geosciences department in order to prepare both the Part 50 amendment addressing changes in possession and operating practices at DCPP and the Part 72 site specific license application addressing safety, technical and environmental aspects involved with the storage of SNF. Key components of the Part 72 application included an ER focusing on the environmental suitability of the ISFSI, and the SAR, which incorporated

[21] See e.g., Patton email 08May98, PPGE0061959.

information concerning cask system design, facility location, facility design, and geotechnical data to substantiate the technical and safety suitability of the dry storage plan.

The preliminary geophysical work, site exploration and initial drilling conducted in the borrow area site during 1998 allowed DCPP to start developing high-level dry cask storage system concepts using a preferred site by April 1999, but without a preferred cask system and vendor under contract, meaningful progress on the SAR did not proceed. In April 1999, RFP and source selection plans were initiated.[22] This task involved gathering and defining the technical, geophysical, and environmental requirements particular to DCPP so that prospective bidders could offer a cask system which could support all aspects of DCPP fuel storage. PG&E's initial schedules anticipated contracting with a cask system vendor by July 1999. In August 1999, a project status report indicated that 80% of the first draft documents required for the RFP were completed and under internal review.[23] Through November 1999, DCPP continued to work on RFP and cask specification development, but was still several months from releasing the vendor RFP, and reported to the NRC that vendor selection was expected in early-to-mid 2000.[24] DCPP released the cask vendor RFP in February 2000, a <u>critical delay of eight months</u> from original plans.[25]

Cask vendor bids were received in May 2000, and evaluations commenced to determine the appropriate cask system and successful bidder. In August 2000, PG&E sent a letter of authorization to Holtec as the preferred bidder to "provide a licensed spent fuel storage system for DCPP."[26] Although contract negotiations were still in progress at this point, Holtec was granted authorization to begin work to support the completion of the DCPP Part 72 license application.[27] This letter of authorization noted that Holtec's work in supporting the license application was "critical" and requested that their work product in support of Part 72 be completed "no later than February 28, 2001."[28] Selection of a cask system and tentative contract authorization were thus established in August 2000, an <u>additional five-month critical delay</u> from the DCPP baseline schedule.

### *II.B.2. DCPP Review Period 2 (September 2000 to June 2001) – Part 72 License Application*

Critical activities following the selection of the cask system vendor were the development of the primary SAR and ER components of the license application. By June 2001 DCPP had made progress toward substantial completion of the Part 72 license application, but was delayed by additional geotechnical analyses required, resulting in <u>five months of additional critical delay</u> to the dry storage project.

---

22 Draft Source Selection Plan, 27Apr99, PHBP0064854-878.

23 Project Status Report: Dry Cask Storage – HBPP & DCPP, Aug99, PHBP0033501.

24 Bruce Norton Invoice/Timesheets 01Sep99-30Nov99, dated 01Dec99, PHBP0031768-72; NRC/PG&E Communications Mtg. 10Nov99, PHBP0009108-9121.

25 PG&E Letter 08Feb00, PDCP0003216-7.

26 Patton deposition 30Sep05 at 40.

27 Lewis Deposition 27Jan06 at 126-27.

28 PG&E Letter of Authorization, 31Aug00, PPGE0053771-72.

Causation

1. **5 months** of delay are attributed to revised seismic analyses related to development of the SAR and additional geotechnical work required for SAR section 2.6.

Discussion

Following award of the Holtec contract, the DCPP baseline schedule forecasted a duration of five months for the release of the Part 72 site specific license application. The effort to complete and release the Part 72 license application was delayed following Holtec's letter of authorization.

With a cask system and vendor in place, DCPP's focus turned toward completion of the Part 72 license application, and specifically the SAR. In November 2000, PG&E chose Enercon to provide the ISFSI design.[29] At this point, several vendors in addition to Holtec were on contract and providing input to both the Part 72 SAR/ER and the Part 50 license amendment: Enova was contracted to provide additional civil, structural and seismic evaluations of the cask system, Altran continued its seismic and criticality assignments, and Geomatrix was assigned to expand ISFSI site selection studies with advanced analyses on geophysical stability.

PG&E's Geosciences department provided geotechnical input to both the SAR and ER, with primary responsibility for SAR section 2.6 – Geology and Seismology. In late 2000, PG&E was performing seismic reviews, time line histories, cask drop analyses, impact calculations, ISFSI stability analyses, and specialized studies on the fuel handling building. This work required considerable coordination with aspects of Holtec's cask system providing input to the ISFSI design, with Geoscience's seismic histories influencing both the cask system and the ISFSI designs. For example, during this time, Holtec re-ran the cask drop analysis and provided the results to DCPP and Enova for use in completing the analysis associated with the impact on the cask washdown slab. Similarly, Geoscience's "final time histories" were provided to Holtec so that cask anchorage loads could be determined, which in turn would help complete its cask system designs. These interdependent activities created incremental progress within the various sections of the SAR, prohibiting completion of one section until results from analysis in another section were final. By January 2001, final drafts of the 99 SAR sections had only reached 26% complete (vs. a plan of 58%), with many areas "missing a specific piece of information."[30]

From January to June 2001, PG&E worked to complete the Part 72 license submittal and activities related to the completion of Geoscience's primary section of the SAR (section 2.6) were driving overall progress.[31] In January 2001 the draft release of Geoscience's SAR section was delayed pending a further quantification of issues, pushing the release of the first complete draft of the site assessment report to February 2001. This draft was internally reviewed and revised to incorporate comments and a second draft of SAR section 2.6 was completed by Geosciences. The Geosciences Oversight Committee then conducted a thorough review of the geotechnical work product in March 2001. Although the site assessment report proved satisfactory, the committee recommended that PG&E consider additional analysis.[32] This

[29] Dry Cask Storage Weekly Project Update, 19Nov00, PDCP0026657-59.

[30] Dry Cask Storage Weekly Update, 01Jan01, PHBP0052575-76; Change and Additional Work Authorization CWA-01-19, 26Apr01, PHBP0009557-58; Pulley deposition 27Jan05 at 167.

[31] Dry Cask Storage Weekly Update 29May01, PDCP0026612-15; Used Fuel Dry Storage Project Overrun, 29Jun01, PDCP0025793-4.

[32] Dry Cask Storage Weekly Update, 05Mar01, PHBP0052558-60.

analysis required the coordinated effort of Geosciences, Holtec and Enercon and further delayed Geoscience's completion of section 2.6 and associated technical attachments.[33]

As of March 2001, the ER portion of Part 72 was complete and work remained on only two sections of the SAR - Holtec's seismic section 8.2.1 and Geoscience's section 2.6.[34] Review of Geoscience's work yielded additional comments and re-work tasks, including revised seismic spectra related to Holtec designs, additional borings, and incorporation of Geoscience calculations with the release of the application. These issues were addressed, resolved and presented to management in June 2001, indicating substantial completion of the SAR.[35] Five months of additional critical delay was incurred during this period due to seismic rework and technical additions to the Geosciences SAR, and release of the Part 72 license application did not occur.[36]

### *II.B.3. DCPP Review Period 3 (July 2001 to December 2001) – Part 72 License Submittal*

The critical activity during this period remained the completion and release of the Part 72 license application to the NRC for review. This activity was delayed by re-work and additional geotechnical analyses required due to non-compliant Quality Assurance (QA) issues. This rework adjusted the outcome of seismic analyses, modified SAR section 2.6, and required adjustments to both cask system and ISFSI designs, resulting in six months of additional critical delay to the project.

Causation

1. **6 months** of delay are attributed to additional re-work of Geosciences SAR section 2.6 due to QA non-compliance, and associated changes to ISFSI and cask system designs.

Discussion

In July 2001, an audit of the Geosciences work was performed. After two days of audits, "it was identified that Geosciences had failed to perform the work in accordance with the QA procedure and the Quality Verification Plan." An independent review of the Geosciences work conducted in August 2001 concluded that reconciling this non-compliant Geosciences seismic work with QA procedures would require an additional three-month effort, resulting in cost and schedule impacts.[37] In October 2001, DCPP reported that Geosciences completion activities had continued to slip over the last three months, and that revised seismic calculations were under program review and were to be forwarded to both Holtec and Enercon for incorporation into their design work to support the SAR and completion of section 2.6.[38]

---

33 Cluff deposition 15Nov05 at 95-96, 123-124, 143-144.

34 Dry Cask Storage Weekly Update, 24Mar01, PHBP0052552-54.

35 Dry Cask Storage Weekly Update, 08Apr01, PHBP0052549-51; Moulia memo 18May01, PDCP0004732-3; PG&E Memo: Used Fuel Dry Storage Project Overrun, 29Jun01, PDCP0025793-94; Dry Cask Storage Update, 05Aug01, PHBP0052546-48.

36 Strickland deposition 18Aug05 at 166-167.

37 Project Status Report – Jun01 dated 11Jul01, PHBP0072108; Dry Cask Storage Update, 05Aug01, PHBP0052546-48; Project Status Report Jan 02, dated 06Feb02, PHBP0035665-66.

38 Dry Cask Storage Updates 15Oct01, 28Oct01, PDCP0026639-42, PDCP0026645-48.

Due to the delays that the Geosciences seismic revisions caused to both the ISFSI and the cask system design, release of Part 72 was rescheduled for December 2001. Status reports during this period identified that "the critical path is through the Geosciences efforts" and resources were directed to complete the DCPP ISFSI work instead of conducting other research or studies.[39] Following the completion of Geoscience's calculation, adjustments to SAR section 2.6, the ISFSI and cask system designs for final release were completed and the Part 72 application was delivered to the NRC in December 2001 under docket 72-26. This occurred six months after initial substantial completion of the SAR, resulting in six months of additional critical delay attributable to Geosciences rework to achieve QA compliance.[40]

Concurrent with the completion of the Geosciences work, PG&E proceeded through bankruptcy court for approval for long term expenditures, including the dry storage project.[41] PG&E's application for entering into a new contract for the dry storage project was granted in October 2001.[42]

### *II.B.4. DCPP Review Period 4 (January 2002 to March 2004) – Part 72 License Approval*

The next major milestone in the project schedule was the receipt of the Part 72 license from the NRC. DCPP received the NRC's Environmental Assessment (EA) and Finding of No Significant Impact in October 2003, approving PG&E's environmental approach. The license and accompanying Safety Evaluation Report (SER) required approval both on technical grounds and on safety merits. Technical clarification and ultimate NRC approval was granted via the RAI-response process, with the NRC preparing Requests for Additional Information (RAIs) and PG&E providing formal responses via revisions to the SAR. Safety approval required public hearings which were accomplished through the Atomic Safety and Licensing Board (ASLB), a judicial venue established by the NRC to hear local grievances and appeals. The DCPP baseline schedule anticipated two years of review leading to receipt of the Part 72 license. This milestone was actually achieved in 27 months, in March 2004, resulting in an additional three-month critical delay to the DCPP project schedule.

Causation

1. **3 months** of delay are attributed to the extended amount of time spent clarifying, supplementing and compiling the responses to the NRC's technical RAI in a second amendment to the SAR.

Discussion

As previously discussed, the Part 72 license was critical to DCPP's dry storage project schedule since receipt of this license triggered PG&E's decision to proceed with the remaining phases of the project – procurement and fabrication of the cask system and construction of the ISFSI facility. As such, the granting of DCPP's Part 50 license amendment, approved in September

---

[39] Dry Cask Storage Updates 05Aug01, 19Aug01, 10Sep01, PDCP0026624-33; Project Status Report: Dry Cask Storage – HBPP & DCPP – Dec '01, 17Jan02, PHBP0072046.

[40] PG&E Letter DIL-01-002: License Application for DCPP ISFSI, 21Dec01, PDCP0004751; Strickland deposition 18Aug05 at 48, 162-163.

[41] Dry Cask Storage update 29May01, PDCP0026612-15; Dry Cask Storage Updates 05Aug01, 19Aug01, PDCP0026624-30.

[42] US Bankruptcy Court Order 06Oct01, PPGE0053773; Dry Cask Storage Updates 15Oct01, 28Oct01, PDCP0026639-42, PDCP0026645-48; Strickland deposition 18Aug05 at 164-165.

2003, and the Coastal Development Permit (CDP), granted in January 2005, was not critical to overall project's progress.

Evaluation and approval of the Part 72 license application required approval of PG&E's SAR and ER. The NRC evaluated and responded to the DCPP ER by releasing an EA. The SAR was evaluated on both technical and safety merits in two distinct and independent venues. The NRC reviewed the technical approach and the ASLB reviewed intervenor contentions on a range of public interest issues. Following the DCPP Part 72 license submittal, the NRC conducted an initial review and determined that the submittal met the criteria for technical consideration, and announced the beginning of technical review in March 2002.[43] An NRC schedule followed in May 2002 providing interim milestones for both the NRC and PG&E. The NRC targeted August 2002 for its release of the first RAI and October 2002 as the timeframe for PG&E's response.[44]

Following acceptance review, the NRC began the technical review of the SAR, and comprehensive review of the ER. In June 2002, the NRC established the ASLB, assigning three administrative law judges to adjudicate the grievances of local advocacy groups, known collectively as the intervenors.[45] By the July 2002 deadline, the intervenors filed several contentions against the DCPP Part 72 application.[46] In August PG&E responded to these contentions and the ASLB scheduled a pre-hearing conference for September 2002.[47] In November 2002, as a result of the pre-hearings the ASLB denied most of the original contentions, accepting one grievance to be debated on grounds related to PG&E's bankruptcy and financial health.[48] In January 2003, the discovery phase of the ASLB hearings process began.[49] During this time the NRC conducted its initial technical review and provided PG&E with its first RAI in August 2002, as anticipated.[50] PG&E undertook additional analyses and studies to respond to this request, and in October 2002 provided responses and the first amendment of the SAR to the NRC.[51] In the following months the NRC requested follow-up information relating to the responses supplied in PG&E's SAR Amendment 1.

In the first half of 2003, while the intervenors and PG&E were conducting discovery and hearings in the ASLB proceedings, DCPP was reinvestigating and responding to various follow-up questions from the NRC. In February 2003, PG&E offered responses to aircraft safety and fire protection issues.[52] In March 2003, PG&E supplemented its October 2002 SAR Amendment 1 with additional data on slope stability, and clarifications on blasts and explosions.[53] In May,

---

43 NRC letter, 01April02, PDCP0004819.

44 NRC letter, 09May02, PDCP0005166-67.

45 Project Status Report – Jun02, PHBP0071906.

46 Project Status Report – Jul02, PHBP0071869-70.

47 Project Status Report – Sep02, PHBP0071798.

48 Project Status Report – Nov02, PDCP0017857.

49 Project Status Report – Dec02, PDCP0017859-60; Interrogatories and Request for Production of Documents, 21Jan03, PPGE0054366-69.

50 NRC letter, RAI, 29Aug02, PDCP0005227-28.

51 PG&E letter DIL-02-009, 15Oct02, PDCP0011251-52; PG&E letter DIL-02-010, 15Oct02, PDCP0011396-97.

52 PG&E letter DIL-03-001, 07Feb03, PDCP0011242-43; PG&E letter DIL-03-002, 14Feb03, PDCP0011239-40.

53 PG&E letter DIL-03-004, 27Mar03, PDCP0011018-19; PG&E letter DIL-03-005, 27Mar03, PDCP0011957-58.

June and July 2003, PG&E released various supplemental responses on the issues of slope stability and the impacts of blasts and explosions.[54]

While PG&E worked to compile supplemental responses, many other components of the approval process were resolved. In August 2003, the ASLB determined that PG&E "has the financial qualifications to carry out the [Part 72] activities," thus terminating the proceedings and granting the requested license.[55] In September 2003, PG&E received its Part 50 amendment for DCPP Units 1 and 2,[56] and in October 2003, following incorporation of public comments, the NRC issued the final EA for Part 72 finding no significant impact.[57] At this point, in October 2003, the only license component remaining was final acceptance of the SAR through the issuance of the NRC SER. To this end, PG&E issued Amendment 2 of the SAR and the Proposed Technical Specifications which included all supplemental responses and additional clarifications following SAR Amendment 1.[58]

Although this second revision of the SAR provided resolution to lingering questions on slope stability and explosions, NRC questions arose concerning other points made in the DCPP SAR and Technical Specifications. Through January 2004, PG&E offered responses on topics such as boron dilution in the SFP during cask loading, the lateral restraints of the cask transporter, and new limits to fuel burn-up averages.[59] Upon receipt of these responses, the NRC completed its technical review of the SAR and, in February 2004, issued a preliminary SER to PG&E for comment. PG&E reviewed this draft SER and provided comments for incorporation the same month.[60] In March 2004, the NRC issued the final SER and Part 72 license, 27 months following submittal.[61] Baseline schedule projections allowed 24 months for this activity, resulting in a three-month critical delay, attributable to the extended period of supplemental responses which culminated with a second amended SAR and Technical Specifications.

Temporary Rack Project

Between February and July 2002, shortly after DCPP had submitted its Part 72 license application, DCPP engineers conducted meetings to discuss wet re-rack storage alternatives at DCPP.[62] In August, 2002, at the Re-Rack '02 Kickoff Meeting, DCPP engineers discussed a range of re-rack options which could be implemented before May 2007, the date at which Unit 1 was then estimated to lose FCOC. Acknowledging uncertainty in the timely construction of the dry storage project, DCPP considered several wet storage alternatives such as operating without full core offload reserve to adding a temporary rack in the cask loading pit (CLP) area, to

---

54 PG&E letter DIL-03-007, 6May03, PDCP0012188-89; PG&E letter DIL-03-008, 13Jun03, PDCP0012200; PG&E letter DIL-03-010, 28Jul03, PDCP0011925.

55 USNRC ASLB Memorandum and Order, 05Aug03, PPGE0054197-266; Subsequent intervenor appeals directly to the NRC were denied and did not impact the granting of the Part 72 license, PDCP0030694, PPGE0057861-62.

56 NRC letter and enclosed Amendments, 26Sep03, PDCP0020819-842.

57 NRC letter, 24Jun03, PPGE0058302-03; NRC letter, 02Oct03, PDCP0005308, NRC Environmental Assessment, PDCP0005323-351.

58 PG&E letter DIL-03-012, 03Oct03, PDCP0012227-28. PG&E letter DIL-03-013, 10Oct03, PDCP0011478.

59 PG&E letter DIL-03-014, 25Nov03, PDCP0012608-09. PG&E letter DIL-03-015, 04Dec03, PDCP0011457-58. PG&E letter DIL-04-002, 16Jan04 PDCP0012231-33.

60 PG&E letter DIL-04-003, 27Feb04, PDCP0012263-64.

61 NRC letter, 22Mar04, PPGE0053225-26.

62 Dry Cask Storage Meeting Notes, 13Feb03, revised 04Mar02, PDCP0029989-95; Email re: SFP Re-Rack, 22Jul02, PDCP0015960.

performing a full high density re-rack of the spent fuel pool (SFP).[63] By November 2002, discussions proceeded with Holtec, focusing on the feasibility of a single rack in each of the unit's CLP areas.[64]

By February 2003, funding was authorized to pursue a wet storage expansion project using ultra high density fuel storage racks assembled in each unit's cask loading pit area, physically isolated from existing racks in the SFP.[65] This concept was described as a proven technology, easier to license and implement without impacting the seismic or criticality parameters of the existing SFP. This project provides two additional offload cycles for each unit, extending FCOC of Unit 1 to 2010 and Unit 2 to 2011, and providing additional time for the completion of the dry storage project without interruptions in energy production. The project was characterized as "essentially an insurance policy protecting us against the delays in the ISFSI project."[66]

Holtec submitted a proposal to PG&E in August 2003 and was awarded the contract in November 2003.[67] The contract scope dictated a three-phase approach, stipulating that engineering and licensing of phase 1 be completed by September 2004 with the release of a final Safety Analysis Report (SAR) to the NRC. The fabrication and installation scope of phases 2 and 3 was designated as optional work which would not be exercised prior to 2005. The project anticipated a completion date of 2007. After contract award PG&E met with the NRC to present the temporary rack project's technical approach, schedule and objective "to avoid unforeseen ISFSI delays and maintain FCOC."[68]

By June 2004, major analyses supporting the LAR were complete and accepted by PG&E, and Holtec was 75% complete in its preparation of the initial draft of the LAR.[69] PG&E submitted the LAR in November 2004 and decided to award the fabrication and installation options of the contract in January 2005 "as an ISFSI back-up."[70] Funding for the remainder of the project - including final licensing, fabrication delivery and installation of the cask pit racks - was authorized in May 2005. The Job Estimate and its attached financial evaluations reiterate prior conclusions that the installation of the Cask Pit Racks will be required to maintain FCOC and that the project provides an insurance policy against ISFSI project delays, protects against routine operating risks, and allows for the upcoming replacement of the steam generator in Unit 1.[71] In November 2005, the NRC granted the License Amendments for the project.[72]

---

[63] Meeting Minutes Re-Rack '02 Kickoff Meeting, 02Aug02, PDCP0017848-50.

[64] PG&E / Holtec Meeting, 21Nov02, PDCP0043256-71.

[65] Executive Authorization Memorandum: Project Funding – Spent Fuel Pool Expansion, 05Feb03, PDCP0009119-24.

[66] Executive Authorization Memorandum: Project Funding – Spent Fuel Pool Expansion, 05Feb03, PDCP0009119-24; Strickland deposition 18Aug05 at 44; Womack deposition 12-13Sep05 at 56.

[67] PG&E Cask Loading Area Storage Capacity Expansion: DCPP, 21Aug03. PDCP0041735-817; Procurement Request 2003PR0711, 5Nov03, PDCP0009116-18; Contract No. 3500436316: Spent Fuel Pool Expansion: DCPP, 13Nov03, PDCP0008775-97.

[68] USNRC Letter: Summary of Meeting Held on December 12, 2003 to Discuss Temporary…Rack, 06Jan04, PHBP020933-35.

[69] Temporary Cask Pit Rack Project, Jun04, PHBP0078825-26.

[70] Temporary Cask Pit Rack Project, Sep04, PHBP0078998-99; Diablo Canyon Power Plant 2004 Fall Program Review, 15Oct04, PPGE0004847-52, Temporary Cask Pit Rack Project, Oct04, PHBP0078702-03, PG&E Letter DCL-04-149, LAR 04-07, Revision to Technical Specifications… for a Cask Pit Spent Fuel Storage Rack, 3Nov04, no bates – NRC website document database.

[71] Job Estimate, 23May05, PDCP0040746-50.

[72] SER, Amendment 183 and 185, Dockets 50-275 and 50-323, 21Nov05, no bates – NRC website document database.

*II.B.5. DCPP Review Period 5 (April 2004 to September 2005) – Procurement/Fabrication*

Following the receipt of the Part 72 license, DCPP began the next phase of dry storage implementation, which consisted of three primary elements: 1) Holtec Procurement and fabrication of the HI-STORM 100 system components (e.g., Storage Cask, Canisters, Transfer Cask, and Auxiliary Equipment), 2) Final design and construction of the Diablo Canyon ISFSI facility, and 3) Final design and modification of the Diablo plant facility. Holtec was released for procurement of major materials in November 2004. Fabrication of the canisters began in September 2005, and fabrication of the casks began in November 2005.[73] DCPP signed a contract with Granite Construction to build the ISFSI in September 2005.[74]

Based on original estimates and current DCPP plans, the development of the system components by Holtec is critical to the completion of the dry storage system and eventually starting the fuel offload campaign. Using the September 2005 start of fabrication for the canisters as a measurement point, DCPP is on schedule during this period, and <u>no critical delay was incurred</u>.

<u>Discussion</u>
Baseline plans indicated a duration of 18 months between the receipt of the Part 72 license and the procurement and fabrication of the dry storage system components. Similarly, 24 months was allocated until the start of ISFSI construction. The time between license approval and start of fabrication/construction was designated for the resolution of license hearings, since obtaining a Coastal Development Permit was necessary prior to construction.

DCPP received approval from the County of San Luis Obispo on its Coastal Development Permit in April 2004. Intervenors appealed this decision to the California Coastal Commission, however, and from March 2004 until January 2005 DCPP worked to resolve the appeals regarding its permit for ISFSI construction.[75] In December 2004 DCPP received formal CCC approval of the project, and after hearings in January 2005 to address special conditions regarding public access, had removed the final regulatory hurdle for the project.[76]

On or about June 2005, PG&E had received the construction permit to begin grading the ISFSI site, and after a delay of one to three months, signed a contract with Granite Construction to build the ISFSI facility in September 2005.[77] In January 2006, PG&E's dry storage project schedules indicated a planned completion date for the ISFSI facility in October 2006, well ahead of the projected date for the delivery of all Holtec system equipment, and in line with baseline schedule estimations for ISFSI construction.[78]

---

[73] DCPP Used Fuel Storage Project schedule 20Dec05, No Bates, Exhibit 2, Lewis deposition 27Jan06; Lewis deposition 27Jan06 at 47-52.

[74] Strickland deposition 18Aug05 at 51; Patton deposition 30Sep05 at 41.

[75] <u>See generally</u>: Resolution, 20Apr04, PDCP0035576-7; PDCP0036181-7; Filing 21Apr04, PPGE0053064-5; CCC Notices of Appeal, 26May04, PDCP0035555; PDCP0035596-99; PDCP0035557; PDCP0035584; PDCP0035590; Appeal Staff Rpt, 24Jun04, PDCP0019074; CCC Final Adopted Findings 08Jan05, PDCP0018961-4; DCPP Used Fuel Schedule, 23Feb05, PDCP0020304-05.; Strickland deposition 18Aug05 at 50.

[76] DCPP Used Fuel Storage Project – Feb05, PDCP0026677-78; CCC Final Adopted Findings 08Jan05, PDCP0018961-64.

[77] Design Engineering Part 50 Modification Scope, 24Mar05, PDCP0044055-83; Construction Permit 01Jun05, PDCP0035642-44; Strickland deposition 18Aug05 at 51; Patton deposition 30Sep05 at 41, 65.

[78] DCPP Used Fuel Storage Project schedule 24Jan06, No Bates, Exhibit 2, Lewis deposition 27Jan06.

PG&E released Holtec for procurement of long lead material in November 2004, prior to the final resolution of the CCC appeals process. Holtec received the material in December 2004, and began fabrication of the canisters in September 2005.[79] Using the date Holtec began fabrication as a critical milestone in the DCPP dry storage project schedule, we calculate that no delay has been incurred since the issuance of the Part 72 license in March 2004. In January 2006, PG&E's dry storage project schedules indicated a planned completion date for the delivery of all Holtec system equipment by May 2007, consistent with 18-month baseline estimations for fabrication and delivery of the equipment.[80]

DCPP progressed on the third element of this phase of work – final design and modification of the Diablo plant – from April 2004 through 2005. Major elements of this work included the development and implementation of Design Change Packages (DCPs) for the crane main hoist single-failure-proof upgrade, modifications to the spent fuel pool cask recess area, modifications to the cask washdown area, modifications to the shipping/receiving area, fuel handling building roll-up door replacement, and shoring of the 100-foot elevation.[81] Schedules throughout 2004 for this work anticipated completion by 2005, in line with or ahead of the ISFSI construction and cask system fabrication milestones.[82] Throughout 2005, however, DCPP schedules indicate that the completion of these activities will be extensively delayed. In February 2005, for example, the DCPP dry storage schedule indicated plant modification completion was anticipated for April 2007. This was now *later* than the anticipated completion dates of ISFSI construction (October 2006) and Holtec equipment delivery (December 2006).[83] By September 2005, the date Holtec began fabrication and the ISFSI started construction, the completion date for plant modifications had slipped to September 2007.[84] By January 2006, this date has slipped again to November 2007, much later than the anticipated completion dates of ISFSI construction (October 2006) and Holtec equipment delivery (May 2007).[85] Thus, it appears that the plant modification activity may become critical to the completion of the DCPP dry storage project, and threatens to push fuel transfer into 2008. The records available to us for this analysis, however, do not allow us to precisely identify interim milestones within this activity to measure progress/delay and criticality to the overall schedule. Our discussion of DCPP therefore concludes in September 2005, with no incremental delay incurred during this last review period.

---

[79] Holtec Invoice 29Nov04, PHBP0009652-53; Holtec Invoice 08Dec04, PHBP0009776-77; DCPP Used Fuel Storage Project – Jan05, PDCP0026675-76; DCPP Used Fuel Storage Project – Feb05, PDCP0026677-68; DCPP Used Fuel Storage Project 20Dec05, no bates, Exhibit 2, Lewis deposition 27Jan06; Lewis deposition 27Jan06 at 47-52.

[80] DCPP Used Fuel Storage Project schedule 24Jan06, No Bates, Exhibit 2, Lewis deposition 27Jan06.

[81] Shoulders email 11Feb05, PDCP0044052-54; DCPP Used Fuel Storage Project schedule 23Feb05, PDCP0020304-15; DCPP Used Fuel Storage Project 17Feb05, PDCP0022484-90; Design Engineering Part 50 Modification Scope, 24Mar05, PDCP0044055-93.

[82] See generally: Used Fuel Storage Project reports – April 04 – Dec 04, PHBP0078842-43, PDCP0026681-82, PHBP0078777-79, PDCP0026686-90, PHBP0079007-08, PHBP0078713-14, PHBP0078912-13, PDCP0026697-98.

[83] DCPP Used Fuel Storage Project schedule 23Feb05, PDCP0020304-15.

[84] DCPP Used Fuel Storage Project schedule 20Sep05, No Bates, Exhibit 2, Lewis deposition 27Jan06

[85] DCPP Used Fuel Storage Project schedule 24Jan06, No Bates, Exhibit 2, Lewis deposition 27Jan06.

### *II.B.6. HBPP Review Period 1 (April 1999 to February 2000) – Cask Vendor RFP*

Similar to DCPP, the first major critical milestone in the development of the dry storage system at HBPP was the development of the Part 72 license application and submittal to the NRC for review. Since this activity was dependent upon inputs and support from the selected vendor regarding the cask system design, the selection of a cask vendor was a necessary and critical first step. To that end, HBPP needed to develop a Request for Proposal (RFP) and solicit bids from cask system vendors.[86]

This milestone was planned for May 1999 but not actually achieved until March 2000, resulting in a critical delay of ten months to the dry storage project schedule.

Causation

1. **3 months** of delay are attributed to the delay in the Administrative Law Judge's decision related to HBPP's request to disburse funds from the trust account for preliminary dry storage vendor selection and licensing activity.

2. **7 months** of delay are attributed to the extended ISFSI site selection and preparation of the HBPP portion of the cask vendor RFP.

Discussion

In March 1998, PG&E updated its application to the California Public Utilities Commission (CPUC) for the General Rate Case Test Year 1999, requesting approval to spend up to $7 million from the Humboldt decommissioning trust fund.[87] Hearings were held in 1998 and a GRC decision was expected on or about April 1999.[88] In anticipation of a favorable decision from the ALJ, in April 1999 HBPP moved forward with its source selection plan for cask vendors and development of the RFP, in concert with hiring consultants and directing staff to begin the preparation of the Safety Analysis Report (SAR) and the Environmental Report (ER) components of the Part 72 license application.[89]

In late April 1999, the schedule for development of the RFP, vendor source selection, and the preparation of the Part 72 license was pushed back to reflect the fact that the GRC decision had not been made and was not expected for three more months.[90] Subsequently, PG&E developed the ISFSI Project Charter for HBPP, submitted a Job Estimate to internally request dry storage funding in advance of the GRC decision, and requested approval to expend funds to proceed. Funding was authorized in June 1999 and a favorable GRC decision was eventually reached in

---

[86] Willis deposition 24-25Aug05 at 233-234.

[87] CPUC – ORA Results of Operations Rpt for PG&E, Jun98, PHBP0083325-61.

[88] PG&E/NRC Mtg. 17Nov98, PHBP0009080-2; Project Manager Memo 27Apr99, PDCP0004687-8; Job Estimate27Apr99, PHBP0005681-3.

[89] ISFSI Licensing Project Status Meeting, 14Apr99, PHBP0007504-7517.

[90] PG&E Mtg. w/NRC, 22Apr99, PHBP0008983-8996; Wathen email 29Apr99, PHBP0007650-62.