# In the United States Court of Federal Claims

No. 04-74C
(into which has been consolidated No. 04-75C)

(E-Filed: April 19, 2006)

| | |
|---|---|
| PACIFIC GAS AND ELECTRIC COMPANY, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

The court hereby AMENDS Paragraph 6 of its Scheduling Order of February 18, 2005, to RESCHEDULE the pretrial conference as follows:

6. Pretrial Conference. The pretrial conference will be held on Tuesday, May 23, 2006 at the National Courts Building, 717 Madison Place, N.W., Washington, DC 20005.

The remainder of Paragraph 6 of the of the court's Scheduling Order of February 18, 2005, as well as all other paragraphs of the Scheduling Order of February 18, 2005, as amended by the court's Scheduling Order of March 24, 2006, shall continue in full force and effect. The parties are invited to contact the court at any time when it appears that the involvement of the court may assist in securing "the just, speedy, and inexpensive determination of [this] action." RCFC 1.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge