# In the United States Court of Federal Claims

No. 04-74C
(into which has been consolidated No. 04-75C)

(E-Filed: April 24, 2006)

PACIFIC GAS AND ELECTRIC COMPANY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Before the court is PG&E's Motion for Leave to File Surreply on Government's Motion for Reconsideration of Court's March 14, 2006 Order Regarding Deliberative Process Privilege (Motion). For the reasons stated therein, plaintiff's Motion is hereby GRANTED. Plaintiff shall file its surreply as a separate document.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge