IN THE UNITED STATES COURT OF FEDERAL CLAIMS

Filed Electronically on April 24, 2006

| | |
|---|---|
| PACIFIC GAS & ELECTRIC COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No. 04-0074C, into which has been consolidated No. 04-0075C<br>(Judge Hewitt) |

PG&E'S DEPOSITION AND TRIAL TESTIMONY DESIGNATIONS

PG&E respectfully submits certain designated deposition and prior trial testimony of government witnesses that it intends to use as substantive evidence in its case-in-chief. A chart identifying the witnesses and specific transcript pages and lines is attached hereto. Because this testimony was elicited from government agents and employees, it is admissible as substantive evidence pursuant to Fed. R. Evid. 801(d)(2) as admissions by a party-opponent. *See Globe Savings Bank, F.S.B. v. United States,* 61 Fed. Cl. 91, 96-97 (2004).

Appendix A, ¶ 15(b) provides that a party is required to file a motion for leave to present deposition testimony as substantive evidence only if that testimony is not otherwise admissible under Fed. R. Evid. 801(d). PG&E is filing and serving its deposition and prior trial testimony designations now even though it is not required under Appendix A or the current scheduling orders in order to put the government on notice and to allow the Court to resolve in advance of trial any disputes on the admissibility of any designations.

PG&E seeks to have this admissible evidence admitted in advance of trial because doing so will streamline the parties' trial preparation and reduce trial time and cost. PG&E intends to

file the actual transcript pages with the Court prior to the May 23, 2006 pre-trial conference once the government submits its counter-designations and objections to PG&E's designations.

Dated: April 24, 2006

Respectfully submitted,

s/ Jerry Stouck

JERRY STOUCK
Greenberg Traurig, LLP
800 Connecticut Avenue, NW
Suite 500
Washington, DC 20006
(202) 331-3173 Phone
(202) 261-4751 Fax
*Counsel for Plaintiff*
Pacific Gas & Electric Company

Of Counsel:
Robert L. Shapiro
Greenberg Traurig, LLP

**A. Deposition Designations**

| Deponent | Date | Page(s) From | Page(s) To |
|---|---|---|---|
| **John Arthur** | (PG&E) | 8:20 | 9:15 |
| | 9/22/05 | 10:9 | 11:20 |
| | | 82:20 | 83:9 |
| | | 84:8 | 85:16 |
| | | 94:4 | 95:13 |
| | | 102:14 | 104:7 |
| | | 118:12 | 120:19 |
| | | 120:9 | 120:19 |
| | | 136:5 | 137:6 |
| | | 194:6 | 194:20 |
| | | 196:3 | 197:17 |
| | | 202:21 | 204:6 |
| | | 228:14 | 228:22 |
| **Lake Barrett** | (Maine Yankee) | 10:21 | 11:8 |
| | 4/22/02 | 52:2 | 59:11 |
| | 4/22/02 | 116:16 | 122:6 |
| | 4/22/02 | 149:5 | 149:21 |
| | 4/22/02 | 196:20 | 198:10 |
| | 5/8/02 | 1050:1 | 1050:9 |
| | 5/10/02 | 1163:10 | 1166:7 |
| | 5/10/02 | 1333:4 | 1334:16 |
| | 5/10/02 | 1368:10 | 1371:21 |
| | 5/14/02 | 64:6 | 65:24 |
| | 5/14/02 | 71:3 | 72:18 |
| | 5/14/02 | 120:22 | 121:10 |
| | 5/14/02 | 139:24 | 141:19 |
| | 5/14/02 | 174:7 | 177:19 |
| | 5/14/02 | 178:3 | 178:12 |
| | 5/15/02 | 339:13 | 340:6 |
| | 5/15/02 | 395:18 | 397:10 |
| | 5/15/02 | 400:9 | 400:17 |
| **Alan Brownstein** | (Maine Yankee) 4/9/02 | 9:18 | 10:14 |
| | 5/23/02 | 104:18 | 107:2 |
| **Robert A. Campbell** | (Maine Yankee) | 9:14 | 10:20 |
| | 6/13/02 | 150:12 | 152:24 |
| | 6/13/02 | 153:15 | 157:7 |
| | 6/13/02 | 162:9 | 163:16 |
| | 6/13/02 | 165:12 | 167:8 |
| | 6/13/02 | 167:20 | 168:5 |

| Deponent | Date | Page(s) From | To |
|---|---|---|---|
| | 6/13/02 | 205:18 | 206:16 |
| | 6/14/02 | 396:2 | 396:17 |
| | 6/14/02 | 416:10 | 416:23 |
| | 6/14/02 | 444:7 | 445:3 |
| | 1/29/03 | 494:3 | 495:2 |
| | 1/29/03 | 544:1 | 545:16 |
| | 1/29/03 | 546:13 | 546:18 |
| | 1/29/03 | 606:18 | 610:23 |
| | 1/29/03 | 615:2 | 615:9 |
| **Theodore J. Garrish** | (PG&E) | 14:8 | 16:9 |
| | 9/23/05 | 63:5 | 63:13 |
| | | 65:16 | 66:13 |
| **Susan Klein** | (Maine Yankee) | 10: 19 | 12:15 |
| | 4/24/02 | 61:20 | 62:14 |
| | 4/24/02 | 172:7 | 172:14 |
| | 4/24/02 | 196:1 | 196:17 |
| | 4/24/02 | 231:2 | 231:22 |
| | 4/24/02 | 239:13 | 239:16 |
| | 4/24/02 | 246:14 | 247:4 |
| | 4/24/02 | 247:18 | 248:5 |
| | 4/25/02 | 283:16 | 284:6 |
| | 4/25/02 | 285:2 | 286:10 |
| | 4/25/02 | 291:2 | 291:11 |
| | 4/25/02 | 340:17 | 342:3 |
| | 4/25/02 | 351:6 | 352:21 |
| | 4/25/02 | 354:1 | 354:16 |
| | 4/25/02 | 388:11 | 389:12 |
| | 4/25/02 | 435:13 | 435:15 |
| | 4/25/02 | 439:1 | 439:4 |
| | 4/25/02 | 440:14 | 440:19 |
| | 4/25/02 | 448:3 | 448:6 |
| | 4/25/02 | 492:10 | 495:5 |
| | 4/25/02 | 495:21 | 499:20 |
| | 4/25/02 | 524:17 | 525:8 |
| **Ronald A. Milner** | (Maine Yankee) | 11:23 | 12:8 |
| | 5/1/02 | 73:10 | 73:22 |
| | 5/2/02 | 217:8 | 217:22 |
| | 5/3/02 | 419:1 | 416:24 |
| | 5/8/02 | 266:23 | 267:4 |
| | 5/8/02 | 275:4 | 276:9 |
| **Nancy N. Slater** | (Maine Yankee) | | |
| | 4/22/99 | 289:20 | 289:23 |
| | 6/13/02 | 125:9 | 125:17 |
| **Victor Trebules** | (Maine Yankee) 4/19/02 | 4:22 | 5:14 |
| **David Zabransky** | (PG&E) | 12:6 | 12:20 |
| | 11/1/05 | 21:13 | 23:8 |

| Deponent | Date | Page(s) From | To |
|---|---|---|---|
| | | 27:3 | 31:5 |
| | | 129:19 | 130:9 |
| | | 132:18 | 135:10 |

**B. Designations of Prior Trial Testimony**

| Witness | Date | Page(s) From | To |
|---|---|---|---|
| **Lake Barrett** | (TVA)<br>6/24/05 | 818:10<br>819:14<br>824:17<br>833:20<br>843:22<br>850:23<br>852:6 | 818:15<br>819:20<br>826:25<br>838:25<br>844:23<br>851:8<br>857:19 |
| **David Huizenga** | (Maine Yankee)<br>8/10/04 | 4514:19<br>4525:6<br>4535:16<br>4560:23 | 4515:25<br>4529:12<br>4538:1<br>4564:5 |
| **Susan Klein** | (TVA)<br>6/24/05 | 871:10<br>874:10 | 872:16<br>874:13 |
| **Christopher Kouts** | | 1579:17 | 1579:20 |
| **Thomas A. Pollog** | (Maine Yankee)<br>8/4/04 | 3995:12<br>4087:20 | 3997:21<br>4089:7 |
| | (TVA) | 908:6<br>916:22<br>1365:9 | 909:24<br>918:6<br>1367:10 |
| | (SMUD) | 2027:12<br>2031:4<br>2037:4<br>2049:5 | 2027:18<br>2031:23<br>2039:3<br>2049:15 |
| **Ronald Milner** | (Maine Yankee)<br>8/11/04 | 4711:23<br>4776:20 | 4712:3<br>4777:23 |
| | (TVA)<br>6/24/05 | 863:5<br>865:21<br>870:5 | 864:3<br>866:8<br>870:17 |
| **David Zabransky** | (Maine Yankee)<br>8/15/04 | 4118:2<br>4204:24<br>4206:25 | 4118:12<br>4205:13<br>4207:21 |
| | (SMUD) | 1805:11<br>1913:26 | 1813:20<br>1914:13 |