# In the United States Court of Federal Claims

No. 04-74C
(into which has been consolidated No. 04-75C)

(E-Filed: April 25, 2006)

PACIFIC GAS AND ELECTRIC COMPANY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Before the court is PG&E's Unopposed Motion for Leave to File a Corrected Copy of its April 11, 2006 Motion In Limine to Exclude Warren K. Brewer's Expert Testimony (Motion). For the reasons stated therein, plaintiff's Motion is hereby GRANTED. Plaintiff shall file the corrected copy of its Motion In Limine to Exclude Warren K. Brewer's Testimony as a separate document.[1]

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge

[1]The court has also ordered plaintiff to file its surreply to Defendant's Motion for Reconsideration of the Court's Order Dated March 14, 2006 as a separate document. See Order of April 24, 2006.