# In the United States Court of Federal Claims

No. 04-74C
(into which has been consolidated No. 04-75C)

(E-Filed: April 25, 2006)

PACIFIC GAS AND ELECTRIC COMPANY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Before the court is PG&E's Deposition and Trial Testimony Designations (Designations). There is no provision in the Rules of the Court of Federal Claims for the filing of this item. Nevertheless, the court ACCEPTS plaintiff's filing. Defendant shall FILE any objections to plaintiff's Designations on or before Monday, May 1, 2006.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge