# Appendix A

UNITED STATES COURT OF FEDERAL CLAIMS

PACIFIC GAS & ELECTRIC COMPANY, )
Plaintiff, )
v. ) No. 04-0074C
UNITED STATES OF AMERICA, )
Defendant. )

- - - - - - - - - - -

DEPOSITION OF WARREN K. BREWER

VOLUME I

Thursday, February 23, 2006

The deposition of WARREN K. BREWER was convened on Thursday, February 23, 2006, commencing at 9:43 AM, at the offices of GREENBERG TRAURIG LLP, 800 Connecticut Avenue, N.W., Suite 500, Washington, D.C., before Cheryl A. Lord, Registered Professional Reporter, Certified Realtime Reporter, and Notary Public for the District of Columbia.

instructions. These depositions are all pretty much the same.

I'm going to be asking a bunch of questions. You're going to be answering them to the best of your ability.

Right?

A. Right.

Q. You told Mr. Shea at the TVA deposition some things about your background and experience, and I'm familiar with your answers there.

I assume those were truthful?

A. Yes.

Q. If I asked you the same questions, you'd give me the same answers today?

A. Yes.

Q. You told Mr. Shea that in the Navy you were involved in handling and transport of spent nuclear fuel; is that right?

A. That's correct.

Q. But you did not have any involvement in the Navy with the storage of spent nuclear



fuel; is that right?

A. Only in a very peripheral way.

Q. What does that mean?

A. What that means is that the facility to where that fuel was sent, I would have had occasion to have interaction with the people there, not necessarily directly with the storage of the spent fuel, so, you know, I was familiar with the facility.

Q. INEL, is that what you're talking about?

A. M-hm.

Q. You never had any responsibility?

A. I never had any responsibility for the storage of spent fuel.

Q. Any -- do you have any experience other than when you were in the Navy with the handling or transportation of spent nuclear fuel?

A. I have never been involved as an active participant in moving commercial spent fuel.

Q. Or handling it outside of the Navy?



A. That's correct.

Q. Has ABZ -- you're still affiliated with ABZ?

A. I am.

Q. How many employees does ABZ have?

A. 5.

Q. Okay. What percentage of ABZ's revenues in 19- -- in 2005 came from the Department of Justice in these spent nuclear fuel cases?

A. The precise answer is, I don't know --

Q. How about your best approximation?

A. -- but best approximation, 75, 80 percent.

Q. ABZ has never done any work that involved the transportation of spent nuclear fuel; is that correct?

A. We have never done any work to actually transport fuel.

We have done work related to the transport of fuel in terms of the decommissioning



cost estimating we do, in terms of estimating cost for moving the fuel out of the pool as part of those activities.

Q. When I say, transporting, I'm talking about transporting it away from a particular site.

Okay?

A. Okay.

Q. With that understanding of transporting, ABZ has never done any --

A. No.

Q. -- work transporting spent nuclear fuel in that sense away from a particular site as opposed to out of the pool to stay on the same site?

A. No, we have not.

Q. Now, you said -- excuse me.

Strike that.

In your opinion, Mr. Brewer, was it reasonable for PG&E to implement dry storage a[t] Diablo Canyon?

MR. GARDNER: Objection, outside the

Page 14

cost, I guess your phrase, and you've sort of explained what that means, what are we talking about for wet storage total annual?
MR. GARDNER: Are you done?
MR. STOUCK: Yep.
MR. GARDNER: Objection, beyond the scope of Mr. Brewer's expert report.
A. Again, I think, acknowledging there can be substantial differences for things like property tax.
BY MR. STOUCK:
Q. Yes.
Gut operating cost.
A. The basic technical requirements, something 4 or 5 million a year.
Q. What about dry?
MR. GARDNER: Again, objection, beyond the scope of Mr. Brewer's expert report.
A. I guess wet could be as high as 6 dry, maybe up to 4.
BY MR. STOUCK:
Q. And those are averages for these

Page 15

guts operating cost technical requirements that you think would be generally applicable at many or most sites?
MR. GARDNER: Objection, beyond the scope of Mr. Brewer's expert report.
A. Yeah.
It's a general number that would not necessarily apply to a specific site. The specific site may be somewhat different for unique security reasons, unique other reasons, so I wouldn't apply that number necessarily to a specific utility.
BY MR. STOUCK:
Q. You have never worked at a commercial nuclear generating facility; is that right?
A. Other than as a consultant, correct.
Q. You've never had any responsibility for operating or managing anything at a commercial nuclear generating facility; is that right?
MR. GARDNER: Objection, vague.

Page 16

A. When you say, I've never had any -- you mean as a management position as an employee of the utility?
BY MR. STOUCK:
Q. Correct.
A. That's correct.
Q. Okay. You have no firsthand experience with commercial spent nuclear fuel in any capacity or context; is that right?
MR. GARDNER: Objection, vague.
A. Firsthand experience in what way?
BY MR. STOUCK:
Q. Responsibility for handling, transporting, managing, or storing commercial spent nuclear fuel.
Have you ever had any responsibility for any of those things at a commercial nuclear plant?
MR. GARDNER: Same objection.
A. I just want to make sure I understand your word responsibility.
If you mean by that that I'm making

Page 17

decisions about how to do something and directing how they be done, then the answer to your question is, I've never had responsibility.
BY MR. STOUCK:
Q. Okay. You have consulted about handling of commercial --
A. Yes.
Q. How many times?
A. I don't know that I know the answer to that number, but generally every time we consult related to decommissioning in the recent past, that always includes those kinds of things.
Q. How many decommissioning cost studies has ABZ completed in total?
A. Something like a dozen.
Q. Okay. When was the last one that you worked on?
A. The last one that I worked on was last summer, I believe.
Q. For what site?
A. San Onofre.
Q. You've never had any responsibility

Page 22

Q. Okay. Now, you broke your civilian employment with the Navy into 2 parts, one from '82 to '86, and then from -- sorry -- get the dates right -- one is from '82 to '86 and one is from '80 to '82.
Do you see that?
A. Yes.
Q. I was curious about that.
Is that because your job changed, or location?
A. My job changed basically.
During the period of '80 to '82, my position was as the head of the reactor plant design group for the Trident submarine project. That included the design and construction of a land-based prototype, which complied with -- for the first time all the NRC regulations.
In '82, I shifted jobs and became part of a group, which I probably call here, new submarine design. It in fact was the group responsible for the design of the -- what later became known as the SSN 21 or Sea Wolf design.

Page 23

Q. Thank you.
Did you have any direct experience with spent nuclear fuel during all 3 of these periods in the Navy?
MR. GARDNER: Objection, vague.
A. It's been quite a while.
My guess is that in the period of '82 to '86, I probably didn't have anything to do with it when I was working on the new sub design, because we were actively involved in conceptual and later detail design of a new reactor and a new submarine plant. We were a long way away from ever having any spent fuel for that design.
In the previous periods, the answer would have been yes.
BY MR. STOUCK:
Q. Let's start with the period during which you were a commissioned officer from 1976 to 1980.
A. M-hm.
Q. What exactly did you yourself do during those 4 years that concerned in any way

Page 24

spent nuclear fuel?
A. It would have been approval of procedures for refueling of reactors, would have been -- I don't -- there may have been some design, but approval of support equipment, and ultimately the procurement or delivery of that equipment to wherever that equipment was needed. That's generally what my role in any of this would have been, would be approval of procedures, approval of designs of equipment, and then the follow-on of procurement of that equipment and/or delivery of existing equipment if we had it to the shipyards where that was needed --
Q. Anything else?
A. -- or prototype sites.
Q. Anything else?
A. No.
Q. When you say, approval of procedures, are you talking about changes to procedures?
A. I'm talking about writing them from the ground up and/or changes, either one.

Page 25

Q. For refueling of reactors?
A. M-hm.
Q. Approval of procedures for anything other than -- let me rephrase that question.
In terms of your personal experience with spent nuclear fuel, you've mentioned approval of procedures for the refueling of reactors.
A. M-hm.
Q. Okay. Did your personal experience with spent nuclear fuel involve approval of procedures for anything other than refueling of reactors, your personal experience with -- when you think about everything that you personally did with spent nuclear fuel, and then you limit it to approval of procedures, were all of the procedures in that context procedures for refueling of reactors, or were some of the procedures for things other than refueling of reactors?
MR. GARDNER: Object, compound, objection, form.

Page 30

systems, that kind of thing.
Q. And in your mind, those things that you just referred to all involve spent nuclear fuel?
A. They would be part of the process of doing that refueling, so they would be part of that process.
Q. Okay. All right.
Now, the TVA deposition transcript that I read of your testimony says that you participated yourself in refueling but probably fewer than 6 times; is that right?
A. Yeah.
Q. Can you be more specific about "probably fewer than 6 times"?
A. No, because, you know, it's -- how do I say this? -- it's not -- I was never the guy actually moving the fuel just as in, you know, a commercial plant, the plant manager is not the guy moving the fuel.
And we're talking about a period that was quite a number of years ago. I recall a

Page 31

lot of things I did in the Navy, but not to where I can count them all up.
Q. In the TVA deposition, you described your specific role as oversight; is that correct?
A. In the participation, yeah, it would have been oversight.
Q. Can you tell me exactly what you personally did with respect to refueling on these probably fewer than 6 occasions?
A. Generally, it would have been simply observing and making sure that things were going the way they were supposed to go.
Q. Okay. Now, back to the second period of naval service as a civilian that's listed on page A 7 and I guess a little bit at the top of A 8 of your -- well, your resume attached to your report, which is exhibit 1 here. This is from 1980 to 1982.
And that was when you told me you shifted to a group -- you were involved in new submarine design -- no.
You were head of reactor plant

Page 32

design group?
A. For Trident submarines.
Q. During that period of time, you had personal, direct experience with spent nuclear fuel?
MR. GARDNER: Objection, vague.
BY MR. STOUCK:
Q. Yes or no?
A. The real answer is, I don't know for sure.
And the reason I don't is, the organization, given that it was relatively small, a hundred or so engineers to manage at that time something on the order of 200 reactors, job positions were not rigid, that is, you could be asked to assist on a lot of different things at different times.
So I may have, but, you know, if somebody actually could run the movie back of my life and look at '80 to '82, I don't know the answer to that. I mean, the fact is, you know, other than the fact that when in '80 to '82,

Page 33

partly I changed position and partly I changed the fact that I had a higher level of management responsibility in the organization.
There was very little difference from 1986 until 1982 of when I did. I mean, it was all sort of a continuum.
Q. Okay. When you say you don't know if you had personal experience with spent nuclear fuel from 1980 to '82, is that the same thing as you don't recall?
A. I don't recall.
Right.
Q. Okay. Now, so let's talk about back to the -- let's talk about the whole period. You're saying it was a continuum. Let's go with that.
From '76 to 1982 -- well, strike all that.
The last time that you recall any specific personal experience with spent nuclear fuel was prior to 1980; is that correct?
MR. GARDNER: Objection --

Page 42

One of the first things that ABZ did in its existence was to develop artificial intelligence programs to assist utilities in complying with regulatory issues. In fact, one of those programs has been in use at a facility for about 20 years now, continuously. There's probably 1 or 2 that had to do with decommissioning.

Q. Cost studies?

A. Estimating, that's correct. That would have been the kinds of things those articles were about.

Q. How many articles in total did you author?

A. 7, 8. I don't know.

Q. Okay. And approximately how many of those, best approximation, concerned decommissioning cost estimate?

A. Probably a couple.

Q. Do you recall specifically any title or place of publication?

A. I think one of them was published in

Page 43

a magazine called Nuclear Plant Journal, but I'm not positive of that.

I know that there were a couple articles that ABZ had in there, and I don't recall necessarily whether that was -- what those were, but I know that magazine was one.

Q. If an article came out with Mr. Abbott's name on it -- strike that.

Do you consider yourself an expert in the transportation of commercial spent nuclear fuel?

MR. GARDNER: Objection, vague.

A. I think there are issues related to that about which I consider myself an expert.

BY MR. STOUCK:

Q. Okay. Can you give me an example?

A. I think with respect to the regulatory requirements for the casks, the regulatory -- the cask licenses themselves, what they contain, what they require, transportation itself, the physical movement of the loaded cask from point A to point B is not something I

Page 44

consider myself an expert in. I've not -- really done very little in that regard.

Q. So you would not be an expert in how to do that, how to transport spent nuclear fuel?

A. Well, when you say, how to transport it, you mean --

Q. I'm trying to -- strike that question.

Let me rephrase it.

Outside of your expertise, your claimed expertise in the cask licensing requirements that you just referred to, outside of that, is there any other aspect of the transportation of spent nuclear fuel in which you consider yourself an expert?

A. Well, let me try to be clear here.

I think that my area of expertise and knowledge involves the casks, how they get loaded, what can be loaded. If you want to go down the pipeline, if you will, some more about what happens once the truck is moving, the train is moving, then I claim no particular expertise

Page 45

in that.

Q. Okay. And in your last answer, you're referring to transportation casks; is that right?

A. Yeah.

Q. Now, where did you get that expertise that you just referred to?

A. Part of that started when we started to work in the decommissioning world. Part of that started when we started to look at the other -- one of the other areas that ABZ has been involved in, the cost analysis world.

Q. Because in both of those contexts, you have been involved in estimating the cost of loading these transportation containers; is that right?

A. Right.

Q. So is it fair to say that all of your claimed expertise pertaining to transportation of spent nuclear fuel that you just told me about, all of that expertise comes from your experiences in decommissioning, cost

Page 46

estimating, and severe accident cost analysis?
MR. GARDNER: Objection --
A. That's where it began.
MR. GARDNER: -- to the extent it mischaracterizes Mr. Brewer's previous testimony.
BY MR. STOUCK:
Q. That's where it began, is your answer?
A. That's where it began.
Q. That implies that subsequent to those experiences, you continued to build your expertise in this area of transportation?
A. I believe I continue to build it all the time.
Q. For example through this present engagement?
A. Through continuing decommissioning work, through the spent fuel cases.
Q. Prior to -- when was ABZ first engaged by the Department of Justice for the spent nuclear fuel cases?
MR. GARDNER: Objection, vague.

Page 47

A. The first -- the beginning of our work for the Department of Justice was I believe fall of 2001.
BY MR. STOUCK:
Q. Okay. And were you part of the engagement from its inception, in other words, when they hired ABZ, they were hiring you, Mr. Abbott, and whoever came along with you; is that right?
MR. GARDNER: Objection, vague.
A. They hired ABZ, but I was involved in what ABZ did.
BY MR. STOUCK:
Q. From the beginning?
A. Yeah.
Q. Okay. Now, do you consider yourself an expert in the handling and storage of commercial spent nuclear fuel?
MR. GARDNER: Objection, vague.
A. I consider myself an expert in the requirements for that. I draw the distinction because I am -- how do I say this? -- if you

Page 48

want somebody to physically go construct the cask, I'm not doing that, but I understand the requirements, what it takes.
BY MR. STOUCK:
Q. Regulatory requirements, you're referring to?
A. Yes, the technical requirements. I mean, the regulatory requirements really form -- what? -- the minimum level of performance.
Q. Where did you get this expertise in handling and storage of commercial spent nuclear fuel that you just mentioned?
A. Again, in doing decommissioning estimates, it's part of -- by the time we started performing decommissioning estimates -- "we" being ABZ -- dry storage of fuel was part and parcel of that work. And in doing that, we needed to understand that to be able to do the estimates.
We had clients who were building dry storage, and so, you know, we talked to them about that as part of -- I mean, one of the first

Page 49

decommissioning cost estimates we did was for Calvert Cliffs. Calvert Cliffs at the time we did that estimate was just finishing their ISFSI. So that was incorporated into the estimate, and we dealt with them in terms of starting to learn that area.
Q. Okay. Of the -- you mentioned approximately 12 decommissioning cost studies that ABZ has done.
Do you recall that?
A. Yes.
Q. Of those 12, how many involved sites at which dry storage was under way?
MR. GARDNER: Objection, vague.
BY MR. STOUCK:
Q. Best approximation.
A. When you say, under way, physically started constructing or in planning? Where in the process?
Q. That's a good question.
Under way in the sense that your work on the decommissioning cost study involved

Page 50

some manner of understanding about what the company was doing with respect to dry storage.
MR. GARDNER: Same objection.
BY MR. STOUCK:
Q. Whatever point it would enter into your work -- in other words, you had to deal with it.
A. Then the answer is all of them.
Q. All 12 of them?
A. M-hm.
Q. Limiting it to those where -- okay. Fine.
Let me move on to something else.
How many -- have you ever reviewed a certificate of compliance for a transportation or storage container for spent nuclear fuel?
MR. GARDNER: Objection, vague.
A. Depends on what you mean by, reviewed.
Have I ever looked at them, reviewed them in that sense?
BY MR. STOUCK:

Page 51

Q. Yeah.
A. Absolutely.
Q. I'm trying to understand your -- what other kind of review is there than looking at it and reading it?
A. "Review" to me may mean reviewed in the sense of approval or that kind of thing.
Q. I see.
No. No.
I'm talking about just reviewed for any work that you've done.
A. Sure.
Q. How many certificates of compliance?
A. I don't know.
A large number.
Q. A hundred?
A. My guess -- well, first off, there aren't a hundred.
My guess is at one time or another, I've probably looked at the certificate of compliance of every cask design currently licensed. Now, that's a much smaller number.

Page 52

Q. How many approximately?
A. Storage or transportation, or both?
Q. Let's take storage first.
A. Let me answer your question this way: Those certificates will fit in 2 binders, 2 3-inch ring binders.
Q. The storage certificates?
A. Yeah.
Q. What about the transportation?
A. The transportation ones may be slightly smaller in volume but about the same. And there are some that cross over that are both.
Q. Because they're dual-purpose containers?
A. Yes and no.
There are some that are truly dual-purpose like the Holtec HISTAR, which the cask and canister are both -- licensed for both as opposed to some where it's only the canister that's licensed for both.
Q. Prior to your engagement by the department -- to ABZ's engagement by the

Page 53

Department of Justice in 2001, how many certificates of compliance have you, Warren Brewer, reviewed for either a transportation or a storage container for commercial spent nuclear fuel?
A. Prior to that work, probably small single digit, 4 or 5. I don't know.
They would have been the ones that came up as part of the decommissioning work. For example, the Calvert Cliffs work, they were building a new system, so we would have looked at that.
Q. Did you?
A. I'm certain we did.
I don't specifically recall that, but it would have been very strange had we not. The other people were building other kinds of things. So it would have been things that directly related to the work we were doing.
Q. In these binders that you described --
A. If I could add one more thing too.

Page 54

Q. Sure.
A. The other thing I would say is, prior to our involvement in the spent nuclear fuel cases, there are a large number of these casks which had no certificate. They didn't even exist.
Some of the best examples are a lot of the dual-purpose things. The Holtec casks, the NAC casks, those things were only licensed relatively recently.
Q. Since 2001?
A. That time frame. You know, I don't want to say that it was necessarily then.
I think one or both may have been 2000, but I mean, we're talking the same general time frame.
Q. Okay. You referred to small single digits as the number of certificates of compliance for commercial spent nuclear fuel containers that you had reviewed prior to your engagement in the spent nuclear fuel cases, but I don't think I got a number, best approximation of

Page 55

a number of individual certificates of compliance that you have reviewed to date, including subsequent to 2001.
I got an estimate of how thick they are in the binders, but how many certificates are we talking about?
A. Let me start by saying what I said before.
I believe I've looked at all of the current ones. As to the number, if I give you a number, I am absolutely guessing about the number, because I've never counted them in that way.
But a guess is -- I don't know -- 25.
Q. I'd like to try to just get something better than an absolute guess on the record here.
It's not a thousand.
Right?
A. As I said, there aren't a thousand.
There's something like 25 or 30, and

Page 56

that's my answer, is that whatever that universe of current certificates is, that's what I've looked at.
Q. And your best guess is 25 to 30, a number like that?
MR. GARDNER: Objection.
BY MR. STOUCK:
Q. Might be 24 or 31, but I'm not going to find out it's 75?
MR. GARDNER: Objection, asked and answered.
A. I do not believe you'll find out it's 75. And like I say, I believe I have looked at all of the current ones.
BY MR. STOUCK:
Q. And your best guess here today, your best estimate is somewhere between 25 and 35.
Is that fair?
MR. GARDNER: Objection, asked and answered.
A. My best guess sitting here today is that that's the range.

Page 57

BY MR. STOUCK:
Q. Okay. And that's for both storage and transportation certificates?
A. Yes.
Q. Okay. So is it correct, then, that aside from the small single digit number of certificates that you reviewed prior to your engagement by the Department of Justice, new homes and the ones that you engaged -- that you reviewed before you got engaged in the spent nuclear fuel cases, aside from those, your review of all the rest of these certificates of compliance that we've been talking about has been in the context of your work for the Department of Justice on these spent nuclear fuel cases; is that correct?
MR. GARDNER: Objection, mischaracterizes Mr. Brewer's previous testimony.
A. That's not entirely true.
BY MR. STOUCK:
Q. Okay.
A. We've done other decommissioning

work since that time and would have had occasion to look at things because of that. Again that would have been case-specific to that client.

So there is a group, if you will, of these certificates that I had never looked at before we started the work on the spent fuel cases but have since.

Q. And you would not have looked at but for your work on the spent fuel cases; is that right?

MR. GARDNER: Objection, calls for speculation.

A. In hindsight, given the work that we have performed in that interval, I would have not been reviewing those other ones.

BY MR. STOUCK:

Q. You only looked at them because of your work for the Department of Justice in these cases?

A. There are some number of them that that is the case.

Q. Of the 25 to 30, how many would that



be the case for?

A. Well, given that I believe in other work we had looked before at, you know, 4 or 5, and maybe there would be another 1 or 2 since. It's everything but that, you know, 6 to 7.

MR. STOUCK: Want to take a break?

THE WITNESS: That's fine.

MR. STOUCK: It's been a little more than an hour, so let's take a break.

(Recess.)

BY MR. STOUCK:

Q. Okay. Mr. Brewer, you testified at your TVA deposition that you, meaning I guess ABZ, has estimated costs for ISFSIs in every decommissioning cost estimate we've done.

Does that sound right?

I'm reading from the transcript.

A. Yeah.

I would believe that's true. I don't remember one that we didn't.

Q. Okay. And that's similar -- before we were talking about it in terms of had they



started building yet. And then you mentioned -- you said -- you started to list them off. You mentioned 9 Mile, unit 1, unit 2.

Does that sound right?

A. That's correct.

Q. Duane Arnold?

A. That's correct.

Q. San Onofre, units 1, 2, and 3?

A. Yes.

Q. Calvert Cliffs, units 1 and 2?

A. That's correct.

Q. And then you said: I'm coming up blank at the moment. I know I'm missing somebody, but I don't know who it is.

And Mr. Shea then said: Probably about 4.

And your answer was: Yes, I think there are a couple more, but I can't think who it was.

A. I know of one off the top of my head now that you've given me that list. Vermont Yankee. And there is a decommissioning estimate



that I did in fact which doesn't include an ISFSI. We did a decommissioning estimate for a reactor called Plum Brook. It was a reactor run by NASA. The fuel had been removed from that site many, many, many years ago, and therefore, an ISFSI was just not a part of that.

Q. Okay. Probably same thing for Shorham?

A. Well, there was discussion about an ISFSI at Shorham, and costs were generated for that, but obviously, they didn't build it.

Q. Okay. So apart from what you just said about Shorham, 5 ISFSIs that you or ABZ or both have estimated costs for.

Does that sound right?

MR. GARDNER: Objection to the extent it mischaracterizes Mr. Brewer's previous testimony.

A. In some of those cases, more than one occasion, and things obviously may well have changed from one version of the estimate to the next.

estimation of ISFSI costs, whatever estimation of ISFSI costs were included in those 12 -- approximately 12 decommissioning cost estimates that ABZ has done, what was your, Warren Brewer's, personal role in the estimation of the costs of the ISFSI that was included within those decommissioning costs?
Can you answer that for all of them, or do you have to take it one by one?
You had different roles in different instances?
A. I would have had different roles in different instances.
Q. Let's start with Duane Arnold.
A. Duane Arnold, I would have done all of that.
Q. How many decommissioning cost studies did ABZ do for Duane Arnold?
A. I think we've done 3.
Q. Was one of those an update or more than one of those?
A. The second 2 were updates.



Q. Did the updates involve the same amount of level of effort as the original?
"Update" to me implies maybe you just changed one number.
Was it a complete reestimation?
MR. GARDNER: Objection, form.
Objection, compound.
Objection, vague.
A. Every estimate we did was a complete estimate. It wasn't an addendum or anything like that.
BY MR. STOUCK:
Q. And there were 3 at Duane Arnold?
A. There were at least 3, and I don't think there were 4, but I know there were 3.
Q. When was the most recent one?
Was it 2002?
That's the update I've got, but I don't know if that's the last one.
A. I think -- I'm not sure, is the answer.
I know -- I thought there was a



later one perhaps, and maybe that really was some kind of update, because I dealt with them in doing something -- I believe more recently than that relative to the sale of the plant. And that only happened here fairly recently.
Q. When you say "update" in that last answer, it was not a complete reestimation.
It was more of just an addendum?
MR. GARDNER: Objection, vague.
BY MR. STOUCK:
Q. Add-on.
A. The last work I did for them was a modification of whatever the most recent full estimate was. It was not doing a new decommissioning estimate.
Q. But in any event, whatever estimated costs of ISFSI construction and loading are contained in any of the Duane Arnold decommissioning cost estimates performed by ABZ, those ISFSI cost estimates are the work product of Warren Brewer?
A. In conjunction with the utility.



Q. In conjunction with the utility?
A. Yeah, because let me explain that.
I mean, decommissioning cost estimates -- the utility hires any entity -- TLG, NES, SCIENTECH, whoever they are nowadays -- ABZ to do a decommissioning estimate. At some level, there is input from the utility about what they want in there.
I may recommend a number, but ultimately, they may decide they want something different. They may decide that on their own because of the PUC involvement.
The best example I can give you for that is the San Onofre cost estimates. We agreed with San Onofre or Southern California Edison to use low-level waste cost about 70 dollars a cubic foot. The California Public Utility Commission based on looking at Diablo Canyon, Palo Verde, and Southern California Edison told Southern California Edison they had to use 200 dollars a cubic foot. I would never have used 200 a cubic foot on my own.

Q. You've not compared the actual cost to the estimated cost?

A. I don't recall doing that.

And like I say, in a couple cases that we've talked about already, the ISFSIs were already built and were talking about expansion. So those really wouldn't even -- I don't think they really even fall in that category in a couple of the other cases where they've now been built, only recently been built or are currently being built, so I've not done that.

Q. You've not studied the relationship between the actual cost of ISFSI building or expansion and the estimated costs of ISFSI building or expansion as set forth in a decommissioning cost estimate for any facility, is that correct, for any ISFSI?

A. That depends on what you mean by, study.

Q. I'm just trying to paraphrase back what you've told me.

A. I think you've asked me a more



general question than what we were talking about.

If you're asking for the decommissioning studies we did, have I gone back and reviewed as-built cost versus estimated cost, the answer is, no, I have not.

Q. And with particular reference to the ISFSI costs, you would give the same answer?

A. Yeah.

That was really what my answer was for.

Q. Okay. Good.

MR. STOUCK: I want to get your coffee, so let's take another short break.

(Discussion off the record.)

BY MR. STOUCK:

Q. So you really, Mr. Brewer, if I'm understanding your testimony, you don't know -- you really cannot testify at all about how accurate were the estimates of ISFSI costs included in the decommissioning cost studies that ABZ did; is that correct --

MR. GARDNER: Objection,



mischaracterizes --

BY MR. STOUCK:

Q. -- because you've never looked at as-built versus --

MR. GARDNER: Objection, mischaracterizes Mr. Brewer's previous testimony.

Objection, vague.

A. I agree with that as far as it goes, but accurate -- to address the question of, quote, accuracy, one would have to define what the ground rules were for the estimate to start with as well.

So, you know, I think it's more than just the comparison.

BY MR. STOUCK:

Q. Now, we talked about Duane Arnold and your role, and if I understand your testimony correctly, you either exclusively -- were exclusively responsible for -- is what I understood the estimate of ISFSI costs included in the Duane Arnold decommissioning cost estimates; is that correct?



A. I largely did the entire Duane Arnold decommissioning estimate all 3 times.

Q. Of these approximately 12 decommissioning cost estimates that ABZ has done in the span of its work, are there any where you were not involved at all in the estimation of ISFSI costs?

A. No.

Q. You were involved in all of them in the estimation of ISFSI costs?

A. Right.

Q. But sometimes some other person than yourself had as much or more involvement than you, or were you always sort of the predominant cost estimator of ISFSI costs in all 12 of them?

A. Not necessarily.

In some cases, it may have been that someone else did the estimate initially, and I was involved in reviewing that and commenting and working with them after that, but I always had -- and let me make clear: There's nothing unique -- you know, as you've established already and asked

Page 82

me how many employees we have, we're a small company.
Okay?
There's very little that happens at ABZ that I don't have some involvement in. It's always -- it's a question about how much involvement, and that's probably true of everyone within our company, so, you know, it's all a matter of degree.
Q. Did any of the facilities that were the subject of these approximately 12 decommissioning cost estimates done by ABZ that we've talked about -- did any of those facilities use Holtec design for their ISFSI?
A. I do not believe so.
Q. Mr. Brewer, do you believe that you have the expertise to estimate the costs of an operating ISFSI, you know, the annual O and M costs?
MR. GARDNER: Objection, beyond the scope of Mr. Brewer's expert report.
A. I believe I do within the following

Page 83

constraints.
Within the constraints that I have available to me, the kind of plant-specific information that would be necessary to do that, yes. You know, the answer is, no one has the ability to do that without access to that information.
BY MR. STOUCK:
Q. By, plant-specific information, are you talking about taxes and that kind of thing that we referred to earlier, or are you talking about local labor rates, or both?
A. I'm talking about all that.
Q. You know what functions need to be performed in operating an ISFSI.
Correct?
A. M-hm.
Q. Yes?
A. Yes.
Q. Okay. Now, what -- you gave some testimony about this at your TVA deposition, maybe at the trial too -- I don't recall -- about

Page 84

what an ISFSI costs on average.
Do you recall testifying about that at the TVA deposition?
A. I don't really recall that, but I would not be surprised that I did, but I don't recall it.
Q. You broke it down into -- you broke it down into fixed costs, variable cost, and operating cost.
Does that sound right?
Is that how you normally think about the cost of an ISFSI?
A. That's correct.
Q. On average, what would you say the fixed costs of an ISFSI are?
MR. GARDNER: Objection, beyond the scope of Mr. Brewer's expert report.
A. In general, but again, with the condition I said before that specific plants may be very different for unique reasons.
8 to 10 million.
BY MR. STOUCK:

Page 85

Q. And what does that include, the fixed cost?
A. That's kind of the cost to design a facility, to construct a reasonable-size facility. I mean, if you got really large, obviously, maybe that's a little different, the basic fixed equipment.
So that doesn't include things like the pad. It doesn't include the casks, because they really depend very directly on size.
Q. What about licensing?
A. That's licensing, but again, obviously, licensing can vary quite a lot based on a couple things.
One, whether you license under part 50 or part 72, but more importantly, what kind of intervention you get,and what kind of state participation there is. So that's kind of a number that says, okay, I'm going to go do a licensing of a facility without a lot of outside intervention of any kind.
Q. You excluded from the fixed costs

Page 90

discussing, they will include costs of loading?
A. Yeah.
And cost of loading falls into the same thing I said about the cask, only the cost of loading is highly dependent on the facility and the utility involved, but, yeah, my million would as a general rule of thumb and only as that include the loading cost.
Q. You've never worked in an ISFSI; is that correct?
A. I have never worked at an ISFSI.
Q. You've only visited 2 fully operational ISFSIs, Calvert Cliffs and Maine Yankee?
A. Yeah, I think that's true.
Q. When were you at Maine Yankee?
A. It would have been -- the last time I was there was when we were doing the audits up there. I don't remember the time frame of that.
Q. Is that what you meant when you said in the TVA deposition that you had visited?
A. Yeah, we went down to the ISFSI.

Page 91

Q. And looked at it?
A. Yeah.
We saw them transferring casks and watched them do that.
Q. Neither you nor ABZ has ever been involved -- I may have asked you this already, and I apologize if that's so.
Neither you nor ABZ has ever been involved in ISFSI licensing, is that correct, the process of licensing an ISFSI?
A. We have never been a participant in applying for a license, that's correct.
Q. Or a cask license?
A. Or a certificate of compliance for a cask, no.
Q. Neither you nor ABZ has ever been involved in the design of an ISFSI; is that correct?
MR. GARDNER: Objection, vague.
A. That is correct.
BY MR. STOUCK:
Q. And neither you or ABZ has ever been

Page 92

involved in ISFSI construction management, meaning day-to-day construction management. Correct?
MR. GARDNER: Same objection.
A. That is correct. We've never been an active manager of that construction project.
BY MR. STOUCK:
Q. You have done oversight of ISFSI construction at San Onofre; is that correct?
A. Yes.
Q. But nowhere else?
A. Right.
Q. What exactly did you do at San Onofre in terms of oversight of ISFSI construction?
A. I personally -- I only reviewed some information. Other people from ABZ actually went and did tours. I didn't go on any of those trips.
Q. What information did you review?
A. The information that San Onofre provided to us about how they planned to operate

Page 93

the facility and their staffing and that kind of information.
Q. So your oversight was off-site oversight?
A. For me in particular.
For ABZ in general, there were people that went to the facility.
Q. I understand.
You said at the TVA deposition that you worked on transshipment of Shorham fuel to Philadelphia Electric.
Do you recall that?
A. Yes.
Q. What specific role did you, Warren Brewer, personally play in that transshipment?
A. Well, it was -- it's really a wider thing than just the shipment to Philadelphia Electric.
As part of our engagement with the Long Island Power Authority, we were involved in the review of the options for what to do with the fuel, including the option to ship it to France