IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PACIFIC GAS & ELECTRIC COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-0074C, into which has been |
| | ) | consolidated No. 04-0075C |
| THE UNITED STATES, | ) | (Judge Hewitt) |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO FILE ITS MEMORANDUM OF CONTENTIONS OF FACT AND LAW

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests an enlargement of time of two days, to and including May 3, 2006, to file its memorandum of contentions of fact and law. The Government's memorandum currently is due on May 1, 2006. Counsel for Pacific Gas & Electric Co. ("PG&E"), Jerry Stouck, has represented that PG&E does not oppose this motion.

The instant motion is necessitated by the availability of certain necessary reviewers to complete the review of the Government's memorandum. Additionally, the Court previously granted PG&E's unopposed request for a three-day enlargement for the filing of its pretrial memorandum to which the Government's memorandum, in part, responds. PG&E's memorandum originally was due on April 7, 2006. By order dated April 10, 2006, the Court enlarged the deadline for PG&E's motion to April 10, 2006. At this time, we are not seeking the full three-day enlargement granted to PG&E.

The requested enlargement will not affect any of the other deadlines set by the Court for pretrial activities or the trial of this matter.

For the foregoing reasons, we respectfully request that the Court grant this unopposed request for an enlargement.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/John C. Ekman
JOHN C. EKMAN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, NW
Washington, D.C. 20530
Tel: (202) 353-0897
Fax: (202) 307-2503

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

SCOTT DAMELIN
SHARON SNYDER
JOSHUA E. GARDNER
TODD J. COCHRAN
Civil Division
Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530

April 28, 2006

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 28th day of April, 2006, a copy of foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO FILE ITS MEMORANDUM OF CONTENTIONS OF FACT AND LAW" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ John C. Ekman