IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PACIFIC GAS & ELECTRIC COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 04-0074C, into which has been consolidated No. 04-0075C<br>(Judge Hewitt) |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO FILE ITS OBJECTIONS TO PLAINTIFF'S DEPOSITION AND TRIAL DESIGNATIONS

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests an enlargement of time of 11 days, to and including May 12, 2006, to file its objections to the deposition and trial designations filed by plaintiff, Pacific Gas & Electric Co. ("PG&E"). Pursuant to the Court's order dated April 25, 2006, the Government's objections currently are due on May 1, 2006. Counsel for PG&E, David Callet, has represented that PG&E does not oppose this motion.

On April 24, 2006, PG&E filed a list of its deposition and trial designations with the Court. That filing was accepted by the Court on April 25, 2006, and the Government was ordered to file any objections to the designations by May 1, 2006. PG&E has designated more than 280 pages of trial and deposition testimony taken in the various spent nuclear fuel cases. PG&E designated deposition testimony from 10 witnesses over 22 days of depositions. PG&E also designated the trial testimony of six witnesses from three trials (with designations from multiple trials for three of those witnesses). PG&E was unable to provide us with a set of the actual copies of the designated testimony until Wednesday, April 26, 2006. Given the volume of PG&E's designations, we need the additional time sought by this motion so that we can complete the preparation and necessary internal review of our objections.

The requested enlargement will not affect any of the other deadlines set by the Court for pretrial activities or the trial of this matter.

For the foregoing reasons, we respectfully request that the Court grant this unopposed request for an enlargement.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/John C. Ekman
JOHN C. EKMAN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, NW
Washington, D.C. 20530
Tel: (202) 353-0897
Fax: (202) 307-2503

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

SCOTT DAMELIN
SHARON SNYDER
JOSHUA E. GARDNER
TODD J. COCHRAN
Civil Division
Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530

May 1, 2006

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 1st day of May, 2006, a copy of foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO FILE ITS OBJECTIONS TO PLAINTIFF'S DEPOSITION AND TRIAL DESIGNATIONS" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ John C. Ekman