IN THE UNITED STATES COURT OF FEDERAL CLAIMS

Filed Electronically on May 1, 2006

| | |
|---|---|
| PACIFIC GAS & ELECTRIC COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No. 04-0074C, into which has been consolidated No. 04-0075C<br>(Judge Hewitt) |

PG&E'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to RCFC 6 and 6.1, PG&E respectfully moves for a two day enlargement of time, through May 3, 2006, for the filing of the parties' exhibit lists and objections to witnesses. Pursuant to the Court's Order of March 24, 2006, the exhibit lists and objections to witnesses would otherwise be due today, May 1, 2006. This is the first enlargement PG&E has requested for these purposes. The government does not oppose this motion.

As noted at the hearing before the Court on March 22, PG&E has been working to substantially shorten its exhibit list. PG&E expects to reduce the size of its exhibit list by more than 50 percent from its preliminary list exchanged with the government. As that work is not yet complete, PG&E needs additional time to complete the refinements to its list. This enlargement should assist the parties and the Court, as it will result in fewer exhibits to be dealt with by the government and likely fewer objections to exhibits to be addressed at the pretrial conference. The additional time being sought for objections to witnesses is needed by PG&E to address the last of the expert witness reports submitted

by the government. Because that report was not submitted until April 13, a time much later than that contemplated by the Court's Orders of February 18, 2005, January 9 and 20, 2006 and March 24, 2006, PG&E has not yet had adequate time to analyze the report and to prepare an appropriate motion *in limine.* PG&E is seeking generally applicable enlargements for the exhibit lists and objections to witnesses in order to maintain the simultaneity of deadlines set out in the Court's March 22 Order.

For these reasons, the Court should enlarge the time for the filing of exhibit lists and objections to witnesses through May 3, 2006.

Dated: May 1, 2006

Respectfully submitted,

s/Jerry Stouck

JERRY STOUCK
Greenberg Traurig, LLP
800 Connecticut Avenue, NW, Suite 500
Washington, DC 20006
(202) 331-3173 Phone
(202) 261-4751 Fax
*Counsel for Plaintiff*
Pacific Gas & Electric Company

Of Counsel:
Robert L. Shapiro
Greenberg Traurig, LLP