# In the United States Court of Federal Claims

No. 04-74C
(into which has been consolidated No. 04-75C)

(E-Filed: May 2, 2006)

| | |
|---|---|
| PACIFIC GAS AND ELECTRIC COMPANY, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Before the court is PG&E's Unopposed Motion for an Enlargement of Time (Motion). For the reasons stated therein and because the Motion is unopposed, plaintiff's Motion is hereby GRANTED. The parties shall file their exhibit lists and objections to witnesses on or before Wednesday, May 3, 2006.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge