IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| PACIFIC GAS & ELECTRIC COMPANY,<br>Plaintiff,<br>v.<br>UNITED STATES OF AMERICA,<br>Defendant. | No. 04-0074C, into which has been consolidated No. 04-0075C (Judge Hewitt) |

Ivan F. Stuart Rebuttal Expert Witness Report

I have been asked by counsel for PG&E to provide rebuttal comments to the report of Warren K. Brewer as it relates to his estimate of spent fuel ("SNF") loading costs. Mr. Brewer concludes that the cost of loading PG&E's Humboldt Bay Power Plant ("HBPP") SNF into DOE's shipping containers in the but-for world would have been much larger (indeed, more than four times larger) than the costs PG&E will incur for moving that SNF into the ISFSI. The fundamental assumptions made by Mr. Brewer to arrive at this conclusion are flawed, and Mr. Brewer overstates this cost substantially. It is unlikely that the but for costs would have been greater than the cost PG&E will incur to move the HBPP SNF into the ISFSI. However, just how much PG&E would have incurred to load that SNF into DOE's shipping containers in the but for world is uncertain. Given my understanding that DOE remains obligated to remove the HBPP SNF in the future, it appears the costs of loading the HBPP SNF to the DOE transportation system are deferred for an indefinite period of time. Just how much PG&E eventually will incur to deliver SNF to DOE for transportation in the breach world is also

uncertain, for reasons similar to those giving rise to the cost uncertainties in the but-for world that I discuss further herein.

1. Mr. Brewer's estimate of SNF loading costs at HBPP is based on DOE's use of low capacity, "legal-weight" truck-casks ("LWT"), which he assumes would hold only two of the HBPP assemblies. His use of those low capacity casks is the major reason why Mr. Brewer's cost estimate is as large as it is. That is because his estimate assumes a fixed per-day loading cost for casks, and loading all of the 390 HBPP SNF assemblies into the low capacity casks Mr. Brewer assumes takes many more days than loading those assemblies would take using larger capacity casks like the HISTARSs PG&E is acquiring for its ISFSI. Mr. Brewer concludes it would take 195 days to load the 390 HBPP assemblies using the low capacity casks on which his estimate is based, whereas the same 390 assemblies could be loaded into the HISTARSs in about 30 to 40 days.

2. Mr. Brewer is correct that cask loading costs increase with total cask loading time, and that total cask loading time is greater if low capacity casks are used. Hence, his use of low capacity casks increases both the time and therefore the cost of loading the HBPP assemblies. For that reason, however, among others noted below, it is unlikely that such low capacity casks would be used to transport HBPP SNF offsite. Use of larger capacity casks would provide significant loading cost savings to PG&E, as shown by comparing the $1.384 million cost to load the high capacity HIGHSTARS which Mr. Brewer relies upon in his analysis with the $6.430 million – an amount four times greater – that he concludes it would cost to load the low capacity LWT casks. Larger capacity casks would have been available to DOE in the but for world and also would have provided cost and other advantages to DOE, as discussed below.

3. In contrast to the clear cost advantage and other favorable attributes of larger capacity casks noted in this report, the reasons Mr. Brewer cites for concluding that DOE would have used low capacity casks do not support that conclusion. He cites only two reasons for that conclusion, the absence of a rail spur at HBPP, which he asserts would require the HBPP SNF to be moved by truck, and his interpretation of the Delivery Commitment Schedules ("DCS") submitted by PG&E to DOE to declare a preference on the part of PG&E to use truck sized casks for transportation of the HBPP SNF. But trucks have for many years transported not only legal-weight casks (usually referred to as truck casks), but also "over-weight" truck casks and even rail or barge casks, all of which typically hold many more assemblies than LTW casks – often ten to twenty times as many, or more. The entries on PG&E's DCSs indicate only that PG&E will deliver the casks on a truck trailer to DOE at the F.O.B. point, and are fully consistent with the delivery to DOE at the F.O.B. point of a rail or barge cask, on a heavy-haul truck. As noted in my original expert report in this case and the DOE FICA Study for HBPP, both rail and barge access are available near that site. In short, I see no reason why DOE would have used low capacity truck casks to remove HBPP SNF in the but for world, and good reasons – including the clear cost advantage, which is implicit in Mr. Brewer's analysis but ignored – for DOE to have used larger capacity rail or barge casks.

4. More generally , Mr. Brewer's analysis fails to consider the range of cask characteristics and other variables that affect such loading costs. These variables, which should be considered in order to obtain a reliable estimate of the costs of loading SNF casks, include the following:

Alternative capacity (i.e., size) of various available casks

Actual capacity of casks to handle HPBB fuel, given its size

Cask capability to accept only bare fuel or only canistered fuel

DOE willingness to accept only bare fuel or only canistered fuel

NRC licensing requirements imposed for the cask

Training of plant staff required to handle a cask in the plant

Specific ancillary handling equipment needed for a cask

5. Mr. Brewer wrongly assumes that the LWT cask he used in his analysis could hold only two HBPP assemblies. That cask's publicly available license shows it is permitted to carry not only two, full-size, standard BWR assemblies but also many other configurations of fuel assemblies of other sizes. For example, the cask has been licensed to handle 7 assemblies of the DIDO reactor type assemblies, 20 of the TRIGA reactor type assemblies, and 42 of the MTR reactor type assemblies (see NRC Certificate of Compliance No. 9225, revision 37). Based on my many years of experience obtaining licenses for such multiple fuel configurations, I conclude that this same cask could be licensed to accommodate at least three, and probably four, HBPP assemblies, which are significantly smaller, lighter weight and cooler than the standard BWR type assemblies. Mr. Brewer failed to consider this possibility, or its resulting impact on cask loading costs.

6. Mr. Brewer expressed the opinion in his deposition that it does not matter if the cask is a welded type or not, as it relates to his analysis (page 464, line 7). But significant additional work is needed to load a welded cask system (like the HISTAR system that will be used at HBPP) compared to loading a bolted cask system (such as the LWT system he evaluated). Casks used for SNF transportation are typically bolted shut

rather than welded, so that after transport the SNF can be removed at the receiving end, whereas casks used at ISFSIs like PG&E's typically include canisters that have two lids welded shut, which entails additional costs. Moreover, each type of system (welded versus bolted) has different licensing requirements, and requires different staff competency for loading, processes that also entail differing costs.

7. Mr. Brewer's loading cost estimate starts by using a contractual option price for Holtec to perform SNF loading of its furnished system at HBPP. He then uses that projected cost to estimate costs of loading a different cask system with a substantially different capacity for SNF assemblies (*i.e.*, his assumed 2 per cask versus 80 per cask). Using the contractual Holtec loading cost as a starting point in this way is inappropriate, and incorrect, for at least two reasons. First, the Holtec contract cost is projected for the future when SNF loading will be performed at HBPP into a specific, identified cask system. The basis for such pricing is tied to the detailed characteristics of the HISTAR system being loaded and the associated NRC licensing requirements imposed on it. Second, as Mr. Brewer correctly acknowledged at his deposition (page 411, lines 10-11), loading costs do not scale linearly to the number of assemblies in a cask. The reason for that is the cask loading process involves certain "one-time" tasks that take approximately the same amount of time regardless of cask size, such as preparing the cask, placing it in the spent fuel pool and later taking it out of the pool, drying the cask, decontaminating it, and moving it to the transport vehicle. In contrast, the time needed to load assemblies into a cask does vary with the number of assemblies loaded. In my experience the one-time tasks, which are common and comparable across a wide range of cask sizes, take more than a day in total and typically about two days. When loading assemblies,

approximately ten to twenty assemblies can be loaded per day depending on the work crew's experience.

It follows that Mr. Brewer's assumption that the LWT casks he uses in his analysis could be loaded in one day is overly optimistic; the one-time tasks involved in loading the casks would alone take more than a day, and closer to two days, even though the task of loading two assemblies into each cask would only take a couple of hours. Loading the 195 casks used in Mr. Brewer's analysis would therefore take about 390 days, rather than 195 days as he assumes. Because Mr. Brewer's analysis applies a fixed per day cost for cask loading, the total cost of loading would be more like $12.8 million than $6.4 million – thus underscoring the economic incentive to use larger capacity casks to remove HBPP's SNF.

8. Although Mr. Brewer's analysis considered only one model of transport cask, other types of cask would have been available to DOE in the but for world. In 1998, even with the breach, there were at least three transport cask systems already licensed by NRC that could have been used at HBPP. In addition, if DOE had continued with its Cask System Development Program ("CSDP") to completion, there would have been two additional cask systems available for use at HBPP. The DOE-initiated programs were started early enough that the program products could have been available in time for use at HBPP. These five cask systems are listed in Table 1 below along with the HISTAR system to be used by HBPP for comparison. As the list shows, there is a wide range of cask capacity among these alternative systems. That range would dramatically affect the costs of loading HBPP SNF. As noted in Table 1, the capacity shown for each cask is for standard BWR assemblies (except for the HISTAR which shows the HBPP SNF

capacity). That is a significant conservatism, because as noted above the HBPP SNF assemblies are smaller. In fact, these casks would hold more HBPP assemblies than indicated in Table 1. These factors would have had a marked effect on loading costs if Mr. Brewer had considered them in his analysis. Finally, the MPC program that was initiated by DOE in the early 1990s, if completed, could have provided a sixth alternative system for use at HBPP (not shown in Table 1 since its characteristics were not determined). Mr. Brewer neglected to consider any of these alternatives or their effects on the uncertainties about the results of his loading cost conclusions.[1]

9. There is another significant error in Mr. Brewer's analysis reflected in the column in Table 1 of this report identified as "Campaigns." This characteristic relates to another cost element not identified in Mr. Brewer's analysis, but important to costs of removing HBPP SNF removal from the site that would be incurred by PG&E as well as by DOE. It would not be practical for the DOE to have implemented the removal of HBPP's SNF in single cask shipments. The use of campaigns, *i.e.* simultaneous shipment of multiple casks at one time, is a well accepted mode of operation, and has a substantial effect on the total cost of SNF removal from any reactor site. To illustrate the impact of this cost element, it is reasonable to assume that a removal campaign of five casks or more would be used with each of the alternative cask systems at HBPP. Campaigns larger than this have been accomplished by private industry for other DOE programs. The net effect is a range of uncertainty in the number of times the plant staff would be required to mobilize for an SNF loading cycle and the number of times the DOE would

[1] Had the DOE spent fuel program been progressing in the 1990s, other casks suitable for transporting HBPP SNF also may have been developed. As an example, I completed the licensing of the NAC STC (a bolted lid cask) approved for 26 standard PWR assemblies or 37 Yankee-class assemblies, that could have been licensed for a number of HBPP assemblies comparable to the HISTAR.

be required to have some of its cask fleet and personnel visit the site. The latter factor ranges from 40 times required to mobilize, under Mr. Brewer's assumption that LWT truck casks would be used holding two HBPP assemblies each, to only one mobilization for a complete removal of all HBPP SNF, as anticipated with use of the HISTAR system in the breach world. The lower costs associated with campaigns and fewer mobilizations at HBPP, and at other commercial reactor sites, would benefit not only PG&E and the other utilities but DOE as well. In my opinion these factors, along with the other benefits of using higher capacity casks, were instrumental in DOE's announced decision to rely mostly on rail transport of large casks in the disposal program.

10. Yet another, related flaw in Mr. Brewer's analysis results from his use of low capacity casks, and the resulting need to ship casks 195 times. Assuming transportation campaigns of five casks each, and a round-trip travel time to Yucca Mountain or another DOE destination of about a month as stated in my original expert report, the need to ship casks 195 times would require DOE to devote about 50 or 60 casks to HBPP alone, at least for the period during which the HBPP SNF was being loaded. This would require DOE to have an excessive number of LWT truck casks and/or would represent a substantial proportion of the entire DOE cask fleet, which likely would include only about 50 to 80 large capacity casks and a smaller number of low capacity casks in total.

11. At certain times in DOE's various cask development programs, the cask design features were focused on only accommodating bare fuel in a transport-only cask with a bolted closure lid, a concept that I was personally responsible for managing during my career. At other times, the DOE design contemplated only a multiple-function welded canister system housing the SNF (i.e., the MPC system), wherein such canister

would be initially suitable for storage, then transport and finally disposal without being opened. The latest concept being pursued by DOE contemplates a different multiple-function canister that is initially transportable to a DOE facility, storable for aging there, and later disposal. With this wide a range of possible cask types that DOE might supply, the costs of delivering PG&E's HBPP SNF to DOE in the future, when the final cask design is selected by DOE, are subject to the same kinds of uncertainties discussed above with respect to but-for world loading costs. Moreover, additional uncertainties in estimating the costs PG&E will incur in the future to deliver SNF to DOE arise (a) from DOE's suggestions that canisters like those in PG&E's HISTAR will have to be opened before the SNF is disposed, (b) from the need for PG&E to obtain transportation limiters for the HISTARS, and (c) from uncertainties about how the HISTARS will be transported to the rail line or whether they will be delivered to a barge port.

My qualifications, publications, testimony (other than by deposition in this case) and compensation have not changed from that set out in my initial expert witness report.

Ivan F. Stuart

Ivan F. Stuart

March 14, 2006

Table 1

Effect of Cask Capacity on SNF Removal

| Cask Name | SNF Capacity* | Required Loadings and Shipments | Campaigns** Possible |
|---|---|---|---|
| LWT truck cask | 2 assemblies | 195 | 39 |
| LWT truck cask | 3 assemblies | 130 | 26 |
| LWT truck cask | 4 assemblies | 98 | 20 |
| GA 4/9 | 9 assemblies | 44 | 9 |
| TN 8/9 | 11 assemblies | 36 | 7 |
| IF 300 | 19 assemblies | 21 | 4 |
| CSDP rail | 50 assemblies | 8 | 2 |
| HISTAR | 80 assemblies | 5 | 1 |

* Capacity listed is for standard BWR assemblies except HISTAR which is specifically licensed for HB assemblies

* * Campaign defined as 5 casks or more