IN THE UNITED STATES COURT OF FEDERAL CLAIMS

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _X
YANKEE ATOMIC ELECTRIC COMPANY, :
MAINE YANKEE ATOMIC POWER CO., :
CONNECTICUT YANKEE ATOMIC POWER:
CO., :
Plaintiff, : Case Nos.
vs. : 98-126C
UNITED STATES OF AMERICA, : 98-474C
Defendant. : 98-154C
_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _X

ACKNOWLEDGMENT OF DEPONENT

I, Frank C. Graves, do hereby acknowledge that I have read and examined Pages 236 through 444, inclusive, of the transcript of my deposition taken on November 13, 2001, and that:

( ) The same is a true, correct, and complete transcription of the answers given by me to the questions therein recorded.

( ✓ ) except for the changes noted in the attached Errata Sheet, the same is a true, correct, and complete transcription of the answers given by me to the questions therein.

Dec 19, 2001 __________ [signature] __________
Date Signature

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

---------------------------------------X
YANKEE ATOMIC ELECTRIC CO., :
MAINE YANKEE ATOMIC POWER CO., :
CONNECTICUT YANKEE ATOMIC :
POWER CO., :
Plaintiff, : Case Nos.
vs. : 98-126C
UNITED STATES OF AMERICA, : 98-474C
Defendant. : 98-154C
---------------------------------------X

ACKNOWLEDGMENT OF DEPONENT

I, Frank C. Graves, do hereby acknowledge that I have read and examined Pages 445 through 605, inclusive, of the transcript of my deposition taken on November 14, 2001, and that:

( ) The same is a true, correct, and complete transcription of the answers given by me to the questions therein recorded.

( ✓ ) except for the changes noted in the attached Errata Sheet, the same is a true, correct, and complete transcription of the answers given by me to the questions therein.

Dec 19, 2001 ____ Frank C. Graves ____
Date Signature

604

ERRATA SHEET

Yankee Atomic Electric Co., et al. versus The United States of America

Deponent: Frank C. Graves, Volume I
Deposition Date: November 12, 2001

| PAGE/LINE | CORRECTION/CHANGE | REASON FOR CORRECTION/CHANGE |
|---|---|---|
| 35/19 | Change "it" to "is" | Transcription error |
| 47/16 | Change C&G to CNG | Transcription error |
| 47/21 | Change C&G to CNG | Transcription error |
| 59/22 | Change "Canter" to "Cantor" | Transcription error |
| 67/14 | Change "Gary" to "Jerry" | Transcription error |
| 76/20 | Change "emission plan" to "Mission Plan" | Transcription error |
| 76/21 | Change "acceptance capacity reports" to "Annual Capacity Reports" | Correction |
| 100/10 | Change "penultima" to "penultimate" | Transcription error |
| 100/14 | Change "penultima" to "penultimate | Transcription error |
| 106/19 | Change "frame" to "rate" | Transcription error |
| 114/5 | Capitalize "civilian radioactive waste" to "Civilian Radioactive Waste" | Transcription error |
| 114/6 | Capitalize "management throughput rate analysis" to "Management Throughout Rate Analysis" | Transcription error |
| 128/15 | Capitalize "general public utilities" to "General Public Utilities" | Transcription error |
| 130/4 | Change "JPU's" to "GPU's" | Transcription error |
| 132/9 | Insert "percent" after "30" | Transcription error |
| 149/7 | Change "transaction" to "contract" | Clarification |

| | | |
|---|---|---|
| 170/2 | Change "fuel" to "fewer" | Transcription error |
| 179/8 | Insert "different" after "toward" | Clarification |
| 179/11 | Change "That" to "It" | Transcription error |
| 184/18 | Change "an" to "in" | Transcription error |
| 193/2 | Delete "left" | Transcription error |
| 193/3 | Insert "left" after "see" | Transcription error |
| 213/8 | Change "has" to "is" | Transcription error |
| 213/9 | Changes "differences" to "different" | Transcription error |
| 214/14 | Insert "THE WITNESS: " at start of line | Transcription error |
| 219/20 | Change "are" to "or" | Transcription error |
| 220/21 | Changes "state" to "states" | Transcription error |
| 221/18 | Change "order" to "ordering": | Transcription error |
| 221/19 | Delete "and" at start of line | Transcription error |
| 224/4 | Change " Green Peace" to "Greenpeace" | Transcription error |
| 230/12 | Change "haven't" to "have" | Transcription error |
| 232/8 | Change "wouldn't" to "would" | Clarification |

ERRATA SHEET

Yankee Atomic Electric Co., et al. versus The United States of America

Deponent: Frank C. Graves, Volume II
Deposition Date: November 13, 2001

| PAGE/LINE | CORRECTION/CHANGE | REASON FOR CORRECTION/CHANGE |
|---|---|---|
| 244/14 | Change "resolvable" to "unresolvable" | Transcription error |
| 248/21 | Delete "as" | Clarification |
| 251/1 | Change "mission plan" to "Mission Plan" | Transcription error |
| 253/8 | Change "mission plan" to "Draft Mission Plan" | Clarification |
| 253/12 | Capitalize "system" to "System" | Transcription error |
| 253/13 | Capitalize "requirements document" to "Requirements Document" | Transcription error |
| 276/14 | Delete "if" | Clarification |
| 278/12 | Change "storing" to "storage" | Transcription error |
| 286/19 | Change "of our weights" to "given core weights" | Clarification |
| 286/20 | Insert "pool capacity" before "tonnage" | Clarification |
| 287/3 | Insert "at each plant" after "assemblies" | Clarification |
| 287/9-11 | Replace answer with "We obtained assembly weights by reactor from Graves 6, by dividing the last column of Table A.1, Core Weight, by the next-to-last column, Assemblies Full Core." | Correction |
| 290/9 | Change "and" to "an" | Transcription error |
| 293/7 | Change "PWR" to "BWR" | Transcription error |
| 293/7 | Change "other" to "or" | Transcription error |

| | | |
|---|---|---|
| 293/12 | Change "PWR" to "BWR" | Transcription error |
| 298/6 | Change "and" to "at" | Transcription error |
| 317/5 | Change "1980" to "1998" | Transcription error |
| 317/7 | Change "two" to "five" | Transcription error |
| 320/16 | Change "than" to "then" | Transcription error |
| 342/14 | Change "that" to "the" | Transcription error |
| 353/10 | Change "assembly" to "pool" | Clarification |
| 354/13 | Change "circumstances is" to "circumstances. This is" | Transcription error |
| 358/19 | Delete "the" | Transcription error |
| 358/20 | Change "fillable" to "available" | Transcription error |
| 359/21 | Insert "year" at end of line | Transcription error |
| 367/14 | Change "not well" to "well not" | Transcription error |
| 372/12 | Delete "to about" | Transcription error |
| 389/6 | insert "there are" before "essentially" | Clarification |
| 389/18 | Change "2000" to "2002" | Transcription error |
| 404/19 | Change "compliant" to "compliance" | Transcription error |
| 408/12 | Insert "one" before "mill" | Transcription error |
| 408/13 | Change "the nuclear" to "their nuclear" | Transcription error |
| 416/3 | Change "a case" to "that basis" | Transcription error |
| 416/4 | Insert a comma between "case" and "because" | Clarification |

| | | |
|---|---|---|
| 427/7 | Move comma: change "applied by 2002," to "applied, by 2002" | Transcription error |

ERRATA SHEET

Yankee Atomic Electric Co., et al. versus The United States of America

Deponent: Frank C. Graves, Volume III
Deposition Date: November 14, 2001

| PAGE/LINE | CORRECTION/CHANGE | REASON FOR CORRECTION/CHANGE |
|---|---|---|
| 453/15 | Change "described" to "describing" | Transcription error |
| 453/16 | Change "in" to "an" | Transcription error |
| 471/22 | Change "character of the" to "character of a" | Transcription error |
| 478/2 | Insert "the end of" before "1997." | Clarification |
| 479/17 | Change "ask of" to "attribute to" | Clarification |
| 481/11 | Change "happened. So if it was, less" to "happened if less" | Clarification |
| 482/21 | Change "collocated" to "co-located" | Transcription error |
| 483/13 | Insert "where" before "there" | Transcription error |
| 487/16 | Add quotation mark at end of "Acceptance Rates" | Transcription error |
| 487/17 | Delete quotation mark after "Must-Move.xls" | Transcription error |
| 491/20 | Change "accelerated" to "anticipated" | Clarification |
| 493/14 | Change "in" to "is" | Transcription error |
| 493/15 | Change "is" to "goes" | Transcription error |
| 505/17 | Change "private's" to "private" | Transcription error |
| 514/11 | Change "rights" to "rates" | Transcription error |
| 519/11 | Change "and" to "under" | Clarification |

| | | |
|---|---|---|
| 524/13 | Change "row" to "world" | Transcription error |
| 531/12 | Change "emission plan" to "Mission Plan" | Transcription error |
| 531/13 | Change "emission plan" to "Mission Plan" | Transcription error |
| 532/13-14 | Change "is simply to call a least-cost solution with non-performance." to "is simply to call non-performance the least-cost solution." | Clarification |
| 544/3 | Change "potentially" to "potential" | Transcription error |
| 544/7 | Change "a company" to "accompany" | Transcription error |
| 545/17 | Change "however" to "whatever" | Transcription error |
| 545/20 | Change "relief of the" to "relief of a" | Transcription error |
| 548/10 | Delete "through" | Transcription error |
| 552/5 | Change "co Plant" to coal plant" | Transcription error |
| 565/13 | Delete "as" | Clarification |
| 566/15 | Change "improved" to "approved" | Transcription error |
| 567/1 | Change "accrued" to "approved" | Transcription error |
| 573/12 | Put quotation marks around "bids" Put quotation marks around "asks" | Clarification |
| 587/8 | Change "full-cast" to "full-cask" | Transcription error |
| 588/9 | Change "tonnage" to "tons" | Transcription error |
| 594/8 | Change "to include" to "to not include" | Transcription error |
| 597/2 | Change "billion" to "million" | Transcription error |
| 600/6 | Change "2198" to "1998" | Transcription error |

COPY

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

- - - - - - - - - - - - - - - - - x
PACIFIC GAS AND ELECTRIC COMPANY, :
:
Plaintiff, : No. 04-0074C
:
v. : Volume I
:
UNITED STATES OF AMERICA, :
:
Defendant. :
- - - - - - - - - - - - - - - - - x

Washington, D.C.
Tuesday, January 24, 2006

Deposition of:

FRANK C. GRAVES,

called for examination by counsel for the Defendant, at the Offices of Greenberg Traurig, 800 Connecticut Avenue, N.W., Suite 500, Washington, D.C., before Barbara A. Huber, court reporter and notary public in and for the District of Columbia, and commencing at 9:30 a.m., when were present on behalf of the respective parties:

22

**from your electronic model report?**
A Four or five hours, something like that.
**Q You said you reviewed your testimony from Yankee.**
**Did that include both the trial testimony, as well as the deposition testimony?**
A The trial testimony definitely. I did much less on the deposition.
**Q Did you read the whole trial testimony?**
A No. I reviewed the demonstrative exhibits that I had used in the case, of which there were maybe sixty or so.
**Q Did you actually read any testimony that was taken off?**
A No. Not the transcript.
**Q You did not read the transcript?**
A Correct.
**Q But you did read some of the deposition transcripts?**
A Some, yes. Not all mine.
**Q Right. Let's talk about yours first.**
**In reviewing the transcripts of the**

23

**deposition, did you see anything in there that you disagree with, any testimony that you gave that you disagree with today?**
A No.
**Q And harkening back to trial, with particular emphasis on my cross-examination of you, is there anything that you can recall, sitting here today, that you disagree with, any statements that you made that you now disagree with?**
A Not that I recall.
**Q You said you read reports.**
**Were those reports expert reports from this case, or from the Yankee case, or both?**
A Both.
**Q Which reports did you review?**
A I read the report of John Bartlett, which was from the Yankee case; Ivan Stuart's report from this case; Rod Knight's report from this case. I think those were the main ones that I remember right now.
**Q Why did you look at those three reports?**

24

A Well, they provide data or context for some of my approach and conclusions. Particularly Rod Knight provides the average cost data that I use in the economic sequence model. And Bartlett and Stuart both comment on acceptance rates and campaign as feasible and useful.
**Q Are you aware that Dr. Bartlett has not filed an expert report in this case?**
A Yes.
**Q Do you know why he hasn't?**
A I don't.
**Q You said you also read depositions from the previous case.**
**That's the Yankee case?**
A Yes.
**Q Other than portions of your testimony that you reviewed, did you review anyone else's -- or who else's testimony did you look at?**
A I think I also looked at Stuart and Bartlett in that case, and also Mr. Meisner. Perhaps others, but that's what I recall now.
**Q Why did you look at Mr. Meisner's?**

25

A Mr. Meisner testified a bit about the experience of failed fuel at Maine Yankee. I wanted to recall what he had said about how they had dealt with that.
**Q Why did you want to recall that?**
A I'm aware that that's an issue that came up in the previous case as to whether or not that presented a barrier to relying on exchanges, for instance, or the feasibility of removal under the schedule that I had indicated.
**Q Do you know if PG&E has failed fuel at Humbolt Bay?**
A I believe they do.
**Q How do you know that?**
A I've been told by Mr. Shapiro.
**Q Do you know if they have severely failed fuel?**
MR. SHAPIRO: Objection. Vague.
THE WITNESS: I don't know the character of the fuel or its problems.
BY MR. EKMAN:
**Q Have you read any depositions of any**

34

to spent fuel.
**Q Other than changing the reference point, the time frame for the data, were there any other changes that you can think of to the data that was used to generate the output of your model?**
A Well, in addition, the cost data is different. Now, not relying on data from Rod Knight. And though quite similar, the values for O&M costs and new ISFIS development are a bit different than we estimated before, in part because he has reflected -- I understand he's reflected post-911 changes in the complexity of those problems in his analysis.
**Q Is it your testimony then that you believe that the NAC data then was pre-9/11?**
A As I recall, that's the case. It had not -- it reflected cost experience that occurred prior to the 9/11 terrorist events, and so I think did not reflect heightened security and other kinds of changes and process that may have occurred since then.
**Q Any other changes that you can think of?**

35

**And when I'm asking about this, I'm going to go through specific, very particular differences between the models. But what I'm thinking of are changes that would affect, you know, some more general changes, like the use of different data points, the use of different cost data.**
**Are there any other general categories of data changes that you can think of?**
A Well, associated with those two changes that I talked about, but especially associated with switching to the SFSR discharge schedule, there's also a different futures time schedule of must-move of fuel that develops from that data. And that's largely due to a change in which units are understood to be shut down and which ones are pursuing life extension and things like that.
**Q In other words, in Yankee, you had more shutdown reactors in the must-move mountain?**
**Well, first of all, when I use that word, do you understand what I mean?**
A I do know what you're talking about,

36

yes.
**Q So in the Yankee case, there were more shutdowns by 1998 who were bidding as shutdowns than in this case where there are fewer shutdowns bidding as shutdowns; is that right?**
A Right. I think there was about 3,000 tons more of shutdown fuel in the early years in the Yankee case than in this case.
**Q And among other people that that potentially affects Maine Yankee and Connecticut Yankee; is that right?**
A Yes. They're examples of shutdown analysis in the Yankee case that weren't shut down in this case.
**Q Are there any other large again general changes in the data?**
A Well, large and general changes, no. There are some, you know, minor refinements to the data that we made, where we thought we found errors in the sources. And we with fixed those. But those are not large.
**Q And I think we'll talk about those. We**

37

**can address more if I -- if I happen to miss some in a later discussion.**
**I assume that you used the model from Yankee as a template for the model in this case; in other words, that you didn't start from scratch?**
A Conceptually, we didn't start from scratch. But there were some administrative inconveniences in that version of the model that we have enhanced and cleaned up. And we made some distinctions in the logic that we think are a little clearer in this version of the model. But, again, qualitatively not important in that they don't change the pattern of results in that analysis or this. But they make it a little clearer as to what's going on. And they allow slightly more refined decision choices by the parties.
**Q What were the administrative inconveniences, I think you said? Or what were the issues there?**
A Well, one is that in the Yankee



1700 Pennsylvania Avenue, N.W.
Washington, D.C. 20006

JABS REPORTING, INC.
www.jabsreporting.com

(202) 296-6102
(888) 805-5227