Ceree, H
Ekman, J
12138

# JABS REPORTING INCORPORATED

*Professional Court Reporters*

March 9, 2006

Sent by First-Class Mail

RECEIVED

Mr. John Ekman
U.S. Department of Justice
Civil Division
1100 L Street, NW
Washington, D.C. 20005

Re: Pacific Gas &Electric Company vs. United States

Dear Mr. Ekman:

Enclosed please find a signed original of the Acknowledgment of Deponent and Errata Sheet for the January 24 and 25, 2006, examination of Frank C. Graves in the above-referenced matter.

Should you have any questions, please do not hesitate to contact me.

Very truly yours,
JABS REPORTING, INC.

Ginger M. Jabs

154-04-C074
CB

1700 Pennsylvania Avenue, N.W. • Suite 400 • Washington, D.C. 20006 • (202) 296-6102 • Fax (202) 296-6109
*Toll Free:* (888) 805-JABS (5227) • www.jabsreporting.com
*Serving District of Columbia, Maryland & Virginia*

Greenberg
Traurig

**Pacific Gas & Electric v. United States**
Unites States Court of Federal Claims
Case No. 04-74C

## Signature Page indicating Review of Frank C. Graves Transcript of January 24, 2006 by Frank C. Graves

Please check the appropriate box and sign below:

| | |
|---|---|
| | I do not have any changes to the transcript |
| ✓ | I have attached changes to be made to the transcript |
| **DATE:** | February 28, 2006 |
| **SIGNATURE:** | Frank C. Graves |
| | Frank C. Graves |

Greenberg
Traurig

Pacific Gas & Electric v. United States
United States Court of Federal Claims
Case No. 04-74C

CHANGES TO FRANK C. GRAVES TRANSCRIPT OF JANUARY 24, 2006

| | |
|---|---|
| **DATE:** | February 28, 2006 |
| **REVIEWED BY:** | Frank C. Graves |
| | |

| Transcript Page | Line | Used to Read | Now Reads | Reason for Change |
|---|---|---|---|---|
| 326 | 12 | so on is also | so on as also | transcription error |
| 327 | 22 | requirements in | requirements | transcription error |
| 328 | 5 | industry to the extent | industry. To the extent | transcription error |
| 328 | 10 | Have fewer procurement | Have fuel procurement | transcription error |
| 329 | 12 | described, especially | described, that especially | transcription error |
| 330 | 22 | Officials zones | Official zones | transcription error |
| 343 | 3 | you get bend-down side | you get up-side and down-side | transcription error |
| 345 | 8 | whether it's the value | whether the value | transcription error |
| 346 | 11 | another party that's | another party. That's | transcription error |
| 346 | 16 | I don't mean down | I don't mean "down" | transcription error |
| 362 | 7 | big trucks were going | big trucks that were going | transcription error |
| 362 | 21 | -- a customization that | -- accustomization that | transcription error |
| 363 | 21 | If you would | If you had | transcription error |
| 366 | 11 | been with deemed | been deemed | transcription error |
| 366 | 17 | the world you | the world where you traded | transcription error (omission) |
| 376 | 17 | It's inagnostic as | It's agnostic as | transcription error |
| 383 | 8 | mean you exceed entirely | mean you accede entirely | transcription error |

| | | | | |
|---|---|---|---|---|
| 390 | 9 | incurred rate payers. | incurred to rate payers. | transcription error |
| 399 | 8 | thrust of what it was | thrust of it was | transcription error |
| 399 | 9 | to those by | to those risks by | transcription error |
| 399 | 10 | as coherent in say | as coherent | transcription error |
| 402 | 18 | It's Anticipatable lead | It's anticipatable lead | transcription error |
| 403 | 5 | on any just in time | on any just-in-time | transcription error |
| 403 | 8 | if in the years | if not years | transcription error |
| 408 | 14 | to have a 40 | to have a $40 | transcription error |
| 412 | 11 | it also is in purple | it is not also in purple | transcription error (omission) |
| 414 | 8 | similarly slightly better | similarly or slightly better | transcription error |
| 414 | 20 | efficiently in that | efficiency in that | transcription error |
| 416 | 20 | to the ESM. | to the ESM in 1998. | clarification (already implied by context) |
| 439 | 10 | picking another entirely | picking another year entirely | transcription error (omission) |
| 447 | 10 | than the unallocated portion | than the allocated portion | transcription error |
| 448 | 21 | say, as discreetly as | say, as discretely as | transcription error |
| 457 | 15 | OFF they might. I | OFF they might be delayed. I | transcription error (omission) |
| 461 | 12 | just is what must-move | just what is must-move | transcription error |
| 462 | 6 | indifferent than just | indifferent to immediate removal than just | clarification (implied by context already) |
| 463 | 11 | a want to move mountain | a want-to-move mountain | transcription error |
| 463 | 11 | And the want to | And the want-to- | transcription error |
| 463 | 13 | recurring full pool | recurring, full-pool | transcription error |
| 471 | 21 | those locations, the site | those locations, of the site | transcription error |
| 473 | 2 | anyway evidentially. | anyway eventually. | transcription error |
| 475 | 14 | on-site costs. And | on-site costs, and | transcription error |
| 475 | 16 | that site and as | that site. And as | transcription error |
| 476 | 18 | drives weather must-must | drives whether must-move | transcription error |
| 476 | 21 | And the campaiging | And the campaigning | transcription error |
| 480 | 11 | the wanna move mountain | the want-to-move mountain | transcription error |

| | | | | |
|---|---|---|---|---|
| 480 | 13 | to manage full pools, | to manage future full pools, | clarification |
| 485 | 1 | that's not chunk change, | that's not chump change, | transcription error |
| 486 | 1 | 2-and-a-half worth | 2-and-a-half million dollars worth | transcription error |
| 487 | 2 | to earnings that save | to earnings, that save | transcription error |
| 492 | 2 | on my wanna move | on my want-to-move | transcription error |
| 499 | 18 | have to get out? And | have to get out. And | transcription error |
| 501 | 13 | possessable mechanism. | possible mechanism. | transcription error |
| 513 | 4 | except. You know, | example. You know, | transcription error |
| 514 | 5 | problem and the same | problem in the same | transcription error |
| 517 | 4 | darn right giveaways. | out-right giveaways. | transcription error |
| 517 | 10 | Following years. Point | Following years? Point | transcription error |
| 522 | 9 | would be -- but I'd | would be. But I'd | transcription error |
| 524 | 12 | would -- a | would propose a | omission |
| 524 | 13 | might be may ways. | might be many ways. | transcription error |
| 524 | 17 | that there's | that there are | transcription error |
| 524 | 20 | identify the entire | identify the desirable | transcription error |
| 527 | 8 | Do we have a deal. | Do we have a deal? | transcription error |
| 530 | 5 | That's on example | That's one example | transcription error |
| 533 | 22 | leverage that everybody else is cleared | leverage -- that everybody else has cleared | transcription error |
| 534 | 1 | that there are no | and that there are no | transcription error |
| 537 | 3 | your eligible or cost | your eligibility or cost | transcription error |
| 539 | 20 | your willing to pay | your willingness to pay | transcription error |
| 542 | 17 | to say it, gall | to say it, goi | transcription error |
| 553 | 7 | Exelon rate, they | Exelon acceptance rate, they | clarification |
| 553 | 22 | akin to the well | akin to the values | transcription error |
| 554 | 6 | a way intramarginal | a way inframarginal | transcription error |
| 564 | 15 | at the value | at that value of | transcription error |
| 568 | 3 | And then that's bred | And then that spread | transcription error |
| 569 | 8 | almost re-regular of | almost re-regulation of | transcription error |
| 569 | 10 | That's happening | What's happening | transcription error |
| 569 | 10 | to a degree, is | to a degree is | transcription error |

| | | | | |
|---|---|---|---|---|
| 575 | 18 | preceded by virtually an "in corp" in | preceded by "virtually" in | transcription error |
| 576 | 15 | somebody, as few | somebody, a few | transcription error |
| 576 | 16 | later, would be | later would be | transcription error |
| 578 | 1 | and forth. It's simpler for us to just slide some | and forth, it's simpler for us to just slide some | transcription error |
| 582 | 18 | 1998, or would | 1998, or when would | transcription error |
| Throughout entire document | | ISFIS | ISFSI | transcription error |

Greenberg
Traurig

**Pacific Gas & Electric v. United States**
Unites States Court of Federal Claims
Case No. 04-74C

Signature Page indicating Review of Frank C. Graves Transcript of January 25, 2006 by Frank C. Graves

Please check the appropriate box and sign below:

| | |
|---|---|
| | I do not have any changes to the transcript |
| | I have attached changes to be made to the transcript |
| DATE: | 2/28/06 |
| SIGNATURE: | [signature] |
| | Frank C. Graves |

Greenberg
Traurig

Pacific Gas & Electric v. United States
United States Court of Federal Claims
Case No. 04-74C

CHANGES TO FRANK C. GRAVES TRANSCRIPT OF JANUARY 25, 2006

| | |
|---|---|
| **DATE:** | February 28, 2006 |
| **REVIEWED BY:** | Frank C. Graves and Dean M. Murphy |

| Transcript Page | Line | Used to Read | Now Reads | Reason for Change |
|---|---|---|---|---|
| 2 | 71/2 | DEAN M. MURPHY, ESQUIRE | DEAN M. MURPHY | transcription error |
| 7 | 6 | sell or premature | sell premature | transcription error |
| 7 | 7 | with the rights that arise | that arise | transcription error |
| 8 | 20 | as operations reactors | as operating reactors | transcription error |
| 9 | 3 | decommissioning plants or | decommissioning plans or | transcription error |
| 9 | 6 | operational concerns that operate in reactors? | operational concerns at operating reactors? | transcription error |
| 13 | 12 | would be risk adverse, | would be risk averse, | transcription error |
| 16 | 14 | not a firm I'm | not a term I'm | transcription error |
| 19 | 12 | have very much breaths | have very much breadth | transcription error |
| 33 | 8 | And then the less is | And then the rest is | transcription error |
| 33 | 11 | than an NAC data | than NAC data | transcription error |
| 34 | 7 | Now, not relying on | Now, I'm relying on | transcription error |
| 38 | 7 | two are bit separately | two are bid separately | transcription error |
| 47 | 1 | Well, I think as efficiency have various | Well, I think efficiency of various | transcription error |
| 47 | 2 | kinds, it is sought | kinds is sought | transcription error |

| | | | | |
|---|---|---|---|---|
| 49 | 21 | the logical burden | the logistical burden | transcription error |
| 53 | 6 | they I feel like | they feel like | transcription error |
| 58 | 10 | your example, plus | your sample, plus | transcription error |
| 60 | 16 | maybe five, or some | maybe five, for some | transcription error |
| 70 | 14 | somebody's voiding costs | somebody's waiting costs | transcription error |
| 73 | 1 | a slightly different tax on | a slightly different take on | transcription error |
| 73 | 2 | the mean. But | the meaning. But | transcription error |
| 73 | 14 | you want to cost for, | you wanted costs for, | transcription error |
| 76 | 7 | so that two of – the first | so that to a first | transcription error |
| 76 | 9 | one of the one's is | one of the ones who is | transcription error |
| 76 | 13 | In contract, the | In contrast, the | transcription error |
| 76 | 19 | that is more much driven | that is much more driven | transcription error |
| 85 | 16 | the vault of | the value of | transcription error |
| 85 | 18 | have reduced hedging | have used hedging | transcription error |
| 92 | 1 | exchanged over time, | it's changed over time, | transcription error |
| 94 | 1 | were for plain purposes | were for planning purposes | transcription error |
| 96 | 12 | have a geographical | have a geological | transcription error |
| 99 | 4 | of a geographical repository | of a geological repository | transcription error |
| 100 | 3 | different or set | different acceptance | transcription error |
| 100 | 4 | or design | design | transcription error |
| 107 | 22 | were voiding would | were avoiding would | transcription error |
| 108 | 2 | waste pools and | waste cools and | transcription error |
| 111 | 21 | pace and approach, | pace and sequence, | transcription error |
| 111 | 22 | that is, that | that is, the at - | transcription error |
| 112 | 13 | so the price you | so the piece you | transcription error |
| 114 | 3 | So I call | So I recall | transcription error |
| 116 | 12 | enough to certain me | enough to convince me | transcription error |
| 116 | 18 | but not perimetrically | but not parametrically | transcription error |
| 123 | 11 | it's a voluntary portion. | it's a voluntary participation. | transcription error |
| 123 | 13 | moving them down, | moving down, | transcription error |
| 125 | 6 | that as a | that in its | transcription error |
| 127 | 18 | back the full pool portion | back the shut down portion | inadvertent mis-statement |

| | | | | |
|---|---|---|---|---|
| 127 | 19 | of the shutdown pretty | of the full pool pretty | inadvertent mis-statement |
| 127 | 21 | for the later shutdowns. | for the existing shutdowns. | transcription error |
| 135 | 17 | pretty to understand | pretty easy to understand | transcription error |
| 144 | 20 | their presences | their preferences | transcription error |
| 146 | 17 | feasible and responsible | feasible and reasonable | transcription error |
| 162 | 9 | fife years. | five years. | transcription error |
| 163 | 13 | ISFIS's. And that'd like | ISFSI's. And they'd like | transcription error |
| 169 | 7 | ISFIS and the wet pull, | ISFSI and the wet pool, | transcription error |
| 181 | 10 | absence of rate | office of rate | transcription error |
| 184 | 10 | I'm not way aware | I'm not aware | transcription error |
| 184 | 11 | fuel. I would say yes | fuel. | transcription error |
| 184 | 12 | or no. | | transcription error |
| 193 | 1 | to pay out of it. | to pay to get out of it. | transcription error |
| 193 | 2 | is inagnostic with | is agnostic with | transcription error |
| 196 | 15 | design mods for | design mode for | transcription error |
| 196 | 21 | worth of rice over | worth of acceptance over | transcription error |
| 198 | 4 | wasn't fOte accompli | wasn't fait accompli | transcription error |
| 198 | 5 | was event by | was evident by | transcription error |
| 206 | 11 | license removal issue | license renewal issue | transcription error |
| 206 | 19 | license removal will | license renewal will | transcription error |
| 206 | 21 | power? | fuel? | transcription error |
| 213 | 2 | of voiding the | of avoiding the | transcription error |
| 216 | 8 | 1988 | 1998 | transcription error |
| 217 | 18 | 469 | 400,600,900 | transcription error |
| 217 | 22 | 469 | 400,600,900 | transcription error |
| 218 | 4 | exist were the | exist or the | transcription error |
| 220 | 4 | is going inefficient. | is going to be efficient. | transcription error |
| 225 | 1-2 | rated payers and people | ratepayers and people | transcription error |
| 227 | 6 | efficiency speculative | efficiency perspective | transcription error |
| 236 | 15 | that you write, | that you're right, | transcription error |
| 240 | 21 | they would be | they would not be | transcription error |

| | | | | |
|---|---|---|---|---|
| | | inclined | inclined | |
| 245 | 9 | have to disburse | have to disperse | transcription error |
| 257 | 3 | on a per in to you basis, | on a per MTU basis, | transcription error |
| 263 | 6 | selection buys here | selection bias here | transcription error |
| 267 | 3 | nobody hordes and | nobody hoards and | transcription error |
| 276 | 12 | voiding the cost. | avoiding the cost | transcription error |
| 277 | 22 | you get it of | you get rid of | transcription error |
| 278 | 15 | on the SFR | on the SFSR | transcription error |
| 285 | 6 | OFF applications. So I'd ratter | OFF allocations. So I'd rather | transcription error |
| 286 | 12 | grossly anomalies relative | grossly anomalous relative | transcription error |
| 291 | 1 | in 206, | in 2006, | transcription error |
| 291 | 3 | worth of store | worth of storage | transcription error |
| 292 | 1 | fOte accompli | fait accompli | transcription error |
| 298 | 22 | was responsible to | was reasonable to | transcription error |
| 299 | 9 | been responsible to | been reasonable to | transcription error |
| 310 | 2 | Are who is Monisha Shaw? | And who is Monisha Shah? | transcription error |
| 314 | 19 | they described where | they described were | transcription error |
| Throughout entire document | | ISFIS | ISFSI | transcription error |

RJK

# PACIFIC GAS AND ELECTRIC COMPANY

PG&E
77 BEALE STREET, SAN FRANCISCO, CALIFORNIA 94106
P.O. BOX 7442, SAN FRANCISCO, CALIFORNIA 94120

RICHARD F. LOCKE
ATTORNEY AT LAW

May 20, 1987

Scott L. Fielder, Esq.
517 Third Street, Suite 14
Eureka, CA 95501

Re: Humboldt Bay Nuclear Power Plant
<u>No. 3, NRC Docket No. 50-133 OLA</u>

Dear Mr. Fielder:

I refer to your letter of April 10, 1987, memorializing intervenors' proposal for settling this matter.

Let me say at the outset that PGandE welcomes the opportunity to sit down with you and your principals and establish a dialogue for the purpose of understanding our respective positions and, hopefully, resolving this controversy short of litigation. We view our recent meeting in Eureka as a very constructive base upon which to evaluate your settlement proposal.

In that context, we have carefully considered your proposal and conducted a further review of our overall decommissioning plan. While that review has confirmed the overall efficacy of the SAFSTOR proposal, we have the following response to your three proposed conditions.

With regard to your condition 1, we agree in principle with the concept of early removal of the spent fuel from the Humboldt facility. However, we suggest the following language to express this agreement:

> PGandE would agree to commit publicly to shipping the spent fuel assemblies from the Humboldt Bay Power Plant to the Department of Energy ("DOE") as soon as DOE has a repository or some other facility in operation to receive the spent fuel assemblies under the existing contract and DOE indicates its readiness to accept the spent fuel assemblies.

Defendant's Exhibit <u>0112</u>

The reasoning behind this change is to assure that the spent fuel assemblies will be transferred to DOE under the terms of the existing contract between DOE and PGandE (June 1983). Under these circumstances, PGandE will not incur any additional costs and will be assured that the schedule for shipments will be in accordance with priorities established by DOE over which PGandE has no control.

With regard to condition 2, PGandE is in general agreement with the thought expressed but would suggest the following language:

> PGandE would commit publicly to begin the process of final decommissioning of Unit 3 following the removal of the spent fuel assemblies and any other high or intermediate level wastes from the site. Commencement of actual decommissioning activities will be subject to receipt of appropriate approvals from the Nuclear Regulatory Commission and the availability of decommissioning funds based upon CPUC action. If the cost of decommissioning at this earlier time exceeded funds then authorized by the CPUC intervenors would support PGandE's request for additional funds before the CPUC.

The condition as currently proposed uses the words "as soon as possible" which could be interpreted as requiring the <u>immediate</u> start of final decommissioning of auxiliary structures not required for SAFSTOR. Further, since the decommissioning trust fund established following CPUC hearings was based upon growth and earnings on the external trust for the full 30-year SAFSTOR period, money for the final decommissioning may not be available if it is started at an earlier date.

Your final condition concerning "dry cask storage," however, is the most troublesome from several perspectives. First, it would obligate PGandE to apply to the NRC for permission to utilize this new concept. We estimate that pursuing the dry cask storage idea would take five to eight years to resolve licensing issues as well as cask design, procurement, and placement (location) uncertainties. The likely cost of pursuing this authority would be substantially in excess of the $12 million expended to date for SAFSTOR. Moreover, since plant surveillance, maintenance, and security would still be required, the savings due to no longer operating the spent fuel pool would be minimal. Finally, the additional handling of the spent fuel at this time would increase the occupational radiation dose to workers.

As we have previously discussed, the low activity in the spent fuel pool water and the elimination of the potential for criticality due to the installation of the boral cans around each spent fuel assembly, all serve to assure that there is no longer any significant risk associated with the operation of the spent fuel pool. See FES, NUREG-1166 at 3-11 to 3-13; SER, Humboldt Bay Power Plant Unit No. 3, Decommissioning at 10-3 to 10-4. Consequently, we can see no substantial advantage from a cost or safety standpoint to accede to this condition.

Since the FES and SER for SAFSTOR have been issued and the discovery period is running, I request that you discuss the foregoing with your clients as soon as possible. If you feel another meeting in Eureka might prove productive in these negotiations, we are certainly amenable to same. In that regard, I suggest any such meeting be scheduled by the end of May.

I appreciate your attention to this matter and look forward to your reply.

Very truly yours,

RICHARD F. LOCKE

RFL:sls
bcc: BSLew
PPrudhon
BNorton
GCSarkisian
JDShiffer
GCWu



CONTAINS CONFIDENTIAL MATERIAL - SUBJECT TO PROTECTIVE ORDER PPGE0011708

Memorandum

195676

PG&E

**Date:** September 4, 1992

**File #:**

**To:** VARIOUS

**From:** NUCLEAR OPERATIONS SUPPORT

**Subject:** Minutes of August 31, 1992, Spent Fuel Storage Action Plan Workshop
NOS Log #3167

STEVE G. BANTON
GENE BARRETT
SHAN BHATTACHARYA
ROBERT L. BUDKE
ERIC M. GREENE
JEFF A. HAYS
TERRY NELSON

Attached are the draft minutes from the August 31, 1992, workshop on spent fuel storage. Please review, comment, or correct and return to Norman Pratt, 77 Beale Street, Room 1406, by 21 September.

A final copy of the minutes will be provided after inclusion of all attendee comments.

Norman Pratt

NORMAN PRATT

NVPratt(2-0368):sr

cc: RECE Reading File--77/1412

Attachment

62-6218 (rev. 3-88)



Defendant's Exhibit 0231

PHBP0000725

195676

**NOTES FROM MEETING ON**
**HIGH-LEVEL WASTE/SPENT NUCLEAR FUEL ISSUES**
**AUGUST 31, 1992**

<u>Attendees</u>:

| | | |
|---|---|---|
| Robert Lorenz | NOS | 2-4841 |
| Eric Greene | NSARA | 3-9669 |
| Bob Budke | NOS | 2-6525 |
| Dave Duke | NOS | 2-3251 |
| Norman Pratt | NOS | 2-0368 |
| Gene Barrett | NFM | 3-4874 |
| Terry Nelson | NOS | 2-4513 |
| Jeff Hays | NOS | 2-4004 |
| Shan Bhattacharya | ENCON | 3-4603 |
| Steven G. Banton | DCPP | 691-4461 |

- **DOE Update**

The Department of Energy has established the following milestones for an MRS and Repository:

<u>MRS</u>

6/93 Complete Environmental Assessment of Potential Sites
6/93 Submit Site Recommendation to Congress
9/93 Congress Completes Review of Siting Decision
9/94 Complete Design for SAR
8/95 Issue EIS
9/95 Submit License Application
9/96 Start MRS Construction
1/98 Start Receipt of Spent Fuel

<u>Repository</u>

11/93 Start Exploratory Studies Facility (ESF) Collar/Portal
9/95 Start ESF in-situ Test Phase
6/96 Start Repository License Application Design
2/98 Start EIS Preparation
4/01 Site Recommendation to President
10/01 Submit NRC License Application
10/04 NRC Completes License Review
12/04 Start Repository Construction
1/10 Start Accepting Spent Fuel

195676

Concurrent key dates for DCPP activities

| | | | |
|---|---|---|---|
| 1997 | Spent Fuel Pool Exclusionary Zone cells required | | |
| 2006 | Loss of Full Core Off load Capability | | |
| 2009 | Spent Fuel Pool Filled | | |
| License Expiration | | | |
| | Unit 1 | 2008 w/o recapture | 2021 with recapture |
| | Unit 2 | 2010 w/o recapture | 2025 with recapture |

ACTION: Continue to monitor MRS and Repository status

- **Standard Contract Issues**

Delivery Commitment Schedules (DCS) Forms for allocations of spent nuclear fuel to be accepted by DOE in 1998 were submitted last week. Under the present ranking system, all Humboldt Bay spent fuel will be accepted by DOE four years after a spent fuel storage or disposal facility is available. The first allotment of DCPP spent fuel will be accepted 13 years after a facility is available. While utilities can sell their allotments, the general lack of storage capacity by utilities makes such sales seem unlikely.

ACTION: NFM will continue to submit DCS Forms annually as required.

- **License Recapture License Amendment Request**

By the close of the Federal Register comment period on the DCPP license recapture amendment, only one intervenor had submitted a request to intervene. The San Luis Obispo Mothers For Peace intervention request listed numerous items of concern including plant aging and spent fuel storage. The NRC should set up an Atomic Safety Licensing Board (ASLB) in September 1992, to review the intervenor request. Late November, early December 1992, should see a pre-hearing conference by the ASLB with a late spring or early summer 1993 determination by the ASLB on the merits of the Mothers For Peace intervention. If the ASLB determines the intervenor contentions are admissible, a formal hearing will be required with a possible hearing date in fall or winter 1993. A lengthy discovery period could easily move the hearing into 1994. Prior to the DCPP license recapture LAR, only the Vermont Yankee license recapture LAR had been challenged.

ACTION: NSARA will advise the workshop participants of new developments after the pre-hearing conference.

195676

- **Removal of Spent Fuel Pool Exclusionary Zone from Tech Specs**

Removal of the Exclusionary Zone from the Spent Fuel Pool will require completion of cask drop analysis which had been deferred in the FSAR until further information regarding DOE cask design was available. The cask drop analysis will involve the following issues: 1) a 25 foot dry drop analysis over the cask wash down area; 2) a one foot dry drop analysis over the ledge between the spent fuel pool and the cask wash down area; and 3) a wet drop analysis over the spent fuel pool. Each drop will involve a structural damage analysis. Additionally, the wet drop will involve a criticality analysis and a radiological analysis. In lieu of the above analysis, modification or replacement of the crane in order to certify it as single failure proof was discussed. The following task list was established:

| TASK | RESPONSIBLE DEPT | PRIORITY |
|---|---|---|
| 1. Large Cask Handling Constraints (i.e., size, vehicle, path, etc.) | Civil Eng | 1 |
| 2. Qualify Crane as Single Failure Proof (i.e., costs, options, replace, upgrade, etc.) | Civil Eng | 2 |
| 3. Criticality Analysis for Wet Drop | NCM | 3 |
| 4. Radiological Analysis for Wet Drop | RECE | 3 |
| 5. Structural Analysis for Dry Drop | Civil Eng | 3 |
| 6. Structural Analysis for Wet Drop | Civil Eng | 3 |
| 7. Rod Consolidation Evaluation | NCM | 3 |
| 8. Rod Consolidation Structural Evaluation | Civil Eng | 3 |
| 9. License Amendment Development | NSARA | 4 |

The general consensus was that in order to meet the requirements for full core off load capability, NSARA will need all information to prepare the License Amendment Request by late 1994 and have it available for submittal by mid-1995. During discussion of qualifying the crane, a recommendation was made to qualify the crane for the largest cask models available, or capable of entry into the spent fuel building. Civil Engineering will therefore seek to qualify the crane for its 125 ton maximum capacity.

ACTION: Responsible departments will begin tasks as outlined above.

195676

- **Long-term On-site Storage of Spent Fuel**

In order to accommodate the spent fuel storage needs for DCPP, the following time line was established.

| DATE | ACTION/TASK |
|---|---|
| 1994 | Kick off |
| 1994-1996 | Site selection/characterization |
| 1996 | Technology/vendor selection |
| 1997 | License submittal development begun |
| 1999 | Licensing process begun |
| 2001 | Contingency period for licensing hearings begins |
| 2003 | Construction of storage facility begins |
| 2004 | Storage facility available for turn over to plant staff |
| 2006 | Additional on-site spent fuel storage required |

The above schedule assumes that dry casks are used as long-term on-site storage. Options to consider in lieu of dry casks are modification of existing spent fuel building or construction of an additional building, rod consolidation, and shipment to Europe for reprocessing.

ACTION: Departments will review present 5 year plan and budgets to ensure that the above schedule is reflected. Additionally, departments will continue to monitor the development by other utilities of dry cask methodologies.

- **Miscellaneous Issues**

The following departments were recommended for inclusion in future meetings in order to allow for their input, DCPP Security and the NECS Nuclear Engineering Group.

- **Next Meeting**

Late January or early February 1993. Date to be announced.

CERTIFICATE OF FILING

I hereby certify that on this 3rd day of May, 2006, a copy of foregoing "DEFENDANT'S MOTION *IN LIMINE* TO EXCLUDE CERTAIN EXPERT TESTIMONY AT TRIAL" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ John C. Ekman