IN THE UNITED STATES COURT OF FEDERAL CLAIMS

Filed Electronically: May 3, 2006

| | | |
|---|---|---|
| PACIFIC GAS & ELECTRIC COMPANY, Plaintiff, | ) | |
| v. | ) | No. 04-0074C, into which has been consolidated No. 04-0075C (Judge Hewitt) |
| UNITED STATES OF AMERICA, Defendant. | ) | |

PG&E'S EXHIBIT LIST PURSUANT TO APPENDIX A, PAR. 16

Pursuant to RCFC, Appendix A, ¶ 16 and the Court's Orders entered March 24 and May 2, 2006, PG&E provides the attached list of exhibits to be used at trial for its case-in chief or rebuttal purposes. PG&E respectfully notes that it may seek to amend or supplement its list as prescribed in the Court's Rules and because the government has not yet released to PG&E the documents specified in the Court's April 27, 2006 Order..

PG&E's exhibit list includes 639 exhibits. As this represents a nearly two-thirds reduction from the March 17, 2006 list submitted to the government pursuant to Appendix A, ¶ 13(a), PG&E has renumbered its exhibits to reduce any confusion which otherwise may have resulted from large gaps in numbering. PG&E will provide promptly to the government both an electronic "Excel" version of its exhibit list and a specially-formatted list that will provide a cross-reference between the "Ref. No." used with the March 17 list and the "Exh. No." assigned for trial purposes.[1]

[1] PG&E recognizes that its Memorandum of Contentions of Fact and Law includes a small number of citations to "PG&E Exh. XX." In order to avoid confusion between those references and PG&E's revised exhibit list, PG&E is providing an attached cross-reference chart to those cited exhibits.

Dated: May 3, 2006

Respectfully submitted,

s/ Jerry Stouck

Jerry Stouck
Greenberg Traurig, LLP
800 Connecticut Avenue, W
Suite 500
Washington, DC 20006
(202) 331-3173 phone
(202) 261-4751 fax
Counsel for Plaintiff
Pacific Gas & Electric Company

Of Counsel:
Robert L. Shapiro
Greenberg Traurig, LLP