# PACIFIC GAS & ELECTRIC

Memorandum of Contentions of Fact and Law - Exhibit Cross-Reference
March 17, App A, par. 13(a) Exhibit List "Ref. No" – – May 3, App. A, par. 16 Exhibit List "Exh. No."

| Description of Exhibit | Page No. | 3/17 Ref. No.[1] | 5/3 Exh. No. |
|---|---|---|---|
| Proceedings of the 1983 Civilian Radioactive Waste Management Information Meeting, December 12-15, 1983, Program Overview by Robert Morgan | Page 10 | Ref. No. 267 | Exh. No. 61[2] |
| Mission Plan for the Civilian Radioactive Waste Management Program, Vol. I (DOE/RW-0005) | Page 11 | Ref. No. 86 | Exh. No. 81 |
| July 2004 Acceptance Capacity Ranking and Annual Priority Report ("ACR/APR") | Page 11 | Ref. No. 1182 | Exh. No. 377 |
| September 28, 1995 letter from Daniel Dreyfus of DOE to Andrew Kadak | Page 12 | Ref. No. 115 | Exh. No. 239 |
| Draft 1988 Mission Plan Amendment (DOE/RW-0187) | Page 14 | Ref. No. 90 | Exh. No. 113 |
| 1989 Report to Congress on the Reassessment of the Civilian Radioactive Waste Management Program (DOE/RW-0316P) | Page 14 | Ref. No. 91 | Exh. No. 125 |
| 1991 Annual Capacity Report (DOE/RW-0331P) | Page 14 | Ref. No. 70 | Exh. No. 158 |
| DOE's September 1993 HBPP Site and Facility Waste Transportation Services Planning Document | Page 39 | Ref. No. 846 | Exh. No. 188 |
| Co-Disposal of GTCC LLW With High-Level Radioactive Waste: Statutory and Regulatory Provisions. Draft Discussion Paper, June 28, 1995 | Page 54 | Ref. No. 367 | Exh. No. 231 |
| 1987 Report to Congress on Recommendations for Management of GTCC Low-Level Radioactive Waste at 4-2 | Page 55 | Ref. No. 349 | Exh. No. 93 |
| Jan. 23, 2001 GTCC Program Planning Meeting Materials, Attachment 3 | Page 56 | Ref. No. 381 | Exh. No. 328 |
| DOE's 1999 GTCC Low-Level Radioactive Waste Program Management Plan | Page 56 | Ref. No. 400 | Exh. No. 302 |
| DOE's 1995 GTCC Low-Level Radioactive Waste Program Management Plan | Page 56 | Ref. No. 399 | Exh. No. 238 |

[1] While the Memorandum characterizes the document as "PG&E Exh.," the numbers correspond to PG&E's March 17, App A, par. 13(a) Exhibit list where the documents are identified with "Ref. No."

[2] Exh. No. 61 is only Mr. Morgan's testimony from that proceeding. The entire transcript of the proceeding can be found at Exh. No. 60.