IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PACIFIC GAS & ELECTRIC COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 04-0074C, into which has been consolidated No. 04-0075C (Judge Hewitt) |

DEFENDANT'S UNOPPOSED MOTION FOR
AN ENLARGEMENT OF TIME, ONE DAY OUT OF TIME

Defendant, the United States, respectfully requests that the Court grant the Government an enlargement of time out-of-time of one day, to and including May 5, 2006, to provide plaintiff, Pacific Gas & Electric Company ("PG&E"), with one of the 29 documents identified in subparagraph (4) on the last page of the Court's order dated April 27, 2006. In paragraph 5 of the Court's order dated May 4, 2006, the Court ordered the Government to "cause to be delivered to plaintiff" by May 4, 2006, all 29 documents identified in subparagraph (4) on the last page of the April 27, 2006 order. Defendant has not previously requested an enlargement of time for this purpose. Counsel for plaintiff, Jerry Stouck, has represented that PG&E does not oppose this motion.

During the status conference that counsel for PG&E initiated late yesterday afternoon, counsel for PG&E complained that the Government had not yet produced copies of the 29 documents identified in subparagraph (4) of the last page of the Court's April 27, 2006 order. However, during the day, we had been working to prepare those documents for delivery to counsel for PG&E, along with copies of the three declarations, with revised redactions, that the parties had discussed with the Court at a 9:30 a.m. telephonic status conference earlier that day. During that late afternoon telephone call, counsel for defendant checked on the status of our

efforts to produce the documents and declarations and was informed that they were being prepared for delivery to counsel for PG&E, which he reported to the Court. Subsequently, a messenger took the documents and declarations to the offices of Greenberg Traurig LLP and delivered them to the mailroom there, where he was instructed to deliver them.

Today, we discovered that our litigation support contractor had inadvertently not included one of the 29 documents in the set of documents that we delivered yesterday: Document No. 380, the last document identified in the Court's list of 29 documents. After discovering our error, we prepared an additional transmittal letter identifying the error and, earlier today, sent that document to Greenberg Traurig's office by messenger and delivered at 3:35 p.m. Because the Court ordered delivery of the documents by May 4, 2006, we are filing this enlargement motion, one day out of time, to ensure compliance with all of the Court's orders. Given that, immediately after yesterday's late afternoon status conference with the Court, counsel for PG&E notified us that we could deliver the 29 documents to his office this morning, rather than last night, and that counsel for PG&E's review of those documents apparently was not going to begin until today, it does not appear that this inadvertent late delivery of one of the 29 documents identified in the Court's April 27, 2006 order has prejudiced PG&E.

For the foregoing reasons, defendant respectfully requests that the Court grant this unopposed motion.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ John C. Ekman
JOHN C. EKMAN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 353-0897
Fax: (202) 307-2503

May 5, 2006

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 5th day of May 2006, a copy of foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME, ONE DAY OUT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Harold D. Lester, Jr.