IN THE UNITED STATES COURT OF FEDERAL CLAIMS

Filed Electronically on May 10, 2006

| | | |
|---|---|---|
| PACIFIC GAS & ELECTRIC COMPANY, Plaintiff, | ) | No. 04-0074C, into which has been consolidated No. 04-0075C (Judge Hewitt) |
| v. | ) | |
| UNITED STATES OF AMERICA, Defendant. | ) | |

PG&E'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to RCFC 6 and 6.1, PG&E respectfully moves for a one day enlargement of time, through May 11, 2006, within which to file its motion contemplated by the Court's Order of April 27, 2006 to compel the production of documents the government continues to withhold based on deliberative process privilege. PG&E's motion is otherwise due today. The Court has enlarged the time for this motion once previously (by three business-days) by Order dated May 4, 2006. The government's counsel has informed PG&E's counsel that the government does not oppose this motion.

PG&E had fully intended to file its motion to compel today. But the government only provided PG&E with its positions regarding the additional documents it is willing to produce in light of the Court's April 27 Order by letters dated yesterday and today. Remarkably, notwithstanding the Court's clear direction in its April 27 Order that the documents it was specifically ordering produced were merely "examples" of the documents to which PG&E is entitled consistent with that Order, the government has refused to produce any additional documents. Thus, the number of documents that need

to be addressed in the motion to compel is substantially larger than contemplated by PG&E when it requested three additional business days for this motion at the hearing on May 4. Nevertheless, PG&E has virtually completed its motion to compel. But given the late hour and the large number of documents at issue, PG&E needs one additional day to complete its motion, including making sure that it has appropriately organized the documents remaining at issue in categories so as to help expedite the Court's review and resolution of these remaining disputed documents. In addition, as recognized by the Court in its April 27 Order and as will be explained further in PG&E's motion to compel, the issues and documents that remain disputed are highly relevant to this litigation.

For these reasons, the Court should grant PG&E an enlargement of time of one additional day to file the motion to compel contemplated by the Court's Order of April 27, 2006.

Dated: May 10, 2006

Respectfully submitted,

s/Jerry Stouck

JERRY STOUCK
Greenberg Traurig, LLP
800 Connecticut Avenue, NW, Suite 500
Washington, DC 20006
(202) 331-3173 Phone
(202) 261-4751 Fax
*Counsel for Plaintiff*
Pacific Gas & Electric Company

Of Counsel:
Robert L. Shapiro
Greenberg Traurig, LLP