IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PACIFIC GAS & ELECTRIC COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-0074C, into which has been |
| | ) | consolidated No. 04-0075C |
| THE UNITED STATES, | ) | (Judge Hewitt) |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S RESPONSE TO PLAINTIFF'S
MOTION FOR AN ENLARGEMENT OF TIME

Defendant, the United States, respectfully responds to the motion for an enlargement of time that plaintiff, Pacific Gas & Electric Company ("PG&E"), filed last night, seeking an enlargement of time within which to file any motion to compel the production of documents that the Government had claimed as protected by the deliberative process privilege, as permitted by the Court's order dated April 27, 2006. We do not oppose PG&E's motion. Nevertheless, we need to correct PG&E's representation that the Government will not produce any documents in response to the Court's April 27, 2006 order, beyond those that the Court specifically identified compelled the Government to produce in that order.

After the close of business on Friday, May 5, 2006, PG&E sent us a letter by facsimile that we did not realize had been received until Monday, May 8, 2006. In that letter, PG&E informed us that, based upon the Court's guidance in its April 27, 2006 order, the Government should produce approximately 346 documents from its privilege log, but did not identify or provide any explanation regarding any "compelling need" that PG&E had for any of those documents. As part of its production demand, PG&E sought production of all but two of the documents for which, in its April 27, 2006 order, the Court indicated that it could not identify a "compelling need" that PG&E would have for them. We have worked diligently and devoted

significant time to digest PG&E's voluminous demand for production of these 346 documents, and, upon comparing PG&E's requests with our document production logs, soon determined that we had already produced many of the documents that PG&E requested in its May 5, 2006 letter. Nevertheless, it took us significant time over the course of two days to respond to all of PG&E's production demands, which we attempted to handle on a "rolling basis" (responding to demands for production of documents from the Friedman and Marcinowski declarations in a letter sent on Tuesday, May 9, 2006), to those from the Virgilio declaration earlier yesterday, and to those from the Milner declaration late yesterday evening). We presume that, when it filed its motion for an enlargement last night, it was unaware of our last letter.

When the Court reviews the correspondence that we have exchanged with PG&E, it will see that we have confessed that many of the documents discussed in Mr. Milner's declaration share a similar subject matter with those documents that the Court ordered us to produce in its April 27, 2006 order, and, under the rationale of that order, the documents that we have identified would also be subject to production. Accordingly, we informed PG&E that we would not challenge that those documents were of the same nature, in terms of subject matter, as those that the Court ordered us to produce, but we requested that PG&E ask the Court to compel our production of those documents to preclude other SNF plaintiffs or litigants in other fora from arguing in the future that the Government somehow engaged in a subject matter waiver over privilege claims relating to the subject of those documents.[1] We presume that, in its motion to compel, PG&E will identify those documents for the Court and ask for that order.

[1] We also requested that any order compelling the production of those documents exclude any information subject to privilege claims other than the deliberative process privilege.

Based upon these facts, and to allow PG&E sufficient time to complete its review of these matters and to prepare any appropriate motion, we do not oppose PG&E's request for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ John C. Ekman
JOHN C. EKMAN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 353-0897
Fax: (202) 307-2503

May 11, 2006

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 11th day of May 2006, a copy of foregoing "DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Harold D. Lester, Jr.