# In the United States Court of Federal Claims

No. 04-74C
(into which has been consolidated No. 04-75C)

(E-Filed: May 11, 2006)

| | |
|---|---|
| PACIFIC GAS AND ELECTRIC COMPANY, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Before the court are PG&E's Unopposed Motion for an Enlargement of Time (Motion) and Defendant's Response to Plaintiff's Motion for an Enlargement of Time (Response or Resp.). For the reasons stated therein and because the Motion is unopposed, see Resp. at 3, plaintiff's Motion is hereby GRANTED. Plaintiff shall file the motion to compel contemplated by the court's Order of April 27, 2006 on or before Thursday, May 11, 2006.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge