IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| PACIFIC GAS & ELECTRIC COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant. | No. 04-0074C into which has been consolidated No. 04-0075C<br>(Judge Hewitt) |

DEFENDANT'S MOTION TO STRIKE PLAINTIFF'S REPLY IN SUPPORT OF ITS MOTION *IN LIMINE* TO EXCLUDE WARREN K. BREWER'S TESTIMONY

Defendant, the United States, respectfully requests that the Court strike the reply, filed by plaintiff, Pacific Gas & Electric Company ("PG&E"), in support of its motion *in limine* to exclude Warren K. Brewer's testimony.

The Court's March 24, 2006, order, which establishes the schedule for pretrial briefing, does not provide for reply briefs in connection with motions *in limine* concerning witnesses and exhibits. PG&E's reply plainly conflicts with that order. Moreover, to the extent that the Court's order was unclear – and it was not – the Court clarified its position that replies would not be accepted during a May 4, 2006, telephone conference with the parties. PG&E's reply acknowledges the Court's statements during that telephone conference, but PG&E failed to seek leave to file its reply – either during the telephone conference or through a motion for leave to file the reply – instead electing to file the reply as a matter of right. Based upon this Court's prior order and its statements on May 4, 2006, PG&E should have filed a motion for leave to file its reply to which the Government would have responded.

In its reply, PG&E argues that, despite the Court's orders, the reply was being filed because it "was substantially complete at the time of the conference, and PG&E believes that it will aid the Court in its evaluation of the Motion." Reply at 1, n.1. Whether the reply was "substantially complete" the morning of Thursday, May 4, 2006,[1] or whether PG&E believes it will assist the Court, is irrelevant. The issue is whether the parties are allowed to file reply briefs. The Court's March 24 order, which pre-dated the telephone conference, clearly does not allow for replies. Moreover, if PG&E is entitled to file reply briefs, the Government should be permitted to file them as well. However, we believe that the Court's order properly limits the already extensive pretrial briefing to motions and responses.

Given the circumstances of this particular case, the number of outstanding motions, and the amount of other work that is necessary before trial begins on June 5, 2006, it would be prejudicial to the Government if, at this point in time, the parties were to add the preparation of reply briefs to the list of necessary work items. To the extent that PG&E is permitted to file reply briefs in support of the various motions *in limine* that it has filed, it would be irresponsible of us not to file our own reply briefs to ensure that the Court has as full an understanding of the Government's motions. Further, PG&E's reply brief mischaracterizes the evidence and the Government's argument. To the extent that PG&E files reply briefing on all of its many motions *in limine*, and to the extent that they contain similar mischaracterizations, we would need to evaluate whether, given our available time, we could prepare sur-replies that identify and address those mischaracterizations. Here, the most appropriate course of action is to have the parties

---

[1] PG&E's "substantially complete" 11-page reply was not filed until 10:00 p.m. on Monday, May 8, 2006.

comply with the original orders that the Court issued regarding the pending motions *in limine* and to preclude reply briefing, except to the extent that it has previously been ordered or to the extent that the Court identifies a need for a reply during its review of a particular motion.

For the foregoing reasons, we respectfully request that the Court strike PG&E's reply in support of its motion *in limine* to exclude Warren K. Brewer's testimony.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/John C. Ekman
JOHN C. EKMAN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, NW
Washington, D.C. 20530
Tel: (202) 353-0897
Fax: (202) 307-2503

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

SCOTT DAMELIN
SHARON SNYDER
JOSHUA E. GARDNER
TODD J. COCHRAN
Civil Division
Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530

May 11, 2006

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of May, 2006, a copy of foregoing "DEFENDANT'S MOTION TO STRIKE PLAINTIFF'S REPLY IN SUPPORT OF ITS MOTION *IN LIMINE* TO EXCLUDE WARREN K. BREWER'S TESTIMONY" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/John C. Ekman