Pacific Gas and Electric v. United States
United States Court of Federal Claims 04-74C
Table of Challenges

| REFNO | BEGNO | ENDNO | PRIV LOG | DESCRIPTION | PRIV CLAIM |
|---|---|---|---|---|---|
| 213 | HQR2080001 | HQR2080005 | 12/2003 | Graphs, tables, and a list of assumptions considering the effect of options regarding the rate of SNF acceptance. These documents were prepared in the process of formulating a recommendation for consideration by the Undersecretary of energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflect DOE's policy deliberations in the budgetary process. | DP |
| 214 | HQR2080006 | HQR2080018 | 12/2003 | Series of tables showing the effect and cost of various options potentially available to DOE for SNF acceptance at a repository. These documents were prepared in the process of formulating a recommendation for consideration by the Undersecretary of energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflect DOE's policy deliberations in the budgetary process. | DP |
| 215 | HQR2080019 | HQR2080042 | 12/2003 | Series of tables showing the effect and cost of various options potentially available to DOE for SNF acceptance at a repository. These documents were prepared in the process of formulating a recommendation for consideration by the Undersecretary of energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflect DOE's policy deliberations in the budgetary process. | DP |
| 216 | HQR2090001 | HQR2090003 | 12/2003 | Handwritten list of questions to answer for a memoranda regarding the effect and cost of various options potentially available to DOE for SNF acceptance at a repository and a fact sheet regarding budgetary numbers. These documents were prepared in the process of formulating a recommendation for consideration by the Undersecretary of energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflect DOE's policy deliberations in the budgetary process. | DP |
| 217 | HQR2100001 | HQR2100003 | 12/2003 | Draft memorandum discussing the effect of budgetary reductions upon the construction of a repository. These documents were prepared in the process of formulating a recommendation for consideration by the Undersecretary of energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflect DOE's policy deliberations in the budgetary process. | DP |
| 218 | HQR2100004 | HQR2100004 | 12/2003 | Graphic presentation entitled "license application submission" of the effect of budget reductions upon the construction of a repository. These documents were prepared in the process of formulating a recommendation for consideration by the Undersecretary of energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflect DOE's policy deliberations in the budgetary process. | DP |
| 219 | HQR2100005 | HQR2100007 | 12/2003 | Graphic depiction showing the effect of several budgetary options upon the construction of a repository. This document was prepared in the process of formulating a recommendation for consideration by the Undersecretary of energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflects DOE's policy deliberations in the budgetary process. This document is substantially similar to a portion of the document bates numbered HQR250 1711-1733 which was the subject of the court's August 25, 2003, ruling upholding the government's assertion of privilege.®® | DP |
| 220 | HQR2100008 | HQR2100018 | 12/2003 | Draft memorandum under legal review prepared for Dr. Margaret S.Y. Chu, Director of the OCRWM, to present to Undersecretary of energy Robert Card discussing the policy justification and cost implications of increasing DOE's FY 2003 budget request for the repository at Yucca Mountain. This document was prepared in the process of formulating a recommendation for consideration by the Undersecretary of energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflects DOE's policy deliberations in the budgetary process. This document is substantially similar to the document bates numbered HQR250 1711-1733 which was the subject of the court's August 25, 2003, ruling upholding the government's assertion of privilege.®AW attorney: DOE-OGC.®® | AC, AW, DP |
| 221 | HQR2100019 | HQR2100020 | 12/2003 | Graphic presentations entitled "annual budget vs. Appropriations" on the effect of budget reductions upon the construction of a repository. These documents were prepared in the process of formulating a recommendation for consideration by the Undersecretary of energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflect DOE's policy deliberations in the budgetary process. | DP |

A18

Pacific Gas and Electric v. United States
United States Court of Federal Claims 04-74C
Table of Challenges

| REFNO | BEGNO | ENDNO | PRIV LOG | DESCRIPTION | PRIV CLAIM |
|---|---|---|---|---|---|
| 222 | HQR2100021 | HQR2100025 | 12/2003 | Draft of an internal check list entitled "Yucca Mountain potential cost savings analysis" dealing with the pros and cons of various concepts relating to the construction and operation of a repository. This document was prepared in the process of formulating a recommendation for consideration by the Undersecretary of energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflects DOE's policy deliberations in the budgetary process. This document is substantially similar to a portion of the documents bates numbered HQR250 1711-1733 which was the subject of the court's August 25, 2003, ruling upholding the government's assertion of privilege.® | DP |
| 223 | HQR2110001 | HQR2110115 | 12/2003 | Series of spreadsheets analyzing the costs of various options relating to acceptance at a repository. These documents were prepared in the process of formulating a recommendation for consideration by the Undersecretary of energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflect DOE's policy deliberations in the budgetary process. | DP |
| 224 | HQR2130001 | HQR2130008 | 12/2003 | Untitled internal memorandum listing various concepts and options regarding SNF acceptance and the related budgetary effect. These documents were prepared in the process of formulating a recommendation for consideration by the Undersecretary of energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflect DOE's policy deliberations in the budgetary process. | DP |
| 225 | HQR2130004 | HQR2130006 | 12/2003 | Draft of an internal check list entitled "Yucca Mountain potential cost savings analysis" dealing with the pros and cons of various concepts relating to the construction and operation of a repository. This document was prepared in the process of formulating a recommendation for consideration by the Undersecretary of energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflect DOE's policy deliberations in the budgetary process. This document is substantially similar to a portion of the documents bates numbered HQR250 1711-1733 which was the subject of the court's August 25, 2003, ruling upholding the government's assertion of privilege.® | DP |
| 226 | HQR2130007 | HQR2130015 | 12/2003 | Untitled internal memoranda listing various concepts and options regarding SNF acceptance and the related budgetary effect. These documents were prepared in the process of formulating a recommendation for consideration by the Undersecretary of energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflect DOE's policy deliberations in the budgetary process. | DP |
| 227 | HQR2130016 | HQR2130027 | 12/2003 | Drafts of an internal check list entitled "Yucca Mountain potential cost savings analysis" dealing with the pros and cons of various concepts relating to the construction and operation of a repository. This document was prepared in the process of formulating a recommendation for consideration by the Undersecretary of energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflects DOE's policy deliberations in the budgetary process. This document is substantially similar to a portion of the documents bates numbered HQR250 1711-1733 which was the subject of the court's August 25, 2003, ruling upholding the government's assertion of privilege.® | DP |
| 228 | HQR2130028 | HQR2130031 | 12/2003 | Spreadsheet analyzing the cost of various options relating to the construction and operation of the repository. These documents were prepared in the process of formulating a recommendation for consideration by the Undersecretary of energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflect DOE's policy deliberations in the budgetary process. | DP |
| 229 | HQR2130032 | HQR2130042 | 12/2003 | Drafts of an untitled memorandum discussing the pros and cons of various concepts relating to the operation and construction of a repository and their budgetary effect. These documents were prepared in the process of formulating a recommendation for consideration by the Undersecretary of energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflect DOE's policy deliberations in the budgetary process. | DP |
| 230 | HQR2140001 | HQR2140014 | 12/2003 | Drafts of an internal check list entitled "Yucca Mountain potential cost savings analysis" dealing with the pros and cons of various concepts relating to the construction and operation of a repository. This document was prepared in the process of formulating a recommendation for consideration by the Undersecretary of energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflects DOE's policy deliberations in the budgetary process. This document is substantially similar to a portion of the documents bates numbered HQR250 1711-1733 which was the subject of the court's August 25, 2003, ruling upholding the government's assertion of privilege.® | DP |



A19

Pacific Gas and Electric v. United States
United States Court of Federal Claims 04-74C
Table of Challenges

| REFNO | BEGNO | ENDNO | PRIV LOG | DESCRIPTION | PRIV CLAIM |
|---|---|---|---|---|---|
| 231 | HQR2140015 | HQR2140018 | 12/2003 | Spreadsheet entitled analyzing the costs of various options relating to the construction and operation of a repository. These documents were prepared in the process of formulating a recommendation for consideration by the Undersecretary of energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflect DOE's policy deliberations in the budgetary process. | DP |
| 232 | HQR2140019 | HQR2140019 | 12/2003 | Graph used for group discussion regarding the budgetary costs associated with an option for SNF acceptance at a repository. This document was prepared in the process of formulating a recommendation for consideration by the Undersecretary of energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflects DOE's policy deliberations in the budgetary process. This document is substantially similar to a portion of the document bates numbered HQR250 1711-1733 which was the subject of the court's August 25, 2003, ruling upholding the government's assertion of privilege.® | DP |
| 233 | HQR2140020 | HQR2140030 | 12/2003 | Draft memorandum entitled "Yucca Mountain business case" under legal review and prepared for Dr. Margaret S.Y. Chu, Director of the OCRWM, to present to Undersecretary of energy Robert Card discussing the policy justification and cost implications of increasing DOE's FY 2003 budget request for the repository at Yucca Mountain. This document was prepared in the process of formulating a recommendation for consideration by the Undersecretary of energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflects DOE's policy deliberations in the budgetary process. This document is substantially similar to the document bates numbered HQR250 1711-1733 which was the subject of the court's August 25, 2003, ruling upholding the government's assertion of privilege.®AW attorney: DOE-OGC.® | AC, AW, DP |
| 234 | HQR2150001 | HQR2150064 | 12/2003 | Five copies of slides that were used for a graphic presentation for group discussion of options regarding the design and operation of a repository at Yucca Mountain and the effect of those options upon SNF inventories. These documents were prepared in the process of formulating a recommendation for consideration by the Undersecretary of energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflect DOE's policy deliberations in the budgetary process. They are substantially similar to portions of the documents bates numbered HQR250 1157-1232, 1246-1272, 1335-1696, which were the subject of the court's August 25, 2003, ruling upholding the government's assertion of privilege.® | DP |
| 235 | HQR2160001 | HQR2160013 | 12/2003 | Cover message and draft of an internal check list entitled "Yucca Mountain potential cost savings analysis" dealing with the pros and cons of various concepts relating to the construction and operation of a repository. These documents were prepared in the process of formulating a recommendation for consideration by the Undersecretary of energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflect DOE's policy deliberations in the budgetary process. This document is substantially similar to a portion of the documents bates numbered HQR250 1711-1733 which was the subject of the court's August 25, 2003, ruling upholding the government's assertion of privilege.® | DP |
| 236 | HQR2160014 | HQR2160015 | 12/2003 | Draft spreadsheets analyzing the costs of various options relating to Yucca Mountain. These documents were prepared in the process of formulating a recommendation for consideration by the Undersecretary of energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflect DOE's policy deliberations in the budgetary process. | DP |
| 237 | HQR2160016 | HQR2160026 | 12/2003 | Untitled drafts of memorandum discussing the pros and cons of various concepts relating to the operation and construction of a repository and their budgetary effect. These documents were prepared in the process of formulating a recommendation for consideration by the Undersecretary of energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflect DOE's policy deliberations in the budgetary process. | DP |
| 238 | HQR2160027 | HQR2160031 | 12/2003 | Draft memo entitled "Yucca Mountain business case" prepared for Dr. Margaret S.Y. Chu, Director of the OCRWM, to present to Undersecretary of energy Robert Card discussing the policy justifications and cost implications of increasing DOE's FY 2003 budget request for the Yucca Mountain repository. This document was prepared in the process of formulating a recommendation for consideration by the Undersecretary of energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflects DOE's policy deliberations in the budgetary process. This document is substantially similar to a portion of the document bates numbered HQR250 1711-1733 which was the subject of the court's August 25, 2003, ruling upholding the government's assertion of privilege. | DP |



A20

Pacific Gas and Electric v. United States
United States Court of Federal Claims 04-74C
Table of Challenges

| REFNO | BEGNO | ENDNO | PRIV LOG | DESCRIPTION | PRIV CLAIM |
|---|---|---|---|---|---|
| 239 | HQR2170001 | HQR2170023 | 12/2003 | Copies of slides that were used for a graphic presentation for group discussion of options regarding the design and operation of a repository at Yucca Mountain and the effect of those options upon SNF inventories. These documents were prepared in the process of formulating a recommendation for consideration by the Undersecretary of energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflect DOE's policy deliberations in the budgetary process. They are substantially similar to portions of the documents bates numbered HQR250 1157-1232, 1246-1272, 1335-1696, which were the subject of the court's August 25, 2003, ruling upholding the government's assertion of privilege.® | DP |
| 240 | HQR2170024 | HQR2170031 | 12/2003 | Untitled draft spreadsheets analyzing various options that DOE might have for accepting SNF at a repository. These documents were prepared in the process of formulating a ®recommendation for consideration by the Undersecretary of energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflect DOE's policy deliberations in the budgetary process. | DP |
| 241 | HQR2170032 | HQR2170064 | 12/2003 | Draft spreadsheets entitled "minimum funding profile" analyzing the costs relating to various options for the acceptance of SNF at a repository. These documents were prepared in the process of formulating a recommendation for consideration by the Undersecretary of energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflect DOE's policy deliberations in the budgetary process. | DP |
| 242 | HQR2170065 | HQR2170080 | 12/2003 | Untitled spreadsheets analyzing various options that DOE might have for accepting SNF at a repository. These documents were prepared in the process of formulating a ®recommendation for consideration by the Undersecretary of energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflect DOE's policy deliberations in the budgetary process. | DP |
| 243 | HQR2170081 | HQR2170100 | 12/2003 | Draft spreadsheets entitled "minimum funding profile" analyzing the costs relating to various options for the acceptance of SNF at a repository. These documents were prepared in the process of formulating a recommendation for consideration by the Undersecretary of energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflect DOE's policy deliberations in the budgetary process. | DP |
| 244 | HQR2170101 | HQR2170108 | 12/2003 | Draft of an internal memorandum analyzing the potential effect of an option for SNF acceptance. This document was prepared in the process of formulating a recommendation for consideration by the Undersecretary of energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflects DOE's policy deliberations in the budgetary process. This document is substantially similar to the document bates numbered HQR250 1246-1272 which was the subject of the court's August 25, 2003, ruling upholding the government's assertion of privilege. | DP |
| 245 | HQR2170109 | HQR2170112 | 12/2003 | Draft spreadsheet analyzing the potential costs related to an option for SNF acceptance. This document was prepared in the process of formulating a recommendation for consideration by the Undersecretary of energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflects DOE's policy deliberations in the budgetary process. | DP |
| 246 | HQR2170113 | HQR2170122 | 12/2003 | Series of e-mails with comments regarding an option for SNF acceptance. These documents were prepared in the process of formulating a recommendation for consideration by the Undersecretary of energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflect DOE's policy deliberations in the budgetary process. These documents also discuss communications between DOE and the department of justice regarding the SNF litigation.®AW attorney: DOE-OGC. | DP, AC, AW |
| 247 | HQR2180001 | HQR2180002 | 12/2003 | Copies of slides that were used for a graphic presentation for group discussion of options regarding the design and operation of a repository at Yucca Mountain and the effect of those options upon SNF inventories. These documents were prepared in the process of formulating a recommendation for consideration by the Undersecretary of energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflect DOE's policy deliberations in the budgetary process. They are substantially similar to portions of the documents bates numbered HQR250 1157-1232, 1246-1272, 1335-1696, which were the subject of the court's August 25, 2003, ruling upholding the government's assertion of privilege.® | DP |
| 248 | HQR2180003 | HQR2180004 | 12/2003 | Draft internal memorandum entitled "Yucca project expectations" regarding the effect of an option for SNF acceptance. This document was prepared in the process of formulating a recommendation for consideration by the Undersecretary of energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflects DOE's policy deliberations in the budgetary process. | DP |



A 21

Pacific Gas and Electric v. United States
United States Court of Federal Claims 04-74C
Table of Challenges

| REFNO | BEGNO | ENDNO | PRIV LOG | DESCRIPTION | PRIV CLAIM |
|---|---|---|---|---|---|
| 249 | HQR2180005 | HQR2180026 | 12/2003 | Draft of a graphic presentation entitled "OCRWM transportation & waste acceptance project status, issues, & plans" dealing with an option for SNF acceptance. This document was prepared in the process of formulating a recommendation for consideration by the Undersecretary of energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflects DOE's policy deliberations in the budgetary process. This document is substantially similar to portions of the documents bates numbered HQR250 1471-1696, which were the subject of the court's August 25, 2003, ruling upholding the government's assertion of privilege.® | DP |
| 250 | HQR2180027 | HQR2180039 | 12/2003 | Copies of slides that were used for a graphic presentation for group discussion of options regarding the design and operation of a repository at Yucca Mountain and the effect of those options upon SNF inventories. These documents were prepared in the process of formulating a recommendation for consideration by the Undersecretary of energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflect DOE's policy deliberations in the budgetary process. They are substantially similar to portions of the documents bates numbered HQR250 1157-1232, 1246-1272, 1335-1696, which were the subject of the court's August 25, 2003, ruling upholding the government's assertion of privilege.® | DP |
| 251 | HQR2180040 | HQR2180057 | 12/2003 | Draft memorandum entitled ""Yucca Mountain business case" under legal review and prepared for Dr. Margaret S.Y. Chu, Director of the OCRWM, to present to Undersecretary of energy Robert Card discussing the policy justification and cost implications of increasing DOE's FY 2003 budget request for the repository at Yucca Mountain. This document was prepared in the process of formulating a recommendation for consideration by the Undersecretary of energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflects DOE's policy deliberations in the budgetary process. This document is substantially similar to the document bates numbered HQR250 1711-1733 which was the subject of the court's August 25, 2003, ruling upholding the government's assertion of privilege.®AW attorney: DOE-OGC. | AC, AW, DP |
| 252 | HQR2180137 | HQR2180144 | 12/2003 | Series of e-mails with comments regarding the effect of an option for SNF acceptance. These documents were prepared in the process of formulating a consideration by the Undersecretary of energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflect DOE's policy deliberations in the budgetary process. | DP |
| 253 | HQR2190001 | HQR2190013 | 12/2003 | Final memorandum prepared for Dr. Margaret S.Y. Chu, Director of the OCRWM, to present to Undersecretary of energy Robert Card discussing the policy justifications and cost implications of increasing DOE's FY 2003 budget request for the Yucca Mountain repository. This document was prepared in the process of formulating a recommendation for consideration by the Undersecretary of energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflects DOE's policy deliberations in the budgetary process. This document is substantially similar to a portion of the document bates numbered HQR250 1711-1733 which was the subject of the court's August 25, 2003, ruling upholding the government's assertion of privilege. | DP |
| 254 | HQR2190014 | HQR2190024 | 12/2003 | Draft memorandum entitled "Yucca Mountain business case" under legal review and prepared for Dr. Margaret S.Y. Chu, Director of the OCRWM, to present to Undersecretary of energy Robert Card discussing the policy justification and cost implications of increasing DOE's FY 2003 budget request for the repository at Yucca Mountain. This document was prepared in the process of formulating a recommendation for consideration by the Undersecretary of energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflects DOE's policy deliberations in the budgetary process. This document is substantially similar to the document bates numbered HQR250 1711-1733 which was the subject of the court's August 25, 2003, ruling upholding the government's assertion of privilege.®AW attorney: DOE-OGC.®® | AC, AW, DP |
| 255 | HQR2190025 | HQR2190032 | 12/2003 | Internal checklist discussing the pros and cons of various concepts relating to an option for SNF acceptance. This document was prepared in the process of formulating a consideration by the Undersecretary of energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflects DOE's policy deliberations in the budgetary process. | DP |
| 256 | HQR2190033 | HQR2190038 | 12/2003 | Draft memorandum entitled "Yucca Mountain is a sound business decision for the united states" analyzing the policy options relating to an option for SNF acceptance. This document was prepared in the process of formulating a consideration by the Undersecretary of energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflects DOE's policy deliberations in the budgetary process. | DP |

A22

Pacific Gas and Electric v. United States
United States Court of Federal Claims 04-74C
Table of Challenges

| REFNO | BEGNO | ENDNO | PRIV LOG | DESCRIPTION | PRIV CLAIM |
|---|---|---|---|---|---|
| 257 | HQR2190039 | HQR2190040 | 12/2003 | Spreadsheet analyzing the costs of various options relating to the construction and operation of a repository. These documents were prepared in the process of formulating a recommendation for consideration by the Undersecretary of energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflect DOE's policy deliberations in the budgetary process. | DP |
| 258 | HQR2190041 | HQR2190045 | 12/2003 | Notes, a draft outline, and draft of internal memorandum re: business case and program budget decision analyzing the pros and cons of an option for SNF acceptance. These documents were prepared in the process of formulating a consideration by the Undersecretary of energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflect DOE's policy deliberations in the budgetary process. | DP |
| 259 | HQR2190046 | HQR2190052 | 12/2003 | Tables and several brief draft memoranda discussing the effect of FY 2003 budgetary options upon DOE programs. These documents were prepared in the process of formulating a recommendation for consideration by the Undersecretary of energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflect DOE's policy deliberations in the budgetary process. | DP |
| 260 | HQR2190053 | HQR2190053 | 12/2003 | E-mail commenting upon an internal memorandum analyzing the pros and cons of an option for SNF acceptance. This document was prepared in the process of formulating a consideration by the Undersecretary of energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflects DOE's policy deliberations in the budgetary process. | DP |
| 261 | HQR2190054 | HQR2190054 | 12/2003 | Draft agenda for a briefing for Dr. Margaret Chu regarding potential repository design changes. This document was prepared in the process of formulating a consideration by the Undersecretary of energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflects DOE's policy deliberations in the budgetary process. | DP |
| 262 | HQR2190055 | HQR2190056 | 12/2003 | Series of e-mails with comments regarding the effect of an option for SNF acceptance. These documents were prepared in the process of formulating a consideration by the Undersecretary of energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflect DOE's policy deliberations in the budgetary process. | DP |
| 263 | HQR2190057 | HQR2190074 | 12/2003 | Drafts of a graphic presentation regarding repository design options. These documents were prepared in the process of formulating a consideration by the Undersecretary of energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflect DOE's policy deliberations in the budgetary process. | DP |
| 264 | HQR2190075 | HQR2190152 | 12/2003 | Series of e-mails regarding an internal memorandum analyzing an option for SNF acceptance. These documents were prepared in the process of formulating a consideration by the Undersecretary of energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflect DOE's policy deliberations in the budgetary process. These documents also discuss communications between DOE and the department of justice regarding the SNF litigation.®AW attorney: DOE-OGC. | DP, AC, AW |
| 265 | HQR2200001 | HQR2200012 | 12/2003 | Two versions of draft memorandum that prepared in the process of formulating a recommendation for consideration by the Undersecretary of energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflect DOE's policy deliberations in the budgetary process. | DP |
| 266 | HQR2200013 | HQR2200013 | 12/2003 | Handwritten draft outline for a memorandum analyzing the potential effect of an option for SNF acceptance. This document was prepared in the process of formulating a recommendation for consideration by the Undersecretary of energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflects DOE's policy deliberations in the budgetary process. | DP |
| 267 | HQR2210001 | HQR2210001 | 12/2003 | E-mail regarding an internal memorandum analyzing the effect of an option for SNF acceptance. This document was prepared in the process of formulating a recommendation for consideration by the Undersecretary of energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflects DOE's policy deliberations in the budgetary process. | DP |

A23

Pacific Gas and Electric v. United States
United States Court of Federal Claims 04-74C
Table of Challenges

| REFNO | BEGNO | ENDNO | PRIV LOG | DESCRIPTION | PRIV CLAIM |
|---|---|---|---|---|---|
| 268 | HQR2210002 | HQR2210013 | 12/2003 | Draft memorandum entitled "Yucca Mountain business case" under legal review and prepared for Dr. Margaret S.Y. Chu, Director of the OCRWM, to present to Undersecretary of energy Robert Card discussing the policy justification and cost implications of increasing DOE's FY 2003 budget request for the repository at Yucca Mountain. This document was prepared in the process of formulating a recommendation for consideration by the Undersecretary of energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflects DOE's policy deliberations in the budgetary process. This document is substantially similar to the document bates numbered HQR250 1711-1733 which was the subject of the court's August 25, 2003, ruling upholding the government's assertion of privilege.®AW attorney: DOE-OGC.® | AC, AW, DP |
| 269 | HQR2220001 | HQR2220004 | 12/2003 | Series of e-mails and draft internal memorandum entitled "Yucca project expectations" regarding the effect of an option for SNF acceptance. These documents were prepared in the process of formulating a recommendation for consideration by the Undersecretary of energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflect DOE's policy deliberations in the budgetary process. | DP |
| 270 | HQR2220005 | HQR2220010 | 12/2003 | Series of e-mails and internal memoranda analyzing methods for increasing efficiency and DOE's reducing costs in SNF acceptance for purposes of budget requests. These documents were prepared in the process of formulating a recommendation for consideration by the Undersecretary of energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflect DOE's policy deliberations in the budgetary process. | DP |
| 271 | HQR2220011 | HQR2220026 | 12/2003 | Internal check lists and draft spread sheets analyzing the costs of various options relating to Yucca Mountain. These documents were prepared in the process of formulating a recommendation for consideration by the Undersecretary of energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflect DOE's policy deliberations in the budgetary process. | DP |
| 272 | HQR2220027 | HQR2220042 | 12/2003 | Series of e-mails regarding an internal memorandum analyzing the costs and benefits to DOE of an option for SNF acceptance at Yucca Mountain. These documents were prepared in the process of formulating a recommendation for consideration by the Undersecretary of energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflect DOE's policy deliberations in the budgetary process. Also includes discussions of communications with department of justice attorneys regarding SNF litigation.®AW attorney: DOE-OGC. | AC, AW, DP |
| 273 | HQR2230001 | HQR2230007 | 12/2003 | E-mail re: white paper support for cost and schedule reduction and draft of an internal check list entitled "Yucca Mountain potential cost savings analysis" dealing with the pros and cons of various concepts relating to the construction and operation of a repository. These documents were prepared in the process of formulating a recommendation for consideration by the Undersecretary of energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflect DOE's policy deliberations in the budgetary process. A portion of this document is substantially similar to a portion of the documents bates numbered HQR250 1711-1733 which was the subject of the court's August 25, 2003, ruling upholding the government's assertion of privilege.® | DP |
| 274 | HQR2230008 | HQR2230015 | 12/2003 | Series of e-mails regarding an internal memorandum analyzing the costs and benefits to DOE of an option for SNF acceptance at Yucca Mountain. These documents were prepared in the process of formulating a consideration by the Undersecretary of energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflect DOE's policy deliberations in the budgetary process. These documents also discuss communications with the department of justice attorneys regarding SNF litigation.®AW attorney: DOE-OGC | DP, AC, AW |
| 275 | HQR2240001 | HQR2240002 | 12/2003 | Series of e-mails regarding an internal memorandum analyzing the costs and benefits to DOE of an option for SNF acceptance at Yucca Mountain. These documents were prepared in the process of formulating a consideration by the Undersecretary of energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflect DOE's policy deliberations in the budgetary process. These documents also discuss communications between the department of justice and DOE regarding the SNF litigation.®AW attorney: DOE-OGC. | AC, AW, DP |
| 276 | HQR2250001 | HQR2250001 | 12/2003 | E-mail regarding an internal memorandum analyzing the costs and benefits to DOE of an option for SNF acceptance at Yucca Mountain. This document was prepared in the process of formulating a consideration by the Undersecretary of energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflects DOE's policy deliberations in the budgetary process. This document also discusses communications between the department of justice and DOE regarding the SNF litigation.®AW attorney: DOE-OGC® | AC, AW, DP |



A 24

Pacific Gas and Electric v. United States
United States Court of Federal Claims 04-74C
Table of Challenges

| REFNO | BEGNO | ENDNO | PRIV LOG | DESCRIPTION | PRIV CLAIM |
|---|---|---|---|---|---|
| 277 | HQR2260001 | HQR2260005 | 12/2003 | Series of e-mails regarding an internal memorandum analyzing the costs and benefits to DOE of an option for SNF acceptance at Yucca Mountain. These documents were prepared in the process of formulating a consideration by the Undersecretary of energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflect DOE's policy deliberations in the budgetary process. These documents also discuss communications with the department of justice attorneys regarding SNF litigation.®AW attorney: DOE-OGC.® | AC, AW, DP |
| 278 | HQR2270001 | HQR2270016 | 12/2003 | Series of e-mails regarding an internal memorandum analyzing the costs and benefits to DOE of an option for SNF acceptance at Yucca Mountain. These documents were prepared in the process of formulating a recommendation for consideration by the Undersecretary of energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflect DOE's policy deliberations in the budgetary process. | DP |
| 279 | HQR2280001 | HQR2280001 | 12/2003 | E-mail regarding an internal memorandum analyzing the costs and benefits to DOE of an option for SNF acceptance at Yucca Mountain. This document was prepared in the process of formulating a recommendation for consideration by the Undersecretary of energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflects DOE's policy deliberations in the budgetary process. | DP |
| 280 | HQR2290001 | HQR2290001 | 12/2003 | E-mail regarding an internal memorandum analyzing the costs and benefits to DOE of an option for SNF acceptance at Yucca Mountain. This document was prepared in the process of formulating a recommendation for consideration by the Undersecretary of energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflects DOE's policy deliberations in the budgetary process. This document also discusses communications between DOE and the department of justice.®AW attorney: DOE-OGC.® | AC, AW, DP |
| 281 | HQR2300001 | HQR2300008 | 12/2003 | Series of e-mails regarding an internal memorandum analyzing the costs and benefits of an option for SNF acceptance ay Yucca Mountain. These documents were prepared in the process of formulating a recommendation for consideration by the Undersecretary of energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflect DOE's policy deliberations in the budgetary process. These documents also discuss communications between DOE and the department of justice relating to the SNF litigation.®AW attorney: DOE-OGC. | AC, AW, DP |
| 282 | HQR2310001 | HQR2310001 | 12/2003 | Series of e-mails regarding an internal memorandum analyzing the costs and benefits to DOE of an option for SNF acceptance at Yucca Mountain. These documents were prepared in the process of formulating a recommendation for consideration by the Undersecretary of energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflect DOE's policy deliberations in the budgetary process. These documents also discuss communications between DOE and the department of justice regarding the SNF litigation. | AC, AW, DP |
| 283 | HQR2320001 | HQR2320018 | 12/2003 | Draft memoranda discussing the costs and benefits of an option for receipt and emplacement of SNF at Yucca Mountain. These documents were prepared in the process of formulating a recommendation for consideration by the Undersecretary of energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflect DOE's policy deliberations in the budgetary process. | DP |
| 284 | HQR2330001 | HQR2330003 | 12/2003 | E-mail re: brainstorming session and attached draft spreadsheet analyzing the costs of various options relating to Yucca Mountain. These documents were prepared in the process of formulating a recommendation for consideration by the Undersecretary of energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflect DOE's policy deliberations in the budgetary process. | DP |
| 285 | HQR2340001 | HQR2340001 | 12/2003 | E-mail forwarding a memorandum discussing the costs and benefits of an option for acceptance of SNF at Yucca Mountain. This document was prepared in the process of formulating a recommendation for consideration by the Undersecretary of energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflects DOE's policy deliberations in the budgetary process. The document also discusses communications between DOE and the department of justice regarding the SNF litigation. | DP, AC |
| 286 | HQR2350001 | HQR2350002 | 12/2003 | Series of e-mails discussing the financial modeling for waste acceptance. These documents were prepared in the process of formulating a recommendation for consideration by the Undersecretary of energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflect DOE's policy deliberations in the budgetary process. | DP |

A25

Pacific Gas and Electric v. United States
United States Court of Federal Claims 04-74C
Table of Challenges

| REFNO | BEGNO | ENDNO | PRIV LOG | DESCRIPTION | PRIV CLAIM |
|---|---|---|---|---|---|
| 287 | HQR2360001 | HQR2360012 | 12/2003 | Draft memorandum entitled "Yucca Mountain business case" under legal review and prepared for Dr. Margaret S.Y. Chu, Director of the OCRWM, to present to Undersecretary of energy Robert Card discussing the policy justification and cost implications of increasing DOE's FY 2003 budget request for the repository at Yucca Mountain. This document was prepared in the process of formulating a recommendation for consideration by the Undersecretary of energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflects DOE's policy deliberations in the budgetary process. This document is substantially similar to the document bates numbered HQR250 1711-1733 which was the subject of the court's August 25, 2003, ruling upholding the government's assertion of privilege.®AW attorney: DOE-OGC.®® | AC, AW, DP |
| 288 | HQR2360013 | HQR2360029 | 12/2003 | Copies of slides that were used for a graphic presentation for group discussion of options regarding the design and operation of a repository at Yucca Mountain and the effect of those options. These documents were prepared in the process of formulating a recommendation for consideration by the Undersecretary of energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflect DOE's policy deliberations in the budgetary process. They are substantially similar to portions of the documents bates numbered HQR250 1157-1232, 1246-1272, 1335-1696, which were the subject of the court's August 25, 2003, ruling upholding the government's assertion of privilege.® | DP |
| 289 | HQR2360030 | HQR2360037 | 12/2003 | Fax transmittal from J. Taylor to w. Olsen forwarding material regarding GTCC presented to Undersecretary Card for deliberation regarding the budget; redacted material and pages contain budget information regarding programs unrelated to OCRWM or GTCC. A redacted version of this document, pages 0030 - 0032, is being released pursuant to the court's order of August 25, 2003. Page 0030 was released in unredacted form on August 1, 2004.®AW attorney: J. Taylor (DOE-OGC) | AC, AW, DP |
| 290 | HQR2360038 | HQR2360055 | 12/2003 | Draft memorandum entitled "Yucca Mountain business case" under legal review and prepared for Dr. Margaret S.Y. Chu, Director of the OCRWM, to present to Undersecretary of energy Robert Card discussing the policy justification and cost implications of increasing DOE's FY 2003 budget request for the repository at Yucca Mountain. This document was prepared in the process of formulating a recommendation for consideration by the Undersecretary of energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflects DOE's policy deliberations in the budgetary process. This document is substantially similar to the document bates numbered HQR250 1711-1733 which was the subject of the court's August 25, 2003, ruling upholding the government's assertion of privilege.®AW attorney: DOE-OGC.®® | AC, AW, DP |
| 291 | HQR2500001 | HQR2500020 | 1/13/03 Email Priv Log | E-mail forwarding electronic version of portion of draft presentation to Undersecretary Card regarding legislative proposals for OCRWM transportation and waste acceptance system; prepared in response to questions and issues raised as part of the deliberative process to assist DOE in making policy decisions in formulating budget requests for OCRWM. | DP |
| 292 | HQR2500021 | HQR2500025 | 1/13/03 Email Priv Log | E-mail forwarding practice questions and answers for briefing to OMB pertaining to RW's FY02 budget; questions and answers prepared as part of budgetary process and briefing for OMB; reveals deliberative process in preparation of budget and in the budgetary process. | DP |
| 293 | HQR2500026 | HQR2500028 | 1/13/03 Email Priv Log | 3 copies of e-mail forwarding e-mail from Kim, D., regarding request from OMB for briefing with description of potential subjects to be discussed; prepared as part of the deliberative process to assist Director, OCRWM, to prepare for briefing of OMB; reveals deliberative process in preparation of budget and in the budgetary process. | DP |
| 294 | HQR2500031 | HQR2500043 | 1/13/03 Email Priv Log | E-mail forwarding most recent version of draft presentation to OMB to be made by M. Chu (OCRWM); reveals deliberative process in preparation of budget and in the budgetary process. | DP |
| 295 | HQR2500044 | HQR2500062 | 1/13/03 Email Priv Log | E-mail forwarding electronic version of portion of draft presentation to Undersecretary Card regarding legislative proposals for OCRWM transportation and waste acceptance system; prepared in response to questions and issues raised as part of the deliberative process to assist DOE in making policy decisions in formulating budget requests for OCRWM. | DP |
| 296 | HQR2500063 | HQR2500076 | 1/13/03 Email Priv Log | E-mail forwarding most recent version of draft presentation to OMB to be made by M. Chu (OCRWM); reveals deliberative process in preparation of budget and in the budgetary process. | DP |
| 297 | HQR2500168 | HQR2500180 | 1/13/03 Email Priv Log | E-mail forwarding draft whitepaper regarding legislative proposals and initiatives that could be undertaken by OCRWM; whitepaper prepared in response to questions andissues raised as part of the deliberative process to assist DOE in making policy decisions in formulating budge requests for OCRWM. | DP |
| 298 | HQR2500170 | HQR2500171 | 1/13/03 Email | see above, part of larger range | DP |

A26

Pacific Gas and Electric v. United States
United States Court of Federal Claims 04-74C
Table of Challenges

| REFNO | BEGNO | ENDNO | PRIV LOG | DESCRIPTION | PRIV CLAIM |
|---|---|---|---|---|---|
| 299 | HQR2500212 | HQR2500213 | 1/13/03 Email Priv Log | Email forwarding attached draft issue paper prepared for the Secretary in advance of meeting with Governor of Connecticut; whitepaper described potential areas of discussion, provides areas of discussion, provides recommednations and forms part of the deliberative process. | DP |
| 300 | HQR2500214 | HQR2500215.4 | 1/13/03 Email Priv Log | Two copies of e-mail discussing DOE's response to proposed NRC rule on GTCC, Part 72 and forwarding attached proposed response; e-mail and attached proposed response reflects discussions regarding DOE's response to proposed NRC rule, reveals the deliberations of DOE regarding proposed response and forms part of the deliberative process. | DP |
| 301 | HQR2500216 | HQR2500217 | 1/13/03 Email Priv Log | 2 copies of e-mail discussing DOE's proposed comments upon proposed NRC rules on GTCC; e-mail contains comments and discussion regarding DOE's response to proposed NRC rule, reveals the deliberations of DOE regarding proposed response and forms part of the deliberative process. | DP |
| 302 | HQR2500218 | HQR2500225 | 1/13/03 Email Priv Log | E-mail forwarding draft memorandum to Undersecretary Moniz concerning storage of DOE-owned SNF at Ineel; memorandum contains recommendations, was prepared as part of the deliberative process and reveals the deliberations of DOE on issue; draft memorandum is a version of document described at HQR0950014-0025 in the July 5, 2002, privilege log which was subject to Motion to Compel by Utility Plaintiffs; the motion was denied in its entirety by Order of Judge Sypolt dated October 9, 2002. | DP |
| 303 | HQR2500226 | | 1/13/03 Email Priv Log | E-mail regarding OCRWM activities and budget requirements for FY 2001; document contains information and provides recommendations regarding DOE's budget request and reveals deliberative process in reparation of budget and in the budgetary process. | DP |
| 304 | HQR2500227 | HQR2500234 | 1/13/03 Email Priv Log | E-mail forwarding draft memorandum to Undersecretary Moniz concerning storage of DOE-owned SNF at Ineel; memorandum contains recommendations, was prepared as part of the deliberative process and reveals the deliberations of DOE on issue; draft memorandum is a version of document described at HQR0950014-0025 in the July 5, 2002, privilege log which was subject to Motion to Compel by Utility Plaintiffs; the motion was denied in its entirety by Order of Judge Sypolt dated October 9, 2002. | DP |
| 305 | HQR2500235 | HQR2500239 | 1/13/03 Email Priv Log | E-mail providing information ot Undersecretary Card about regarding audit by DOE inspec | DP |
| 306 | HQR2500240 | HQR2500246 | 1/13/03 Email Priv Log | Email discussing and forwarding the attached mark-up of draft IG report regarding investigation of Yucca Mountain surface facilities; withheld as privileged under investigatory files privilege to protect the integrity of the Inspector General's Investigatory Process; also withheld under the deliberative process privilege | DP, OT |
| 307 | HQR2500247 | HQR2500260 | 1/13/03 Email Priv Log | E-mail providing information and proposed response to report from Office of the Inspector General in response to request from Undersecretary Card's staff; withheld under the deliberative process privilege because e-mail contains information and recommendations regarding proposed response to report. | DP |
| 308 | HQR2500251 | HQR2500257 | 1/13/03 Email Priv Log | Email forwarding attached mark-up of draft IG report regarding investigation of Yucca Mountain surface facilities; withheld as privileged under investigatory files privilege to protect the integrity of the Inspector General's Investigatory Process; also withheld under the deliberative process privilege because the document represents proposed response from OCRWM to IG report. | DP |
| 309 | HQR2500261 | HQR2500265 | 1/13/03 Email Priv Log | Email forwarding questions from the Office of the Inspector General in connection with audit conducted by DOE-IG; email contains draft responses to questions; withheld as privileged under investogatory files privilege to protect the integroty of the Inspector. | DP |
| 310 | HQR2500266 | HQR2500359 | 1/13/03 Email Priv Log | E-mail forwarding draft responses to questions from the Office of Inspector General in connection with audit conducted by DOE-IG; withheld as privileged under investigatory files privilege to protect the integrity of the Inspector General's investigatory process. | DP |
| 311 | HQR2500400 | HQR2500400A | 1/13/03 Email Priv Log | 2 copies of email forwarding electronic version of draft answers and updates to congressional questions regarding OCRWM's FY03 budget; document reveals deliberations of DOE regarding proper response to Congress regarding policy and budgetary matters affecting program. | DP |
| 312 | HQR2500407 | HQR2500421 | 1/13/03 Email Priv Log | 2 copies of email forwarding electronic version of draft answers and updates to congressional questions regarding OCRWM's FY03 budget; document reveals deliberations of DOE regarding proper response to Congress regarding policy and budgetary matters affecting program. | DP |
| 313 | HQR2500424 | HQR2500439 | 1/13/03 Email Priv Log | Email forwarding information and analysis conducted for input to presentation to Undersecretary Card regarding waste acceptance rates and system costs; presentation prepared in response to questions and issues raised as part of the deliberative process to assist DOE in making policy decisions in formulating budget requests for OCRWM. | DP |



A27

**Pacific Gas and Electric v. United States**
United States Court of Federal Claims 04-74C
Table of Challenges

| REFNO | BEGNO | ENDNO | PRIV LOG | DESCRIPTION | PRIV CLAIM |
|---|---|---|---|---|---|
| 314 | HQR2500440 | HQR2500445 | 1/13/03 Email Priv Log | 3 copies of e-mail forwarding electronic version of draft comments written in preparation for congressional testimony by department official; document reveals deliberations of DOE regarding proper response to Congress regarding policy and budgetary matters affecting program. | DP |
| 315 | HQR2500446 | HQR250510 | 1/13/03 Email Priv Log | E-mail forwarding attached notes of meeting with Undersecretary Card, held on February 27, 2002, regarding status of repository and other issues; notes contain description of questions asked by Undersecretary Card and assignments given; prepared in response to questions and issues raised as part of the deliberative process to assist DOE in making policy decisions in formulating budget requests for OCRWM. | DP |
| 316 | HQR2500511 | HQR2500511.6 | 1/13/03 Email Priv Log | E-mail forwarding electronic version of proposed responses to post hearing questions from March 6 hearing, in which Secretary Abraham testified before the House Water Development Appropriates Subcommittee; draft responses prepared for consideration by the Secretary as part of deliberative process revealing consideration of policy and/or budgetary matters by the Department. | DP |
| 317 | HQR2500512 | HQR2500558 | 1/13/03 Email Priv Log | 2 copies of e-mail forwarding revised list of questions and issues to be addressed by OCRWM in response to Undersecretary Card; prepared in response to questions and issues raised as part of the deliberative process to assist DOE in making policy decisions in formulating budget requests for OCRWM. | DP |
| 318 | HQR2500559 | HQR25000563 | 1/13/03 Email Priv Log | E-mail regarding revisions to list and forwarding revised list of questions and issues to be addressed by OCRWM in response to Undersecretary Card; prepared in response to questions and issues raised as part of the deliberative process to assist DOE in making policy decisions in formulating budget requests for OCRWM. | DP |
| 319 | HQR2500565 | HQR2500609 | 1/13/03 Email Priv Log | E-mail discussing and forwarding electronic version of draft answer to questions posed by congressional office in advance of and in preparation for congressional testimony by L. Barrett, OCRWM; document reveals deliberations of DOE regarding proper response to Congress regarding policy and budgetary matters affecting program. | DP |
| 320 | HQR2500610 | | 1/13/03 Email Priv Log | E-mail regarding suggested input to whitepaper prepared for Undersecretary Card regarding acceptance rates and system costs; whitepaper prepared in response to questions and issues raised as part of the deliberative process to assist DOE in making policy decisions in formulating budget requests for OCRWM. | DP |
| 321 | HQR2500611 | HQR2500623 | 1/13/03 Email Priv Log | 2 copies of e-mail forwarding electronic version of draft answers to congressional questions resulting from testimony by L. Barrett, OCRWM; document reveals deliberations of DOE regarding proper response to congress regarding policy budgetary matters affecting program; e-mail also describes issue to be discussed with DOJ in connection with Litigation, prior to providing response. | DP |
| 322 | HQR2500624 | HQR2500645 | 1/13/03 Email Priv Log | E-mail forwarding attached analyses for input to presentation to Undersecretary Card regarding acceptance rates and system costs in operation of the waste management system; prepared in response to questions and issues raised as part of the deliberative process to assist DOE in making policy decisions in formulating budget requests for OCRWM. | DP |
| 323 | HQR2500646 | HQR2500654 | 1/13/03 Email Priv Log | 3 copies of e-mail forwarding revised list of questions and issues to be addressed by OCRWM in response to Undersecretary Card; prepared in response to questions and issues raised as part of the deliberative process to assist DOE in making policy decisions in formulating budget requests for OCRWM. | DP |
| 324 | HQR2500655 | HQR2500656 | 1/13/03 Email Priv Log | E-mail forwarding electronic version of draft answers to Congressional Questions resulting from testimony by L. Barrett, OCRWM; document reveals deliberations of DOE regarding proper response to Congress regarding policy and budgetary maters affecting program. | DP |
| 325 | HQR2500657 | HQR2500660 | 1/13/03 Email Priv Log | E-mail forwarding electronic version of draft whitepaper regarding waste acceptance and transportation; whitepaper prepared in response to questions and issues raised as part of the deliberative process to assist DOE in making policy decisions in formulating budget requests for OCRWM. | DP |
| 326 | HQR2500661 | HQR2500790 | 1/13/03 Email Priv Log | 2 copies of e-mail forwarding revised list of questions and issues to be addressed by OCRWM in response to Undersecretary Card; prepared in response to questions and issues raised as part of the deliberative process to assist DOE in making policy decisions in formulating budget requests for OCRWM. | DP |
| 327 | HQR2500791 | HQR2500911 | 1/13/03 Email Priv Log | Email requesting information and analysis for attached draft presentation to undersecretary Card regarding OCRWM FY03 budget strategy; prepared in response to questions and iussues raised as part of the deliberative process to assist DOE in making policy decisions in formulating budget requests for OCRWM. | DP |
| 328 | HQR2500912 | HQR2500915 | 1/13/03 Email Priv Log | Exchange of emails regarding information to be gathered and analysis to be conducted for input to presentation to Undersecretary Card regarding waste acceptance rates and system costs; prepared in response to questions and issues raised as part of the deliberative process to assist DOE in making policy decisions in formulating budget requests for OCRWM. | DP |



A28