Pacific Gas and Electric v. United States
United States Court of Federal Claims 04-74C
Table of Challenges

| REFNO | BEGNO | ENDNO | PRIV LOG | DESCRIPTION | PRIV CLAIM |
|---|---|---|---|---|---|
| 329 | HQR2500916 | HQR2500976 | 1/13/03 Email Priv Log | E-mail forwarding electronic version of presentation to Undersecretary Card regarding OWCWM budget strategy for FY03; prepared in response to questions and issues raised as part of the deliberative process to assist DOE in making policy decisions in formulating budget requests for OCRWM. | DP |
| 330 | HQR2500977 | HQR2500980 | 1/13/03 Email Priv Log | 2 e-mails forwarding page from draft presentation to Undersecretary Card regarding acceptance rates and system costs; prepared in response to questions and issues raised as part of the deliberative process to assist DOE in making policy decisions in formulating budget requests for OCRWM. | DP |
| 331 | HQR2500981 | HQR2500981.45 | 1/13/03 Email Priv Log | E-mail forwarding information gathered in response to questions and issues raised by Undersecretary Card regarding the operation of the waste management system; prepared in response to questions and issues raised as part of the deliberative process to assist DOE in making policy decisions in formulating budget requests for OCRWM. | DP |
| 332 | HQR2500982 | HQR2501050 | 1/13/03 Email Priv Log | Three copies of e-mail with attached preliminary draft of congressional testimony for L/ Barrett, OCRWM; prepared as part of deliberative process revealing consideration of policy and/or budgetary matters by the department. | DP |
| 333 | HQR2501051 | HQR2501053 | 1/13/03 Email Priv Log | E-mail with attached notes of 4/19/02 budget meeting with Undersecretary Card; prepared as part of the deliberative process to assist DOE in making policy decisions in formulating budget requests for OCRWM. | DP |
| 334 | HQR2501054 | HQR2501119 | 1/13/03 Email Priv Log | Six copies of e-mail forwarding attached whitepaper regarding acceptance rates and system costs (originally forwarded to E. Benz on 4/23/02, by W. Stroupe); whitepaper prepared in response to questions and issues raised as part of the deliberative process to assist DOE in making policy decisions in formulating budget requests for OCRWM. | DP |
| 335 | HQR2501120 | HQR2501123 | 1/13/03 Email Priv Log | E-mail inquiring about status of analysis and information requested for input to presentation to Undersecretary Card; sent in response to e-mail forwarding attached information and analysis conducted for input to presentation to Undersecretary Card regarding OCRWM transportation and waste acceptance system; analysis prepared in response to questions and issues raised as part of the deliberative process to assist DOE in making policy decisions in formulating budget requests for OCRWM. | DP |
| 336 | HQR2501124 | HQR2501134 | 1/13/03 Email Priv Log | 5 copies of e-mail requesting status of updated on attached list of questions and issues to be addressed by OCRWM in response to Undersecretary Card; prepared in response to questions and issues raised as part of the deliberative process to assist DOE in making policy decisions in formulating budget requests for OCRWM. | DP |
| 337 | HQR2501135 | HQR2501137 | 1/13/03 Email Priv Log | 3 copies of e-mail forwarding revised list of questions and issues to be addressed by OCRWM in response to Undersecretary Card; prepared in response to questions and issues raised as revealing consideration of policy and/or budgetary matters by the department. | DP |
| 338 | HQR2501140 | HQR2501156 | 1/13/03 Email Priv Log | 4 copies of e-mail forwarding information and analysis conducted for input to presentation to Undersecretary Card regarding OCRWM transportation and waste acceptance system; prepared in response to questions and issues raised as part of the deliberative process to assist DOE in making policy decisions in formulating budget requests for OCRWM. | DP |
| 339 | HQR2501157 | HQR2501232 | 1/13/03 Email Priv Log | E-mail forwarding electronic version of draft presentation to Undersecretary Card regarding acceptance rates and system costs; prepared in response to questions and issues raised as part of the deliberative process to assist DOE in making policy decisions in formulating budget requests for OCRWM. | DP |
| 340 | HQR2501233 | HQR2501235 | 1/13/03 Email Priv Log | E-mail providing additional information for input to presentation to Undersecretary Card regarding OCRWM transportation and waste acceptance system; prepared in response to questions and issues raised as part of the deliberative process to assist DOE in making policy decisions in formulating budget requests for OCRWM. | DP |
| 341 | HQR2501236 | HQR2501236 | 1/13/03 Email Priv Log | 2 copies of e-mail forwarding attached whitepaper presenting information and analysis regarding acceptance rates and system costs for Undersecretary Card; prepared in response to questions and issues raised as part of the deliberative process to assist Foe in making policy decisions in formulating budget requests for OCRWM. | DP |
| 342 | HQR2501246 | HQR2501272 | 1/13/03 Email Priv Log | E-mail suggesting revisions to draft presentation sent in response to e-mail forwarding attached electronic version of draft presentation to Undersecretary Card regarding OCRWM FY03 budget requirements; prepared in response to questions and issues raised as part of the deliberative process to assist DOE in making policy decisions in formulating budget requests for OCRWM. | DP |
| 343 | HQR2501273 | HQR2501326 | 1/13/03 Email Priv Log | 2 copies of e-mail responding to previous e-mail regarding question on draft presentation; also forwarding electronic version f draft presentation to Undersecretary Card regarding acceptance rates and system costs; prepared in response to questions and issues raised as part of the deliberative process to assist DOE in making policy decisions in formulating budget requests for OCRWM. | DP |



A29

Pacific Gas and Electric v. United States
United States Court of Federal Claims 04-74C
Table of Challenges

| REFNO | BEGNO | ENDNO | PRIV LOG | DESCRIPTION | PRIV CLAIM |
|---|---|---|---|---|---|
| 344 | HQR2501327 | HQR2501334 | 1/13/03 Email Priv Log | 2 copies of e-mail regarding data provided in previous e-mail; previous e-mail forwarded proposed answers to questions raised about presentation to Undersecretary Card regarding acceptance rates and system costs; prepared in response to questions and issues raised as part of the deliberative process to assist DOE in making policy decisions in formulating budget requests for OCRWM. | DP |
| 345 | HQR2501335 | HQR2501470 | 1/13/03 Email Priv Log | 2 copies of e-mail forwarding electronic version of draft presentation to Undersecretary Card regarding acceptance rates and system costs; prepared in response to questions and issues raised as part of the deliberative process decisions in formulating budget requests for OCRWM. | DP |
| 346 | HQR2501471 | HQR2501696 | 1/13/03 Email Priv Log | E-mail providing comments on attached draft presentations; e-mail forwarding electronic version of draft presentation to Undersecretary Card regarding OCRWM transportation and waste acceptance system; prepared in response to questions and issues raised as part of the deliberative proves to assist DOE in making policy decisions in formulating budget requests for OCRWM. | DP |
| 347 | HQR2501697 | | 1/13/03 Email Priv Log | E-mail forwarding information and analysis conducted for input t presentation to Undersecretary Card regarding waste acceptance rates and system costs; prepared in response to questions and issues raised as part of the deliberative process to assist DOE in making policy decisions in formulating budget requests for OCRWM. | DP |
| 348 | HQR2501698 | HQR2501705 | 1/13/03 Email Priv Log | 3 copies of e-mail forwarding revised list of questions and issues to be addressed by OCRWM in response to Undersecretary Card; prepared in response to questions and issues raised as part of the deliberative process to assist DOE in making policy decisions in formulating budget requests for OCRWM.. | DP |
| 349 | HQR2501706 | HQR2501710 | 1/13/03 Email Priv Log | E-mail forwarding information and analysis conducted for input t presentation to Undersecretary Card regarding waste acceptance rates and system costs; prepared in response to questions and issues raised as part of the deliberative process to assist DOE in making policy decisions in formulating budget requests for OCRWM. | DP |
| 350 | HQR2501711 | HQR2501733 | 1/13/03 Email Priv Log | E-mail message containing directions provided by R. Shultis, DOJ, regarding collection of responsive documents in DNF cases; email forwarding information and analysis requested by Undersecretary Card regarding waste acceptance rates and system costs; information gathered in response to questions and issues raised as part of the deliberative process to assist DOE in making policy decisions in formulating budget requests for OCRWM. | DP |
| 351 | HQR2502017 | HQR2502080 | 1/13/03 Email Priv Log | E-mail forwarding attachment containing information regarding waste management system; provided to the office of the Secretary in response to requests from the office of the Secretary for such information in support of the formulation of the site recommendation for Yucca Mountain; information prepared of gathered as part of the deliberative process to assist the Secretary in making a site recommendation for Yucca Mountain. | DP |
| 352 | HQR2502096 | HQR2502099 | 1/13/03 Email Priv Log | E-mail forwarding spreadsheet presenting analysis of rates over time prepared by E. Benz, Jai, at the request of M.A. Sullivan, DOE-OGC, through D. Zabransky, OCRWM, for use in litigation and negations to settle cases currently pending before the Court of Federal Claims; document similar to that described in entry No. 704 on July 5, 2002 Privilege Log and subject of utility Plaintiff's Motion To Compel, which was denied in its entiety by Judge Sypolt, by order dated October 9, 2002. | DP |
| 353 | HQR2502100 | HQR2502101 | 1/13/03 Email Priv Log | E-mail providing information and forwarding draft response to questions from Congress; draft response reveals deliberations of DOE regarding how to respond to Congress regarding policy and budgetary matters affecting program. | DP |
| 354 | HQR2502102 | HQR2502102 | 1/13/03 Email Priv Log | E-mail discussing possible legislative changes for OCRWM; provided in response to request for information for DOE-OGC and the office of the Secretary document reveals deliberations of DOE regarding possible legislative changes necessary for the program. | DP |
| 355 | HQR2502103 | HQR2502115 | 1/13/03 Email Priv Log | E-mail forwarding attached briefing to be included in Secretary's briefing book regarding OCRWM, upcoming site recommendation and budget issues, provided to the Secretary to assist the Secretary in making a site recommendation for Yucca Mountain and formulating budget requests for OCRWM. | DP |
| 356 | HQR2540001 | HQR2540083 | 12/2003 | Drafts of an internal memorandum, drafts for graphic presentation, and other notes analyzing the costs and benefits of DOE's FY 2003 budget request and its effect upon the repository at Yucca Mountain. These documents were prepared in the process of formulating a recommendation for consideration by the Undersecretary of energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflect DOE's policy deliberations in the budgetary process. | DP |
| 357 | HQR2580544 | HQR2580549 | 12/2003 | Copy of e-mail forwarding draft responses to questions from the office of inspector general in connection with audit conducted by DOE-ig; withheld as privileged under the deliberative process privilege because it reflects proposed response from OCRWM to ig report; same document as HQR250 0280-0297 which was subject of court's August 25, 2003, order upholding the government's assertion of deliberative process. | DP |



A30

Pacific Gas and Electric v. United States
United States Court of Federal Claims 04-74C
Table of Challenges

| REFNO | BEGNO | ENDNO | PRIV LOG | DESCRIPTION | PRIV CLAIM |
|---|---|---|---|---|---|
| 358 | HQR2580550 | HQR2580555 | 12/2003 | E-mail forwarding draft responses to questions from the office of inspector general in connection with audit conducted by DOE-ig; withheld as privileged under the deliberative process privilege because it reflects proposed response from OCRWM to ig report; same document as HQR250 0298-0304 which was subject of court's August 25, 2003, order upholding the government's assertion of deliberative process. | DP |
| 359 | HQR2580556 | HQR2580562 | 12/2003 | E-mail forwarding draft responses to questions from the office of inspector general in connection with audit conducted by DOE-ig; withheld as privileged under the deliberative process privilege because it reflects proposed response from OCRWM to ig report; same document as HQR250 0298-0304 which was subject of court's August 25, 2003, order upholding the government's assertion of deliberative process. | DP |
| 360 | HQR2640021 | HQR2640040 | 5/2004 | Presentation titled, "impacts of accelerated waste acceptance;" presentation provides information requested by Undersecretary Card in connection with consideration of decisions to be made in connection with waste acceptance. An earlier version of this document is numbered at HQR250 0977-0980 which was the subject of the court's August 25, 2003, ruling upholding the government's assertion of privilege. A duplicate version of this document appears at CTR174 0004-0030. | DP |
| 361 | HQR2640041 | HQR2640085 | 5/2004 | Presentation titled, "rw waste acceptance analyses;" presentation made to Undersecretary Card at his request; information and recommendations made to the Undersecretary in deliberations regarding how to proceed on decisions regarding waste acceptance | DP |
| 362 | HQR2640086 | HQR2640099 | 5/2004 | Presentation to Undersecretary Card regarding program strategy, waste acceptance and transportation; materials provide recommendations to the Undersecretary regarding decisions to be made in areas of transportation, waste acceptance, and submission of license application. | DP |
| 363 | HQR2890012 | HQR2890015 | 5/2004 | Three copies of a draft white paper titled "evaluation of alternative waste acceptance scenarios." this document was prepared in the process of formulating a recommendation to Undersecretary Card regarding waste acceptance scenarios; the information was conveyed in the presentation set forth on the log at HQR289 0138-0183. | DP |
| 364 | HQR2890016 | HQR2890033 | 5/2004 | Notes, draft white paper, and tables regarding alternatives for waste acceptance and a model for analyzing alternatives. These documents were prepared in the process of formulating a recommendation to Undersecretary Card regarding waste acceptance scenarios. The information was conveyed in a presentation set forth at HQR289 0138-0183. | DP |
| 365 | HQR2890034 | HQR2890137 | 5/2004 | Notes, slides, tables, and draft white paper regarding alternatives for waste acceptance. These documents were prepared in the process of formulating a recommendation to Undersecretary Card regarding waste acceptance scenarios. The information was conveyed in the presentation set forth at HQR289 0138-0183. | DP |
| 366 | HQR2890138 | HQR2890183 | 5/2004 | Three copies of presentation titled, "rw waste acceptance analyses;" marked "predecisional, preliminary draft;" presented to Undersecretary Card, Dr. Chu, and t. Garrish; this presentation includes information and recommendations requested by Card, Chu, and garrish regarding possible waste acceptance scenarios to be followed by DOE when waste acceptance begins in 2010 and reflects DOE's policy deliberations. | DP |
| 367 | HQR2890184 | HQR2890198 | 5/2004 | Draft presentation titled "proposed approach to initiating modifications to the utility disposal contracts." this document was prepared at the request of Undersecretary Card, provides recommendations regarding modifications to the standard contract, and reflects deliberations regarding those modifications. | DP |
| 368 | HQR2890199 | HQR2890200 | 5/2004 | Draft memorandum regarding the resumption of disposal contract scheduling process. This document was prepared for Undersecretary Card and Dr. Chu, provides recommendations regarding how to restart scheduling process for 2010 acceptance, and reflects deliberations regarding that process. The document bears the legend, "prepared at the direction of an attorney."®AC attorney: J. Taylor (DOE-OGC) | DP, AC |
| 369 | HQR2890201 | HQR2890240 | 5/2004 | Various drafts of a presentation titled, "proposed approach to intiating modifications to the utility disposal contracts;" presentation was prepared at the request of Undersecretary Card, provides recommendations regarding possible modifications to the standard contract, and reflects deliberations regarding those modifications. | DP |
| 370 | HQR2930031 | HQR2930044 | 5/2004 | OCRWM presentation titled "FY 2005 OMB review budget;" this presentation reflects the DOE's deliberations regarding the budget request which it prepared for submission to the office of management and budget (OMB). | DP |
| 371 | HQR2950001 | HQR2950003 | 5/2004 | Notes from meeting with the Undersecretary reflecting analysis requested by the Undersecretary including advice sought for budget submittals; redacted document to be released. | DP |
| 372 | HQR3010001 | HQR3010009 | 5/2004 | E-mail forwarding attached draft report to the Secretary of energy regarding the inspector general's audit of the licensing support network; document was prepared as part of an ongoing audit by the DOE-ig and reflects analysis and recommendations by the DOE-ig to the Secretary. | DP |



A 31

Pacific Gas and Electric v. United States
United States Court of Federal Claims 04-74C
Table of Challenges

| REFNO | BEGNO | ENDNO | PRIV LOG | DESCRIPTION | PRIV CLAIM |
|---|---|---|---|---|---|
| 373 | HQR3030001 | HQR3030009 | 5/2004 | Memo forwarding attached white paper regarding need to replan budget for FY2003 due to extended continuing resolution. This document was requested by and provided to Dr. Chu, provides recommendations, and forms part of the deliberative process regarding budget matters. | DP |
| 374 | HQR3030010 | HQR3030021 | 5/2004 | Presentation regarding need to replan budget for FY2003 due to extended continuing resolution. This document was requested by and provided to Dr. Chu, provides recommendations, and forms part of the deliberative process regarding budget matters. | DP |
| 375 | HQR3030022 | HQR3030023 | 5/2004 | White paper regarding need to replan budget for FY2003 due to extended continuing resolution. This document was requested by and provided to Dr. Chu, provides recommendations, and forms part of the deliberative process regarding budget matters. | DP |
| 376 | HQR3030024 | HQR3030027 | 5/2004 | White paper regarding need to replan budget for FY2003 due to extended continuing resolution. This document was requested by and provided to Dr. Chu, provides recommendations, and forms part of the deliberative process regarding budget matters. | DP |
| 377 | HQR3060001 | HQR3060022 | 5/2004 | Memo to the Secretary regarding identification of a preferred rail corridor to Yucca Mountain; the memorandum reflects deliberations regarding the decision and recommendations of OCRWM personnel to the Secretary | DP |
| 378 | HQR3080001 | HQR3080038 | 5/2004 | Draft copies of slides prepared for a graphic presentation regarding possible waste acceptance scenarios. The final presentation is set forth on the privilege log at HQR289 0138-0183. These slides reflect the deliberations of DOE personnel and form part of the deliberative process regarding policy decisions. ®®this document previously appeared on the log under entry HQR 266. | DP |
| 379 | HQR3080039 | HQR3080072 | 5/2004 | Copies of slides prepared for a draft graphic presentation regarding transportation options for a repository at Yucca Mountain. These slides reflect the recommendations of DOE personnel and form part of the deliberative process. A substantially similar version of this document appears at HQR 254 0056-0083, which was the subject of the court's August 25, 2003 ruling upholding the government's assertion of privilege.®®this document previously appeared on the log under entry HQR 266. | DP |
| 380 | HQR3080073 | HQR3080085 | 5/2004 | Graphs, tables, and a list of assumptions regarding receipt rates and cost impacts; prepared in response to questions and issues raised by Undersecretary Card as part of the deliberative process to assist DOE in making policy decisions in formulating budget requests for OCRWM.®®this document previously appeared on the log under entry HQR 266. | DP |
| 381 | HQR3130001 | HQR3130004 | 5/2004 | Graphs and tables regarding the effect of options regarding the rate of SNF acceptance. These documents were prepared in the process of formulating a recommendation for consideration by the Undersecretary of energy and reflect DOE's policy deliberations in the budgetary process. | DP |
| 382 | HQR3130004 | HQR3130022 | 5/2004 | Package of notes and draft agenda prepared in connection with briefing to Undersecretary Card regarding the design of a repository; the documents were prepared in the process of formulating a recommendation to Undersecretary Card regarding repository design and reflect DOE's deliberations regarding the design of the repository. | DP |
| 383 | HQR3130023 | HQR3130096 | 5/2004 | Binder of drawings and other material prepared in connection with briefing to Undersecretary Card regarding the design of the repository; the documents were prepared in the process of formulating a recommendation to Undersecretary Card regarding repository design and reflect DOE's deliberations regarding the design of the repository. | DP |
| 384 | HQR3190112 | HQR3190131 | 11/2004 | Four copies of a draft white paper summarizing a meeting involving the DOE office of general counsel regarding an EIS regarding the disposal of GTCC waste; draft action memorandum to the Secretary regarding issuance of the advance notice of intent to prepare an EIS regarding the disposal of GTCC radioactive waste; document reveals the deliberations of DOE regarding the preparation of an EIS for the disposal of GTCC waste and forms part of the deliberative process. | AC, DP |
| 385 | HQR3190496 | HQR3190498 | 11/2004 | Draft presentation regarding the legal and regulatory framework for disposal of GTCC waste; document reveals the deliberations of DOE regarding the preparation of an EIS for the disposal of GTCC waste and forms part of the deliberative process. | DP |
| 386 | HQR3200390 | HQR3200391 | 3/2005 | White paper re: potential scope of environmental impact statement for disposition of Greater-Than-Class-C low level radioactive waste; document reveals the deliberations of DOE regarding the preparation of an EIS for the disposal of GTCC waste and forms part of the deliberative process. | DP |
| 387 | HQR339 | HQR339 | 12/2004 | Draft action memorandum to the Secretary, prepared for Dr. Chu, Director, OCRWM, and to be reviewed by the Undersecretary, regarding the issuance of the 2004 ACR/APR and the DCS process; memorandum contains recommendations to the Secretary, reveals the deliberations of DOE regarding the issuance of the 2004 ACR/APR and the DCS process, and forms part of the deliberative process. | DP |

A32

Pacific Gas and Electric v. United States
United States Court of Federal Claims 04-74C
Table of Challenges

| REFNO | BEGNO | ENDNO | PRIV LOG | DESCRIPTION | PRIV CLAIM |
|---|---|---|---|---|---|
| 388 | HQR339 | HQR339 | 12/2004 | Draft action memorandum to the Secretary, prepared for Dr. Chu, Director, OCRWM, and to be reviewed by the Undersecretary, regarding the issuance of the 2004 ACR/APR and the DCS process; memorandum contains recommendations to the Secretary, reveals the deliberations of DOE regarding the issuance of the 2004 ACR/APR and the DCS process, and forms part of the deliberative process. | DP |
| 389 | HQR339 | HQR339 | 12/2004 | Draft of cover letter from contracting officer to contract holders to accompany 2004 ACR/APR; document reveals the deliberations of DOE regarding the issuance of the 2004 ACR/APR and forms part of the deliberative process. | DP |
| 390 | HQR3420001 | HQR3420009 | 12/2004 | Draft action memorandum to the Secretary, prepared for Dr. Chu, Director, OCRWM, and to be reviewed by the Undersecretary, regarding the issuance of the 2004 ACR/APR and the DCS process; memorandum contains recommendations to the Secretary, reveals the deliberations of DOE regarding the issuance of the 2004 ACR/APR and the DCS process and forms part of the deliberative process. | DP |
| 391 | HQR3440001 | HQR3440001 | 12/2004 | E-mail message regarding status of discussions among senior leaders at DOE about the issuance of an EIS for the disposal of GTCC waste; document reveals the deliberations of DOE regarding the scope of the EIS and forms part of the deliberative process. | DP |
| 392 | HQR3440002 | HQR3440003 | 12/2004 | Draft response to questions from house appropriations committee regarding the disposal of llw in commercial or DOE facilities; document reveals the deliberations of DOE regarding its response to congress and forms part of the deliberative process. | DP |
| 393 | HQR3440004 | HQR3440012 | 12/2004 | E-mail regarding request for information to be sent to organizations within DOE in connection with preparation of EIS to be issued for the disposal of GTCC waste; e-mail forwards draft of 'data call' request to be distributed; 'data call' has been previously produced; e-mail and attached document reveals the deliberations of DOE regarding the scope of the EIS and forms part of the deliberative process. | DP |
| 394 | HQR3440013 | HQR3440022 | 12/2004 | Draft presentation outlining issues to be resolved regarding the scope of an EIS to be issued for the disposal of GTCC waste; document reveals the deliberations of DOE regarding the scope of the EIS and forms part of the deliberative process. | DP |
| 395 | HQR3440023 | HQR3440024 | 12/2004 | E-mail chain regarding DOE review of proposed Senate bill s. 1045; chain includes request for review by counsel and results of review by counsel for legal sufficiency; e-mail chain reveals the deliberations of DOE regarding its review of the pending legislation and forms part of the deliberative process.;AC attorney: b. McRae (DOE-OGC). | DP, AC |
| 396 | HQR3440025 | HQR3440026 | 12/2004 | E-mail chain regarding status of discussions among office within DOE regarding responsibility for GTCC disposal issues; document reveals the deliberations of DOE regarding assignment of responsibility and forms part of the deliberative process. | DP |
| 397 | HQR3440027 | HQR3440029 | 12/2004 | White paper outlining status of activities and decisions to be made regarding the issuance of EIS for disposal of GTCC waste; document reveals the deliberations of DOE regarding the issuance of the EIS and forms part of the deliberative process. | DP |
| 398 | HQR3440030 | HQR3440033 | 12/2004 | E-mail chain regarding DOE review of proposed Senate bills s. 1045; e-mail chain reveals the deliberations of DOE regarding its review of the pending legislation and forms part of the deliberative process. | DP |
| 399 | HQR3440034 | HQR3440043 | 12/2004 | Marked up version of proposed Senate bill s. 1045; document reveals the deliberations of DOE regarding its review of the pending legislation and forms part of the deliberative process. | DP |
| 400 | HQR3440044 | HQR3440045 | 12/2004 | E-mail message regarding status of discussions among senior leaders at DOE about the issuance of an EIS for the disposal of GTCC waste; document reveals the deliberations of DOE regarding the scope of the EIS and forms part of the deliberative process. | DP |
| 401 | Memorandum reg | HQR1660021 | 12/2003 | Informal note from Patty Bubar , DOE-EM, to Jesse Roberson, DOE-EM, re: response to letter from U.S. EPA region 6 administrator. Released, with redaction; redacted portion discusses legal issue being reviewed by DOE-OGC; document previously released with bates numbers HQR1650187-0193. Memorandum regarding proposed response to request from U.S. Environmental Protection Agency Region 6 Administrator for DOE to accept GTCC waste (Gloveboxes Etc.) from superfund cleanup in Houston by accepting waste; attached is whitepaper titled, "Established policy for greater-than-class C waste"; document provides recommendations to EM-1 regarding proposed response to EPA, reveals the deliberations of DOE regarding how to response to EPA'S request and forms part of the deliberative process. | DP |



A33

Pacific Gas and Electric v. United States
United States Court of Federal Claims 04-74C
Table of Challenges

| REFNO | BEGNO | ENDNO | PRIV LOG | DESCRIPTION | PRIV CLAIM |
|---|---|---|---|---|---|
| 402 | NRC0030013 | NRC0030017 | 12/2003, 1/31/03 | Exchange of e-mails between k. Mcconnell and n. Jensen, nrc-ogc, requesting legal review of nrc's draft response to request by a. Kadak that nrc redefine GTCC as hlw, and legal advice provided in response to the request for review; attached to the e-mail is a draft of the letter from chairman meserve to dr. Kadak, which contains marginalia by n. Jensen concerning recommended changes to letter; documents reveal the deliberations of nrc regarding how to respond to dr. Kadak's letter and form part of the deliberative process; the nrc's assertion of deliberative process over other draft versions of nrc's response generated in its deliberations over its response to mr. Kadak's request was upheld by judge sypolt's October 9, 2002 order on utility plaintiffs' motions to compel.®AC attorney: n. Jensen (nrc-ogc). | AC, DP |
| 403 | NRC0030021 | NRC0030024 | 12/2003, 1/31/03 | Exchange of e-mails between k. Mcconnell and n. Jensen, nrc-ogc, requesting legal review of nrc's draft response to request by a. Kadak that nrc redefine GTCC as hlw, and legal advice provided in response to the request for review; attached to the e-mail is a draft of the letter from chairman meserve to dr. Kadak, which contains marginalia by n. Jensen concerning recommended changes to letter; documents reveal the deliberations of nrc regarding how to respond to dr. Kadak's letter and form part of the deliberative process; the nrc's assertion of deliberative process over other draft versions of nrc's response generated in its deliberations over its response to mr. Kadak's request was upheld by judge sypolt's October 9, 2002 order on utility plaintiffs' motions to compel.®AC attorney: n. Jensen (nrc-ogc). | AC, DP |
| 404 | NRC0030025 | NRC0030026 | 12/2003, 1/31/03 | E-mail forwarding to n. Jensen (nrc-ogc) and a. Capoferri (DOE-OGC) draft of letter from chairman meserve to andrew kadak in response to dr. Kadak's request that nrc redefine GTCC on hlw; e-mail requests review of letter for legal sufficiency; documents reveal the deliberations of nrc regarding how to respond to dr. Kadak's letter and form part of the deliberative process; the nrc's assertion of deliberative process over other draft versions of nrc's response generated in its deliberations over its response to mr. Kadak's request was upheld by judge sypolt's October 9, 2002 order on utility plaintiffs' motions to compel.®AC/AW attorneys: n. Jensen (nrc-ogc) and a. Capoferri (DOE-OGC). | AC, AW, DP |
| 405 | NRC0030027 | NRC0030027 | 12/2003, 1/31/03 | Nrc briefing materials concerning April 4, 2001, meeting between counsel for nrc and DOE about nrc's response to the 10/24/2000 letter by dr. Andrew kadak; document identifies legal issues to be discussed between counsel and describes nrc's deliberations and options for responding to dr. Kadak's request that nrc redefine GTCC as hlw; document reveals the deliberations of nrc regarding how to respond to dr. Kadak's letter and forms part of the deliberative process; the nrc's assertion of deliberative process over documents of the same character generated in its deliberations over its response to mr. Kadak's request was upheld by judge sypolt's October 9, 2002 order on utility plaintiffs' motions to compel. | AC, DP |
| 406 | NRC0030029 | NRC0030030 | 12/2003, 1/31/03 | An undated draft response from Chairman Meserve to Dr. Andrew Kadak in response to Dr. Kadak's October 24, 2000 letter, requesting that NRC redefine GTCC as HLW; document contains marginalia by N. Jensen (NRC-OGC) suggesting changes to the letter, based upon his review of the letter for legal sufficiency; this draft was not provided to Dr. Kadak; document reveals the deliberations of NRC regarding how to respond to Dr. Kadak's letter and forms part of the deliberative process; the NRC's assertion of deliberative process over other draft versions of NRC's response generated in its deliberations over its response to Mr.Kadak's request was upheld by Judge Sypolt's October 9, 2002 order on utility plaintiffs' motions to compel.®AC attorney: N. Jensen (NRC-OGC). | AC, DP |
| 407 | NRC0030031 | NRC0030033 | 12/2003 | Letter from J. Taylor (DOE-OGC) to N. Jensen (NRC-OGC) regarding GTCC radioactive waste disposal issues; prepared in connection with nuclear claims litigation that GTCC radioactive waste is governed by the standard contract; provides legal advice and DOE's legal analysis of GTCC issues in SNF litigation; bears legend "privileged and confidential"; duplicate of document bate numbered HQR054 0020-0022 and subject of utility plaintiffs' motion to compel, which was denied in its entirety by Judge Sypolt, by order dated Cctober 9, 2002. ®AC/AW attorneys: J. Taylor (DOE-OGC); N. Jensen (NRC-OGC). | AC, AW |
| 408 | NRC0030036 | NRC0030038 | | Background information relating to nrc's response to dr. Kadak's request that nrc redefine GTCC as hlw; document contains discussion of potential responses to dr. Kadak and the bases for those responses; document reveals the deliberations of nrc regarding how to respond to mr. Kadak's letter and forms part of the deliberative process; the nrc's assertion of deliberative process over documents of the same character generated in its deliberations over its response to mr. Kadak's request was upheld by judge sypolt's October 9, 2002 order on utility plaintiffs' motions to compel. | DP |
| 409 | NRC0030039 | NRC0030042 | 12/2003, 1/31/03 | E-mail forwarding to a. Capoferri (DOE-OGC) draft of letter from chairman meserve to andrew kadak in response to dr. Kadak's request that nrc redefine GTCC on hlw; e-mail requests review of letter for legal sufficiency; documents reveal the deliberations of nrc regarding how to respond to dr. Kadak's letter and forms part of the deliberative process; the nrc's assertion of deliberative process over other draft versions of nrc's response generated in its deliberations over its response to mr. Kadak's request was upheld by judge sypolt's October 9, 2002 order on utility plaintiffs' motions to compel.®AC/AW attorneys: n. Jensen (nrc-ogc) and a. Capoferri (DOE-OGC). | AC, DP |


A34

Pacific Gas and Electric v. United States
United States Court of Federal Claims 04-74C
Table of Challenges

| REFNO | BEGNO | ENDNO | PRIV LOG | DESCRIPTION | PRIV CLAIM |
|---|---|---|---|---|---|
| 410 | NRC0030045 | NRC0030047 | 12/2003, 1/31/03 | **Identical to nrc0030031-0033** - Letter from j. Taylor (DOE-OGC) to n. Jensen (nrc-ogc) regarding GTCC radioactive waste disposal issues; prepared in connection with nuclear claims litigation that GTCC radioactive waste is governed by the standard contract; provides legal advice and DOE's legal analysis of GTCC issues in SNF litigation; bears legend "privileged and confidential"; duplicate of document bate numbered hqr054 0020-0022 and subject of utility plaintiffs' motion to compel, which was denied in its entirety by judge sypolt, by order dated October 9, 2002. ®AC/AW attorneys: j. Taylor (DOE-OGC); n. Jensen (nrc-ogc). | DP |
| 411 | NRC0030054 | NRC003054 | 12/2003, 1/31/03 | Letter from andrew kadak to chairman meserve requesting that NRC redefine GTCC as hlw; document contains marginalia by n. Jensen (NRC-ogc) reflecting legal analysis by mr. Jensen in furtherance of mr. Jensen's provision of legal services to the NRC in formulating a response to dr. Kadak's request; copy of letter without marginalia was provided at NRC0030012.®AC attorney: n. Jensen (NRC-ogc). | AC, DP |
| 412 | NRC0030055 | NRC0030057 | 12/2003, 1/31/03 | An undated draft response from chairman meserve to dr. Andrew kadak in response to dr. Kadak's October 24, 2000 letter, requesting that nrc redefine GTCC as hlw; document reveals the deliberations of nrc regarding how to respond to dr. Kadak's letter and forms part of the deliberative process; the nrc's assertion of deliberative process over other draft versions of nrc's response generated in its deliberations over its response to mr. Kadak's request was upheld by judge sypolt's October 9, 2002 order on utility plaintiffs' motions to compel. | DP |
| 413 | NRC0030058 | NRC0030058 | 12/2003, 1/31/03 | E-mail from c.w. reamer (NRC) to N. Jensen (NRC-OGC) providing information and seeking legal advice in conjunction with NRC's deliberations concerning how to respond to Dr. Kadak's request that the NRC redefine GTCC as HLW; document reveals the deliberations of NRC regarding how to respond to Dr. Kadak's letter and forms part of the deliberative process; the NRC's assertion of deliberative process over documents of the same character generated in its deliberations over its response to Mr.Kadak's request was upheld by Judge Sypolt's October 9, 2002 order on utility plaintiffs' motions to compel.®AC attorney: N. Jensen (NRC-OGC). | AC, DP |
| 414 | NRC0030064 | NRC0030067 | 12/2003, 1/31/03 | Same document as document described for nrc0030031, except this document also includes a fax transmittal sheet from j. Taylor to n. Jensen, which briefly describes content of letter. ®AC/AW attorneys: n. Jensen (nrc-ogc), j. Taylor (DOE-OGC). | AC, AW, DP |
| 415 | NRC0030068 | NRC0030071 | 12/2003 | **Identical to nrc0040142 - nrc0040145**. - Draft of letter to neil jensen (nrc-ogc), regarding GTCC radioactive waste disposal issues, for review within DOE-OGC and DOE-rw and accompanying fax transmittal sheet; prepared in connection with nuclear utility claims in the Court of Federal Claims litigation that GTCC radioactive waste is governed by the standard contract; provides legal advice and DOE's legal analysis of GTCC issues in SNF litigation. Bears the legend "privileged and confidential;" draft of document bate numbered hqr054 0020-0022 and subject of utility plaintiffs' motion to compel, which was denied in its entirety by judge sypolt, by order dated October 9, 2002; the nrc's assertion of deliberative process over this document, a duplicate of nrc0020001-0004, was upheld by judge sypolt's October 9, 2002 order on utility plaintiffs' motions to compel.®AC/AW attorneys: j. Taylor (DOE-OGC); n. Jensen (nrc-ogc). | AC, AW, DP |
| 416 | NRC0030072 | NRC0030072 | 12/2003, 1/31/03 | E-mail from j. Kennedy (nrc) to n. Jensen (nrc-ogc) providing information and seeking legal advice in conjunction with nrc's deliberations concerning how to respond to dr. Kadak's request that the nrc redefine GTCC as hlw; document reveals the deliberations of nrc regarding how to respond to dr. Kadak's letter and forms part of the deliberative process; the nrc's assertion of deliberative process over documents of the same character generated in its deliberations over its response to mr. Kadak's request was upheld by judge sypolt's October 9, 2002 order on utility plaintiffs' motions to compel.®AC attorney: n. Jensen (nrc-ogc). | AC, DP |
| 417 | NRC0030073 | NRC0030073 | 12/2003, 1/31/03 | E-mail from n. Jensen (nrc-ogc) to j. Kennedy (nrc) concerning mr. Jensen's provision of legal services to nrc relating to nrc's response to dr. Kadak's request that the nrc redefine GTCC as hlw and to nrc's request for legal services from DOE-OGC concerning the legal effects of declaring GTCC to be hlw; document reveals the deliberations of nrc regarding how to respond to dr. Kadak's letter and forms part of the deliberative process; the nrc's assertion of deliberative process over documents of the same character generated in its deliberations over its response to mr. Kadak's request was upheld by judge sypolt's October 9, 2002 order on utility plaintiffs' motions to compel.®AC attorney: n. Jensen (nrc-ogc). | AC, DP |

Pacific Gas and Electric v. United States
United States Court of Federal Claims 04-74C
Table of Challenges

| REFNO | BEGNO | ENDNO | PRIV LOG | DESCRIPTION | PRIV CLAIM |
|---|---|---|---|---|---|
| 418 | NRC0030075 | NRC0030075 | 12/2003, 1/31/03 | Exchange of e-mail messages between c.w. reamer (nrc) and neil jensen (nrc-ogc), in which mr. Jensen provides legal advice in conjunction with nrc's deliberations concerning how to respond to dr. Kadak's request that the nrc redefine GTCC as hlw; mr. Jensen's e-mail message sent in response to e-mail from mr. Reamer described at document # nrc0030058; document reveals the deliberations of nrc regarding how to respond to dr. Kadak's letter and forms part of the deliberative process; the nrc's assertion of deliberative process over documents of the same character generated in its deliberations over its response to mr. Kadak's request was upheld by judge sypolt's October 9, 2002 order on utility plaintiffs' motions to compel.®AC attorney: n. Jensen (nrc-ogc). | AC, DP |
| 419 | NRC0030076 | NRC0030080 | 12/2003, 1/31/03 | Whitepaper titled, "GTCC disposal status, regulations, and other information," prepared for the purpose of deciding how to respond to dr. Kadak's October 24, 2000, letter requesting that the nrc redefine GTCC as hlw; earlier version of document described at nrc004121-0124; document reveals the deliberations of nrc regarding how to respond to mr. Kadak's letter and forms part of the deliberative process; the nrc's assertion of deliberative process over documents of the same character generated in its deliberations over its response to mr. Kadak's request was upheld by judge sypolt's October 9, 2002 order on utility plaintiffs' motions to compel. | DP |
| 420 | NRC0030087 | NRC0030087 | 12/2003, 1/31/03 | An undated draft response from Chairman Meserve to Dr. Andrew Kadak in response to Dr. Kadak's October 24, 2000 letter, requesting that NRC redefine GTCC as HLW; document contains concurrence chain for NRC's response; document reveals the deliberations of NRC regarding how to respond to Dr. Kadak's letter and forms part of the deliberative process; the NRC's assertion of deliberative process over other draft versions of NRC's response generated in its deliberations over its response to Mr.Kadak's request was upheld by Judge Sypolt's October 9, 2002 order on utility plaintiffs' motions to compel. | DP |
| 421 | NRC0040106 | NRC0040107 | 12/2003, 1/31/03 | Whitepaper discussing possible NRC responses to Dr. Kadak's October 24, 2000, letter requesting that the NRC redefine GTCC as HLW; document reveals the deliberations of NRC regarding how to respond to Mr.Kadak's letter and forms part of the deliberative process; the NRC's assertion of deliberative process over documents of the same character generated in its deliberations over its response to Mr.Kadak's request was upheld by Judge Sypolt's October 9, 2002 order on utility plaintiffs' motions to compel. | DP |
| 422 | NRC0040108 | NRC0040108 | 12/2003, 1/31/03 | Whitepaper discussing possible NRC responses to Dr. Kadak's October 24, 2000, letter requesting that the NRC redefine GTCC as HLW; document reveals the deliberations of NRC regarding how to respond to Mr.Kadak's letter and forms part of the deliberative process; the NRC's assertion of deliberative process over documents of the same character generated in its deliberations over its response to Mr.Kadak's request was upheld by Judge Sypolt's October 9, 2002 order on utility plaintiffs' motions to compel. | DP |
| 423 | NRC0040109 | NRC0040110 | 12/2003, 1/31/03 | Draft of a response to Dr. Andrew Kadak from william d. Travers in response to Dr. Kadak's October 24, 2002, request that NRC redefine GTCC as HLW; document contains comments and marginalia for suggested changes and additions to the letter; document reveals the deliberations of NRC regarding how to respond to Mr.Kadak's letter and forms part of the deliberative process; the NRC's assertion of deliberative process over other draft versions of NRC's response generated in its deliberations over its response to Mr.Kadak's request was upheld by Judge Sypolt's October 9, 2002 order on utility plaintiffs' motions to compel. | DP |
| 424 | NRC0040111 | NRC0040111 | 12/2003, 1/31/03 | Memorandum discussing relevant statutes relating to Dr. Kadak's October 24, 2000, request that NRC redefine GTCC as HLW; document also discusses potential conclusions and an analysis of Dr. Kadak's request; document reveals the deliberations of NRC regarding how to respond to Mr.Kadak's letter and forms part of the deliberative process; the NRC's assertion of deliberative process over documents of the same character generated in its deliberations over its response to Mr.Kadak's request was upheld by Judge Sypolt's October 9, 2002 order on utility plaintiffs' motions to compel. | DP |
| 425 | NRC0040120 | NRC0040120 | 12/2003, 1/31/03 | Whitepaper identiFYing issues to be discussed at a December 6, 2000, meeting regarding NRC's response to Dr. Kadak's October 24, 2000, letter requesting that NRC to redefine GTCC as HLW; document provides possible options for NRC's response to the letter, reveals the deliberations of NRC regarding how to respond to Mr.Kadak's letter and forms part of the deliberative process; the NRC's assertion of deliberative process over documents of the same character generated in its deliberations over its response to Mr.Kadak's request was upheld by Judge Sypolt's October 9, 2002 order on utility plaintiffs' motions to compel. | DP |
| 426 | NRC0040121 | NRC0040124 | 12/2003, 1/31/03 | Whitepaper titled, "GTCC disposal status, regulations, and other information," prepared for the purpose of deciding how to respond to Dr. Kadak's October 24, 2000, letter requesting that the NRC redefine GTCC as HLW; document reveals the deliberations of NRC regarding how to respond to Mr.Kadak's letter and forms part of the deliberative process; the NRC's assertion of deliberative process over documents of the same character generated in its deliberations over its response to Mr.Kadak's request was upheld by Judge Sypolt's October 9, 2002 order on utility plaintiffs' motions to compel. | DP |



A36

Pacific Gas and Electric v. United States
United States Court of Federal Claims 04-74C
Table of Challenges

| REFNO | BEGNO | ENDNO | PRIV LOG | DESCRIPTION | PRIV CLAIM |
|---|---|---|---|---|---|
| 427 | NRC0040125 | NRC0040128 | 12/2003, 1/31/03 | Whitepaper titled, "GTCC disposal status, regulations, and other information," prepared for the purpose of deciding how to respond to Dr. Kadak's October 24, 2000, letter requesting that the NRC redefine GTCC as HLW; document contains marginalia, reveals the deliberations of NRC regarding how to respond to Mr.Kadak's letter and forms part of the deliberative process; the NRC's assertion of deliberative process over documents of the same character generated in its deliberations over its response to Mr.Kadak's request was upheld by Judge Sypolt's October 9, 2002 order on utility plaintiffs' motions to compel; different version of document described at NRC0040125. | DP |
| 428 | NRC0040138 | NRC0040139 | 12/2003, 1/31/03 | An undated draft response from Chairman Meserve to Dr. Andrew Kadak in response to Dr. Kadak's October 24, 2000 letter, requesting that NRC redefine GTCC as HLW; document reflects suggested edits by Chairman Meserve's staff, reveals the deliberations of NRC regarding how to respond to Dr. Kadak's letter and forms part of the deliberative process; the NRC's assertion of deliberative process over other draft versions of NRC's response generated in its deliberations over its response to Mr.Kadak's request was upheld by Judge Sypolt's October 9, 2002 order on utility plaintiffs' motions to compel. | DP |
| 429 | NRC0040140 | NRC0040141 | 12/2003, 1/31/03 | An undated draft response from Chairman Meserve to Dr. Andrew Kadak in response to Dr. Kadak's October 24, 2000 letter, requesting that NRC redefine GTCC as HLW; document also contains concurrence sheet for proposed response; document reveals the deliberations of NRC regarding how to respond to Dr. Kadak's letter and forms part of the deliberative process; the NRC's assertion of deliberative process over other draft versions of NRC's response generated in its deliberations over its response to Mr.Kadak's request was upheld by Judge Sypolt's October 9, 2002 order on utility plaintiffs' motions to compel.. | DP |
| 430 | NRC0040142 | NRC0040145 | 12/2003, 1/31/03 | Draft of letter to neil jensen (nrc-ogc), regarding GTCC radioactive waste disposal issues, for review within DOE-OGC and DOE-rw and accompanying fax transmittal sheet; prepared in connection with nuclear utility claims in the Court of Federal Claims litigation that GTCC radioactive waste is governed by the standard contract; provides legal advice and DOE's legal analysis of GTCC issues in SNF litigation. Bears the legend "privileged and confidential;" draft of document bate numbered hqr054 0020-0022 and subject of utility plaintiffs' motion to compel, which was denied in its entirety by judge sypolt, by order dated October 9, 2002; the nrc's assertion of deliberative process over this document, a duplicate of nrc0020001-0004, was upheld by judge sypolt's October 9, 2002 order on utility plaintiffs' motions to compel.®AC/AW attorneys: j. Taylor (DOE-OGC); n. Jensen (nrc-ogc). | AC, AW, DP |
| 431 | NRC0040146 | NRC0040148 | 12/2003, 1/31/03 | Identical document to that described at NRC0030031-0033. | DP |
| 432 | NRC0040149 | NRC0040152 | 12/2003, 1/31/03 | Fax transmittal sheet, forwarding for review and comment an undated draft response from Chairman Meserve to Dr. Andrew Kadak in response to Dr. Kadak's October 24, 2000 letter, requesting that NRC redefine GTCC as HLW; document reveals the deliberations of NRC regarding how to respond to Dr. Kadak's letter and forms part of the deliberative process; the NRC's assertion of deliberative process over this document, a duplicate of NRC0020005-0008, was upheld by Judge Sypolt's October 9, 2002 order on utility plaintiffs' motions to compel. | DP |
| 433 | NRC0040153 | NRC0040154 | 12/2003, 1/31/03 | Fax transmittal sheet, forwarding for review and comment an undated draft response from Chairman Meserve to Dr. Andrew Kadak in response to Dr. Kadak's October 24, 2000 letter, requesting that NRC redefine GTCC as HLW; document reveals the deliberations of NRC regarding how to respond to Dr. Kadak's letter and forms part of the deliberative process; the NRC's assertion of deliberative process over this document, a duplicate of NRC0020009-0010, was upheld by Judge Sypolt's October 9, 2002 order on utility plaintiffs' motions to compel. | DP |
| 434 | NRC0040155 | NRC0040155 | 12/2003, 1/31/03 | E-mail exchange between c. Poland and p. Tressler, regarding dates for finalizing NRC response to Dr. Kadak's oCT. 24, 2000 letter; document contains discussion regarding reviews by DOE and the department of justice in connection with litigation currently pending in Court of Federal Claims; document reveals the deliberations of NRC regarding how to respond to Dr. Kadak's letter and forms part of the deliberative process; the NRC's assertion of deliberative process over over documents of the same character generated in its deliberations over its response to Mr.Kadak's request was upheld by Judge Sypolt's October 9, 2002 order on utility plaintiffs' motions to compel. | DP |
| 435 | NRC0050010 | NRC0050012 | 12/2003, 1/31/03 | Two copies of one-page memorandum prepared by w. Parler, general counsel of nrc, for e. Beckjord, director, nrc office of nuclear regulatory research, containing legal advice for revision to staff paper on "10 cfr 61 - land disposal of radioactive waste" and federal register notice, based upon review of staff paper for legal sufficiency; concurrence sheet for the office of general counsel is attached; documents were created prior to the publication of the final rule and forms part of the deliberative process. | DP |
| 436 | NRC0060007 | NRC0060009 | 12/2003, 1/31/03 | Request for review and comments upon draft of final rule on the interim storage for GTCC; includes a request for review for legal sufficiency; document also reveals the deliberations of NRC regarding content of final rule and forms part of the deliberative process. | DP |



A37

Pacific Gas and Electric v. United States
United States Court of Federal Claims 04-74C
Table of Challenges

| REFNO | BEGNO | ENDNO | PRIV LOG | DESCRIPTION | PRIV CLAIM |
|---|---|---|---|---|---|
| 437 | NRC0060010 | NRC0060014 | 12/2003, 1/31/03 | Memorandum requesting approval to release final rule for interim storage of GTCC; document describes the deliberations of NRC in formulating final rule, contains recommendations to the commissioners and forms part of the deliberative process. | DP |
| 438 | NRC0060015 | NRC0060090 | 12/2003, 1/31/03 | Draft version of the final rule for the interim storage of GTCC; document indicates where the draft is incomplete, reveals the deliberations of NRC regarding the final rule and forms part of the deliberative process. | DP |
| 439 | NRC0060091 | NRC0060101 | 12/2003, 1/31/03 | Memorandum titled, "regulatory analysis for rulemaking on interim storage of GTCC"; document analyzes bases for rulemaking, discusses options for proceeding with rulemaking, makes recommendations regarding rulemaking and forms part of the deliberative process. | DP |
| 440 | NRC0060106 | NRC0060131 | 12/2003, 1/31/03 | Draft of proposed rule for the interim storage of GTCC with marginalia indicating changes to be made to the draft of the proposed rule; attached to the draft proposed rule are: a draft letter with requested changes to Dr. Ivan itkin, DOE-OCRWM, from w. Kane, NRC, requesting comments from DOE; the changes to the letter relate to changes in the draft proposed rule; draft environmental assessment for the proposed rule with suggested changes; draft regulatory analysis with suggested changes; document reveals the deliberations of NRC regarding the final rule and forms part of the deliberative process. | DP |
| 441 | NRC0060135 | NRC0060140 | 12/2003, 1/31/03 | Comments and suggested changes to proposed rule for interim storage of GTCC by the office of nuclear reactor regulations; document reveals the deliberations of NRC regarding the final rule and forms part of the deliberative process. | DP |
| 442 | NRC0060192 | NRC0060206 | 12/2003, 1/31/03 | Draft of environmental assessment and finding of no significant impact for the proposed rule for interim storage of GTCC; document discusses options for proceeding with rulemaking, contains recommendations, reveals the deliberations of NRC regarding the final rule and forms part of the deliberative process. | DP |
| 443 | NRC0060207 | NRC0060212 | 12/2003, 1/31/03 | Memorandum titled, "regulatory analysis for rulemaking on interim storage of GTCC"; document analyzes bases for rulemaking, discusses options for proceeding with rulemaking, makes recommendations regarding rulemaking and forms part of the deliberative process. | DP |
| 444 | NRC0100096 | NRC0100098 | 12/2003, 1/31/03 | Comments and suggested changes to proposed rule for interim storage of GTCC by the Director of industrial and medical nuclear safety; document reveals the deliberations of NRC regarding the final rule and forms part of the deliberative process | DP |
| 445 | NRC0100099 | NRC0100101 | 12/2003, 1/31/03 | An undated draft response from Chairman Meserve to Dr. Andrew Kadak in response to Dr. Kadak's October 24 2000, letter requesting that NRC redefine GTCC as HLW. Document reveals the deliberations of NRC regarding how to respond to Dr. Kadak's letter and forms part of the deliberative process. The NRC's assertion of deliberative process over other draft versions of NRC's response generated in ins deliberations over its response to Mr.Kadak's request was upheld by Judge Sypolt's October 9, 2002, order on utility plaintiff's motion to compel. | DP |
| 446 | NRC013 | NRC013 | 11/2004 | E-mail re: llrwpaa and GTCC disposal and requesting review by the NRC office of general counsel; document reveals the deliberations of the NRC regarding the authority for GTCC disposal and forms part of the deliberative process.®AC attorney: e. Neil jensen (NRC OGC).®. | AC, DP |
| 447 | NRC013 | NRC013 | 11/2004 | NRC outline document re: regulatory evaluation of GTCC waste and use of 10 CFR part 60/61; document reveals the deliberations of NRC regarding regulatory evaluations of GTCC waste and forms part of the deliberative process; document also assigns review for legal sufficiency to the NRC office of general counsel. | AC, DP |
| 448 | NRC013 | NRC013 | 11/2004 | Typewritten memorandum to the file, prepared by N. Jensen (NRC-OGC), regarding meeting between attorneys for the NRC, DOE, and doj regarding NRC's draft response to the October 24, 2000, letter from Dr. Kadak; memorandum reflects the provision of legal advice and discussion of the legal issues presented by the NRC's proposed response; memorandum also reveals the deliberations of NRC regarding how to respond to Dr. Kadak's letter and forms part of the deliberative process; NRC's assertion of deliberative process privilege over similar materials relating to the deliberations regarding how to respond to Dr. Kadak's letter were upheld by the court's order dated October 9, 2002.®AC attorney: e. Neil jensen (NRC-OGC). | AC, DP |
| 449 | NRC013 | NRC013 | 11/2004 | Outline of policy and legal issues regarding the disposal of Greater-Than-Class-C waste and an environmental impact statement; the document reveals the deliberations of NRC regarding disposal of GTCC wastes and forms part of the deliberative process; document also indicates issues on which legal advice will be sought from the NRC office of general counsel. | AC, DP |
| 450 | NRC013 | NRC013 | 11/2004 | Memorandum requesting concurrence for denial of a petition from pge dated November 2, 1995, for a rulemaking re: storage of GTCC waste under 10 CFR part 72; attached is a memo from joseph callan to the NRC commissioners re: denial of the petition; documents reveal the deliberations of the NRC regarding the denial of the pge petition rulemaking and form part of the deliberative process; document also evidences a request to counsel to review the attached memo for legal sufficiency.®AC attorney: karen cyr (NRC OGC). | AC, DP |



A 38

Pacific Gas and Electric v. United States
United States Court of Federal Claims 04-74C
Table of Challenges

| REFNO | BEGNO | ENDNO | PRIV LOG | DESCRIPTION | PRIV CLAIM |
|---|---|---|---|---|---|
| 451 | NRC013 | NRC013 | 11/2004 | E-mail chain regarding contact with waste control specialists concerning the storage of Greater-Than-Class-C waste; documents reveal the deliberations of the NRC regarding the storage of GTCC waste and form part of the deliberative process; documents also evidence request for agency review by counsel.®AC attorney: s. Salomon (DOE-OGC). | AC, DP |
| 452 | NRC013 | NRC013 | 11/2004 | E-mail exchange regarding a petition concerning the interim storage of Greater-Than-Class-C waste and review of this petition including review by counsel for legal sufficiency; memoranda attached to the e-mails are part of the analysis of the petition; documents reveal the deliberations of the NRC regarding how to respond to the petition and form part of the deliberative process.®AC attorney: e. Neil jensen (OGC). | AC, DP |
| 453 | NRC013 | NRC013 | 11/2004 | E-mail submission of a document entitled "status of interim storage of GTCC waste rulemaking plan;" attached document is the draft document referred to in the e-mail. The documents reveal the deliberations of the NRC regarding a rulemaking plan and form part of the deliberative process; attachment also evidences review by counsel for legal sufficiency.®AC attorneys: w. Reamer, w. Olmstead (NRC OGC). | AC, DP |
| 454 | NRC013 | NRC013 | 11/2004 | Handwritten notes prepared by N. Jensen (NRC-OGC) regarding meeting with NRC staff and subsequent meeting with DOE and doj personnel regarding NRC's response to the October 24, 2000, letter from Dr. Kadak to Chairman Meserve; notes reflect the provision of legal advice by counsel regarding legal issues presented by Dr. Kadak's inquiry to Chairman Meserve; notes also reveal the deliberations of NRC regarding how to respond to Dr. Kadak's letter and form part of the deliberative process; NRC's assertion of deliberative process privilege over similar materials relating to the deliberations regarding how to respond to Dr. Kadak's letter were upheld by the court's order dated October 9, 2002; notes also contain notation that documents related to issue have been provided to doj in connection with litigation pending in the Court of Federal Claims.®AC/AW attorney: e. Neil jensen (NRC-OGC). | AW, DP, AC |
| 455 | NRC013 | NRC013 | 11/2004 | An undated draft response prepared for Chairman Meserve to Dr. Andrew Kadak in response to Dr. Kadak's October 24, 2000 letter, requesting that NRC redefine GTCC as HLW; document reveals the deliberations of NRC regarding how to respond to Dr. Kadak's letter and forms part of the deliberative process; the NRC's assertion of deliberative process over other draft versions of NRC's response generated in its deliberations over its response to Mr.Kadak's request was upheld by Judge Sypolt's October 9, 2002 order on utility plaintiffs' motions to compel. | DP |
| 456 | NRC013 | NRC013 | 11/2004 | E-mail regarding guidance for GTCC waste petition denial; the document reveals the deliberations of the NRC regarding GTCC waste petition and forms part of the deliberative process. | DP |
| 457 | NRC013 | NRC013 | 11/2004 | E-mail regarding response to June 26, 2001, telephone call from paula craighead re: Maine Yankee GTCC waste and isfsi storage; the document reveals the deliberations of the NRC regarding the storage of GTCC waste at an on-site isfsi and forms part of the deliberative process. | DP |
| 458 | NRC013 | NRC013 | 11/2004 | E-mail and attached draft regulatory analysis for proposed rulemaking regarding interim storage of GTCC waste and changes to 10 CFR part 72; documents reveal the deliberations of the NRC regarding the proposed rulemaking and form part of the deliberative process. | DP |
| 459 | NRC013 | NRC013 | 11/2004 | E-mail summary of a meeting held on February 11, 2003, between john greeves and martin virgilio (NRC) and Jesse Roberson (DOE) re: GTCC waste and an EIS; the document reveals the deliberations of the NRC regarding disposal of GTCC waste and forms part of the deliberative process. | DP |
| 460 | NRC013 | NRC013 | 11/2004 | Information paper re: viablity of entOMBment as decommissioning option for power reactors; document reveals the deliberations of the NRC regarding the viability of entOMBment and forms part of the deliberative process. | DP |
| 461 | NRC013 | NRC013 | 11/2004 | Rulemaking issue (affirmation) paper requesting NRC approval for notice of a final rulemaking to be published in the federal register regarding GTCC waste and proposed amendments to 10 CFR part 61; the document reveals the deliberations of the NRC regarding the disposal of GTCC waste and forms part of the deliberative process. | DP |
| 462 | NRC013 | NRC013 | 11/2004 | Notes Regarding A March 5th (Year Unknown) Telephone Conference Between The NRC And The State Of South Carolina Regarding The Disposal Of Greater-Than-Class-C Waste; Document Reveals The Deliberations Of The NRC Reagarding The Regulation Of GTCC Waste And Forms Part Of The Deliberative Processs. | DP |
| 463 | NRC013 | NRC013 | 11/2004 | Draft memorandum regarding options for the interim storage of Greater-Than-Class-C waste from commercial reactors; document reveals the deliberations of the NRC regarding the storage of GTCC waste and forms part of the deliberative process. | DP |
| 464 | NRC013 | NRC013 | 11/2004 | Facsimile cover sheet for a draft outline for environmental assessment for interim storage of GTCC waste in isfsi's or mrs's; attached is the draft outline; documents reveal the deliberations of the NRC regarding the development of an environmental assessment for GTCC waste and form part of the deliberative process. | DP |

A39