# In the United States Court of Federal Claims

No. 04-74C
(into which has been consolidated No. 04-75C)

(E-Filed: May 12, 2006)

| | |
|---|---|
| PACIFIC GAS AND ELECTRIC COMPANY, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Before the court is Defendant's Motion to Strike Plaintiff's Reply in Support of its Motion In Limine to Exclude Warren K. Brewer's Testimony (Def.'s Mot. or Motion) filed electronically on May 11, 2006. Defendant requests the court to "strike the reply, filed by plaintiff . . . in support of its motion in limine to exclude Warren K. Brewer's testimony." Def.'s Mot. at 1. The court agrees to this request. The court's March 24, 2004 Order and the court's directive given during the telephonic status conference held by the court on May 4, 2006, "limit[ed] the . . . pretrial briefing to motions and responses." Id. at 2. Accordingly, defendant's Motion is GRANTED and Pacific Gas & Electric's Reply in Support of Its Motion In Limine to Exclude Warren K. Brewer's Expert Testimony is STRICKEN from the record in this case.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge