IN THE UNITED STATES COURT OF FEDERAL CLAIMS

Filed Electronically May 12, 2006

| | | |
|---|---|---|
| PACIFIC GAS & ELECTRIC COMPANY,<br>Plaintiff,<br>v.<br>UNITED STATES OF AMERICA,<br>Defendant. | ) | No. 04-0074C,<br>into which has been consolidated No. 04-0075C<br>(Judge Hewitt) |

**PG&E'S INDEX PROVIDING CROSS REFERENCE FOR TABLE OF CHALLENGES DOCUMENTS AND CORRESPONDING DELIBERATIVE PROCESS AFFIDAVITS**

Pursuant to a telephonic request from the Court, Plaintiff Pacific Gas & Electric Co. hereby provides the following cross reference information in connection with its second motion to compel deliberative process documents filed May 11, 2006.

| Doc. Ref. No | Affidavit |
|---|---|
| 387 -390 | Milner ¶29 - p. 32-33 |
| 368 | Milner ¶29 - p. 32-33 |
| 231 | Milner ¶45 - p. 46 |
| 108 - 109 | Milner ¶27 - p. 30-31 |
| 367 | Milner ¶36 - p. 37-38 |
| 369 | Milner ¶36 - p. 37-38 |
| 123 | Milner ¶46 - p. 46-47 |
| 196 | Milner ¶54 - p. 55-56 |
| 202 | Milner ¶54 - p. 55-56 |

| Doc. Ref. No | Affidavit |
|---|---|
| 212 | Milner ¶54 - p. 55-56 |
| 220 | Milner ¶54 - p. 55-56 |
| 233 | Milner ¶54 - p. 55-56 |
| 251 | Milner ¶54 - p. 55-56 |
| 254 | Milner ¶54 - p. 55-56 |
| 268 | Milner ¶54 - p. 55-56 |
| 287 | Milner ¶54 - p. 55-56 |
| 290 | Milner ¶54 - p. 55-56 |
| 402 - 403 | Virgilio ¶ I(A) - p. 7-8 |

Dated: May 12, 2006

Respectfully submitted,

s/ Jerry Stouck
Jerry Stouck
Greenberg Traurig, LLP
800 Connecticut Avenue, NW
Suite 500
Washington, DC 20006
(202) 331-3173 Phone
(202) 261-4751 Fax
Counsel for Plaintiff
Pacific Gas & Electric Company

Of Counsel:

Robert L. Shapiro
Greenberg Traurig, LLP