# Appendix

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

--------------------------------X

| | | |
|---|---|---|
| PACIFIC GAS & ELECTRIC COMPANY | : | No. 04-0074C, into which has been consolidated No. 04-0075C |
| Plaintiff, | : | |
| vs. | : | January 27, 2006 |
| THE UNITED STATES | : | Volume I |
| Defendant. | : | Pgs. 1 - 309 |

--------------------------------X

Washington, D.C.

Monday, March 6, 2006

Deposition of

JONATHAN A. NEUBERGER, PH.D.

called for oral examination by counsel for Plaintiff, pursuant to notice, at the Law Offices of Greenberg Traurig, 800 Connecticut Avenue, N.W., Suite 500, Washington, D.C., before Cindy L. Sebo, RMR, CRR, CSR, RPR, Capital Reporting Company, Notary Public in and for the District of Columbia, beginning at 9:33 a.m., when were present on behalf of the respective parties:

expert reports were produced -- I believe it was in November -- I reviewed that report -- actually, all of those reports including Dr. Cornell's, but started with Mr. Graves' report.

And I have one staff member, a senior economist who helps me on some of these cases, and he and I both worked on it. We also then began to dig into the electronic models, the spreadsheets, and attempted to understand how those models worked, how those spreadsheets worked, and began to develop opinions about how those spreadsheets worked.

MR. SHAPIRO: Let's go off the record.

(Discussion off the record.)

MR. GARDNER: I think Dr. Neuberger was in the middle of an answer when we stopped.

BY MR. SHAPIRO:

Q I'm sorry. You weren't done. Please.

A I think that -- that you asked how I got started, and that's how I got started.

Q Actually, my -- my question was a little broader than that, but let's -- let's



continue on then.

You described how you got started critiquing Mr. Graves' model. You had a staff member help you dig into the -- the actual modeling.

Who is that staff member?

A His name is Stewart Gurrea, G-u-r-r-e-a.

Q How would you describe the division of labor between what you did as opposed to what Mr. Gurrea did?

A Mr. Gurrea probably dug into the specifics of the spreadsheets a little more than I did, but I would say there was a fair bit of overlap between what he did and what I did. Again, just an opportunity for more than one set of eyes to look at the issues, to look at the spreadsheets and to begin developing opinions.

Q So after digging into the spreadsheets and starting to develop opinions, what -- what other steps did you take to -- as part of your work critiquing Mr. Graves' analysis?



A I know we requested some writings of Mr. Graves, some of which -- most of which I think were not directly related to spent fuel litigation, but just some of the other work that he had done, again, building a picture of -- of the kinds of things that -- that he's done over the years.

But I'd say, with respect specifically to this case, it was more just going through the various components of the models, understanding exactly -- understanding exactly what was done, developing some sense of the economics underlying those calculations and the opinions in his report, and then ultimately memorializing those opinions in an expert report.

Q What quantitative analyses did you perform or ask Mr. Graves to perform as part of your work critiquing Mr. Graves' analysis?

A I don't know that there was specific run it with these numbers, do something different. I mean, I don't know that there was specifically quantitative work. I mean, the nature of my critique here is more from an economic theory



standpoint: Does this model follow fundamental economic principles; are there any aspects of the alleged or purported markets that would develop that -- that were left out of the model, that were omitted from the model; were any of those factors important; and -- basically just through each of us working on understanding those models; and then, through discussions, arriving at a set of opinions regarding the economics of Mr. Graves' analysis.

I don't think there was specific quantitative work that I sent Mr. Gurrea off to do -- Dr. Gurrea I should say. It was more -- as I say, the nature of my critique here is more from the standpoint of economic principles and economic theory and less on, oh, this isn't the right number, that isn't the right number.

Clearly, I do take issue with some of the inputs to the model, and those are actual numbers, for example, Mr. Knight's cost estimates, but there wasn't statistical analysis. I didn't have Dr. Gurrea go off and do old regressions or to develop his own version of the model.

Page 46

they want to make sure that positions are consistent. And so I might have said something that was slightly at odds with -- with the way -- the way reality is, the way I understood the situation in these cases might have been a little bit different.

So there might have been some small tweaks; but substantively, certainly on all the economic issues, there were -- there were just -- just styling and some -- some typos or word choices.

Q How did you go about preparing for your deposition today?

A I read documents; I met with Mr. Gardner on Saturday; I spoke with Dr. Gurrea for a little bit last week, but mostly read documents.

Q I can skip some time in there. Let me go back to that. Between preparing for your -- between the time of submitting your expert witness report and preparing for your deposition today, what other work have you done on the PG&E case?

Page 47

A Very little. It's mostly been related to reading some deposition transcripts as they became available, and that I actually considered as part of my -- my deposition preparation.

MR. SHAPIRO: Let's go off the record.

(Discussion off the record.)

BY MR. SHAPIRO:

Q Dr. Neuberger, you say in your report that you may have additional opinions to offer. Do you?

A I think it's not so much additional opinions as just refining some of the opinions that are expressed in the report. For example, when I wrote my report, I did not have Mr. Knight's deposition -- deposition transcript. And in preparing for my deposition here, I did have access to that and read through it and, as a result, have expanded the scope of my critique of the cost estimates that were provided by Mr. Knight's decommissioning studies.

But I'm not anticipating offering new opinions out of whole clothe or significantly

Page 48

changing my opinions in this case, at least based on what I've seen so far.

Q Other than expanding your critique of Dr. Knight's costs estimates, what other editions or changes to your -- to the opinions you've expressed in your expert witness report do you anticipate offering at trial?

A At the current time, none.

Q And what's the nature of the expansion of your critique of Mr. Knight's work?

A Well, in my report, I talk about the fact that Mr. Knight relies on a relatively small number of decommissioning costs estimates, which he averages for purposes of providing costs data to the Graves model.

And as I reviewed his deposition, I realized that that particular point still holds and, if anything, it holds more now. It's actually more important now based on my understanding of how decommissioning cost estimates are derived, how they're -- how a -- decommissioning cost study is performed.

Page 49

I also came to realize -- and I hadn't focused on it when I wrote my report -- that the costs that Mr. Knight identifies in his report, the averages of the four decommissioning cost studies, were based on -- or expressed in 2005 dollars and are used in the Graves model looking at trades for 1998 and 1999 and so forth. So there's some timing issues there.

And then, finally, just as I was reading and understanding a little more the nature of decommissioning cost studies, I realized the purpose for which a decommissioning cost study is performed may be very different than the situation that would exist for -- certainly for operating reactors.

So it's not at all clear to me that some of the numbers that he provided to Mr. Graves really are relevant for the items that they're supposed to measure.

And I can go into more detail about some of those if you'd like, but that's the basic nature of -- of the expanded critique.

Page 50

Q Well, let me ask you to go into a little more detail on at least one of those issues. You referred to timing issues, the fact that Mr. Knight's work expresses costs in 2005 dollars and Mr. Graves' analysis is looking at exchanges from earlier periods?

A Correct.

Q What's -- what's the nature of your -- your concern there?

A Well, you've got costs in 2005 being applied to must-move situations or trading situations that purportedly would have taken place in the mid-'90s. And certainly with just general inflation, it's not clear that those costs would have been relevant back then.

Even Mr. Knight, when asked at his deposition, should these costs estimates be used for 1998, he said, no, you ought to -- you ought to discount them to account for the passage of inflation between those years.

Q Do you know if Mr. Graves discounts the costs?

Page 51

A I don't believe so. I seem to recall that Mr. Knight talks about, for example, an $11.6 million figure for I think it's wet pool O&M, operations and maintenance, and I recall seeing that same $11.6 million figure in the bid tables in Mr. Graves' report.

Q If the purpose of Mr. Graves' analysis is to determine exchanges in -- as part of that analyses, looking at the relative willingness to pay of different utilities, does it really matter whether those costs are expressed in 1998 dollars versus 2005 dollars?

A Well, I think it does matter, maybe not with the ordinal ranking of who bids and who doesn't bid. I think it will affect -- well, actually, I think it will affect who wins and who doesn't -- you know, who successfully bids for rights and who doesn't.

Given the fact that the same numbers are applied to every single utility depending upon its situation, it may not change the ordinal ranking of winners and losers, but I certainly

Page 52

think it would affect what the willingness to pay would be, the actual dollar of the bids.

So I think -- I think it is important. I think it does matter. And if, in fact, some of those costs aren't relevant to certain utilities or to certain sites, then who wins and who loses might change as a result of using different cost estimates.

Q Well, we'll get into Mr. Knight's cost estimates in a little bit more detail, but I want to focus back on a couple of things that you said that -- if I understand your answer correctly, that they look like they're inconsistent. I want to make sure I understand exactly what your view is.

Focusing just on the -- the -- the timing of the -- of the costs estimates, if you're looking at 2005 dollars or 1998 dollars, is it your view that looking at 1998 dollars would have changed the -- the winners and losers, as you phrase it, in Mr. Graves' analysis?

A The way those costs data are incorporated into Mr. Graves' economic sequence

Page 53

model, I don't think so, because the same costs are applied to every situation. If it's a full -- full pool must move, the same wet pool O&M cost is applied. So the ordinal ranking of winners and losers wouldn't change, but the price would.

Q And by using 2005 dollars, Mr. Graves' opinions result in a higher price for swaps than would have been the case if he had used 1998 dollars; correct?

MR. GARDNER: Objection -- I'm sorry. Objection; calls for speculation.

THE WITNESS: I would assume it would end up with lower bids, although, you know, in the context of Mr. Graves' model -- let me just put that caveat on it. Yes, in the context of Mr. Graves' model, the bids would have been lower if you discounted 2005 prices back to 1998.

BY MR. SHAPIRO:

Q And let me go back to the status of your work, and we'll -- and a little bit later, we'll spend some more time on Mr. Knight's cost estimates.

Page 70

about Humboldt Bay having its spent fuel removed in 1998 reliable, but you're not willing to say that Mr. Graves is wrong?

A I did not independently model the but-for world, so I didn't -- I don't have a counterexample to say it absolutely without question, to a reasonable degree of certainty, would not have gotten out.

My position is -- and I state this in my report -- is that Mr. Graves' model doesn't tell us much either about whether Humboldt Bay would have gotten out a year earlier.

Q How would you describe the methodology you used to reach your opinion regarding the lack of reliability of Mr. Graves' model of exchanges?

A In my view, Mr. Graves' model is incomplete at best. It omits many factors that would influence the incentives to exchange. I applied fundamental economic principles and theory to look at the model that was provided by Mr. Graves and to conduct a review based on my understanding of economic theory and economic

Page 71

principles, whether that model was a reliable depiction of what likely would have happened.

Q Was there -- is there a name for the methodology you used to reach your conclusions regarding the reliability of Mr. Graves' model?

A Yeah, economics.

Q You can't be any more specific than that?

A I applied economic theory to Mr. Graves' methodology, and based on my understanding and my experience and my education in economics, it is my belief that Mr. Graves' model omits many factors that would affect the demand and supply of exchanges, the incentive to exchange and, therefore, does not produce reliable estimates of what would have happened in a nonbreach world.

Q You are familiar, aren't you, Dr. Neuberger, that within the field of economics, there are certain kinds of analysis -- we discussed some of these earlier -- such as regression analyses, sensitivity analyses? You're familiar with those concepts; correct?

Page 72

A Yes.

Q There's no comparable name for the methodology you employed to reach your opinions regarding the reliability of Mr. Graves' model here?

A You could probably call it anything you want: market analysis, applying economic principles to markets, supply and demand analysis. It's basically applied microeconomic analysis.

Economists are trained to understand the workings of markets, and I applied my understanding to this particular framework and asked is this model capturing factors that would affect the demand and supply of exchanges in a but-for world. And in my view, it captures some of those aspects, but omits many others.

So I don't have a specific name. I would call it applied microeconomic analysis, market analysis. I did not conduct statistical tests. I didn't run regressions. Those are all empirical analytical tools. The nature of my critique is more theoretical. Is this market

Page 73

depiction reasonable and likely to produce reliable results? And in my view, the answer is no.

Q In your view, how is the court to assess the reliability of your own work if it's simply your view of economic principles?

MR. GARDNER: Objection -- I'm sorry. I thought you were done.

MR. SHAPIRO: I'm sorry. I am done.

MR. GARDNER: Objection; lack of foundation. Objection; calls for speculation.

THE WITNESS: I don't know how the court would -- would respond or how it would make its ruling. I think the court should be informed that there are deficiencies in this modeling approach that make the results, the predictions, less than reliable, and, therefore, the court can decide how much weight to give Mr. Graves' testimony, whether, in fact, this particular modeling informs the court about the workings of a nonbreach world.

And, you know, I don't know exactly how judges make their rulings, you know, what basis

Page 74

they give for -- for either excluding evidence or excluding testimony or ascribing it some weight. All I can do is provide the analysis that I've done to show that, in my view, there are deficiencies in this model that render its results less than reliable.

BY MR. SHAPIRO:

Q How could the court test the reliability of your analysis?

MR. GARDNER: Objection; lack of foundation. Objection; calls for speculation. Also, it calls for a legal conclusion.

THE WITNESS: I don't know. I think if my arguments are reasonable, if they seem intuitively correct, then presumably the court would give them some weight.

BY MR. SHAPIRO:

Q So you can't think of a way in which the court could test the reliability of your methodologies?

MR. GARDNER: Same objections.

THE WITNESS: Again, I don't know

Page 75

exactly how courts make decisions on these things.

BY MR. SHAPIRO:

Q I don't have to be so specific about a court then. How, generally, could the reliability of your methodology be tested?

A My methodology relies on applying fundamental economic principles to this particular market. Based on my critique to those comments, does that -- does the critique that I make make economic sense, whether to an economist or to a layperson? Is there validly to the critique that I make of Mr. Graves' model? Do the things that I say are omitted from the model or the factors that aren't considered, does that make economic sense and does someone feel that those would be relevant in this particular market?

So I think it's -- it's a function of is the critique reasonable; is it based on sound economic principles; does it -- does it seem relevant; and do the factors that I've suggested aren't incorporated in Mr. Graves' model, are they important; And if they are, then there are

Page 76

problems with Mr. Graves' analysis.

I think it's a logical methodology more than anything else. You know, do the -- does the critique seem reasonable, well thought out and on point?

Q Let's turn to some of your critique of Mr. Graves' modeling. You say that Mr. Graves' modeling is overly simplistic; correct?

A Yes.

Q Aren't all models, by their nature, simplified versions of what they're -- they're modeling?

MR. GARDNER: Objection; vague.

THE WITNESS: Two different words there. Simplified -- you know "simplified" is some variant of the word simple, and, yes, it -- any economic model typically has to distill down complex processes to arrive at a depiction of how a market might work or how an economic phenomenon might work or whatever is being modeled.

Simplistic, in my view, ignores factors that are relevant and, instead, focuses on a much

Page 77

limited subset. So I could imagine a relatively straightforward model of a market for exchanges, but not necessarily a simplistic one.

In my view, Mr. Graves' model focuses on one aspect of this market and ignores all the others.

MR. SHAPIRO: Off the record for a second.

(Discussion off the record.)

BY MR. SHAPIRO:

Q Dr. Neuberger, you say that Mr. Graves model produces unreliable results?

A Yes.

Q How do you know that Mr. Graves' results are unreliable?

A Well, as I said, I don't think the model, as it's presented, captures many of the factors that would influence an exchanges market, and, therefore, I don't really have any confidence that the predictions of the model would really take place in a more realistic setting.

So the factors that are omitted from

the model, I believe, are important and would influence the way this market operated. And without those factors, it's my view that it's difficult to put much credence in the predictions of this particular model.

Q You haven't prepared your own model or performed any quantitative analyses or sensitivity analyses of Mr. Graves' work. How do you know that Mr. Graves' results are unreliable?

A It is my belief based on my understanding of economics.

Q How confident are you, based upon simply your belief in economics, that Mr. Graves' results are unreliable?

A Very confident.

Q Can you be any more specific in your assessment of the degree of confidence you have that Mr. Graves' results are unreliable?

MR. GARDNER: Objection; vague.

THE WITNESS: I mean, do you want me to say that I'm certain that the trading market wouldn't reassemble Mr. Graves' predictions? I'm



not certain. I'm not certain about what a but-for world would look like in many dimensions.

I just don't feel that Mr. Graves' model informs us much about that but -- about that but-for world. So I would say that I hold the opinions that I express in my report to a high level of confidence and, consequently, don't give Mr. Graves' predictions much reliability.

BY MR. SHAPIRO:

Q Do you think Mr. Graves' results are biased one way or the other?

A It's hard to say. I do think the -- he biases his results in favor of trading versus not trading. So in that respect, I think he predicts an easier road and more trading than would likely have happened in a but-for world.

So to the extent that there's a bias there, I think the bias is in favor of trading versus incorporating many other factors that might mitigate against trading.

Q If you had received Mr. Graves' assignment of actually modeling the -- the



nonbreach world of DOE's performance, could you have done it?

A I believe so.

Q How would you have gone about that work differently than what Mr. Graves has done?

A Mr. Graves has focussed on one aspect of this market, namely, the avoidable cost, and he's used that avoidable cost to estimate demand for exchanges.

I think there are other factors that affect -- would affect the demand for exchanges in a but-for world, and I would have tried to incorporate some of those other aspects, namely, related to risk and uncertainty.

At the same time, I would have looked at the supply side of the market. The supply side of this market is effectively ignored in Mr. Graves' model.

I would have also looked at the incentive to participate in this market at all. I think Mr. Graves' model simply assumes that everyone would participate when, in fact, there



might be strong incentives not to participate at all.

So I would have attempted to formulate a richer characterization of both demand -- well, of demand and a formulation of supply and an additional set of calculations describing the incentive to participate at all.

So I think there's kind of three components. Mr. Graves looks at one component potentially of demand for exchanges. He ignores other factors that would affect that demand. He ignores the supply side of the market altogether, and he does not model participation; he assumes it.

So in my efforts, I would have attempted to flesh out all three of those questions in building a model of a potential exchanges market.

Q Well, how would you go about modeling risk and uncertainty in a model of exchanges of DOE acceptance allocations?

A Well, risk and uncertainty could manifest itself in any number of ways. I'm

Page 134

And then I had one more thought just to make the record clear. You had asked me about methodology before, and we had gone a little bit around in circles about what specific methodology did I apply here.

And if I had gone through the exercise of developing my own model, I think I would have needed to be very explicit about methodological assumptions and methodological approaches. Here, what I've primarily done is to critique the model that Mr. Graves provided based on my understanding of the economic principles and economic theory, and that's a pretty standard approach that economists use when critiquing models produced by others.

And this type of application of economic principles to critiquing a model, in this case a model that's used to support damages claim, is something that I've done at trial before, and it's -- it's always been accepted. I've never had any analysis that I've done along these lines rejected by a court for lack of a sound methodology.

Page 135

So it still may not be a satisfactory response from your perspective, but I'm using the same analytical tools that I've used in a number of cases when I was asked to critique a model produced by a plaintiff or by an opposing party.

Q Let me ask you about the last issue first, the critiquing methodologies as you referred to it. At least the way you have done it in this case, your analysis is not necessarily subject to replication by another expert, is it?

A I would think that other economists, other experts would reach some of the same conclusions that I reached by applying fundamental economic principles to an assessment of this model. In terms of, you know, are there methodological steps that I followed all along the way that would be replicated by another, that's hard to say.

I mean, I do think many of the conclusions would be similar to those reached by someone else looking at this model and providing similar critique.

Q But you can't say that the methodology

Page 136

you've used is -- is of the sort that's subject to replication by another expert?

MR. GARDNER: Objection; asked and answered.

THE WITNESS: I mean, I think I did answer that. I mean, you know, what would a trained economist do when looking at a model like this? I think they would do the same kinds of things that I did; namely, what factors affect the market; what is this market capture; you know, what are the elements of the market, market supply, market demand. In this case, participation as well, that would be relevant that maybe are in the model or aren't in the model.

And I think a lot of the same approaches and techniques would be used by another economist critiquing this approach.

So would -- would the results be identical? Would the steps be exactly identical? Maybe not. I do think the outcome would be very similar.

Page 137

BY MR. SHAPIRO:

Q Let me go back to one of the other things you've added -- back to the alternative must-move mountain noted in the bottom half of Exhibit 3. You say, actually, that must-move mountain -- the bottom half of Exhibit 3 -- does not make any adjustments to the mountain on the top half with respect to shutdown reactors; correct?

A Correct.

Q I want to direct your attention, then, to Paragraph 46 of your report that discusses Exhibit 3. I think it's the third sentence in that paragraph refers to the lower panel of Exhibit 3 containing adjustments both for license extension to remove ISFSI must-move fuel and to account for the number of shutdowns in Mr. Graves' base case.

Does the last part of that sentence, then, not mean anything?

A I guess it would be -- well, since there's a different number of shutdowns assumed in his base case versus the alternative case, the simulation that he did including license

Page 142

was asked to use. You know, I would note it gets to that same 3,000 rate that's been talked about; it just does it over a longer period of time.

BY MR. SHAPIRO:

Q When we talked earlier about the input that you got from the Department of Justice, you said that you -- they certainly didn't tell you what opinions they were looking for.

How was it that they told you that they wanted you to use the particular -- the particular trajectory that is used for what you're calling, in 1991, the ACR acceptance rate in the bottom half of Exhibit 3?

A I don't recall the exact sequence of events whereby I was given this particular trajectory. I remember discussing an alternative scenario, an alternative acceptance rate with DOE -- or with DOJ attorneys, and I made the point -- someone made the point that the 1991 ACR really only went through 2007.

I asked what do we do after that? I was told to keep it at that rate through 20- -- I

Page 143

believe 2009 and then ramp it up over a multiyear period to 3,000. So I don't recall the exact sequence of events. I was asked to do a simulation and I asked what do we do after 2007.

Q Since the acceptance line you're showing in the bottom half of Exhibit 3 does not really reflect the 1991 ACR in its entirety, why do you call that line a '91 ACR rate as opposed to a DOJ acceptance rate?

A Certainly for the first 10 years, this is the rate that was incorporated in the 1991 ACR.

Q But your graph goes out through 2040, 42 years.

A Right. And it was my understanding that ACR didn't go anywhere near that long. Perhaps I should have called it 1991 ACR through 2007 plus something else.

Q How did you determine what ramp-up to use from 900 MTU to 3,000 MTU to come up with the acceptance line in the bottom half of Exhibit 3?

A I don't recall exactly. I assume -- you know, like I said, the sequence of events was

Page 144

run this alternative rate. I said, what do we do after 2007? And I was told, okay, you know, carry 900 through 2009, then bump it up to this rate for a couple of years then to that rate, and then 3,000, I believe, starting in 2015. It might be 2014 -- 2014.

Q Now, comparing the alternative acceptance line in the bottom half of Exhibit 3 to the must-move mountain there, what are you trying to show by that comparison?

A Well, as I mentioned earlier, I was trying to show that the rate envisioned, at least for the first several years in the 1991 ACR, would've roughly followed the top of the must-move mountain. And then, as it got ramped up, it would additionally accomplish the goal of accepting current discharges plus some portion of the backlog.

Q Now, for the period of 1998 through roughly 2012, the alternative acceptance rate used in the bottom half of Exhibit 3 and in that alternative must-move mountain, the acceptance is

Page 145

really just enough to cover must-move needs, isn't it?

A Yes.

Q There's no slack in the system at all in the bottom half of Exhibit 3; correct?

A On an aggregate basis, no. I don't know what it would mean for specific utilities; but, yes, it appears, certainly based on the chart, that that 1991 ACR just keeps, you know -- follows the -- the slope of that line and just keeps ahead or just keeps in -- in sync with the must-move mountain.

Q Moreover, the alternative acceptance rate you show in the bottom half of Exhibit 3, in order for it to have just accommodated must-move needs, there would have to have been efficient exchanges of spent fuel acceptance, wouldn't there have been, so that the acceptance would have been going to -- to serve the must-move needs --

MR. GARDNER: Objection; vague.

BY MR. SHAPIRO:

Q -- at least out through 2012; correct?

Page 170

might not have an effect. If Humboldt Bay weren't successful, if better cost figures were used or different bids were made or somebody else came in and did something else different, then it might affect them, you know, hence, the statement here.

Q Why don't we turn to one of those, the cost inputs that Mr. Graves used.

A Okay.

Q You said that it's unclear whether the cost estimates used by Mr. Graves of at reactor storage costs are representative of industrywide costs; correct?

A Correct.

Q But you don't have any expertise to say what at reactor costs are or had been at nuclear power plants, do you?

A I don't have expertise in nuclear power plant costs. I do have expertise in statistics and understanding sampling theory and statistical theory. The basis for that statement is the latter not the former.

Q So the costs that Mr. Graves is using,

Page 171

the at reactor spent fuel storage costs that Mr. Graves is using, they could be representative of industrywide costs. You simply can't say because you don't have the expertise to know?

A There are a number of reasons to question the cost estimates provided by Mr. Knight. One component of that questioning is the fact that he's looking at decommissioning studies, and costs incurred at a decommissioned, shutdown plant might be different for some of the activities that he's identified than those for an operating plant, for example. And the same costs, by my understanding, are applied to both operating and shutdown reactors in the Graves model.

Q Why would costs for operating ISFSI or a spent fuel pool be fundamentally different at an operating reactor as opposed to a shutdown reactor?

MR. GARDNER: Objection; compound.

BY MR. SHAPIRO:

Q Would you prefer that I split that up?

A Please.

Q Let's start with operating the spent

Page 172

fuel pool. Why would the costs of operating a spent fuel pool be fundamentally different at a shutdown reactor as opposed to an operating reactor?

A If you've got an operating reactor, then, presumably, reactor staff is going to be performing various functions, including some portion of their time attributed to looking at the operations of the pool, overseeing it, maintaining it.

At a shutdown facility, staff is dedicated for that; no one else is around. The operators aren't there, and so you have different staffing needs to oversee the operations of a spent fuel pool in an operating situation and a shutdown situation.

The same would be true of an ISFSI. You have staff on-site, let's say, with respect to security. Security guards, when they're making their rounds, maybe they make an extra round to go around the ISFSI. But at a shutdown facility, security guards are there primarily -- presumably

Page 173

to monitor the ISFSI. So the costs may be different, staffing -- staffing requirements may be different.

If you're using electricity at these facilities, some small portion of the electricity of keeping the lights on and keeping the plant going, some portion of that might also be to light the pool or something like that. At a shutdown facility, the costs are going to be different. You're not going to keep all the lights on in a shutdown facility necessarily.

Or -- you know, again, I think different levels of activity, different staffing needs, different costs.

Q Do you know what the staffing needs are at an operating nuclear reactor?

A At an operating reactor? Not specifically, no.

Q Do you know what the staffing needs are to operate a spent fuel pool at a shutdown reactor?

A I've seen some estimates or some statements. I believe Mr. Brewer said two people

Page 174

at a shutdown facility. And I know a lot more than two people are in the plant at an operating facility.

Q Do you know what those people do?

A Sure. They have many different jobs. They're operating the plant. In addition, they may be spending some portion of their time making sure the pool is operating well. I mean, they're looking at a -- a panel of -- of dials and gauges, some of them relate to the operations of the pool. But at an operating plant, they're also going to be monitoring other aspects of operations.

Q Do you have the expertise to know whether the people who are operating the reactor have spare time to look at gauges or otherwise attend to the operation of a spent fuel pool?

A From a technical basis, no. From a technical perspective, no, I don't have expertise on the operations of a nuclear power plant. From a practical perspective or a common-sense perspective, it seems not to be particularly controversial that if you're looking at a panel

Page 175

with 15 gauges on it versus a panel with two gauges on it, as you're scanning those gauges, can your eye also look at an extra gauge or two, you know, while you're operating the plant? That wouldn't seem particularly controversial to me.

Whereas, at a shutdown facility, the only thing you're doing is monitoring the pool. So maybe it's just looking at those two gauges. That's why you would presumably need fewer people.

Q Let me turn to the other half of my prior question, which I think you touched on in your one of your answers. Let me get the question out to make sure I understand your answer with respect to the operation of an ISFSI.

Why would the costs of operating that ISFSI be fundamentally different at an operating reactor as opposed to a shutdown reactor?

A Again, I would fall back on the security example. You got security staff on-site for an operating plant presumably at various points in time. I mean, I guess they have monitors, remote control cameras and the like. So the ISFSI

Page 176

is only one aspect of what they're doing, what they're keeping an eye on.

At a shutdown plant with an ISFSI, perhaps there's dedicated security staff to keep track of the ISFSI, but they may not have a lot of other activities to engage in. So the ISFSI is one component of security as opposed to being the only component of security.

Q Do you have the expertise to know whether the security staff at an operating reactor that's otherwise looking at the reactor in the spent fuel pool for that reactor has spare time to go out and check on what's happening at the ISFSI at that site?

A I don't have technical expertise in that area, no.

Q But you're basing your statements more on just general common sense within the economy?

A That, and also I recall from Mr. Knight's testimony he was asked repeatedly whether his costs applied to operating plants, and he repeatedly replied these are decommissioning

Page 177

costs, post shutdown costs; that's the only purpose for which they should be used.

Q In the economy, in general, do costs tend to vary widely for the same service or product from one large buyer of that service or product to another?

MR. GARDNER: Objection; vague.

THE WITNESS: That seems like such a broad sentence. If you could give me an example or a hypothetical or something, I'm just trying to nail it down a little bit. It seems rather broad in scope. I'm not sure how to answer.

BY MR. SHAPIRO:

Q Okay. All right. Let's pick an example, the market for -- for money. I think you spent a lot of time studying that issue, the Winstar case, the Federal Reserve. There's a market basically for money, isn't there?

A Depending on how you define it, sure.

Q People cannot maybe talk about so much the market for money, but they talk about interest rates and that kind of nomenclature, right?

Page 190

had a $10,000 cost. That's a tenfold degree of variability, pretty high variance. So that's the point I'm trying to make is that there was a lot of variability in the details.

Simply averaging numbers that have high variances doesn't necessarily tell you whether that's a representative number, and if those numbers were drawn from very site specific or different methodologies, you may not know anything about either distribution or the industry as a whole. That's my point.

Q And you wouldn't expect to see as much variance as you were seeing in the individual line items as shown in Mr. Knight's data because you would ordinarily expect the variance of costs incurred by utilities to -- to be less variable?

A Yes and no.

Yes in the sense that if generic functions are being described and they're being measured in the same basic way, you wouldn't expect necessarily a huge variance. No, because, as Mr. Knight testified, there's a lot of site

Page 191

specific stuff going on.

So, you know, what's the right way to measure costs here? Maybe you need to go to each and every utility and figure out what their costs are. You know, I know that's an heroic effort that's practically very difficult to do, but just averaging a bunch of disparate numbers and saying it's representative of the industry, in my view, has -- raises a whole lot of statistical problems.

Q You say statistical theory suggests that a larger sample size is better than a smaller sample size; true?

A In general, yes. It depends a little bit on the nature of the distribution, but yes. And I think Mr. Knight acknowledged, ideally, the more numbers the better.

Q You can't say that the sample size of four that Mr. Knight used is too small for the purposes of providing costs data to Mr. Graves, can you?

A I would think that the statistical power -- and I'm using that in a very specific

Page 192

sense -- of inferences drawn from a sample four utilities would be pretty small. So you couldn't -- it would be difficult to say, oh, yes, with 95 percent degree of confidence, the costs that are really going on in the industry are plus or minus, you know, 2 and a half percent or 5 percent, whatever it might be, of this cost estimate.

Q Let me go back to my question, though, that you cannot say that the sample size of four used by Mr. Knight is too small for the particular purpose of providing cost data for Mr. Graves for use in his report, can you?

MR. GARDNER: Objection; asked and answered.

THE WITNESS: There's not a bright-line decision rule that says, oh, yes, you know, you've got 105 reactors, you want to have X number to -- to be able to say this is a representative cost. Statistics just don't work that way.

Under some very extreme assumptions about what the distribution of costs is, it's

Page 193

conceivable that four would be enough, but I would be very surprised. And certainly, looking at the data, it would suggest to me that four is probably not enough to really draw any strong statistical inferences from the data, from that sample of four.

BY MR. SHAPIRO:

Q When you say that a sample size of four is probably not large enough to enable someone to draw statistical conclusions from the data, is Mr. Graves -- is it your understanding that he's drawing statistical conclusions from the data --

A In effect --

Q -- by Mr. Knight?

A I'm sorry. In effect, yes, because he's using these costs as representative of industry costs that determine what individual utilities will bid for exchanges. So the purpose for which he's using them, namely, average industry costs or representative costs, it seems to be he's effectively assuming that they are indeed representative, and it's just not clear to me that four is enough to be able to do that.