IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PACIFIC GAS & ELECTRIC COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) ) ) ) ) ) ) ) ) | No. 04-0074C, into which has been consolidated No. 04-0075C (Judge Hewitt) |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO FILE ITS RESPONSE TO PLAINTIFF'S MOTION TO EXCLUDE THE TESTIMONY OF JOHN R. MCGRATH

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests an enlargement of time of one day, to and including May 16, 2006, to file its response to the motion to exclude testimony of John R. McGrath filed by plaintiff, Pacific Gas & Electric Co. ("PG&E"). Pursuant to the Court's order dated March 24, 2006, the Government's response currently is due on May 15, 2006. Counsel for PG&E, Jerry Stouck, has represented that PG&E does not oppose this motion.

Under the Court's March 24, 2006, order, and based, at least in part, upon the motions filed by PG&E, the Government currently has five pleadings due today, May 15, 2006. These pleadings include responsive pleadings to three motions *in limine* filed by PG&E, the Government's affirmative motion concerning the admissibility of documents prepared by Government contractors, and our objections to the exhibits designated by PG&E as "will use" exhibits at trial. The Government either has filed or will file all of the pleadings due today, with the exception of its response to PG&E's motion to exclude Mr. McGrath. While we have been working diligently to complete the internal review of these pleadings, the volume of pleadings has delayed the completion of that review process.

The requested enlargement will not affect any of the other deadlines set by the Court for pretrial activities or the trial of this matter.

For the foregoing reasons, we respectfully request that the Court grant this unopposed request for an enlargement.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/John C. Ekman
JOHN C. EKMAN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, NW
Washington, D.C. 20530
Tel: (202) 353-0897
Fax: (202) 307-2503

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

SCOTT DAMELIN
SHARON SNYDER
JOSHUA E. GARDNER
TODD J. COCHRAN
Civil Division
Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530

May 15, 2006

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 15th day of May, 2006, a copy of foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO FILE ITS RESPONSE TO PLAINTIFF'S MOTION TO EXCLUDE THE TESTIMONY OF JOHN R. MCGRATH" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ John C. Ekman