# Appendix

# PG&E v. United States, No. 04-0074 C

Contractor Documents Included on PG&E's Exhibit List Dated May 3, 2006

| Plaintiff's Exh # | Bates - Begin | Bates - End | Full Name | Doc Date |
|---|---|---|---|---|
| 002 | PA222512, PEXP0005188 | PA222517, PEXP0005193 | Significance of Campaigned Spent Fuel Shipments (authors: J.W. Doman, WESTON/Rogers & Associates; T.E. Tehan, Pacific Nuclear) | No Date |
| 015 | PA222554 | PA222559 | Throughput Study Prepared by CRWMS M&O Contractor, by Lawrence Ford, William Bailey, Peter Gottlieb, Flora Emami, Mark Flemming, and Donald Robinson | No Date |
| 064 | PNL1500157 | PNL1500161 | Memorandum (Battelle/PNL) to distribution from Ron Liikala re: attached Draft Program Strategy (RW-30 2/29/84) | 3/12/1984 |
| 066 | RISMOV.99083 1.0022-0001 | RISMOV.9908 31.0022-0168 | Memorandum (DOE) to R. Williamson, etc. from Michael J. Lawrence re: Mission Plan for the Civilian Radioactive Waste Management Program with attachment | 3/28/1984 |
| 067 | RISMOV.99083 1.0022-0001 | RISMOV.9908 31.0022-0168 | Memorandum (DOE) to R. Williamson, etc. from Michael J. Lawrence re: Mission Plan for the Civilian Radioactive Waste Management Program with attachments | 3/30/1984 |
| 073 | DG000038 | DG000062 | DOE letter to Ben C. Rusche from Michael J. Lawrence re: RL Comments on the Draft Mission Plan Dated April 1984 with attachments | 7/23/1984 |
| 088 | PNL0460701 | PNL0460727 | Allocation of DOE Nuclear Waste Acceptance Capacity and Utility Behavior: Overview and Status--Draft (with 4/25/1986 cover letter from Thomas Wood to Carl Conner) | 04/1986 |
| 090 | PNL1710057 | PNL1710073 | T.W. Wood presentation, Allocation of Waste Acceptance Rights | 8/6/1986 |
| 099 | PNL1710139 | PNL1710184 | Acceptance Rights Trading -OSTS Technical Seminar, T.W. Wood, Pacific Northwest Laboratory [Draft] | 6/17/1987 |
| 100 | PNL0460742 | PNL0460763 | Acceptance Rights Trading -STS Technical Seminar Presentation by T.W. Wood | 6/17/1987 |
| 103 | Thomas Wood Dep. Ex. 5 | Thomas Wood Dep. Ex. 5 | Draft of Report titled, At-Reactor Spent Fuel Storage Requirements With and Without Acceptance Rights Trading | 08/1987 |
| 105 | PNL1441715 | PNL1441871 | Letter to Michael S. Karol (DOE) from Gordon H. Beeman (Battelle, PNL) re: attached Draft -At-Reactor Spent Fuel Storage Requirements with and without Acceptance Rights Trading | 9/8/1987 |
| 109 | PNL0460279 | PNL0460288 | Letter from E.R. Johnson (E.R. Johnson Associates, Inc.) to Jim Saling (Oak Ridge National Laboratory) re: attached Detailed Comments/Questions on PNL Draft Report Entitled At-Reactor Spent Fuel Storage Requirements with and without Acceptance Rights Trad | 12/31/1987 |
| 114 | PNL0981106 | PNL0981144 | Letter to Joseph Sutey (DOE) from Billy Cole (Battelle) re: attached Delivery Commitment Schedule -Processing, Approval, and Management Control System -Rev 4 [and Rev 3] | 8/30/1988 |
| 115 | CTR0002662 | CTR0002715 | Draft -Spent Fuel Acceptance Scenarios Devoted to Shutdown Reactors -A Preliminary Analysis (Prepared by T.W. Wood, D.G. Dippold, S.M. Short, (PNL)) | 05/1989 |
| 121 | PNL0980504 | PNL0980510 | Development of the Annual Capacity Report (PNL-SA-17358), August, 1989 with cover letter enclosing same | 08/1989 |

05/15/2006 1:47 PM

PG&E v. United States, No. 04-0074 C

Contractor Documents Included on PG&E's Exhibit List Dated May 3, 2006

| Plaintiff's Exh # | Bates - Begin | Bates - End | Full Name | Doc Date |
|---|---|---|---|---|
| 123 | CTR0002642, HQ0012074 | CTR0002656, HQ0012087 | Letter re: Waste Disposal Contracts Analysis Program Milestone 1037-B -Submit Final Shutdown Reactor Priority Discussion Paper | 8/28/1989 |
| 124 | HQ0013950, PEXP0005142 | HQ0013995, PEXP0005187 | Spent Fuel Acceptance Scenarios Devoted to Shutdown Reactors --A Preliminary Analysis (PNL) | 10/1989 |
| 125 | DB0001441 | DB0001474 | November 1989 Report to Congress on Reassessment of the Civilian Radioactive Waste Management Program | 11/1989 |
| 129 | HQ0015292, HQR0080575 | HQ0015293, HQR0080576 | Memorandum to D.C. Langstaff and A.B. Brownstein from P.N. McDuffie re: Comparison of OFF and FCR Allocation -[chart attached: Comparison of Capacity Allocation on an FCR Basis vs. an OFF Basis] | 1/10/1990 |
| 131 | HQR0341028 | HQR0341156 | Acceptance of Failed SNF Assemblies by the Federal Waste Management System (Prepared by E.R. Johnson for Oak Ridge National Laboratory) | 03/1990 |
| 133 | HQ0015217 | HQ0015251 | Memorandum from P.N. McDuffie to Alan Brownstein -[attachments: the original 34 issues] | 6/8/1990 |
| 135 | PNL0220448 | PNL0220501 | Some Alternatives for DOE Acceptance and Storage of Spent Fuel in 1998 and 1999, T.W. Wood, R.I. Smith, E.R. Johnson and N.B. McLeod | 09/1990 |
| 137 | CTR0002333 | CTR0002335 | Memorandum to B. Darrough from Mike Klimas re: Shipping Rates for the ACR | 9/17/1990 |
| 138 | HQ0013579, HQR0070446 | HQ0013612, HQR0070479 | Draft -Cost Estimates of Operating on-Site Spent Fuel Pools After Final Reactor Shutdown (author: S.R. Rod, PNL) | 11/1990 |
| 144 | PA221972, PEXP0005202 | PA221980, PEXP0005120 | Determination of Cost Effective Waste Management System Receipt Rates (prepared by R.W. McKee and H.D. Huber, PNL, and presented at the 1991 High Level Radioactive Waste Management (HLWM) Proceedings of the Second Annual International Conference at Las Ve | 00/1991 |
| 145 | CTR0002188, CTR0012190 | CTR0002212, CTR0012214 | Memorandum to Christopher Kouts re: Alternative Allocation Strategies Draft Issue Paper | 2/21/1991 |
| 151 | CTR0060514, PEXP0005211 | CTR0060546, PEXP0005243 | Cost Estimates of Operating on-Site Spent Fuel Pools After Final Reactor Shutdown (author: S.R. Rod, PNL) | 08/1991 |
| 165 | PEXP0005194, NWN0010001 | PEXP0005200, NWN0010007 | Throughput Study for the Civilian Radioactive Waste Management System (prepared by Peter Gottlieb, William Bailey III, Flora Emami, Lawrence M. Ford, and John F. King (TRW/TESS) and presented at the High Level Radioactive Waste Management Proceedings of t | 04/1992 |
| 167 | CTR0011509 | CTR0011552 | Memorandum to DC Langstaff/N Montgomery from Pat McDuffie re: Proposed Contract Changes (Revision 0) with attachment | 4/13/1992 |
| 170 | CTR0061048 | CTR0061057 | Preliminary Draft -OCRWM Position -Issue 001 -Standard Contract References to Exceptions to Oldest-Fuel First (OFF) [Nancy's comments] | 6/12/1992 |

PG&E v. United States, No. 04-0074 C

Contractor Documents Included on PG&E's Exhibit List Dated May 3, 2006

| Plaintiff's Exh # | Bates - Begin | Bates - End | Full Name | Doc Date |
|---|---|---|---|---|
| 172 | HQR0040225 | HQR0040302 | White Paper -Effects of Exchanges of Delivery Commitment Schedules on the CRWMS Transportation System, Prepared for DOE by Oak Ridge National Laboratory; | 08/1992 |
| 176 | CTR0061065 | CTR0061078 | Preliminary Draft -OCRWM Position -Issues 001/002 -Application of the Oldest Fuel First (OFF) Principle | 9/28/1992 |
| 178 | HQR0010109 | HQR0010116 | Preliminary Draft -Proposed OCRWM Position -Issue 015 -Shutdown Reactors, Rev.3 (with Dec 29, 1992 cover letter and other attachments to cover letter) | 12/19/1992 |
| 179 | HQR0643925 | HQR0643930 | Memorandum to The Secretary (DOE) from Lake Barrett re: Approval: Implementation Plan for Acceptance of Civilian Spent Nuclear Fuel by the Federal Government in January, 1998 with attachment | 1/25/1993 |
| 181 | CTR0030001 | CTR0030030 | Presentation materials -Standard Contract Issue Resolution Process: An Overview and Status by David C. Jones (E.R. Johnson), Nancy S. Montgomery (DOE), and Billy M. Cole (E.R. Johnson) | 4/29/1993 |
| 199 | HQ0006469 | HQ0006483 | Preliminary Draft -Exchange Request Evaluation Methodology | 5/11/1994 |
| 206 | HQR0061624 | HQR0061628 | Memorandum to Nancy Slater from Scott Vance Re: Review of M&O Documents | 8/5/1994 |
| 220 | HQR0771685 | HQR0771703 | Memorandum (DOE) to Jill E. Lytle from Terry L. Plummer thru Joseph A. Coleman re: Approval of Federal Register Notice Soliciting Stakeholder Input to the Strategy for Management and Disposal of Greater-Than-Class C Low-Level Waste with attachments | 2/14/1995 |
| 223 | IDF0164050 | IDF0164253 | Transcript of Proceedings of Lockheed Martin Stakeholder Workshop for GTCC LLW Management Program, Strategy Development | 4/11/1995 |
| 230 | CTR1000438 | CTR1000441 | Action Decision Memorandum GTCC LLW Program with facsimile cover sheet enclosing same | 6/27/1995 |
| 231 | IDF0170302 | IDF0170309 | Co-Disposal of GTCC LLW With High-Level Radioactive Waste: Statutory and Regulatory Provisions. Draft Discussion Paper, June 28, 1995 [short version] with cover memorandum enclosing same | 6/28/1995 |
| 280 | HQ0013792 | HQ0013949 | CRWMS Modular Design/Construction and Operation Options Report, Revision 02 (prepared by TESS --TRW Environmental Safety Systems, Inc.) | 12/18/1998 |
| 282 | HQR257-0286 | HQR257-0288 | E-mail from Billy Cole to Dave Zabransky, cc: Thomas Pollog, and Scott Vance re: APR/ACR/System capacity. With attached: Development of the Acceptance Priority Ranking and Annual Capacity Report | 1/11/1999 |
| 344 | CTR1160001 | CTR1160004 | E-mail from Ed Benz to Dave Zabransky re: Canisterization of Failed SNF, with attached Classification of Failed SNF Under the Standard Contract | 12/11/2001 |
| 361 | HQR1680005 | HQR1680019 | E-Mail from Kathy Yuracko to Patty Bubar re: GTCC Memo, per your request (with attachments) | 6/17/2002 |

PG&E v. United States, No. 04-0074 C

Contractor Documents Included on PG&E's Exhibit List Dated May 3, 2006

| Plaintiff's Exh # | Bates - Begin | Bates - End | Full Name | Doc Date |
|---|---|---|---|---|
| 468 | PNL075-1488 | PNL075-1500 | "Role of Transportation in the Utilities' Management of Spent Fuel Storage, Darrell F. Newman (PNL-SA-12955) " | 03/1985 |
| 481 | DER009-0575 | DER009-0675 | "Reactor-Specific Spent Fuel Discharge Projections: 1987 to 2020, R.C. Walling, C.M. Heeb and W.L. Purcell, March 1988 (PNL-6430) " | 03/1988 |
| 486 | PNL170-1529 | PNL170-1575 | "Draft -Spent Fuel Acceptance Scenarios Devoted to Shutdown Reactors: A Preliminary Analysis (PNL-XXXX) -T.W. Wood, A.M. Plummer, D.G. Dippold, S.M. Short (with marginalia) " | 07/1989 |
| 491 | CTR0001423 | CTR0001431 | Exchange Request Evaluation Methodology | 5/31/1990 |
| 502 | HQR059-3018 | HQR059-3024 | Letter to William Bailey (TRW) from William A. Lemeshewsky (DOE) re: System Throughput Study and MRS System Issue Assessment Project (includes draft) | 10/11/1991 |
| 504 | HQ0002006; HQR-001-2007 | HQ0002018; HQR-001-2019 | Preliminary Draft --Delivery Commitment Schedule Exchange Requests (and accompanying letters) | 1/27/1992 |
| 505 | CTR0001440 | CTR0001447 | Preliminary Draft -Delivery Commitment Schedule Exchange Requests (w/ handwritten comments) | 2/14/1992 |
| 508 | HQ0000095 | HQ0000099 | "Preliminary Draft -Proposed OCRWM Position, Issue 006 -Quantity of Waste to Identify on DCS " | 12/22/1992 |
| 516 | HQR-004-0106 | HQR-004-0115 | Interoffice Memorandum to D.A. Williamson from V.S. McCormick re: Draft DCS Exchange Request Review Process -[attachments: Special Considerations for Exchange Evaluation] | 6/25/1994 |
| 519 | HQR-004-0056 | HQR-004-0063 | Interoffice Memorandum to D. Jones (TRW) from D. Williamson (TRW) re: Review of Hypothetical DCS Exchanges | 7/25/1994 |
| 524 | CTR-003-2212 | CTR-003-2257 | Preliminary Draft -Evaluation of Delivery Commitment Schedule (DCS) Exchange Requests (prepared by TRW) | 2/10/1995 |

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

\- - - - - - - - - - - - - - - - - - - - -x

YANKEE ATOMIC ELECTRIC COMPANY :
(98-126C)(Merow, S.J.) :
CONNECTICUT YANKEE ATOMIC POWER COMPANY :
(98-154C)(Merow, S.J.) :
FLORIDA POWER & LIGHT COMPANY :
(98-483C)(Wilson, J.) :
NORTHERN STATES POWER COMPANY :
(98-484C)(Wiese,J.) :
DUKE POWER, A Division of :
DUKE ENERGY CORP. :
(98-485C)(Sypolt,J.) Certified Copy :
INDIANA MICHIGAN POWER COMPANY :
(98-486C)(Hodges, J.) :
SACRAMENTO MUNICIPAL UTILITY DISTRICT :
(98-488C)(Yock, S.J.) :
SOUTHERN NUCLEAR OPERATING COMPANY, :
et al. :
(98-488C)(Yock, S.J.) :
COMMONWEALTH EDISON COMPANY :
(98-621C)(Hewitt, J.) :
BOSTON EDISON COMPANY :
(99-447C)(Allegra, J.) :
GPU NUCLEAR, INCORPORATED :

(00-440C)(Bush, J.) :
WISCONSIN ELECTRIC POWER COMPANY :
(00-697C)(Merow, S.J.) :
POWER AUTHORITY OF THE STATE OF NEW YORK :
(00-703C)(Damich, J.) :
OMAHA PUBLIC POWER DISTRICT :
(01-115C)(Bush, J.) :
NEBRASKA PUBLIC POWER DISTRICT :
(01-116C)(Sypolt, J.) :
TENNESSEE VALLEY AUTHORITY :
(01-249C)(Bruggink, J.) :
Plaintiffs, :
v. :Discovery
THE UNITED STATES, :Judge:
Defendant. :(Judge
- - - - - - - - - - - - - - - - - - - - -xSypolt)

McLean, Virginia
Tuesday, April 9, 2002

Deposition of ALAN BROWNSTEIN, a witness, called for examination by counsel for Plaintiffs in the above-entitled matter, pursuant to notice, the witness being duly sworn by CATHERINE S. BOYD, a Notary Public in and for the Commonwealth of Virginia, taken at the offices of Shaw Pittman, LLP, 1650 Tysons

That's the subject we're talking about?

A. Yes.

Q. And my question to you is do you agree that that was DOE's intention at or about the time that this document was prepared in July of 1986?

MR. BANES: Objection -- vague.

THE WITNESS: I must tell you that contractor, contractors prepare a number of documents for many different parts of the organization to do many things.

I can agree with what this is. This is separate from the department policy.

Contractors do contractor work, provide input to the department. The department considers that.

So this is a contractor document, not a DOE document, and that's why I'm hesitating in your answers.

BY MR. TOMASZCZUK:

Q. Okay. Was it a goal of DOE at this time, July of 1986, that utilities would not need to expand their storage capacities after 1998?

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
- - - - - - - - - - - - - - - - - - - - - - -x
YANKEE ATOMIC ELECTRIC COMPANY :
(98-126C)(Merow, S.J.) :
CONNECTICUT YANKEE ATOMIC POWER COMPANY :
(98-154C)(Merow, S.J.) :
FLORIDA POWER & LIGHT COMPANY :
(98-483C)(Wilson, J.) :
NORTHERN STATES POWER COMPANY :
(98-484C)(Wiese,J.) :
DUKE POWER, A Division of :
DUKE ENERGY CORP. :
(98-485C)(Sypolt,J.) :
INDIANA MICHIGAN POWER COMPANY :
(98-486C)(Hodges, J.) :
SACRAMENTO MUNICIPAL UTILITY DISTRICT :
(98-488C)(Yock, S.J.) :
SOUTHERN NUCLEAR OPERATING COMPANY, :
et al. :
(98-488C)(Yock, S.J.) :
COMMONWEALTH EDISON COMPANY :
(98-621C)(Hewitt, J.) :
BOSTON EDISON COMPANY :
(99-447C)(Allegra, J.) :
GPU NUCLEAR, INCORPORATED :

(00-440C)(Bush, J.) :
WISCONSIN ELECTRIC POWER COMPANY :
(00-697C)(Merow, S.J.) :
POWER AUTHORITY OF THE STATE OF NEW YORK :
(00-703C)(Damich, J.) :
OMAHA PUBLIC POWER DISTRICT :
(01-115C)(Bush, J.) :
NEBRASKA PUBLIC POWER DISTRICT :
(01-116C)(Sypolt, J.) :
TENNESSEE VALLEY AUTHORITY :
(01-249C)(Bruggink, J.) :
Plaintiffs, :
v. :Discovery
THE UNITED STATES, :Judge:
Defendant. :(Judge
---------------------xSypolt)

McLean, Virginia
Wednesday, April 10, 2002

Continued deposition of ALAN BROWNSTEIN, a witness, recalled for examination by counsel for Plaintiffs in the above-entitled matter, pursuant to notice, the witness being previously duly sworn by CATHERINE S. BOYD, a Notary Public in and for the Commonwealth of Virginia, taken at the offices of Shaw Pittman,



LLP, 1650 Tysons Boulevard, McLean, Virginia 22102-4859, at 9:26 a.m., Wednesday, April 10, 2002, and the proceedings being taken down by Stenotype by CATHERINE S. BOYD and transcribed under her direction.



APPEARANCES:

On behalf of the Plaintiffs Florida Power & Light Company, Northern States Power Company, Duke Power, Indiana Michigan Power Company, Boston Edison Company, GPU Nuclear, Incorporated, Power Authority of the State of New York, Omaha Public Power District, Nebraska Public Power District:
ALEX D. TOMASZCZUK, ESQ.
DANIEL S. HERZFELD, ESQ.
Shaw Pittman, LLP
1650 Tysons Boulevard
McLean, Virginia 22102-4859
(703) (770-7901)

On behalf of Plaintiff Sacramento Municipal Utility District:
DAVID S. NESLIN, ESQ.
Arnold & Porter
370 Seventeenth Street, Suite 4500
Denver, Colorado 80202-1370
(303) 863-2301



APPEARANCES: (Continued)
On behalf of Plaintiffs Southern Nuclear Operating Company, Alabama Power Company, Georgia Power Company:
JEFFREY L. HANDWERKER, ESQ.
Arnold & Porter
555 Twelfth Street, N.W.
Washington, D.C. 20004-1206
(202) 942-6101

On behalf of Plaintiff Wisconsin Electric Power Company:
DONALD J. CARNEY, ESQ.
Perkins Coie, LLP
607 Fourteenth Street, N.W.
Washington, D.C. 20005-2011
(202) 434-1675

On behalf of Plaintiff Commonwealth Edison Company:
NORMAN M. HIRSCH, ESQ.
Jenner & Block, LLC
One IBM Plaza
Chicago, Illinois 60611-7603
(312) 222-9350

going to be here a long time if you continue to make objections which I consider to be ill-advised and not consistent with the rules of the court.

I would encourage you to make your objection. Fine, go ahead make it.

MR. BANES: Are you just telling me that I just did something inconsistent with the rules of the court?

All I did was ask you to set a foundation for this document.

He doesn't remember it. He didn't write it, and he has testified that he doesn't know what it means other than just reading what it says.

That's a valid objection. If you want to ask him what something means, you need to lay a foundation for it first.

BY MR. TOMASZCZUK:

Q. At or about the time you received this document in August 14th, 1991, did you understand this to be a draft document?

A. This was a, this was, clearly was a contractor document.

Contractors prepare studies all the



time at DOE's direction.

That automatically means to me that it was, it was a, it was something that DOE had not signed off on.

Now whether this was the first draft or the last draft, who knows? But it was a contractor document.

The contractor documents are regularly prepared. They regularly go through extensive review and modification before they're, if they're ever accepted as a DOE document.

Q. After you received the document, did you do anything other than read it?

A. I cannot specifically recall. My normal operation would be to, to read it.

If I had comments, I would make those comments either verbally or in writing. I use both.

Q. And do you recall sitting here today whether you made any comments on this particular document?

A. I honestly cannot recall.

Q. All right.

(There was a pause in the proceedings.)



MR. TOMASZCZUK: Mr. Brownstein, let's mark as, and Ms. Reporter, as Brownstein Exhibit 30 the Annual Capacity Report dated December 1991.

It has on it the Bates stamp numbers HQR-001-2357 through 2373.

(Brownstein Exhibit No. 30 was marked for identification.)

THE WITNESS: Okay.

BY MR. TOMASZCZUK:

Q. And have you seen the document before today?

A. Yes.

Q. And were you responsible for preparing it?

A. Consistent with how I have testified about those documents, yes.

Q. All right. At Roman Numeral Five of the summary, there is a reference to, in the second paragraph, to statutory schedule linkages between the MRS facility and the repository set forth in the Nuclear Waste Policy Act, Nuclear Waste Policy of 1982 -- it looks like the word act is missing -- as amended will be modified.



Are those, or when you wrote the term linkages there, were you referring to the linkages that I asked you about in your testimony this morning?

A. Yes.

Q. This paragraph goes on to state that during the first ten years following commencement, projected commencement of federal waste management system operation, the total quantity of SNF that could be accepted is projected to be 8,200 MTU.

And my question to you, Mr. Brownstein, is do you know what the source of that statement is or was.

(The witness reviewed the document.)

THE WITNESS: I don't specifically recall.

(There was a pause in the proceedings.)

BY MR. TOMASZCZUK:

Q. Mr. Brownstein, are you comparing this ACR to the previous ACR?

A. I am.

Q. And that would be, you would be comparing it to Brownstein Exhibit 24, the

Page 468

(00-440C)(Bush, J.) :
WISCONSIN ELECTRIC POWER COMPANY :
(00-697C)(Merow, S.J.) :
POWER AUTHORITY OF THE STATE OF NEW YORK :
(00-703C)(Damich, J.) :
OMAHA PUBLIC POWER DISTRICT :
(01-115C)(Bush, J.) :
NEBRASKA PUBLIC POWER DISTRICT :
(01-116C)(Sypolt, J.) :
TENNESSEE VALLEY AUTHORITY :
(01-249C)(Bruggink, J.) :
Plaintiffs, :
:Discovery
v.
THE UNITED STATES, :Judge:
Defendant. :(Judge
---------------------xSypolt)

McLean, Virginia
Thursday, April 11, 2002

Continued deposition of ALAN BROWNSTEIN, a witness, recalled for examination by counsel for Plaintiffs in the above-entitled matter, pursuant to notice, the witness being previously duly sworn by CATHERINE S. BOYD, a Notary Public in and for the Commonwealth of Virginia, taken at the offices of Shaw Pittman,

Page 469

LLP, 1650 Tysons Boulevard, McLean, Virginia 22102-4859, at 9:38 a.m., Thursday, April 11, 2002, and the proceedings being taken down by Stenotype by CATHERINE S. BOYD and transcribed under her direction.

Page 470

APPEARANCES:

On behalf of the Plaintiffs Florida Power & Light Company, Northern States Power Company, Duke Power, Indiana Michigan Power Company, Boston Edison Company, GPU Nuclear, Incorporated, Power Authority of the State of New York, Omaha Public Power District, Nebraska Public Power District:
ALEX D. TOMASZCZUK, ESQ.
DANIEL S. HERZFELD, ESQ.
Shaw Pittman, LLP
1650 Tysons Boulevard
McLean, Virginia 22102-4859
(703) 770-7901)

On behalf of Plaintiff Sacramento Municipal Utility District:
DAVID S. NESLIN, ESQ.
Arnold & Porter
370 Seventeenth Street, Suite 4500
Denver, Colorado 80202-1370
(303) 863-2301

Page 471

APPEARANCES: (Continued)
On behalf of Plaintiffs Southern Nuclear Operating Company, Alabama Power, Georgia Power:
JEFFREY L. HANDWERKER, ESQ.
Arnold & Porter
555 Twelfth Street, N.W.
Washington, D.C. 20004-1206
(202) 942-6101

On behalf of Plaintiff Wisconsin Electric Power Company:
DONALD J. CARNEY, ESQ.
Perkins Coie, LLP
607 Fourteenth Street, N.W.
Washington, D.C. 20005-2011
(202) 434-1675

On behalf of Plaintiff Commonwealth Edison Company:
NORMAN M. HIRSCH, ESQ.
Jenner & Block, LLC
One IBM Plaza
Chicago, Illinois 60611-7603
(312) 222-9350

(Brownstein Exhibit No. 50
was marked for
identification.)

BY MR. NESLIN:

Q. Mr. Brownstein, you're being handed what's been marked as Exhibit 50 to your deposition.

It's an August 30, 1988 letter from Mr. B.M. Cole to Joseph Sutey with an attachment titled, "Delivery Commitment Schedule Processing, Approval, and Management Control System" stamped as Bates Numbers PNL-098-1106 through 1126.

Are you familiar with these documents?

(The witness reviewed the document.)

THE WITNESS: I vaguely recall seeing this.

BY MR. NESLIN:

Q. Was this work undertaken at your direction?

A. As I testified previously, PNL did, did a number of pieces of work, some at my direction, and some that they pursued on their own consistent with work tasks that we gave them.

This was probably done at my direction.

Q. The upper right of the attached document, there is a date August 30, 1988, and then Rev 4.

Would that to your mind refer to Revision 4?

A. Yes.

Q. Did you typically comment on different drafts and revisions?

A. It could have gone one of two ways. It could have been because I commented on it and went through it, or because they went through their internal reviews before it was presented to DOE and went through revs.

It could have been either way.

Q. What was your practice as they were preparing work that you requested them to do, going through different drafts?

Was it your practice to provide input to them to review drafts?

A. It depended on time associated with a particular product.

If there was some time urgency, I would review an early draft.

If there wasn't, it would go through the normal course of internal reviews.

That's how I recollect it.

Q. Would others at DOE have reviewed drafts PNL prepared as well?

A. As I testified yesterday, you know, my office evolved from sort of a one-man place to, to a branch and then a division.

I have to go back and think about whether in 1988, I was still a one man, or I had staff.

If I had staff at that time, they would review it, yes.

Q. Do you recall reviewing this attached document?

A. I don't have a specific recollection of that.

Q. If I could ask you to turn to page 6 of the attachment, and would you review lines 24 through 31?

(The witness reviewed the document.)

THE WITNESS: Okay.

BY MR. NESLIN:

Q. Mr. Brownstein, 24 through 32 state exchange requests should be approved if, and