Return to Jeff Williams

PNL-7143
UC-812

# Spent Fuel Acceptance Scenarios Devoted to Shutdown Reactors: A Preliminary Analysis

T. W. Wood
A. M. Plummer
D. G. Dippold
S. M. Short

October 1989

Prepared for the U.S. Department of Energy
under Contract DE-AC06-76RLO 1830

Pacific Northwest Laboratory
Operated for the U.S. Department of Energy
by Battelle Memorial Institute

PNL-7143

**DISCLAIMER**

This program was prepared as an account of work sponsored by an agency of the United States Government. Neither the United States Government nor any agency thereof, nor Battelle Memorial Institute, nor any or their employees, makes **any warranty, expressed or implied, or assumes any legal liability or responsibility for the accuracy, completeness, or usefulness of any information, apparatus, product, or process disclosed, or represents that its use would not infringe privately owned rights.** Reference herein to any specific commercial product, process, or service by trade name, trademark, manufacturer, or otherwise, does not necessarily constitute or imply its endorsement, recommendation, or favoring by the United States Government of any agency thereof, or Battelle Memorial Institute. The views and opinions of authors expressed herein do not necessarily state or reflect those of the United States Government or any agency thereof.

PACIFIC NORTHWEST LABORATORY
*operated by*
BATTELLE MEMORIAL INSTITUTE
*for the*
UNITED STATES DEPARTMENT OF ENERGY
*under Contract DE-AC06-76RLO 1830*

Printed in the United States of America

Available to DOE and DOE contractors from the
Office of Scientific and Technical Information, P.O. Box 62, Oak Ridge, TN 37831;
prices available from (615) 576-8401. FTS 626-8401.

Available to the public from the National Technical Information Service,
U.S. Department of Commerce, 5285 Port Royal Rd., Springfield, VA 22161.

NTIS Price Codes, Microfiche A01

Printed Copy

| Pages | Price Codes |
|---|---|
| 001-025 | A02 |
| 026-050 | A03 |
| 051-075 | A04 |
| 076-100 | A05 |
| 101-125 | A06 |
| 126-150 | A07 |
| 151-175 | A08 |
| 176-200 | A09 |
| 201-225 | A10 |
| 226-250 | A11 |
| 251-275 | A12 |
| 276-300 | A13 |

HQ0013951

# UNITED STATES
# COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| YANKEE ATOMIC ELECTRIC COMPANY, | ) | |
| CONNECTICUT YANKEE ATOMIC POWER | ) | Case Nos.: |
| COMPANY, and MAINE YANKEE ATOMIC | ) | 98-126C |
| POWER COMPANY, | ) | 98-154C |
| Plaintiffs, | ) | 98-474C |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

Pages: 4614 through 4865

Place: Washington, D.C

Date: August 11, 2004

**HERITAGE REPORTING CORPORATION**

*Official Reporters*

1220 L Street, N.W., Suite 600

Washington, D.C. 20005-4018

(202) 628-4888

hrc@concentric.net

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| YANKEE ATOMIC ELECTRIC | ) | Case Nos. |
| COMPANY, CONNECTICUT YANKEE | ) | 98-126C |
| ATOMIC POWER COMPANY, and MAINE | ) | 98-154C |
| YANKEE ATOMIC POWER COMPANY, | ) | 98-474C |
| Plaintiffs, | ) | |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

Courtroom Number 5

National Courts Building
717 Madison Street, Northwest
Washington, D.C.

Wednesday, August 11, 2004

VOLUME 21

The parties met, pursuant to the notice of the Judge, at 10:06 a.m.

BEFORE: THE HONORABLE JAMES F. MEROW

JUDGE MEROW: Take a ten-minute break? Is that enough?

MS. SULLIVAN: Yes, thank you.

JUDGE MEROW: Back on the hour then.

MS. SULLIVAN: Okay, thank you.

(Recess taken from 3:48 p.m. through 4:06 p.m.)

MS. SULLIVAN: I apologize, Your Honor.

JUDGE MEROW: Oh, no problem. Continue when ready.

MS. SULLIVAN: Thank you.

Your Honor, I'd first like to ask a couple questions that have been raised in a pleading that Plaintiff's counsel has filed, I believe, today that I meant to make part of my direct. Certainly, Mr. Shapiro can cross-examine on those questions.

REDIRECT EXAMINATION

BY MS. SULLIVAN:

Q Mr. Milner, do you know what the Pacific National Laboratory is?

A It's one of the national laboratories in the DOE system.

Q And who runs PNL?

A A contractor, an M and O contractor.

Q And what does an M and O contractor do, to

your understanding?

A In the indication of a lab, they operate the entire lab.

Q Has PNL done work for the Office of Civilian Radioactive Waste Management?

A It has, yes, uh-huh.

Q Okay. And are the reports that PNL has provided for the Office of Civilian Radioactive Waste Management the statements of DOE?

A No, they -- they would be treated like another contractor, any other contractor report.

Q And how is that?

A Which is input to -- to the department for -- for consideration.

Q Thank you.

Mr. Milner, could -- could I direct your attention -- do you have the binder of your deposition in front of you?

A Yes.

Q Could you go to the first tab and just have one -- the first day of your deposition, May 1st, page 73. Okay. Do you have that in front of you?

A Yes, uh-huh.

Q And Mr. Shapiro asked you about a statement that you had made at your deposition

CERTIFIED COPY



IN THE UNITED STATES COURT OF FEDERAL CLAIMS

\- - - - - - - - - - - - - - - - - X

YANKEE ATOMIC ELECTRIC COMPANY, Plaintiff, v. THE UNITED STATES, Defendant.

Case No. 98-126C
Senior Judge Merow

\- - - - - - - - - - - - - - - - - X

Washington, D.C.
Friday, June 4, 1999

Deposition of CHRISTOPHER A. KOUTS, a witness herein, called for examination by counsel for Plaintiff in the above-entitled matter, pursuant to notice, the witness being duly sworn by MARY GRACE CASTLEBERRY, a Notary Public in and for the District of Columbia, taken at the offices of Spriggs & Hollingsworth, 1350 I Street, N.W., Washington, D.C., at 10:00 a.m., Friday, June 4, 1999, and the proceedings being taken down by Stenotype by MARY GRACE CASTLEBERRY, RPR, and transcribed under her direction.

A. The rates in Table 8, my understanding is that these are also in our systems requirements documents, which means that the people who are designing our facilities and who would operate our transportation system would try to meet these rates as identified in Table 8.

(Kouts Exhibit No. 5 was marked for identification.)

BY MR. GREENE:

Q. Do you recognize this document?

A. It's a contractor report to the program by Pacific Northwest Laboratories. I may have seen it in the past. I don't remember exactly. It doesn't bring anything to mind at this point. It's one of many studies that's been done by the program.

Q. Is Pacific Northwest Labs still in operation?

A. PNL? Yes, it is. It's a contracting lab that works out of Richland, Washington.

Q. Do they still currently work for the Department of Energy?

A. For the Department of Energy? Yes. I don't believe they work for our program except in a very minor way right now.

# UNITED STATES
# COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| YANKEE ATOMIC ELECTRIC | ) | |
| COMPANY, CONNECTICUT YANKEE | ) | Case Nos.: |
| ATOMIC POWER COMPANY, and MAINE | ) | 98-126C |
| YANKEE ATOMIC POWER COMPANY, | ) | 98-154C |
| Plaintiffs, | ) | 98-474C |
| v. | ) | |
| THE UNITED STATES, | ) | Consolidated |
| Defendant. | ) | |

Pages: 574 through 793

Place: Washington, D.C.

Date: July 14, 2004

**HERITAGE REPORTING CORPORATION**
*Official Reporters*
1220 L Street, N.W., Suite 600
Washington, D.C. 20005-4018
(202) 628-4888
hrc@concentric.net

P R O C E E D I N G S

MR. SHAPIRO: Your Honor, we're ready to proceed with Dr. Bartlett.

THE COURT: Good.

MR. SHAPIRO: The plaintiffs call John Bartlett.

THE COURT: Okay.

Whereupon,

JOHN WESLEY BARTLETT

was called as a witness, and, having first been duly sworn, was examined and testified as follows:

MR. SHAPIRO: Your Honor, once again, we have a notebook with some documents we would like to provide the witness and to provide copies to you as well, and to government counsel.

I know we have the fan, Your Honor, which is pleasant. But, obviously, if you have any trouble hearing, let us know.

THE COURT: I'm more worried about the reporter.

DIRECT EXAMINATION

BY MR. SHAPIRO:

Q Would you state your name for the record, please.

A My name is John Wesley Bartlett.

A I don't have that.

MS. HERRMANN: Mr. Shapiro, do you still have that?

BY MS. HERRMANN:

Q And I'm going to ask you, sir, about tab 1. Are you with me?

A Almost.

Q Okay. Take your time. I'm sorry.

A I'm stuck. Tab 1.

Q Okay. Looking at tab 1, which is Plaintiffs' Exhibit 175, the Civilian Radioactive Waste Management System Throughput Rate Analysis?

A Yes.

Q Does this document, sir -- does this -- let me put it this way: Is this document a system study --

A Yes, it is.

Q -- as you defined it?

A Yes, it is.

Q Yes, it is. Am I correct that your testimony about this document was that you reviewed a draft of this document prior to the end of your tenure as director?

A No.

Q You --

A I said it was being prepared during my tenure.
Q But you didn't review it while you were director of OCRWM?
A It wasn't completed.
Q So normally you wouldn't review drafts --
A That's right.
Q -- of documents while you're director?
A That's right.
Q This was drafted by an M&O, I think you said, correct?
A Yes.
Q So normally you wouldn't review drafts of what the M&O contractors are preparing?
A Normally what is done are periodic program reviews where the staff report status of work and in-progress work, and that is the means by which I keep informed, would keep informed of where things stand.
Q But you wait until it's a final product from the M&O?
A Yes. And a many of these documents I don't see. They don't come to the director's office.
Q I see. The contractor's office -- the contractor document might not even come to you.

A That's right.

Q I see.

M&O contractors don't make policy or program decisions, do they?

A Not at all.

Q I would like to -- let me clarify one other thing. This document is not -- Plaintiffs' Exhibit 175 is not one of the documents that you looked at in forming your expert opinion for this case, correct?

A That's right.

Q I want to look now at page Roman Numeral i of this document. It's a few pages in. And it's entitled Executive Summary.

A I.

Q Are you there, sir?

A Yes, I am.

Q I'm looking on that first paragraph under Introduction. A little more than halfway through the paragraph, there is a sentence which begins: The rate at which.

Let me know when you're there.

A The rate at which SNF is accepted at reactors?

Q That's it.

A Yes.

# ALTERNATIVES AND ISSUES FOR EXTENDED STORAGE OF SPENT NUCLEAR FUEL FROM HUMBOLDT BAY POWER PLANT UNIT NO. 3

D. R. Oden
Project Manager

Technical Contributors
P. M. Daling    E. T. Merrill
R. L Engel    P. J. Pelto
G. W. McNair    K. J. Schneider

July 1985

Prepared for
Pacific Gas and Electric Company
San Francisco, California
under BNW Contract 2311206920
PG&E Contract Z78-0024-85

Battelle
Pacific Northwest Laboratory
Richland, Washington 99352

CONTAINS CONFIDENTIAL MATERIAL - SUBJECT TO PROTECTIVE ORDER    PHBP0020398

## 1.0 INTRODUCTION

In connection with the Pacific Gas and Electric Company (PG&E) decision to decommission the Humboldt Bay Unit No. 3 nuclear power plant (HBPP Unit No. 3), PG&E has commissioned Battelle, Pacific Northwest Laboratories (BNW) to perform an independent assessment of alternatives for extended storage of 390 spent nuclear fuel assemblies. Safety, regulatory, technical, transportation, and economic/logistic/schedular issues were to be identified and considered for each alternative. This report documents the results of BNW's assessment of alternatives for extended storage of the Humboldt Bay Unit No. 3 spent nuclear fuel assemblies.



CONTAINS CONFIDENTIAL MATERIAL - SUBJECT TO PROTECTIVE ORDER PHBP0020402

CERTIFICATE OF FILING

I hereby certify that on this 15th day of May, 2006, a copy of foregoing "DEFENDANT'S MOTION *IN LIMINE* TO EXCLUDE FROM TRIAL EXHIBITS PREPARED BY GOVERNMENT CONTRACTORS" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ John C. Ekman