# In the United States Court of Federal Claims

No. 04-74C
(into which has been consolidated No. 04-75C)

(E-Filed: May 19, 2006)

PACIFIC GAS AND ELECTRIC COMPANY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Before the court is PG&E's Unopposed Motion for an Enlargement of Time (Motion). For the reasons stated therein and because the Motion is unopposed, plaintiff's Motion is hereby GRANTED. Plaintiff shall file its response to Defendant's Motion In Limine to Exclude from Trial Documents Prepared by Government Contractors and Protective Motion to Exclude All Documents Regarding the Standard Contract Upon Plaintiff's Exhibit List on or before Friday, May 19, 2006. Defendant's reply shall continue to be due on or before 12:00 noon E.D.T. on Monday, May 22, 2006. See Order of May 4, 2006.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge