IN THE UNITED STATES COURT OF FEDERAL CLAIMS

Filed Electronically on May 19, 2006

| | | |
|---|---|---|
| PACIFIC GAS & ELECTRIC COMPANY, Plaintiff, | ) | |
| v. | ) | No. 04-0074C, into which has been consolidated No. 04-0075C (Judge Hewitt) |
| UNITED STATES OF AMERICA, Defendant. | ) | |

PG&E'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to RCFC 6 and 6.1, PG&E respectfully moves for a one business-day enlargement of time, through May 22, 2006, for the parties to file with the Court their revised witness and exhibit lists and any outstanding objections as set forth in paragraph 5.4 of the Court's Order of March 24, 2006. These submissions would otherwise be due today. The Court has not enlarged the time for these submissions previously.

As grounds for this enlargement, PG&E notes that in its May 4, 2006 Order the Court provided the government until today, May 19, 2006, in which to serve its "will use" exhibit list. Although the government served its "will use" list yesterday evening, that timing leaves insufficient time before today's deadline in which to review PG&E's objections with the government, as counsel for both PG&E and the government are occupied with the government's deposition of one of PG&E's expert witnesses. In addition, PG&E notes that under the March 24, 2006, scheduling order, the revised exhibit lists and objections were to be submitted one business day in advance of the pretrial conference then scheduled for Monday, May 22, 2006. The pretrial conference

has since been moved to Tuesday, May 23, 2006. The government's counsel has informed PG&E's counsel that the government does not oppose this motion.

For these reasons, the Court should grant the parties an enlargement of time of one additional day to file their respective revised witness and exhibit lists.

Dated: May 19, 2006

Respectfully submitted,

s/Jerry Stouck

JERRY STOUCK
Greenberg Traurig, LLP
800 Connecticut Avenue, NW, Suite 500
Washington, DC 20006
(202) 331-3173 Phone
(202) 261-4751 Fax
*Counsel for Plaintiff*
Pacific Gas & Electric Company

Of Counsel:
Robert L. Shapiro
Greenberg Traurig, LLP