# In the United States Court of Federal Claims

No. 04-74C
(into which has been consolidated No. 04-75C)

(E-Filed: May 20, 2006)

PACIFIC GAS AND ELECTRIC COMPANY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Before the court is PG&E's Motion for an Enlargement of Time (Motion) filed electronically on May 19, 2006. For the reasons stated therein and because the Motion is unopposed, plaintiff's Motion is hereby GRANTED. The parties shall file their revised witness and exhibit lists on or before 5:00 p.m. E.D.T. on Monday, May 22, 2006.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge