IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PACIFIC GAS & ELECTRIC COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-0074C, into which has been |
| | ) | consolidated No. 04-0075C |
| THE UNITED STATES, | ) | (Judge Hewitt) |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO FILE ITS REPLY TO PG&E'S RESPONSE TO DEFENDANT'S MOTION *IN LIMINE* TO EXCLUDE FROM TRIAL DOCUMENTS PREPARED BY GOVERNMENT CONTRACTORS

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests an enlargement of time until the end of the date, May 22, 2006, to file its reply the response to defendant's motion *in limine* to exclude from trial documents prepared by Government contractors filed by plaintiff, Pacific Gas & Electric Co. ("PG&E"). Pursuant to the Court's order dated May 19, 2006, the Government's reply currently is due by 12:00 p.m. today. Counsel for PG&E, Robert Shapiro, has represented that PG&E does not oppose this motion.

On May 18, 2006, PG&E requested and obtained, by order dated May 19, 2006, an enlargement of time to file its response to the Government's motion *in limine*. PG&E's response was filed after the close of business on May 19, 2006. As a result, we have had limited time to review that response and to prepare our reply and complete review of that reply. The requested enlargement will provide the Government with sufficient time, time that it had under the Court's may 4, 2006, order to complete that reply.

The requested enlargement will not affect any of the other deadlines set by the Court for pretrial activities or the trial of this matter.

For the foregoing reasons, we respectfully request that the Court grant this unopposed request for an enlargement.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

SCOTT DAMELIN
SHARON SNYDER
JOSHUA E. GARDNER
TODD J. COCHRAN
Civil Division
Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530

s/John C. Ekman
JOHN C. EKMAN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, NW
Washington, D.C. 20530
Tel: (202) 353-0897
Fax: (202) 307-2503

May 22, 2006

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 22nd day of May, 2006, a copy of foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO FILE ITS REPLY TO PG&E'S RESPONSE TO DEFENDANT'S MOTION *IN LIMINE* TO EXCLUDE FROM TRIAL DOCUMENTS PREPARED BY GOVERNMENT CONTRACTORS" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ John C. Ekman