# In the United States Court of Federal Claims

No. 04-74C
(into which has been consolidated No. 04-75C)

(E-Filed: May 22, 2006)

PACIFIC GAS AND ELECTRIC COMPANY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Before the court is Defendant's Unopposed Motion for an Enlargement of Time to File its Reply to PG&E's Response to Defendant's Motion In Limine to Exclude From Trial Documents Prepared by Government Contractors (Motion). For the reasons stated therein and because the Motion is unopposed, defendant's Motion is hereby GRANTED. Defendant shall file its reply to plaintiff's response to defendant's motion in limine to exclude from trial documents prepared by government contractors on or before the end of today, May 22, 2006.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge