IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| PACIFIC GAS & ELECTRIC COMPANY,<br>Plaintiff,<br>v.<br>UNITED STATES,<br>Defendant. | No. 04-0074C into which has been consolidated No. 04-0075C<br>(Judge Hewitt) |

DEFENDANT'S REVISED WITNESS LIST

Pursuant to the Court's pretrial order entered May 20, 2006, and paragraph 13(b) of Appendix A to the Rules of the Court of Federal Claims, defendant provides the following list of witnesses. This list does not contain witnesses that the defendant may choose to use for impeachment. Defendant reserves the right to identify additional witnesses for authentication of documents based upon the objections ultimately asserted by plaintiff in response to the exhibit lists served in this case. Defendant also reserves the right to amend this list as described in the Court's rules or based upon the Court's rulings upon motions *in limine* filed by plaintiff, Pacific Gas & Electric Company ("PG&E"). Defendant reserves the right to call all witnesses listed on the witness list provided by PG&E.

**FACT WITNESSES**

**Government Employees (Present and Former)**

1. Patrice Bubar
Office of Environmental Management
United States Department of Energy
1000 Independence Ave., S.W.
Washington D.C. 20585

Ms. Bubar may be called to testify regarding the development of plans of the Department

of Energy ("DOE") to accept "greater-than-class-C" radioactive waste ("GTCC") from commercial utilities pursuant to the Low Level Radioactive Waste Policy Amendments Act of 1985 that occurred during her tenure and other relevant matters.

2. David Huizenga
Assistant Deputy Administrator for International Material Protection and Cooperation
Office of International Nuclear Safety and Cooperation
United States Department of Energy
1000 Independence Ave., S.W.
Washington D.C. 20585

Mr. Huizenga, former Deputy Assistant Secretary, Office of Environmental Management, may be called to testify regarding the development of DOE's plans to accept GTCC from commercial utilities pursuant to the Low Level Radioactive Waste Policy Act Amendments of 1985 that occurred during his tenure and other relevant matters.

3. Christopher Kouts
Director
Office of Systems Analysis and Strategy Development
Office of Civilian Radioactive Waste Management
United States Department of Energy
RW-20E
1000 Independence Ave., SW
Washington, DC 20585

Mr. Kouts is expected to testify concerning DOE's plans to accept spent nuclear fuel at a repository and a Monitored Retrievable Storage facility, issues relating to the disposal of GTCC, the reasons for the delays in the Yucca Mountain project, and DOE's ability to accept utility spent nuclear fuel, budgetary issues, and other relevant matters.

4. Ronald Milner
Chief Operating Officer
Office of Civilian Radioactive Waste Management
United States Department of Energy
RW-2
1000 Independence Ave., SW
Washington, DC 20585

Mr. Milner is expected to testify concerning the implementation of the Standard Contract, including acceptance rates, the Annual Capacity Report ("ACR") issue resolution process conducted with industry representatives, the issuance and content of the ACRs, the issuance and content of the Acceptance Priority Ranking ("APR"), delivery commitment schedules, schedule negotiations, and other relevant matters.

5. Robert L. Morgan
P. O. Box 2584
Monument, Colorado 80132

Mr. Morgan, former Director of the Nuclear Waste Policy Act ("NWPA") Project Office, is expected to testify concerning the early implementation of the NWPA, the formation of the Standard Contract, and other relevant matters.

6. Thomas Pollog
Office of Civilian Radioactive Waste Management
United States Department of Energy
Room RW-20E
1000 Independence Ave., SW
Washington, DC 20585

Mr. Pollog is expected to testify concerning the implementation of the Standard Contract, including acceptance rates, the ACR issue resolution process conducted with industry representatives, the issuance and content of the ACRs, the issuance and content of the APR, delivery commitment schedules, schedule negotiations, and other relevant matters. Mr. Pollog is also expected to testify concerning the DOE database built upon the Form RW-859 data

submitted by the utilities and used to develop fuel acceptance allocations.

7. Francis Young
Nuclear Regulatory Commission
Senior Transportation Program Manager
Office of Nuclear Security and incident Response
Rockville, MD 20852

Mr. Young may be called to testify about the management of GTCC by nuclear utilities.

8. David Zabransky
Office of Civilian Radioactive Waste Management
United States Department of Energy
Room RW-20E
1000 Independence Ave., SW
Washington, DC 20585

Mr. Zabransky is expected to testify concerning the Government's implementation of the Standard Contract, including acceptance rates, the ACR issue resolution process conducted with industry representatives, the issuance and content of the ACRs, the issuance and content of the APRs, delivery commitment schedules, schedule negotiations, and other relevant matters. Mr. Zabransky is also expected to testify concerning his knowledge of issues concerning the Standard Contract based upon his experience in the nuclear utility industry prior to his employment with DOE.

**PG&E Employees (Present and Former)**

1. Lloyd Cluff
Pacific Gas & Electric Company
77 Beale Street
San Francisco, CA 94105

Mr. Cluff is expected to testify concerning work performed by PG&E's Geosciences Department related to the Humboldt Bay SAFSTOR, the Humboldt Bay and Diablo Canyon dry storage projects, and other relevant matters.

2. Robert L. Kapus
Humboldt Bay Power Plant
Pacific Gas & Electric Company
1000 King Salmon Avenue
Eureka, CA 95503

Mr. Kapus is expected to testify concerning costs claimed as damages by plaintiff, spent nuclear fuel management issues for Humboldt Bay and Diablo Canyon, and other relevant matters.

3. Thomas A. Moulia
3490 McMillan Court
Arcata, CA 95521

Mr. Moulia may be called to testify concerning spent nuclear fuel management for Humboldt Bay, costs claimed as damages by plaintiff, and other relevant matters.

4. Bruce H. Patton
Diablo Canyon Power Plant
Pacific Gas & Electric Company
P.O. Box 56
Avila Beach, CA 93424

Mr. Patton may be called to testify concerning spent nuclear fuel management issues for Humboldt Bay and Diablo Canyon, costs claimed as damages by plaintiff, and other relevant matters.

5. Lawrence J. Pulley
Humboldt Bay Power Plant
Pacific Gas & Electric Company
1000 King Salmon Avenue
Eureka, CA 95503

Mr. Pulley may be called to testify concerning spent nuclear fuel management issues for Humboldt Bay, costs claimed as damages by plaintiff, and other relevant matters.

6. Greg M. Rueger
Pacific Gas & Electric Company
77 Beale Street
San Francisco, CA 94105

Mr. Reuger is expected to testify concerning Standard Contract administration, plaintiff's participation in the Private Fuel Storage ("PFS") initiative, spent nuclear fuel management issues for Humboldt Bay and Diablo Canyon, and other relevant matters.

7. James D. Shiffer
2550 Royal Oaks Drive
Alamo, CA

Mr. Shiffer is expected to testify concerning spent nuclear fuel management issues for Humboldt Bay and Diablo Canyon, Standard Contract administration, PG&E documents concerning the Standard Contract and NWPA, and other relevant matters.

8. William C. Stock
Pacific Gas & Electric Company
77 Beale Street
San Francisco, CA 94105

Mr. Stock is expected to testify concerning Standard Contract administration, spent nuclear fuel management for Humboldt Bay and Diablo Canyon, and other relevant matters.

9. L. Jearl Strickland
Diablo Canyon Power Plant
Pacific Gas & Electric Company
P.O. Box 56
Avila Beach, CA 93424

Mr. Strickland is expected to testify concerning spent nuclear fuel management issues for Humboldt Bay and Diablo Canyon, costs claimed as damages by plaintiff, and other relevant matters.

10. David A. Vosburg
Diablo Canyon Power Plant
Pacific Gas & Electric Company
P.O. Box 56
Avila Beach, CA 93424

Mr. Vosburg may be called to testify concerning spent fuel storage options at Diablo Canyon and other relevant matters.

11. Christopher J. Warner
Pacific Gas & Electric Company
77 Beale Street
San Francisco, CA 94105

Mr. Warner is expected to testify concerning plaintiff's participation in PFS.

12. Roy B. Willis II
Humboldt Bay Power Plant
Pacific Gas & Electric Company
1000 King Salmon Avenue
Eureka, CA 95503

Mr. Willis is expected to testify concerning spent nuclear fuel management issues for Humboldt Bay, costs claimed as damages by plaintiff, and other relevant matters.

13. Lawrence F. Womack
P.O. Box 981
Pismo Beach, CA 93448

Mr. Womack is expected to testify concerning spent nuclear fuel management issues for Humboldt Bay and Diablo Canyon, costs claimed as damages by plaintiff, and other relevant matters.

**Third-Party Fact Witnesses**

1. Eric Lewis
Project Manager
Holtec International, Inc.
555 Lincoln Drive West
Marlton, New Jersey 08053

Mr. Lewis may be called to testify concerning projects and analyses that Holtec International, Inc. has performed related to spent nuclear fuel management for Humboldt Bay and Diablo Canyon.

**GOVERNMENT'S EXPERT WITNESSES**

1. Warren Brewer
ABZ, Inc.
4451 Brookfield Corporate Drive
Suite 101
Chantilly, VA 20151

Mr. Brewer is expected to testify as an expert concerning technical issues and matters relevant to plaintiff's damages, as well as activities that would have occurred at plaintiff's reactor sites regardless of DOE's partial breach of the Standard Contract. Mr. Brewer's opinions and the bases for those opinions are set out in his expert witness report. The information specified in Federal Rule of Civil Procedure ("FRCP") 26(a)(2)(B) is attached to Mr. Brewer's expert witness report.

2. R. Larry Johnson
Veris Consulting, LLC
11710 Plaza America Drive
Suite 300
Reston, VA 20190

Mr. Johnson is expected to testify as an expert concerning the calculation of plaintiff's damages. Mr. Johnson's opinions and the bases for those opinions are set out in his expert

witness report. The information specified in FRCP 26(a)(2)(B) is attached to Mr. Johnson's expert witness report.

3. Jonathan Neuberger
Economists Incorporated
Emery Station North
5980 Horton Street
Emeryville, California 94608

Dr. Neuberger is expected to testify as an expert economist concerning economic critiques of the expert witness reports prepared by plaintiff's expert witnesses, Frank Graves and Professor Bradford Cornell. Dr. Neuberger is also expected to testify concerning the DOE spent nuclear fuel discharge projections model. Dr. Neuberger's opinions and the bases for those opinions are set out in his expert witness report. The information specified in FRCP 26(a)(2)(B) is attached to Dr. Neuberger's expert witness report.

4. John McGrath
Contract Solutions LLC
783 South Corona Street
Denver, CO 80209

Mr. McGrath is expected to testify as an expert concerning scheduling issues related to plaintiff's spent nuclear fuel storage systems for Humboldt Bay and Diablo Canyon. Mr. McGrath's opinions and the bases for those opinions are set out in his expert witness report. The information specified in FRCP 26(a)(2)(B) is attached to Mr. McGrath's expert witness report.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

SCOTT DAMELIN
SHARON SNYDER
JOSHUA E. GARDNER
Civil Division
Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530

s/John C. Ekman
JOHN C. EKMAN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, NW
Washington, D.C. 20530
Tel: (202) 353-0897
Fax: (202) 307-2503

May 22, 2006

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of May, 2006, a copy of foregoing "DEFENDANT'S REVISED WITNESS LIST" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/John C. Ekman