# In the United States Court of Federal Claims

No. 04-74C
(into which has been consolidated No. 04-75C)

(E-Filed: May 24, 2006)

| | |
|---|---|
| PACIFIC GAS AND ELECTRIC COMPANY, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

NOTICE

Plaintiff may pick up a box with exhibits including numbers in the range from PX 640 through PX 654 at the marshal's desk in the Lobby of the National Courts Building at or before 5:00 p.m. on Thursday, May 25, 2006.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge