IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PACIFIC GAS & ELECTRIC COMPANY, Plaintiff, | ) | |
| v. | ) | No. 04-0074C into which has been consolidated No. 04-0075C (Judge Hewitt) |
| UNITED STATES, Defendant. | ) | |

DEFENDANT'S MOTION FOR AUTHORIZATION
OF SERVICE OF A SUBPOENA, AND
MOTION FOR EXPEDITED CONSIDERATION

Pursuant to RCFC 45(b)(2) and 45(e), defendant, the United States, respectfully requests the Court to authorize the issuance of a subpoena to compel Mr. Greg M. Rueger to travel more than 100 miles to testify at the trial of this matter in Washington, D.C. Further, because trial is scheduled to begin on June 5, 2006, defendant respectfully requests that the Court expedite consideration of this motion. A draft order is attached to this motion.

The Court has set trial to begin June 5, 2006, and defendant has identified Mr. Rueger, a former employee of plaintiff, Pacific Gas & Electric Company ("PG&E"), who does not reside or work in the Washington area, to testify as a witness in this case. Mr. Rueger lives in Oakland, California. As set forth in our pretrial filings and in our argument during the pretrial conference on May 23 and 24, 2006, Mr. Rueger's testimony is necessary for the just resolution of the case.

Accordingly, defendant respectfully requests the Court to authorize the issuance of a subpoena to require Mr. Rueger to travel more than 100 miles to the place of trial.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

SCOTT DAMELIN
SHARON SNYDER
JOSHUA E. GARDNER
Civil Division
Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530

s/John C. Ekman
JOHN C. EKMAN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, NW
Washington, D.C. 20530
Tel: (202) 353-0897
Fax: (202) 307-2503

May 24, 2006

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of May, 2006, a copy of foregoing "DEFENDANT'S MOTION FOR AUTHORIZATION OF SERVICE OF A SUBPOENA, AND MOTION FOR EXPEDITED CONSIDERATION" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/John C. Ekman

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| PACIFIC GAS & ELECTRIC COMPANY,<br>Plaintiff,<br>v.<br>UNITED STATES,<br>Defendant. | No. 04-0074C into which has been consolidated No. 04-0075C (Judge Hewitt) |

ORDER

Upon motion of defendant, this Court hereby authorizes the defendant to issue a subpoena requiring the attendance of Mr. Greg M. Rueger at trial in Washington, D.C., beginning Monday, June 5, 2006, until completion of trial, notwithstanding distance of travel.

It is so ORDERED.

EMILY C. HEWITT
Judge