# In the United States Court of Federal Claims

No. 04-74C
(into which has been consolidated No. 04-75C)

(E-Filed: May 25, 2006)

| | |
|---|---|
| PACIFIC GAS AND ELECTRIC COMPANY, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Upon motion of defendant, the court hereby authorizes defendant to issue a subpoena requiring the attendance of Mr. Greg M. Rueger at trial in Washington, D.C. beginning Monday, June 5, 2006, until completion of trial, notwithstanding distance of travel.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge