IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PACIFIC GAS & ELECTRIC COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-0074C, into which has been |
| | ) | consolidated No. 04-0075C |
| THE UNITED STATES, | ) | (Judge Hewitt) |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION
FOR AN ENLARGEMENT OF TIME

Defendant, the United States, respectfully requests that the Court grant the Government an enlargement of time of two business days, to and including May 30, 2006, to file briefing with the Court regarding whether documents written by the Nuclear Regulatory Commission ("NRC") can constitute admissions by a party opponent pursuant to Federal Rule of Evidence 801(d)(2)(D) in this particular litigation, which involves an alleged partial breach of contract by the United States Department of Energy. During the pre-trial conference in this case on Tuesday, May 23, 2006, the Court indicated that the Government should file briefing on this subject by May 25, 2006, and that plaintiff, Pacific Gas & Electric Company ("PG&E"), should respond on Tuesday, May 30, 2006. See Transcript, at 319 (May 23, 2006). We have not previously sought an enlargement of time for this purpose. Counsel for plaintiff, Jerry Stouck, has represented that PG&E does not oppose this motion.

Since the Court identified the briefing on this topic during the May 23, 2006 pre-trial conference, counsel for defendant and other attorneys assisting in this case participated in the continuation of the pre-trial conference on May 24, 2006, and, upon return to the office after the pre-trial conference concluded, were required to attend to various pre-trial matters. Further, counsel for defendant and other attorneys who were working in the office during the pre-trial

conference were required to complete and file the Government's extensive post-trial briefing in Southern Nuclear Operating Co. v. United States, No. 98-614C (Fed. Cl.), which was filed late in the evening on Wednesday, May 24, 2006. Because of the time that counsel for defendant and attorneys working with him were required to devote to the Southern Nuclear filing and other spent nuclear fuel case-related work, we were unable to devote sufficient resources to researching and developing a response to the topic to be briefed until today. Nevertheless, because of other work in this case, relating to our preparations for trial, and in other spent nuclear fuel cases in which we have other obligations, we were unable to complete our research and briefing today. Further, in light of obligations in this and other spent nuclear fuel cases and our need to ensure that our research is sufficiently thorough to respond to the Court's inquiry, we need additional time to prepare our response. We believe that, in conjunction with our other pre-trial preparations, we can complete our research and prepare a response to the issue identified on page 319 of the May 23, 2006 pre-trial transcript by Tuesday, May 30, 2006.

For the foregoing reasons, defendant respectfully requests that the Court grant this unopposed motion.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ John C. Ekman
JOHN C. EKMAN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 353-0897
Fax: (202) 307-2503

May 25, 2006

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 25th day of May 2006, a copy of foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Harold D. Lester, Jr.