# In the United States Court of Federal Claims

No. 04-74C
(into which has been consolidated No. 04-75C)

(E-Filed: May 25, 2006)

PACIFIC GAS AND ELECTRIC COMPANY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Before the court is Defendant's Unopposed Motion for an Enlargement of Time (Mot. or Motion). For the reasons stated therein and because the Motion is unopposed, defendant's Motion is hereby GRANTED. On or before Tuesday, May 30, 2006, defendant shall file "briefing with the [c]ourt regarding whether documents written by the Nuclear Regulatory Commission . . . can constitute admissions by a party opponent pursuant to Federal Rule of Evidence 801(d)(2)(D) in this particular litigation." Mot. at 1. On or before Thursday, June 1, 2006, plaintiff shall file a response to defendant's brief.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge