IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PACIFIC GAS & ELECTRIC COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant. | ) | No. 04-0074C into which has been consolidated No. 04-0075C (Judge Hewitt) |

DEFENDANT'S DEPOSITION DESIGNATIONS FOR JAMES D. SHIFFER

Pursuant to the Court's pretrial order, dated May 25, 2006, and Federal Rules of Evidence 804(a) and 804(b)(1), defendant, the United States, designates certain testimony from the deposition of James D. Shiffer, taken July 28, 2005. Defendant submits these deposition designations because, despite our attempts to secure his attendance at trial – efforts which were successfully opposed by plaintiff, Pacific Gas and Electric Company – Mr. Shiffer is unavailable to testify at trial. Consistent with the Court's May 25 order, we have cross-referenced the exhibits from Mr. Shiffer's deposition with the DX numbers used by defendant in this case.

Defendant designates the following testimony from Mr. Shiffer: Tr. 12:3-14:13; Tr. 16:14-25; Tr. 18:3-18; Tr. 30:16-20 (referencing Dep. Exh. 1, marked for trial as DX 007[1]); Tr. 31:20-32:1 (id.); Tr. 46:12-47:23; Tr. 48:14-20; Tr. 50:14-52:11; Tr. 59:4-10; Tr. 61:9-11; Tr. 74:9-20; Tr. 76:6-13; Tr. 81:4-16 (referencing Dep. Exh. 3, marked for trial as DX 038); Tr. 83:11-14 (id.); Tr. 83:21-85:13 (id.); Tr. 86:5-20 (id.); Tr. 87:1-24 (referencing Dep. Exh. 4, marked for trial as DX 065); Tr. 89:22-91:5 (id.); 91:21-92:7 (id.); Tr. 92:11-93:10 (referencing

[1] DX 007 is a "may use" exhibit. However, the testimony that is being offered from Mr. Shiffer concerning this document solely concerns the identification of Mr. J.O. Schyuler. As a result, the exhibit itself is not relevant.

Dep. Exh. 5, marked for trial as DX 074); Tr. 93:15-94:11 (id.); Tr. 95:4-96:10 (id.); Tr. 96:15-24 (id.); Tr. 105:23-106:5 (referencing Dep. Exh. 7, marked for trial as DX 175); Tr. 106:24-108:1 (id.); Tr. 121:19-123:23 (referencing Dep. Exh. 11, marked for trial as DX 120); Tr. 125:1-10 (id.); Tr. 125:17-127:6 (id.); Tr. 128:10-18 (referencing Dep. Exh. 12, marked for trial as DX 122); Tr. 129:2-14 (id.); Tr. 131:2-17 (id.); Tr. 131:21-133:15 (referencing Dep. Exh. 13, marked for trial as DX 112); Tr. 137:23-139:13; Tr. 149:1-151:8 (referencing Dep. Exh. 19, marked for trial as DX 153); Tr. 153:16-154:19; and Tr. 156:7-23.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/John C. Ekman
JOHN C. EKMAN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, NW
Washington, D.C. 20530
Tel: (202) 353-0897
Fax: (202) 307-2503

Attorneys for Defendant

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

SCOTT DAMELIN
SHARON SNYDER
JOSHUA E. GARDNER
Civil Division
Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530

May 30, 2006

CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of May, 2006, a copy of foregoing "DEFENDANT'S DEPOSITION DESIGNATIONS FOR JAMES D. SHIFFER" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/John C. Ekman