IN THE UNITED STATES COURT OF FEDERAL CLAIMS

Filed Electronically on May 30, 2006

| | | |
|---|---|---|
| PACIFIC GAS & ELECTRIC COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-0074C, into which has been |
| | ) | consolidated No. 04-0075C |
| UNITED STATES OF AMERICA, | ) | (Judge Hewitt) |
| | ) | |
| Defendant. | ) | |

PG&E's NOTICE OF FILING OF TRIAL SCHEDULE

Pursuant to the Court's Pretrial Order of February 18, 2005 and the Court's Order of May 25, 2006, the parties have conferred on the proposal of a schedule of witnesses. With the exception of the one issue noted below which requires resolution by the Court, the parties are in agreement on the attached proposed schedule.[1]

The one part of the proposed schedule in which the parties do not agree is the schedule for the testimony of Loring Mills and Christopher Warner on June 5 and 6. Mr. Warner has a family travel commitment that requires his testimony to be concluded on June 5 by no later than 6:00 p.m. (and perhaps slightly earlier in order to make an international flight). Mr. Mills, however, is the logical first witness in the case. He will provide the Court with a logical chronology of events that will help explain the parties' purposes and intentions regarding the Standard Contracts. As part of his testimony, Mr. Mills will provide the Court with a useful background into issues that will be subsequently addressed with other witnesses, including Mr. Warner. Mr. Warner, conversely, will testify about relatively narrow issues concerning the development of the parties' contract. His testimony will be

[1] In an attempt to aid the Court's review of the proposed schedule, certain formatting conventions were used: PG&E's time is shown in regular type, the government's time is italics, and the first segment of each examination is bolded.

more helpful to the Court if it is preceded by Mr. Mills' direct testimony. PG&E proposes to address this situation as set out in the attached trial schedule: After plaintiff's opening statement, the trial would start with Mr. Mills' direct examination, followed by Mr. Warner's direct and cross examinations, which would then be followed by Mr. Mills' cross examination (which may not conclude until the morning of June 6). PG&E's proposed trial schedule should not prejudice – and, indeed, may aid – the government in that it provides more time for the government to prepare its cross examination of Mr. Mills, who is the more significant (at least in terms of duration of direct examination) of the two witnesses.

The government states that it will not agree to having Mr. Warner's testimony between Mr. Mills' direct and cross examinations. Nevertheless, PG&E believes strongly that its proposed trial schedule will be the most beneficial for the Court's clear understanding of the issues. Given the Court's expressed willingness to hear evidence out of order, *see, e.g.,* May 23, 2006 Hrg. Tr. at 65, PG&E urges the Court to permit PG&E to present the testimony from Messrs. Mills and Warner in the manner set out in the attached trial schedule. The only schedule that would both accommodate the government's desire to avoid splitting direct and cross examinations and still assure that Mr. Warner can make his long-standing family commitment would require that Mr. Warner's be called to testify before Mr. Mills. But that witness ordering it likely to be less helpful to the Court's understanding of the issues.

Although the parties believe that this issue is ripe for resolution by the Court, if the Court would like additional input from the parties on this issue, the parties are available on June 2 at 11:00 a.m. as suggested in the May 25 Order.

For these reasons, PG&E asks the Court to approve its attached trial schedule.

Dated: May 30, 2006

Respectfully submitted,

s/ Jerry Stouck
Jerry Stouck
Greenberg Traurig, LLP
800 Connecticut Avenue, NW
Suite 500
Washington, DC 20006
(202) 331-3173 Phone
(202) 261-4751 Fax
Counsel for Plaintiff
Pacific Gas & Electric Company

Of Counsel:

Robert L. Shapiro
Greenberg Traurig, LLP