IN THE UNITED STATES COURT OF FEDERAL CLAIMS

Filed Electronically on May 30, 2006

| | | |
|---|---|---|
| PACIFIC GAS & ELECTRIC COMPANY, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 04-0074C, into which has been consolidated No. 04-0075C (Judge Hewitt) |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

PG&E's NOTICE OF FILING OF ADDITIONAL TRIAL EXHIBITS

Pursuant to direction provided by the Court during the May 24, 2006 pretrial conference (Tr. 354:22 - 355:2), PG&E submits this notice of filing of additional trial exhibits. As directed by the Court, PG&E has reviewed the documents recently produced by the government in accordance with the Court's order compelling the release of certain documents previously withheld by the government on the basis of the deliberative process privilege. While the Court's direction during the pretrial conference requested the identification of only the "will use" exhibits, PG&E has also identified the "may use" exhibits as a courtesy to the Court and the government, so that in the event any of the exhibits are moved to the "will use" list, they are already numbered and identified as potential trial exhibits. Both the "will use" and "may use" lists are attached in the supplement to this notice.

Dated: May 30, 2006

Respectfully submitted,

s/ Jerry Stouck
Jerry Stouck
Greenberg Traurig, LLP
800 Connecticut Avenue, NW
Suite 500
Washington, DC 20006
(202) 331-3173 Phone
(202) 261-4751 Fax
Counsel for Plaintiff
Pacific Gas & Electric Company

Of Counsel:

Robert L. Shapiro
Greenberg Traurig, LLP