Additions to Plaintiff's Exhibit List from Documents Recently Produced
Pursuant to Court's Order Compelling the Release of Deliberative Process Documents
"WILL USE"

| EXH. | DESCRIPTION | DATE | BEGNO | ENDNO |
|---|---|---|---|---|
| 658 | Notes, draft white paper, and tables regarding alternatives for waste acceptance and a model for analyzing alternatives | No Date | HQR2890016 | HQR2890033 |
| 659 | Insert to memorandum to Secretary regarding ongoing departmental activities; insert reports current status of activities to prepare EIS for disposal of GTCC waste - Contractor selected to prepare the EIS for disposal of GTCC | No Date | HQR3180500 | HQR3180500 |
| 660 | Insert to memorandum to Secretary regarding ongoing departmental activities; insert reports current status of activities to prepare EIS for disposal of GTCC waste - Documentation for an EIS to address the disposal of GTCC is being prepared | No Date | HQR3180501 | HQR3180501 |
| 661 | Draft response to questions from Senator Domenici regarding DOE's sealed source recovery program and plans for EIS on disposal of GTCC | No Date | HQR3180677 | HQR3180678 |
| 662 | Activities to be Conducted on GTCC EIS Disposal Between Issurance of ANOI and NOI | No Date | HQR3180680 | HQR3180682 |
| 663 | Supplemental Information - Proposed Scenarios for Analysis | No Date | HQR3180812 | HQR3180813 |
| 664 | Unsigned letter from Andy lawrence to John Greeves re: Invitation to Participate as a Cooperating Agency for the Department of Energy Environmental Impact Statement on Disposal of Greater Than Class C Low-Level Radioactive Waste | No Date | HQR3180861 | HQR3180862 |
| 665 | Draft presentation regarding the legal and regulatory framework for disposal of GTCC waste | No Date | HQR3190496 | HQR3190498 |
| 666 | Background Information for Response to Dr. Kadak on GTCC Waste Disposal | No Date | NRC0030036 | NRC0030038 |
| 667 | An undated draft response from Chairman Meserve to Dr. Andrew Kadak in response to Dr. Kadak's October 24, 2000 letter, requesting that NRC redefine GTCC as HLW | No Date | NRC0030055 | NRC0030057 |
| 668 | Whitepaper discussing possible NRC responses to Dr. Kadak's October 24, 2000 letter entitled "Points for GTCC Disposal" | No Date | NRC0040106 | NRC0040107 |
| 669 | Memorandum requesting approval to release final rule for interim storage of GTCC | No Date | NRC0060010 | NRC0060014 |
| 670 | White paper entitled laws, Regulations, and Other Information re: GTCC Disposal | 12/12/2000 | NRC0030076 | NRC0030080 |
| 671 | Two fax transmittal sheets, forwarding for review and comment undated draft responses from chairman Meserve to Dr. Andrew Kadak in response to Dr. Kadak's October 24, 2000 letter, requesting that NRC redefine GTCC as HLW | 3/23/2001 | HQR1710167 | HQR1710171 |

Additions to Plaintiff's Exhibit List from Documents Recently Produced
Pursuant to Court's Order Compelling the Release of Deliberative Process Documents
"WILL USE"

| EXH. | DESCRIPTION | DATE | BEGNO | ENDNO |
|---|---|---|---|---|
| 672 | Fax transmittal sheet, forwarding for review and comment an undated draft response from Chairman Meserve to Dr. Andrew Kadak in response to Dr. Kadak's October 24, 2000 letter, requesting that NRC redefine GTCC as HLW | 3/23/2001 | NRC0040149 | NRC0040152 |
| 673 | Fax transmittal sheet, forwarding for review and comment an undated draft response from Chairman Meserve to Dr. Andrew Kadak in response to Dr. Kadak's October 24, 2000 letter, requesting that NRC redefine GTCC as HLW | 3/23/2001 | NRC0040153 | NRC0040154 |
| 674 | White paper concerning shipments from shutdown sites | 2/21/2002 | CTR1600143 | CTR1600149 |
| 675 | Email from Ed Benz to David Zabransky forwarding information and analysis conducted for input to presentation to Under Secretary Card regarding waste acceptance rates and system costs | 2/21/2002 | HQR2500424 | HQR2500439 |
| 676 | Email including two attached documents discussing early receipt of SNF for shutdown reactors and a transportation cask analysis | 3/19/2002 | HQR2500624 | HQR2500645 |
| 677 | Six copies of e-mail forwarding attached whitepaper regarding acceptance rates and system costs (originally forwarded to E. Benz on 4/23/02, by W. Stroupe) | 4/29/2002 | HQR2501054 | HQR2501119 |
| 678 | Presentation - OCRWM Transportation & Waste Acceptance Project - Status, Issues, & Plans | 6/13/2002 | HQR2180005 | HQR2180026 |
| 679 | Email from Ed Benz to Bill Teer re reasonable ramp-up rate | 7/22/2002 | HQR2501697 | HQR2501697 |
| 680 | Supplemental Information - Proposed Scenarios for Analysis | 8/29/2003 | HQR3180810 | HQR3180811 |
| 681 | Presentation titled, "RW waste acceptance analyses;" presentation made by Christopher Kouts to Under Secretary Card | 11/3/2003 | HQR2640041 | HQR2640085 |
| 682 | Proposed answers to questions raised about presentation to Under Secretary Card regarding High Receipt Rate Study | 05/00/2002 | CTR1770001 | CTR1770006 |
| 683 | Three copies of a draft white paper titled "evaluation of alternative waste acceptance scenarios." | 10/232003 | HQR2890012 | HQR2890015 |

Additions to Plaintiff's Exhibit List from Documents Recently Produced
Pursuant to Court's Order Compelling the Release of Deliberative Process Documents
"MAY USE"

| EXH. | DESCRIPTION | DATE | BEGNO | ENDNO |
|---|---|---|---|---|
| 684 | Draft memorandum entitled "Yucca Mountain business case" prepared for Dr. Margaret s.Y. Chu, Director of the OCRWM, to present to Under Secretary Robert Card discussing the policy justifications and cost implications of increasing DOE's FY 2003 budget request for the Yucca Mountain repository | No Date | HQR2030001 | HQR2030004 |
| 685 | Draft memorandum entitled "Yucca Mountain business case" prepared for Dr. Margaret s.Y. Chu, Director of the OCRWM, to present to Under Secretary Robert Card discussing the policy justifications and cost implications of increasing DOE's FY 2003 budget request for the Yucca Mountain repository | No Date | HQR2040015 | HQR2040047 |
| 686 | paper supporting Yucca Mountain business case including an explanation of costs included in commercial SNF storage costs | No Date | HQR2050012 | HQR2050019 |
| 687 | Graphs, tables, and a list of assumptions considering the effect of options regarding the rate of SNF acceptance | No Date | HQR2080001 | HQR2080005 |
| 688 | Series of tables showing the effect and cost of various options potentially available to DOE for SNF acceptance at a repository. | No Date | HQR2080006 | HQR2080018 |
| 689 | Draft memorandum entitled "Yucca Mountain is a sound business decision for the united states" analyzing the policy options relating to an option for SNF acceptance. | No Date | HQR2190033 | HQR2190038 |
| 690 | Memorandum for the Secretary through Joseph McMonigle from Beverly Cook re: Approval of strategy, general schedule and Advanced Notice of Intent for the Disposal of GTCC EIS | No date | HQR3180596 | HQR3180599 |
| 691 | Memorandum titled, "regulatory analysis for rulemaking on interim storage of GTCC | No Date | NRC0060091 | NRC0060101 |
| 692 | Draft of environmental assessment and finding of no significant impact for the proposed rule for interim storage of GTCC | No Date | NRC0060192 | NRC0060206 |
| 693 | Memorandum titled, "regulatory analysis for rulemaking on interim storage of GTCC" | No Date | NRC0060207 | NRC0060212 |
| 694 | An undated draft response from Chairman Meserve to Dr. Andrew Kadak in response to Dr. Kadak's October 24 2000, letter requesting that NRC redefine GTCC as HLW | No Date | NRC0100099 | NRC0100101 |

Additions to Plaintiff's Exhibit List from Documents Recently Produced
Pursuant to Court's Order Compelling the Release of Deliberative Process Documents
"MAY USE"

| EXH. | DESCRIPTION | DATE | BEGNO | ENDNO |
|---|---|---|---|---|
| 695 | Memorandum requesting concurrence for denial of a petition from PGE dated November 2, 1995, for a rulemaking re: storage of GTCC waste under 10 CFR part 72; attached is a memo from Joseph Callan to the NRC commissioners re: denial of the petitio | 4/28/1998 | NRC0130215 | NRC0130242 |
| 696 | Emails from Dan Kane to Nancy Slater re Proposed Rule on Part 72 - GTCC Waste | 7/21/2000 | HQR2500216 | HQR2500217 |
| 697 | Draft slide presentation with attached e-mails and notes discussing the pros and cons of storage options for receipt of SNF at Yucca Mountain. Entitled "Repository Surface Facility Early Receipt Options" | 2/13/2001 | CTR1600301 | CTR1600353 |
| 698 | NRC briefing materials concerning April 4, 2001, meeting between counsel for NRC and DOE about NRC's response to the 10/24/2000 letter by Dr. Andrew Kadak | 4/4/2001 | NRC0030027 | NRC0030027 |
| 699 | Exchange of e-mails between K. McConnell and N. Jensen, NRC-OGC, regarding NRC's draft response to request by a. Kadak that NRC redefine GTCC as HLW | 5/3/2001 | NRC0030013 | NRC0030017 |
| 700 | Slides used in a presentation to the office of management and budget ("OMB") regarding the costs of options for the design and operation of a repository at Yucca Mountain. | 7/16/2001 | CTR1600208 | CTR1600225 |
| 701 | White paper presenting information and analysis regarding acceptance rates and system costs for Under Secretary Card entitled "Potential Utility Impacts of Accelrated SNF Pickup Rates" | 5/6/2002 | CTR1600112 | CTR1600117 |
| 702 | Copies of slides that were used for a graphic presentation for group discussion of options regarding the design and operation of a repository at Yucca Mountain and the effect of those options. | 6/3/2002 | CTR1600091 | CTR1610105 |
| 703 | Series of e-mails regarding an internal memorandum analyzing the costs and benefits to DOE of an option for SNF acceptance at Yucca Mountain | 6/26/2002 | HQR2270001 | HQR2270016 |
| 704 | Email from David Siefkin to Thomas Pollog (subject and body of email redacted) forwarding Yucca Mountain Business Case | 8/26/2002 | HQR2501711 | HQR2501733 |
| 705 | Draft copies of slides prepared for a graphic presentation regarding possible waste acceptance scenarios entitled "Scenario Analysis" | 3/18/2003 | HQR3080001 | HQR3080038 |
| 706 | Presentation entitled "Impacts of Accelerated Waste Acceptance" | 4/25/2003 | CTR1620012 | CTR1620027 |

Additions to Plaintiff's Exhibit List from Documents Recently Produced
Pursuant to Court's Order Compelling the Release of Deliberative Process Documents
"MAY USE"

| EXH. | DESCRIPTION | DATE | BEGNO | ENDNO |
|---|---|---|---|---|
| 707 | Graphic presentation and slides from the presentation for a group discussion of options regarding the design and operation of a repository of Yucca Mountain and the effect of those options on SNF inventories. Entitled "Impacts of Accelerated Waste Acceptance" | 4/28/2003 | CTR1600035 | CTR1600055 |
| 708 | Graphs and tables in presentation form regarding an option for acceptance of SNF at a repository presented by Christopher Kouts to Robert Card entitled "Impacts of Accelerated Waste Acceptance" | 5/9/2003 | CTR1740004 | CTR1740030 |
| 709 | Email to Christopher Kouts re: Utilities estimates of at-reactor storage costs | 6/6/2003 | CTR1620001 | CTR1620002 |
| 710 | Three copies of presentation titled, "RW waste acceptance analyses;" marked "predecisional, preliminary draft;" presented to Under Secretary Card, Dr. Chu, and T. Garrish; | 11/3/2003 | HQR2890138 | HQR2890183 |
| 711 | Draft white paper identifying and discussing issues to be resolved in the preparation of an environmental impact statement for the disposal of Greater-Than-Class-C low-level radioactive waste - entitled "Decisions to be made with the Greater Than Class C (GTCC) Low-Level Waste Disposal Environmental Impact Statement" (INCLUDES REDACTIONS) | 11/5/2003 | HQR3180562 | HQR3180565 |
| 712 | Draft white paper identifying and discussing issues to be resolved in the preparation of an environmental impact statement for the disposal of Greater-Than-Class-C low-level radioactive waste - entitled "Decisions to be made with the Greater Than Class C (GTCC) Low-Level Waste Disposal Environmental Impact Statement" (INCLUDES REDACTIONS) | 11/19/2003 | HQR3180555 | HQR3180561 |
| 713 | Memorandum for the Secretary from Beverly Cook re: 30-60-90 Day Report | 1/7/2004 | HQR3180510 | HQR3180514 |
| 714 | Memorandum for the Secretary from Beverly Cook re: Approval of strategy, general schedule and Advanced Notice of Intent for the Disposal of GTCC EIS | 1/27/2004 | HQR3180581 | HQR3180585 |
| 715 | Draft Memorandum for the Secretary through Joseph McMonigle from Beverly Cook re: Approval of strategy, general schedule and Advanced Notice of Intent for the Disposal of GTCC EIS | 2/11/2004 | HQR3180591 | HQR3180595 |
| 716 | Draft Memorandum for the Secretary through Joseph McMonigle from Beverly Cook re: Approval of strategy, general schedule and Advanced Notice of Intent for the Disposal of GTCC EIS | 2/11/2004 | HQR3180600 | HQR3180603 |

Additions to Plaintiff's Exhibit List from Documents Recently Produced
Pursuant to Court's Order Compelling the Release of Deliberative Process Documents
"MAY USE"

| EXH. | DESCRIPTION | DATE | BEGNO | ENDNO |
|---|---|---|---|---|
| 717 | Draft Memorandum for the Secretary through Joseph McMonigle from Beverly Cook re: Approval of strategy, general schedule and Advanced Notice of Intent for the Disposal of GTCC EIS | 3/00/2004 | HQR3180604 | HQR3180608 |
| 718 | White paper regarding questions on presentation described at CTR17700510-0058 entitled "High Receipt Rate Study" | 5/00/2002 | CTR1600106 | CTR1600111 |
| 719 | Presentation by Christopher Kouts to Undersecretary Card concerning "Impacts of Acclerated Waste Acceptance" | 5/00/2003 | CTR1720001 | CTR1720027 |