# Appendix

Greenberg
Traurig

Jerry Stouck
Tel. 202-331-3173
Fax 202-261-4751
stouckj@gtlaw.com

May 24, 2006

*VIA FACSIMILE W/ COPY BY COURIER*

John C. Ekman
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
8th Floor Mailroom– Classification Unit
1100 L Street, N.W.
Washington, D.C. 20530

Re: *Pacific Gas & Electric Company v. United States*

Dear John:

Enclosed is the document we discussed today concerning the 1991 dry cask storage report for the Humboldt Bay Power Plant, Bates numbered PHBP0091642 to PHBP0091667. A physical copy of this document will be delivered by hand to you tomorrow.

Please call if you have questions.

Very truly yours,

Jerry Stouck

JRS/tm

ALBANY
AMSTERDAM
ATLANTA
BOCA RATON
BOSTON
CHICAGO
DALLAS
DENVER
FORT LAUDERDALE
LOS ANGELES
MIAMI
NEW JERSEY
NEW YORK
ORANGE COUNTY, CA
ORLANDO
PHILADELPHIA
PHOENIX
SILICON VALLEY
TALLAHASSEE
TYSONS CORNER
WASHINGTON, D.C.
WEST PALM BEACH
WILMINGTON
ZURICH

www.gtlaw.com

Terry
Your copy of comments.
P.E.K.

HUMBOLDT BAY POWER PLANT
RTN | HANDLE | TKT | PGH
GER | DISCUSS | DPC | TJR
RDM | REVIEW | | GAB
DDR | DUE DATE | | JHP
DAP | DEC 17 1991 | | RAN
JFG | | | RCP
MNC | RMS | WRM | TJW
OFC | LIB | PUST | SAT
MTLS | FILE RETURN | SHPED | JJB
SEC | JDC DLW REL RRP | CCW | JHE

+1

DRAFT

# Considerations for the Dry Cask Storage of Spent Nuclear Fuel at the Humboldt Bay Power Plant

David L. Duke
Radiological, Chemical and Environmental Engineering Section
Nuclear Operations Support

December 1991

# 1. INTRODUCTION

On June 8, 1987 PG&E entered into a Memorandum of Agreement with a group of individuals referred to as the Joint Intervenors. In this agreement, the Joint Intervenors agreed to withdraw their opposition to PG&E's request for modification to a possession-only license for Humboldt Bay Power Plant Unit 3. In return for this action by the Joint Intervenors, PG&E agreed to perform certain actions prescribed in the Memorandum of Agreement.

Condition 3 in the Memorandum of Agreement states:

*"Finally, Licensee and the Intervenors acknowledge that at the present time, no DOE repository exists that can accept the spent fuel assemblies presently stored at the Humboldt Bay Power Plant Unit 3, and no such DOE facility may exist for a number of years. It is further understood by the parties to this agreement that the NRC has authorized Dry Cask Storage as a means of interim storage in the absence of a DOE repository, but such an option is not yet authorized by the NRC for sites such as Humboldt Bay Power Plant Unit 3."*

*"The Licensee agrees to reexamine the possibility of utilizing Dry Cask Storage, if and when such a storage option becomes available for sites such as Humboldt Bay Power Plant Unit 3."*

The fulfillment of this agreement requires a periodic evaluation of the availability and feasibility of utilizing dry cask storage at the Humboldt Bay Power Plant (HBPP). Since 1987, when this agreement was signed, several older nuclear power plants in the U.S. have implemented dry storage for their spent fuel. Dry storage demonstration projects using additional technologies are also planned.

OPERATING

The intent of this evaluation is to review the current status of dry storage technology for spent fuel in the U.S. and determine if the dry storage option is presently available and feasible for implementation at Humboldt Bay Power Plant.





PHBP0091643

# 2. DRY CASK STORAGE OPTIONS

In the Nuclear Waste Policy Act of 1987 Congress directed the Department of Energy to conduct a study on the use of dry cask storage at civilian nuclear reactors. The Department funded a number of demonstration projects and reported on the fulfillment of this requirement in February 1989 when it issued its Final Version Dry Cask Storage Study. This document examined all of the currently available technologies for dry cask storage and was the primary reference used in this report.

The following types of dry storage technologies are contained in the DOE's Dry Cask Storage Study and are described in this Section:

(1) Metal dry storage casks
(2) Dual-purpose storage and transportation casks
(3) Concrete dry storage casks
(4) Horizontal concrete modules
(5) Modular concrete vaults

Attachment 1 contains sketches of various dry storage options.

Metal Dry Storage Casks

The use of metal dry storage casks is an established technology in the U.S. This technology is currently in use at Virginia Electric Power Company's (VEPCo) Surry Nuclear Plant. The casks in use at the Surry Plant are about 16 feet long and 8 feet in diameter. The casks are constructed primarily of ductile cast iron and have a wall thickness of about 12 inches. The filled casks are placed on a concrete pad, outdoors, in a secured area. Each cask holds 21 (non-consolidated) PWR fuel assemblies.

VEPCo received a license amendment from the NRC in July 1986 to use dry cask storage at the Surry Plant. The first dry storage cask was loaded in December of that year. Presently about 10 of these loaded casks are stored at the site, and VEPCo expects to continue using this technique due to the lack of spent fuel pool storage space at Surry. Over the plant's remaining lifetime it is expected that 84 dry storage cask will be used at Surry.

To prevent excessive heat buildup in the cask, the NRC required that the spent fuel being placed in dry storage at the Surry Plant have a minimum of four years of cooling in the spent fuel pool.

Two methods are available for loading spent fuel into storage casks, wet and dry. The wet loading method was used at Surry. This techniques involves placing the storage cask into the spent fuel pool and loading the cask using water as the shielding medium. After filling the cask the lid is installed. Water is drained from the cask as it is lifted from the spent fuel pool. The cask is then filled with a cover gas (such as nitrogen or helium) and sealed to be leaktight. After decontaminating the exterior of the storage cask it is transferred to a concrete pad at the storage location.

Lifting the filled cask out of the spent fuel pool requires a large capacity crane. The casks used at Surry weigh 117 tons when loaded. This could limit the feasibility of this technology at Humboldt Bay Power Plant (HBPP), where the existing refueling building crane has a design capacity of only 75 tons. All of the presently approved metal dry storage casks weigh at least 100 tons when filled.

WHAT ARE THE DIMENSIONS? OUR POOL IS SMALL.

Several vendors are marketing metal dry storage casks. The NRC has approved topical reports on the Castor V/21 cask (the type used at Surry), the MC-10 cask manufactured by Westinghouse, and two casks manufactured by Nuclear Assurance Corporation (Models NAC26-ST and NAC28-ST). Several other companies have topical reports for their casks under review by the NRC. Having an approved topical report simplifies licensing since any issues involving the cask have been previously resolved with NRC and only site specific issues need to be considered.

Metal dry storage casks, such as those used at Surry, presently cost about $1 million each. Other costs associated with dry storage include licensing, construction of the storage facility (concrete pads, fence, security needs, etc.), and the operational costs of loading and unloading the casks. Additional costs could be incurred in upgrading or purchasing new cranes and in purchasing dry loading equipment (e.g., transfer cask, collar).

If the internal support basket is configured for BWR fuel, an individual Castor V/21 cask can hold 45 fuel assemblies. The 390 fuel assemblies stored at HBPP would require 9 of these type casks.

It is reasonable to assume that the filled dry storage casks would need to stay on-site for an extended period (e.g., 20 years or longer). When the Department of Energy is ready to accept the spent fuel for disposal the fuel would need to be removed from the storage cask and placed into an approved shipping cask. With the current technology this process would involve transfer of the storage cask back into spent fuel pool where it would be opened and the fuel placed back into underwater storage racks. The storage cask would then be removed from the pool and a shipping cask would then be placed in the pool and filled.

While wet loading of the spent fuel was used at Surry, dry loading techniques are also possible. Dry loading requires the use of a shielded transfer cask. With this technique the transfer cask is placed in the spent fuel pool and loaded with a fuel assembly. The transfer cask is then removed from the pool, dried and decontaminated. The filled transfer cask is then taken to the cask storage area and mated to the storage cask via a shielded collar. The spent fuel assembly is then lowered from the transfer cask, through the collar and into the storage cask. This process is repeated until the storage cask is fully loaded. After the storage cask is fully loaded the lid is installed and it is filled with an inert cover gas.

With Remotely Operated Tools?

Dry loading of storage casks with spent fuel has been performed in Germany and Switzerland but has not been demonstrated in the U.S. Unlike wet loading, the NRC has not reviewed and approved this technique. Over the next few years the DOE will be conducting a demonstration project for the dry cask-to-cask transfer of spent fuel at the Rancho Seco Nuclear Power Plant.

If licensed in the U.S., the dry loading of casks would offer one major advantage over wet loading. The spent fuel pool would no longer need to be maintained ~~at a reactor site that is being decommissioned.~~ FOR THE SPENT FUEL. IT MAY NEED TO BE MAINTAINED AS A SHIELDED WORK AREA FOR HIGH LEVEL WASTE.

Dual Purpose Storage and Transportation Casks

A cask that has been certified by the NRC for the extended storage of spent fuel, and has also been certified by the to NRC as a transportation cask, is called a dual purpose cask. An advantage of a dual purpose cask is that only one on-site fuel movement would normally be required. The cask is loaded and then moved to the on-site dry cask storage location for an extended period. The cask may then be used as the transportation cask for shipping the fuel to the DOE's FUTURE geologic repository or Monitored Retrievable Storage (MRS) facility. IF AND WHEN IT IS CONSTRUCTED.

Dual purpose casks have not yet been approved for use in the U.S., though they are approved for use in Germany. A DOE demonstration project using dual-purpose casks is planned at Rancho Seco.

Dual-purpose casks are similar in design to the metal casks discussed previously. To meet transportation requirements modifications may be required in the lid closure, internal fuel assembly support baskets and materials of construction. A dual purpose cask would also need to be fitted with impact limiters for transport. The firm that manufactures the Castor cask attempted to obtain NRC approval of that design for transportation, however, NRC had objections against the use of cast iron in the body of the cask.

The loading and storage of dual purposes casks would be very similar to metal dry storage casks.

While no dual purpose casks are presently certified by NRC, it would be expected that the cost of dual-purpose casks would be somewhat higher than metal dry storage casks. The increased cost is a result of the additional licensing effort required to obtain transportation certification and due to the design enhancements required for transportation. Costs associated with the storage pad and cask loading equipment would be comparable to costs for metal dry storage casks. Some cost savings would be realized at the end of storage period because no transfer to a shipping cask would be required.

Concrete Dry Storage Casks

Concrete dry storage casks are similar in concept to metal casks, but use reinforced concrete for shielding instead of metal. The concrete casks typically contain a internal metal liner that supports the fuel storage basket. Because concrete is less expensive than metal these casks have significantly lower manufacturing costs. To provide equivalent shielding, these casks have a typical wall thickness of about two feet, versus the one foot wall thickness of metal casks.

The thicker walls and insulating properties of concrete make heat dissipation more of a problem for concrete casks than for metal casks. Two general types of concrete casks are currently marketed: ventilated and unventilated. The ventilated cask design includes an air gap between the inner metal liner and the concrete cask wall. Piping is provided for intake air near the bottom of the cask with an exhaust outlet near the top. The design takes advantage of passive heat convection to draw outside air into the annular air gap in the cask from the intake, and discharge heated air from the exhaust port.

Due to heat buildup, unventilated concrete casks must be smaller and hold less spent fuel than ventilated casks. Typically an unventilated cask is about 9 feet in diameter, 18 feet long and can hold about 25 BWR fuel assemblies (or 9 PWR assemblies). A typical ventilated cask is around 12 feet in diameter, 20 feet long and can hold 50 BWR fuel assemblies. When loaded, an unventilated cask weighs around 90 tons and an ventilated cask weighs around 125 tons.

Similar to the metal casks, concrete casks may be loaded wet, in the spent fuel pool, or dry. Wet loading would require a crane capable of lifting 90 to 125 tons. Dry loading would require additional equipment such as a transfer cask and loading collar. Due to its porous surface, concrete is more difficult to decontaminate than metal and it is likely that dry loading would be preferable for concrete storage casks.

Preparation of the dry cask storage pad and licensing cost would be comparable to the cost of metal storage casks. To store the same amount of spent fuel, concrete dry storage cask costs are in the range of 30% less expensive than metal storage casks.

Two vendors have submitted topical reports to the NRC for their concrete casks. Nuclear Packaging, Inc. has submitted a topical report on the NUPAC CP-9 unventilated concrete cask, and Pacific Sierra Nuclear Associates has submitted a topical report on their PSNA VSC-24 ventilated concrete cask. Additionally, Babcock and Wilcox is offering the CONSTAR cask. The CONSTAR cask is an unventilated cask, but uses heat pipes to conduct heat from the inner metal liner to a finned radiator outside the cask. This improved heat transfer design allows more fuel to be placed in CONSTAR than is typical for unventilated concrete casks.

Concrete casks are used extensively for spent fuel storage in Canada. The DOE is presently funding demonstration projects using concrete dry storage casks for spent fuel in Idaho. No U.S. commercial reactors are presently using concrete dry storage casks, however, Wisconsin Electric Power Company and Consumers Power Company have indicated an intent to use the VSC type cask.

The size and the weight of most concrete dry storage casks make them unfeasible for use at HBPP. As discussed previously, the refueling building crane has a design capacity of 75 ton. The cask loading area in the HBPP spent fuel pool is 10 feet wide and 12.5 feet long. Several concrete dry cask designs have a diameter greater than 10 feet and would not fit in the HBPP cask loading area.

Horizontal Concrete Modules

Several utilities have opted for the dry storage of spent nuclear fuel using horizontal concrete modules. This technology was developed by NUTECH and is marketed under the name NUHOMS. The NUHOMS design has been selected for use at the Robinson, Oconee, Calvert Cliffs, and Brunswick Plants.

With the NUHOMS concept, horizontal concrete modules are constructed on-site to accept canned fuel assemblies. A number of spent fuel assemblies are sealed in a metal canister in the Spent Fuel Pool. Water is drained from the canister, which is then filled with helium as a cover gas. The loaded fuel canister is placed into a shielded transfer cask (when loaded the transfer cask for the NUHOMS-24 system weighs about 100 tons, the transfer cask for the NUHOMS-07 system weighs about 70 tons). The loaded transfer cask is then lifted from the Spent Fuel Pool and placed on a transfer vehicle. The cask is moved to the area where the horizontal modules have been constructed and a ram-type device is used to pull the cannister from the transfer cask into the concrete module. A thick steel door is then installed over the opening into the module. When the DOE is prepared to accept the fuel at a repository or MRS, the fuel cannister may be pushed from the horizontal module into a transportation cask.

Heat from the fuel is dissipated via passive convection using air passing through channels in the concrete modules. Different size modules have been developed for canisters designed to hold 7 PWR fuel assemblies and 24 PWR fuel assemblies. The NUHOMS-07 system requires fuel that has been aged at least five years. The NUHOMS-24 system requires fuel that has been aged at least 10 years.

B

The system being installed at Oconee will hold around 2000 PWR fuel assemblies and is estimated to cost around $40,000,000. Implementation of this type system requires purchasing a transport cask, hydraulic ram, transporter and fuel canning equipment. Additionally there is some cost associated with construction of the concrete modules, security equipment etc.

Modular Concrete Vaults

Modular concrete vaults are used in Britain to hold spent fuel waiting reprocessing. The concept is similar in some regards to a spent fuel pool operation except that the fuel is stored in metal tubes embedded in concrete as opposed to water.

The metal tubes are situated vertically in the concrete and each tube is designed to hold an individual fuel assembly. A shielded fuel handling device is installed on a bridge and trolley system located above the tubes. The fuel handling machine is used to move spent fuel from a cask handling area to the appropriate storage location. After a fuel assembly is placed in one of the metal tubes a shield plug is installed. Piping is provided to each tube, to allow an inert cover gas to be maintained in the filled tube.

Foster-Wheeler Energy Applications has received NRC approval of its topical report on this dry storage concept and is marketing this technology in the U.S. Public Service of Colorado has chosen this technology for use at the Fort St. Vrain High Temperature Gas Cooled Reactor.

# 3. ENVIRONMENTAL/SAFETY ISSUES

In the NRC's recently revised Waste Confidence Decision it was concluded that spent fuel can be safely stored for at least 100 years without significant environmental impact using either wet storage, or wet storage followed by dry storage.

Based on the experience of other U.S. commercial nuclear power plants it appears that dry storage can be implemented with minimal environmental/safety impacts. Based on the experience at other commercial nuclear power plants, and HBPP's own experience, it can be concluded that wet storage of spent fuel results in minimal safety/environmental impacts.

Occupational radiation exposure received during implementation of dry storage at other plants has been small. At the Robinson Plant for example, it has been less than 30 man-rem per year. Off-site radiation exposures are well below regulatory limits, dose rates are typically less than 1 mrad/yr. Contact dose rates at the casks are in the range of 10 to 100 mrem/hr.

There are some positive and some negative aspects associated with each spent fuel storage method. Wet storage requires more active maintenance and there is a possibility of spills or leakage of contaminated water from the spent fuel pool. While there no possibility of contaminated water spills while the fuel is in dry storage there is a risk of fuel damage associated with the movement of the fuel into storage. This risk is small, however, and the likely consequences (e.g., release of Kr-85) are not severe. Spent fuel is less well shielded during dry storage and personnel may be exposed to higher radiation levels than with wet storage.

There does not appear to be any significant improvement in safety or reduction in environmental impact that results from changing from wet storage of spent fuel to dry storage. From an environmental or safety viewpoint there is no clear advantage that favors one storage method over the other.

# 4. ECONOMIC ISSUES

The application to NRC for SAFSTOR envisioned a 30 year period prior to the final decontamination and dismantlement of HBPP Unit 3. The presence of fossil fueled electrical generating units located on the same site greatly minimizes the cost for SAFSTOR. The staff required for operation and maintenance of the fossil fueled units also perform most of the minor custodial duties required during SAFSTOR. There is no pressing economic need for the PG&E to complete the decommissioning of HBPP Unit 3 based on operating and maintenance costs during SAFSTOR. The costs to maintain HBPP Unit 3 in SAFSTOR are estimated to be in the range of $1,000,000 per year.

For purposes of this report no detailed economic analysis was performed for the cost of implementing dry cask storage at HBPP. However, the Nuclear Engineering and Construction Services Department has performed a cost estimate for using dry storage casks at Diablo Canyon Power Plant (DCPP). It was estimated that it would cost approximately $30,000,000 to provide adequate dry storage capacity for the spent fuel generated during five years of operation at DCPP. This figure provides a benchmark that may be used to estimate the cost to implement dry storage at HBPP.

HBPP currently has 390 fuel assemblies stored in the Spent Fuel Pool. The DCPP dry storage cost estimate was for 532 fuel assemblies, and DCPP fuel assemblies are significantly larger than HBPP BWR fuel. Obviously a smaller number of storage casks would be needed to contain HBPP's fuel. Certain fixed costs, however, such as for canning equipment, an on-site shielded transporter, licensing effort, and preparation of the storage area, are independent of the amount of dry storage capacity provided and account for much of the cost in the DCPP estimate.

As a first approximation, $20,000,000 appears to be reasonable estimate for the initial cost to implement dry storage at HBPP.

The operational cost of a dry storage facility would tend to be somewhat less than for a spent fuel pool. The more passive nature of storage and better containment of radioactivity should reduce maintenance, laundry and radioactive waste disposal costs. A security staff would continue to be needed, as would personnel to monitor for radiological hazards. With the advent of SAFSTOR the level of effort required to maintain HBPP Unit 3 has been reduced to the point that no plant staffing reductions would be expected from the implementation of dry storage.

The only potential cost savings resulting from dry storage may be derived from the earlier final decommissioning of HBPP Unit 3. If a dry storage technology was used that precluded further need for the spent fuel pool, PG&E could proceed with the complete decontamination and dismantlement of HBPP Unit 3.

Two factors appear to favor early decommissioning. One is the current availability of disposal options for the waste (radioactive, hazardous and routine solid waste). The other factor is the rapidly escalating cost of waste disposal.

THIS IS NOT REALISTIC. IN 1993 WE WILL MOST LIKELY LOSE THIS OPTION. EXAMPLE IS OUR POND SLUDGE.

Over the past fifteen years there has been a tremendous increase in low-level waste disposal costs. The dramatic increase in burial cost for low-level radioactive waste is also reflected, to a lessor extent, in the cost to dispose of hazardous waste and routine solid waste. The waste disposal costs associated with completing the decommissioning of HBPP Unit 3 represent an increasing financial liability for PG&E. This liability could be removed if HBPP Unit 3 completely decommissioned (i.e., decontaminated and dismantled).

One example of the impact of the low-level waste disposal cost increase is seen in the HBPP *decommissioning cost study performed by Gibbs and* Hill in the early 1980's. This report estimated that radwaste burial cost for the "Delayed Decon" option would be in the range of $2 million. The total cost of SAFSTOR followed by Delayed Decon was estimated to be a around $60 million. The CPUC later authorized the Company to collect $58 million for the future decommissioning of HBPP Unit 3.

Although I agree this conclusion conflicts with our decommissioning cost study recently filed with the CPUC.

Check CPUC filing for A93 general rate case.

Radwaste burial cost are now about 7 times greater than they were in 1981. When the California low-level waste disposal site opens in 1993, burial cost will be about 15 to 20 times greater than they were in 1981. The $2 million estimate for radwaste burial cost during final decommissioning would more likely be more than $30 million if estimated today.

Perhaps more important than cost is the availability of waste disposal facilities. Currently facilities are open that will accept low-level radioactive waste, hazardous waste and solid waste from HBPP. This is not the case everywhere in the nation. For example, low-level waste generators in Michigan cannot ship their radioactive waste to burial facilities.

While PG&E's low-level radioactive waste disposal costs may stabilize somewhat after the California disposal site opens, based on trends over the past few years it appears that the disposal of all types of waste will become increasingly difficult and costly. The future cost savings associated with waste disposal could offset much of the immediate expense of dry cask storage.

If the decision was made to pursue dry cask storage at HBPP a source of funds would be required. To obtain these funds through rates the California Public Utilities Commission would need to be satisfied that these expenses were reasonable and prudent.

Both the implementation of dry storage and completion of the decommissioning of HBPP are major projects that would take several years to complete. For example, Sacramento Municipal Utility District decided to pursue dry cask storage at Rancho Seco in 1990, yet expects it will be 1998 before all fuel is removed from the spent fuel pool.

A plan for final dismantlement of the plant would need to be developed and approved by the NRC before final decommissioning of HBPP could begin.

# 5. 3. REGULATORY ISSUES

Consideration of the implementation of dry cask storage at HBPP involves a number of regulatory issues. These issues have been simplified considerably by a recent NRC rule change. Effective August 17, 1990 (55 FR 29181) spent fuel may be stored on-site at a nuclear power reactor under a general license. In order to qualify for spent fuel storage under this general license, a reactor licensee must:

1) perform a 10 CFR 50.59 evaluation to verify that no unreviewed safety questions or Technical Specification changes are involved,

2) only NRC certified storage casks may be used,

3) the fuel must be stored within the limitations of the cask's Certificate of Conformance,

4) adequate safeguards must be maintained,

5) the NRC must be notified prior to the first use of the cask, and

6) certain records must be maintained.

With this rule change dry cask storage may be implemented without going through the procedure of obtaining a formal license amendment (including the required notifications and opportunity for public hearings). Of course, in certain cases a 50.59 evaluation may identify the need for a license amendment. For example, problems with fuel handling involving heavy loads might be identified during the evaluation and trigger the need for a license amendment.

areas that would fail the 50.59 test.
- Storage location
- accident involving cask
- seismic issues
- RCA boundaries

It should be noted that this rule change is presently only applicable for dry storage of spent fuel in casks and not for Modular Concrete Vaults or Horizontal Concrete Modules (e.g., the NUHOMS design). Site specific variations in factors such as soil or seismic activity resulted in NRC's decision to require license amendments for these type dry storage technologies. The vendor of the NUHOMS design is attempting to overcome these concerns by proposing the use of precast concrete modules.

The dry storage casks that are presently certified by the NRC are: 1) the CASTOR V/21, 2) the MC-10, 3) the NAC S/T, and 4) the NAC C28 S/T (the S/T's are intended to be dual purpose casks).

Conditions in the general license for these casks require that various programs (e.g., emergency plan, quality assurance program, security program, radiation protection program, training program) be reviewed and modified as necessary to maintain their effectiveness. NRC has determined that a nuclear power plant's emergency response plan, that meets the requirements of 10 CFR 50.47, satisfies the requirements for an emergency response plan for dry cask storage.

The general license also requires that a plan be developed for the removal of the spent fuel from the site. Systems and components needed to remove spent fuel, such as spent fuel pool, cannot be decommissioned while spent fuel remains on the plant site.

← this requirement would prohibit dismantlement of much of Nuclear Steam Supply system due to proximity to SFP.

As opposed to dry cask storage, some utilities have considered transshipment of spent fuel from one reactor site to another. A number of obstacles prevent the transshipment of spent fuel from HBPP to DCPP. There would be no apparent gain in sending the HBPP fuel to DCPP for wet storage. DCPP needs the available storage space for the spent fuel it generates. Additionally, the storage racks and fuel handing equipment are not compatible.

Other obstacles prevent the HBPP spent fuel from being sent to DCPP for dry storage. A license change would be required for DCPP to accept this waste. This action likely harm relations with the public and local government officials in the DCPP area. PG&E has never intended to ship HBPP fuel to DCPP and has made commitments that prohibit this action. For example, to obtain pollution control bond money for capital projects at DCPP, PG&E signed a loan agreement that only allows DCPP generated waste to be stored on-site.

# 6. FINDINGS AND CONCLUSIONS

1) When comparing wet storage of spent fuel versus dry storage there is not a clear advantage to either method from a safety or environmental standpoint.

2) The feasibility of dry cask storage includes technical, regulatory and economic considerations. A technology that has been demonstrated previously at a another reactor site, has been previously licensed by NRC (or can be implemented under 10 CFR 50.59), and could be implemented at HBPP without excessive costs would be considered "feasible".

3) Design features at HBPP limit the feasibility of certain dry cask storage technologies. The design capacity of the existing refueling building crane is 75 tons. With few exceptions all of the current dry storage casks, or on-site fuel transfer casks, weigh more than 75 tons when loaded. Also, the HBPP crane is not single failure proof and no cask drop analysis has been performed. Significant expenditures would be required to upgrade or replace the refueling building crane if the decision was made to pursue dry cask storage.

4) The small size of the cask loading area in the HBPP sent fuel pool makes several of the concrete dry storage cask designs infeasible.

5) The cost of implementing dry cask storage at HBPP is estimated to be in the range of $20 million. This expenditure would likely not be considered reasonable and prudent solely based on safety or environmental considerations, or based on reduced operations and maintenance costs.

IS THE $20 MIL LICENSING COST? AND CRANE UPGRADE?

NW

6) Waste disposal cost will likely continue to increase at a rate faster than inflation. If a demonstrated technology for dry storage of spent fuel existed, that allowed the decommissioning of HBPP Unit 3 (including the spent fuel pool) to proceed earlier than planned, future waste disposal cost savings would be used to help justify expenditures for the dry storage of spent fuel.

7) The Rancho Seco Plant plant plans to demonstrate the feasibility of dry cask to cask transfer of spent fuel. With this technology a reactor site, with its spent fuel in dry storage, could be completely decommissioned, including the spent fuel pool.

8) Dry storage of spent fuel at HBPP is presently not feasible, however, available technologies and the results of dry storage demonstration projects (such as the one at Rancho Seco) should continue to be closely monitored. As dry storage technologies are employed at other plants this option will likely become less expensive and problem areas will be better identified. The finding and conclusions in this report should be reevaluated within the next few years.

THIS IS NOT JUST A QUESTION OF RAD WASTE COST. IT IS THE DIFFERENCE BETWEEN THE GROWTH OF THE DECOMM. TRUST FUND AND RAD WASTE COST. IF WE ARE APPROACHING TIME ① THAN NOW IS NOT THE TIME TO DECOM. IF WE THINK IT IS MORE LIKE ② THAN WE MAY WANT TO DECOMM. CRYSTAL BALL TIME



# 7. REFERENCES

1. U.S. Department of Energy, Office of Civilian Radioactive Waste Management, Final Version Dry Cask Storage Study, February 1989.

2. Joint Intervenors and PG&E, Memorandum of Agreement, June 7, 1987.

3. USNRC, Federal Register, Vol. 54, p. 39767, "Waste Confidence Decision Review", 9/28/89.

4. USNRC, Federal Register, Vol. 55, p. 29181, "Storage of Spent Fuel in NRC-Approve Storage Casks at Nuclear Reactor Sites", 7/18/90.

5. James M. Creer & Cesar E. Collantes, "Selected Concrete Spent Fuel Storage Cask Concepts and the DOE/PSN Cooperative Cask Testing Program", Journal of the Institute of Nuclear Materials Management, Vol. XVIII, Number 3, May 1990.

6. Anderson, Rae, Bonifacio; "Effectively Meeting Spent Fuel Storage Needs with a Family of Dry Storage Casks", Waste Management '89, 1989.

7. James M. Creer, "At-Reactor Spent Fuel Storage Expansion Options", USCEA Fuel Cycle 1989 Conference, April 1989.

8. Edison Electric Institute, Spent Fuel Storage Handbook, December 1990.

ATTACHMENT 1

# Typical Metal Dry Storage Cask



# Unventilated Concrete Dry Storage Cask






PHBP0091665

# Ventilated Concrete Dry Storage Cask




S8903026.16

# NUTECH's Generic Horizontal Modular Storage System (NUHOMS)



Greenberg
Traurig

Transmittal Cover Sheet

| | |
|---|---|
| TO | John Ekman |
| Company | Department of Justice |
| Fax Number | B,307-2503 |
| Phone Number | 202-353-0897 |
| FROM | Todd W. Monroe |
| Phone Number | 202-530-8561 |
| File Number | 89676.010100 |
| Comments | |

| | | |
|---|---|---|
| Date | Wednesday, May 24, 2006 6:20:54 PM | |
| No. Pages | Including this cover sheet | 28 |

Please notify us immediately if not received properly at 202-331-3100.

The information contained in this transmission is attorney privileged and confidential. It is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone collect and return the original message to us at the address below via the U.S. Postal Service. We will reimburse you for your postage. Thank you.

800 Connecticut Avenue, NW Suite 500, Washington, D.C. 20006 Tel (202)331-3100 Fax (202)331-3101