**REVISED PRIVILEGE LOG**
Originally produced June 21, 2005
Revised November 10, 2005

Pacific Gas and Electric v. United States
United States Court of Federal Claims

| REF. NO. | BEGNO | ENDNO | DATE | DOCTYPE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 316 | HBP0061709 | HBP0061735 | 2/6/1992 | Letter | Rigney, Peter E | Duke, David L | None | COVER MEMORANDUM FROM COUNSEL (P. RIGNEY) TO CLIENT REGARDING ATTACHED (HBP0061710 - HBP0064735) DRAFT HBPP ISFSI REPORT PREPARED BY DAVID DUKE. CONTAINS MARGINAL NOTES REFLECTING THOUGHTS AND IMPRESSIONS OF COUNSEL | Attorney Client; Work Product |
| 317 | HBP0061736 | HBP0061736 | 10/22/0000 | Notes | Willis, Roy B | Rigney, Peter E | None | HANDWRITTEN CORRESPONDENCE FROM CLIENT TO COUNSEL (P. RIGNEY) REGARDING DRY CASK STORAGE ISSUES INVOLVING REDWOOD ALLIANCE. PREPARED IN ANTICIPATION OF LITIGATION - REGULATORY PROCEEDINGS | Attorney Client |
| 318 | HBP0061872 | HBP0061877 | 5/10/1995 | Report / Plan | Moulia, T. | Willis, Roy | None | DRAFT BRIEFING PAPER PREPARED FOR SUBMITTAL TO PG&E BOARD OF DIRECTORS REGARDING DCPP SPENT FUEL STORAGE. PROVIDED IN ANTICIPATION OF LITIGATION - REGULATORY PROCEEDINGS - NRC. | Attorney Client; Work Product |
| 319 | HBP0061957 | HBP0061958 | 7/22/1997 | Multiple Email | Hill, Tom A | Stock, W.; Rueger, M.; Womack, L. F; Powers, Robert P; Warner, C.; Duke, David L; Mullen, Pat W; Arago, Alec J; Lewis, Jeff X; Torrens, John R; Moulia, T. | Regan, Frank J; Poncelet, Claude | E-MAIL CHAIN CONTAINING COMMUNICATION BETWEEN CLIENT AND COUNSEL (C. WARNER) REGARDING SPENT FUEL LITIGATION. E-MAIL REFLECTS STRATEGY AND LEGAL ADVICE FROM OUTSIDE COUNSEL (SHAW PITTMAN) FOR MEMBERS OF THE NUCLEAR UTILITY JOINT PRIVILEGE GROUP. CONTAINS REQUEST FOR LEGAL REVIEW BY COUNSEL (C. WARNER) | Attorney Client; Work Product |
| 320 | HBP0062125 | HBP0062128 | 12/10/1991 | Agenda / Meeting Minute | Gardner, Jeffrey E | Barrett, Gene E; Blan, Gene A; Budke, Robert L; Chesnut, Steve G; Cossette, Larry L; Duke, David L; Fujimoto, Warren H; Ginter, Wayne A; Greene, Eric M; Locke, R.; Lorenz, Robert W; Nelson, T.; Stock, W.; Rigney, Peter E; Warner, C. | Rueger, M.; Townsend, J D; Beckham, P E | MEETING NOTES REGARDING LEGAL ANALYSIS AND STRATEGY FOR HBPP SPENT FUEL STORAGE STRATEGY. PREPARED IN ANTICIPATION FOR LITIGATION - REGULATORY PROCEEDINGS - NRC | Attorney Client |
| 323 | HBP0062287 | HBP0062296 | | Report / Plan | None | Pacific Gas & Electric Company Board of Directors | None | RECOMMENDATIONS AND LEGAL ANALYSIS PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL FOR SUBMISSION TO THE PG&E BOARD OF DIRECTORS FOR APPROVAL AND ANALYSIS OF PROPOSED REGULATORY FILING WITH CPUC REGARDING DECOMMISSIONING COSTS FOR HBPP | Attorney Client; Work Product |
| 324 | HBP0062309 | HBP0062318 | | Report / Plan | None | PG&E Management Committee | None | RECOMMENDATIONS AND LEGAL ANALYSIS PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL FOR SUBMISSION TO THE PG&E MANAGEMENT COMMITTEE FOR APPROVAL AND ANALYSIS OF PROPOSED REGULATORY FILING WITH CPUC REGARDING DECOMMISSIONING COSTS FOR HBPP | Attorney Client; Work Product |

NOTE: The reference numbers from the 6/21/05 log have been retained. Where documents were released, there will be a gap.

Greenberg Traurig

Todd W. Monroe
Tel. 202-530-8561
Fax 202-261-0174
monroet@gtlaw.com

May 26, 2006

*VIA FACSIMILE AND FIRST CLASS MAIL*

John C. Ekman
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
8th Floor Mailroom– Classification Unit
1100 L Street, N.W.
Washington, D.C. 20530

Re: *Pacific Gas & Electric Company* v. *United States*

Dear Mr. Ekman:

I am writing as follow-up to our telephone conversation yesterday afternoon concerning the 1991 Humboldt Bay report provided to you by facsimile on May 24, 2006 and your May 25 letter regarding the same report. As we discussed, this document is included in PG&E's privilege logs. This report, previously withheld under the attorney-client privilege and the work-product doctrine appears as reference number 316 on both the 6/21/05 and the 11/10/2005 (revised) initial disclosure privilege logs. In addition, the government did not challenge this document in its motion to compel.

If you have any further questions concerning this document, do not hesitate to contact us.

Sincerely yours,

Todd W. Monroe

ALBANY
AMSTERDAM
ATLANTA
BOCA RATON
BOSTON
CHICAGO
DALLAS
DENVER
FORT LAUDERDALE
LOS ANGELES
MIAMI
NEW JERSEY
NEW YORK
ORANGE COUNTY, CA
ORLANDO
PHILADELPHIA
PHOENIX
SILICON VALLEY
TALLAHASSEE
TYSONS CORNER
WASHINGTON, D.C.
WEST PALM BEACH
WILMINGTON
ZURICH



Greenberg Traurig, LLP | Attorneys at Law | 800 Connecticut Avenue, NW | Suite 500 | Washington, D.C. 20006
Tel 202.331.3100 | Fax 202.331.3101
www.gtlaw.com

Greenberg
Traurig

## Transmittal Cover Sheet

From:
Todd Monroe

Tel:
202.530.8561

E-Mail:
MonroeT@gtlaw.com

| To: | Fax No: | Company: | Phone No.: |
|---|---|---|---|
| Mr. John C. Ekman | 202-307-2503 | Department of Justice | |

**File No.:** 89676.010100

**Re:** PG&E

**Date:** May 26, 2006 2:50 PM

**No. Pages:** Including Cover Sheet 2

If you do not receive all pages properly, please call (202) 331-3142.

**Notes:** Please see attached.

Also sent via: ☐ US Mail ☐ Overnight ☐ Messenger ☐ Email ☒ No Other

**U.S. Department of Justice**

Civil Division

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
PDK:DMC:HDL:JCE

(202) 353-0897

*Washington, D.C. 20530*

May 25, 2006

VIA FACSIMILE AND FIRST CLASS MAIL

Jerry Stouck
Greenberg Traurig, LLP
800 Connecticut Avenue, N.W.
Suite 500
Washington, D.C. 20006

Re: *Pacific Gas & Electric Co. v. United States*, Nos. 04-0074C, 04-0075C (Fed. Cl.)

Dear Mr. Stouck:

We are in receipt of your facsimile, received yesterday at 6:22 p.m., transmitting a document dated December 1991, Bates labeled PHBP0091642-667. In our telephone conversation yesterday after the pre-trial conference in this case, you indicated that this document, which had not previously been produced to the Government, had been listed upon plaintiff's privilege log, that you do not believe that the document is privileged, and that you intend to use the document at trial with plaintiff's witness, Lawrence Womack.

Despite our best efforts, we have been unable to locate this document upon plaintiff's privilege logs. Please identify for us today the location of this document upon those logs. To the extent that plaintiff has asserted privilege over documents that are not contained on its privilege log, we would have serious concerns regarding the completeness and accuracy of plaintiff's document production generally, and its privilege logs specifically.

In addition to our request for the location of this document upon plaintiff's privilege log, we would like the following information concerning this document no later than 12:00 p.m. Friday, May 26, 2006. First, we need to know why this document was not produced to the Government during discovery, as it clearly is responsive to our discovery requests. Second, please identify the approximate date upon which you came into possession of this document. Third, because this document was discussed, without citation, in plaintiff's April 10, 2006, pretrial brief, please identify for us the reasons that this document was not produced at that time when you clearly were aware of its alleged relevance to this case and intended to rely upon the document. Fourth, to the extent that this document does not appear upon plaintiff's privilege log, please explain why it was withheld upon privilege grounds, the specific basis for the original

claim of privilege, and why the document was not disclosed upon any of plaintiff's logs. Finally, please identify whether any other documents concerning the issues implicated in this December 1991 document were withheld for privilege or were not otherwise produced to the Government.

Thank you for your expeditious attention to this matter.

Sincerely,

JOHN C. EKMAN
Trial Attorney
Commercial Litigation Branch

*************** -COMM. JOURNAL- ******************* DATE MAY-25-2006 ***** TIME 13:09 ********

MODE = MEMORY TRANSMISSION START=MAY-25 13:04 END=MAY-25 13:09

FILE NO.=402

| STN NO. | COMM. | ABBR NO. | STATION NAME/TEL NO. | PAGES | DURATION |
|---|---|---|---|---|---|
| 001 | OK | ☎ | 93313101 | 003/003 | 00:04:05 |

-US DEPT OF JUSTICE-CLB -

************************************ - - ***** - 202 514 8640- ********

DEPARTMENT OF JUSTICE
QUI PRO DOMINA JUSTITIA SEQUITUR

**IMPORTANT**: This facsimile is intended only for the use of the individual or entity to which it is addressed. It may contain information that is privileged, confidential, or otherwise protected from disclosure under applicable law. If the reader of this transmission is not the intended recipient or the employee or agent responsible for delivering the transmission to the intended recipient, you are hereby notified that any dissemination, distribution, copying or use of this transmission or it's contents is strictly prohibited. If you have received this transmission in error, please notify us by telephoning and return the original transmission to us at the address given below.

**FROM:** Department of Justice
Civil Division
Commercial Litigation
1100 L Street, N.W.
Washington D.C. 20530

Fax No. 202-307-2503
Voice No. 202-353-0897

**SENT BY:** John Ekman

**TO:** Jerry Stouck

**FAX:** 202-331-3101

**NUMBER OF PAGES SENT (INCLUDING COVER PAGE):** 3

**SPECIAL INSTRUCTIONS:**

CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of May, 2006, a copy of foregoing "DEFENDANT'S MOTION TO COMPEL DISCOVERY CONCERNING DOCUMENT PRODUCED BY PLAINTIFF ON MAY 24, 2006" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/John C. Ekman