IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PACIFIC GAS & ELECTRIC COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 04-0074C, into which has been consolidated No. 04-0075C (Judge Hewitt) |

DEFENDANT'S MOTION FOR A PROTECTIVE ORDER OR, IN THE ALTERNATIVE, AN ORDER COMPELLING THE FURTHER DEPOSITION OF MR. DAVID ZABRANSKY AND PLACING MR. ZABRANSKY'S DEPOSITION TESTIMONY UNDER THE PROTECTIVE ORDER AMENDED BY THE COURT ON MAY 25, 2006

Pursuant to the order issued by the Court on May 14, 2006, defendant, the United States, respectfully requests that the Court issue an order precluding the further deposition testimony of Mr. David Zabransky, Contracting Officer, Department of Energy ("DOE"), or, in the alternative, compelling that deposition, limiting it to two hours in length, and directing that distribution of the transcript of Mr. Zabransky's deposition be limited to attorneys for plaintiff, Pacific Gas & Electric Company ("PG&E"), for use in this case only.

Pursuant to the Court's April 27 and May 14, 2006 orders, the Government has produced documents that the Government had previously withheld under a claim of deliberative process privilege. In its May 14, 2006, order, the Court acknowledged the Government's request for an order compelling the further production of documents so that the Government's production of these documents could not be considered to be a waiver of the privilege claims that the Government had asserted in the other spent nuclear fuel ("SNF") cases pending before the Court. Order at 2. The Court also amended the protective order entered in this case to "limit the disclosure and/or use of all documents mentioned in [the May 14, 2006 order] to the attorneys for the plaintiffs <u>in this litigation only</u> . . . ." Order at 2 n.3 (emphasis in the original).

In response to this production, counsel for PG&E has requested that PG&E be allowed to conduct a further two-hour deposition of Mr. David Zabransky. Given the privilege claims that the Government invoked regarding the subject of the documents that the Court ordered produced through its April 25 and May 14, 2006 orders, and in light of the possibility that SNF plaintiffs could attempt to argue in favor of some type of subject matter waiver over these topics, we cannot voluntarily consent to allow Mr. Zabransky to appear for yet another deposition.[1] Nevertheless, we have agreed with counsel for PG&E to make him available for deposition on the afternoon of June 1, 2006, for a two-hour deposition, assuming that the Court compels the deposition. To the extent that the Court compels Mr. Zabransky's attendance at a deposition, we request that the Court enter an order limiting the deposition to testimony about these documents and to a two-hour period. We also request that the Court order that the transcript of Mr. Zabransky's deposition be designated as protected material and subject to the protective order that the Court amended with its May 14, 2006 order, limiting its use and availability to counsel for PG&E only for use by counsel in this case only.

For the foregoing reasons, we respectfully request that to the extent that the Court compels Mr. Zabransky's deposition, the Court limit the further deposition of Mr. Zabransky to testimony about the documents the Government recently has been compelled to produce and to two hours. We further request that the Court direct that the transcript of that deposition be made subject to the protective order, amended by the Court's order dated May 14, 2006.

---

[1/] Mr. Zabransky has sat for 17 days of deposition in the SNF cases, including one day in this case.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/John C. Ekman
JOHN C. EKMAN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, NW
Washington, D.C. 20530
Tel: (202) 353-0897
Fax: (202) 307-2503

Attorneys for Defendant

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

SCOTT DAMELIN
SHARON SNYDER
JOSHUA E. GARDNER
MARIAN E. SULLIVAN
Civil Division
Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530

May 31, 2006

CERTIFICATE OF FILING

I hereby certify that on this 31st day of May, 2006, a copy of foregoing "DEFENDANT'S MOTION FOR A PROTECTIVE ORDER OR, IN THE ALTERNATIVE, AN ORDER COMPELLING THE FURTHER DEPOSITION OF MR. DAVID ZABRANSKY AND TO PLACE MR. ZABRANSKY'S DEPOSITION TESTIMONY UNDER THE PROTECTIVE ORDER AMENDED BY THE COURT ON MAY 25, 2006" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Marian E. Sullivan