IN THE UNITED STATES COURT OF FEDERAL CLAIMS

Filed Electronically on May 31, 2006

| | | |
|---|---|---|
| PACIFIC GAS & ELECTRIC COMPANY, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 04-0074C, into which has been consolidated No. 04-0075C (Judge Hewitt) |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

PG&E'S RESPONSE TO DEFENDANT'S MOTION FOR A PROTECTIVE ORDER

PG&E appreciates the government's willingness to make Mr. Zabransky available for deposition tomorrow to address documents first produced on May 17, and also appreciates the government's request for an order compelling the deposition, which PG&E does not oppose.

PG&E does object to the government's request for a two hour time limit. Counsel for PG&E believes that what he told government counsel is that counsel expected the deposition to last no more than two to two-and-a-half hours, and that is true. Given that expectation, and the press of other pretrial business, there is no need for a strict two hour limit, which counsel for PG&E believes could well cut the deposition unduly short. The government produced more than 250 documents on May 17, and PG&E wants to question Mr. Zabransky about several dozen of those. It could take more than two hours, but likely not much more. If there is to be a Court-imposed limit, PG&E requests five hours, but stands by the expectation that only two to two-and-a-half hours will be needed.

Finally, the government's statement in footnote 1 that Mr.. Zabransky has already sat for a deposition for one day in this case is not quite true. The transcript of that deposition, taken November 1, 2005, records that it commenced at 9:29 a.m. and ended at 1:01 p.m.. PG&E has endeavored not to burden Mr. Zabransky with unnecessary questioning, and will continue to follow that practice.

Dated: May 31, 2006

Respectfully submitted,

s/ Jerry Stouck

Jerry Stouck
Greenberg Traurig, LLP
800 Connecticut Avenue, NW
Suite 500
Washington, DC 20006
(202) 331-3173 Phone
(202) 261-4751 Fax
Counsel for Plaintiff
Pacific Gas & Electric Company

Of Counsel:

Robert L. Shapiro
Greenberg Traurig, LLP