# In the United States Court of Federal Claims

No. 04-74C
(into which has been consolidated No. 04-75C)

(E-Filed: June 1, 2006)

PACIFIC GAS AND ELECTRIC COMPANY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Before the court is Defendant's Motion to Compel Discovery Concerning Document Produced by Plaintiff on May 24, 2006 (Def.'s Mot. or Motion). Defendant describes the circumstances surrounding plaintiff's May 24, 2006 production of a previously withheld report prepared by David L. Duke. See Def.'s Mot. at 1-5. Defendant then requests, "because of the inexplicably late production of this document," id. at 6, that the court issue an order:

> (i) compelling PG&E to produce the cover letter from PG&E's counsel that accompanied the document upon PG&E's privilege log, (ii) compelling PG&E to produce Mr. Duke in Washington, D.C., for a deposition prior to the commencement of trial, and (iii) to the extent that a deposition is not allowed, precluding PG&E from referencing the document or eliciting testimony concerning the reasons for this study, while allowing the Government to use this document with witnesses that, under normal circumstances, may not be percipient witnesses for the purposes of this document,

id. at 7.

The court has agreed to hold a telephonic status conference at 1:30 p.m. E.D.T. on Friday, June 2, 2006 (TSC). Plaintiff shall be prepared to produce to defendant, during or immediately upon the conclusion of the TSC, that certain cover letter described in defendant's Motion on page 6. The parties shall be prepared to discuss, at the TSC, (1) the circumstance that "[Mr. Duke] was never disclosed as a person with knowledge of issues relevant to the case," id. at 5, including without limitation, requests for discovery as to which such disclosure could be viewed as responsive; and (2) whether Mr. Duke's report was listed on plaintiff's exhibit list.

In addition, plaintiff shall be prepared to produce Mr. Duke for deposition, at a time reasonably convenient to defendant after the TSC and prior to the commencement of trial. The parties are invited to contact the court at any time when it appears that the involvement of the court may assist in securing "the just, speedy, and inexpensive determination of [this] action." RCFC 1.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge