IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PACIFIC GAS & ELECTRIC COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-0074C, into which has been |
| | ) | consolidated No. 04-0075C |
| THE UNITED STATES, | ) | (Judge Hewitt) |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S NOTICE OF
ITS COUNTER-DESIGNATIONS OF DEPOSITION TESTIMONY

Pursuant to the Court's order issued May 25, 2006, defendant, the United States, respectfully provides notice of its counter-designations of deposition testimony. The list of the Government's objections to the testimony designated by plaintiff, Pacific Gas & Electric Company, and the Government's counter-designations are listed on Attachment A to this filing.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

SCOTT DAMELIN
SHARON SNYDER
JOSHUA E. GARDNER
MARIAN E. SULLIVAN
Civil Division
Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530

June 1, 2006

s/John C. Ekman
JOHN C. EKMAN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, NW
Washington, D.C. 20530
Tel: (202) 353-0897
Fax: (202) 307-2503

Attorneys for Defendant

# ATTACHMENT A

DEFENDANT'S OBJECTIONS TO
PACIFIC GAS & ELECTRIC'S DESIGNATIONS AND COUNTER-DESIGNATIONS

**GUIDE TO OBJECTIONS**

| **OBJECTION** | **MEANING** |
|---|---|
| | |
| FOUNDATION | QUESTION SEEKS TESTIMONY THAT IS OUTSIDE OF WITNESS' PERSONAL EXPERIENCE OR OUTSIDE THE SCOPE OF EMPLOYMENT OR THE WITNESS' PERSONAL EXPERIENCE HAS NOT BEEN ESTABLISHED |
| LEGAL CONCLUSION | QUESTION CALLS FOR LEGAL CONCLUSION |
| SPECULATION | QUESTION SEEKS INFORMATION EITHER NOT BASED UPON WITNESS' KNOWLEDGE OR EXPERIENCE OR CONCERNS A HYPOTHETICAL |
| BEST EVIDENCE | TESTIMONY CONTAINS EXCERPTS FROM A DOCUMENT OR DISCUSSES A DOCUMENT, THE BEST EVIDENCE OF WHICH IS THE DOCUMENT ITSELF |
| VAGUE | MEANING OF TERMS WITHIN THE QUESTION ARE UNCLEAR |
| RELEVANCE | TESTIMONY IS NOT RELEVANT TO THE ISSUES TO BE DECIDED BY THE COURT |
| HEARSAY | TESTIMONY CONTAINS STATEMENTS MADE BY OTHERS |

**John Arthur**

Objections:

| Testimony | Objections |
|---|---|
| | |
| 82:20-83:9 | Foundation, speculation, vague |
| 84:8-85:16 | Foundation, vague, best evidence |
| 94:4-95:13 | Foundation, speculation, best evidence, vague |
| 102:14-104:7 | Vague, misstates prior testimony |
| 118:12-120:19 | Best evidence, vague |
| 136:5-137:6 | Best evidence, vague, relevance |
| 194:6-20 | Best evidence, vague, relevance, hearsay |
| 196:3-197:17 | Legal conclusion, best evidence, vague, relevance, hearsay |
| 202:21-204:6 | Vague, relevance |
| 228:14-228:28 | Best evidence, vague, relevance |

Counter-designations:

79:4-22
98:5-99:14
116:8-118:11
122:4-123:12
240:3-244:17
251:16-252:4
253:22-254:9
318:5-321:14

**Lake Barrett**

Objections:

| **Testimony** | **Objections** |
|---|---|
| **April 22, 2002** | |
| 52:2-59:11 | Foundation, legal conclusion, speculation, vague |
| 59:4-59:11 (TVA Trial 819:14-20)[1] | Foundation, speculation, vague |
| 116:16-122:6 | Legal conclusion, best evidence, foundation, vague, speculation |
| 149:5-21 | Foundation, best evidence, speculation, vague |
| 195:18-198:10 | Best evidence, foundation, speculation, vague |
| | |
| **April 23, 2002** | |
| 349:8-350:7 (TVA Trial 824:17-826:25) | Best evidence, foundation |
| | |
| **May 8, 2002** | |
| 1050:1-9 | Legal conclusion, foundation |
| | |
| **May 10, 2002** | |
| 1163:10-1166:7 | Legal conclusion, foundation, best evidence, vague |
| 1163:10-1164:5 (TVA Trial 833:20-834:13) | Best evidence, foundation, vague |
| 1164:16-1166:7 (TVA Trial 834:15-835:19) | Legal conclusion, foundation, best evidence |

[1] PG&E has designated "trial" testimony of Mr. Barrett from the trial conducted in Tennessee Valley Authority v. United States, Fed. Cl. No. 01-249C (Lettow, J.) ("TVA"). However, Mr. Barrett did not testify at trial in TVA. These designations in the trial record are the depositions designations that were read into the record. Several of these designations of "trial" testimony overlap with the designations from depositions.

| | |
|---|---|
| 1331:7-1333:16 (TVA Trial 835:21-838:3) | Foundation |
| 1333:4-1334:16 | Foundation, best evidence, vague |
| 1334:6-1335:2 (TVA Trial 838:5-25) | Foundation, best evidence |
| 1368:10-1371:21 | Foundation, best evidence, speculation |
| 1370:13-1371:14 (TVA Trial 843:22-844:23) | Foundation, best evidence, speculation |
| | |
| **May 14, 2002** | |
| 64:6-65:24 | Legal conclusion, vague, speculation |
| 68:3-13 (TVA Trial 850:23-851:8) | Legal conclusion, speculation, vague |
| 71:3-72:18 | Foundation, speculation |
| 120:22-121:10 | Foundation, vague |
| 120:22-121:10 (TVA Trial 852:6-857:19) | Foundation, vague[2] |
| 139:24-141:19 | Relevance |
| 174:7-177:19 | Speculation, vague |
| 178:3-12 | Legal conclusion, vague |
| | |
| **May 15, 2002** | |
| 339:13-340:6 | Vague |
| 395:18-397:10 | Legal conclusion, foundation, speculation |
| 400:9-17 | Legal conclusion, foundation, speculation |

[2] The duplicate testimony excerpted from the TVA trial transcript contains a typographical error on line 857:12. Rather than "which transcended to a level out . . .", the transcript of the deposition reads, "which transiented and leveled out . . .."

Counter-Designations:

**April 22, 2002**

38:14-15
43:13-49:1
65:10-69:19
80:10-81:1
83:7-84:5
116:14-117:18
149:5-150:5
242:16-249:19

**April 23, 2002**

| | |
|---|---|
| 427:14-435:2 | DX 142 |
| 442:19-445:5 | |
| 461:14-465:9 | |

**April 26, 2002**

742:14-743:1

**May 8, 2002**

| | |
|---|---|
| 939:13-940:8 | |
| 953:21-955:14 | |
| 965:18-966:15 | DX 307 |

**May 10, 2002**

| | |
|---|---|
| 1150:3-16 | |
| 1333:4-16 | |
| 1341:6-1342:14 | PX 237 |
| 1346:19-1348:14 | |

**May 14, 2002**

126:1-139:23
141:144:8

**May 15, 2002**

340:7-20

## Alan Brownstein

Objections:

| Testimony | Objections |
|---|---|
| | |
| **May 23, 2002** | |
| 104:18-107:2 | Foundation, compound, vague, incomplete (answer continues to 107:13) |

Counter-Designations:

**April 10, 2002**

289:13-291:13

**April 11, 2002**

564:23-576:2 PX 114

**May 23, 2002**

100:10-101:7
110:14-113:8
140:3-9 PX 167

**June 14, 2002**

253:19-255:10

**Robert Campbell**

Objections:

| **Testimony** | **Objections** |
|---|---|
| | |
| **June 13, 2002** | |
| 9:4-10:20 | Relevance |
| 15:24-18:9 | Foundation |
| 150:12-152:24 | Foundation, speculation |
| 153:15-157:7 | Hearsay, relevance |
| 162:9-163:16 | Legal conclusion, best evidence |
| 165:12-167:8 | Best evidence, foundation, vague, incomplete (answer continues to 167:18) |
| 167:20-168:5 | Foundation, vague |
| 205:18-206:16 | Foundation, speculation |
| | |
| **June 14, 2002** | |
| 396:2-17 | Foundation, speculation |
| 416:10-23 | Foundation, speculation, vague |
| 444:7-445:3 | Legal conclusion, foundation |
| | |
| **January 29, 2003** | |
| 494:3-495:2 | Foundation, speculation, relevance |
| 544:1-545:16 | Relevance |
| 546:13-18 | Foundation, relevance |
| 606:18-610:23 | Foundation, speculation, best evidence, hearsay |
| 615:2-9 | Foundation, speculation, hearsay |

Counter-designations:

**June 13, 2002**

76:11-77:21
80:8-81:1
87:5-88:22
113:17-114:15

**June 14, 2002**

392:12-393:9
396:19-397:9
412:23-413:16

**January 29, 2003**

466:17-21
532:12-533:9
626:23-627:3
632:8-16

**David Huizenga**

Objections:

| Testimony | Objections |
|---|---|
| | |
| **August 10, 2004** | |
| 4514:19-4515:25 | Hearsay |
| 4525:6-4529:12 | Best evidence, foundation, relevance |
| 4535:16-4538:1 | Best evidence, foundation, relevance |
| 4560:23-4564:5 | Best evidence, foundation, relevance |

Counter-designations:

**August 10, 2004**

4370:14-4394:3
4543:3-4556:4 PX 8, 25, 291, 336, 574, 576
4567:11-20

## Susan Klein

Objections:

| Testimony | Objections |
|---|---|
| | |
| **April 24, 2002** | |
| 61:20-62:14 | Foundation (beyond the scope of RCFC 30(b)(6) notice), relevance |
| 172:7-14 | Legal conclusion, foundation (beyond the scope of RCFC 30(b)(6) notice) |
| 196:1-17 | Foundation (beyond the scope of RCFC 30(b)(6) notice) |
| 231:2-22 | Best evidence, relevance |
| 239:13-16 | Relevance |
| 246:14-247:4 | Relevance |
| 247:18-248:5 | Relevance |
| | |
| **April 25, 2002** | |
| 283:16-284:6 | Best evidence, relevance |
| 285:2-286:10 | Best evidence, relevance |
| 291:1-11 | Relevance, vague |
| 291:8-11 (TVA 874:10-13) | Relevance, vague |
| 340:17-342:3 | Relevance |
| 351:6-352:21 | Foundation (beyond the scope of RCFC 30(b)(6) notice), best evidence, relevance |
| 354:1-16 | Foundation (beyond the scope of RCFC 30(b)(6) notice), best evidence, relevance |
| 388:11-389:12 | Legal conclusion, foundation (beyond the scope of RCFC 30(b)(6) notice), best evidence, relevance |

| | |
|---|---|
| 495:21-499:20 | Hearsay |
| 524:17-525:8 | Foundation (beyond the scope of RCFC 30(b)(6) notice), speculation |

Counter-designations:

**April 24, 2002**

57:10-15

**April 25, 2002**

354:17-355:13
435:16-438:22
490:13-492:9

**Ronald A. Milner**

Objections:

| **Testimony** | **Objections** |
|---|---|
| | |
| **May 1, 2002** | |
| 73:10-22 | Foundation, vague, legal conclusion |
| | |
| **May 3, 2002** | |
| 419:1-24 | Foundation |
| | |
| **May 8, 2002** | |
| 266:23-267:4 | Vague |
| 266:23-267:10 (TVA 870:5-17)[3] | Vague |
| | |
| **August 11, 2004** | |
| 4776:16-4750:6 (TVA 865:21-866:8) | Vague, relevance |
| 4776:20-4777:23 | Relevance |

Counter-designations:

**May 1, 2002**

27:23-28:6

[3] Mr. Milner did not testify at the TVA trial. PG&E has designated the portions of that trial transcript in which portions of Mr. Milner's testimony in Yankee Atomic or depositions was read into the record. As noted above, some of these designations are duplicative.

**May 2, 2002**

391:13-392:17

**May 3, 2002**

417:11-418:16
419:1-14
435:16-437:16
454:11-455:22
465:14-25
493:4-496:8

**May 8, 2002**

73:10-24
77:3-20
174:5-175:11

**August 11, 2004**

4792:24-4793:7

**Thomas Pollog**

Objections:

| Testimony | Objections |
|---|---|
| | |
| **April 11, 2002** | |
| 95:16-96:14 (TVA 916:22-918:6) | Foundation, best evidence, relevance |
| | |
| **August 4, 2004** | |
| 4087:20-4089:7 | Foundation, relevance |
| | |
| **March 29, 2005** | |
| 2027:12-18 | Relevance |
| 2031:4-23 | Legal conclusion, best evidence, vague |
| 2037:4-2039:3 | Best evidence |
| 2049:5-15 | Relevance |

Counter-designations:

**April 11, 2002**

64:22-67:13
144:3-145:15
210:24-211:22

**April 12, 2002**

11:18-14:12 DX 90
21:17-24:21
44:24-45:3
49:14-25
91:7-92:18

**Nancy Slater**

Objections:

| **Testimony** | **Objections** |
|---|---|
| | |
| **April 22, 1999** | |
| 289:20-289:23 | Foundation |
| | |
| **June 13, 2002** | |
| 125:9-17 | Foundation, vague |

Counter-designations:

**April 22, 1999**

212:1-215:1 PX 206
225:25-226:24

**June 13, 2002**

114:13-115:12
124:14-125:8

## Victor Trebules

Objections:

| Testimony | Objections |
|---|---|
| | |
| **April 19, 2002** | |
| 4:22-5:14 | Vague, as to the term “economically efficient”, relevance |

Counter-designations:

**April 17, 2002**

16:2-17
42:10-45:17
52:11-54:4
76:17-77:22 DX 90
97:1-103:22
113:18-116:14
122:10-124:18
146:12-148:1
180:7-186:22

**April 18, 2002**

268:4-270:8
272:10-274:14
302:10-306:16
381:5-382:14

125:20-127:13 (Yankee Atomic deposition)

**April 19, 2002**

5:21-8:19 DX 90

**David Zabransky**

Objections:

| Testimony | Objections |
|---|---|
| | |
| **August 5, 2004**[4] | |
| 4204:24-4205:13 | Foundation |
| | |
| **March 28, 2005** | |
| 1805:11-1813:20 | Best evidence, speculation, relevance, vague |
| 1913:26-1914:13 | Vague |
| | |
| **November 1, 2005** | |
| 12:6-20 | Best evidence |
| 21:13-23:8 | Best evidence |
| 129:19-130:9 | Best evidence |
| 132:18-135:10 | Best evidence |

Counter-designations:

**April 17, 2002**

150:4-155:22 DX 114
157:2-158:4
161:1-162:8

[4] PG&E's list indicates that the date of Mr. Zabransky's testimony in Yankee Atomic Electric Co. v. United States, Fed. Cl. No. 98-126C (Merow, S.J.), was August 15, 2004. Mr. Zabransky testified on August 5, 2004.

**April 18, 2002**

293:20-295:5

**April 19, 2002**

639:12-640:22

**June 6, 2002**

229:7-231:20
234:6-235:19
281:15-294:17

**August 5, 2004**

4128:18-4130:13

**November 1, 2005**

130:10-22
135:11-136:12

CERTIFICATE OF FILING

I hereby certify that on this 1st day of June, 2006, a copy of foregoing "DEFENDANT'S NOTICE OF ITS COUNTER-DESIGNATIONS OF DEPOSITION TESTIMONY" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Marian E. Sullivan