IN THE UNITED STATES COURT OF FEDERAL CLAIMS

Filed Electronically on June 2, 2006

| | | |
|---|---|---|
| PACIFIC GAS & ELECTRIC COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-0074C, into which has been |
| | ) | consolidated No. 04-0075C |
| UNITED STATES OF AMERICA, | ) | (Judge Hewitt) |
| | ) | |
| Defendant. | ) | |

PG&E's NOTICE OF FILING OF REVISED TRIAL SCHEDULE

Pursuant to the discussion during the telephone conference with the Court today, PG&E is filing the attached revised trial schedule showing Mr. Warner as the first witness.

Dated: June 2, 2006

Respectfully submitted,

s/ Jerry Stouck

Jerry Stouck
Greenberg Traurig, LLP
800 Connecticut Avenue, NW
Suite 500
Washington, DC 20006
(202) 331-3173 Phone
(202) 261-4751 Fax
Counsel for Plaintiff
Pacific Gas & Electric Company

Of Counsel:

Robert L. Shapiro
Greenberg Traurig, LLP

Pacific Gas and Electric Co. v. The United States (04-74C/04-75C)
Trial Dates: June 5, 2006 - June 9, 2006, June 12, 2006 - June 16, 2006
United States Court of Federal Claims

| Time | Sun. 6/4 | Monday 6/5 | Tuesday 6/6 | Wednesday 6/7 | Thursday 6/8 | Friday 6/9 | Sat 6/10 |
|---|---|---|---|---|---|---|---|
| 9:00 | | PG&E Opening | *Mills Cross* | Stuart Direct | Womack Direct | **Willis Direct** | |
| 9:30 | | **Warner Direct** | *Mills Cross* | Stuart Direct | Womack Direct | Willis Direct | |
| 10:00 | | Warner Direct | *Mills Cross* | Stuart Direct | Womack Direct | Willis Direct | |
| 10:30 | | ***Warner Cross*** | **Bartlett Direct** | Stuart Direct | Womack Direct | Willis Direct | |
| 11:00 | | *Warner Cross* | Bartlett Direct | ***Stuart Cross*** | ***Womack Cross*** | ***Willis Cross*** | |
| 11:30 | | *Warner Cross* | Bartlett Direct | *Stuart Cross* | *Womack Cross* | *Willis Cross* | |
| 12:00 | | **Mills Direct** | Bartlett Direct | *Stuart Cross* | *Womack Cross* | *Willis Cross* | |
| 12:30 | | | | | | | |
| 1:00 | | | | | | | |
| 1:30 | | Mills Direct | Bartlett Direct | **Huizenga Direct** | *Womack Cross* | *Willis Cross* | |
| 2:00 | | Mills Direct | Bartlett Direct | Huizenga Direct | *Womack Cross* | *Willis Cross* | |
| 2:30 | | Mills Direct | ***Bartlett Cross*** | Huizenga Direct | **Stock Direct** | ***Rueger Direct*** | |
| 3:00 | | Mills Direct | *Bartlett Cross* | Huizenga Direct | Stock Direct | *Rueger Direct* | |
| 3:30 | | Mills Direct | *Bartlett Cross* | ***Huizenga Cross*** | ***Stock Cross*** | *Rueger Direct* | |
| 4:00 | | Mills Direct | **Stuart Direct** | *Huizenga Cross* | *Stock Cross* | **Rueger Cross** | |
| 4:30 | | Mills Direct | Stuart Direct | **Womack Direct** | *Stock Cross* | | |
| 5:00 | | ***Mills Cross*** | Stuart Direct | Womack Direct | *Stock Cross* | | |
| 5:30 | | *Mills Cross* | Stuart Direct | Womack Direct | *Stock Cross* | | |
| 6:00 | | | | | | | |

Pacific Gas and Electric Co. v. The United States (04-74C/04-75C)
Trial Dates: June 5, 2006 - June 9, 2006, June 12, 2006 - June 16, 2006
United States Court of Federal Claims

| Time | Sun. 6/11 | Monday 6/12 | Tuesday 6/13 | Wednesday 6/14 | Thursday 6/15 | Friday 6/16 | Sat 6/17 |
|---|---|---|---|---|---|---|---|
| 9:00 | | **Strickland Direct** | Kapus Direct | ***Morgan Direct*** | Milner Cross | *McGrath Direct* | |
| 9:30 | | Strickland Direct | Kapus Direct | *Morgan Direct* | ***Pollog Direct*** | *McGrath Direct* | |
| 10:00 | | Strickland Direct | Kapus Direct | *Morgan Direct* | *Pollog Direct* | **McGrath Cross** | |
| 10:30 | | Strickland Direct | ***Kapus Cross*** | **Morgan Cross** | **Pollog Cross** | McGrath Cross | |
| 11:00 | | ***Strickland Cross*** | *Kapus Cross* | Morgan Cross | Pollog Cross | ***Cluff Direct*** | |
| 11:30 | | *Strickland Cross* | *Kapus Cross* | ***Kouts Direct*** | ***Zabransky Direct*** | *Cluff Direct* | |
| 12:00 | | *Strickland Cross* | *Kapus Cross* | *Kouts Direct* | *Zabransky Direct* | ***Cluff Cross*** | |
| 12:30 | | ***Break*** | ***Break*** | ***Break*** | ***Break*** | ***Break*** | |
| 1:00 | | | | | | | |
| 1:30 | | *Strickland Cross* | *Kapus Cross* | *Kouts Direct* | *Zabransky Direct* | ***Johnson Direct*** | |
| 2:00 | | **Phillips Direct** | **Cornell Direct** | **Kouts Cross** | **Zabransky Cross** | *Johnson Direct* | |
| 2:30 | | Phillips Direct | Cornell Direct | Kouts Cross | Zabransky Cross | *Johnson Direct* | |
| 3:00 | | Phillips Direct | Cornell Direct | Kouts Cross | Zabransky Cross | **Johnson Cross** | |
| 3:30 | | Phillips Direct | ***Cornell Cross*** | Kouts Cross | Zabransky Cross | Johnson Cross | |
| 4:00 | | ***Phillips Cross*** | *Cornell Cross* | ***Milner Direct*** | Zabransky Cross | Johnson Cross | |
| 4:30 | | *Phillips Cross* | *Cornell Cross* | *Milner Direct* | ***McGrath Direct*** | Johnson Cross | |
| 5:00 | | *Phillips Cross* | *Cornell Cross* | *Milner Direct* | *McGrath Direct* | | |
| 5:30 | | **Kapus Direct** | *Govt. Opening* | **Milner Cross** | *McGrath Direct* | | |
| 6:00 | | | | | | | |