IN THE UNITED STATES COURT OF FEDERAL CLAIMS

Filed Electronically on June 4, 2006

| | | |
|---|---|---|
| PACIFIC GAS & ELECTRIC COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | ) | No. 04-0074C, into which has been consolidated No. 04-0075C (Judge Hewitt) |

JOINT NOTICE OF DEPOSITION AND PRIOR TRIAL TESTIMONY DESIGNATIONS AND JOINT NOTICE OF EXHIBITS TO BE ENTERED THROUGH DESIGNATIONS

Pursuant to the Court's Post-Pretrial Order of May 25, 2006 and its Final Pretrial Order of June 4, 2006, PG&E and the Government submit this joint notice of deposition and prior trial testimony designations, together with the parties' joint notice of exhibits to be entered through such designations.

Attached as Appendix A is a table that identifies each deponent, the parties' respective designations and counter designations, the exhibits referenced therein, and any objections. Attached as Appendix B is a table that identifies exhibits referenced in PG&E's designations that PG&E seeks to admit into evidence based upon the testimony of the deponent.

Pursuant to the Court's May 25, 2006 order, the Government has identified the trial exhibits referenced in the deposition testimony that it has designated or counter-designated. These references are listed to the right of the designation. Pursuant to the Court's June 4, 2006 order, the Government notifies the Court that it plans to seek the admission of the following exhibits based upon the deposition testimony of Mr. James D. Shiffer: DX 7, 38, 65, 74, 175,

120, 122, 112 and 153. These exhibits are referenced in the following testimony from Mr. Shiffer's May 25, 2006 deposition: Tr. 30:16-20 (referencing Dep. Exh. 1, marked for trial as DX 007); Tr. 31:20-32:1 (id.); Tr. 81:4-16 (referencing Dep. Exh. 3, marked for trial as DX 038); Tr. 83:11-14 (id.); Tr. 83:21-85:13 (id.); Tr. 86:5-20 (id.); Tr. 87:1-24 (referencing Dep. Exh. 4, marked for trial as DX 065); Tr. 89:22-91:5 (id.); 91:21-92:7 (id.); Tr. 92:11-93:10 (referencing Dep. Exh. 5, marked for trial as DX 074); Tr. 93:15-94:11 (id.); Tr. 95:4-96:10 (id.); Tr. 96:15-24 (id.); Tr. 105:23-106:5 (referencing Dep. Exh. 7, marked for trial as DX 175); Tr. 106:24-108:1 (id.); Tr. 121:19-123:23 (referencing Dep. Exh. 11, marked for trial as DX 120); Tr. 125:1-10 (id.); Tr. 125:17-127:6 (id.); Tr. 128:10-18 (referencing Dep. Exh. 12, marked for trial as DX 122); Tr. 129:2-14 (id.); Tr. 131:2-17 (id.); Tr. 131:21-133:15 (referencing Dep. Exh. 13, marked for trial as DX 112); Tr. 149:1-151:8 (referencing Dep. Exh. 19, marked for trial as DX 153). The Government does not intend to seek the admission of the other exhibits identified within its counter-designations.

Copies of the parties' designated transcript pages are attached at Appendix C. A paper courtesy copy of these designations is being provided to the Court. Each designation in the two binders begins with a pink sheet containing the deponent's name, followed by designated portions of the deponent's transcript in sequential order by date and page number. PG&E's designated portions have a blue cover sheet. The Government's designations have a green cover sheet.

Counsel for PG&E has conferred with counsel for the Government with respect to the form and content of the attached appendices. Counsel for the government has consented to the form and content of this submission.

Dated: June 4, 2006

Respectfully submitted,

s/ Jerry Stouck

JERRY STOUCK
Greenberg Traurig, LLP
800 Connecticut Avenue, NW
Suite 500
Washington, DC 20006
(202) 331-3173 Phone
(202) 261-4751 Fax
*Counsel for Plaintiff*
Pacific Gas & Electric Company

Of Counsel:
Robert L. Shapiro
Greenberg Traurig, LLP

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by facsimile and first-class mail, postage pre-paid, this 4th day of June 2006, upon the following:

John C. Ekman
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Eighth Floor
1100 L Street, N.W.
Washington, DC 20530

s/ Jerry Stouck
JERRY STOUCK
Greenberg Traurig, LLP
800 Connecticut Avenue, NW
Suite 500
Washington, DC 20006
(202) 331-3173 Phone
(202) 261-4751 Fax
*Counsel for Plaintiff*
Pacific Gas & Electric Company

# APPENDIX A

**John Arthur**

| DATE | DESIGNATION | CORRESPONDING EXHIBIT | OBJECTION |
|---|---|---|---|
| **PG&E's Designations** | | | |
| 9/22/05 | 8:20-9:15<br>10:9-11:20<br>82:20-83:9<br>84:8-85:16<br>94:4-95:13<br>102:14-104:7<br>118:12-120:19<br>120:9-120:19<br>136:5-137:6<br>194:6-194:20<br>196:3-197:17<br><br>202:21-204:6<br>228:14-228:22 | <br><br><br><br><br><br><br><br><br><br><br><br><br>PX 370 | Foundation, speculation, vague<br><br>Foundation, speculation, vague<br>Foundation, vague, best evidence<br>Foundation, speculation, best evidence, vague<br>Vague, misstates prior testimony<br>Best evidence, vague<br><br>Best evidence, vague, relevance<br>Best evidence, vague, relevance, hearsay<br>Legal conclusion, best evidence, vague, relevance, hearsay<br>Vague, relevance<br>Best evidence, vague, relevance |
| **Defendant's Counter Designations** | | | |
| 9/22/05 | 79:4-22<br>98:5-99:14<br>116:8-118:11<br>122:4-123:12<br>240:3-244:17<br>251:16-252:4<br>253:22-254:9<br>318:5-321:14 | | |

**Lake Barrett**

| DATE | DESIGNATION | CORRESPONDING EXHIBIT | OBJECTION |
|---|---|---|---|
| **PG&E's Designations** | | | |
| (Maine Yankee) | 10:21-11:8 | | |
| 4/22/02 | 52:2-59:11 | | Foundation, legal conclusion, speculation, vague |
| | | | Foundation, speculation, vague |
| | 116:16-122:6 | PX 68 | Legal conclusion, best evidence, foundation, vague, speculation |
| | 149:5-149:21 | " " | Foundation, best evidence, speculation, vague |
| | 196:20-198:10 | | Best evidence, foundation, speculation, vague |
| 5/8/02 | 1050:1-1050:9 | PX123 | Legal conclusion, foundation |
| 5/10/02 | 1163:10-1166:7 | | Legal conclusion, foundation, best evidence, vague |
| | 1333:4-1334:16 | | Foundation, best evidence, vague |
| | 1368:10-1371:21 | | Foundation, best evidence, speculation |
| 5/14/02 | 64:6-65:24 | | Legal conclusion, vague, speculation |
| | 71:3-72:18 | | Foundation, speculation |
| | 120:22-121:10 | | Foundation, vague |
| | 139:24-141:19 | | Relevance |
| | 174:7-177:19 | | Speculation, vague |
| | 178:3-178:12 | | Legal conclusion, vague |
| 5/15/02 | 339:13-340:6 | | Vague |
| | 395:18-397:10 | | Legal conclusion, foundation, speculation |
| | 400:9-400:17 | | Legal conclusion, foundation, speculation |
| (TVA) | 818:10-818:15 | | |
| 6/24/05 | 819:14-819:20 | | Foundation, speculation, vague |
| | 824:17-826:25 | | Best evidence, foundation |
| | 833:20-838:25 | PX 237 | Best evidence, foundation, vague |
| | | | Legal conclusion, foundation, best evidence |
| | | | Foundation |
| | 843:22-844:23 | | Foundation, best evidence, speculation |
| | 850:23-851:8 | | Legal conclusion, speculation, vague |

| | | | |
|---|---|---|---|
| | 852:6-857:19- | | Foundation, vague[1] |
| **Defendant's Counter Designations** | | | |
| 9/22/05 | 79:4-22<br>98:5-99:14<br>116:8-118:11<br>122:4-123:12<br>240:3-244:17<br>251:16-252:4<br>253:22-254:9<br>318:5-321:14 | | |
| 4/22/02 | 38:14-15<br>43:13-49:1<br>65:10-69:19<br>80:10-81:1<br>83:7-84:5<br>116:14-117:18<br>149:5-150:5<br>242:16-249:19 | | |
| 4/23/02 | 427:14-435:2<br>442:19-445:5<br>461:14-465:9 | DX 142 | |
| 4/26/02 | 742:14-743:1 | | |
| 5/8/02 | 939:13-940:8<br>953:21-955:14<br>965:18-966:15 | <br><br>DX 307 | |
| 5/10/02 | 1150:3-16 | | |

[1] The duplicate testimony excerpted from the TVA trial transcript contains a typographical error on line 857:12. Rather than "which transcended to a level out . . .", the transcript of the deposition reads, "which transiented and leveled out . . .."

| | | | |
|---|---|---|---|
| | 1333:4-16<br>1341:6-1342:14<br>1346:19-1348:14 | PX 237 | |
| 5/14/02 | 126:1-139:23<br>141:144:8 | | |
| 5/15/02 | 340:7-20 | | |

**Alan Brownstein**

| DATE | DESIGNATION | CORRESPONDING EXHIBIT | OBJECTION |
|---|---|---|---|
| **PG&E's Designations** | | | |
| (Maine Yankee) 4/9/02<br>5/23/02 | 9:18-10:14<br>104:18-107:2 | | Foundation, compound, vague, incomplete (answer continues to 107:13) |
| **Defendant's Counter Designations** | | | |
| 4/10/02 | 289:13-291:13 | | |
| 4/11/02 | 564:23-576:2 | PX 114 | |
| 5/23/02 | 100:10-101:7<br>110:14-113:8<br>140:3-9 | PX 167 | |
| 6/14/02 | 253:19-255:10 | | |

**Robert Campbell**

| DATE | DESIGNATION | CORRESPONDING EXHIBIT | OBJECTION |
|---|---|---|---|
| **PG&E's Designations** | | | |
| (Maine Yankee) | 9:14-10:20 | | Relevance |
| 6/13/02 | 150:12-152:24 | PX 323 | Foundation, speculation |
| | 153:15-157:7 | " " | Hearsay, relevance |
| | 162:9-163:16 | " " | Legal conclusion, best evidence |
| | 165:12-167:8 | " " | Best evidence, foundation, vague, incomplete (answer continues to 167:18) |
| 6/13/02 | 167:20-168:5 | " " | Foundation, vague |
| | 205:18-206:16 | PX 7 | Foundation, speculation |
| 6/14/02 | 396:2-396:17 | | Foundation, speculation |
| | 416:10-416:23 | | Foundation, speculation, vague |
| | 444:7-445:3 | PX 231 | Legal conclusion, foundation |
| 1/29/03 | 494:3-495:2 | | Foundation, speculation, relevance |
| | 544:1-545:16 | | Relevance |
| | 546:13-546:18 | | Foundation, relevance |
| | 606:18-610:23 | PX 291 | Foundation, speculation, best evidence, hearsay |
| | 615:2-615:9 | " " | Foundation, speculation, hearsay |
| **Defendant's Counter Designations** | | | |
| 6/13/02 | 76:11-77:21 | | |
| | 80:8-81:1 | | |
| | 87:5-88:22 | | |
| | 113:17-114:15 | | |
| 6/14/02 | 392:12-393:9 | | |
| | 396:19-397:9 | | |
| | 412:23-413:16 | | |
| 1/29/03 | 466:17-21 | | |
| | 532:12-533:9 | | |
| | 626:23-627:3 | | |
| | 632:8-16 | | |

**David Huizenga**

| DATE | DESIGNATION | CORRESPONDING EXHIBIT | OBJECTION |
|---|---|---|---|
| **PG&E's Designations** | | | |
| (Maine Yankee)<br>8/10/04 | 4514:19-4515:25<br>4525:6-4529:12<br>4535:16-4538:1<br>4560:23-4564:5 | PX 25<br>" "<br>PX 23<br>PX 302 | Hearsay<br>Best evidence, foundation, relevance<br>Best evidence, foundation, relevance<br>Best evidence, foundation, relevance |
| **Defendant's Counter Designations** | | | |
| 8/10/04 | 4370:14-4394:3<br>4543:3-4556:4<br>4567:11-20 | <br>PX 8, 25, 291, 336, 574, 576 | |

**Susan Klein**

| DATE | DESIGNATION | CORRESPONDING EXHIBIT | OBJECTION |
|---|---|---|---|
| **PG&E's Designations** | | | |
| (Maine Yankee) | 10: 19-12:15 | | |
| 4/24/02 | 61:20 -62:14 | | Foundation (beyond the scope of RCFC 30(b)(6) notice), relevance |
| 4/24/02 | 172:7-172:14 | | Legal conclusion, foundation (beyond the scope of RCFC 30(b)(6) notice) |
| 4/24/02 | 196:1-196:17 | PX 333 | Foundation (beyond the scope of RCFC 30(b)(6) notice) |
| | 231:2-231:22 | | Best evidence, relevance |
| | 239:13-239:16 | | Relevance |
| | 246:14-247:4 | | Relevance |
| | 247:18-248:5 | | Relevance |
| 4/25/02 | 283:16-284:6 | PX 279 | Best evidence, relevance |
| | 285:2-286:10 | " " | Best evidence, relevance |
| | 291:2-291:11 | PX 348 | Relevance, vague |
| | 340:17-342:3 | | Relevance |
| | 351:6-352:21 | PX 333 | Foundation (beyond the scope of RCFC 30(b)(6) notice), best evidence, relevance |
| | 354:1-354:16 | | Foundation (beyond the scope of RCFC 30(b)(6) notice), best evidence, relevance |
| | 388:11-389:12 | | Legal conclusion, foundation (beyond the scope of RCFC 30(b)(6) notice), best evidence, relevance |
| | 435:13-435:15 | | |
| | 439:1-439:4 | | |
| | 440:14-440:19 | | |
| | 448:3-448:6 | | |
| | 492:10-495:5 | PX 291 | |
| | 495:21-499:20 | " " | Hearsay |
| | 524:17-525:8 | PX 48 | Foundation (beyond the scope of RCFC 30(b)(6) notice), speculation |
| (TVA) | 871:10-872:16 | | |
| 6/24/05 | 874:10-874:13 | | Relevance, vague |

| Defendant's Counter Designations | | | |
|---|---|---|---|
| 4/24/02 | 57:10-15 | | |
| 4/25/02 | 354:17-355:13<br>435:16-438:22<br>490:13-492:9 | | |

**Christopher Kouts**

| DATE | DESIGNATION | CORRESPONDING EXHIBIT | OBJECTION |
|---|---|---|---|
| **PG&E's Designations** | | | |
| | 1579:17-1579:20 | | |

**Ronald A. Milner**

| DATE | DESIGNATION | CORRESPONDING EXHIBIT | OBJECTION |
|---|---|---|---|
| **PG&E's Designations** | | | |
| (Maine Yankee) | 11:23-12:8 | | |
| 5/1/02 | 73:10-73:22 | PX 59 | Foundation, vague, legal conclusion |
| 5/2/02 | 217:8-217:22 | PX 87 | |
| 5/3/02 | 419:1-419:24 | PX 48 | Foundation |
| 5/8/02 | 266:23-267:4 | " " | Vague |
| | 275:4-276:9 | | |
| (Maine Yankee) | 4711:23-4712:3 | | |
| 8/11/04 | 4776:20-4777:23- | | Relevance |
| (TVA) | 863:5-864:3 | PX 81 | |
| 6/24/05 | 865:21-866:8 | | Vague, relevance |
| | 870:5-870:17 | | Vague |
| **Defendant's Counter Designations** | | | |
| 5/1/02 | 27:23-28:6 | | |
| 5/2/02 | 391:13-392:17 | | |
| 5/3/02 | 417:11-418:16 | | |
| | 419:1-14 | | |
| | 435:16-437:16 | | |
| | 454:11-455:22 | | |
| | 465:14-25 | | |
| | 493:4-496:8 | | |
| 5/8/02 | 73:10-24 | | |
| | 77:3-20 | | |
| | 174:5-175:11 | | |
| 8/11/04 | 4792:24-4793:7 | | |

**Thomas Pollog**

| DATE | DESIGNATION | CORRESPONDING EXHIBIT | OBJECTION |
|---|---|---|---|
| **PG&E's Designations** | | | |
| (Maine Yankee)<br>8/4/04 | 3995:12-3997:21<br>4087:20-4089:7 | | <br>Foundation, relevance |
| (TVA) | 908:6-909:24<br>916:22-918:6<br>1365:9-1367:10 | | <br>Foundation, best evidence, relevance |
| (SMUD) | 2027:12-2027:18<br>2031:4-2031:23<br>2037:4-2039:3<br>2049:5-2049:15 | PX 112<br>PX 158 or PX 159<br>" " | Relevance<br>Legal conclusion, best evidence, vague<br>Best evidence<br>Relevance |
| **Defendant's Counter Designations** | | | |
| 4/11/02 | 64:22-67:13<br>144:3-145:15<br>210:24-211:22 | | |
| 4/12/02 | 11:18-14:12<br>21:17-24:21<br>44:24-45:3<br>49:14-25<br>91:7-92:18 | DX 90 | |

**James D. Shiffer**

| DATE | DESIGNATION | CORRESPONDING EXHIBIT | OBJECTION |
|---|---|---|---|
| **Defendant's Designations** | | | |
| 5/25/06 | 12:3-14:13 | | |
| | 16:14-25 | | |
| | 18:3-18 | | |
| | 30:16-20 | DX 7 | |
| | 31:20-32:1 | DX 7 | |
| | 46:12-47:23 | | |
| | 48:14-20 | | |
| | 50:14-52:11 | | |
| | 59:4-10 | | |
| | 61:9-11 | | |
| | 74:9-20 | | |
| | 76:6-13 | | |
| | 81:4-16 | DX 38 | |
| | 83:11-14 | DX 38 | |
| | 83:21-85:13 | DX 38 | |
| | 86:5-20 | DX 38 | |
| | 87:1-24 | DX 65 | |
| | 89:22-91:5 | DX 65 | |
| | 91:21-92:7 | DX 65 | |
| | 92:11-93:10 | DX 74 | |
| | 93:15-94:11 | DX 74 | |
| | 95:4-96:10 | DX 74 | |
| | 96:15-24 | DX 74 | |
| | 105:23-106:5 | DX 175 | |
| | 106:24-108: | DX 175 | |
| | 121:19-123:23 | DX 120 | |
| | 125:1-10 | DX 120 | |
| | 125:17-127:6 | DX 120 | |
| | 128:10-18 | DX 122 | |
| | 129:2-14 | DX 122 | |
| | 131:2-17 | DX 122 | |
| | 131:21-133:15 | DX 112 | |

| | | | |
|---|---|---|---|
| | 137:23-139:13<br>149:1-151:8<br>153:16-19<br>156:7-23 | DX 153 | |
| **Plaintiff's Counter Designations** | | | |
| (PG&E)<br>7/28/05 | 15:18-16:25<br>18:3-18:8<br>19:15-19:18<br>32:2-32:18<br>76:18-77:4<br>85:14-86:1<br>87:25-88:6<br>88:18-89:21<br>91:6-91:20<br>96:25-97:23<br>106:6-106:23<br>108:2-108:12<br>123:24-124:25<br>129:15-131:1 | | |

**Nancy Slater**

| DATE | DESIGNATION | CORRESPONDING EXHIBIT | OBJECTION |
|---|---|---|---|
| **PG&E's Designations** | | | |
| (Maine Yankee)<br>4/22/99<br>6/13/02 | <br>289:20-289:23<br>125:9-125:17 | <br>PX 221 | <br>Foundation<br>Foundation, vague |
| **Defendant's Counter Designations** | | | |
| 4/22/99<br><br><br>6/13/02 | 212:1-215:1<br>225:25-226:24<br><br>114:13-115:12<br>124:14-125:8 | PX 206 | |

**Victor Trebules**

| DATE | DESIGNATION | CORRESPONDING EXHIBIT | OBJECTION |
|---|---|---|---|
| **PG&E's Designations** | | | |
| (Maine Yankee) 4/19/02 | 4:22-5:14 | | Vague, as to the term Aeconomically efficient@, relevance |
| **Defendant's Counter Designations** | | | |
| 4/17/02<br><br><br><br><br><br><br><br><br><br>4/18/02 | 16:2-17<br>42:10-45:17<br>52:11-54:4<br>76:17-77:22<br>97:1-103:22<br>113:18-116:14<br>122:10-124:18<br>146:12-148:1<br>180:7-186:22<br><br>268:4-270:8<br>272:10-274:14<br>302:10-306:16<br>381:5-382:14 | <br><br><br>DX 90 | |

| | | | |
|---|---|---|---|
| 4/19/02 | 125:20-127:13 (Yankee Atomic deposition)<br><br>5:21-8:19 | DX 90 | |

**David Zabransky**

| DATE | DESIGNATION | CORRESPONDING EXHIBIT | OBJECTION |
|---|---|---|---|
| **PG&E's Designations** | | | |
| (PG&E)<br>11/1/05 | 12:6-12:20<br>21:13-23:8<br>27:3-31:5<br>129:19-130:9<br>132:18-135:10 | PX 545<br>" "<br>" "<br>PX 305<br>" " | Best evidence<br>Best evidence<br><br>Best evidence<br>Best evidence |
| (Maine Yankee)<br>8/15/04 | 4118:2-4118:12<br>4204:24-4205:13<br>4206:25-4207:21 | PX 158 or PX 159<br>PX 239<br>" " | <br>Foundation |
| (SMUD) | 1805:11-1813:20<br>1913:26-1914:13 | | Best evidence, speculation, relevance, vague<br>Vague |
| **Defendant's Counter Designations** | | | |
| 4/17/02 | 150:4-155:22<br>157:2-158:4<br>161:1-162:8 | DX 114 | |
| 4/18/02 | 293:20-295:5 | | |
| 4/19/02 | 639:12-640:22 | | |
| 6/6/02 | 229:7-231:20<br>234:6-235:19<br>281:15-294:17 | | |
| 8/5/04 | 4128:18-4130:13 | | |
| 11/1/05 | 130:10-22<br>135:11-136:12 | | |

# APPENDIX B

| PG&E Exhibit | Deponent | Location | Pincite |
|---|---|---|---|
| PX 007 | Robert Campbell | Maine Yankee 6/13/02 | 205:18-206:16 |
| PX 023 | David Huizenga | Maine Yankee 8/10/04 | 4535:16-4538:1 |
| PX 025 | David Huizenga | Maine Yankee 8/10/04 | 4514:19-4515:25 |
| | David Huizenga | Maine Yankee 8/10/04 | 4525:6-4529:12 |
| PX 048 | Susan Klein | Maine Yankee 4/25/02 | 524:17-525:8 |
| | Ronald A. Milner | Maine Yankee 5/3/02 | 419:1-419:24 |
| | Ronald A. Milner | Maine Yankee 5/8/02 | 266:23-267:4 |
| PX 059 | Ronald A. Milner | Maine Yankee 5/1/02 | 73:10-73:22 |
| PX 068 | Lake Barrett | Maine Yankee 4/22/02 | 116:16-122:6 |
| | Lake Barrett | Maine Yankee 4/22/02 | 149:5-149:21 |
| PX 081 | Ronald A. Milner | TVA 6/24/05 | 863:5-864:3 |
| PX 087 | Ronald A. Milner | Maine Yankee 5/2/02 | 217:8-217:22 |
| PX 112 | Thomas Pollog | SMUD | 2027:12-2027:18 |
| PX 123 | Lake Barrett | Maine Yankee 5/8/02 | 1050:1-1050:9 |
| PX 158 or PX 159 | Thomas Pollog | SMUD | 2031:4-2031:23 |
| | Thomas Pollog | SMUD | 2037:4-2039:3 |
| | David Zabransky | Maine Yankee 8/15/04 | 4118:2-4118:12 |
| PX 221 | Nancy Slater | Maine Yankee 4/22/99 | 289:20-289:23 |
| PX 231 | Robert Campbell | Maine Yankee 6/14/02 | 444:7-445:3 |
| PX 237 | Lake Barrett | TVA 6/24/02 | 833:20-838:25 |
| PX 239 | David Zabransky | Maine Yankee 8/15/04 | 4204:24-4205:13 |
| | David Zabransky | Maine Yankee 8/15/04 | 4206:25-4207:21 |
| PX 279 | Susan Klein | Maine Yankee 4/25/02 | 283:16-284:6 |
| | Susan Klein | Maine Yankee 4/25/02 | 285:2-286:10 |

| | | | |
|---|---|---|---|
| PX 291 | Robert Campbell | Maine Yankee 1/29/03 | 606:18-610:23 |
| | Robert Campbell | Maine Yankee 1/29/03 | 615:2-615:9 |
| PX 291 | Susan Klein | Maine Yankee 4/25/02 | 492:10-495:5 |
| | Susan Klein | Maine Yankee 4/25/02 | 495:21-499:20 |
| PX 302 | David Huizenga | Maine Yankee 8/10/04 | 4560:23-4564:5 |
| PX 305 | David Zabransky | PG&E 11/1/05 | 129:19-130:9 |
| | David Zabransky | PG&E 11/1/05 | 132:18-135:10 |
| PX 323 | Robert Campbell | Maine Yankee 6/13/02 | 150:12-152:24 |
| | Robert Campbell | Maine Yankee 6/13/02 | 153:15-157:7 |
| | Robert Campbell | Maine Yankee 6/13/02 | 162:9-163:16 |
| | Robert Campbell | Maine Yankee 6/13/02 | 165:12-167:8 |
| | Robert Campbell | Maine Yankee 6/13/02 | 167:20-168:5 |
| PX 333 | Susan Klein | Maine Yankee 4/24/02 | 196:1-196:17 |
| | Susan Klein | Maine Yankee 4/25/02 | 351:6-352:21 |
| PX 348 | Susan Klein | Maine Yankee 4/25/02 | 291:2-291:11 |
| PX 370 | John Arthur | PG&E 9/22/05 | 228:14-228:22 |
| PX 545 | David Zabransky | PG&E 11/1/05 | 12:6-12:20 |
| | David Zabransky | PG&E 11/1/05 | 21:13-23:8 |
| | David Zabransky | PG&E 11/1/05 | 27:3-31:5 |

# APPENDIX C