# John Arthur

# Plaintiff

00001

1    IN THE UNITED STATES COURT OF FEDERAL CLAIMS

2
     --------------------------------:
3    PACIFIC GAS & ELECTRIC COMPANY,  :
                                      :
4          Plaintiff,        :
                                      :
5    vs.                 : No. 04-074C into
                         : which has been
6    UNITED STATES OF AMERICA,     : consolidated No.
                         : 04-075C
7          Defendant.      :
     --------------------------------:
8
                     Washington, D.C.
9
              Thursday, September 22, 2005
10
     Deposition of:
11

12          W. JOHN ARTHUR, III

13   called for oral examination by counsel for

14   Plaintiff, pursuant to notice, at Greenberg,

15   Traurig, L.L.P., 800 Connecticut Avenue, Northwest,

16   Suite 500, Washington, D.C., before Shari R.

17   Broussard, a Notary Public in and for the District

18   of Columbia, beginning at 9:41 a.m., when were

19   present on behalf of the respective parties:

20

21

22

**ARTHUR, John 9-22-2005**                    **Page 1**

## Capital Reporting Company

Page 6

1    MR. ELAM:  Bobbie Elam, associate,
2  Greenberg, Traurig.
3  BY MR. STOUCK:
4    Q    And I'm Jerry Stouck also from Greenberg,
5  Traurig.
6    Mr. Arthur, good morning.  We met briefly
7  before the deposition started and I want to welcome
8  you to Washington and tell you that we very much
9  appreciate your time today.  I know you're a busy
10 official with the Government and we do appreciate
11 it.
12   A    Thank you.
13   MR. STOUCK:  Also, before we get started
14 I wanted to say to Ms. Herrmann that you sent a
15 letter to me a couple days ago taking some
16 positions about what was or was not fair grounds
17 here and asking for a response if I disagreed.
18   First of all, I was very busy the last
19 couple of days, so I'm sorry I didn't respond
20 before then, but I didn't want to, you know, get
21 into the habit of always responding to those
22 letters.

Page 7

1    We don't agree with the positions that
2  you took, but if we have some disputes about it
3  here today, I'm sure we can find a way to resolve
4  them.  I'm sorry I didn't respond to you, but I
5  just wanted to let you know that the lack of
6  response from me did not indicate agreement
7  necessarily with the contents of the letter.
8    MS. HERRMANN:  Understood, and we can
9  just see what happens.
10 BY MR. STOUCK:
11   Q    Mr. Arthur, have you been deposed before?
12   A    A number of years ago, yes.
13   Q    How long ago?
14   A    It's probably 15 or so.
15   Q    Just once?
16   A    Possibly twice.  As I remember, it was
17 one in two of my previous federal jobs.
18   Q    Did those depositions have anything to do
19 with the spent nuclear fuel program at the
20 Department of Energy?
21   A    No.
22   Q    Have you testified at trial, in court?

Page 8

1    A    No.
2    Q    You've testified, I see, at some Nuclear
3  Waste Technical Review Board hearings; is that
4  correct?
5    A    That's correct, I've testified before
6  that, as well as recently before Congressman Porter
7  at the congressional committee.
8    Q    Is that on one occasion?
9    A    Yes, that's correct.
10   Q    And that's the only time you've testified
11 before Congress?
12   A    I've supported testimony and answered
13 questions but not as a direct witness.
14   Q    In addition to those instances we've just
15 both enumerated, is there any other testimony,
16 sworn testimony that you've given to any body,
17 administrative body, court or Nuclear Regulatory
18 Commission, or any lawyer that you can recall?
19   A    Not that I'm recalling.
20   Q    What is your title again?
21   A    I'm a Deputy Director for Office of
22 Repository Development.

Page 9

1    Q    When were you appointed that position?
2    A    December of -- let's see -- 2002.
3    Q    By whom?
4    A    It's not an appointment.  I'm actually a
5  career federal employee, so I reported to
6  Dr. Margaret Chu, who was the Director of OCRWM.
7    Q    Did she select you for your current
8  position?
9    A    That is correct.
10   Q    You're the head of the Office of
11 Repository Development; is that correct?
12   A    That's correct.
13   Q    How many DOE employees are in that
14 office?
15   A    Approximately 95.
16   Q    And what's the annual budget of the
17 office?
18   A    Our budget --
19   Q    Approximate.
20   A    The total program budget -- of the total
21 program budget we have approximately $450 million.
22   Q    And can you list the principal two or

3 (Pages 6 to 9)

# Plaintiff

## Capital Reporting Company

**Page 10**

1  three contractors that work for your office?

2  A  Principal contractors directly to the

3  Department of Energy are Bechtel SAIC, which is a

4  management and operating contractor, we have Booz

5  Allen Hamilton, which is a technical assistance

6  contractor, and then we additionally have one other

7  firm, Navarro Consulting, which provides quality

8  assurance support.

9  Q  And what are the principal

10  responsibilities of the office?

11  A  Of my DOE office?

12  Q  Yes.

13  A  Principal responsibilities, I'm

14  accountable for, first of all, performance -- head

15  of contracting authority for the Office of Civilian

16  Radioactive Waste Management.  Our office is

17  accountable for development and preparation of a

18  license application for the repository.  We're

19  accountable for License Support Network,

20  development and certification, and then oversight

21  to the contractors that are doing all of our

22  engineering, design and other planning.

**Page 11**

1  Q  Engineering and design for the

2  repository?

3  A  Right, long-term planning, yes.

4  Q  The engineering and design of the

5  repository that your office is responsible for

6  would include both surface and underground

7  facilities or portions of the repository project?

8  A  Correct, everything that's required

9  for -- in support of the license application.

10  Q  That's your office.  What about your

11  personal responsibilities?  What do you do?

12  A  My personal responsibilities, I am the

13  certifying official for the License Support

14  Network, I'm accountable for the management

15  administration of our overall office, as I

16  mentioned earlier, I am the head of contracting

17  authority for the Office of Civilian Radioactive

18  Waste Management, and then I oversee and supervise

19  a number of our senior executives and senior

20  officials.

21  Q  You are familiar with the Department's

22  current plans for design of the repository

**Page 12**

1  facility?

2  A  That is correct.

3  Q  Are you familiar with the history of

4  plans for the repository design, the Department's

5  plans for repository design?

6  A  Not the total history.  More recent

7  during my tenure I'm aware of some of the

8  transitions we made.

9  Q  Which, again, your tenure started when?

10  I'm sorry.

11  A  December of 2002.

12  Q  And with respect to design of the

13  repository facilities, and when I say "design" of

14  the facilities, I'm including both surface and

15  underground, what's the major activity that's

16  happening right now?  What is going on with the

17  repository design, you know, today, this month,

18  this quarter?

19  A  We're continuing to develop our -- mature

20  our design in support of a license application for

21  all of our surface facilities, both the nuclear

22  facilities as well as all the nonnuclear and

**Page 13**

1  support facilities.  We're continuing all of our

2  work to mature the subsurface design, all of the

3  underground aspects, as well as a continuation of

4  development of the prototype for the actual waste

5  package container and its design also.

6  Q  Would you say that the design of the

7  surface facilities is substantially complete?

8  A  No.

9  Q  Would you say that the design of the

10  underground facilities is substantially complete?

11  A  The design of -- first of all, I would

12  say no, it is not substantially complete.  It is

13  more mature, developed further than the actual

14  surface facilities.

15  Q  Okay.

16  A  But none of those are yet nearing any

17  final design aspects.

18  Q  Why -- well, before I come back to why

19  the underground is ahead of surface, on a scale of

20  one to a hundred with respect to the surface

21  facilities where zero is no design, a blank piece

22  of paper on a drawing board, and a hundred is the

**4 (Pages 10 to 13)**

# Defendant

## Capital Reporting Company

```
 1      IN THE UNITED STATES COURT OF FEDERAL CLAIMS

 2

 3   ------------------------------------:
     PACIFIC GAS & ELECTRIC COMPANY,     :

 4              Plaintiff,               :

 5        vs.                            : No. 04-074C into
                                         : which has been
 6   UNITED STATES OF AMERICA,           : consolidated No.
                                         : 04-075C
 7              Defendant.               :
     ------------------------------------:

 8

 9                               Washington, D.C.

10                    Thursday, September 22, 2005

     Deposition of:
11

12              W. JOHN ARTHUR, III

13   called for oral examination by counsel for

14   Plaintiff, pursuant to notice, at Greenberg,

15   Traurig, L.L.P., 800 Connecticut Avenue, Northwest,

16   Suite 500, Washington, D.C., before Shari R.

17   Broussard, a Notary Public in and for the District

18   of Columbia, beginning at 9:41 a.m., when were

19   present on behalf of the respective parties:

20

21

22
```

# Capital Reporting Company

1    Q    The facility is being designed to
2  accommodate the different casks that may be
3  involved; is that correct?
4        MS. HERRMANN:  Objection.  Vague.
5  BY MR. STOUCK:
6    Q    I'm not asking about his testimony.
7  Again, this is just sort of a predicate.  I'm not
8  asking what he said, I'm asking what you think.  I
9  just want to be clear about that.  I'm really not
10 asking you what he said.
11   A    I'm going to answer again.  I think I've
12 tried to answer that before.  In the materials that
13 are received in the repository, and that's what
14 we're covering under the license application,
15 that's my area of responsibility, as received at
16 the repository by train or truck, I'm dealing in
17 these various facilities we can talk about to be
18 able to handle the various spent nuclear fuel, DOE
19 materials, and Naval reactors materials.
20   Q    Commercial spent nuclear fuel in your
21 last answer?
22   A    Correct.

1    Q    Let me just ask a more specific question
2  again without regard to this transcript.
3    A    Uh-huh.
4    Q    Do you understand what a dual-purpose
5  cask is, a dual-purpose container for spent nuclear
6  fuel in a commercial reactor?
7    A    Somewhat.  I've heard the terminology
8  used quite a bit.
9    Q    What is a dual-purpose container?
10   A    As I understand in interpretations I've
11 heard, it means for storage as well as
12 tranaportation.
13   Q    Do you understand the distinction or do
14 you have an understanding -- I'm not asking you to
15 be an expert on this.  Do you have an understanding
16 of the difference, with respect to a dual-purpose
17 container, between a canister and a cask?
18   A    I'm not an expert in that particular
19 area.
20   Q    Do you have any understanding of that
21 difference?
22   A    Define cask.

1    Q    Well, cask, transportation cask or
2  storage cask.  My understanding is that the
3  canister is the internal basket that holds the
4  assembly.
5    A    Right.
6    Q    That's your understanding?
7    A    That's correct.
8    Q    Certainly I realize you're not an expert.
9  And then there could be a storage overpack which
10 would be called a cask --
11   A    Right.
12   Q    -- or a tranaportation --
13   A    Transportation cask.
14   Q    Let's go with that terminology
15 recognizing you're not an expert.
16        Do you know whether the surface
17 facilities at the repository are being designed to
18 accommodate all of the different canisters in use
19 that might come from different commercial nuclear
20 reactors around the country?
21        MS. HERRMANN:  Objection.  Vague.
22        THE WITNESS:  Again, now, within the

1  areas of planning our license application, now
2  that's the area -- basis I'm speaking to you today,
3  on our design supporting that, our current plans
4  are for the materials in canisters and the various
5  fuels received at the repository to have varying
6  facilities to deal with that through a number of
7  three different nuclear facilities I'll talk about.
8  BY MR. STOUCK:
9    Q    So the design objective is to accommodate
10 all of the different canisters that are in use at
11 commercial nuclear reactors; is that correct?
12        MS. HERRMANN:  Objection.  Vague, asked
13 and answered.
14        THE WITNESS:  I'm going to redefine that
15 for the requirements that I have in our OCRWM
16 requirements document, that's the area I'm dealing
17 with in the license application.  I do not deal in
18 standard contracts and other key areas, so I'm
19 talking from as received at the repository.
20 BY MR. STOUCK:
21   Q    And the answer is yes from that
22 perspective?

21 (Pages 78 to 81)

# Capital Reporting Company

**Page 82**

1    MS. HERRMANN: Objection. Vague.

2  BY MR. STOUCK:

3    Q   Do you want to know the question again?

4    A   Right.

5    Q   I'm just asking you about design,

6  repository design. That's your job; is that

7  correct?

8    A   I mean "all" is a very broad term is what

9  I want to make real clear.

10   Q   Excuse me?

11   A   You're using the term "all" a lot and

12  what I'm saying is as I receive it in the

13  repository, we will have the facilities to deal

14  with that, be it normal or off-normal type fuel, so

15  --

16   Q   In canisters?

17   A   In varying types of canisters. But when

18  you say "all," I'm not going to speculate on the

19  definition -- your definition of "all."

20   Q   I really want to find out what you're

21  telling me, which is there might be some kind of

22  canister in use out there that for whatever reason

**Page 83**

1  does not fit within the design parameters of the

2  facility and so you don't want to be here saying

3  all, all, all, but certainly most, and the great

4  majority of canisters in use, the design objectives

5  of the facility are to accommodate the great

6  majority of canisters in use at commercial nuclear

7  reactors; is that correct?

8    MS. HERRMANN: Objection. Vague.

9    THE WITNESS: That is correct.

10 BY MR. STOUCK:

11   Q   As well as bare fuel?

12   MS. HERRMANN: Same objection.

13   THE WITNESS: We will have capabilities

14  that deal with the bare fuel at our facility.

15 BY MR. STOUCK:

16   Q   And I do appreciate, you know, this is a,

17  by its nature, this is a place where we need to be

18  as, you know, careful and precise as possible, so I

19  absolutely encourage that and that's what I want

20  from you.

21       Turn to page 86, please, of this

22  transcript. Mr. Richard Craun is speaking at least

**Page 84**

1  according to the transcript, is that correct, on

2  line four. Do you see that?

3    A   Rick Craun, yes.

4    Q   What is his position, Mr. Arthur?

5    A   Rick is, as I mentioned earlier, is the

6  acting manager in our Office of Project Management

7  & Engineering.

8    Q   And, again, let me ask the question and

9  then you can look at whatever additional portions

10  of this you want. Let me ask the question then. I

11  want to read starting on page nine, "At this point

12  in time the surface facilities are designed, the

13  dry transfer facility specifically has a design

14  feature to allow us to, if received, to cut those

15  canisters open and offload that fuel assembly by

16  assembly." Do you see that?

17   A   I do.

18   Q   Have I read it correctly?

19   A   You've read it correctly.

20   Q   Now, my question for you is, is that true

21  with respect to canisters from commercial

22  utilities?

**Page 85**

1    MS. HERRMANN: Objection. Vague.

2    THE WITNESS: Just let me clarify your

3  question. Can our dry transfer facility have the

4  capability to cut canisters?

5  BY MR. STOUCK:

6    Q   Yeah.

7    A   The basic planning we are implementing

8  now is to have that done in that facility.

9    Q   Canisters generally including Navy, DOE,

10  and commercial canisters; is that correct?

11   A   Currently it's not our plan to cut or

12  remove Navy canisters but other canisters will have

13  that capability as required in a dry transfer

14  facility.

15   Q   Including commercial canisters?

16   A   That capability will be there.

17   Q   Thank you.

18       I appreciate that, but just that raises a

19  question for me at the bottom on page 22 where

20  Mr. -- is it Crown or Craun?

21   A   Craun.

22   Q   -- Craun says, "The canister handling

22 (Pages 82 to 85)

# Plaintiff

Page 94

1   waste -- the title of that is "Waste Forms and
2   Waste Packages."  Do you see that?
3       A   Yes, I do.
4       Q   And in the bottom right it says it's not
5   to scale and in, any event, I certainly assume
6   you're not an expert on these casks either, but is
7   it fair, I mean, to say, you know, picking up on
8   the discussion we had about the transcript, this
9   portrays the various kinds of canisters and other
10  containers and bare fuel that the repository is
11  being designed to accept; is that correct?
12          MS. HERRMANN:  Objection.  Foundation and
13  speculation.
14          THE WITNESS:  In the context it's used
15  here it just shows the various array of containers
16  and casks and canisters that are either currently
17  or plan to be in use.
18  BY MR. STOUCK:
19      Q   And accepted at the repository?  I mean
20  without necessarily pinning you down, I appreciate,
21  you know, maybe there's one here that for some
22  reason won't be, but in general --

Page 95

1       A   In general, that's correct.
2       Q   Including commercial SNF canisters, of
3   course, as the label indicates?
4           MS. HERRMANN:  Same objections.
5           THE WITNESS:  As I mentioned earlier
6   several times, it is our plan to handle, including
7   canisters, as received at the repository.
8   BY MR. STOUCK:
9       Q   Thank you.
10          Including commercial SNF canisters?
11          MS. HERRMANN:  I'm going to say
12  objection, asked and answered and also vague.
13          THE WITNESS:  The answer is yes.
14  BY MR. STOUCK:
15      Q   Thanks a lot.
16          Let's see where I want to go now.  Well,
17  this presentation, according to my associate, is on
18  the OCRWM Web site.  Do you know that?
19      A   I know we have a Web site.  I don't look
20  at it on a regular basis.  I have people that
21  manage that for me.
22      Q   You have no reason to doubt what my

Page 96

1   associate is telling me?
2       A   If you got it there, I trust your
3   judgment.
4       Q   So these kinds of things are publicly
5   available; would you agree with that?
6           MS. HERRMANN:  Objection.  Foundation,
7   speculation.
8           THE WITNESS:  I'm taking your statement
9   that you got that off our Web site.
10  BY MR. STOUCK:
11      Q   Well, I mean do you know?
12      A   Do I --
13      Q   If presentations are made to the Nuclear
14  Waste Technical Review Board, materials like this
15  that we just discussed are typically, maybe there
16  are a few exceptions, but typically available to
17  the public?
18      A   Most all of our presentations in total
19  for this project that are made in public forums are
20  posted on our Web site.  We try to make the public
21  aware of public presentations.
22      Q   Thank you.

Page 97

1           Let's go to a different exhibit.  I'm
2   going to copy Alan at the very beginning and give
3   the wrong impression and take my jacket off, but
4   please do so.  I should have offered you to do it
5   sooner.
6           Do you know, Mr. Arthur, whether as part
7   of the planning for the Yucca Mountain facility and
8   program that's being managed by the people on
9   Exhibit 1 at the senior level, you know, among
10  other people, as part of the planning for the
11  repository and the program, the Department of
12  Energy, OCRWM is doing anything -- I'm just keeping
13  it broad initially to find out if you know -- doing
14  anything to encourage utilities that do put their
15  fuel into canisters, into dry storage canisters, to
16  document the contents of the canisters?  Are you
17  familiar at all with that or do you know whether
18  anything of that nature is going on?
19          MS. HERRMANN:  Objection.
20  BY MR. STOUCK:
21      Q   Even if it's not directly under your --
22  you know, it may be someone else's responsibility,

25 (Pages 94 to 97)

# Defendant

## Capital Reporting Company

**Page 98**

1  but I'm just asking you if you have any
2  understanding of whether that's going on.
3          MS. HERRMANN:  Objection.  Foundation,
4  vague.
5          THE WITNESS:  The understanding I have
6  is, as I said earlier, my responsibility is not in
7  the interface, you know, on waste acceptance and
8  dealing with the standard contract with the
9  utilities.  That occurs under Chris Kouts' office.
10          I do understand that we have various
11  databases on materials that are available and
12  that's about my extent of knowledge on it.
13          Again, mostly, I want to reaffirm, I've
14  said several times today, my dealings come with
15  what we have in the license application and what
16  will be received at the repository.
17  BY MR. STOUCK:
18      Q   Right.  So I just want to understand that
19  a little more.  I know you've said that several
20  times.
21          What you're telling me with respect to
22  the received at the repository part is that you

**Page 99**

1  have no responsibility for what is going to be
2  received at the repository or, for example, the
3  schedule?  I mean that's, you know, it's obvious
4  that's an issue.  You know, who's coming first,
5  who's coming second or any other aspect of how it's
6  going to get there you don't have responsibility
7  for; your job is when it gets there, what are we
8  going to do with it?
9      A   That's correct, and the only additional
10  statement I make on that, we will be required in
11  our license application to document types of
12  materials and do the necessary safety analysis, but
13  I do not deal on that front end of waste
14  acceptance.
15      Q   Right, I understand that and I don't
16  intend to ask you about things that -- well, you
17  know, there's a difference between being
18  responsible for something or having any
19  understanding of it.
20      A   Right.
21      Q   So I guess does the license
22  application -- let me just put it that way, you've

**Page 100**

1  emphasized that as one of the focuses of your
2  attention -- does the license application deal with
3  this question at all of what's inside canisters
4  that may show up at the facility?
5          MS. HERRMANN:  Objection.  Vague.
6          THE WITNESS:  It is true.  I mean our
7  license application, we have to -- we're going to
8  deal with a large number of bare fuel assemblies,
9  so in our safety analysis we have to have various
10  knowledge of the characteristics in order to do the
11  safety analysis and proper facility design.
12  BY MR. STOUCK:
13      Q   Some of these canisters are welded shut,
14  do you know that, what I'm talking about?
15      A   I'm aware of that.
16      Q   Is it your understanding that whatever
17  knowledge OCRWM needs or wants of the content of
18  those sealed canisters, welded canisters, in terms
19  of how many assemblies, characteristics of the
20  assemblies, whatever knowledge OCRWM needs or wants
21  about the content of those sealed canisters is
22  available or will be available to OCRWM through

**Page 101**

1  this database or some database that you referenced
2  before?  Is that a general understanding that you
3  have?
4          MS. HERRMANN:  Objection.  Foundation,
5  speculation.
6          THE WITNESS:  From my particular
7  perspective right now I do have the necessary
8  information I need on the contents of that because
9  we are performing our preclosure safety analysis,
10  so I have the adequate information.  I'm not aware
11  of the particular source where it comes from.
12  BY MR. STOUCK:
13      Q   Okay.  That was my next question.
14          What about internally?  How do you know
15  you have the information you need, just to be
16  clear, about the content of sealed canisters that
17  may be coming into the facility?  You say you have
18  the knowledge you need about that.
19      A   Our preclosure safety analysis, and I
20  don't think I earlier said today what that is.
21      Q   Okay.  That might be helpful.
22      A   That is for the operating life of the

26 (Pages 98 to 101)

# Plaintiff

# Capital Reporting Company

Page 102

1  repository, the safety analysis versus the longer
2  term postclosure, which is the 10,000 year plus
3  time frame.
4       We do right now have adequate information
5  on the source terms, types of materials because we
6  are performing that analysis.  Now, I have experts
7  below me that know exactly what documents it came
8  from, but we are doing our safety analysis,
9  including dealing with a large amount of bare fuel.
10      Q   And canister fuel?
11      A   That material will be received in
12  canisters and that material will be removed, bare
13  fuel will be removed from the canisters.
14      Q   I just want to make sure I understand
15  what you're saying.  I don't know that I do, so I'm
16  not trying to -- I thought you said that you have
17  or your office has the information that you need at
18  present about the characteristics of spent nuclear
19  fuel that may come to the repository in sealed
20  canisters.  Is that what you said to me?
21      A   My answer to you earlier was that we do
22  have adequate information now to document the

Page 103

1  necessary information for our preclosure safety
2  analysis.  To do that I have to have knowledge of
3  characteristics of the various fuel assemblies
4  since we're actually going to be removing them from
5  those canisters and placing them into a waste
6  package.  My technical baseline currently doesn't
7  show disposal of canisters other than our DOE and
8  Navy canisters.
9       Q   And that information that you have enough
10  of for purposes of your postclosure safety
11  analysis, does it or does it not include
12  information about the content of sealed canisters
13  that may come to the repository from commercial
14  utilities?
15      A   It's the same question as earlier.  I
16  haven't changed my answer.  We are doing our
17  analysis, so I have experts below me who can verify
18  the specifics.  But I believe we have adequate
19  information right now because we're going to have
20  to deal with it in a bare fuel capacity.
21      Q   Again, forgive me, you know, lawyers have
22  a way of making distinctions about things and I

Page 104

1  just want to make sure that the answer you just
2  gave me includes information about the content of
3  sealed canisters that may come to the repository
4  from commercial reactors.  Does it?
5       MS. HERRMANN:  I think he's answered the
6  question several times.
7       THE WITNESS:  Yes, it does.
8  BY MR. STOUCK:
9       Q   Thank you.  I appreciate that.
10      But you yourself don't know where that
11  information would come from?
12      A   I don't get into the level of that
13  particular detail.
14      Q   But you do understand, I take it, that I
15  believe it would be kind of a logical implication
16  of that, that somewhere in OCRWM, somewhere in the
17  Department there is information about the content
18  of sealed canisters that may come from commercial
19  reactors; is that correct?
20      MS. HERRMANN:  Objection.  Foundation,
21  speculation.
22      THE WITNESS:  Again, I don't know the

Page 105

1  source of who receives it, where it comes from.  I
2  operate based on requirements that come down from
3  the Level 1 OCRWM requirements document to me.
4  BY MR. STOUCK:
5       Q   But someone has that information; is that
6  correct?
7       MS. HERRMANN:  Same objection.
8       THE WITNESS:  I deal with those
9  requirements that come down to me and that's how we
10  translate it through the contract and our license
11  application.
12  BY MR. STOUCK:
13      Q   Do you know whether or not somewhere in
14  OCRWM, somewhere, I'm not asking where, do you know
15  whether or not somewhere in OCRWM there is
16  information about the content of sealed canisters
17  that may come to the repository from commercial
18  reactors?
19      MS. HERRMANN:  Same objections.
20      THE WITNESS:  I'm just not aware of where
21  it is specifically.  We have a number of databasees
22  and I don't get into that level of detail.

27 (Pages 102 to 105)

# Defendant

# Capital Reporting Company

1  earlier, it would be in our office of either
2  systems analysis or you might go back to the
3  author, to Ronald.  I'm just not engaged in that
4  level of detail today.
5  BY MR. STOUCK:
6      Q    That's fine.  I appreciate it.
7           And, again, just also if you recall, I
8  previously asked you whether you were aware of any
9  efforts that OCRWM was taking to -- please read.  I
10 don't mean to interrupt you.  Let me know when
11 you're ready for another question.
12     A    That's fine.
13     Q    Remember I asked you prior to looking at
14 this document whether you knew whether OCRWM is
15 doing anything today to give guidance to the
16 utilities about how they should document or whether
17 they should document the content, in other words,
18 the characteristics, identity of assemblies that
19 they put inside sealed canisters?  Do you remember
20 that question or those questions?
21     A    Yes, I do.
22     Q    Well, now let me ask you having looked at

1  this, does this refresh any recollection or bring
2  to your mind any awareness at all of similar
3  activity that may be going on today to encourage
4  utilities or ask them to do something with respect
5  to documentation of the content of their dry
6  storage canisters?
7           MS. HERRMANN:  Objection.  Foundation,
8  speculation.
9           THE WITNESS:  And the document you gave
10 me I've read about a page or a paragraph thus far,
11 so having not read the rest, I mean the only area I
12 want to clarify is, as I mentioned earlier today
13 about failed fuel and bare fuel having the right
14 facilities to deal with various areas.
15          Right now we have a keen interest on any
16 failed fuel or damaged fuel to make sure we have
17 the right facilities to deal with that at Yucca
18 Mountain, so we are trying to determine certain
19 information on that.  But how that's being gathered
20 I don't know.  I just want to clarify that.
21 BY MR. STOUCK:
22     Q    With respect to intact fuel, for example,

1  or other waste?
2      A    Right.
3      Q    No, that's good.  I appreciate that and
4  that's actually a good segue into what may be, I
5  hope probably will be but no guarantees, the last
6  exhibit before lunch.  So let's see if we can make
7  that happen.  Let's try to keep this in order.
8           I'm going to show you a document that
9  relates to failed fuel.  So as a predicate to that,
10 Mr. Arthur, can you tell me generally why it is
11 that at the present time there is this interest in
12 failed fuel?
13     A    First of all, our interest right now on
14 the failed fuel has to deal with, and in my
15 definition I mean the failed fuel would be fuel
16 that the cladding is damaged, where also, as we've
17 been made aware over the last year, there could be
18 small pinhole leaks that actually get oxidized
19 under higher temperatures.  And most of the
20 interest there, as I talked about earlier, are in
21 that particular area right now and so that's where
22 we have a lot of interest, because we have recent

1  reports that have been brought to our attention
2  that show at higher temperatures various pinhole
3  leaks get oxidized and that could be issues for us
4  in a hot cell, especially when we're dealing with
5  large volumes of fuel assemblies.  So we're working
6  that right now.  That's one of the areas I talked
7  about our design where we're making some
8  modifications.
9      Q    Can you be more specific about the
10 identity of one or more reports that speak to this
11 issue, you know, who prepared it, dates?
12     A    Couple areas and I have to follow-up on
13 specifics, but these are reports I believe we've
14 made public and in the program.  There was one that
15 was done by our contractor, Bechtel SAIC, back in
16 the March 2005 time frame that actually took some
17 earlier reports -- you need to go over that to get
18 the references on them.
19     Q    Yeah.
20     A    It will give you a chain of documents --
21 that actually showed this to be an issue and so
22 that's what's causing some of the design

30 (Pages 114 to 117)

## Capital Reporting Company

Page 118

1  modifications and evaluations that we're currently

2  doing.

3      Q    Was there any study, you know, subsequent

4  to, you know, additional analysis of the issue or

5  the problem subsequent to the March '05 Bechtel

6  SAIC study?

7      A    There's been a lot of evaluation after

8  that study, I mean internal reviews to make sure

9  that we're knowledgable that our facilities can

10 accommodate the various bare fuel assemblies we're

11 going to have to deal with.

12     Q    Is it true that one of the things that

13 came to light in connection with that study was

14 that there may be pinhole leaks that are present in

15 fuel arriving at the repository that cannot or have

16 not been detected in advance?  Is that one of the

17 issues?

18     A    That is one of the possible issues.  We

19 still don't have the full knowledge of whether

20 that's correct or not, but we're trying to get the

21 necessary information.

22     Q    But the study you referenced suggested

Page 119

1  that may be the case?

2      A    That is correct.

3      Q    And prompted further analysis of the

4  issue?

5      A    That's correct.  And I might add on that

6  that it's a very small amount of the overall.  If

7  you look at our life-cycle projections of the

8  repository, we're talking about 225,000 assemblies

9  that could be handled in bare fuel.  We're talking

10 probably less than 5,000 that could have this

11 particular condition.

12     Q    Assume it turns out to be true, this

13 pinhole leak issue, what kinds of modifications to

14 the facility might then, you know, what are you

15 looking at to sort of deal with it?

16     A    The first of our goal is to know ahead of

17 time versus opening one and having that issue.  So

18 as much knowledge as we have on the front end prior

19 to receipt, that's important to us and we want to

20 be able to deal with that particular fuel, be it

21 4,000 assemblies, 2,000 or 5,000 in what I call an

22 off-normal condition, so we would have a regular

Page 120

1  routine operation that most of those facilities

2  deal with.

3      In these particular areas it may require

4  us to inert with a particular gas like nitrogen the

5  particular hot cell we're actually going to deal

6  with these in order to prevent that oxidation.  So

7  that's why it's very important for us to have that

8  kind of knowledge.

9      Q    Are those design modifications going to

10 be made before the license application is

11 submitted?

12     A    We're currently -- the contractor,

13 Bechtel SAIC, has recently provided a proposal of

14 new information to me.  My staff is currently

15 addressing that.  We have started some efforts to

16 be ready to deal with that particular issue.

17     Q    So your current plan is to try to work

18 this into the license application?

19     A    That is correct.

20     Q    Also in your prior answer, you can look

21 at it if you want, but, you know, modern

22 technology, the reporter here is taking down, as

Page 121

1  you know, everything that's being said and we've

2  got this gizmo that puts it right up on my screen

3  and so I can see what at least she thinks you said.

4  Your answer was "The first of our goal is to know

5  ahead of time versus opening one and having that

6  issue, so as much knowledge as we have on the front

7  end prior to" -- opening one.  I took you to be

8  referring to one of these sealed canisters that

9  I've mentioned; is that right?

10     A    When we open a canister, that's correct,

11 that we want to have as much knowledge on the

12 beginning and the basis I go back with is the good

13 knowledge of what's going on over in Cogema in

14 LaHague, France.  They've dealt with about, and

15 this is referenced in some reports, about a third

16 or 25 percent of what our repository will deal with

17 on their fuel capability.  They have very good

18 knowledge of what that material is if it's damaged

19 and it's handled in a particular manner, so they

20 know when they receive it at LaHague, and we're

21 trying to follow a similar process here, to know

22 ahead of time so we don't open one or remove a fuel

31 (Pages 118 to 121)

# Plaintiff

## Capital Reporting Company

1    modifications and evaluations that we're currently

2    doing.

3    Q    Was there any study, you know, subsequent

4    to, you know, additional analysis of the issue or

5    the problem subsequent to the March '05 Bechtel

6    SAIC study?

7    A    There's been a lot of evaluation after

8    that study, I mean internal reviews to make sure

9    that we're knowledgable that our facilities can

10   accommodate the various bare fuel assemblies we're

11   going to have to deal with.

12   Q    Is it true that one of the things that

13   came to light in connection with that study was

14   that there may be pinhole leaks that are present in

15   fuel arriving at the repository that cannot or have

16   not been detected in advance?  Is that one of the

17   issues?

18   A    That is one of the possible issues.  We

19   still don't have the full knowledge of whether

20   that's correct or not, but we're trying to get the

21   necessary information.

22   Q    But the study you referenced suggested

1    that may be the case?

2    A    That is correct.

3    Q    And prompted further analysis of the

4    issue?

5    A    That's correct.  And I might add on that

6    that it's a very small amount of the overall.  If

7    you look at our life-cycle projections of the

8    repository, we're talking about 225,000 assemblies

9    that could be handled in bare fuel.  We're talking

10   probably less than 5,000 that could have this

11   particular condition.

12   Q    Assume it turns out to be true, this

13   pinhole leak issue, what kinds of modifications to

14   the facility might then, you know, what are you

15   looking at to sort of deal with it?

16   A    The first of our goal is to know ahead of

17   time versus opening one and having that issue.  So

18   as much knowledge as we have on the front end prior

19   to receipt, that's important to us and we want to

20   be able to deal with that particular fuel, be it

21   4,000 assemblies, 2,000 or 5,000 in what I call an

22   off-normal condition, so we would have a regular

1    routine operation that most of those facilities

2    deal with.

3    In these particular areas it may require

4    us to inert with a particular gas like nitrogen the

5    particular hot cell we're actually going to deal

6    with these in order to prevent that oxidation.  So

7    that's why it's very important for us to have that

8    kind of knowledge.

9    Q    Are those design modifications going to

10   be made before the license application is

11   submitted?

12   A    We're currently -- the contractor,

13   Bechtel SAIC, has recently provided a proposal of

14   new information to me.  My staff is currently

15   addressing that.  We have started some efforts to

16   be ready to deal with that particular issue.

17   Q    So your current plan is to try to work

18   this into the license application?

19   A    That is correct.

20   Q    Also in your prior answer, you can look

21   at it if you want, but, you know, modern

22   technology, the reporter here is taking down, as

1    you know, everything that's being said and we've

2    got this gizmo that puts it right up on my screen

3    and so I can see what at least she thinks you said.

4    Your answer was "The first of our goal is to know

5    ahead of time versus opening one and having that

6    issue, so as much knowledge as we have on the front

7    end prior to" -- opening one.  I took you to be

8    referring to one of these sealed canisters that

9    I've mentioned; is that right?

10   A    When we open a canister, that's correct,

11   that we want to have as much knowledge on the

12   beginning and the basis I go back with is the good

13   knowledge of what's going on over in Cogema in

14   LaHague, France.  They've dealt with about, and

15   this is referenced in some reports, about a third

16   or 25 percent of what our repository will deal with

17   on their fuel capability.  They have very good

18   knowledge of what that material is if it's damaged

19   and it's handled in a particular manner, so they

20   know when they receive it at LaHague, and we're

21   trying to follow a similar process here, to know

22   ahead of time so we don't open one or remove a fuel

31 (Pages 118 to 121)

00120

1  routine operation that most of those facilities

2  deal with.

3        In these particular areas it may require

4  us to inert with a particular gas like nitrogen the

5  particular hot cell we're actually going to deal

6  with these in order to prevent that oxidation.  So

7  that's why it's very important for us to have that

8  kind of knowledge.

9     Q   Are those design modifications going to

10  be made before the license application is

11  submitted?

12    A   We're currently -- the contractor,

13  Bechtel SAIC, has recently provided a proposal of

14  new information to me.  My staff is currently

15  addressing that.  We have started some efforts to

16  be ready to deal with that particular issue.

17    Q   So your current plan is to try to work

18  this into the license application?

19    A   That is correct.

20    Q   Also in your prior answer, you can look

21  at it if you want, but, you know, modern

22  technology, the reporter here is taking down, as

**ARTHUR, John 9-22-2005**               **Page 120**

# Defendant

## Capital Reporting Company

Page 122

1   assembly and have an issue in our hot cell. That's
2   why we're trying to apply the necessary safety
3   mitigations.
4       Q    Open one, again, I think that's great and
5   I'm glad you're doing it, but open one meaning open
6   a canister?
7       A    A bare fuel assembly, a canister be
8   opened, that's correct.
9       Q    Either one?
10      A    That's the only way you're going to get
11  the bare fuel, is to open the canister.
12      Q    And so, again, at kind of a high level,
13  is it generally the intent of the current surface
14  design to deal with the fuel, aside from Navy fuel,
15  to deal with commercial and DOE fuel there in some
16  fashion?
17      A    I've answered this earlier. Let me go
18  back and make sure we're clear on this. It's not
19  our intent to open Navy canisters. They come in
20  and are used as is.
21      Q    Okay. Got it.
22      A    The Department of Energy, the high-level

Page 124

1   Radioactive Waste Management by Bechtel SAIC
2   Company, L.L.C. Do you see that?
3       A    Yes, I do.
4       Q    That's what you have?
5       A    Yes.
6       Q    Is this the study that you're referring
7   to?
8       A    It is.
9       Q    I mean assuming it's a complete copy?
10      A    (Nodding.)
11      Q    No tricks in this deposition.
12           This study was authorized by the
13  Department of Energy; is that correct?
14      A    It is correct. I issued what we call a
15  technical direction letter to Bechtel SAIC I
16  believe it was October 29th of 2004 to look at this
17  kind of issue.
18      Q    You yourself did that?
19      A    Yes, I did. I believe I signed it. It's
20  either me or my contracting officer.
21      Q    And it was at your direction?
22      A    Based on I or my staff's evaluation,

Page 123

1   waste, we believe those canisters will be placed in
2   a waste package. For the spent nuclear fuel our
3   current technical basis -- baseline shows it will
4   actually remove that material from the canister and
5   actually place it into the waste package, so
6   because of that is why our knowledge of that -- any
7   damaged fuel is very important.
8       Q    I appreciate that and, again, when you
9   say "spent nuclear fuel" in your last answer, you
10  mean commercial spent nuclear fuel; is that
11  correct?
12      A    That's correct.
13      Q    Let's try one more exhibit.
14           (Arthur Exhibit Number 5
15           was marked for identification.)
16  BY MR. STOUCK:
17      Q    Mr. Arthur, you've been handed what has
18  been marked as Exhibit Number 5 to this deposition.
19  It is an almost three-quarter inch sheet of papers
20  with the title "Commercial Spent Nuclear Fuel
21  Handling in Air Study" dated March 2005, prepared
22  for U.S. Department of Energy, Office of Civilian

Page 125

1   Department of Energy's direction.
2       Q    And is there something or some set of
3   things that prompted your staff and your office and
4   you to believe that this study should be
5   commissioned and undertaken?
6       A    What drove us to issue that letter in
7   October, and I think there's a series of events
8   even before that, was knowledge that in high
9   temperature conditions there were certain evidence
10  out there and information that various pinhole --
11  very small holes through the cladding could create
12  oxidation at high temperature, so that's what drove
13  us to direct Bechtel SAIC to do an evaluation.
14      Q    Do you know how or where or when that
15  information came in? Was this something that came
16  from Cogema, for example, or do you know?
17      A    I'm not aware of the source, but we do
18  have a trail of documents that are available to
19  look at that. It's been underway. I mean this
20  discussion has occurred for a little over a year
21  now.
22      Q    This trail of documents that you just

32 (Pages 122 to 125)

# Plaintiff

## Capital Reporting Company

Page 134

1 stamp on and take the stamp off?

2    A    She does have the authority. She's a

3 derivative classifier for our office, so she has

4 the capability to do that.

5    Q    Does she need any approval from a higher

6 level to do that?

7    A    I'm not aware that she does.

8    Q    So you would expect that she probably did

9 both of these things on her own, maybe she

10 consulted with some people, but she was the one who

11 took this off?

12       MS. HERRMANN:  Objection. Foundation,

13 speculation.

14       THE WITNESS:  Again, that's her signature

15 there, so --

16 BY MR. STOUCK:

17    Q    So yes?

18    A    Yes.

19    Q    Have you read this report?

20    A    I have read it one time. I'm not a

21 technical expert at all on this. I have a list of

22 people who prepared it that are, but I am aware of

Page 135

1 this report.

2    Q    Well, I promise you I won't ask you about

3 a lot of things, but one thing I promise I won't

4 ask you about is the mathematical formulas that are

5 throughout this thing that apparently have

6 something to do with -- I don't know what they have

7 to do with, physics, but I do have some questions

8 for you.

9       You read it and there are people in your

10 organization that if you had a question about

11 something in here, you -- who would you go to? I

12 mean if you really wanted to understand some of the

13 details of this, you know, who would you rely on?

14    A    For the specifics on this report I'd go

15 back actually to my senior staff, Rick Craun or

16 Paul Harrington, or more specifically the

17 individuals that prepared it that are listed on

18 page -- I guess it's not a page number but the

19 signatures on file page there, page three.

20    Q    Right, and those are Bechtel people or

21 are they?

22    A    I'm looking down. You have -- most all

Page 136

1 of them are Bechtel people as I understand except

2 for the D. Equilbec, I'll give you the spelling on,

3 who's with Cogema. He's one of the subcontractors

4 I mentioned earlier.

5    Q    Okay. I think it's obvious to me from

6 this study, but let me just ask, I mean the

7 existence of this study makes clear that some

8 amount of the spent nuclear fuel that arrives at

9 the Yucca Mountain repository will be failed fuel

10 or damaged fuel, as defined in here; is that right?

11    A    That's correct, as listed in the first

12 paragraph of the executive summary.

13    Q    The first paragraph says about 4 percent,

14 something like that. It doesn't say it quite that

15 way, but it says it in a backwards way; is that

16 right?

17       MS. HERRMANN:  Objection to the

18 characterization of the document.

19       THE WITNESS:  Let's clarify what the

20 report says.

21 BY MR. STOUCK:

22    Q    Sure.

Page 137

1    A    It says that 96 percent, again I'm just

2 reading what's written here, it's estimated that

3 96 percent of the commercial fuel assemblies will

4 have intact cladding and should not experience fuel

5 oxidation. The balance of the assemblies would

6 have varying amounts of damage.

7    Q    Okay.

8    A    Which a small percent could have about

9 four-tenths of a percent and that's where I derived

10 the number, as I said earlier, about 4 to 5,000 out

11 of 225,000.

12    Q    And that number, though, those assemblies

13 that you just referred to, are those the ones with

14 the, I'll call them, see if you understand this,

15 the invisible pinhole leaks, the pinhole leaks that

16 can't be detected? Is that that category?

17    A    That's in this report that we're talking

18 about. That small percentage are the ones that

19 potentially have an issue that could cause that

20 oxidation that I discussed earlier.

21    Q    And that issue is kind of the focus or at

22 least one of the principal focuses of this study?

# Plaintiff

## Capital Reporting Company

Page 194

1   is a presidentially-appointed board that advises
2   Secretary of Energy and Congress on the Yucca
3   Mountain project.  So one is more geared at DOE and
4   the other is geared at NRC.
5   BY MR. STOUCK:
6       Q    Back to this Exhibit Number 8, please,
7   just on page 32.  This is not your presentation,
8   but some of this material we've covered to some
9   extent before, although it was a meeting almost two
10  years later I think, so I just want to make sure
11  that we also touch on some of this stuff in the
12  January 2003 time frame.
13       If you look at the table of contents on
14  page three, Mr. Williams, Jeff Williams is giving a
15  part of the program that's titled on the table of
16  contents "Operating the Waste Management System
17  (waste acceptance, packaging, transportation,
18  repackaging, emplacement)."  Do you see that?  Have
19  you looked at that?
20       A    On page 32, uh-huh.
21       Q    Take a look at page three --
22       A    Oh, three.  I'm sorry.

Page 195

1       Q    -- for a second.  I'm going to ask you a
2   question on page 32, but I'm just trying to orient
3   you.
4       A    All right.  I'm with you.
5       Q    It says there the title of Mr. Williams'
6   talk.  Do you see that?
7       A    Yes, I do.
8       Q    I'm sorry for going back and forth.
9           Now, where does Mr. Williams fit in, or
10  where did he at that time, in the organization, if
11  you know?
12       A    It was January 2003 and I know he was
13  working under, you know, Ted Garrish in Washington.
14  I can't recall whether it was -- we can go back to
15  an organizational chart at the time, but he was
16  involved in the waste management aspects that
17  currently are held by Chris Kouts.
18       Q    Thank you.
19          Now let's go back to page 32.  On line 18
20  he's referring to a slide that's apparently part of
21  a presentation that I guess, I imagine, would be
22  part of your package since you have the exhibits.

Page 196

1       Q    Do you see that, "The next slide"?
2       A    Yes, I do.
3       Q    And then there's a reference to the
4   standard contract, but what I'm interested in for
5   now is on line 22.  It says, "There's no other
6   facility that's out there that's planning to pick
7   up failed fuel.  There's no failed fuel repository.
8   We're it."  And that is certainly true today, I
9   mean that's consistent with some of the things
10  we've talked about earlier, right?
11       MS. HERRMANN:  Objection.  Calls for a
12  legal conclusion.
13       THE WITNESS:  Well, I understand the
14  statement.  As I said earlier, our basic intent is
15  to receive and deal with those materials that were
16  received at the repository, so in that context I
17  agree with the statement.
18  BY MR. STOUCK:
19       Q    What about --
20       A    I'm going to clarify something because
21  you started -- let's go back one time.  You started
22  that last question at line 22, "There's no other

Page 197

1   facility"?
2       Q    Yes.
3       A    You know, my point in agreeing with that
4   part of the statement is, you know, as I mentioned
5   in my last response, but I'm not aware of what
6   other facilities are out there that are dealing
7   with failed fuel.  I believe some utilities are
8   probably dealing with that every day, so I'm not
9   going to comment on that first sentence.  But the
10  last one, our goal is to try to receive and deal
11  with those materials that are shipped to Yucca
12  Mountain.
13       Q    And there's certainly no other failed
14  fuel repository for commercial fuel anyway, in
15  terms of the repository, that is consistent with
16  disposal?
17       A    There's only one repository.
18       Q    I don't want to belabor that too much,
19  but there is another question I have for you which
20  sort of sets off -- let me find it.
21          There's a document that has a title
22  something like -- it has requirements in the title.

# Plaintiff

# Capital Reporting Company

**Page 202**

1    said "legal weight equivalent."

2              MR. STOUCK:  Thank you.

3              MS. HERRMANN:  You're welcome.

4    BY MR. STOUCK:

5         Q    That last long sentence that apparently I

6    misread one word of, is that still the planning

7    objective for the repository facility today?

8         A    That's a broad statement and I can't say

9    that word for word that's exactly what our

10   performance objective is for a repository.

11             As we said earlier, multiple-purpose

12   canisters do not exist, so I'm trying to look -- I

13   mean broadly we have acceptance capability as broad

14   as possible and I can't say verbatim that matches

15   up to my current requirements document.  I believe

16   we'll be looking at that a little later.

17        Q    But in general would you agree with the

18   statement that Mr. Williams made here?

19             MS. HERRMANN:  Objection.  Vague.

20   BY MR. STOUCK:

21        Q    I mean, again, I'm not going to come

22   back -- there may be one kind of cask that you

**Page 203**

1    can't quite accommodate, but in general is it a

2    planning objective for the repository facility and

3    repository operations to have flexibility to

4    receive by multiple modes of transportation and to

5    receive any or almost any of the different casks

6    that exist or may be developed from commercial

7    utilities?

8              MS. HERRMANN:  Objection.  Vague.

9              THE WITNESS:  In the broad context it's

10   correct, we want to be flexible in both

11   transportation and receiving.

12   BY MR. STOUCK:

13        Q    Flexible and comprehensive; would you

14   agree with that?

15             MS. HERRMANN:  Objection.  Vague.

16   BY MR. STOUCK:

17        Q    Comprehensive in your ability to receive

18   by different modes of transportation and different

19   types of canisters?

20        A    Right, as long as, again, as it's within

21   the bounds of our license application

22   specifications, that's correct.

**Page 204**

1         Q    But your license application is being

2    designed to provide for this flexibility in terms

3    of transportation mode and comprehensiveness of

4    acceptance of different kinds of canisters,

5    correct?

6         A    That is correct.

7         Q    And one example of that, I mean see if

8    you agree with this, the South Texas Long Fuel --

9    do you know what that is?

10        A    I've heard of it.  I'm not an expert on

11   that particular cask.

12        Q    But apparently, as I understand it,

13   there's something that's a little bit distinctive

14   about the fuel from that one facility.  Is that

15   generally your understanding?

16        A    I'm not specifically aware of that.

17        Q    You're not aware of that?

18        A    Right.

19        Q    I mean what do you think is meant by the

20   inclusion of the South Texas Long Fuel

21   transportation cask?

22        A    We'd have to ask --

**Page 205**

1              MS. HERRMANN:  Objection.  Foundation,

2    speculation.  Go ahead.

3              THE WITNESS:  I'd have to ask Jeff

4    Williams.  He made the statement.  Then, as I say,

5    I go back to the original statement we're trying to

6    build a license application with broad flexibility,

7    but I'm not the one to comment on the South Texas

8    Long Gas.

9    BY MR. STOUCK:

10        Q    That's fine and, again, I would expect,

11   see if you agree with this, that the reason for

12   that is that there's a number of different kinds of

13   canisters out there and the fundamental mission is

14   to, you know, accept spent fuel from all these

15   different commercial facilities?  Is that why

16   you're trying to be broad and as comprehensive as

17   possible in your plan?

18             MS. HERRMANN:  Objection.  Vague.

19             THE WITNESS:  As I mentioned this

20   morning, I mean I'm trying to have flexibility to

21   deal with those materials that are transported to

22   our repository and handle everything in a safe

52 (Pages 202 to 205)

# Plaintiff

# Capital Reporting Company

**Page 226**

1  though other things may have been looked at while
2  you were there, you know, that this dual-purpose
3  canister direct disposal was not a primary planning
4  objective at any time during your tenure?  That's
5  my question.
6      A    I'm not aware that direct disposal of
7  dual-purpose canisters was in our technical
8  baseline during my tenure.
9           Apparently here's a feasibility
10  evaluation.  Again, I'm going to have to sit and
11  read it for a hour to look at all of the
12  conclusions of what happened, but it was not, you
13  know, added to our technical baseline as a result
14  of this feasibility report.
15      Q    Your recollection is it was not added at
16  any time during the course of your tenure as the
17  head of --
18      A    I'm not aware that the license
19  application for either December of '04 that was
20  planned or where we are today includes any disposal
21  of those canisters.
22      Q    Thank you very much for that.  Let's see

**Page 227**

1  if we can continue to move forward.
2           Actually I think I had one question
3  inside this one before I go to my next document,
4  which is if you look at page 12 --
5      MS. HERRMANN:  Of which exhibit?
6  BY MR. STOUCK:
7      Q    Oh, I'm sorry.  This is Exhibit 11, page
8  12.  There's a Section 3.2, "Operational Handling
9  of DPCs."
10     MS. HERRMANN:  We only have up to Exhibit
11  10.
12          THE WITNESS:  You've got to give me
13  another exhibit.
14          (Discussion of the record)
15  BY MR. STOUCK:
16     Q    It's the report entitled "The Potential
17  of Using Commercial Dual-Purpose Canisters for
18  Direct Disposal," we've been talking about, Exhibit
19  10 to this deposition, page 12.
20          The first sentence there under 3.2 -- are
21  you with me?  I'm going to read it into the record.
22  Are you with me, Mr. Arthur?

**Page 228**

1      A    Yes, I am.
2      Q    "The CRWMS Requirements Document, Section
3  3.2.1.E. requires the repository to be able to
4  handle all DPCs," and then there's a reference, do
5  you see that --
6      A    Yes, I do.
7      Q    -- referring to dual-purpose canisters?
8      A    That's correct.
9      Q    Is this the requirements document that we
10  were referring to earlier today?
11     A    Yes, it is, but you did also ask me if it
12  had been revised.  I believe there's been one
13  revision to this since that time.
14     Q    Do you know if the current requirements
15  document requires the repository to be able to
16  handle all dual-purpose canisters?
17     A    I believe that is correct.
18     Q    And so, therefore, for reasons we
19  discussed earlier, that would be something that in
20  the course of preparing the license application you
21  would want to follow through with?
22     A    That's correct.

**Page 229**

1      Q    Let's move on to Exhibit Number 11.
2  Here's Exhibit Number 11.  Unfortunately this is,
3  again, a colossal document and I have one question
4  I think about one page, so --
5          (Arthur Exhibit Number 11
6          was marked for identification.)
7      MR. STOUCK:  I had a request from my
8  esteemed counterpart to include the entire
9  documents as exhibits and I always do whenever
10  Government Counsel asks me to.
11     MR. LO RE:  I didn't say I disagree with
12  the tactic, I just said it's a bad ratio.
13  BY MR. STOUCK:
14     Q    Mr. Arthur, you've been handed what's
15  been labeled Exhibit Number 11 to this deposition.
16  It is a transcript of the Nuclear Waste Technical
17  Review Board meeting or session on January 20,
18  2004.  There's also a title on the front cover that
19  says "Repository Design Update Panel on the
20  Engineered System."  Is that what you have?
21     A    That's correct.
22     Q    And you were present at this meeting,

58 (Pages 226 to 229)

# Defendant

# Capital Reporting Company

**Page 238**

1 the larger facility will, the dry transfer

2 facility.

3    Q    Let's talk about the first facility in

4 terms of capability to handle the bare -- I'm

5 talking only about commercial spent nuclear fuel,

6 bare versus canister, would have equal capability

7 or be able to handle, you know, as in 50/50 or is

8 it contemplated that it would have the capability

9 to handle more canistered fuel or more bare fuel,

10 that first facility?

11    A    It will have the capability to handle

12 both as received and as I push it through the

13 operations. I'm really not at a point today to say

14 how that goes. It's how we receive it at the

15 repository.

16    Q    But overall both canistered and bare

17 would be relatively small?

18    A    That's correct.

19    Q    And that's what you meant by "minimal"

20 here?

21    A    Right.

22    Q    I see. Thank you.

**Page 239**

1         Now let's talk about the same thing about

2 the second facility will handle with respect to

3 commercial spent nuclear fuel, will be able to

4 handle both canistered and bare fuel or the second

5 facility is only a canister handling facility?

6    A    The second facility, I think that's what

7 Mr. Harrington is referring to on line 10, is the

8 canister handling facility, which will be

9 essentially when you bring in a canister and put it

10 right into the waste package or if it's a canister

11 that has to be put out onto the aging pad, it then

12 will be handled, but most of that will be Navy and

13 Department of Energy materials coming through the

14 canister handling facility.

15    Q    That's the second facility?

16    A    That's the second.

17    Q    Canisters that can go directly into a

18 waste package without opening?

19    A    That's correct, or if it had to be

20 actually placed out into an aging, you know,

21 storage pad, capability that can handle about any

22 canister.

**Page 240**

1    Q    Including commercial?

2    A    That's correct.

3    Q    Just going back to the first facility

4 that's contemplated under the current plans, it

5 would, although the overall capacity is relatively

6 small, within whatever capacity that first facility

7 has, it would have the capability to receive

8 canistered commercial spent fuel, open the

9 canisters and deal with it; is that correct?

10    A    It currently has a capability to handle

11 and hold it, but not -- it doesn't have a cutting

12 capability.

13    Q    And how long has that been part of the,

14 you know, design, planning design of the surface

15 facility?

16    A    I don't know the specific time, but I

17 mean the fuel handling facility, as I mentioned a

18 little bit earlier today, is one of the facilities

19 we're right now trying to modify to the old --

20 small amount of failed fuel, so that's where I

21 actually look at the -- we have a hot cell as part

22 of it. That's where actual bare fuel, that

**Page 241**

1 capability will occur. If I mention nitrogen

2 purging had to occur, it will occur in the fuel

3 handling facility. But we don't currently have

4 cutting capabilities in the operation.

5    Q    So the first of these three facilities

6 that would be capable of receiving commercial

7 canistered spent nuclear fuel would be the third

8 one, that's welded, that's welded?

9    A    Welded.

10    Q    Welded canistered commercial spent

11 nuclear fuel?

12    A    Currently I believe that's correct, yes.

13    Q    Approximately how long after the

14 inception of the repository operations would it be

15 between the operation of the time that the first

16 facility in this phased approach starts operating

17 and the time that the third facility starts

18 operating?

19    MS. HERRMANN:    Objection. Speculation.

20    THE WITNESS:    And a lot of that depends

21 on the budgets. Right now most of our priorities

22 are into the first two facilities for design and

61 (Pages 238 to 241)

## Capital Reporting Company

Page 242

1  engineering and, you know, we are going to do a
2  parallel construction and operations as part of our
3  licensing aspects, but our goal would be to get
4  that dry transfer facility on as soon as possible
5  and I -- I don't have any range of dates right now.
6  It depends on what our budget outlays are. It's a
7  very large facility.
8  BY MR. STOUCK:
9      Q    The dry transfer facility is the third
10  facility?
11     A    It's the third current facility planned,
12  nuclear facility. I mean there's going to be other
13  support facilities.
14     Q    Receiving facility, waste receiving
15  facility?
16     A    Right.
17     Q    I mean we're talking about a year, two
18  years, five years, ten years, or just all you can
19  say is it's, you know, as rapidly as we can do it?
20         MS. HERRMANN:  Objection. Speculation.
21  BY MR. STOUCK:
22     Q    Or can you even say that? I mean would

Page 244

1  we were looking at one large facility and then we
2  decided to go with a phased approach. It was in
3  the late '03 or early '04 time frame. That's why
4  in this talk we were talking about a transition
5  essentially.
6      Q    But, again, you can't give me any
7  estimate or characterization of the time period
8  between the opening of the first facility and the
9  third as far as your current planning goes?
10         MS. HERRMANN:  Objection. Speculation,
11  asked and answered.
12         THE WITNESS:  No, but I can tell you that
13  in the license application we will be required to
14  show the various plans for construction, you know,
15  schedules and areas associated with the
16  construction, authorization license and we're still
17  working through that.
18  BY MR. STOUCK:
19     Q    There will be a schedule in the license
20  application for the timing or chronology of
21  construction of all three of these facilities that
22  we've been talking about?

Page 243

1  you agree it would be as soon as we can get it
2  done, trying to get this done?
3      A    I mean our goal is to try to get done as
4  soon as possible, but for constructability the
5  manpower and workforce and the dollars that we know
6  will be realistically available, it's just -- it's
7  going to be highly improbable to be able to
8  construct all three of those at one time, so we're
9  going with a phased approach.
10     Q    Right. That's why you went to the phased
11  approach?
12     A    The phased approach was to build our
13  concept on the first facility learned and move
14  ahead and apply those lessons learned in a later
15  facility but also to do something reasonable from
16  the budget outlays, to have flexibility in the
17  facilities and be able to construct and operate at
18  the same time.
19     Q    And when was this phased approach, you
20  know, sort of implemented?
21     A    It was early '04, and that was a
22  transition I was talking about earlier. One time

Page 245

1      A    Based on our licensing approach we're
2  required to have on out-year construction schedule
3  to show the regulator what our current plans will
4  be for construction and that's what we're currently
5  looking at right now.
6      Q    And an out-year construction schedule,
7  just to make clear, that would be something, if I
8  looked at it, there would be some dates on there,
9  at least target dates for when the first facility
10  opens, when the second facility opens, and when the
11  third facility opens?
12     A    There will be plan dates when the license
13  application goes in, that's correct.
14     Q    So the current draft of the license
15  application has, whatever the current thinking is
16  for what those dates should be I guess, there's
17  some draft somewhere that has that chronology in
18  there?
19     A    That's primarily one of the last sections
20  we're actually developing. I mean we're actually
21  right now trying to work through this fuel in air
22  issue to make any modifications. We're still doing

62 (Pages 242 to 245)