# Defendant

Page 1

1        IN THE UNITED STATES COURT OF FEDERAL CLAIMS

2     ---------------------------------------X

YANKEE ATOMIC ELECTRIC

3     COMPANY, CONNECTICUT

YANKEE ATOMIC POWER

4     COMPANY, MAINE YANKEE

ATOMIC POWER COMPANY,

5

              Plaintiffs,                    CASE NO.

6        vs.                                  98-126C

                                             98-154C

7     UNITED STATES OF AMERICA,     98-474C

8

              Defendant.

9     ---------------------------------------X

10                      Washington, D.C.

11                      Thursday, June 13, 2002

12            Deposition of ROBERT ALLEN CAMPBELL

13    a witness, called for examination by counsel for

14    Plaintiffs in the above-entitled matter, pursuant

15    to notice, the witness being duly sworn, taken at

16    the offices of Spriggs & Hollingsworth, 1350 I

17    Street, N.W., Suite 1010, Washington, D.C, at 9:32

18    a.m, on Thursday, June 13, 2002, and the

19    proceedings being taken down by Stenotype by CINDY

20    L. SEBO, and transcribed under her direction.

21

22

23

24

25

Robert L. Campbell                                                June 13, 2002
Washington, D.C.

**Page 74**

1    Q   And you said one of the things that was
2  identified was there was potentially some
3  efficiencies for nuclear utility activated metal,
4  for RW handling it, because they're already dealing
5  with the utilities who generate the activated
6  metal; is that correct?
7    A   Yes.
8    Q   Now, who raised the potential
9  efficiencies -- was that you or Ms. Rudzinski -- in
10  your discussion?
11    A   I believe it was me.
12    Q   And did you identify any other reasons
13  why or other -- well, let me back up.
14        What was your reaction to Ms. Rudzinski
15  when she was telling you that there's -- that DOE
16  was thinking of transferring the GTCC
17  responsibilities to OCRWM?  What was your reaction
18  to that?
19        MS. HERRMANN: Objection, vague.
20        THE WITNESS: I -- well, I mean, I was
21  not surprised, looking at the top-to-bottom review,
22  but I -- I guess I have mixed reactions.
23        I think that while it was possible that
24  the activated metal piece might be handled well by
25  RW, I think that the other pieces fall too far

**Page 75**

1  outside what they would normally deal with and that
2  it makes more sense to have -- have most of it all
3  in one organization.
4        But then as with my idea of how you're
5  going to organize and carry out a task, there are
6  various ways of doing it that would make -- make it
7  work.  So, you know, I have mixed -- mixed feelings
8  as to whether that would -- that would be doable
9  and would work.
10  BY MR. SKALABAN:
11    Q   And what are some of the ideas that you
12  just referred to on how -- how to make it work, the
13  transfer of responsibility to RW for the GTCC
14  different sources?  What are your ideas or concepts
15  for how that would work?
16        MS. HERRMANN: Objection, speculation.
17        MR. SKALABAN: I'm asking his ideas or
18  concepts.
19        MS. HERRMANN: Objection, speculation,
20  relevance.
21        THE WITNESS: Until DOE decides on the
22  disposal mechanisms, there's an inherent assumption
23  with RW handling activated metal that it would go
24  to the disposal site that they're also responsible
25  for.

**Page 76**

1        Whether that's been -- you know, that's
2  the assumption I read into that, is that then
3  you're assuming that that would go to the spent
4  nuclear fuel and high-level waste repository.  That
5  decision has not been made.  Therefore,
6  transferring that piece or the other pieces of the
7  Greater-Than-Class C to that organization I think
8  are premature until the decisions on disposal are
9  made.
10  BY MR. SKALABAN:
11    Q   What is the current status of the
12  decision on how to dispose of nuclear utility
13  activated metal GTCC?
14        MS. HERRMANN: Objection, foundation.
15  Mr. Campbell is not a 30(b)(6) witness.
16        THE WITNESS: The -- there's not a formal
17  decision-making process in place right now.  So the
18  status is I do not believe that anyone is actively
19  pursuing that decision.
20  BY MR. SKALABAN:
21    Q   So we were -- one question ago we were
22  talking about your concepts or ideas for how to
23  make it work, the transfer of responsibility to
24  OCRWM.
25        Would one of the ways to make it work be

**Page 77**

1  to declare the high-level waste spent fuel
2  repository as the disposal site for the nuclear
3  utility activated metal and then transfer that
4  responsibility to RW?
5        MS. HERRMANN: Objection, speculation,
6  relevance.
7        THE WITNESS: I believe that the
8  Department of Energy needs to do an Environmental
9  Impact Statement under the National Environmental
10  Policy Act, because the decision on where to
11  dispose of Greater-Than-Class C would be a major --
12  in my opinion, would be a major Federal action.
13  They need to analyze the options, let the public
14  review it, and make a decision.
15        Once a decision is made about where you
16  would dispose of all Greater-Than-Class C waste or
17  break it up into pieces and dispose of it in
18  different places, then, at that point, I believe
19  you would have enough information to then choose
20  the appropriate organizations to carry out and
21  implement those decisions.
22  BY MR. SKALABAN:
23    Q   When you were talking to Ms. Rudzinski,
24  did you express to her whether you thought it was a
25  good idea to transfer responsibility for nuclear

20 (Pages 74 to 77)

# Defendant

Robert L. Campbell                                                                 June 13, 2002
Washington, D.C.

Page 78

1  utility activated metal to RW?
2      MS. HERRMANN: Objection, speculation,
3  relevance.
4      THE WITNESS: Yes.
5  BY MR. SKALABAN:
6      Q  Okay. And what did you tell her?
7      MS. HERRMANN: Same objections.
8      THE WITNESS: Again, you had asked me a
9  similar question a while back. I had a mixed
10  reaction to it.
11      There are parts of it that I thought made
12  sense, parts of it I think make some assumptions
13  that aren't going to necessarily bear out, so --
14  BY MR. SKALABAN:
15      Q  What do you mean by some assumptions that
16  might not bear out?
17      A  The assumption that nuclear utility
18  activated metal would go to the spent fuel
19  high-level waste repository.
20      Q  So what did you say to Ms. Rudzinski?
21  Can you summarize for me what you communicated to
22  her on the issue of whether nuclear utility
23  activated metal should go to RW?
24      A  The topic of the conversation was not
25  whether I thought it should go to RW or not. It

Page 79

1  was that it was being discussed by management, and
2  I communicated to her the issues of it presupposes
3  a disposal decision and that it is basically
4  working with the same customer base that they
5  already work with. So there are positives and
6  negatives.
7      Q  So I guess, in your view, presupposing a
8  disposal decision would be a negative, and the same
9  customer base and potential efficiencies, that
10  would be a positive; is that a fair statement?
11      A  Yes.
12      MS. HERRMANN: Objection, compound.
13      THE WITNESS: Yes. Yes.
14  BY MR. SKALABAN:
15      Q  How about the availability of a disposal
16  site, was that discussed with Ms. Rudzinski?
17      And when I say availability of disposal
18  site, just so we're clear, I mean availability of a
19  disposal site for nuclear activated metal. Was
20  that discussed?
21      A  Yes.
22      Q  And what did you say about that?
23      A  There is no disposal site for
24  Greater-Than-Class C available.
25      Q  Let me be a little more specific in my

Page 80

1  question. Was it discussed that there is a
2  disposal site being developed that is capable of
3  handling GTCC waste?
4      MS. HERRMANN: Objection. It assumes
5  facts not in evidence.
6      THE WITNESS: No, it was not discussed.
7  BY MR. SKALABAN:
8      Q  Okay. Let me ask this -- let me try to
9  ask a better question. Do you agree that the Yucca
10  Mountain repository is a disposal site that is
11  being developed that can be used for
12  Greater-Than-Class C waste if the decision is made
13  to put it there?
14      MS. HERRMANN: Objection, speculation,
15  calls for legal conclusion. Go ahead.
16      THE WITNESS: The limiting factor for --
17  if that disposal site is developed and becomes
18  operational, part of that process is applying for a
19  license from the Nuclear Regulatory Commission.
20  That will dictate what can and cannot go into the
21  facility.
22      So my opinion now of whether I think
23  Greater-Than-Class C could go there is just a
24  guess, because I don't know what the license is
25  going to say. I don't know what exactly we're

Page 81

1  going to apply for, so I don't know.
2  BY MR. SKALABAN:
3      Q  Well, let me ask you this: Do you know
4  of any technical obstacles that would prevent GTCC
5  waste from going into the repository being
6  developed at Yucca Mountain?
7      MS. HERRMANN: Objection, calls for
8  speculation.
9      THE WITNESS: Yes.
10  BY MR. SKALABAN:
11      Q  Okay. And what are those technical
12  obstacles?
13      A  One would be that some Greater-Than-Class
14  C waste are in sealed sources in the form of
15  neutron-generating sealed sources. If you're going
16  to put a lot of spent fuel in a -- in a single
17  location, you don't want to introduce things that
18  generate neutrons into that same environment for
19  criticality concerns.
20      So that is one problem right there. Most
21  of the sealed sources we deal with are neutron
22  generators. There may be others. That's one I can
23  think of off the top of my head.
24      Q  And putting aside the criticality
25  concerns that arise from neutron-generating sealed

21 (Pages 78 to 81)

# Defendant

Robert L. Campbell

Washington, D.C.

June 13, 2002

Page 86

1    MS. HERRMANN: Objection, relevance.
2    THE WITNESS: I don't remember. I
3 believe that I suggested that to her. I don't know
4 if I was the -- the originator of that idea or not,
5 but I know we discussed it.
6    She was fairly new to the organization
7 when a lot of these issues were involved, and I
8 ended up briefing her on a lot of this. So I may
9 have been the source of that information for the
10 first time she heard it.
11 BY MR. SKALABAN:
12    Q   What was her reaction to that --
13    MS. HERRMANN: Objection, relevance.
14 BY MR. SKALABAN:
15    Q   -- the possibility of sending the nuclear
16 utility activated metal to RW while maintaining the
17 sealed source and other GTCC waste forms either in
18 EM or somewhere else?
19    MS. HERRMANN: Objection, relevance,
20 vague.
21    THE WITNESS: I think she thought that
22 that was a reasonable option to put forward for a
23 decision being made.
24 BY MR. SKALABAN:
25    Q   Do you think that's a reasonable option

Page 87

1 for a decision to be made?
2    MS. HERRMANN: Objection. Objection,
3 relevance.
4 BY MR. SKALABAN:
5    Q   Let me ask a better question. Do you
6 think that's a reasonable option for handling the
7 GTCC waste issues?
8    MS. HERRMANN: Same objection.
9    THE WITNESS: I -- I -- I will go back to
10 the previous answer. I think that the Department
11 of Energy needs to do an Environmental Impact
12 Statement and decide what it's going to do and then
13 figure out who is going to carry those things out.
14    The problem with assigning anything
15 that -- to RW in terms of not having made a formal
16 decision is you're presupposing a decision which
17 I've been told is -- is something you shouldn't do
18 with NEPA, decide what you're going to do and then
19 do the NEPA. You're supposed to do the NEPA first
20 and then decide.
21    So I think that's the problem with that
22 particular -- particularly with RW, because it --
23 because it introduces a lot of assumptions that
24 people would make, given the narrow scope of what
25 they do.

Page 88

1 BY MR. SKALABAN:
2    Q   Is there an element of a catch-22 here?
3 On one hand, you don't know whether the licensing
4 is going to -- could include GTCC waste for the
5 repository; but on the other hand, there's been no
6 NEPA analysis to determine whether it should go
7 into the repository and then you don't know whether
8 to ask for it?
9    MS. HERRMANN: Objection, vague,
10 compound.
11    THE WITNESS: I don't believe there's a
12 catch-22. If DOE decided through an Environmental
13 Impact Statement that after looking at the
14 reasonable alternatives and public review and all
15 of that that Yucca Mountain was the alternative
16 that they wanted to pick for spent fuel -- for the
17 nuclear utility activated metal, then that would
18 then dictate, as you implemented that proposed
19 decision, that you would apply -- you'd modify your
20 license application to include that. But, again,
21 that's all supposing that you go through all of
22 those steps.
23 BY MR. SKALABAN:
24    Q   Let's just talk a moment about the three
25 different sources of GTCC waste that we identified

Page 89

1 earlier: Nuclear utility activated metal, sealed
2 sources and other.
3    What is your understanding of the total
4 quantity of GTCC waste that is projected to be
5 generated?
6    MS. HERRMANN: Objection, speculation.
7    THE WITNESS: There was a report done by
8 Idaho. It's got a long, complicated title, but
9 it's effectively titled The Characterization of
10 Greater-Than-Class C waste.
11    They projected about 1800 cubic meters of
12 activated metal. They also projected about 300
13 cubic meters in the other category, and they -- the
14 off-site source recovery program has projected
15 about 600 cubic meters for sealed sources.
16 BY MR. SKALABAN:
17    Q   Now, the Idaho report characterizing and,
18 I guess, coming up with the volumes, is that the
19 1994 report? Is that a 1994 report?
20    A   I do not remember the date. That's --
21 that's early '90s, yes.
22    Q   And is that document -- that
23 Idaho-generated report, is that in your work,
24 having responsibility for all the GTCC sources, is
25 that the report you use and refer to in

23 (Pages 86 to 89)

# Defendant

Robert L. Campbell                                                                    June 13, 2002
                              Washington, D.C.

Page 110

1    So it may not reflect what the current iteration
2    says, but in the last version I recall seeing, that
3    is what the analysis was.
4        Q   So the analysis on the last version of
5    the policy analysis paper that you had seen, the
6    strategy laid out was to transfer the nuclear
7    utility activated metal to RW but keep sealed
8    sources and other within EM; is that right?
9        A   Not quite.
10       Q   Correct me.
11       A   If you were going to transfer the nuclear
12   utility activated metal piece, the recommendation
13   was that RW would be the best choice out of the
14   available options, for somebody else to do it other
15   than EM. I believe it recommended keeping the
16   other portions of the program within EM.
17       Q   Did it recommend -- did it recommend
18   actually doing the transfer with the nuclear
19   utility activated metal piece to RW? And, again,
20   we're talking about the last version of the policy
21   analysis paper that you saw.
22       A   I don't recall. It changed -- that piece
23   of it changed so many times that I don't at this
24   point remember what the final wording is.
25       Q   And I do want to make sure I understand

Page 111

1    the status of the paper. That has gone through
2    EM20?
3        A   Yes.
4        Q   And it has been presented to EM1?
5        A   Yes, I believe so.
6        Q   Do you have an understanding of what
7    EM1's reaction to the paper was? Has it been
8    approved?
9        A   No, I don't.
10       Q   And I'm not sure if the reactions -- let
11   me rephrase the question and let me try another
12   stab at it.
13          Do you know -- what to your knowledge or
14   what to your awareness has EM1 done with the policy
15   analysis paper?
16       A   I don't know.
17       Q   And for the record to be clear, EM1 is
18   Jessie Roberson?
19       A   Yes.
20       Q   And EM20, that's Ms. Rudzinski?
21       A   No, that's Patty Bubar.
22       Q   Okay. I'm sorry. Where did
23   Ms. Rudzinski fit in again?
24       A   She is the EM22 office director.
25       Q   Okay. So she reports to Ms. Bubar?

Page 112

1        A   Yes.
2        Q   Now, you indicated that you did the
3    original draft or you were the original author of
4    the policy analysis paper. Who in the later stages
5    did more of the -- more of the editing and
6    authoring of the paper? Was that -- was that
7    Ms. Rudzinski?
8        A   From a technical data entry point of
9    view, I did most of the actual changes --
10       Q   Okay.
11       A   -- on the document, although we also have
12   administrative staff who made changes as well. I
13   think I did most of them, but I -- you know, a fair
14   amount was done by administrative assistants.
15          I don't know where most of the changes
16   came from. My assumption is that it would be, you
17   know, my direct reporting management up through
18   Patty Bubar. I don't know who she shared the paper
19   with, who she got comments with. I don't know any
20   of that, so I would only be guessing.
21       Q   Did the later versions of the policy
22   analysis paper -- I'm sorry. Let's work with the
23   analysis policy paper that got to EM20 and was on
24   its way to EM1. You did see that version?
25       A   Yes. Let me say I think I did. I

Page 113

1    didn't --
2        Q   Okay.
3        A   I didn't hand the final -- I didn't
4    review the final piece of -- pieces of paper that
5    went from EM20 to EM1. So I don't know exactly.
6    My assumption is that I've seen that version, but I
7    can't be positive.
8        Q   Okay. Well, we'll work with the last
9    version that you saw --
10       A   Okay.
11       Q   -- which you -- we will work with that as
12   the basis of the questions.
13          Did they discuss what the different
14   disposal options or alternatives are for nuclear
15   utility activated metal?
16       A   Yes.
17       Q   Okay. Can you identify for me the
18   different disposal options and alternatives for
19   nuclear utility activated metal that were
20   identified in the policy analysis paper?
21       A   Yes. Yucca Mountain or the -- whatever
22   the spent fuel nuclear repository would be was one.
23          Another alternative was an intermediate
24   depth disposal facility, an example of which we
25   have something called the greater confinement

29 (Pages 110 to 113)

Robert L. Campbell                                                June 13, 2002
                          Washington, D.C.

---

**Page 114**

1  boreholes at the Nevada test site. It wasn't
2  necessarily recommending those, because it's not an
3  active in-use disposal facility, but they're a good
4  example of what an intermediate depth disposal
5  facility would look like.
6      So that was listed in there, something
7  along the lines of a greater confinement disposal
8  boreholes.
9      Another option was storage for decay
10 until the -- I think in 3- or 400 years, the
11 activated metals, there's not nearly -- a
12 significant dropoff in the radiation occurs, and
13 then you're -- the potential is you would have
14 other options that would become available if it
15 wasn't so hot.
16 BY MR. SKALABAN:
17     Q  I'm sorry. When you say high, you don't
18 mean thermal heat, you mean radioactivity?
19     A  Yes, radioactivity.
20     Q  I'm sorry. Go ahead. Storage for decay,
21 Yucca Mountain, intermediate depth facility. Any
22 others?
23     A  No, I believe that's it.
24     Q  And aside from the concept of greater
25 confinement disposal, were there any other

---

**Page 115**

1  intermediate depth facility concepts that were
2  discussed in the policy analysis paper?
3      A  Just a generic, some intermediate depth
4  facility that would, you know, either -- either
5  utilizing existing ones or -- or developing a new
6  one.
7      Q  When you say utilizing existing ones,
8  what existing intermediate facilities are there
9  that were discussed in this paper?
10     A  I don't believe I discussed them. The
11 greater confinement boreholes actually existed in
12 Nevada. They are ones that don't have anything in
13 them. And I believe there's a couple other sites
14 throughout the complex that have -- that have
15 shafts or boreholes that they've not used that
16 would be possibilities for further evaluation.
17     Q  I just want to make sure I fully
18 understand. There was just some generic analysis,
19 not any kind of specific concept for disposal other
20 than the GCD concept?
21     A  No.
22     Q  I'm trying to understand what the generic
23 concepts were. I don't know.
24     A  It was simply recommending that as an
25 alternative to disposal at Yucca Mountain that you

---

**Page 116**

1  could do something along the lines of a borehole or
2  a shaft. It didn't go into any other -- that was
3  merely presented as something that could -- had a
4  reasonable likelihood of meeting the requirements
5  for disposal of something like that.
6      Q  Reasonable likelihood of meeting the NRC
7  requirements?
8      A  Yes. The NRC hasn't published any
9  licensing criteria for that. But just based on
10 what we think the -- the -- their licensing
11 criteria for other things are, that would have a
12 likelihood of meeting it. But you don't -- I mean,
13 that's a guess because until they issue actual
14 criteria, who knows.
15     Q  I see. So the criteria -- there is no
16 criteria for an intermediate depth facility,
17 there's only Part 60 for low-level and Part 61 for
18 the repository?
19     A  I believe you have those backwards, but,
20 yes.
21     Q  Okay. Part 60 for the repository, Part
22 61 for the low-level.
23     A  For the low-level.
24     Q  Thank you for correcting that error.
25      So pursuing an intermediate depth option

---

**Page 117**

1  would require the development of an entirely
2  separate new licensing criteria for intermediate
3  depth disposal?
4      MS. HERRMANN: Objection, calls for a
5  legal conclusion.
6  BY MR. SKALABAN:
7      Q  To your understanding.
8      A  It may not. It may or may not. That
9  would -- I think that would be up to the NRC. They
10 could use -- if they chose to, I don't think
11 anything would prohibit them from using the
12 performance objectives and licensing criteria for
13 shallow land burial facility and then simply
14 amending that to say for the reasons that a shallow
15 land burial facility isn't adequate to protect this
16 stuff, you then take other measures. I don't think
17 that they would have to do an entirely new disposal
18 criteria framework. I think they could use
19 existing.
20     Q  Have you been involved in any sort of
21 effort to sound off -- not sound off -- get input
22 from the NRC about their views on intermediate
23 depth disposal for GTCC?
24     A  I've had conversations -- informal
25 conversations with their staff that have basically

---

Alderson Reporting Company, Inc.
1111 14th Street, N.W. Suite 400 1-800-FOR-DEPO Washington, DC 20005

# Plaintiff

Robert J. Campbell

Washington, D.C.

June 13, 2002

Page 150

1    THE WITNESS: No.
2    BY MR. SKALABAN:
3    Q   Do you think, even if it was, for
4    example, Hanford you would still have the same
5    level of opposition to storing the activated metal
6    there that you would if you picked an area with no
7    nuclear connection?
8        MS. HERRMANN: Same objection.
9        THE WITNESS: To the extent that I can
10   compare a specific to anything else, yes.
11   BY MR. SKALABAN:
12   Q   Now, in Option 1, there's a reference
13   here to the metal could be placed in the backfill
14   spaces according to RW.
15       What does that mean, that the metal could
16   be placed in the backfill spaces? What does that
17   mean?
18   A   My understanding is that when they place
19   the fuel in the repository that there will be space
20   between the fuel and then there will be corridors
21   leading in for forklifts and things like that.
22       As you place the fuel in, you could then
23   take activated metal and place it in as you, you
24   know, started in the back of a room -- or whatever
25   it's going to look like -- and filled your way

Page 151

1    forward, as opposed to putting fill dirt or
2    something in there. So anywhere that you were
3    going to backfill with dirt as opposed to fuel, you
4    could put the metal there instead.
5    Q   So it's your understanding that the
6    nuclear utility activated metal could be placed in
7    the backfill spaces of Yucca Mountain repository
8    under development?
9        MS. HERRMANN: Objection, speculation.
10       THE WITNESS: That has not been
11   specifically analyzed, but I'm not aware of
12   anything prohibiting that. If you analyzed it,
13   included it in the license application and did all
14   the other administrative things, I'm not aware of
15   anything that would prevent you from -- from
16   physically doing that that would inhibit the
17   performance of the repository.
18   BY MR. SKALABAN:
19   Q   You're not aware of any technical
20   problems from putting it into the backfill spaces?
21   A   No.
22   Q   When you say -- it says according to RW,
23   did you have any conversations with RW where they
24   said that the nuclear utility activated metal could
25   be placed in the backfill spaces?

Page 152

1    A   Yes.
2    Q   Who were those -- who was involved in
3    those conversations?
4    A   Conversation was with Dave Zabransky.
5    Q   And when was your conversation with
6    Mr. Zabransky?
7    A   At least a year ago. I don't remember
8    exactly when.
9    Q   Did you have one conversation on this
10   topic or multiple ones?
11   A   I've had multiple conversations with
12   Mr. Zabransky, but I believe we only talked about
13   this one time.
14   Q   And what did he tell you about putting
15   nuclear utility activated metal GTCC into the
16   backfill spaces?
17       MS. HERRMANN: Objection, hearsay.
18       THE WITNESS: He simply said it could be
19   done.
20   BY MR. SKALABAN:
21   Q   And was he talking from a technical point
22   of view, capacity point of view, or both?
23       MS. HERRMANN: Objection, speculation.
24       THE WITNESS: Both.
25   BY MR. SKALABAN:

Page 153

1    Q   Did you and Mr. Zabransky talk about any
2    other aspects of placing nuclear utility activated
3    metal into the Yucca Mountain repository?
4    A   Not that I remember.
5    Q   Have you talked to him just generally
6    about this subject, other than this one
7    conversation, about the backfill
8    spaces -- utilizing the backfill spaces? Have you
9    had conversations with him generally about
10   incorporating GTCC into the repository?
11   A   The other conversations I've had with him
12   were -- had more to do with the logistics of
13   packaging, transport to the repository, not
14   placement in the repository.
15   Q   So you have had conversations with
16   Mr. Zabransky about the logistics and
17   transportation aspects of taking nuclear utility
18   activated metal GTCC to the repository?
19   A   Yes.
20   Q   And why were you discussing with him the
21   logistics and transportation aspects of taking
22   nuclear utility activated metal GTCC?
23   A   The reasons for the conversations were
24   determining whether the spent nuclear
25   fuel/high-level waste repository was a reasonable

Alderson Reporting Company, Inc.
1111 14th Street, N.W. Suite 400 1-800-FOR-DEPO Washington, DC 20005

Page 154

```
 1   disposal site for Greater-Than-Class C and how that
 2   could -- you know, how that could be implemented.
 3      Q   And what did he say to you regarding the
 4   logistical and transportation aspects of taking
 5   nuclear utility GTCC to the repository?
 6      MS. HERRMANN:  Objection, hearsay.
 7      THE WITNESS:  Basically, you know, if the
 8   activated metal is packaged in a similar fashion to
 9   the fuel, then there's very little difference in
10   handling fuel canisters as opposed to activated
11   metal canisters and that he saw -- he didn't see
12   anything that would make that difficult to do in
13   the same fashion that you would handle the fuel.
14      We were speaking only in terms of the
15   physical and technical, not the administrative, you
16   know, political, legislative aspects; just purely
17   the physical and technical issues involved.
18   BY MR. SKALABAN:
19      Q   So with respect to the physical and
20   technical issues, he told you that logistically and
21   technically the GTCC, if packaged like spent fuel,
22   could be handled and transported without problems?
23      MS. HERRMANN:  Objection, hearsay.
24      THE WITNESS:  The GTCC activated metal,
25   yes.
```

Page 155

```
 1   BY MR. SKALABAN:
 2      Q   Did you talk about other forms of GTCC?
 3      A   No.
 4      Q   Why did you have these conversations -- I
 5   mean, who set up these conversations with
 6   Mr. Zabransky?  Did you call him up?  How did they
 7   get initiated?  That's what I want to know.
 8      A   I called him.
 9      Q   How did you know to call him?
10      A   I assume I asked somebody who do I talk
11   to in RW about this topic, and someone gave me his
12   name.
13      Q   Sure.  And you called him to explore --
14   what was the context of your calling him?  Was it a
15   consideration of a NEPA analysis?  What was the
16   motivation for you to call him?
17      A   As I recall, I was looking at the
18   options, putting together -- it might have been
19   this issue paper, it might have been a previous
20   issue paper -- I don't remember -- what are the
21   disposal options for the various types of
22   Greater-Than-Class C waste.
23      And the reason for the call was to make
24   sure that I wasn't misrepresenting the spent
25   nuclear fuel/high-level waste repository as an
```

Page 156

```
 1   option.  I was looking to see if there were
 2   physical or technical issues that would
 3   prevent/cause problems with that as -- as a
 4   disposal option as opposed to administrative
 5   issues, which, as I state in this paper, everything
 6   got an administrative issue associated with it.
 7      Q   So Mr. Zabransky told you from logistical
 8   and transportation issues, it would not be a
 9   problem and from capacity and performance of the
10   repository, it would not be a problem to put it in
11   the backfill spaces; is that correct?
12      MS. HERRMANN:  Objection, hearsay.
13      THE WITNESS:  I believe everything you
14   said was correct.  I don't recall if we discussed
15   repository performance aspects.  I just -- we may
16   have talked about that.  I don't remember.
17   BY MR. SKALABAN:
18      Q   Did you talk about anything else other
19   than what I just mentioned about placing GTCC in
20   the repository --
21      A   No.
22      Q   -- with Mr. Zabransky?
23      A   Not that I recall.
24      Q   So after you had talked to him, what was
25   your feeling, that it would -- is it fair to say
```

Page 157

```
 1   that your feeling was it's not a problem from a
 2   physical and technical point of view to take the
 3   nuclear utility activated metal and dispose of it
 4   in Yucca Mountain?
 5      A   From a physical and technical point of
 6   view, yes, that's correct, the conversation
 7   resulted in that that would not be a problem.
 8      Q   Did you explore with him at all
 9   administrative roadblocks to Yucca Mountain for
10   GTCC waste?
11      A   We may have discussed it.  I've had a
12   number of conversations with him on a variety of
13   topics.  Since he works in RW, it would all be
14   related to this issue.
15      I do -- I do recall now that we did have
16   an issue where it was a -- someone had suggested
17   that the NRC might -- or someone had requested in a
18   letter to the NRC that they reclassify
19   Greater-Than-Class C as high-level waste.  And we
20   had a conversation in preparing the response -- the
21   technical response to that and what would that
22   entail.
23      It would then become RW's responsibility,
24   if it was high-level waste, commercial high-level
25   waste, that would fall within their realm of
```

40 (Pages 154 to 157)

# Plaintiff

Robert L. Campbell

Washington, D.C.

Page 162

1   THE WITNESS: It's small compared to the
2 amount of spent nuclear fuel and high-level waste
3 that will be placed in the repository.
4 BY MR. SKALABAN:
5   Q   Can you take the paragraph that reads
6 storage of nuclear utility activated metal? It's
7 still on page HQR092-0049.
8   A   I've read the paragraph.
9   Q   Okay. Are you familiar with the report
10 to Congress required by the Public Law 99-240?
11   A   Yes.
12   Q   Do you understand in that report, DOE
13 committed to accepting GTCC for storage when
14 needed?
15   MS. HERRMANN: Objection, best evidence,
16 calls for a legal conclusion.
17   THE WITNESS: The report makes this
18 statement similar to that, yes.
19 BY MR. SKALABAN:
20   Q   So that -- I mean, that's what you wrote
21 here on this page, correct -- you wrote the
22 Department committed -- quote, the Department
23 committed to accepting GTCC for storage when
24 needed?
25   A   Yes, that's what I wrote.

Page 163

1   Q   And that's your understanding of the
2 report?
3   A   Yes, it is.
4   MR. SKALABAN: Let's make the record
5 clear, I would like to make as Campbell Exhibit 2 a
6 February 1987 report to Congress.
7   (Campbell Exhibit No. 2
8   was marked for
9   identification.)
10 BY MR. SKALABAN:
11   Q   My question for you is, is this the
12 report that you're referring to here in this issued
13 paper, Exhibit 1?
14   MS. HERRMANN: Let's wait until you get
15 it.
16   THE WITNESS: Yes.
17   MR. SKALABAN: Can you read back the
18 question so it's clear on the record?
19   THE REPORTER: "Question: My question for
20 you is, is this the report that you're referring to
21 here in this issued paper Exhibit 1?"
22 BY MR. SKALABAN:
23   Q   Exhibit 2 is the paper referred to in the
24 section of Exhibit 1 that we've just been talking
25 about?

Page 164

1   A   Yes.
2   Q   Has DOE sent another report to Congress
3 on GTCC waste?
4   MS. HERRMANN: Objection, foundation,
5 speculation.
6 BY MR. SKALABAN:
7   Q   To your knowledge?
8   A   DOE used to submit an annual report to
9 Congress on the -- on the national low-level waste
10 program. Basically, Public Law 99-0240 requires
11 DOE to provide technical assistance to the states
12 to develop their comments on disposal sites.
13   There was an escrow account and funds and
14 money and rebates and a whole variety of things.
15 And there was an annual report to Congress on that
16 activity.
17   My understanding is some of those reports
18 made mention of the progress in the past year or
19 the activities undertaken by the national low-level
20 waste program, which managed the Greater-Than-Class
21 C program. I've not read any of those reports, and
22 I don't know what they stated.
23   Q   And do you agree with the first part of
24 this issued paper where it says on page 0048 on
25 storage of nuclear utility activated metals -- do

Page 165

1 you agree that the Department is obligated for the
2 final disposal of GTCC waste?
3   MS. HERRMANN: Objection, calls for a
4 legal conclusion.
5   THE WITNESS: You sort of paraphrased
6 there, but in terms of the Department is not
7 obligated for the final disposal of GTCC waste,
8 yes, I agree with that.
9 BY MR. SKALABAN:
10   Q   I was trying to avoid a double negative,
11 but thank you.
12   What do you mean here when you say a
13 reasonable approach would be that utilities are
14 currently required to store their spent nuclear
15 fuel until the Department begins to accept it at
16 Yucca Mountain. At that point, EM could have
17 identified and established a storage facility to
18 accept and store nuclear utility activated metal
19 until such time as a disposal option is available,
20 such as placement in a geologic repository for
21 SNF/HLW.
22   A   The intent of those sentences was that up
23 until the time that the Department begins accepting
24 spent fuel, we've got until then to come up with
25 some sort of an answer to this nuclear utility

42 (Pages 162 to 165)

**Page 166**

1  activated metal question.

2      If we have not solved it by then, then

3  utilities are then storing the activated metal and

4  they're not storing spent fuel any longer.

5      I think that would be an unreasonable or

6  an untenable situation, that we should have been

7  able to solve the problem by then, such that --

8  particularly a decommissioning utility could then

9  finally close out as opposed to having to -- to

10  store this Greater-Than-Class C activated metal.

11    Q  So it's important for the Department to

12  have a solution in place by the time the nuclear --

13  by the time the spent fuel is being removed from

14  the site -- a solution for the GTCC waste?

15      MS. HERRMANN: Objection, foundation,

16  vague. Go ahead.

17      THE WITNESS: I think it's -- I think

18  it's important, yes.

19  BY MR. SKALABAN:

20    Q  And it's important -- tell me the reasons

21  why you think that's important.

22      MS. HERRMANN: Asked and answered.

23      THE WITNESS: Well, first of all, the

24  amount of Greater-Than-Class C activated metals

25  compared to spent nuclear fuel is small. So

**Page 167**

1  although you could disagree with this, the impact

2  of the utility storing that while they have to

3  store their spent fuel is smaller than the impact

4  of having to store the spent fuel.

5      So given that situation, storing the

6  activated metal while they store the spent fuel, is

7  not an unreasonable situation in -- from my point

8  of view.

9      Once the spent fuel is gone, though, then

10  you've -- I think that creates a problem. The

11  Public Law 99-0240 was amended in 1985, an estimate

12  of the opening of the repository is approximately

13  2015. If we've not come up with some kind of

14  answer for that by 2015, I just think that leaves

15  the Department in an untenable situation.

16      I don't know how you explain to anybody

17  why they still have to store their waste at that

18  point.

19  BY MR. SKALABAN:

20    Q  So the urgency to have an off-site --

21  when I say off-site, I mean off-utility site, so

22  the urgency to have an off-site -- I'm sorry. Let

23  me start again.

24      So the urgency to have an off-site option

25  available becomes much greater once the spent fuel

**Page 168**

1  is being removed from the utility reactor sites?

2      MS. HERRMANN: Objection,

3  mischaracterizes the prior testimony.

4      THE WITNESS: Yes, once the fuel is left,

5  the urgency would increase.

6  BY MR. SKALABAN:

7    Q  And is it important to have an off-site

8  option available once the spent fuel has left the

9  utility site in order to allow for timely

10  decommissioning of the facility?

11      MS. HERRMANN: Objection, foundation,

12  vague.

13      THE WITNESS: Yes. It's certainly

14  important to the utilities, but I think in terms of

15  DOE providing a solution to this problem, it's also

16  important.

17  BY MR. SKALABAN:

18    Q  So from a policy perspective, in your

19  view, it's important to have an off-site option

20  available once the spent fuel is removed so

21  reactors can complete their decommissioning?

22      MS. HERRMANN: Objection, foundation,

23  vague.

24      THE WITNESS: I don't know from a policy

25  point of view. I mean, to have a policy that -- to

**Page 169**

1  have a policy available isn't the same thing as

2  actually having a place available.

3      So I think what is important is the

4  physical solution to the problem and not a policy

5  for the problem. I don't know if that's what you

6  meant by your question or not.

7  BY MR. SKALABAN:

8    Q  But it's important to have a solution in

9  place to allow that timely decommissioning to

10  happen?

11      MS. HERRMANN: Objection, foundation,

12  vague, asked and answered.

13      THE WITNESS: Yes.

14  BY MR. SKALABAN:

15    Q  Have you been involved in any

16  conversations at DOE where it's been discussed that

17  DOE might leave the GTCC waste -- leave the GTCC

18  waste at reactor sites even after all of the spent

19  fuel has been removed from the site?

20    A  Yes.

21    Q  Can you tell me about those

22  conversations, who they were with?

23    A  I don't recall particularly who they were

24  with at this point.

25    Q  And what was the -- what was -- sort of

43 (Pages 166 to 169)

Plaintiff

Robert L. Campbell
June 13, 2002
Washington, D.C.

Page 202

1   mischaracterizes prior testimony.
2        THE WITNESS:  That is one reason -- what
3   I said there was that it was not a likely
4   alternative due to the fact that it would be an
5   expensive alternative compared to the others.
6   BY MR. SKALABAN:
7        Q   And when you say not a very likely
8   alternative, meaning that it was not a realistic
9   alternative in general or not a likely alternative
10  for the record of decision to select that
11  alternative?
12       A   Under NEPA, you have to analyze all the
13  reasonable alternatives, reasonable being defined
14  in terms of what an average person would consider
15  reasonable.  Building a new facility falls in the
16  realm of reasonability when you're looking at these
17  kinds of alternatives.  So you've got to analyze
18  for it.
19       I was simply trying to state in a
20  preparatory fashion in this issue paper to my
21  management that this is probably not one that we
22  would likely be pursuing for that reason.
23  BY MR. SKALABAN:
24       Q   Okay.  Now, with respect to Number 1, it
25  says here the -- Number 1 is disposing of utility

Page 203

1   activated metal GTCC in the repository; is that
2   correct?
3        A   Yes.
4        Q   And it says here, the activated metal in
5   GTCC waste is the same activated metal which is a
6   component of SNF, so it is already analyzed for in
7   the performance of the repository and would pose no
8   technical difficulty in including this waste form.
9        Can you explain for me what you mean by
10  that sentence of this issue paper?
11       A   Yes.  What I'm saying there is that
12  because spent nuclear fuel contains activated metal
13  as part of its makeup, when the performance
14  analysis for the repository was done, determining
15  how the repository would perform in isolating this
16  waste over the time period, that that analysis was
17  done for the metal because that's part of the waste
18  form.
19       You would simply be adding what -- what I
20  was saying is you would simply be adding more of
21  the same metal and you wouldn't have to reperform
22  that -- the only thing you might have to change in
23  a computer model is the amount, but you've done all
24  the modeling.  You've done the analysis.  My point
25  was that this would not be difficult to include

Page 204

1   from that point of view.
2        Q   So the -- in other words, the waste form
3   is the same as material that -- I'm sorry.  Let me
4   ask a more precise question, and let me start over.
5        The activated metal, the nuclear utility
6   activated metal GTCC is the same material that has
7   already been analyzed in the repository performance
8   models?
9        A   Yes.
10       Q   So assuming that material gets licensed
11  to be put into the repository, it would be,
12  presumably, easy to get the same material, the GTCC
13  waste, also licensed for the repository?
14       MS. HERRMANN:  Objection, speculation.
15       THE WITNESS:  I was not addressing
16  licensing issues.  What I was saying is if you can
17  dispose of spent nuclear fuel in the repository
18  from a technical performance basis, then you can
19  also dispose of activated metal because spent
20  nuclear fuel is activated metal plus fuel.
21       So one is a component of the other.
22  Therefore, if it can perform for one, it will
23  perform for both because they're the same thing.
24  BY MR. SKALABAN:
25       Q   Did you give consideration to licensing?

Page 205

1   I understand what you were saying -- the answer you
2   just gave me, but did you also give consideration
3   to licensing -- getting licenses for activated
4   metals and spent fuel, presumably it would be
5   easier to -- or easy to get licensing for activated
6   metal as GTCC?
7        A   I wasn't discussing that in this
8   particular paragraph, but I -- I agree with that
9   basic statement, that I don't foresee a licensing
10  issue.  If the NRC was going to issue a license for
11  the one, I don't know.
12       From a performance standpoint in terms of
13  how the metal's going to perform in the repository,
14  I would be surprised if they would have an
15  objection to it on that basis.
16       Q   Because they're one and the same?
17       A   Yes
18       Q   You go on to say the additional volume is
19  small to insignificant when compared to the volume
20  of SNF and HLW planned for the repository.
21       Why did you include that -- first of all,
22  let me ask you this:  The additional volume you're
23  referring to, the additional volume of material
24  that is nuclear utility activated metal, that would
25  be included into the repository?

Alderson Reporting Company, Inc.
1111 14th Street, N.W. Suite 400 1-800-FOR-DEPO Washington, DC  20005

Page 206

1    A   Yes.
2    Q   And why did you include this statement
3   that the volume is small to insignificant when
4   compared to the volume of SNF and HLW planned for
5   the repository?
6    A   I included that to point out that it
7   would not be a major undertaking and that it would
8   not significantly affect the planning for the
9   repository.
10    Q   And was it your understanding that the
11   additional volume required to add the nuclear
12   utility activated metal GTCC in the repository
13   would not create a capacity problem at the
14   repository?
15         MS. HERRMANN:  Objection, speculation.
16         THE WITNESS:  That's correct.
17   BY MR. SKALABAN:
18    Q   Now, Option Number 4, this is an
19   evaluation of other existing disposal facilities
20   that are currently in existence that are used to
21   disposal of waste forms that are greater than
22   low-level waste; is that right?  Or if I'm wrong,
23   can you correct what I just said?
24    A   Well, I list them out, I said evaluation
25   of other existing disposal facilities.  It would

Page 207

1   look at WIPP.  It would look at greater confinement
2   not a test site and any other existing facilities
3   to see if they could be disposed of there.
4         So it wouldn't necessarily be facilities
5   that were for -- what did you say, greater than
6   low-level waste?
7    Q   Beyond Class A, B or C waste.
8    A   I wasn't limiting it to that.  I meant
9   look at existing facilities and analyze them.
10    Q   And just so I'm clear and the record's
11   clear, WIPP is transuranic waste?
12    A   Yes.
13    Q   And some transuranic waste has
14   radioactivity levels Greater-Than-Class A, B or C?
15    A   Part of the definition of
16   Greater-Than-Class C includes the definition of
17   transuranic waste.
18    Q   So is that yes or is that no?
19    A   You would have to rephrase -- I don't
20   remember exactly what your question was now.
21    Q   My question is just transuranic -- the
22   waste that is transuranic waste --
23    A   Yes.
24    Q   -- that includes waste that has a
25   radioactivity level greater than the NRC

Page 208

1   classifications of A, B or C?
2    A   Yes.
3    Q   And is it that all transuranic waste is
4   greater than or not necessarily?
5    A   The concentration on the table is 100
6   nanocuries per gram.  So if it was below that, it
7   would not be Greater-Than-Class C.
8    Q   And GCD is burying or has buried which
9   type of waste stream?
10    A   There is transuranic waste that was
11   placed in greater confinement disposal, and there
12   is some large cesium and strontium sources I
13   believe.  And then I think the rest of what's there
14   is classified.
15    Q   And when you made a reference to any
16   other existing facilities, were there any other
17   existing facilities that you had in mind
18   that could be suitable for GTCC other than WIPP and
19   the GCD?
20    A   In the previously issued paper, I had
21   talked about potentially letting activated metal
22   decay and then burying it in a low-level waste
23   disposal site.  That would be included in this
24   option.
25         In terms of its -- of any other existing

Page 209

1   facilities that could dispose of activated metal,
2   that would be a -- an existing low-level waste
3   disposal facility, if you could dispose of it in
4   that fashion, would also be included there.
5    Q   And Option 5, can you explain to me?
6   That seems to be closely related to what you talked
7   about in Option 4.
8    A   Option 5, basically a reasonable
9   alternative that you would have to look at under
10   NEPA to disposal would be storage.  And I was
11   simply trying to lay out there what a reasonable
12   storage option analysis would look at.
13    Q   Now, the preferred alternative, what is
14   the -- can you explain to me what you had
15   identified in this issued paper as the preferred
16   alternative or the likely preferred alternative?
17         MR. SKALABAN:  And, again, for the record
18   I'm referring to page 4 of 10 of this exhibit.
19         THE WITNESS:  Well, reading this sentence
20   now, it's a little unclear what I was saying, but I
21   believe -- wait a minute.  No, it's not.
22         All right.  What I'm saying is that of
23   the five options under A, activated metal disposal
24   alternatives 1, 2, 3, 4, 5, I was suggesting that
25   the disposal at the high-level waste/spent nuclear

53 (Pages 206 to 209)

# Defendant

Page 244

1       IN THE UNITED STATES COURT OF FEDERAL CLAIMS

2    ------------------------------------X

     YANKEE ATOMIC ELECTRIC

3    COMPANY, CONNECTICUT

     YANKEE ATOMIC POWER

4    COMPANY, MAINE YANKEE

     ATOMIC POWER COMPANY,

5              Plaintiffs,                    CASE NO.

          vs.                                 98-126C

6                                             98-154C

     UNITED STATES OF AMERICA,      98-474C

7

              Defendant.

8    ------------------------------------X

9                       Washington, D.C.

10                      Friday, June 14, 2002

11          Continued Deposition of ROBERT ALLEN CAMPBELL,

12   a witness herein, called for examination by counsel

13   for the Plaintiffs in the above-entitled matter,

14   pursuant to recess, the witness having been

15   previously duly sworn, taken at the offices of

16   Spriggs & Hollingsworth, 1350 I Street, N.W.,

17   Suite 1010, Washington, D.C, at 9:33 a.m, on

18   Friday, June 14, 2002, and the proceedings being

19   taken down by Stenotype by CINDY L. SEBO, and

20   transcribed under her direction.

21

22

23

24

25

Robert L. Campbell
Washington, D.C.
June 14, 2002

Page 389

1  EXAMINATION (RESUMED) BY COUNSEL FOR THE PLAINTIFFS
2  BY MR. SKALABAN:
3      Q   We were talking about some conversations
4  you've had, about 20 with, Mr. Zabransky in a
5  six-month time period in 2001.
6          Was it discussed at all whether or not a
7  disposal path should be made available for GTCC
8  waste by the time that RW begins to remove spent
9  fuel from utilities?
10     A   Yes.
11     Q   And what did you and Mr. Zabransky talk
12 about on that subject?
13         MS. HERRMANN: Objection, vague.
14         THE WITNESS: I expressed the opinion
15 that, in my opinion, it would be the right thing
16 for DOE to do, to have a pathway in place by the
17 time RW started accepting -- started accepting
18 spent fuel.
19 BY MR. SKALABAN:
20     Q   And what was Mr. Zabransky's response to
21 that expression of opinion that there should be a
22 pathway at the time spent fuel began to be
23 accepted?
24     A   I don't recall a particular response. He
25 didn't disagree.

Page 390

1      Q   And can you explain for me your
2  reasoning -- in having that opinion, what are the
3  reasons why you have the opinion that it would be
4  the right thing to do to have a pathway for
5  disposal of GTCC available when spent fuels are
6  being removed from reactor sites?
7      A   Yes. That activity is not likely to
8  begin happening till approximately 2015. That will
9  have been 30 years at that point since the
10 Low-Level Radioactive Policy Act was amended in
11 1985. And I don't believe that a decommissioned
12 utility that is doing nothing other than managing a
13 spent fuel, dry storage and Greater-Than-Class C
14 storage should, at that point, have to continue to
15 manage Greater-Than-Class C waiting on the
16 Government to make a decision on what to do with
17 Greater-Than-Class C.
18         I think there would have been ample time
19 to decide and implement a disposal solution. I
20 think the impact upon any licensee who would be
21 forced to store waste that long would be incorrect.
22     Q   And what do you think -- what is the
23 basis for the 2015 number? Is that something
24 Mr. Zabransky expressed to you would be the likely
25 start date of the acceptance of spent fuel?

Page 391

1          MS. HERRMANN: Objection, foundation,
2  speculation.
3          THE WITNESS: I do not know the -- I
4  don't know whether that -- I don't know the basis of
5  the 2015 estimated start date. I do not recall if
6  that is a piece of information Mr. Zabransky
7  provided to me or I got that information elsewhere.
8          That is my common understanding of the
9  estimated opening date of the repository.
10 BY MR. SKALABAN:
11     Q   Have you ever heard the estimated date of
12 2010 being advanced as the start date for the
13 repository?
14     A   I may have. I've heard a number of
15 different dates over the years.
16     Q   At least your current understanding of
17 the projected start date is 2015?
18         MS. HERRMANN: Objection, foundation,
19 speculation.
20         THE WITNESS: Something like that. It
21 could possibly be 2014. I don't know, but it's
22 roughly 2015 is my understanding.
23 BY MR. SKALABAN:
24     Q   And you don't remember how you derived
25 this understanding, from what source of

Page 392

1  information, conversation, anything that -- the
2  source of that conversation?
3      A   I do not -- I do not recall specifically
4  where I acquired that information.
5      Q   Do you have a general sense of where you
6  acquired that information?
7      A   I either read it or someone told me that
8  in a conversation, but I do not recall.
9      Q   And you don't recall if that was a
10 conversation with someone from RW?
11     A   No, I don't.
12     Q   Now, what do you think -- when DOE does
13 begin to start taking spent fuel from the nuclear
14 utilities, do you think a disposal path is going to
15 be available when that happens?
16         MS. HERRMANN: Objection, foundation,
17 speculation.
18         THE WITNESS: I have no idea.
19 BY MR. SKALABAN:
20     Q   You don't have any sense at all on
21 whether you think a solution to the problem of
22 storing GTCC waste at reactor sites is going to be
23 remedied by the time DOE begins to perform?
24         MS. HERRMANN: Same objections, asked and
25 answered.

38 (Pages 389 to 392)

Robert L. Campbell
Washington, D.C.
June 14, 2002

Page 393

1        THE WITNESS: I have no idea.
2   BY MR. SKALABAN:
3        Q   Is there any kind of concerted effort at
4   DOE to have a storage or a disposal path available
5   for GTCC by the time spent fuel begins to be
6   removed from utility sites?
7        A   Currently, there is no effort to develop
8   a disposal path for Greater-Than-Class C waste. So
9   will there be one in the future? I don't know.
10       Q   Have you been involved in any
11  conversations within DOE about -- aside from your
12  expressing the opinion to Mr. Zabransky that a
13  disposal path needs to be available, have you been
14  involved in any conversations where the strategy --
15  a strategy has been discussed of having a disposal
16  path available by the time acceptance of spent fuel
17  begins?
18       A   I have stated my opinion on that subject
19  to my management and other people in conversations
20  about the need to do an EIS and the need to move
21  forward. I'm unaware of anyone else implementing
22  any kind of a strategy to implement my opinion.
23       Q   And when you communicated that to
24  management, who are you referring to as your
25  management?

Page 394

1        A   I'm referring to my immediate supervisor,
2   Karen Guevra; my office director, Susan Rudzinski
3   and, her predecessor, Ken Chacey. I've expressed
4   that to Charlie Head. I've expressed that to David
5   Huizenga. I have expressed that to David
6   Zabransky. I have expressed that to -- I have
7   expressed that during a meeting with members from
8   the Office of General Counsel and the Office of
9   Environmental Safety and Health as well.
10       Q   And do you agree -- without being tied to
11  any specific date, you had mentioned the reference
12  of 2015.
13       Without being tied to any specific date,
14  do you agree as a general matter a disposal or a
15  storage path for GTCC needs to be available by the
16  time that spent fuel is removed from the utility
17  reactor sites?
18       MS. HERRMANN: Objection, relevance.
19       THE WITNESS: Yes. I expressed before my
20  opinion is is that DOE will have had ample time and
21  should have a disposal path in place by that time.
22  BY MR. SKALABAN:
23       Q   Now, how about in 1998, using that as a
24  reference point, do you think -- if the Department
25  had been accepting spent fuel at that time from

Page 395

1   utilities, is it your opinion that DOE should have
2   had a storage or a disposal path identified for
3   GTCC available if the Department had been taking
4   fuel in 1998?
5        MS. HERRMANN: Objection, speculation,
6   relevance.
7        THE WITNESS: Given the hypothetical, you
8   know, were they -- if we were taking spent fuel in
9   1998, then my answer would be yes, we should have
10  also been able to figure out a disposal path for
11  Greater-Than-Class C at that point as well.
12  BY MR. SKALABAN:
13       Q   So in your opinion, there was ample time
14  from 1985 to 1998 to identify and have available a
15  disposal path for Greater-Than-Class C waste?
16       MS. HERRMANN: Objection,
17  mischaracterization of prior testimony.
18       THE WITNESS: It's my opinion there would
19  have been ample time to identify a disposal path.
20  To have it in place, I don't know.
21       Had the disposal path been the Yucca
22  Mountain repository, it would not have been in
23  place in 1998. So, therefore, I really can't
24  answer that part of the question not knowing what
25  the decision would have been.

Page 396

1   BY MR. SKALABAN:
2        Q   Okay. Let's assume that the Yucca
3   Mountain repository was available in 1998, and in
4   1998 nuclear utility spent fuel had begun to be
5   removed to that site.
6        In that scenario, is it your opinion that
7   the Department should then have had a disposal path
8   identified and available for GTCC waste?
9        MS. HERRMANN: Objection, speculation,
10  relevance.
11       THE WITNESS: Yes, I think there was
12  ample time between 1985 and 1998 for DOE to
13  determine what disposal path they wanted, had -- if
14  the repository was available, then -- you know,
15  based on the suitability of that repository to
16  dispose of Greater-Than-Class C waste, yes, a path
17  should have been in place.
18  BY MR. SKALABAN:
19       Q   Do you think -- putting aside politics
20  and funding, from a technical and engineering point
21  of view, is a 13-year period from 1985 to 1998, is
22  that ample time to identify and develop and have
23  available a storage or disposal path for nuclear
24  utility activated metal Greater-Than-Class C waste?
25       MS. HERRMANN: Objection, speculation,

39 (Pages 393 to 396)

# Plaintiff

Page 244

1         IN THE UNITED STATES COURT OF FEDERAL CLAIMS

2    ------------------------------------------X

     YANKEE ATOMIC ELECTRIC

3    COMPANY, CONNECTICUT

     YANKEE ATOMIC POWER

4    COMPANY, MAINE YANKEE

     ATOMIC POWER COMPANY,

5              Plaintiffs,                        CASE NO.

          vs.                                     98-126C

6                                                 98-154C

     UNITED STATES OF AMERICA,        98-474C

7

               Defendant.

8    ------------------------------------------X

9                        Washington, D.C.

10                       Friday, June 14, 2002

11         Continued Deposition of ROBERT ALLEN CAMPBELL,

12   a witness herein, called for examination by counsel

13   for the Plaintiffs in the above-entitled matter,

14   pursuant to recess, the witness having been

15   previously duly sworn, taken at the offices of

16   Spriggs & Hollingsworth, 1350 I Street, N.W.,

17   Suite 1010, Washington, D.C, at 9:33 a.m, on

18   Friday, June 14, 2002, and the proceedings being

19   taken down by Stenotype by CINDY L. SEBO, and

20   transcribed under her direction.

21

22

23

24

25

Robert Campbell

Case 1:04-cv-00074-ECH   Document 286-8   Filed 06/04/06   Page 26 of 29   June 14, 2002
Washington, D.C.

Page 393

1  THE WITNESS: I have no idea.
2  BY MR. SKALABAN:
3  Q  Is there any kind of concerted effort at
4  DOE to have a storage or a disposal path available
5  for GTCC by the time spent fuel begins to be
6  removed from utility sites?
7  A  Currently, there is no effort to develop
8  a disposal path for Greater-Than-Class C waste. So
9  will there be one in the future? I don't know.
10  Q  Have you been involved in any
11  conversations within DOE about -- aside from your
12  expressing the opinion to Mr. Zabransky that a
13  disposal path needs to be available, have you been
14  involved in any conversations where the strategy --
15  a strategy has been discussed of having a disposal
16  path available by the time acceptance of spent fuel
17  begins?
18  A  I have stated my opinion on that subject
19  to my management and other people in conversations
20  about the need to do an EIS and the need to move
21  forward. I'm unaware of anyone else implementing
22  any kind of a strategy to implement my opinion.
23  Q  And when you communicated that to
24  management, who are you referring to as your
25  management?

Page 394

1  A  I'm referring to my immediate supervisor,
2  Karen Guevra; my office director, Susan Rudzinski
3  and, her predecessor, Ken Chacey. I've expressed
4  that to Charlie Head. I've expressed that to David
5  Huizenga. I have expressed that to David
6  Zabransky. I have expressed that to -- I have
7  expressed that during a meeting with members from
8  the Office of General Counsel and the Office of
9  Environmental Safety and Health as well.
10  Q  And do you agree -- without being tied to
11  any specific date, you had mentioned the reference
12  of 2015.
13  Without being tied to any specific date,
14  do you agree as a general matter a disposal or a
15  storage path for GTCC needs to be available by the
16  time that spent fuel is removed from the utility
17  reactor sites?
18  MS. HERRMANN: Objection, relevance.
19  THE WITNESS: Yes. I expressed before my
20  opinion is that DOE will have had ample time and
21  should have a disposal path in place by that time.
22  BY MR. SKALABAN:
23  Q  Now, how about in 1998, using that as a
24  reference point, do you think -- if the Department
25  had been accepting spent fuel at that time from

Page 395

1  utilities, is it your opinion that DOE should have
2  had a storage or a disposal path identified for
3  GTCC available if the Department had been taking
4  fuel in 1998?
5  MS. HERRMANN: Objection, speculation,
6  relevance.
7  THE WITNESS: Given the hypothetical, you
8  know, were they -- if we were taking spent fuel in
9  1998, then my answer would be yes, we should have
10  also been able to figure out a disposal path for
11  Greater-Than-Class C at that point as well.
12  BY MR. SKALABAN:
13  Q  So in your opinion, there was ample time
14  from 1985 to 1998 to identify and have available a
15  disposal path for Greater-Than-Class C waste?
16  MS. HERRMANN: Objection,
17  mischaracterization of prior testimony.
18  THE WITNESS: It's my opinion there would
19  have been ample time to identify a disposal path.
20  To have it in place, I don't know.
21  Had the disposal path been the Yucca
22  Mountain repository, it would not have been in
23  place in 1998. So, therefore, I really can't
24  answer that part of the question not knowing what
25  the decision would have been.

Page 396

1  BY MR. SKALABAN:
2  Q  Okay. Let's assume that the Yucca
3  Mountain repository was available in 1998, and in
4  1998 nuclear utility spent fuel had begun to be
5  removed to that site.
6  In that scenario, is it your opinion that
7  the Department should then have had a disposal path
8  identified and available for GTCC waste?
9  MS. HERRMANN: Objection, speculation,
10  relevance.
11  THE WITNESS: Yes, I think there was
12  ample time between 1985 and 1998 for DOE to
13  determine what disposal path they wanted, had -- if
14  the repository was available, then -- you know,
15  based on the suitability of that repository to
16  dispose of Greater-Than-Class C waste, yes, a path
17  should have been in place.
18  BY MR. SKALABAN:
19  Q  Do you think -- putting aside politics
20  and funding, from a technical and engineering point
21  of view, is a 13-year period from 1985 to 1998, is
22  that ample time to identify and develop and have
23  available a storage or disposal path for nuclear
24  utility activated metal Greater-Than-Class C waste?
25  MS. HERRMANN: Objection, speculation,

Alderson Reporting Company, Inc.
1111 14th Street, N.W. Suite 400 1-800-FOR-DEPO Washington, DC 20005

# Defendant

Robert L. Campbell

June 14, 2002

Washington, D.C.

Page 393

1    THE WITNESS: I have no idea.
2  BY MR. SKALABAN:
3    Q   Is there any kind of concerted effort at
4  DOE to have a storage or a disposal path available
5  for GTCC by the time spent fuel begins to be
6  removed from utility sites?
7    A   Currently, there is no effort to develop
8  a disposal path for Greater-Than-Class C waste. So
9  will there be one in the future? I don't know.
10   Q   Have you been involved in any
11 conversations within DOE about -- aside from your
12 expressing the opinion to Mr. Zabransky that a
13 disposal path needs to be available, have you been
14 involved in any conversations where the strategy --
15 a strategy has been discussed of having a disposal
16 path available by the time acceptance of spent fuel
17 begins?
18   A   I have stated my opinion on that subject
19 to my management and other people in conversations
20 about the need to do an EIS and the need to move
21 forward. I'm unaware of anyone else implementing
22 any kind of a strategy to implement my opinion.
23   Q   And when you communicated that to
24 management, who are you referring to as your
25 management?

Page 394

1    A   I'm referring to my immediate supervisor,
2  Karen Guevra; my office director, Susan Rudzinski
3  and, her predecessor, Ken Chacey. I've expressed
4  that to Charlie Head. I've expressed that to David
5  Huizenga. I have expressed that to David
6  Zabransky. I have expressed that to -- I have
7  expressed that during a meeting with members from
8  the Office of General Counsel and the Office of
9  Environmental Safety and Health as well.
10   Q   And do you agree -- without being tied to
11 any specific date, you had mentioned the reference
12 of 2015.
13   Without being tied to any specific date,
14 do you agree as a general matter a disposal or a
15 storage path for GTCC needs to be available by the
16 time that spent fuel is removed from the utility
17 reactor sites?
18   MS. HERRMANN: Objection, relevance.
19   THE WITNESS: Yes. I expressed before my
20 opinion is is that DOE will have had ample time and
21 should have a disposal path in place by that time.
22 BY MR. SKALABAN:
23   Q   Now, how about in 1998, using that as a
24 reference point, do you think -- if the Department
25 had been accepting spent fuel at that time from

Page 395

1  utilities, is it your opinion that DOE should have
2  had a storage or a disposal path identified for
3  GTCC available if the Department had been taking
4  fuel in 1998?
5    MS. HERRMANN: Objection, speculation,
6  relevance.
7    THE WITNESS: Given the hypothetical, you
8  know, were they -- if we were taking spent fuel in
9  1998, then my answer would be yes, we should have
10 also been able to figure out a disposal path for
11 Greater-Than-Class C at that point as well.
12 BY MR. SKALABAN:
13   Q   So in your opinion, there was ample time
14 from 1985 to 1998 to identify and have available a
15 disposal path for Greater-Than-Class C waste?
16   MS. HERRMANN: Objection,
17 mischaracterization of prior testimony.
18   THE WITNESS: It's my opinion there would
19 have been ample time to identify a disposal path.
20 To have it in place, I don't know.
21   Had the disposal path been the Yucca
22 Mountain repository, it would not have been in
23 place in 1998. So, therefore, I really can't
24 answer that part of the question not knowing what
25 the decision would have been.

Page 396

1  BY MR. SKALABAN:
2    Q   Okay. Let's assume that the Yucca
3  Mountain repository was available in 1998, and in
4  1998 nuclear utility spent fuel had begun to be
5  removed to that site.
6    In that scenario, is it your opinion that
7  the Department then have had a disposal path
8  identified and available for GTCC waste?
9    MS. HERRMANN: Objection, speculation,
10 relevance.
11   THE WITNESS: Yes, I think there was
12 ample time between 1985 and 1998 for DOE to
13 determine what disposal path they wanted, had -- if
14 the repository was available, then -- you know,
15 based on the suitability of that repository to
16 dispose of Greater-Than-Class C waste, yes, a path
17 should have been in place.
18 BY MR. SKALABAN:
19   Q   Do you think -- putting aside politics
20 and funding, from a technical and engineering point
21 of view, is a 13-year period from 1985 to 1998, is
22 that ample time to identify and develop and have
23 available a storage or disposal path for nuclear
24 utility activated metal Greater-Than-Class C waste?
25   MS. HERRMANN: Objection, speculation,

39 (Pages 393 to 396)

Robert L. Campbell

June 14, 2002

Washington, D.C.

Page 397

1 relevance.
2     THE WITNESS: In terms of identifying a
3 disposal pathway, yes, I think 13 years is enough
4 time. In terms of the fact that the Government has
5 never developed a disposal facility, other than
6 shallow land burial that quickly, I would say no,
7 that would not be enough time to necessarily have
8 it in place, given the length of time it's taken
9 the Government to open similar facilities.
10 BY MR. SKALABAN:
11    Q   And what are the other facilities that
12 you're referring to that have taken more than 13
13 years?
14    A   The Waste Isolation Pilot Plant.
15    Q   How long did it take DOE to develop that?
16    A   Well over 20 years.
17    Q   When did that effort begin, the Waste
18 Isolation Pilot Plant?
19    MS. HERRMANN: Objection, speculation.
20    THE WITNESS: I don't recall. I know
21 I've read documents on the history, and I've seen
22 the date. I'm thinking it was in the late '70s,
23 but I'm guessing.
24 BY MR. SKALABAN:
25    Q   You're aware of -- and I believe we

Page 398

1 discussed it in yesterday's testimony -- the report
2 to Congress in 1987 stated a DOE plan to have
3 storage available for GTCC waste in two years from
4 1989; do you remember that?
5    MS. HERRMANN: Objection to the
6 characterization of what's in the document. It
7 assumes facts not in evidence; best evidence. Go
8 ahead.
9    THE WITNESS: Yes.
10 BY MR. SKALABAN:
11    Q   And have I fairly summarized the 1987
12 report?
13    MS. HERRMANN: Objection. The 1987
14 report is the best evidence of its contents.
15    THE WITNESS: Yes.
16 BY MR. SKALABAN:
17    Q   So at least in 1987, DOE believed that it
18 could have a storage option available for the
19 disposal of GTCC waste in two years?
20    A   Yes.
21    Q   Now, in view of that, I'm trying to
22 understand why -- why would it be difficult in a
23 15-year -- approximately a 13-year time period to
24 develop and have available a disposal facility for
25 Greater-Than-Class C waste?

Page 399

1    A   Okay. The one statement was on storage
2 for Greater-Than-Class C waste. The second
3 statement was on disposal of Greater-Than-Class C
4 waste. They're two totally different things;
5 therefore, the time periods necessary to implement
6 are going to be different.
7    Q   And do you believe that that's a
8 reasonable estimate, what was put forth in the 1987
9 report to Congress, that storage could be made
10 available in two years?
11    MS. HERRMANN: Objection, speculation.
12    THE WITNESS: I was in college in 1987,
13 so I have no idea as to the reasonableness of that
14 statement.
15 BY MR. SKALABAN:
16    Q   Okay. And having worked in the GTCC
17 program, is that -- looking at it now, do you think
18 that's a reasonable estimate to deploy storage
19 options?
20    MS. HERRMANN: Objection, speculation.
21    THE WITNESS: The answer depends. We are
22 already storing Greater-Than-Class C sealed
23 sources. We've implemented that option. We are
24 now currently accepting for storage any other type
25 of Greater-Than-Class C waste.

Page 400

1    I believe that the other category of
2 Greater-Than-Class C waste, a storage facility
3 could be implemented in two to five years,
4 depending -- it depends on when you start the
5 clock. For the budget process alone, you have to
6 begin two years prior to getting the money.
7    So there's a lot of factors involved
8 here. In terms of the nuclear utility activated
9 metal, I think that would be a much longer process.
10 BY MR. SKALABAN:
11    Q   And why is that?
12    A   The political and public ramifications of
13 siting a storage facility for Greater-Than-Class C
14 activated metal, the perception is going to be that
15 you also are then going to store spent fuel in the
16 same facility.
17    Q   Okay. And putting aside the possible
18 public perception that if you have a GTCC waste
19 storage facility, spent fuel may go there also, if
20 you put that public difficulty aside and
21 are just focusing on just GTCC storage without that
22 concern, what is your opinion -- what do you think
23 would be a reasonable estimate for getting a
24 storage facility for Greater-Than-Class C waste
25 deployed?

Alderson Reporting Company, Inc.
1111 14th Street, N.W. Suite 400 1-800-FOR-DEPO Washington, DC 20005