# Defendant

Thomas Pollog 30(b) 6

April 12, 2002

McLean, VA

Page 18

1  mission plan draft amendment in front of him. He was
2  able to.
3       MS. HEWITT: But he said he had not
4  reviewed the 1998, so --
5       MS. SULLIVAN: He said he hadn't reviewed
6  the 1998 mission plan.
7       MS. HEWITT: He did say he had reviewed
8  that.
9       MS. SULLIVAN: Not recently.
10      MS. HEWITT: Well, he had reviewed it.
11  Anyway, I'm going to reserve the right. We can
12  discuss that later.
13      MS. SULLIVAN: Well, we will object and
14  let Judge Sypolt decide. Can we take a few minutes
15  to see if we have any cross?
16      MS. HEWITT: Sure.
17      (Recess)
18      MS. SULLIVAN: Okay. Who's next?
19      MR. EIDUKAS: I think I'll go next.
20      EXAMINATION BY COUNSEL FOR PLAINTIFF
21          COMMONWEALTH EDISON
22      BY MR. EIDUKAS:
23  Q.   Good morning, Mr. Pollog, my name is Ted
24  Eidukas. I represent Commonwealth Edison.
25  A.   Good morning.

Page 19

1  Q.   My question is yesterday we had some
2  discussion about plans for spent fuel being sent to
3  the MRS or the repository based on whether they were
4  western reactors or eastern reactors. And I just had
5  a clarifying question.
6       Was there a specific dividing line as to
7  what was a western reactor and what was an eastern
8  reactor?
9  A.   I know of no dividing line between western
10  and eastern reactors.
11  Q.   So there was no designations made or
12  assignments made as to whether this reactor is an
13  eastern or western?
14  A.   As far as I know, there were no
15  designations made from this reactor is eastern and
16  this reactor is western.
17  Q.   Okay, thank you.
18      Yesterday you gave some testimony about
19  the 1995 ACR APR and the acceptance schedule present
20  in that document. And I don't remember what exhibit
21  it was, if you want to look at it. But I believe
22  that was the -- and I believe that is an acceptance
23  schedule that uses rather than calendar years, it
24  uses years 1 through 10?
25  A.   Correct.

Page 20

1  Q.   And just to be -- and I believe you
2  testified that -- and correct me if I'm wrong, but I
3  believe you testified that utilities would be unable
4  to submit DCS based on that schedule because there
5  were no calendar years given but rather years 1
6  through 10.
7  A.   Yes, I did.
8  Q.   Does the DOE have a position on whether or
9  not after the publication of that ACR, that schedule,
10  does the DOE have a position as to whether purchasers
11  were obligated or required to submit DCSs after that
12  point?
13  A.   We had informed purchasers that at this
14  point in time we weren't going to be further
15  processing schedules starting in 19 -- I believe it
16  was the end of '96. Then after we started, we did
17  not believe it was necessary for purchasers to
18  further submit DCSs.
19  Q.   I'm done with that document. You can put
20  that aside for now. In testifying about the basis
21  for the acceptance schedules found, the acceptance
22  rates found in a lot of these documents, you've
23  testified that there were two objectives or
24  principles that underlied the rate.
25      One was -- and I'm going to focus on what

Page 21

1  I believe you characterized as the first objective
2  being the -- I can have you say that again, but let
3  me see if I understand it.
4       You believe that each repository would
5  accept up to approximately 70,000 MTU of spent fuel,
6  and then you took the -- you also anticipated that
7  there would be approximately 25-year operational
8  life? And I'm not sure if operational life is the
9  word you've used, and then I'll let you correct me.
10  Operational period or operational life of the
11  facility or the program and by taking and dividing 25
12  into 70,000, you got approximately a steady rate of
13  3000.
14      Is that an accurate paraphrasing of what
15  you've testified or perhaps if you want to --
16  A.   I would say that's close enough.
17  Q.   Close enough, Okay. The 25 years for the
18  anticipated operational life of the facility, could
19  you just clarify again what that 25 years represents?
20  A.   I believe it represents what was
21  anticipated in normal lifetime of the equipment that
22  would be used in one of these facilities such as
23  transportation casks, handling equipment, any type of
24  hardware that was going to need to be purchased to
25  operate the facility was thought to have about an

Alderson Reporting Company, Inc.
1111 14th Street, N.W. Suite 400  1-800-FOR-DEPO Washington, DC 20005

McLean, VA

Page 22

1  operational life before you would need to basically
2  just get rid of it and buy new stuff of 25 years.
3      Q.   So the 3000, or the rate that was
4  generated by looking at that, the rate was based on
5  the calculation or the estimation that the life of
6  this equipment would be about 25 years, not vice
7  versa? I sense by your expression they were as clear
8  as mud?
9      A.   The vice versa, I wasn't sure.
10     Q.   Sorry. In other words, as I understand
11  it, the DOE in developing this acceptance schedule or
12  this acceptance rate didn't approach it in the manner
13  of we want a rate of 3000 and then let's calculate
14  what the life of this equipment would be.
15          Rather, they took the 70,000 MTU limit or
16  what they felt would be the limit on the acceptance,
17  what the repository would accept and then looked at
18  the life of the equipment, what they expected the
19  life of the equipment would be and took those numbers
20  and then came up with the 3000, not the other way
21  around.
22     A.   We looked at what the life of the
23  equipment was and not -- and then divided the total
24  anticipated capacity to determine the rate. We
25  didn't look at the rate first. We did not look at

Page 23

1  the rate first and then back calculate what the life
2  of the equipment would be.
3      Q.   Okay. I think that expressed what I was
4  trying to say. Was there any expectation by the DOE
5  that the program would last longer than this 25
6  years? In other words, that they would have to go
7  out and buy a new set of this equipment?
8      A.   Well, if you look at the early documents,
9  it actually includes two repositories. So the first
10  one would be operating for approximately 25 years and
11  then the second one coming on line or starting
12  several years, I'm thinking -- it varied at different
13  points of permanence, but I'm going to say
14  approximately 10 years after the first one so that
15  would be 25 years past, so you're talking
16  approximately 35 years or so.
17     Q.   At each repository, was there any
18  expectation that at each of the repository there
19  would be a replacement of the equipment so that each
20  repository would be operating for more than 25 years?
21     A.   I don't believe so. Well, let me just
22  clarify that. When you say operation, you mean
23  you're still going to be done after no more fuels
24  come in after the repository. The acceptance part of
25  files coming into the gate was expected to last 25

Page 24

1  years.
2          There are additional requirements such as
3  everything would not necessarily be in place within
4  that 25 year period of time. It would take a little
5  bit longer to work off the backlog, and I believe the
6  nuclear policy act specifies we have to provide a
7  50-year retreatability, capability at the repository.
8  So there would be certain activities going on to
9  fulfill those statutory requirements. But regarding
10  I think accepting fuels through the front gate and
11  doing what we need to do to get into placement would
12  last 25 years plus a few additional years to work off
13  any lag fuel storage.
14     Q.   I think with that clarification we're
15  still on the same page as far as what I meant by
16  operational life and what you said in your earlier
17  testimony -- just to clarify, when you were talking
18  about operational life of the equipment, you've been
19  referring to the operation life of the acceptance
20  equipment?
21     A.   For the most part, yes.
22     Q.   Briefly look at the 1997 annual capacity
23  report. And again, it should be one of the middle --
24  or early documents, No. 4.
25     A.   Okay.

Page 25

1      Q.   I'm going to focus on the bottom of page 4
2  and top of page 5. It's a Section 1.2.3. Submittal
3  of comments on the annual capacity report. Yesterday
4  I believe you were asked that question about whether
5  or not -- and I can't remember the exact question.
6  But I believe it was a question as to whether or not
7  the standard contract required comments or provided
8  for a method for commentary on the annual or draft
9  annual capacity reports.
10          And I believe you gave some testimony as
11  to whether -- you know, that the standard contract
12  provided a mechanism for comment when something had
13  been delivered to a purchaser by a contracting
14  officer, do you remember giving testimony like that?
15     A.   Yes.
16     Q.   If you could just take a look at Section
17  1.2.3 on Exhibit 4 there, you'll see it -- I'll read
18  it. It just starts, "Wherein comments are requested,
19  specifically from the purchasers, on the content of
20  this initial ACR."
21          Do you know whether or not this request
22  for comments was being made pursuant to the standard
23  contract?
24          MS. SULLIVAN: Objection beyond the scope.
25  You can answer if you know.

# Defendant

Page 42

1      Q.   So by either 1987 or 1988, DOE had
2  determined that it wouldn't begin accepting SNF at
3  the repository in 1998?
4      A.   Yes.
5      Q.   Prior to that time, were there any DOE
6  studies suggesting an acceptance rate of 900 MTU?
7          MS. SULLIVAN: Objection. Vague. 1900
8  MTU, what time period?
9          MR. MACDONALD: Did you understand the
10  question?
11         THE WITNESS: Are you saying 1900 MTUs per
12  year?
13         MR. MACDONALD: I'm sorry. I thought I
14  said 900 MTUs.
15         THE WITNESS: 900 MTUs on a yearly basis?
16         MR. MACDONALD: Yes.
17         THE WITNESS: On a steady state basis not
18  just given any year?
19         MR. MACDONALD: That's right. With a
20  reasonable ramp-up period.
21         THE WITNESS: Steady state acceptance rate
22  of 900 MTUs. I don't know of any.
23         BY MR. MACDONALD:
24     Q.   You don't know of any DOE studies before
25  1998 in which DOE intended to operate its facilities

Page 43

1  with a steady state acceptance rate of 900 MTU per
2  year?
3      A.   I'm sorry. Maybe you misspoke or maybe I
4  misheard you. You say before 1998?
5      Q.   I may have said that. If I did, I
6  apologize. I'm trying in my head to refer to 1988.
7      A.   Okay. If you're asking me do I know of
8  any studies that were prior to 1998 that this
9  steady --
10     Q.   1988.
11     A.   1988, excuse me, with steady state
12  acceptance rate of 900 MTUs, I do not recall any.
13     Q.   Are you aware of any studies where DOE
14  planned on accepting fuel at a repository at less
15  than a 3000 MTU per year steady state rate?
16         MS. SULLIVAN: Objection, vague.
17         MS HEWLITT: Before 1998?
18         MR. MACDONALD: At any time.
19         THE WITNESS: I am not aware of any
20  studies that stated that the steady state acceptance
21  rate at a repository would be less than -- other than
22  in the ramp-up period, less than 3000 MTUs per year.
23         BY MR. MACDONALD:
24     Q.   And the question is sort of convoluted, so
25  I apologize. Another way of putting that is assuming

Page 44

1  the operation of a repository DOE planned on a 3000
2  MTU per year steady state rate, is that correct?
3          MS. SULLIVAN: Objection, vague.
4          THE WITNESS: No. I would say that's not
5  correct.
6          BY MR. MACDONALD:
7      Q.   Okay. In what way is it not correct?
8      A.   I think if you look at documents such as
9  the 91 ACR, 95 ACR, we looked at steady state rates
10  of 900.
11     Q.   Were either of those ACRs based on
12  accepting fuel at the repository at the time during
13  the period where the rate was 900 MTU?
14         MS. SULLIVAN: Objection, vague.
15         THE WITNESS: Can you restate that for me?
16         MR. MACDONALD: Could you read the
17  question back?
18         THE REPORTER: "Question: Were either of
19  those ACRs based on accepting fuel at the repository
20  at the time during the period where the rate was 900
21  MTU?"
22         THE WITNESS: I don't believe so.
23         BY MR. MACDONALD:
24     Q.   Maybe my earlier question was inartful,
25  then. Assuming an operation at a repository, not an

Page 45

1  MRS, did DOE plan to use a 3000 MTU acceptance rate
2  once it ramped up to a steady state?
3      A.   I believe so.
4          MS. SULLIVAN: Can I have a --
5          (Counsel conferring with witness)
6          BY MR. MACDONALD:
7      Q.   Mr. Pollog, I'd like to ask you a couple
8  of questions about the '83 draft mission plan which
9  you have looked at previously and it should be
10  Exhibit 7. I'd like you to turn to page 2-3.
11         For the record, this is a table that
12  Ms. Hewett asked you about yesterday entitled Waste
13  Acceptance Schedule, is that right?
14     A.   I believe so.
15     Q.   One of the questions that Ms. Hewett asked
16  you before about -- she asked about this third column
17  discharge from decommissioned reactors, and I believe
18  your testimony was you didn't think this had or was
19  related to the acceptance rate in any way?
20     A.   Correct.
21     Q.   Do you know why this table includes
22  information about the discharge rate from
23  decommissioned reactors?
24         MS. SULLIVAN: Objection. Asked and
25  answered. You can answer it again if you remember.

Alderson Reporting Company, Inc.
1111 14th Street, N.W. Suite 400  1-800-FOR-DEPO Washington, DC 20005

# Defendant

Thomas Pollog 30(b) 6

McLean, VA

April 12, 2002

Page 46

1    THE WITNESS: No, I don't.
2    BY MR. MACDONALD:
3    Q.   Are you aware of a provision in the
4  standard contract that provides authority to DOE to
5  give shutdown reactors a priority in the acceptance
6  of SNF?
7    A.   I'm aware of a provision that DOE may
8  provide priority for shutdown reactors.
9    Q.   Do you know why that provision was put in
10  the standard contract?
11    A.   No, I do not.
12    Q.   Would you turn to page 2-5?
13    A.   The same document?
14    Q.   Same document.  The first full paragraph
15  on page 2-5 begins, "The main plan and primary effort
16  is to have an operating geologic repository in 1998."
17    Do you see that?
18    A.   Yes.
19    Q.   As of December 20, 1983, the date of this
20  document, was it DOE's main plan and primary effort
21  to have a repository?
22    MS. SULLIVAN: Objection. Beyond the
23  scope.  You can answer if you know.
24    THE WITNESS: I believe it was the
25  objective of the Department to have a repository

Page 47

1  operating by 1998.
2    BY MR. MACDONALD:
3    Q.   Would you turn to page 3-B-12.  It's a
4  ways in the back.
5    A.   3-B-12?
6    Q.   Yes.  And in particular, if you would look
7  at the paragraph B entitled Licensing.
8    A.   Yes.  I'm there.
9    Q.   I had some questions about this which
10  maybe you will be able to explain.  This paragraph
11  states that, "It has been estimated that the Nuclear
12  Regulatory Commission would require two-and-a-half
13  years to review and monitor retrievable storage
14  facility licensing application."
15    Can you explain to me what would go into
16  that estimate of why it would take two-and-a-half
17  years for the NRC to review an NRS licensing
18  application?
19    MS. SULLIVAN: Objection. Beyond the
20  scope.  You can answer as to your personal knowledge.
21    THE WITNESS: I must admit I'm not that
22  familiar with NRC licensing regarding a facility, so
23  I can't explain to you why it would take
24  two-and-a-half years to do that.
25    BY MR. MACDONALD:

Page 48

1    Q.   Is the 2.5 year time period consistent
2  with your current understanding of how long the NRC
3  would take to license an MRS?
4    MS. SULLIVAN: Same objection.
5    THE WITNESS: My current understanding is
6  based on work that was done I believe a CISF,
7  centralized interim storage facility submittal we
8  sent to NRC in the late 1990s, and I believe the
9  licensing time approximates that.
10    BY MR. MACDONALD:
11    Q.   And what was again the CISF proposal that
12  you're talking about?
13    MS. SULLIVAN: Same.
14    THE WITNESS: Centralized interim storage
15  facility.
16    BY MR. MACDONALD:
17    Q.   And you worked on that proposal in what
18  period of time?
19    A.   I did not work on that proposal.
20    Q.   When was that proposal sent in?
21    MS. SULLIVAN: Same objection.
22    THE WITNESS: I believe in the late '90s,
23  mid to late '90s.
24    BY MR. MACDONALD:
25    Q.   If you didn't work on it, how are you

Page 49

1  aware of the time that the study estimated for NRC
2  approval of an MRS license?
3    A.   I believe I picked a copy up just for some
4  general light reading one afternoon.
5    Q.   You're an engineer at heart.  Do you know
6  who did work on that?
7    MS. SULLIVAN: Same objection.
8    THE WITNESS: Yes, I do.
9    BY MR. MACDONALD:
10    Q.   Who was that?
11    MS. SULLIVAN: Same objection.
12    THE WITNESS: Dan Kane, K-a-n-e.
13    BY MR. MACDONALD:
14    Q.   In 1983, did DOE anticipate that utilities
15  would have to build additional on-site storage
16  facilities?
17    A.   I believe so, yes.
18    Q.   Did DOE anticipate the utilities would
19  have to about the additional on-site storage
20  facilities after 1998?
21    A.   I believe so.
22    Q.   Why do you believe so?
23    A.   Because we believe utilities would need to
24  build additional on-site storage facilities by the
25  mid-'90s.

Alderson Reporting Company, Inc.
1111 14th Street, N.W. Suite 400  1-800-FOR-DEPO Washington, DC 20005

# Defendant

April 12, 2002

Thomas Pollog 30(b) 6

McLean, VA

Page 90

1    Q.    And do you know when generally, what year
2    SMUD would have submitted and had DCSs approved?
3    A.    Yes.
4    Q.    What year generally would that have been?
5    A.    I believe it would have started in 1992.
6    Q.    And would have been approved under the
7    contract shortly after being sent in -- there were
8    time lines set out in the contract for when they had
9    to be approved?
10   A.    There are time lines set into the contract
11   for specific actions regarding approval of DCSs, yes.
12   Q.    So at the time that they were approved,
13   assume that was in 1992 or 1993, it was DOE's
14   position that it was contractually obligated to begin
15   picking up fuel from SMUD on this schedule set out
16   here that we're looking at?
17   A.    It was the DOE's contention that once the
18   DCSs submitted by SMUD and approved by the
19   department, it was obligated to pick up set amounts
20   in those DCSs of fuel.
21   Q.    If you would look at Exhibit 3 to your
22   deposition which should be the DCS deposition.
23   Were the DCS instructions based on allocations in the
24   1991 ACR?
25        MS. SULLIVAN:  Objection.  Vague.

Page 91

1        THE WITNESS:  I don't quite understand
2    what you're asking.  I'm sorry.
3        BY MR. MACDONALD:
4    Q.    Well, the purchasers had to submit DCRs
5    based on some allocation, correct?
6    A.    Yes.
7    Q.    My question is, on what allocation in what
8    DOE document were the purchasers' DCS submissions
9    based?
10   A.    The purchasers were supposed to use for
11   their DCS submittals allocations in the 1991 ACR.
12   Q.    Is there anything in the DCS instructions
13   that would suggest to a utility that DOE believed
14   that the DCSs would be contractually binding?
15   A.    If you allow me several minutes to review
16   this very quickly.
17   Q.    Please take as much time as you need.
18        (Witness reviewing document)
19        THE WITNESS:  I'm ready.  Can you repeat
20   that question for me?
21        THE REPORTER:  "Question:  Is there
22   anything in the DCS instructions that would suggest
23   to a utility that DOE believed that the DCSs would be
24   contractually binding?"
25        THE WITNESS:  I think there's something

Page 92

1    here that suggests it's contractually binding for the
2    purchaser, but not for DOE.
3        BY MR. MACDONALD:
4    Q.    And when you say for the purchaser not
5    DOE, could you explain what you mean, contractually?
6    A.    Yeah.  If you look on page 5 under
7    certifications, it says, "Any individual duly
8    authorized to bind the purchaser must sign DCS
9    certifying the purchaser has a legal right to deliver
10   such SNF to DOE."
11   Q.    And explain to me why that suggests that
12   the DCSs are contractually binding for the purchaser
13   but not DOE.
14   A.    I didn't say they weren't contractually
15   binding for DOE.  I just said that the statement here
16   indicates to me it binds the purchaser to DCSs
17   instructions.  But there's no statements in here that
18   state that it binds DOE.
19   Q.    And in fact, this statement doesn't state
20   that the DCSs bind the purchaser; it states that a
21   certification that the individual authorized to bind
22   the purchaser must sign the DCS certifying that the
23   purchaser has the legal right to deliver such SNF to
24   DOE.
25        MS. SULLIVAN:  Object.  The document

Page 93

1    speaks for itself.  You can answer.
2        THE WITNESS:  It says any individual that
3    we must certifying that the purchaser has legal right
4    to deliver such SNF to DOE.
5        BY MR. MACDONALD:
6    Q.    So this provision is speaking to whether
7    or not the purchaser has the legal right to deliver
8    the SNF to DOE, correct?
9    A.    I believe so.
10   Q.    Other than that statement, is there
11   anything in these DCS instructions that suggest DOE
12   believed that the DCSs were contractually binding?
13   A.    No.
14   Q.    If I could ask you to turn to page 2,
15   little paragraph C, just take a quick look at that
16   paragraph.  Is there anything in these DCS
17   instructions that suggest that the DCSs are not
18   binding commitments on behalf of DOE?
19   A.    No.
20   Q.    The sentence they believe you spoke
21   discussed with Ms. Hewett yesterday that's in little
22   subparagraph C says, "In the event that such
23   circumstances change, all DCSs previously approved by
24   DOE may need to be reevaluated by DOE and the
25   purchasers."

24 (Pages 90 to 93)

# James Shiffer

# Defendant

**Capital Reporting Company**

Page 1

1          IN THE UNITED STATES COURT OF FEDERAL CLAIMS

2

3   PACIFIC GAS & ELECTRIC COMPANY    )
                                      )
4                  Plaintiff,         )
                                      )
5           -vs-                      ) No. 04-0074C, which
                                      ) has been consolid-
6   THE UNITED STATES,                ) ated No. 04-0075C
                                      ) (Judge Hewitt)
7                  Defendant.         )
    _____)
8

9

10

11

12

13            DEPOSITION OF JAMES D. SHIFFER

14

15

16

17

18   DATE:              July 28, 2005

19   TIME:              9:11 a.m.

20   LOCATION:          PG&E Building

21                      77 Beale Street

22                      Conference Room 303
                        San Francisco, California
23
     REPORTED BY:       Joanmarie Torreano, CSR, CRR, CRP
24                      Certified Shorthand Reporter
                        License Number C-6504
25

Page 10

1  specialize in nuclear engineering you were technically a
2  member of some other established engineering group,
3  either mechanical engineering or civil.  Since I'd
4  previously been a chemical engineer I stayed technically
5  in the chemical.
6      Q.    And you are a registered nuclear engineer?
7      A.    Well, I was.  I haven't kept it up-to-date.
8  I'm not sure whether I still am or not.  At one time I
9  was.
10      Q.    I want to start with your work as a power
11  production engineer at Humboldt from 1961 to '69.  What
12  was the -- just can you just generally tell me what your
13  job responsibilities were in that capacity?
14      A.    Yeah.  Basically, I was in charge of sort of
15  the mechanical nuclear engineering aspects of running
16  Diablo Canyon, as I would -- and I did a lot of training
17  also, training of people to become licensed operators,
18  but we would plan refueling outages, we would oversee
19  the outages.  I would test efficiency of, you know,
20  pumps and valves and, you know, just generally general
21  over -- engineering oversight of the plant operations.
22      Q.    And in that job did you have any responsibility
23  for dealing with spent nuclear fuel?
24      A.    Well, I had responsibility in the sense that I
25  inventoried it.  I mean, I didn't handle it ordinarily.

Page 11

1  I mean the operators handled it and I would plan out the
2  refueling outage sequence; in other words, you know,
3  when we would make changes in the thing, and I would
4  keep track of, presumably, of where the fuel assemblies
5  were, but that's about it I guess.
6      Q.    All right.  In your next job, senior power
7  production engineer, it says on your resumé that you --
8  that appears to be a supervisory position over technical
9  staff; is that right?
10      A.    Yeah.  I think right at the end of my Humboldt
11  career they made me senior power production engineer,
12  which means I had my successors as the power production
13  engineering.  I had the chemical radiation engineers
14  report to me, so I had what I previously did with the
15  chemistry and radiation protection.
16      Q.    You've also worked at the besides Rochester Gas
17  & Electric -- I always pronounce it wrong -- is it
18  "Ginna"?
19      A.    Ginna.
20      Q.    Ginna, the startup of that facility?
21      A.    Yes, they were -- I was scheduled to move down
22  to Diablo Canyon, which is a pressurized water reactor,
23  a different type of reactor than Humboldt Bay, so since
24  my experience was purely on a boiling water reactor they
25  sent me and another fellow back to New York to observe

Page 12

1  the startup of the Ginna plant to get some experience on
2  this new different type of reactor.
3      Q.    And after that it looks like you came back to
4  Diablo Canyon, where you were a plant engineer; is that
5  right?
6      A.    Let me just -- I see what I'm writing here.
7            Okay.  Well, anyway, I came back in 1970 very
8  briefly in a house trailer in a parking lot at Humboldt
9  Bay park land, but I was assigned at that time to be
10  working at Diablo Canyon Power Plant, and as soon as
11  they got the facility -- office facilities built in
12  1979, I physically transferred down to Diablo Canyon.
13      Q.    When did Diablo Canyon start operating?
14      A.    Well, it started operating -- I think it went
15  critical in 1984.
16      Q.    So in your job, then, responsibilities through
17  manager of nuclear plant options, which terminates in
18  1984, were you primarily working on the startup of
19  Diablo Canyon?
20      A.    Yes.
21      Q.    After that your resumé lists you as a vice
22  president for nuclear power generation.
23            MR. STOUCK:  Excuse me.  He's looking at it.
24  He's consulting it.
25            MR. EKMAN:  That's fine.

Page 13

1            MR. STOUCK:  He probably wrote it so -- I don't
2  know.
3            THE WITNESS:  Yeah, I did.  I'm sorry.
4  BY MR. EKMAN:
5      Q.    First of all, what's the nuclear power
6  generation?
7      A.    Okay.  Basically, the company -- the generation
8  department of the company was split into three groups.
9  Steam generation, which ran your fossil fuel plants,
10  hydro generation, which ran the hydroelectric plants,
11  and nuclear generation, which ran the nuclear plants,
12  and so nuclear power generation was a subset of the
13  overall generation department for Pacific Gas &
14  Electric.
15      Q.    Now, as an executive, what was your day-to-day
16  role in the management of spent nuclear fuel generated
17  by Diablo Canyon?
18            MR. STOUCK:  In which time frame are we?
19            MR. EKMAN:  1984 to 1990.
20            THE WITNESS:  1984 to 1990.  Let's see, how do
21  I explain this simply.
22            I was technically not responsible for the
23  design of storage facilities or anything like that.  I
24  was responsible for the operation of the plant, which,
25  of course, generated spent fuel, and I was responsible

4 (Pages 10 to 13)

# Capital Reporting Company

1  for being the interface between PG & E and the Nuclear
2  Regulatory Commission; in other words, what we called
3  the licensing function so that when we had, you know,
4  issues like reracking and we sent correspondence back
5  and forth it went out under my signature, but the
6  detail --
7       I was also involved in trying to get
8  authorization for expenditures for things that would be
9  required to operate Diablo Canyon.  Of course, one thing
10 is obviously spent fuel, so I had to get involved in the
11 authorization of expenditures, but I was not ordinarily
12 involved in any detail anyway in the actual design of
13 these things.
14 BY MR. EKMAN:
15      Q.   So the legwork was being performed by people
16 below you?
17      A.   Well, in all of these areas the legwork was
18 being performed by people below me, that's correct.
19      Q.   Other than the rerack during this time period,
20 do you remember if there were any other major projects
21 at the Diablo Canyon facility that you were part of
22 getting authorization to expend capital?
23      A.   Yeah, there was replacing our turbine rotors
24 from the original design to a new upgraded design.
25 There was a lot of facilities that had to be approved.

1       By that let me explain what that means.  You
2  know, the plant, as you can tell, was many, many years
3  delayed getting into operation, and in that time frame
4  you had a lot of events like the TMI things and -- for
5  example, and so the facilities that were originally
6  designed, assuming that the plant was going to go into
7  operation in 1973 or whatever it was, in a lot of cases
8  were kind of obsolete.
9       I mean it was -- at one point in time, for
10 example, we thought it would take two or three hundred
11 people to run the plant.  When we actually started up we
12 had 2,000 people to run the plant.  So office space and
13 things like that.  A lot of those kinds of facilities,
14 office space, training facilities, laboratory facilities
15 were upgraded after we went into operation and that all
16 had to be budgeted and put in place.  So those are the
17 kinds of things.
18      Q.   How about the wet pool?
19      A.   The --
20      Q.   The wet pools at Diablo Canyon, were there any
21 modifications to those from the original design to
22 the -- I guess right around the operational startup?
23      A.   Well, other than the reracking, I can't think
24 of any.
25      Q.   And why was the reracking needed in the late

1  1980s?
2       A.   Well, because we were aware that the government
3  had changed its policy and was no longer accepting fuel
4  to be reprocessed, and the original design of the spent
5  nuclear fuel pool was done on the assumption that you
6  would take fuel off site, you know, maybe a year or so
7  after that had been discharged and reprocess it.  So you
8  really only had a very small amount of storage space.
9       Once it became apparent that that was, you
10 know, that was no longer going to be the case, that you
11 were going to be required to store it on site for many,
12 many years, then we had to expand the storage capability
13 of the pools.
14      Q.   All right.  After that position you go and
15 become senior vice president and general manager of the
16 Nuclear Power Generation Business Unit.  Do you see
17 that?
18      A.   Yes.
19      Q.   And that was only for a year, year and a half;
20 is that right?
21      A.   Yes.
22      Q.   In this role did you have any involvement in
23 the operations of the Diablo Canyon facility?
24      A.   Well, I had the same role fundamentally that I
25 had had when I was vice president.

1       Q.   Had your tasks, your responsibilities
2  expanded?  Because certainly it looks, from the
3  description here, that it did.
4       A.   To an extent that's true, they had expanded,
5  but as I had indicated previously, when I was vice
6  president nuclear power generation was one of three
7  subsets of the generation business unit.  Okay.
8       After we signed the Diablo Canyon rate case
9  with the Public Utilities Commission we went on an
10 incentive rate making proposal that was unique.  In
11 other words, we only got paid if we generated power,
12 okay, which is not the way a normal utility rate making
13 works.
14      Because of the totally different business
15 condition that we were now faced with, they decided to
16 take nuclear power out and make a separate business unit
17 out of it, so it -- and then one other thing that they
18 did at that time is they took the engineering groups
19 which had previously been over in an engineering
20 business unit and they took the key elements that were
21 required to support Diablo and they put them in that
22 business unit.
23      Q.   During this time period were there any projects
24 at Diablo Canyon related to spent nuclear fuel storage
25 expansion that were ongoing?

# Plaintiff

**Capital Reporting Company**

Page 1

```
 1          IN THE UNITED STATES COURT OF FEDERAL CLAIMS

 2

 3   PACIFIC GAS & ELECTRIC COMPANY    )
                                       )
 4                   Plaintiff,        )
                                       )
 5           -vs-                      ) No. 04-0074C, which
                                       ) has been consolid-
 6   THE UNITED STATES,                ) ated No. 04-0075C
                                       ) (Judge Hewitt)
 7                   Defendant.        )
     _____)
 8

 9

10

11

12

13            DEPOSITION OF JAMES D. SHIFFER

14

15

16

17

18   DATE:              July 28, 2005

19   TIME:              9:11 a.m.

20   LOCATION:          PG&E Building

21                      77 Beale Street

22                      Conference Room 303

                        San Francisco, California
23

     REPORTED BY:       Joanmarie Torreano, CSR, CRR, CRP

24                      Certified Shorthand Reporter

                        License Number C-6504
25
```

Page 15

1        By that let me explain what that means.  You

2   know, the plant, as you can tell, was many, many years

3   delayed getting into operation, and in that time frame

4   you had a lot of events like the TMI things and -- for

5   example, and so the facilities that were originally

6   designed, assuming that the plant was going to go into

7   operation in 1973 or whatever it was, in a lot of cases

8   were kind of obsolete.

9        I mean it was -- at one point in time, for

10  example, we thought it would take two or three hundred

11  people to run the plant.  When we actually started up we

12  had 2,000 people to run the plant.  So office space and

13  things like that.  A lot of those kinds of facilities,

14  office space, training facilities, laboratory facilities

15  were upgraded after we went into operation and that all

16  had to be budgeted and put in place.  So those are the

17  kinds of things.

18       Q.   How about the wet pool?

19       A.   The --

20       Q.   The wet pools at Diablo Canyon, were there any

21  modifications to those from the original design to

22  the -- I guess right around the operational startup?

23       A.   Well, other than the reracking, I can't think

24  of any.

25       Q.   And why was the reracking needed in the late

1    1980s?

2        A.    Well, because we were aware that the government

3    had changed its policy and was no longer accepting fuel

4    to be reprocessed, and the original design of the spent

5    nuclear fuel pool was done on the assumption that you

6    would take fuel off site, you know, maybe a year or so

7    after that had been discharged and reprocess it.  So you

8    really only had a very small amount of storage space.

9            Once it became apparent that that was, you

10   know, that was no longer going to be the case, that you

11   were going to be required to store it on site for many,

12   many years, then we had to expand the storage capability

13   of the pools.

14       Q.    All right.  After that position you go and

15   become senior vice president and general manager of the

16   Nuclear Power Generation Business Unit.  Do you see

17   that?

18       A.    Yes.

19       Q.    And that was only for a year, year and a half;

20   is that right?

21       A.    Yes.

22       Q.    In this role did you have any involvement in

23   the operations of the Diablo Canyon facility?

24       A.    Well, I had the same role fundamentally that I

25   had had when I was vice president.

# Defendant

## Capital Reporting Company

Page 14

```
1   for being the interface between PG & E and the Nuclear
2   Regulatory Commission; in other words, what we called
3   the licensing function so that when we had, you know,
4   issues like reracking and we sent correspondence back
5   and forth it went out under my signature, but the
6   detail --
7        I was also involved in trying to get
8   authorization for expenditures for things that would be
9   required to operate Diablo Canyon.  Of course, one thing
10  is obviously spent fuel, so I had to get involved in the
11  authorization of expenditures, but I was not ordinarily
12  involved in any detail anyway in the actual design of
13  these things.
14  BY MR. EKMAN:
15       Q.   So the legwork was being performed by people
16  below you?
17       A.   Well, in all of these areas the legwork was
18  being performed by people below me, that's correct.
19       Q.   Other than the rerack during this time period,
20  do you remember if there were any other major projects
21  at the Diablo Canyon facility that you were part of
22  getting authorization to expend capital?
23       A.   Yeah, there was replacing our turbine rotors
24  from the original design to a new upgraded design.
25  There was a lot of facilities that had to get approved.
```

Page 15

```
1        By that let me explain what that means.  You
2   know, the plant, as you can tell, was many, many years
3   delayed getting into operation, and in that time frame
4   you had a lot of events like the TMI things and -- for
5   example, and so the facilities that were originally
6   designed, assuming that the plant was going to go into
7   operation in 1973 or whatever it was, in a lot of cases
8   were kind of obsolete.
9        I mean it was -- at one point in time, for
10  example, we thought it would take two or three hundred
11  people to run the plant.  When we actually started up we
12  had 2,000 people to run the plant.  So office space and
13  things like that.  A lot of those kinds of facilities,
14  office space, training facilities, laboratory facilities
15  were upgraded after we went into operation and that all
16  had to be budgeted and put in place.  So those are the
17  kinds of things.
18       Q.   How about the wet pool?
19       A.   The --
20       Q.   The wet pools at Diablo Canyon, were there any
21  modifications to those from the original design to
22  the -- I guess right around the operational startup?
23       A.   Well, other than the reracking, I can't think
24  of any.
25       Q.   And why was the reracking needed in the late
```

Page 16

```
1   1980s?
2        A.   Well, because we were aware that the government
3   had changed its policy and was no longer accepting fuel
4   to be reprocessed, and the original design of the spent
5   nuclear fuel pool was done on the assumption that you
6   would take fuel off site, you know, maybe a year or so
7   after that had been discharged and reprocess it.  So you
8   really only had a very small amount of storage space.
9        Once it became apparent that that was, you
10  know, that was no longer going to be the case, that you
11  were going to be required to store it on site for many,
12  many years, then we had to expand the storage capability
13  of the pools.
14       Q.   All right.  After that position you go and
15  become senior vice president and general manager of the
16  Nuclear Power Generation Business Unit.  Do you see
17  that?
18       A.   Yes.
19       Q.   And that was only for a year, year and a half;
20  is that right?
21       A.   Yes.
22       Q.   In this role did you have any involvement in
23  the operations of the Diablo Canyon facility?
24       A.   Well, I had the same role fundamentally that I
25  had had when I was vice president.
```

Page 17

```
1        Q.   Had your tasks, your responsibilities
2   expanded?  Because certainly it looks, from the
3   description here, that it did.
4        A.   To an extent that's true, they had expanded,
5   but as I had indicated previously, when I was vice
6   president nuclear power generation was one of three
7   subsets of the generation business unit.  Okay.
8        After we signed the Diablo Canyon rate case
9   with the Public Utilities Commission we went on an
10  incentive rate making proposal that was unique.  In
11  other words, we only got paid if we generated power,
12  okay, which is not the way a normal utility rate making
13  works.
14       Because of the totally different business
15  condition that we were now faced with, they decided to
16  take nuclear power out and make a separate business unit
17  out of it, so it -- and then one other thing that they
18  did at that time is they took the engineering groups
19  which had previously been over in an engineering
20  business unit and they took the key elements that were
21  required to support Diablo and they put them in that
22  business unit.
23       Q.   During this time period were there any projects
24  at Diablo Canyon related to spent nuclear fuel storage
25  expansion that were ongoing?
```

# Plaintiff

**Capital Reporting Company**

Page 18

1     A.   In 1990 I don't recall any.  I think we pretty

2  much finished what we were doing.

3     Q.   By 1991 you go up to executive vice president,

4  and in the description it states that you were initially

5  responsible for three of PG & E's five business units.

6          Have we now -- are you now in a different

7  position than you were as a senior vice president --

8     A.   Yes.

9     Q.   -- of the nuclear power generation unit?

10    A.   Yes.  Now instead of having any direct

11  responsibility for Diablo Canyon I simply supervised my

12  presented -- successor as senior vice president.

13    Q.   Who was your successor?

14    A.   Greg Rueger.

15    Q.   Did you, in this capacity, have any

16  responsibility for Humboldt Bay?

17    A.   Only in the sense that Humboldt Bay was part of

18  the nuclear business unit that rolled up to me.

19    Q.   Would your involvement -- would you

20  characterize your involvement as a high-level

21  involvement?

22    A.   Very high level as it relates to Humboldt Bay.

23    Q.   And I don't want to compare Humboldt Bay and

24  Diablo Canyon, but if I was to ask you independently if

25  you considered your involvement during this time period

# Defendant

**Page 18**

1    A.    In 1990 I don't recall any.  I think we pretty
2  much finished what we were doing.
3    Q.    By 1991 you go up to executive vice president,
4  and in the description it states that you were initially
5  responsible for three of PG & E's five business units.
6          Have we now -- are you now in a different
7  position than you were as a senior vice president --
8    A.    Yes.
9    Q.    -- of the nuclear power generation unit?
10   A.    Yes.  Now instead of having any direct
11 responsibility for Diablo Canyon I simply supervised my
12 presented -- successor as senior vice president.
13   Q.    Who was your successor?
14   A.    Greg Rueger.
15   Q.    Did you, in this capacity, have any
16 responsibility for Humboldt Bay?
17   A.    Only in the sense that Humboldt Bay was part of
18 the nuclear business unit that rolled up to me.
19   Q.    Would your involvement -- would you
20 characterize your involvement as a high-level
21 involvement?
22   A.    Very high level as it relates to Humboldt Bay.
23   Q.    And I don't want to compare Humboldt Bay and
24 Diablo Canyon, but if I was to ask you independently if
25 you considered your involvement during this time period

**Page 19**

1  at Diablo Canyon to be high level, what would your
2  answer be?
3    A.    We're now talking about the time from 1991 to
4  '93 when I'm executive --
5    Q.    Yes.
6    A.    It's very -- it's high level, but Diablo Canyon
7  is obviously a much bigger element than Humboldt Bay.
8    Q.    Because it's operating?
9    A.    Because it's operating and it's also much
10 greater -- larger facility.
11   Q.    Do you recall if during this time period, '91
12 to '93, there were any expansion activities at Diablo
13 Canyon?
14   A.    Not that I'm aware of.
15   Q.    After that you spend, again, it's '94 to '95,
16 chairman, president and chief executive officer of
17 PG & E Enterprises?
18   A.    That's correct.
19   Q.    In reading this description, it seemed to be
20 another sort of fundamental change in the organization
21 that you're with, and I'm just wondering, first of all,
22 is that a correct statement that I just made?  That
23 you're now doing different stuff from what you're doing
24 executive V.P. and below?
25   A.    Yes.

**Page 20**

1    Q.    Just generally tell me what you were doing.
2          Let's start with this:  What is PG & E
3  Enterprises?
4    A.    Okay.  As you may or may not be aware of,
5  California went through an electricity deregulation
6  experiment, I guess I could call it, in the late '90s.
7  Anyway, what that -- one of the elements of that
8  deregulation process was that they were going to require
9  PG & E divest itself of a good portion of their
10 generating facilities and they were going to allow
11 independent power generators to take up the slack and
12 operate in California.  So our business was going to be
13 reduced, our scope of business was going to be reduced.
14         One of the things, however, that they -- one of
15 the caveats, I guess, was that we could now -- PG & E
16 that is, could now start doing business outside of the
17 State of California, which we had previously never been
18 allowed to do, and we could run unregulated businesses,
19 as long as they weren't involved in our service
20 territory in regulated matters.
21         And so PG & E started up a totally independent
22 entity called PG & E Enterprises that worked throughout
23 the rest of the United States and internationally, and
24 it had its own separate management team, and I was
25 eventually made president and C.E.O. of that activity.

**Page 21**

1    Q.    And in that capacity did you have any
2  responsibility for spent nuclear fuel issues at Diablo
3  Canyon or Humboldt Bay?
4    A.    No.
5    Q.    When you were working at -- when your work
6  involved the Diablo Canyon facility, where were you
7  located, you personally, physically?
8    A.    Well, when I first started work in 1970, say in
9  1970, I was for a few months located in a parking lot at
10 Humboldt Bay Power Plant, but basically from 1971 to
11 1980 I was physically located at the plant site.  From
12 1980 on I was located up here in the corporate
13 headquarters.
14   Q.    Your next job, again, it's the '96 to '97
15 period, is executive vice president.  What was your
16 primary role as executive vice president during this
17 year?
18   A.    Well, I'd intended to retire after 1996, and
19 there had been a couple of operational problems at
20 Diablo Canyon and so they asked me if I would stay on
21 for one year, relinquish my PG & E Enterprises
22 connection but stay on as an executive vice president
23 and go resume some sort of oversight of Diablo Canyon
24 for a while, make sure we got our problems resolved.
25   Q.    When you say "problems," what problems are you

# Plaintiff

**Capital Reporting Company**

```
 1   at Diablo Canyon to be high level, what would your

 2   answer be?

 3        A.   We're now talking about the time from 1991 to

 4   '93 when I'm executive --

 5        Q.   Yes.

 6        A.   It's very -- it's high level, but Diablo Canyon

 7   is obviously a much bigger element than Humboldt Bay.

 8        Q.   Because it's operating?

 9        A.   Because it's operating and it's also much

10   greater -- larger facility.

11        Q.   Do you recall if during this time period, '91

12   to '93, there were any expansion activities at Diablo

13   Canyon?

14        A.   Not that I'm aware of.

15        Q.   After that you spend, again, it's '94 to '95,

16   chairman, president and chief executive officer of

17   PG & E Enterprises?

18        A.   That's correct.

19        Q.   In reading this description, it seemed to be

20   another sort of fundamental change in the organization

21   that you're with, and I'm just wondering, first of all,

22   is that a correct statement that I just made?  That

23   you're now doing different stuff from what you're doing

24   executive V.P. and below?

25        A.   Yes.
```

# Defendant

# Capital Reporting Company

**Page 30**

1    Q.   So would you have any knowledge concerning the
2  yearly operations of maintenance costs associated with
3  SAFSTOR operations at Humboldt Bay?
4    A.   Only the most superficial to the extent they
5  rolled up to my budget, but I didn't review them in any
6  great detail.
7    Q.   What about sitting here today, do you have any
8  recollection?
9    A.   I have no recollection sitting here today, no.
10    MR. STOUCK:  Can we go off the record for one
11  second?
12    (Recess taken:  9:49 a.m. until 9:54 a.m.)
13    (Defendant's Exhibit 1 was
14    marked for identification.)
15  BY MR. EKMAN:
16    Q.   Mr. Shiffer, you've been handed what's been
17  marked as Exhibit Number 1 to your deposition.  It's a
18  letter dated May 13th, 1981 to a Mr. G.A. Tidrick from
19  something that looks like J.R. Raggio, R-a-g-g-i-o.
20    A.   It's J.H. Raggio.
21    Q.   J.H. Raggio.  And you are listed as a copy on
22  this letter?
23    A.   Yeah.
24    Q.   I just have a few questions about this.  First
25  of all, could you tell me who Mr. Tidrick was at this

**Page 31**

1  time?
2    A.   Gary Tidrick is his name.  I could be wrong,
3  but I believe that Mr. Tidrick was an engineer working
4  in the engineering organization at the time.
5    Q.   And how about Mr. Raggio?
6    A.   Mr. Raggio, possibly he may have worked in our
7  licensing group.  I can't remember exactly where he
8  worked.
9    Q.   And do you know why you would have been copied
10  on this type of letter dealing with Humboldt Bay during
11  this time period?
12    A.   Well, at this point in time I was that manager
13  of nuclear plant operations before I got to be vice
14  president, and so I was responsible for operating the
15  plants.  And so if somebody is putting together a
16  proposal for whether we start up at Humboldt Bay or not
17  or whether we tear it down or whatever it is, obviously
18  they would have copied me so I was aware of what was
19  going on.
20    Q.   There's also a J.O. Schuyler copied?
21    A.   Yes.
22    Q.   Who was Mr. Schuyler at this time?
23    A.   He was the vice president that I succeeded.
24    Q.   And who were you reporting to during this time
25  period?

**Page 32**

1    A.   Mr. Schuyler.
2    Q.   I noticed when I was looking at this that this
3  letter is not signed by Mr. Raggio.  Do you see that?
4    A.   Yeah, I see that.
5    Q.   Yet it looks like, based on this stamp in the
6  upper right-hand corner of the first page, that this
7  letter or memo was circulated around nuclear plant
8  operations at PG & E.  Is that a fair characterization?
9    A.   Well, it appears to have been circulated to
10  EDW, which is Ed Weeks, and AWM, which is Al Metcalf.
11    Q.   Is there a -- I notice there's also a number up
12  in the top corner, 62.6224.  Do you know what that is?
13    A.   No, I have no idea.
14    Q.   Just based on what you see on this letter, do
15  you have any reason to believe that you weren't actually
16  copied on this particular letter?
17    A.   No, as far as I can assume, a copy was sent to
18  me.
19    Q.   All right.  If you just look at paragraph 5
20  under comments, it's number 5.
21    A.   Uh-huh.
22    Q.   Says that "the plan is to be decommissioned
23  rather than maintained as is.  We believe the SAFSTOR
24  mode with future decom is preferable to immediate
25  decom."

**Page 33**

1    Do you see that?
2    A.   Yes.
3    Q.   Do you recall why at this time the SAFSTOR mode
4  with future decom was preferred over immediate
5  decommissioning?
6    A.   No, because I can't remember exactly what those
7  terms mean anymore.
8    Q.   Do you know what -- do you know what SAFSTOR
9  means?
10    A.   Only my recollection.  I didn't review anything
11  to prepare for this meeting on that subject, but it was
12  just that we would put the fuel in the pool and guard it
13  and that was pretty much what it involved.
14    Q.   And what about decom, do you know what that is?
15    A.   Well, decom refers to some sort of
16  decontamination, which means we're going to be removing
17  a lot of radioactive materials from the plant, as
18  opposed to just keeping things in place.
19    Q.   So then you don't know -- you can't speak to
20  that paragraph?
21    A.   No.
22    Q.   Then there's a -- there's a chart that's
23  attached entitled "Alternatives for Humboldt Bay Unit
24  3."  Do you see that?
25    A.   Yes.

9 (Pages 30 to 33)

# Plaintiff

Page 32

1      A.    Mr. Schuyler.

2      Q.    I noticed when I was looking at this that this

3    letter is not signed by Mr. Raggio.  Do you see that?

4      A.    Yeah, I see that.

5      Q.    Yet it looks like, based on this stamp in the

6    upper right-hand corner of the first page, that this

7    letter or memo was circulated around nuclear plant

8    operations at PG & E.  Is that a fair characterization?

9      A.    Well, it appears to have been circulated to

10   EDW, which is Ed Weeks, and AWM, which is Al Metcalf.

11     Q.    Is there a -- I notice there's also a number up

12   in the top corner, 62.6224.  Do you know what that is?

13     A.    No, I have no idea.

14     Q.    Just based on what you see on this letter, do

15   you have any reason to believe that you weren't actually

16   copied on this particular letter?

17     A.    No, as far as I can assume, a copy was sent to

18   me.

19     Q.    All right.  If you just look at paragraph 5

20   under comments, it's number 5.

21     A.    Uh-huh.

22     Q.    Says that "the plan is to be decommissioned

23   rather than maintained as is.  We believe the SAFSTOR

24   mode with future decom is preferable to immediate

25   decom."

# Defendant

**Page 46**

1  the decommissioning studies on behalf of Pacific Gas &
2  Electric?
3      A.   No.
4      Q.   Have you ever heard of a company called TLG?
5      A.   There's so many companies that are just
6  initials like that that I can't remember specifically.
7      Q.   I want to talk for a minute about the
8  corporate structure at Pacific Gas & Electric and the
9  decision-making structure, because I think that you're
10 probably the right guy to answer some of these kinds of
11 questions.
12          Can you tell me, and if there's a better way
13 to ask this question I'll be happy to try to figure it
14 out, but generally speaking, how is Pacific Gas &
15 Electric's nuclear division, you know, organized?
16     A.   Well, I'm not talking about today
17 specifically, but I mean back let's say in the '80s and
18 the '90s; right?  I mean, I can go into a fair amount
19 of detail about this up to that time if you're
20 interested, but fundamentally, back in the, say, prior
21 to 1983 -- no, excuse me, prior to 1980 I would guess
22 it is.  In the '70s the nuclear organization was a
23 subset of, I think, the steam generation department,
24 which was responsible for running our fossil fuel
25 plants.  And in those days nuclear plants were just

**Page 47**

1  sort of a different kind of fossil fuel plant,
2  supposedly.
3          Subsequent to TMI, the Nuclear Regulatory
4  Commission required more or less stand-alone nuclear
5  organizations, and so we first proposed nuclear plant
6  operations, with me as the manager.  They said that
7  wasn't enough, you had to have a corporate officer
8  responsible for nuclear power.  So they promoted Jim
9  Schuyler, and they made nuclear power generation with
10 Jim Schuyler as the first vice president.
11         At that point in time we were a subsidiary of
12 the electric generation business unit.  The company was
13 divided into several business units and so, as I
14 indicated earlier, we had hydroelectric generation,
15 steam generation, and nuclear generation.
16         Then in 1988 we signed this rate case
17 settlement, which dramatically changed the way we got
18 our money back for Diablo Canyon.  It made it, you
19 know, purely incentive based on how much we ran, how
20 much the plant operated and so they, at that point in
21 time, took us out from the regular generation business
22 unit and made a separate nuclear generation business
23 unit, with its own senior vice president.
24         Now, that's the way it has remained, to the
25 best of my knowledge, until whatever has happened just

**Page 48**

1  in the last two or three, few years here with the -- I
2  don't -- I don't quite understand the relationship of
3  Greg Rueger and the fellows down at the plant now.  I'm
4  not quite sure now with that bankruptcy, but up to that
5  other period of time was a stand-alone business unit.
6      Q.   Well, let me ask about the bankruptcy.  Are
7  you -- in terms of the effect of the bankruptcy on
8  PG & E and on its nuclear generation unit specifically,
9  do you have knowledge about that?
10     A.   I was retired when that took place.
11     Q.   So Mr. Rueger might be a better person to talk
12 to?
13     A.   Absolutely.
14     Q.   Now, in 1988 there's this nuclear generation
15 business unit.  Is that a subsidiary of Pacific Gas &
16 Electric, or how -- what's its relationship to PG & E?
17     A.   Basically, you had the C.E.O. and the
18 president of the company, and then you had the senior
19 vice president of each of the business units reported
20 to the president and C.E.O. of the corporation.  Okay.
21     Q.   And then plant manager is --
22     A.   Plant manager was physically located at the
23 plant, reporting to the senior vice president of the
24 business unit.  The business unit as originally
25 structured, the nuclear generation business unit had

**Page 49**

1  two vice presidents, the plant manager and the
2  engineering vice president.
3      Q.   And how is work divided between those two
4  positions?
5      A.   The plant manager is responsible for overall
6  operation of the plant and for managing any activities
7  that are going on at the plant, training and all of
8  that type of thing.
9          The vice president of engineering is
10 responsible for developing design details and, you
11 know, designs of the plant, modifications of the plant,
12 but developing the plans for them and that kind of
13 thing.
14         And I think -- it's been a while since I
15 thought about it, licensing may have been -- I think
16 licensing was put over under the engineering vice
17 president.  That's the interface with the Nuclear
18 Regulatory Commission.
19     Q.   Does Pacific Gas & Electric have a board of
20 directors?
21     A.   Yes.
22     Q.   Where do they fit into this chain?
23     A.   Well, the board of directors -- I mean the
24 C.E.O. of the company is the chairman of the board, at
25 least normally he's the chairman of the board.  That's

# Defendant

## Capital Reporting Company

Page 50

1    not the case today I understand.  And so the board of
2    directors, back in the days when I was involved, had
3    the C.E.O. of the company, usually the president of the
4    company were the two employees that were on the board
5    of directors, and then everybody else was an outside
6    member of the board of directors.
7        Q.    Do you know how it is today?
8        A.    I -- no, you better -- you ought to ask Rueger
9    that.  He's up-to-date with what they're doing today.
10   Right now I know, for example, that the retired --
11   recently retired C.E.O. is now chairman of the board
12   and he's -- and a current C.E.O. is on the board, but
13   what they do beyond that, I don't know.
14       Q.    Have you ever heard of something called the
15   President's Nuclear Advisory Counsel?
16       A.    President's Nuclear Advisory Committee.
17       Q.    Committee?
18       A.    Right.
19       Q.    PNAC?
20       A.    PNAC, yes.
21       Q.    What is that organization?
22       A.    That's an organization that we started up when
23   the president of the company was George Maniatis, and
24   it was -- when we had -- our startup was delayed with a
25   myriad of difficulties and all this kind of thing.

Page 51

1        One of the things that we committed to the
2    Nuclear Regulatory Commission was that the president of
3    the company, George Maniatis, was going to be very
4    closely involved in the operation.  This was to give
5    the Nuclear Regulatory Commission some sort of feeling
6    that we were going to pay attention, right, when we
7    went into operation.
8        So George put together the President's Nuclear
9    Advisory Committee, which included me and some of the
10   engineering people and a few -- just a small committee
11   to keep him abreast and informed of nuclear issues.
12       Q.    And what type of issues would come before the
13   committee?
14       A.    Well, I mean, operating history, what we were
15   doing these days, you know, would be probably the
16   principal one, but planned expenditures and, you know,
17   what was going on with the regulators and that kind
18   of -- you know, we had the NRC interface and that kind
19   of thing.  Just to keep a curious president up-to-date
20   on it so he didn't get blind sided I guess.
21       Q.    Were you a member of PNAC?
22       A.    Yes.
23       Q.    Does PNAC still exist, do you know?
24       A.    It did when I finally left the organization.
25   Whether it does now or not, I don't know.

Page 52

1        Q.    And when was PNAC started again?  I'm sorry.
2        A.    Well, I can't give you the exact date, but it
3    was started around the time that we got started out as
4    one of our initiatives to make sure to convince the NRC
5    that we were serious about running the plant.
6        So it would have been started up prob -- I'm
7    only guessing.  I would have guessed it would have been
8    started up in the early -- early to mid '80s.
9        Q.    And how many people are on this committee?
10       A.    I can't tell you exactly, but probably seven
11   or eight, something like that.
12       Q.    And you were on it.  Are plant managers also
13   on it?
14       A.    I don't think they were officially members,
15   but they attended all the meetings.
16       Q.    How often did it meet?
17       A.    I want to say quarterly, but I could be wrong.
18       Q.    And were minutes of these meetings kept?
19       A.    Oh, yes, I believe so.
20       Q.    Were minutes circulated among the members of
21   PNAC?
22       A.    I would assume so, but it's been so long since
23   I've seen one, I can't tell you for sure.
24            (Mr. Damelin enters the deposition room.)
25   BY MR. EKMAN:

Page 53

1        Q.    And of board of directors -- are minutes kept
2    of the board of directors meetings?  Do you know?
3        A.    Yes.
4        Q.    You were not on the board of directors; is
5    that right?
6        A.    No, I was not a member of the board of
7    directors, no.
8        Q.    Did you attend any meetings at the board of
9    directors?
10       A.    Yes.
11       Q.    Did you ever see minutes, meeting minutes for
12   the board of directors?
13       A.    Yeah, I'm sure that I did.
14       Q.    Now, at the PNAC meetings were attorneys for
15   Pacific Gas & Electric present at PNAC meetings?
16       A.    I believe that our -- yeah, one of the members
17   was a member of the law department.
18       Q.    Do you know why PNAC had a member of the law
19   department as a member of its committee?
20       A.    Just to give a broad perspective, I'm sure, on
21   issues that came up, or I'm sure that the law
22   department was kept up to speed on what was going on at
23   the plant as well.
24       Q.    PNAC -- PNAC obviously addressed operational
25   issues at the plant; is that right?

14 (Pages 50 to 53)

# Defendant

Page 58

```
1    A.   No.
2    Q.   And again, same question for the Diablo Canyon
3  ISFSI, do you know what approval level?
4    A.   No, I mean, I could guess, but I don't know.
5    Q.   You weren't involved?
6    A.   No.
7    Q.   In terms of entering into contracts with
8  vendors, let's say that the -- whatever level, let's
9  say it's a board level project, in other words, a
10 project had to go to the board for approval, the board
11 has approved the expenditure and now it's time to enter
12 into contracts with the vendor, what's the process
13 internally at Pacific Gas & Electric for, first of all,
14 selecting the vendor?  Let's start with selecting the
15 vendor.
16   A.   Well, ordinarily you would put out a, you
17 know, a request for proposal, and potential bidders on
18 the project would identify themselves and then you'd --
19 you'd prepare... my brain just went to sleep.  I can't
20 remember what -- you know, you prepare a project
21 description of some sort, something that they -- you
22 know, and send it to them.
23   Q.   An RFP, for example?
24   A.   Yeah, I guess so, an RFP.  And you get back
25 your bids and then an appropriate group would evaluate
```

Page 59

```
1  the bids, and then ordinarily it would go to the
2  chief -- if it's a big project it would go to the chief
3  nuclear officer to award the thing.
4    Q.   All right.  Now, where does the chief nuclear
5  officer fit in in the structure, the old officers, the
6    A.   Well, that's a new title, but that would have
7  been the senior vice president, you know, in the old
8  days or the vice president.
9    Q.   So senior V.P. and C.N.O.
10   A.   Are the same, right.
11   Q.   All right.  So once -- it's your understanding
12 then that once the board has approved the capital
13 expenditure itself, that ultimately the implementation
14 and the contracting associated with the project goes up
15 to the C.N.O. senior V.P. level, but stops there?
16   A.   Right.
17   Q.   In other words, a decision to pick Vendor A
18 over Vendor B doesn't go up to the C.E.O. and president
19 of the company?
20   A.   Not on a formal basis.  I mean if he has an
21 interest in the project you might keep him informed,
22 but usually the senior vice president would approve the
23 contracts.
24   Q.   Have you ever been involved in taking a
25 capital project up through the board of directors?
```

Page 60

```
1    A.   Yes.
2    Q.   How is -- how is the board informed of the
3  project and why the project's needed?  How does that
4  happen?
5    A.   Well, again, I'll tell you how it happened
6  back in my day.
7    Q.   Sure.
8    A.   They may have changed things now.
9    Q.   By the way, that's all I'm asking for here.
10   A.   Okay.  They had a -- you know, the
11 organization, the sponsoring organization would
12 prepare, you know, a description paper with a cost
13 estimate of the project.  That project went to a
14 committee of vice presidents, supplemented by people, a
15 few people from corporate planning and, I don't know, a
16 couple of other -- I think it was called the Capital
17 Expenditure Review Committee, and they would look at
18 all these projects.  And by the way, this is coming
19 from all throughout the company, not just nuclear,
20 right.
21      And they'd look at all these projects and
22 they'd look at the justifications and things, and
23 they'd make a preliminary evaluation, you know, is this
24 a non starter or is it worth passing on.  Okay?
25      Assuming that you got by that committee, then
```

Page 61

```
1  what it did, you wrote up a more formal job estimate,
2  although usually it was pretty much the same document,
3  and that went to what was called the management
4  committee.  And the management committee of the utility
5  was a committee that included the senior officers, the
6  general counsel, the vice president of corporate
7  planning, and the vice president of public relations.
8  Okay.  I think that's everybody that was on it.
9      So in other words, when I was a senior vice
10 president in charge of a business unit I was on the
11 management committee.  And then that committee would
12 review the job estimate and the justification that went
13 along with it and would approve it.
14      Now, if it was below the magic number like,
15 say, I'll just say 5 million dollars -- that could be
16 the wrong number, but it was something like that --
17 then since the C.E.O. of the company was on the
18 management committee, if you got management committee
19 approval for that level of project, it was approved and
20 it was gone.
21      If it was above that number then it had to go
22 to the board of directors, and the -- you usually
23 slightly rewrote the job estimate to simplify it a
24 little bit, make it a little more understandable to the
25 board.  And then it was presented at the board,
```

16 (Pages 58 to 61)