# Defendant

**Page 74**

1  government responsible for the disposal of spent

2  nuclear fuel.

3      Q.   Have you ever read the Nuclear Waste Policy

4  Act?

5      A.   No.

6      Q.   Did you have any involvement in its

7  promulgation?

8      A.   No.

9      Q.   Do you know if anyone at Pacific Gas &

10  Electric was involved in the promulgation of the

11  Nuclear Waste Policy Act?

12      A.   Not to my knowledge.

13      Q.   And when you say not to your knowledge, is

14  that not to your knowledge, you don't think anyone from

15  PG & E was involved in its promulgation or you really

16  don't know?

17      A.   Well, I really don't think anyone was

18  involved.  I mean we probably had people that paid

19  attention to what was going on, but we weren't really

20  involved.

21      Q.   Are you familiar with something called

22  contract for disposal of spent nuclear fuel and/or high

23  level radioactive waste?

24      A.   Once again, I'm aware of what it is, yes.

25      Q.   And it's more commonly called the Standard

**Page 75**

1  Contract; you've heard that term?

2      A.   Yeah, I guess so.  I know there's a contract,

3  yes.

4      Q.   All right.  How do you know about the Standard

5  Contract?

6      A.   Well, I mean I just can remember from way back

7  when, that we were required to sign something up and

8  then in this meeting I went to last week they showed

9  something to me, but I didn't read it.

10      Q.   That is my next question.  Have you ever read

11  it?

12      A.   No.

13      Q.   Were you involved in the -- to your

14  recollection, were you involved in the drafting of the

15  Standard Contract?

16      A.   My recollection is no, we were not -- I was

17  not.

18      Q.   Do you recall whether you provided any

19  comments concerning the Standard Contract?

20      A.   I don't think I did.

21      Q.   Did you have any discussions with folks at DOE

22  during the contract formation?

23      A.   No.

24      Q.   Do you recall whether you had discussions with

25  other people in the industry, the nuclear industry,

**Page 76**

1  during the contract formation process?

2      A.   Not me personally; you know, I had people that

3  tried to keep abreast of what was going on, generally

4  speaking, but I don't think we were really involved in

5  any great degree.

6      Q.   Do you know, was there any PG & E employee who

7  was responsible for, let's say, keeping up with the

8  Standard Contract during this time period, the early

9  1980s?

10      A.   I can't remember any specific individual.  I

11  mean if there was it would have been on just attendance

12  at industry meetings, you know, that kind of thing,

13  pretty superficial involvement.

14      Q.   Since the execution of the -- are you aware

15  that Pacific Gas & Electric signed what I'm calling the

16  Standard Contract with the Department of Energy?

17      A.   Yes.

18      Q.   Since the execution of the Standard Contract,

19  was it ever part of your job to deal with issues that

20  arose under the Standard Contract with the Department

21  of Energy?

22      A.   Well, I don't remember any specific detailed

23  issues, but I mean, you know, the idea that the DOE was

24  going to start taking fuel in the late '90s obviously

25  impacted what we had to do at Diablo Canyon to prepare

**Page 77**

1  for that.  So I mean it wasn't, you know, legal

2  involvement with the contract, but just knowledge of

3  when we were going to get -- when DOE was going to take

4  our fuel.

5      Q.   And how did that impact Diablo Canyon?

6      A.   Well, we had to -- as I indicated previously,

7  you know, the spent fuel pool was originally designed

8  as if we would off load a load of spent fuel and a year

9  or two later it would be taken off site for

10  reprocessing, and now we were going to have to store

11  fuel for, you know, many years.

12      Q.   Do you have any understanding of what Pacific

13  Gas & Electric's obligations are under the Standard

14  Contract?

15      A.   Only that we were responsible for the fuel

16  prior to the time that DOE took it off of our hands and

17  said that we had to provide for storage and that kind

18  of thing.

19      Q.   Do you know if Pacific Gas & Electric had any

20  payment obligations under the Standard Contract?

21      A.   Oh, yeah, we had to make payments into the

22  fund that was supposed to fund, you know, the high

23  level waste.

24      Q.   The Nuclear -- have you heard of the Nuclear

25  Waste Fund?

20 (Pages 74 to 77)

# Plaintiff

**Capital Reporting Company**

Page 76

1    during the contract formation process?

2        A.    Not me personally; you know, I had people that

3    tried to keep abreast of what was going on, generally

4    speaking, but I don't think we were really involved in

5    any great degree.

6        Q.    Do you know, was there any PG & E employee who

7    was responsible for, let's say, keeping up with the

8    Standard Contract during this time period, the early

9    1980s?

10        A.    I can't remember any specific individual.    I

11    mean if there was it would have been on just attendance

12    at industry meetings, you know, that kind of thing,

13    pretty superficial involvement.

14        Q.    Since the execution of the -- are you aware

15    that Pacific Gas & Electric signed what I'm calling the

16    Standard Contract with the Department of Energy?

17        A.    Yes.

18        Q.    Since the execution of the Standard Contract,

19    was it ever part of your job to deal with issues that

20    arose under the Standard Contract with the Department

21    of Energy?

22        A.    Well, I don't remember any specific detailed

23    issues, but I mean, you know, the idea that the DOE was

24    going to start taking fuel in the late '90s obviously

25    impacted what we had to do at Diablo Canyon to prepare

1    for that.  So I mean it wasn't, you know, legal

2    involvement with the contract, but just knowledge of

3    when we were going to get -- when DOE was going to take

4    our fuel.

5        Q.    And how did that impact Diablo Canyon?

6        A.    Well, we had to -- as I indicated previously,

7    you know, the spent fuel pool was originally designed

8    as if we would off load a load of spent fuel and a year

9    or two later it would be taken off site for

10    reprocessing, and now we were going to have to store

11    fuel for, you know, many years.

12        Q.    Do you have any understanding of what Pacific

13    Gas & Electric's obligations are under the Standard

14    Contract?

15        A.    Only that we were responsible for the fuel

16    prior to the time that DOE took it off of our hands and

17    said that we had to provide for storage and that kind

18    of thing.

19        Q.    Do you know if Pacific Gas & Electric had any

20    payment obligations under the Standard Contract?

21        A.    Oh, yeah, we had to make payments into the

22    fund that was supposed to fund, you know, the high

23    level waste.

24        Q.    The Nuclear -- have you heard of the Nuclear

25    Waste Fund?

# Defendant

# Capital Reporting Company

**Page 78**

```
1     A.   Yeah, it's whatever, you know, the Nevada --
2     Q.   Did you ever have any involvement in the
3  payment of those fees of these under the Standard
4  Contract?
5     A.   No.
6     Q.   Do you have any understanding of what the
7  Department of Energy's obligations are under the
8  Standard Contract, vis-a-vis Pacific Gas & Electric?
9     A.   Only that, you know, ultimately the DOE was
10 supposed to take title to this fuel and, you know,
11 remove it from your site, and up to that point in time
12 it was our responsibility to store it.
13    Q.   Without looking at the Standard Contract,
14 which I understand you haven't read, do you have an
15 understanding as to when DOE was obligated to begin
16 waste acceptance from the nuclear industry under that
17 contract?
18    A.   The only date that sticks in my mind was
19 originally 1998.
20    Q.   January 31, 1998, does that --
21    A.   It's close.  I'm a musician so it's close
22 enough for jazz is what we say in the music business.
23    Q.   We'll go with 1988.
24         Do you have an understanding as to when DOE
25 was obligated to begin waste acceptance -- my first
```

**Page 79**

```
1  question is from the industry and my second question is
2  do you have any understanding of when they were
3  obligated to begin waste acceptance from Diablo Canyon?
4     A.   No.  I mean, I'm aware of the fact that the
5  nominal date for the industry was 1998, but that there
6  would be, you know, have to apportion it amongst
7  different plants and that kind of stuff and they'd have
8  to set up schedules, but I'm not aware that it ever got
9  to a point where there was any detailed schedules for
10 Diablo Canyon put together.
11    Q.   And the same may be true for Humboldt Bay
12 also?
13    A.   That's correct.
14    Q.   Have you ever heard of the term "oldest fuel
15 first"?
16    A.   Yeah.
17    Q.   Do you know -- and when I ask you that, I'm
18 talking about in the context of the Standard Contract.
19    A.   Well, again, I haven't spent any time at all
20 studying the legal implications of this, but I mean, it
21 was a question of, you know, common sense would tell
22 you that one possibility for DOE would be to take the
23 oldest fuel first; but, you know, that's just one
24 consideration I presume.
25    Q.   And you don't know what the contract provides
```

**Page 80**

```
1  in that regard?
2     A.   No, I don't.
3     Q.   Do you know if the contract provides -- do you
4  have an understanding of whether the contract provides
5  any specific rate at which DOE will accept spent fuel
6  from the industry?
7     A.   No, I'm not aware of it.
8     Q.   When I use the -- when I say "rate," let me
9  use a phrase "rate of acceptance."  Do you have an
10 understanding of what that means?
11    A.   Well, that they would take over responsibility
12 is I guess what it means.  That's what I would have --
13 I didn't read the contract and see if there was a legal
14 definition of that.
15    Q.   Do you have any understanding of -- of the
16 rate at which DOE -- the rate at which DOE is required
17 to accept spent nuclear fuel under the Standard
18 Contract from the industry?
19    A.   No.
20    Q.   Do you have any understanding of whether there
21 is a test that ultimately would establish the rate of
22 acceptance set forth in the Standard Contract?
23    A.   No.
24    MR. STOUCK:  What number is this?
25    MR. EKMAN:  This is number 3.
```

**Page 81**

```
1          (Defendant's Exhibit 3 was
2           marked for identification.)
3  BY MR. EKMAN:
4     Q.   Mr. Shiffer, I've handed you what's been
5  marked as Exhibit 3, which is a letter dated February
6  22nd, 1983, from you to Mr. Schuyler.
7     A.   Uh-huh.
8     Q.   And it's regarding, at least in the first
9  paragraph, Pacific Gas & Electric's obligations under
10 the recently passed National Waste Policy Act, NWPA, of
11 1982.
12         First of all, have I correctly identified this
13 document?
14    A.   Yes.
15    Q.   And is that your signature at the bottom?
16    A.   Yes.
17    Q.   Just so you know, I have a few documents from
18 this time period, which I recognize it's 22 years ago.
19 I'm showing these to you not to trick you, but to just
20 to see if I can refresh your recollection about some
21 things that you may or may not have been involved in at
22 that time.  Okay?
23         With respect to this letter, I actually have
24 just a few questions about who some of these folks are.
25         First of all, there are these acronyms, FP&A,
```

# Defendant

**Page 82**

1  P&ES.  What is FP4A under disposal contracts?  Do you

2  remember what that was?

3      A.   No.

4      Q.   What about P&ES?

5      A.   I don't remember that either.

6      Q.   My best guess on that was plant and

7  engineering services, is that an organization that

8  means anything to you?

9      A.   You know, this is -- this is 1983 and at that

10  point in time we had a little -- I mean, I was -- at

11  that point in time we were -- nuclear plant operations

12  I guess was a subgroup.  I wasn't a vice president at

13  that point in time, so we just had a little operating

14  group, and engineering was over in a separate business

15  unit and everything.

16          And I -- I can't remember -- that organization

17  didn't last very long because -- you know, and so I

18  don't remember what these acronyms meant anymore.

19      Q.   Do you know who R.B. Witzel was?

20      A.   His name is Ron Witzel.  You know, he would

21  have been a guy that was either involved in engineering

22  oversight or possibly in the engineering organization

23  or in the licensing group.  I mean that kind of thing.

24      Q.   And what about W.H. Fujimoto, which I believe

25  is Warren Fujimoto?

**Page 83**

1      A.   Yeah, that's Warren Fujimoto.  Yeah, I don't

2  remember specifically what he was doing in 1983, but

3  eventually he was assigned to the plant and became the

4  plant manager, but he was -- and vice president of the

5  engineering group too for a while.

6      Q.   Do you know where Mr. Fujimoto is today?

7      A.   I think he lives in San Luis Obispo.

8      Q.   And is he no longer with Pacific Gas &

9  Electric?

10      A.   Right.  He's retired and he's a consultant.

11      Q.   There's also an NPG under "Submit S&F

12  discharge reports.  NPG analysis," do you know what

13  that NPG acronym stands for?

14      A.   Nuclear power generation.

15      Q.   And who was Mr. Klatt?

16      A.   Russ Klatt.  Well, again, I can't remember the

17  organization.  He would have been another person that

18  was in this kind of interface group that looked at

19  licensing and interfaced with engineering, that kind of

20  thing.

21      Q.   On the second page of this -- well, let me ask

22  you this:  Do you recall why you would have signed --

23  do you know why you would have signed a letter that is

24  basically assigning tasks under -- following from the

25  Nuclear Waste Policy Act?

**Page 84**

1      A.   Most likely it was because -- well, when I

2  became vice president I was certainly involved in the

3  licensing interface was my responsibility.  Back in '83

4  I think it's still -- we were more involved in

5  interaction with the NRC and that kind of thing, and so

6  I guess Mr. Schuyler turned to me to write things for

7  him or to get my people to look into it.

8      Q.   I was going to ask, if you go to page 2,

9  actually to the left of your signature.

10      A.   Right.

11      Q.   There's a line of initials and then somebody

12  C.T. Polidoroff?

13      A.   Right.

14      Q.   Who is C.T. Polidoroff at this time?

15      A.   Tim, his name is Tim Polidoroff.  And R.W.L.

16  is Ray Lorenz and W.H.F. is Warren Fujimoto and once

17  again, I think that they were in a group that I had for

18  a short period of time that kind of acted as an

19  interface between engineering and operations and tried

20  to keep abreast of, you know, what was going on in the

21  industry.

22      Q.   Does that line indicate to you that this

23  letter probably was not written by you, but instead was

24  written by one of those three or potentially all three

25  of those guys?

**Page 85**

1      A.   Right.  Absolutely.

2      Q.   So this would have been something that was

3  written by your staff but that you signed off on

4  because of your capacity at the plant at that time?

5      A.   My -- 1983 I was in the general office but I

6  was a manager reporting to Mr. Schuyler so I would have

7  signed it off and sent it to him, right.

8      Q.   As opposed to having one of your reports

9  assign something to Mr. Schuyler?

10      A.   Yes, that's right.

11      Q.   All right.  And you would have reviewed the

12  letter prior to sending it?

13      A.   Yeah.

14      Q.   And just on page 2 I notice there is a

15  reference to "Provide additional S&F storage capacity

16  at DCPP."  Do you see that?

17      A.   You mean the additional reports required?

18  "Five years prior to DOE's" -- wait a minute.

19      Q.   Well, actually, the one right above that.

20      A.   "To ensure that DCP addresses DCPP's interim

21  spent fuel -- nuclear fuel storage requirements."  Yes.

22      Q.   What is that referencing?

23      A.   That's ultimately referencing the reracking.

24      Q.   Well, and again, that's the reracking in the

25  late 1980s, mid to late '80s?

22 (Pages 82 to 85)

# Plaintiff

**Capital Reporting Company**

Page 85

1      A.   Right.  Absolutely.

2      Q.   So this would have been something that was

3   written by your staff but that you signed off on

4   because of your capacity at the plant at that time?

5      A.   My -- 1983 I was in the general office but I

6   was a manager reporting to Mr. Schuyler so I would have

7   signed it off and sent it to him, right.

8      Q.   As opposed to having one of your reports

9   assign something to Mr. Schuyler?

10     A.   Yes, that's right.

11     Q.   All right.  And you would have reviewed the

12   letter prior to sending it?

13     A.   Yeah.

14     Q.   And just on page 2 I notice there is a

15   reference to "Provide additional S&F storage capacity

16   at DCPP."  Do you see that?

17     A.   You mean the additional reports required?

18   "Five years prior to DOE's" -- wait a minute.

19     Q.   Well, actually, the one right above that.

20     A.   "To ensure that DCP addresses DCPP's interim

21   spent fuel -- nuclear fuel storage requirements."  Yes.

22     Q.   What is that referencing?

23     A.   That's ultimately referencing the reracking.

24     Q.   Well, and again, that's the reracking in the

25   late 1980s, mid to late '80s?

**Capital Reporting Company**

1      A.    Mid to late '80s, right.

2      Q.    Do you know who prepared the attachments to

3  this letter?

4      A.    No, I have no idea.

5      Q.    Is it -- is it fair to say that you did not

6  prepare the summary of the Nuclear Waste Policy Act

7  that's attached to this letter?

8      A.    Right.

9      Q.    Would you have read the summary at this time,

10  prior to sending it to Mr. Schuyler?

11      A.    Probably.

12      Q.    Do you recall reading that summary?

13      A.    I don't specifically recall it, but that was

14  my tendency.

15      Q.    And just to make sure the record's clear.  The

16  letter says attachments at the bottom of the second

17  page, which indicates to me that the letter and the

18  attachments would have been sent to Mr. Schuyler at

19  that time?

20      A.    Correct.

21      Q.    You can put that aside.

22            (Defendant's Exhibit 4 was

23             marked for identification.)

24      MR. STOUCK:  Thank you.  Number 4; right?

25      MR. EKMAN:  Number 4.

# Defendant

Page 86

```
 1      A.   Mid to late '80s, right.
 2      Q.   Do you know who prepared the attachments to
 3 this letter?
 4      A.   No, I have no idea.
 5      Q.   Is it -- is it fair to say that you did not
 6 prepare the summary of the Nuclear Waste Policy Act
 7 that's attached to this letter?
 8      A.   Right.
 9      Q.   Would you have read the summary at this time,
10 prior to sending it to Mr. Schuyler?
11      A.   Probably.
12      Q.   Do you recall reading that summary?
13      A.   I don't specifically recall it, but that was
14 my tendency.
15      Q.   And just to make sure the record's clear. The
16 letter says attachments at the bottom of the second
17 page, which indicates to me that the letter and the
18 attachments would have been sent to Mr. Schuyler at
19 that time?
20      A.   Correct.
21      Q.   You can put that aside.
22           (Defendant's Exhibit 4 was
23            marked for identification.)
24      MR. STOUCK:  Thank you.  Number 4; right?
25      MR. EKMAN:  Number 4.
```

Page 87

```
 1      Q.   All right.  Exhibit 4 is a letter from you to
 2 Mr. Schuyler, dated May 25, 1983.  It deals with a
 3 variety of issues but focuses really on Diablo Canyon.
 4 Have I correctly identified this letter?
 5      A.   Yes.
 6      Q.   Were the reasons that you would have been
 7 sending this letter to Mr. Schuyler the same for
 8 Exhibit 4 as for Exhibit 3?
 9      A.   Yes.
10      Q.   And again, I note at the bottom of the second
11 page there's a note SD Kamdar.  Does that indicate that
12 Mr. Kamdar prepared this letter for your signature?
13      A.   Yes.
14      Q.   Who is Mr. Kamdar at this time?
15      A.   His name was Suresh Kamdar, but again, I
16 was -- again, I don't recall exactly what position he
17 held, but he would have been in that -- probably the
18 group that we were talking about with the previous one.
19      Q.   Just have a couple questions about this
20 letter, just to see what you remember.
21           The third paragraph of the letter discusses
22 dry cask storage as possible solution for future
23 storage issues at Diablo Canyon.  Do you see that?
24      A.   Yeah.
25      Q.   At this time do you recall what the status of
```

Page 88

```
 1 dry cask storage was in the -- in the industry as a
 2 whole, in terms of its availability?
 3      A.   At this time I think it sort of alludes to
 4 that in the next sentence or two; that it was just
 5 starting to be an alternative that was going through a
 6 licensing process at other plants.
 7      Q.   Do you know if at this time high density
 8 storage racks had been -- had been licensed for use at
 9 nuclear facilities?
10      A.   It's my understanding, once again, that some
11 utilities had already reracked, yes.  In fact, I think
12 it -- it alludes to that in that same paragraph, Devco
13 having previously reracked both north and Surrey
14 plants.
15      Q.   And you believe that would have been with the
16 high density technology?
17      A.   Right.  Comparable to what we were looking at.
18      Q.   Do you know why you were discussing -- in the
19 1983 time frame, why you would have been sending a
20 letter to Mr. Schuyler that discusses the possibility
21 of ultimately using dry storage for the storage of
22 spent nuclear fuel?
23      A.   Well, I mean we just talked about this Nuclear
24 Waste Policy Act and contracts having been signed in
25 this general time frame, and so it's natural to assume
```

Page 89

```
 1 that he was asking, okay, what do you think we ought to
 2 do.
 3      Q.   I notice in the subject line it says "Question
 4 on Dry Cask Storage."  That's the subject?
 5      A.   Uh-huh.
 6      Q.   Do you know, would that have been a question
 7 that Mr. Schuyler had asked?
 8      A.   I don't know.  I can guess, but I don't know.
 9      Q.   In the last paragraph of that first page there
10 is a statement that says:  "The Nuclear Waste Policy
11 Act of 1983 promises to relieve long-term storage needs
12 at the sites."
13           Do you see that?
14      A.   Yes.
15      Q.   Do you know what -- do you know what was meant
16 by the words "long-term storage needs"?
17      A.   Well, I mean not specifically.  I assume it
18 means, you know long-term storage, storage beyond --
19 it's, particularly at Diablo Canyon, storage beyond the
20 first refueling outage, you know, since we didn't have
21 much storage capacity.
22      Q.   And then the rest of that paragraph states,
23 "But the repositories for permanent storage are not
24 scheduled to be opened until the late 1990s.
25 Acceptance dates for Diablo spent fuel shipments could
```

# Plaintiff

**Capital Reporting Company**

Page 87

1    Q.   All right.  Exhibit 4 is a letter from you to

2  Mr. Schuyler, dated May 25, 1983.  It deals with a

3  variety of issues but focuses really on Diablo Canyon.

4  Have I correctly identified this letter?

5    A.   Yes.

6    Q.   Were the reasons that you would have been

7  sending this letter to Mr. Schuyler the same for

8  Exhibit 4 as for Exhibit 3?

9    A.   Yes.

10    Q.   And again, I note at the bottom of the second

11  page there's a note SD Kamdar.  Does that indicate that

12  Mr. Kamdar prepared this letter for your signature?

13    A.   Yes.

14    Q.   Who is Mr. Kamdar at this time?

15    A.   His name was Suresh Kamdar, but again, he

16  was -- again, I don't recall exactly what position he

17  held, but he would have been in that -- probably the

18  group that we were talking about with the previous one.

19    Q.   Just have a couple questions about this

20  letter, just to see what you remember.

21        The third paragraph of the letter discusses

22  dry cask storage as possible solution for future

23  storage issues at Diablo Canyon.  Do you see that?

24    A.   Yeah.

25    Q.   At this time do you recall what the status of

1   dry cask storage was in the -- in the industry as a

2   whole, in terms of its availability?

3       A.   At this time I think it sort of alludes to

4   that in the next sentence or two; that it was just

5   starting to be an alternative that was going through a

6   licensing process at other plants.

7       Q.   Do you know if at this time high density

8   storage racks had been -- had been licensed for use at

9   nuclear facilities?

10      A.   It's my understanding, once again, that some

11  utilities had already reracked, yes.  In fact, I think

12  it -- it alludes to that in that same paragraph, Devco

13  having previously reracked both north and Surrey

14  plants.

15      Q.   And you believe that would have been with the

16  high density technology?

17      A.   Right.  Comparable to what we were looking at.

18      Q.   Do you know why you were discussing -- in the

19  1983 time frame, why you would have been sending a

20  letter to Mr. Schuyler that discusses the possibility

21  of ultimately using dry storage for the storage of

22  spent nuclear fuel?

23      A.   Well, I mean we just talked about this Nuclear

24  Waste Policy Act and contracts having been signed in

25  this general time frame, and so it's natural to assume

**Capital Reporting Company**

1    that he was asking, okay, what do you think we ought to

2    do.

3         Q.    I notice in the subject line it says "Question

4    on Dry Cask Storage."  That's the subject?

5         A.    Uh-huh.

6         Q.    Do you know, would that have been a question

7    that Mr. Schuyler had asked?

8         A.    I don't know.  I can guess, but I don't know.

9         Q.    In the last paragraph of that first page there

10   is a statement that says:  "The Nuclear Waste Policy

11   Act of 1983 promises to relieve long-term storage needs

12   at the sites."

13        Do you see that?

14        A.    Yes.

15        Q.    Do you know what -- do you know what was meant

16   by the words "long-term storage needs"?

17        A.    Well, I mean not specifically.  I assume it

18   means, you know long-term storage, storage beyond --

19   it's, particularly at Diablo Canyon, storage beyond the

20   first refueling outage, you know, since we didn't have

21   much storage capacity.

22        Q.    And then the rest of that paragraph states,

23   "But the repositories for permanent storage are not

24   scheduled to be opened until the late 1990s.

25   Acceptance dates for Diablo spent fuel shipments could

# Defendant

Page 86

```
1      A.   Mid to late '80s, right.
2      Q.   Do you know who prepared the attachments to
3  this letter?
4      A.   No, I have no idea.
5      Q.   Is it -- is it fair to say that you did not
6  prepare the summary of the Nuclear Waste Policy Act
7  that's attached to this letter?
8      A.   Right.
9      Q.   Would you have read the summary at this time,
10 prior to sending it to Mr. Schuyler?
11     A.   Probably.
12     Q.   Do you recall reading that summary?
13     A.   I don't specifically recall it, but that was
14 my tendency.
15     Q.   And just to make sure the record's clear.  The
16 letter says attachments at the bottom of the second
17 page, which indicates to me that the letter and the
18 attachments would have been sent to Mr. Schuyler at
19 that time?
20     A.   Correct.
21     Q.   You can put that aside.
22          (Defendant's Exhibit 4 was
23          marked for identification.)
24     MR. STOUCK:  Thank you.  Number 4; right?
25     MR. EKMAN:  Number 4.
```

Page 87

```
1      Q.   All right.  Exhibit 4 is a letter from you to
2  Mr. Schuyler, dated May 25, 1983.  It deals with a
3  variety of issues but focuses really on Diablo Canyon.
4  Have I correctly identified this letter?
5      A.   Yes.
6      Q.   Were the reasons that you would have been
7  sending this letter to Mr. Schuyler the same for
8  Exhibit 4 as for Exhibit 3?
9      A.   Yes.
10     Q.   And again, I note at the bottom of the second
11 page there's a note SD Kamdar.  Does that indicate that
12 Mr. Kamdar prepared this letter for your signature?
13     A.   Yes.
14     Q.   Who is Mr. Kamdar at this time?
15     A.   His name was Suresh Kamdar, but again, he
16 was -- again, I don't recall exactly what position he
17 held, but he would have been in that -- probably the
18 group that we were talking about with the previous one.
19     Q.   Just have a couple questions about this
20 letter, just to see what you remember.
21          The third paragraph of the letter discusses
22 dry cask storage as possible solution for future
23 storage issues at Diablo Canyon.  Do you see that?
24     A.   Yeah.
25     Q.   At this time do you recall what the status of
```

Page 88

```
1  dry cask storage was in the -- in the industry as a
2  whole, in terms of its availability?
3      A.   At this time I think it sort of alludes to
4  that in the next sentence or two; that it was just
5  starting to be an alternative that was going through a
6  licensing process at other plants.
7      Q.   Do you know if at this time high density
8  storage racks had been -- had been licensed for use at
9  nuclear facilities?
10     A.   It's my understanding, once again, that some
11 utilities had already reracked, yes.  In fact, I think
12 it -- it alludes to that in that same paragraph, Devco
13 having previously reracked both north and Surrey
14 plants.
15     Q.   And you believe that would have been with the
16 high density technology?
17     A.   Right.  Comparable to what we were looking at.
18     Q.   Do you know why you were discussing -- in the
19 1983 time frame, why you would have been sending a
20 letter to Mr. Schuyler that discusses the possibility
21 of ultimately using dry storage for the storage of
22 spent nuclear fuel?
23     A.   Well, I mean we just talked about this Nuclear
24 Waste Policy Act and contracts having been signed in
25 this general time frame, and so it's natural to assume
```

Page 89

```
1  that he was asking, okay, what do you think we ought to
2  do.
3      Q.   I notice in the subject line it says "Question
4  on Dry Cask Storage."  That's the subject?
5      A.   Uh-huh.
6      Q.   Do you know, would that have been a question
7  that Mr. Schuyler had asked?
8      A.   I don't know.  I can guess, but I don't know.
9      Q.   In the last paragraph of that first page there
10 is a statement that says:  "The Nuclear Waste Policy
11 Act of 1983 promises to relieve long-term storage needs
12 at the sites."
13          Do you see that?
14     A.   Yes.
15     Q.   Do you know what -- do you know what was meant
16 by the words "long-term storage needs"?
17     A.   Well, I mean not specifically.  I assume it
18 means, you know long-term storage, storage beyond --
19 it's, particularly at Diablo Canyon, storage beyond the
20 first refueling outage, you know, since we didn't have
21 much storage capacity.
22     Q.   And then the rest of that paragraph states,
23 "But the repositories for permanent storage are not
24 scheduled to be opened until the late 1990s.
25 Acceptance dates for Diablo spent fuel shipments could
```

# Capital Reporting Company

1  be even farther in the future.  We have to consider
2  this in our storage expansion plans."
3       Do you see that?
4  A.  Yes.
5  Q.  And that's consistent with your understanding
6  of this acceptance queue set forth in the Standard
7  Contract?
8  A.  That's correct.
9  Q.  And then the last paragraph it ends with
10 this -- the last substantive paragraph --
11 A.  Correct.
12 Q.  -- is on page 2 actually, ends with this
13 sentence:  "However, once reracked, we will not have to
14 look into any long-term solutions until mid 1990s."
15      Do you see that?
16 A.  Yes.
17 Q.  Why -- first of all, how did you determine or
18 how was it determined that the mid 1990s were the point
19 at which Diablo Canyon would have to start looking at
20 additional or at long-term solutions?
21 A.  Well, you can postulate that, you know, with
22 something more than 1,000 storage spaces in the pool,
23 you can make estimates based on how many assemblies you
24 discharge at each refueling outage as to how long
25 you're going to take before you run out of storage

1  space in the fuel -- or in the pool, excuse me.
2       And so that would have -- you know, if you
3  rerack with something over 1,000 storage spaces, it's
4  going to take you out until the late 1990s or early
5  2000s before you run out of space.
6  Q.  All right.  And do you know why -- the
7  paragraph before that we talked about noted that the
8  repositories for permanent storage are not scheduled to
9  open until the late 1990s.  Do you see that?
10 A.  Yes.
11 Q.  If that had been the case, do you know why
12 Diablo Canyon would have needed to look at long-term
13 solutions prior to the opening of those Federal
14 repositories?
15 A.  I mean we had a -- we had a spent fuel pool
16 that would take one discharge, plus one core off load,
17 so that's going to get us through a year and a half of
18 operation; right?  And so we're going to run out of
19 space in the mid, you know, 1980s, so even to get to
20 the 1990s we're going to have to do something.
21 Q.  Then the last paragraph actually, though, as I
22 read it, assumes that the rerack has been performed and
23 then goes on to state that or appears to state that
24 there will still be a need to look at long-term
25 solutions in the mid 1990s, and I'm just wondering if

1  you recall why that is?
2  A.  Well, I think it explains itself in the
3  sentence there, "Acceptance dates for Diablo spent fuel
4  shipments could be even farther in the future."
5       So I mean we're 1983, we're sort of flying
6  blind here as to what's going to actually take place,
7  so you want to give yourself some room.
8            (Defendant's Exhibit 5 was
9            marked for identification.)
10 BY MR. EKMAN:
11 Q.  Mr. Shiffer, I've handed you what's been
12 marked as Exhibit 5 and, again, feel free to review it
13 as I ask questions, but I just have a few questions
14 about this -- about this letter and attachments.
15      Specifically, it is a letter dated August 5th,
16 1983, to Mr. Schuyler from you, regarding PG & E action
17 on DOE waste contract.  Do you see that?
18 A.  Uh-huh.  Yes.
19 Q.  And that's your signature on page 2?
20 A.  Yes.
21 Q.  And it appears, again, from the left-hand side
22 of the page below your signature that this letter was
23 not written by you?
24 A.  That's correct.
25 Q.  Would have been written by Mr. Tompkins?

1  A.  Right.
2  Q.  And you had reviewed this letter prior to
3  sending it?
4  A.  Right.
5  Q.  Who's Mr. Tompkins at this time?
6  A.  His name is Jim Tompkins, and he's one I
7  actually do remember.  He was in the licensing group
8  that tried to stay abreast of, you know, interface with
9  the NRC and issues related to licensing and that kind
10 of thing.
11      Subsequently, he was reassigned to Diablo
12 Canyon, and I understand he just left the company a
13 year or so ago.  Whether he still lives in San Luis
14 Obispo or not, I don't know.
15 Q.  The first sentence of this letter mentions an
16 E.E.I. position.  What is E.E.I?
17 A.  Edison Electric Institute.
18 Q.  And what are they?
19 A.  That's an industry group that utilities have
20 representatives on that purports to generate an
21 industry position on various issues.
22 Q.  And you say "purports to generate an industry
23 position."  Why did you use the word "purports"?
24 A.  Well, I mean, I guess it's -- you know, each
25 individual utility may have its own individual issues

# Plaintiff

**Capital Reporting Company**

Page 91

1    space in the fuel -- or in the pool, excuse me.

2         And so that would have -- you know, if you

3    rerack with something over 1,000 storage spaces, it's

4    going to take you out until the late 1990s or early

5    2000s before you run out of space.

6         Q.   All right.  And do you know why -- the

7    paragraph before that we talked about noted that the

8    repositories for permanent storage are not scheduled to

9    open until the late 1990s.  Do you see that?

10        A.   Yes.

11        Q.   If that had been the case, do you know why

12   Diablo Canyon would have needed to look at long-term

13   solutions prior to the opening of those Federal

14   repositories?

15        A.   I mean we had a -- we had a spent fuel pool

16   that would take one discharge, plus one core off load,

17   so that's going to get us through a year and a half of

18   operation; right?  And so we're going to run out of

19   space in the mid, you know, 1980s, so even to get to

20   the 1990s we're going to have to do something.

21        Q.   Then the last paragraph actually, though, as I

22   read it, assumes that the rerack has been performed and

23   then goes on to state that or appears to state that

24   there will still be a need to look at long-term

25   solutions in the mid 1990s, and I'm just wondering if

# Defendant

## Capital Reporting Company

Page 90

1  be even farther in the future. We have to consider
2  this in our storage expansion plans."
3      Do you see that?
4  A.  Yes.
5  Q.  And that's consistent with your understanding
6  of this acceptance queue set forth in the Standard
7  Contract?
8  A.  That's correct.
9  Q.  And then the last paragraph it ends with
10  this -- the last substantive paragraph --
11  A.  Correct.
12  Q.  -- is on page 2 actually, ends with this
13  sentence: "However, once reracked, we will not have to
14  look into any long-term solutions until mid 1990s."
15      Do you see that?
16  A.  Yes.
17  Q.  Why -- first of all, how did you determine or
18  how was it determined that the mid 1990s were the point
19  at which Diablo Canyon would have to start looking at
20  additional or at long-term solutions?
21  A.  Well, you can postulate that, you know, with
22  something more than 1,000 storage spaces in the pool,
23  you can make estimates based on how many assemblies you
24  discharge at each refueling outage as to how long
25  you're going to take before you run out of storage

Page 91

1  space in the fuel -- or in the pool, excuse me.
2      And so that would have -- you know, if you
3  rerack with something over 1,000 storage spaces, it's
4  going to take you out until the late 1990s or early
5  2000s before you run out of space.
6  Q.  All right. And do you know why -- the
7  paragraph before that we talked about noted that the
8  repositories for permanent storage are not scheduled to
9  open until the late 1990s. Do you see that?
10  A.  Yes.
11  Q.  If that had been the case, do you know why
12  Diablo Canyon would have needed to look at long-term
13  solutions prior to the opening of those Federal
14  repositories?
15  A.  I mean we had a -- we had a spent fuel pool
16  that would take one-discharge, plus one core off load,
17  so that's going to get us through a year and a half of
18  operation; right? And so we're going to run out of
19  space in the mid, you know, 1980s, so even to get to
20  the 1990s we're going to have to do something.
21  Q.  Then the last paragraph actually, though, as I
22  read it, assumes that the rerack has been performed and
23  then goes on to state that or appears to state that
24  there will still be a need to look at long-term
25  solutions in the mid 1990s, and I'm just wondering if

Page 92

1  you recall why that is?
2  A.  Well, I think it explains itself in the
3  sentence there, "Acceptance dates for Diablo spent fuel
4  shipments could be even farther in the future."
5      So I mean we're 1983, we're sort of flying
6  blind here as to what's going to actually take place,
7  so you want to give yourself some room.
8      (Defendant's Exhibit 5 was
9      marked for identification.)
10  BY MR. EKMAN:
11  Q.  Mr. Shiffer, I've handed you what's been
12  marked as Exhibit 5 and, again, feel free to review it
13  as I ask questions, but I just have a few questions
14  about this -- about this letter and attachments.
15      Specifically, it is a letter dated August 5th,
16  1983, to Mr. Schuyler from you, regarding PG & E action
17  on DOE waste contract. Do you see that?
18  A.  Uh-huh. Yes.
19  Q.  And that's your signature on page 2?
20  A.  Yes.
21  Q.  And it appears, again, from the left-hand side
22  of the page below your signature that this letter was
23  not written by you?
24  A.  That's correct.
25  Q.  Would have been written by Mr. Tompkins?

Page 93

1  A.  Right.
2  Q.  And you had reviewed this letter prior to
3  sending it?
4  A.  Right.
5  Q.  Who's Mr. Tompkins at this time?
6  A.  His name is Jim Tompkins, and he's one I
7  actually do remember. He was in the licensing group
8  that tried to stay abreast of, you know, interface with
9  the NRC and issues related to licensing and that kind
10  of thing.
11      Subsequently, he was reassigned to Diablo
12  Canyon, and I understand he just left the company a
13  year or so ago. Whether he still lives in San Luis
14  Obispo or not, I don't know.
15  Q.  The first sentence of this letter mentions an
16  E.E.I. position. What is E.E.I?
17  A.  Edison Electric Institute.
18  Q.  And what are they?
19  A.  That's an industry group that utilities have
20  representatives on that purports to generate an
21  industry position on various issues.
22  Q.  And you say "purports to generate an industry
23  position." Why did you use the word "purports"?
24  A.  Well, I mean, I guess it's -- you know, each
25  individual utility may have its own individual issues

24 (Pages 90 to 93)

# Capital Reporting Company

Page 94

1  or something like this, and so they may or may not be
2  totally in agreement with the quote, "industry
3  position."
4      Q.   Is it an attempt -- do they try to get a
5  consensus position?
6      A.   Yeah, I believe they try to get a consensus.
7      Q.   But some utilities might disagree?
8      A.   Disagree or have some special circumstance,
9  right.
10      Q.   Is PG & E a member of E.E.I.?
11      A.   Well, it was in those days.
12      Q.   There's a sentence at the -- that ends the
13  first paragraph that says, "We do not feel that
14  participating in a lawsuit is appropriate."
15          Do you see that?
16      A.   Yes.
17      Q.   Do you know what that's talking about?
18      A.   No, I don't recall anymore.
19      Q.   Were you aware or do you recall, sitting here
20  today, that E.E.I. submitted comments to the Department
21  of Energy during the contract formation process?
22      A.   I wouldn't have been aware of it, absent
23  handing me this document, which seems to imply that.
24      Q.   And does this document at all refresh your
25  recollection as to whether Pacific Gas & Electric

Page 95

1  submitted its own independent comments on the Standard
2  Contract to the Department of Energy?
3      A.   No, it doesn't bring that to mind to me.
4      Q.   This letter in the second paragraph purports
5  to identify seven issues that PG & E has strong
6  feelings about.  Do you see that?
7      A.   I see a list of issues here, yes.
8      Q.   All right.  There are seven specific ones,
9  although they're not numbered sequentially.
10      A.   Right.
11      Q.   The first one is lack of standards or
12  milestones for DOE's performance.  Do you recall what
13  PG & E's issue was with respect to the Standard
14  Contract and the lack of milestones or standards?
15      A.   No.
16      Q.   And it looks like to me that the -- do you
17  know what's referenced here in 2, where it uses the
18  phrase "proposed dates"; that DOE will meet the
19  proposed dates?  Do you know what that is referencing?
20      A.   You lost me.  Where is that?
21      Q.   It's in Lack of Standards or Milestones For
22  DOE's Performance on that first page.  It's the second
23  sentence.  "We need to have some assurance that DOE
24  will meet the proposed dates in order to allow us to
25  make decisions now on what type of spent fuel storage

Page 96

1  to utilize at Diablo Canyon."
2      Q.   Do you see that?
3      A.   Yes.
4      Q.   Do you know what the proposed dates is?
5      A.   Well, I know what -- I don't know what it was
6  at the time they were going through this negotiation.
7  It ended up being 1998, as I remember.
8      Q.   So it's the date of commencement of
9  acceptance?
10      A.   Right.
11      Q.   Do you know whose handwriting is at the bottom
12  of this first page?  There's a note "or rod
13  consolidation utility owned cask," etcetera?
14      A.   No.
15      Q.   If you could turn to page 2.  There's a
16  heading right at the top "Priority and Allocations."
17  Do you see that?
18      A.   Yes.
19      Q.   If you can take a look at that paragraph, but
20  my question is:  Do you have an understanding as to
21  what priority means?
22      A.   Well, my understanding would be that that's
23  the sequence in which DOE is going to be taking fuel
24  from the different plants around the country.
25      Q.   Have you ever heard the term "priority for

Page 97

1  shut down reactors"?
2      A.   No.
3      Q.   Other than speculating?
4      A.   Yeah, I can speculate what it means, but I
5  don't recall.
6      Q.   And any speculation on what it means is based
7  on the fact that that's just plain English?
8      A.   Right.
9      Q.   You don't have any specific knowledge about
10  any priority provisions that may or may not be in the
11  Standard Contract?
12      A.   Not in any depth, because I know that's an
13  issue, but I didn't read the contract, so I don't
14  remember.
15      Q.   That paragraph also mentions an emergency
16  requirement.  Are you familiar at all with whether the
17  Standard Contract provides anything for emergency
18  deliveries of spent nuclear fuel to DOE?
19      A.   No, I'm not that -- I'm not familiar with it.
20      Q.   So you don't have an understanding then of
21  what sort of circumstances might allow an emergency
22  delivery?
23      A.   No.
24      Q.   If you could turn to the -- there's an
25  attachment dated July 13th, 1983.  And this actually

25 (Pages 94 to 97)

# Plaintiff

**Capital Reporting Company**

Page 96

1    to utilize at Diablo Canyon."

2         Do you see that?

3    A.   Yes.

4    Q.   Do you know what the proposed dates is?

5    A.   Well, I know what -- I don't know what it was

6    at the time they were going through this negotiation.

7    It ended up being 1998, as I remember.

8    Q.   So it's the date of commencement of

9    acceptance?

10   A.   Right.

11   Q.   Do you know whose handwriting is at the bottom

12   of this first page?  There's a note "or rod

13   consolidation utility owned cask," etcetera?

14   A.   No.

15   Q.   If you could turn to page 2.  There's a

16   heading right at the top "Priority and Allocations."

17   Do you see that?

18   A.   Yes.

19   Q.   If you can take a look at that paragraph, but

20   my question is:  Do you have an understanding as to

21   what priority means?

22   A.   Well, my understanding would be that that's

23   the sequence in which DOE is going to be taking fuel

24   from the different plants around the country.

25   Q.   Have you ever heard the term "priority for

**Capital Reporting Company**

```
 1      shut down reactors"?

 2          A.   No.

 3          Q.   Other than speculating?

 4          A.   Yeah, I can speculate what it means, but I

 5      don't recall.

 6          Q.   And any speculation on what it means is based

 7      on the fact that that's just plain English?

 8          A.   Right.

 9          Q.   You don't have any specific knowledge about

10      any priority provisions that may or may not be in the

11      Standard Contract?

12          A.   Not in any depth, because I know that's an

13      issue, but I didn't read the contract, so I don't

14      remember.

15          Q.   That paragraph also mentions an emergency

16      requirement.  Are you familiar at all with whether the

17      Standard Contract provides anything for emergency

18      deliveries of spent nuclear fuel to DOE?

19          A.   No, I'm not that -- I'm not familiar with it.

20          Q.   So you don't have an understanding then of

21      what sort of circumstances might allow an emergency

22      delivery?

23          A.   No.

24          Q.   If you could turn to the -- there's an

25      attachment dated July 13th, 1983.  And this actually
```

# Defendant

## Capital Reporting Company

**Page 102**

1  what the letter says, quote, "Refers to the total
2  on-site storage capability for the lifetime of Diablo,
3  assuming that Federal repositories or any other
4  facility will not become available to receive Diablo's
5  spent fuel."
6       Do you see that?
7  A.  Yes.
8  Q.  Do you know if the maximum or the minimum
9  desired storage was used as the planning basis for
10  Diablo Canyon during this time period?
11  A.  My understanding is that the -- that it was
12  more based on the technology of what was licensed and
13  what was available and the space that we had and if --
14  that presumably if that technology gave us, you know,
15  reasonably adequate storage, you know, accounting for
16  some uncertainties, that that's what we took.
17  Q.  But it's your understanding, again, with the
18  exception of a few of the spaces that were left open in
19  the two wet pools at Diablo Canyon, that Diablo Canyon
20  did rerack ultimately to the highest capacity then
21  technologically available to it?
22  A.  Go ahead.
23       MR. STOUCK:  No, I'm sorry.  Can we have the
24  question back?
25       [The record was read as follows:

**Page 103**

1       "Q.  But it's your understanding, again,
2       with the exception of a few of the spaces
3       that were left open in the two wet pools
4       at Diablo Canyon, that Diablo Canyon did
5       rerack ultimately to the highest capacity
6       then technologically available to it?")
7  THE WITNESS:  Well, I think that there may
8  have been some exotic technologies that could have
9  added to it, but I think that what we reracked to was,
10  you know, what had been done comparable to what had
11  been done at other facilities, what was licensable, and
12  since that seemed to handle us until, well, as you can
13  see, all the way up into the 2000s, that that was felt
14  to be the appropriate and prudent reracking.
15       So there might have been other technologies
16  out there, but what we were doing was pretty much
17  state-of-the-art with what others were doing.
18  BY MR. EKMAN:
19  Q.  Now, you say "exotic technologies."  Would you
20  place rod consolidation options in the exotic
21  technologies?
22  A.  No, rod consolidation is not a technology for
23  reracking.  As I understand the term, rod consolidation
24  would be after you've got the racks in can you take the
25  fuel assembly apart and store it in a smaller space,

**Page 104**

1  which I guess would mean could store maybe two fuel
2  assemblies in one space.
3  Q.  The second paragraph of this letter states,
4  second sentence, "We believe we should consider a rack
5  design with the rod consolidation option, which offers
6  a potential for a storage capacity that is good for the
7  design lifetime of Diablo"?
8       MR. STOUCK:  Where is that?
9       MR. EKMAN:  It's on the second paragraph,
10  second page, last sentence.
11       MR. STOUCK:  Okay.
12       MR. EKMAN:  Sorry.
13       THE WITNESS:  Yeah, I see that.
14  BY MR. EKMAN:
15  Q.  The rack design that ultimately was placed in
16  the pool, did that include a rod consolidation option
17  or not?
18  A.  I don't really know the answer to that.  My
19  understanding, and I could be wrong, you'd probably be
20  better off to check with some of these more technical
21  people, was that rod consolidation is a separate
22  process that could be done.  And I'm not aware of
23  anything that would preclude using the existing racks
24  in a rod consolidation mode, but maybe there is.  I
25  just haven't studied it for so many years.

**Page 105**

1  Q.  But to your knowledge, the racks weren't
2  specifically designed for the rod consolidation?
3  A.  I don't think there was any specific design,
4  but I'm not saying that -- I don't know that it would
5  have been precluded.
6  Q.  On the third page there is some handwriting,
7  just says "they need it."  Just curious if you know
8  whose handwriting that is?
9  A.  No, I don't know whose that is.
10       MR. EKMAN:  If we could go off the record.
11       [Discussion off the record.]
12  BY MR. EKMAN:
13  Q.  Mr. Shiffer, do you know what a delivery
14  commitment schedule is?
15  A.  Other than my understanding of English, I
16  don't.
17  Q.  So you don't know what its purpose is?
18  A.  No.
19       [Defendant's Exhibit 7 was
20       marked for identification.]
21       MR. STOUCK:  Thank you very much.
22  BY MR. EKMAN:
23  Q.  All right.  I've handed you what's been marked
24  as Exhibit 7, which is -- first page is a letter from a
25  Mr. Bartlett to Mr. Clarke, chairman and C.E.O. of

27 (Pages 102 to 105)

Page 106

1  PG & E, dated May 20, 1991.  And attached to it is a
2  letter to Mr. Barrett, who's listed as the contract
3  administrator for PG & E at this time from Carol
4  Rueter, listing you as a copy.
5      A.   Uh-huh.
6      Q.   And then I will represent to you that what's
7  attached is something called "The draft acceptance
8  priority ranking, May 1991."  It is not the entire
9  priority ranking, as it is a voluminous document.  It's
10  just a sample.
11           My first question is:  If I were to -- do you
12  know what the 1991 annual capacity report is?  Have you
13  ever heard of that before?
14      A.   (No audible response.)
15      Q.   Have you ever heard of -- oh, sorry.
16      A.   No.
17      Q.   Have you ever heard of an annual capacity
18  report just generally?
19      A.   Not really.
20      Q.   Do you know what an annual priority ranking
21  is, outside of your review of this document?
22      A.   Again, outside of my understanding of English
23  and generally what was going on, no.
24      Q.   Do you know why you would have been copied on
25  this letter from the Department of Energy to

Page 107

1  Mr. Barrett?
2      A.   Once again, because we were the licensing
3  people, so almost anything that related to Federal
4  government went through us on a licensing group.
5      Q.   And who was Mr. Barrett -- where was
6  Mr. Barrett in relation to you in the organization?
7      A.   Mr. Barrett?
8      Q.   Yeah, Mr. J.E. Barrett.
9      A.   Oh.  He must have been in the purchasing
10  department, which did not report to me.  I don't know
11  him at all, but we did have a purchasing department
12  that signed the contracts and that kind of thing and it
13  was not under my direction.
14      Q.   And you'll see on the third page of this
15  exhibit, second page on this Reuters letter, it just
16  said -- the third paragraph, last sentence begins:  "In
17  accordance with the contract."  Do you see that?
18      A.   Yes.
19      Q.   Says "Purchasers may submit commitment
20  delivery schedules, DCS, based on these allocations,
21  beginning January 1, 1992."  Do you see that?
22      A.   Yes.
23      Q.   Again, you didn't -- you don't recall having
24  any role in the DCS submission process with the
25  Department of Energy during this time period?

Page 108

1      A.   No.
2      Q.   And you didn't have any -- you don't recall
3  being involved in any decision making concerning
4  PG & E's response to this particular letter from
5  Ms. Rueter?
6      A.   I don't have any personal recollection of it,
7  no.
8      Q.   Do you have any understanding of a provision
9  in the Standard Contract that concerns the exchanges
10  of -- of acceptance allocations among nuclear
11  utilities?
12      A.   No.
13      Q.   Are you familiar with the term "failed fuel"?
14      A.   Well, yes, I believe so.
15      Q.   Okay.
16      A.   Unless you mean something different than what
17  I know.
18      Q.   All right.  Well, maybe I do, but let me ask,
19  what is your understanding of what failed fuel is?
20      A.   Well, my understanding of it is it's fuel that
21  the cladding has perforated by -- through one mechanism
22  or another, which allows the release of more
23  radioactive materials than you would otherwise expect.
24      Q.   Do you know if Humboldt Bay has any failed
25  fuel, as you would characterize it?

Page 109

1      A.   Well, it did originally, and I believe that
2  all of it, or most of it anyway, if not all of it --
3  you'll have to check with the Humboldt guys -- has been
4  sent off site for reprocessing.
5           See, the original fuel we put into Humboldt
6  had gross cladding failures, but once that was removed,
7  we were still in the reprocessing mode, so I think that
8  most of it has been reprocessed, but you should check
9  with the Humboldt people to know exactly what's going
10  on with the fuel.
11      Q.   That's the current Humboldt people that would
12  know that?
13      A.   The current Humboldt people would know.
14           MR. STOUCK:  Couldn't resist?
15           THE WITNESS:  Couldn't resist this, huh?
16           (Defendant's Exhibit 8 was
17            marked for identification.)
18  BY MR. EKMAN:
19      Q.   I'm actually showing this to you for two
20  reasons, the first which relates to what we're talking
21  about right now.  And I can direct your attention to
22  the second page of what's marked as Exhibit 8, which
23  appears to be an article written by you.  It's called
24  On Par with Jim Shiffer.
25      A.   Uh-huh.

28 (Pages 106 to 109)

Plaintiff

**Capital Reporting Company**

Page 106

1   PG & E, dated May 20, 1991.  And attached to it is a

2   letter to Mr. Barrett, who's listed as the contract

3   administrator for PG & E at this time from Carol

4   Rueter, listing you as a copy.

5        A.    Uh-huh.

6        Q.    And then I will represent to you that what's

7   attached is something called "The draft acceptance

8   priority ranking, May 1991."  It is not the entire

9   priority ranking, as it is a voluminous document.  It's

10  just a sample.

11             My first question is:  If I were to -- do you

12  know what the 1991 annual capacity report is?  Have you

13  ever heard of that before?

14       A.    (No audible response.)

15       Q.    Have you ever heard of -- oh, sorry.

16       A.    No.

17       Q.    Have you ever heard of an annual capacity

18  report just generally?

19       A.    Not really.

20       Q.    Do you know what an annual priority ranking

21  is, outside of your review of this document?

22       A.    Again, outside of my understanding of English

23  and generally what was going on, no.

24       Q.    Do you know why you would have been copied on

25  this letter from the Department of Energy to

# Defendant

# Capital Reporting Company

## Page 106

1  PG & E, dated May 20, 1991. And attached to it is a
2  letter to Mr. Barrett, who's listed as the contract
3  administrator for PG & E at this time from Carol
4  Rueter, listing you as a copy.
5      A.   Uh-huh.
6      Q.   And then I will represent to you that what's
7  attached is something called "The draft acceptance
8  priority ranking, May 1991." It is not the entire
9  priority ranking, as it is a voluminous document. It's
10  just a sample.
11          My first question is:  If I were to -- do you
12  know what the 1991 annual capacity report is?  Have you
13  ever heard of that before?
14      A.   (No audible response.)
15      Q.   Have you ever heard of -- oh, sorry.
16      A.   No.
17      Q.   Have you ever heard of an annual capacity
18  report just generally?
19      A.   Not really.
20      Q.   Do you know what an annual priority ranking
21  is, outside of your review of this document?
22      A.   Again, outside of my understanding of English
23  and generally what was going on, no.
24      Q.   Do you know why you would have been copied on
25  this letter from the Department of Energy to

## Page 107

1  Mr. Barrett?
2      A.   Once again, because we were the licensing
3  people, so almost anything that related to Federal
4  government went through us on a licensing group.
5      Q.   And who was Mr. Barrett -- where was
6  Mr. Barrett in relation to you in the organization?
7      A.   Mr. Barrett?
8      Q.   Yeah, Mr. J.E. Barrett.
9      A.   Oh.  He must have been in the purchasing
10  department, which did not report to me.  I don't know
11  him at all, but we did have a purchasing department
12  that signed the contracts and that kind of thing and it
13  was not under my direction.
14      Q.   And you'll see on the third page of this
15  exhibit, second page on this Reuters letter, it just
16  said -- the third paragraph, last sentence begins: "In
17  accordance with the contract." Do you see that?
18      A.   Yes.
19      Q.   Says "Purchasers may submit commitment
20  delivery schedules, DCS, based on these allocations,
21  beginning January 1, 1992." Do you see that?
22      A.   Yes.
23      Q.   Again, you didn't -- you don't recall having
24  any role in the DCS submission process with the
25  Department of Energy during this time period?

## Page 108

1      A.   No.
2      Q.   And you didn't have any -- you don't recall
3  being involved in any decision making concerning
4  PG & E's response to this particular letter from
5  Ms. Rueter?
6      A.   I don't have any personal recollection of it,
7  no.
8      Q.   Do you have any understanding of a provision
9  in the Standard Contract that concerns the exchanges
10  of -- of acceptance allocations among nuclear
11  utilities?
12      A.   No.
13      Q.   Are you familiar with the term "failed fuel"?
14      A.   Well, yes, I believe so.
15      Q.   Okay.
16      A.   Unless you mean something different than what
17  I know.
18      Q.   All right.  Well, maybe I do, but let me ask,
19  what is your understanding of what failed fuel is?
20      A.   Well, my understanding of it is it's fuel that
21  the cladding has perforated by -- through one mechanism
22  or another, which allows the release of more
23  radioactive materials than you would otherwise expect.
24      Q.   Do you know if Humboldt Bay has any failed
25  fuel, as you would characterize it?

## Page 109

1      A.   Well, it did originally, and I believe that
2  all of it, or most of it anyway, if not all of it --
3  you'll have to check with the Humboldt guys -- has been
4  sent off site for reprocessing.
5          See, the original fuel we put into Humboldt
6  had gross cladding failures, but once that was removed,
7  we were still in the reprocessing mode, so I think that
8  most of it has been reprocessed, but you should check
9  with the Humboldt people to know exactly what's going
10  on with the fuel.
11      Q.   That's the current Humboldt people that would
12  know that?
13      A.   The current Humboldt people would know.
14          MR. STOUCK:  Couldn't resist?
15          THE WITNESS:  Couldn't resist this, huh?
16          (Defendant's Exhibit 8 was
17          marked for identification.)
18  BY MR. EKMAN:
19      Q.   I'm actually showing this to you for two
20  reasons, the first which relates to what we're talking
21  about right now.  And I can direct your attention to
22  the second page of what's marked as Exhibit 8, which
23  appears to be an article written by you.  It's called
24  On Par with Jim Shiffer.
25      A.   Uh-huh.

28 (Pages 106 to 109)

# Plaintiff

**Capital Reporting Company**

Page 108

1      A.    No.

2      Q.    And you didn't have any -- you don't recall

3   being involved in any decision making concerning

4   PG & E's response to this particular letter from

5   Ms. Rueter?

6      A.    I don't have any personal recollection of it,

7   no.

8      Q.    Do you have any understanding of a provision

9   in the Standard Contract that concerns the exchanges

10  of -- of acceptance allocations among nuclear

11  utilities?

12     A.    No.

13     Q.    Are you familiar with the term "failed fuel"?

14     A.    Well, yes, I believe so.

15     Q.    Okay.

16     A.    Unless you mean something different than what

17  I know.

18     Q.    All right.  Well, maybe I do, but let me ask,

19  what is your understanding of what failed fuel is?

20     A.    Well, my understanding of it is it's fuel that

21  the cladding has perforated by -- through one mechanism

22  or another, which allows the release of more

23  radioactive materials than you would otherwise expect.

24     Q.    Do you know if Humboldt Bay has any failed

25  fuel, as you would characterize it?