# Defendant

# Victor W. Trebules, Jr.

Page 49

1  pages from what appears to be a larger document.  But

2  if you can just take a moment to take a look at these

3  and let me know if you're familiar with this.

4      A.   (Pause.)   I note that from the two pages you

5  gave me, it's only page 11 and 12.  So I assume it was

6  from a larger document.

7      Q.   That's correct.

8      A.   That's not included here.

9      Q.   That's correct.

10      A.   All right.  I've looked over these two pages.

11      Q.   Okay.  Do you recall, have you seen these

12  pages before?

13      A.   I don't ever remember seeing these two pages.

14      Q.   Okay.  These refer to -- purport to refer to

15  apparently a meeting or a conference that was held in

16  mid-December 1983, during which Robert Morgan at the

17  time appears to have been the Acting Director of

18  Civilian Radioactive Waste Management gave this

19  presentation or talk about the mission plan.

20      A.   Right.

21      Q.   Were you present for such a conference or

22  meeting, whatever you want to call it?

Page 50

1      A.   I don't remember being at this meeting.  I'm

2  not even sure that I was working in the program at this

3  time.

4      Q.   Right.

5      A.   This was in 1983.

6      Q.   At the top of the middle page, page 11, on the

7  right-hand side, the first full paragraph there says:

8  "We have just received a preliminary draft of Volume I

9  of the mission plan and we hope to have this available

10  to interested parties, the states and others by

11  Christmas."

12          Does that refresh your recollection as to

13  whether or not work had been performed in preparing a

14  mission plan prior to your arrival at the Office of

15  Civilian Radioactive Waste Management?

16      A.   I honestly don't remember that.  I could only

17  speculate that when he said we have just received a

18  preliminary draft, it might have been a draft prepared

19  by the support service contractor at the time, but I

20  honestly don't remember that.

21      Q.   Okay.  I want to move down to that same

22  column.  It's the largest paragraph there on the

Page 51

1  right-hand side.

2      A.   Uh-huh.

3      Q.   The paragraph starts out "I would like to talk

4  a little bit about."  You see that?

5      A.   Yes.

6      Q.   What I want to refer you to is about midway

7  through that paragraph.  There's a sentence that

8  starts, "The basic strategy which we've outlined."

9      A.   Yes.

10      Q.   Okay.  I just refer from there on to the end

11  of the paragraph that says:  "The basic strategy which

12  we've outlined in the mission plan is that beginning in

13  1998, utilities will not have to provide any additional

14  storage facilities on-site.  During the first year of

15  operation of the repository in 1998, we should be

16  receiving fuel at a rate so that no utility would have

17  to add any further storage facilities either on-site or

18  at any -- I'm sorry -- or at another location."  You

19  see where it says that there?

20      A.   Yes, I see that.

21      Q.   Okay.  Do you know whether that was -- or

22  strike that.

Page 52

1          Do you know was that the intent of the DOE at

2  the time?

3          MR. SHULTIS:  Objection, asks for legal

4  conclusion.  Mr. Trebules is not a 30(b)(6) witness,

5  asks for speculation.

6          THE WITNESS:  Again, as I understand your

7  question, did I understand that to be the intent of DOE

8  at the time.  I don't believe I worked in the program

9  at that time.

10  BY MR. ZIDUKAS:

11      Q.   When you worked in the program, do you know

12  whether or not it was the intent of DOE to receive fuel

13  at a rate beginning in 1998 that no utility would have

14  to add any further storage facilities?

15          MR. SHULTIS:  Same objections and

16  relevance.

17          THE WITNESS:  When I started working in

18  the program on the mission plan, I remember that we

19  discussed the objective of reaching waste acceptance

20  rates that would preclude the utilities from having to

21  provide additional on-site storage.  That was our

22  objective or planning target.

# Victor W. Trebules, Jr.

Page 53

1    I believe what happened early on was that
2  when we sent the draft mission plan out for public
3  review and comment, we got a number of comments that
4  said our schedules were too optimistic and we, I
5  believe, revised those schedules in the actual document
6  that went out in June of 1985 to the point where it
7  didn't quite meet the intent of the words described
8  here.
9    We started out as best as I could remember
10  with a number like 400 metric tons in 1998, and we
11  incorporated a ramp-up period that after four or five
12  years or so we would eventually get up to about 3,000
13  metric tons a year, which we believed was the accepted
14  spent fuel generation rate of the nuclear power plants
15  at that time.
16    And it was over that ramp-up period that
17  we hoped to get to the point where we would preclude
18  the utilities from having to provide additional on-site
19  storage.  And then when the second repository came
20  into operation, then we could, when that one reached
21  full capacity, be able to reduce the backlog.
22    So, again, I'm speculating that when this

Page 54

1  was written that was the intent, but that was changed
2  after we got comments on those early draft versions of
3  the mission plan.  We adjusted those waste acceptance
4  schedules a bit.
5  BY MR. EIDUKAS:
6    Q.  Okay.  Do you know whether or not it was the
7  intent of the parties to the standard contract when
8  they entered those contracts back in 1983 that fuel
9  would be received at the repository at a rate that no
10  utility would have to add any further storage
11  facilities either on-site or at another location?
12    MR. SHULTIS:  Objection, asks for a legal
13  conclusion, calls for speculation.
14    THE WITNESS:  As I think I heard your
15  question, did I know the intent of the parties to the
16  contract.  Again, if you're referring to the
17  utilities, I do not.
18  BY MR. EIDUKAS:
19    Q.  Okay.  Do you know whether or not the DOE had
20  an intent -- had this intent when they entered into the
21  standard contracts with the utilities?
22    MR. SHULTIS:  Objection, asks for a legal

Page 55

1  conclusion.  Mr. Trebules is not a 30(b)(6) witness.
2  Calls for speculation.
3    THE WITNESS:  Could you help me?  Could
4  you clarify what you mean by the word intent?
5  BY MR. EIDUKAS:
6    Q.  Sure.
7    A.  Because I know we had planning targets or
8  objectives or goals that we were trying to meet, but I
9  know there was concern about the characterization of
10  those and we put in, as I said before, caveats as this
11  document indicates, you know, that represented some of
12  the difficulties.  And as I say on page 11 where it
13  says, at the end of the second full paragraph, "Our
14  intent is to fully comply with the act in process and
15  in technical mandates.  However, if we must slip a date
16  in the schedule to accomplish the requirements and
17  intent of consultation, we will do so."  Again, can
18  you clarify your question by what you mean by intent?
19    Q.  Sure.  I mean, I think we're talking about
20  DOE here because you said you don't know what the
21  utilities intended.  What I mean by intent is what the
22  DOE expected to do when -- and I was talking and my

Page 56

1  question was referring to the time that the standard
2  contracts were entered into back in 1983.  You may not
3  know the answer to that, but that was my question.
4    MR. SHULTIS:  Same objections as before.
5  Legal conclusion, 30(b)(6) witness, calls for
6  speculation.
7    THE WITNESS:  Again, I would have to
8  characterize my answer by saying that our planning
9  targets or our objectives or our strategies were such
10  that, you know, we tried to have the facilities in
11  operation to take the field by 1998.  You know, with
12  the caveats that I previously indicated.  If that's
13  what you mean by intent, that's how I would answer that
14  question.
15  BY MR. EIDUKAS:
16    Q.  Look quickly at the section of this paragraph
17  right above where we've been looking.  Starting with
18  the sentence "I think most of you know."  Do you see
19  where I'm referring to?  It's the second sentence of
20  that paragraph.  "I think most of you know."
21    A.  I see that.
22    Q.  Okay.  Great.  "I think most of you know that

# Defendant

# Victor W. Trebules, Jr.

**Page 73**

1  remember. His name was Tom Longo, who wrote a lot of
2  the geology and hydrology sections of the mission plan,
3  and then we had a support service contractor and I
4  think at that time their name was Weston.
5  BY MR. EIDUKAS:
6    Q.   And do you recall what Weston worked on for
7  the mission plan?
8    A.   Well, they were, again, support service
9  contractors under DOE direction. They were drafting
10  up various sections of the plan, you know, for DOE
11  review. DOE had final approval and authority over the
12  content of the mission plan, and I was responsible for
13  a lot of the individual sections myself.
14    Q.   I'm sorry. When you say responsible, do you
15  mean to review what Weston had drafted?
16    A.   Yes.
17    Q.   Who else was responsible for reviewing
18  sections of the mission plan drafted by the contractor?
19    A.   Well, it was always DOE individuals within the
20  organization that had to review and give final approval
21  of anything that went out as part of the mission plan.
22  Again, I don't remember the names of many of the

**Page 74**

1  people, other than perhaps Tom Longo or Charlie Head or
2  Bob Rosselli that were involved in the review.
3         And I believe during the time we issued the
4  draft to when we issued the final in June, we actually
5  went through an organizational change. And I think
6  when the June '85 version was issued, I actually ended
7  up working in a different group and that was probably
8  called the office of -- Office of Policy and
9  Institutional something or other, and people there that
10  were involved were people like Tom Isaacs, Roger Gale
11  and Ben Easterling.
12    Q.   Do you recall what their involvement was?
13    A.   Ben Easterling was my immediate supervisor at
14  that time in June of '85 I believe and Tom Isaacs was
15  the director of that office, and I think Roger Gale was
16  the deputy.
17    Q.   I'm going to go back to -- so when you first
18  started, you said your first supervisor was Charlie
19  Head and then when this reorganization occurred, it
20  became Ben Easterling.
21         Was there anyone in between those two people
22  to whom you reported to?

**Page 75**

1    A.   Not that I can remember.
2    Q.   Did you have final say over approving the
3  sections of the mission plan that you were responsible
4  for, or did you have to take that to your supervisor
5  for them to have your decision approved?
6         MR. SHULTIS:  Objection, compound.
7         THE WITNESS:  Yeah. Did I have final say.
8  I would say no. I had to get approval of several
9  layers of my management at the time, starting with Ben
10  Easterling, Roger Gale, Tom Isaacs, and ultimately the
11  director of the program had to approve release of the
12  document.
13  BY MR. EIDUKAS:
14    Q.   So Ben Easterling -- after this reorganization
15  occurred, is that when Ben Easterling became your
16  supervisor?
17    A.   I don't remember the exact time, but I think
18  when we issued the document in June of '85, he was my
19  immediate supervisor.
20    Q.   Okay.  And to whom did he report?
21    A.   To Roger Gale and Tom Isaacs.
22    Q.   Did Mr. Gale report to Mr. Isaacs or vice

**Page 76**

1  versa, or were they kind of at the same level of
2  management?
3    A.   I'm trying to recollect. I believe Roger
4  Gale was the Deputy of the Office of Policy and
5  Institutional, whatever it was called, and Tom Isaacs
6  was the director. So, in a sense I believe Roger Gale
7  reported to Tom Isaacs.
8    Q.   Okay.  And then did Tom Isaacs report to the
9  director of the program?
10    A.   Yes, I believe so, and I think that was Ben
11  Rusche at the time.
12    Q.   You had said I think that you had drafted some
13  of the sections of the mission plan. Is that correct
14  or am I --
15    A.   Yes, I wrote or drafted some of the sections
16  of the mission plan.
17    Q.   Could you just briefly list or describe which
18  of the sections you were responsible for drafting?
19    A.   The one in particular was I think what was
20  called Chapter 1, which was an introduction, which I
21  remember clearly we discussed the kinds of radioactive
22  waste that we intended to deal with, and we put in a

# Victor W. Trebules, Jr.

Page 77

1  picture of a person standing next to a fuel assembly
2  before it got inserted into a reactor.   I essentially
3  wrote that first chapter.
4          I was heavily involved in the second chapter,
5  which was sort of the strategy, which we talked about
6  before, laid out the authorized system and the improved
7  performance system.   Although I remember Tom Isaacs
8  provided a lot of the direction as to how that chapter
9  should be structured and what it should say.
10         I compiled the table of assumptions that went
11  into that second chapter.   Sort of give people an
12  understanding of the magnitude of the issue that we
13  were dealing with.   In talked about the quantities of
14  spent fuel, the modes of transportation, the number of
15  repositories, you know, some of the parameters.   The
16  waste acceptance schedule, that was also included in
17  Chapter 2.
18         And then I wrote a lot of the response to
19  comments in the comment response document that we
20  prepared, and again all these had to be reviewed by my
21  management, and ultimately the director of the program
22  before it got published.

Page 78

1          MR. EIDUKAS:  Mark this as 4.
2          (Thereupon, the reporter marked for
3  identification Deposition Exhibit No. 4.)
4  BY MR. EIDUKAS:
5      Q.   Mr. Trebules, I have marked as Exhibit 4 --
6  this version doesn't have Bates stamps on it.   This is
7  a December 20, 1983 marked as "Draft, Civilian
8  Radioactive Waste Management Program Mission Plan,
9  Volume 1, Overview and Current Program Plans."   This
10  appears to be a December 20, 1983 draft of the mission
11  plan.  Are you familiar with this document?
12     A.   Could I have a few minutes to look at it?
13     Q.   Sure, sure.
14     A.   (Pausa).
15          MR. SHULTIS:  Ted, ours has Bates numbers.
16          MR. EIDUKAS:  Let me read it into the
17  record.  For the record, the Bates stamp of the
18  exhibit is CTR-042-1065 through 1190.   Thank you.
19          (Counsel and witness conferring).
20          MR. EIDUKAS:  There's a question pending.
21  If you want to ask questions of the witness, you can
22  ask them on the record, but I prefer you don't have

Page 79

1  these consultations while there's a question pending.
2          MR. SHULTIS:  What is the question
3  pending?
4          MR. EIDUKAS:  Are you familiar with this
5  document, and you'll have a turn to ask questions of
6  the witness when I'm done.
7          THE WITNESS:  I'm ready to answer.
8  BY MR. EIDUKAS:
9      Q.   Sure.  I believe the question was:  Are you
10  familiar with this document?
11     A.   To be honest with you, I don't remember
12  specifically seeing this document before.   I believe
13  this was probably prepared before I joined the Civilian
14  Radioactive Waste Management Program.   However, I'm
15  very familiar with some of the material in here and the
16  reasons why we changed it in the eventual mission plan
17  that got published in June of 1985.
18     Q.   Okay.  Would you describe what was changed --
19          MR. SHULTIS:  Objection, vague.
20  BY MR. EIDUKAS:
21     Q.   -- that you're referring to in your earlier
22  answer.

Page 80

1      A.   Just very briefly, in looking at Chapter 1,
2  for example, just skimming through it, this only has,
3  for example, two pages and I believe in the version
4  that I was responsible for, the one that got issued in
5  June of '85, we had a much more extensive discussion in
6  Chapter 1 on, as I indicated before, the types of
7  wastes.   We had a picture of the fuel assembly, you
8  know, as to what it looks like, you know, before going
9  into a reactor.   We talked about other kinds of waste
10  that we might have to deal with.   The high level waste
11  that came from the DOE operations.
12          Chapter 2, for example, looks like an early,
13  early version of the strategy, which I think bears no
14  resemblance to the one that ultimately got published in
15  June of '85 where we talked about the authorized system
16  and the improved performance system.   This does have
17  an early version of a waste acceptance schedule, but
18  it's got numbers that were changed significantly from
19  the one that got published in June of '85.
20          So, again, I mean, it's obviously an early
21  version of the mission plan.   I can't say for certain
22  whether this is the one that was issued for public

# Defendant

# Victor W. Trebules, Jr.

**Page 97**

BY MR. EIDUKAS:

Q.   And what I mean by how was it prepared, I don't mean how was it typed.   I mean, how were these numbers decided upon?   How was this schedule developed?

MR. SHULTIS:   Objection, vague.   Asks for a legal conclusion.

THE WITNESS:   As best as I could remember, we had two overriding goals or objectives that we were trying to meet.   One was to begin waste acceptance in 1998.   The other was to reach a rate for which the amounts of additional at-reactor storage would be minimal or zero.

As Table II-1 in Exhibit 5 shows, in the second column, the annual spent fuel generation rate, these were numbers that we got from the Department of Energy's Energy Information Administration.   Based on their analysis of the nuclear power plants in operation and the expected amount of spent fuel that they'd be generating, and as you can see in this table, the numbers start at in 1998 at 2,700 metric tons.   They go up a little bit.   They approach 3,000 metric tons.

**Page 98**

So, for the first 10 years of operation, our target was sort of to reach an acceptance rate of about 3,000 metric tons, which would more than the generation rate from all the nuclear plants.

We did recognize, though, at that time we still had a backlog, which is shown in column 4, you know, of over 40,000 metric tons that already was in storage.   So, again, our two objectives or goals were to try to begin, as you know, as soon as possible, you know, 1998 or as soon as possible thereafter.   And as we indicated before, those were what we characterize as optimistic schedules and reach an acceptance rate of 3,000 metric tons, which would preclude the utilities from having to provide any additional on-site storage.

Then when we got a second repository in operation, again, this is shown in Table 2.1 in column 6, a second repository would come into operation about a half a dozen years after the first, and we expected that to ramp-up faster because we would have experience from operating the first repository.   And when those two repositories were then operating in tandem, at that point then we'd be able to start reducing the backlog,

**Page 99**

which is indicated in the column on the far right.

You know, eventually to the point where we'd between the two repositories accommodate all the expected spent fuel, which at that time was still judged to be 140,000 metric tons.

BY MR. EIDUKAS:

Q.   Okay.   So, just looking at the — let's take the first repository acceptance rate that starts at 400 and ramps up to 3,000 and then stays at 3,000 until it looks like 2025 or 2026 where it goes to has 100 and then stops.

I guess, how were those numbers actually — how did you actually come up with those numbers?   Was there a source or a basis for the actual numbers you have here in this for that schedule?

MR. SHULTIS:   Objection, vague.

BY MR. EIDUKAS:

Q.   I mean, do you understand what I'm asking?   I mean, in other words, is this representing a physical limitation that was projected or recognized?   Were these numbers picked out and then the idea was to design repository around them?   I guess what I'm

**Page 100**

trying to get at what, I guess, first the source for these numbers?

A.   Okay.

MR. SHULTIS:   Objection, compound.

THE WITNESS:   It's a compound answer.   It's somewhat complicated, but again my recollection is that going back to the Nuclear Waste Policy Act, which indicated that the country planned on developing two repositories, and there were various reasons for that, but the plan was to develop two repositories.   And based on the projections at the time, again, the source that I'm familiar with is the Department of Energy's Energy Information Administration, which projected we'd have a total of about 140,000 metric tons of spent nuclear fuel to accommodate or dispose of.

There was a provision in the law that said the first repository could not emplace more than 70,000 metric tons until the second repository goes into operation, and I think there were various reasons for that.   But that was sort of a guideline that we used that said the first repository should be designed, if the geology permits, to accommodate 70,000 metric tons

## Victor W. Trebules, Jr.

Page 101

1  and then the other 70,000 metric tons would go in a
2  second repository.
3              It was that in combination with what I
4  indicated earlier that the objective was to get an
5  acceptance rate of about 3,000 metric tons, which at
6  that time was the anticipated annual spent fuel
7  generation rate from the nuclear power plants in
8  operation.  So if you just do the math, you have a
9  capacity for repository of 70,000 metric tons divided
10 by 3,000 metric tons per year.  That would indicate
11 that that repository would operate for about 25 years
12 as this table shows.
13             And then the second repository would be in
14 operation.  Again, a capacity of about 70,000 metric
15 tons, at about 3,000 metric tons per year.  That one
16 would operate for about 25 years, and the sum of those
17 two would accommodate all the anticipated spent fuel to
18 be generated by the nuclear power plants in operation
19 at that time.
20 BY MR. EIDUKAS:
21    Q.   Okay.  Referring to -- I think other
22 witnesses have called it the steady state rate or the

Page 102

1  maximum rate.  The 3,000 that's carried out for the
2  most of the years on this schedule for the repository.
3  Does that represent a limitation on how fast the
4  repository was designed to accept waste?
5              MR. SHULTIS:  Objection, calls for legal
6  conclusion.
7              THE WITNESS:  I'm not quite sure how to
8  answer your question.  You said yes.  You could
9  design the repository to operate in a number of
10 different ways, and if money or schedule or no object,
11 you could increase its capacity.  Although you
12 complicate the operations.
13             I believe we again established various
14 goals or objectives and operating parameters which we
15 thought were reasonable based on the experience to date
16 because you also had to consider, for example, the
17 transportation requirements to service these
18 repositories.  And in 3,000 metric tons per year, that
19 equates to a large number of truck shipments or, you
20 know, somewhat lesser number of train shipments.  And,
21 again, you're looking for the reasonable accommodation
22 of all these interrelated factors.

Page 103

1              But I think my earlier answer is still
2  pertinent that the overriding objectives were, again,
3  to develop two repositories.  The first with the
4  capacity suggested by the Nuclear Policy Act of 70,000
5  metric tons with an acceptance rate that would
6  accommodate the expected spent fuel generation rate
7  from nuclear power plants in operation.  So when you
8  balance all those design factors, you know, for the
9  engineering solution, you get something I think that
10 was represented at the time by the parameters in this
11 Table 2.1 in Exhibit 5.
12             Let me point out, though, that this is not
13 our current approach because there have been subsequent
14 actions by Congress which essentially have postponed
15 any work on the second repository.  So we knew at the
16 time when we published the mission plan back in the
17 '84-'85 time frame that there were a lot of things
18 beyond our control and, again, this was just a plan.
19 These were just objectives we were trying to meet, and
20 we knew we'd have to accommodate a lot of, you know,
21 prohibitions and hiccups as we began to execute the
22 program.

Page 104

1  BY MR. EIDUKAS:
2     Q.   Okay.  You had set forth the two objectives
3  and the second was that you wanted the rate to reach --
4  to basically reach -- you wanted to basically reach a
5  rate that would equal the waste generation rate.  So
6  that the need for additional reactor storage would be
7  either minimal or zero.
8              My question is:  What was the source of that
9  objective?  Why was that an objective you had?
10    A.   Okay.  Could you give me a minute --
11    Q.   Sure.
12    A.   -- to review some of these previous documents.
13 Because I think there were words in one of those that I
14 remember being presented to me when I joined the
15 program.  Let me just... Is it Bob Morgan?
16    Q.   It's Number 3.
17    A.   Yes.  Let me quote from Exhibit 3, page 11,
18 column 2, the large paragraph in that column about
19 halfway through the paragraph.  There's a sentence
20 that begins "The basic strategy which we've outlined in
21 the mission plan is that beginning in 1998, utilities
22 will not have to provide any additional storage

**Esquire Deposition Services**                    **1-800-441-3376**

# Defendant

# Victor W. Trebules, Jr.

**Page 113**

1  any discussion.  To my recollection, at that time I'm
2  sure the answer was yes, but I don't remember any of
3  the details of the discussions.  I mean, again, I was
4  fairly new to the program back in 1984.  My primary
5  involvement was on developing the numbers that went in
6  the waste acceptance schedule that seemed to make
7  sense, you know, from an operational standpoint.
8       Again, meeting the two criteria talked
9  about before.  You know, beginning in 1998 trying to
10  get up to an acceptance rate that would preclude the
11  utilities from having to add additional on-site
12  storage.  In looking at the combination of the two
13  repositories, that would eventually reduce the backlog
14  and accommodate all the waste.  I'm sure there were
15  discussions, but if there were discussions, I don't
16  remember the details of them, you know, at this time.
17  BY MR. EIDUKAS:
18       Q.  And when you were working, to the extent you
19  were working on developing these waste acceptance
20  schedules, did you view yourself as trying to meet a
21  requirement that waste be taken as expeditiously as
22  practicable as set forth as an obligation in the

**Page 114**

1  contract?  Did you have that in your mind when you
2  were developing these schedules?
3       MR. SHULTIS:  Objection, asks for a legal
4  conclusion.  Asks for speculation.
5       THE WITNESS:  I'm trying to remember, you
6  know, again, what was in my mind back at that time.  I
7  honestly don't remember if we in the planning group,
8  you know, looked upon that as a, as you say, as a
9  requirement.  We're trying to establish what we
10  thought were possible schedules, you know, based on
11  assumptions, strategies, objectives that we thought we
12  could meet.  Again, they were -- we were concerned
13  about those becoming fixed dates.  We were concerned
14  about that.  We put caveats in there.
15       Some of this documentation shows, you
16  know, we said the schedules may change, you know, as
17  other developments occur.  I remember fairly clearly
18  the concern of some people -- and I'd have a hard time
19  remembering exactly who the people were, but the answer
20  that I came up with to address that was incorporating
21  key words in our explanation of the waste acceptance
22  schedules as illustrative.  You know, they were

**Page 115**

1  examples.  They were ways the system could be
2  operated.
3       You know, we put in words like that to
4  sort of caveat, you know, being overly committal on
5  what we thought we could do.  And as you saw the words
6  in some of these other documents, it said that the
7  schedules may change, you know, and if they change, you
8  know, we will have to change.
9       So, back to your original question, did I
10  consider it as a requirement we were trying to meet?
11  I don't believe so.  It was a planning objective more
12  than anything, and I think -- even as this cover letter
13  that transmitted Exhibit 5 and I think I was involved
14  in writing this.  The one that starts off "Dear
15  Recipient."
16  BY MR. EIDUKAS:
17       Q.  Okay.  I see that.
18       A.  Signed by Mike Lawrence.
19       Q.  Yes.
20       A.  It states right in the first paragraph that:
21  "The purpose of this report is to provide an
22  informational basis sufficient to permit informed

**Page 116**

1  decisions to be made in carrying out the repository
2  program and the research development demonstration
3  programs required under the Act."  Again, it was an
4  informational basis sufficient for decision making.
5  So we didn't want to, you know, overly commit or
6  prescribe to anything.
7       You know, we knew there were a lot of issues
8  that we would deal with.  And, in fact, I think as we
9  discussed before, if you compare Exhibit 4 to Exhibit
10  5, there were significant changes just from that early
11  draft to this May 1984 draft.  I mean, we were making
12  changes, you know, in response to comments, you know,
13  and the development of the planning activities at that
14  time.
15       Q.  Okay.  In referring to that letter, when you
16  talked about the document being provided as an
17  informational basis that would allow use of people to
18  rely on make decisions upon it, who are you referring
19  to as making those decisions?
20       A.  It would have primarily been the
21  decision-makers in the Department of Energy, you know,
22  who are charged by Congress with responsibility for

# Defendant

# Victor W. Trebules, Jr.

Page 121

```
 1   of those objects being that it would ramp up to equal,
 2   at least equal the waste generation rate.  So that it
 3   would either eliminate or, you know, reduce to either
 4   minimal or zero the need for utilities to build
 5   additional on-site storage after 1998?
 6          MR. SHULTIS:  Objection, calls for legal
 7   conclusion.
 8          THE WITNESS:  Again, as best as I can
 9   remember, we had two overriding objectives.  One was
10   to begin acceptance in 1998 and the other one was to
11   ramp up, you know, as fast as realistically possible,
12   you know, with all the engineering constraints to
13   preclude the need for utilities to add additional
14   on-site storage.  But we did anticipate that the
15   schedules would change and, in fact, in Exhibit 5 on
16   page 2-1, just quickly looking at the section that's
17   entitled "(A) Waste Acceptance Schedule."
18   BY MR. EIDUKAS:
19      Q.  Yes.
20      A.  The second paragraph begins by saying that:
21   "This waste acceptance schedule will eventually be
22   further developed to show not only the aggregate
```

Page 122

```
 1   acceptance schedule, but also an acceptance program
 2   ranking by utility and fuel element."  So we
 3   anticipated that these waste acceptance schedules would
 4   continue to evolve, you know, would change based on,
 5   you know, new or updated information.
 6          The next sentence goes on to read:  "The
 7   schedule will serve as a planning base, which will be
 8   updated annually, with responsible latest projections."
 9   So, again, we anticipated that they would be updated.
10      Q.  To stop you there, that sentence that you
11   referred to is that "The schedule will serve as a
12   planning basis, which will be updated annually in
13   response to the latest projections of nuclear power
14   growth."  Is that connected to the objective you
15   stated that the schedule was intended to ramp up and
16   then to meet the generation rate?
17          MR. SHULTIS:  Objection, looking for a
18   legal conclusion.
19          THE WITNESS:  My recollection is that the
20   main reason we said "The schedule will serve as a
21   planning basis, which will be updated annually in
22   response to the latest projections," the projections
```

Page 123

```
 1   that we were monitoring closely were the EIA
 2   projections, the Energy Information Administration
 3   projections.  And I believe at the time the Nuclear
 4   Waste Policy Act was passed, those projections
 5   indicated there were would be 140,000 metric tons of
 6   spent fuel generated.  And if I can look back quickly
 7   to Exhibit 4 here.
 8   BY MR. EIDUKAS:
 9      Q.  Sure.
10      A.  Again, when the Act was passed in the end of
11   1982, the number was 140,000 metric tons, which divided
12   by two was the basis for the 70,000 metric ton limit.
13   By the time this draft of the mission plan was
14   published in December of '83, those projections had
15   already fallen to 133,000 metric tons, and one of the
16   factors obviously was Three Mile Island in 1977 I
17   think.  You know, that the number of power plants under
18   construction was dropping.  Some were being canceled.
19          And let me just look here.  Well, this one
20   still says 133,000 metric tons.  But, you know, we
21   thought that the total amount of spent fuel to be
22   generated might continue to decrease.  You know, so we
```

Page 124

```
 1   wanted to make sure we could accommodate that.
 2      Q.  Okay.  To your knowledge, was the objective
 3   of having a rate that would meet the generation rate,
 4   did that objective ever change over time?
 5          MR. SHULTIS:  Objection, asks for a legal
 6   conclusion.
 7          THE WITNESS:  I think we tried to maintain
 8   that as an objective and that sort of became
 9   institutionalized with this 3,000 metric tons per year,
10   you know, acceptance capability for one repository, and
11   again when the second one would come online with an
12   additional 3,000 metric tons, then we'd be able to
13   reduce the backlog.  That remained a planning
14   objective or assumption for a number of years but got
15   seriously set back when Congress I believe in 1987
16   pretty much put the second repository program on hold.
17   So, at that time we sort of had to regroup and figure
18   out what we were going to do.
19   BY MR. EIDUKAS:
20      Q.  Looking again at the schedule in Exhibit 5, it
21   provides for schedules for the first and second
22   repository, but there's no acceptance schedule in this
```

# Defendant

# Victor W. Trebules, Jr.

**Page 145**

1　included and doesn't include Volumes II and III of the
2　entire mission plan.
3　　　Q.　I also was going to refer there was a page out
4　of order.　There was like a cover page for part 2 of
5　Volume I.
6　　　A.　Oh, it's the one that was in place at page 13
7　in the front section.
8　　　Q.　Right.　So the page that's Bates numbered CE
9　14820 is out of place.　It should go later in the
10　document and then, in addition to that, I've also
11　represented and the witness has confirmed I believe
12　that Chapter 11 of this volume, Volume I, is not
13　present and Volume II and Volume III of the mission
14　plan are also not present and part of this exhibit.
15　　　　　Is that an accurate statement of what —
16　　　　　MR. SHULTIS:　That's consistent with my
17　understanding.　Mr. Trebules found the discrepancy.
18　So...
19　　　　　THE WITNESS:　I think that covers it.
20　　　　　MR. SHULTIS:　Okay.
21　BY MR. EIDUKAS:
22　　　Q.　Okay.　With all of those caveats and

**Page 146**

1　clarification as to what is present in Exhibit 6 for
2　this deposition, is what is present here, those
3　portions here, are they from the June 1985 mission plan
4　that you worked on?
5　　　A.　I believe so, yes.
6　　　Q.　If you could turn to page 3.　It's titled
7　Chapter 1 Introduction and that section appears to go
8　through page 13 that we added to this document.　Is
9　this the chapter that you testified to earlier as being
10　the author of?
11　　　A.　Yes.
12　　　Q.　If you could turn to pages 6 and 7, and in
13　particular on page 7 there's a section that starts:
14　"The following specific program objectives have been
15　established to implement the provisions of the Act.
16　They evolve from the previously mentioned policy
17　goals."
18　　　　　And then the third objective listed here says,
19　"To insure the acceptance of waste for disposal by
20　January 31, 1998 in accordance with the acceptance
21　schedule provided for in the DOE standard disposal
22　contracts and in conformance with the Act."

**Page 147**

1　　　　　My question is:　When you wrote this section,
2　what did you mean by "the acceptance schedule provided
3　for in the DOE standard disposal contracts"?
4　　　　　MR. SHULTIS:　Objection, calls for a legal
5　conclusion.
6　　　　　THE WITNESS:　This is on page 7 with the
7　introductory sentence that says, again, "The following
8　specific program objectives have been established."
9　So, again, this was an objective for the program.　It
10　was a goal or a target.　And we identified the five
11　objectives.　One of our objectives was to insure the
12　acceptance of waste.　It says for disposal by January
13　1998.　Again, this is one of our objectives.
14　　　　　"In accordance with the acceptance
15　schedule provided in DOE standard disposal contract."
16　My understanding was that the contracts that the
17　government entered into with the utilities at some
18　point in the future would have more detailed schedule
19　information, and I believe that was to be provided
20　after, you know, later.　It was to come after this
21　mission plan and when those specific schedules were
22　developed, that's what we would — that's what the

**Page 148**

1　government would target to meet.
2　BY MR. EIDUKAS:
3　　　Q.　The language you used here does say that "the
4　acceptance schedule provided for in the DOE standard
5　disposal contracts" and I would just, if you could tell
6　me, what it is, what are you referring to in the
7　contracts in this passage?
8　　　　　MR. SHULTIS:　Objection, calls for a legal
9　conclusion.
10　　　　　THE WITNESS:　Again, I was not the person
11　that worked directly on the standard disposal
12　contracts.　My understanding was that they were to —
13　I'm trying to think of the terms.　There were going to
14　be documents issued later in the late 1980s or early
15　1990s and I think they were related to — and these are
16　documents I'm not familiar with — the annual capacity
17　report, annual priority rankings that were to be — I
18　think they were going to be negotiated with utilities
19　and those would become the specific schedules that the
20　government would try to meet in terms of accepting
21　spent fuel.
22　BY MR. EIDUKAS:

# Defendant

# Victor W. Trebules, Jr.

Page 177

1  BY MR. EIDUKAS:

2      Q.   Okay.

3      A.   There's obviously a different heat load that

4  the repository has to accommodate and the size of —

5  which is why we put the pictures in the document.   The

6  size of the waste forms we're dealing with are

7  significantly different.   If you look at the spent

8  fuel picture on page 9, okay?   We would design waste

9  packages to accommodate multiple fuel assemblies, you

10  know, from reactors.   The spent fuel assemblies.

11          The high level waste is in the form of the

12  picture on page 11, you know, which is a different

13  geometry.   So, I mean, to me it's obvious.   There's

14  got to be some differences in the design now that

15  you're going to accommodate a different waste geometry,

16  waste form, waste heat load, but I can't give you any

17  of the specifics of what those design changes would be.

18      Q.   Okay.   But the decision was made apparently

19  that there might be a design change, but there was not

20  going to be a difference in what the steady state rate

21  of accepted spent fuel range was going to be?

22          MR. SHULTIS:   Objection, vague, assumes

Page 178

1  facts not in evidence.

2          THE WITNESS:   As best as I could remember,

3  again our objectives were to try to reach a steady

4  state rate, you know, along the lines that we talked

5  about to preclude for need for utilities to add

6  storage, which, you know, was still estimated to be

7  around 3,000 metric tons per year.   And that's still

8  supported by the spent fuel generation column on both

9  waste acceptance schedules.   There's still around

10  3,000 metric tons per year in the early years of

11  repository operation.

12  BY MR. EIDUKAS:

13      Q.   So, even after it was determined that you were

14  going to start accepting the high level waste in

15  addition to spent nuclear fuel, the objective to

16  continue accepting at the 3,000 rate or because of the

17  objective you've identified, you didn't decrease the

18  3,000 steady state rate in order to accommodate the

19  additional need to accept high level waste.   Is that a

20  fair statement?

21      A.   I believe that's a fair statement.

22      Q.   Okay.   Turning to the — you're looking at

Page 179

1  the next.   Do you need a break?   We've been going for

2  a while.

3      A.   I'm okay.

4      Q.   Going to the next page, waste acceptance

5  schedule on page 27.   This is for the improved

6  performance system or plan that we've discussed today,

7  correct?

8      A.   Right.

9      Q.   Okay.   Did you work on developing this

10  acceptance schedule?

11      A.   Yes.

12      Q.   And is this the first acceptance schedule

13  involving an integral MRS facility that the DOE

14  published?

15      A.   To the best of my recollection it is.

16      Q.   So, because we didn't see an acceptance

17  schedule like this involving an MRS in the earlier

18  drafts of the mission plan, right?

19      A.   The reason I'm hesitating is I don't know if

20  there were any presentations like that one meeting you

21  referred to.   You had the handout from that one

22  meeting.   I don't know if there were any others at the

Page 180

1  time where DOE might have, you know, released some

2  preliminary numbers.   This is the one first one I'm

3  aware of.

4      Q.   Okay.

5      A.   I can answer it that way.   This is the first

6  one I'm aware of.

7      Q.   So one of the additions, changes here is that

8  there's a column for MRS acceptance, which is the third

9  column.   What's the basis or how was this rate for the

10  MRS facility determined?

11      A.   The best answer I could give you is that we,

12  again, had as — it can sound repetitive, but we again

13  had as our objective to accept spent fuel to preclude

14  the need for additional at-reactor storage, which again

15  was 3,000 metric tons per year at that time.   That was

16  our projection.   In 1984-'85 we were trying to

17  anticipate what the spent field generation rate would

18  be, you know, some 13, 14 years into the future.   So,

19  again, based on the EIA projections, it looked like it

20  would be about 3,000 metric tons per year based on the

21  number of nuclear power plants online.   So that was

22  our design target for the MRS.   Okay.

45 (Pages 177 to 180)

# Victor W. Trebules, Jr.

**Page 181**

1    Q.   So, before you go on, so, is it fair to say
2    that that objective, which you've stated several times
3    now, that objective was the basis for the design rate
4    of the MRS you were anticipating at the time of this
5    document?
6    A.   That's correct.   If you look at the column on
7    page 27, column 4, MRS Acceptance, you'll see that it
8    starts out at 2200 metric tons first year, 3,000 metric
9    tons the second year and stays at 3,000 metric tons.
10   Again, remember, that was our design target, our design
11   objective.   You could have probably designed a smaller
12   MRS, you could have designed a bigger MRS, but this was
13   our designed target.
14        Inventory at MRS is the next column, column 5,
15   which increases the first couple of years but then in
16   1998 starts to discharge to the repository.   So it
17   continues to increase until its rate of receipt equals
18   its rate of discharge where then it stays constant, you
19   know, until the MRS ceases operation and then the MRS
20   eventually unloads into the repository.   Okay?
21        Let me caution you one thing about this Table
22   2.3.   The first year was 2200 metric tons does not

**Page 182**

1    necessarily mean that in 1998 we would have accepted
2    2200 metric tons.   That column is entitled, if you
3    look over on the far left, Pre-1998 and, again, it
4    looked like there was a chance we could get the MRS
5    into operation in 1996.   So it would be '96, '97, '98,
6    the total of those three years that would have gotten
7    us up to 2200 metric tons.   Again, we thought we
8    needed a ramp-up during that period before we reached a
9    steady state rate of 3,000 metric tons.
10   Q.   Okay.   And would that ramp-up rate be similar
11   to what would be the ramp-up rate that was proposed for
12   the repository in the other schedule; the 400, 400,
13   400, 900, 1800?
14   A.   I don't remember what the exact numbers are.
15   Q.   Okay.
16   A.   I mean, the only thing I could refer you to
17   was the number in the table where it says pre-1998, you
18   know, 2200.
19   Q.   And as this proposed system would work, would
20   there be -- would the MRS -- would any of the spent
21   fuel accepted at the MRS be accepted or moved to the
22   second repository, or was it planned that waste would

**Page 183**

1    be received directly at the second repository from the
2    utilities?
3    A.   I need a second because I believe we talked
4    about that as an option, but I don't remember where.
5    (Pause).   All right.   Let me refer you to page 25.
6    The bottom paragraph, the one starts:   "On the basis of
7    the integrated systems approach described in the
8    approved performance plan, the DOE has identified many
9    possible waste acceptance schedules."
10        Again, one of the caveats, this is only an
11   illustrative schedule that we're talking about.   There
12   were many others, you know, with all the questions and
13   uncertainties.   Depending on the size and operating
14   characteristics of the system facilities.   That's MRS
15   and the repository.   One such waste acceptance
16   schedule that illustrates -- and again illustrates was
17   the word we coined to try to, again, sort of serve as
18   caveat.
19        That illustrates the quantity of waste that we
20   feel we could accept beginning in 1996 with the
21   completion of the integral MRS facilities presented in
22   Table 2-3.   The schedule assumes that one MRS facility

**Page 184**

1    services the first repository.   Other scenarios are
2    possible, such as a larger MRS facility servicing part
3    or all of both repositories or two MRS facilities
4    serving two repositories.
5         Again, a lot of different ways you could
6    design and operate the system.   The schedules we
7    presented were illustrative only for those two
8    concepts.   But we indicated that, again, there were
9    lots of different ways to do the job.
10   Q.   Even though that -- so, if these are
11   illustrative schedules and as this section indicates
12   that the DOE has in effect many possible ways to do
13   acceptance schedules, to your knowledge, were all those
14   schedules, though, consistent with the objective you've
15   identified of ramping up to a steady state rate that
16   would act to eliminate the need for additional
17   at-reactor storage?
18        MR. SHULTIS:   Objection, calls for
19   speculation.
20        THE WITNESS:   There are a couple of places
21   in this chapter.   If I had more time I could probably
22   find better words, but let me just show you a few that

46 (Pages 181 to 184)

# Victor W. Trebules, Jr.

**Page 185**

1  I think get to your question.  On page 24 under
2  Section 3.  Assumptions about an MRS facility.
3  BY MR. EIDUKAS:
4     Q.  Okay.
5     A.  If you look down to B, waste receipt rate.
6  "The waste acceptance rate will be approximately 3,000
7  metric tons per year of spent fuel or equivalent high
8  level waste."  Again, the 3,000 was based on the EIA
9  projection of the amount of spent fuel we thought would
10  be generated in that time frame.  So, again, that was
11  sort of like our target.  That was a design objective.
12     If you also look on page 28, for example.
13  These are just some I can find relatively quickly.
14  Down at the bottom of the page, it's got numbers 1 and
15  2.
16     Q.  Yes.
17     A.  Number 1 says, if you look at the sentence:
18  "The rate at which an integral MRS facility would
19  accept spent fuel is based on two major considerations.
20  The need to relieve the utilities of on-site fuel
21  storage pressures that could result in the disruption
22  of orderly nuclear reactor operations after January

**Page 186**

1  1998."  Again, the need to relieve utilities of
2  on-site fuel storage pressures.  Those were some of
3  our considerations, our planning objectives.  Our
4  targets that, you know, we incorporated into the plan.
5     Jumping ahead, the unfortunate thing about all
6  these references to the MRS facility is that when we
7  proposed it to Congress, they didn't accept it.
8     Q.  Or didn't they accept it with certain linkages
9  that made it possible to —
10     A.  We proposed a specific site and a design for
11  the MRS.  We proposed the Clinch River breeder reactor
12  site down in Tennessee with a number of different
13  design concepts.  Congress said, if I remember right,
14  we accept the concept of an MRS, but don't build it at
15  Clinch River.  You know, go find another site.  And
16  then they put linkages on it, too, like it couldn't
17  begin until a repository goes into operation or it
18  passes a certain licensing phase, which made it
19  impractical.  I mean, the real one is you got to have
20  a site to build it, okay, and that's a whole other
21  story with the nuclear waste negotiator, the volunteer
22  siting process and all that other stuff.

**Page 187**

1     MR. EIDUKAS:  Okay.  Why don't we take
2  off record.
3     (Recess, 3:30 to 3:43 p.m.)
4  BY MR. EIDUKAS:
5     Q.  Mr. Trebules, we've looked at Chapters 1 and 2
6  of the section of the '85 mission plan that's contained
7  in Exhibit 6.  What other, if any, portions of what's
8  in Exhibit 6 here did you have involvement in preparing
9  yourself?  You know, if it would be easier, if you
10  want to look at the table of contents, if that would
11  help.
12     A.  Yeah, I think so.  For example, at page 55,
13  the small section on sub-seabed disposal, I was
14  involved in probably writing or getting the information
15  from the other office in DOE that was in charge of that
16  activity to put it in the plan.
17     I think the easiest way to answer this was my
18  job was to coordinate the preparation of the mission
19  plan, which meant I had to write individual sections if
20  there was no one else in the program that was the
21  recognized expert, or I had to make sure that we had
22  people assigned to these other areas to draft up the

**Page 188**

1  material.  In most cases, I would review and comment
2  on their input to make sure it was consistent in
3  content and style and level of detail with other parts
4  of the plan.
5     There were probably some other individual
6  sections that I wrote, but I'd have to go through sort
7  of page by page to try to remember which those are.
8  But, for example, Chapter 9 and 10 of Volume II, the
9  waste generation rates, requirements for disposal of
10  past or repository schedules, I believe I wrote or
11  compiled, you know, much of that information directly.
12     Chapter 10, cost of managing the program.  I
13  played a substantial part in that.  Chapter 11, which
14  is not even in this exhibit, I contributed to that.
15  Probably the list of acronyms and abbreviations, which,
16  you know, is a very important.  I probably put that
17  together.  And the other two volumes that aren't in
18  here, the responses to comments, you know, I wrote many
19  of those sections individually.  In general, that was
20  my responsibility with this document at that time.
21     Q.  Turning to — you said you did some work on
22  Chapter 9.  I just want to direct your attention.  We

# Defendant

# Victor W. Trebules, Jr. - vol. 2

**Page 242**

```
1   IN THE UNITED STATES COURT OF FEDERAL CLAIMS
2   ---------------------------------------------X
    YANKEE ATOMIC ELECTRIC COMPANY
3   (98-126C)(Merow, S.J.)
    CONNECTICUT YANKEE ATOMIC POWER COMPANY
4   (98-154C)(Merow, S.J.)
    MAINE YANKEE ATOMIC POWER COMPANY
5   (98-474C)(Merow, S.J.)
    FLORIDA POWER & LIGHT COMPANY
6   (98-483C)(Wilson, J.)
    NORTHERN STATES POWER COMPANY
7   (98-484C)(Wiese, J.)
    DUKE POWER, a Division of DUKE ENERGY CORP.
8   (98-485C)(Sypolt, J.)
    INDIANA MICHIGAN POWER COMPANY
9   (98-486C)(Hodges, J.)
    SACRAMENTO MUNICIPAL UTILITY DISTRICT
10  (98-488C)(Yock, S.J.)
    SOUTHERN NUCLEAR OPERATING COMPANY, et al.
11  (98-614C)(Merow, S.J.)
    COMMONWEALTH EDISON COMPANY
12  (98-621C)(Hewitt, J.)
    BOSTON EDISON COMPANY
13  (99-447C)(Allegra, J.)
    GPU NUCLEAR, INCORPORATED
14  (00-440C)(Bush, J.)
    WISCONSIN ELECTRIC POWER COMPANY
15  (00-697C)(Merow, S.J.)
    POWER AUTHORITY OF THE STATE OF NEW YORK  :VOLUME
16  (00-703C)(Damich, J.)                      : II
    OMAHA PUBLIC POWER DISTRICT
17  (01-115C)(Bush, J.)                        :
    NEBRASKA PUBLIC POWER DISTRICT             :Discovery
18  (01-116C)(Sypolt, J.)                      :Judge:
    TENNESSEE VALLEY AUTHORITY                 :(Judge
19  (01-249C)(Bruggink, J.)                    :Sypolt)
20            Plaintiffs,                      :PAGES
21  V.                                         :242 - 396
22
```

**Page 243**

```
1   THE UNITED STATES,                         :
2           Defendant.                         :
3   ---------------------------------------------X
4
5
6
7
8
9       Deposition of Victor W. Trebules, Jr.
10              Washington, DC
11           Thursday, April 18, 2002
12
13
14
15
16
17
18
19
20
21  Reported by:  Denise Dobner Vickary, RMR, CRR
22  JOB NO.   144459
```

**Page 244**

```
1
2
3
4
5                          April 18, 2002
6                          9:30 A.M.
7
8   Deposition of Victor W. Trebules, Jr., held at the
9   offices of:
10
11      Jenner & Block
12      601 13th Street, NW
13      12th Floor
14      Washington, DC 20005
15
16  Pursuant to notice, before Denise Dobner Vickary, a
17  Registered Merit Reporter, Notary Public of the
18  District of Columbia.
19
20
21
22
```

**Page 245**

```
1   APPEARANCES:
2
3   Jenner & Block
4   For the Plaintiff COMMONWEALTH EDISON
5       One IBM Plaza
6       Chicago, IL 60611-7603
7       (312) 222-9350
8   BY: Theodore T. Eidukas, Esq.
9
10  Shaw Pittman Potts & Trowbridge
11  For the Plaintiffs NORTHERN STATES POWER COMPANY,
12  et al.
13      1650 Tysons Boulevard
14      McLean, VA 22102-4859
15      (703) 770-7962
16  BY: Devon E. Hewitt, Esq.
17
18  Arnold & Porter
19  For the Plaintiffs SOUTHERN NUCLEAR OPERATING COMPANY,
20  et al.
21      555 Twelfth Street, NW
22      Washington, DC 20004-1206
```

1 (Pages 242 to 245)

# Victor W. Trebules, Jr. - vol. 2

Page 266

1  1200 metric tons.  It would operate through about
2  2028.  It would reach a maximum capacity of 14,700
3  metric tons until it off-loaded the spent fuel into the
4  repository.  So, according to that schedule, it looks
5  like it operates for about 30 years.
6      Q.  And according to this Table F-1 and to clarify
7  it's on page 61; is that correct?
8      A.  Yes.
9      Q.  Of Exhibit I think you said 6?
10     A.  8.
11     Q.  8.  I'm sorry.  That's okay.  It seems to
12  indicate that in the MRS facility in year 2004, the
13  acceptance rate for spent fuel would be 2650; is that
14  correct?
15         MR. SHULTIS:  Object.
16         THE WITNESS:  That's correct.
17  BY MS. HEWITT:
18     Q.  Why was that figure chosen, 2650?
19         MR. SHULTIS:  Objection, asked and
20  answered.  Calls for speculation.
21         THE WITNESS:  Yeah.  I don't remember why
22  that specific number was selected at that time.

Page 267

1  BY MS. HEWITT:
2      Q.  Do you recall what the components of the MRS
3  submission to Congress included?
4          MR. SHULTIS:  Objection, asked and
5  answered.
6          THE WITNESS:  Could you please repeat the
7  question.
8  BY MS. HEWITT:
9      Q.  Do you recall what the MRS submission to
10  Congress included in terms of the components of the
11  proposal?
12         MR. SHULTIS:  Same objection and vague.
13         THE WITNESS:  Only generally that we had
14  to identify a site and design options for the MRS
15  facility.
16  BY MS. HEWITT:
17     Q.  Do you recall whether it included an
18  environmental assessment?
19         MR. SHULTIS:  Same objection.  Asked and
20  answered.
21         THE WITNESS:  I believe I -- I'm not sure
22  but I believe it did.  I believe I remember seeing the

Page 268

1  document.  Although I never read through it or
2  contributed to the development of it.
3  BY MS. HEWITT:
4      Q.  Do you have an understanding of the term
5  emplacement rate?
6          MR. SHULTIS:  Objection, vague.
7          THE WITNESS:  My understanding of the term
8  emplacement rate would be the rate at which we would
9  emplace spent nuclear fuel in the underground portion
10  of the geologic repository.
11  BY MS. HEWITT:
12     Q.  Do you have an understanding of the term
13  design receipt rate?
14         MR. SHULTIS:  Same objection.
15         THE WITNESS:  Again, my understanding of
16  the term design receipt rate is the rate at which spent
17  fuel would be received at the repository at primarily
18  the surface handling buildings, which would come in
19  either by rail or truck.
20  BY MS. HEWITT:
21     Q.  Is the design receipt rate the same thing as
22  the design acceptance rate?

Page 269

1          MR. SHULTIS:  Same objection.
2          THE WITNESS:  I think under certain
3  conditions it can be.  Under other conditions it
4  doesn't have to be.  For example, the -- I'm sorry.
5  Could you give me that question again, the two terms?
6  BY MS. HEWITT:
7      Q.  Design receipt rate and acceptance rate.
8      A.  Okay.  The acceptance rate could be dependent
9  on the facilities that the system may have.  For
10  example, you could be receiving at an MRS facility and
11  at a repository.  Okay.  The design receipt rate could
12  apply to either one of those facilities, particularly
13  the repository, and the emplacement rate is obviously
14  the emplacement rate only at the repository.
15     Q.  Is the emplacement rate the same thing as the
16  design receipt rate?
17         MR. SHULTIS:  Objection.  Asked and
18  answered.
19         THE WITNESS:  Again, it could be, but it
20  doesn't have to be.  You can receive rate at a
21  certain -- you could receive spent fuel at a certain
22  rate with the surface facilities of the repository.

# Victor W. Trebules, Jr. - vol. 2

Page 270

1  You could put spent fuel in storage above ground.  You
2  could emplace underground at a different rate.
3  Obviously then you'd have an accumulation of spent fuel
4  at the storage facilities above the repository or you
5  could be reducing the backlog.  They don't have to be
6  the same.  They could be independent.  Although if
7  you reach steady state operation, ideally they're very
8  close, if not identical.
9  BY MS. HEWITT:
10     Q.   When I use the term OCRWM, do you have an
11  understanding of what that term is?
12     A.   Yes, I do.
13     Q.   Were you ever involved in OCRWM's efforts to
14  design a repository?
15          MR. SHULTIS:  Objection, vague.
16          THE WITNESS:  I think I would have to
17  answer yes.
18  BY MS. HEWITT:
19     Q.   What was the extent of your involvement?
20     A.   Again, my primary role over the past 10 years
21  or so has been in the planning, budgeting and
22  scheduling part of the program of the OCRWM program,

Page 271

1  the Office of Civilian Radioactive Waste Management,
2  and I'm primarily responsible for the cost and schedule
3  baselines for the program.  But obviously the cost and
4  schedule baselines have to relate to the technical
5  baseline, which includes as a subset the design
6  solution for the system.  So I had to have some
7  familiarity of the design or the evolving parameters of
8  the design to be able to fully integrate the cost and
9  schedule activities.
10     Q.   What is the present design receipt rate for
11  the repository?
12          MR. SHULTIS:  Objection, assumes -- well,
13  calls for speculation.  Assumes facts not in evidence,
14  vague.
15          THE WITNESS:  I cannot say for certain
16  what the present receipt rate is.  We typically talk
17  about the current design as the design in our site
18  recommendation documents that have been submitted to
19  Congress.  I do not know the exact numbers.  I
20  believe they are, though, close to the 3,000 metric
21  tons once it reaches a steady state.  Although we are
22  looking at a variety of design options or modifications

Page 272

1  to that conceptual design.
2  BY MS. HEWITT:
3     Q.   Are those designs or possible modifications
4  going to affect the design receipt rate?
5          MR. SHULTIS:  Same objection.
6          THE WITNESS:  Yeah, that would be
7  speculation on my part.  That's not my major area of
8  focus and I really would be speculating at that point.
9  BY MS. HEWITT:
10     Q.   During your tenure at OCRWM, has the design
11  receipt rate at a steady state been different than
12  3,000 MTUs on an annual basis?
13          MR. SHULTIS:  Objection, vague.
14  BY MS. HEWITT:
15     Q.   Do you understand my question?
16     A.   Yes, and as we discussed in some detail
17  yesterday, the receipt rate changed significantly
18  through the various documents we went through
19  yesterday.  In the early versions of the draft mission
20  plan and in the subsequent versions of the amendment,
21  it changed because of the facilities involved.
22     Q.   Understand.

Page 273

1     A.   Obviously when we had a two-repository system,
2  the receipt rate for the system in total was higher
3  than a single repository system or in, again, referring
4  to Exhibit 8, I believe the waste acceptance schedule
5  we were just talking about, this shows a significant
6  delay in the operation of the second repository.  So
7  yesterday in the earlier documents, the earlier
8  exhibits and mission plan documents, we had a
9  combination of the two repositories which had a receipt
10  rate much greater than what this latest version would
11  show.
12     Q.   You're absolutely correct.  My question was a
13  little bit unclear.  It wasn't very specific.  I'm
14  going to further narrow it.
15          At any time during your tenure at the DOE
16  program, was the design receipt rate for the single
17  repository other than 3,000 MTU on an annual basis?
18     A.   You said at any time during my?  I believe
19  basically the nominal design receipt rate target --
20  again, this was a target; this was an objective -- on
21  an annual basis was 3,000 metric tons.
22     Q.   And that's also what you refer to as the

Esquire Deposition Services          1-800-441-3376

# Defendant

# Victor W. Trebules, Jr. - vol. 2

Page 270

1   You could put spent fuel in storage above ground.   You
2   could emplace underground at a different rate.
3   Obviously then you'd have an accumulation of spent fuel
4   at the storage facilities above the repository or you
5   could be reducing the backlog.   They don't have to be
6   the same.   They could be independent.   Although if
7   you reach steady state operation, ideally they're very
8   close, if not identical.
9   BY MS. HEWITT:
10      Q.   When I use the term OCRWM, do you have an
11   understanding of what that term is?
12      A.   Yes, I do.
13      Q.   Were you ever involved in OCRWM's efforts to
14   design a repository?
15             MR. SHULTIS:  Objection, vague.
16             THE WITNESS:  I think I would have to
17   answer yes.
18   BY MS. HEWITT:
19      Q.   What was the extent of your involvement?
20      A.   Again, my primary role over the past 10 years
21   or so has been in the planning, budgeting and
22   scheduling part of the program of the OCRWM program,

Page 271

1   the Office of Civilian Radioactive Waste Management,
2   and I'm primarily responsible for the cost and schedule
3   baselines for the program.   But obviously the cost and
4   schedule baselines have to relate to the technical
5   baseline, which includes as a subset the design
6   solution for the system.   So I had to have some
7   familiarity of the design or the evolving parameters of
8   the design to be able to fully integrate the cost and
9   schedule activities.
10      Q.   What is the present design receipt rate for
11   the repository?
12             MR. SHULTIS:  Objection, assumes -- well,
13   calls for speculation.   Assumes facts not in evidence,
14   vague.
15             THE WITNESS:  I cannot say for certain
16   what the present receipt rate is.   We typically talk
17   about the current design as the design in our site
18   recommendation documents that have been submitted to
19   Congress.   I do not know the exact numbers.   I
20   believe they are, though, close to the 3,000 metric
21   tons once it reaches a steady state.   Although we are
22   looking at a variety of design options or modifications

Page 272

1   to that conceptual design.
2   BY MS. HEWITT:
3      Q.   Are those designs or possible modifications
4   going to affect the design receipt rate?
5             MR. SHULTIS:  Same objection.
6             THE WITNESS:  Yeah, that would be
7   speculation on my part.   That's not my major area of
8   focus and I really would be speculating at that point.
9   BY MS. HEWITT:
10      Q.   During your tenure at OCRWM, has the design
11   receipt rate at a steady state been different than
12   3,000 MTUs on an annual basis?
13             MR. SHULTIS:  Objection, vague.
14   BY MS. HEWITT:
15      Q.   Do you understand my question?
16      A.   Yes, and as we discussed in some detail
17   yesterday, the receipt rate changed significantly
18   through the various documents we went through
19   yesterday.   In the early versions of the draft mission
20   plan and in the subsequent versions of the amendment,
21   it changed because of the facilities involved.
22      Q.   Understand.

Page 273

1      A.   Obviously when we had a two-repository system,
2   the receipt rate for the system in total was higher
3   than a single repository system or in, again, referring
4   to Exhibit 8, I believe the waste acceptance schedule
5   we were just talking about, this shows a significant
6   delay in the operation of the second repository.   So
7   yesterday in the earlier documents, the earlier
8   exhibits and mission plan documents, we had a
9   combination of the two repositories which had a receipt
10   rate much greater than what this latest version would
11   show.
12      Q.   You're absolutely correct.   My question was a
13   little bit unclear.   It wasn't very specific.   I'm
14   going to further narrow it.
15           At any time during your tenure at the DOE
16   program, was the design receipt rate for the single
17   repository other than 3,000 MTU on an annual basis?
18      A.   You said at any time during my?   I believe
19   basically the nominal design receipt rate target --
20   again, this was a target; this was an objective -- on
21   an annual basis was 3,000 metric tons.
22      Q.   And that's also what you refer to as the

Esquire Deposition Services                    1-800-441-3376

Page 274

1  steady state rate?

2      A.   That's correct.

3      Q.   When you use the term nominal, what do you

4  mean by nominal?

5      A.   Nominal in my jargon typically means like an

6  average or a design number that you try to meet.  You

7  know, it usually implies a certain degree of precision.

8  You know, you could say 3,000 plus or minus 20 metric

9  tons, you know, but nominal, when you say nominally

10  3,000 metric tons, it could vary.  In some years it

11  could, depending on the truck and train shipments, it

12  could be 2,980.  Next year it could be 3,022, but we

13  sort of average that out over the operation of the

14  facility and say the nominal rate of 3,000 metric tons.

15      Q.   And I believe you testified earlier that the

16  3,000 annual MTU steady state rate corresponded to the

17  discharge rate by utilities; is that correct?

18          MR. SHULTIS:  Objection, calls for --

19  mischaracterizes prior testimony.

20          THE WITNESS:  Yeah.  I believe I said

21  yesterday that we had two overriding design objectives,

22  you know, two goals.  One was to initiate operations

Page 275

1  in 1998.  The other was to design a system to try to

2  meet the EIA projection that we were using at the time

3  of the spent fuel discharge rate from the utilities,

4  which at that time I think was nominally, again,

5  nominally about 3,000 metric tons a year.  Although it

6  varied, you know, year by year.

7  BY MS. HEWITT:

8      Q.   I believe yesterday also you testified

9  regarding that -- regarding the 3,000 MTU annual rate

10  and said that it was at some point designed to ensure

11  that utilities did not "have to engage in additional

12  storage, on-site storage after 1998."  Is that a

13  correct fair reading of your testimony yesterday?

14          MR. SHULTIS:  Objection, asked and

15  answered.

16          THE WITNESS:  Again, without looking at

17  the transcript, I think that was close to what I said.

18  I guess I would also want to refer to a paper that was

19  worked on I think before I joined the program.  This

20  is Exhibit 3.  This is the proceedings of the 1983

21  Civilian Radioactive Waste Management Information

22  Meeting.  Again, this was developed before I got to

Page 276

1  the program, but this became sort of my understanding

2  of the design objective that we were trying to meet.

3          It's on page 11.  There's only two pages

4  in this exhibit, but on page 11, the second column, the

5  largest paragraph near the end.  This says, "During

6  the first year of operation of the repository in 1998,

7  we should be receiving fuel at a rate so that no

8  utility would have to add any further storage

9  facilities either on-site or at another location."

10          Again, I think I referred to that as sort

11  of one of our design objectives, you know, with the

12  proper caveats.

13  BY MS. HEWITT:

14      Q.   When you use the term design objective, do you

15  mean the design objective for the facility that DOE

16  ultimately would build?

17      A.   Facility or facilities; that's correct.

18      Q.   And so that the term design objective would

19  apply equally to MRS or a repository?

20      A.   I think that's a fair statement.

21      Q.   And then I'd like to explore the meaning of

22  the term on-site storage.  Do you have an

Page 277

1  understanding of what consists of on-site storage?

2      A.   I have an understanding of what I think that

3  term means, yes.

4      Q.   What's your understanding?

5      A.   The spent fuel discharged from nuclear power

6  plants, first of all, has to be aged a certain amount

7  of time, and it goes into storage at the reactor sites

8  or on the site of the reactor power plants.  Typically

9  it goes into storage pools, or I believe if it meets

10  certain conditions, it could go into dry storage on the

11  sites of the nuclear power plants.

12      Q.   And when the term additional on-site storage

13  is used, for example, in that document, does that refer

14  to storage in the spent fuel -- spent nuclear fuel

15  pools as well?

16      A.   I'm sorry.  Can you repeat the question

17  again, please.

18      Q.   When the term is used -- and you've used it

19  and other witnesses have used it -- saying that the MTU

20  rate is designed at some point to preclude the need for

21  "on-site storage," does that include storage in the

22  spent nuclear fuel pools that are on site?

# Defendant

# Victor W. Trebules, Jr. - vol. 2

### Page 302

1  adequacy reports that DOE issues; is that correct?

2      A.  Input into the fee adequacy report.

3      Q.  And what kind of input do you provide to the

4  fee adequacy report?

5      A.  I work on the Yucca Mountain cost and schedule

6  and plans.  So I'm right now responsible for

7  coordinating the input of the Yucca Mountain part of

8  the fee adequacy report in the total system life cycle

9  cost.

10     Q.  Are you familiar with the actual fee adequacy

11 reports that DOE issues?

12     A.  Yes.

13     Q.  Do acceptance rates factor into that report?

14         MR. SHULTIS:  Objection, calls for a legal

15 conclusion.

16         THE WITNESS:  I believe the answer is yes.

17 It's a fairly complicated analysis that needs to be

18 prepared, but I believe acceptance rates are one of the

19 parameters that needs to be evaluated.

20 BY MS. HEWITT:

21     Q.  And how do the acceptance rates affect the fee

22 adequacy analysis?

### Page 303

1          MR. SHULTIS:  Objection, vague.

2          THE WITNESS:  This may be a rather long,

3  complicated answer.  But basically the fee adequacy

4  analysis, which is required by the Nuclear Waste Policy

5  Act, is analysis that the Secretary of the department

6  has to conduct to evaluate whether the one mill per

7  kilowatt hour fee is judged to be sufficient to cover

8  the total cost of the program.

9          (Mr. Stouck entered.)

10         To do that, we prepare what's called a

11 total system life cycle cost analysis, which looks at

12 the cost of basically the facilities we have to build

13 to accept fuel.  That would include the surface

14 facilities of the repository, the underground

15 facilities of the repository, the waste package that

16 the waste would be disposed in, the transportation

17 system, equipment needed to move the waste, and we have

18 to estimate the cost of that and balance that against

19 the incoming money from the one mill per kilowatt hour.

20         And you have to relate the timing of those

21 facilities and when they need to be online to be able

22 to accept the waste.  And since there's a time related

### Page 304

1  cost of money depending upon when you build and

2  construct and have facilities in operation, in that

3  sense it relates to the waste acceptance rates.

4  BY MS. HEWITT:

5      Q.  You mentioned that the total system life cycle

6  cost analysis — and is that also called the TSLCC

7  analysis?

8      A.  That's the common acronym to describe it;

9  that's correct.

10     Q.  You testified that that analysis comprises

11 cost of the system, which include the facilities; is

12 that right?

13     A.  That's correct.

14     Q.  And when you use the term facilities, are you

15 referring to facilities that would store or dispose of

16 the waste?  What do you mean by facilities when you

17 used that term in your prior answer?

18     A.  Generally it's meant to include the waste

19 handling surface facilities at the repository location,

20 the underground area of the repository in which the

21 waste will be placed, and another major component which

22 may or may not fall under the term facilities is the

### Page 305

1  waste package that the spent fuel elements will be

2  placed in for disposal underground.  That's a major

3  cost contributor.

4      Q.  So, is it fair to say that when you use the

5  term facilities, you are not including possibility of

6  an MRS in that term?

7          MR. SHULTIS:  Objection, mischaracterizes

8  prior testimony.

9          THE WITNESS:  At one time in the program's

10 evolution, we did include I believe the cost of an MRS

11 facility, but over the past 10 years or so when

12 Congress never acted or we were never able to get an

13 MRS facility authorized, we haven't included it in our

14 TSLCC estimates.

15 BY MS. HEWITT:

16     Q.  So, the acceptance rates that are used in the

17 TSLCC estimates reflect an acceptance rate of a

18 repository; is that correct?

19     A.  That's correct.

20         MR. SHULTIS:  Object.

21         THE WITNESS:  That's correct.

22 BY MS. HEWITT:

# Victor W. Trebules, Jr. - vol. 2

Page 306

1    Q.   And has that been the case since you've been
2  working on TSLCC reports?
3    A.   I think, as I just said, I've been working on
4  the program for quite a while, and at one point we did
5  include estimates that had an MRS, but over the past 10
6  years or so we have not included that.   It's just been
7  focused on repository facilities.
8    Q.   And what is the purpose of the TSLCC and fee
9  adequacy reports?
10    A.   The fee adequacy report -- fee adequacy
11  assessment is required by the Nuclear Waste Policy Act
12  to determine on a periodic basis whether or not the one
13  mill per kilowatt fee is still judged to be sufficient
14  to cover the cost of the program.
15    Q.   And are these reports submitted to Congress?
16    A.   Yes.
17         Could we take a break?
18    Q.   Yes, absolutely.
19         (Recess, 10:48 to 10:56 a.m.)
20  BY MS. HEWITT:
21    Q.   I just have a couple of more questions,
22  Mr. Trebules.

Page 307

1    A.   Okay.
2    Q.   Are you aware that DOE has announced that it
3  will not be able to take spent nuclear fuel until the
4  year 2010 at the earliest?
5    A.   I would say that DOE has issued -- the part
6  that I'm familiar with, DOE has recently issued new
7  schedules to have a repository begin operations in
8  2010.
9    Q.   Do you believe that DOE will have a repository
10  in operation in 2010?
11         MR. SHULTIS:   Objection, relevance.
12         THE WITNESS:   Do I believe?   Again, I'm
13  speculating, forecasting.   I would still characterize
14  our schedules as success orientation and optimistic, but
15  there's a lot of things beyond our control like future
16  appropriations, which has been a problem historically
17  through the program that we don't control.   There's a
18  chance if everything goes right we could have
19  facilities in operation by 2010.   But the schedules
20  are success oriented and optimistic.
21  BY MS. HEWITT:
22    Q.   Do you think that 2010 is a realistic date?

Page 308

1         MR. SHULTIS:   The same objection.   Asked
2  and answered.
3         THE WITNESS:   I would, you know, I would
4  answer the question the same way.   Again, the
5  schedules that we are currently working to are success
6  oriented and optimistic.
7  BY MS. HEWITT:
8    Q.   Are you aware of any slippages in the schedule
9  for getting a repository online by 2010?
10         MR. SHULTIS:   Objection, vague.   Asked
11  and answered.
12         THE WITNESS:   Could you clarify what time
13  frame?   Because as we saw yesterday going through
14  these various documents, in the early days of the
15  program we issued schedules to show 1998.   Then we went
16  through some documents that showed that slipped to
17  2003.   Then we went from 2003 to 2010.
18  BY MS. HEWITT:
19    Q.   I'm talking about now are you aware of any
20  schedule slippages that would affect the 2010 deadline?
21         MR. SHULTIS:   Objection, vague.
22         THE WITNESS:   The current schedules we're

Page 309

1  working to today still show that we hope to have a
2  repository in operation by 2010.
3         MS. HEWITT:   Okay.   I don't have any more
4  questions.
5         MR. SHULTIS:   I just have one question in
6  follow-up.
7         EXAMINATION BY COUNSEL FOR THE DEFENDANT
8  BY MR. SHULTIS:
9    Q.   Vic, when you were discussing the schedules
10  and the mission plan and it showed rates, and we're
11  talking about acceptance rates, you're talking about
12  rates that could be accommodated in the facilities
13  being designed, correct?
14    A.   That's correct.   My area of specialization or
15  primary focus has to do with, as I indicated before,
16  the schedules and the costs for the program, and we're
17  developing schedules to try to meet a number of
18  competing interests; and we focused on the design of
19  the facilities to try to balance these interests as
20  those waste acceptance schedules showed.   That's my
21  primary area that I've been working in.
22    Q.   So, was it limited -- it wasn't limited to

17 (Pages 306 to 309)

# Defendant

# Victor W. Trebules, Jr. - vol. 2

**Page 378**

1　need for storage beginning in 1998, but a utility with
2　an immediate need for additional storage in 1998 did
3　not have an allocation for that year?
4　　　　MR. SHULTIS:　Objection.
5　BY MR. NESLIN:
6　　Q.　Wouldn't that exchange allow those utilities
7　to exchange their rights for that year?
8　　　　MR. SHULTIS:　Objection, calls for
9　speculation.　Lack of foundation.
10　　　　MR. NESLIN:　Let me finish my question,
11　counsel.
12　BY MR. NESLIN:
13　　Q.　And would that not assist the system in
14　meeting the objective of avoiding the need for
15　additional storage beginning with that year?
16　　　　MR. SHULTIS:　Same objection, and asked
17　and answered.
18　　　　THE WITNESS:　Yeah, it sounds possible.
19　That's the best way I could answer it now.　It sounds
20　reasonable.
21　BY MR. NESLIN:
22　　Q.　You never thought about that before?

**Page 379**

1　　　　MR. SHULTIS:　Objection, relevance.
2　　　　THE WITNESS:　I probably have.　I don't
3　remember specifically at this time, you know, thinking
4　about it in detail or in-depth, but, you know, I'm sure
5　over the course of 20 years I probably, you know,
6　thought about it to some extent.
7　BY MR. NESLIN:
8　　Q.　Do you recall in your work on the mission plan
9　in 1984-1985 any consideration of exchanges as part of
10　the mission?
11　　　　MR. SHULTIS:　Objection, asked and
12　answered.
13　　　　THE WITNESS:　I'm fairly certain back in
14　the '84-'85 time frame I probably didn't consider it at
15　all.　It was probably subsequent to that.
16　BY MR. NESLIN:
17　　Q.　Mr. Trebules, can you explain to me how you
18　would meet this objective if utilities did not exchange
19　allocations?
20　　　　MR. SHULTIS:　Objection, vague.
21　　　　THE WITNESS:　I'm not sure I --
22　BY MR. NESLIN:

**Page 380**

1　　Q.　Do you understand my question, sir?
2　　A.　If you can repeat it again, please.
3　　Q.　How would the department meet the objective of
4　avoiding the need for utilities to have to add storage
5　beginning in January of 1998 if utilities did not
6　exchange -- did not have the right to exchange
7　allocations?
8　　　　MR. SHULTIS:　Objection, calls for
9　speculation.
10　　　　THE WITNESS:　I'm not sure I'm able to
11　answer that question at this time.　Again, as I
12　indicated earlier, our primary objectives when we put
13　together those initial schedules were to twofold.　To
14　begin accepting by 1998 and in a grosser aggregate
15　sense to preclude the need for the utilities to add
16　additional storage.　Because we based our planning on
17　the EIA projections, which looked at utilities as a
18　whole and came up with that number of about 3,000
19　metric tons per year.
20　　　　I don't remember that we focused on
21　particular storage capabilities at individual
22　utilities, you know, within that context of, you know,

**Page 381**

1　they would be producing 3,000 metric tons per year.　I
2　don't think I ever got into those kind of
3　considerations.
4　BY MR. NESLIN:
5　　Q.　Well, sir, if the objective was that utilities
6　would not have to add additional storage after 1998,
7　wasn't that objective intended to apply either at a
8　gross or at an individual level?　You understand my
9　question?
10　　　　MR. SHULTIS:　Objection, vague, and I
11　think he's answered the question.
12　　　　MR. NESLIN:　No.
13　BY MR. NESLIN:
14　　Q.　You may answer, sir.
15　　A.　Again, our objective was to try to accept once
16　we reached the steady state operation of 3,000 metric
17　tons, which we thought would be about the generation
18　rate from the utilities as a whole, and I believe we
19　were assuming that up until we reached that point, it
20　was the utilities' responsibility in the aggregate to
21　provide for the storage of the fuel up to 1998 and to
22　continue to add storage up until the time we reached

# Victor W. Trebules, Jr. - vol. 2

**Page 382**

1  that 3,000 metric tons per year.

2      So we didn't look at — at least I never

3  looked at individual utilities' capabilities. We just

4  assumed that they would, you know, provide the required

5  storage until we reached that steady state operation.

6  Now, I think your question says now beyond that some

7  utilities might be generating more and not have

8  additional capability. Others may have additional

9  storage capability that they may not need and they were

10  going to try to mix and match. Okay.

11      But as far as my involvement in the planning

12  process went, I never got into those kind of

13  considerations when we put together our plans, which

14  were, you know, plans sort of in the aggregate.

15      Q.  Do you recall in your work on the planning

16  documents any consideration of exchanges and shutdown

17  reactors?

18          MR. SHULTIS:  Objection, asked and

19  answered.  Calls for speculation.

20          THE WITNESS:  Again, I don't remember

21  specifically considering exchanges.  I know there were

22  discussions on trying to respond to what I thought were

**Page 383**

1  requests from particular utilities to give priority to

2  shutdown reactors, but I don't know that the department

3  ever reached a clear policy decision on how to handle

4  that.  I remember people continuing to talk about the

5  basic approach of oldest fuel first.

6  BY MR. NESLIN:

7      Q.  Do you remember the department receiving

8  requests for priority from shutdown reactors?

9      A.  I believe I heard people talk about — I was

10  never involved directly in any specific request, but I

11  believe there were discussions within the department

12  about receiving indications or requests from some

13  utilities for that.

14      Q.  Do you know who was involved in those

15  discussions?

16      A.  Again, not specifically.  I can't trace it to

17  a particular meeting or particular group of people,

18  other than the ones that I've already mentioned before

19  that were more involved in those issues than I was.

20      Q.  Do you recall the time period that those

21  discussions would have occurred?

22      A.  I can't be specific, you know, other than

**Page 384**

1  during my, you know, 18 years of involvement.  It was

2  probably in the latter stages more so than the earlier

3  stages.  I mean, again back in the time of the early

4  mission plans, the '84 draft, the '85, I don't have any

5  recollection at that time because I maybe didn't

6  understand the issue.  But, you know, after I had some

7  experience in the program, I remember that became a

8  topic of discussion.

9      Q.  So, would you be talking about the 1990s, the

10  late '80s?

11          MR. SHULTIS:  Objection, asked and

12  answered.

13          THE WITNESS:  Again, I can't pin it down

14  other than maybe I just understood it more so, you

15  know, in the '90s rather than the '80s.

16  BY MR. NESLIN:

17      Q.  Do you recall which utilities were involved in

18  those requests?

19      A.  I remember I believe one of the Yankee plants

20  being mentioned more than others, and I think there was

21  another — well, there were various plants that were

22  shut down, you know, for whatever reason.  I think in

**Page 385**

1  addition to the Sacramento Municipal District Plant,

2  the Trojan plant I think was shut down.  Most of the

3  time I think I heard of — and I don't know which of

4  the Yankee plants, but it was one of the Yankee plants

5  I think.

6      Q.  Do you recall how that issue was resolved?

7          MR. SHULTIS:  Objection, asked and

8  answered.

9          THE WITNESS:  Yeah.  As I think I

10  indicated, I don't remember a clear policy decision on

11  the part of the DOE, other than the oldest fuel first

12  principle, sort of what we were talking about earlier.

13  BY MR. NESLIN:

14      Q.  Let's come back to exchanges.  Mr. Trebules,

15  did you participate in developing any agency guidance

16  or procedures for the agency's review of exchange

17  requests by utilities?

18          MR. SHULTIS:  Objection, asked and

19  answered.

20          THE WITNESS:  No, none that I could

21  remember.

22  BY MR. NESLIN:

# Defendant

# Victor W. Trebules, Jr.

## Page 1

```
1   IN THE UNITED STATES COURT OF FEDERAL CLAIMS
2   ------------------------------------X
    YANKEE ATOMIC ELECTRIC COMPANY        :VOLUME
3   (98-126C)(Merow, S.J.)                : I
    CONNECTICUT YANKEE ATOMIC POWER COMPANY :Discovery
4   (98-154C)(Merow, S.J.)                :Judge:
    MAINE YANKEE ATOMIC POWER COMPANY     :(Judge
5   (98-474C)(Merow, S.J.)                :Sypolt)
6            Plaintiffs,                  :
7   v.                                    :
8   THE UNITED STATES,                    :PAGES
9            Defendant.                   :1 - 160
10  ------------------------------------X
11
12
13        Deposition of Victor W. Trebules, Jr.
14              Washington, DC
15            Thursday, April 18, 2002
16
17
18
19
20
21  Reported by:  Denise Dobner Vickary, RMR, CRR
22  JOB NO.  144559
```

## Page 2

```
1
2
3
4
5                             April 18, 2002
6                             2:15 P.M.
7
8   Deposition of Victor W. Trebules, Jr., held at the
9   offices of:
10
11       Spriggs & Hollingsworth
12       1350 I Street, NW
13       Ninth Floor
14       Washington, DC 20005-3305
15
16
17  Pursuant to notice, before Denise Dobner Vickary, a
18  Registered Merit Reporter, Notary Public of the
19  District of Columbia.
20
21
22
```

## Page 3

```
1   APPEARANCES:
2
3   Spriggs & Hollingsworth
4   For the Plaintiffs YANKEE ATOMIC ELECTRIC COMPANY,
5   CONNECTICUT YANKEE ATOMIC POWER COMPANY AND MAINE
6   YANKEE ATOMIC POWER COMPANY
7       1350 I Street, NW
8       Ninth Floor
9       Washington, DC 20005-3305
10      (202) 898-5839
11  BY: Jerry Stouck, Esq.
12
13  Jenner & Block
14  For the Plaintiff COMMONWEALTH EDISON
15      One IBM Plaza
16      Chicago, IL 60611-7603
17      (312) 222-9350
18  BY: Theodore T. Eidukas, Esq.
19
20  United States Department of Justice, Civil Division
21  For the Defendant THE UNITED STATES
22      Commercial Litigation Branch
```

## Page 4

```
1       Federal Claims Section
2       1100 L Street, NW
3       Washington, DC 20530
4       (202) 305-7561
5   BY: Russell A. Shultis, Esq.
6       Heide L. Herrmann, Esq.
7
8               I N D E X
9
10  EXAMINATION OF VICTOR W. TREBULES, JR.        PAGE
11  BY MR. STOUCK                                   5
12  TREBULES DEPOSITION EXHIBITS:                 PAGE
13  No. 14  Defendant's Witness List.             51
14      15  Documents CTR 006-1645, 1648 to 53,
15          1657 to 58, 1661 to 65.               71
16      16  Documents DB-110060 to 70.            71
17      17  Letter of April 19. HQR 064-2234 to 2253. 71
18      18  Memo of 6-21-93. HQR 064-6684 to 85.  71
19      19  Memo of 7-28-93. DE-108508 to 8515.   71
20      20  NCAI briefing. HQR 064-5423 to 5435.  71
21      21  Privilege Log Excerpts.               145
22  **Exhibits are attached.
```

# Victor W. Trebules, Jr.

**Page 125**

1  A reference, which I think is where the data is from.
2  If we were to look at current estimates, you don't know
3  whether or not they'd be similar, more, less, the same?
4      A.  No, I don't.
5      Q.  Okay.  But I believe you also testified that
6  the current plans today, in your job today, the current
7  plans -- it's not written down anywhere, but the
8  thinking is that if and when the repository begins
9  operation, the annual acceptance rates will, at least
10 at the steady state, the ultimate steady state rate,
11 will be approximately 3,000 tons a year; is that right?
12     A.  I think that's one of our design objectives
13 still, yes, that's right.
14     Q.  And is that also related in some way to an
15 objective of being able to accommodate all of the
16 aggregate industry wide annual generation of spent
17 fuel?
18          MR. SHULTIS:  Objection, asked and
19 answered.
20          THE WITNESS:  I'm hesitant because when we
21 prepared these schedules back in 1985, we were
22 considering the two-repository system and, remember,

**Page 126**

1  our objective was to try to reach 3,000 metric tons
2  with the first repository.  And then when the second
3  repository came online with its added capacity, we
4  would begin to reduce the backlog.  Because of the
5  evolution of the program, the fact that Congress told
6  us to delay work on the second repository, you know,
7  our current design objectives are for a single
8  repository.  Again, I think at about the 3,000 metric
9  ton rate, which has impacts on future generation.
10 BY MR. STOUCK:
11     Q.  Okay.  I didn't understand the last part.
12 Why does it have impacts on the future generation?
13     A.  Well, again, as I just mentioned, I don't know
14 what the current projections are, but if you look at
15 Table 2-2.
16     Q.  Yes.
17     A.  Spent fuel generation, okay?  Around
18 1998-2000, the spent fuel generation rate was about
19 3,000 metric ton per year, which the one repository
20 system could accommodate, but this shows that the
21 numbers continued to grow, okay, to, you know, in the
22 4,000 range, you know, or higher and obviously the one

**Page 127**

1  repository system wouldn't be able to accommodate that.
2      Q.  Okay.  And so --
3      A.  I thought your question had to do with, you
4  know, if our current plans enough to accommodate --
5      Q.  Right.
6      A.  -- the current spent fuel generation rates.
7      Q.  Okay.  What you're saying, you don't know?
8      A.  Yeah, I don't know.
9      Q.  But if they're the same generation rates, --
10     A.  Right.
11     Q.  -- then it would not be able to accommodate
12 because the number is smaller than these numbers here?
13     A.  Exactly.
14     Q.  Okay.  I see.  And so that suggests to me
15 that I think it just follows that the three -- well,
16 what is the 3,000 ton?  So it seems to follow that the
17 3,000 ton a year acceptance rate that is in the current
18 planning, current as of today planning, thinking for
19 this program when it starts operating, it sound like is
20 not based on a consideration of the actual annual
21 discharge rates in the future and an ability to
22 accommodate them.  Would you agree with that?

**Page 128**

1          MR. SHULTIS:  Objection,
2  mischaracterizes --.
3  BY MR. STOUCK:
4      Q.  At least to your knowledge it's not based?
5          MR. SHULTIS:  -- prior testimony.
6          THE WITNESS:  Again, I haven't kept up on
7  the current generation rates.  I do believe, though,
8  that the total amount of spent fuel that was expected
9  to be generated has continued to shrink substantially.
10 We're no longer considering 130,000 metric tons as the
11 '85 mission plan did.  I think the number in total is
12 down to around 90,000 metric tons.
13 BY MR. STOUCK:
14     Q.  Okay.
15     A.  Of spent fuel generated.
16     Q.  Okay.
17     A.  So there are significant changes, you know,
18 that would have to be looked at to update this table,
19 and I'm just not familiar with all the current numbers.
20     Q.  That's fine.  All I'm saying is, you are
21 familiar with what the current planning and thinking is
22 about the annual acceptance rates once the repository

32 (Pages 125 to 128)

# Plaintiff

00001
1     In the U.S. Court of Federal Claims
2 -------------------------------x
3 Yankee Atomic Electric Co.,   :
4 et al                         :
5                               : NO. 98-126C
6        v.                     : 98-154C
7                               : 98-474C
8 United States of America      :
9 -------------------------------x
10           April 19, 2002
11 DEPOSITION OF:
12        Victor W. Trebules, Jr.
13 a witness, called by counsel pursuant to notice,
14 commencing at 9:00 a.m., which was taken at
15 Spriggs and Hollingsworth, 1350 I St., NW,
16 Washington, DC
17
18
19
20
21
22        Trebules, Victor Vol. 2-Plt Fact4/19/02      Page 1

00002
1           Appearances
2 Jerry Stouck, Esq.
3 Spriggs and Hollingsworth
4 1350 I Street, NW
5 Washington, DC 20005-3305
6 for Yankee
7
8 Russell A. Shultis, Esq.
9 Heide L. Herrmann, Esq.
10 U.S. Dept. of Justice, Civil Division
11 Commercial Litigation Branch
12 1100 L Street, NW
13 Washington, DC 20530
14 for the government
15
16 Richard Johnson, Esq.
17 Jenner and Block
18 for Commonwealth Edison
19
20
21
22        Trebules, Victor Vol. 2-Plt Fact4/19/02      Page 2

00003
1
2        INDEX OF EXAMINATIONS
3 WITNESS         D    C    RD    RC
4 Victor W. Trebules, Jr..4
5        Index of Exhibits
6     (Exhibits maintained by counsel)
7 Description                Page
8 exhibit number 22. . . . . . . . . . . 39
9
10
11
12
13
14
15
16
17
18
19
20
21
22        Trebules, Victor Vol. 2-Plt Fact4/19/02      Page 3

00004
1        (Morning Session)
2        Stipulations
3      (It is stipulated and agreed by and
4 between counsel for the respective parties that
5 the reading and signing of this transcript by the
6 witness are not waived.
7      It is further stipulated and agreed
8 that the filing of this transcript with the clerk
9 of the court be and the same is hereby waived.)
10      *   *   *   *   *
11
12 Whereupon,
13
14        Victor W. Trebules, Jr.
15
16 was called for examination by counsel and,
17 having been previously sworn, was recalled
18 and testified as follows:
19
20 DIRECT EXAMINATION:
21 BY MR. STOUCK:
22   Q.  Good morning, Mr. Trebules.  Would you
       Trebules, Victor Vol. 2-Plt Fact4/19/02      Page 4

00004
1        (Morning Session)

2        Stipulations

3        (It is stipulated and agreed by and

4    between counsel for the respective parties that

5    the reading and signing of this transcript by the

6    witness are not waived.

7        It is further stipulated and agreed

8    that the filing of this transcript with the clerk

9    of the court be and the same is hereby waived.)

10       •   •   •   •   •

11

12   Whereupon,

13

14       Victor W. Trebules, Jr.

15

16   was called for examination by counsel and,

17   having been previously sworn, was recalled

18   and testified as follows:

19

20   DIRECT EXAMINATION:

21   BY MR. STOUCK:

22    Q.   Good morning, Mr. Trebules.  Would you

---

00005
1    agree that at the time that you were working on the

2    plan in 1984 and 1985 it was an objective of the

3    spent fuel program that that program be operated in

4    an economically efficient manner?

5        MR. SHULTIS:  Objection as to

6    "economically efficient."  It's vague.

7    A.   I believe we said words to that effect in

8    the mission plan, that's correct.

9    Q.   Why was that an objective?

10   A.   To the best of my recollection, I think

11   we used phrases like fiduciary responsibility.

12   People working in the program felt that they had an

13   obligation to try to execute the program

14   efficiently and effectively.

15   Q.   Why was that an objective?

16   A.   We knew the program was going to cost a

17   lot of money over its lifetime.

18       I guess it's my opinion that the people

19   felt they ought to try to be efficient in carrying

20   out that program.

21   Q.   Let's pull out the mission plan which I

22   think is exhibit six, if you would, please.

---

00006
1    A.   Okay.

2    Q.   Take a look at page six, please, which is

3    Bates CEI 4813.  It's a listing of goals and

4    objectives.  We discussed this earlier.

5        Number four, do you see that?  "The

6    program must be conducted in a cost effective

7    manner with full cost recovery."

8        Do you see that?

9    A.   Yes.

10   Q.   What does "full cost recovery" mean?

11       MR. SHULTIS:  Objection to the extent

12   it's calling for a legal conclusion.

13   A.   It was my understanding that the Nuclear

14   Waste Policy Act had a provision that the owners

15   and generators of the spent nuclear fuel and the

16   radioactive waste would pay for the cost of the

17   program.  It would not be funded by taxpayer money.

18   It would be funded by the owners and generators of

19   the waste.

20       The Act initially established a rate of

21   one mill per kilowatt hour for the nuclear

22   utilities which would go into a nuclear waste fund

---

00007
1    and the government would draw on that money plus

2    any other monies, for example monies for the

3    disposal of defense high level waste, and that

4    would cover the cost of the program.

5    Q.   Is that concept of full cost recovery

6    related to the objective of economic efficiency?

7        MR. SHULTIS:  Same objection.

8    A.   To the best of my understanding, it is.

9    Q.   What's the relationship, if you would

10   just explain that?

11       MR. SHULTIS:  The same objection.

12   A.   Not being an economist, I guess I would

13   explain it in more or less layman's terms.

14       The people working in the program knew

15   they had a source of funds, that was the nuclear

16   waste fund, and any appropriations to cover the

17   disposal of defense high level waste.

18       They wanted to conduct the activities, the

19   scientific characterization, the design and the

20   engineering aspects essentially at minimum cost, do

21   the necessary, minimum necessary, but sufficient

22   work to develop the facilities, the geologic