IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PACIFIC GAS & ELECTRIC COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-0074C, into which has been |
| | ) | consolidated No. 04-0075C |
| THE UNITED STATES, | ) | (Judge Hewitt) |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S NOTICE OF FILING OF ITS OBJECTIONS TO THE
ADMISSION OF EXHIBITS THROUGH DEPOSITION DESIGNATIONS

Pursuant to the Court's final pre-trial order, issued June 4, 2006, defendant, the United States, has reviewed the list of exhibits that plaintiff, Pacific Gas & Electric ("PG&E"), plans to seek to admit through the designation of deposition testimony. Based upon that review, defendant objects to the admission of 24 of the 25 exhibits that PG&E has identified and has prepared the attached chart setting forth its objections and the basis for them:

| Exhibit | Deponent | Deposition Cite | Objection |
|---|---|---|---|
| 7 | Campbell | 6/13/02<br>205:18-206:16 | Foundation – have not established that Mr. Campbell has any knowledge concerning utility generated GTCC; excerpt does not establish that Mr. Campbell authored the exhibit; hearsay – document is draft |
| 23 | Huizenga | 8/10/04<br>4535:16-4538:1 | The trial testimony excerpt does not provide a proper basis for the admission of the exhibit. |
| 25 | Huizenga | 4514:19-4515:25 | There is no document discussed in the trial testimony excerpt cited. |
| | | 4525:6-4529:12 | PX 1907 discussed in trial testimony is not PX 25 |

| | | | |
|---|---|---|---|
| 48 | Klein<br><br>Milner | 4/25/02<br>524:17-525:8<br><br>5/3/02<br>419:1-419:24<br><br>5/8/02<br>266:23-267:4 | PX 48 is the final rule published in the Federal Register, April 1983, and is not a proper exhibit.  Foundation -- neither Ms. Klein or Mr. Milner had responsibility for preparing the final rule.<br><br>The document discussed in this excerpt is not PX 48. |
| 59 | Milner | 5/1/02<br>73:10-22 | Foundation – Mr. Milner was not at DOE at time of issuance of the document; hearsay/relevance – document is a draft of final Mission Plan issued in 1985. |
| 68 | Barrett | 4/22/02<br>116:16-122:6 | Neither excerpt establishes that the document discussed is PX 68; foundation – Mr. Barrett was not at DOE at time of issuance of the document; hearsay/relevance – document is draft of final Mission Plan issued in 1985. |
| 81 | Milner | TVA<br>863:5-864:3 | No objection. |
| 87 | Milner | 5/2/02<br>217:8-22 | The document discussed in the excerpt is not PX 87. |
| 112 | Pollog | SMUD<br>2027:12-18 | Excerpt does not discuss a document.  No identification of PX 112. |
| 123 | Barrett | 5/8/02<br>1050:1-9 | The document discussed in the excerpt is not PX 123. |
| 158/159 | Pollog<br><br><br><br><br><br>Zabransky | SMUD<br>2031:4-2031:23<br>2037:4-2039:3<br><br><br><br>8/5/04<br>4118:2-12 | Neither excerpt of Mr. Pollog's testimony discusses PX 159, the 1991 Acceptance Priority Ranking; although both excerpts apparently discuss contents of 1991 Annual Capacity Report, neither establish that Mr. Pollog is a percipient witness that can sponsor the admission of this document.<br><br>Excerpt of Mr. Zabransky's cited testimony does not contain discussion of either document. |

| 221 | Slater | 4/22/99<br>289:20-23 | Excerpt of Ms. Slater's cited testimony does not contain discussion of PX 221. |
|---|---|---|---|
| 231 | Campbell | 6/14/02<br>444:7-445:3 | Document discussed in deposition does not match PX 231 (different bates number and two first pages were not part of exhibit shown Mr. Campbell); foundation – Mr. Campbell did not know who authored the document and testified that he only saw it six years after it was written. |
| 237 | Barrett | TVA<br>833:20-838:25 | Excerpts of Mr. Barrett's cited testimony do not contain discussion of PX 237. |
| 239 | Zabransky | 8/5/04<br>4204:24-4205:13<br>4206:25-4207:21 | Excerpts of Mr. Zabransky's cited testimony do not establish sufficient basis for the admission of PX 239. |
| 279 | Klein | 4/25/02<br>283:16-284:6<br>285:2-286:10 | The document discussed in the excerpts of Ms. Klein's testimony is not PX 279. |
| 291 | Campbell | 1/29/03<br>606:18-23<br>615:2-9 | Foundation – Mr. Campbell did not prepare the document and did not recall ever seeing it; hearsay – Mr. Campbell did not recall the statements set forth in the document, although he participated in the teleconference. |
|  | Klein | 4/25/02<br>492:10-495:5<br>495:21-499:20 | The excerpts of Ms. Klein's cited testimony do not provide proper basis for the admission of PX 291; Ms. Klein was not asked whether she had ever seen the document or whether she knew of the telephone conference summarized. |
| 302 | Huizenga | 8/10/04<br>4560:23-4564:5 | Excerpt does not establish basis for the admission of PX 302. |
| 305 | Zabransky | 11/1/05<br>129:19-130:9<br>132:18-135:10 | Foundation/authentication – PX 305 is a PG&E document.  The testimony excerpt only establishes that Mr. Zabransky was shown the document during his deposition, not that he authored it, had ever seen it before, or even remembered the meeting referenced in the document. |

| 323 | Campbell | 6/13/02<br>150:12-152:24<br>153:15-157:7<br>162:9-163:16<br>165:12-167:8<br>167:20-168:5 | Foundation – have not established that Mr. Campbell knows about utility generated GTCC; hearsay – statements in document attributed to RW (Mr. Zabransky); excerpts do not provide proper basis for admission of exhibit (document not properly identified). |
| --- | --- | --- | --- |
| 333 | Klein | 4/24/02<br>196:1-17<br>351:6-352:21 | Foundation – have not established subject matter of Ms. Klein's position as "senior policy advisor" and TSLCCs were not among topics on which she was designated as RCFC 30(b)(6) witness; first excerpt does not contain discussion of specific exhibit; second excerpt does not provide proper basis for admission; relevance. |
| 348 | Klein | 4/25/02<br>291:2-11 | Foundation – have not established subject matter of Ms. Klein's position as "senior policy advisor" and technical requirements documents were not among topics on which she was designated as a RCFC 30(b)(6) witness; excerpt does not provide proper basis for admission; relevance. |
| 370 | Arthur | 9/22/05<br>228:14-22 | Excerpt does not contain discussion of specific document; PX 370 is not a "requirements document" discussed in the excerpt. |
| 545 | Zabransky | 11/1/05<br>12:6-20<br>21:13-23:8<br>27:3-31:5 | Completeness – letter references an enclosure which is not attached. |

Counsel for defendant will be prepared to discuss these objections at the close of witness testimony today.

                                          Respectfully submitted,

                                          PETER D. KEISLER<br>                                          Assistant Attorney General

                                          DAVID M. COHEN<br>                                          Director

|  |  |
|---|---|
|  | s/ Harold D. Lester, Jr. |
|  | HAROLD D. LESTER, JR. |
|  | Assistant Director |
| OF COUNSEL: |  |
| JANE K. TAYLOR | s/John C. Ekman by Marian E. Sullivan |
| Office of General Counsel | JOHN C. EKMAN |
| U.S. Department of Energy | Trial Attorney |
| 1000 Independence Ave., S.W. | Commercial Litigation Branch |
| Washington, D.C.  20585 | Civil Division |
|  | Department of Justice |
| SCOTT R. DAMELIN | Attn: Classification Unit |
| SHARON A. SNYDER | 8th Floor |
| JOSHUA E. GARDNER | 1100 L Street, NW |
| MARIAN E. SULLIVAN | Washington, D.C. 20530 |
| Civil Division | Tel: (202) 353-0897 |
| Department of Justice | Fax:  (202) 307-2503 |
| 1100 L Street, N.W. |  |
| Washington, D.C.  20530 |  |
| June 5, 2006 | Attorneys for Defendant |

CERTIFICATE OF FILING

I hereby certify that on this 5th day of June, 2006, a copy of foregoing "DEFENDANT'S NOTICE OF FILING OF ITS OBJECTIONS TO THE ADMISSION OF EXHIBITS THROUGH DEPOSITION DESIGNATIONS" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Harold D. Lester, Jr.