IN THE UNITED STATES COURT OF FEDERAL CLAIMS

Filed Electronically on June 6, 2006

| | |
|---|---|
| PACIFIC GAS & ELECTRIC COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No. 04-0074C,<br>into which has been consolidated<br>No. 04-0075C<br>(Judge Hewitt) |

PG&E's NOTICE OF FILING OF CORRECTED, REVISED EXHIBIT LIST

Pursuant to direction provided by the Court subsequent to the close of proceedings on June 6, 2006, PG&E submits this notice of filing of a corrected, revised exhibit list. As noted today by the Court, PG&E's revised "may use" list filed on May 22, 2006 was not filed with the "may use" exhibits listed in sequential order. A corrected, revised exhibit list is attached to this notice.

Dated: June 6, 2006

Respectfully submitted,

s/ Jerry Stouck
Jerry Stouck
Greenberg Traurig, LLP
800 Connecticut Avenue, NW
Suite 500
Washington, DC 20006
(202) 331-3173 Phone
(202) 261-4751 Fax
Counsel for Plaintiff
Pacific Gas & Electric Company

Of Counsel:

Robert L. Shapiro
Greenberg Traurig, LLP