IN THE UNITED STATES COURT OF FEDERAL CLAIMS

File Electronically June 9, 2006

| | |
|---|---|
| PACIFIC GAS & ELECTRIC COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No. 04-074C<br>into which has been consolidated<br>No. 04-075C<br><br>(Judge Hewitt) |

PACIFIC GAS & ELECTRIC'S UNOPPOSED MOTION FOR LEAVE TO FILE A CORRECTED COPY OF THE PARTIES' JUNE 4, 2006 JOINT NOTICE OF DEPOSITION AND PRIOR TRIAL TESTIMONY DESIGNATIONS AND JOINT NOTICE OF EXHIBITS TO BE ENTERED THROUGH DESIGNATIONS

Pacific Gas & Electric (PG&E) moves for leave to file a corrected copy of the parties' joint notice of deposition and prior trial testimony designations, and the parties' joint notice of exhibits to be entered through such designations, which was filed with the Court on June 4, 2006. The following corrections have been made:

(i) The table in Appendix A of the original Notice did not list PG&E's supplemental designations, which were originally filed on May 30, 2006. Those designations, along with the government's corresponding objections, have been added to the table at Appendix A. Because copies of the transcript pages for these supplemental designations were included in the original filing at Appendix C, that Appendix does not need to be corrected.

(ii) The counter-designations for Lake Barrett dated September 22, 2005, have been removed. Those counter-designations refer to John Arthur's testimony and were inadvertently duplicated .

(iii) Although there are no changes to Appendix B (the chart of PG&E's exhibits to be entered through designations) or Appendix C (copies of the designated transcript pages), the size and complexity of Appendix C lead PG&E to request leave to file a corrected Notice in electronic form without having to provide the Court with another complete courtesy copy on paper.

Counsel for PG&E has consulted with counsel for the government regarding this Motion, and the government has stated that it does not oppose this Motion. Plaintiff respectfully requests that the Court grant this motion for leave to file a corrected copy of its June 4, 2006 Notice.

Dated: June 9, 2006

Respectfully submitted,

s/ Jerry Stock

JERRY STOUCK
Greenberg Traurig, LLP
800 Connecticut Ave, NW Ste 500
Washington, D.C. 20006
(202) 331-3173
(202) 261-4751 fax
*Counsel for Plaintiff*
Pacific Gas & Electric Company

Of Counsel:
ROBERT L. SHAPIRO
Greenberg Traurig, LLP