# In the United States Court of Federal Claims

No. 04-74C
(into which has been consolidated No. 04-75C)

(E-Filed: June 12, 2006)

PACIFIC GAS & ELECTRIC COMPANY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

The court has before it Pacific Gas & Electric's Unopposed Motion for Leave to File a Corrected Copy of the Parties' June 4, 2006 Joint Notice of Deposition and Prior Trial Testimony Designations and Joint Notice of Exhibits to be Entered Through Designations (Motion). For the reasons stated therein and because the Motion is unopposed, plaintiff's Motion is hereby GRANTED. On or before June 16, 2006, plaintiff shall file a corrected copy of its June 4, 2006 Joint Notice as described in plaintiff's Motion.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge