# Defendant

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

---------------------------------------X

YANKEE ATOMIC ELECTRIC
COMPANY, CONNECTICUT
YANKEE ATOMIC POWER
COMPANY, MAINE YANKEE
ATOMIC POWER COMPANY,

Plaintiffs,

vs.

CASE NO.
98-126C
98-154C

UNITED STATES OF AMERICA, 98-474C

Defendant.

---------------------------------------X

Washington, D.C.

Thursday, June 13, 2002

Deposition of ROBERT ALLEN CAMPBELL

a witness, called for examination by counsel for Plaintiffs in the above-entitled matter, pursuant to notice, the witness being duly sworn, taken at the offices of Spriggs & Hollingsworth, 1350 I Street, N.W., Suite 1010, Washington, D.C, at 9:32 a.m, on Thursday, June 13, 2002, and the proceedings being taken down by Stenotype by CINDY L. SEBO, and transcribed under her direction.

Page 74

Q And you said one of the things that was identified was there was potentially some efficiencies for nuclear utility activated metal, for RW handling it, because they're already dealing with the utilities who generate the activated metal; is that correct?
A Yes.
Q Now, who raised the potential efficiencies -- was that you or Ms. Rudzinski -- in your discussion?
A I believe it was me.
Q And did you identify any other reasons why or other -- well, let me back up.
What was your reaction to Ms. Rudzinski when she was telling you that there's -- that DOE was thinking of transferring the GTCC responsibilities to OCRWM? What was your reaction to that?
MS. HERRMANN: Objection, vague.
THE WITNESS: I -- well, I mean, I was not surprised, looking at the top-to-bottom review, but I -- I guess I have mixed reactions.
I think that while it was possible that the activated metal piece might be handled well by RW, I think that the other pieces fall too far

Page 75

outside what they would normally deal with and that it makes more sense to have -- have most of it all in one organization.
But then as with my idea of how you're going to organize and carry out a task, there are various ways of doing it that would make -- make it work. So, you know, I have mixed -- mixed feelings as to whether that would -- that would be doable and would work.
BY MR. SKALABAN:
Q And what are some of the ideas that you just referred to on how -- how to make it work, the transfer of responsibility to RW for the GTCC different sources? What are your ideas or concepts for how that would work?
MS. HERRMANN: Objection, speculation.
MR. SKALABAN: I'm asking his ideas or concepts.
MS. HERRMANN: Objection, speculation, relevance.
THE WITNESS: Until DOE decides on the disposal mechanisms, there's an inherent assumption with RW handling activated metal that it would go to the disposal site that they're also responsible for.

Page 76

Whether that's been -- you know, that's the assumption I read into that, is that then you're assuming that that would go to the spent nuclear fuel and high-level waste repository. That decision has not been made. Therefore, transferring that piece or the other pieces of the Greater-Than-Class C to that organization I think are premature until the decisions on disposal are made.
BY MR. SKALABAN:
Q What is the current status of the decision on how to dispose of nuclear utility activated metal GTCC?
MS. HERRMANN: Objection, foundation. Mr. Campbell is not a 30(b)(6) witness.
THE WITNESS: The -- there's not a formal decision-making process in place right now. So the status is I do not believe that anyone is actively pursuing that decision.
BY MR. SKALABAN:
Q So we were -- one question ago we were talking about your concepts or ideas for how to make it work, the transfer of responsibility to OCRWM.
Would one of the ways to make it work be

Page 77

to declare the high-level waste spent fuel repository as the disposal site for the nuclear utility activated metal and then transfer that responsibility to RW?
MS. HERRMANN: Objection, speculation, relevance.
THE WITNESS: I believe that the Department of Energy needs to do an Environmental Impact Statement under the National Environmental Policy Act, because the decision on where to dispose of Greater-Than-Class C would be a major -- in my opinion, would be a major Federal action. They need to analyze the options, let the public review it, and make a decision.
Once a decision is made about where you would dispose of all Greater-Than-Class C waste or break it up into pieces and dispose of it in different places, then, at that point, I believe you would have enough information to then choose the appropriate organizations to carry out and implement those decisions.
BY MR. SKALABAN:
Q When you were talking to Ms. Rudzinski, did you express to her whether you thought it was a good idea to transfer responsibility for nuclear

# Defendant

Page 78

utility activated metal to RW?
MS. HERRMANN: Objection, speculation, relevance.
THE WITNESS: Yes.
BY MR. SKALABAN:
Q Okay. And what did you tell her?
MS. HERRMANN: Same objections.
THE WITNESS: Again, you had asked me a similar question a while back. I had a mixed reaction to it.
There are parts of it that I thought made sense, parts of it I think make some assumptions that aren't going to necessarily bear out, so --
BY MR. SKALABAN:
Q What do you mean by some assumptions that might not bear out?
A The assumption that nuclear utility activated metal would go to the spent fuel high-level waste repository.
Q So what did you say to Ms. Rudzinski? Can you summarize for me what you communicated to her on the issue of whether nuclear utility activated metal should go to RW?
A The topic of the conversation was not whether I thought it should go to RW or not. It

Page 79

was that it was being discussed by management, and I communicated to her the issues of it presupposes a disposal decision and that it is basically working with the same customer base that they already work with. So there are positives and negatives.
Q So I guess, in your view, presupposing a disposal decision would be a negative, and the same customer base and potential efficiencies, that would be a positive; is that a fair statement?
A Yes.
MS. HERRMANN: Objection, compound.
THE WITNESS: Yes. Yes.
BY MR. SKALABAN:
Q How about the availability of a disposal site, was that discussed with Ms. Rudzinski?
And when I say availability of disposal site, just so we're clear, I mean availability of a disposal site for nuclear activated metal. Was that discussed?
A Yes.
Q And what did you say about that?
A There is no disposal site for Greater-Than-Class C available.
Q Let me be a little more specific in my

Page 80

question. Was it discussed that there is a disposal site being developed that is capable of handling GTCC waste?
MS. HERRMANN: Objection. It assumes facts not in evidence.
THE WITNESS: No, it was not discussed.
BY MR. SKALABAN:
Q Okay. Let me ask this -- let me try to ask a better question. Do you agree that the Yucca Mountain repository is a disposal site that is being developed that can be used for Greater-Than-Class C waste if the decision is made to put it there?
MS. HERRMANN: Objection, speculation, calls for legal conclusion. Go ahead.
THE WITNESS: The limiting factor for -- if that disposal site is developed and becomes operational, part of that process is applying for a license from the Nuclear Regulatory Commission. That will dictate what can and cannot go into the facility.
So my opinion now of whether I think Greater-Than-Class C could go there is just a guess, because I don't know what the license is going to say. I don't know what exactly we're

Page 81

going to apply for, so I don't know.
BY MR. SKALABAN:
Q Well, let me ask you this: Do you know of any technical obstacles that would prevent GTCC waste from going into the repository being developed at Yucca Mountain?
MS. HERRMANN: Objection, calls for speculation.
THE WITNESS: Yes.
BY MR. SKALABAN:
Q Okay. And what are those technical obstacles?
A One would be that some Greater-Than-Class C waste are in sealed sources in the form of neutron-generating sealed sources. If you're going to put a lot of spent fuel in a -- in a single location, you don't want to introduce things that generate neutrons into that same environment for criticality concerns.
So that is one problem right there. Most of the sealed sources we deal with are neutron generators. There may be others. That's one I can think of off the top of my head.
Q And putting aside the criticality concerns that arise from neutron-generating sealed

# Defendant

Page 86

MS. HERRMANN: Objection, relevance.
THE WITNESS: I don't remember. I believe that I suggested that to her. I don't know if I was the -- the originator of that idea or not, but I know we discussed it.
She was fairly new to the organization when a lot of these issues were involved, and I ended up briefing her on a lot of this. So I may have been the source of that information for the first time she heard it.
BY MR. SKALABAN:
Q What was her reaction to that --
MS. HERRMANN: Objection, relevance.
BY MR. SKALABAN:
Q -- the possibility of sending the nuclear utility activated metal to RW while maintaining the sealed source and other GTCC waste forms either in EM or somewhere else?
MS. HERRMANN: Objection, relevance, vague.
THE WITNESS: I think she thought that that was a reasonable option to put forward for a decision being made.
BY MR. SKALABAN:
Q Do you think that's a reasonable option

Page 87

for a decision to be made?
MS. HERRMANN: Objection. Objection, relevance.
BY MR. SKALABAN:
Q Let me ask a better question. Do you think that's a reasonable option for handling the GTCC waste issues?
MS. HERRMANN: Same objection.
THE WITNESS: I -- I -- I will go back to the previous answer. I think that the Department of Energy needs to do an Environmental Impact Statement and decide what it's going to do and then figure out who is going to carry those things out.
The problem with assigning anything that -- to RW in terms of not having made a formal decision is you're presupposing a decision which I've been told is -- is something you shouldn't do with NEPA, decide what you're going to do and then do the NEPA. You're supposed to do the NEPA first and then decide.
So I think that's the problem with that particular -- particularly with RW, because it -- because it introduces a lot of assumptions that people would make, given the narrow scope of what they do.

Page 88

BY MR. SKALABAN:
Q Is there an element of a catch-22 here? On one hand, you don't know whether the licensing is going to -- could include GTCC waste for the repository; but on the other hand, there's been no NEPA analysis to determine whether it should go into the repository and then you don't know whether to ask for it?
MS. HERRMANN: Objection, vague, compound.
THE WITNESS: I don't believe there's a catch-22. If DOE decided through an Environmental Impact Statement that after looking at the reasonable alternatives and public review and all of that that Yucca Mountain was the alternative that they wanted to pick for spent fuel -- for the nuclear utility activated metal, then that would then dictate, as you implemented that proposed decision, that you would apply -- you'd modify your license application to include that. But, again, that's all supposing that you go through all of those steps.
BY MR. SKALABAN:
Q Let's just talk a moment about the three different sources of GTCC waste that we identified

Page 89

earlier: Nuclear utility activated metal, sealed sources and other.
What is your understanding of the total quantity of GTCC waste that is projected to be generated?
MS. HERRMANN: Objection, speculation.
THE WITNESS: There was a report done by Idaho. It's got a long, complicated title, but it's effectively titled The Characterization of Greater-Than-Class C waste.
They projected about 1800 cubic meters of activated metal. They also projected about 300 cubic meters in the other category, and they -- the off-site source recovery program has projected about 600 cubic meters for sealed sources.
BY MR. SKALABAN:
Q Now, the Idaho report characterizing and, I guess, coming up with the volumes, is that the 1994 report? Is that a 1994 report?
A I do not remember the date. That's -- that's early '90s, yes.
Q And is that document -- that Idaho-generated report, is that in your work, having responsibility for all the GTCC sources, is that the report you use and refer to in

# Defendant

So it may not reflect what the current iteration says, but in the last version I recall seeing, that is what the analysis was.
Q So the analysis on the last version of the policy analysis paper that you had seen, the strategy laid out was to transfer the nuclear utility activated metal to RW but keep sealed sources and other within EM; is that right?
A Not quite.
Q Correct me.
A If you were going to transfer the nuclear utility activated metal piece, the recommendation was that RW would be the best choice out of the available options, for somebody else to do it other than EM. I believe it recommended keeping the other portions of the program within EM.
Q Did it recommend -- did it recommend actually doing the transfer with the nuclear utility activated metal piece to RW? And, again, we're talking about the last version of the policy analysis paper that you saw.
A I don't recall. It changed -- that piece of it changed so many times that I don't at this point remember what the final wording is.
Q And I do want to make sure I understand



the status of the paper. That has gone through EM20?
A Yes.
Q And it has been presented to EM1?
A Yes, I believe so.
Q Do you have an understanding of what EM1's reaction to the paper was? Has it been approved?
A No, I don't.
Q And I'm not sure if the reactions -- let me rephrase the question and let me try another stab at it.
Do you know -- what to your knowledge or what to your awareness has EM1 done with the policy analysis paper?
A I don't know.
Q And for the record to be clear, EM1 is Jessie Roberson?
A Yes.
Q And EM20, that's Ms. Rudzinski?
A No, that's Patty Bubar.
Q Okay. I'm sorry. Where did Ms. Rudzinski fit in again?
A She is the EM22 office director.
Q Okay. So she reports to Ms. Bubar?



A Yes.
Q Now, you indicated that you did the original draft or you were the original author of the policy analysis paper. Who in the later stages did more of the -- more of the editing and authoring of the paper? Was that -- was that Ms. Rudzinski?
A From a technical data entry point of view, I did most of the actual changes --
Q Okay.
A -- on the document, although we also have administrative staff who made changes as well. I think I did most of them, but I -- you know, a fair amount was done by administrative assistants.
I don't know where most of the changes came from. My assumption is that it would be, you know, my direct reporting management up through Patty Bubar. I don't know who she shared the paper with, who she got comments with. I don't know any of that, so I would only be guessing.
Q Did the later versions of the policy analysis paper -- I'm sorry. Let's work with the analysis policy paper that got to EM20 and was on its way to EM1. You did see that version?
A Yes. Let me say I think I did. I



didn't --
Q Okay.
A I didn't hand the final -- I didn't review the final piece of -- pieces of paper that went from EM20 to EM1. So I don't know exactly. My assumption is that I've seen that version, but I can't be positive.
Q Okay. Well, we'll work with the last version that you saw --
A Okay.
Q -- which you -- we will work with that as the basis of the questions.
Did they discuss what the different disposal options or alternatives are for nuclear utility activated metal?
A Yes.
Q Okay. Can you identify for me the different disposal options and alternatives for nuclear utility activated metal that were identified in the policy analysis paper?
A Yes. Yucca Mountain or the -- whatever the spent fuel nuclear repository would be was one.
Another alternative was an intermediate depth disposal facility, an example of which we have something called the greater confinement

Page 114

boreholes at the Nevada test site. It wasn't necessarily recommending those, because it's not an active in-use disposal facility, but they're a good example of what an intermediate depth disposal facility would look like.

So that was listed in there, something along the lines of a greater confinement disposal boreholes.

Another option was storage for decay until the -- I think in 3- or 400 years, the activated metals, there's not nearly -- a significant dropoff in the radiation occurs, and then you're -- the potential is you would have other options that would become available if it wasn't so hot.

BY MR. SKALABAN:

Q I'm sorry. When you say high, you don't mean thermal heat, you mean radioactivity?

A Yes, radioactivity.

Q I'm sorry. Go ahead. Storage for decay, Yucca Mountain, intermediate depth facility. Any others?

A No, I believe that's it.

Q And aside from the concept of greater confinement disposal, were there any other

Page 115

intermediate depth facility concepts that were discussed in the policy analysis paper?

A Just a generic, some intermediate depth facility that would, you know, either -- either utilizing existing ones or -- or developing a new one.

Q When you say utilizing existing ones, what existing intermediate facilities are there that were discussed in this paper?

A I don't believe I discussed them. The greater confinement boreholes actually existed in Nevada. They are ones that don't have anything in them. And I believe there's a couple other sites throughout the complex that have -- that have shafts or boreholes that they've not used that would be possibilities for further evaluation.

Q I just want to make sure I fully understand. There was just some generic analysis, not any kind of specific concept for disposal other than the GCD concept?

A No.

Q I'm trying to understand what the generic concepts were. I don't know.

A It was simply recommending that as an alternative to disposal at Yucca Mountain that you

Page 116

could do something along the lines of a borehole or a shaft. It didn't go into any other -- that was merely presented as something that could -- had a reasonable likelihood of meeting the requirements for disposal of something like that.

Q Reasonable likelihood of meeting the NRC requirements?

A Yes. The NRC hasn't published any licensing criteria for that. But just based on what we think the -- the -- their licensing criteria for other things are, that would have a likelihood of meeting it. But you don't -- I mean, that's a guess because until they issue actual criteria, who knows.

Q I see. So the criteria -- there is no criteria for an intermediate depth facility, there's only Part 60 for low-level and Part 61 for the repository?

A I believe you have those backwards, but, yes.

Q Okay. Part 60 for the repository, Part 61 for the low-level.

A For the low-level.

Q Thank you for correcting that error.

So pursuing an intermediate depth option

Page 117

would require the development of an entirely separate new licensing criteria for intermediate depth disposal?

MS. HERRMANN: Objection, calls for a legal conclusion.

BY MR. SKALABAN:

Q To your understanding.

A It may not. It may or may not. That would -- I think that would be up to the NRC. They could use -- if they chose to, I don't think anything would prohibit them from using the performance objectives and licensing criteria for shallow land burial facility and then simply amending that to say for the reasons that a shallow land burial facility isn't adequate to protect this stuff, you then take other measures. I don't think that they would have to do an entirely new disposal criteria framework. I think they could use existing.

Q Have you been involved in any sort of effort to sound off -- not sound off -- get input from the NRC about their views on intermediate depth disposal for GTCC?

A I've had conversations -- informal conversations with their staff that have basically

# Plaintiff

THE WITNESS: No.
BY MR. SKALABAN:
Q Do you think, even if it was, for example, Hanford you would still have the same level of opposition to storing the activated metal there that you would if you picked an area with no nuclear connection?
MS. HERRMANN: Same objection.
THE WITNESS: To the extent that I can compare a specific to anything else, yes.
BY MR. SKALABAN:
Q Now, in Option 1, there's a reference here to the metal could be placed in the backfill spaces according to RW.
What does that mean, that the metal could be placed in the backfill spaces? What does that mean?
A My understanding is that when they place the fuel in the repository that there will be space between the fuel and then there will be corridors leading in for forklifts and things like that.
As you place the fuel in, you could then take activated metal and place it in as you, you know, started in the back of a room -- or whatever it's going to look like -- and filled your way



forward, as opposed to putting fill dirt or something in there. So anywhere that you were going to backfill with dirt as opposed to fuel, you could put the metal there instead.
Q So it's your understanding that the nuclear utility activated metal could be placed in the backfill spaces of Yucca Mountain repository under development?
MS. HERRMANN: Objection, speculation.
THE WITNESS: That has not been specifically analyzed, but I'm not aware of anything prohibiting that. If you analyzed it, included it in the license application and did all the other administrative things, I'm not aware of anything that would prevent you from -- from physically doing that that would inhibit the performance of the repository.
BY MR. SKALABAN:
Q You're not aware of any technical problems from putting it into the backfill spaces?
A No.
Q When you say -- it says according to RW, did you have any conversations with RW where they said that the nuclear utility activated metal could be placed in the backfill spaces?



A Yes.
Q Who were those -- who was involved in those conversations?
A Conversation was with Dave Zabransky.
Q And when was your conversation with Mr. Zabransky?
A At least a year ago. I don't remember exactly when.
Q Did you have one conversation on this topic or multiple ones?
A I've had multiple conversations with Mr. Zabransky, but I believe we only talked about this one time.
Q And what did he tell you about putting nuclear utility activated metal GTCC into the backfill spaces?
MS. HERRMANN: Objection, hearsay.
THE WITNESS: He simply said it could be done.
BY MR. SKALABAN:
Q And was he talking from a technical point of view, capacity point of view, or both?
MS. HERRMANN: Objection, speculation.
THE WITNESS: Both.
BY MR. SKALABAN:



Q Did you and Mr. Zabransky talk about any other aspects of placing nuclear utility activated metal into the Yucca Mountain repository?
A Not that I remember.
Q Have you talked to him just generally about this subject, other than this one conversation, about the backfill spaces -- utilizing the backfill spaces? Have you had conversations with him generally about incorporating GTCC into the repository?
A The other conversations I've had with him were -- had more to do with the logistics of packaging, transport to the repository, not placement in the repository.
Q So you have had conversations with Mr. Zabransky about the logistics and transportation aspects of taking nuclear utility activated metal GTCC to the repository?
A Yes.
Q And why were you discussing with him the logistics and transportation aspects of taking nuclear utility activated metal GTCC?
A The reasons for the conversations were determining whether the spent nuclear fuel/high-level waste repository was a reasonable

Page 154

disposal site for Greater-Than-Class C and how that could -- you know, how that could be implemented.

Q And what did he say to you regarding the logistical and transportation aspects of taking nuclear utility GTCC to the repository?

MS. HERRMANN: Objection, hearsay.

THE WITNESS: Basically, you know, if the activated metal is packaged in a similar fashion to the fuel, then there's very little difference in handling fuel canisters as opposed to activated metal canisters and that he saw -- he didn't see anything that would make that difficult to do in the same fashion that you would handle the fuel.

We were speaking only in terms of the physical and technical, not the administrative, you know, political, legislative aspects; just purely the physical and technical issues involved.

BY MR. SKALABAN:

Q So with respect to the physical and technical issues, he told you that logistically and technically the GTCC, if packaged like spent fuel, could be handled and transported without problems?

MS. HERRMANN: Objection, hearsay.

THE WITNESS: The GTCC activated metal, yes.

Page 155

BY MR. SKALABAN:

Q Did you talk about other forms of GTCC?

A No.

Q Why did you have these conversations -- I mean, who set up these conversations with Mr. Zabransky? Did you call him up? How did they get initiated? That's what I want to know.

A I called him.

Q How did you know to call him?

A I assume I asked somebody who do I talk to in RW about this topic, and someone gave me his name.

Q Sure. And you called him to explore -- what was the context of your calling him? Was it a consideration of a NEPA analysis? What was the motivation for you to call him?

A As I recall, I was looking at the options, putting together -- it might have been this issue paper, it might have been a previous issue paper -- I don't remember -- what are the disposal options for the various types of Greater-Than-Class C waste.

And the reason for the call was to make sure that I wasn't misrepresenting the spent nuclear fuel/high-level waste repository as an

Page 156

option. I was looking to see if there were physical or technical issues that would prevent/cause problems with that as -- as a disposal option as opposed to administrative issues, which, as I state in this paper, everything got an administrative issue associated with it.

Q So Mr. Zabransky told you from logistical and transportation issues, it would not be a problem and from capacity and performance of the repository, it would not be a problem to put it in the backfill spaces; is that correct?

MS. HERRMANN: Objection, hearsay.

THE WITNESS: I believe everything you said was correct. I don't recall if we discussed repository performance aspects. I just -- we may have talked about that. I don't remember.

BY MR. SKALABAN:

Q Did you talk about anything else other than what I just mentioned about placing GTCC in the repository --

A No.

Q -- with Mr. Zabransky?

A Not that I recall.

Q So after you had talked to him, what was your feeling, that it would -- is it fair to say

Page 157

that your feeling was it's not a problem from a physical and technical point of view to take the nuclear utility activated metal and dispose of it in Yucca Mountain?

A From a physical and technical point of view, yes, that's correct, the conversation resulted in that that would not be a problem.

Q Did you explore with him at all administrative roadblocks to Yucca Mountain for GTCC waste?

A We may have discussed it. I've had a number of conversations with him on a variety of topics. Since he works in RW, it would all be related to this issue.

I do -- I do recall now that we did have an issue where it was a -- someone had suggested that the NRC might -- or someone had requested in a letter to the NRC that they reclassify Greater-Than-Class C as high-level waste. And we had a conversation in preparing the response -- the technical response to that and what would that entail.

It would then become RW's responsibility, if it was high-level waste, commercial high-level waste, that would fall within their realm of

# Plaintiff

Page 162

THE WITNESS: It's small compared to the amount of spent nuclear fuel and high-level waste that will be placed in the repository.
BY MR. SKALABAN:
Q Can you take the paragraph that reads storage of nuclear utility activated metal? It's still on page HQR092-0049.
A I've read the paragraph.
Q Okay. Are you familiar with the report to Congress required by the Public Law 99-240?
A Yes.
Q Do you understand in that report, DOE committed to accepting GTCC for storage when needed?
MS. HERRMANN: Objection, best evidence, calls for a legal conclusion.
THE WITNESS: The report makes this statement similar to that, yes.
BY MR. SKALABAN:
Q So that -- I mean, that's what you wrote here on this page, correct -- you wrote the Department committed -- quote, the Department committed to accepting GTCC for storage when needed?
A Yes, that's what I wrote.

Page 163

Q And that's your understanding of the report?
A Yes, it is.
MR. SKALABAN: Let's make the record clear, I would like to make as Campbell Exhibit 2 a February 1987 report to Congress.
(Campbell Exhibit No. 2 was marked for identification.)
BY MR. SKALABAN:
Q My question for you is, is this the report that you're referring to here in this issued paper, Exhibit 1?
MS. HERRMANN: Let's wait until you get it.
THE WITNESS: Yes.
MR. SKALABAN: Can you read back the question so it's clear on the record?
THE REPORTER: "Question: My question for you is, is this the report that you're referring to here in this issued paper Exhibit 1?"
BY MR. SKALABAN:
Q Exhibit 2 is the paper referred to in the section of Exhibit 1 that we've just been talking about?

Page 164

A Yes.
Q Has DOE sent another report to Congress on GTCC waste?
MS. HERRMANN: Objection, foundation, speculation.
BY MR. SKALABAN:
Q To your knowledge?
A DOE used to submit an annual report to Congress on the -- on the national low-level waste program. Basically, Public Law 99-0240 requires DOE to provide technical assistance to the states to develop their comments on disposal sites.
There was an escrow account and funds and money and rebates and a whole variety of things. And there was an annual report to Congress on that activity.
My understanding is some of those reports made mention of the progress in the past year or the activities undertaken by the national low-level waste program, which managed the Greater-Than-Class C program. I've not read any of those reports, and I don't know what they stated.
Q And do you agree with the first part of this issued paper where it says on page 0048 on storage of nuclear utility activated metals -- do

Page 165

you agree that the Department is obligated for the final disposal of GTCC waste?
MS. HERRMANN: Objection, calls for a legal conclusion.
THE WITNESS: You sort of paraphrased there, but in terms of the Department is not obligated for the final disposal of GTCC waste, yes, I agree with that.
BY MR. SKALABAN:
Q I was trying to avoid a double negative, but thank you.
What do you mean here when you say a reasonable approach would be that utilities are currently required to store their spent nuclear fuel until the Department begins to accept it at Yucca Mountain. At that point, EM could have identified and established a storage facility to accept and store nuclear utility activated metal until such time as a disposal option is available, such as placement in a geologic repository for SNF/HLW.
A The intent of those sentences was that up until the time that the Department begins accepting spent fuel, we've got until then to come up with some sort of an answer to this nuclear utility



Alderson Reporting Company, Inc.
1111 14th Street, N.W. Suite 400 1-800-FOR-DEPO Washington, DC 20005

Page 166

activated metal question.
If we have not solved it by then, then utilities are then storing the activated metal and they're not storing spent fuel any longer.
I think that would be an unreasonable or an untenable situation, that we should have been able to solve the problem by then, such that -- particularly a decommissioned utility could then finally close out as opposed to having to -- to store this Greater-Than-Class C activated metal.
Q So it's important for the Department to have a solution in place by the time the nuclear -- by the time the spent fuel is being removed from the site -- a solution for the GTCC waste?
MS. HERRMANN: Objection, foundation, vague. Go ahead.
THE WITNESS: I think it's -- I think it's important, yes.
BY MR. SKALABAN:
Q And it's important -- tell me the reasons why you think that's important.
MS. HERRMANN: Asked and answered.
THE WITNESS: Well, first of all, the amount of Greater-Than-Class C activated metals compared to spent nuclear fuel is small. So

Page 167

although you could disagree with this, the impact of the utility storing that while they have to store their spent fuel is smaller than the impact of having to store the spent fuel.
So given that situation, storing the activated metal while they store the spent fuel, is not an unreasonable situation in -- from my point of view.
Once the spent fuel is gone, though, then you've -- I think that creates a problem. The Public Law 99-0240 was amended in 1985, an estimate of the opening of the repository is approximately 2015. If we've not come up with some kind of answer for that by 2015, I just think that leaves the Department in an untenable situation.
I don't know how you explain to anybody why they still have to store their waste at that point.
BY MR. SKALABAN:
Q So the urgency to have an off-site -- when I say off-site, I mean off-utility site, so the urgency to have an off-site -- I'm sorry. Let me start again.
So the urgency to have an off-site option available becomes much greater once the spent fuel

Page 168

is being removed from the utility reactor sites?
MS. HERRMANN: Objection, mischaracterizes the prior testimony.
THE WITNESS: Yes, once the fuel is left, the urgency would increase.
BY MR. SKALABAN:
Q And is it important to have an off-site option available once the spent fuel has left the utility site in order to allow for timely decommissioning of the facility?
MS. HERRMANN: Objection, foundation, vague.
THE WITNESS: Yes. It's certainly important to the utilities, but I think in terms of DOE providing a solution to this problem, it's also important.
BY MR. SKALABAN:
Q So from a policy perspective, in your view, it's important to have an off-site option available once the spent fuel is removed so reactors can complete their decommissioning?
MS. HERRMANN: Objection, foundation, vague.
THE WITNESS: I don't know from a policy point of view. I mean, to have a policy that -- to

Page 169

have a policy available isn't the same thing as actually having a place available.
So I think what is important is the physical solution to the problem and not a policy for the problem. I don't know if that's what you meant by your question or not.
BY MR. SKALABAN:
Q But it's important to have a solution in place to allow that timely decommissioning to happen?
MS. HERRMANN: Objection, foundation, vague, asked and answered.
THE WITNESS: Yes.
BY MR. SKALABAN:
Q Have you been involved in any conversations at DOE where it's been discussed that DOE might leave the GTCC waste -- leave the GTCC waste at reactor sites even after all of the spent fuel has been removed from the site?
A Yes.
Q Can you tell me about those conversations, who they were with?
A I don't recall particularly who they were with at this point.
Q And what was the -- what was -- sort of

# Plaintiff

Page 202

mischaracterizes prior testimony.
THE WITNESS: That is one reason -- what I said there was that it was not a likely alternative due to the fact that it would be an expensive alternative compared to the others.
BY MR. SKALABAN:
Q And when you say not a very likely alternative, meaning that it was not a realistic alternative in general or not a likely alternative for the record of decision to select that alternative?
A Under NEPA, you have to analyze all the reasonable alternatives, reasonable being defined in terms of what an average person would consider reasonable. Building a new facility falls into the realm of reasonability when you're looking at these kinds of alternatives. So you've got to analyze for it.
I was simply trying to state in a preparatory fashion in this issue paper to my management that this is probably not one that we would likely be pursuing for that reason.
BY MR. SKALABAN:
Q Okay. Now, with respect to Number 1, it says here the -- Number 1 is disposing of utility

Page 203

activated metal GTCC in the repository; is that correct?
A Yes.
Q And it says here, the activated metal in GTCC waste is the same activated metal which is a component of SNF, so it is already analyzed for in the performance of the repository and would pose no technical difficulty in including this waste form.
Can you explain for me what you mean by that sentence of this issue paper?
A Yes. What I'm saying there is that because spent nuclear fuel contains activated metal as part of its makeup, when the performance analysis for the repository was done, determining how the repository would perform in isolating this waste over the time period, that that analysis was done for the metal because that's part of the waste form.
You would simply be adding what -- what I was saying is you would simply be adding more of the same metal and you wouldn't have to reperform that -- the only thing you might have to change in a computer model is the amount, but you've done all the modeling. You've done the analysis. My point was that this would not be difficult to include

Page 204

from that point of view.
Q So the -- in other words, the waste form is the same as material that -- I'm sorry. Let me ask a more precise question, and let me start over.
The activated metal, the nuclear utility activated metal GTCC is the same material that has already been analyzed in the repository performance models?
A Yes.
Q So assuming that material gets licensed to be put into the repository, it would be, presumably, easy to get the same material, the GTCC waste, also licensed for the repository?
MS. HERRMANN: Objection, speculation.
THE WITNESS: I was not addressing licensing issues. What I was saying is if you can dispose of spent nuclear fuel in the repository from a technical performance basis, then you can also dispose of activated metal because spent nuclear fuel is activated metal plus fuel.
So one is a component of the other. Therefore, if it can perform for one, it will perform for both because they're the same thing.
BY MR. SKALABAN:
Q Did you give consideration to licensing?

Page 205

I understand what you were saying -- the answer you just gave me, but did you also give consideration to licensing -- getting licenses for activated metals and spent fuel, presumably it would be easier to -- or easy to get licensing for activated metal as GTCC?
A I wasn't discussing that in this particular paragraph, but I -- I agree with that basic statement, that I don't foresee a licensing issue. If the NRC was going to issue a license for the one, I don't know.
From a performance standpoint in terms of how the metal's going to perform in the repository, I would be surprised if they would have an objection to it on that basis.
Q Because they're one and the same?
A Yes.
Q You go on to say the additional volume is small to insignificant when compared to the volume of SNF and HLW planned for the repository.
Why did you include that -- first of all, let me ask you this: The additional volume you're referring to, the additional volume of material that is nuclear utility activated metal, that would be included into the repository?



Alderson Reporting Company, Inc.
1111 14th Street, N.W. Suite 400 1-800-FOR-DEPO Washington, DC 20005

Page 206

A Yes.
Q And why did you include this statement that the volume is small to insignificant when compared to the volume of SNF and HLW planned for the repository?
A I included that to point out that it would not be a major undertaking and that it would not significantly affect the planning for the repository.
Q And was it your understanding that the additional volume required to add the nuclear utility activated metal GTCC in the repository would not create a capacity problem at the repository?
MS. HERRMANN: Objection, speculation.
THE WITNESS: That's correct.
BY MR. SKALABAN:
Q Now, Option Number 4, this is an evaluation of other existing disposal facilities that are currently in existence that are used to disposal of waste forms that are greater than low-level waste; is that right? Or if I'm wrong, can you correct what I just said?
A Well, I list them out, I said evaluation of other existing disposal facilities. It would

Page 207

look at WIPP. It would look at greater confinement not a test site and any other existing facilities to see if they could be disposed of there.
So it wouldn't necessarily be facilities that were for -- what did you say, greater than low-level waste?
Q Beyond Class A, B or C waste.
A I wasn't limiting it to that. I meant look at existing facilities and analyze them.
Q And just so I'm clear and the record's clear, WIPP is transuranic waste?
A Yes.
Q And some transuranic waste has radioactivity levels Greater-Than-Class A, B or C?
A Part of the definition of Greater-Than-Class C includes the definition of transuranic waste.
Q So is that yes or is that no?
A You would have to rephrase -- I don't remember exactly what your question was now.
Q My question is just transuranic -- the waste that is transuranic waste --
A Yes.
Q -- that includes waste that has a radioactivity level greater than the NRC

Page 208

classifications of A, B or C?
A Yes.
Q And is it that all transuranic waste is greater than that or not necessarily?
A The concentration on the table is 100 nanocuries per gram. So if it was below that, it would not be Greater-Than-Class C.
Q And GCD is burying or has buried which type of waste stream?
A There is transuranic waste that was placed in greater confinement disposal, and there is some large cesium and strontium sources I believe. And then I think the rest of what's there is classified.
Q And when you made a reference to any other existing facilities, were there any other existing facilities that -- that you had in mind that could be suitable for GTCC other than WIPP and the GCD?
A In the previously issued paper, I had talked about potentially letting activated metal decay and then burying it in a low-level waste disposal site. That would be included in this option.
In terms of its -- of any other existing

Page 209

facilities that could dispose of activated metal, that would be a -- an existing low-level waste disposal facility, if you could dispose of it in that fashion, would also be included there.
Q And Option 5, can you explain that to me? That seems to be closely related to what you talked about in Option 4.
A Option 5, basically a reasonable alternative that you would have to look at under NEPA to disposal would be storage. And I was simply trying to lay out there what a reasonable storage option analysis would look at.
Q Now, the preferred alternative, what is the -- can you explain to me what you had identified in this issued paper as the preferred alternative or the likely preferred alternative?
MR. SKALABAN: And, again, for the record I'm referring to page 4 of 10 of this exhibit.
THE WITNESS: Well, reading this sentence now, it's a little unclear what I was saying, but I believe -- wait a minute. No, it's not.
All right. What I'm saying is that of the five options under A, activated metal disposal alternatives 1, 2, 3, 4, 5, I was suggesting that the disposal at the high-level waste/spent nuclear



Alderson Reporting Company, Inc.
1111 14th Street, N.W. Suite 400 1-800-FOR-DEPO Washington, DC 20005

# Defendant

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

---------------------------------------------X

YANKEE ATOMIC ELECTRIC
COMPANY, CONNECTICUT
YANKEE ATOMIC POWER
COMPANY, MAINE YANKEE
ATOMIC POWER COMPANY,

Plaintiffs, CASE NO.

vs. 98-126C

98-154C

UNITED STATES OF AMERICA, 98-474C

Defendant.

---------------------------------------------X

Washington, D.C.

Friday, June 14, 2002

Continued Deposition of ROBERT ALLEN CAMPBELL, a witness herein, called for examination by counsel for the Plaintiffs in the above-entitled matter, pursuant to recess, the witness having been previously duly sworn, taken at the offices of Spriggs & Hollingsworth, 1350 I Street, N.W., Suite 1010, Washington, D.C, at 9:33 a.m, on Friday, June 14, 2002, and the proceedings being taken down by Stenotype by CINDY L. SEBO, and transcribed under her direction.

Page 389

EXAMINATION (RESUMED) BY COUNSEL FOR THE PLAINTIFFS
BY MR. SKALABAN:
Q We were talking about some conversations you've had, about 20 with, Mr. Zabransky in a six-month time period in 2001.
Was it discussed at all whether or not a disposal path should be made available for GTCC waste by the time that RW begins to remove spent fuel from utilities?
A Yes.
Q And what did you and Mr. Zabransky talk about on that subject?
MS. HERRMANN: Objection, vague.
THE WITNESS: I expressed the opinion that, in my opinion, it would be the right thing for DOE to do, to have a pathway in place by the time RW started accepting -- started accepting spent fuel.
BY MR. SKALABAN:
Q And what was Mr. Zabransky's response to that expression of opinion that there should be a pathway at the time spent fuel began to be accepted?
A I don't recall a particular response. He didn't disagree.

Page 390

Q And can you explain for me your reasoning -- in having that opinion, what are the reasons why you have the opinion that it would be the right thing to do to have a pathway for disposal of GTCC available when spent fuels are being removed from reactor sites?
A Yes. That activity is not likely to begin happening till approximately 2015. That will have been 30 years at that point since the Low-Level Radioactive Policy Act was amended in 1985. And I don't believe that a decommissioned utility that is doing nothing other than managing a spent fuel, dry storage and Greater-Than-Class C storage should, at that point, have to continue to manage Greater-Than-Class C waiting on the Government to make a decision on what to do with Greater-Than-Class C.
I think there would have been ample time to decide and implement a disposal solution. I think the impact upon any licensee who would be forced to store waste that long would be incorrect.
Q And what do you think -- what is the basis for the 2015 number? Is that something Mr. Zabransky expressed to you would be the likely start date of the acceptance of spent fuel?

Page 391

MS. HERRMANN: Objection, foundation, speculation.
THE WITNESS: I do not know the -- I don't know where that -- I don't know the basis of the 2015 estimated start date. I do not recall if that is a piece of information Mr. Zabransky provided to me or I got that information elsewhere.
That is my common understanding of the estimated opening date of the repository.
BY MR. SKALABAN:
Q Have you ever heard the estimated date of 2010 being advanced as the start date for the repository?
A I may have. I've heard a number of different dates over the years.
Q At least your current understanding of the projected start date is 2015?
MS. HERRMANN: Objection, foundation, speculation.
THE WITNESS: Something like that. It could possibly be 2014. I don't know, but it's roughly 2015 is my understanding.
BY MR. SKALABAN:
Q And you don't remember how you derived this understanding, from what source of

Page 392

information, conversation, anything that -- the source of that conversation?
A I do not -- I do not recall specifically where I acquired that information.
Q Do you have a general sense of where you acquired that information?
A I either read it or someone told me that in a conversation, but I do not recall.
Q And you don't recall if that was a conversation with someone from RW?
A No, I don't.
Q Now, what do you think -- when DOE does begin to start taking spent fuel from the nuclear utilities, do you think a disposal path is going to be available when that happens?
MS. HERRMANN: Objection, foundation, speculation.
THE WITNESS: I have no idea.
BY MR. SKALABAN:
Q You don't have any sense at all on whether you think a solution to the problem of storing GTCC waste at reactor sites is going to be remedied by the time DOE begins to perform?
MS. HERRMANN: Same objections, asked and answered.

Page 393

THE WITNESS: I have no idea.
BY MR. SKALABAN:
Q Is there any kind of concerted effort at DOE to have a storage or a disposal path available for GTCC by the time spent fuel begins to be removed from utility sites?
A Currently, there is no effort to develop a disposal path for Greater-Than-Class C waste. So will there be one in the future? I don't know.
Q Have you been involved in any conversations within DOE about -- aside from your expressing the opinion to Mr. Zabransky that a disposal path needs to be available, have you been involved in any conversations where the strategy -- a strategy has been discussed of having a disposal path available by the time acceptance of spent fuel begins?
A I have stated my opinion on that subject to my management and other people in conversations about the need to do an EIS and the need to move forward. I'm unaware of anyone else implementing any kind of a strategy to implement my opinion.
Q And when you communicated that to management, who are you referring to as your management?

Page 394

A I'm referring to my immediate supervisor, Karen Guevra; my office director, Susan Rudzinski and, her predecessor, Ken Chacey. I've expressed that to Charlie Head. I've expressed that to David Huizenga. I have expressed that to David Zabransky. I have expressed that to -- I have expressed that during a meeting with members from the Office of General Counsel and the Office of Environmental Safety and Health as well.
Q And do you agree -- without being tied to any specific date, you had mentioned the reference of 2015.
Without being tied to any specific date, do you agree as a general matter a disposal or a storage path for GTCC needs to be available by the time that spent fuel is removed from the utility reactor sites?
MS. HERRMANN: Objection, relevance.
THE WITNESS: Yes. I expressed before my opinion is is that DOE will have had ample time and should have a disposal path in place by that time.
BY MR. SKALABAN:
Q Now, how about in 1998, using that as a reference point, do you think -- if the Department had been accepting spent fuel at that time from

Page 395

utilities, is it your opinion that DOE should have had a storage or a disposal path identified for GTCC available if the Department had been taking fuel in 1998?
MS. HERRMANN: Objection, speculation, relevance.
THE WITNESS: Given the hypothetical, you know, were they -- if we were taking spent fuel in 1998, then my answer would be yes, we should have also been able to figure out a disposal path for Greater-Than-Class C at that point as well.
BY MR. SKALABAN:
Q So in your opinion, there was ample time from 1985 to 1998 to identify and have available a disposal path for Greater-Than-Class C waste?
MS. HERRMANN: Objection, mischaracterization of prior testimony.
THE WITNESS: It's my opinion there would have been ample time to identify a disposal path. To have it in place, I don't know.
Had the disposal path been the Yucca Mountain repository, it would not have been in place in 1998. So, therefore, I really can't answer that part of the question not knowing what the decision would have been.

Page 396

BY MR. SKALABAN:
Q Okay. Let's assume that the Yucca Mountain repository was available in 1998, and in 1998 nuclear utility spent fuel had begun to be removed to that site.
In that scenario, is it your opinion that the Department should then have had a disposal path identified and available for GTCC waste?
MS. HERRMANN: Objection, speculation, relevance.
THE WITNESS: Yes, I think there was ample time between 1985 and 1998 for DOE to determine what disposal path they wanted, had -- if the repository was available, then -- you know, based on the suitability of that repository to dispose of Greater-Than-Class C waste, yes, a path should have been in place.
BY MR. SKALABAN:
Q Do you think -- putting aside politics and funding, from a technical and engineering point of view, is a 13-year period from 1985 to 1998, is that ample time to identify and develop and have available a storage or disposal path for nuclear utility activated metal Greater-Than-Class C waste?
MS. HERRMANN: Objection, speculation,

# Plaintiff

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

-------------------------------------------X

YANKEE ATOMIC ELECTRIC
COMPANY, CONNECTICUT
YANKEE ATOMIC POWER
COMPANY, MAINE YANKEE
ATOMIC POWER COMPANY,

Plaintiffs, CASE NO.

vs. 98-126C

98-154C

UNITED STATES OF AMERICA, 98-474C

Defendant.

-------------------------------------------X

Washington, D.C.

Friday, June 14, 2002

Continued Deposition of ROBERT ALLEN CAMPBELL, a witness herein, called for examination by counsel for the Plaintiffs in the above-entitled matter, pursuant to recess, the witness having been previously duly sworn, taken at the offices of Spriggs & Hollingsworth, 1350 I Street, N.W., Suite 1010, Washington, D.C, at 9:33 a.m, on Friday, June 14, 2002, and the proceedings being taken down by Stenotype by CINDY L. SEBO, and transcribed under her direction.

THE WITNESS: I have no idea.
BY MR. SKALABAN:
Q Is there any kind of concerted effort at DOE to have a storage or a disposal path available for GTCC by the time spent fuel begins to be removed from utility sites?
A Currently, there is no effort to develop a disposal path for Greater-Than-Class C waste. So will there be one in the future? I don't know.
Q Have you been involved in any conversations within DOE about -- aside from your expressing the opinion to Mr. Zabransky that a disposal path needs to be available, have you been involved in any conversations where the strategy -- a strategy has been discussed of having a disposal path available by the time acceptance of spent fuel begins?
A I have stated my opinion on that subject to my management and other people in conversations about the need to do an EIS and the need to move forward. I'm unaware of anyone else implementing any kind of a strategy to implement my opinion.
Q And when you communicated that to management, who are you referring to as your management?



A I'm referring to my immediate supervisor, Karen Guevra; my office director, Susan Rudzinski and, her predecessor, Ken Chacey. I've expressed that to Charlie Head. I've expressed that to David Huizenga. I have expressed that to David Zabransky. I have expressed that to -- I have expressed that during a meeting with members from the Office of General Counsel and the Office of Environmental Safety and Health as well.
Q And do you agree -- without being tied to any specific date, you had mentioned the reference of 2015.
Without being tied to any specific date, do you agree as a general matter a disposal or a storage path for GTCC needs to be available by the time that spent fuel is removed from the utility reactor sites?
MS. HERRMANN: Objection, relevance.
THE WITNESS: Yes. I expressed before my opinion is is that DOE will have had ample time and should have a disposal path in place by that time.
BY MR. SKALABAN:
Q Now, how about in 1998, using that as a reference point, do you think -- if the Department had been accepting spent fuel at that time from



utilities, is it your opinion that DOE should have had a storage or a disposal path identified for GTCC available if the Department had been taking fuel in 1998?
MS. HERRMANN: Objection, speculation, relevance.
THE WITNESS: Given the hypothetical, you know, were they -- if we were taking spent fuel in 1998, then my answer would be yes, we should have also been able to figure out a disposal path for Greater-Than-Class C at that point as well.
BY MR. SKALABAN:
Q So in your opinion, there was ample time from 1985 to 1998 to identify and have available a disposal path for Greater-Than-Class C waste?
MS. HERRMANN: Objection, mischaracterization of prior testimony.
THE WITNESS: It's my opinion there would have been ample time to identify a disposal path. To have it in place, I don't know.
Had the disposal path been the Yucca Mountain repository, it would not have been in place in 1998. So, therefore, I really can't answer that part of the question not knowing what the decision would have been.



BY MR. SKALABAN:
Q Okay. Let's assume that the Yucca Mountain repository was available in 1998, and in 1998 nuclear utility spent fuel had begun to be removed to that site.
In that scenario, is it your opinion that the Department should then have had a disposal path identified and available for GTCC waste?
MS. HERRMANN: Objection, speculation, relevance.
THE WITNESS: Yes, I think there was ample time between 1985 and 1998 for DOE to determine what disposal path they wanted, had -- if the repository was available, then -- you know, based on the suitability of that repository to dispose of Greater-Than-Class C waste, yes, a path should have been in place.
BY MR. SKALABAN:
Q Do you think -- putting aside politics and funding, from a technical and engineering point of view, is a 13-year period from 1985 to 1998, is that ample time to identify and develop and have available a storage or disposal path for nuclear utility activated metal Greater-Than-Class C waste?
MS. HERRMANN: Objection, speculation,

# Defendant

Page 393

THE WITNESS: I have no idea.
BY MR. SKALABAN:
Q Is there any kind of concerted effort at DOE to have a storage or a disposal path available for GTCC by the time spent fuel begins to be removed from utility sites?
A Currently, there is no effort to develop a disposal path for Greater-Than-Class C waste. So will there be one in the future? I don't know.
Q Have you been involved in any conversations within DOE about -- aside from your expressing the opinion to Mr. Zabransky that a disposal path needs to be available, have you been involved in any conversations where the strategy -- a strategy has been discussed of having a disposal path available by the time acceptance of spent fuel begins?
A I have stated my opinion on that subject to my management and other people in conversations about the need to do an EIS and the need to move forward. I'm unaware of anyone else implementing any kind of a strategy to implement my opinion.
Q And when you communicated that to management, who are you referring to as your management?

Page 394

A I'm referring to my immediate supervisor, Karen Guevra; my office director, Susan Rudzinski and, her predecessor, Ken Chacey. I've expressed that to Charlie Head. I've expressed that to David Huizenga. I have expressed that to David Zabransky. I have expressed that to -- I have expressed that during a meeting with members from the Office of General Counsel and the Office of Environmental Safety and Health as well.
Q And do you agree -- without being tied to any specific date, you had mentioned the reference of 2015.
Without being tied to any specific date, do you agree as a general matter a disposal or a storage path for GTCC needs to be available by the time that spent fuel is removed from the utility reactor sites?
MS. HERRMANN: Objection, relevance.
THE WITNESS: Yes. I expressed before my opinion is is that DOE will have had ample time and should have a disposal path in place by that time.
BY MR. SKALABAN:
Q Now, how about in 1998, using that as a reference point, do you think -- if the Department had been accepting spent fuel at that time from

Page 395

utilities, is it your opinion that DOE should have had a storage or a disposal path identified for GTCC available if the Department had been taking fuel in 1998?
MS. HERRMANN: Objection, speculation, relevance.
THE WITNESS: Given the hypothetical, you know, were they -- if we were taking spent fuel in 1998, then my answer would be yes, we should have also been able to figure out a disposal path for Greater-Than-Class C at that point as well.
BY MR. SKALABAN:
Q So in your opinion, there was ample time from 1985 to 1998 to identify and have available a disposal path for Greater-Than-Class C waste?
MS. HERRMANN: Objection, mischaracterization of prior testimony.
THE WITNESS: It's my opinion there would have been ample time to identify a disposal path. To have it in place, I don't know.
Had the disposal path been the Yucca Mountain repository, it would not have been in place in 1998. So, therefore, I really can't answer that part of the question not knowing what the decision would have been.

Page 396

BY MR. SKALABAN:
Q Okay. Let's assume that the Yucca Mountain repository was available in 1998, and in 1998 nuclear utility spent fuel had begun to be removed to that site.
In that scenario, is it your opinion that the Department should then have had a disposal path identified and available for GTCC waste?
MS. HERRMANN: Objection, speculation, relevance.
THE WITNESS: Yes, I think there was ample time between 1985 and 1998 for DOE to determine what disposal path they wanted, had -- if the repository was available, then -- you know, based on the suitability of that repository to dispose of Greater-Than-Class C waste, yes, a path should have been in place.
BY MR. SKALABAN:
Q Do you think -- putting aside politics and funding, from a technical and engineering point of view, is a 13-year period from 1985 to 1998, is that ample time to identify and develop and have available a storage or disposal path for nuclear utility activated metal Greater-Than-Class C waste?
MS. HERRMANN: Objection, speculation,

Page 397

relevance.
THE WITNESS: In terms of identifying a disposal pathway, yes, I think 13 years is enough time. In terms of the fact that the Government has never developed a disposal facility, other than shallow land burial that quickly, I would say no, that would not be enough time to necessarily have it in place, given the length of time it's taken the Government to open similar facilities.
BY MR. SKALABAN:
Q And what are the other facilities that you're referring to that have taken more than 13 years?
A The Waste Isolation Pilot Plant.
Q How long did it take DOE to develop that?
A Well over 20 years.
Q When did that effort begin, the Waste Isolation Pilot Plant?
MS. HERRMANN: Objection, speculation.
THE WITNESS: I don't recall. I know I've read documents on the history, and I've seen the date. I'm thinking it was in the late '70s, but I'm guessing.
BY MR. SKALABAN:
Q You're aware of -- and I believe we

Page 398

discussed it in yesterday's testimony -- the report to Congress in 1987 stated a DOE plan to have storage available for GTCC waste in two years from 1989; do you remember that?
MS. HERRMANN: Objection to the characterization of what's in the document. It assumes facts not in evidence; best evidence. Go ahead.
THE WITNESS: Yes.
BY MR. SKALABAN:
Q And have I fairly summarized the 1987 report?
MS. HERRMANN: Objection. The 1987 report is the best evidence of its contents.
THE WITNESS: Yes.
BY MR. SKALABAN:
Q So at least in 1987, DOE believed that it could have a storage option available for the disposal of GTCC waste in two years?
A Yes.
Q Now, in view of that, I'm trying to understand why -- why would it be difficult in a 15-year -- approximately a 13-year time period to develop and have available a disposal facility for Greater-Than-Class C waste?

Page 399

A Okay. The one statement was on storage for Greater-Than-Class C waste. The second statement was on disposal of Greater-Than-Class C waste. They're two totally different things; therefore, the time periods necessary to implement are going to be different.
Q And do you believe that that's a reasonable estimate, what was put forth in the 1987 report to Congress, that storage could be made available in two years?
MS. HERRMANN: Objection, speculation.
THE WITNESS: I was in college in 1987, so I have no idea as to the reasonableness of that statement.
BY MR. SKALABAN:
Q Okay. And having worked in the GTCC program, is that -- looking at it now, do you think that's a reasonable estimate to deploy storage options?
MS. HERRMANN: Objection, speculation.
THE WITNESS: The answer depends. We are already storing Greater-Than-Class C sealed sources. We've implemented that option. We are now currently accepting for storage any other type of Greater-Than-Class C waste.

Page 400

I believe that the other category of Greater-Than-Class C waste, a storage facility could be implemented in two to five years, depending -- it depends on when you start the clock. For the budget process alone, you have to begin two years prior to getting the money.
So there's a lot of factors involved here. In terms of the nuclear utility activated metal, I think that would be a much longer process.
BY MR. SKALABAN:
Q And why is that?
A The political and public ramifications of siting a storage facility for Greater-Than-Class C activated metal, the perception is going to be that you also are then going to store spent fuel in the same facility.
Q Okay. And putting aside the possible public perception that if you have a GTCC waste storage facility, spent fuel may go there also, if you put that public perception difficulty aside and are just focusing on just GTCC storage without that concern, what is your opinion -- what do you think would be a reasonable estimate for getting a storage facility for Greater-Than-Class C waste deployed?