# In the United States Court of Federal Claims

No. 04-74C
(into which has been consolidated No. 04-75C)

(E-Filed: June 20, 2006)

PACIFIC GAS AND ELECTRIC COMPANY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Before the court is Defendant's Motion for Publication (Mot. or Motion). Defendant requests that the court publish its April 27, 2006 Order granting-in-part and denying-in-part Defendant's Motion for Reconsideration of the Court's Order Dated March 14, 2006 filed on April 21, 2006. Mot. at 1. For the reasons stated therein, defendant's Motion is hereby GRANTED.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge