# In the United States Court of Federal Claims

No. 04-74C
(into which has been consolidated No. 04-75C)

(E-Filed: July 6, 2006)

| | |
|---|---|
| PACIFIC GAS AND ELECTRIC COMPANY, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Before the court is Pacific Gas & Electric's Objections to Defendant's Counter-Designations of Deposition and Prior Trial Testimony (Objections) filed electronically on June 30, 3006. Plaintiff's Objections have not been filed in accordance with Paragraph 3 of the court's May 25, 2006 Order (Post-Pretrial Order) and the court will not consider plaintiff's Objections and therefore STRIKES the Objections.

The parties are reminded that, as stated in the court's Post-Pretrial Order,

> [a]ny objections by a party to matters that appear within deposition testimony cited in a party's post-trial opening brief shall be identified and supported with argument by the opposing party's post-trial reply brief[] in an appendix attached thereto. Any objections by a party to matters that appear within deposition testimony cited for the first time in a party's post-trial reply brief shall be identified and supported with argument in a filing made on or before Friday, July 14, 2006.

Post-Pretrial Order of May 25, 2006 ¶ 3.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge