# In the United States Court of Federal Claims

No. 04-74C
(into which has been consolidated No. 04-75C)

(E-Filed: July 10, 2006)

PACIFIC GAS AND ELECTRIC COMPANY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Before the court is PG&E's Motion to Strike, as Improper and Inadmissable Hearsay, Defendant's Counter-Designations of Deposition and Prior Trial Testimony (Motion) filed July 7, 2006. Defendant shall file a response to plaintiff's Motion on or before Wednesday, July 19, 2006. Plaintiff shall file a reply to defendant's response to plaintiff's Motion on or before Wednesday, July 26, 2006. If the court finds that justice so requires, the court will rule on plaintiff's Motion prior to or at the time of the court's disposition of this case. If the court finds that justice does not require a ruling on plaintiff's Motion, the court will deem plaintiff's Motion moot at the time of the court's disposition of this case.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge