# In the United States Court of Federal Claims

No. 04-74C
(into which has been consolidated No. 04-75C)

(E-Filed: August 2, 2006)

PACIFIC GAS AND ELECTRIC COMPANY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Before the court is PG&E's Motion to Amend Complaint (Motion). Defendant shall respond to PG&E's Motion on or before Wednesday, August 9, 2006 and, if the response shall oppose plaintiff's Motion, plaintiff may reply on or before Monday, August 14, 2006.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge