# In the United States Court of Federal Claims

No. 04-74C
(into which has been consolidated No. 04-75C)

(E-Filed: October 10, 2006)

PACIFIC GAS AND ELECTRIC COMPANY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

The parties are requested to state at their earliest opportunity where in the record of the case does a copy appear of the RCFC 30(b)(6) deposition notice pursuant to which Ms. Susan Klein testified. The parties are requested to reply to this order at or before 5:00 p.m. on Wednesday, October 11, 2006.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge