IN THE UNITED STATES COURT OF FEDERAL CLAIMS

Filed Electronically on October 27, 2006

| | | |
|---|---|---|
| PACIFIC GAS & ELECTRIC COMPANY, | ) | |
| Plaintiff, | ) | No. 04-0074C, into which has been consolidated No. 04-0075C |
| v. | ) | |
| UNITED STATES OF AMERICA, | ) | (Judge Hewitt) |
| Defendant. | ) | |

PG&E's MOTION TO AMEND FINDINGS AND JUDGMENT

Jerry Stouck
Greenberg Traurig, LLP
800 Connecticut Avenue, NW
Suite 500
Washington, DC 20006
(202) 331-3173 Phone
(202) 261-4751 Fax
Counsel for Plaintiff
Pacific Gas and Electric Company

Of Counsel:

Robert L. Shapiro
Greenberg Traurig, LLP

TABLE OF CONTENTS

PAGE

PG&E'S MOTION TO AMEND FINDINGS AND JUDGMENT .................................... 1

I. INTRODUCTION AND SUMMARY OF ARGUMENT .......................................1

A. RULE 52(b) AND RULE 59(a)(1) .............................................................. 3

B. THE COURT'S PERTINENT FINDINGS ................................................ 4

II. ARGUMENT.............................................................................................5

III. CONCLUSION..........................................................................................9

TABLE OF AUTHORITIES

FEDERAL CASES ........................................................................................................ PAGE

*Bluebonnet Sav. Bank v. United States*, 266 F.3d 1348, 1357 (Fed. Cir. 2001) ................. 9

*Dolphin Tours, Inc. v. Pacifico Creative Service, Inc.*,
773 F.2d 1506, 1511 (9th Cir. 1985) ................................................................................ 7

*Murphy Tugboat Co. v. Crowley*, 658 F.2d 1256, 1262 (9th Cir. 1981) ............................ 7

*National Metal Finishing Co. v. BarclaysAmerican/Commercial, Inc.*,
899 F.2d 119, 122 (1st Cir. 1990)...................................................................................... 3

*Roseburg Lumber Co. v. Madigan*, 978 F.2d 660, 668 (Fed. Cir. 1992)............................ 7

COURT RULES

RCFC 52 (b).......................................................................................................................... 3

RCFC 59 (a)(1) ..................................................................................................................... 3

PG&E'S MOTION TO AMEND FINDINGS AND JUDGMENT

PG&E is currently considering whether to appeal the Court's October 13, 2006 decision. On one discrete issue, however, the Court's findings are contrary to the evidence that the Court relied upon to make the findings, and the Court therefore should correct those findings regardless of any appeal. The Court can readily do so without affecting any other aspect of the Court's decision. In order to provide the Court the opportunity to make this correction, PG&E respectfully moves the Court, pursuant to Rules 52(b) and Rule 59(a)(1), to amend its findings to conform to the evidence and also to amend the judgment accordingly.[1]

## I. INTRODUCTION AND SUMMARY OF ARGUMENT

The Court found (slip op. at 139-42) that if DOE had performed beginning in 1998, at the rate and on the schedule that the Court determined was appropriate (the "MRS pickup schedule"), PG&E would still have constructed a dry storage facility at Diablo Canyon, albeit a smaller one. That finding is contrary to PX 185, PG&E's evaluation of spent fuel storage options, which the Court relied upon to make the finding. A copy of PX 185 is attached for convenience. PX 185 states explicitly that "should MRS become available as planned," reracking the pools at Diablo Canyon – in lieu of dry storage – would have provided adequate spent fuel storage capacity. PX 185 at 5. That exhibit also shows that the cost of such reracking would be approximately *half* the cost dry storage ($15.9 million versus $31.6 million). PX 185 at 6, 11. This evidence – as well as case law counseling a presumption of economic rationality absent compelling

[1] That this motion seeks correction of only one factual finding should not be construed to waive or limit PG&E's right to appeal legal or other factual findings in the Court's opinion. *See* Court of Federal Claims Rule 52(b). PG&E specifically reserves all appeal rights.

contrary evidence – require the conclusion that PG&E, if faced with the MRS pickup schedule that the Court has now determined to be controlling, would *not* have implemented dry storage, but rather would have pursued the far less costly reracking alternative set out in PX 185. Thus, PG&E respectfully submits that the Court was mistaken to conclude that PG&E would have constructed dry storage at Diablo Canyon, albeit a smaller facility, even if DOE were performing on the MRS schedule. *See* slip op. at 139-40. The Court should amend its findings to conform to the evidence – evidence showing clearly that in the non-breach world determined by the Court, PG&E would have reracked the Diablo Canyon pools, at far less cost, rather than building a reduced-sized ISFSI.

It follows that the Court's award to PG&E of 22.17% of its Diablo Canyon dry storage (or "ISFSI") costs through 2004, a percentage calculated on the assumption that PG&E would build dry storage in the non-breach world, *see id.* at 140-42, is also mistaken. In the non-breach world determined by the Court, PG&E would have reracked the Diablo Canyon pools. The Court therefore should amend the judgment accordingly to award PG&E its actual Diablo Canyon ISFSI costs through 2004, less an offset for the cost of reracking the Diablo Canyon pools.

The consequences of the Court's mistaken findings are substantial. Under the Court's existing findings, PG&E may only be able to recover 22.17% of its actual Diablo Canyon ISFSI costs on an ongoing basis. Since PG&E projects that over the next dozen years or so the ISFSI will cost well in excess of $100 million, the Court's findings – if they were to be applied in proceedings over PG&E's subsequent, post-2004 damages – could deny PG&E recovery of more than $80 million of ISFSI costs that it is actually

spending. In contrast, under the amended findings requested here, PG&E should recover all the actual and ongoing costs of its ISFSI less only the one-time cost of reracking, which PX 185 estimated to be $15.9 million.[2]

A. RULE 52 (b) AND RULE 59 (a)(1)

Court of Federal Claims Rule ("RCFC") 52 (b) provides in pertinent part:

> On a party's motion filed no later than 10 days after entry of judgment, the court may amend its findings – or make additional findings – and may amend the judgment accordingly.

RCFC 59 (a)(1) provides in pertinent part:

> A new trial or rehearing or reconsideration may be granted to all or any of the parties and on all or part of the issues, for any of the reasons established by the rules of common law or equity applicable as between private parties in the courts of the United States. On a motion under this rule, the court may open the judgment if one has been entered, take additional testimony, amend findings of fact and conclusions of law or make new findings and conclusions, and direct the entry of a new judgment.

These Rules are often cited, and applied, in tandem. *See, e.g., National Metal Finishing Co. v. BarclaysAmerican/Commercial, Inc.*, 899 F.2d 119, 122 (1st Cir. 1990). Under the plain language of Rule 52 (b), the Court "may amend its findings – or make additional findings – and may amend the judgment accordingly." The plain language of Rule 59 (a)(1) authorizes the Court to do the same. For the reasons set forth in this motion, the Court should invoke these Rules to amend its findings to conform to the evidence, and amend the judgment accordingly.

---

[2] PG&E recognizes that the Court's opinion is limited to the determination of damages through 2004, and does not purport to address damages subsequent to that year. Nonetheless, unless this motion is granted and the Court's findings and judgment are amended, the government may be expected to argue that the Court's existing findings concerning Diablo Canyon damages should be applied in proceedings to determine post-2004 damages.

B. THE COURT'S PERTINENT FINDINGS

In its October 13 opinion, the Court concluded that:

> [H]ad DOE performed according to the terms of the Standard Contract by beginning to accept utilities' spent fuel on January 31, 1998, it appears more likely than not that it would have performed using an MRS facility and in accordance with the allocations, acceptance rates, and DCSs it had considered and approved. . . . .

Slip op. at 99-100.

The Court then used this determination of DOE's performance obligation (*i.e.*, the "MRS pickup schedule") as a basis for assessing PG&E's claimed damages in each of the seven categories identified by PG&E. *See id.* at 109-47. Regarding PG&E's Diablo Canyon ISFSI damages, the Court discussed documents reflecting PG&E's consideration of spent fuel storage alternatives in the 1990's, specifically PX 185 (August 1993 Preliminary Evaluations of Spent Fuel Storage Technologies for Diablo Canyon Power Plant), PX 228 (June 13, 1995 Management Committee Briefing book), and PX 284 (March 23, 1999 Recommendation to Management Committee). *See id.* at 136-139. Following that discussion, the Court made three findings to support its award to PG&E of 22.17% of PG&E's actual Diablo Canyon ISFSI costs:

First, the Court found that "PG&E would have been required in the ordinary course of its business to construct additional at-reactor storage at Diablo Canyon in order to prevent it from reaching capacity in 2006 even if DOE had performed [on the MRS pickup schedule]." *Id*. at 140.

Second, the Court found that "in 1993 when it was still envisioned that DOE could be performing the Standard Contract by 1998 using an MRS facility, the preponderance of the credible evidence indicates that the dry storage option was the most favorable to PG&E." *Id*.

Third, the Court found that if DOE performed beginning in 1998 on the MRS pickup schedule, "PG&E would not incur the entire cost it is incurring in the actual, breach world for the construction of the ISFSI at Diablo Canyon." *Id.* Rather, based on statements in PX 185 that an ISFSI would cost about $40.6 million, and about $9 million less "if the MRS [facility] becomes available as currently scheduled," the Court concluded that "the government's partial breach . . . will in fact cause plaintiff to incur in damages approximately 22% ($9 million divided by $40.6 million) of the total cost of the licensing and construction of the ISFSI at Diablo Canyon." *Id.* at 141 (footnote omitted) (quoting PX 185 at 11).

The Court then applied the 22.17% figure it calculated from PX 185 to PG&E's claimed Diablo Canyon damages of $31,734,000, and awarded PG&E the resulting $7,035,428 million in Diablo Canyon ISFSI damages. *Id*. at 142 and n.78.

## II. ARGUMENT

In light of the Court's premises concerning DOE's performance obligation, which PG&E does not here challenge, the first finding noted above is correct – PG&E would have needed additional on-site storage if DOE had performed on the MRS pickup schedule. However, the Court's other two findings noted above are contrary to the pertinent evidence, PX 185.

As an initial matter, at trial neither party focused on which storage option PG&E would have selected if faced with the MRS pickup schedule. *See, e.g.*, Trial Transcript ("TT") 1183:12-19 (Womack) ("Q. How much fuel was DOE obligated to take from Diablo Canyon beginning in 1998? A. Enough . . . for PG&E to have avoided future unnecessary expense, for example, the necessity for an additional reracking *or* construction of a dry cask storage facility.") (emphasis added). There was no occasion

for either party to establish *which* of the storage options evaluated in PX 185 (and other PG&E planning documents) PG&E would have selected if faced with the MRS pickup schedule, and neither party did so.[3]

The Court nevertheless made the second finding noted above, that in the non-breach world, "in 1993 when it was still envisioned that DOE could be performing [by 1998] . . ., the dry storage option was the *most favorable* to PG&E." Slip op. at 140 (emphasis added). The sole PG&E document the Court cited to support the finding was PX 185, the 1993 Preliminary Evaluation of Spent Fuel Storage Technologies for Diablo Canyon. *Id*. at 140. That document, however, shows that reracking would be much less costly than dry storage. It shows that reracking at Diablo Canyon would only cost at most $15.9 million, PX 185 at 6, and "[t]he proposed rack capacity is adequate for both units for the licensed life of the plant *should MRS become available as planned*." *Id.* at 5. (Emphasis added).[4] In contrast, PX 185 shows that an appropriate ISFSI at Diablo Canyon would cost $31.6 million ($40.6 million minus $9 million, *see* PX 185 at 11), a cost that also contemplated "the MRS becomes available as currently scheduled." *See* PX 185 at 11. In fact, PX 185 is explicit about the "substantial[]" cost advantage of reracking: "The economic analysis showed that the NPV life cycle cost for the re-racking and fuel consolidation alternatives are about the same ($16 to $18 million) and

[3] In these circumstances, PG&E questions whether the Court may properly make findings about PG&E's conduct in the non-breach world as the Court defined it. Because the Court clearly believed it could make such findings, however, PG&E does not dispute that conclusion for purposes of this motion, but simply contends that the Court should replace the findings it made with accurate findings that are supported by the evidence the Court cited and relied upon.

[4] On page 6 of the best available copy of PX 185, the $15.9 million figure is slightly smudged, but that figure is derived from the "cash flow analysis" in Table A1 attached to PX 185, which shows the Net Present Value of reracking to be $15,866,300.

*substantially lower* than that of the dry storage option ($41 million [or $31.6 million assuming an MRS comes on line]).” PX 185 at 13.

The record evidence does not support the finding that in the non-breach world as determined by the Court, PG&E would have implemented the “substantially” more costly alternative of dry storage at Diablo Canyon, particularly when the far less costly alternative of reracking would have provided adequate spent fuel storage capacity. To the contrary, the cost comparison contained in PX 185 warrants the conclusion that PG&E would have selected the “substantially lower” cost reracking alternative, *see* PX 185 at 13, rather than the much higher-cost dry storage option, if PG&E had anticipated the MRS pickup schedule as the Court has concluded it should have. Case law supports the same conclusion, namely, that PG&E would have acted in an economically rational way to implement the more cost-effective reracking alternative. *See, e.g.*, *Dolphin Tours, Inc. v. Pacifico Creative Service, Inc.*, 773 F.2d 1506, 1511 (9th Cir. 1985) (“In using this [appropriate] approach [to establish lost profits], Dolphin must presume the existence of rational economic behavior in the hypothetical free market”); *see also Roseburg Lumber Co. v. Madigan*, 978 F.2d 660, 668 (Fed. Cir. 1992) (relying on “the record as well as normative economic behavior” to reject damages claim); *Murphy Tugboat Co. v. Crowley*, 658 F.2d 1256, 1262 (9th Cir. 1981) (“In a hypothetical economic construction, such as the one underlying Murphy’s theory on lost past profits, economic rationality must be assumed for all competitors, absent the strongest evidence of chronic irrationality. Otherwise it will be impossible to keep speculation in check.”).

The Court therefore should amend its findings about PG&E’s conduct if DOE had performed by 1998 on the MRS schedule; the evidence shows that PG&E would not have

built dry storage at Diablo Canyon, but rather would have reracked. It follows that the Court's third finding noted above – that in the non-breach world as determined by the Court, PG&E would have incurred 78% of the costs it actually spent in the breach world for its ISFSI, *see* slip op. at 140-42 – is also incorrect. As shown above, if faced with DOE performance by 1998 on the MRS schedule, PG&E would not have built a scaled-down ISFSI at Diablo Canyon, but rather would have reracked the pools at far less cost.

Notably, the substantial economic advantage of reracking over dry storage was confirmed in PG&E's 1995 Management Committee Briefing Book. *See* PX 228 at 3-4 (noting costs of both alternatives in 1995 dollars). But the cost estimates set forth in PX 185 – $31.6 million for dry storage assuming an MRS, versus $15.9 million for reracking also assuming an MRS – are particularly probative for present purposes. First, the Court already recognized that 1993, when PX 185 was prepared, is the relevant time for evaluating PG&E's likely selection of a particular on-site storage alternative. *See* slip op. at 140 ("[I]n 1993 when it was still envisioned that DOE could be performing the Standard Contract by 1998 using an MRS facility, the preponderance of the credible evidence indicates . . . ."). Second, and perhaps even more importantly, the cost figures in PX 185 were calculated on a net present value basis as of 2004 – the time when the reracking would have been implemented in the non-breach world. *See* PX 185 at 17 (regarding "total NPV costs for the reracking," "all costs discounted to . . . 2004); *id*. at 20 (same for dry storage NPV); *id.* at A1, A3 (detailed cost calculations for both alternatives). Certainly the $15.9 million NPV as of 2004 cost for reracking set forth in PX 185 is a proper basis to support a reasonable approximation of the cost, which is all

that applicable damages law requires. *E.g.*, *Bluebonnet Sav. Bank v. United States*, 266 F.3d 1348, 1357 (Fed. Cir. 2001).

III. CONCLUSION

For the reasons set forth above, the Court should amend its findings concerning the spent fuel storage alternative PG&E would have implemented, and the associated costs it would have incurred, in the non-breach world as determined by the Court. Specifically, in lieu of the findings set forth in section II. B. 2. a. i. & ii. on pp. 139-142 of the Court's October 13, 2006 opinion, the Court should find that in that hypothetical non-breach world, PG&E would have reracked the Diablo Canyon pools at a cost of $15.9 million. Based on those findings, the Court should amend its judgment to award PG&E $15,834,000 in Diablo Canyon ISFSI damages. That figure is the $31,734,000 in Diablo Canyon ISFSI damages claimed by PG&E through 2004, *see* slip op. at 139, less the $15.9 million that the evidence shows PG&E would have spent to rerack the Diablo Canyon pools in the non-breach world determined by the Court, *see* PX 185 at 6 & Table A1.

The $15,834,000 that the Court should award PG&E as Diablo Canyon ISFSI damages is $8,798,572 more than the Court previously awarded for this category of damages. Therefore, granting this motion and amending the judgment accordingly would increase the total judgment amount from $42,765,453 to $51,564,025.

Respectfully submitted,

s/ Jerry Stouck

Jerry Stouck
Greenberg Traurig, LLP
800 Connecticut Avenue, NW
Suite 500
Washington, DC 20006
(202) 331-3173 Phone
(202) 261-4751 Fax
Counsel for Plaintiff
Pacific Gas and Electric Company

Of Counsel:

Robert L. Shapiro
Greenberg Traurig, LLP

# ATTACHMENT

# PRELIMINARY EVALUATION OF SPENT FUEL STORAGE TECHNOLOGIES FOR DIABLO CANYON POWER PLANT

By: Suresh D. Kamdar
August 1993

Approved by: R. L. Budke
R. L. Budke

NUCLEAR CORE MANAGEMENT - NES
PACIFIC GAS & ELECTRIC CO.

PG&E

Plaintiff's
Exhibit
185
04-74C(04-75C)

212329

# Table of Contents

1.0 INTRODUCTION .......... 2
2.0 DISCHARGE PROJECTIONS .......... 2
3.0 SPENT FUEL DISPOSAL .......... 3
4.0 STORAGE EXPANSION TECHNOLOGIES .......... 3
4.1 RE-RACKING .......... 5
4.2 FUEL CONSOLIDATION .......... 7
4.3 DRY CASK STORAGE .......... 9
5.0 DECOMMISSIONING IMPACT .......... 12
6.0 RESULTS .......... 12
7.0 RECOMMENDATIONS .......... 14
8.0 REFERENCES .......... 16
APPENDIX: LIFE CYCLE COST ANALYSIS .......... 17
A.1 RE-RACKING ALTERNATIVE .......... 17
A.2 ROD CONSOLIDATION ALTERNATIVE .......... 18
A.3 DRY STORAGE ALTERNATIVE .......... 19



CONTAINS CONFIDENTIAL MATERIAL - SUBJECT TO PROTECTIVE ORDER

212329

## 1.0 INTRODUCTION

On-site spent fuel storage requirements for Diablo Canyon are governed by spent fuel discharges, the maximum capacity of the spent fuel pools, and the starting date and rate of acceptance of spent fuel by DOE. Spent fuel discharges can be estimated with reasonable accuracy, assuming an average plant capacity factor over the life of the plant (currently assumed to be about 86%). Changes in the fuel management approaches (higher enrichment limit, elimination of axial blankets, 2-year cycles etc.), however, could affect the spent fuel discharge rate somewhat. The current storage capacity of each spent fuel pool is 1324 assemblies. It is possible that in-pool storage can be increased significantly by fuel rod consolidation or installing higher density spent fuel racks.

The DOE hopes to begin operating a Monitored Retrievable Storage (MRS) for spent nuclear fuel by 1998. Even if the MRS opens as scheduled, no DCPP fuel is scheduled to be shipped before 2013 (Ref. 11 and 12) due to the facility's limited acceptance rate and DCPP fuel's priority ranking within the industry. Further delays in this schedule can not be ruled out. Because of the uncertainty in the date when DOE will begin accepting spent fuel, PG&E should plan to give a serious consideration to the on-site storage of Diablo Canyon spent fuel for at least the licensed life of the plant.

The 40 year license dates (proposed) for Unit 1 and Unit 2 are March 2021 and March 2025, respectively. There are several alternative technologies for increasing the on-site storage, namely re-racking of spent fuel pools, fuel rod consolidation, and dry storage. One of these or a combination thereof can be selected to store spent fuel and support operation for the licensed life of the plant. The purpose of this work is to review these alternatives in the areas of industry experience, economics, licensability, and other special considerations, and determine their feasibility for DCPP application. The evaluation is preliminary at this time as the areas are reviewed at scoping levels only. The evaluation also studies the sensitivities to spent fuel discharge rate and MRS availability. The decommissioning impact of the alternatives is also discussed.

## 2.0 DISCHARGE PROJECTIONS

The best estimate spent fuel discharge projections for DCPP Units 1 and 2 are provided in Tables 1 and 2 respectively. For the current fuel management assumptions, average reload size is predicted to be 84 assemblies per cycle. For the licensed (proposed 40 year) life, the total Unit 1 and 2 discharges are estimated at 2081 and 2269 assemblies (combined total of 4350 assemblies). This is about 1870 metric tons uranium (MTU) of spent fuel the plant would generate during its licensed life that must be disposed of. At the existing capacity, Unit 1's pool is projected to lose its full core reserve by March 2006, and Unit 2's pool by September 2006. Without any relief or expansion of the storage, Unit 1 would have to be shutdown in September 2010 and Unit 2 in March 2011 due to lack of room for the additional spent fuel.

The spent fuel discharge rate could be lowered somewhat by changing the fuel management strategy (e.g., raising the average reload enrichment by increasing the existing enrichment limit, and eliminating axial blankets). An enrichment limit change would require a Tech Spec amendment. A change in enrichment limit from 4.5% to between



CONTAINS CONFIDENTIAL MATERIAL - SUBJECT TO PROTECTIVE ORDER 

4.8% and 5.0% (currently being considered) could lower the reload size by 8 to 12 assemblies (Ref. 6a, 9). Axial blankets, a feature in the current DCPP fuel design, decrease axial neutron leakage and reduce fuel cycle costs. However, the spent fuel discharges could be reduced by about 4 assemblies per cycle if we were to remove the blankets (Ref. 8, 10). For studying this sensitivity to a reduced discharge rate, a case of 76-assembly reload rate is assumed. Tables 3 and 4 show the spent fuel discharge projections for the licensed life of the plant, assuming the decreased discharge rate from 1997. The total combined discharges for the case is projected at 4078 assemblies. Also, the loss of full core reserve would not occur until September 2007. Thus, a reduction of 8 assemblies per reload could save storage, handling and disposal of more than a total of 272 assemblies over the licensed life of the plant, and would allow us to defer the storage expansion decision by an additional 18 months.

## 3.0 SPENT FUEL DISPOSAL

The Nuclear Waste Policy Act as amended requires that DOE begins to accept spent fuel for disposal by January, 1998. On November 29, 1989, the DOE extended the date for the expected operation of a federal high level waste repository from 2003 to 2010. Many experts believe that further delays in the repository schedule are likely. The DOE, as an interim solution, hopes to begin accepting spent fuel from commercial reactors in 1998 by the inclusion of an MRS facility in the Federal Waste Management System (FWMS). The industry remains concerned about the schedule as the MRS site is yet to be selected. When the MRS becomes operational, the DCPP spent fuel shipments would occur based on the DCPP priority ranking among other nuclear plants and the projected annual receiving capacity of the MRS. Based on the DOE's 1992 Acceptance Priority Ranking (Ref. 11) and assuming the conservative acceptance rates provided in the DOE's 1992 Annual Capacity Report (Ref. 12), DCPP may have to wait 15 additional years for its first normal shipment out to the DOE facility. Assuming the MRS becomes operational as scheduled in 1998, the DOE schedule projects limited fuel shipments every third year for each DCPP unit from 2013 through 2024 (Unit 1 shipments of 66, 68, 65 and 89 assemblies in 2013, 2016, 2019, and 2022 respectively; Unit 2 shipments of 37, 74, 84, and 113 assemblies in 2014, 2017, 2020, and 2023 respectively). The total spent fuel disposal through 2024 is 596 assemblies. It is possible that the fuel acceptance rate by the Federal Waste Management System (FWMS) would accelerate after the first 10 years. However, the MRS capacity would be limited to only 10,000 MTU and therefore the DCPP spent fuel disposal may not occur prior to opening of the federal repository. We could use the HBPP ranking for DCPP fuel but the MTU amount is not significant. The option to purchase from other utilities their earlier position in the queue is possible but could be very expensive.

## 4.0 STORAGE EXPANSION TECHNOLOGIES

In reviewing the storage expansion technologies, the option of transshipping fuel to Humboldt Bay (HBPP) Unit 3 spent fuel pool was not considered viable because of the following formidable obstacles:

- The existing HBPP license would have to be modified to store additional DCPP fuel. This would impact the unit's decommissioning plans.



CONTAINS CONFIDENTIAL MATERIAL - SUBJECT TO PROTECTIVE ORDER 

- PG&E has signed a memorandum of agreement with the HBPP intervenors that it would ship HBPP fuel off-site as soon as DOE is able to receive the spent fuel.

- The pool currently contains over 370 fuel assemblies and only limited extra space is available for additional storage.

- The pool would have to be partially or fully re-racked with two different types of racks, as the DCPP assemblies are bigger than the HBPP assemblies and they would not fit in the existing HBPP racks.

- The pool is not deep enough (about 30' deep) for DCPP fuel and contains no soluble boron.

- HBPP spent fuel pool currently does not have a functional cooling system.

- The potential opposition from local communities concerning the shipment route and storage of additional fuel at HBPP would be difficult to overcome.

The following evaluation assumed that PG&E would wait as long as practical before expanding the Diablo Canyon spent fuel storage. This is to allow selection of a storage expansion alternative or a combination of alternatives that is mature, and cost-effective. Conservatively, the base case storage requirements for each alternative are projected assuming the current discharge rate and without any relief from MRS for the licensed life of the plant. The sensitivities to a lowered discharge rate and MRS acceptance on the storage expansion are also studied. The reduced discharge rate case assumes a 76-assembly reload. The DCPP fuel shipment projections to the MRS are developed based on the current DOE information provided in References 11 and 12. The shipment schedule is shown on Tables 5 through 10. This scenario relieves the storage situation at DCPP somewhat after 2013, but offers too little, too late in terms of averting the need for storage expansion at DCPP by 2006.

The re-racking alternative is assumed to be implemented about 2 years prior (2004) to the date of loss of full core reserve so as to facilitate the logistics of a fuel shuffle in the pool. Based on the demonstration programs to date, the processing rate for rod consolidation has been relatively slow (about 2 assemblies per shift). Each unit may take over a year to process the targeted spent fuel in the first campaign, but the campaign does not have to be concluded prior to 2006. The dry storage alternative does not have to be available until 2006. For simplicity in the economic analysis, all three alternatives are assumed to become effective in 2004. Normally, the planning phase should begin approximately 4 years prior to the date the additional on-site storage is desired (Ref, 1). Considering the issue and the history of intervention at DCPP, it would be prudent to allow a margin of 1 to 2 years for possible intervention. Thus, a lead time of 5 to 6 years for storage expansion should be provided. That is, the study of this type should be finalized and an alternative(s) for storage expansion should be selected by 1999.

The evaluation includes a review of industry experience, licensing outlook, economics, and other special considerations for each storage technology. The economic analysis is detailed in the appendix. The net present value (NPV) of the life cycle costs correspond to 2004, which is considered 'time zero' for the evaluation. The cost estimates are obtained



CONTAINS CONFIDENTIAL MATERIAL - SUBJECT TO PROTECTIVE ORDER 

from the industry sources on an informal basis at approximate levels, or from the published reports for generic use. Obviously, their application for DCPP's projections can have large uncertainties, and as such the results should be treated for comparison only. Also, the cost estimates discussed identify major elements only and are not intended to provide a full cost of the alternative. The estimates do not include potential legal or additional licensing costs related to public hearings and court interventions as they are almost impossible to estimate, and all the three alternatives could be assumed to carry the same potential of this type of costs.

## 4.1 RE-RACKING

DCPP Units 1 and 2 spent fuel pools have been re-racked once with moderate density racks. The current storage capacity for each unit is 1324 assemblies. Of these, 290 cells contain boraflex, a neutron absorbing material. The loss of full core reserve in the Unit 1 racks would occur in 2006 (Table 1).

The existing DCPP racks can be replaced by higher density, state of the art 'boral' racks. Borated stainless steel is not the material of choice for racks in the U.S. because of the cost, manufacturing and compactions considerations. A 1983 Westinghouse proposal had offered an option (poisoned 9" c-t-c racks) of 2160 cells for each Diablo Canyon pool. A recent vendor plan (Ref. 4) estimated a maximum capacity of 2063 cells per pool. The detailed storage projections for the re-racking alternative are developed using this plan (Tables 5 and 6) for the base case and for the MRS scenario. A modular multiphase re-racking approach could be used to defer the cost in the future as much as possible. In reality, however, a two-phase approach is more practical. The first phase re-racking would be scheduled in 2004 (Unit 1) and 2005 (Unit 2) to facilitate an easier changeover of the racks. A physical re-racking operation typically takes 12 to 18 months and includes shuffling of fuel, removal of the existing racks, and installation of the new racks. The proposed rack capacity is adequate for both units for the licensed life of the plant should MRS become available as planned. Without the MRS relief, the new racks would lose a full core reserve by 2019 in Unit 1 and by 2020 in Unit 2. For the reduced discharge rate case (76 as opposed to 84 assemblies), Unit 1 would have adequate storage for the licensed life, and Unit 2 would lose a full core reserve by 2023 without MRS. In that case, it can be reasoned that an installation of temporary racks in the spent fuel pit as discussed below, or the unused Unit 1 capacity can provide the necessary relief for Unit 2 in the final two years of its licensed life.

<u>Industry Experience</u>

Most plants have re-racked their spent fuel pools. Many of them have re-racked more than once to take advantage of the advances in storage rack technology. Some plants have re-racked their pools to expand spent fuel storage by as little as 30%. Also, some plants have not been able to re-rack because of the lack of margins in the pools' structural, seismic, or thermal-hydraulic analyses. The recent advances in re-racking include denser rack designs and detailed seismic and criticality analyses. It is also possible that the seismic/structural loads at DCPP may result in a special rack design, not allowing a maximum projected capacity.



CONTAINS CONFIDENTIAL MATERIAL - SUBJECT TO PROTECTIVE ORDER 

212329

Spain's Asco and Almaraz units (4 units total) recently installed new high density spent fuel racks with a total capacity of 6400 cells (Ref. 13). The new capacity, a triplication of the old re-racked capacity is sufficient to store all the spent fuel generated during their entire service life. The project was reportedly very cost-effective requiring an investment of only 10-20% needed for an out-of-pool storage system of the same capacity. The U.S. utilities recently involved in spent fuel re-racking include AEP, CP&L, ComED, ConEd, FP&L, NYPA, PSE&G, and SCE. Salem is currently re-racking in multi-phase to increase the capacity to about 1650 cells per pool (smaller size than DCPP's), which is not expected to support operation for the life of the plant. They plan a small ISFSI once the pools are filled. Some utilities are also procuring options to install racks in the spent fuel pit to provide extra storage toward the end of plant life. At the end of plant life, the fuel can be transferred back to the reactor and the racks can be disposed of to facilitate spent fuel shipping to the repository.

Licensing

This alternative would require a license change to store fuel assemblies in the higher density racks at Diablo Canyon, similar to the one obtained for the re-racking in 1985. The analyses would include criticality, seismic and structural, thermal - hydraulic, and fuel handling. A vendor estimate for the design, engineering, and licensing of the new racks which should include all of the above mentioned analysis is $876,000. Based on the previous re-racking experience, it is not certain if the DCPP racks and pools can accommodate the increased loads. The new advances in technology of the racks and dimensional calculations can extract more design margins. Dynamic Analysis Group-NES believes the increased loads can be handled with sophisticated analysis and enhanced rack design. Criticality safety analysis, although not expected to be a problem, should be demonstrated. An early thermal - hydraulic analysis could show if the existing spent fuel cooling system is adequate and whether or not it can be upgraded to handle the additional heat loads. The seismic/structural analysis should be reviewed first with the state of the art tools to determine the feasibility of a re-racking. Based on the re-racking history, public intervention and hearings are likely.

Economics

The economic model of this evaluation (see Appendix) uses a 2-phase modular approach. The analysis includes initial capital cost, installation, removal, and disposal cost, and fixed charges. Decommissioning costs for the old racks have been included in the removal and disposal cost. The pool decommissioning (including racks) is not incremental to re-racking but common to all three alternatives, and therefore the alternative does not incur additional decommissioning cost.

The NPV life cycle cost for the re-racking alternative is calculated to be about $15.9 million (see Appendix). The cost could increase somewhat due to the upgrades in spent fuel cooling system and/or rack design, if needed based on the analyses. In comparison, the previous DCPP re-racking project (1983-1988) incurred $20.7 million in direct costs (Material $3.0 M, Engineering $5.2 M, and G.C. $9.1 M) and $28.7 million in gross project cost.



CONTAINS CONFIDENTIAL MATERIAL - SUBJECT TO PROTECTIVE ORDER 

Other Considerations

- The re-racking alternative may not provide sufficient storage for the licensed life of both units for the base case (conservatively assumes no MRS and no decrease in the discharge rate). Further, it is also conceivable that the federal repository plans may continue to get delayed and/or DCPP operation beyond the 40-year licensed life may be desirable. In those cases, a small ISFSI would be needed to supplement the storage after 2019 (PSE&G is planning a small ISFSI for Salem units after the high density racks which they are currently installing would get full).

- The new racks would most likely use boral for a neutron poison, based on the current U.S. industry trend. One benefit of this is that it would eliminate the boraflex issue the plant is currently facing. Boraflex's (contained in Region 1 racks) long term integrity is currently in question on a generic basis.

- Unlike dry cask storage, all spent fuel would continue to be stored in one building, which can be more palatable to some potential intervenors. PG&E may not need local permits to re-rack the spent fuel pools.

- The smaller cell to cell pitch (about 9") of the new racks can potentially make fuel handling more difficult. However, some of the recently re-racked pools have the pitch close to 9".

- With most of the country's pools having been already re-racked, the technology may no longer be in the market in 2004, when DCPP would be ready for its re-racking.

- In an unlikely event of premature permanent plant shutdown, the alternative has some finite financial risks as most of the costs are incurred up front.

## 4.2 FUEL CONSOLIDATION

Fuel rod consolidation can reduce the fuel volume by approximately a factor of two by removing the rods from assembly hardware and storing them in a metal canister in a closely packed array. The non-fuel bearing components (NFBC) can be compacted and stored in the pool or in a dry storage system many different ways. In-pool NFBC storage options include storage in the racks at a minimum 10:1 compaction ratio, or on top of fuel canisters in small cans. The latter option offers a true 2:1 consolidation ratio if the NFBC from two assemblies be compacted to fit in one top can (7:1 compaction ratio sufficient). Northeast Utilities Services Co. is currently engaged in providing a 'hot' demonstration of this technology. As this is the state of the art in rod consolidation, this evaluation assumes a 2:1 fuel rod consolidation. Prior to consolidation, spent fuel would be cooled down for at least 2 years. Conservatively, the consolidation rate is estimated at 2 assemblies/shift. A lead vendor believes that a 400 to 600 assembly campaign for rod consolidation is optimum.

Storage projections for the fuel rod consolidation alternative for DCPP are shown in Tables 7 and 8. We would need to consolidate a combined total of about 3050 assemblies (1350 assemblies for Unit 1 and 1700 assemblies for Unit 2) to support an on-site storage for the licensed life of the plant. Although a more modular consolidation approach is possible, this evaluation assumes two campaigns for Unit 1 (800 assemblies in 2004 and 550



CONTAINS CONFIDENTIAL MATERIAL - SUBJECT TO PROTECTIVE ORDER 

assemblies in 2013) and three campaigns for Unit 2 (800 assemblies in 2005, 550 assemblies in 2014, and 350 assemblies in 2020). If the MRS were to become available for DCPP by 2013, it would free up a combined total of 596 cells from the spent fuel racks during the licensed plant life, and would not require the third consolidation campaign for Unit 2.

Industry Experience

Duke, Maine Yankee, RG&E, NSP, and Northeast Utilities have participated in several rod consolidation demonstrations. Because of the less than satisfactory demonstration results, most utilities who were once interested in the alternative have opted for another technology. The earlier setbacks were primarily due to technical deficiencies in NFBC compaction. Northeast Utilities and RG&E are still actively pursuing the alternative. The lead vendors (B&W and NAC) now feel the problems have been addressed, new automated equipment has been developed, and the alternative is competitive. The Millstone 2 demonstration which is currently ongoing should verify that. As an option to a utility buying the equipment from a vendor and managing the consolidation project, a utility can lease full consolidation services from a vendor with a price structure that is based on number of cells released. The service may include some licensing analysis and support.

Licensing

This alternative, like re-racking, would require a license under 10CFR50 to store consolidated fuel at the plant. The analyses must address criticality, seismic, structural, thermal-hydraulic, and fuel pool handling areas. Based on the previous re-racking experience, seismic and structural analysis for consolidated fuel could provide real challenges. They should be reviewed first with state of the art tools to check the availability of the margins and overall licensability of the option. Criticality safety analysis, although not expected to be a problem, must be demonstrated. An early thermal - hydraulic analysis would show if the existing spent fuel cooling system is adequate. The licensing analysis cost is comparable to that of re-racking (less than $1 million). Evaluations must be performed to show that the canisters carrying consolidated fuel can be safely transported and stored in the racks. Based on the licensing history at DCPP, public intervention and hearings are likely.

Economics

The NPV life cycle cost for the alternative is developed in the Appendix. The analysis include initial capital cost, consolidation campaign cost, and fixed charges. Like re-racking, decommissioning cost for the racks and pools is not affected by this alternative. To be conservative, the current (higher) prices as opposed to future prices are selected from Reference 7. The NPV life cycle cost for the projected combined 3050 assemblies in three campaigns is calculated to be $18.0 million. If MRS or the lowered discharge rate were to be implemented, we would not need the third campaign for rod consolidation. In those cases, the alternative cost would be reduced by about $800,000. Like re-racking, the option may require an upgrade to the spent fuel cooling system which would add to the calculated cost.



CONTAINS CONFIDENTIAL MATERIAL - SUBJECT TO PROTECTIVE ORDER 

212329

Other Considerations

- For the rod consolidation alternative to be viable, an efficient means of packaging, storing, and disposing of NFBC must be demonstrated. The vendors and utilities are currently working to demonstrate the compaction and storage objectives.
- A rule making is needed on DOE's position for acceptance of consolidated fuel, NFBC, or failed fuel for disposal in the federal repository. The utilities are concerned that acceptance ranking and schedule of the consolidated fuel canisters may not be the same as 'standard fuel'.
- It is unlikely that NFBC can be disposed of as low level waste (surcharges by local sites would be too costly). Discussions are going on with DOE for accepting NFBC canisters by FWMS.
- The alternative can be as modular as desired to defer and distribute the costs, and to limit the losses in the event of unexpected permanent plant shutdown.
- The storage expansion is achieved internal to the plant (no additional structures at the site) and may not require local building permits.
- The alternative can work well with other spent fuel expansion technologies.

## 4.3 DRY CASK STORAGE

The third alternative for expanding DCPP's on-site storage is the use of 'dry' casks as Independent Spent Fuel Storage Installations (ISFSI) outside the Fuel Handling Building. The dry storage technology includes metal casks, concrete casks, dual purpose casks, horizontal concrete modules, and concrete vaults. Most casks can hold 21 to 33 PWR fuel assemblies and weigh from 100 to 130 tons when fully loaded. Some designs are capable of holding consolidated fuel canisters.

An EPRI study (Ref. 14) finds concrete casks, with or without a transportable basket are substantially less expensive than metal casks and can reduce re-handling of fuel. In this evaluation, conservatively the basket is assumed not transportable and hence the spent fuel pool would be needed to load fuel into the DOE shipping casks. It is likely that the transportable baskets would be licensed soon. For this evaluation, the DCPP spent fuel storage projections for the dry cask alternative are developed in Tables 9 and 10. The newly approved, 24-assembly, ventilated storage cask (VSC) made of concrete is assumed in the analysis. Some consider this cask type a second generation in cask design. A total of about 72 casks (32 for Unit 1 and 40 for Unit 2) for the base case would be needed. For the MRS scenario, the need is projected at only 51 casks. The cask requirement would be further reduced (by 11 casks) for the reduced discharge rate case.

The dry cask storage alternative requires significant cask handling near the spent fuel pool. The Fuel Handling Building overhead crane has a design and operating capacity of 125 tons. The crane is neither redundant nor single failure proof. NUREG 0612, Control of Heavy Loads at Nuclear Power Plant, states that either the potential of load drop be extremely small or consequences be acceptable. The 1983 PG&E submittal for NUREG 0612 included the cask drop analysis showing the acceptable load drop consequences and



CONTAINS CONFIDENTIAL MATERIAL - SUBJECT TO PROTECTIVE ORDER 

safe load path for cask handling. The analysis assumed a 67.5 ton generic cask of 5' OD and 17.5' long.

Since changing over to the current higher density racks, the NUREG 0612 criteria are satisfied by creating an Exclusion Zone in the spent fuel pool. The current DCPP Tech Spec does not allow spent fuel in the Exclusion Zone of the pool when handling heavy loads near the spent fuel pool. The plan is to obtain a relief in this requirement by updating the load drop analyses (criticality and radiological), so that only the 'cold' fuel can be stored in the Exclusion Zone while handling a cask near the pool.

Industry Experience

Prior to 1990, five utilities received plant specific licenses for storing spent fuel in dry casks. In May 1993, the Palisades plant became the first to utilize a general license for storing spent fuel in the newly certified (April 1993) concrete casks. These casks are manufactured by Seirra Nuclear Associates of Scotts Valley, California. The casks (11' OD x 17' high) are ventilated and weigh about 135 tons when loaded. The larger OD (most casks have 9' OD) provide more stability (need greater than $54^{0}$ to tip over). Seismic design loads assume 0.25g and 0.17g for horizontal and vertical accelerations respectively. The Palisades ISFSI is planned for 25 casks on a 190x35 feet concrete pad. Palisades' building crane (100 ton capacity) is not a single failure proof and was able to handle the transfer cask carrying fuel and baskets (90 to 95 tons). Palisades took about a week on the average to load, transport, and place a cask on the pad. The dose rate at the cask outside surface was measured at less than 1 mr/hour. Two other utilities are also planning to use these casks. Intervenors have sought public hearings and are currently in courts to force the NRC to review the storage site.

The industry is also evaluating the feasibility of a multipurpose standardized spent fuel container system (universal container system) as an on-site spent fuel storage and transfer, transport, and disposal alternative. It is inherently simpler, potentially more economical, and better integrated system, and offers a number of advantages over the current method. However, there are large uncertainties about its design, schedule, costs, and whether or not it can be introduced in a timely manner to affect the storage alternative decisions the utilities will be making in the next few years.

Most utilities that require additional spent fuel storage on-site currently are opting for a dry storage alternative over fuel rod consolidation, because it has been demonstrated and licensed in several ISFSIs.

Licensing

Utilities interested in increasing their on-site storage capacities will need to apply for a site specific license under 10CFR72, if utilizing a technology that has not been issued a Certificate of Compliance. A license application submittal includes a safety evaluation report, and an environmental report for the facility. A rulemaking to amend 10CFR72 to allow spent fuel storage in NRC-pre-approved dry storage casks was approved by the NRC in June 1990. Utilities wishing to utilize the pre-approved casks in their ISFSIs may now do so under a general license. A utility located in an active anti-nuclear group area may find that dry storage under a general license would offer a more certain schedule than an alternative that necessitates licensing action and associated public hearing.

212329

Four metal and one concrete cask designs have been issued Certificates of Compliance for use in ISFSIs under a general license. PG&E would most likely use a general license and store spent fuel on-site in an NRC-certified cask design. Use of the general license would eliminate the need for a plant specific license for dry storage and the associated Safety Analysis Report submittal under 10CFR72. A 10CFR50.59 evaluation would be submitted for any modifications to the emergency plan, QA program, training program etc., if there are no unreviewed safety questions or Tech Spec changes involved. Conformance with the conditions of the cask Certificate of Compliance must be demonstrated. In spite of no potential license amendment, the state and local regulatory environment may make use of an ISFSI politically difficult, and PG&E should be prepared for possible political and legal intervention.

Economics

Economic analysis of the dry storage alternative for Diablo Canyon spent fuel storage expansion has been performed (see Appendix). The cost components considered include ISFSI capital cost, cask capital cost, fuel loading and unloading cost, annual O&M cost, fixed charges, and decommissioning cost. The life cycle model and cost assumptions are discussed in the Appendix. The NPV life cycle cost for the dry storage alternative was calculated to be about $40.6 million. The dry storage cost would be reduced by about $9 million, if the MRS becomes available as currently scheduled. The cost would be further reduced by about $6.2 million if the reduced spent fuel discharge rate as assumed is achieved.

Other Considerations

- The technology offers a more modular approach for the on-site storage. This results in uniform cost allocation over the years. The modular approach also allows the opportunity to curtail the on-site storage expansion plans if desired any time (spent fuel discharges are reduced or the spent fuel disposal schedule is improved).

- This alternative would require a revision to the existing cask drop accident and static floor loading analyses to handle a 100 to 125 ton cask. If the structural and radiological consequences of a postulated cask drop accident are not acceptable, the energy absorbing pads may have to be installed in the spent fuel pool cask laydown area. Prior to handling a cask at the plant for spent fuel storage, the cask handling capability for access and interference should also be examined. However, it is recognized that similar efforts would be required regardless of the alternative selected to support spent fuel disposal to a DOE facility. Therefore, we can say that only the timing of these efforts would be affected by this alternative.

- Many sources acknowledge that in the future DOE will have to share in the utilities' cost of on-site dry storage because of the delays in taking the title to spent fuel. However, for that scenario DOE would expect that the utilities fully exploit in good faith the less costly storage expansion alternatives.

- The universal container system currently being developed by the DOE offers substantial benefits in spent fuel handling, transportation, and disposal at both the



CONTAINS CONFIDENTIAL MATERIAL - SUBJECT TO PROTECTIVE ORDER PDCP0001701

utility and the DOE ends. When this design becomes available, the dry storage alternative can be easily integrated with the spent fuel disposal plans.

## 5.0 DECOMMISSIONING IMPACT

The re-racking alternative would require all of the racks to have neutron absorbing material. Decontamination of these racks may be complicated, and it is possible they could not be disposed of as low level waste. The decommissioning of rod consolidation equipment can be handled as part of the facility decommissioning. If rod consolidation equipment and services are leased from a vendor, decontamination and removal of the equipment would most likely occur upon completion of the consolidation process.

The dry storage alternative would affect the plant decommissioning more significantly than other alternatives. The spent fuel stored in ISFSI under a general license would be included as part of the plant decommissioning plan. The first consideration is the additional decommissioning scope related to decontamination and disposal of the casks and ISFSI. We would need to maintain the existing plant license or obtain a special license (SAFSTOR or possession only for ISFSI) until the ISFSI can also be decommissioned.

The dry storage alternative does have a feature that could impact the plant decommissioning in a positive way. The DOE's projected fuel acceptance rate, at least through the licensed life of DCPP is very small (596 assemblies total from both units). Although it is likely the rate may be accelerated later on, still it may not be adequate to support our current decommissioning plans (fuel shipped off-site within 5 years after the plant shutdown). SCE is assuming that the San Onofre fuel would remain on-site until 2050 for calculating the decommissioning costs. PG&E may be interested in decommissioning the plant including the spent fuel pools as soon as possible to reduce the decommissioning costs. In that case, the ISFSI could be used to provide an interim storage for DCPP spent fuel allowing the spent fuel pools to be dismantled earlier. A complete ISFSI for all the DCPP spent fuel would mean installing approximately 181 (VSC) casks at a cost of about 2.5 times the cost projected for the dry storage alternative for storage expansion.

A study would be needed to determine whether the option of spent fuel pools or ISFSI is better for the post-shutdown on-site spent fuel storage. The issues to consider are: a) the cost of ISFSI for full storage, b) feasibility and cost of 'possession only' license for the pools and ISFSI, c) O&M and security cost differential between the pools and ISFSI storage, and d) whether the DOE shipping cask interface with dry storage casks would permit closing of the spent fuel pools and the fuel handling building earlier while an ISFSI contains fuel. There is yet another issue with regards to trading ISFSI with the spent fuel pools during the decommissioning period. Typically the dry cask storage for on-site storage expansion purpose would be either a Capital or O&M expense, while the decommissioning cost is expected to be borne by the ratepayers.



CONTAINS CONFIDENTIAL MATERIAL - SUBJECT TO PROTECTIVE ORDER

212329

## 6.0 RESULTS

Based on the foregoing preliminary evaluation, the following are the summary results:

- The economic analysis showed that the NPV life cycle cost for the re-racking and fuel rod consolidation alternatives are about the same ($16 to 18 millions) and substantially lower than that of the dry storage option ($41 million). However, the dry storage costs appear to be trending down with the introduction of a general license, certified casks, and concrete cask designs, and from more experience with the technology. The dry storage option would become economically more attractive if DOE decides to share the cost in the future.

**Alternative Cost in Millions of Dollars**




- Re-racking technology can provide adequate on-site spent fuel storage for the licensed life of Unit 1. It can provide adequate storage for Unit 2 through its licensed life if MRS becomes available as scheduled or the discharges are reduced by higher enrichment reloads. Options are also available for additional storage for Unit 2 through its licensed life, if needed. However, in the case of DCPP operation beyond licensed life, an ISFSI would have to be considered. There is significant industry and licensing experience associated with this alternative, including one at PG&E. The viability of this alternative could depend on the results of seismic, structural, and cooling capability analyses.

- The industry interest in rod consolidation technology has remained subdued over some period because of the technical and DOE related concerns. The recent advances in the system and demonstration program may prove the alternative to be viable, but its economical advantage over dry storage is not as much as once thought it would be. There is very limited production level experience with this alternative to date. Like re-racking, the licensing analyses for DCPP in the areas of seismic loads, structural strength of the pools, and cooling capability would be challenging. The alternative can provide adequate on-site spent fuel storage for Diablo Canyon by consolidating up to 3050 assemblies in three campaigns.

- Dry cask storage in an ISFSI can provide adequate spent fuel storage for the plant's licensed life and beyond. No plant specific license would be needed if DCPP were to use one of the five NRC pre-approved cask designs. There is significant licensing



CONTAINS CONFIDENTIAL MATERIAL - SUBJECT TO PROTECTIVE ORDER

experience with this alternative. DCPP may need up to 72 casks (24 assembly VSC design cask) over the life of the plant. The DOE may share a portion of the dry storage cost should MRS fail to start receiving the DCPP spent fuel by 1998. The Universal Container system, if it becomes available in time, would reduce PG&E's decommissioning effort and greatly facilitate DOE's spent fuel shipping and disposal effort. In spite of the additional decommissioning effort involved with casks and ISFSI, the alternative may help reduce overall decommissioning cost by providing interim spent fuel storage and allowing an earlier dismantling of the pools.

- A reduction in spent fuel discharges over a period of many years can affect the storage requirement significantly. A higher enrichment limit (between 4.8 and 5.0%) may reduce the average reload size by about 8 assemblies. An elimination of the axial blankets can also decrease the reload size by about four assemblies. The sensitivity study showed that a decrease in discharge rate of 8 assemblies per cycle by 1997 can save PG&E up to $6.2 million in spent fuel storage over the life of the plant with the dry storage alternative. The savings are not significant with the other two alternatives as their installation is less modular. With any alternative, the lower discharge rate would also mean an opportunity to defer the DCPP storage expansion by additional 18 months. This in turn may result in selection of a more optimum and cost effective alternative for DCPP storage expansion.

## 7.0 RECOMMENDATIONS

1. Because of the uncertainty in the DOE FWMS plans, and that the storage expansion alternatives are continually going through upgrades, it would be prudent to wait as long as practical before implementing an alternative or incurring major expenses for expanding the on-site storage. Minor expenditures to review feasibility of an option may be justified. All three storage expansion alternatives should be considered potentially viable at this time. PG&E should select an alternative(s) and begin the implementation process in approximately 1999. The alternative should be planned to be available by 2004.

2. NPG should keep abreast of the developments in the storage expansion technology, industry experience, and the DOE FWMS plans while we wait for the selection of a technology. We should update this evaluation periodically as needed based on the developments within and outside PG&E. We recommend finalizing this evaluation in about 1999 to help select an optimum alternative or a combination for the DCPP on-site storage expansion.

3. NES should consider the fuel management strategies for reducing the spent fuel discharge rate as it can significantly affect the spent fuel storage requirement over the life of the plant. Raising of the reload enrichment limit and removal of the axial blankets are the two key candidates. They should be investigated for an early implementation.

4. The existing documents (Heavy Load Analyses-NUREG 0612 Submittal and FSAR Cask Drop Accident Analysis) qualify a generic cask of 67.5 tons for DCPP. The dry cask storage alternative or spent fuel disposal to a DOE facility would require handling a load greater than 100 tons. Therefore, when the opportunity presents itself, we recommend updating the cask drop analysis for a reference or expected cask design



CONTAINS CONFIDENTIAL MATERIAL - SUBJECT TO PROTECTIVE ORDER 

212329

(between 100 to 125 tons). Also, the cask handling capability at Diablo Canyon in terms of access and interference needs to be assessed for the same cask design prior to bringing in the cask.



CONTAINS CONFIDENTIAL MATERIAL - SUBJECT TO PROTECTIVE ORDER 

212329

## 8.0 REFERENCES


1. Spent Fuel Storage Handbook, December 1990, Prepared for EEI by Energy Resources International

2. Feasibility Evaluation of the Universal Container System (EPRI TR - 101988) February 1993, Prepared for EPRI by E. R. Johnson Associates

3. FICA Project - Draft Cask Handling assessment DCPP Units 1 &2 May 1990 Prepared by Nuclear Assurance Corporation

4. HOLTEC letter (dated 5/7/1993) to PG&E (S. Kamdar) on Fuel Pool Storage Expansion at DCPP

5. PG&E Submittal of NUREG 0612 - May 9, 1983

6. Telephone conversations with the following industry contacts in May 1993:
   a) Mark Fecteau, Westinghouse - (412) 374 2484
   b) Quaresh Dahodwala, PSE&G - (609) 339 1271
   c) Bill Lee, Pacific Sierra Nuclear Corp - (404) 518 7785
   d) Mark Savage, Palisades (Consumer Electric) - (616) 764 8913 x 0333
   e) Mike Saner, Palisades (Consumer Electric) - (616) 764 8913 x 0700
   f) Chris Blessing, Holtec International - (609) 424 0900
   g) Ray Lampert, EPRI - (415) 855 2788
   h) Robert Isacson, Northeast Utilities - (203) 665 3702
   i) Gary Garner, Babcock & Wilcox - (804) 385 2137
   j) Mike Schwartz, Energy Resources International - (202) 785 8833

7. Proceedings: 1991 EEI/UWASTE-EPRI Workshop on At-Reactor Spent Fuel Storage, Prepared by Energy Resources International, Inc.

8. U1C3 Design Sensitivities. Received from Westinghouse in October 87.

9. 2-Year Cycle Study by NCM-NOS April 16, 1990, Chron # 149382

10. NOS 1992 Cycle Runs for Axial Blanket Sensitivity (undocumented)

11. 1992 Acceptance Priority Ranking, Rev. 1, May 1993, U.S. DOE

12. 1992 Annual Capacity Report, Rev. 1, May 1993, U.S. DOE

13. 'High Density Spent Fuel Storage in Spain' Nuclear Plant Journal, July-August 1993

14. Comparative System Economics of Concrete Casks for Spent Fuel Storage, EPRI Study, June 1993




CONTAINS CONFIDENTIAL MATERIAL - SUBJECT TO PROTECTIVE ORDER 

212329

# APPENDIX
# LIFE CYCLE COST ANALYSIS

## A.1. RE-RACKING ALTERNATIVE

Initial Capital Costs

The initial capital costs include design and licensing cost for the re-racking, as well as the delivered cost of the first increment of racks. A vendor (Ref. 4) estimate for the design, engineering, and licensing is $875,750. Considering the previous DCPP re-racking experience and assuming that the re-racking licensing effort would be bigger than that of a dry storage alternative which may not require a plant specific license, this evaluation assumes the design and licensing cost for the re-racking alternative at $1.5 million. For DCPP, the fabrication and delivery cost of the rack is $2,400 per cell.

Installation, Removal, and Disposal Costs

The vendor estimate of removing existing racks and installing the 2063 cell modules is $1.640 million. The installation cost for the second increment is quoted at $461,000. The volume reduction and burial of the old 32 module racks are estimated to cost $2.610 million. It is possible that this cost would be reduced significantly (by about $700,000) if metal melt technology would remain available for the non-boraflex racks. However, no credit is taken for the possibility in this evaluation.

Fuel Shuffling Costs

Fuel in the existing racks would have to be shuffled to facilitate removal or repositioning of the old racks and for loading of the new racks. The estimated labor cost for this evolution is $100 per cell.

Fixed Charges

It is not sure weather PG&E would treat the new racks as new capital item, or as repair or replacement parts and hence as operating expenses. For conservatism, the new racks are treated as capital improvement, and an average charge rate of 4% per year of the re-racking capital cost has been assumed. This rate has been applied to half the initial capital cost to approximate the application of the depreciated value of the racks.

Re-racking Life Cycle Cost Evaluation Model

Using a simple economic model and the cost assumptions discussed above, the total NPV costs for the re-racking are developed (Table A1). Using a discount factor, all costs are discounted to the beginning of cycle year which is 2004. The discount rate is expressed as the difference between the cost of money and the annual inflation or escalation rate. For this evaluation based on the input from NBFM, the cost of money is assumed to be 11.2% and the average annual inflation rate is estimated at 4%. This results in a discount rate of 7.2%.



CONTAINS CONFIDENTIAL MATERIAL - SUBJECT TO PROTECTIVE ORDER 

The model assumes each pool to be re-racked with a new maximum capacity racks of 2063 cells in two increments. Half of the cells are installed in 2004 and the remainder are installed in 2012. All of the existing rack modules would be removed and disposed of in 2004. The annual fixed charges are assumed to occur until 2030 when the fuel is assumed to be shipped out to a DOE facility and the racks are assumed to be decommissioned.

## A.2. ROD CONSOLIDATION ALTERNATIVE

Initial Cost

The initial cost consists of the analysis and licensing of the spent fuel pools to store consolidated fuel in the racks. The analyses would involve seismic and structural integrity calculations for the racks and pools, thermo-hydraulic calculations for the pools, criticality safety calculations, and fuel pool handling. For DCPP, some of these analyses are expected to be extremely challenging and would need state of the art tools. The licensing effort is expected to be bigger than that for a re-racking. Therefore, the total licensing cost is estimated at $2 million.

Campaign Costs

The major costs during a rod consolidation campaign involve labor, consolidated fuel and waste canisters, and disposal filters. The projected cost for a campaign for future technology is reported to be about $12,000 per cell released (Ref. 7). This is consistent with the Northeast Utilities' number based on their on-going consolidation experience.

Fixed Charges

Like re-racking, it is assumed that the alternative would incur annual fixed charges proportional to the capital asset. The average charge rate is assumed to be 4% of the capital asset (canisters). The asset value is assumed to be half of the initial cost to account for the depreciation effect.

Rod Consolidation Life Cycle Cost Evaluation Model

Using a simple economic model and the cost assumptions discussed above, the total NPV costs for the rod consolidation alternative is developed (Table A2). Using a discount factor, all costs are discounted to the beginning of cycle year which is 2004. For this evaluation, as discussed earlier for re-racking, a discount rate of 7.2% is assumed.

The model assumes two campaigns (800 assemblies in 2004 and 550 assemblies in 2013) for Unit 2 and three campaigns (800 assemblies in 2004, 550 in 2014, and 350 assemblies in 2020) for Unit 2. The annual fixed charges are assumed to occur until 2030 when the fuel is assumed to be shipped out to a DOE facility and the racks are assumed to be decommissioned.



CONTAINS CONFIDENTIAL MATERIAL - SUBJECT TO PROTECTIVE ORDER 

212329

## A.3. DRY STORAGE ALTERNATIVE

ISFSI Capital Costs

ISFSI capital cost has been developed by Civil Engineering - NES. The pad area needed for the projected 72 casks is about 18000 $ft^2$. The total cost for engineering, and construction (site preparation, fence, and pads; electrical, security, and lighting systems; and roads' clearing, preparation, grading and paving) ranged from $10 to 30 million depending on the site selected. Design, review and regulatory costs for the effort is estimated at $1 million. The cost of transfer cask, handling equipment, transport equipment, and welding station design and fabrication is estimated at $1.5 million.

The actual cost of ISFSI engineering and construction at the Palisades plant (190' x 35' pad), and one projected by a vendor is less than $2 million. Therefore, the lower end estimate ($10 million) for site development is chosen for this evaluation.

Storage Component Capital Cost

The storage system for the VSC includes the cask body and the MSB. Based upon the discussions with the vendor, Palisades personnel, and assuming the lower end of the price range because of the trend in prices and volume of the storage requirements, the total price per cask is estimated at $320,000.

Storage System Loading Cost

Because of the welding requirements on the MSB canisters, estimating the loading cost for a VSC is fairly complex. For quality considerations, the welding effort would need a training and qualification program. Based on Palisades' experience in loading VSCs, the total loading cost including the labor, QA, training, consumables (helium, weld cover gases, weld wire, dye penetrants, etc.) and person-rem exposure is estimated at $78,000 per cask.

Annual O&M Cost

EPRI Report NP-6032 presents the annual cost for O&M on metal casks and ISFSI. A metal cask typically requires less inspection and has lower verification cost by personnel than a concrete cask. Wisconsin Electric Power Co. has reported its estimate of annual O&M costs for its VSC ISFSI at Point Beach. Using these estimates, the annual cask and ISFSI O&M costs for DCPP dry storage are about $6,300 per VSC.

Fixed Charges

These are *ad valorem* costs based upon the book value of the capital asset that PG&E would pay to cover increases for local taxes and insurance related to the ISFSI. This evaluation assumes that the average fixed charge rate is 4% of the ISFSI and cask capital cost per year. To address the depreciation effect, the rate is levelized so that it is applied to half the initial capital asset value.



CONTAINS CONFIDENTIAL MATERIAL - SUBJECT TO PROTECTIVE ORDER 

Decommissioning Costs

Decommissioning consists of cask unloading, cask decommissioning and disposal, and ISFSI decommissioning and disposal. The unloading costs are assumed to be 80% of the loading costs. Based on the data published in ORNL HR/JAI-289 'Use of Transportable Storage Casks in the Nuclear Waste Management System' the cask decommissioning cost is estimated at $54,100 per VSC. The ISFSI decommissioning costs are estimated at 7% of the ISFSI capital cost.

VSC Dry Storage Life Cycle Cost Evaluation Model

Using a simple economic model and the cost assumptions discussed above, the total NPV costs for the dry storage alternative are developed (Table A3). As discussed in the Re-racking cost model, a discount rate of 7.2% is used. The model assumes six campaigns of 12 casks each at every three year intervals beginning in 2004. The plant is assumed to shutdown in 2025. The cask unloading back in to the spent fuel pools for shipments to DOE, and decommissioning of ISFSI and casks is assumed to occur in 2030.



CONTAINS CONFIDENTIAL MATERIAL - SUBJECT TO PROTECTIVE ORDER 

212329

# DCPP UNIT 1 FUEL DISCHARGE SCHEDULE
As Of August 1993

| Refueling Date | No. of Assemblies Discharged During Refueling | Total Discharged Assemblies In Spent Fuel Pool | Remaining Storage Capacity | Note |
|---|---|---|---|---|
| ***Sep-86*** | ***68*** | ***68*** | ***1256*** | |
| ***Mar-88*** | ***76*** | ***144*** | ***1180*** | |
| ***Sep-89*** | ***56*** | ***200*** | ***1124*** | |
| ***Mar-91*** | ***88*** | ***288*** | ***1036*** | |
| ***Sep-92*** | ***88*** | ***376*** | ***948*** | |
| Mar-94 | 84 | 460 | 864 | 1 |
| Sep-95 | 84 | 544 | 780 | |
| Mar-97 | 84 | 628 | 696 | 2 |
| Sep-98 | 84 | 712 | 612 | |
| Mar-00 | 84 | 796 | 528 | 3 |
| Sep-01 | 84 | 880 | 444 | |
| Mar-03 | 84 | 964 | 360 | |
| Sep-04 | 84 | 1048 | 276 | |
| Mar-06 | 84 | 1132 | 192 | 4 |
| Sep-07 | 84 | 1216 | 108 | |
| Mar-09 | 84 | 1300 | 24 | |
| Sep-10 | 84 | 1384 | 0 | 5 |
| Mar-12 | 84 | 1468 | 0 | |
| Sep-13 | 84 | 1552 | 0 | |
| Mar-15 | 84 | 1636 | 0 | |
| Sep-16 | 84 | 1720 | 0 | |
| Mar-18 | 84 | 1804 | 0 | |
| Sep-19 | 84 | 1888 | 0 | |
| Mar-21 | 193 | 2081 | 0 | 6 |

***Italics bold indicates actual values*** Normal font shows projections

Total Assemblies Discharged = 2081
Current StorageCapacity=1324 Cells
Region 1 Capacity=290 Cells
Region 2 Capacity=1034 Cells
Region 2 Exclusion Zone Cells=585
Region 2 Non-Exclusion Zone Cells=449
Note 1. Assemblies must be relocated in Region1 to allow cask handling
Note 2. Loss of full core offload reserve when handling cask
Note 3. Cask can not be handled - fuel in the Exclusion Zone
Note 4. Loss of full core reserve
Note 5. No Room for Spent Fuel in the Pool, Plant Would Shutdown
Note 6.End of 40 year operating license

Table 1

## DCPP UNIT 2 FUEL DISCHARGE SCHEDULE

As ofAugust 1993

| Refueling Date | No. of Assemblies Discharged During Refueling | Total Discharged Assemblies In Spent Fuel Pool | Remaining Storage Capacity | Note |
|---|---|---|---|---|
| *Apr-87* | *68* | *68* | *1249* | |
| *Sep-88* | *76* | *144* | *1173* | |
| *Mar-90* | *80* | *224* | *1093* | |
| *Sep-91* | *84* | *308* | *1009* | |
| *Mar-93* | *88* | *396* | *921* | |
| Sep-94 | 84 | 480 | 837 | 1 |
| Mar-96 | 84 | 564 | 753 | 2 |
| Sep-97 | 84 | 648 | 669 | |
| Mar-99 | 84 | 732 | 585 | |
| Sep-00 | 84 | 816 | 501 | 3 |
| Mar-02 | 84 | 900 | 417 | |
| Sep-03 | 84 | 984 | 333 | |
| Mar-05 | 84 | 1068 | 249 | |
| Sep-06 | 84 | 1152 | 165 | 4 |
| Mar-08 | 84 | 1236 | 81 | 5 |
| Sep-09 | 84 | 1320 | 0 | |
| Mar-11 | 84 | 1404 | 0 | |
| Sep-12 | 84 | 1488 | 0 | |
| Mar-14 | 84 | 1572 | 0 | |
| Sep-15 | 84 | 1656 | 0 | |
| Mar-17 | 84 | 1740 | 0 | |
| Sep-18 | 84 | 1824 | 0 | |
| Mar-20 | 84 | 1908 | 0 | |
| Sep-21 | 84 | 1992 | 0 | |
| Mar-23 | 84 | 2076 | 0 | |
| Sep-24 | 193 | 2269 | 0 | 6 |

*Italics indicates actual values* Normal font shows projections

TotalAssemblies Discharged = 2269
Total Storage Capacity=1324 Cells, 7 Cells Not Useable
Region 1 Capacity=290 Cells
Region 2 Capacity=1034 Cells, 7 Cells Not Useable
Region 2 Exclusion Zone Cells=585
Region 2 Non-Exclusion Zone Cells=449
Note 1. Assemblies must be relocated in Region1 to allow cask handling
Note 2. Loss of full core offload reserve when handling cask
Note 3. Cask can not be handled because fuel in the Exclusion Zone
Note 4. Loss of full core reserve
Note 5. Loss of reload fuel storage
Note 6. End of 40-year Operating License in 2025

**Table 2**

## DCPP UNIT 1 FUEL DISCHARGE SCHEDULE
## REDUCED DISCHARGE RATE CASE

As of August 1993

| Refueling Date | No. of Assemblies Discharged During Refueling | Total Discharged Assemblies In Spent Fuel Pool | Remaining Storage Capacity | Note |
|---|---|---|---|---|
| ***Sep-86*** | ***68*** | ***68*** | ***1256*** | |
| ***Mar-88*** | ***76*** | ***144*** | ***1180*** | |
| ***Sep-89*** | ***56*** | ***200*** | ***1124*** | |
| ***Mar-91*** | ***88*** | ***288*** | ***1036*** | |
| ***Sep-92*** | ***88*** | ***376*** | ***948*** | |
| Mar-94 | 84 | 460 | 864 | 1 |
| Sep-95 | 84 | 544 | 780 | |
| Mar-97 | 76 | 620 | 704 | 2 |
| Sep-98 | 76 | 696 | 628 | |
| Mar-00 | 76 | 772 | 552 | 3 |
| Sep-01 | 76 | 848 | 476 | |
| Mar-03 | 76 | 924 | 400 | |
| Sep-04 | 76 | 1000 | 324 | |
| Mar-06 | 76 | 1076 | 248 | |
| Sep-07 | 76 | 1152 | 172 | 4 |
| Mar-09 | 76 | 1228 | 96 | |
| Sep-10 | 76 | 1304 | 20 | |
| Mar-12 | 76 | 1380 | 0 | 5 |
| Sep-13 | 76 | 1456 | 0 | |
| Mar-15 | 76 | 1532 | 0 | |
| Sep-16 | 76 | 1608 | 0 | |
| Mar-18 | 76 | 1684 | 0 | |
| Sep-19 | 76 | 1760 | 0 | |
| Mar-21 | 193 | 1953 | 0 | 6 |

***Italics bold indicates actual values*** Normal font shows projections

Total Assemblies Discharged = 1953 Cells
Total StorageCapacity = 1324 Cells
Region 1 Capacity = 290 Cells
Region 2 Capacity = 1034 Cells
Region 2 Exclusion Zone Cells = 585
Region 2 Non-Exclusion Zone Cells = 449
Note 1. Assemblies must be relocated in Region1 to allow cask handling
Note 2. Loss of full core offload reserve when handling cask
Note 3. Cask can not be handled - fuel in the Exclusion Zone
Note 4. Loss of full core reserve
Note 5. Spent Fuel from Reactor Can Not be Offloaded in SFP, Plant Would Shutdown
Note 6.End of 40 year operating license

**Table 3**

## DCPP UNIT 2 FUEL DISCHARGE SCHEDULE
## REDUCED DISCHARGE RATE CASE

As of August 1993

| Refueling Date | No. of Assemblies Discharged During Refueling | Total Discharged Assemblies In Spent Fuel Pool | Remaining Storage Capacity | Note |
|---|---|---|---|---|
| *Apr-87* | *68* | *68* | *1249* | |
| *Sep-88* | *76* | *144* | *1173* | |
| *Mar-90* | *80* | *224* | *1093* | |
| *Sep-91* | *84* | *308* | *1009* | |
| *Mar-93* | *88* | *396* | *921* | |
| Sep-94 | 84 | 480 | 837 | 1 |
| Mar-96 | 84 | 564 | 753 | 2 |
| Sep-97 | 76 | 640 | 677 | |
| Mar-99 | 76 | 716 | 601 | |
| Sep-00 | 76 | 792 | 525 | 3 |
| Mar-02 | 76 | 868 | 449 | |
| Sep-03 | 76 | 944 | 373 | |
| Mar-05 | 76 | 1020 | 297 | |
| Sep-06 | 76 | 1096 | 221 | |
| Mar-08 | 76 | 1172 | 145 | 4 |
| Sep-09 | 76 | 1248 | 69 | |
| Mar-11 | 76 | 1324 | 0 | 5 |
| Sep-12 | 76 | 1400 | 0 | |
| Mar-14 | 76 | 1476 | 0 | |
| Sep-15 | 76 | 1552 | 0 | |
| Mar-17 | 76 | 1628 | 0 | |
| Sep-18 | 76 | 1704 | 0 | |
| Mar-20 | 76 | 1780 | 0 | |
| Sep-21 | 76 | 1856 | 0 | |
| Mar-23 | 76 | 1932 | 0 | |
| Sep-24 | 193 | 2125 | 0 | 6 |

*Italics indicates actual values* Normal font shows projections

Total Assemblies Discharged = 2125 Cells
Current Storage Capacity=1324 Cells, 7 Cells Not Useable
Region 1 Capacity=290 Cells
Region 2 Capacity=1034 Cells, 7 Cells Not Useable
Region 2 Exclusion Zone Cells=585
Region 2 Non-Exclusion Zone Cells=449
Note 1. Assemblies must be relocated in Region1 to allow cask handling
Note 2. Loss of full core offload reserve when handling cask
Note 3. Cask can not be handled because fuel in the Exclusion Zone
Note 4. Loss of full core reserve
Note 5. Spent Fuel form Reactor Can Not be Offloaded in SFP, Plant Would Shutdown
Note 6. End of 40-year Operating License in 2025

Table 4

CONTAINS CONFIDENTIAL MATERIAL - SUBJECT TO PROTECTIVE ORDER

## DCPP UNIT 1 ON-SITE STORAGE

## RE-RACKING ALTERNATIVE

As of August 1993

| Refueling Date | Assemblies Discharged during refueling | Cumulative Dischaged Assemblies | Remaining Storage Capacity | Remaining Capacity w. MRS | Note |
|---|---|---|---|---|---|
| ***Sep-86*** | ***68*** | ***68*** | ***1256*** | ***1256*** | |
| ***Mar-88*** | ***76*** | ***144*** | ***1180*** | ***1180*** | |
| ***Sep-89*** | ***56*** | ***200*** | ***1124*** | ***1124*** | |
| ***Mar-91*** | ***88*** | ***288*** | ***1036*** | ***1036*** | |
| ***Sep-92*** | ***88*** | ***376*** | ***948*** | ***948*** | |
| Mar-94 | 84 | 460 | 864 | 864 | |
| Sep-95 | 84 | 544 | 780 | 780 | |
| Mar-97 | 84 | 628 | 696 | 696 | |
| Sep-98 | 84 | 712 | 612 | 612 | |
| Mar-00 | 84 | 796 | 528 | 528 | |
| Sep-01 | 84 | 880 | 444 | 444 | |
| Mar-03 | 84 | 964 | 360 | 360 | |
| Sep-04 | 84 | 1048 | 1015 | 1015 | 1 |
| Mar-06 | 84 | 1132 | 931 | 931 | |
| Sep-07 | 84 | 1216 | 847 | 847 | |
| Mar-09 | 84 | 1300 | 763 | 763 | |
| Sep-10 | 84 | 1384 | 679 | 679 | |
| Mar-12 | 84 | 1468 | 595 | 595 | |
| Sep-13 | 84 | 1552 | 511 | 577 | 2 |
| Mar-15 | 84 | 1636 | 427 | 493 | |
| Sep-16 | 84 | 1720 | 343 | 477 | |
| Mar-18 | 84 | 1804 | 259 | 393 | |
| Sep-19 | 84 | 1888 | 175 | 374 | 3 |
| Mar-21 | 193 | 2081 | 0 | 181 | 4 |

***Italics bold indicates actual values*** Normal font shows projections

Total Assemblies discharged: At Current Rate=2081, At Reduced Discharge Rate=1953

Note 1. Rack Capacity Expanded From 1324 to 2063 Cells

Note 2. Begin Shipment to MRS in 2013. Total Life Shipments through 2023=288 assemblies

Note 3. Loss of FCR at Current Discharge Rate Without MRS Shipments

Note 4. End of 40 year Operating License

Table 5

CONTAINS CONFIDENTIAL MATERIAL - SUBJECT TO PROTECTIVE ORDER

212329

## DCPP UNIT 2 ON-SITE STORAGE

## RE-RACKING ALTERNATIVE

As of August 1993

| Refueling Date | Assemblies Discharged During Refueling | Cumulative Discharged Assemblies | Remaining Storage Capacity | Remaining Storage Capacity with MRS | Note |
|---|---|---|---|---|---|
| *Apr-87* | *68* | *68* | *1249* | *1249* | |
| *Sep-88* | *76* | *144* | *1173* | *1173* | |
| *Mar-90* | *80* | *224* | *1093* | *1093* | |
| *Sep-91* | *84* | *308* | *1009* | *1009* | |
| *Mar-93* | *88* | *396* | *921* | *921* | |
| Sep-94 | 84 | 480 | 837 | 837 | |
| Mar-96 | 84 | 564 | 753 | 753 | |
| Sep-97 | 84 | 648 | 669 | 669 | |
| Mar-99 | 84 | 732 | 585 | 585 | |
| Sep-00 | 84 | 816 | 501 | 501 | |
| Mar-02 | 84 | 900 | 417 | 417 | |
| Sep-03 | 84 | 984 | 333 | 333 | |
| Mar-05 | 84 | 1068 | 995 | 995 | 1 |
| Sep-06 | 84 | 1152 | 911 | 911 | |
| Mar-08 | 84 | 1236 | 827 | 827 | |
| Sep-09 | 84 | 1320 | 743 | 743 | |
| Mar-11 | 84 | 1404 | 659 | 659 | |
| Sep-12 | 84 | 1488 | 575 | 575 | |
| Mar-14 | 84 | 1572 | 491 | 528 | |
| Sep-15 | 84 | 1656 | 407 | 444 | |
| Mar-17 | 84 | 1740 | 323 | 434 | |
| Sep-18 | 84 | 1824 | 239 | 350 | |
| Mar-20 | 84 | 1908 | 155 | 350 | 3 |
| Sep-21 | 84 | 1992 | 71 | 266 | |
| Mar-23 | 84 | 2076 | 0 | 295 | 4 |
| Sep-24 | 193 | 2269 | 0 | 133 | 5 |

***Italics indicates actual values*** Normal font shows projections

Total Assemblies Discharged At Current Rate=2269, At Reduced Discharge Rate=2125
Note 1. Rack Capacity Expanded From 1317 to 2063 Cells
Note 2. Begin Shipment to MRS. Total MRS Shipments Through 2025=308
Note 3. Loss of Full Core Reserve At Current Rate for Non-MRS Scenario
Note 4. Not Enough Space in Pool For Refueling
Note 5. End of 40-Year License in 2025

Table 6

CONTAINS CONFIDENTIAL MATERIAL - SUBJECT TO PROTECTIVE ORDER

## DCPP UNIT 1 ON-SITE STORAGE

# FUEL ROD CONSOLIDATION ALTERNATIVE

As of August 1993

| Refueling Date | Assemblies Discharged during refueling | Cumulative Dischaged Assemblies | Remaining Storage Capacity | Remaining Capacity w. MRS | Note |
|---|---|---|---|---|---|
| ***Sep-86*** | ***68*** | ***68*** | ***1256*** | ***1256*** | |
| ***Mar-88*** | ***76*** | ***144*** | ***1180*** | ***1180*** | |
| ***Sep-89*** | ***56*** | ***200*** | ***1124*** | ***1124*** | |
| ***Mar-91*** | ***88*** | ***288*** | ***1036*** | ***1036*** | |
| ***Sep-92*** | ***88*** | ***376*** | ***948*** | ***948*** | |
| Mar-94 | 84 | 460 | 864 | 864 | |
| Sep-95 | 84 | 544 | 780 | 780 | |
| Mar-97 | 84 | 628 | 696 | 696 | |
| Sep-98 | 84 | 712 | 612 | 612 | |
| Mar-00 | 84 | 796 | 528 | 528 | |
| Sep-01 | 84 | 880 | 444 | 444 | |
| Mar-03 | 84 | 964 | 360 | 360 | |
| Sep-04 | 84 | 1048 | 676 | 676 | 1 |
| Mar-06 | 84 | 1132 | 592 | 592 | |
| Sep-07 | 84 | 1216 | 508 | 508 | |
| Mar-09 | 84 | 1300 | 424 | 424 | |
| Sep-10 | 84 | 1384 | 340 | 340 | |
| Mar-12 | 84 | 1468 | 256 | 256 | |
| Sep-13 | 84 | 1552 | 447 | 468 | 2, 3 |
| Mar-15 | 84 | 1636 | 363 | 384 | |
| Sep-16 | 84 | 1720 | 279 | 368 | |
| Mar-18 | 84 | 1804 | 195 | 284 | |
| Sep-19 | 84 | 1888 | 111 | 265 | 4 |
| Mar-21 | 193 | 2081 | 0 | 103 | 5 |

***Italics bold indicates actual values*** Normal font shows projections

Total Assemblies Discharged: At Current Rate=2081, At Reduced Discharge Rate=1953
Total Assemblies Consolidated in Two Campaigns=1350, Cells Released=675
Note 1. Campaign #1, 800 Assemblies Consolidated @ True 2:1 Ratio Releasing 400 Cells
Note 2. Began Shipment to MRS in 2013, Total Shipment through 2023=288
Note 3. Camapign #2, Consolidate 550 Assemblies @ 2:1 Ratio Releasing 275 Cells
Note 4. Loss of Full Core Offload for the Base Case
Note 5. End of 40 Year Operating License

Table 7

## DCPP UNIT 2 ON-SITE STORAGE
# FUEL ROD CONSOLIDATION ALTERNATIVE

As of August 1993

| Refueling Date | Assemblies Discharged During Refueling | Cumulative Discharged Assemblies | Remaining Storage Capacity | Remaining Storage Capacity with MRS | Note |
|---|---|---|---|---|---|
| *Apr-87* | *68* | *68* | *1249* | *1249* | |
| *Sep-88* | *76* | *144* | *1173* | *1173* | |
| *Mar-90* | *80* | *224* | *1093* | *1093* | |
| *Sep-91* | *84* | *308* | *1009* | *1009* | |
| *Mar-93* | *88* | *396* | *921* | *921* | |
| Sep-94 | 84 | 480 | 837 | 837 | |
| Mar-96 | 84 | 564 | 753 | 753 | |
| Sep-97 | 84 | 648 | 669 | 669 | 1 |
| Mar-99 | 84 | 732 | 585 | 585 | |
| Sep-00 | 84 | 816 | 501 | 501 | |
| Mar-02 | 84 | 900 | 417 | 417 | |
| Sep-03 | 84 | 984 | 333 | 333 | |
| Mar-05 | 84 | 1068 | 649 | 649 | 1 |
| Sep-06 | 84 | 1152 | 565 | 565 | |
| Mar-08 | 84 | 1236 | 481 | 481 | |
| Sep-09 | 84 | 1320 | 397 | 397 | |
| Mar-11 | 84 | 1404 | 313 | 313 | |
| Sep-12 | 84 | 1488 | 229 | 229 | |
| Mar-14 | 84 | 1572 | 420 | 457 | 2, 3 |
| Sep-15 | 84 | 1656 | 336 | 373 | |
| Mar-17 | 84 | 1740 | 252 | 363 | |
| Sep-18 | 84 | 1824 | 168 | 279 | |
| Mar-20 | 84 | 1908 | 259 | 279 | 4 |
| Sep-21 | 84 | 1992 | 175 | 195 | 5 |
| Mar-23 | 84 | 2076 | 91 | 224 | |
| Sep-24 | 193 | 2269 | -172 | 31 | 6 |

*Italics indicates actual values* Normal font shows projections

Total Assemblies Discharged: At Current Rate=2269, At Reduced Discharge Rate=2125
Total Assemblies Consolidated At Current Rate, No MRS=1700 In 3 Campaigns, Cells Released=850
Note1. Campaign #1, 800 Assemblies Consolidated, Releasing 400 Cells
Note 2. Begin Shipment to MRS in 2014, Total Shipment=308 Assemblies
Note 3. Campaign #2, 550 Assemblies Consolidated Releasing 275 Cells
Note 4. Campaign #3, 350 Assemblies Consolidated Releasing 175 Cells
Note 5. Loss of Full Core Reserve for Non-MRS Scenario
Note 6. End of 40-Year License in 2025

Table 8

CONTAINS CONFIDENTIAL MATERIAL - SUBJECT TO PROTECTIVE ORDER

## DCPP UNIT 1 ON-SITE STORAGE
# DRY CASK STORAGE ALTERNATIVE
As of August 1993

| | | | Without MRS | | With MRS | | |
|---|---|---|---|---|---|---|---|
| Refueling Date | Assemblies Discharged During refueling | Cumulative Dischaged Assemblies | Remaining Capacity | Casks Needed | Remaining Capacity | Casks Needed | Note |
| ***Sep-86*** | ***68*** | ***68*** | ***1256*** | | ***1256*** | | |
| ***Mar-88*** | ***76*** | ***144*** | ***1180*** | | ***1180*** | | |
| ***Sep-89*** | ***56*** | ***200*** | ***1124*** | | ***1124*** | | |
| ***Mar-91*** | ***88*** | ***288*** | ***1036*** | | ***1036*** | | |
| ***Sep-92*** | ***88*** | ***376*** | ***948*** | | ***948*** | | |
| Mar-94 | 84 | 460 | 864 | | 864 | | |
| Sep-95 | 84 | 544 | 780 | | 780 | | |
| Mar-97 | 84 | 628 | 696 | | 696 | | |
| Sep-98 | 84 | 712 | 612 | | 612 | | |
| Mar-00 | 84 | 796 | 528 | | 528 | | |
| Sep-01 | 84 | 880 | 444 | | 444 | | |
| Mar-03 | 84 | 964 | 360 | | 360 | | |
| Sep-04 | 84 | 1048 | 276 | | 276 | | |
| Mar-06 | 84 | 1132 | 216 | 1 | 216 | 1 | 1 |
| Sep-07 | 84 | 1216 | 204 | 3 | 204 | 3 | |
| Mar-09 | 84 | 1300 | 216 | 4 | 216 | 4 | |
| Sep-10 | 84 | 1384 | 204 | 3 | 204 | 3 | |
| Mar-12 | 84 | 1468 | 216 | 4 | 216 | 4 | |
| Sep-13 | 84 | 1552 | 204 | 3 | 198 | 0 | 2 |
| Mar-15 | 84 | 1636 | 216 | 4 | 186 | 3 | |
| Sep-16 | 84 | 1720 | 204 | 3 | 194 | 1 | |
| Mar-18 | 84 | 1804 | 216 | 4 | 206 | 4 | |
| Sep-19 | 84 | 1888 | 204 | 3 | 211 | 1 | |
| Mar-21 | 193 | 2081 | 11 | 0 | 18 | 0 | 3 |

***Italics bold indicates actual values*** Normal font shows projections

Total Assemblies Discharged: At Current Rate=2081, At Reduced Discharge Rate=1953
For Non-MRS Scenario: Casks=32, Assemblies in Casks = 768
For MRS Scenario: Casks=24, Assemblies in Casks=576
Note 1. Begin Storing Fuel in Casks @ 24 Assemblies per Cask
Note 2. Begin Shipment to MRS In 2013
Note 3. End of 40 year operating license

Table 9

CONTAINS CONFIDENTIAL MATERIAL - SUBJECT TO PROTECTIVE ORDER

## DCPP UNIT 2 ON-SITE STORAGE

# DRY CASK STORAGE ALTERNATIVE

As of August 1993

| | | | Without MRS | | With MRS | | |
|---|---|---|---|---|---|---|---|
| Refueling Date | Assemblies Discharged During Refueling | Cumulative Discharged Assemblies | Remaining Capacity | Casks Needed | Remaining Capacity | Casks Needed | Notes |
| *Apr-87* | *68* | *68* | *1249* | | *1249* | | |
| *Sep-88* | *76* | *144* | *1173* | | *1173* | | |
| *Mar-90* | *80* | *224* | *1093* | | *1093* | | |
| *Sep-91* | *84* | *308* | *1009* | | *1009* | | |
| *Mar-93* | *88* | *396* | *921* | | *921* | | |
| Sep-94 | 84 | 480 | 837 | | 837 | | |
| Mar-96 | 84 | 564 | 753 | | 753 | | |
| Sep-97 | 84 | 648 | 669 | | 669 | | |
| Mar-99 | 84 | 732 | 585 | | 585 | | |
| Sep-00 | 84 | 816 | 501 | | 501 | | |
| Mar-02 | 84 | 900 | 417 | | 417 | | |
| Sep-03 | 84 | 984 | 333 | | 333 | | |
| Mar-05 | 84 | 1068 | 249 | | 249 | | |
| Sep-06 | 84 | 1152 | 213 | 2 | 213 | 2 | |
| Mar-08 | 84 | 1236 | 201 | 3 | 201 | 3 | 1 |
| Sep-09 | 84 | 1320 | 213 | 4 | 213 | 4 | |
| Mar-11 | 84 | 1404 | 201 | 3 | 201 | 3 | |
| Sep-12 | 84 | 1488 | 213 | 4 | 213 | 4 | |
| Mar-14 | 84 | 1572 | 201 | 3 | 214 | 2 | 2 |
| Sep-15 | 84 | 1656 | 213 | 4 | 202 | 3 | |
| Mar-17 | 84 | 1740 | 201 | 3 | 216 | 1 | |
| Sep-18 | 84 | 1824 | 213 | 4 | 204 | 3 | |
| Mar-20 | 84 | 1908 | 201 | 3 | 204 | 0 | |
| Sep-21 | 84 | 1992 | 213 | 4 | 216 | 4 | |
| Mar-23 | 84 | 2076 | 201 | 3 | 204 | 3 | |
| Sep-24 | 193 | 2269 | 8 | 0 | 11 | 0 | 3 |

*Italics indicates actual values* Normal font shows projections

Total Assemblies Discharged; At Current Rate=2269, At Reduced Discharge Rate=2125
For Non-MRS Scenario: Casks Needed=40, Assemblies Casked=960
For MRS Scenario, Casks Needed=32, Assemblies Casked=768
Note 1. Begin Storing Fuel In Casks @24 Assemblies per Cask
Note 2. Begin Shipments to MRS In 2014
Note 3. End of 40 Year Operating License

Table 10

212329

## CASH FLOW ANALYSIS FOR RE-RACKING
(Costs in $000)

| | | |
|---|---|---|
| Design Licensing Cost | DLC | 1500 |
| Number of New Cells, 1st Add. | NNC1 | 2063 |
| Capital Cost/Cell, Ist Addition | CC1 | 2.4 |
| Installation Cost/Cell | INC | 0.795 |
| Disposal Cost for Old Cells | DISP | 2610 |
| Fuel Shuffle Cost | FSC | 264.8 |
| No. of New Cells, 2nd Addition | NNC2 | 2063 |
| Capital Cost/Cell, 2nd Addition | CC2 | 2.4 |
| Installation Cost, 2nd Addtion | INC2 | 0.461 |
| Years Between 1st & 2nd Add. | x | 8 |
| Annual Discount Rate | I | 0.072 |
| Initial Capital Cost | ICC | 6451.2 |
| Installation/Removal Cost, Ist Time | MIC1 | 4514.885 |
| Capital, Installation 2nd Addition | MA2 | 2839.178 |
| Total Fixed Charges | FC | 2061.035 |
| Net Present Value of Re-racking | NPVR | 15866.3 |

**Initial Capital Cost (ICC):** DLC+(NNC1*CC!)

**Removal & Installation Costs, 1st Add. (MIC1):**
(NNC1*INC)+FSC+DISP

**Capital, Removal & Inst. Cost, 2nd Addition (MA2):**
(NNC2*CC2+INC)*(1+I)^-x

**Total Fixed Charges (FC):**
.04*ICC/2*(Sum of (1+I)^-n, where n=1 thru 26 years)+
.04*NNC2*CC2/2*(1+I)^-n, where n=9 thru 26

**Net Present Value Cost for Reracking (NPVR)**
ICC+MIC1+MA2+FC

Table A1

CONTAINS CONFIDENTIAL MATERIAL - SUBJECT TO PROTECTIVE ORDER

**CASH FLOW ANALYSIS FOR ROD CONSOLIDATION**
**(Costs in $000)**

| | | |
|---|---|---|
| Design Licensing Cost | DLC | 1500 |
| Canister cost | CAN | 4.7 |
| Capital Cost/Cell Released | CC | 13 |
| Cells Released, First Campaign | CR1 | 800 |
| Cells Released Second Campaign | CR2 | 550 |
| Cells Released Third Campaign | CR3 | 175 |
| Year of the Second Campaign | Y2 | 2013 |
| Year of the Third Campaign | Y3 | 2020 |
| Annual Discount Rate | I | 0.072 |
| Initial Cost | IC | 11900 |
| Cost of 2nd Campaign | CC2 | 3824.309 |
| Cost of 3rd Campaign | CC3 | 747.9367 |
| Fix Charges, NPV | FC | 1558.414 |
| Net Present Value of Rod Consolidati | NPVC | 18030.66 |

**Initial Cost (IC):** DLC+(CC*CR1)

**Cost of Second Campaign (CC2):** CC*CR2*(1+I)^-9

**Cost of Third Campaign (CC3):** CC*CR3*(1+I)^-16

**Fixed Cost (FC):**
.04*(DLC+CAN*CR1)/2*(Sum of (1+I)^-n, n=1,26)+
.04*CAN*CR2/2*(Sum of (1+I)^-n, n=9,26)+
.04*CAN*CR3/2*(Sum of (1+I)^-n, n=16,26)

**Net Present Value of Consolidation (NPVC):**
IC+CC2+CC3+FC

**Table A2**

## CASH FLOW ANALYSIS FOR DRY STORAGE

(Costs In $000)

| | | |
|---|---|---|
| Design Licensing Cost | DLC | 1000 |
| ISFSI Construction Cost | IC | 10000 |
| Transfer System Cost | TSC | 1200 |
| No. of Casks Each Campaign | NC1 | 12 |
| No. of Campaigns | x | 6 |
| Cask Capital Cost | CC | 320 |
| Annual ISFSI & Cask O&M Cost | OM | 6.3 |
| Annual FC for ISFSI | FCI | 244 |
| Annual FC for Casks | FC1 | 76.8 |
| Years Between Each Campaign | y | 3 |
| Discount Rate | i | 0.072 |
| Loading Cost per Canister | LC | 78.2 |
| Unloading Cost Factor | z | 0.8 |
| Cask Disposal Cost | CDC | 54.1 |
| Initial Capital Cost | ICC | 12200 |
| Cask Capital and Loading Cost | CCL | 18120.32 |
| O&M Cost | TOM | 2948.319 |
| Fixed Cost | FC | 5828.112 |
| ISFSI and Cask Decommissioning | DEC | 779.0333 |
| Unloading Cost | TUC | 738.8645 |
| Net Present Value of Dry Storage | NPVD | 40614.65 |

**Initial Capital Costs (ICC):** DLC+IC+TSC

**Cask Capital and Loading Costs (CCL):**
NC1*(CC+LC)*(1+ sum of (1+i)^-n, n=3,6,..15)

**O&M Costs (TOM):**
OM*NC1*((sum of (1+i)^-n, n=1 to 26+sum of (1+i)^nn n=4 to 26 + sum of (1+i)^-n, n=7 to 26 + sum of (1+i)^-n, n=10 to 26)+ sum of (1+i)^-n, n=13 to 26 + sum of (1+i)^-n, n=16 to 26)

**Fixed Costs (FC):**
FCI*(sum of (1+i)^-n, n=1 to 26 + FC1*(sum of (1+i)^-n, n=1 to 26+ sum of (1+i)^-n, n=4 to 26 + sum of (1+i)^-n, n=7 to 26 + sum of (1+i)^-n, n=10 tp 26 + sum of (1+i)^-n, n=13 to 26 + sum of (1+i)^-n, n=16 to 26)

**ISFSI and Cask Decommissioning (DEC):**
(x*NC1*CDC+.07*ICC)*(1+i)^-26

**Unloading Costs (TUC):**
z*CDC*x*NC1*(1+i)^-26

**Net Present Value Cost for Dry Storage (NPVD):**
ICC+CCL+TOM+FC+DEC+TUC

Table A3

CONTAINS CONFIDENTIAL MATERIAL - SUBJECT TO PROTECTIVE ORDER

212329

**Present Worth Table**
Discount Rate = 7.2%

| Year | Rate | Worth |
|---|---|---|
| 1 | 0.072 | 0.932836 |
| 2 | 0.072 | 0.870183 |
| 3 | 0.072 | 0.811738 |
| 4 | 0.072 | 0.757218 |
| 5 | 0.072 | 0.70636 |
| 6 | 0.072 | 0.658918 |
| 7 | 0.072 | 0.614662 |
| 8 | 0.072 | 0.573379 |
| 9 | 0.072 | 0.534868 |
| 10 | 0.072 | 0.498944 |
| 11 | 0.072 | 0.465433 |
| 12 | 0.072 | 0.434173 |
| 13 | 0.072 | 0.405012 |
| 14 | 0.072 | 0.37781 |
| 15 | 0.072 | 0.352434 |
| 16 | 0.072 | 0.328763 |
| 17 | 0.072 | 0.306682 |
| 18 | 0.072 | 0.286084 |
| 19 | 0.072 | 0.26687 |
| 20 | 0.072 | 0.248946 |
| 21 | 0.072 | 0.232225 |
| 22 | 0.072 | 0.216628 |
| 23 | 0.072 | 0.202078 |
| 24 | 0.072 | 0.188506 |
| 25 | 0.072 | 0.175845 |
| 26 | 0.072 | 0.164035 |

**Table A4**