# In the United States Court of Federal Claims

**04-74C**

**Filed: October 26, 2006**

**PACIFIC GAS & ELECTRIC COMPANY**

**v.**

**THE UNITED STATES**

**CUMULATIVE INDEX (one volume)**
**Filed with Plaintiff and Defendant's Exhibit's**
**June 5, 2006 through June 15, 2006**

The above document has been filed with the Clerk's Office in hard copy and is not available electronically. To view this document please contact the Clerk's Office at (202) 357-6400 between the hours of 8:45 am and 5:15 pm Eastern time.