PX - 2, 6, 8, 22, 35, 36, 47, 51, 54, 57, 59, 60, 61, 62, 68, 73
81, 82-86, 92, 93, 96, 97, 104, 112, 125, 134, 136,
142, 144, 145, 155, 158, 161, 169, 177, 184, 185, 187, 200,
208, 209, 228, 238, 239, 255, 256, 263, 266, 272, 284,
287, 298, 300, 302, 306, 310, 315, 319, 329, 330, 335, 353
362, 365, 377, 380, 382, 384, 401, 402-407, 415, 427, 428
429, 430-433, 499, 545, 553, 631, 649, 651, 720, 721, 722

DX - 2, 2.34, 3.66, 3.11, 3.113, 3.22, 3.37, 3.38, 7, 12, 17, 29,
35, 38, 44, 57, 65, 74, 88, 90, 107, 111, 112, 120, 122, 143,
148, 151, 153, 155, 164, 175, 179, 187, 189, 192, 193, 195,
196-198, 201, 210 (first 2 pages), 224, 226, 232, 235,
236, 242, 254 (the first 2 pages), 258, 260, 263, 270, 272,
282, 307, 325, 345, 355, 361, 366, 371, 374, 402, 408,
420, 443, 445, 447, 457, 470, 475, 477, 483, 525,
547, 547A, 550, 559, 562, 579, 590, 605, 641, 682,
684 03, 713, 744, 765, 767, 787, 792, 815, 831,
891, 1062, 1073, 1094, 1122, 1181 (first page), 1224, 1229