United States Court of Federal Claims
717 MADISON PLACE, N.W.
WASHINGTON, DC 20005

October 26, 2006

Jerry Stouck, Esquire
Greenberg Traurig
800 Connecticut Avenue, NW
Washington, DC 20006

In re: Pacific Gas & Electric Company v. United States,
Nos. 04-74C and 04-75C

Dear Mr. Stouck:

I enclose herewith the 28 U.S.C. §2517 certified transcript of judgment, dated October 16 2006, in the above-entitled case.

As to the procedure for obtaining payment of this judgment, see the enclosed Instruction Sheet.

Sincerely,

Debra L. Samler
Senior Case Manager

Enclosures

cc: John C. Ekman, Esquire
Department of Justice