# In the United States Court of Federal Claims

No. 04-74C
(into which has been consolidated No. 04-75C)

(E-Filed: November 6, 2006)

| | |
|---|---|
| PACIFIC GAS AND ELECTRIC COMPANY, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Before the court is PG&E's Motion to Amend Findings and Judgment, filed on October 27, 2006. Pursuant to Rule of the United States Court of Federal Claims 59(b), the court orders that defendant have up to and including November 20, 2006, to file responsive briefing. Plaintiff will have up to and including seven days after defendant's filing to submit a reply.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge