ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
JAN 1 8 2007
U.S. COURT OF FEDERAL CLAIMS

| | |
|---|---|
| PACIFIC GAS AND ELECTRIC COMPANY, Plaintiff, | No. 04-0074C, into which has been consolidated No. 04-0075C |
| v. | (Judge Hewitt) |
| UNITED STATES OF AMERICA, Defendant. | |

NOTICE OF APPEAL

Notice is hereby given that Pacific Gas and Electric Co. appeals to the United States Court of Appeals for the Federal Circuit from the final judgment entered in this case on October 13, 2006.

Jerry Stouck
Greenberg Traurig, LLP
800 Connecticut Avenue, NW
Suite 500
Washington, DC 20006
(202) 331-3173 Phone
(202) 261-4751 Fax
Counsel for Plaintiff
Pacific Gas and Electric Company

Of Counsel:

Robert L. Shapiro
Greenberg Traurig, LLP

January 18, 2007

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 18th day of January 2007, I caused to placed in the United States mail (postage prepaid, first-class mail) a copy of the accompanying "NOTICE OF APPEAL," addressed as follows:

Harold D. Lester
John Ekman
Department of Justice
Commercial Litigation Branch
Civil Division -- Classification Unit
100 L Street, NW 8th Floor Mailroom
Washington, D.C. 20530

Jerry Stouck