# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

**REVISED**

**NOTICE OF DOCKETING**

RECEIVED
FEB 1 2007
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

**2007-5046 - PACIFIC GAS V US**

**Date of docketing:** 01/24/2007

**Appeal from:** United States Court of Federal Claims case no. 04-CV-74, 04-CV-75

**Appellant(s):** PACIFIC GAS & ELECTRIC COMPANY

**Critical dates include:**

- Date of docketing. See Fed. Cir. R. 12.
- Entry of appearance. See Fed. Cir. R. 47.3.
- Certificate of interest. See Fed. Cir. R. 47.4.
- Docketing Statement. (*Due within 14 days of the date of docketing.*) See the en banc order dated September 18, 2006. [Counsel can download a copy of the order and guidelines at www.fedcir.gov.]
- Requests for extensions of time. See Fed. Cir. R. 26 and 27. **N.B. Delayed requests are not favored by the court.**
- Briefs. See Fed. Cir. R. 31. **N.B. You will not receive a separate briefing schedule from the Clerk's Office.**
- Oral argument schedule conflicts. See Practice Note following Fed. Cir. R. 34.

Pro se parties should refer to the Guide for Pro Se Petitioners and Appellants.

**Attachments:**

- Official caption to all.
- Docketing Statement. (Only in cases where all parties are represented by counsel.)
- Rules of Practice to pro se parties. [Counsel can download the rules from www.fedcir.gov or call 202.633.6550.]
- Entry of appearance form to all.
- Informal brief form to pro se parties.
- Motion and Affidavit for Leave to Proceed in Forma Pauperis form to appellants owing the docketing fee.

Jan Horbaly
Clerk

cc: US Court of Federal Claims
Jerry Stouck
Harold D. Lester

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

**REVISED: January 29, 2007**

Official Caption[1]

2007-5046

PACIFIC GAS & ELECTRIC COMPANY,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee.

Appeal from the United States Court of Federal Claims in 04-CV-74 and 04-CV-75, Judge Emily C. Hewitt.

Authorized Abbreviated Caption[2]

PACIFIC GAS V US, 2007-5046

[1] Required for use on petitions, formal briefs and appendices, court opinions, and dispositive court orders. FRAP 12(a); 32(a).

[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.