ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
FEB 20 2007
U.S. COURT OF FEDERAL CLAIMS

PACIFIC GAS & ELECTRIC COMPANY, )
)
Plaintiff, )
)
v. ) No. 04-0074C, into which has been
) consolidated No. 04-0075C
THE UNITED STATES, ) (Judge Hewitt)
)
Defendant. )

NOTICE OF APPEAL

Notice is hereby given that the United States appeals to the United States Court of Appeals for the Federal Circuit from the final judgment entered in this case on October 13, 2006, following the Court's December 22, 2006 denial of plaintiff's October 27, 2006 motion for reconsideration pursuant to RCFC 52(b) and 59(a)(1).[1]

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

Harold D Lester, Jr.

HAROLD D. LESTER, JR.
Assistant Director

[1] Plaintiff, Pacific Gas & Electric Company, previously filed a notice of appeal in this case on January 18, 2007.

JOHN C. EKMAN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 353-0897
Fax: (202) 305-7503

Attorneys for Defendant

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

February 20, 2007

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 20th of February 2007, I caused to be placed in the United States mail (first class mail, postage prepaid) a copy of "NOTICE OF APPEAL," addressed as follows:

JERRY STOUCK
Greenberg Traurig, LLP
800 Connecticut Avenue, N.W..
Fifth Floor
Washington, D.C. 20006

______________________________