**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No. 04-74C<br>(Judge Hewitt)<br>into which has been consolidated<br>No. 04-075C<br><br>Filed electronically: December 13, 2007 |

**NOTICE OF CHANGE OF ADDRESS**

In accordance with RCFC 83.1(c)(3), the undersigned counsel for Plaintiff PG&E hereby provides notice that his contact information has changed. The new contact information is set forth below:

Jerry Stouck
Greenberg Traurig, LLP
2101 L Street, NW Ste 1000
Washington, D.C. 20037
(202) 331-3173
(202) 261-4751 fax
stouckj@gtlaw.com

Of Counsel:
Robert Shapiro
Greenberg Traurig, LLP
2101 L Street, NW Ste 1000
Washington, D.C. 20037
(202) 331-3174
(202) 261-4752 fax
shapiror@gtlaw.com

All future communication should be addressed as such.

Dated: December 13, 2007

Respectfully submitted,

s/ Jerry Stouck

JERRY STOUCK
GREENBERG TRAURIG, LLP
2101 L Street, NW Ste 1000
Washington, D.C. 20037
(202) 331-3173
(202) 261-4751 fax
Counsel for Plaintiff
PACIFIC GAS & ELECTRIC COMPANY

Of Counsel:
Robert L. Shapiro
GREENBERG TRAURIG, LLP