IN THE UNITED STATES COURT OF FEDERAL CLAIMS

Filed Electronically on July 11, 2008

| | |
|---|---|
| PACIFIC GAS & ELECTRIC COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No. 04-0074C, into which has been consolidated No. 04-0075C<br>(Judge Hewitt) |

PG&E'S UNOPPOSED MOTION FOR ENLARGEMENTS OF TIME

Pursuant to RCFC 6 and 6.1, PG&E respectfully moves the Court to enlarge by fourteen days the three dates set forth in the Court's June 27, 2008 Order 1) for the parties to file a joint stipulation on the amount of sanctions, or, failing agreement, 2) for the government to file a bill of its costs, expenses, and attorney's fees, together with any necessary explanation or supporting documentation thereof, and 3) for plaintiff's counsel to file its response.

The dates set forth in the Order for these filings are July 25, August 8 and August 25, 2008, respectively. If the fourteen day enlargement of each date is granted the new dates for these filings would be August 1, August 22 and September 8, respectively. This is the first enlargement PG&E has requested for this purpose. The undersigned has conferred with government counsel regarding this motion and is authorized to state the government does not oppose this motion.

The grounds for this motion are that the same plaintiff's counsel involved in the June 27 Order are currently in trial in another spent fuel case in this Court, *Dairyland*

*Power Cooperative. v. United States*, No. 04-106C, which trial is scheduled to end July 23. Due to the trial schedule, it will be difficult for such counsel to review any government proposal and engage in discussions with the government aimed at reaching the stipulation that is to be filed, if possible, on July 25. The addition fourteen days sought here will allow such review and discussions to take place after the *Dairyland* trial ends. And, if the parties are unable to reach and file a stipulation by the enlarged date of August 1, the enlargement requested here for the other two dates will give the parties the same amount of time subsequent to the stipulation due date for their separate filings as the parties have for those filings under the June 27 Order.

For these reasons, the requested enlargements of time should be granted.

Dated: July 11, 2008

Respectfully submitted,

s/Jerry Stouck

JERRY STOUCK
Greenberg Traurig, LLP
2101 Connecticut Avenue, NW
Suite 1000
Washington, DC 20006
(202) 331-3173 Phone
(202) 261-4751 Fax
*Counsel for Plaintiff*
Pacific Gas & Electric Company

Of Counsel:
Robert L. Shapiro
Greenberg Traurig, LLP