# In the United States Court of Federal Claims

No. 04-74C
(into which has been consolidated No. 04-75C)

(E-Filed: July 16, 2008)

PACIFIC GAS & ELECTRIC COMPANY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Before the court is PG&E's Unopposed Motion for Enlargements of Time filed on July 11, 2008 (motion). Due to the representations contained in the motion, plaintiff's motion is GRANTED-IN-PART. The dates set forth in the court's order of June 27, 2008 are SUPERCEDED by the following schedule: 1) on or before Friday, August 8, 2008, the parties shall file a joint stipulation on the amount of sanctions, or, failing agreement, 2) on or before Friday, August 22, defendant shall file a bill of its costs, expenses, and attorney's fees, together with any necessary explanation or supporting documentation thereof, and 3) on or before Friday, September 5, 2008, plaintiff's counsel shall file its response to defendant's bill.

s/ Nancy B. Firestone
NANCY B. FIRESTONE
Judge
FOR
EMILY C. HEWITT
Judge