IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PACIFIC GAS & ELECTRIC COMPANY, Plaintiff, | ) | |
| v. | ) | No. 04-0074C, into which has been consolidated No. 04-0075C (Judge Hewitt) |
| THE UNITED STATES, Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Defendant, the United States, respectfully requests that the Court grant the parties an enlargement of time of seven days, to and including August 15, 2008, to file a joint stipulation regarding the fees that the Court should award pursuant to its June 27, 2008 order. Presently, the parties are to file any stipulation with the Court by August 8, 2008, and, if the parties cannot stipulate, defendant is to file a bill of costs with the Court by August 22, 2008. The enlargement that we seek here relates only to the parties' joint stipulation. If the parties are unable to agree upon an appropriate amount of fees, defendant will file any bill of costs by the current deadline of August 22, 2008. Counsel for plaintiff, Jerry Stouck, has represented that plaintiff, Pacific Gas & Electric Company ("PG&E"), does not oppose this motion.

The attorney fee issue that the Court's June 27, 2008 order presents is one that our office does not typically encounter. Counsel for defendant has been attempting to work with other offices within the Department of Justice to ensure that the manner in which we calculate and support attorney fees here is consistent with the manner in which fees are calculated in similar circumstances by other parts of the Department of Justice. Unfortunately, this process has been more difficult than counsel for defendant had anticipated and has been unexpectedly affected by the absence of individuals from their offices because of summer vacations. Although he still has

incomplete information regarding other offices' manner of calculation in this regard, counsel for defendant is preparing to provide counsel for plaintiff with a draft proposal regarding a stipulation for the parties' discussion. Nevertheless, because it has taken more time than we had anticipated to present this proposal, defendant requests that the Court provide the parties with additional time to attempt to stipulate to an appropriate amount in response to the Court's June 27, 2008 order. To the extent that the parties cannot agree, defendant will file its bill of costs by the deadline of August 22, 2008, currently identified as the due date for that bill of costs.

For the foregoing reasons, defendant respectfully requests that the Court grant this unopposed motion.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

s/ Jeanne E. Davidson
JEANNE E. DAVIDSON
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 616-0478
Fax: (202) 307-2503

August 7, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 7th day of August 2008, a copy of foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Harold D. Lester, Jr.