# In the United States Court of Federal Claims

No. 04-74C
(into which has been consolidated No. 04-75C)

(E-Filed: August 14, 2008)

PACIFIC GAS & ELECTRIC COMPANY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Before the court is Defendant's Unopposed Motion for an Enlargement of Time (defendant's Motion) filed on August 7, 2008. Based on the representations contained therein, and because it is unopposed, defendant's Motion is GRANTED. The parties shall file their joint stipulation regarding the fees on or before Friday, August 15, 2008.

IT IS SO ORDERED.

s/ Lynn J. Bush
LYNN J. BUSH
Judge
FOR
EMILY C. HEWITT
Judge