IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PACIFIC GAS & ELECTRIC COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 04-0074C, into which has been consolidated No. 04-0075C (Judge Hewitt) |

DEFENDANT'S UNOPPOSED MOTION
FOR AN ENLARGEMENT OF TIME

Defendant, the United States, respectfully requests that the Court grant the parties an enlargement of time of an additional six days, to and including August 21, 2008, to file a joint stipulation regarding the fees that the Court should award pursuant to its June 27, 2008 order. Presently, the parties are to file any stipulation with the Court by August 15, 2008, and, if the parties cannot stipulate, defendant is to file a bill of costs with the Court by August 22, 2008. The enlargement that we seek here relates only to the parties' joint stipulation. The Court previously granted defendant's request for an enlargement of seven days for this purpose and plaintiff's prior request of 14 days for this purpose. If the parties are unable to agree upon an appropriate amount of fees, defendant will file any bill of costs by the current deadline of August 22, 2008. Counsel for plaintiff, Jerry Stouck, has represented that plaintiff, Pacific Gas & Electric Company ("PG&E"), does not oppose this motion.

Counsel for the parties have exchanged communications regarding this issue, and they have reached a tentative agreement regarding an appropriate resolution of this matter that would preclude the need for the Court to devote any additional resources to it. Counsel for defendant is preparing the appropriate paperwork through which he is seeking authority to enter into that agreement. Although the individual with authority to approve the suggested resolution will

remain out of the office through next week, counsel for defendant anticipates that he will be able to obtain a final decision with regard to the proposed resolution early next week. Because the parties' agreement on this issue would eliminate the need for either the Court or the parties to engage in any more substantive work on the issues here, we respectfully request that the Court grant us this additional time to obtain the appropriate authorization from within the Department of Justice and to file a stipulation with the Court.

For the foregoing reasons, defendant respectfully requests that the Court grant this unopposed motion.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

s/ Jeanne E. Davidson by s/ Harold D. Lester, Jr.
JEANNE E. DAVIDSON
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 616-0478
Fax: (202) 307-2503

August 15, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 15th day of August 2008, a copy of foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Harold D. Lester, Jr.