IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PACIFIC GAS & ELECTRIC COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 04-0074C, into which has been consolidated No. 04-0075C (Judge Hewitt) |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to RCFC 6 and 6.1, defendant, the United States, respectfully requests that the Court grant the parties an enlargement of time of an additional three business days, to and including August 26, 2008, to file a joint stipulation regarding the fees that the Court should award pursuant to its June 27, 2008 order and, further, to suspend the other deadlines set forth in the Court's June 27, 2008 order. Pursuant to defendant's latest enlargement request, the parties had expected to file any stipulation with the Court by August 21, 2008. Plaintiff previously requested an enlargement of 14 days for this purpose, and defendant requested a total of 13 days for this purpose. Counsel for plaintiff, Jerry Stouck, has represented that this motion is unopposed.

The parties have reached an agreement in principle on terms through which this matter would be amicably resolved, and counsel for defendant has obtained authorization to resolve this matter upon the specific agreed terms. However, we have not yet obtained a signed agreement memorializing the parties' agreement. Counsel for plaintiff has informed us that all necessary approvals should be obtained by August 26, 2008, and perhaps sooner.

For these reasons, we respectfully request that this motion for an additional enlargement of time be granted.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

s/ Jeanne E. Davidson by s/ Harold D. Lester, Jr.
JEANNE E. DAVIDSON
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 616-0478
Fax: (202) 307-2503

August 21, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 21st day of August 2008, a copy of foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Harold D. Lester, Jr.

.