IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PACIFIC GAS & ELECTRIC COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-0074C, into which has been |
| | ) | consolidated No. 04-0075C |
| THE UNITED STATES, | ) | (Judge Hewitt) |
| | ) | |
| Defendant. | ) | |

JOINT STATEMENT OF SETTLEMENT REGARDING SANCTIONS

In response to the Court's order dated June 27, 2008, counsel for plaintiff and for defendant respectfully submits this statement with the Court regarding the parties' efforts to resolve the sanctions awarded in the June 27, 2008 order. Although the Court's order requested that the parties file a "joint statement listing the amount of [attorneys' fees, costs, and expenses] with the court," Order, at 20 (Fed. Cl. June 27, 2008), the parties have entered into a settlement agreement which contains a stipulated amount of the sanctions awarded through the June 27, 2008 order and which fully and finally disposes of that matter, including a waiver by counsel for plaintiff of any appeal rights relating to the sanctions award. Accordingly, the parties believe that there is no need for further Court action regarding this issue.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

s/ Jeanne E. Davidson
JEANNE E. DAVIDSON
Director

s/ Jerry Stouck
JERRY STOUCK .
Greenberg Traurig, LLP
2101 L Street, N.W.
Suite 1000
Washington, D.C. 20037
Telephone: (202) 331-3173

ROBERT L. SHAPIRO
Greenberg Traurig, LLP
2101 L Street, N.W., Suite 1000
Washington, D.C. 20037
Telephone: (202) 331-3100

Attorneys for Plaintiff

Dated: August 22, 2008

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director
Authorized Representative
of the Attorney General
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 616-0478
Facsimile: (202) 307-2503

Attorneys for Defendant

Dated: August 22, 2008

CERTIFICATE OF FILING

I hereby certify that on this 22nd day of August 2008, a copy of foregoing "JOINT STATEMENT OF SETTLEMENT REGARDING SANCTIONS" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Alan J. Lo Re