# In the United States Court of Federal Claims

No. 04-74C
(into which has been consolidated No. 04-75C)

(E-Filed: August 27, 2008)

PACIFIC GAS & ELECTRIC COMPANY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Before the court is the parties' Joint Statement of Settlement Regarding Sanctions (Settlement). The parties state that:

> [T]he parties have entered into a settlement agreement which contains a stipulated amount of the sanctions awarded through the June 27, 2008 order and which fully and finally disposes of that matter, including a waiver by counsel for plaintiff of any appeal rights relating to the sanctions award. Accordingly, the parties believe that there is no need for further Court action regarding this issue.

The court agrees that, provided the parties discharge the terms of their settlement agreement – which the court may, if either party shall choose to file the settlement agreement, adopt in whole or in part as the order of the court – "there is no need for further [c]ourt action."

The motions for extensions of time contained in Docket Nos. 342 and 343 are MOOT.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge